## UNTIED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION          CASE NO. 12-md-02311

      MDL No. 2311                    HON. MARIANNE O. BATTANI

_____/

## ORDER SETTING INITIAL STATUS CONFERENCE

**Preamble:**  Numerous antitrust civil actions involving automotive wire harnesses and other automotive components have been filed nationwide.  Plaintiff in the first filed case in this district, Susan Lacava v. Delphi Automotive LLP et al., Case No. 11-cv-14399, moved the Judicial Panel on Multidistrict Litigation ("JPML"), pursuant to 28 U.S.C. § 1407, to centralize the wire harness systems litigation in the Eastern District of Michigan.  See In Re: Automotive Wire Harness Systems  Antitrust Litigation, MDL No. 2311.  On February 7, 2012, the JPML granted the motion.  (Attachment 1).

Currently ten cases, all filed directly in the Eastern District of Michigan, involve Direct Purchaser Plaintiffs.  (Attachment 2).  On February 3, 2012, the Direct Purchaser Plaintiffs filed a motion to consolidate their actions and to appoint Interim Lead Class and Liaison Counsel in the Direct Purchaser cases.  (Case No. 11-cv-15186, Doc. No. 11).  The motion is pending and will be considered at the Initial Status Conference.

Thirty-five Indirect Purchaser cases have been filed in the Eastern District of Michigan, or transferred under MDL No. 2311, or have been identified but are pending classification as tag-alongs, as of the date of this Order.  (Attachment 3).

Further, three additional MDLs involving other automotive components are pending before the JPML: In Re: Instrument Panel Clusters Antitrust Litigation, MDL No. 2349; In Re: Fuel Senders Antitrust Litigation, MDL No. 2350; and In Re: Heating Control Panels Antitrust Litigation, MDL No. 2351.

Given the administrative and legal complexity of this litigation, the diverse geography of the numerous firms and attorneys who have filed appearances, and in anticipation of the massive number of potential class plaintiffs, the Court is eager to develop a structure to guide the litigation to a just, efficient, and speedy resolution.

**THERFORE, an Initial Status Conference** for all cases in MDL No. 2311 is scheduled for **March 16, 2012, commencing at 10:00 a.m.** and continuing until the business at hand is completed, in the courtroom of the Honorable Marianne O. Battani, at the Theodore Levin Federal Courthouse, Room 272, 231 West Lafayette, Detroit, Michigan.

Preliminary rules and procedures:

(a) **Attendance**.  To minimize costs and facilitate a manageable conference, parties are not required to attend the conference. Parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference.  A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation; and attendance at the conference will not waive objections to jurisdiction, venue, or service.

(b) **Service List**.  This Order is being mailed to the persons shown on Attachment 4, which has been prepared from the list of counsel making appearances in the cases listed in Attachments 2 and 3.  Counsel on this list are requested to forward a copy of

the Order to other attorneys who should be notified of the conference. A corrected service list will be prepared after the conference.

(c) **Other Participants**. Persons who are not named as parties in this litigation but may later be joined as parties or are parties in related litigation pending in other federal districts are invited to attend in person or by counsel.

(d) **Purposes and Agenda**. The conference will be held for the primary purpose of facilitating the Court and counsel to understand "the lay of the land" and for purposes specified in Fed. R. Civ. P. 16(a), 16(b), and 16(c). Counsel are encouraged to meet and confer and submit to the Court discussion items to be incorporated into an Agenda for this initial conference. Proposed scheduling orders also are welcome. Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **March 9, 2012**. The Court will finalize the Agenda and file it electronically by March 12, 2012.

(e) **Admission of Counsel**. Attorney admission is governed by Local Rule 83.20. Association of local co-counsel is not required.

(f) **Pleadings**. Each Defendant is granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set at the conference.

(g) **Pending and New Discovery**. Pending the conference, all outstanding disclosure and discovery proceedings are stayed, and no further discovery shall be initiated. This Order does not (1) preclude voluntary informal discovery regarding the identification and location of relevant documents and witnesses; (2) preclude parties from stipulating to conducting a deposition that already has been scheduled; (3) prevent a party from voluntarily making disclosures, responding to an outstanding discovery request under

Federal Rule of Civil Procedure 33, 34, or 36; or (4) authorize a party to suspend its efforts in gathering information needed to respond to a request under Rule 33, 34, or 36.

(h). **Later Filed Cases**.  This Order shall also apply to related cases later filed in, removed to, or transferred to this Court.

