

# Traveling with the President

Bradley Becnel

