UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | |
| This Document Relates to: | MDL No. 2311 |
| **All Automobile Dealer Actions** | |
| *Hammett Motor Co., Inc. v. Delphi Automotive LLP, et al.*, No. 12-10688; | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| *Landers Auto Group No. 1, Inc. d/b/a Landers Toyota v. Delphi Automotive LLP, et al.*, No. 12-10676; | |
| *Superstore Automotive, Inc. v. Delphi Automotive LLP, et al.*, No. 12-10687; | |
| *Martens Cars of Washington, Inc. v. Furukawa Electric Co., et al.*, 12-10681 | |

**Motion to Consolidate Automobile Dealer Indirect Purchaser Cases, For Leave to File Consolidated Class Complaint *Instanter* And to Appoint Interim Class Counsel For Automobile Dealer Indirect Purchasers**

For the reasons stated in the accompanying Memorandum of Law, Automobile Dealer Indirect Purchaser Plaintiffs Hammett Motor Co., Landers Auto Group No. 1, Inc., Superstore Automotive, Inc., and Martens Cars of Washington, Inc., ("Plaintiffs") respectfully request that this Court enter a case management order consolidating the above-listed actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, granting Plaintiffs leave to file the proposed Automobile Dealer Consolidated Class Complaint *instanter*, and appointing interim class counsel pursuant to Federal Rule of Civil Procedure 23(g).

Pursuant to Local Rule 7.1(a), movants sought concurrence in the relief requested by this motion on February 23, 2012 from all plaintiffs' counsel and defense counsel on the service list attached to the Court's February 17 *Order Setting Initial Status Conference* (Doc. No. 1) but were unable to obtain concurrence from all counsel.

Dated:  February 27, 2012.

Respectfully submitted,

/s/  Gerard V. Mantese
Gerard V. Mantese
(Michigan Bar No. P34424)
Mantese Honigman Rossman and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

Don Barrett
David McMullan
Brian Herrington
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Preetpal Grewal
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
pgrewal@cuneolaw.com
vicky@cuneolaw.com

Gregory Johnson
G. Johnson Law, PLLC
6688 145th Street West,
Apple Valley, MN 55124
Telephone: (952) 930-2485
greg@gjohnsonlegal.com

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
sraiter@larsonking.com

| | |
|---|---|
| Phillip Duncan<br>Richard Quintus<br>Duncan Firm, P.A.<br>900 S. Shackleford, Suite 725<br>Little Rock, AR 72211<br>Telephone: (501) 228-7600<br>phillip@duncanfirm.com<br>richard@duncanfirm.com | Thomas P. Thrash<br>Thrash Law Firm, P.A.<br>1101 Garland Street<br>Little Rock, AR 72201<br>Telephone: (501) 374-1058<br>tomthrash@sbcglobal.net |
| Dewitt Lovelace<br>Alex Peet<br>Lovelace Law Firm, P.A.<br>Suite 200<br>12870 US Hwy 98 West<br>Miramar Beach, FL 32550<br>Telephone: (850) 837-6020<br>dml@lovelacelaw.com<br>alex@lovelacelaw.com | Charles Barrett<br>Charles Barrett, P.C.<br>6518 Highway 100<br>Suite 210<br>Nashville, Tennessee 37205<br>Telephone: (615) 515-3393<br>charles@cfbfirm.com |

*Counsel for Automobile Dealer Plaintiffs*

## Certificate of Service

I, Gerard V. Mantese, hereby certify that this document was electronically filed and served using the Court's ECF system on February 27, 2012.

/s/ *Gerard V. Mantese*
Gerard V. Mantese

3