## List of Exhibits

A. Proposed Order Granting Motion to Consolidate Cases

B. Automobile Dealers Consolidated Class Complaint

C. January 26, 2012 Hearing Transcript for Case No. 2311

D. Memorandum and Order for Case No. 11-MD-2262

E. Declaration of Jonathan W. Cuneo

F. Affidavit of John W. (Don) Barrett

G. Declaration of Shawn M. Raiter