UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Case No. 12-md-02311<br>HON. MARIANNE O. BATTANI |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD, et al.,<br><br>Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 2:11-cv-15362- MOB-MKM |
| TECHNICAL AIDS TO INDEPENDENCE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 2:11-cv-15428- MOB-MKM |

88850

| | |
|---|---|
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:11-cv-15553- MOB-MKM |
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130- MOB-MKM |
| TIMBERLINE MANUFACTURING COMPANY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:12-cv-10153-JCO-DRG |

| | |
|---|---|
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10155- MOB-MKM |
| CESAR-SCOTT, INC., on behalf of itself and all other similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10177- MOB-MKM |
| PAESANO CONNECTING SYSTEMS, INC., on behalf of itself and all other similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10336- MOB-MKM |

| | |
|---|---|
| CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>            v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10336- MOB-MKM |
| Q.C. ONICS VENTURES, LP, individually and on behalf of all others similarly situtated,<br><br>      Plaintiff,<br>            v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10720-GER-MKM |

## DIRECT PURCHASER PLAINTIFFS' NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1

The Direct Purchaser Plaintiffs hereby notify the Court that, pursuant to Local Rule 7.1(a), all the Defendants that have been served with a direct purchaser Complaint (American Furukawa, Inc., Denso International America, Inc., Furukawa Electric, Co., Ltd., Lear Corporation, Sumitomo Electric Industries, Ltd., Sumitomo Electric Wintec America, Inc., TRAM, Inc., and Yazaki North America, Inc.) do not object to the Direct Purchaser Plaintiffs' Motion to consolidate all the direct purchaser actions (Dkt. No. 11 filed in Case No. 11-cv-

88850                                                           4

15186).[1]  They take no position with respect to the Direct Purchaser Plaintiffs' Motion regarding the appointment of interim lead and liaison counsel.

Dated:  February 28, 2012                                    Respectfully submitted,

/s/ William E. Hoese
Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com


Gregory P. Hansel
Randall B. Weill
Joshua R. Carver
Megan A. Sanders
PRETI, FLAHERTY, BELIVEAU
    & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Telephone:  (207) 791-3000
ghansel@preti.com
rweill@preti.com
jcarver@preti.com
msanders@preti.com

---

[1] *Q.C. Onics Ventures, L.P.* was originally assigned to Judge Rosen.  It is part of *In re Automotive Wire Harness Systems Antitrust Litig.*, MDL No. 2311, and we expect that it will be transferred to Your Honor.

88850                                                5

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael L. Silverman
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
mfreed@fklmlaw.com
skanner@fklmlaw.com
dmillen@fklmlaw.com
msilverman@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jspector@srkw-law.com

Proposed Lead Counsel for the Direct Purchaser Plaintiffs

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finakandassociateslaw.com

Proposed Liaison Counsel for the Direct Purchaser Plaintiffs

## CERTIFICATE OF SERVICE

I, William E. Hoese, hereby certify on the 28th day of February, 2012, the Direct Purchaser Plaintiffs' Notice of Compliance with Local Rule 7.1 was filed electronically with the Panel's ECF system, which sends electronic notice to counsel.

Dated: February 28, 2012                                        /s/ *William E. Hoese*

88898