UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> **All Automobile Dealer Actions** <br><br> *Hammett Motor Co., Inc. v. Delphi Automotive LLP, et al.*, No. 12-10688; <br><br> *Landers Auto Group No. 1, Inc. d/b/a Landers Toyota v. Delphi Automotive LLP, et al.*, No. 12-10676; <br><br> *Superstore Automotive, Inc. v. Delphi Automotive LLP, et al.*, No. 12-10687; <br><br> *Martens Cars of Washington, Inc. v. Furukawa Electric Co., et al.*, No. 12-10681. | MDL No. 2311 <br><br> Judge Marianne O. Battani <br><br> Magistrate Mona K. Majzoub |

**Notice of Compliance with Local Rule 7.1**

On February 23, 2012, the undersigned sought concurrence in their proposed motion to (i) consolidate the automobile dealer actions pursuant to Rule 42(a), (ii) grant Plaintiffs leave to file their proposed Automobile Dealer Consolidated Class Complaint, and (iii) appoint interim class counsel pursuant to Federal Rule of Civil Procedure 23(g).

On February 27, 2012, Plaintiffs filed their motion (Doc. No. 5). After the motion was filed the undersigned received notice from Julie McEvoy, counsel for Defendant Yazaki North America, Inc., that:

> "Those defendants who have entered an appearance in the above-captioned cases ("Defendants") do not object to consolidation for administrative purposes, but reserve their rights to object to plaintiffs' organization for all other purposes, including any claim that the consolidated plaintiffs properly represent a class or sub-class of purchasers in this litigation. Defendants take no position with respect to the instant request for appointment of lead or liaison counsel."

1

Plaintiffs request that the Court take note of this concurrence, in connection with their Motion to Consolidate Automobile Dealer Indirect Purchaser Cases, For Leave to File Consolidated Class Complaint *Instanter* and to Appoint Interim Class Counsel for Automobile Dealer Indirect Purchasers, filed on February 27, 2012.

Dated: February 29, 2012.

Respectfully submitted,

/s/ *Gerard V. Mantese*
Gerard V. Mantese
(Michigan Bar No. P34424)
David Hansma
(Michigan Bar No. P71056)
Mantese Honigman Rossman and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
dhansma@manteselaw.com

Don Barrett  
David McMullan  
Brian Herrington  
Barrett Law Group, P.A.  
P.O. Box 927  
404 Court Square  
Lexington, MS 39095  
Telephone: (662) 834-2488  
dbarrett@barrettlawgroup.com  
bherrington@barrettlawgroup.com  
dmcmullan@barrettlawgroup.com  

Gregory Johnson  
G. Johnson Law, PLLC  
6688 145th Street West,  
Apple Valley, MN 55124  
Telephone: (952) 930-2485  
greg@gjohnsonlegal.com  

Phillip Duncan  
Richard Quintus  
Duncan Firm, P.A.  
900 S. Shackleford, Suite 725  
Little Rock, AR 72211  
Telephone:  (501) 228-7600  
phillip@duncanfirm.com  
richard@duncanfirm.com  

Dewitt Lovelace  
Alex Peet  
Lovelace Law Firm, P.A.  
Suite 200  
12870 US Hwy 98 West  
Miramar Beach, FL  32550  
Telephone: (850) 837-6020  
dml@lovelacelaw.com  
alex@lovelacelaw.com  

Charles Barrett  
Charles Barrett, P.C.  
6518 Highway 100  
Suite 210  
Nashville, Tennessee 37205  
Telephone: (615) 515-3393  
charles@cfbfirm.com  

Jonathan W. Cuneo  
Victoria Romanenko  
Cuneo Gilbert & LaDuca, LLP  
507 C Street, N.E.  
Washington, DC 20002  
Telephone: (202) 789-3960  
jonc@cuneolaw.com  
vicky@cuneolaw.com  

Preetpal Grewal  
Cuneo Gilbert & LaDuca, LLP  
Rockefeller Center  
620 Fifth Avenue  
New York, NY 10020  
Phone: (917) 639-5510  
pgrewal@cuneolaw.com  

Joel Davidow  
Daniel Cohen  
Bethesda, Maryland  
8120 Woodmont Ave  
Suite 810  
Bethesda, MD 20814  
Phone: (202) 789-3960  
joel@cuneolaw.com  
danielc@cuneolaw.com  

Michael Flannery  
Cuneo Gilbert & LaDuca, LLP  
300 North Tucker Boulevard  
No. 801  
St. Louis, MO 6310  
Phone: (202)789-3960  
Fax: (202)789-1813  
Mflannery@cuneolaw.com  

Shawn M. Raiter  
Larson • King, LLP  
2800 Wells Fargo Place  
30 East Seventh Street  
St. Paul, MN  55101  
Telephone: (651) 312-6500  
sraiter@larsonking.com

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net

*Counsel for Automobile Dealer Plaintiffs*

## Certificate of Service

I, Gerard V. Mantese, hereby certify that this document was electronically filed and served using the Court's ECF system on February 29, 2012.

_/s/ Gerard V. Mantese_
Gerard V. Mantese