UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re Automotive Wire Harness Systems Antitrust Litigation | Case No. 2:12-md-02311-MOB |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD, et al.,<br><br>Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| Q.C. ONICS VENTURES, LP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

**Q.C. ONICS VENTURES, LP'S NOTICE OF JOINDER IN DIRECT PURCHASER PLAINTIFFS' MOTION TO: (1) CONSOLIDATE THE DIRECT PURCHASER ACTIONS; AND (2) APPOINT LEAD AND LIAISON COUNSEL**

Q.C. Onics Ventures, LP hereby provides notice that it joins in Direct Purchaser Plaintiffs' motion to (1) Consolidate the Direct Purchaser Actions; and (2) Appoint Interim Lead and Liaison Counsel [Dkt. No. 11, Case No. 2:11-cv-15186].

Dated: March 7, 2012                                    Respectfully submitted,

 /s/ David H. Fink_____
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road; Ste. 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Gregory P. Hansel
Randall B. Weill
Joshua R. Carver
Megan A. Sanders
PRETI, FLAHERTY, BELIVEAU &
PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
 (207) 791-3000
ghansel@preti.com
rweill@preti.com
jcarver@preti.com
msanders@preti.com

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
TaKeena M. Thompson
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone: (317) 636-6481
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com

Dustin M. Roach
VAN GILDER & TRZYNKA, P.C.
436 E. Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 424-8132
droach@vgtlaw.com

*Counsel for Q.C. Onics Ventures, LP and the Proposed Class*

## CERTFICATE OF SERVICE

I hereby certify that on March 7, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

FINK + ASSOCIATES LAW

By: /s/David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Counsel for Plaintiffs
100 West Long Lake Road, Suite111
Bloomfield Hills, MI  48304
(248) 971-2500
dfink@finkandassociateslaw.com