**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In re Automotive Wire Harness Systems Antitrust Litigation** | Case No. 12-md-2311<br><br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE

To: Clerk of Court and All Parties of Record

Please enter the appearance of Erin C. Burns of the law firm RodaNast, P.C., as counsel on behalf of Gary T. Brock in the above-captioned matter.

Dated: March 8, 2012

                        Respectfully Submitted,

                        /s/ Erin C. Burns
                        Erin C. Burns (PA 89742)
                        RodaNast, P.C.
                        801 Estelle Drive
                        Lancaster, Pennsylvania 17601
                        (717) 892-3000 (telephone)
                        (717) 892-1200 (facsimile)
                        eburns@rodanast.com

                        Counsel for Plaintiff Gary T. Brock

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Erin C. Burns was served upon all counsel of record via ECF on this 8th day of March, 2012.

/s/ Erin C. Burns
Erin C. Burns (PA 89742)
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000 (telephone)
(717) 892-1200 (facsimile)
eburns@rodanast.com