## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice of Entry of Appearance** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the courts ECF system on the 8th day of March, 2012.

<u>/s/ Bernard Persky</u>
Bernard Persky

2