**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

Case No. 12-md-02311
Hon. Marianne O. Battani

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Hollis L. Salzman of Labaton Sucharow, LLP as counsel on behalf of plaintiffs Susan LaCava, Sonny Beck, Curtis P. Boudreaux, Robert Beeson and Tommy N. Wilson in the above-captioned matter.

Dated: March 8, 2012         Respectfully submitted,

*/s/* Hollis L. Salzman

Bernard Persky
Hollis L. Salzman
William V. Reiss
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs Susan LaCava, Sonny Beck, Curtis P. Boudreaux, Robert Beeson and Tommy N. Wilson*