**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of William V. Reiss of Labaton Sucharow, LLP as counsel on behalf of plaintiffs Susan LaCava, Sonny Beck, Curtis P. Boudreaux, Robert Beeson and Tommy N. Wilson in the above-captioned matter.

Dated: March 8, 2012      Respectfully submitted,

        /s/ William V. Reiss

Bernard Persky
Hollis L. Salzman
William V. Reiss
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs Susan LaCava, Sonny Beck, Curtis P. Boudreaux, Robert Beeson and Tommy N. Wilson*