**END-PAYOR PLAINTIFFS' APPLICATION FOR**
**APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**
**Index of Exhibits**

- **A.** Opinion, *In re Lear Corporation, et al.,* 09-14326-alg (S.D.N.Y Feb. 10, 2012)
- **B.** Labaton Sucharow LLP Firm Resume
- **C.** Susman Godfrey LLP Firm Resume
- **D.** Cotchett, Pitre & McCarthy LLP Firm Resume
- **E.** Compendium of Cases Cited in Footnote 5
- **F.** The Miller Law Firm, P.C. Summary of Class Action Experience
- **G.** The Miller Law Firm, P.C. Attorney Bios