

# FirmResume

## Antitrust

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................ 1

NOTABLE LEAD COUNSEL APPOINTMENTS ............................................................ 2
    ANTITRUST CLASS ACTIONS ................................................................................ 2
    OTHER CLASS ACTIONS ........................................................................................ 5

ANTITRUST CASES IN WHICH THE FIRM SERVES ON THE EXECUTIVE COMMITTEE ........................ 6

NOTABLE SUCCESSES ..................................................................................................... 6
    ANTITRUST CLASS ACTIONS ................................................................................ 6
    OTHER CLASS ACTIONS ........................................................................................ 8

TRIAL EXPERIENCE ........................................................................................................ 8

COMMENTS ABOUT OUR FIRM BY THE COURTS ................................................... 9

CORPORATE GOVERNANCE ........................................................................................ 11

PRO BONO ACTIVITIES .................................................................................................. 11

WOMEN'S INITIATIVE AND MINORITY SCHOLARSHIP ...................................... 11

LABATON SUCHAROW'S ANTITRUST ATTORNEYS ............................................ 12
    Lawrence A. Sucharow, Firm Chairman ................................................... 12
    Bernard Persky, Partner ............................................................................... 14
    Jay L. Himes, Partner .................................................................................... 16
    Thomas A. Dubbs, Partner ........................................................................... 17
    Hollis Salzman, Partner ................................................................................ 19
    Eric J. Belfi, Partner ...................................................................................... 21
    Christopher J. McDonald, Partner .............................................................. 22
    Michael W. Stocker, Partner ....................................................................... 23
    Kellie Lerner, Partner ................................................................................... 24
    Richard T. Joffe, Senior Counsel ................................................................ 26
    Gregory Asciolla, Of Counsel ..................................................................... 26
    William V. Reiss, Associate ......................................................................... 28
    Amy Garzon, Associate ................................................................................ 29
    Meegan F. Hollywood, Associate ............................................................... 30

# INTRODUCTION

Founded in 1963, Labaton Sucharow LLP is an internationally respected law firm with more than 80 attorneys and a professional staff that includes economists, certified public accountants, financial analysts, e-discovery specialists and investigators with extensive private sector and federal law enforcement experience. The Firm has offices in New York, New York and Wilmington, Delaware and maintains relationships throughout Europe.

Labaton Sucharow is among the most experienced law firms in the country in the prosecution of complex antitrust and securities class actions and has achieved outstanding recoveries on behalf of its clients year after year. Indeed, Labaton Sucharow was awarded a top ranking from *Chambers and Partners USA*, *Benchmark Plaintiff* and *The Legal 500* and was selected by *The National Law Journal* for six years in a row as one of the leading plaintiffs' class action firms in the country.

Labaton Sucharow's Antitrust Practice Group is recognized for its representation of individuals that have been injured by antitrust violations, including price fixing, exclusive dealing and monopolization, and has successfully recovered more than $1.5 billion on behalf of its clients in major antitrust class actions around the country. Notably, the Firm's pioneering work in the 1990s in the pharmaceutical industry was instrumental in the struggle to control the rising costs of prescription drugs, and it secured the Firm's place in the national spotlight as a leader in the fight against illegal cartels and monopolists.

Labaton Sucharow is also known and respected for its comprehensive services for institutional investor clients and has recovered, through trial and settlement, more than $3 billion for the benefit of investors who have been victimized by such diverse schemes as stock price manipulation, mismanagement, and fraudulent offerings of securities. In addition to obtaining monetary recoveries for injured investors, the Firm regularly secures corporate governance reforms to meaningfully change the way that boards of directors and management of defendant companies operate, thus minimizing the likelihood that perpetrators of fraud will repeat their wrongful conduct. Visit our website at **www.labaton.com** for more information about our Firm.

# NOTABLE LEAD COUNSEL APPOINTMENTS

## Antitrust Class Actions

### *In re Photochromic Lens Antitrust Litigation*
**MDL No. 2173 (M.D. Fla.)**

In October 2010, Labaton Sucharow LLP was appointed Co-Lead Counsel in this lawsuit on behalf of a proposed class of Plaintiffs who purchased Transitions® branded lenses directly from Defendants, certain manufacturers and distributors of these products.

Plaintiffs allege that, between March 3, 2006 through April 21, 2010, Defendants participated in unlawful anticompetitive conduct by entering into exclusivity agreements with ophthalmic lens manufacturers and wholesale prescription optical laboratories, and either terminating or refusing to deal with lens manufacturers that carried or attempted to carry competing products.  The case is pending before the Honorable James D. Whittemore in the Middle District of Florida.

The claims were the subject of a consent decree between one of the Defendants and the Federal Trade Commission, in which the Defendant agreed to immediately cease and desist from engaging in such conduct.

### *In re Food Service Equipment Hardware Antitrust Litigation*
**Case No. 10-cv-01849 (N.D. Ga.)**

In July 2010, Labaton Sucharow LLP was appointed Co-Lead Counsel in this lawsuit on behalf of a proposed class of Plaintiffs who purchased food service equipment hardware directly from Defendants, certain manufacturers and distributors of these products.

Plaintiffs allege that, between December 1, 2004 through December 31, 2008, Defendants unlawfully conspired to fix the prices of and allocate customers in the market for food service equipment hardware.  The case is pending before the Honorable William S. Duffey, Jr. in the Northern District of Georgia.

The Antitrust Division of the Department of Justice is conducting a parallel criminal investigation into this alleged price-fixing conspiracy.  In connection with the DOJ's investigation, certain Defendants have plead guilty to their role in the price-fixing conspiracy.

### *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, et al.*
**C.A. No. 11-cv-00436 (C.D. Cal.)**
**- and -**
### *Board of Trustees of Commissioners of the Port of New Orleans v. Virginia Harbor Services, et al.,* **C.A. No. 11-cv-00437 (C.D. Cal.)**

In July 2010, Labaton Sucharow LLP was appointed sole lead counsel in two related class actions filed on behalf of persons and entities (including state governmental entities) that purchased foam-filled fenders and buoys and plastic marine pilings directly from Defendants.  The actions are pending before the Honorable George H. Wu in the Central

2

District of California.  In these actions, Plaintiffs allege that Defendants and their coconspirators, the leading manufacturers and distributors of foam-filled fenders and buoys, and plastic marine pilings, conspired to fix prices, rig bids and allocate customers and markets of these products from at least January 1, 2000 through such time as the anticompetitive effects of the Defendants' conduct ceased.

Pursuant to a related criminal investigation launched by the U.S. Department of Justice's Antitrust Division, certain Defendants have pleaded guilty to engaging in a conspiracy to unlawfully rig bids and allocate markets for the sale of foam-filled fenders and buoys and/or marine pilings in the United States.  These guilty pleas have resulted in substantial criminal fines and/or jail sentences.  Additionally, pursuant to the False Claims Act, the Department of Justice intervened and settled claims in a related qui tam lawsuit brought by a whistleblower.  The State of Florida also settled similar claims pursuant to its own civil action against Defendants.

Labaton Sucharow recently secured final approval of six partial settlements in these cases and has reached settlement agreements with the remaining defendants pending court approval.

### *In re Florida Cement and Concrete Antitrust Litigation*
### C.A. No. 09-cv-23187 (S.D. Fla.)

In December 2009, Labaton Sucharow LLP was appointed Co-Lead Counsel in this lawsuit, which alleges antitrust violations on behalf of a class of Plaintiffs who purchased ready-mixed concrete in Florida directly from Defendants, the largest providers of concrete in the state.

