# HIGHLIGHTS OF CLASS ACTION EXPERIENCE FOR THE MILLER LAW FIRM, P.C.

## Highlights of Pending Cases in which MLF is a Lead Counsel

In re AIG 2008 Securities Litigation
(United States District Court, Southern District of New York)
(Case No. 08-cv-04772) (Co-Lead)

Holder et. al. v. Enbridge et. al
(United States District Court, Western District of Michigan)
(Case No. 10-cv-751) (Interim Co-Lead)

In re Refrigerant Compressors Antitrust Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 09-md-02042) (Interim Co-Lead)

In Re Onstar Contract Litigation
(United States District Court, Eastern District of Michigan
(Case No. 07-1867)  (Interim Co-Lead)

In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-cv-12830)  (Co-Lead Counsel)

The Board of Trustees of the City of Birmingham Employees et. al.
v. Comerica Bank et. al.
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-13201)  (Co-Lead Counsel)

## Highlights of Results

2010   In Re Kinder Morgan, Inc. Shareholders Litigation
(District Court of Shawnee County, Kansas)
(Case No. 06-C-801) (Counsel for Lead Plaintiff)

Result:  $200,000,000 settlement

2010   Epstein, et al v. Heartland Industrial Partners, L.P., et al
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-CV-13555) (Substantial role)

Result:  $12,262,500 settlement

2009     In Re Proquest Company Securities Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss)

Result:  $20,000,000 settlement

2009     In Re Collins & Aikman Corporation Securities Litigation
(United States District Court, Eastern District Michigan)
(Case No. 03-CV-71173) (Substantial role)

Result:  $ 10,800,000 settlement

2009     In re IT Group Securities Litigation
(United States District Court, Western District of Pennsylvania)
(Civil Action No. 03-288) (Co-Lead)

Result:  $3,400,000 settlement

2008     In Re General Motors Corporation Securities and Derivative Litigation
(United States District Court, Eastern District of Michigan)
(Master Case No. 06-MD-1749) (Co-Lead)

Status:  Obtained major corporate governance reforms to address accounting deficiencies

2008     In re Mercury Interactive Securities Litigation
(United States District Court, Northern District of California)
(Civil Action No. 03:05-CV-3395-JF) (Substantial role)

Result:  $117,000,000 settlement

2007     Wong v T-Mobile USA, Inc.
(United States District Court, Eastern District of Michigan)
(Case No. 05-CV-73922) (Co-Lead)

Result:  Settlement for 100% of damages.

2007     In re CMS Energy Corporation Securities Litigation
(United States District Court, Eastern District Michigan)
(Master File No. 2:02 CV 72004) (Substantial role)

Result:  $200,000,000 settlement

2005     In re Comerica Securities Fraud Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 2:02-CV-60233) (Substantial role)

|      |                                                                                 |
|------|---------------------------------------------------------------------------------|
|      | Result: $21,000,000, divided between related cases at $15,000,000 and $6,000,000 |
| 2005 | Street v Siemens<br>(Philadelphia State Court)<br>(Case No. 03-885) (Co-Lead)<br><br>Result: $14,400,000, including 100% recovery for more than 1,000 workers wrongfully deprived of pay. |
| 2005 | Redmer v Tournament Players Club of Michigan<br>(Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead)<br><br>Result: $3,100,000 settlement |
| 2004 | Passucci v Airtouch Communications, Inc.<br>(Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead)<br><br>Result: Airtouch agreed to give free phone cards up to two hours in length to more than 2 million Michigan customers and to allow customers who have contracts providing for 8.2 cent land change to break the contract without penalty and to switch to a new plan without the charge.  Estimated value of settlement: $30,900,000 to $40,300,000. |
| 2004 | Johnson v National Western Life Insurance<br>(Oakland County Circuit Court)<br>(Case No. 01-032012-CP) (Substantial role)<br><br>Result: $10,700,000 settlement on behalf of nation-wide class of purchasers of annuities. |
| 2003 | Felts v Starlight<br>(United States District Court, Eastern District Michigan)<br>(Case No. 01-71539) (Co-Lead)<br><br>Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight loss dietary supplement product. |
| 2003 | In re Lason Securities Litigation<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-CV-76079) (Co-Lead)<br><br>Result: $12,680,000 settlement |
| 2001 | Mario Gasperoni, et al v Metabolife International, Inc.<br>(United States District Court, Eastern District Michigan)<br>(Case No. 00-71255) (Co-Lead) |

3

|      |                                                                                                                                                                                                                                                |
|------|----|

               Result: Nationwide settlement approved mandating changes in advertising and labeling on millions of bottles of dietary supplement, plus approximately $8,500,000 in benefits, including at least $4,900,000 in research grants.

1999      Pop v Art Van Furniture and Alexander Hamilton Insurance Company
(Wayne County Circuit Court)(Case No. 97-722003-CP) (Co-Lead)

           Result: Changes in sales practices and $9,000,000 in merchandise.

1999      Schroff v Bombardier
(United States District Court, Eastern District Michigan)
(Case No. 99-70327) (Co-Lead)

           Result:  Recall of more than 20,000 defective Seadoos throughout North America; repair of defect to reduce water ingestion problem; extended warranties; and approximately $4,000,000 in merchandise.

1999      In re National Techteam Securities Litigation
(United States District Court, Eastern District Michigan)
(Master File No.  97-74587) (Substantial role)

           Result: $11,000,000 settlement

1999      In Re F&M Distributors, Inc., Securities Litigation
(United States District Court, Eastern District Michigan)
(Case No. 95-CV-71778-DT) (Minor role)

           Result: $20,000,000 settlement

1998      In Re Michigan National Corporation Securities Litigation
(United States District Court, Eastern District Michigan)
(Case No 95 CV 70647 DT) (Substantial role)

           Result: $13,300,000 settlement

1995      In re Intel Pentium Processor Litigation
(Superior Court, Santa Clara County, California)(Master File No. 745729) (Substantial role)

           Result: Intel agreed to replace millions of defective Pentium chips on demand without any cost to consumers.