

THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

### E. POWELL MILLER
CEO



**Georgetown University, B.A., 1983
Wayne State University Law School,
JD, 1986**

Phone: (248) 841-2200
Fax: (248) 652-2852

epm@millerlawpc.com

**BIOGRAPHY**

E. Powell Miller has been named one of the Top 10 lawyers in Michigan for three consecutive years, from 2009-2011, by SuperLawyers Magazine, and in 2010, the was the sole recipient of the Best Lawyers - Lawyer of the Year in the category of Bet-The-Company Litigation – Detroit Area for 2010.  Previously, he was recognized as one of the Top 100 lawyers in Michigan in 2006, 2007, and 2008, and he has been named as one of the Best Lawyers in America every year since 2005.

Mr. Miller focuses his practice on all aspects of litigation. He has been retained by many Fortune 500 and other clients to represent them in litigation throughout the United States, including in Michigan, New York, New Jersey, Pennsylvania, Arkansas, Florida, Texas, Kentucky, Ohio, California, Colorado and Indiana.

Mr. Miller recently won a trial in a high profile, multi-million dollar lawsuit on behalf of a Fortune 100 automotive supplier.  In fact, he has never lost a trial – with eleven consecutive victories, including verdicts in excess of $5 million, $10 million and $23 million.
Mr. Miller has also obtained in excess of $700 million in settlements over the last few years. These settlements are regularly among the top two or three in Michigan each year.

Mr. Miller currently serves on the Executive Committee for the Wayne State University Law School Board of Visitors and as a Co-Chair of the American Bar Association Procedures Subcommittee on class actions and multi-district litigation.  He lectures regularly on securities litigation at the University of Michigan School of Law.  He has also served as an Adjunct Professor at the University of Detroit Law School teaching trial practice. In addition, Mr. Miller was invited to speak at a continuing legal education seminar on securities fraud class actions specifically focusing on securities and financial class actions.

Mr. Miller graduated third in his class from Wayne State University Law School, magna cum laude, in 1986. He was named to the honor society, Order of the Coif and he was an Editor of the Wayne Law Review. In 1986, Mr. Miller joined the Detroit law firm of Honigman Miller Schwartz and Cohn, where he was elected partner in 1990. In 1994, he formed his own firm.

Mr. Miller has been recognized as a top debater in the United States. He won first place at the Harvard University National Debate Tournament as a freshman at Georgetown University. He also represented Georgetown in a special international debating exhibition against the Oxford Debating Union of Great Britain.



THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**MARC NEWMAN**
**PARTNER**



**Michigan State University, B.A., 1991
(James Madison College)
University of Michigan Law School,
J.D., 1994**

Phone: (248) 841-2200
Fax: (248) 652-2852

mln@millerlawpc.com

**BIOGRAPHY**

Marc L. Newman was named as one of the Top 100 Attorneys in Michigan every year from 2008-2011 by SuperLawyers Magazine. He is the youngest attorneys to be named in the Top 100 list. He was originally named to the SuperLawyers list in 2007.

Mr. Newman concentrates his practice on complex business litigation of all types, including contract cases, automotive supply chain disputes, shareholder and partnership litigation and real estate litigation. He also focuses on securities fraud and shareholder derivative cases.

Marc has successfully tried numerous trials in both state and federal courts, and has litigated cases throughout Michigan, New York, Arkansas, Colorado, Georgia, and Tennessee. In negotiating settlements, Mr. Newman has obtained exceptional results, including several multi-million dollar settlements in favor of his clients. One of his trials was featured in the "Article of the Week" in 2006 in the Michigan Lawyers Weekly for his defense of a client which he obtained the involuntary dismissal of the plaintiff's lawsuit and sanctions against the plaintiff in the amount of $750,000, by demonstrating that the plaintiff and a material witness conspired to commit perjury. His cases are routinely featured in the Michigan Lawyers Weekly among the top settlements in Michigan.

Mr. Newman graduated from the University of Michigan Law School in 1994. He is a 1991 graduate of Michigan State University's James Madison College.

Mr. Newman has co-authored several articles in the Michigan Bar Journal, including Still Keeping The Faith: The Duty of Good Faith, 76 Mich B.J. 1190 (Nov. 1997), dealing with various issues in contract law. He is a Fellow of the Oakland County Bar Foundation, and he regularly serves as a judge at the University of Michigan Law School Henry M. Campbell Moot Court Competition.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

| Main Office: | Detroit Office: |
|---|---|
| 950 West University Drive, Suite 300 | 500 Griswold St, Suite 2400 |
| Rochester, Michigan 48307 | Detroit, MI  48226 |
| Phone: 248-841-2200 | Phone: 248-841-2200 |
| Fax: 248-652-2852 | Fax: 248-652-2852 |

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**ANN L. MILLER
PARTNER**



**University of Michigan, BA, 1986
Wayne State University, JD, 1989**

Phone: (248) 841-2200
Fax: (248) 652-2852

alm@millerlawpc.com

**BIOGRAPHY**

Ann L. Miller is a partner at The Miller Law Firm. She graduated, magna cum laude, from Wayne State University Law School in 1989.  Ms. Miller graduated fifth in her class and was named to the honor society, Order of the Coif. Ms. Miller received a Gold Key Award for maintaining a perfect 4.0 grade point average in the 1987-1988 academic years.  She also earned American Jurisprudence Awards for attaining the highest grade in the following courses: Torts, Constitutional Law, and Conflicts of Law.

