UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Case No. 12-md-02311<br>HON. MARIANNE O. BATTANI |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FURUKAWA ELECTRIC CO., LTD, et al.,<br><br>      Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:11-cv-15362- MOB-MKM |
| TECHNICAL AIDS TO INDEPENDENCE, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:11-cv-15428- MOB-MKM |

| | |
|---|---|
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>                    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:11-cv-15553- MOB-MKM |
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>                    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130- MOB-MKM |
| TIMBERLINE MANUFACTURING COMPANY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>                    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:12-cv-10153- MOB-MKM |


Case 2:12-md-02311-SFC-RSW   ECF No. 26, PageID.608   Filed 03/08/12   Page 3 of 7

| | |
|---|---|
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10155- MOB-MKM |
| CESAR-SCOTT, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10177- MOB-MKM |
| PAESANO CONNECTING SYSTEMS, INC., on behalf of itself and all other similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10336- MOB-MKM |

| | |
|---|---|
| CRAFT-CO ENTERPRISES, INC.,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiff,<br>                v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10336- MOB-MKM |
| Q.C. ONICS VENTURES, LP,<br>individually and on behalf of all others similarly<br>situated,<br><br>      Plaintiff,<br>                v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

### DIRECT PURCHASER PLAINTIFFS' STATUS REPORT REGARDING THEIR MOTION TO APPOINT INTERIM LEAD AND LIAISON COUNSEL FOR THE DIRECT PURCHASER ACTIONS

The Direct Purchaser Plaintiffs respectfully submit this status report to update the Court regarding the Motion to appoint Interim Lead and Liaison Counsel for the direct purchaser actions.

On February 3, 2012, counsel for all the Direct Purchaser Plaintiffs submitted for Your Honor's consideration a Motion to: (1) Consolidate the Direct Purchaser Actions, and (2) Appoint Interim Lead Counsel and Liaison Counsel, along with a memorandum in support and a proposed initial case management order. Dkt. No. 11 filed in Case No. 11-cv-15186. All Direct Purchaser Plaintiffs' counsel concurred and continue to concur in that Motion. One other direct

purchaser case has been filed[1], and counsel in that case also concur in the Motion. Q.C. Onics Ventures, LP's Notice Of Joinder In Direct Purchaser Plaintiffs' Motion To: (1) Consolidate The Direct Purchaser Actions; And (2) Appoint Lead And Liaison Counsel. Dkt. No. 15 in *In Re: Automotive Wire Harness Systems Antitrust Litig.,* MDL No. 2311 and Case No. 12-md-02311. Therefore, we are pleased to report that there is unanimity among the Direct Purchaser Plaintiffs regarding proposed Interim Lead and Liaison counsel for the direct purchaser cases. A proposed form of Order appointing Interim Lead and Liaison Counsel for the direct purchaser actions is attached as an exhibit to this document and is submitted separately via the ECF Utility, for the Court's consideration.

Dated:  March 8, 2012                                      Respectfully submitted,

*/s/* David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI  48304
Telephone:  (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Proposed Liaison Counsel for the Direct Purchaser Plaintiffs

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com

---

[1] Q.C. Onics Ventures, L.P. v. Furukawa Electric Co., Ltd., et al., Case No. 2:12-cv-10720-MOB-MKM.

dabrahams@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Joshua R. Carver
Megan A. Sanders
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Telephone:  (207) 791-3000
ghansel@preti.com
rweill@preti.com
jcarver@preti.com
msanders@preti.com

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael L. Silverman
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
mfreed@fklmlaw.com
skanner@fklmlaw.com
dmillen@fklmlaw.com
msilverman@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jspector@srkw-law.com

Proposed Lead Counsel for the Direct
Purchaser Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

        Respectfully submitted,

        */s/* David H. Fink
        David H. Fink (P28235)
        Darryl Bressack (P67820)
        FINK + ASSOCIATES LAW
        100 West Long Lake Road, Suite 111
        Bloomfield Hills, MI  48304
        Telephone:  (248) 971-2500
        dfink@finkandassociateslaw.com
        dbressack@finkandassociateslaw.com