**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS ) <br> SYSTEMS ANTITRUST LITIGATION ) <br> ) <br> ) <br> MDL No. 2311 ) <br> ) <br> ) <br> ) | Civil Case No. 12-md-02311 <br><br> Judge Marianne O. Battani <br><br> **APPEARANCE OF** <br> **JULIE E. MCEVOY** |

## APPEARANCE

TO:   THE CLERK OF THE COURT

   PLEASE enter the appearance of Julie E. McEvoy, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: March 9, 2012                          JONES DAY


                                              By:  /s/ Julie E. McEvoy
                                              Julie E. McEvoy (Virginia Bar No. 39178)
                                              JONES DAY
                                              51 Louisiana Ave., N.W.
                                              Washington, D.C.  20001-2113
                                              202-879-3939
                                              202-626-1700 (facsimile)
                                              *Email*:  jmcevoy@jonesday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: March 9, 2012                                      JONES DAY

                                                     By:  /s/ Julie E. McEvoy
Julie E. McEvoy (Virginia Bar No. 39178)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001-2113
202-879-3939
202-626-1700 (facsimile)
*Email*:  jmcevoy@jonesday.com