-1-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311<br><br><br>THIS DOCUMENT PERTAINS TO: ALL ACTIONS | Case No. 12-md-02311-MOB<br><br>CLASS ACTION<br><br><br><br>Assigned to the Honorable Marianne O. Battani |

**PROPOSED AGENDA FOR THE MARCH 16, 2012
INITIAL STATUS CONFERENCE**

Plaintiff Craig Vanhoutte, through his counsel Brian R. Strange, in the case entitled *Vanhoutte v. Yazaki Corporation, et al.* U.S.D.C. Eastern District of Michigan, Case No. 2:12-cv-11054-PDB-MHK, respectfully submits the following proposed agenda items in advance of the March 16, 2012 initial status conference, pursuant to the Court's February 17, 2012 Order Setting Initial Status Conference  (Dkt. No. 1) ("Order"):

**Proposed Agenda Items**

1. **The Relationship Between This Action and the Three Pending MDLs Currently Before the JPML**

    This action and the relationship with *In re Instrument Panel Clusters Antitrust Litigation*, MDL No. 2349, *In re Fuel Senders Antitrust Litigation*, MDL No. 2350, and *In re Heating Control Panels Antitrust Litigation*, MDL No. 2351, may affect the leadership structure and organization of this case.

    - Investigation by the Japanese Fair Trade Commission ("JFTC"), the European Commission ("EC") and the United States Justice Department were coordinated, but not identical, for each component of the other MDLs. Investigation results were announced at different times.

    - Some of the same counsel here will be involved in the other MDLs.

    - Some of the defendants here are involved in the other MDLs and others may be added. Some of the same plaintiffs here are plaintiffs in the other MDLs.

    - Discovery should be coordinated between the MDLs as witnesses, investigations, and documents will overlap.

2. **Timing and Structure for Appointment of Lead or Liaison Counsel**

    Plaintiffs respectfully suggest that each counsel, if they so desire, have the opportunity to orally present his or her application during the March 16th initial status conference to assist this Court with the decision of appointing the most qualified interim Lead and Liaison Counsel possible.

3. **The Deadlines and Schedules for Plaintiffs' Consolidated Amended Complaint(s) and Dispositive Motions, Including any Motions to Dismiss**

The timing for filing of amended consolidated complaints should be sufficiently after the appointment of leadership to allow consideration of the many complex issues. Counsel suggests 60 days after appointment of leadership for filing of the consolidated amended complaints.

4. **Timing of the Parties' Exchange of Their Rule 26 Initial Disclosures**

Counsel respectfully suggest that the Court set a date for exchange of Rule 26(a) initial disclosures after the Court has appointed Plaintiffs' interim leadership in this MDL action.

5. **Case Management Orders, Including (i) Confidentiality Order; (ii) Document Preservation Order; and (iii) ESI Order**

Interim preservation orders should be considered by the Court. Plaintiffs respectfully suggest that a Confidentiality Order, a Document Preservation Order, and an ESI Order should be negotiated and presented to the Court for consideration and entry as expeditiously as possible after Interim Lead Counsel are selected.

Dated:  March 9, 2012                **STRANGE & CARPENTER**

                                                               /s/
                                         Brian R. Strange

                                         STRANGE & CARPENTER
                                         BRIAN R. STRANGE
                                         12100 Wilshire Blvd., Suite 1900
                                         Los Angeles, California 90025
                                         Telephone:  (310) 207-5055
                                         Facsimile: (310) 826-3210
                                         lacounsel@earthlink.net

HILBORN & HILBORN, P.C.
CRAIG HILBORN (Mi. Bar. No. P43661)
GEORGE HILBORN (Mi. Bar. No. P14955)
999 Haynes Street, Suite 205
Birmingham, Michigan 48009
Telephone:  (248) 642-8350
Facsimile:  (248) 642-3016
Craig@hilbornlaw.com
George@hilbornlaw.com

CARPENTER, ZUCKERMAN & ROWLEY, LLP
PAUL S. ZUCKERMAN
8827 West Olympic Blvd.
Beverly Hills, California 90211
Telephone:  (310) 273-1230
Facsimile:  (310) 858-1063
paul@czrlaw.com

NEWMAN | DU WORS LLP
DEREK A. NEWMAN
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
dn@nemanlaw.com

*Attorneys for Plaintiff Craig Vanhoutte and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed through the CM/ECF system on March 9, 2012, which automatically serves an electronic notice to all registered individuals.

Dated:  March 9, 2012                **STRANGE & CARPENTER**

                                                   /s/
                                              Brian R. Strange

STRANGE & CARPENTER
BRIAN R. STRANGE
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone:  (310) 207-5055
Facsimile: (310) 826-3210
lacounsel@earthlink.net