**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL NO. 2311 | CASE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |

## NOTICE OF APPEARANCE OF STEPHANIE K. WOOD

PLEASE TAKE NOTICE that Stephanie K. Wood of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of Denso International America, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated March 12, 2012

## CERTIFICATE OF SERVICE

      I, Stephanie K. Wood, an attorney, hereby certify that on March 12, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF STEPHANIE K. WOOD** to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

          /s/ Stephanie K. Wood
Stephanie K. Wood
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW,
Washington, D.C.  20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
stephanie.wood@wilmerhale.com