**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL NO. 2311 | CASE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |

**NOTICE OF APPEARANCE OF KAREN D. STRINGER**

PLEASE TAKE NOTICE that Karen D. Stringer of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of Denso International America, Inc., **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated March 12, 2012

## CERTIFICATE OF SERVICE

I, Karen D. Stringer, an attorney, hereby certify that on March 12, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF KAREN D. STRINGER** to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

  /s/ Karen D. Stringer
Karen D. Stringer
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts
Telephone: (617) 526-6000
Fax: (617) 526-5000
karen.stringer@wilmerhale.com