**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL NO. 2311 | Case No. 12-md-2311<br>Hon. Marianne O. Battani |

### NOTICE OF APPEARANCE OF MARGUERITE M. SULLIVAN

PLEASE TAKE NOTICE that Marguerite M. Sullivan, of the law firm Latham & Watkins LLP, hereby enters her appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd. and Sumitomo Electric Wintec America, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 12, 2012                                         Respectfully submitted,

                                                                                        LATHAM & WATKINS LLP


                                                                                        By  */s/ Marguerite M. Sullivan*
                                                                                        Marguerite M. Sullivan
                                                                                        LATHAM & WATKINS LLP
                                                                                        555 Eleventh Street NW, Suite 1000
                                                                                        Washington, DC 20004
                                                                                        Tel.: 202-637-2200
                                                                                        Fax: 202-637-2201
                                                                                        maggy.sullivan@lw.com

                                                                                        *Attorney for Defendants*
                                                                                        *Sumitomo Electric Industries, Ltd. and*
                                                                                        *Sumitomo Electric Wintec America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: March 12, 2012

                              By  /s/ *Marguerite M. Sullivan*
                                  Marguerite M. Sullivan
                                  LATHAM & WATKINS LLP
                                  555 Eleventh Street NW, Suite 1000
                                  Washington, DC 20004
                                  Tel.: 202-637-2200
                                  Fax: 202-637-2201
                                  maggy.sullivan@lw.com

                                  *Attorney for Defendants*
                                  *Sumitomo Electric Industries, Ltd. and*
                                  *Sumitomo Electric Wintec America, Inc.*