**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION** | Case No. 12-md-02311-MOB<br>MDL No. 2109<br><br>Judge Marianne O. Battani |
| This Document Relates to:<br><br>ALL ACTIONS | |

**NOTICE OF APPEARANCE OF STEVEN N. WILLIAMS**

**PLEASE TAKE NOTICE** that Steven N. Williams of Cotchett, Pitre & McCarthy, LLP hereby enters his appearance on behalf of Meetesh Shah in the above-captioned matter.

Dated:  March 12, 2012           **COTCHETT, PITRE & McCARTHY, LLP**

                                 By:  */s/ Steven N. Williams*
                                      Steven N. Williams
                                      COTCHETT, PITRE & McCARTHY, LLP
                                      840 Malcolm Road, Suite 200
                                      Burlingame, CA 94010
                                      Telephone: (650) 697-6000
                                      Facsimile:  (650) 697-0577
                                      E-mail: swilliams@cpmlegal.com

## CERTIFICATE OF SERVICE

I, Steven N. Williams, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF STEVEN N. WILLIAMS**, to be served upon all registered counsel of record *via the Court's CM/ECF system* on March 12, 2012.

*/s/ Steven N. Williams*
Steven N. Williams