UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS
ANTITRUST LITIGATION

MDL NO. 2311

Case No. 12-md-2311
Hon. Marianne O. Battani

## NOTICE OF APPEARANCE OF WILLIAM H. HORTON

PLEASE TAKE NOTICE that William H. Horton, of the law firm of Giarmarco, Mullins & Horton, P.C., hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd. and Sumitomo Electric Wintec America, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 13, 2012

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By  /s/ William H. Horton
William H. Horton (P31567)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280
Phone: 248-457-7060
bhorton@gmhlaw.com

*Attorney for Defendants
Sumitomo Electric Industries, Ltd. and
Sumitomo Electric Wintec America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: March 13, 2012

                                              By  /s/ William H. Horton
                                                  William H. Horton (P31567)
                                                  Giarmarco, Mullins & Horton, P.C.
                                                  Tenth Floor Columbia Center
                                                  101 West Big Beaver Road
                                                  Troy, MI  48084-5280
                                                  Phone: 248-457-7060
                                                  bhorton@gmhlaw.com

                                                  *Attorney for Defendants*
                                                  *Sumitomo Electric Industries, Ltd. and*
                                                  *Sumitomo Electric Wintec America, Inc.*