UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Civil Case No. 12-md-02311<br><br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE BY ANITA F. STORK

PLEASE TAKE NOTICE that Anita F. Stork, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 13, 2012                                        Respectfully submitted,

COVINGTON & BURLING LLP

By:  /s/ *Anita F. Stork*
　　　Anita F. Stork
　　　COVINGTON & BURLING LLP
　　　One Front Street
　　　35th Floor
　　　San Francisco, CA, 94111
　　　Tel:  (415) 591-6000
　　　Fax:  (415) 955-6550
　　　Email: astork@cov.com

　　　*Attorneys for Defendant*
　　　*S-Y Systems Technologies Europe GmbH*

CERTIFICATE OF SERVICE

       I hereby certify that on March 13, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY ANITA F. STORK to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: March 13, 2012                                     Respectfully submitted,

                                                          COVINGTON & BURLING LLP

                                                    By: /s/ *Anita F. Stork*
                                                            Anita F. Stork
                                                           COVINGTON & BURLING LLP
                                                           One Front Street
                                                           35th Floor
                                                           San Francisco, CA, 94111
                                                          Tel: (415) 591-6000
                                                          Fax: (415) 955-6550
                                                         Email: astork@cov.com

                                                         *Attorneys for Defendant*
                                                         *S-Y Systems Technologies Europe GmbH*