# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| **In re Automotive Wire Harness Systems Antitrust Litigation** | Case No. 12-md-2311 <br><br> Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE

To: Clerk of the Court and All Parties of Record

Please enter the appearance of Craig C. Corbitt of the law firm Zelle Hofmann Voelbel & Mason LLP as counsel on behalf of Plaintiffs Craig Kelly, Tye Smith, Jennifer Chase, Curtis Gunnerson, Kelly Klosterman, David Rochon and Darrel Senior in the above-captioned matter.

Dated: March 13, 2012

                                                     Respectfully Submitted,

                                                     /s/Craig C. Corbitt
                                                     Craig C. Corbitt
                                                     Zelle Hofmann Voelbel & Mason LLP
                                                     44 Montgomery St., Suite 3400
                                                     San Francisco, CA 94104
                                                     Telephone:   (415) 693-0700
                                                     Facsimile:    (415) 693-0770
                                                     ccorbitt@zelle.com

                                                     *Counsel for Plaintiffs Craig Kelly*
                                                     *and Tye Smith Jennifer Chase, Curtis*
                                                     *Gunnerson, Kelly Klosterman, David*
                                                     *Rochon and Darrel Senior*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Craig C. Corbitt was served upon all counsel of record via ECF on this 13th day of March, 2012.

    /s/Craig C. Corbitt
Craig C. Corbitt
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770
ccorbitt@zelle.com

*Counsel for Plaintiffs Craig Kelly and Tye Smith Jennifer Chase, Curtis Gunnerson, Kelly Klosterman, David Rochon and Darrel Senior*