UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Civil Case No. 12-md-02311<br><br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE BY MICHAEL J. FANELLI

PLEASE TAKE NOTICE that Michael J. Fanelli, of the law firm Covington & Burling LLP, hereby enters his appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 13, 2012

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Michael J. Fanelli*
　　Michael J. Fanelli
　　COVINGTON & BURLING LLP
　　1201 Pennsylvania Avenue, N.W.
　　Washington, DC 20004
　　Tel: (202) 662-5383
　　Fax: (202) 778-5383
　　Email: mfanelli@cov.com

　　*Attorneys for Defendant*
　　*S-Y Systems Technologies Europe GmbH*

CERTIFICATE OF SERVICE

        I hereby certify that on March 13, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MICHAEL J. FANELLI to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  March 13, 2012                              Respectfully submitted,

                                                      COVINGTON & BURLING LLP

                                        By: /s/ *Michael J. Fanelli*
                                               Michael J. Fanelli
                                               COVINGTON & BURLING LLP
                                               1201 Pennsylvania Avenue, N.W.
                                               Washington, DC 20004
                                               Tel:  (202) 662-5383
                                               Fax:  (202) 778-5383
                                               Email: mfanelli@cov.com

                                               *Attorneys for Defendant*
                                               *S-Y Systems Technologies Europe GmbH*