UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS           Case No.: 12-md-02311
SYSTEMS ANTITRUST LITIGATION           Hon. Marianne O. Battani
      MDL 2311

_____/

## NOTICE OF APPEARANCE OF DAVID F. DUMOUCHEL

TO:     THE CLERK OF THE COURT

       Please enter the appearance of David F. DuMouchel of the law firm of Butzel Long, a professional corporation, as counsel on behalf of Defendant TRAM, Inc. **only** in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

                                             Respectfully submitted,

                                             BUTZEL LONG

                                             s/ David F. DuMouchel
                                             David F. DuMouchel (P25658)
                                             150 W. Jefferson, Suite 100
                                             Detroit, MI 48226
                                             (313) 225-7000
                                             E-mail: dumouchd@butzel.com

                                             Counsel for Defendant TRAM, Inc.

Dated: March 14, 2012

## **CERTIFICATE OF SERVICE**

I, David F. DuMouchel, an attorney, hereby certify that on March 14, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF DAVID F. DUMOUCHEL to be filed and served electronically via the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Respectfully submitted,

BUTZEL LONG

s/ David F. DuMouchel
David F. DuMouchel (P25658)
150 W. Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
E-mail: dumouchd@butzel.com

Counsel for Defendant TRAM, Inc.