UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

Case No. 12-md-02311
Hon. Marianne O. Battani

_____

NOTICE OF APPEARANCE OF JOSEPH E. PAPELIAN

To:  The Clerk of the Court:

Please enter the appearance of Joseph E. Papelian as counsel on behalf of Delphi Automotive LLP, Delphi Automotive Systems, LLC and DPH Holdings Corp. in the above-captioned matter.  The appearance shall not be deemed as a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

DELPHI AUTOMOTIVE SYSTEMS, LLC

/s/ Joseph E. Papelian_____
Joseph E. Papelian (P26582)
5725 Delphi Drive
Troy, MI  48098
Phone: 248-813-2535
Fax: 248-813-3251
email: joseph.e.papelian@delphi.com

*Counsel for Defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC and DPH Holdings Corp.*

March 14, 2012

CERTIFICATE OF SERVICE

I CERTIFY that on March 14, 2012, the foregoing document was filed with the Clerk of the Court via the ECF system, which will send notice of the filing to all counsel of record in the above-captioned matter.

Date:  March 14, 2012                /s/ Joseph E. Papelian_____
                                      Joseph E. Papelian