UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS      Case No.: 12-md-02311
SYSTEMS ANTITRUST LITIGATION     Hon. Marianne O. Battani

     MDL NO. 2311

_____/

## NOTICE OF APPEARANCE OF SHELDON H. KLEIN

TO:    THE CLERK OF THE COURT

Please enter the appearance of Sheldon H. Klein of the law firm of Butzel Long, a professional corporation, as counsel on behalf of Defendant TRAM, Inc. **only** in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

      Respectfully submitted,

      BUTZEL LONG

      By: /s/Sheldon H. Klein
      Sheldon H. Klein (P41062)
      Stoneridge West
      41000 Woodward Avenue
      Bloomfield Hills MI  48304
      (248) 258-1616
      klein@butzel.com

      Counsel for Defendant TRAM, Inc.

Dated:  March 14, 2012

## CERTIFICATE OF SERVICE

I, Sheldon H. Klein, an attorney, hereby certify that on March 14, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF SHELDON H. KLEIN to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Respectfully submitted,

By: /s/Sheldon H. Klein
Sheldon H. Klein (P41062)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills MI  48304
(248) 258-1616
klein@butzel.com

Counsel for Defendant TRAM, Inc.