UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION                    Case No. 12-md-02311

          MDL NO. 2311                                           Hon. Marianne O. Battani

_____/


**NOTICE OF APPEARANCE OF LARRY S. GANGNES FOR DEFENDANTS
FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC.**


To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Larry S. Gangnes of the law firm Lane Powell PC on behalf of Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED:  March 14, 2012

s/Larry S. Gangnes
Larry S. Gangnes
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
(206) 223-7000
(206) 223-7107 - fax
gangnesl@lanepowell.com
WA Bar No. 08118
Attorneys for Defendants Furukawa Electric Co.,
Ltd. and American Furukawa, Inc.

709315.0013/5334558.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012, I caused to be filed a copy of the foregoing NOTICE OF APPEARANCE OF LARRY S. GANGNES FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Larry S. Gangnes
Larry S. Gangnes
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
(206) 223-7000
(206) 223-7107 - fax
gangnesl@lanepowell.com
WA Bar No. 08118
Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

709315.0013/5334558.1

2