**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE

Please enter the appearance of W. Joseph Bruckner of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company in the above-captioned matter.

Dated: March 14, 2012                    Respectfully submitted,

                                         LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                         __s/W. Joseph Bruckner_____
                                         W. Joseph Bruckner
                                         100 Washington Avenue South, Suite 2200
                                         Minneapolis, MN 55401
                                         Tel:   (612) 339-6900
                                         Fax:   (612) 339-0981
                                         Email: wjbruckner@locklaw.com


                                         Attorney for Plaintiffs Cesar-Scott, Inc., Paesano
                                         Connecting Systems, Inc., Technical Aids to
                                         Independence, Inc. and Timberline Manufacturing
                                         Company

455194.1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: March 14, 2012                       <u>s/W. Joseph Bruckner</u>
                                                 W. Joseph Bruckner