UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 2:12-md-02311 |
| MDL NO. 2311 | Hon. Marianne O. Battani |

**NOTICE OF APPEARANCE OF CRAIG D. BACHMAN FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC.**

To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Craig D. Bachman of the law firm Lane Powell PC on behalf of Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED:  March 14, 2012

                                                s/Craig D. Bachman
                                              Craig D. Bachman
                                              Lane Powell PC
                                              601 SW Second Avenue, Suite 2100
                                              Portland, Oregon 97204-3158
                                              Telephone:  503.778.2100
                                              Facsimile:  503.778.2200
                                              bachmanc@lanepowell.com
                                              Oregon State Bar No. 781295
                                              Attorneys for Defendants Furukawa Electric Co.,
                                              Ltd. and American Furukawa, Inc.

```
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2012, I caused to be filed a copy of the foregoing NOTICE OF APPEARANCE OF CRAIG D. BACHMAN FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Craig D. Bachman
Craig D. Bachman
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
bachmanc@lanepowell.com
Oregon State Bar No. 781295
Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.