## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

)
)
)
)
)
)
)
)

Case No. 12-md-02311
Hon. Marianne O. Battani

---

### APPEARANCE OF HOWARD B. IWREY

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 14, 2012                    DYKEMA GOSSETT PLLC

By: /s Howard B. Iwrey_____
    Howard B. Iwrey (P39635)
    Attorneys for Defendant Lear Corporation
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 14, 2012

DYKEMA GOSSETT PLLC

By: _/s  Howard B. Iwrey_____
    Howard B. Iwrey (P39635)
    Attorneys for Defendant Lear Corporation
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email*: hiwrey@dykema.com

BH01\1515028.1
ID\HBI - 097535\0004