UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL NO. 2311 | Case No. 12-md-2311<br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE OF ELIZABETH A. FAVARO

PLEASE TAKE NOTICE that Elizabeth A. Favaro, of the law firm of Giarmarco, Mullins & Horton, P.C., hereby enters her appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd. and Sumitomo Electric Wintec America, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 14, 2012

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By  /s/ Elizabeth A. Favaro
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280
Phone: 248-457-7000
efavaro@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd. and*
*Sumitomo Electric Wintec America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: March 14, 2012

By  /s/ Elizabeth A. Favaro
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI  48084-5280
Phone: 248-457-7000
efavaro@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd. and*
*Sumitomo Electric Wintec America, Inc.*