UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION          Case No. 2:12-md-02311

      MDL NO. 2311          Hon. Marianne O. Battani

_____/

## NOTICE OF APPEARANCE OF KENNETH R. DAVIS II FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC.

To the Clerk of the Court and all Counsel of Record:

    Please enter the appearance of Kenneth R. Davis II of the law firm Lane Powell PC on behalf of Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

    DATED:  March 14, 2012

                            s/Kenneth R. Davis II
                            Kenneth R. Davis II
                            Lane Powell PC
                            601 SW Second Avenue, Suite 2100
                            Portland, Oregon 97204-3158
                            Telephone:  503.778.2100
                            Facsimile:  503.778.2200
                            davisk@lanepowell.com
                            Oregon State Bar No. 971132
                            Attorneys for Defendants Furukawa Electric Co.,
                            Ltd. and American Furukawa, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2012, I caused to be filed a copy of the foregoing NOTICE OF APPEARANCE OF KENNETH R. DAVIS II FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC. with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    s/Kenneth R. Davis II  
Kenneth R. Davis II  
Lane Powell PC  
601 SW Second Avenue, Suite 2100  
Portland, Oregon 97204-3158  
Telephone: 503.778.2100  
Facsimile: 503.778.2200  
davisk@lanepowell.com  
Oregon State Bar No. 971132  
Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.