UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL No. 2311

Case No. 12-md-02311
Hon. Marianne O. Battani

_____

NOTICE OF APPEARANCE OF KENNETH A. GALLO

To:  The Clerk of the Court:

Please enter the appearance of Kenneth A. Gallo of the law firm of Paul Weiss Rifkind Wharton & Garrison LLP as counsel on behalf of Delphi Automotive LLP, Delphi Automotive Systems, LLC and DPH Holdings Corp. in the above-captioned matter.  The appearance shall not be deemed as a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

PAUL WEISS RIFKIND WHARTON
& GARRISON LLP

/s/ Kenneth A. Gallo_____
Kenneth A. Gallo
2001 K Street, NW
Washington, D.C.  20006-1047
Phone: 202-223-7356
Fax:  202-204-7356
email: kgallo@paulweiss.com

*Counsel for Defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC and DPH Holdings Corp.*

March 14, 2012

CERTIFICATE OF SERVICE

I, Kenneth A. Gallo, an attorney, hereby certify that on March 14, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF KENNETH A. GALLO to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

PAUL WEISS RIFKIND WHARTON
& GARRISON LLP

/s/ Kenneth A. Gallo
Kenneth A. Gallo
2001 K Street, NW
Washington, D.C.  20006-1047
Phone: 202-223-7356
Fax:  202-204-7356
email: kgallo@paulweiss.com

*Counsel for Defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC and DPH Holdings Corp.*