ATTACHMENT 2
(AUTOMOBILE DEALER ACTIONS)

1.  ARE  11-00757   Landers Auto Group Number 1 v. Delphi Automotive LLP, et al.

2.  DDC  11-01892   Martens Cars of Washington, Inc., v. Furukawa Electric Co., et al.

3.  MN   11-03092   Superstore Automotive, Inc. v. Delphi Automotive LLP, et al.

4.  MSS  11-00647   Hammett Motor Company, Inc. v. Delphi Automotive LLP, et al

The Automobile Dealers Consolidated Class Complaint shall combine the claims of these four automobile dealer plaintiffs into a single pleading, and shall include original actions by five additional automobile dealer plaintiffs that have not previously filed an action: Westfield Dodge City, Inc., Lee Pontiac-Oldsmobile GMC Truck, Inc., Landers McClarty Fayetteville, TN, LLC, V.I.P. Motors Cars, Ltd., and Desert European Motorcars, Ltd.