| | ATTACHMENT 3 - END PAYOR ACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Case No. | Transferred Case No. (if applicable) | Date Filed | Jurisdiction | Judge | Plaintiff(s) | Plaintiff(s) Counsel |
| 1 | 11-cv-14399 | | 10/05/11 | E.D. Mich. | Marianne O. Battani | Susan LaCava | Labaton Sucharow LLP |
| 2 | 11-cv-04949 | 12-cv-10674 | 10/06/11 | E.D. Mich. | Marianne O. Battani | Lucha Bott, Jane M. Taylor, Jude A. Anheluk | Hagens Berman Sobol Shapiro LLP |
| 3 | 11-cv-05057 | 12-cv-10677 | 10/14/11 | E.D. Mich. | Marianne O. Battani | George Nicoud | Glancy Binkow & Goldberg LLP |
| 4 | 11-cv-14555 | | 10/17/11 | E.D. Mich. | Marianne O. Battani | Teresa Ballek | Cafferty Faucher LLP<br>Chimicles & Tikellis LLP |
| 5 | 11-cv-14556 | | 10/17/11 | E.D. Mich. | Marianne O. Battani | Jimmy Junkins | The Miller Law Firm, P.C.<br>Goldman Scarlato Karon & Penny, P.C.<br>Law Offices of Stephen Dampier, P.C. |
| 6 | 11-cv-14605 | | 10/19/11 | E.D. Mich. | Marianne O. Battani | Halley Ascher | Caffery Faucher LLP<br>Finkelstein Thompson LLP |
| 7 | 11-cv-14593 | | 10/19/11 | E.D. Mich. | Marianne O. Battani | Meredith Heller | Milberg LLP<br>Susman Godfrey LLP |
| 8 | 11-cv-14639 | | 10/21/11 | E.D. Mich. | Marianne O. Battani | Carol Ann Kashishian | THE MILLER LAW FIRM, P.C.<br>ADEMI & O'REILLY LLP |

| | ATTACHMENT 3 - END PAYOR ACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Case No. | Transferred Case No. (if applicable) | Date Filed | Jurisdiction | Judge | Plaintiff(s) | Plaintiff(s) Counsel |
| 9 | 11-cv-14739 | | 10/27/11 | E.D. Mich. | Marianne O. Battani | Meetesh Shah | THE LAW OFFICE OF SHELDON L. MILLER, PC<br>COTCHETT, PITRE & McCARTHY, LLP |
| 10 | 11-cv-05301 | 12-cv-10680 | 10/31/11 | E.D. Mich. | Marianne O. Battani | Craig Kelly and Tye Smith | ZELLE HOFMANN VOELBEL & MASON LLP |
| 11 | 11-cv-14811 | | 11/01/11 | E.D. Mich. | Marianne O. Battani | Ellis Winton McInnis | WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>MEHRI & SKALET, PLLC<br>BARRETT LAW OFFICE, PLLC<br>BARRETT LAW, PLLC |
| 12 | 11-cv-14831 | | 11/02/11 | E.D. Mich. | Marianne O. Battani | Peter Brownson | CAFFERTY FAUCHER LLP<br>FARUQI & FARUQI, LLP<br>BERGER & MONTAGUE, P.C. |
| 13 | 11-cv-14836 | | 11/02/11 | E.D. Mich. | Marianne O. Battani | Gary Arthur Herr | CAFFERTY FAUCHER LLP |
| 14 | 11-cv-14838 | | 11/02/11 | E.D. Mich. | Marianne O. Battani | Michael Tracy | The Law Office of Sheldon L. Miller, P.C.<br>Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. |
| 15 | 11-cv-05477 | 12-cv-10678 | 11/10/11 | E.D. Mich. | Marianne O. Battani | Jeffrey Budner, Dorine Kramer, Nicholas Mitchell, Lillian Fireside, Kelly Hopkins, Timothy Griffin, and John Hollingsworth | KAG LAW GROUP |
| 16 | 11-cv-14989 | | 11/11/11 | E.D. Mich. | Marianne O. Battani | Ifeoma Adams | CAFFERTY FAUCHER LLP<br>FINKELSTEIN THOMPSON LLP |

| | | ATTACHMENT 3 - END PAYOR ACTIONS | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Case No. | Transferred Case No. (if applicable) | Date Filed | Jurisdiction | Judge | Plaintiff(s) | Plaintiff(s) Counsel |
| 17 | 11-cv-15041 | | 11/14/11 | E.D. Mich. | Marianne O. Battani | Jennifer Chase, Curtis Gunnerson, Kelly Klosterman, David Rochon and Darrel Senior | ANTHONY L. DELUCA, PLC ZELLE HOFMANN VOELBEL & MASON LLP GREGORY J. SEMANKO, P.A. FOLAND, WICKENS, EISFELDER, ROPER & HOFER, PC |
| 18 | 11-cv-15007 | | 11/14/11 | E.D. Mich. | Marianne O. Battani | Robert Koch | Flood Lanctot Connor Stablein PLLC Weinstein Kitchenoff & Asher LLC |
| 19 | 11-cv-05773 | 12-cv-11014 | 12/01/11 | E.D. Mich. | Marianne O. Battani | Terry M. Gordon, Janet L. Morgan, Jeffrey Grant Brown | HAGENS BERMAN SOBOL SHAPIRO LLP BOLOGNESE & ASSOCIATES, LLC TRUJILLO RODRIGUEZ & RICHARDS, LLC JACOBS KOLTON, CHTD |
| 20 | 11-cv-02176 | 12-cv-10689 | 12/07/11 | E.D. Mich. | Marianne O. Battani | Zahira Crespo | John F. Nevares & Associates, PSC Law Offices of Daniel E. Becnel, Jr. Salas & Co., L.C. |
| 21 | 11-cv-00696 | 12-cv-10675 | 12/08/11 | E.D. Mich. | Marianne O. Battani | Margaret A. Sirmon, John R. Janes, Jr., Scott M. Quinn, Bradford B. Brewer and Sam Davis, Jr. | LAMBERT & NELSON, PLC BECNEL LAW FIRM |
| 22 | 11-cv-15445 | | 12/12/11 | E.D. Mich. | Marianne O. Battani | Sonny Beck, Curtis P. Boudreaux, Robert Beeson and Tommy N. Wilson | THE MILLER LAW FIRM, P.C. LABATON SUCHAROW LLP |

