# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-4645
jmcevoy@JonesDay.com

March 15, 2012

VIA ELECTRONIC MAIL

The Honorable Marianne O. Battani
United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

      Re:    *In re Automotive Wire Harness Systems Antitrust Litigation,*
              No. 12-md-02311

Dear Judge Battani:

      Pursuant to the Court's February 17, 2012 order setting the initial status conference for March 12, 2012, counsel for the Direct Purchaser Plaintiffs, the Automobile Dealer Indirect Purchaser Plaintiffs, the majority of the End-Payor Indirect Purchaser Plaintiffs, and Defendants have met and conferred about the attached proposed case management order.

      The parties are pleased to report that they have reached agreement as to the provisions contained in the proposed case management order, save for two issues: 1) the appropriate means of serving consolidated amended complaints on defendants; and 2) the timing of defendants' answers, Rule 12 motions, or other responses thereto. The parties' respective positions on that issue are set forth in Section C of the document. For the Court's convenience, the parties have attached a Word version of the proposed order so that the Court may review and edit the document (should it deem appropriate to do so).

      The parties' discussions were premised upon Plaintiffs' assurance that their consolidated amended complaints will not include allegations or claims relating to products other than wire harnesses. Defendants' agreement to any of the provisions contained in the proposed case management order expressly relied upon that assurance. Should the Court adopt some form of this order, and should the Plaintiffs' consolidated amended complaints include allegations or claims relating to products other than wire harnesses, Defendants request that the Court revisit the order and make appropriate modifications to it.

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID • MEXICO CITY
MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Hon. Marianne O. Battani
March 15, 2012
Page 2

      Finally, I note that all parties submit this document to the Court without prejudice to or waiver of any claims or defenses that any one of them might have or assert in the litigation.

                                Respectfully submitted,

                                Julie McEvoy
                                *Counsel for Yazaki North America, Inc.*

cc:      Bernadette M. Thebolt
          Counsel for the parties (via email and/or ECF)