UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION <br><br> MDL No. 2311 | ) ) ) ) ) ) ) | Civil Case No. 12-md-02311 <br><br> Judge Marianne O. Battani |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2012, I electronically filed this Proposed Case Management Order No.1 for All Direct Purchaser, Automobile Dealer and End-Payor Actions and its Attachments and Cover Letter with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.


Dated: March 15, 2012                    JONES DAY

                                               By: /s/ Julie E. McEvoy
                                               Julie E. McEvoy (Virginia Bar No. 39178)
                                               JONES DAY
                                               51 Louisiana Ave., N.W.
                                               Washington, D.C. 20001-2113
                                               202-879-3939
                                               202-626-1700 (facsimile)
                                               *Email*: jmcevoy@jonesday.com