UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | ) ) ) | |
| MDL No. 2311 | ) ) ) ) ) | Case No. 12-md-02311 Hon. Marianne O. Battani |

### APPEARANCE OF JAMES L. COOPER

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of James L. Cooper, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura America, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 15, 2012               Respectfully submitted,

                                    ARNOLD & PORTER LLP

                          By:   /s James L. Cooper
                                James L. Cooper
                                ARNOLD & PORTER LLP
                                555 Twelfth Street NW
                                Washington, DC 20004
                                (202) 942-5014
                                (202) 942-5999 - facsimile
                                *email*:  james.cooper@aporter.com
                                *Attorney for Defendant*
                                *Fujikura America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed my NOTICE OF APPEARANCE on behalf of Fujikura America, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: March 15, 2012              ARNOLD & PORTER LLP

                              By:  /s James L. Cooper
                                   James L. Cooper
                                   ARNOLD & PORTER LLP
                                   555 Twelfth Street NW
                                   Washington, DC 20004
                                   (202) 942-5014
                                   (202) 942-5999 - facsimile
                                   *email*:  james.cooper@aporter.com
                                   *Attorney for Defendant*
                                   *Fujikura America, Inc.*