UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re: Automotive Wire Harness Systems Antitrust Litigation** | Case No. 12-md-02311-MOB<br><br>Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE

To: Clerk of the Court and All Parties of Record

Please enter the appearance of Daniel E. Gustafson of the law firm Gustafson Gluek PLLC as counsel of record on behalf of Plaintiffs RD Automotive, Inc. and Darcy Sherman.

Dated: March 16, 2012

s/Daniel E. Gustafson
Daniel E. Gustafson
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com

24744

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2012, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the ECF system, which will send notifications of such filings to all attorneys of record.

Dated: March 16, 2012

                                                  s/Daniel E. Gustafson

24744