UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Case No. 12-md-02311<br>HON. MARIANNE O. BATTANI |
| MARTINEZ MANUFACTURING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD, et al.,<br><br>Defendants. | Case No. 2:11-cv-15186-MOB-MKM |
| ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 2:11-cv-15362- MOB-MKM |
| TECHNICAL AIDS TO INDEPENDENCE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 2:11-cv-15428- MOB-MKM |

| | |
|---|---|
| MEXICAN INDUSTRIES IN MICHIGAN, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>              v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:11-cv-15553- MOB-MKM |
| T.M. MORRIS MANUFACTURING COMPANY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>              v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 2:12-cv-10130- MOB-MKM |
| TIMBERLINE MANUFACTURING COMPANY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>              v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>    Defendants. | Case No. 5:12-cv-10153- MOB-MKM |

| | |
|---|---|
| DOS MANOS TECHNOLOGIES, LLC, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>  Defendants. | Case No. 2:12-cv-10155- MOB-MKM |
| CESAR-SCOTT, INC., on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>  Defendants. | Case No. 2:12-cv-10177- MOB-MKM |
| PAESANO CONNECTING SYSTEMS, INC., on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br>    v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>  Defendants. | Case No. 2:12-cv-10336- MOB-MKM |

| | |
|---|---|
| CRAFT-CO ENTERPRISES, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>              v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10336- MOB-MKM |
| Q.C. ONICS VENTURES, LP, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>              v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>      Defendants. | Case No. 2:12-cv-10720-MOB-MKM |

### ORDER APPOINTING INTERIM LEAD AND LIAISON COUNSEL FOR THE DIRECT PURCHASER ACTIONS

WHEREAS, the above-captioned cases have been filed by direct purchasers of wire harnesses and related products pursuant to Section 1 of the Sherman Act, 15 U.S.C. § 1; and

WHEREAS, counsel for the Direct Purchaser Plaintiffs in all of the Direct Purchaser Actions have agreed on a leadership structure to present to the Court; and

WHEREAS, counsel for the Direct Purchaser Plaintiffs filed a Motion To: (1) Consolidate the Direct Purchaser Actions; and (2) Appoint Interim Lead and Liaison Counsel on February 3, 2012 in Case No. 2:11-cv-15186-MOB-MKM (Dkt. No. 11).

NOW, THEREFORE, THE COURT ORDERS as follows.

1.    The Court appoints Freed Kanner London & Millen L.L.C., Kohn, Swift & Graf, P.C., Preti Flaherty Beliveau & Pachios LLP and Spector, Roseman, Kodroff & Willis, P.C. to

serve as Interim Lead Counsel for the Direct Purchaser Plaintiffs ("Direct Purchaser Interim Lead Counsel") in this antitrust litigation.

2. The Court appoints Fink + Associates Law to serve as Liaison Counsel for the Direct Purchaser Plaintiffs.

3. In particular, Direct Purchaser Interim Lead Counsel shall have the following responsibilities:

    a. To brief and argue motions and file opposing briefs in proceedings initiated by other parties;

    b. To initiate and conduct discovery proceedings;

    c. To act as spokesperson at pretrial conferences;

    d. To negotiate with defense counsel with respect to settlement and other matters;

    e. To call meetings of plaintiffs' counsel when appropriate;

    f. To make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

    g. To conduct trial and post-trial proceedings;

    h. To consult with and employ experts;

    i. To coordinate the filing of a joint fee petition by plaintiffs' counsel and to allocate any fees awarded by the Court among plaintiffs' counsel;

    j. To perform such other duties and undertake such other responsibilities as they deem necessary or desirable; and

    k. To coordinate and communicate with defendants' counsel with respect to matters addressed in this paragraph.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any direct purchaser plaintiff except through Direct Purchaser Interim Lead Counsel, or by leave of Court.

5. No settlement negotiation shall be initiated or settlement agreement entered into on behalf of a proposed Direct Purchaser Class except through Direct Purchaser Interim Lead Counsel.

6. Direct Purchaser Interim Lead Counsel, or their designees, shall be the contact between direct purchaser plaintiffs' counsel and defendants' counsel as well as the spokespersons for the direct purchaser plaintiffs' counsel and shall direct and coordinate the activities of direct purchaser plaintiffs' counsel. Direct Purchaser Interim Lead Counsel shall also be responsible for communicating with the Court to coordinate the conduct of the litigation, including the receipt and dissemination of Court orders and notices. Direct Purchaser Interim Lead Counsel are designated as the contact persons for direct purchaser plaintiffs' counsel and as the attorneys of record for the direct purchaser plaintiffs with whom the Court will be dealing throughout the course of this litigation.

IT IS SO ORDERED.

BY THE COURT:

Dated: March 19, 2012

s/Marianne O. Battani
Hon. Marianne O. Battani,
United States District Judge