UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

MDL 2311

Case No. 12-md-02311
Hon. Marianne O. Battani

### NOTICE OF APPEARANCE OF LARRY J. SAYLOR

**PLEASE TAKE NOTICE** that Larry J. Saylor of MILLER, CANFIELD, PADDOCK AND STONE, PLC, hereby enters his appearance as attorneys for Denso International America, Inc., only in the above cause of action. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:   /s/Larry J. Saylor
        Larry J. Saylor (P28165)
        Attorneys for Denso International America, Inc.
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 963-6420
        saylor@millercanfield.com

Dated: March 19, 2012

# CERTIFICATE OF SERVICE

       I hereby certify that on March 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to all counsel of record registered with the Court.

       /s/Larry J. Saylor
       Larry J. Saylor (P28165)
       MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
       Attorneys for Denso Denso International America, Inc.
       150 West Jefferson, Suite 2500
       Detroit, MI 48226
       (313) 963-6420
       saylor@millercanfield.com

Dated: March 19, 2012

19,950,132.1\088888-02338
03/16/12 4:44 PM