UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Case No. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |
| TECHNICAL AIDS TO INDEPENDENCE, INC., on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>   Defendants. | Case No. 2:11-cv-15428- MOB-MKM |
| TIMBERLINE MANUFACTURING COMPANY, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>   Defendants. | Case No. 5:12-cv-10153- MOB-MKM |
| CESAR-SCOTT, INC., on behalf of itself and all other similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>   Defendants. | Case No. 2:12-cv-10177- MOB-MKM |

| | |
|---|---|
| PAESANO CONNECTING SYSTEMS, INC., on behalf of itself and all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>   Defendants. | Case No. 2:12-cv-10336- MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan M. Jagher of the law firm of Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiffs Technical Aids to Independence, Inc., Timberline Manufacturing Company, Cesar-Scott, Inc., and Paesano Connecting Systems, Inc. in the above captioned matter.

Date:   March 19, 2012

Respectfully Submitted,

 /s/Jonathan M. Jagher
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
jjagher@srkw-law.com

*Counsel to Technical Aids to Independence, Inc., Timberline Manufacturing Company, Cesar-Scott, Inc., and Paesano Connecting Systems, Inc.*