# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I electronically filed my NOTICE OF APPEARANCE on behalf of Technical Aids to Independence, Inc., Timberline Manufacturing Company, Cesar-Scott, Inc., and Paesano Connecting Systems, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: March 19, 2012

/s/Jonathan M. Jagher
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
jjagher@srkw-law.com

*Counsel to Technical Aids to Independence, Inc., Timberline Manufacturing Company, Cesar-Scott, Inc., and Paesano Connecting Systems, Inc.*