**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie A. Strother of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company in the above-captioned matter.

Dated: March 23, 2012

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

  s/Julie A. Strother
Julie A. Strother
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: jastrother@locklaw.com

Attorney for Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company

455194.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: March 23, 2012                    __s/Julie A. Strother_____
                                                     Julie A. Strother