**ATTACHMENT 1**
**DIRECT PURCHASER ACTIONS**

|   | Date of Filing | Style | Court |
|---|---|---|---|
| 1 | 11/23/2011 | 2:11-cv-15186-MOB-MKM<br><br>MARTINEZ MANUFACTURING, INC., | MIEDCE |
| 2 | 12/06/2011 | 2:11-cv-15362-JAC-RSW<br><br>ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC | MIEDCE |
| 3 | 12/09/2011 | 2:11-cv-15428-VAR-MKM<br><br>TECHNICAL AIDS TO INDEPENDENCE, INC. | MIEDCE |
| 4 | 12/19/2011 | 2:11-cv-15553-GCS-RSW<br><br>MEXICAN INDUSTRIES IN MICHIGAN, INC. | MIEDCE |
| 5 | 01/11/2012 | 2:12-cv-10130-AC-LJM<br><br>T.M. MORRIS MANUFACTURING COMPANY, INC. | MIEDCE |
| 6 | 01/12/2012 | 5:12-cv-10153-JCO-DRG<br><br>TIMBERLINE MANUFACTURING COMPANY | MIEDCE |
| 7 | 01/12/2012 | 2:12-cv-10155-AC-MAR<br><br>DOS MANOS TECHNOLOGIES, LLC | MIEDCE |
| 8 | 01/13/2012 | 2:12-cv-10177-VAR-DRG<br><br>CESAR-SCOTT, INC. | MIEDCE |
| 9 | 01/17/2012 | 2:12-cv-10201-PJD-RSW<br><br>PAESANO CONNECTING SYSTEMS, INC. | MIEDCE |
| 10 | 01/25/2012 | 2:12-cv-10336-JCO-DRG<br><br>CRAFT-CO ENTERPRISES, INC. | MIEDCE |
| 11 | 02/16/2012 | 2:12-cv-10720-MOB-MKM<br><br>Q.C. ONICS VENTURES, LP | MIEDCE |

**ATTACHMENT 1**
**DIRECT PURCHASER ACTIONS**

|    | Date of Filing | Style | Court |
|----|---------------|-------|-------|
| 12 | 03/15/2012    | 2:12-cv-11165-MOB-MKM<br><br>SOUTH STAR CORPORATION | MIEDCE |