## ATTACHMENT 2
### (AUTOMOBILE DEALER ACTIONS)

1. ARE 11-00757 Landers Auto Group Number 1 v. Delphi Automotive LLP, et al.

2. DDC 11-01892 Martens Cars of Washington, Inc., v. Furukawa Electric Co., et al.

3. MN 11-03092 Superstore Automotive, Inc. v. Delphi Automotive LLP, et al.

4. MSS 11-00647 Hammett Motor Company, Inc. v. Delphi Automotive LLP, et al

5. MI 12-10262 R.D. Automotive, Inc. V. Delphi Automotive, LLP, et al

The Automobile Dealers Consolidated Class Complaint shall combine the claims of these five plaintiffs into a single pleading, and shall include original actions by other additional automobile dealer plaintiffs that have not previously filed an action, including Westfield Dodge City, Inc., Lee Pontiac-Oldsmobile GMC Truck, Inc., Landers McClarty Fayetteville, TN, LLC, V.I.P. Motors Cars, Ltd., Desert European Motorcars, Ltd., and Dale Martens Nissan Subaru, Inc.