UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Civil Case No. 12-md-02311 |
| | Judge Marianne O. Battani |
| MDL No. 2311 | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2012, I electronically filed this Proposed Case Management Order No.1 for All Direct Purchaser, Automobile Dealer and End-Payor Actions and its Attachments with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: March 23, 2012                  JONES DAY

                                            By: /s/ Julie E. McEvoy
                                            Julie E. McEvoy (Virginia Bar No. 39178)
                                            JONES DAY
                                            51 Louisiana Ave., N.W.
                                            Washington, D.C. 20001-2113
                                            202-879-3939
                                            202-626-1700 (facsimile)
                                            *Email*: jmcevoy@jonesday.com