UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS<br>SYSTEMS ANTITRUST LITIGATION | *<br>*<br>* | MDL NO. 2311<br><br>JUDGE MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO:   12-10675<br>*Margaret A. Sirmon, et al. v. Delphi Automotive*<br>*Systems, LLC, et al.* | *<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hugh P. Lambert of the law firm of Lambert & Nelson, PLC hereby enters his appearance as counsel for Plaintiffs, Margaret A. Sirmon, John R. Janes, Jr., Scott M. Quinn, Bradford B. Brewer, and Sam Davis, Jr., in connection with the above captioned matter.

/s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (MI Bar #P23567)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

One of the attorneys for Plaintiffs, Margaret A. Sirmon, John R. Janes, Jr., Scott M. Quinn, Bradford B. Brewer, and Sam Davis, Jr.

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                    /s/Hugh P. Lambert
                                    HUGH P. LAMBERT, ESQ. (MI Bar #P23567)