UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION ) | Civil Case No. 12-md-02311 |
| ) | |
| MDL No. 2311 ) | Judge Marianne O. Battani |
| ) | |
| ) | **APPEARANCE OF MICHAEL R.** |
| ) | **TURCO** |

## APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Michael R. Turco of the law firm Brooks Wilkins Sharkey & Turco, PLLC, as counsel on behalf of Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc. in the above-captioned matter.  The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure

Respectfully submitted,

Brooks Wilkins Sharkey & Turco, PLLC

By:   /s/ Michael R. Turco
        Michael R. Turco (P48705)
401 S. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009
(248) 971-1800
(248) 971-1801 (facsimile)
turco@bwst-law.com

Attorney for Defendants Leoni AG,
Leoni Wire Inc., Leoni Wiring Systems Inc. and
Leonische Holding Inc.

Date:  March 27, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: ___/s/ Michael R. Turco_____
      Michael R. Turco (P48705)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009
(248) 971-1800
(248) 971-1801 (facsimile)
turco@bwst-law.com

Attorney for Defendants Leoni AG,
Leoni Wire Inc., Leoni Wiring Systems Inc. and
Leonische Holding Inc.