UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION

MDL 2311

Honorable Marianne O. Battani

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Calvin C. Fayard, Jr. as counsel for Plaintiff, Vickie Josefsberg in the Tag-Along action, *Vickie Josefsberg v. Delphi Automotive LLP*, Case No. 2:12-cv-00171 (E.D. La.).

Dated: 3/28/12

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar No. 5486)
**Fayard & Honeycutt**
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
Calvinfayard@fayardlaw.com

**PLAINTIFF'S COUNSEL**

## Certificate of Service

    I Austin B. Cohen, hereby certify that the Withdrawal of Appearance on behalf of Calvin Fayard, Jr. was electronically filed and served using the Court's ECF system on March __28__, 2012.

_____
Austin B. Cohen