UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  | : |  |
|---|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS | : |  |
| SYSTEMS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF LARRY J. SAYLOR

**PLEASE TAKE NOTICE** that Larry J. Saylor and the law firm of MILLER, CANFIELD, PADDOCK AND STONE, PLC, hereby withdraw the appearance previously filed as attorneys for Denso International America, Inc., in the above cause of action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.


By: /s/Larry J. Saylor
Larry J. Saylor (P28165)
Attorneys for Denso International
America, Inc.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
saylor@millercanfield.com

Dated: April 4, 2012

# CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to all counsel of record registered with the Court.

      /s/Larry J. Saylor
Larry J. Saylor (P28165)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Denso International America, Inc.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
saylor@millercanfield.com

Dated: April 4, 2012

20,029,353.1\065136-00094
04/04/12 3:44 PM