UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-02311-MOB<br>MDL No. 2109<br><br>Judge Marianne O. Battani |
| This Document Relates to:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE OF JONATHAN W. CUNEO

PLEASE TAKE NOTICE that Jonathan W. Cuneo of Cuneo Gilbert & LaDuca, LLP hereby enters his appearance on behalf of Martens Cars of Washington, Inc.

Dated: April 5, 2012

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, Northeast
Washington, D.C. 20002
Tel: 202-789-3960
Fax: 202-789-1813
JonC@cuneolaw.com

## CERTIFICATE OF SERVICE

I, Jonathan W. Cuneo, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF JONATHAN W. CUNEO** to be served upon all registered counsel of record *via the Court's CM/ECF system* on April 5, 2012.

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo