**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| This document relates to:<br><br>ROBERT KOCH v. DELPHI AUTOMOTIVE LLP, *et al.* | Case No. 11-cv-15007 |

## NOTICE OF APPEARANCE OF MINDEE J. REUBEN

TO THE CLERK OF COURT:

    Kindly enter the appearance of Mindee J. Reuben on behalf of Plaintiff, Robert Koch, in the above-captioned matter.

| | | |
|---|---|---|
| Date: <u>April 11, 2012</u> | By: | /s/ Mindee J. Reuben<br>Mindee J. Reuben, Esquire<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>(215) 545-7200 Phone<br>(215) 545-6535 Facsimile<br>reuben@wka-law.com |

## CERTIFICATE OF SERVICE

I, Mindee J. Reuben, Esquire, counsel for Plaintiff, Robert Koch, hereby certify that a true and correct copy of **NOTICE OF APPEARANCE OF MINDEE J. REUBEN** was served via this Court's ECF system upon all individuals registered for ECF notice.

Date: April 11, 2012                                    By:     /s/ Mindee J. Reuben
                                                                       Mindee J. Reuben