UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br>_____<br>This Document Relates to:<br><br>**All Automobile Dealer Actions**<br><br>*Hammett Motor Co., Inc. v. Delphi Automotive LLP, et al.*, No. 12-10688;<br><br>*Landers Auto Group No. 1, Inc. d/b/a Landers Toyota v. Delphi Automotive LLP, et al.*, No. 12-10676;<br><br>*Superstore Automotive, Inc. v. Delphi Automotive LLP, et al.*, No. 12-10687;<br><br>*Martens Cars of Washington, Inc. v. Furukawa Electric Co., et al*., No. 12-10681. | MDL No. 2311<br><br>Judge Marianne O. Battani<br><br>Magistrate Mona K. Majzoub |

**APPEARANCE**

PLEASE TAKE NOTICE that Joshua P. Lushnat of Mantese Honigman Rossman and Williamson, P.C. hereby enters an Appearance on behalf of Automobile Dealer Plaintiffs: (1) Hammett Motor Co., (2) Landers Auto Group No. 1, Inc., (3) Superstore Automotive, Inc., and (4) Martens Cars of Washington, Inc., in the above-entitled action.

                                                Respectfully submitted,

                                                /s/ *Joshua P. Lushnat*
                                                Gerard V. Mantese
                                                (Michigan Bar No. P34424)
                                                David Hansma
                                                (Michigan Bar No. P71056)
                                                Joshua P. Lushnat
                                                (Michigan Bar No. P75319)
                                                Mantese Honigman Rossman and
                                                Williamson, P.C.
                                                1361 E. Big Beaver Road
                                                Troy, Michigan 48083
                                                Telephone: (248) 457-9200
                                                gmantese@manteselaw.com
                                                dhansma@manteselaw.com
                                                jlushnat@manteselaw.com

Dated: April 11, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman Rossman and
Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com