UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No.: 12-md-02311 |
| MDL NO. 2311 | Hon. Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

_____/

## NOTICE OF APPEARANCE OF W. TODD MILLER

TO:   THE CLERK OF THE COURT

Please enter the appearance of W. Todd Miller of the law firm of BAKER & MILLER, PLLC, as counsel on behalf of Defendant TRAM, Inc. **only** in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

BAKER & MILLER, PLLC

/s/ W. Todd Miller
W. Todd Miller
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
tmiller@bakerandmiller.com

Counsel for Defendant TRAM, Inc.

Dated:  April 19, 2012

## CERTIFICATE OF SERVICE

I, W. Todd Miller, an attorney, hereby certify that on April 19, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF W. TODD MILLER to be filed and served electronically via the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Respectfully submitted,

BAKER & MILLER, PLLC

/s/ W. Todd Miller
W. Todd Miller
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
tmiller@bakerandmiller.com

Counsel for Defendant TRAM, Inc.

1339490