JOSEPH M. PATANE (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

*Attorneys for Plaintiff Scott Lamson*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE : AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | MDL No. 02311 |
| | **NOTICE OF APPEARANCE BY JOSEPH M. PATANE ON BEHALF OF PLAINTIFF SCOTT LAMSON** |
| This Document Relates To: | Honorable : Marianne O. Battani |
| ALL ACTIONS | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph Mario Patane of the Law Office of Joseph M. Patane hereby appears as counsel for plaintiff Scott Lamson and the putative class in

this action and respectfully requests that all pleadings and other documents be served upon the Law Office of Joseph M. Patane, as identified below:

//

//

//

        Joseph Mario Patane
        Law Office of Joseph M. Patane
        2280 Union Street
        San Francisco, CA 94123
        Telephone: (415) 563-7200
        Facsimile: (415) 346-0679
        E-mail: jpatane@tatp.com

Dated: May 4, 2012        By:   /s/ Joseph M. Patane
                                          Joseph M. Patane (72202)
                                          LAW OFFICE OF JOSEPH M. PATANE
                                          2280 Union Street
                                          San Francisco, CA 94123
                                          Telephone: (415) 563-7200
                                          Facsimile: (415) 346-0679
                                          E-mail: jpatane@tatp.com

                                          Counsel for Plaintiff Scott Lamson and all
                                          Others Similarly Situated

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that on the 4th day of May 2012, the foregoing Notice of Appearance was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

                                          /s/ Joseph M. Patane
                                              Joseph M. Patane