UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | : Master File No. 12:md-02311 : : : : : |
| THIS DOCUMENT RELATES TO:  All Direct Purchaser Actions | : : : : : |

**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**INDEX OF EXHIBITS**

1. Certified German Translation of Consolidated Amended Class Action Complaint

2. Certified Japanese Translation of Consolidated Amended Class Action Complaint