## **INDEX OF EXHIBITS**

A. Certified Japanese Translation

B. Certified German Translation