# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re: Automotive Wire Harness System Antitrust Litigation )
)
)
                *Plaintiff,* )      Civil Action No. 12-2311
)
   v. )
)
)      Hon. Marianne O. Battani
)
)
                *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:     K & S Wiring Systems, Incorporated

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Fink
    Fink + Associates Law
    100 West Long Lake Road
    Suite 111
    Bloomfield Hills, MI 48304
    248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*     By:  s/ T McGovern
                                                               *Signature of Clerk or Deputy Clerk*

                                                              Date of Issuance:  May 15, 2012



# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: K & S Wiring Systems, Incorporated

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re:Automotive Wire Harness System Antitrust Litigation )
)
)
               *Plaintiff,*   )   Civil Action No.  12-2311
)
v.   )
)
)   Hon.  Marianne O. Battani
)
)
              *Defendant.*   )

**SUMMONS IN A CIVIL ACTION**

To:     Sumitomo Electric Wiring Systems, Incorporated

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink + Associates Law
> 100 West Long Lake Road
> Suite 111
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*     By:  s/ T McGovern
                                                                                           *Signature of Clerk or Deputy Clerk*

                                                                                    Date of Issuance:  May 15, 2012



# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Sumitomo Electric Wiring Systems, Incorporated

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re: Automotive Wire Harness System Antitrust Litigation   )
)
)
        *Plaintiff,*   )    Civil Action No.  12-2311
)
v.   )
)
)    Hon.  Marianne O. Battani
)
)
        *Defendant.*   )

**SUMMONS IN A CIVIL ACTION**

To:    Sumitomo Wiring Systems (USA), Incorporated


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David H. Fink
    Fink + Associates Law
    100 West Long Lake Road
    Suite 111
    Bloomfield Hills, MI 48304
    248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ T McGovern
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 15, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Sumitomo Wiring Systems (USA), Incorporated

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re: Automotive Wire Harness System Antitrust Litigation )
)
) Civil Action No. 12-2311
Plaintiff, )
)
v. )
)
) Hon. Marianne O. Battani
)
)
Defendant. )

**SUMMONS IN A CIVIL ACTION**

To: Sumitomo Wiring Systems, Ltd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink + Associates Law
> 100 West Long Lake Road
> Suite 111
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 15, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Sumitomo Wiring Systems, Ltd

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: