UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> **All Automobile Dealer Actions** | MDL No. 2311 <br><br> Judge Marianne O. Battani <br><br> Magistrate Mona K. Majzoub |

### ERRATA SHEET

Automobile Dealer Plaintiffs hereby attaches page 27 of docket number 85 titled "Automobile Dealers Consolidated Class Complaint". The Complaint as submitted did not contain a comma in the name of Defendant Delphi Automotive Systems, LLC ("Delphi LLC"). The attached document is intended to correct that error.

Respectfully submitted,

/s/ *Gerard V. Mantese*
Gerard V. Mantese
(Michigan Bar No. P34424)
David Hansma
(Michigan Bar No. P71056)
Brendan H. Frey
(Michigan Bar No. P70893)
Joshua P. Lushnat
(Michigan Bar No. P75319)
Mantese Honigman Rossman and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

Dated: May 17, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman Rossman and
Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com

service business, during the Class Period, from manufacturers of Chevrolet- and Cadillac-brand vehicles, who purchased such Automotive Wire Harness Systems directly from one or more Defendants or their co-conspirators.

**The Delphi Defendants**

86. Defendant Delphi Automotive LLP is a partnership organized under the laws of England and Wales, with its principal place of business in London, England. It was formed in 2009 to buy assets of Troy, Michigan-based Delphi Corporation, which filed for bankruptcy protection in 2005. Defendant Delphi LLP, directly or through its subsidiaries which it wholly owned or controlled, manufactured, marketed and/or sold Automotive Wire Harness Systems that were purchased throughout the United States, including in this district, during the Class Period.

87. Defendant Delphi Automotive Systems, LLC ("Delphi LLC") is a Delaware corporation with its principal place of business in Troy, Michigan. It is a subsidiary or wholly owned and/or controlled by its parent Delphi Automotive LLP. Officers from Defendant Delphi Automotive LLP work out of the Michigan offices of Defendant Delphi LLC. Defendant Delphi LLC manufactured, marketed and/or sold Automotive Wire Harness Systems that were purchased throughout the United States, including in this district, during the Class Period.

88. Defendant DPH Holdings Corporation (f/k/a Delphi Corporation) is a Delaware corporation with its principal place of business in Warren, Ohio. It is a subsidiary of and wholly owned and/or controlled by its parent, Delphi Automotive LLP. Defendant DPH Holdings Corporation manufactured, marketed and/or sold Automotive Wire Harness Systems that were purchased throughout the United States, including in this district, during the Class Period.

89. Defendant Delphi Furukawa Wiring Systems LLC is a limited liability company created in 2004 through a joint venture with Delphi Corporation and Furukawa Electric with its