# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | |
| ALL DIRECT PURCHASER ACTIONS and ALL END-PAYOR ACTIONS | **APPEARANCE OF JOHN M. MAJORAS** |

## APPEARANCE

TO:   THE CLERK OF THE COURT

   PLEASE enter the appearance of John M. Majoras, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 17, 2012                    JONES DAY

                       By: /s/ John M. Majoras
                       John Majoras (Ohio Bar No. 0036780)
                       JONES DAY
                       51 Louisiana Ave., N.W.
                       Washington, D.C. 20001-2113
                       202-879-3939
                       202-626-1700 (facsimile)
                       *Email*: jmmajoras@jonesday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: May 17, 2012

JONES DAY

By: /s/ John M. Majoras
John Majoras (Ohio Bar No. 0036780)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001-2113
202-879-3939
202-626-1700 (facsimile)
*Email*:  jmmajoras@jonesday.com