# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS : | |
| SYSTEMS ANTITRUST LITIGATION : | Master File No. 12-md-02311 |
| : | |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| : | **APPEARANCE OF** |
| ALL ACTIONS : | **MICHELLE K. FISCHER** |
| : | |

## APPEARANCE

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 17, 2012                    JONES DAY


                                       By:  /s/ Michelle K. Fischer
                                       Michelle K. Fischer (Ohio Bar No. 0042298)
                                       JONES DAY
                                       North Point
                                       901 Lakeside Avenue
                                       Cleveland, OH 44114
                                       216-586-3939
                                       216-579-0212 (facsimile)
                                       *Email*:  mfischer@jonesday.com

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on May 17, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.


Dated: May 17, 2012       JONES DAY


            By: <u>/s/ Michelle K. Fischer</u>
            Michelle K. Fischer (Ohio Bar No. 0042298)
            JONES DAY
            North Point
            901 Lakeside Avenue
            Cleveland, OH 44114
            216-586-3939
            216-579-0212 (facsimile)
            *Email*:  mfischer@jonesday.com