# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | |
| ALL DIRECT PURCHASER ACTIONS and ALL END-PAYOR ACTIONS | **APPEARANCE OF MICHELLE K. FISCHER** |

## APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 17, 2012                           JONES DAY

                                                  By:  /s/ Michelle K. Fischer
                                                Michelle K. Fischer (Ohio Bar No. 0042298)
                                                JONES DAY
                                                North Point
                                                901 Lakeside Avenue
                                                Cleveland, OH 44114
                                                216-586-3939
                                                216-579-0212 (facsimile)
                                                *Email*:  mfischer@jonesday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: May 17, 2012                    JONES DAY

                                          By: /s/ Michelle K. Fischer  
                                          Michelle K. Fischer (Ohio Bar No. 0042298)  
                                          JONES DAY  
                                          North Point  
                                          901 Lakeside Avenue  
                                          Cleveland, OH 44114  
                                          216-586-3939  
                                          216-579-0212 (facsimile)  
                                          *Email*: mfischer@jonesday.com