UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : | NOTICE OF WITHDRAWAL OF APPEARANCE OF JULIE E. MCEVOY |

**NOTICE OF WITHDRAWAL**

TO:   THE CLERK OF THE COURT

PLEASE withdraw the appearance of Julie E. McEvoy as counsel on behalf of Yazaki North America, Inc. in the above-captioned matters.

Dated: May 17, 2012                JONES DAY

                        By:  /s/ Julie E. McEvoy
                        Julie E. McEvoy (Virginia Bar No. 39178)
                        JONES DAY
                        51 Louisiana Ave., N.W.
                        Washington, D.C.  20001-2113
                        202-879-3939
                        202-626-1700 (facsimile)
                        *Email*:  jmcevoy@jonesday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2012, I electronically filed my Notice of Withdrawal of Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: May 17, 2012                      JONES DAY

                                              By:  /s/ Julie E. McEvoy
                                              Julie E. McEvoy (Virginia Bar No. 39178)
                                              JONES DAY
                                              51 Louisiana Ave., N.W.
                                              Washington, D.C. 20001-2113
                                              202-879-3939
                                              202-626-1700 (facsimile)
                                              *Email*: jmcevoy@jonesday.com