UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 12-md-2311<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY SETH R. GASSMAN** |

TO: CLERK OF COURT AND ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that attorney Seth R. Gassman is no longer associated with Labaton Sucharow LLP and hereby withdraws as attorney of record in this case.

                      By:    _/s/ Adam T. Schnatz___
                              Adam T. Schnatz (P72049)
                              950 W. University Dr., Ste. 300
                              Rochester, Michigan 48307
                              (248) 841-2200
                              ats@millerlawpc.com

Dated: May 18, 2012

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record for electronic filing.

            By:  /s/ Adam T. Schnatz
                Adam T. Schnatz (P72049)
                950 W. University Dr., Ste. 300
                Rochester, Michigan 48307
                (248) 841-2200
                ats@millerlawpc.com

Dated: May 18, 2012