UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re Automotive Wire Harness Systems Antitrust Litigation

Plaintiff(s),

Case No. 12-md-02311

v.

Judge Hon. Marianne O. Battani

Magistrate Judge Hon. Mona Majzoub

Defendant(s).
_____/

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **AGA Realty, LLC**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❑    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❑    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: May 23, 2012

/s/ Adam T. Schnatz
Signature
P72049
Bar No.
950 W. University Drive, Ste. 300
Street Address
Rochester, MI 48307
City, State, Zip Code
(248) 841-2200
Telephone Number
ats@millerlawpc.com
Primary Email Address

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2012 I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

**THE MILLER LAW FIRM, P.C.**

By /s/ Adam T. Schnatz
Adam T. Schnatz (P72049)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
(248) 841-2200
ats@millerlawpc.com