UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF DAVID ROCHON |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Rochon voluntarily dismisses his claims without prejudice against all Defendants.

Dated: May 23, 2012        Respectfully submitted,

By:    */s/ Christopher T. Micheletti*

Francis O. Scarpulla
Craig C. Corbitt
Christopher T. Micheletti
Judith A. Zahid
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
*fscarpulla@zelle.com*

Anthony L. DeLuca (64874)
ANTHONY L. DELUCA, PLC
Grand Marais Professional Centre
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
Telephone: (313) 821-5905
Facsimile: (313) 821-5906
*anthony@aldplc.com*

*Attorneys for Plaintiff David Rochon*