UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

Case No. MDL No. 2311

Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Delphi Automotive Systems, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Delphi Automotive PLC
   Relationship with Named Party: Indirect Wholly-owned Subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Delphi Automotive PLC
   Nature of Financial Interest: Indirect Wholly-owned Susidiary

Date: May 24, 2012

s/Joseph E. Papelian

P26582
Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48098
248-813-2535
joseph.e.papelian@delphi.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2012, I caused to be filed a copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST for Delphi Automotive Systems, LLC with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ Joseph E. Papelian
Joseph E. Papelian (P26582)
Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI  48098
Phone: 248-813-2535
Fax: 248-813-3251
joseph.e.papelian@delphi.com

*Attorney for Defendant*
*Delphi Automotive Systems, LLC*