UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

Master File No. 12-md-02311

THIS DOCUMENT RELATES TO:

All Actions

STIPULATION AND ORDER REGARDING NON-DISCOVERABILITY
OF CERTAIN EXPERT MATERIALS AND COMMUNICATIONS

To manage expert discovery efficiently, the parties hereby stipulate and agree that:

1. In addition to the provisions regarding expert discovery set forth in Fed. R. Civ. P. 26, discovery of witnesses required to provide a report under Rule 26(a)(2)(B) (hereinafter "expert witness" or "expert witnesses") in any Direct Purchaser, Automobile Dealer or End-Payor Action encompassed within Master File No. 12-md-02311 (individually, an "Action" and, collectively, the "Actions") shall not extend to:

    a. notes prepared by expert witnesses, or employees working at the direction of those expert witnesses, in connection with the Actions, except to the extent the notes identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions;

    b. communications to and from the expert witness and other expert witnesses and/or other non-testifying expert consultants in the Actions, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions

to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions;

        c.    communications to and from expert witnesses and their staff and/or supporting firms, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions; and

        d.    communications to and from the respective staffs and/or supporting firms of expert witnesses or non-testifying expert consultants and the staffs and/or supporting firms of other expert witnesses or non-testifying expert consultants in the Actions, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions.

    2.    Within 3 business days of any party serving expert witness reports in the Actions, the party or parties proffering the expert witness shall produce in the format prescribed in the Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents entered in the Actions: documents containing the facts, data or assumptions that the expert witness considered or relied on in forming the opinions to be expressed by such expert witness, including but not limited to any empirical investigations, statistical models, multiple regression analyses, and statistical correlations performed by or at the direction of the expert witness to the extent that such expert witness relied upon such information. Such documents shall include, but are not limited to spreadsheets, computerized regression analysis and/or other

2

3004786.1

underlying reports and schedules sufficient to reconstruct the expert witness's work, calculations, and/or analyses ("Expert Data").

3. Any time frame for conducting any deposition of the expert witness or for serving a responsive report or providing responsive information shall run from the date such Expert Data is received from the party proffering the expert witness. Where documents have previously been produced as part of discovery, identification by Bates number is sufficient. As to other documents relied upon by the expert witness, documents that are identified in the expert witness's report and are publicly available need not be produced absent specific request.

IT IS SO STIPULATED.

May 29, 2012                                                      Respectfully submitted,

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**DIRECT PURCHASER INTERIM
LIAISON COUNSEL**

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>    & PACHIOS LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>    & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>    & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

3004786.1

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
    AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

/s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

| | |
|---|---|
| Hollis Salzman<br>Bernard Persky<br>William V. Reiss<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>hsalzman@labaton.com<br>bpersky@labaton.com<br>wreiss@labaton.com | Marc M. Seltzer<br>Steven G. Sklaver<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>(310) 789-3100<br>mseltzer@susmangodfrey.com<br>ssklaver@susmangodfrey.com |
| Terrell W. Oxford<br>Warren T. Burns<br>SUSMAN GODFREY L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202<br>(214) 754-1900<br>toxford@susmangodfrey.com<br>wburns@susmangodfrey.com | Joseph W. Cotchett<br>Steven N. Williams<br>Adam J. Zapala<br>Gene W. Kim<br>COTCHETT, PITRE & MCCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>jcotchett@cpmlegal.com<br>swilliams@cpmlegal.com<br>azapala@cpmlegal.com<br>gkim@cpmlegal.com |

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

3004786.1

|  |  |  | LANE POWELL PC |
|---|---|---|---|
| May 29, 2012 | By: | | /s/Larry S. Gangnes |

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Masayuki Yamaguchi
Darin M. Sands
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
yamaguchim@lanepowell.com
sandsd@lanepowell.com

Irwin Alterman
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
248-528-1111
irwin.alterman@kkue.com

*Attorneys for Defendants American Furukawa, Inc. and Furukawa Electric Co., Ltd.*

3004786.1

|  |  |  |
|---|---|---|
|  |  | DELPHI AUTOMOTIVE LLP, DELPHI AUTOMOTIVE SYSTEMS, LLC, AND DPH HOLDINGS CORPORATION |
| May 29, 2012 | By: | /s/Joseph E. Papelian<br>Joseph E. Papelian<br>5725 Delphi Drive<br>Troy, MI 48098<br>Phone: 248-813-2535<br>joseph.e.papelian@delphi.com<br><br>Kenneth A. Gallo<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: 202-223-7356<br>kgallo@paulweiss.com<br><br>Gary R. Carney<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3051<br>gcarney@paulweiss.com<br><br>*Attorneys for Defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, and DPH Holdings Corporation* |

