UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

STIPULATION AND ORDER REGARDING NON-DISCOVERABILITY OF CERTAIN EXPERT MATERIALS AND COMMUNICATIONS

To manage expert discovery efficiently, the parties hereby stipulate and agree that:

1. In addition to the provisions regarding expert discovery set forth in Fed. R. Civ. P. 26, discovery of witnesses required to provide a report under Rule 26(a)(2)(B) (hereinafter "expert witness" or "expert witnesses") in any Direct Purchaser, Automobile Dealer or End-Payor Action encompassed within Master File No. 12-md-02311 (individually, an "Action" and, collectively, the "Actions") shall not extend to:

a. notes prepared by expert witnesses, or employees working at the direction of those expert witnesses, in connection with the Actions, except to the extent the notes identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions;

b. communications to and from the expert witness and other expert witnesses and/or other non-testifying expert consultants in the Actions, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions

to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions;

c. communications to and from expert witnesses and their staff and/or supporting firms, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions; and

d. communications to and from the respective staffs and/or supporting firms of expert witnesses or non-testifying expert consultants and the staffs and/or supporting firms of other expert witnesses or non-testifying expert consultants in the Actions, except to the extent that the communications identify facts or data that the expert witness considered in forming the opinions to be expressed or identify assumptions that the expert witness relied on in forming the opinions to be expressed by such expert witness in the Actions.

2. Within 3 business days of any party serving expert witness reports in the Actions, the party or parties proffering the expert witness shall produce in the format prescribed in the Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents entered in the Actions: documents containing the facts, data or assumptions that the expert witness considered or relied on in forming the opinions to be expressed by such expert witness, including but not limited to any empirical investigations, statistical models, multiple regression analyses, and statistical correlations performed by or at the direction of the expert witness to the extent that such expert witness relied upon such information. Such documents shall include, but are not limited to spreadsheets, computerized regression analysis and/or other

underlying reports and schedules sufficient to reconstruct the expert witness's work, calculations, and/or analyses ("Expert Data").

3. Any time frame for conducting any deposition of the expert witness or for serving a responsive report or providing responsive information shall run from the date such Expert Data is received from the party proffering the expert witness. Where documents have previously been produced as part of discovery, identification by Bates number is sufficient. As to other documents relied upon by the expert witness, documents that are identified in the expert witness's report and are publicly available need not be produced absent specific request.

SO ORDERED:

s/Marianne O. Battani
United States District Judge

Dated: June 1, 2012

IT IS SO STIPULATED.

May 29, 2012

Respectfully submitted,

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**DIRECT PURCHASER INTERIM LIAISON COUNSEL**

Gregory P. Hansel
Randall B. Weill
Joshua R. Carver
PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
rweill@preti.com
jcarver@preti.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Michael J. Freed
Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

/s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

Hollis Salzman
Bernard Persky
William V. Reiss
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
(310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
(214) 754-1900
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
gkim@cpmlegal.com

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

LANE POWELL PC

May 29, 2012 By: /s/Larry S. Gangnes

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II

Masayuki Yamaguchi
Darin M. Sands
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
yamaguchim@lanepowell.com
sandsd@lanepowell.com

Irwin Alterman
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
248-528-1111
irwin.alterman@kkue.com

*Attorneys for Defendants American Furukawa, Inc. and Furukawa Electric Co., Ltd.*

DELPHI AUTOMOTIVE LLP, DELPHI AUTOMOTIVE SYSTEMS, LLC, AND DPH HOLDINGS CORPORATION

May 29, 2012

By: /s/Joseph E. Papelian

Joseph E. Papelian
5725 Delphi Drive
Troy, MI 48098
Phone: 248-813-2535
joseph.e.papelian@delphi.com

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: 202-223-7356
kgallo@paulweiss.com

Gary R. Carney
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3051
gcarney@paulweiss.com

*Attorneys for Defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, and DPH Holdings Corporation*

WILMER CUTLER PICKERING HALE AND DORR LLP

May 29, 2012 By: /s/Steven F. Cherry

Steven F. Cherry
Stephanie K. Wood
Elizabeth Martin
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
stephanie.wood@wilmerhale.com
ellie.martin@wilmerhale.com

Karen D. Stringer
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6406
Fax: (617) 526-5000
karen.stringer@wilmerhale.com

*Attorneys for Defendant Denso International America, Inc. and Denso Corporation*

KERR, RUSSELL AND WEBER, PLC

May 29, 2012 By: /s/William A. Sankbeil

William A. Sankbeil (P19882)
Joanne Geha Swanson (P33594)
Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
wsankbeil@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russel.com

        James L. Cooper
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999-facsimile
Email: james.cooper@aporter.com

*Attorneys for Defendants Fujikura America, Inc., and Fujikura Ltd.*

SMITH, GAMBRELL & RUSSELL, LLP

May 29, 2012 By: /s/Wm. Parker Sanders
Wm. Parker Sanders (Georgia Bar No. 626020)
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3684
psanders@sgrlaw.com

*Attorney for Defendant Kyungshin-Lear Sales and Engineering, LLC*

DYKEMA GOSSETT PLLC

May 29, 2012 By: /s/Howard B. Iwrey
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0526 – Telephone
hiwrey@dykema.com

Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 –Telephone
(312) 701-7711 – Facsimile
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendant Lear Corporation*

O'MELVENY & MYERS LLP

May 29, 2012 By: /s/Michael F, Tubach

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: 415-984-8700
Fax: 415-984-8701
Email: Mtubach@omm.com

Michael R. Turco
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Tel: 248-971-1713
Fax: 248-971-1801
Email: turco@bwst-law.com

*Attorneys for Defendants Leoni AG, Leoni Wire Inc., Leoni Wiring Systems, Inc., Leoni Kabel Gmbh, and Leonische Holding, Inc.*

GIARMARCO, MULLINS & HORTON, P.C.

May 29, 2012

By: /s/William H. Horton

William H. Horton (P31567)
Giarmarco, Mullins & Horton, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Phone: 248-457-7060
bhorton@gmhlaw.com

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200
Fax: 202-637-2201
Maggy.sullivan@lw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

.

COVINGTON & BURLING LLP

May 29, 2012

By: /s/Michael J. Fanelli

Michael J. Fanelli
Anita F. Stork
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 662-6000
Fax: (202) 662-5383
Email: Mfanelli@cov.com

                                One Front Street
35th Floor
San Francisco, CA, 94111
Tel: (415) 591-6000
Fax: (415) 955-6550
Email: astork@cov.com

*Attorneys for Defendant S-Y Systems Technologies Europe GmbH*

BUTZEL LONG

May 29, 2012 By: /s/David F. DuMouchel

David F. DuMouchel
George B. Donnini
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel: 313-225-7000
dumouchd@butzel.com
donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel: 202-663-7820
TMiller@bakerandmiller.com

*Attorneys for Defendant TRAM, Inc.*

JONES DAY

May 29, 2012 By: /s/John M. Majoras

John M. Majoras
Carmen G. McLean
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com
cgmclean@jonesday.com

                        Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation & Yazaki North America, Inc.*