IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re Automotive Wire Harness Systems Antitrust Litigation | Case No. 12-md-2311<br><br>Hon. Marianne O. Battani |

### NOTICE OF APPEARANCE

To: Clerk of the Court and All Parties of Record

Please enter the appearance of Terry Rose Saunders of The Saunders Law Firm as counsel on behalf of Plaintiffs Roger D. Olson, Susan B. Olson and Phillip G. Young in the above-captioned matter.

Dated: June 6, 2012

                                          Respectfully Submitted,

                                           */s/Terry Rose Saunders*
                                          Terry Rose Saunders
                                          The Saunders Law Firm
                                          77 West Wacker Drive, Suite 4800
                                          Chicago, IL  60601
                                          Tel:  (312) 444-9656
                                          Fax: (312) 277-5205
                                          tsaunders@saunders-lawfirm.com

                                          *Attorneys for Plaintiffs Roger D. Olson, Susan B. Olson and Phillip G. Young and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of Terry Rose Saunders was served upon all counsel of record via ECF on this 6th day of June, 2012.

                                                  /s/*Terry Rose Saunders*
Terry Rose Saunders
The Saunders Law Firm
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Tel: (312) 444-9656
Fax: (312) 277-5205
tsaunders@saunders-lawfirm.com

*Attorneys for Plaintiffs Roger D. Olson, Susan B. Olson and Phillip G. Young and the Proposed Classes*

3234173v1