UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE WIRE
HARNESS SYSTEMS ANTITRUST            Master File No.: 12-md-02311
LITIGATION

                                                Hon. Marianne O. Battani
_____/    Hon. Mona Majzoub

## APPEARANCE

Irwin Alterman of Kemp Klein Law Firm appears as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

Dated: June 8, 2012                           s/ Irwin Alterman
                                                           Kemp Klein Law Firm
                                                           201 W. Big Beaver Road, Suite 600
                                                           Troy, MI 48084
                                                           248-528-1111
                                                           248-740-5675 (DID)
                                                           Irwin.alterman@kkue.com
                                                           P10147

## Certificate of Service

I certify that on June 8, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all attorneys of record.

                                                           s/ Irwin Alterman
                                                           Kemp Klein Law Firm
                                                           201 W. Big Beaver Road, Suite 600
                                                           Troy, MI 48084
                                                           248-528-1111
                                                           Irwin.alterman@kkue.com
                                                           P10147

715371