# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation | ) ) ) ) Civil Action No. 12-md-02311 ) ) ) ) Hon. Marianne O. Battani ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:     FURUKAWA WIRING SYSTEMS AMERICA, INC.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gerard V. Mantese
    Mantese Assoc.
    1361 E. Big Beaver Road
    Troy, MI 48083


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 13, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: FURUKAWA WIRING SYSTEMS AMERICA, INC.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-md-02311<br><br>Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:     Kyungshin-Lear Sales and Engineering, LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Gerard V. Mantese
>    Mantese Assoc.
>    1361 E. Big Beaver Road
>    Troy, MI 48083


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*          By: s/ Kristen Krawczyk
                                               *Signature of Clerk or Deputy Clerk*

                                               Date of Issuance:  June 13, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Kyungshin-Lear Sales and Engineering, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-md-02311<br><br>Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:  S-Y Systems Technologies America, LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>  Gerard V. Mantese
>  Mantese Assoc.
>  1361 E. Big Beaver Road
>  Troy, MI 48083


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 13, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: S-Y Systems Technologies America, LLC

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation | ) ) ) ) Civil Action No. 12-md-02311 ) ) ) ) Hon. Marianne O. Battani ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: Tokai Rika Company, Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gerard V. Mantese
> Mantese Assoc.
> 1361 E. Big Beaver Road
> Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ Kristen Krawczyk
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 13, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  Tokai Rika Company, Ltd.

Date of Service:

## Method of Service

___  Personally served at this address:

___  Left copies at the usual place of abode with (name of person):

___  Other (specify):

___  Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-md-02311<br><br>Hon. Marianne O. Battani |

**SUMMONS IN A CIVIL ACTION**

To:     Yazaki Corporation


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Gerard V. Mantese
   Mantese Assoc.
   1361 E. Big Beaver Road
   Troy, MI 48083


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*        By: s/ Kristen Krawczyk
                                              *Signature of Clerk or Deputy Clerk*

                                              Date of Issuance:  June 13, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Yazaki Corporation

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 12/09) Summons in a Civil Action