UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>MDL NO. 2311 | CASE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |

## NOTICE OF APPEARANCE OF DAVID P. DONOVAN

PLEASE TAKE NOTICE that David P. Donovan of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Denso International America, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 13, 2012

By: /s/ David P. Donovan
David P. Donovan
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
David.Donovan@wilmerhale.com

## CERTIFICATE OF SERVICE

      I, David P. Donovan, an attorney, hereby certify that on June 13, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID P. DONOVAN** to be filed and served electronically via the ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Panel's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing.

Dated: June 13, 2012

                                              By: /s/ David P. Donovan
                                              David P. Donovan
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              1875 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Telephone: (202) 663-6000
                                              Fax: (202) 663-6363
                                              David.Donovan@wilmerhale.com