UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

Plaintiff(s),                                    Case No. 12-md-02311

v.                                               Judge  Marianne O. Battani

THIS DOCUMENT RELATES TO:                        Magistrate Judge
All Actions

Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Fujikura America, Inc. ("FAI")

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes  ☑         No  ☐

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
between it and the named party.

Parent Corporation/Affiliate Name:  Fujikura Ltd.
Relationship with Named Party:  FAI is an indirect wholly owned subsidiary of Fujikura Ltd.

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
interest in the outcome of the litigation?

Yes  ☐         No  ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date: June 13, 2012

982326 (D.C. Bar Number)
Arnold & Porter LLP
555 12th St NW
Washington, DC 20004
(202) 942-5000
laura.taylor@aporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2012, I caused the foregoing Statement of Disclosure of Corporate Affiliations and Financial Interest of Fujikura America, Inc. to be served upon Direct Purchaser Interim Lead and Liaison Counsel, Automobile Dealer Interim Lead and Liaison Counsel, and End-Payor Interim Lead and Liaison Counsel by filing said document via ECF in accordance with Case Management Order No. 1.


Dated: June 13, 2012                              By:   /s/ Laura Cofer Taylor
                                                        Laura Cofer Taylor