# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: <br> All Actions | **NOTICE OF APPEARANCE OF** <br> **SONIA KUESTER PFAFFENROTH** |

TO:  THE CLERK OF THE COURT

PLEASE enter the appearance of Sonia Kuester Pfaffenroth, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura America, Inc. and Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 13, 2012

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Sonia K. Pfaffenroth
Sonia K. Pfaffenroth (D.C. Bar No. 467946)
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5094
(202) 942-5999 - facsimile
*email*: sonia.pfaffenroth@aporter.com
*Attorney for Defendants Fujikura America, Inc. and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 13, 2012, I caused the foregoing Notice of Appearance of Sonia Kuester Pfaffenroth to be served upon Direct Purchaser Interim Lead and Liaison Counsel, Automobile Dealer Interim Lead and Liaison Counsel, and End-Payor Interim Lead and Liaison Counsel by filing said document via ECF in accordance with Case Management Order No. 1.


Dated: June 13, 2012                        By: /s/ Laura Cofer Taylor
                                                          Laura Cofer Taylor