# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: All Actions | : : : : | **NOTICE OF APPEARANCE OF JAMES L. COOPER** |

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of James L. Cooper, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 13, 2012    Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ James L. Cooper
James L. Cooper
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5014
(202) 942-5999 - facsimile
*email*: james.cooper@aporter.com
*Attorney for Defendants Fujikura America, Inc. and Fujikura Ltd.*

#56715627

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2012, I caused the foregoing Notice of Appearance of James L. Cooper to be served upon Direct Purchaser Interim Lead and Liaison Counsel, Automobile Dealer Interim Lead and Liaison Counsel, and End-Payor Interim Lead and Liaison Counsel by filing said document via ECF in accordance with Case Management Order No. 1.


Dated: June 13, 2012				By: /s/ Laura Cofer Taylor
						Laura Cofer Taylor