# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>―――――――――――――――――――――――<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master File No. 2:12-md-02311-MOB<br><br>**NOTICE OF APPEARANCE OF**<br>**LINDA P. NUSSBAUM** |

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Linda P. Nussbaum of the law firm of Grant & Eisenhofer P.A. hereby enters her appearance as counsel on behalf of Plaintiff Martinez Manufacturing, Inc. in the above-captioned matter.

Dated:  June 14, 2012           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/  Linda P. Nussbaum
　　　　　　　　　　　　　　　　　　　Linda P. Nussbaum   NY Bar No. LN-9336
　　　　　　　　　　　　　　　　　　　GRANT & EISENHOFER P.A.
　　　　　　　　　　　　　　　　　　　485 Lexington Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　Telephone:  (646) 722-8500
　　　　　　　　　　　　　　　　　　　Facsimile:  (646) 722-8501
　　　　　　　　　　　　　　　　　　　Email:  lnussbaum@gelaw.comr

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Martinez Manufacturing, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2012, I caused the foregoing Notice of Appearance of Linda P. Nussbaum to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered with the ECF system and constitute service in accordance with LR 5.1.1(b) and paragraph 16 of Case Management Order No. 1 (Doc. No. 73).

Dated:  June 14, 2012

      /s/  Susan R. Schwaiger_____
      Susan R. Schwaiger
      GRANT & EISENHOFER P.A.
      485 Lexington Avenue, 29th Floor
      New York, NY 10017
      Telephone:  (646) 722-8500
      Facsimile:  (646) 722-8501
      Email:  sschwaiger@gelaw.comr

*Counsel for Plaintiff Martinez Manufacturing, Inc.*