# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master File No. 2:12-md-02311-MOB<br><br>**NOTICE OF APPEARANCE OF SUSAN R. SCHWAIGER** |

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Susan R. Schwaiger of the law firm of Grant & Eisenhofer P.A. hereby enters her appearance as counsel on behalf of Plaintiff Martinez Manufacturing, Inc. in the above-captioned matter.

Dated:  June 14, 2012           Respectfully submitted,

                                        /s/  Susan R. Schwaiger_____
                                     Susan R. Schwaiger   NY Bar No. SS-8653
                                     GRANT & EISENHOFER P.A.
                                     485 Lexington Avenue, 29th Floor
                                     New York, NY 10017
                                     Telephone:  (646) 722-8500
                                     Facsimile:  (646) 722-8501
                                     Email:  sschwaiger@gelaw.comr

                                     *Counsel for Plaintiff Martinez Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2012, I caused the foregoing Notice of Appearance of Susan R. Schwaiger to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered with the ECF system and constitute service in accordance with LR 5.1.1(b) and paragraph 16 of Case Management Order No. 1 (Doc. No. 73).

Dated:  June 14, 2012

      /s/  Susan R. Schwaiger_____
Susan R. Schwaiger
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501
Email:  sschwaiger@gelaw.comr

*Counsel for Plaintiff Martinez Manufacturing, Inc.*