AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| In Re: Automotive Parts Antitrust Litigation | ) | |
| | ) | |
| | ) | Civil Action No. 12-2311 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Marianne O. Battani |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Kyungshin-Lear Sales and Engineering, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink + Associates Law
> 100 West Long Lake Road
> Suite 111
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern
        *Signature of Clerk or Deputy Clerk*

        Date of Issuance:  June 14, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-2311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Kyungshin-Lear Sales and Engineering, LLC

Date of Service:     _____

## Method of Service

____     Personally served at this address:

_____
_____
_____

____     Left copies at the usual place of abode with (name of person):

_____
_____
_____

____     Other (specify):

_____
_____
_____

____     Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:     _____

Date:     _____

Server's Address:     _____

_____