UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Direct Purchaser Actions | Master File No. 12:md-02311 |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Direct Purchaser Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, DPH Holdings Corporation (f/k/a Delphi Corporation) and Delphi Furukawa Wiring Systems LLC ( collectively the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the Direct Purchaser Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the Direct Purchaser Plaintiffs' complaint.

92608

Dated: June 14, 2012

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>  &amp; PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com | /s/ William E. Hoese<br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>  &amp; MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>  &amp; WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

Interim Class Counsel for the Direct Purchaser Class

92608