## CERTIFICATE OF SERVICE

I, William E. Hoese, hereby certify on the 14th day of June, 2012, Direct Purchaser Plaintiffs' Notice of Voluntary Dismissal was filed electronically with the Panel's ECF system, which sends electronic notice to counsel.

Dated: June 14, 2012                    /s/ William E. Hoese

89884