**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____
                                                             :
IN RE: AUTOMOTIVE PARTS                  :
ANTITRUST LITIGATION                       :         Case No. 12-md- 2311
                                                             :
_____
                                                             :
THIS DOCUMENT RELATES TO:          :
ALL ACTIONS                                           :
_____ :

### NOTICE OF APPEARANCE

To:  Clerk of the Court and All Parties of Record

Please enter the appearance of John F. Nevares of the law firm of John F. Nevares & Associates, P.S.C., as counsel for Zahira Crespo, Lilliana Diaz and Luis Maldonado in the above captioned matter.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of John F. Nevares was served upon all counsels of record via ECF on this same date.

Dated:  June 14, 2012                                       Respectfully,

/s/  John F. Nevares
JOHN F. NEVARES
USDC-PR: 130502
John F. Nevares & Associates, PSC
PO Box 13667
San Juan, PR 00908-3667
Tel/Fax: (787) 722-9333   -   (787) 721-8820
Email: jfnevares@nevareslaw.com