# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311<br><br>HONORABLE MARIANNE O. BATTANI |

## NOTICE OF APPEARANCE OF ELIZABETH A. FEGAN

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE ENTER THE APPEARANCE of Elizabeth A. Fegan, Esq. of Hagens Berman Sobol Shapiro LLP as counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah in the above-captioned matter.

Respectfully submitted,

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1144 W. Lake St.
Suite 400
Oak Park, IL  60301-1043
Ph:  (708) 628-4949
IL State Bar #6229226
beth@hbsslaw.com

*Counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I personally filed the foregoing NOTICE OF APPEARANCE OF ELIZABETH A. FEGAN with the Clerk of the Court, and caused copies of this notice to be served via ECF to all counsel of record.

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1144 W. Lake Street
Suite 400
Oak Park, IL  60301-1043
Ph:  (708) 628-4949
IL State Bar #6229226
beth@hbsslaw.com

*Counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah*