UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

Plaintiff(s),

Case No. 12-md-02311

v.

Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:
All Automotive Dealer Actions

Magistrate Judge Mona Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Superstore Automotive, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 18, 2012

/s/ Gerard V. Mantese

P34424
Mantese Honigman Rossman & Williamson, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com