UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| _____ | : | |
| | : | Master File No. 12:md-02311 |
| IN RE AUTOMOTIVE WIRE | : | |
| HARNESS SYSTEMS ANTITRUST | : | Judge Marianne O. Battani |
| LITIGATION | : | |
| _____ | : | Magistrate Judge Mona Majzoub |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| All Automobile Dealer Actions | : | |
| _____ | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 19, 2012 I caused the foregoing papers to be electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Gerard V. Mantese
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
**gmantese@manteselaw.com**