UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ :

IN RE AUTOMOTIVE WIRE                                :
HARNESS SYSTEMS ANTITRUST            :
LITIGATION                                      :

_____ :

THIS DOCUMENT RELATES TO:              :

All Automobile Dealer Actions                   :

_____:

Master File No. 12:md-02311

Judge Marianne O. Battani

Magistrate Judge Mona Majzoub

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2012 I caused the foregoing papers to be electronically

filed with the Clerk of the Court using the ECF system which will send electronic notices of same

to all counsel of record.

/s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
**gmantese@manteselaw.com**