UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| _____ : | | |
| IN RE AUTOMOTIVE WIRE | : | Master File No. 12:md-02311 |
| HARNESS SYSTEMS ANTITRUST | : | Judge Marianne O. Battani |
| LITIGATION : | | |
| _____ : | | Magistrate Judge Mona Majzoub |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| All Automobile Dealer Actions | : | |
| _____: | | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2012 I caused the foregoing papers to be electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

      /s/Gerard V. Mantese
      Gerard V. Mantese (P34424)
      Mantese Honigman Rossman
       and Williamson, P.C.
      1361 E. Big Beaver Road
      Troy, Michigan 48083
      Telephone: (248) 457-9200 ext. 203
      **gmantese@manteselaw.com**