UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | **NOTICE OF FILING CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT NUNC PRO TUNC** |
| This Document Relates to: <br> ALL END-PAYOR ACTIONS | |

The End-Payor Plaintiffs, through Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice of their intention to file a Corrected Consolidated Amended Class Action Complaint (attached as Exhibit 1) *nunc pro tunc* for the sole purpose of correcting a scrivener's error in the Consolidated Amended Class Action Complaint ("CAC"), Dkt. No. 87.

The Corrected Consolidated Amended Class Action Complaint replaces all references to Defendant "Tokai Rika Ltd." (as identified in the CAC) with its proper corporate name of "Tokai Rika Co., Ltd." and reflects the new caption "In Re Automotive Parts Antitrust Litigation." All other allegations from the CAC remain unchanged.

The End-Payor Plaintiffs respectfully request that a new summons be issued for Tokai Rika Co., Ltd.

Dated: June 22, 2012

**THE MILLER LAW FIRM, P.C.**

By /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700


Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
Frank C. Damrell, Jr.
**COTCHETT, PITRE & McCARTHY, LLP**

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs and Interim Co-Lead Class  Counsel for the Proposed End-Payor Plaintiffs Classes*