# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: FURUKAWA WIRING SYSTEMS AMERICA, INC.

Date of Service: June 19, 2012

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

**X** Other (specify): Certified Mail, Return Receipt Requested
1209 Orange St.
Wilmington, DE 19801

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherri Sikorski
Signature of Server: Sherri Sikorski
Date: June 22, 2012
Server's Address: Mantese Honigman Rossman & Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re: Automotive Wire Harness Systems Antitrust Litigation )))))))))))

Civil Action No. 12-md-02311

Hon. Marianne O. Battani

## SUMMONS IN A CIVIL ACTION

To: FURUKAWA WIRING SYSTEMS AMERICA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerard V. Mantese
Mantese Assoc.
1361 E. Big Beaver Road
Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: s/ Kristen Krawczyk
Signature of Clerk or Deputy Clerk

Date of Issuance: June 13, 2012



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUN 19 2012 |
| 1. Article Addressed to:<br>Furukawa Wiring Systems America, Inc.<br>c/o The Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number _(Transfer from service label)_ | 7011 2000 0001 8669 9783 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540