## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-MOB<br><br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATED TO:<br><br>All Actions | |

### NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Please take notice that Jason S. Kilene of the law firm of Gustafson Gluek PLLC hereby enters his appearance as counsel on behalf of Plaintiffs David Bernstein, Thomas Busch, Nathan Croom, Lori Curtis, Peter Galliver, Tom George, Ian Groves, AJ Jabonero, Melinda Harr DDS PC, Don Mohr, Mark Petersen, Virginia Pueringer, RD Automotive, Inc., Darcy Sherman, Lazaro Versalles, and Ted Wedul in the above-captioned matter.

Dated: June 25, 2012

s/Jason S. Kilene
Jason S. Kilene
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Fax:  (612) 339-6622
E-mail: jkilene@gustafsongluek.com

*Counsel for Plaintiffs David Bernstein, Thomas Busch, Nathan Croom, Lori Curtis, Peter Galliver, Tom George, Ian Groves, AJ Jabonero, Melinda Harr DDS PC, Don Mohr, Mark Petersen, Virginia Pueringer, RD Automotive, Inc., Darcy Sherman, Lazaro Versalles, and Ted Wedul*

25734

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the ECF system, which will send notifications of such filing to all attorneys of record.

Dated: June 25, 2012

s/Jason S. Kilene
Jason S. Kilene
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Fax:  (612) 339-6622
E-mail: jkilene@gustafsongluek.com

*Counsel for Plaintiffs Counsel for Plaintiffs David Bernstein, Thomas Busch, Nathan Croom, Lori Curtis, Peter Galliver, Tom George, Ian Groves, AJ Jabonero, Melinda Harr DDS PC, Don Mohr, Mark Petersen, Virginia Pueringer, RD Automotive, Inc., Darcy Sherman, Lazaro Versalles, and Ted Wedul*

25734