## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION  _____  This Document Relates to:  **All Automobile Dealer Actions** | MDL No. 2311  Judge Marianne O. Battani  Magistrate Mona K. Majzoub |

### APPEARANCE

PLEASE TAKE NOTICE that David Hansma of Mantese Honigman Rossman and Williamson, P.C. hereby enters an Appearance on behalf of all Automobile Dealer Plaintiffs, including: (1) Hammett Motor Co., (2) Landers Auto Group No. 1, Inc., (3) Superstore Automotive, Inc., (4) Martens Cars of Washington, Inc., (5) Lee Pontiac-Oldsmobile-GMC Truck, Inc., (6) Westfield Dodge City, Inc., (7) V.I.P. Motor Cars Ltd., (8) Desert European Motorcars, Ltd., (9) Landers McLarty Fayetteville TN, LLC, (10) Dale Martens Nissan Subaru, Inc., (11) Green Team of Clay Center Inc., (12) McGrath Automotive Group, Inc., (13) Table Rock Automotive, Inc., d/b/a Todd Archer Hyundai, (14) Archer-Perdue, Inc., d/b/a/ Archer-Perdue Suzuki, (15) Lee's Summit Chrysler Jeep Dodge, (16) Bonneville and Son, Inc., (17) Holzhauer Auto and Truck Sales, Inc., (18) Pitre, Inc., d/b/a/ Pitre Buick GMC, (19) Patsy Lou Chevrolet, Inc., (20) John Greene Chrysler Dodge Jeep, LLC (21) SLT Group II, Inc., d/b/a Planet Nissan Subaru of Flagstaff, (22) Herb Hallman Chevrolet, Inc., d/b/a/ Champion Chevrolet, (23) Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, (24) Commonwealth Kia, Commonwealth Honda (25) Commonwealth Volkswagen, Inc., d/b/a Commonwealth Volkswagen (26) Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan,

(27) Ramey Motors, Inc., (28) Thornhill Superstore, Inc., d/b/a Thornhill GM Superstore, (29) Dave Heather Corporation, d/b/a Lakeland Toyota Honda Mazda Subaru, (30) Central Salt Lake Valley GMC Enterprises, LLC, d/b/a Salt Lake Valley Buick GMC (31) Capitol Chevrolet Cadillac, Inc., (32) Capitol Dealerships, Inc., d/b/a Capitol Toyota, and (33) Beck Motors, Inc., in the above-entitled action.

Respectfully submitted,

/s/ *David Hansma*
Gerard V. Mantese
(Michigan Bar No. P34424)
David Hansma
(Michigan Bar No. P71056)
Brendan H. Frey
(Michigan Bar No. P70893)
Joshua P. Lushnat
(Michigan Bar No. P75319)
Mantese Honigman Rossman and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

Dated: June 26, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman Rossman and
Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com