UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AUTOMOTIVE WIRE HARNESS      Case No. 12-md-02311
SYSTEMS ANTITRUST LITIGATION

                                                 Honorable Marianne O. Battani

MDL No. 2311

## ENTRY OF APPEARANCE

To:     Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court.  Please enter my appearance as counsel for Plaintiff Jessica DeCastro in the above captioned case.

Dated:  June 26, 2012                       /s/ Donald L. Schlapprizzi
                                                      Donald L. Schlapprizzi
                                                      **Schlapprizzi Attorneys at Law**
                                                      Metropolitan Square
                                                      Suite 2430
                                                      211 N. Broadway
                                                      St. Louis, MO 63102
                                                      Office: (314) 241-0763
                                                      Telefax: (314) 241-0787
                                                      Don@SchlapprizziPC.com

                                                      **PLAINTIFF'S COUNSEL**

<u>Certificate of Service</u>

I, Donald L. Schlapprizzi, hereby certify that this document was electronically filed and served using the Court's ECF system on June 26, 2012.

<u>/s/ Donald L. Schlapprizzi</u>

Donald L. Schlapprizzi