AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Craig Vanhoutte | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-11054 |
| v. | ) | |
| Yazaki Corp, et al | ) | Hon. Paul D. Borman |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To: FURUKAWA WIRING SYSTEMS AMERICA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian R Strange - NOT SWORN
Strange and Carpenter
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: s/ Kristen Krawczyk
    Signature of Clerk or Deputy Clerk

Date of Issuance: March 9, 2012



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 12-11054
Hon. Paul D. Borman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: FURUKAWA WIRING SYSTEMS AMERICA, INC.

Date of Service: May 10, 2012 @ 1:30 p.m.

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify): Furukawa Wiring Systems America, Inc. By delivering to it's Registed Agent C.T. Corporation System by delivering to it's Authorized Agent Maria Garcia

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $ 190. Total $ 190.

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Kirk French
Signature of Server: Kirk French    SCH-484
Date: 5-10-12
Server's Address: Lawyers Civil Process, Inc.
400 S. Houston St., #105
Dallas, TX 75202

Subscribed and sworn to before me this
14 day of May, 2012
[signature] Kayleigh Morrow
Notary Public



KAYLEIGH CHRISTINE MORROW
MY COMMISSION EXPIRES
November 2, 2013