MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

|  |  |
|---|---|
| Plaintiff(s), | Case No.  2:12-md-02311 |
| v. | Judge  Marianne O. Battani |
|  | Magistrate Judge  Mona K. Majzoub |
| Defendant(s). | |

/

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Denso Corporation

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐       No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
interest in the outcome of the litigation?

Yes ☐       No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  June 28, 2012

/s/ Steven F. Cherry

431473 (DC Bar)
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663-6321
steven.cherry@wilmerhale.com