UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

        Plaintiff(s),                      Case No. 2:12-md-02311

v.                                        Judge Marianne O. Battani

                                                 Magistrate Judge Mona K. Majzoub

        Defendant(s).
_____/

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Denso International America, Inc. ("DIAM")

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ✓    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Denso Corporation
   Relationship with Named Party: DIAM is a wholly owned subsidiary of Denso Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ✓

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 28, 2012                                /s/ Steven F. Cherry

                                                          431473 (DC Bar)
                                                          Wilmer Cutler Pickering Hale and Dorr
                                                          1875 Pennsylvania Ave. NW
                                                          Washington, DC 20006
                                                          (202) 663-6321
                                                          steven.cherry@wilmerhale.com