# Index of Exhibits

**Exhibit 1**—Proposed Case Management Order No. 2 ("CMO No. 2")

    **Exhibit A to CMO No. 2**—Stipulation and Protective Order

    **Exhibit B to CMO No. 2**—Initial Discovery Plan

**Exhibit 2**—Proposed Case Management Order No. 3 ("CMO No. 3")

**Exhibit 3**—June 15 Hearing Transcript Pages Cited by Plaintiffs in "Plaintiffs' Position" re: CMO    No. 3

**Exhibit 4**—June 15 Hearing Transcript Pages Cited by Defendants in "Defendants' Position" re: CMO No. 3