# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | CASE NO. 12-MD-02311 <br><br> HON. MARIANNE O. BATTANI |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 3 FOR ALL DIRECT PURCHASER, AUTOMOBILE DEALER AND END-PAYOR ACTIONS (RE: LEAD AND LIAISON COUNSEL)**

Pursuant to Federal Rule of Civil Procedure 16, the Court conducted a case management conference ("Case Management Conference") in *In re: Automotive Parts Antitrust Litigation*, 12-md-02311 ("MDL No. 2311") on June 15, 2012, and determined that current Interim Lead Counsel and Interim Liaison Counsel for the Direct Purchaser, Automobile Dealer, and End Payor Actions relating to Wire Harness Systems shall continue in those roles for all cases filed in or transferred to this Court as part of MDL 2311, *In re: Automotive Parts Antitrust Litigation*. Accordingly, it is HEREBY ORDERED:

1.   The Court finds good cause that Interim Lead Counsel and Interim Liaison Counsel, previously appointed (Docket Nos. 60, 64, 65), continue as Interim Lead Counsel and Interim Liaison Counsel for all cases filed in or transferred to this Court in MDL 2311, *In re: Automotive Parts Antitrust Litigation*.

Date: June     , 2012                     _____
                                          MARIANNE O. BATTANI
                                          UNITED STATES DISTRICT JUDGE