# EXHIBIT 4

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION

 3                     -   -   -

 4

     IN RE:  AUTOMOTIVE PARTS
 5   ANTITRUST LITIGATION          Case No. 12-md-02311

 6           MDL NO. 2311          Hon. Marianne O. Battani

 7
                                    /
 8

 9                  STATUS CONFERENCE

10      BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
11      Theodore Levin United States Courthouse
              231 West Lafayette Boulevard
12                   Detroit, Michigan
                  Friday, June 15, 2012
13

14   APPEARANCES:

15   For the              WILLIAM G. CALDES
     Direct Purchaser     SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
16   Plaintiffs:          1818 Market Street, Suite 2500
                          Philadelphia, PA  19103
17                        (215) 496-0300

18                        DAVID H. FINK
                          FINK + ASSOCIATES LAW
19                        100 West Long Lake Road, Suite 111
                          Bloomfield Hills, MI  48304
20                        (248) 971-2500

21                        GREGORY P. HANSEL
                          PRETI, FLAHERTY, BELIVEAU &
22                        PACHIOS, L.L.P.
                          One City Center
23                        Portland, ME  04112
                          (207) 791-3000
24

25
```

```
 1    Judge Roberts -- Eric, was that the seat belt -- well, and
 2    Judge Steeh.  One was seat belts and I don't remember what
 3    the other one was.  And then -- and they had some of the same
 4    defendants, and so I am going to accept those and put them
 5    into the MDL as tagalongs.
 6              There is one case that -- there is one case, the --
 7    let me see, that Judge Zatkoff has, and I think that's the
 8    wheel bearing case.  I talked to Judge Zatkoff about that and
 9    came to the understanding that he felt and therefore I
10    agreed, but I will tell you why, that there were different
11    defendants in that case totally from the case MDL 2311, but
12    it is an auto part and as I read the order from the transfer
13    order it almost sounds like all of our auto parts, and
14    believe me, I have no clue -- oh, I do have a clue as to how
15    many auto parts because I had another case totally unrelated
16    to this, it was on a purchase order, and had to do with an
17    auto part, and so I asked them just as an aside, and the
18    attorneys, of course, did not know why I was asking, I said
19    how many auto parts are there?  He said oh, 12,000 to 15,000.
20    With all due respect to the defendants, I don't anticipate
21    that too many more are involved, I don't know.
22              But anyway, as to the wheel bearing case that
23    Judge Steeh has -- excuse me, Judge Zatkoff has, he is
24    keeping that.  Now, I am doing nothing about that.  If
25    anybody wants to change it or have it as a tagalong then
```

```
 1   there are processes that you could take to do that.  I mean,
 2   the more I think about this and I guess as you come up and
 3   comment I would like your comment, and please understand that
 4   I am just talking because I want to find out more information
 5   about this but I'm always looking to the end for the
 6   settlement, I mean, I know we have a long way to go and I'm
 7   not saying that you are all going to settle so please don't
 8   think that I am saying that you need to, but in the end when
 9   we get there I want to know -- I mean, the plaintiffs have to
10   be the same basically, the classes, so if you purchase a car,
11   I mean, aren't we going to resolve this with one, you know,
12   each purchaser is going to get something or are they going to
13   get something for a car harness, something for a safety seat,
14   something for a fuel sender?  I mean, it becomes somewhat
15   overwhelming so ultimately -- and, you know, I did discuss
16   this with Judge Zatkoff that ultimately I think the cases are
17   going to come together one way or another, so I just want you
18   to know that is the status right now.  If anybody in the
19   wheel bearing case wants to change any status then you are
20   going to have to go through the panel.
21           Just with those comments, can I have some comments?
22   Mr. Fink?
23           MR. FINK:  Your Honor, David Fink.
24           To speak to the initial question that the Court is
25   asking really about organization, there have been a lot of
```