# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| PRODUCT(S): | Honorable Marianne O. Battani |
| WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: | |
| All Actions | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that James L. Kauffman of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. hereby enters his appearance as counsel for Michael Tracy, in the above captioned matter.

Date: July 3, 2012

Respectfully submitted,

/s/ James L. Kauffman
James L. Kauffman
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: 850-435-7147
Fax: 850-436-6147
jkauffman@levinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/ James L. Kauffman
James L. Kauffman
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Office: 850-435-7147
Fax: 850-436-6147
jkauffman@levinlaw.com