UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case No. 12-md-02311

Judge Marianne O. Battani

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Lear Corporation

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑     No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:   See Attached Exhibit A
    Nature of Financial Interest:

Date: July 3, 2012

s/ Howard B. Iwrey

P39636
Dykema Gossett PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
248-203-0526
hiwrey@dykema.com

# EXHIBIT A

Parent Corporation/Affiliate Name:    Alliance Bernstein L.P.

Nature of Financial Interest:    Ownership of more than 5% of the common stock as of March 30, 2012

Parent Corporation/Affiliate Name:    Prudential Financial, Inc.

Nature of Financial Interest:    Ownership of more than 5% of the common stock as of March 30, 2012

Parent Corporation/Affiliate Name:    BlackRock, Inc.

Nature of Financial Interest:    Ownership of more than 5% of the common stock as of March 30, 2012

Parent Corporation/Affiliate Name:    Lazard Management, LLC

Nature of Financial Interest:    Ownership of more than 5% of the common stock as of March 30, 2012