UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| PRODUCT(S): | |
| WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: | |
| All Actions | |

**INTERESTED THIRD PARTY/PLAINTIFF MCGUIRE BEARING COMPANY'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO WIRE HARNESS LITIGATION PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER NO. 3**

Interested third-party/Plaintiff McGuire Bearing Company ("McGuire") has brought an action on behalf of a putative class of direct purchasers of bearings, *McGuire Bearing Co. v. JTEKT Corp.*, No. 2:12-cv-12932-JAC-MAR (filed July 3, 2012) (Dkt. No. 1) (hereafter the "Bearings Litigation"), and anticipates that the matter will be transferred to the Honorable Judge Battani as other cases concerning "automotive bearings" brought by *indirect* purchasers have been.[1]  McGuire understands that counsel in the Automotive Wire Harness Systems cases (hereafter the "Wire Harness Litigation") have moved the Court to enter a proposed case management order ("CMO No. 3") that would appoint them as interim co-lead counsel not only in the current cases before the Court, but in "all cases filed in or transferred to this Court in MDL

---

[1]  The three indirect purchaser bearings cases transferred to this Court as companion cases to Case No. 12-02311 are *Kaufman v. JTEKT Corp.*, No. 12-12263-MOB-MKM; *Shah v. NSK Ltd.*, No. 12-12680-MOB-MKM; and *Florida Welding Fabricators & Erectors, Inc. v. JTEKT Corp.*, No. 12-cv-12352-MOB-MKM.

1

2311, *In re: Automotive Parts Antitrust Litigation.*" It thus appears that the proposed CMO No. 3 would encompass the Bearings Litigation if and when it is transferred to Judge Battani and therefore the proposed CMO No. 3 would affect McGuire, its counsel and the role they can play in the Bearings Litigation. Defendants oppose the motion.

McGuire respectfully moves the Court for leave to file an opposition, attached hereto as Exhibit 1, to Wire Harness Litigation plaintiffs' motion for the Court to enter CMO No. 3 so that McGuire may be heard on the matter as to why the proposed CMO No. 3 is overbroad, premature and contrary to the requirements of Federal Rule of Civil Procedure 23(g).

Dated: July 6, 2012                     Respectfully submitted,

                                        */s/ M. John Dominguez*_____
                                        M. John Dominguez
                                        Cohen Milstein Sellers & Toll PLLC
                                        3507 Kyoto Gardens Drive
                                        Suite 200
                                        Palm Beach Gardens, FL 33410
                                        Tel: 561-578-6850
                                        jdominguez@cohenmilstein.com

                                        Kit A. Pierson
                                        Brent W. Johnson
                                        Meghan M. Boone
                                        Cohen Milstein Sellers & Toll PLLC
                                        1100 New York Ave., NW
                                        Suite 500 West
                                        Washington, DC 20005
                                        Tel: 202-408-4600
                                        Fax: 202-408-4699
                                        kpierson@cohenmilstein.com
                                        bjohnson@cohenmilstein.com
                                        mboone@cohenmilstein.com

                                        Solomon B. Cera
                                        Gold Bennett Cera & Sidener LLP
                                        595 Market Street

2

Suite 2300
San Francisco, CA 94105
Tel: 415-777-2230
Fax: 415-777-5189
scera@gbcslaw.com

Charlotte Croson
Law Offices of Kathleen L. Bogas, PLLC
31700 Telegraph Road
Suite 160
Bingham Farms, MI 48025
Tel: 248-502-5000
Fax: 248-502-5001
ccroson@kbogaslaw.com

*Counsel for Plaintiff McGuire Bearing Company and the Proposed Class*

4

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>/s/ Manuel J. Dominguez
>Cohen Milstein Sellers & Toll, PLLC
>3507 Kyoto Gardens Drive, Suite 200
>Palm Beach Gardens, FL 33410
>jdominguez@cohenmilstein.com