## CERTIFICATE OF SERVICE

I, William E. Hoese, hereby certify on the 10[h] day of July, 2012, Direct Purchaser Plaintiffs' Notice of Voluntary Dismissal was filed electronically with the Panel's ECF system, which sends electronic notice to counsel.

Dated: July 10, 2012          /s/ William E. Hoese

94026