UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | Master File No.12-md-2311<br>Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE OF WILLIAM H. HORTON

PLEASE TAKE NOTICE that William H. Horton, of the law firm of Giarmarco, Mullins & Horton, P.C., hereby enters his appearance as counsel on behalf of Defendants Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 10, 2012

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By  /s/ William H. Horton
William H. Horton (P31567)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI  48084-5280
Phone: 248-457-7060
bhorton@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.*
*Sumitomo Electric Wintec America, Inc.*
*Sumitomo Wiring Systems, Ltd.*
*Sumitomo Electric Wiring Systems, Inc.*
*K&S Wiring Systems, Inc.*
*Sumitomo Wiring Systems (U.S.A.) Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 10, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

                  By /s/ William H. Horton
                    William H. Horton (P31567)
                    Giarmarco, Mullins & Horton, P.C.
                    Tenth Floor Columbia Center
                    101 West Big Beaver Road
                    Troy, MI  48084-5280
                    Phone: 248-457-7060
                    bhorton@gmhlaw.com

                    *Attorney for Defendants*
                    *Sumitomo Electric Industries, Ltd.*
                    *Sumitomo Electric Wintec America, Inc.*
                    *Sumitomo Wiring Systems, Ltd.*
                    *Sumitomo Electric Wiring Systems, Inc.*
                    *K&S Wiring Systems, Inc.*
                    *Sumitomo Wiring Systems (U.S.A.) Inc.*