## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |

### NOTICE OF APPEARANCE OF ELIZABETH A. FAVARO

PLEASE TAKE NOTICE that Elizabeth A. Favaro, of the law firm of Giarmarco, Mullins & Horton, P.C., hereby enters her appearance as counsel on behalf of Defendants Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 10, 2012

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By  /s/ Elizabeth A. Favaro
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI  48084-5280
Phone: 248-457-7060
efavaro@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.*
*Sumitomo Electric Wintec America, Inc.*
*Sumitomo Wiring Systems, Ltd.*
*Sumitomo Electric Wiring Systems, Inc.*
*K&S Wiring Systems, Inc.*
*Sumitomo Wiring Systems (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

By  /s/ Elizabeth A. Favaro
    Elizabeth A. Favaro (P69610)
    Giarmarco, Mullins & Horton, P.C.
    Tenth Floor Columbia Center
    101 West Big Beaver Road
    Troy, MI 48084-5280
    Phone: 248-457-7060
    efavaro@gmhlaw.com

    *Attorney for Defendants*
    *Sumitomo Electric Industries, Ltd.*
    *Sumitomo Electric Wintec America, Inc.*
    *Sumitomo Wiring Systems, Ltd.*
    *Sumitomo Electric Wiring Systems, Inc.*
    *K&S Wiring Systems, Inc.*
    *Sumitomo Wiring Systems (U.S.A.) Inc.*