UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File  No. 12-md-2311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | |

### NOTICE OF APPEARANCE OF MARGUERITE M. SULLIVAN

PLEASE TAKE NOTICE that Marguerite M. Sullivan, of the law firm Latham & Watkins LLP, hereby enters her appearance as counsel on behalf of Defendants Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 10, 2012         Respectfully submitted,

                LATHAM & WATKINS LLP


                By  */s/ Marguerite M. Sullivan*
                    Marguerite M. Sullivan (DC #49894)
                    LATHAM & WATKINS LLP
                    555 Eleventh Street NW, Suite 1000
                    Washington, DC 20004
                    Tel.: 202-637-2200
                    Fax: 202-637-2201
                    maggy.sullivan@lw.com

                    *Attorney for Defendants*
                    *Sumitomo Electric Industries, Ltd.;*
                    *Sumitomo Electric Wintec America, Inc.;*
                    *Sumitomo Wiring Systems, Ltd.;*
                    *Sumitomo Electric Wiring Systems, Inc.;*
                    *K&S Wiring Systems, Inc.; and*
                    *Sumitomo Wiring Systems (U.S.A.) Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2012 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

                By  /s/ *Marguerite M. Sullivan*
                     Marguerite M. Sullivan (DC #497894)
                     LATHAM & WATKINS LLP
                     555 Eleventh Street NW, Suite 1000
                     Washington, DC 20004
                     Tel.: 202-637-2200
                     Fax: 202-637-2201
                     maggy.sullivan@lw.com

                     *Attorney for Defendants*
                     *Sumitomo Electric Industries, Ltd.;*
                     *Sumitomo Electric Wintec America, Inc.;*
                     *Sumitomo Wiring Systems, Ltd.;*
                     *Sumitomo Electric Wiring Systems, Inc.;*
                     *K&S Wiring Systems, Inc.; and*
                     *Sumitomo Wiring Systems (U.S.A.) Inc.*