UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litig.

Plaintiff(s),  Case No. 12-md-2311

v.  Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:  Magistrate Judge
All Actions

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Sumitomo Electric Wintec America, Inc. ("SEWA")

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ✓    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Sumitomo Electric Industries, Ltd.
    Relationship with Named Party: SEWA is a wholly-owned subsidiary of Sumitomo Electric Industries, Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ✓

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 10, 2012                    /s/ Marguerite M. Sullivan

                                       DC Bar No. 497894
                                       LATHAM & WATKINS LLP
                                       555 Eleventh St. NW
                                       Suite 1000
                                       Washington, DC 20004-1304
                                       202-637-2200
                                       maggy.sullivan@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

By: /s/ Marguerite M. Sullivan
Marguerite M. Sullivan (DC #497894)
LATHAM & WATKINS LLP
555 Eleventh St. NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
maggy.sullivan@lw.com