UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | CASE NO. 12-MD-02311 <br><br> HON. MARIANNE O. BATTANI <br> HON. MONA MAJZOUB |
| This Document Relates to: <br><br> ALL AUTOMOBILE DEALER ACTIONS | |

### NOTICE OF STIPULATION CONCERNING ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO AUTOMOBILE DEALERS CONSOLIDATED CLASS COMPLAINT

The plaintiffs named in the Automobile Dealers Consolidated Class Complaint ("Automobile Dealer Plaintiffs"), as well as G.S. Electech, Inc. and G.S.W. Manufacturing, Inc., named as defendants in the Automobile Dealers Consolidated Class Complaint, hereby enter into the following stipulation, pending approval by the Court:

1. Porter Wright Morris & Arthur, LLP will accept service of process, in satisfaction of the requirements of Fed. R. Civ. P. 4(c) and 4(h), of the Automobile Dealers Consolidated Class Complaint and accompanying summonses for G.S. Electech, Inc. and G.S.W. Manufacturing, Inc., on the date this stipulation is approved and entered by the Court ("Service Date").

2. G.S. Electech, Inc. will have 90 days from the Service Date to answer or otherwise move with respect to the Automobile Dealers Consolidated Class Complaint.

3. G.S.W. Manufacturing, Inc. will have 90 days from the Service Date to answer or otherwise move with respect to the Automobile Dealers Consolidated Class Complaint.

4. Automobile Dealer Plaintiffs will provide G.S. Electech, Inc. with a certified Japanese translation of the Automobile Dealers Consolidated Class Complaint.

5. Automobile Dealer Plaintiffs agree that, aside from the defenses of insufficient service of process and insufficient process, G.S. Electech, Inc. and G.S.W. Manufacturing, Inc. do not waive any defenses including venue, jurisdiction and any other defenses or objections permitted under the Federal Rules of Civil Procedure including but not limited to Federal Rule of Civil Procedure 12.

A proposed order consistent with this stipulation will be submitted to the Court.

Stipulated to by:

*Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc.:*

By:   /s/Donald M. Barnes
Donald M. Barnes
Salvatore A. Romano
Porter Wright Morris & Arthur LLP
1919 Pennsylvania Ave. N.W., Suite 500
Washington, D.C. 20006-3434
Phone: (202) 778-3056
Fax: (202) 778-3063
Email: dbarnes@porterwright.com
       sromano@porterwright.com


*Automobile Dealer Plaintiffs:*

By   /s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201

Email: gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

Don Barrett
David McMullan
Brian Herrington
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Email: dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Dewitt Lovelace
Alex Peet
Lovelace Law Firm, P.A.
12870 US Hwy 98 West, Ste. 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Email: dml@lovelacelaw.com
alex@lovelacelaw.com


Richard Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road. Ste. 1011
Oxford, Mississippi 38655
Phone:(662) 380-5018
Fax: (866) 430-5459
Email: rrb@rrblawfirm.net

Phillip Duncan
Richard Quintus
Duncan Firm, P.A.
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
Email: phillip@duncanfirm.com
richard@duncanfirm.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
Email: jonc@cuneolaw.com
Vicky@cuneolaw.com
joel@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Email: sraiter@larsonking.com
psand@larsonking.com

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
Email: tomthrash@sbcglobal.net

Charles Barrett
Charles Barrett, P.C.
6518 Highway 100
Suite 210
Nashville, Tennessee 37205
Telephone: (615) 515-3393
Email: charles@cfbfirm.com


Daniel Cohen
Cuneo Gilbert & LaDuca, LLP

George A. Barton
Stacey Burrows
Law Offices of George A. Barton, P.C.
4435 Main St.
Suite 920
One Main Plaza
Kansas City, MO
64111
Phone: (816) 300-6253
Fax: (816) 300-6259
Email: gab@georgebartonlaw.com
stacy@georgebartonlaw.com

*Additional Counsel for Dale Martens Nissan Subaru, Inc., Green Team of Clay Center, Inc. and Herb Hallman Chevrolet, Inc. d/b/a Champion Chevrolet*

Bethesda, Maryland
8120 Woodmont Ave
Suite 810
Bethesda, MD 20814
Phone: (202) 789-3960
Email: danielc@cuneolaw.com

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
Phone: (202) 789-3960
Fax: (202) 789-1813
Email: mflannery@cuneolaw.com

Gregory Johnson
G. Johnson Law, PLLC
6688 145th Street West,
Apple Valley, MN 55124
Telephone: (952) 930-2485
Email: greg@gjohnsonlegal.com

*Attorneys for Plaintiffs and Proposed Class*