UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litig.

        Plaintiff(s),             Case No. 12-md-2311

v.                                          Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:        Magistrate Judge
All Actions

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, K&S Wiring Systems, Inc. ("K&S")

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑      No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Sumitomo Electric Industries, Ltd. ("SEI")
    Relationship with Named Party: K&S is an affiliate of SEI.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 10, 2012                          /s/ Marguerite M. Sullivan

                                                   DC Bar No. 497894
                                                   LATHAM & WATKINS LLP
                                                   555 Eleventh St. NW
                                                   Suite 1000
                                                   Washington, DC 20004-1304
                                                   202-637-2200
                                                   maggy.sullivan@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2012, I caused a true and correct copy of the foregoing STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: July 10, 2012

        By:   /s/ Marguerite M. Sullivan
        Marguerite M. Sullivan (DC #497894)
        LATHAM & WATKINS LLP
        555 Eleventh St. NW
        Suite 1000
        Washington, DC 20004-1304
        202-637-2200
        maggy.sullivan@lw.com