# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS ANTITRUST
LITIGATION

_____

Product(s):

WIRE HARNESS SYSTEMS

This Document Relates to:

ALL ACTIONS

CASE NO. 12-MD-02311

HON. MARIANNE O. BATTANI

## CASE MANAGEMENT ORDER NO. 2 FOR ALL DIRECT PURCHASER, AUTOMOBILE DEALER AND END-PAYOR ACTIONS

Pursuant to Federal Rule of Civil Procedure 16, the Court conducted a case management conference ("Case Management Conference") in *In re: Automotive Parts Antitrust Litigation*, 12-md-02311 ("MDL No. 2311") on June 15, 2012.

Upon review of the submissions of the parties and the arguments of counsel, it is HEREBY ORDERED:

1.      All cases in MDL No. 2311 involving automotive wire harness system products will be subject to a separate pre-trial schedule and handled separately and apart from cases involving automotive parts other than automotive wire harness system products.

2.      The Court's Clerk is directed to establish a separate case number, docket and ECF filing protocol for all cases involving automotive wire harness system products and separate case numbers, dockets and ECF filing protocols for cases involving each other automotive part product included in MDL No. 2311, and to place the ECF filings in all cases involving automotive wire harness system products filed or entered prior to and after the date of this Order in the separate docket established for such cases.

3.      For the reasons stated during the Case Management Conference, the Court hereby approves and enters the Stipulation and Protective Order attached to this Order as "Exhibit A." Exhibit A applies to all cases in MDL No. 2311 involving automotive wire harness system products.

4.      For the reasons stated during the Case Management Conference, the Court hereby approves and enters the Initial Discovery Plan attached to this Order as "Exhibit B."  Exhibit B applies to all cases in MDL No. 2311 involving automotive wire harness system products.

5.      Plaintiffs are directed to submit to the Court a chart illustrating the status of service on all defendants in all of the automotive wire harness system products cases included in MDL 2311.

6.      Motion to Dismiss Briefing Page Limits:  The following page limits shall apply to motion to dismiss briefing in the automotive wire harness system products cases included in MDL 2311:

a.      Collective briefs on collective issues:  Opening briefs and opposition briefs shall be limited to a maximum of 40 pages.  Reply briefs shall be no more than 15 pages.

b.      Briefs filed by individual defendants:  Opening briefs and opposition briefs shall be limited to a maximum of 20 pages.  Reply briefs shall be no more than 10 pages.

Date: <u>July 10, 2012</u>                          <u>s/Marianne O. Battani</u>
                                                 MARIANNE O. BATTANI
                                                 UNITED STATES DISTRICT JUDGE