# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION

_____

PRODUCT(S):

WIRE HARNESS SYSTEMS

_____

This Document Relates to:

ALL END-PAYOR ACTIONS

CASE NO. 12-MD-02311

HON. MARIANNE O. BATTANI
HON. MONA MAJZOUB

## STIPULATED ORDER CONCERNING ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO END-PAYOR PLAINTIFFS' CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

WHEREAS End-Payor Plaintiffs have served Defendants G.S. Wiring Systems Inc. and G.S. Manufacturing Inc. with their Corrected Consolidated Amended Class Action Complaint ("Consolidated Complaint");

End-Payor Plaintiffs and Defendants G.S. Electech, Inc., G.S. Wiring Systems Inc. and G.S.W. Manufacturing Inc. (collectively, "Stipulating Defendants"), by and through their undersigned counsel, stipulate to the following:

1. Porter Wright Morris & Arthur, LLP shall accept service of process, in satisfaction of the requirements of Fed. R. Civ. P. 4(c) and 4(h), of the Consolidated Complaint and accompanying summonses for G.S. Electech, Inc. on the date this stipulation is approved and entered by the Court ("Service Date").

2. The Stipulating Defendants will have 90 days from the Service Date to answer or otherwise move with respect to the End-Payor Plaintiffs' Consolidated Complaint.

3. End-Payor Plaintiffs will provide G.S. Electech, Inc. with a copy of a certified Japanese translation of the End-Payor Plaintiffs' Consolidated Complaint.

4. End-Payor Plaintiffs agree that, aside from the defenses of insufficient service of process and insufficient process, the Stipulating Defendants do not waive any defenses including venue, jurisdiction and any other defenses or objections permitted under the Federal Rules of Civil Procedure, including but not limited to, Federal Rule of Civil Procedure 12.

**SO ORDERED:**

Dated:  July 10, 2012

s/Marianne O. Battani
Honorable Marianne O. Battani
United States District Judge

**SO STIPULATED:**

Dated: 7/10/12

By:   /s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone:  (248) 841-2200
Facsimile:  (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Phone:  (212) 907-0700
Facsimile:  (212) 818-0477
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

2

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1900
Facsimile:  (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
**COTCHETT, PITRE &
  McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
williams@cpmlegal.com
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for End-Payor Plaintiffs and the Putative Classes*

Dated: 7/10/12                     By:   /s/ Donald M. Barnes
Donald M. Barnes
Salvatore A. Romano
**PORTER WRIGHT MORRIS & ARTHUR LLP**
1919 Pennsylvania Ave. N.W., Suite 500
Washington, D.C. 20006-3434
Phone: (202) 778-3056

                                          Fax: (202) 778-3063  
                                        Email:  dbarnes@porterwright.com  
                                                   sromano@porterwright.com

*Attorneys for  G.S. Electech, Inc., G.S. Wiring Systems Inc. and G.S.W. Manufacturing Inc.*