# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>MDL No. 2311 | Case No. 12-MD-02311<br>Hon. Marianne O. Battani<br>Hon. Mona Majzoub |

## APPEARANCE OF DANTE A. STELLA

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Dante A. Stella of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 11, 2012                                    DYKEMA GOSSETT PLLC

                                                  By: /s/ Dante A. Stella _____
                                                      Dante A. Stella (P60443)
                                                      Attorneys for Defendant Lear Corporation
                                                      400 Renaissance Center
                                                      Detroit, Michigan  48243-1668
                                                      (313) 568-6693
                                                      (313) 568-6701 - facsimile
                                                      *email*:   dstella@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 11, 2012    DYKEMA GOSSETT PLLC

By: _/s/  Dante A. Stella_____
Dante A. Stella (P60443)
Attorneys for Defendant Lear Corporation
400 Renaissance Center
Detroit, Michigan  48243-1668
(313) 568-6693
(313) 568-6701 - facsimile
*email*:   dstella@dykema.com

DET01\1078448.1
ID\DAST - 012796\0999