UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 |
| PRODUCT(S): WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: Direct Purchaser Actions | |

**RESPONSE OF DIRECT PURCHASER LEAD AND LIAISON COUNSEL TO: MOTION FOR LEAVE TO FILE AN OPPOSITION TO WIRE HARNESS LITIGATION PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER NO. 3 (DKT. NO. 184)**

Plaintiffs' Lead and Liaison counsel for the automotive wire harness direct purchaser cases do not oppose the Motion for Leave to File an Opposition to Wire Harness Litigation Plaintiffs' Motion for Case Management Order No. 3 (Dkt. No. 184), which was filed by the law firms that filed the Complaint in *McGuire Bearing Co. v. Jtekt Corporation*, C.A. No. 2:12-cv-12932-JAC-MAR (E.D. Mi.), currently before Judge Cook.

If the Court grants the Motion for Leave to File, Plaintiffs' Lead and Liaison counsel for the automotive wire harness direct purchasers intend to file a Reply in Support of Request for Entry of CMO No. 3 within 14-days after the entry of the Order granting the Motion for Leave to File, unless the Court directs otherwise.

Dated: July 11, 2012                    Respectfully submitted,

| | |
|---|---|
| Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br><br>Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>     & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | /s/ David H. Fink<br>David H. Fink (P28235)<br>Darryl Bressack (P67820)<br>FINK + ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>(248) 971-2500<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com<br><br>Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>  & PACHIOS LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>(207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com<br><br>Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>     & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**CERTFICATE OF SERVICE**

      I hereby certify that on July 11, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                                        FINK + ASSOCIATES LAW

                                                        By: /s/David H. Fink  
                                                        David H. Fink (P28235)  
                                                        Darryl Bressack (P67820)  
                                                        Counsel for Plaintiffs  
                                                        100 West Long Lake Road, Suite111  
                                                        Bloomfield Hills, MI  48304  
                                                        (248) 971-2500  
                                                        dfink@finkandassociateslaw.com