UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| _____ | : | Master File No. 12-md-02311 |
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | |
| _____ | : : | |
| PRODUCT(S): | : : | |
| AUTOMOTIVE WIRE HARNESS SYSTEMS | : : : | |
| _____ | : : | |
| This Document Relates to: | : : | |
| ALL AUTOMOBILE DEALER ACTIONS | : : | |
| _____ | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Automobile Dealer Plaintiffs hereby give notice of their voluntary dismissal of defendant S-Y Systems Technologies America LLC ("SYSTA") from this action.  Dismissal of this action against SYSTA is without prejudice and the Automobile Dealer Plaintiffs and SYSTA shall bear their own attorneys' fees and costs.  SYSTA has not filed an answer or motion for summary judgment with respect to the Automobile Dealer Plaintiffs' Consolidated Class Complaint or any other complaint filed by the Automobile Dealer Plaintiffs in this action.

Dated:  July 12, 2012

CLI-2001587v1

- 2 -

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONINGMAN ROSSMAN
    AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

| | |
|---|---|
| Don Barrett<br>David McMullan<br>Brian Herrington<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>(662) 834-2488<br>dbarrett@barrettlawgroup.com<br>bherrington@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com | Jonathan W. Cuneo<br>Joel Davidow<br>Victoria Romanenko<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC 20002<br>(202) 789-3960<br>jonc@cuneolaw.com<br>Joel@cuneolaw.com<br>Vicky@cuneolaw.com<br><br>Shawn M. Raiter<br>Paul A. Sand<br>Larson ● King, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>(651) 312-6500<br>sraiter@larsonking.com<br>psand@larsonking.com |

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**