UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____  :   Master File No. 12:md-02311
                                   :
IN RE AUTOMOTIVE WIRE              :
HARNESS SYSTEMS ANTITRUST          :   Judge Marianne O. Battani
LITIGATION                       : :
_____  :   Magistrate Judge Mona Majzoub
                                   :
THIS DOCUMENT RELATES TO:          :
                                   :
All Automobile Dealer Actions      :
_____  :

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2012 I caused the foregoing papers to be electronically

filed with the Clerk of the Court using the ECF system which will send electronic notices of same

to all counsel of record.


/s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
**gmantese@manteselaw.com**