UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Automotive Wire Harness Systems,<br><br>All Direct Purchaser Actions | Master File No. 12:md-02311 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Direct Purchaser Plaintiffs hereby give notice of their voluntary dismissal of Defendant S-Y Systems Technologies America LLC from this action. Dismissal of this action against S-Y Systems Technologies America LLC is without prejudice and the Direct Purchaser Plaintiffs and S-Y Systems Technologies America LLC shall bear their own attorneys' fees and costs. S-Y Systems Technologies America LLC has not filed an answer or a motion for summary judgment with respect to any of the Direct Purchaser Plaintiffs' complaints.

Dated: July 12, 2012

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>  & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com | /s/ William E. Hoese<br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |

94218

| | |
|---|---|
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>   & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>   & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

Interim Class Counsel for the Direct Purchaser Class