## CERTIFICATE OF SERVICE

I, William E. Hoese, hereby certify on the 12th day of July, 2012, Defendant S-Y Systems Technologies America LLC Notice of Voluntary Dismissal was filed electronically with the Panel's ECF system, which sends electronic notice to counsel.

Dated: July 12, 2012                             /s/ William E. Hoese

94228