**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| PRODUCT(S):<br>WIRE HARNESS SYSTEMS |  |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF APPEARANCE OF ATLEEN KAUR** |

**APPEARANCE**

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Atleen Kaur of Yazaki North America, Inc. ("YNA"), as counsel on behalf of YNA in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 12, 2012              YAZAKI NORTH AMERICA, INC.

                                  By: /s/ Atleen Kaur
                                  Atleen Kaur (State Bar No. P66595)
                                  Yazaki North America, Inc.
                                  6801 N. Haggerty Road
                                  Canton, MI 48187
                                  734-983-4622
                                  734-983-4623 (facsimile)
                                  *Email*:  Atleen.kaur@us.yazaki.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2012, I electronically filed my Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: July 12, 2012                      YAZAKI NORTH AMERICA, INC.

                                            By: /s/ Atleen Kaur
                                            Atleen Kaur (State Bar No. P66595)
                                            Yazaki North America, Inc.
                                            6801 N. Haggerty Road
                                            Canton, MI 48187
                                            734-983-4622
                                            734-983-4623 (facsimile)
                                            *Email:*  Atleen.kaur@us.yazaki.com