**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| PRODUCT(S): <br> WIRE HARNESS SYSTEMS | CASE NO. 12-MD-02311 <br><br> HON. MARIANNE O. BATTANI |
| This Document Relates to: <br><br> *Technical Aids to Independence, Inc. v. Delphi Automotive LLP et al.* <br> *Civil Action No. 2:11-cv-15428* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO TECHNICAL AIDS TO INDEPENDENCE, INC.**

PLEASE TAKE NOTICE that plaintiff Technical Aids to Independence, Inc., by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Technical Aids to Independence, Inc.'s action has been consolidated into *In re: Automotive Parts Antitrust Litigation*, Master Docket No. 12-cv-02311. Defendants have not served an answer or motion for summary judgment to Technical Aids to Independence, Inc.'s complaint. Technical Aids to Independence, Inc. reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Technical Aids to Independence, Inc. has filed this Notice under the individual docket number listed in the caption above**.** The following individual docket can now be closed: 2:11-cv-15428.

1

| | |
|---|---|
| Dated: July 12, 2012 | /s/ David H. Fink<br>David H. Fink (P28235)<br>Darryl Bressack (P67820)<br>FINK + ASSOCIATES LAW<br>100 West Long Lake Road; Ste. 111<br>Bloomfield Hills, MI 48304<br>(248) 971-2500<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com<br><br>**Direct Purchaser Interim Liaison Counsel** |
| Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>  & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>  & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>  & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**Direct Purchaser Interim Lead Counsel**

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2012, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                          FINK + ASSOCIATES LAW

                          /s/ David H. Fink_____
                          David H. Fink (P28235)
                          Darryl Bressack (P67820)
                          FINK + ASSOCIATES LAW
                          100 West Long Lake Road; Ste. 111
                          Bloomfield Hills, MI 48304
                          (248) 971-2500
                          dfink@finkandassociateslaw.com
                          dbressack@finkandassociateslaw.com