## CERTIFICATE OF SERVICE

  I hereby certify that on July 12, 2012, I electronically filed S-Y Systems Technologies Europe GmbH's Statement of Disclosure of Corporate Affiliations and Financial Interest with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: July 12, 2012       By: /s/ *Michael J. Fanelli*
                Michael J. Fanelli
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, NW
                Washington, DC 20004
                Tel: (202) 662-6000
                Fax: (202) 662-6291
                mfanelli@cov.com

                *Attorneys for Defendant*
                S-Y Systems Technologies Europe GmbH