UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS   Master File No. 12-md-02311
ANTITRUST LITIGATION   Honorable Marianne O. Battani

In Re:  Wire Harness Cases

## APPEARANCE OF WILLIAM A. SANKBEIL

Please enter the Appearance of William A. Sankbeil of Kerr, Russell and Weber, P.L.C. as co-counsel for Defendant Fujikura Ltd. and Fujikura America, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

KERR, RUSSELL AND WEBER, PLC

By: */s/William A. Sankbeil*
    William A. Sankbeil (P19882)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
was@krwlaw.com

Dated:  July 13, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2012, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

                                                          By: */s/William A. Sankbeil*
                                                                William A. Sankbeil (P19882)
                                                               was@krwlaw.com