UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

In Re:  Wire Harness Cases

---

### APPEARANCE OF MATTHEW L. POWELL

Please enter the Appearance of Matthew L. Powell of Kerr, Russell and Weber, P.L.C. as co-counsel for Defendants Fujikura Ltd. and Fujikura America, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

KERR, RUSSELL AND WEBER, PLC

By: */s/Matthew L. Powell*
     Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
mlp@krwlaw.com

Dated:  July 13, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2012, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/Matthew L. Powell*
Matthew L. Powell (P69186)
mlp@krwlaw.com