**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | Lead Case: W:12-cv-10000-MOB-MKM |
| THIS DOCUMENT RELATES TO: <br><br> All Cases | **Oral Argument Requested** |

**DEFENDANT FUJIKURA AMERICA, INC.'s MOTION TO DISMISS ALL ACTIONS**

**INDEX OF EXHIBITS**

EXHIBIT A  *In re Travel Agent Comm'n Antitrust Litig.*,
    MDL Docket No. 1561, No. 1:03 CV 30000, 2007 WL 3171675 (N.D. Ohio Oct. 29, 2007)

EXHIBIT B  Plea Agreement, *United States v. Fujikura Ltd.*,
    Criminal No. 12-20254 (E.D. Mich. June 21, 2012)