# EXHIBIT A

**EXHIBIT A**
**PART 1: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF PLAINTIFFS'**
**INDIVIDUAL STATE LAW ANTITRUST CLAIMS**

| | Which Plaintiffs Asserted a Claim[1] | Plaintiffs Fail to Plead Injury-In-Fact (Section II.A) | No Named Resident Plaintiff for Claim Alleged (Section II.B) | Component Purchasers Lack Antitrust Standing (Section III.A & Exhibit D) | *Illinois Brick* Bars Indirect Purchaser Suits (III.B) | Cannot Assert Retroactive Claim (Section III.C & Exhibit E) | Insufficient Nexus Between Alleged Conduct & Intrastate Commerce (Section III.D & Exhibit F) | Cannot Maintain Claim as Class Action (Section III.E) |
|---|---|---|---|---|---|---|---|---|
| Arizona | AD; EP | AD; EP | | AD; EP | | | | |
| California | AD; EP | AD; EP | | AD; EP | | | | |
| D.C. | AD; EP | AD; EP | EP | AD; EP | | | AD; EP | |
| Hawaii | AD; EP | AD; EP | AD | AD; EP | | AD; EP | | |
| Illinois | AD | AD | | AD | | | | AD |
| Iowa | AD; EP | AD; EP | | AD; EP | | | | |
| Kansas | AD; EP | AD; EP | | AD; EP | | | | |
| Maine | AD; EP | AD; EP | AD | AD; EP | | | | |
| Massachusetts | EP | EP | | | EP | | EP | |
| Michigan | AD; EP | AD; EP | | AD; EP | | | | |
| Minnesota | AD; EP | AD; EP | | | | | | |
| Mississippi | AD; EP | AD; EP | | AD; EP | | | AD; EP | |
| Missouri | AD | AD | | | AD | | | |
| Nebraska | AD; EP | AD; EP | | AD; EP | | AD; EP | | |
| Nevada | AD; EP | AD; EP | | AD; EP | | | AD; EP | |
| New Hampshire | AD; EP | AD; EP | | AD; EP | | AD; EP | | |
| New Mexico | AD; EP | AD; EP | | AD; EP | | | | |
| New York | AD; EP | AD; EP | | AD; EP | | | AD; EP | |
| North Carolina | AD; EP | AD; EP | | AD; EP | | | AD; EP | |
| North Dakota | AD; EP | AD; EP | AD | AD; EP | | | | |
| Oregon | AD; EP | AD; EP | | AD; EP | | | | |
| South Dakota | AD; EP | AD; EP | | AD; EP | | | AD | |

---

[1] The listing of claims in this column in all pages of Exhibit A is based on the broadest reading of the complaints and is not a concession by Defendants regarding which claims Plaintiffs have brought.

| | Which Plaintiffs Asserted a Claim[1] | Plaintiffs Fail to Plead Injury-In-Fact (Section II.A) | No Named Resident Plaintiff for Claim Alleged (Section II.B) | Component Purchasers Lack Antitrust Standing (Section III.A & Exhibit D) | *Illinois Brick* Bars Indirect Purchaser Suits (III.B) | Cannot Assert Retroactive Claim (Section III.C & Exhibit E) | Insufficient Nexus Between Alleged Conduct & Intrastate Commerce (Section III.D & Exhibit F | Cannot Maintain Claim as Class Action (Section III.E) |
|---|---|---|---|---|---|---|---|---|
| Tennessee | AD; EP | AD; EP | | AD; EP | | | AD | |
| Utah | AD; EP | AD; EP | | AD; EP | | AD; EP | | |
| Vermont | AD; EP | AD; EP | AD | AD; EP | | | | |
| West Virginia | AD; EP | AD; EP | | AD; EP | | | AD; EP | |
| Wisconsin | AD; EP | AD; EP | | AD; EP | | | | |

PART 2: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF PLAINTIFFS' INDIVIDUAL STATE LAW CONSUMER PROTECTION CLAIMS

