# EXHIBIT B

**EXHIBIT B**
**INDEX OF AUTHORITIES CITED IN APPENDICES**

**CASES**

*A & M Supply Co. v. Microsoft Corp.*,
   No. 274164, 2008 WL 540883 (Mich. Ct. App. Feb. 28, 2008) (Ex. N) ............................... M-2

*Am. Safety Ins. Serv., Inc. v. Griggs*,
   959 So. 2d 322 (Fla. Dist. Ct. App. 2007) ...................................................................... L-2, M-1

*Am. Council, Certified Podiatric Physicians v. Am. Board Podiatric Surgery, Inc.*,
   185 F.3d 606 (6th Cir. 1999) ............................................................................................... D-1

*Apache Corp. v. MDU Res. Group, Inc.*,
   603 N.W.2d 891 (N.D. 1999) .............................................................................................. M-2

*Arena Res., Inc. v. Obo, Inc.*,
   238 P.3d 357 (N.M. Ct. App. 2010) ...................................................................................... L-3

*Baker Const. Co., Inc. v. City of Burlington*,
   683 S.E.2d 790 (N.C. Ct. App. 2009) .................................................................................. M-2

*Beckler v. Visa U.S.A. Inc.*,
   No. Civ. 09-04-C-00030, 2004 WL 2475100 (N.D. Dist. Ct. Sept. 21, 2004) (Ex. P) .......... D-2

*Bray Lines Inc. v. Utah Carriers, Inc.*,
   739 P.2d 1115 (Ut. Ct. App. 1987) ...................................................................................... L-4

*Britt v. Britt*,
   359 S.E.2d 467 (N.C. 1987) .................................................................................................. L-3

*Brooks v. Valley Nat'l Bank*,
   548 P.2d 1166 (Ariz. 1976) ........................................................................................... L-1, L-2

*Brown & Root Indus. Serv. v. Indus. Comm'n*,
   947 P.2d 671 (Utah 1997) ..................................................................................................... E-2

*Byre v. City of Chamberlain*,
   362 N.W.2d 69 (S.D. 1985) .................................................................................................. D-2

*California v. Infineon Techs. AG*,
   No. C 06-4333 PJH, 2008 WL 1766775 (N.D. Cal. Apr. 15, 2008) (Ex. Q) .......................... E-2

*California v. Infineon Techs. AG.*,
   531 F. Supp. 2d 1124 (N.D. Cal. 2007) .......................................................................... F-1, F-2

*Ciardi v. F. Hoffmann La Roche, Ltd.*,
    762 N.E.2d 303 (Mass. 2002) ................................................................. K-1

*Ciardi v. Hoffman LaRoche*,
    No. 993244, 2000 WL 33162197 (Mass. Super. Ct. 2000) ...................................... F-1

*Clapp v. Goffstown Sch. Dist.*,
    977 A.2d 1021 (N.H. 2009) ..................................................................... L-3

*Cmty. Builders, Inc. v. Indian Motocycle Associates, Inc.*,
    692 N.E.2d 964 (Mass. App. Ct. 1998) ........................................................ L-2

*Concrete Prods. Co. v. Salt Lake Cnty*,
    734 P.2d 910 (Utah 1987) ..................................................................... M-2

*Cornelison v. Visa U.S.A. Inc.*,
    Hearing Transcript, No. CIV 03-1350 (S.D. Cir. Ct. 2004) (Ex. S) ....................... D-2

*Dahlgren v. Audiovox Commc'ns Corp.*,
    No. 2002 CA 007884 B, 2012 WL 2131937 (D.C. Super. Ct. March 15, 2012) (Ex. T) ........ L-2

*Dalton v. Camp*,
    548 S.E.2d 704 (N.C. 2001) .................................................................... I-1

*Duke Energy Int'l, L.L.C. v. Napoli*,
    748 F. Supp. 2d 656 (S.D. Tex. 2010) ........................................................ G-1

*E-Shops Corp. v. U.S. Bank Nat'l Ass'n*,
    795 F. Supp. 2d 874 (D. Minn. 2011) ......................................................... H-1

*Extraordinary Title Serv., LLC v. Fla Power & Light Co.*,
    1 So. 3d 400 (Fla. Dist. Ct. App. 2009) ..................................................... M-1

*Ferola v. Allstate Life Ins. Co.*,
    No. 050996, 2007 WL 2705534 (Mass. Super. Ct. Aug. 30, 2007) (Ex. U) ................... L-2

*Freeman Indus. v. Eastman Chem. Co.*,
    172 S.W. 3d 512 (Tenn. 2005) ................................................................. F-2

