# EXHIBIT C

**EXHIBIT C**
**COMPARISON OF SIXTEEN STATUTES CITED BY AUTO DEALERS WITH STATE ANTITRUST AND CONSUMER PROTECTION STATUTES[2]**

| State | Auto Dealers Citation | State Antitrust Statute | State Consumer Protection Statute |
|---|---|---|---|
| Arizona | Ariz. Rev. Stat., §§ 44-1401, *et seq.* | Ch. 10 Competition & Competitive Practices, Art. 1 Unif. State Antitrust Act, Ariz. Rev. Stat. §§ 44-1401–44-1416 | Ch. 10 Competition & Competitive Practices, Art. 7 Consumer Fraud, Ariz. Rev. Stat. §§ 44-1521–44-1534 |
| Hawaii | Haw. Rev. Stat. §§ 480-1, *et seq.* | Div. 2 Bus., Tit. 26 Trade Reg. & Practice, Ch. 480 Monopolies; Restraint of Trade, Pt. 1 Antitrust Provisions, § 480-4 Combinations in Restraint of Trade, Price-Fixing, & Limitation of Prod. Prohibited § 480-9 Monopolization | Div. 2 Bus., Tit. 26 Trade Reg. & Practice, Ch. 480 Monopolies; Restraint of Trade, Pt. 1 Antitrust Provisions, § 480-2 Unfair Competition, Practices, Declared Unlawful |
| Iowa | Iowa Code §§ 553.1, *et seq.* | Ch. 553 Iowa Competition Law,  Iowa Code §§ 553.1–553.19 | Ch. 714H Consumer Fraud - Private Actions Iowa Code §§ 714H.1–714H.8 |
| Kansas | Kan. Stat. Ann., §§ 50-101, *et seq.* | Ch. 50 Unfair Trade & Consumer Protection, Art. 1 Restraint of Trade, Kan. Stat. Ann. §§ 50-101–50-1,105 | Ch. 50 Unfair Trade & Consumer Protection, Art. 6 Consumer Protection, Kan. Stat. Ann. §§ 50-617 –50-6,120 |
| Michigan | Mich. Comp. Laws §§ 445.771, *et seq.* | Ch. 445 Trade & Commerce, Mich. Antitrust Reform Act, Mich. Comp. Laws §§ 445.771–445.788 | Ch. 445 Trade & Commerce, Mich. Consumer Prot. Act, Mich. Comp. Laws §§ 445.901–445.922 |
| Minnesota | Minn. Stat. §§ 325D.49, *et seq.* | Ch. 325D. Restraint of Trade, Combinations in Restraint of Trade, Minn. Stat. Ann. §§ 325D.49–325D.66 | Ch. 325F. "Consumer Prot.; Prods. & Sales," Minn. Stat. §§ 325F.001–325F.991 |

---

[2] By contrast, in seven states—Arkansas, California, Florida, Illinois, Massachusetts, Montana, and South Carolina—Auto Dealers cite a specific Act or statutory section. And in eight other states—the District of Columbia, Maine, Nevada, Oregon, Tennessee, Utah, West Virginia, and Wisconsin—Defendants were able to discern that Auto Dealers could only be bringing antitrust claims because the consumer protection statutes for these states precede the statutes actually cited by Auto Dealers.

