# EXHIBIT H

**EXHIBIT H**
**APPENDIX OF AUTHORITY SUPPORTING ARGUMENT THAT PLAINTIFFS FAIL**
**TO PLEAD FRAUD OR DECEIT WITH REQUISITE PARTICULARITY, AS**
**REQUIRED BY THE CONSUMER PROTECTION LAWS OF FIVE STATES**
**(SECTION IV.A)**

|   | State | Authority |
|---|-------|-----------|
| 1. | Florida | Fla. Stat. § 501.204; *In re Packaged Ice Antitrust Litig.*, 779 F. Supp. 2d 642, 665 (E.D. Mich. 2011) (dismissing FDUTPA claim for failure to plead fraud with particularity because "nothing relieves an indirect purchaser suing under [FDUTPA] from the burden of pleading the claim with particularity). |
| 2. | Michigan | Mich. Comp. Laws § 445.901; *In re Packaged Ice Antitrust Litig.*, 779 F. Supp. at 666 (dismissing MCPA claim for "failure to allege an intent to deceive and for failure to plead fraud with the requisite particularity"). |
| 3. | Minnesota | Minn. Stat. § 325F.69; *E-Shops Corp. v. U.S. Bank Nat'l Ass'n*, 795 F. Supp. 2d 874 (D. Minn. 2011) (concluding that plaintiffs failed to state a claim under Minnesota Consumer Fraud Act because plaintiffs failed to meet the heightened pleading requirement of Rule 9(b)). |
| 4. | North Dakota | N.D. Cent. Code § 51-15-02; *In re New Motor Vehicles Canadian Export Antitrust Litig.*, 350 F. Supp. 2d 160, 198 (D. Me. 2004) (finding that "a plaintiff must allege fraudulent or deceptive conduct to maintain a North Dakota consumer protection claim, based on the plain language of the statute and supported by Supreme Court of North Dakota[]" decision, and dismissing plaintiffs' claim for failure to allege any fraud or deception). |
| 5. | South Dakota | S.D. Codified Laws § 37-24-6; *In re New Motor Vehicles*, 350 F. Supp. 2d at 202 (claim dismissing South Dakota consumer protection claim for failure to allege fraud or deception). |