UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

Plaintiff(s),

Case No. 2:12-md-02311

v.

Judge Marianne O. Battani

All Direct Purchaser Actions and
All End Payor Actions

Magistrate Judge Mona K. Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Tokai Rika Co., Ltd.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July 13, 2012

s/ David F. DuMouchel

**Certificate of Service**
On July 13, 2012, I e-filed this document with the Clerk of the Court using the CM/ECF System, which notified all attorneys of record using the CM/ECF system that this is available for viewing and downloading from the CM/ECF system.
/s/ David F. DuMouchel

P25658
BUTZEL LONG
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
dumouchd@butzel.com