UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br><br>Lead Case: W:12-cv-00001-MOB-MKM |
| THIS DOCUMENT RELATES TO: | : : | **Oral Argument Requested** |
| Product(s): Wire Harnesses | : : |  |
| All Actions | : |  |

**EXHIBIT LIST TO
LEONI AG, LEONI KABEL GMBH, LEONI WIRE INC.,
LEONI WIRING SYSTEMS, INC. AND LEONISCHE HOLDING INC.'S
MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**

| Exhibit | Description |
|---|---|
| A | *In re Refrigerant Compressors* |
| B | Declaration of Robert F. Steiner |
| C | Declaration of Wolfgang Lösch |