UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Product(s): Wire Harnesses<br><br>All Actions | Master File No. 12-md-02311<br><br>Lead Case: W:12-cv-00001-MOB-MKM |

## DECLARATION OF MR. WOLFGANG LÖSCH

Pursuant to 28 U.S.C. § 1746, Wolfgang Lösch, declares and states as follows:

1. My name is Wolfgang Lösch. This declaration is made in support of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc., and Leonische Holding Inc.'s Motion to Dismiss Plaintiffs' Consolidated Amended Complaints in In re Automotive Parts Antitrust Litigation, Case No. 12-md-02311. I have personal knowledge of the facts set forth in this declaration, and the following statements are true and correct.

2. I am a managing director (in German: Geschäftsführer) of Leoni Kabel GmbH. In my capacity as managing director, I have access to the corporate records of Leoni Kabel GmbH.

3. Leoni Kabel GmbH is formed under the laws of the Federal Republic of Germany, and its principal place of business is located at Stieberstraße 5, 91154 Roth, Germany.

4. Leoni Kabel GmbH manufactures the following products and sells these products mainly in Germany and Europe: single- and multi-core automotive cables; data cables for the automotive industry; coaxial cables; extruded flat cables; special cables to customer specifications; insulated jumper wires and strands according to VDE, UL, CSA and other

1

specifications; and earthing ropes. All products are manufactured solely in Germany and are sold as cables in bulk version (bulk cables) only. Leoni Kabel GmbH does not manufacture or sell any products included in the definitions of Automotive Wire Harness Systems or Automotive Wire Harness Products in this litigation. Additionally, Leoni Kabel GmbH does not manufacture any products in the United States.

5. Leoni Kabel GmbH sells products in the United States both directly and through a United States-based Leoni group entity, Leoni Cable Inc. Leoni Kabel GmbH has sold products to Leoni Wiring Systems, Inc. Leoni Kabel GmbH has not sold products to any of the Plaintiffs in these actions. Less than one percent (1%) of Leoni Kabel GmbH's net sales occur in the United States.

6. Leoni Kabel GmbH is not qualified as a foreign corporation in, and has no registered agent in, any state in the United States.

7. Leoni Kabel GmbH has never been incorporated in the United States.

8. Leoni Kabel GmbH does not now maintain, nor has it ever maintained, offices or branches in the United States.

9. Leoni Kabel GmbH does not now have, nor has it ever maintained, an address, phone or fax number in the United States.

10. Leoni Kabel GmbH does not now maintain, nor has it ever maintained, a bank account in the United States.

11. Leoni Kabel GmbH does not now, and has never, paid taxes in the United States.

12. Leoni Kabel GmbH has not conducted directors' or officers' meetings in the United States.

13. Leoni Kabel GmbH has no ownership interest in Leonische Holding Inc., Leoni Wiring Systems, Inc., or Leoni Wire Inc.

14. Leoni Kabel GmbH does not exercise any control or influence over the day-to-day business operations of Leonische Holding Inc. Leoni Wiring Systems, Inc. or Leoni Wire Inc., including purchases of component parts and/or sales activity.

15. Leoni Kabel GmbH does not share its financial records, computer systems or informational databases with Leonische Holding Inc., Leoni Wiring Systems, Inc., or Leoni Wire Inc.

16. Leoni Kabel GmbH personnel do not currently hold, nor have they ever held, management responsibilities or positions on the boards of directors of Leonische Holding Inc., Leoni Wiring Systems, Inc. or Leoni Wire Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2012 at Roth, Germany.

_____
Wolfgang Lösch

(Managing Director)