**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 |
| _____ | : : | Lead Case: W-12-cv-00000-MOB-MKM |
| THIS DOCUMENT RELATES TO: | : : | **Oral Argument Requested** |
| Product(s): Wire Harnesses | : : | |
| All Actions _____ | : : | |

## INDEX OF EXHIBITS

**Exhibit A**  Chart Of Corresponding Citations In The Consolidated Amended Complaints

**Exhibit B**  Memorandum Of Opinion In *In re Lear Corporation*, No. 09-14326 (Bankr. S.D.N.Y. Feb. 2, 2012)