**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | Master File No. 12-md-02311 |
| IN RE AUTOMOTIVE PARTS | : | Honorable Marianne O. Battani |
| ANTITRUST LITIGATION | : | Honorable Mona Majzoub |
| _____/ | : |  |
|  | : |  |
| PRODUCT(S): | : |  |
|  | : |  |
| WIRE HARNESS SYSTEMS | : |  |
|  | : |  |
| _____ | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
|   END PAYOR ACTIONS | : | **ORAL ARGUMENT REQUESTED** |
| _____/ |  |  |

**CERTAIN DEFENDANTS' MOTION TO DISMISS CERTAIN END PAYOR
COMPLAINTS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER
VENUE IN THE TRANSFEROR DISTRICTS PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(2) AND 12(b)(3)**

## INDEX OF EXHIBITS

**Exhibit A**:   List of Cases from the Northern District of California and Southern District of West Virginia to Which the Federal Rule of Civil Procedure 12(B)(2) and 12(B)(3) Motions are Directed

**Exhibit B**:   Declaration of Ryuji Tsuchiya for Yazaki Corporation

**Exhibit C**:   Declaration of Charles Kim for Kyungshin-Lear Sales and Engineering, LLC

**Exhibit D**:   Declaration of David Noble for American Furukawa, Inc.

**Exhibit E**:   Declaration of Naotaka Morita for Furukawa Electric Co., Ltd.

**Exhibit F**:   *Children's Orchard, Inc. v. Children's Orchard Store #142, Inc*., No. 10-10143, 2010 WL 2232440 (E.D. Mich. May 28, 2010)

**Exhibit G**:   *Eastman Outdoors Inc. v. Archery Trade Association*, No. 05-74015, 2006 WL 1662641 (E.D. Mich. June 6, 2006)