**EXHIBIT A**

**LIST OF CASES TO WHICH THE FEDERAL RULE OF CIVIL PROCEDURE RULE 12(B)(2) AND 12(B)(3) MOTIONS ARE DIRECTED**

<u>NORTHERN DISTRICT OF CALIFORNIA</u>

*Budner, et al. v. Delphi Automotive LLP, et al.*,
Case No. 3:11-cv-5477:  End Payor Action

*Bott, et al.  v. Delphi Automotive LLP, et al.*,
Case No. 3:11-cv-04949:  End Payor Action

*Barron v. Delphi Automotive LLP, et al.*,
Case No. 3:12-cv-00839:  End Payor Action

<u>SOUTHERN DISTRICT OF WEST VIRGINIA</u>

*Nickell, et al. v. Delphi Automotive LLP, et al.*,
Case No. 5:12-00079:  End Payor Action