# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| PRODUCT(S): <br><br> WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO: <br><br> END PAYOR ACTIONS | |

### DECLARATION OF RYUJI TSUCHIYA
### UNDER PENALTY OF PERJURY

1. My name is Ryuji Tsuchiya. I am the Manager, Compliance Promotion Department of Yazaki Corporation. This Declaration is based upon my knowledge following reasonable inquiry.

2. Yazaki Corporation is a Japanese corporation with its principal administrative offices located in Tokyo, Japan.

3. Yazaki Corporation does not engage in manufacturing activities in California or West Virginia.

4. Based upon reasonable inquiry, since January 1, 2000 through the date of the filing of the Consolidated Amended Complaint, Yazaki Corporation has not had any direct sales of manufacturing products into in California or West Virginia.

CLI-1997125v1

5.  Based upon reasonable inquiry, since January 1, 2000:

(a)  Yazaki Corporation has not been licensed to do business in California or West Virginia;

(b)  Yazaki Corporation has not had its principal place of business in California or West Virginia;

(c)  Yazaki Corporation has not been have been incorporated in California or West Virginia;

(d)  Yazaki Corporation has not had offices in California or West Virginia;

(e)  Yazaki Corporation has not owned or leased real estate in California or West Virginia;

(f)  Yazaki Corporation has not employed individuals or agents resident in California or West Virginia;

(g)  Yazaki Corporation has not been sued in California or West Virginia;

(h)  Yazaki Corporation has not conducted manufacturing in California or West Virginia;

(i)  Yazaki Corporation has not paid taxes in California or West Virginia;

(j)  Yazaki Corporation has not maintained bank accounts in California or West Virginia;

(k)  Yazaki Corporation has not conducted directors' or officers' meetings in California or West Virginia;

(l)  Yazaki Corporation's officers and directors have not been residents of California, or West Virginia; and

    (m)    Yazaki Corporation has not maintained an address, phone or fax numbers in California or West Virginia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2012        *Ryuji Tsuchiya*