**EXHIBIT D**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| THIS DOCUMENT RELATES TO:<br><br>END PAYOR ACTIONS: | |

## DECLARATION OF DAVID NOBLE
## UNDER PENALTY OF PERJURY

1. My name is David Noble. I am the Administration Manager of American Furukawa, Inc. ("AFI"). This Declaration is based upon my knowledge following reasonable inquiry.

2. AFI is a Michigan corporation with its principal place of business in Plymouth, Michigan.

3. AFI does not engage in manufacturing activities, directly or through affiliates, in West Virginia.

4. Based upon reasonable inquiry, since January 1, 2000, AFI has not had any direct sales of automotive wire harness products into West Virginia.

5. Based upon reasonable inquiry, since January 1, 2000, AFI has not had any affiliates whose principal place of business is in West Virginia.

6. Based upon reasonable inquiry, since January 1, 2000:

(a)   AFI has not been licensed to do business in West Virginia;

CLI-1997747v1

(b) AFI has not had its principal place of business in West Virginia;

(c) AFI has not been incorporated in West Virginia;

(d) AFI has not had offices in West Virginia;

(e) AFI has not owned or leased real estate in West Virginia;

(f) AFI has not employed individuals or agents resident in West Virginia;

(g) AFI has not been sued in West Virginia before this case;

(h) AFI has not conducted manufacturing in West Virginia;

(i) AFI has not paid taxes in West Virginia;

(j) AFI has not maintained bank accounts in West Virginia;

(k) AFI has not conducted directors' or officers' meetings in West Virginia;

(l) AFI's officers and directors have not been residents of West Virginia; and

(m) AFI has not maintained an address, phone or fax numbers in West Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2012

_____
David Noble

CLI-1997747v1

-2-