**EXHIBIT E**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| THIS DOCUMENT RELATES TO:<br><br>END PAYOR ACTIONS: | |

### DECLARATION OF NAOTAKA MORITA
### UNDER PENALTY OF PERJURY

1. My name is Naotaka Morita. I am the Manager of Automotive Products Planning & Administration Unit at Furukawa Electric Co., Ltd. ("FEC"). This Declaration is based upon my knowledge following reasonable inquiry.

2. FEC is a Japanese corporation with its principal place of business in Tokyo, Japan.

3. FEC does not engage in manufacturing activities, directly or through affiliates, in West Virginia.

4. Based upon reasonable inquiry, since January 1, 2000, FEC has not had any direct sales of automotive wire harness products into West Virginia.

5. Based upon reasonable inquiry and to the best of my knowledge, since January 1, 2000, FEC has not had any affiliates whose principal place of business is in West Virginia.

6. Based upon reasonable inquiry and to the best of my knowledge, since January 1, 2000:

    (a) FEC has not been licensed to do business in West Virginia;

CLI-1997747v1

(b)  FEC has not had its principal place of business in West Virginia;

(c)  FEC has not been incorporated in West Virginia;

(d)  FEC has not had offices in West Virginia;

(e)  FEC has not owned or leased real estate in West Virginia;

(f)  FEC has not employed individuals or agents resident in West Virginia;

(g)  FEC has not been sued in West Virginia before this case;

(h)  FEC has not conducted manufacturing in West Virginia;

(i)  FEC has not paid taxes in West Virginia;

(j)  FEC has not maintained bank accounts in West Virginia;

(k)  FEC has not conducted directors' or officers' meetings in West Virginia;

(l)  FEC's officers and directors have not been residents of West Virginia; and

(m)  FEC has not maintained an address, phone or fax numbers in West Virginia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2012                       森田 直序
                                                              Naotaka Morita