# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| Product(s): | **Oral Argument Requested** |
| **WIRE HARNESS SYSTEMS** | |
| This Document Relates to: | |
| All Direct Purchaser Actions<br>All End-Payor Actions | |

## DENSO CORPORATION AND DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS THE DIRECT PURCHASERS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND THE END-PAYORS' CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

## INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | *In re Am. Investors Life Ins. Co. Annuity Mktg. & Sales Practices Litig.*, MDL No. 1712, 2010 WL 1407308 (E.D. Pa. Apr. 7, 2010) |
| EXHIBIT B | *Kulinski v. Am. Elec. Power Co., Inc.*, No. 02-03-412, 2004 WL 3257090 (S.D. Ohio July 13, 2004) |
| EXHIBIT C | MANUAL FOR COMPLEX LITIGATION § 20.132 (4th ed. 2004) |
| EXHIBIT D | Plea Agreement, *United States v. DENSO Corp.*, No. 12-20063 (E.D. Mich. Mar. 5, 2012) |
| EXHIBIT E | Plea Agreement, *United States v. G.S. Electech, Inc*., No. 12-20215 (E.D. Mich. May 16, 2012) |
| EXHIBIT F | Plea Agreement, *United States v. Fujikura Ltd.*, No. 12-20254 (E.D. Mich. June 21, 2012) |

| | |
|---|---|
| EXHIBIT G | Plea Agreement, *United States v. Furukawa Electric Co.*, No. 11-20612 (E.D. Mich. Nov. 14, 2011) |
| EXHIBIT H | Plea Agreement, *United States v. Yazaki Corp.*, No. 12-20064 (E.D. Mich. Mar. 1, 2012) |
| EXHIBIT I | January 19, 2012 JFTC press release – **Website version**: "The JFTC Issued the Cease and Desist Orders and Surcharge Payment Orders to participants in bid-rigging conspiracies for automotive wire harnesses and related products." *Available at* http://www.jftc.go.jp/en/pressreleases/archives/individual-000462.html |
| EXHIBIT J | January 19, 2012 JFTC press release – **Full version**: "The JFTC Issued the Cease and Desist Orders and Surcharge Payment Orders to participants in bid-rigging conspiracies for automotive wire harnesses and related products." *Available at* http://www.jftc.go.jp/en/pressreleases/uploads/2012_Jan_19.pdf |
| EXHIBIT K | *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827, 2010 WL 2629728 (N.D. Cal. June 29, 2010) |
| EXHIBIT L | *In re Refrigerant Compressors Antitrust Litig.*, No. 2:09-md-02042, 2012 WL 2114997 (E.D. Mich. June 11, 2012) |