# EXHIBIT B

Case 2:12-md-02311-SFC-RSW  ECF No. 239-3, PageID.3749  Filed 07/13/12  Page 2 of 2

Kulinski v. American Elec. Power Co., Inc., Not Reported in F.Supp.2d (2004)

2004 WL 3257090
Only the Westlaw citation is currently available.
United States District Court,
S.D. Ohio, Eastern Division.

Phillip C. KULINSKI, Jr., on behalf of himself and all others similarly situated Plaintiff,
v.
AMERICAN ELECTRIC POWER COMPANY, INC. et. al., Defendants.

No. 02–03–412. | July 13, 2004.

**Attorneys and Law Firms**

John R. Climaco, David M. Cuppage, Michael P. Donnelly, Climaco Lefkowitz Peca Wilcox & Garofoli LPA, Cleveland, OH, Joseph M. Hegedus, OPBA, Dublin, OH, for Plaintiff.

Alvin James McKenna, Fred G. Pressley, Jr., Porter Wright Morris & Arthur, Brian G. Selden, Jones Day, Columbus, OH, George S. Wang, Michael J. Chepiga, Simpson Thacher & Bartlett LLP, Daniel Scott Tucker, Trisha L. Lawson, Amelia T.R. Starr, Michael P. Carroll, Davis Polk & Wardwell, New York, NY, John M. Newman, Jr., Jones, Day, Reavis, & Pogue, Cleveland, OH, for Defendants.

**Opinion**

### Report and Recommendation

ABEL, Magistrate J.

**\*1** On March 30, 2004 this Court consolidated the above captioned case with the consolidated securities litigation styled *The Albert Fadem, Trust, et al. v. American Electric Power, Co.,* et al., Case No. C2–02–1045 ("the *Fadem* Litigation"). This matter is before the Magistrate Judge on defendant Deloitte & Touche, LLP's ("Deloite & Touche") April 29, 2004 unopposed motion to clarify the consolidation order (doc. 46).

Defendant Deloitte & Touche argues that it is not required to move or plead with respect to the complaint in the *Kulinski* litigation because that complaint has been superseded by the consolidated amended complaint filed by the lead plaintiff appointed in the *Fadem* litigation, which does not name Deloitte & Touche as a defendant.

The Magistrate Judge RECOMMENDS that Deloitte & Touche's unopposed motion to clarify the consolidation order (doc. 46) be GRANTED. The Clerk of Courts is DIRECTED to serve this Report and Recommendation to all parties in *The Albert Fadem, Trust, et al. v. American Electric Power, Co.,* et al., Case No. C2–02–1045.

If any party objects to this Report and Recommendation, that party may within ten (10) days, file and serve on all parties a motion for reconsideration by the Court, specifically designating this Report and Recommendation, and the part thereof in question, as well as the basis for objection thereto. *See* 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72(b).

The parties are specifically advised that failure to object to the Report and Recommendation will result in waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *See Thomas v. Arn,* 474 U.S. 140, 150–152, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir.1981). See also *Small v. Secretary of Health and Human Services,* 892 F.2d 15, 16 (2d Cir.1989).

**End of Document**

© 2012 Thomson Reuters. No claim to original U.S. Government Works.