# EXHIBIT I

Home > Press Releases > The JFTC Issued the Cease and Desist Orders and Su …

**Press Releases**

**Cartels and Bid-riggings**

**The JFTC Issued the Cease and Desist Orders and Surcharge Payment Orders to participants in bid-rigging conspiracies for automotive wire harness and related products**

January 19/2012
Japan Fair Trade Commission

The Japan Fair Trade Commission (JFTC) today issued cease and desist orders, and surcharge payment orders against 3 manufacturersofautomotive wire harness and related products, Yazaki Corporation, Sumitomo Electric Industries, Fujikura Ltd., since they substantially restrained competition in the field of trade of automotive wire harness and related products (note1) ordered by Toyota Motor Corporationand other automobile manufactures (note2), in concert with one another, appointing the designated successful bidder and managing to have the planned contractor successfully receive the order. The total amount of the surcharge payment is about 12.9 billion yen.

Before issuing the cease and desist orders, and surcharge payment orders, the JFTC had given the enterprises in question an advance notification on the contents of the orders and an opportunity to present their views and to submit evidence. Considering the views and evidence from them, the JFTC issued the orders. The recipients dissatisfied with the orders may request the JFTC to initiate a hearing regarding the orders within sixty days of the date on which the transcript of the orders were served.

(Note1)  "Automotive wire harnesses" are used for electrical-circuits which play a role of the transmission of electric current and signals to operate each device in an automobile, such as audios and airbags, as often compared  to  human nerves or blood vessels. "Related products" means wiring devices that have functions including protecting an automobile from excessive electronic current by cutting off the current.

(Note2)  "Other automobile manufactures" areToyota Auto Body Co.,Ltd. Kanto Auto Works, Ltd., Daihatsu Motor Co.,Ltd. , Honda Motor Co.,Ltd. , Nissan Motor Co.,Ltd. , Nissan  Shatai Co.,Ltd. , and Fuji  Heavy Industries Ltd.

*For more detailed and exact information, please see  Full Text(PDF 276.4KB).

*Every announcement is tentative translation. Please refer to the original text written in Japanese.

**Japan Fair Trade Commission:**
100-8987 1-1-1 Kasumigaseki, Chiyoda-ku, Tokyo,Japan
Tel: +81-3-3581-1998

Copyright © 2011 Japan Fair Trade Commission. All Right Reserved.