(i). **Applications for Lead and Liaison Counsel Appointments**.  The Court intends to appoint lead counsel for the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs, as well as liaison counsel.  Applications for these positions must be filed electronically on or before **March 8, 2012**.  The Court will only consider attorneys who have filed a civil action or an appearance in this litigation.  The main criteria for these appointments are (1) willingness and ability to commit to a time-consuming process; (2) ability to work cooperatively with others; (3) professional experience in this type of litigation; and (4) access to sufficient resources to advance the litigation in a timely manner.

    **IN CONCLUSION,** the Court wishes to express clearly its expectation that professionalism, courtesy, and civility will endure throughout these proceedings.  The Manual for Complex Litigation, Fourth at section 10.21 captures the spirit in these terms:

> The added demands and burdens of complex litigation place a premium on attorney professionalism, and the judge should encourage counsel to act responsibly. The certification requirements of Federal Rules of Civil Procedure 11 and 26(g) reflect some of the attorneys' obligations as officers of the court.

Because of the high level of competence and experience that attorneys ordinarily bring to this type of litigation, the Court is confident that this objective will be achieved without judicial intervention.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE


DATE:  February 17, 2012

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the above date a copy of this Order was served upon all Counsel of record, electronically.

s/Bernadette M. Thebolt
Case Manager

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: AUTOMOTIVE WIRE HARNESS**
**SYSTEMS ANTITRUST LITIGATION**

| | | |
|---|---|---|
| Lucha Bott, et al. v. Delphi Automotive LLP, et al., | ) | |
| N.D. California, C.A. No. 3:11-04949 | ) | MDL No. 2311 |
| Susan LaCava v. Delphi Automotive LLP, et al., | ) | |
| E.D. Michigan, C.A. No. 2:11-14399 | ) | |

## TRANSFER ORDER

**Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407, plaintiff in the action pending in the Eastern District of Michigan action moves to centralize this litigation in that district. This litigation currently consists of two actions pending in the Eastern District of Michigan and the Northern District of California.[2]

All responding parties agree that centralization of these actions is appropriate, and most support the Eastern District of Michigan as transferee district. Certain plaintiffs suggest other transferee districts, including the Northern District of California, the Eastern District of Louisiana, the Southern District of Alabama, and the District of Puerto Rico.

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization of all actions in the Eastern District of Michigan will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. It is undisputed that these actions share factual questions arising out of an alleged conspiracy to inflate, fix, raise, maintain, or artificially stabilize prices of automotive wire harness systems. Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary.

We are persuaded that the Eastern District of Michigan is the most appropriate transferee district. Most responding parties support centralization there, where the vast majority of the actions are pending, including the first-filed action. Moreover, several defendants are located in this district and a related criminal investigation is ongoing there.

---

[*] Judge W. Royal Furgeson, Jr. took no part in the decision of this matter.

[2] The parties have notified the Panel that 42 additional related actions are pending. These actions are potential tag-along actions. *See* Rule 7.1, R.P.J.P.M.L.

-2-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the action pending in the Northern District of California is transferred to the Eastern District of Michigan and, with the consent of that court, assigned to the Honorable Marianne O. Battani for coordinated or consolidated pretrial proceedings with the action pending there.

PANEL ON MULTIDISTRICT LITIGATION

_____

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | Barbara S. Jones |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | |

**Direct Purchaser Cases Filed in the Eastern District of Michigan**

| No. | Case No. | Caption |
|---|---|---|
| 1 | 11-15186 | Martinez Mnf. Inc. v. Furukawa Electric Co., LTD, et al. |
| 2 | 11-15428 | Tech Aids, Inc. v. Furukawa Electric Co., LTD, et al. |
| 3 | 11-15553 | Mexican Inds. in Mi. Inc. v. Furukawa Electric Co., LTD, et al. |
| 4 | 11-15362 | ACAP, L.L.C. v. Furukawa Electric Co., LTD, et al. |
| 5 | 12-10130 | T.M. Morris Mnf. Co. Inc. v. Furukawa Electric Co., LTD, et al. |
| 6 | 12-10153 | Timberline Mnf. Co. v. Furukawa Electric Co., LTD, et al. |
| 7 | 12-10155 | Dos Manos Tech. L.L.C. v. Furukawa Electric Co., LTD, et al. |
| 8 | 12-10177 | Cesar-Scott Inc. v. Furukawa Electric Co., LTD, et al. |
| 9 | 12-10201 | Paesano Conn. Sys. Inc. v. Furukawa Electric Co., LTD, et al. |
| 10 | 12-10336 | Craft-Co Ent. Inc. v. Furukawa Electric Co., LTD, et al. |