In the most recent amended complaint, filed January 4, 2011, Plaintiffs allege that, between February 11, 2008 and the present, Defendants participated in a conspiracy to illegally fix the prices of and allocate the market for ready-mixed concrete sold in the State of Florida.  The case is pending before the Honorable Cecilia M. Altonaga in the Southern District of Florida.

Labaton Sucharow filed the first antitrust class action lawsuit after conducting an extensive independent investigation of anticompetitive conduct in the cement and concrete markets in Florida.  Subsequent to the filing of this case, the Attorney General of the State of Florida launched its own investigation into Defendants' practices.

### *In re Aftermarket Automotive Lighting Products Antitrust Litigation*
### MDL No. 2007 (C.D. Cal.)

In March 2009, Labaton Sucharow LLP was appointed Co-Lead Counsel in this lawsuit filed on behalf of a certified class of Plaintiffs who purchased aftermarket automotive lighting products directly from Defendants, three Taiwanese manufacturers and their United States subsidiary distributors.

Plaintiffs allege that Defendants unlawfully conspired to fix the prices of and allocate the market for aftermarket automotive lights between July 29, 2001 and February 10, 2009.

The action is pending before the Honorable George H. Wu in the Central District of California.

Subsequent to the filing of this case, the United States Department of Justice commenced a criminal grand jury investigation, which is proceeding in the Northern District of California.  Two distributors of aftermarket automotive lights agreed to plead guilty to charges of price-fixing.  On November 8, 2011, the Court granted preliminary approval of a $25 million partial settlement with Defendants Depo Auto Parts Industrial Co. Ltd. and Maxzone Vehicle Lighting Corp.

### *In re Aftermarket Filters Antitrust Litigation*
### **MDL No. 1957 (N.D. Ill.)**

In September 2008, Labaton Sucharow LLP was appointed Co-Lead Counsel after it filed the first lawsuit in the country on behalf of a proposed class of Plaintiffs who purchased aftermarket automotive filters (oil, air, and fuel) directly from Defendants, the largest manufacturers of these products.

Plaintiffs allege that Defendants participated in a conspiracy to illegally fix the prices charged for aftermarket filters sold in the United States between January 1, 1999 and the present.  The case is pending before the Honorable Robert W. Gettleman in the Northern District of Illinois.

Labaton Sucharow filed the first class action complaint in the country.  Subsequent to the Firm's filing, the Florida Attorney General commenced an action alleging substantially identical claims against Defendants.

### *In re Air Cargo Shipping Services Antitrust Litigation*
### **MDL No. 1775 (E.D.N.Y.)**

In November 2006, Labaton Sucharow LLP was appointed Co-Lead Counsel in this lawsuit filed on behalf of a proposed class of Plaintiffs who purchased airfreight shipping services directly from Defendants, certain major domestic and international air cargo carriers.

Plaintiffs allege that Defendants participated in a global conspiracy to unlawfully inflate the prices charged to ship goods by air transportation between January 1, 2000 and the present.  The case is pending before the Honorable John Gleeson in the Eastern District of New York.

The Court has granted preliminary or final approval of almost $500 million in partial settlements with certain Defendants.  Additionally, 23 Defendants have pled guilty to their role in the conspiracy and one Defendant was accepted into the Department of Justice's Amnesty Program.

## Other Class Actions

### In re Goldman Sachs Group, Inc. Securities Litigation
### C.A. No. 10-cv-03461 (S.D.N.Y)

In March, 2011, Labaton Sucharow was appointed Co-Lead Counsel for Lead Plaintiffs, the Arkansas Teachers Retirement System, the West Virginia Investment Management Board and the Plumbers and Pipefitters Pension Group, in this action asserting claims under the Securities Exchange Act of 1934 against Goldman Sachs Group, Inc. ("Goldman"), and certain of Goldman's officers (collectively, the "Goldman Defendants") on behalf of all purchasers of Goldman securities from February 5, 2007 to June 10, 2010.  Lead Plaintiffs allege that the Goldman Defendants violated the federal securities laws by making false and misleading statements with respect to events surrounding Goldman's sale, in 2006 and 2007, of the Abacus, Anderson, Hudson and Timberwolf collateralized debt obligations.  Lead Plaintiffs also allege that the Goldman Defendants concealed from investors that the SEC was investigating Goldman for making materially misleading statements in connection with the Abacus transaction.  The case is pending before the Honorable Paul A. Crotty in the Southern District of New York.

### In re Fannie Mae 2008 Securities Litigation
### C.A. No. 08-cv-07831 (S.D.N.Y.)

In March, 2009, Labaton Sucharow was appointed Co-Lead Counsel for the stockholder class, representing the Massachusetts Pensions Reserves Investment Management Board and State-Boston Retirement Board in a class action asserting claims arising out of Fannie Mae's strategic shift away from investing in, guaranteeing, and securitizing low-risk traditional mortgages to risky Alt-A and subprime mortgages.  The suit alleges that Fannie Mae misstated its ability to gauge the risk of subprime and Alt-A loans and the adequacy of its core capital and financial statements.  The case is pending before the Honorable Paul A. Crotty in the Southern District of New York.

### In re Bear Stearns Companies, Inc. Securities Litigation
### C.A. No. 08-md-01963 (S.D.N.Y.)

In January, 2009, Labaton Sucharow was appointed Co-Lead Counsel for Lead Plaintiff, the State Treasurer of the State of Michigan, Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System, and Michigan Judges Retirement System in a class action asserting claims under the Securities Exchange Act of 1934 against the Bear Stearns Companies, Inc. ("Bear Stearns"), its auditor Deloitte & Touche LLP, and certain of Bear Stearns' former directors and officers. The case is pending before the Honorable Robert W. Sweet in the Southern District of New York.

# ANTITRUST CASES IN WHICH THE FIRM SERVES ON THE EXECUTIVE COMMITTEE

Labaton Sucharow serves on the Executive Committee in other major antitrust litigations, including *In re Blood Reagents Antitrust Litigation* (E.D. Pa.), *In re Chocolate Confectionary Antitrust Litigation* (M.D. Pa.), *In re Commodity Exchange, Inc. and Silver Futures and Options Trading Litigation* (S.D.N.Y.), *In re Fresh and Processed Potatoes Antitrust Litigation* (D. Idaho), *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.), *In re NCAA Student Athlete Name & Likeness Licensing Litigation* (N.D. Ill.), *In re Payment Card Antitrust Litigation* (E.D.N.Y.), *In re Polyurethane Foam Antitrust Litigation* (N. D. Ohio), and *In re Transpacific Airlines Antitrust Litigation* (N.D. Cal.).

# NOTABLE SUCCESSES

As a Lead Counsel, Labaton Sucharow has achieved many outstanding results on behalf of its clients. Highlights include the following:

## Antitrust Class Actions

- obtained almost $500 million in partial settlements with certain Defendant airlines for an alleged global conspiracy to fix surcharges for air cargo shipping services. The case continues against the remaining Defendants. *In re Air Cargo Shipping Services Antitrust Litigation*, C.A. No. 06-md-01775 (CBA) (E.D.N.Y.).