After law school, Ms. Miller worked as a pre-hearing attorney at the Michigan Court of Appeals and then as an attorney specializing in labor-employment law and employment discrimination. Ms. Miller has co-authored several articles that have appeared in the Michigan Bar Journal and other publications.

Ms. Miller concentrates her practice on all types of business and commercial litigation, including labor-employment law, employment discrimination and overtime and minimum wage issues under the Fair Labor Standards Act.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us



THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME     ATTORNEYS     PUBLICATIONS     PRACTICE AREAS     LOCATIONS     NEWS / PRESS     CAREERS     CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**MARTHA J. OLIJNYK
PARTNER**



**Wayne State University, B.A., 1996
Wayne State University Law School,
JD, 1999**

Phone: (248) 841-2200
Fax: (248) 652-2852

mjo@millerlawpc.com

**BIOGRAPHY**

Martha J. Olijnyk focuses her efforts in the areas of business and commercial litigation of all types, including complex litigation, contract cases, automotive supplier issues, non-competition agreements, and shareholder and partnership disputes. She also practices in the areas of class action litigation and bankruptcy on both the creditor and debtor sides. Ms. Olijnyk has achieved excellent results in court and in negotiating settlements for clients ranging from Fortune 500 companies to small local businesses and individuals.

She practices in the State and Federal trial courts throughout Michigan and has argued before the Michigan Court of Appeals and the Second Circuit Court of Appeals in New York. Ms. Olijnyk is admitted to practice in Michigan, the Eastern and Western District Courts of Michigan, including the Bankruptcy Court for the Eastern District of Michigan, the Sixth Circuit Court of Appeals, the Second Circuit Court of Appeals, and the Supreme Court of the United States.

Ms. Olijnyk graduated, cum laude, from Wayne State University Law School in 1999 where she received an Arthur F. Lederle Scholarship. She graduated, summa cum laude, from Wayne State University with a B.A. in Political Science and Economics. As an undergraduate, Ms. Olijnyk was inducted into the David Mackenzie Honor Society as well as Phi Beta Kappa and Golden Key Honor Societies. She also competed in NCAA Division-I Fencing as an undergraduate and as a law student.

Ms. Olijnyk was a co-editor of theme issues of the Michigan Bar Journal in 2000 and 2002. She is active in the Metropolitan Detroit Alumni Senate of Delta Theta Phi Law Fraternity International and she also serves on the Paint Creek Trailways Commission. Ms. Olijnyk regularly volunteers as a mock trial judge for the Michigan Center for Civic Education. In the 2009 edition of Michigan SuperLawyers magazine, Ms. Olijnyk was recognized as a Michigan Rising Star in the area of Business Litigation.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**JAYSON E. BLAKE**
**PARTNER**



**University of Michigan, B.A., 1993**
**University of Michigan Law School, JD, 1996**

Phone: (248) 841-2200
Fax: (248) 652-2852

jblake@millerlawpc.com

**BIOGRAPHY**

Jayson E. Blake is a partner at The Miller Law Firm, P.C. Mr. Blake concentrates his practice in complex litigation and business litigation of all types, including contract and UCC cases, automotive supplier issues, shareholder and partnership disputes, probate litigation, and securities class actions. Mr. Blake has successfully represented clients ranging from large publicly traded companies to closely held and family businesses, as well as individuals. In 2011, Mr. Blake was named by SuperLawyers magazine as one of the top attorneys in Michigan.

Mr. Blake practices in state and federal courts throughout Michigan and other states, including New York, California, Illinois, Florida and Delaware. He has successfully argued in the Michigan Court of Appeals, represented clients at trial, and negotiated multi-million dollar settlements in favor of his clients.

Mr. Blake received his law degree from the University of Michigan Law School in 1996. He previously received his Bachelor of Arts degree from the University of Michigan with dual concentration in psychology and sociology. After law school, Mr. Blake served as a law clerk for the Honorable J. Richardson Johnson, Chief Judge of the Ninth Circuit Court of Michigan. He has also served as a judge at the University of Michigan Law School Henry M. Campbell Moot Court Competition.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

| HOME | ATTORNEYS | PUBLICATIONS | PRACTICE AREAS | LOCATIONS | NEWS / PRESS | CAREERS | CONTACT US |

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**BRIAN E. ETZEL
PARTNER**



**Hope College, B. A. 1991
University of Detroit-Mercy School of
Law, J.D., 1995**

Phone: (248) 841-2200
Fax: (248) 652-2852

betzel@millerlawpc.com

**BIOGRAPHY**

Mr. Etzel concentrates his practice in business and commercial litigation and land use matters. His experience includes: commercial contract matters, shareholder disputes/shareholder oppression, business tort litigation, distribution and supply chain issues, construction litigation, eminent domain cases, and securities litigation. In 2008, Mr. Etzel was recognized by SuperLawyers, an attorney peer review survey, as one of Michigan's "Rising Stars" in the area of commercial litigation.