| | ATTACHMENT 3 - END PAYOR ACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Case No. | Transferred Case No. (if applicable) | Date Filed | Jurisdiction | Judge | Plaintiff(s) | Plaintiff(s) Counsel |
| 23 | 11-cv-15468 | | 12/14/11 | E.D. Mich. | Marianne O. Battani | Aaron Brandstein, Tenisha Burgos, Jason Grala and Bobbie Schwartz | CAFFERTY FAUCHER LLP<br>TAUS, CEBULASH & LANDAU, LLP |
| 24 | 11-cv-03177 | 12-cv-10682 | 12/29/11 | E.D. Mich. | Marianne O. Battani | Joseph Muscara | HERMAN, HERMAN, KATZ & COTLAR, LLP<br>LEVIN FISHBEIN SEDRAN & BERMAN |
| 25 | 12-cv-00003 | 12-cv-10683 | 01/03/12 | E.D. Mich. | Marianne O. Battani | Gary T. Brock | BECNEL LAW<br>RODANAST P.C. |
| 26 | 12-cv-00048 | 12-cv-10684 | 01/06/12 | E.D. Mich. | Marianne O. Battani | Richard W. Keifer, Jr. | HERMAN, HERMAN, KATZ & COTLAR, LLP<br>FINE KAPLAN & BLACK, R.P.C. |
| 27 | 12-cv-00062 | 12-cv-10685 | 01/10/12 | E.D. Mich. | Marianne O. Battani | William J. Byrne, Jr. and Don Tom Lewis | HERMAN, HERMAN, KATZ & COTLAR, LLP<br>MALKINSON & HALPERN, P.C. |
| 28 | 12-cv-00079 | 12-cv-10690 | 01/18/12 | E.D. Mich. | Marianne O. Battani | Stacey R. Nickell, Robert Rice and Janne Rice | BAILEY & GLASSER LLP |
| 29 | 12-cv-00258 | 12-cv-10679 | 01/17/12 | E.D. Mich. | Marianne O. Battani | Estaban Maravilla, Tony Maravilla and Gretha Wilkerson | THE TERRELL LAW GROUP |
| 30 | 12-cv-10260 | | 01/20/12 | E.D. Mich. | Marianne O. Battani | Darcy Sherman | Kresch Oliver PLLC<br>Gustafson Gluek PLLC |
| 31 | 12-cv-00171 | 12-cv-10686 | 01/20/12 | E.D. Mich. | Marianne O. Battani | Vickie Josefsberg | HERMAN, HERMAN, KATZ & COTLAR, LLP<br>FAYARD & HONEYCUTT |
| 32 | 12-cv-00839 | 12-cv-11021 | 02/21/12 | E.D. Mich. | Marianne O. Battani | Melissa Barron | Gross Belsky Alonso LLP |
| 33 | 12-cv-10929 | | 03/01/12 | E.D. Mich. | Marianne O. Battani | Roger D. Olson, Susan B. Olson, Phillip G. Young | Anthony L. DeLuca, PLC<br>The Saunders Law Firm<br>Zelle Hofmann Voelbel & Mason LLP |

| | ATTACHMENT 3 - END PAYOR ACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Case No. | Transferred Case No. (if applicable) | Date Filed | Jurisdiction | Judge | Plaintiff(s) | Plaintiff(s) Counsel |
| 34 | 12-cv-10951 | | 03/01/12 | E.D. Mich. | Denise P. Hood | Tuan Nguyen, Kathleen Tawney, Moses Choi, Steve Battalini, Paul Gustafson | Straus & Boies, LLP<br>Wyatt & Blake, LLP<br>Bramson, Plutzik, Mahler & Birkhaeser, LLP<br>Reich, Radcliffe & Kuttler LLP<br>Stoll, Stoll, Berne, Lokting & Shlachter P.C.<br>Linnan & Fallon |
| 35 | 12-cv-10966 | | 03/02/12 | E.D. Mich. | Arthur J. Tarnow | Michael Wick and Alena Farrell | Milberg LLP<br>Susman Godfrey LLP<br>Law Office of Krishna Narine<br>Sharp McQueen<br>Kirkpatrick & Goldsborough<br>Youtz & Valdez<br>Murray Law Firm<br>Bonnett, Fairbourn, Friedman, Balint, PC<br>Siprut PC |
| 36 | 12-cv-11054 | | 03/08/12 | E.D. Mich. | Marianne O. Battani | Craig Vanhoutte | Strange & Carpenter<br>Hilborn & Hilborn, PC<br>Carpenter, Zuckerman & Rowley, LLP<br>Newman Du Wors LLP |