3004786.1

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| May 29, 2012 | By: | /s/Steven F. Cherry<br>Steven F. Cherry<br>Stephanie K. Wood<br>Elizabeth Martin<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>steven.cherry@wilmerhale.com<br>stephanie.wood@wilmerhale.com<br>ellie.martin@wilmerhale.com<br><br>Karen D. Stringer<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6406<br>Fax: (617) 526-5000<br>karen.stringer@wilmerhale.com<br><br>*Attorneys for Defendant Denso International America, Inc. and Denso Corporation*<br><br>KERR, RUSSELL AND WEBER, PLC |
| May 29, 2012 | By: | /s/William A. Sankbeil<br>William A. Sankbeil (P19882)<br>Joanne Geha Swanson (P33594)<br>Matthew L. Powell (P69186)<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>(313) 961-0200<br>(313) 961-0388 (facsimile)<br>wsankbeil@kerr-russell.com<br>jswanson@kerr-russell.com<br>mpowell@kerr-russel.com |

3004786.1

|  |  |  |
|---|---|---|
|  |  | James L. Cooper<br>ARNOLD & PORTER LLP<br>555 Twelfth Street NW<br>Washington, DC 20004<br>(202) 942-5014<br>(202) 942-5999-facsimile<br>Email: james.cooper@aporter.com |

*Attorneys for Defendants Fujikura America, Inc., and Fujikura Ltd.*

SMITH, GAMBRELL & RUSSELL, LLP

May 29, 2012        By:   /s/Wm. Parker Sanders
           Wm. Parker Sanders (Georgia Bar No. 626020)
           Promenade II, Suite 3100
           1230 Peachtree Street, N.E.
           Atlanta, Georgia 30309
           (404) 815-3684
           psanders@sgrlaw.com

*Attorney for Defendant Kyungshin-Lear Sales and Engineering, LLC*

DYKEMA GOSSETT PLLC

May 29, 2012        By:    /s/Howard B. Iwrey
           Howard B. Iwrey (P39635)
           DYKEMA GOSSETT PLLC
           39577 Woodward Avenue, Suite 300
           Bloomfield Hills, MI  48304
           (248) 203-0526 – Telephone
           hiwrey@dykema.com

3004786.1

                    Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600 –Telephone
(312) 701-7711 – Facsimile
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendant Lear Corporation*


O'MELVENY & MYERS LLP

May 29, 2012      By:    /s/Michael F, Tubach
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel:  415-984-8700
Fax: 415-984-8701
Email: Mtubach@omm.com

Michael R. Turco
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Tel: 248-971-1713
Fax: 248-971-1801
Email: turco@bwst-law.com

*Attorneys for Defendants Leoni AG, Leoni Wire Inc., Leoni Wiring Systems, Inc., Leoni Kabel Gmbh, and Leonische Holding, Inc.*

|  |  |  |
|---|---|---|
|  |  | GIARMARCO, MULLINS & HORTON, P.C. |
| May 29, 2012 | By: | /s/William H. Horton |
|  |  | William H. Horton (P31567) |
|  |  | Giarmarco, Mullins & Horton, P.C. |
|  |  | 101 West Big Beaver Road, Tenth Floor |
|  |  | Troy, MI 48084-5280 |
|  |  | Phone: 248-457-7060 |
|  |  | bhorton@gmhlaw.com |

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200
Fax: 202-637-2201
Maggy.sullivan@lw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

.

|  |  |  |
|---|---|---|
|  |  | COVINGTON & BURLING LLP |
| May 29, 2012 | By: | /s/Michael J. Fanelli |
|  |  | Michael J. Fanelli |
|  |  | Anita F. Stork |
|  |  | COVINGTON & BURLING LLP |
|  |  | 1201 Pennsylvania Ave., NW |
|  |  | Washington, D.C. 20004 |
|  |  | Tel: (202) 662-6000 |
|  |  | Fax: (202) 662-5383 |
|  |  | Email: Mfanelli@cov.com |

12

                                    One Front Street
                                    35th Floor
                                    San Francisco, CA, 94111
                                    Tel: (415) 591-6000
                                    Fax: (415) 955-6550
                                    Email: astork@cov.com

                                    *Attorneys for Defendant S-Y Systems Technologies Europe GmbH*

                                    BUTZEL LONG

May 29, 2012               By:    <u>/s/David F. DuMouchel</u>
                                    David F. DuMouchel
                                    George B. Donnini
                                    150 West Jefferson, Suite 100
                                    Detroit, MI 48226
                                    Tel: 313-225-7000
                                    dumouchd@butzel.com
                                    donnini@butzel.com

                                    W. Todd Miller
                                    BAKER & MILLER PLLC
                                    2401 Pennsylvania Ave., NW, Suite 300
                                    Washington, DC 20037
                                    Tel: 202-663-7820
                                    TMiller@bakerandmiller.com

                                    *Attorneys for Defendant TRAM, Inc.*

                                    JONES DAY

May 29, 2012               By:    <u>/s/John M. Majoras</u>
                                    John M. Majoras
                                    Carmen G. McLean
                                    JONES DAY
                                    51 Louisiana Ave. N.W.
                                    Washington, D.C. 20001-2113
                                    Tel. (202) 879-3939
                                    Fax (202) 626-1700
                                    jmmajoras@jonesday.com
                                    cgmclean@jonesday.com

3004786.1

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation & Yazaki North America, Inc.*

SO ORDERED:


Date: _____                           _____
                                        United States District Judge

3004786.1