| | Which Plaintiffs Asserted a Claim | Failure to Plead Injury-In-Fact (Section II.A) | No Named Resident Plaintiff for Claim Alleged (Section II.B) | Failure To Meet Pleading Standards (Fraud, Deceit, Unconscionable Conduct, Or Other Aggravating Circumstances) (Sections IV.A-B, D & Exhibits H & I) | Antitrust Claim Recast as Consumer Protection Claims Not Permitted (Section IV.C & Exhibit J) | Failure to Allege Nexus Between Conduct & Intrastate Commerce (Section IV.E & Exhibit G) | Businesses May Not Bring Claim (Section IV.F & Exhibit K) | Component Purchasers' Claim are Too Remote (Section IV.G) | Cannot Maintain Claim as Class Action (Section IV.H) |
|---|---|---|---|---|---|---|---|---|---|
| Arizona | AD | AD | | | AD | | | | |
| Arkansas | AD | AD | | AD | AD | | | AD | |
| California | AD; EP | AD; EP | | | | AD; EP | | | |
| D.C. | EP | EP | EP | EP | | | | | |
| Florida | AD; EP | AD; EP | | AD; EP | | | | | |
| Hawaii | AD; EP | AD; EP | AD | | | | | | |
| Iowa | AD | AD | | | | | AD | | |
| Kansas | AD | AD | | AD | AD | | AD | | AD |
| Massachusetts | AD; EP | AD; EP | | | | | AD | | |
| Michigan | AD | AD | | AD | AD | | AD | | |
| Minnesota | AD | AD | | AD | AD | | | | |
| Mississippi | AD | AD | | | | | AD | | AD |
| Missouri | AD; EP | AD; EP | | | | | AD | | |
| Montana | AD; EP | AD; EP | AD | | | AD; EP | AD | | AD; EP |
| Nebraska | AD | AD | | | | | | AD | |
| New Hampshire | AD | AD | | | | AD | | | |
| New Mexico | AD; EP | AD; EP | | AD; EP | AD; EP | | | | |
| New York | AD; EP | AD; EP | | AD; EP | | AD; EP | | AD; EP | |
| North Carolina | AD; EP | AD; EP | | AD; EP | | AD; EP | | | |
| North Dakota | AD | AD | AD | AD | | | | | |
| Rhode Island | EP | EP | | | EP | | | | |
| South Carolina | AD | AD | AD | | | | | | AD |
| South Dakota | AD | AD | | AD | AD | | | | |
| Vermont | AD; EP | AD; EP | AD | | | | | AD; EP | |

A-3

PART 3: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF PLAINTIFFS' UNJUST ENRICHMENT CLAIMS

| | Which Plaintiffs Asserted a Claim | Plaintiffs Fail to Plead Injury In Fact (Section II.A) | No Named Resident Plaintiff for Claim Alleged (Section II.B) | Plaintiffs Fail to Identify Any State Law in Support of Claim (Section V.A) | Autonomous and/or Parasitic Claim Barred (Section V.B) | Claim Barred Where Party Received the Benefit of Its Bargain (Section V.C and Exhibit L) | Claim Unavailable Where No Direct Conferral of Benefit (Section V.D & Exhibit M) | Claim Fails For Other Reasons (Section V.E) |
|---|---|---|---|---|---|---|---|---|
| Arizona | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | AD; EP |
| Arkansas | AD | AD | | AD | AD | AD | | |
| California | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | AD; EP |
| D.C. | AD; EP | AD; EP | EP | AD | AD; EP | AD; EP | | |
| Florida | AD; EP | AD; EP | | AD | AD; EP | AD; EP | AD; EP | |
| Hawaii | AD; EP | AD; EP | AD | AD | AD; EP | | | |
| Illinois | AD | AD | | AD | AD | AD | | |
| Iowa | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| Kansas | AD; EP | AD; EP | | AD | AD; EP | AD; EP | AD; EP | |
| Maine | AD; EP | AD; EP | AD | AD | AD; EP | | AD; EP | |
| Massachusetts | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| Michigan | AD; EP | AD; EP | | AD | AD; EP | AD; EP | AD; EP | |
| Minnesota | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| Mississippi | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | AD; EP |
| Missouri | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| Montana | AD; EP | AD; EP | AD | AD | AD; EP | | | |
| Nebraska | AD; EP | AD; EP | | AD | AD; EP | | | |
| Nevada | AD; EP | AD; EP | | AD | AD; EP | | | |
| New Hampshire | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| New Mexico | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| New York | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | AD; EP |
| North Carolina | AD; EP | AD; EP | | AD | AD; EP | AD; EP | AD; EP | |
| North Dakota | AD; EP | AD; EP | AD | AD | AD; EP | AD; EP | AD; EP | |
| Oregon | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |
| Rhode Island | EP | EP | | | EP | EP | | |
| South Carolina | AD | AD | AD | AD | AD | AD | | AD |
| South Dakota | AD; EP | AD; EP | | AD | AD; EP | AD; EP | | |

A-4

| | Which Plaintiffs Asserted a Claim | Plaintiffs Fail to Plead Injury In Fact (Section II.A) | No Named Resident Plaintiff for Claim Alleged (Section II.B) | Plaintiffs Fail to Identify Any State Law in Support of Claim (Section V.A) | Autonomous and/or Parasitic Claim Barred (Section V.B) | Claim Barred Where Party Received the Benefit of Its Bargain (Section V.C and Exhibit L) | Claim Unavailable Where No Direct Conferral of Benefit (Section V.D & Exhibit M) | Claim Fails For Other Reasons (Section V.E) |
|---|---|---|---|---|---|---|---|---|
| Tennessee | AD; EP | AD; EP | | AD | AD; EP | | | AD; EP |
| Utah | AD; EP | AD; EP | | AD | AD; EP | AD; EP | AD; EP | |
| Vermont | AD; EP | AD; EP | AD | AD | AD; EP | AD; EP | | |
| West Virginia | AD; EP | AD; EP | | AD | AD; EP | | | AD; EP |
| Wisconsin | AD; EP | AD; EP | | AD | AD; EP | | | |