*Frein v. Windsor Weeping Mary LP*,
    2009 Ark. App. 774 (Ark. Ct. App. 2009) .................................................... L-1

*Fucile v. Visa U.S.A., Inc.*,
    No. 51560-03-CNC, 2004 WL 3030037 (Vt. Super. Ct. Dec. 27, 2004) (Ex. V) .............. D-2

*Glenwood Farms, Inc. v. Ivey*,
    228 F.R.D. 47 (D. Me. 2005) .................................................................. M-1

*Goshen v. Mut. Life Ins. Co.*,
  774 N.E.2d 1190 (N.Y. 2002) ........................................................................... G-1

*Hawaii Med. Assoc. v. Hawaii Med. Serv. Assoc., Inc.*,
  148 P.3d 1179 (Haw. 2006) ................................................................................ E-1

*High v. Davis*,
  584 P.2d 725 (Or. 1978) ..................................................................................... L-3

*Ho v. Visa U.S.A. Inc.*,
  2004 WL 1118534 (N.Y. Sup. Ct. Apr. 21, 2004) (Ex. W) .................................. D-2

*Howard v. Turnbull*,
  316 S.W.3d 431 (Mo. Ct. App. 2010) ................................................................. L-3

*H-Quotient, Inc. v. Knight Trading Group, Inc.*,
  No. 03 Civ.5889 (DAB), 2005 WL 323750 (S.D.N.Y. Feb. 9, 2005) (Ex. X) ........................ F-1

*In re Aftermarket Filters Antitrust Litig.*,
  No. 08 C 4883, 2010 WL 1416259  (N.D. Ill. Apr. 1, 2010) (Ex. Y) ...........................M-1, M-2

*In re Dynamic Random Access Memory Antitrust Litig.*,
  516 F. Supp. 2d 1072 (N.D. Cal. 2007) ........................................................... F-2, J-2

*In re Dynamic Random Access Memory Antitrust Litig.*,
  536 F. Supp. 2d 1129 (N.D. Cal. 2008) ............................................................. D-1

*In re Graphics Processing Units (GPU) Antitrust Litig.*,
  527 F. Supp. 2d 1011 (N.D. Cal. 2007) ...................................................... I-1, J-1, J-2

*In re Intel Corp. Microprocessor Antitrust Litig.*,
  496 F. Supp. 2d 404 (D. Del. 2007) ................................................................... L-1

*In re Magnesium Oxide Antitrust Litig.*,
  Civ. No. 10-5943, 2011 U.S. Dist. LEXIS 121373 (D.N.J. 2011) (Ex. BB) ........................ D-1

*In re Microsoft Corp. Antitrust Litig.*,
  No. MDL 1332, Civ. JFM 03-741 through 03-748, 2003 WL 22070561 (D. Md. Aug.
  22, 2003) (Ex. CC) ............................................................................................ F-1

*In re Motor Vehicles Canadian Export Antitrust Litig.*,
  235 F.R.D. 127 (D. Me. 2006)............................................................................ D-1

*In re Motor Vehicles Canadian Export Antitrust Litig.*,
  350 F. Supp. 2d 160 (D. Me. 2004)...................................................... H-1, J-1, L-1

*In re Packaged Ice Antitrust Litig.*,
  779 F. Supp. 2d 642 (E.D. Mich. 2011) ...................................................... H-1, J-1

*In re Plavix Indirect Purchaser Litig.*,
   No. 1:06-cv-226, 2011 WL 335034 (S.D. Ohio 2011) (Ex. DD)............................................D-2

*In re Potash Antitrust Litig.*,
   667 F.Supp. 2d 907 (N.D. Ill. 2009)..............................................................................M-1, M-2

*In re S.D. Microsoft Antitrust Litig.*,
   707 N.W.2d 85 (S.D. 2005).................................................................................................D-2

*In re Silk*,
   937 A.2d 900 (N.H. 2007)....................................................................................................E-1

*Int'l Bhd. of Teamsters, Local 734 Health & Welfare Trust Fund v. Philip Morris Inc.*,
   196 F.3d 818 (7th Cir. 1999)...............................................................................................D-1

*Isom v. NE Lots LLC*,
   No. 288378, 2010 WL 143470 (Mich. Ct. App. Jan. 14, 2010) (Ex. GG) .............................L-2

*Jerry Harmon Motors, Inc. v. Heth*,
   316 N.W.2d 324 (N.D. 1982).............................................................................................L-3

*Johnston v. Brown*,
   348 S.E.2d 391 (S.C. Ct. App. 1986) ...................................................................................L-3