C-1

| State | Auto Dealers Citation | State Antitrust Statute | State Consumer Protection Statute |
|---|---|---|---|
| Mississippi | Miss. Code Ann. §§ 75-21-1, *et seq.* | Tit. 75 Reg. of Trade, Commerce & Investments, Ch. 21 Trusts & Combines in Restraint or Hindrance of Trade, Miss. Code Ann. §§ 75-21-1–75-21-39 | Tit. 75 Reg. of Trade, Commerce & Investments, Ch. 24 Reg. of Bus. for Consumer Prot., Miss. Code Ann. §§ 75-24-1 –75-24-231 |
| Missouri | Mo. Rev. Stat. §§ 407.010, *et seq.* | Ch. 416 Monopolies, Discriminations & Conspiracies, Mo. Rev. Stat. §§ 416.010–416.640 | Ch. 407 Merchandising Practices, Mo. Ann. Stat. §§ 407.010–407.1500 |
| Nebraska | Neb. Rev. Stat. §§ 59-801, *et seq.* | Ch. 59 Monopolies & Unlawful Combinations, Art. 8 Unlawful Restraint of Trade, Neb Rev. Stat. §§ 59-801–59-831 | Ch. 59 Monopolies & Unlawful Combinations, Art. 16 Consumer Prot. Act, Neb. Rev. Stat. §§ 59-1601–59-1623 |
| New Hampshire | N.H. Rev. Stat. §§ 356:1, *et seq.* | Tit. XXXI Trade & Commerce, Ch. 356 Combinations & Monopolies, N.H. Rev. Stat. §§ 356:1–356:14 | Tit. XXXI Trade &Commerce, Ch. 358-a Reg. of Bus. Practices for Consumer Prot., Neb. Rev. Stat. §§ 358-a:1-358A:13 |
| New Mexico | N.M. Stat. Ann. §§ 57-1-1, *et seq.* | Ch. 57 Trade Practices & Regs., Art. 1 Restraints of Trade,  N.M. Stat. Ann. §§ 57-1-1–57-1-19 | Ch. 57 Trade Practices & Regs., Art. 12 Unfair Trade Practices, N.M. Stat. Ann. §§ 57-12-1–57-12-26 |
| New York | N.Y. Gen. Bus. Law §§ 340, *et seq.* | Gen. Bus. Law, Ch. 20 Of the Consolidated Laws, Art. 22 Monopolies, N.Y. Gen. Bus. Law §§ 340 –347 | Gen. Bus. Law, Ch.20 Of the Consolidated Laws, Art. 22-a Consumer Prot. from Deceptive Acts & Practices, N.Y. Gen. Bus. Law §§ 349 –350-F-1 |
| North Carolina | N.C. Gen. Stat. §§ 75-1, *et seq.* | Ch. 75 Monopolies, Trusts & Consumer Prot., Art. 1 Gen. Provisions, N.C. Gen. Stat. §§ 75-1 –75-49 | Ch. 75 Monopolies, Trusts & Consumer Prot., Article 1 Gen. Provisions, N.C. Gen. Stat. § 75-1.1 |
| North Dakota | N.D. Cent. Code §§ 51-08.1-01, *et seq.* | Tit. 51 Sales & Exchanges, Ch. 51-08.1 Unif. State Antitrust Act, §§ 51-08.1-01–51-08.1-12 | Tit. 51 Sales & Exchanges, Ch. 51-15 Unlawful Sales or Adver. Practices, N.D. Cent. Code §§ 51-15-01–51-15-11 |

C-2

| State | Auto Dealers Citation | State Antitrust Statute | State Consumer Protection Statute |
|---|---|---|---|
| South Dakota | S.D. Codified Laws §§ 37-1-3.1, *et seq.* | Tit. 37 Trade Reg., Ch. 37-1 Restraint of Trade, Monopolies & Discriminatory Trade Practices, S.D. Codified Laws §§ 37-1-1–37-1-33 | Tit. 37 Trade Reg., Ch. 37-24 Deceptive Trade Practices and Consumer Prot., S.D. Codified Laws §§ 37-24-1–37-24-48 |
| Vermont | Vt. Stat. Ann. tit. 9 §§ 2453, *et seq.* | Tit. Nine Commerce & Trade, Ch. 63 Consumer Fraud, Subchapter 1 Gen. Provisions, Vt. Stat. Ann. tit. 9 §§ 2453–2466A | Tit. Nine Commerce & Trade, Ch. 63 Consumer Fraud, Subchapter 1 Gen. Provisions, Vt. Stat. Ann. tit. 9 §§ 2453–2466A |