# Indirect Purchaser Cases Filed as of February 17, 2012

**Alabama Southern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 1 | 11-00696 | Sirmon et al. v. Delphi Automotive LLP et al. |

**Arkansas Eastern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 2 | 11-00757 | Landers Auto Group Number One Inc. v. Delphi Automotive Systems LLC et al. |

**California Northern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 3 | 11-05057 | Nicoud v. Furukawa Electric Company LTD et al. |
| 4 | 11-05301 | Kelly et al. v. Delphi Automotive LLP et al. |
| 5 | 11-05477 | Budner et al. v. Delphi Automotive LLP et al. |
| 6 | 11-05773 | Gordon et al. v. Delphi Automotive LLP et al. |
| 7 | 12-00258 | Maravilla et al. v. Delphi Automotive LLP et al. |

**District of Columbia**

| No. | Case No. | Caption |
|-----|----------|---------|
| 8 | 11-01892 | Martens Cars of Washington Inc. v. Furukawa Electric Company LTD et al. |

**Louisiana Eastern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 9 | 11-03177 | Muscara v. Delphi Automotive LLP et al. |
| 10 | 12-00003 | Brock et al. v. Delphi Automotive LLP et al. |
| 11 | 12-00048 | Keifer v. Delphi Automotive LLP et al. |
| 12 | 12-00062 | Bryne et al. v. Delphi Automotive LLP et al. |
| 13 | 12-00171 | Josefsberg v. Delphi Automotive LLP et al. |

## Indirect Purchaser Cases Filed as of February 17, 2012

**Michigan Eastern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 14 | 11-14399 | LaCava v. Delphi Automotive LLP et al. |
| 15 | 11-14555 | Ballek v. Delphi Automotive LLP et al. |
| 16 | 11-14556 | Junkins v. Delphi Automotive LLP et al. |
| 17 | 11-14593 | Heller v. Delphi Automotive LLP et al. |
| 18 | 11-14605 | Ascher v. Furukawa Electric Company LTD et al. |
| 19 | 11-14639 | Kashishian v. Delphi Automotive LLP et al. |
| 20 | 11-14739 | Shah v. Delphi Automotive LLP et al. |
| 21 | 11-14811 | McInnis v. Delphi Automotive LLP et al. |
| 22 | 11-14831 | Brownson v. Furukawa Electric Company LTD et al. |
| 23 | 11-14836 | Herr v. Furukawa Electric Company LTD et al. |
| 24 | 11-14838 | Tracey v. Delphi Automotive LLP et al. |
| 25 | 11-14989 | Adams v. Furukawa Electric Company LTD et al. |
| 26 | 11-15007 | Koch v. Delphi Automotive LLP et al. |
| 27 | 11-15041 | Chase et al. v. Delphi Automotive LLP et al. |
| 28 | 11-15445 | Beck v. Delphi Automotive LLP et al. |
| 29 | 11-15468 | Brandstein v. Delphi Automotive LLP et al. |
| 30 | 12-10260 | Sherman v. Delphi Automotive LLP et al. |
| 31 | 12-10262 | RD Automotive v. Delphi Automotive LLP et al. |

**Minnesota**

| No. | Case No. | Caption |
|-----|----------|---------|
| 32 | 11-03092 | Superstore Automotive, Inc. v. Delphi Automotive LLP et al. |

# Indirect Purchaser Cases Filed as of February 17, 2012

**Mississippi Southern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 33 | 11-00647 | Hammett Motor Company, Inc. v. Delphi Automotive LLP et al. |

**Puerto Rico**

| No. | Case No. | Caption |
|-----|----------|---------|
| 34 | 11-02176 | Crespo v. Delphi Automotive LLP et al. |

**West Virginia Southern**

| No. | Case No. | Caption |
|-----|----------|---------|
| 35 | 12-00079 | Nickell v. Delphi Automotive LLP |

## SERVICE LIST - DIRECT PURCHASERS

**Michigan Eastern**

Case No.                        Martinez Mnf Inc. v. Delphi Automotive et al
11-15186

**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com

**Douglas A. Abrahams - NOT SWORN**
Kohn, Swift and Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: dabrahams@kohnswift.com

**Joseph C. Kohn**
Kohn, Swift,
One S. Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: jkohn@kohnswift.com

**William E. Hoese**
Kohn, Swift,
One S. Broad Street
Suite 2100
Philadelphia, PA 19107-3304
215-238-1700
Fax: 215-238-1968
Email: whoese@kohnswift.com

**David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com

<u>Case No.</u>                                Technical Aids Inc. v. Delphi Automotive et al
<u>11-15428</u>