- obtained $135.4 million in settlements for claims that Mylan Laboratories, Inc. implemented anticompetitive price increases for generic versions of the anti-anxiety drugs Lorazepam and Clorazepate. *In re Lorazepam and Clorazepate Antitrust Litigation*, C.A. No. 99-cv-01082 (TFH) (D.D.C.).

- obtained $101 million in settlements on behalf of a class of NYMEX natural gas futures traders injured by Defendant energy companies' alleged manipulation of published price indices. At the time, this was the second-largest class action commodities manipulation recovery on record. *In re Natural Gas Commodity Litigation*, C.A. No. 03-cv-06186 (VM) (S.D.N.Y.).

- obtained almost $90 million in settlements with Sumitomo Corporation and others on behalf of business purchasers of copper products harmed by unlawfully inflated copper prices. *National Metals, Inc. v. Sumitomo Corporation et al.*, (Cal. Superior Court, San Diego County).

- obtained a $90 million settlement to resolve claims that Bristol-Myers Squibb engaged in monopolistic and other anticompetitive conduct in marketing BuSpar, an anti-anxiety drug. *In re Buspirone Antitrust Litigation*, C.A. No. 01-md-01413 (JGK) (S.D.N.Y.).

- obtained a $65.7 million settlement stemming from allegations that the price charged for TriCor, a cholesterol-lowering medication, was inflated because of anticompetitive conduct. *In re Tricor Antitrust Litigation*, C.A. No. 05-cv-00360 (SLR) (D. Del).

- obtained approximately $65 million settlement in a multi-state class action alleging that brand name prescription drug manufacturers unlawfully and deceptively marketed their prescription drug products. *In re Brand Name Prescription Drug Indirect Purchaser Antitrust Litigation* (multi-state).

- obtained $52 million in settlements on behalf of businesses injured by an alleged conspiracy to fix the prices of ocean freight services between the continental United States and Puerto Rico. *In re Puerto Rican Cabotage Antitrust Litigation*, C.A. No. 08-md-01960 (DRD) (D.P.R.).

- obtained $47 million in settlements on behalf of a class of equity options purchasers injured by an alleged anticompetitive scheme to restrict the exchange listing of equity options. *In re Stock Exchanges Options Trading Antitrust Litigation*, C.A. No. 99-cv-00962 (RCC) (S.D.N.Y.).

- obtained a $44.5 million settlement for claims that DuPont Pharmaceuticals Company unlawfully suppressed generic competition for Coumadin, a blood-thinning drug. *In re Warfarin Sodium Antitrust Litigation*, C.A. No. 98-md-01232 (SLR) (D. Del.).

- obtained $32 million in settlements on behalf of businesses injured by an alleged conspiracy to fix the prices of marine hose. *In re Marine Hose Antitrust Litigation*, C.A. No. 08-md-01888 (DLG) (S.D. Fla.).

- obtained $22.3 million in settlements on behalf of direct purchasers of construction flat glass. *In re Flat Glass II Antitrust Litigation*, C.A. No. 08-mc-00180 (DWA) (W.D. Pa.).

- obtained $18.45 million in settlements on behalf of direct purchasers of the food additives maltol and sodium erythorbate. *Continental Seasonings, Inc. v. Pfizer, Inc. et al.*, C.A. No. 99-cv-12055; *In re Maltol Antitrust Litigation*, C.A. No. 99-cv-05931 (TPG) (S.D.N.Y.).

- obtained a $10 million settlement stemming from Abbott Laboratories' price increase of Norvir, which provides for a payment to non-profit organizations serving individuals with HIV. *In re Abbott Labs Norvir Antitrust Litigation*, C.A. No. 04-cv-01511 (CW) (N.D. Cal.).

## Other Class Actions

- obtained a total of $1 billion in proposed settlements to resolve claims that AIG and certain individual AIG directors and officers engaged in a scheme involving improper commissions and illegal bid-rigging, as well as accounting fraud, that obliterated $2.26 billion in shareholder equity.  *In re American International Group, Inc. Securities Litigation*, C.A. No. 04-cv-08141 (JES) (AJP) (S.D.N.Y.).

- obtained over $600 million in settlements with Countrywide and KPMG LLP to settle claims alleging that Countrywide, one of the nation's largest mortgage lenders, violated the federal securities laws by making misstatements and omitting material facts about its policies and procedures for underwriting loans that entailed greater risk than disclosed. The settlement is among the largest securities fraud settlements in U.S. history.  *In re Countrywide Financial Corporation Securities Litigation*, C.A. No. 07-cv-05295 (MRP) (C.D. Cal.).

- obtained a $554 million partial settlement in a case stemming from the largest fraud ever perpetrated in the healthcare industry.  This partial settlement, comprised of cash and HealthSouth securities, is one of the largest in history.  *In re HealthSouth Securities Litigation*, C.A. No. 03-cv-1500 (KOB) (N.D. Ala.).

- obtained $457 million in cash settlements plus an array of far-reaching corporate governance measures in, what was at the time, the largest common fund settlement of a securities class action achieved in any court within the Fifth Circuit and the third-largest achieved in any federal court in the nation.  Judge Harmon noted, among other things, that Labaton Sucharow "obtained an outstanding result by virtue of the quality of the work and vigorous representation of the Class."  *In re Waste Management, Inc. Securities Litigation*, C.A. No. 99-cv-2183 (MH) (S.D. Tex.).

- obtained $303 million in settlements on behalf of a class of investors who alleged that, over a period of six years, General Motors, its officers and its outside auditor overstated GM's income by billions of dollars, and GM's operating cash flows by tens of billions of dollars, by a series of accounting manipulations.  *In re General Motors Corp. Securities and Derivative Litigation*, C.A. No. 06-md-1749 (GER) (E.D. Mich.).

- obtained a $285 million settlement against the El Paso corporation stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span.  *In re El Paso Corporation Securities Litigation*, C.A. No. 02-cv-02717 (LNH) (S.D. Tex.).

## TRIAL EXPERIENCE

Due to the risky nature of jury trials, few class action cases ever go to trial.  But when it is in the best interests of its client and the class, Labaton Sucharow repeatedly has demonstrated

its willingness and ability to try these complex cases before a jury, which significantly increases the ultimate settlement value to the class.  For example, in *In re Real Estate Associates Limited Partnership Litigation*, when Defendants were unwilling to settle for an amount Labaton Sucharow and its clients viewed as fair, the Firm tried the case with co-counsel for six weeks and obtained a landmark $184 million jury verdict.  The jury supported Plaintiffs' position that Defendants knowingly violated the federal securities laws, and that the general partner had breached his fiduciary duties to Plaintiffs.  The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the Plaintiff class, consisting of 18,000 investors, recovered 100% of their damages.

## COMMENTS ABOUT OUR FIRM BY THE COURTS

Many judges have commented favorably on the Firm's expertise and results achieved in class action litigation.

- *"I want to thank you all for your professionalism in this . . . very lengthy and complicated matter . . . I appreciate your cooperation and the manner in which all of the attorneys conducted themselves in this litigation . . . It makes our job much easier when we have fine lawyers representing their clients in a professional manner."*

  – Donald L. Graham
    *In re Marine Hose Antitrust Litigation*, MDL No. 1888 (DLG) (S.D. Fla.)
    (granting final approval of partial settlement).

- *"I do want to just make the point that the advocacy has really been remarkable both on the papers and in the arguments today – I really appreciate it.  It's been a pleasure to hear so many good litigators advocate their positions.  So thank you."*

  – Judge Viktor v. Pohorelsky
    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (JG)
    (E.D.N.Y.) (remarking on advocacy at hearing on Defendants' motions to dismiss).