Mr. Etzel has litigation experience in state and federal courts throughout Michigan, including adversary matters in bankruptcy court. He has conducted jury and bench trials, as well as arbitration hearings before the American Arbitration Association.

Mr. Etzel received his B.A. from Hope College, and his J.D. from the University of Detroit Mercy School of Law, where he was chosen for the University of Detroit Mercy Law Review. In 2006, he attended the International Association of Defense Counsel's Trial Academy at Stanford Law School. In 2007, Mr. Etzel received a fellowship from Michigan State University to attend the Michigan Political Leadership Program, a 10-month public policy and leadership training program.

Before joining The Miller Law Firm in 2007, Mr. Etzel was an equity member of the law firm Clark Hill PLC in Detroit.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax  248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI  48226
Phone: 248-841-2200
Fax  248-652-2852

HOME      ATTORNEYS      PUBLICATIONS      PRACTICE AREAS      LOCATIONS      NEWS / PRESS      CAREERS      CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**DAVID B. VIAR**
**PARTNER**



**Hillsdale College, B.A., 1986**
**University of Detroit School of Law,**
**J.D., 1989**

Phone: (248) 841-2200
Fax: (248) 652-2852

dbv@millerlawpc.com

**BIOGRAPHY**

David B. Viar is an experienced trial and appellant advocate in disputes involving commercial transactions, trusts and estates, contract disputes and matrimonial law.  Mr. Viar has handled a broad range of business litigation, including general breach of contract claims, minority shareholder freeze -out actions, sales representative terminations and commercial real estate brokerage commission disputes.  Mr. Viar has tried several police misconduct and excessive force cases in the state and federal courts all resulting in decisive victories for his clients.  He also served as the Shelby Township attorney for four years where he handled complex land use, zoning and employment issues.

Mr. Viar also represents commercial property owners and managers in landlord/tenant litigation and eviction proceedings.  He is regularly involved in lawsuits concerning trademark and copyright, disloyal or unfair competition, misuse of trade secrets, and terminations involving companies and their employees, distributors and representatives.

Mr. Viar was appointed to the position of Public Administrator by Attorney General Mike Cox in 2004.  He has extensive experience in the areas of trust administration and probate litigation.

In addition to his litigation experience, Mr. Viar frequently counsels individuals and businesses on a wide variety of issues including business formation, employment contracts and corporate governance.

Mr. Viar is a 1986 graduate of Hillsdale College.  He graduated from the University of Detroit Law School in 1989.  Mr. Viar enjoys a reputation among judges and lawyers as an aggressive advocate committed to excellence in the practice of law.  Mr. Viar has also participated in the American Inns of Court and he is an active member of the Federalist Society.

Mr. Viar is the head of The Miller Law Firm, P.C.'s Family Law and Probate Departments.



THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

---

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**RICHARD L. (TONY) BRAUN**
OF COUNSEL



**Detroit College of Law, J.D., cum laude, 1976**
**High Point College, High Point, NC, B.A., cum laude, 1970**

Phone: (248) 841-2200
Fax: (248) 652-2852

rlb@millerlawpc.com

## BIOGRAPHY

Mr. Braun is a partner in the Firm. He has had a 35-year career in litigating, mediating and arbitrating business and commercial, product liability, and general tort cases. He is past chair of the State Bar ADR sections and serves as a neutral mediator and arbitrator. He also serves as an adjunct professor teaching Advanced Business Mediation at the Cooley Law Schol. His litigation clients have included: Daimler Chrysler Corporation, Ford Motor Company, Crane Carrier Company, GAF, Kentile Floors, Inc., Kress Corporation, Garlock, Dana Corporation, U.S. Suzuki, MP Tool & Engineering, and Terex Corporation, among others

## PRACTICE AREAS

• Commercial and Business Litigation
• Product Liability and General Tort Litigation
• Alternative Dispute Resolution
• Risk Management
• Loss Prevention and Control

## PROFESSIONAL EXPERIENCE

• Law and Mediation Offices of Richard L. Braun: 2007 to 2010
• Benner and Foran P.C., Farmington Hills, MI Of counsel: 2006 to present
• Dickinson Wright PLLC, Detroit, MI, Partner/Equity Member: 1991 to 2006
• Taylor and Braun P.C., Detroit, MI, Founding Member and Partner: 1981-1991
• Sommers Schwartz, P.C. and Tyler Canham, P.C.: 1976-1981

## DISPUTE RESOLUTION and TEACHING POSITIONS:

• Michigan State Bar ADR Section:

  - Chair: 2007- 2008
  - ADR Access Action Team Chair: 2003 to 2007
  - Michigan Business Mediation Program Chair: 2004 to 2007
  - Executive Committee: 2004 to present
  - Treasurer: 2004 and 2005

• Metropolitan Detroit Bar Association ADR Section: Founding Member and Executive Committee Member: 2007 to present
• SCAO 40 hour Civil Mediator Training, 2001, and numerous ICLE Advanced Mediation Courses with attendant Circuit Court appointments
• Member Wayne County Mediation Tribunal, 1990 to present
• Adjunct Professor Cooley Law School, Oakland Campus: 2008 and 2009 Advanced Business Mediation
• Adjunct Professor, Michigan State University College of Law, 2005
• Dispute Resolution: Negotiation, Mediation and Arbitration
• Adjunct Professor, Detroit College of Law, 1981-1987
• Created and presented Detroit College of Law's first Litigation and Trial Advocacy Course