*Kanne v. Visa U.S.A., Inc.*,
   723 N.W.2d 293 (Neb. 2006)...............................................................................................D-1

*Kessel v. Monongalia County Gen. Hosp. Co.*,
   648 S.E.2d 366 (W. Va. 2007)..............................................................................................D-3

*Knowles v. Visa U.S.A., Inc.*,
   No. CV-03-707, 2004 WL 2475284 (Me. Super. Ct. Oct. 20, 2004) (Ex. II) .........................D-1

*La Throp v. Bell Fed. Sav. & Loan Ass'n*,
   370 N.E.2d 188 (Ill. 1977)....................................................................................................L-2

*Lamp v. Am. Prosthetics, Inc.*,
   379 N.W.2d 909 (Iowa 1986)...............................................................................................L-2

*Laughlin v. Evanston Hosp.*,
   550 N.E.2d 986 (Ill. 1990).....................................................................................................D-1

*Lerfald v. General Motors Corp.*,
   Order re Certain Defendants' Motion to Dismiss Plaintiff's Consumer Fraud Act
   Claim; Certain Defendants' Motion to Stay and Certain Defendants' Motion to Dismiss
   for Lack of Personal Jurisdiction, No. CT 03-003327 (Minn. Dist. Ct. Nov. 7, 2003)
   (Ex. JJ) ....................................................................................................................................J-1

*Merck & Co. v. Lyon*,
   941 F. Supp. 1443 (M.D.N.C. 1996) ..................................................................... G-1

*Meridian Project Sys. Inc. v. Hardin Constr. Co.*,
   404 F. Supp. 2d 1214 (E.D. Cal. 2005) ................................................................. G-1

*Minuteman v. Microsoft Corp.*,
   795 A.2d 833 (N.H. 2002) ...................................................................................... D-2

*Molo Oil Co. v. River City Ford Truck Sales, Inc.*,
   578 N.W.2d 222 (Iowa 1998) ................................................................................. K-1

*Mueller Co. v. U.S. Pipe & Foundry Co.*,
   No. 03-170-JD, 2003 WL 22272135 (D.N.H. Oct. 2, 2003) (Ex. LL) .................... G-1

*Munson v. Countrywide Home Loans, Inc.*,
   No. 08-13244, 2008 WL 5381866 (E.D. Mich. Dec. 17, 2008) (Ex. MM)............... M-2

*N.C. Steel, Inc. v. Nat'l Council on Compensation Ins.*,
   472 S.E.2d 578 (N.C. Ct. App. 1996)..................................................................... D-2

*N.W. Med. Labs., Inc. v. Blue Cross & Blue Shield*,
   794 P.2d 428 (Or. 1990) ......................................................................................... D-2

*Omnibank of Mantee v. United S. Bank*,
   607 So. 2d 76 (Miss. 1992) .....................................................................................L-3

*One Step Up, Ltd. v. Webster Bus. Credit Corp.*,
   925 N.Y.S.2d 61 (N.Y. App. Div. 2011)...................................................................L-3

*Owens Corning v. R.J. Reynolds Tobacco Co.*,
   868 So. 2d 331 (Miss. 2004) .................................................................................. D-1

*Parker v. W. Dakota Insurors, Inc.*,
   605 N.W.2d 181 (S.D. 2000)....................................................................................L-4

*Peterson v. Cellco P'ship*,
   80 Cal. Rptr. 3d 316 (Cal. Ct. App. 2008).......................................................L-1, L-2

*Peterson v. Visa U.S.A, Inc.*,
   No. 03-8080, 2005 WL 1403761 (D.C. Super. Ct. Apr. 22, 2005) (Ex. OO) ........ D-1

*Princeton Ins. Agency, Inc. v. Erie Ins. Co.*,
   690 S.E.2d 587 (W.Va. 2009) ................................................................................ D-3

*Prohias v. Pfizer, Inc.*,
   485 F. Supp. 2d 1329 (S.D. Fla. 2007)....................................................................L-2

*Ray Reilly's Tire Mart, Inc. v. F.P. Elnicki, Inc.*,
   537 A.2d 994 (Vt. 1987).................................................................L-4

*Riggs Nat'l Bank v. District of Columbia*,
   581 A.2d 1229 (D.C. 1990) ...........................................................I-1

*Rivers v. Amato*,
   No. CV-00-131, 2001 WL 1736498 (Me. Super. June 22, 2001) (Ex. QQ) .........................M-1

*Romero v. Philip Morris Inc.*,
   242 P.3d 280 (N.M. 2010)..............................................................D-2