**Eugene A. Spector**
Spector Rosemam Kodroff & Willis, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
215.496.0300
Fax: 215.496.6611
Email: Espector@srkw-law.com

**Lance C. Young**
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Email: lyoung@sommerspc.com

**Matthew L. Turner**
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
248-355-0300
Fax: 248-936-1973
Email: mturner@sommerspc.com

**Steven A Kanner - NOT SWORN**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: skanner@fklmlaw.com


**W Joseph Bruckner**
Lockridge Grindal Nauen
100 Washington Avenue, S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612.339.0981
Email: wjbruckner@locklaw.com


**Jason J. Thompson**
Sommers Schwartz, P.C.
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Fax: 248-436-8453
Email: jthompson@sommerspc.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com

Case No.                                    Mexican Industries v. Furukawa et al
11-15553


**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com


**David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com


Case No.                                    ACAP LLC v. Furukawa et al
11-15362


**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com


**Douglas A. Abrahams - NOT SWORN**
Kohn, Swift and Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: dabrahams@kohnswift.com

**Joseph C. Kohn**
Kohn, Swift,
One S. Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
Fax: 215-238-1968
Email: jkohn@kohnswift.com

**William E. Hoese**
Kohn, Swift,
One S. Broad Street
Suite 2100
Philadelphia, PA 19107-3304
215-238-1700
Fax: 215-238-1968
Email: whoese@kohnswift.com

Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com

**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com

Case No.                                T.M. Morris Mnf Co. v. Furukawa et al
12-10130


**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com


**Solomon B. Cera - NOT SWORN**
Gold Bennett Cera & Sidenar LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
415-977-2230
Fax: 415-777-5189
Email: scera@gbcslaw.com


**David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com


Case No.                                Timberline Mnf Co. v. Delphi Automotive et al
12-10153

**Lance C. Young**
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Email: lyoung@sommerspc.com

**Steven A Kanner - NOT SWORN**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: skanner@fklmlaw.com


**W Joseph Bruckner**
Lockridge Grindal Nauen
100 Washington Avenue, S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612.339.0981
Email: wjbruckner@locklaw.com


**Jason J. Thompson**
Sommers Schwartz, P.C.
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Fax: 248-436-8453
Email: jthompson@sommerspc.com


Case No.                                        Dos Manos Tech LLC v. Furukawa et al
12-10155

**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com

**David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com

Case No.                                    Cesar-Scott Inc. v. Delphi Automotive et al
12-10177

**Lance C. Young**
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Email: lyoung@sommerspc.com

**Steven A Kanner - NOT SWORN**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: skanner@fklmlaw.com

**W Joseph Bruckner**
Lockridge Grindal Nauen
100 Washington Avenue, S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612.339.0981
Email: wjbruckner@locklaw.com

**Jason J. Thompson**
Sommers Schwartz, P.C.
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Fax: 248-436-8453
Email: jthompson@sommerspc.com

Case No.                                  Paesano Conn. Sys Inc. v. Delphi Automotive
                                          et al

12-10201

**Lance C. Young**
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Email: lyoung@sommerspc.com

**Steven A Kanner - NOT SWORN**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: skanner@fklmlaw.com

**W Joseph Bruckner**
Lockridge Grindal Nauen
100 Washington Avenue, S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612.339.0981
Email: wjbruckner@locklaw.com

**Jason J. Thompson**
Sommers Schwartz, P.C.
2000 Town Center
Suite 900
Southfield, MI 48075
248-355-0300
Fax: 248-436-8453
Email: jthompson@sommerspc.com

Case No.                                              Craft-Co Ent Inc. v. Furukawa et al
12-10336

**Darryl Bressack**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dbressack@finkandassociateslaw.com

**David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248-971-2500
Fax: 248-971-2600
Email: dfink@finkandassociateslaw.com

## SERVICE LIST - INDIRECT PURCHASER CASES

### Alabama Southern

Case No.                 Simon et al v. Delphi Automotive, et al

11-00696

**Candice Cheree Sirmon**
701 Magazine Street
New Orleans, LA 70130
504-581-1750
Email: candices@lamnel.com

**Joseph E. Papelian**
5725 Delphi Drive
MC: 483-400-554
Troy, MI 48098
248-813-2535
Email: joseph.e.papelian@delphi.com

**Gregory Russell Hanthorn**
Jones Day
1420 Peachtree St. N.E., Suite 800
Atlanta, Ga 30309
(404)521-3939
Email: ghanthorn@jonesday.com
_____