- *"The Labaton firm is very well known to the courts for the excellence of its representation."*

  – Judge Jed S. Rakoff
    *Middlesex County Retirement System v. Monster Worldwide, Inc.*, C.A. No. 07-cv-2237 (S.D.N.Y.) (appointing Labaton Sucharow as Lead Counsel).

- *"Let me say that the lawyers in this case have done a stupendous job.  They really have."*

  – Judge John Koeltl
    *In Re Buspirone Antitrust Litigation*, MDL No. 1413, (JGK) (S.D.N.Y.)
    (approving $90 million settlement with Bristol-Myers Squibb).

- *"The class counsel are well-qualified to litigate this type of complex class action, and they showed their effectiveness in the case at bar through the favorable cash settlement they were able to obtain."*

  – Chief Judge Sue L. Robinson
    *In re Warfarin Sodium Antitrust Litigation*, MDL No. 1232, (SLR) (D. Del.)
    (approving $44.5 million cash settlement).

- *"The recovery is all they could have gotten if they had been successful.  I have probably never seen a better result for the class than you have gotten here."*

  – Judge John E. Sprizzo
    *In re Revlon Pension Plan Litigation*, C.A. No. 91-cv-4996 (JES) (S.D.N.Y.)
    (granting final approval of class action settlement).

- *"I think the lawyering in this case is most commendable . . . [Counsel] have accorded themselves in a manner that allows us to be proud of the profession."*

  – Judge Myron S. Greenberg
    *Kerr v. Abbott Laboratories*, C.A. No. 96-cv-2837 (MSG) (4th Judicial District, Hennepin County, Minnesota) (granting final approval of class action settlement).

- *"This Court has been helped along every step of the way by some outstanding lawyering . . . [Y]ou can hardly say that there has been anything but five star attorneys involved in this case."*

  – Judge Moria G. Krueger
    *Scholfield v. Abbott Laboratories, et al.*, C.A. No. 96-cv-460 (MGA) (Circuit Court, Dane County, Wisconsin) (granting final approval of class action settlement).

- *"I'll join my learned colleagues...in commending counsel in arriving at something that represents a great deal of hard work and a great deal of ingenuity in putting together a settlement of this magnitude and complexity."*

  – Judge Carl O. Bradford
    *Karofsky v. Abbott Laboratories, et al.*, C.A. No. 95-cv-1009 (COB) (Superior Court, Cumberland County, Maine) (granting final approval of class action settlement).

10

## CORPORATE GOVERNANCE

Not only is Labaton Sucharow a recognized leader in Antitrust and Securities litigation, the Firm is also committed to corporate governance reform. The Firm is a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware. The Center provides a forum for business leaders, directors of corporate boards, the legal community, academics, practitioners, graduate and undergraduate students, and others interested in corporate governance issues to meet and exchange ideas. One of Labaton Sucharow's senior and founding partners, Edward Labaton, is a member of the Advisory Committee of The Center. Additionally, Mr. Labaton has for more than 10 years served as a member of the Program Planning Committee for the annual ALI-ABA Corporate Governance Institute, and serves on the Task Force on the Role of Lawyers in Corporate Governance of the Association of the Bar of the City of New York.

Because of the depth of their experience and deep commitment to the principles of corporate governance, many Labaton Sucharow partners have served as featured speakers at various symposia and lectures on topics relating to corporate governance and reform.

## PRO BONO ACTIVITIES

Our attorneys devote substantial time to *pro bono* activities. Many of our attorneys participated in the Election Protection Program sponsored in 2004 and 2008 by the Lawyers Committee for Civil Rights Under the Law to ensure that every voter could vote and every vote would count. In addition, the Firm's attorneys devote their time to *pro bono* activities in the fields of the arts, foundations, education, and health and welfare issues.

## WOMEN'S INITIATIVE AND MINORITY SCHOLARSHIP

Labaton Sucharow founded a Women's Initiative to reflect the Firm's commitment to the advancement of women professionals. The goal of the initiative is to bring professional women together to collectively advance women's influence in business. Each event showcases a

successful woman role model as a guest speaker.  We actively discuss our respective business initiatives and hear the guest speaker's strategies for success.  Labaton Sucharow mentors and promotes the professional achievements of the young women in our ranks and others who join us for events.  The Firm also is a member of the National Association of Women Lawyers (NAWL).  For more information regarding Labaton Sucharow's Women's Initiative, please visit http://www.labaton.com/en/about/women/Womens-Initiative.cfm.

Further, as part of an effort to increase attorney diversity, the Firm has established an annual scholarship program at Brooklyn Law School that provides a $5,000 scholarship and a summer associate position at the Firm to a member of a minority group.

## LABATON SUCHAROW'S ANTITRUST ATTORNEYS

The Labaton Sucharow attorneys who are involved in the prosecution of antitrust litigation include former state and federal government enforcers, former in-house attorneys, former law clerks to federal judges, as well as prior members of the defense bar.  Among these attorneys are Partners Lawrence A. Sucharow, Bernard Persky, Jay L. Himes, Thomas A. Dubbs, Hollis Salzman, Eric J. Belfi, Christopher J. McDonald, Michael W. Stocker, and Kellie Lerner; Senior Counsel Richard T. Joffe; Of Counsel Attorney Gregory Asciolla; and Associates William V. Reiss, Amy Garzon and Meegan F. Hollywood.  A short description of the qualifications and accomplishments of each follows.

### LAWRENCE A. SUCHAROW, FIRM CHAIRMAN

*lsucharow@labaton.com*

Lawrence A. Sucharow, a nationally recognized leader of the securities class action bar, is the chairman of Labaton Sucharow.  In this capacity, he participates in developing the litigation and settlement strategies for many of the class action cases Labaton Sucharow prosecutes.

For more than three decades, Lawrence has devoted his practice to counseling clients and prosecuting cases on complex issues involving securities, antitrust, business transaction, product liability, and other class actions.  Lawrence has successfully recovered more than $1 billion on behalf of institutional investors such as state, city, county and union pension funds, shareholders of public companies, bondholders, purchasers of limited partnership interests, purchasers of consumer products and individual investors.

Lawrence obtained $225 million in savings for the class of *In re CNL Resorts, Inc. Securities Litigation*.  In other recently settled actions, Lawrence undertook a lead role in obtaining benefits for class members of $200 million (*In re Paine Webber Incorporated Limited Partnerships Litigation*); $110 million partial settlement (*In re Prudential Securities Incorporated Limited Partnerships Litigation*); $91 million (*In re Prudential Bache Energy Income Partnerships Securities Litigation*); and more than $92 million (*Shea v. New York Life Insurance Company*).  In approving the *Prudential* settlement, Judge Milton Pollack referred to the efforts of plaintiffs' counsel as "Herculean," stating: "…this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case."

In addition, in 2002 Lawrence served as Co-Trial Counsel in a six-week trial of a federal securities law claim on behalf of 18,000 passive investors in the Real Estate Associates limited partnerships.  That trial resulted in an unprecedented $182 million jury verdict.