ADDITIONAL PRESENTATIONS AND ADR SERVICE

• Engineering Society of Detroit: Michigan Green Enterprise Zone Symposium, Presentation on Conflict Resolution in the Zone and Chair of Subcommittee: Making the Business Case for Early ADR, 2009.
• Moderator, 2005 and 2008 ICLE Advance Negotiation and Dispute Resolution Institute, Plymouth, MI.
• Supreme Court Administrative Office, Task Force on Proposed Revisions to Michigan ADR Court Rules, 2008.
• Supreme Court Administrative Office, Task Force Committee on Confidentiality in Mediation, 2008.
• Presenter, Advanced Mediation Training for Business Mediators, June 2006, sponsored by Michigan State University College of Law and State Bar ADR Section.
• Authored articles in numerous legal and business publications on Michigan Business Mediation Program, with attendant presentations to business groups.
• Created and presented Symposium on Risk Management for Product Liability and Environmental Exposures, Detroit, MI, May 1996.
• Presentation for 2000 and 2001 Michigan Safety Conferences on Identifying and Containing the Safety Professional's Exposure to Liability, Lansing, MI.
• Presentation for Lorman Educational Services on Utilizing Sound Principles of Loss Prevention to Control Costs for Manufacturers and Distributors, Troy, MI, July 2003.
• Presentation for 2010 Michigan Safety Conference on Internet Based Resolution of Conflicts and Disputes in Lansing, MI.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME   ATTORNEYS   PUBLICATIONS   PRACTICE AREAS   LOCATIONS   NEWS / PRESS   CAREERS   CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**KEVIN O'SHEA
PARTNER**



**Northwestern University 1984
Harvard Law School 1987**

Phone: (248) 841-2200
Fax: (248) 652-2852

kfo@millerlawpc.com

**BIOGRAPHY**

Kevin F. O'Shea specializes in complex commercial litigation. He graduated from Northwestern University in 1984 (Phi Beta Kappa) and attended Harvard Law School, where he served as an Editor of the Harvard Journal of Law and Public Policy, was selected as an Instructor in the Legal Research and Writing Program during his final two years, and graduated with honors in 1987. He then worked as an associate at Butzel Long in Detroit, handling complex commercial litigation, media and First Amendment cases, and insurance fraud matters, primarily in federal court. Kevin served as an Adjunct Professor at the University of Detroit School of Law teaching First Amendment law during 1991 and 1992. He joined Ufer & Spaniola, P.C. in Bloomfield Hills in 1994, where he personally managed and supervised a wide variety of commercial litigation.

Kevin took a long leave of absence from the practice of law upon the birth of his first child in 1997. During the subsequent years he published and edited a national legal reporter on First Amendment law, authored a series of articles on First Amendment law for the University of Notre Dame Law Review, and became active on a number of nonprofit Boards. Kevin also wrote a monthly magazine column on fathering, founded a nonprofit organization promoting active fatherhood, and authored an award-winning parenting book. In 2005 he started a company providing prepackaged medications for children away from home at school and summer programs that now serves clients in fourteen states.

Kevin has tried cases in a variety of federal and state courts and argued cases in the Michigan Court of Appeals and the United States Court of Appeals for the Sixth Circuit, where he led a pro bono team that prevailed in a precedent-setting case involving the First Amendment, public speech, and handicap discrimination laws.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us

**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**SHARON S. ALMONRODE
PARTNER**



**Oakland University, B.S., 1978
University of Detroit Mercy School of
Law, J.D. 1981**

Phone: (248) 841-2200
Fax: (248) 652-2852

ssa@millerlawpc.com

**BIOGRAPHY**

Sharon S. Almonrode is a senior litigation attorney and a partner at The Miller Law Firm. She has a complex litigation practice with an emphasis on prosecuting large, high-risk, significant damage exposure cases on behalf of public institutional funds. Her practice includes ERISA and pension fund litigation, financial services and commercial litigation, including professional liability and actuarial malpractice, and employment class action law. She has also represented commercial clients in products liability and patent and trademark related litigation. She has successfully represented clients in multi-million dollar cases, including the successful resolution of an actuarial claim for $110 million dollars.

A former Labor Relations Investigator, Personnel/Human Resources representative and Administrator for two General Motors plants, Ms. Almonrode had several years of front-line experience overseeing benefit programs and employment law issues including EEOC actions and discrimination charges. She also negotiated labor contracts, grievances and employee disputes.

Ms. Almonrode was named a Michigan Superlawyer in 2011, and she received the special distinction of a Michigan Leader in the Law, awarded by Michigan Lawyers Weekly in 2010. She also holds an AV ranking from Martindale-Hubbell.

Ms. Almonrode graduated from University of Detroit Mercy School of Law, Detroit, Michigan, 1981. She is a 1978 graduate of Oakland University.

Ms. Almonrode was admitted to practice in the State of Michigan in 1982. She is also admitted to practice in the U.S. District Court Eastern District of Michigan, U.S. District Court Western District of Michigan, U.S. Bankruptcy Court Eastern District of Michigan, U.S. Bankruptcy Court Western District of Michigan, U.S. District Court – Northern District of Illinois, U.S. Court of Appeals 6th Circuit, and U.S. Supreme Court.