*Rosetta v. Moretti*,
   No. 98-89, 2005 WL 1109638 (R.I. Super. May 4, 2005) (Ex. RR).......................L-3

*Russell v. Zeemering*,
   No. 260660, 2006 WL 2382511 (Mich. Ct. App. Aug. 17, 2006) (Ex. SS)...........................L-2

*Schoenbaum v. E.I. Dupont De Nemours & Co.*,
   517 F. Supp. 2d 1125 (E.D. Mo. 2007) .......................................... J-1

*Senne & Co., Inc. v. Simon Capital Ltd. P'ship*,
   No. 93,302, 2007 WL 1175858 (Kan. Ct. App. Apr. 20, 2007) (Ex. TT)..............................L-2

*Slobin v. Henry Ford Health Care*,
   666 N.W.2d 632 (Mich. 2003) .......................................................K-1

*Smith v. Stowell*,
   125 N.W.2d 795 (Iowa 1964).........................................................L-2

*Soukop v. ConAgra Inc.*,
   653 N.W.2d 655 (Neb. 2002) ........................................................E-1

*Southard v. Visa U.S.A, Inc.*,
   734 N.W.2d 192 (Iowa 2007).........................................................D-1

*Southern Title Guar. Co., Inc. v. Bethers*,
   761 P.2d 951 (Ut. Ct. App. 1988)....................................................L-4

*Spires v. Hosp. Corp. of Am.*,
   289 F. App'x 269 (10th Cir. 2008) ...............................................M-1

*Stark v. Visa U.S.A. Inc.*,
   No. 03-055030-CZ, 2004 WL 1879003 (Mich. Cir. Ct. July 23, 2004) (Ex. UU).................D-1

*State ex rel. Palumbo v. Graley's Body Shop, Inc.*,
   425 S.E.2d 177 (W. Va. 1992) .......................................................F-2

*Strang v. Visa U.S.A., Inc.*,
  No. 03 CV 011323, 2005 WL 1403769 (Wis. Cir. Ct. Feb. 8, 2005) (Ex. VV)....................D-3

*Sun Dun, Inc. of Wash. v. Coca-Cola Co.*,
  770 F. Supp. 285 (D. Md. 1991).......................................................................................F-1

*Teague v. Bayer*,
  671 S.E.2d 550 (N.C. Ct. App. 2009))............................................................................D-2

*Tenn. Med. Ass'n v. Blue Cross Blue Shield of Tenn., Inc.*,
  229 S.W.3d 304 (Tenn. Ct. App. 2007)...........................................................................D-2

*USLife Title Co. of Ariz. v. Gutkin*,
  732 P.2d 579 (Ariz. Ct. App. 1986) ..............................................................................L-1

*Vinci v. Waste Mgmt., Inc.*
  36 Cal. App. 4th 1811 (Cal. Ct. App. 1995).....................................................................D-1

*Wille v. Sw. Bell Tel. Co.*,
  549 P.2d 903 (Kan. 1976)...............................................................................................I-1

*Winters v. County of Clatsop*,
  150 P.3d 1104 (Or. Ct. App. 2007) ..............................................................................L-3

*Zinter v. Univ. of Minnesota*,
  799 N.W.2d 243 (Minn. Ct. App. 2011) ........................................................................L-2

*Zuccarini v. Hoescht (In re Cardizem CD Antitrust Litig.)*,
  200 F.R.D. 326 (E.D. Mich. 2003)...................................................................................D-1

## STATUTES

Ariz. Rev. Stat. § 44-1412 ...............................................................................................D-1

Ariz. Rev. Stat. §§ 44-152–44-1534 ................................................................................C-1

Ariz. Rev. Stat. §44-1522(A) ...........................................................................................J-1

Ark. Code Ann. § 4-88-107(a)...........................................................................................I-1

D.C. Code § 28-3904(r) .....................................................................................................I-1

Fla. Stat. § 501.204 .........................................................................................................H-1

Haw. Rev. Stat. § 480-2 ..............................................................................................C-1, E-1

Haw. Rev. Stat. § 480-3 ...................................................................................................D-1

Haw. Rev. Stat. §§ 480-4, 480-9.......................................................................................C-1

Haw. Rev. Stat. Ch. 480 ........................................................................................... C-1

Haw. Sess. L. Act 229 of 2002 ................................................................................. E-1

Iowa Code § 714H.2 ................................................................................................. K-1

Iowa Code § 714H.5 ................................................................................................. K-1

Iowa Code §§ 553.1–553.19 .................................................................................... C-1

Iowa Code §§ 714H.1–714H.8 ................................................................................. C-1