### Arkansas Eastern

Case No.                 Landers Auto Group v. Delphi Automotive Systems, et al

11-00757

**Phillip J. Duncan**
Duncan Firm
Three Financial Center
900 South Shackleford Road
Suite 725
Little Rock, AR 72211
501-228-7600
Email: phillip@duncanfirm.com

**Richard Lee Quintus**
Duncan Firm
Three Financial Center
900 South Shackleford Road
Suite 725
Little Rock, AR 72211
501-228-7600
Email: richard@duncanfirm.com

**Thomas P. Thrash**
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058
Email: tomthrash@sbcglobal.net

**Kristine Gerhard Baker**
Quattlebaum, Grooms, Tull & Burrow PLLC - Little Rock
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
501-379-1704
Email: kbaker@qgtb.com

**Joseph E. Papelian**
Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48098-2815
248-813-2535

**Howard Neil Cayne**
Arnold & Porter LLP - DC
555 12th Street, N.W.
Washington, DC 20004-1202
202-942-5656
Fax: 202-942-5999
Email: howard.cayne@aporter.com

**David M. Donovan**
Watts, Donovan & Tilley, P.A.
200 River Market Avenue
Suite 200
Little Rock, AR 72201-1769
501-372-1406
Email: david.donovan@wdt-law.com


**J. Bruce Cross**
Cross, Gunter, Witherspoon & Galchus, P.C. - Little Rock
Post Office Box 3178
Little Rock, AR 72203-3178
501-371-9999
Email: bcross@cgwg.com


**Marguerite M. Sullivan**
Latham & Watkins - D.C.
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
202-637-2200


**Mary Galchus Cooper**
Cross, Gunter, Witherspoon & Galchus, P.C. - Little Rock
Post Office Box 3178
Little Rock, AR 72203-3178
501-371-9999
Fax: 501-371-0035
Email: mcooper@cgwg.com


**Alan S. Miller**
Jones Day - Dallas
2727 North Harwood Street
Dallas, TX 75201-1515
214-220-3939
Email: asmiller@jonesday.com
_____

## California Northern

Case No.                   Nicoud v. Furukawa Electric Co., et al

11-05057

**Joseph M. Barton**
Glancy Binkow & Goldberg LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111
415-972-8160
Fax: 415-972-8166
Email: jbarton@glancylaw.com


**Susan Gilah Kupfer**
Glancy Binkow & Goldberg LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111
415-972-8160
Fax: 415-972-8166
Email: skupfer@glancylaw.com


**Lin Wang**
Jones Day
555 California Street 26th Fl
San Francisco, CA 94104
415-875-5844
Fax: 415-963-6825
Email: linwang@jonesday.com


**Daniel Murray Wall**
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
415-395-8240
Fax: (415) 395-8095
Email: dan.wall@lw.com

Case No.                    Kelly et al v. Delphi Automotive, etal

**Christopher Thomas Micheletti**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: cmicheletti@zelle.com


**Craig C. Corbitt**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: ccorbitt@zelle.com


**Demetrius Xavier Lambrinos**
Zelle Hofmann Voelbel Mason, and Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415)693-0700
Fax:
Email: dlambrinos@zelle.com


**Francis Onofrei Scarpulla**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: fscarpulla@zelle.com


**Heather T Rankie**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: (415) 693-0770

**Judith A. Zahid**
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807
415-693-0700
Fax: 415-693-0770
Email: jzahid@zelle.com

**Daniel Murray Wall**
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
415-395-8240
Fax: (415) 395-8095
Email: dan.wall@lw.com

Case No.                        Budner et al v. Delphi Automotive, et al
11-05477

**Sylvie K. Kern**
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
415-221-5763
Email: skern@antitrustglobal.com

**Lin Wang**
Jones Day
555 California Street 26th Fl
San Francisco, CA 94104
415-875-5844
Fax: 415-963-6825
Email: linwang@jonesday.com

Case No.                          Gordon et al v. Delphi Automotive, et al
11-05773


**Anthony D. Shapiro**
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: tony@hbsslaw.com


**Jeff D Friedman**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: (510) 725-3001
Email: jefff@hbsslaw.com


**Shana E. Scarlett**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: (510) 725-3001
Email: shanas@hbsslaw.com


**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

<u>Case No.</u>                          Maravilla et al v. Delphi Automotive et al
<u>12-00258</u>

**Reginald Von Terrell**
The Terrell Law Group
Post Office Box 13315, PMB #148
Oakland, CA 94661
510-237-9700
Fax: 510-237-4616
Email: reggiet2@aol.com

**Daniel Murray Wall**
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
415-395-8240
Fax: (415) 395-8095
Email: dan.wall@lw.com
_____