Lawrence is the author of "Schapiro Takes Right Path On Market Reform, But Auditors, Lawyers and Shareholders Need Better Tools," *Pensions & Investments*, June 1, 2009.  He is the co-author of "How Courts Analyze Guilty Pleas and Government Investigations When Considering the Plausibility of an Antitrust Conspiracy After Twombly," *BNA's Class Action Litigation Report*, March 26, 2010; "Death of the Worldwide Class?," *BNA's Securities Regulation & Law Report*, June 22, 2009, and "Executive Compensation: Despite reforms, pay is less transparent and shareholder-friendly than in the past," *New York Law Journal*, March 20, 2008.

Lawrence is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association. He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the founding chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association from 1988-1994. He was honored by his peers by his election to serve a two-year term as President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms which practice complex civil litigation including class actions.

As a result of his career accomplishments, for the past three years, Lawrence was independently selected by *Chambers and Partners USA* to be in its highest category, Band 1, (Plaintiffs Securities Class Actions), an honor he shares with only five other plaintiffs' securities lawyers. In November 2011, *Benchmark Plaintiff* named Lawrence a National Litigation Star for antitrust and securities litigation and a New York Litigation Star for antitrust, products liability and securities litigation. In June 2011, *The Legal 500*, the world's largest legal referral guide, acknowledged Lawrence with the designation of "Leading Lawyer," an honor he shares with only five other plaintiffs' securities lawyers nationwide. In August 2010, he was recognized by *Law360* as one the ten Most Admired Securities Attorneys in the United States. Lawrence has received a rating of AV from the publishers of the Martindale-Hubbell directory.

## BERNARD PERSKY, PARTNER

*bpersky@labaton.com*

An accomplished litigator with more than four decades of experience, Bernard Persky serves as Co-Chair of the Firm's Antitrust Practice Group. Widely recognized as one of the nation's leading antitrust lawyers, Bernie has played a key role in numerous high profile class actions, securing major monetary recoveries that serve to protect businesses, consumers and the public at large. He currently serves as Co-Lead Counsel in a number of nationwide antitrust

class actions including: *In re Photochromic Lens Antitrust Litigation*; *In re Aftermarket Filters Antitrust Litigation*; and *In re Optiver Commodities Litigation*.

Over the course of his career, Bernie has litigated numerous significant antitrust class actions that have collectively resulted in recoveries well in excess of $1 billion and received high praise from the bench and the bar.  Notably, in *County of Suffolk v. Long Island Lighting Company*, in which he served as co-lead trial counsel, the Second Circuit upheld a $400 million class settlement and quoted the sentiment of the trial judge, Honorable Jack B. Weinstein, that "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried." 907 F.2d 1295, 1327 (2d Cir. 1990).  Earlier in his career, Bernie successfully defended a major department store chain in a complex antitrust class action involving price-fixing in the retail apparel industry, a case that was heard by the United States Supreme Court (*Moitie v. Federated Department Stores, Inc.*, 452 U.S. 394 (1981).).

Other major antitrust class actions in which he served as Co-Lead Counsel include: *In re Natural Gas Commodity Manipulation Litigation* ($101 million settlement); *In re Warfarin Sodium Antitrust Litigation* ($44.5 million settlement); *In re Buspirone Antitrust Litigation* ($90 million settlement); *In re Lorazepam & Clorazepate Antitrust Litigation* ($135 million settlement); *In re Stock Exchanges Options Antitrust Litigation* ($47 million settlement); *In re Foundry Resins Antitrust Litigation* ($14.2 million settlement); *In re TriCor Indirect Purchaser Antitrust Litigation* ($65.7 million settlement); *Continental Seasonings, Inc. v. Pfizer, Inc. et al./In re Maltol Antitrust Litigation* ($18.45 million settlement); *National Metals, Inc. v. Sumitomo Corporation, et al.* ($90 million multi-state settlement); and *In re Brand Name Prescription Drug Indirect Purchaser Antitrust Litigation* ($65 million multi-state settlement).

In addition to his active caseload, Bernie plays a leading role in the bar through his membership on the Advisory Board of the American Antitrust Institute and the Executive Committee of the Antitrust Section of the New York State Bar Association.  He also is a regular contributor to legal and business publications and a frequent speaker on antitrust and class action issues.

Bernie has received a rating of AV from the publishers of the Martindale-Hubbell directory.

## JAY L. HIMES, PARTNER

*jhimes@labaton.com*

Jay L. Himes is Co-Chair of the Firm's Antitrust Practice Group.  Jay's expertise includes all facets of the antitrust landscape, including investigations and case filings, merger transactions, trial and appellate litigation, and settlement.  With more than 30 years of experience in complex litigation, Jay focuses on representing plaintiffs in price-fixing class action cases, and on protecting businesses from anticompetitive activities.  Jay is actively engaged in the prosecution of major antitrust class actions throughout the United States.

Prior to joining Labaton Sucharow in late 2008, Jay served as the Antitrust Bureau Chief in the New York Attorney General's office.  During his nearly eight-year tenure as New York's chief antitrust official, Jay led significant, high-profile antitrust investigations and enforcement actions.  These cases included: *In re Buspirone Antitrust Litigation* ($100 million settlement); *In re Cardizem CD Antitrust Litigation* ($80 million settlement); and *In re Compact Disc Antitrust Litigation* ($67 million settlement).  Under Jay's leadership, the New York Bureau secured the two largest antitrust civil penalties recoveries ever achieved under the State's antitrust statute.

While heading the New York Antitrust Bureau, Jay was also the States' principal representative in the marathon 2001 negotiations that led to a settlement of the government's landmark monopolization case against Microsoft.  Thereafter, he was a leader in the Microsoft judgment enforcement activity that continued throughout his time at the Attorney General's office.

Prior to serving in the Attorney General's office, Jay practiced complex litigation for 25 years at Paul, Weiss, Rifkind, Wharton & Garrison LLP.  There, he represented the 12 Federal Reserve Banks as plaintiffs in a price-fixing case against the nation's leading armored car companies, and defended a Revlon healthcare company in a series of price-fixing cases that

16

spanned nearly a decade. More generally, Jay handled a wide-range of litigation, including securities class actions as well as contract, construction, constitutional, entertainment, environmental, real property and tax litigation. Active in *pro bono* matters, Jay worked with the New York Civil Liberties Union, the NAACP and the National Coalition for the Homeless, while also representing inmate and immigration asylum clients.

Jay is a regular speaker at conferences focusing on antitrust and class actions, and has authored many articles on related issues. He is also a member of the US Advisory Board of the Loyola University Chicago School of Law's Institute of Consumer Antitrust Studies, the advisory board of the *BNA Antitrust & Trade Regulation Reporter* and the editorial advisory group of the *Antitrust Chronicle*.

Jay is the past-chair of the Antitrust Law Section of the New York State Bar Association, and co-chairs the antitrust committee of the State Bar's Commercial and Federal Litigation Section. He is also a member of antitrust, litigation, information technology and intellectual property groups in the New York City Bar Association and the American Bar Association.

Jay graduated from the University of Wisconsin Law School, where he served as the Articles Editor of the *Wisconsin Law Review*. After graduating from law school, he also pursued independent study at Oxford University in England.

Jay has received a rating of AV from the publishers of the Martindale-Hubbell directory.

## THOMAS A. DUBBS, PARTNER

*tdubbs@labaton.com*

A recognized leader in securities-related litigation, Thomas A. Dubbs concentrates his practice on the representation of institutional investors in securities cases.

Thomas has served as Lead or co-Lead Counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Broadcom and Wellcare. Thomas has also played an integral role in securing significant settlements in several high-profile cases including: *In re*

*American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion pending final court approval); *In re HealthSouth Securities Litigation* ($804.5 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (*Wellcare*) (over $200 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million settlement); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement).