Ms. Almonrode is a member of the State Bar of Michigan, American Bar Association Member (Committee Member: Business Torts, Commercial Litigation, Securities Litigation, and Class Actions and Derivative Suits), Federal Bar Association Member, Oakland County Bar Association Member, and International Foundation of Employee Benefit Plans (IFEBP).

Before joining The Miller Law Firm, P.C. in 2012, Ms. Almonrode was a Partner at Sullivan, Ward, Asher & Patton, P.C, and General Motors Corp., Supervisor-Salaried Personnel.

**Presentations:**

MAPERS Presentation: Securities Lending Today: Post Financial Crisis
Presentation to COGMET (Consortium for Osteopathic Medical Graduate Medical Education) Michigan State University Regarding Medical Liability Reform in Michigan
Presentation to COGMET Regarding Depositions and Cross Examination

**Pro Bono Activities:**

Detroit Institute of Arts; Detroit Film Theatre Board



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

| Main Office: | Detroit Office: |
|---|---|
| 950 West University Drive, Suite 300 | 500 Griswold St, Suite 2400 |
| Rochester, Michigan 48307 | Detroit, MI 48226 |
| Phone: 248-841-2200 | Phone: 248-841-2200 |
| Fax: 248-652-2852 | Fax: 248-652-2852 |

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**LAUREN G. NORTHROP
PARTNER**



**Vanderbilt University, B.S., 2000
Emory University School of Law, J.D.,
2005**

Phone: (248) 841-2200
Fax: (248) 652-2852

lnorthtrop@millerlawpc.com

**BIOGRAPHY**

Lauren G. Northrop is of counsel at The Miller Law Firm. She received her law degree in 2005 from The Emory University School of Law, and her Bachelor of Science Degree in Anthropology, cum laude, from Vanderbilt

Prior to beginning her law career, Ms. Northrop worked at Electronic Data Systems at the GM Tech Center in Warren, Michigan as a training coordinator for the CMM Level 3 process team. During law school, she worked at the Southern Environmental Law Center in Atlanta Georgia through Emory's Field Placement Program, and was one of six law students selected to participate in the Turner Environmental Law Clinic, where she worked on various environmental cases and legislative projects in the greater Atlanta area.

She also worked for a summer at the Environmental Protection Agency's Office of Enforcement and Compliance Assurance in Washington D.C. and spent a semester studying international law at Trinity College in Dublin, Ireland.

She currently practices in the area of commercial and complex litigation.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| **Main Office:** | **Detroit Office:** |
| 950 West University Drive, Suite 300 | 500 Griswold St, Suite 2400 |
| Rochester, Michigan 48307 | Detroit, MI 48226 |
| Phone: 248-841-2200 | Phone: 248-841-2200 |
| Fax: 248-652-2852 | Fax: 248-652-2852 |

HOME       ATTORNEYS       PUBLICATIONS       PRACTICE AREAS       LOCATIONS       NEWS / PRESS       CAREERS       CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**JANUARY A. DRAGICH**
**ASSOCIATE**



**Michigan State University, BA, 1998**
**University of Detroit Mercy School of Law, JD, 2001**

Phone: (248) 841-2200
Fax: (248) 652-2852

jad@millerlawpc.com

**BIOGRAPHY**

Ms. Dragich is an associate attorney at The Miller Law Firm, P.C. She graduated cum laude from University of Detroit Mercy School of Law in 2001. She received her Bachelor of Science degree in Packaging from Michigan State University in 1998.

During law school, Ms. Dragich participated as a Moot Court Board Member and was a Quarter Finalist in both the Gallagher Competition in 2000 and the Professional Responsibility Competition in 2001. Ms. Dragich is a recipient of a scholarship award from the American Corporate Counsel Association. In the spring of 2001, Ms. Dragich received an award for attaining the highest grade in Secured Transactions.

Ms. Dragich was selected to participate in a teaching exchange program by the University of Detroit Mercy School of Law faculty for the Universite d'Auvergne in Clermont-Ferrand, France for the academic year, 2002-2003. Ms. Dragich prepared the curriculum and taught classes to French pre-law students, including Torts, Criminal Law, Constitutional Law and Oral Advocacy.

Ms. Dragich specializes in commercial litigation and is currently a member of the State Bar of Michigan and the American Bar Association.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME     ATTORNEYS     PUBLICATIONS     PRACTICE AREAS     LOCATIONS     NEWS / PRESS     CAREERS     CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**MELISSA D. WOJNAR-RAYCRAFT**
**ASSOCIATE**



University of Michigan, BA, 1991
University of Michigan, MSW, 1992
Wayne State University Law School,
J.D., 2003

Phone: (248) 841-2200
Fax: (248) 652-2852

mwr@millerlawpc.com

**BIOGRAPHY**

Melissa Wojnar-Raycraft is an associate at The Miller Law Firm, P.C.   She concentrates her practice on complex business and commercial litigation, contract cases, automotive supplier issues, as well as class action litigation. Ms. Wojnar-Raycraft is admitted to practice in Michigan, the Eastern District of Michigan, and the Sixth Circuit Court of Appeals.