Kan. Stat. Ann. § 50-627 .......................................................................................... I-1

Kan. Stat. Ann. § 50-634 .......................................................................................... K-1

Kan. Stat. Ann. §§ 50-101–50-1,105 ....................................................................... C-1

Kan. Stat. Ann. §§ 50-617–50-6,120 ....................................................................... C-1

Mass. Gen. Laws Ch. 93, § 3 .................................................................................... F-1

Mass. Gen. Laws ch. 93A, §11 ................................................................................. K-1

Mich. Comp. Laws § 445.784(2) .............................................................................. D-1

Mich. Comp. Laws § 445.901 ................................................................................... H-1

Mich. Comp. Laws § 445.901 *et seq* ..................................................................... *K-1*

Mich. Comp. Laws § 445.903 ................................................................................... J-1

Mich. Comp. Laws §§ 445.771–445.788 .................................................................. C-1

Mich. Comp. Laws §§ 445.901–445.922 .................................................................. C-1

Minn. Stat.  §§ 325F.001–325F.991 ......................................................................... C-1

Minn. Stat. § 325F.69 ............................................................................................... H-1

Minn. Stat. §§ 325D.49–325D.66 ............................................................................. C-1

Miss. Code Ann. § 75–24–15(1) ............................................................................... K-1

Miss. Code Ann. §§ 75-24-1–75-24-231 .................................................................. C-2

Miss. Code. Ann. §§ 75-21-1–75-21-39 ................................................................... C-2

Mo. Rev. Stat. § 407.025 .......................................................................................... K-1

Mo. Rev. Stat. §§ 407.010–407.1500 ............................................................... C-2

Mo. Rev. Stat. §§ 416.010–416.640 ................................................................. C-2

Mont. Code § 30-14-133 .................................................................................. K-1

N.C. Gen. Stat. § 75-1 ...................................................................................... F-1

N.C. Gen. Stat. § 75-1.1 ............................................................................C-2, I-1

N.C. Gen. Stat. §§ 75-1–75-49 ........................................................................ C-2

N.D. Cent. Code § 51-15-02 ............................................................................ H-1

N.D. Cent. Code §§ 51-15-01–51-15-11 .......................................................... C-2

N.D. Cent. Code Ch. 51-08.1 ........................................................................... C-2

N.H. Rev. Stat. § 356:11 .................................................................................. E-1

N.H. Rev. Stat. §§ 356:1–356:14 ..................................................................... C-2

N.H. Rev. Stat. Ann. § 356:14 ......................................................................... D-2

N.H. Rev. Stat. Ann. § 358-A:2 ....................................................................... G-1

N.M. Stat. Ann. § 57-1-15 ............................................................................... D-2

N.M. Stat. Ann. §§ 57-1-1–57-1-19 ................................................................ C-2

N.M. Stat. Ann. §§ 57-12-1–57-12-26 ............................................................ C-2

N.M. Stat. Ann. §§ 57-12-2–57-12-3 ................................................................ I-1

N.Y. Gen. Bus. Law § 340 ............................................................................... D-2

N.Y. Gen. Bus. Law §§ 340–347 ..................................................................... C-2

N.Y. Gen. Bus. Law §§ 349–350-F-1 .............................................................. C-2

Neb Rev. Stat. §§ 59-801–59-831 .................................................................... C-2

Neb. Rev. Stat. § 59-821 .................................................................................. E-1

Neb. Rev. Stat. §§ 358-a:1-358A:13 ................................................................ C-2

Neb. Rev. Stat. §§ 59-1601–59-1623 ............................................................... C-2

Nev. Rev. Stat. § 598A.050 ............................................................................. D-2

Nev. Rev. Stat. Ann. § 598A.060 ......................................................................F-1

Or. Rev. Stat. § 646.715.................................................................................D-2

Or. Rev. Stat. § 646.725.................................................................................D-2

S.D. Codified Laws § 37-24-6 .......................................................................H-1

S.D. Codified Laws § 37–24–6 ........................................................................J-2

S.D. Codified Laws §§ 37-1-1–37-1-33 .........................................................C-3

S.D. Codified Laws §§ 37-24-1–37-24-48 .....................................................C-3

Utah Code Ann. § 68-3-3................................................................................E-2

Utah Code Ann. § 76-10-919..........................................................................E-2

Utah Code Ann. § 76-10-926..........................................................................D-2

Vt. Stat. Ann. tit. 9 §§ 2453–2466A ..............................................................C-3

W. Va. Code § 47-18-16.................................................................................D-3

**TREATISES**

Restatement (First) of Restitution A§107(1) ..................................................L-1