**<u>District of Columbia</u>**

<u>Case No.</u>                          Martens Cars of Washington Inc. v. Furukawa Elec
                                      etal

<u>11-01892</u>

**Joel Davidow**
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
Fax: (202) 789-1813
Email: joel@cuneolaw.com

**Victoria Romanenko**
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
Fax: (202)789-1813

**Andrew D. King**
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
Fax: (202) 663-6363
Email: andrew.king@wilmerhale.com

_____

**Louisiana Eastern**

<u>Case No.</u>                         Muscara v. Delphi Automotive, et al
<u>11-03177</u>

**Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com

**Austin B. Cohen**
Levin, Fishbein, Sedran & Berman
510 Walnut St.
Suite 500
Philadelphia, PA 19106
215-592-1500

**Howard J. Sedran**
Levin, Fishbein, Sedran & Berman
510 Walnut St.
Suite 500
Philadelphia, PA 19106
215-592-1500

**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: sherman@hhkc.com

**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com


**Matthew B. Moreland**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: mattmoreland@cox.net


**Dianne M. Nast**
Roda Nast, P.C.
801 Estelle Dr.
Lancaster, PA 17601
717-892-3000
Email: dnast@rodanast.com


**Kevin Patrick Klibert**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: kklibert@becnellaw.com


**Ria C. Momblanco**
Fine, Kaplan and Black, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-567-6565


**Roberta D. Liebenberg**
Fine, Kaplan and Black, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
215-567-6565

**Soren Erik Gisleson**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
Email: sgisleson@hhkc.com


**John R. Malkinson**
Malkinson & Halpern, P.C.
208 South LaSalle Street
Suite 1750
Chicago, IL 60604
312-427-9600
Email: jmalkinson@mhtriallaw.com


**Calvin Clifford Fayard , Jr.**
Fayard & Honeycutt
519 Florida Ave., SW
Denham Springs, LA 70726
225-664-4193
Email: calvinfayard@fayardlaw.com


**Lloyd Joseph Tabary , II**
Lloyd Joseph Tabary, II, Attorney at Law
8560 Anselmo Lane
Baton Rouge, LA 70817
225-490-0021
Email: lloyd.tabary@tabarylaw.com


**Andrea Mahady Price**
Barrasso,Usdin, Kupperman, Freeman & Sarver, LLC
LL&E Tower
909 Poydras St.
Suite 2400
New Orleans, LA 70112
504-589-9766
Email: aprice@barrassousdin.com

<u>Case No.</u>                          Brock et al v. Delphi Automotive
<u>12-00003</u>

**Matthew B. Moreland**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: mattmoreland@cox.net

**Dianne M. Nast**
Roda Nast, P.C.
801 Estelle Dr.
Lancaster, PA 17601
717-892-3000
Email: dnast@rodanast.com

**Kevin Patrick Klibert**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: kklibert@becnellaw.com

<u>Case No.</u>                          Keifer v. Delphi Automotive et al
<u>12-00048</u>

**Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com

**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com

**Ria C. Momblanco**
Fine, Kaplan and Black, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-567-6565


**Roberta D. Liebenberg**
Fine, Kaplan and Black, RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-567-6565


**Soren Erik Gisleson**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
Email: sgisleson@hhkc.com


**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: sherman@hhkc.com


Case No.                         Bryne et al v. Delphi Automotive et al
12-00062


**Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com

**John R. Malkinson**
Malkinson & Halpern, P.C.
208 South LaSalle Street
Suite 1750
Chicago, IL 60604
312-427-9600
Email: jmalkinson@mhtriallaw.com


**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com


**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: sherman@hhkc.com


Case No.                          Josefsberg v. Delphi Automotive et al
12-00171

**Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com


**Calvin Clifford Fayard , Jr.**
Fayard & Honeycutt
519 Florida Ave., SW
Denham Springs, LA 70726
225-664-4193
Email: calvinfayard@fayardlaw.com

**Soren Erik Gisleson**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
Email: sgisleson@hhkc.com


**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: sherman@hhkc.com


**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com

_____


**Michigan Eastern**

<u>Case No.</u>                            Lacava v. Delphi Automotive et al
<u>11-14399</u>


**E. Powell Miller**
The Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307
248-841-2200
Email: epm@millerlawpc.com


**Seth R. Gassman**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0873
Fax: 212-818-0477
Email: sgassman@labaton.com

**Todd F. Flood**
Flood Lanctot Connor Stablein
401 N. Main St.
Royal Oak, MI 48067
248-547-1032
Fax: 248-547-0140
Email: tflood@floodlawcenter.com

**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com

**Craig D. Bachman**
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
503-778-2120
Fax: 503-778-2200
Email: bachmanc@lanepowell.com