Representing an affiliate of the Amalgamated Bank, the largest labor-owned bank in the United States, a team led by Thomas successfully litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the United States Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the United States Courts of Appeals.

Due to his well-known expertise in securities law, Thomas frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems and the Council of Institutional Investors. He is also a prolific author of articles related to his field. His publications include: "Shortsighted?," *Investment Dealers' Digest*, May 29, 2009; "A Scotch Verdict on 'Circularity' and Other Issues," 2009 *Wis. L. Rev.* 455 (2009). He has also written several columns in UK-wide publications regarding securities class action and corporate governance. He is the co-author of the following articles: "In Debt Crisis, An Arbitration Alternative," *The National Law Journal*, March 16, 2009; "The Impact of the LaPerriere Decision: Parent Companies Face Liability," *Directors Monthly*, February 1, 2009; "Auditor Liability in the Wake of the Subprime Meltdown," *BNA's Accounting Policy & Practice Report*, November 14, 2009; and "US Focus: Time for Action," *Legal Week*, April 17, 2008.

Prior to joining Labaton Sucharow, Thomas was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated where he represented the company in many class actions, including the First Executive and Orange County litigations and was first chair in many securities trials. Before joining Kidder, Thomas was head of the litigation

department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters including the Petro Lewis and Baldwin-United class action litigations.

As a result of his many accomplishments, Thomas has received the highest ranking from *Chambers and Partners*, an honor he shares with only five other plaintiffs' securities lawyers in the country.  He appears on the "Recommended List" in the field of Securities Litigation and was one of four U.S. plaintiffs' securities lawyers to be named a Leading Lawyer by the *Legal 500* 2011.  He has also been recognized by *The National Law Journal*, *Lawdragon 500* and was listed in *Benchmark Plaintiff* 2011 as a Local Securities Litigation Star in New York.  Thomas has received a rating of AV from the publishers of the Martindale-Hubbell directory.

He is a member of the New York State Bar Association, the Association of the Bar of the City of New York and is a Patron of the American Society of International Law.

## HOLLIS SALZMAN, PARTNER

*hsalzman@labaton.com*

Hollis Salzman is the Managing Chair of the Firm's Antitrust Practice Group.  She is also involved in the Firm's securities litigation practice group where she represents institutional investors in portfolio monitoring and securities litigation.  Some of Hollis's clients include Metropolitan Atlanta Rapid Transit Authority ("MARTA") and the City of Macon, Georgia.  Most recently, The *Legal 500* recognized Hollis on its list of recommended lawyers in the Antitrust Class Action field.  In November 2011, *Benchmark Plaintiff* named Hollis a National Litigation Star in the field of antitrust litigation, and her achievements were twice recognized by the *National Law Journal*.

Hollis is actively engaged in the prosecution of major antitrust class actions pending throughout the United States.  She is presently co-lead counsel in many antitrust cases, including: *In re Air Cargo Shipping Services Antitrust Litigation*, *In re Puerto Rican Cabotage Antitrust*

*Litigation*, *In re Food Service Equipment Hardware Antitrust Litigation* and *In re Florida Cement & Concrete Antitrust Litigation*.

She serves as co-lead counsel in many antitrust class actions which resulted in extraordinary settlements for class members.  Highlights include the following recoveries: *In re Air Cargo Shipping Services Antitrust Litigation* (almost $500 million in partial settlements from certain defendants); *In re Marine Hose Antitrust Litigation* ($31.7 million in settlements from certain defendants); *In re Puerto Rican Cabotage Antitrust Litigation* ($52 million in settlements from defendants); *In re Abbott Labs Norvir Antitrust Litigation* ($10 million settlement); *In re Buspirone Antitrust Litigation* ($90 million settlement); *In re Lorazepam & Clorazepate Antitrust Litigation* ($135.4 million settlement), *Continental Seasonings Inc. v. Pfizer, Inc., et al./In re Maltol Antitrust Litigation* ($18.45 million settlement).  Additionally, she was principally responsible for administering a $65 million settlement with certain brand-name prescription drug manufacturers where their conduct allegedly caused retail pharmacy customers to overpay for their prescription drugs.

Hollis is the co-author of the following articles: "Practical Considerations of Motions to Deny Certification," *New York Law Journal*, August 15, 2011; "NFL: Single Entity or Sherman Act Violator?," *New York Law Journal*, March 8, 2010; "Iqbal And The Twombly Pleading Standard," *CompLaw 360*, June 15, 2009; "Analysis of Abbott Laboratories Antitrust Litigation," *Pharmaceutical Law & Industry Report*, June 20, 2008; and "The State of State Antitrust Enforcement," *NYSBA NYLitigator*, Winter 2003, Vol. 8, No. 1.  She is also a frequent speaker at conferences on the subjects of antitrust law and class actions.

Hollis is the Chair of the New York State Bar Association's Class Action Section - Antitrust Committee and the Co-Chair of its Commercial & Federal Litigation Section - Antitrust Committee.  She is also a member of the following organizations: the American Bar Association Section of Antitrust Law's Civil Redress Task Force; the Association of the Bar of the City of New York Antitrust Committee, the Women's Antitrust Bar Association and the National

Association of Women Lawyers.  Hollis provides *pro bono* representation to indigent and working-poor women in matrimonial and family law matters.

## ERIC J. BELFI, PARTNER

*ebelfi@labaton.com*

Eric J. Belfi is an accomplished litigator in a broad range of commercial matters.  He concentrates his practice in the investigation and initiation of securities and shareholder class actions, with an emphasis on the representation of major international and domestic pension funds and other institutional investors.

Most recently Eric played a lead role in a number of high profile cases, including *In re General Motors Corp. Securities Litigation* ($303 million settlement), *In re Satyam Computer Services Ltd. Securities Litigation* (partial settlement of $125 million), and *NYSE Euronext Shareholders Litigation* (resulting in a settlement under which the merged company will pay its shareholders a special dividend of €2 per share, or almost $900 million collectively).

He is currently involved in *Arkansas Teacher Retirement System v. State Street Corp.*, *Commonwealth of Virginia ex. rel FX Analytics v. The Bank of New York Mellon Corporation*, and *In re Goldman Sachs Group, Inc. Securities Litigation*.

Prior to entering private practice, Eric served as an Assistant Attorney General for the State of New York and an Assistant District Attorney for the County of Westchester.  As a prosecutor, Eric investigated and prosecuted numerous white-collar criminal cases, including securities law violations and environmental crimes.  In this capacity, he presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a regular speaker and author on issues involving shareholder litigation, particularly as it relates to international institutional investors.  He co-authored "The Proportionate Trading Model: Real Science or Junk Science?," 52 *Cleveland St. L. Rev.* 391 (2004-05), and "International Strategic Partnerships to Prosecute Securities Class Actions," *Investment & Pensions Europe*.  Over the last several years, Eric has served as a panelist at

programs on U.S. class actions in numerous European countries.  He also participated in a panel discussion regarding socially responsible investments for public pension funds during the New England Public Employees' Retirement Systems Forum.

Eric is an associate prosecutor for the Village of New Hyde Park, and is also a member of the Federal Bar Council and the Association of the Bar of the City of New York.