Ms. Wojnar-Raycraft graduated from Wayne State University Law School in 2003. She was Editor-in-Chief of The Journal of Law in Society as well as a member of Moot Court.  Ms. Wojnar-Raycraft's academic awards include: the Gold Key Certificate for maintaining a 3.9 grade point average; the George and Phyllis Googsian Award for her academic performance in a course on products liability; the Cynthia Faulhaber Scholarship for her work on The Journal; and the Raymond Krell Scholarship for her interest in trial work.  In 2002, Ms. Wojnar-Raycraft completed a judicial internship, by invitation, for the Hon. Gerald E. Rosen, United States District Court for the Eastern District of Michigan. She also served as a research assistant for the Internet Commerce: The Emerging Legal Framework textbook.

Ms. Wojnar-Raycraft is also a graduate of the University of Michigan, earning her Bachelor degree in 1991 and her Master of Social Work degree in 1992. Before beginning her legal career, Ms. Wojnar-Raycraft practiced as a mental health counselor for seven years.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us



THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

| | |
|---|---|
| **Main Office:** 950 West University Drive, Suite 300 Rochester, Michigan 48307 Phone: 248-841-2200 Fax: 248-652-2852 | **Detroit Office:** 500 Griswold St, Suite 2400 Detroit, MI 48226 Phone: 248-841-2200 Fax: 248-652-2852 |

HOME        ATTORNEYS        PUBLICATIONS        PRACTICE AREAS        LOCATIONS        NEWS / PRESS        CAREERS        CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**EMILY E. HUGHES**
**ASSOCIATE**



**University of Michigan, B.A., 2001**
**University of Illinois College of Law, J.D., 2005**

Phone: (248) 841-2200
Fax: (248) 652-2852

ehughes@millerlawpc.com

### BIOGRAPHY

Emily E. Hughes is an associate at The Miller Law Firm.  Ms. Hughes currently practices in the areas of commercial litigation, complex litigation, and bankruptcy adversary litigation, where she routinely manages complex discovery matters.

Ms. Hughes graduated cum laude from the University of Illinois College of Law in 2005, where she was nominated for the Rickert Award for Excellence in Trial Advocacy. She began her law school career at Syracuse University College of Law, where she received an award for Best Oralist in Appellate Advocacy in her legal writing section.  Ms. Hughes received her Bachelor of Arts Degree in Political Science from the University of Michigan in 2001.

Prior to joining The Miller Law Firm, Ms. Hughes served as in-house counsel for a labor organization from 2005 until 2007, where she conducted numerous arbitrations, handled matters involving the National Labor Relations Board, and conducted several training seminars on a variety of labor-management issues.

Ms. Hughes is admitted to practice in Michigan, the U.S. District Court of the Eastern District of Michigan and the Bankruptcy Court of the Eastern District of Michigan.  She is currently a member of the Women Lawyers Association of Michigan.  Ms. Hughes was as a "Rising Star" in Michigan Super Lawyers in the area of General Litigation in both 2010 and 2011.



THE MILLER LAW FIRM
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**ADELE ICE-KING ASSOCIATE**



**Wayne State University Law School, J.D.,** *magna cum laude,* **2006**
**Central Michigan University, B.S.,** *summa cum laude,* **2003**

Phone: (248) 841-2200
Fax: (248) 652-2852

aik@millerlawpc.com

**BIOGRAPHY**

In 2008, Adele Ice-King was selected as a nominee for Crain Publication's "20 In Their 20s." Ms. Ice-King was named a Michigan Rising Star by Super Lawyers in both 2008 and 2010. Ms. Ice-King graduated 5th in her class from Wayne State University Law School, magna cum laude, in 2006, and was selected as a member of the Order of the Coif.

As a member of the Wayne State Law School Moot Court team, she participated in an antitrust competition in Washington, D.C., where she placed second overall and first for her written brief. In 2006, as a member of the National Moot Court team, she placed second in the Mid-west region.

Ms. Ice-King graduated summa cum laude from Central Michigan University, receiving a Bachelor of Science degree with a major in both Political Science and Integrative Public Relations.

Ms. Ice-King was admitted to practice in the State of Michigan in 2006 and is currently a member and active participant in the Macomb County Bar Association.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME    ATTORNEYS    PUBLICATIONS    PRACTICE AREAS    LOCATIONS    NEWS / PRESS    CAREERS    CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**DEVON ALLARD**
**ASSOCIATE**



**Michigan State University, B. A. 2002**
**University of Detroit Mercy School of Law, J.D., 2007**

Phone: (248) 841-2200
Fax: (248) 652-2852

dpa@millerlawpc.com

**BIOGRAPHY**

Devon Allard is an Associate at The Miller Law Firm.  He concentrates his practice in business and commercial litigation.  In 2009, Mr. Allard was recognized by SuperLawyers Magazine, an attorney peer review survey, as one of Michigan's "Rising Stars" in the area of business litigation.

Mr. Allard received his law degree from the University of Detroit Mercy School of Law in 2007.  During law school, he served as a Title Editor for the University of Detroit Mercy Law Review.  Mr. Allard received a Bachelor of Arts degree in Political Science from Michigan State University.  While a student at Michigan State, he also spent a summer as a congressional intern for U.S. Representative Nick Smith in Washington, D.C.