**Kenneth R. Davis , II**
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
503-778-2121
Fax: 503-778-2200
Email: davisk@lanepowell.com

**Larry S. Gangnes**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
206-223-7000
Fax: 206-223-7107
Email: gangnesl@lanepowell.com

**Howard B. Iwrey**
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0526
Fax: 248-203-0763
Email: hiwrey@dykema.com


**Michael R. Turco**
Brooks Wilkins Sharkey & Turco
401 S. Old Woodward Avenue
Suite 400
Birmingham, MI 48009
248-971-1800
Fax: 248-971-1801
Email: turco@bwst-law.com


**John V. Biernacki**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114-1190
216-586-3939
Fax: 216-579-0212
Email: jvbiernacki@jonesday.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com

<u>Case No.</u>                          Ballek v. Delphi Automotive etal
<u>11-14555</u>

**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com

**S. Thomas Wienner**
Weinner, Gould,
950 W. University Drive
Suite 350
Rochester, MI 48307
248-841-9400
Email: twienner@wiennergould.com

**Howard B. Iwrey**
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0526
Fax: 248-203-0763
Email: hiwrey@dykema.com

**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com

Case No.                          Junkins v. Dephi Automotive et al
11-14556

**S. Thomas Wienner**
Weinner, Gould,
950 W. University Drive
Suite 350
Rochester, MI 48307
248-841-9400
Email: twienner@wiennergould.com


**Howard B. Iwrey**
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0526
Fax: 248-203-0763
Email: hiwrey@dykema.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com


Case No.                          Heller v. Delphi Automotive et al
11-14593

**Paul F. Novak**
Milberg LLP
One Kennedy Square
777 Woodward Avenue
Suite 890
Detroit, MI 48226
313-309-1760
Fax: 313-447-2038
Email: pnovak@milberg.com

Case No.                                Ascher v. Furukawa et al
11-14605

**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com


**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com


Case No.                                Kashishian v. Delphi Automotive et al
11-14639


**S. Thomas Wienner**
Weinner, Gould,
950 W. University Drive
Suite 350
Rochester, MI 48307
248-841-9400
Email: twienner@wiennergould.com

<u>Case No.</u>                          Shah v. Delphi Automotive et al
<u>11-14739</u>

**Sheldon L. Miller**
31731 Northwestern Highway
Suite 280 West
Farmington Hills, MI 48334
248-538-3400
Fax: 248-538-5280
Email: ccole@sheldonmiller.com


**Larry J. Saylor**
Miller, Canfield,
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415
313-963-6420
Fax: 313-496-7500
Email: saylor@millercanfield.com

<u>Case No.</u>                          McInnis v. Delphi Automotive e tal

<u>11-14811</u>

**David E. Plunkett**
Williams, Williams,
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009
248-642-0333
Fax: 248-642-0856
Email: dep@wwrplaw.com

<u>Case No.</u>                          Brownson v. Furukawa et al
<u>11-14831</u>

**Jan R. Bartelli - NOT SWORN**
Faruqi & Faruqi, LLP
369 Lexington Ave.
10th Floor
New York, NY 10017
212-983-9330
Fax: 212-983-9331
Email: jbartelli@faruqilaw.com

**Kendall S. Zylstra - NOT SWORN**
Faruqi and Faruqi, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
215-277-5770
Fax: 215-277-5771
Email: kzylstra@faruqilaw.com


**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com


**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com

Case No.                          Herr v. Furukawa et al
11-14836


**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com


**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com


Case No.                          Tracy v. Delphi Automotive et al
11-14838


**Sheldon L. Miller**
31731 Northwestern Highway
Suite 280 West
Farmington Hills, MI 48334
248-538-3400
Fax: 248-538-5280
Email: ccole@sheldonmiller.com

Case No.                        Adams v. Furukawa et al
11-14989

**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com


**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com



Case No.                        Koch v. Delphi Automotive et al
11-15007

**Todd F. Flood**
Flood Lanctot Connor Stablein
401 N. Main St.
Royal Oak, MI 48067
248-547-1032
Fax: 248-547-0140
Email: tflood@floodlawcenter.com

<u>Case No.</u>                              Chase et al v. Delphi Automotive et al
<u>11-15041</u>

**Anthony L. DeLuca**
Anthony L. DeLuca
14950 E. Jefferson Avenue
Suite 170
Grosse Pointe Park, MI 48230
313-821-5905
Fax: 313-821-5906
Email: anthony@aldplc.com

<u>Case No.</u>                              Beck et al v. Delphi Automotive et al
<u>11-15445</u>