## CHRISTOPHER J. McDONALD, PARTNER

*cmcdonald@labaton.com*

Christopher J. McDonald concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Christopher is currently prosecuting *In re Schering-Plough Corporation/ENHANCE Securities Litigation* to recover losses investors suffered after the disclosure of negative clinical trial data for Vytorin®, a fixed-dose combination pill comprised of ezitimibe (Schering-Plough's Zetia®) and simvastatin (Merck & Co., Inc.'s Zocor®).  He was also part of the team that litigated *In re Bristol-Myers Squibb Securities Litigation*, where Labaton Sucharow was able to secure a $185 million settlement and meaningful corporate governance reforms on behalf of Bristol-Myers Squibb shareholders following negative disclosures about omapatrilat, an experimental hypertension drug.  The settlement with BMS is the largest ever obtained against a pharmaceutical company in a securities fraud case that did not involve a restatement of financial results.

In the antitrust field, Christopher represented end-payors (*e.g.*, union health and welfare funds and consumers) of the prescription drug TriCor® in the *In re TriCor Indirect Purchaser Antitrust Litigation*, where he obtained a $65.7 million settlement on behalf of plaintiffs and the class.

A litigator for most of his career, Christopher also has in-house and regulatory experience.  As a senior attorney with a telecommunications company he regularly addressed legal, economic and public policy issues before state public utility commissions.

22

During his time at Fordham University School of Law, Christopher was on the *Law Review*.

Christopher is a member of the New York State Bar Association and the Association of the Bar of the City of New York.

## MICHAEL W. STOCKER, PARTNER

*mstocker@labaton.com*

Michael W. Stocker represents institutional investors in a broad range of class action litigation, corporate governance, and securities matters. A tireless proponent of corporate reform, Mike's caseload reflects his commitment to protecting the integrity and transparency of the financial markets.

In *Eastwood Enterprises LLC v. Farha et al.* (*Wellcare*), Mike was a core part of the legal team that prosecuted a complex securities matter against a major healthcare provider that had allegedly engaged in a massive Medicaid fraud and pervasive insider trading. The case settled for more than $200 million with additional financial protections built into the settlement to protect shareholders from losses in the future.

Mike also was an instrumental part of the team that took on AIG and 21 other defendants in one of the most significant securities class actions of the decade. In that closely watched case, the firm negotiated a recovery of more than $1 billion, the largest securities settlement of 2010.

In a case against one of the world's largest pharmaceutical companies, *In re Abbott Laboratories Norvir Antitrust Litigation*, Mike played a leadership role in litigating a landmark action arising at the intersection of antitrust and intellectual property law. The novel settlement in the case created a multi-million dollar fund to benefit nonprofit organizations serving individuals with HIV. In recognition of his work on *Norvir*, he was named to the prestigious Plaintiff's Hot List by the *National Law Journal* and also received the 2010 Courage Award from the AIDS Resource Center of Wisconsin.

A prolific writer on issues relating to shareholder advocacy and corporate reform, Mike's articles have appeared in national publications including *Forbes.com*, *Institutional Investor*, *Pensions & Investments*, *Corporate Counsel* and the *New York Law Journal*.  He is also regularly called upon for commentary by print and television media, including BBC4 Radio and the Canadian Broadcasting Corporation's Lang & O'Leary Exchange.  Mike serves as the Chief Contributor to *Eyes On Wall Street*, Labaton Sucharow's blog on economics, corporate governance, and other issues of interest to investors.  Mike also directly participates in advocacy efforts such as his longtime work guiding non-profit consumer protection groups on many issues such as reform of the credit rating industry.

Earlier in his career, Mike served as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit, and completed a legal externship with federal Judge Phyllis J. Hamilton, currently sitting in the U.S. District Court for the Northern District of California.  He earned a B.A. from the University of California, Berkeley, a Master of Criminology from the University of Sydney, and a J.D. from University of California's Hastings College of the Law. His educational background provides unique insight into white-collar crime, an issue at the core of many of the cases he litigates.

He is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).  He is also a member of the New York State Bar Association and the Association of the Bar of the City of New York.

## KELLIE LERNER, PARTNER

*klerner@labaton.com*

Kellie Lerner concentrates her practice on representing businesses and governmental entities in complex antitrust actions.  Working to protect victims of anticompetitive behavior and unfair business practices, Kellie has successfully litigated a wide variety of significant antitrust class actions, including those involving price-fixing, unlawful boycotting, monopolization and monopoly leveraging cases.

Currently, Kellie is litigating several high-profile antitrust cases including: *In re Photochromic Lens Antitrust Litigation; In re Polyurethane Foam Antitrust Litigation*; *In re NCAA Student Athlete Name & Likeness Licensing Litigation*; and *In re Municipal Derivatives Antitrust Litigation*.

In recent years, Kellie has worked on some of the most groundbreaking cases in the antitrust field.  She served as a key member of the trial team in *In re Abbott Laboratories Norvir Antitrust Litigation*, which challenged Abbott's unlawful price increase of Norvir.  The team negotiated a $10 million settlement for the benefit of non-profit organizations serving individuals with HIV.  Kellie also played a significant role in the firm's success securing more than $22 million in settlements in *In re Flat Glass II Antitrust Litigation*, a complex case involving a price-fixing conspiracy.  In *In re Puerto Rican Cabotage Antitrust Litigation*, Kellie was an integral part of the team that negotiated a $52 million settlement in connection with a conspiracy to eliminate and suppress competition in the market for ocean freight services between the continental United States and Puerto Rico.

A frequent speaker and prolific writer on emerging issues in the antitrust bar, she is the author or coauthor of numerous articles, including: "Class Actions: Practical Considerations of Motions to Deny Certification," *New York Law Journal*, August 15, 2011; "NFL: Single Entity or Sherman Act Violator?," *New York Law Journal*, March 8, 2010; "American Needle v. NFL: The Supreme Court Tackles Whether Pro Football Should Be Exempt From Antitrust Laws," *Andrews Litigation Reporter*, December 2009; and "Trinko and Beyond," *NYLitigator*, Winter 2007.

Kellie was recently named to *Law360*'s "Rising Star" list of five competition lawyers under 40 to watch.  She is a member of the New York State Bar Association, Commercial & Federal Litigation Section – Antitrust Committee, the Women in Antitrust Committee, the American Bar Association Civil Redress Task Force and the National Association of Women Lawyers.

## Richard T. Joffe, Senior Counsel

*rjoffe@labaton.com*

Richard Joffe's practice focuses on class action litigation, including securities fraud, antitrust and consumer fraud cases. Since joining the Firm, Richard has represented such varied clients as institutional purchasers of corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when they purchased annuities. He played a key role in shareholders obtaining a $303 million settlement of securities claims against General Motors and its outside auditor.

Prior to joining Labaton Sucharow, Richard was an associate at Gibson, Dunn & Crutcher LLP, where he played a key role in obtaining a dismissal of claims against Merrill Lynch & Co. and a dozen other of America's largest investment banks and brokerage firms, who, in *Friedman v. Salomon/Smith Barney, Inc.*, were alleged to have conspired to fix the prices of initial public offerings.

Richard also worked as an associate at Fried, Frank, Harris, Shriver & Jacobson where, among other things, in a case handled *pro bono*, he obtained a successful settlement for several older women who alleged they were victims of age and sex discrimination when they were selected for termination by New York City's Health and Hospitals Corporation during a city-wide reduction in force.