Mr. Allard is a member of the State Bar of Michigan, the U.S. District Court for the Eastern District of Michigan, and the Detroit Metropolitan Bar Association.



THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI  48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME        ATTORNEYS        PUBLICATIONS        PRACTICE AREAS        LOCATIONS        NEWS / PRESS        CAREERS        CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**COURTNEY B. CIULLO
ASSOCIATE**



**University of Michigan, B.A., 2005
Wayne State University, J.D., 2007**

Phone: (248) 841-2200
Fax: (248) 652-2852

cbc@millerlawpc.com

**BIOGRAPHY**

Courtney Ciullo is an associate at The Miller Law Firm.  She currently concentrates her practice in the areas of complex commercial and securities fraud litigation.  Ms. Ciullo received her law degree from Wayne State University in December 2007.  While at Wayne State, she served as an Associate Editor of *The Wayne Law Review* from 2006-2007 and the Production Editor and Member of the Board from 2007-2008.

In 2006, Ms. Ciullo completed a general court internship in the United States District Court for the Eastern District of Michigan where she was able to work closely with staff attorneys, complete assignments for Magistrate and District Judges, work in various court departments, observe numerous civil and criminal proceedings, visit a Federal Prison in Milan, Michigan, observe grand jury selection, and tour the U.S. Drug Enforcement Administration in Detroit.  In 2007, Ms. Ciullo completed a chambers internship in the U.S. District Court for the Eastern District of Michigan for the Honorable Avern Cohn.

In 2005, Ms. Ciullo graduated with Honors from the University of Michigan, after completing an Honors Thesis in Educational Psychology.  She received a Bachelor of Arts degree with a major in both Psychology and English, and a minor in French.

In 2008, Ms. Ciullo was admitted to practice in the State of Michigan.  In 2009, she was admitted to practice in the United States District Court for the Eastern District of Michigan and in the State of New York. She is currently a member of and active participant in the Oakland County Bar Association and the New York County Lawyers' Association.

Ms. Ciullo regularly serves as a judge for the Wayne State University Law School first year Moot Court program.  She is also currently a volunteer attorney for the Michigan Innocence Clinic at University of Michigan Law School, a program which uses newly discovered evidence to exonerate those who have been wrongly convicted.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

| Main Office: | Detroit Office: |
| --- | --- |
| 950 West University Drive, Suite 300 | 500 Griswold St, Suite 2400 |
| Rochester, Michigan 48307 | Detroit, MI 48226 |
| Phone: 248-841-2200 | Phone: 248-841-2200 |
| Fax: 248-652-2852 | Fax: 248-652-2852 |

HOME     ATTORNEYS     PUBLICATIONS     PRACTICE AREAS     LOCATIONS     NEWS / PRESS     CAREERS     CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**ADAM T. SCHNATZ**
**ASSOCIATE**



**University of Michigan, B.A., 2000**
**Michigan State University College of Law, J.D. 2005**

Phone: (248) 841-2200
Fax: (248) 652-2852

ats@millerlawpc.com

**BIOGRAPHY**

Adam T. Schnatz is an associate at The Miller Law Firm who concentrates in the areas of securities fraud litigation, commercial litigation and employment law.  Prior to joining The Miller Law Firm, Mr. Schnatz was an associate in private practice with a prestigious Chicago-area law firm with a focus on advising and defending clients on insurance and contract matters.

He successfully defended cases, at both trial and arbitration, throughout the State of Illinois.  Mr. Schnatz also obtained valuable courtroom experience successfully prosecuting criminal cases with the Ionia County Prosecutor.

Mr. Schnatz received his J.D., magna cum laude, from Michigan State University College of Law in 2005.  He served as a member of the Moot Court team competing in New York and Chicago on securities and privacy matters, and as the Chief Editor of Notes for the Journal of Medicine and Law.  He also worked for The Honorable David W. McKeague, United States District Court for the Western District of Michigan.  Prior to attending law school, Mr. Schnatz earned his B.A. from the University of Michigan in 2000.

Mr. Schnatz is a member of various bar associations throughout the country, and is licensed to practice in Michigan, Illinois, Indiana, the District of Columbia, and numerous federal courts.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME     ATTORNEYS     PUBLICATIONS     PRACTICE AREAS     LOCATIONS     NEWS / PRESS     CAREERS     CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**CHRISTOPHER KAYE**
**ASSOCIATE**



**University of Michigan, B.A. 1997**
**with distinction**
**University of Michigan Law School,**
**2000**

Phone: (248) 841-2200
Fax: (248) 652-2852

cdk@millerlawpc.com

**BIOGRAPHY**

Christopher Kaye is an associate at The Miller Law Firm. He received his law degree in 2000 from the University of Michigan Law School, where he served as an Associate Editor on the Michigan Journal of International Law. He obtained his Bachelor of Arts Degree in Political Science from the University of Michigan with distinction in 1997.

Mr. Kaye's practice has included work on several major class action lawsuits, commercial disputes, and securities fraud litigation. Prior to joining The Miller Law Firm, Mr. Kaye served as an assistant township attorney and municipal prosecutor.