**E. Powell Miller**
The Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307
248-841-2200
Email: epm@millerlawpc.com

**Joseph E. Papelian**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: joseph.e.papelian@delphi.com

**Craig D. Bachman**
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
503-778-2120
Fax: 503-778-2200
Email: bachmanc@lanepowell.com

**Kenneth R. Davis , II**
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
503-778-2121
Fax: 503-778-2200
Email: davisk@lanepowell.com


**Larry S. Gangnes**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
206-223-7000
Fax: 206-223-7107
Email: gangnesl@lanepowell.com


**Michael R. Turco**
Brooks Wilkins Sharkey & Turco
401 S. Old Woodward Avenue
Suite 400
Birmingham, MI 48009
248-971-1800
Fax: 248-971-1801
Email: turco@bwst-law.com


**Atleen Kaur**
Yazaki North America, Inc.
Legal Department
6801 North Haggerty Road
46E
Canton, MI 48187
734-983-4622
Fax: 734-983-4623
Email: Atleen.Kaur@us.Yazaki.com

Case No.                              Brandstein et al v. Delphi Automotive et al
11-15468

**Patrick E. Cafferty**
Cafferty Faucher
101 N. Main Street
Suite 565
Ann Arbor, MI 48104
734-769-2144
Email: pcafferty@caffertyfaucher.com

Case No.                              Sherman v. Delphi Automotive et al
12-10260

**Alyson L. Oliver**
26700 Lahser Road, Suite 400
Southfield, MI 48033
248 327-6556
Fax: 248-436-3385
Email: notifications@krescholiver.com

Case No.                              RD Automotive v. Delphi Automotive et al
12-10262

**Alyson L. Oliver**
26700 Lahser Road, Suite 400
Southfield, MI 48033
248 327-6556
Fax: 248-436-3385
Email: notifications@krescholiver.com

_____

**Minnesota**

Case No.                              Superstore Automotive v. Delphi Automotive

11-03092

**Gregory J Johnson**
G Johnson Law, PLLP
6688 145th St W
Apple Valley, MN 55124
612-718-6908
Email: greg@gjohnsonlegal.com

**Shawn M Raiter**
Larson King, LLP
30 E 7th St Ste 2800
St Paul, MN 55101-4922
651-312-6500
Fax: 651-312-6615
Email: sraiter@larsonking.com


**Stephanie K. Wood**
Wilmer Hale
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6000
Email: stephanie.wood@wilmerhale.com


**Steven F Cherry**
Wilmer Hale
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6000
Email: steven.cherry@wilmerhale.com


**Patrick S Williams**
Briggs & Morgan, PA
80 S 8th St Ste 2200
Mpls, MN 55402
612-977-8400
Fax: 612-977-8650
Email: pwilliams@briggs.com


**Curtis D Ripley**
Leonard Street and Deinard, PA
150 S 5th St Ste 2300
Mpls, MN 55402
612-335-1444
Fax: 612-335-1657
Email: curtis.ripley@leonard.com

**Randall E Kahnke**
Faegre Baker Daniels LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: randall.kahnke@faegrebd.com

**Shelley R Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601
312-269-4289
Email: shebert@jonesday.com

_____

**Mississippi**

Case No.                                Hammett Motor Co., v. Delphi Automotive et al
11-00647

**Don John W. Barrett**
DON BARRETT, PA
P. O. Box 927
Lexington, MS 39095
662/834-2488
Fax: 662/834-2628
Email: dbarrett@barrettlawgroup.com

**Brian Kelly Herrington**
BARRETT LAW GROUP, PA - Lexington
P. O. Box 927
Lexington, MS 39095
662/834-2488
Fax: 662/834-2628
Email: bherrington@barrettlawgroup.com

**David Malcolm McMullan , Jr**
BARRETT LAW GROUP, PA - Lexington
P. O. Box 927
Lexington, MS 39095
662/834-2488
Email: dmcmullan@barrettlawgroup.com

_____

**Puerto Rico**

Case No.                                      Crespo v. Delphi Automotive etal
11-02176

**John F. Nevares**
John F. Nevares & Assoc. PSC
P.O. Box 13667
San Juan, PR 00908-3667
787-722-9333
Fax: 787-721-8820
Email: jfnevares@nevareslaw.com

_____

**West Virginia Southern**

Case No.                                      Nickell v. Delphi Automotive et al
12-00079

**Aaron E. Robinson**
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
304/345-6555

**Eric B. Snyder**
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301-1386
304/345-6555
Fax: 304/342-1110
Email: esnyder@baileyglasser.com