He co-authored "Protection Against Contribution and Indemnification Claims" in *Settlement Agreements in Commercial Disputes* (Aspen Law & Business, 2000).

Long before becoming a lawyer, Richard was a founding member of the internationally famous rock and roll group, Sha Na Na.

## Gregory Asciolla, Of Counsel

*gasciolla@labaton.com*

Gregory Asciolla focuses his practice on representing businesses in complex antitrust and commodities class actions. Currently, Mr. Asciolla is representing clients in several antitrust matters involving alleged price-fixing and other anticompetitive practices, including *In re Air*

*Cargo Shipping Services Antitrust Litigation*, *In re Aftermarket Filters Antitrust Litigation*, *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, *Ace Marine Rigging Supply, Inc. v. Virginia Harbor Services, Inc. et al.*, and *In re Florida Cement and Concrete Antitrust Litigation*.  He is also representing clients in several commodities matters involving the alleged manipulation of the prices of natural gas futures and options contracts, including *In re Energy Transfer Partners Natural Gas Litigation*.

Mr. Asciolla has extensive experience in the area of antitrust law.  Prior to joining Labaton Sucharow, Mr. Asciolla practiced antitrust litigation and counseling on behalf of clients worldwide at Morgan Lewis & Bockius LLP and Schulte Roth & Zabel LLP.  He began his career as an attorney at the U.S. Department of Justice/Antitrust Division, where he focused on anticompetitive conduct in the healthcare industry.  Mr. Asciolla also has represented clients in the arts in several *pro bono* matters involving art law and intellectual property.

Mr. Asciolla is the author of "Recent Cases on Antitrust Implications of Petitioning Foreign Governments," *The National Law Journal*, November 28, 2011; "Quantifying Antitrust Damages In Private Enforcement Actions Under European Union Competition Law," *Westlaw Journal*, Volume 18, Issue 2/May 2010.  He has collaborated on numerous published articles including: "How Courts Analyze Guilty Pleas and Government Investigations When Considering the Plausibility of an Antitrust Conspiracy After Twombly," *BNA's Class Action Litigation Report*, March 26, 2010; "Analyzing Proper Pleading Standard for Commodities Manipulation Claims," *New York Law Journal*, February 10, 2009, and "The Advantages of Not Opting Out of Class Action Litigation," *Antitrust Counselor*, February 2008.

As a law student at Catholic University, he served as a member of the Catholic University Law Review and was the Co-Founder and Executive Editor of the *CommLaw Conspectus: Journal of Communications Law & Policy*.  He also earned a certificate after successfully completing the law school's Comparative and International Law Program.

He is a member of the American Bar Association's Antitrust Section and the New York State Bar Association, Commercial & Federal Litigation Section – Antitrust Committee.

## WILLIAM V. REISS, ASSOCIATE

*wreiss@labaton.com*

William V. Reiss represents businesses in complex antitrust and commodities class actions.  Currently, Will is representing clients in several price-fixing lawsuits, including *In re Aftermarket Automotive Lighting Products Antitrust Litigation*, *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, *Ace Marine Rigging Supply, Inc. v. Virginia Harbor Services, Inc. et al.*, and *In re Municipal Derivatives Antitrust Litigation*.  He also represents clients in several commodities matters involving the alleged manipulation of futures and options contracts, including *In re Commodity Exchange, Inc., Silver Futures and Options Trading Litigation*, and *In re Optiver Commodities Litigation*.

Prior to joining Labaton Sucharow, Will was an associate at Sidley Austin LLP where he represented corporations in antitrust investigations initiated by the Attorneys General of various states, participated in numerous depositions in complex bankruptcy litigation, and participated in oral arguments concerning discovery disputes in complex commercial litigation.  Will began his career at Latham & Watkins LLP as an associate.  During his time there, he assisted in the trial and subsequent appeal in a complex antitrust litigation involving hundreds of plaintiffs and numerous defendants, which resulted in a favorable jury verdict for the client.

Will is the co-author of: "Duking it Out in Antitrust Price-Fixing: Class Actions After Dukes," *CPI Antitrust Chronicle*, August 2011; "The Dutchesses Come Out Swinging in Dukes: Restoring the Balance in Class Certification," *The CPI Antitrust Journal*, August 2010; and "On Life Support from Leeginaire's Disease: Can the States Resuscitate Dr. Miles?," *Antitrust Magazine*, Summer 2008.

Will successfully advocated in several *pro bono* World Trade Center Victims' Compensation Fund hearings before the Special Master.

Will received a J.D. from New York University School of Law, where he served as the staff editor of the Environmental Law Journal.  He earned a B.A., *magna cum laude* and with Phi Beta Kappa honors, in Political Science and History, from The George Washington University.

He is a member of New York State Bar Association – Antitrust Law Section, Class Action Committee.

## AMY GARZON, ASSOCIATE

agarzon@labaton.com

Amy Garzon represents businesses in cases involving price fixing, monopolization, and other anticompetitive practices.

Prior to joining Labaton Sucharow, Amy was an associate at Fulbright & Jaworski LLP, where she handled various complex commercial litigation matters, including antitrust and RICO cases, internal investigations, and other business disputes. She also maintained a significant pro bono practice, including co-chairing the Harris County Foster Care Project of the Texas Appleseed Foundation, which was established to lobby the state legislature to reform the foster care system.

Amy began her career as a law clerk for Chief Judge Carolyn Dineen King of the United States Circuit Court for the Fifth Circuit. She then went on to clerk for Judge Nina Gershon of the United States District Court for the Eastern District of New York.

Amy is the co-author of "A Short Guide to the Prosecution of 'Market Manipulation' in the Energy Industry: CFTC, FERC, and FTC," *Global Competition Policy*, July 2008.

Amy graduated *summa cum laude* and second in her class from New York Law School. While in law school, she served as the executive articles editor of the *New York Law School Law Review* and published the Comment, *United States v. Langford*, 48 N.Y.L. SCH. L. REV. 353 (2004). Amy earned a B.S., *cum laude*, in Legal Studies, as well as an A.S. in Police Studies, from the John Jay College of Criminal Justice.

Amy is a member of the New York Bar Association, the Hispanic National Bar Association and the Federal Bar Council.

She is fluent in Spanish.

29

## MEEGAN F. HOLLYWOOD, ASSOCIATE

*mhollywood@labaton.com*

Meegan F. Hollywood represents businesses in cases involving price fixing, monopolization, and other anticompetitive practices.  Meegan is currently litigating several antitrust matters, including *In re Air Cargo Shipping Services Antitrust Litigation*, *In re Polyurethane Foam Antitrust Litigation*, and *In re Pool Products Distribution Market Antitrust Litigation*.

Prior to joining Labaton Sucharow, Meegan was an associate at Miede Law Corporation. During her time there, she practiced complex commercial litigation focusing on Director and Officer Liability and Professional Liability.

Meegan began her career at Clifford Chance US LLP as an associate, where she practiced complex commercial litigation including antitrust, as well as while collar and securities fraud investigations.

Meegan received a J.D., *cum laude*, from Villanova University School of Law in 2007, where she was the Managing Editor of Research and Writing for the *Villanova Law Review*.  She earned a B.A., *cum laude*, in Political Science with a concentration in Politics and Law from the State University of New York at Binghamton.  She was on the Dean's List and was in the Binghamton University Political Science Honor Society, *Pi Sigma Alpha*.  Meegan received the Nathan Hakman Award for excellence in constitutional law and jurisprudence.