He has practiced in state and federal courts throughout Michigan, and has conducted several trials as sole counsel. He has also appeared before the Michigan Tax Tribunal in property valuation disputes, and advised developers seeking land use approvals from government authorities. In addition, he has handled several cases on appeal, successfully arguing before the Michigan Court of Appeals.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

Main Office:
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

Detroit Office:
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

| HOME | ATTORNEYS | PUBLICATIONS | PRACTICE AREAS | LOCATIONS | NEWS / PRESS | CAREERS | CONTACT US |

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**EVAN M. CHALL
ASSOCIATE**



**Eastern Michigan University, B.S.,** *summa cum laude,* **2005
Wayne State University Law School, J.D.,** *cum laude,* **2008**

Phone: (248) 841-2200
Fax: (248) 652-2852

emc@millerlawpc.com

**BIOGRAPHY**

Evan M. Chall is an associate at The Miller Law Firm. He concentrates his practice in business and commercial litigation. In 2011, Mr. Chall was recognized by SuperLawyers Magazine, an attorney peer review survey, as one of Michigan's "Rising Stars" in the area of business litigation.

Mr. Chall graduated cum laude from Wayne State University Law School in 2008. In 2005, Mr. Chall graduated summa cum laude from Eastern Michigan University, where he earned a Bachelor of Science degree in political science and State Secondary Education Provisional Certification. Mr. Chall competed as an "attorney" on the 2005 Eastern Michigan University mock trial national team.

Mr. Chall currently serves as an adjunct professor at Henry Ford Community College, where he teaches a course in American government and political science.



**THE MILLER LAW FIRM**
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME       ATTORNEYS       PUBLICATIONS       PRACTICE AREAS       LOCATIONS       NEWS / PRESS       CAREERS       CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**CASEY A. FRY**
**ASSOCIATE**



**Seton Hall University, B.S., magna cum laude, 2003**
**Michigan State University College of Law, J.D., cum laude, 2005**

Phone: (248) 841-2200
Fax: (248) 652-2852

caf@millerlawpc.com

**BIOGRAPHY**

Casey A. Fry is an Associate at The Miller Law Firm. Her practice is concentrated in complex commercial and class action litigation, including securities fraud and antitrust matters. Ms. Fry is admitted to practice in Michigan, Illinois, the District of Columbia, the U.S. Court of International Trade, and the U.S. Court of Appeals for the Federal Circuit.

Prior to joining The Miller Law Firm, Ms. Fry gained significant legal experience working as an Attorney at Honigman Miller Schwartz and Cohn, and as Associate Director of the Institute for Trade in the Americas at Michigan State University College of Law.

Casey Fry graduated *cum laude* from Michigan State University College of Law in 2005. During law school, Ms. Fry was President of the International Law Society, an Associate Editor of the Journal of International Law, and participant in the Philip C. Jessup International Moot Court Competition. Ms. Fry was recognized as the Most Distinguished First Year Law Student in 2003 and awarded the Jurisprudence Award in Transnational Legal Research in 2004. Ms. Fry's other accomplishments include being highlighted as "One To Watch" by the ABA Journal in 2007 and named to the Michigan Super Lawyers list of Rising Stars in 2010 and 2011.

Casey Fry earned her Bachelor of Science Degree in Diplomacy and International Relations, graduating *magna cum laude* from Seton Hall University in 2003. Ms. Fry also completed minors in Political Science and German. While attending Seton Hall, Ms. Fry was a member of the Women's NCAA Division I Tennis Team and served as Captain her senior year.

Casey Fry is a member and active participant in the Oakland County Bar Association.

Home | Attorneys | Publications | Practice Area | Locations | News/Press | Careers | Contact Us



THE MILLER LAW FIRM
A PROFESSIONAL CORPORATION

**Main Office:**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Phone: 248-841-2200
Fax: 248-652-2852

**Detroit Office:**
500 Griswold St, Suite 2400
Detroit, MI 48226
Phone: 248-841-2200
Fax: 248-652-2852

HOME       ATTORNEYS       PUBLICATIONS       PRACTICE AREAS       LOCATIONS       NEWS / PRESS       CAREERS       CONTACT US

*' Detroit Area Best Lawyers Bet-the-Company Litigator of the Year ' for 2010.*

**JENNIFER E. FRUSHOUR**
**ASSOCIATE**



**Michigan State University, B.A 2003**

**Michigan State University College of Law, J.D. 2007**

Phone: (248) 841-2200
Fax: (248) 652-2852

jef@millerlawpc.com

**BIOGRAPHY**

Jennifer E. Frushour graduated from Michigan State University College of Law in 2007 with a concentration in Environmental Law, and earned her Bachelor of Arts in Business Management from Michigan State University in 2003.

While attending law school, Ms. Frushour gained legal experience as an intern for the Kent County 17th Judicial Circuit Court.   She served as the Treasurer for the Student Animal Legal Defense Fund and was a member of the Environmental Law Society.  Ms. Frushour also had the opportunity to study various areas of international law in Madrid, Spain under Spanish professors.

In 2009, Ms. Frushour was admitted to practice law in the State of Michigan, and has experience in products liability law, commercial litigation, family law, personal injury actions, discovery support, and eDiscovery.