| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN | |
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br><br>Honorable Marianne O. Battani |

## MOTION TO WITHDRAW

MILBERG LLP AND PAUL F. NOVAK, AN ATTORNEY AT MILBERG LLP, respectfully request that the Court enter an order allowing them to withdraw as counsel for Plaintiffs Lauren Vankirk and Erica Shoaf in the matter of *Lauren Vankirk and Erica Shoaf v. Denso Corp.,* Case No. 2:12-cv-10967 (E.D. Mich. 2012). Plaintiffs Lauren VanKirk and Erica Shoaf will continue to be represented by the law firm of Susman Godfrey L.L.P.

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: July 20, 2012 | /s/ Paul F. Novak<br>Paul F. Novak<br>**MILBERG LLP**<br>One Kennedy Square<br>777 Woodward Avenue, Suite 890<br>Detroit, MI  48226<br>Phone: (313) 309-1760<br>Fax: (313) 447-2038<br>Email: pnovak@milberg.com |

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN ||
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br><br>Honorable Marianne O. Battani |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW

NOW, this day of July, 2012, upon the Motion to Withdraw as Counsel, IT IS HEREBY ORDERED that Milberg LLP and Paul F. Novak are withdrawn as counsel of record for Plaintiffs Lauren Vankirk and Erica Shoaf in the matter of *Lauren Vankirk and Erica Shoaf v. Denso Corp.,* Case No. 2:12-cv-10967 (E.D. Mich. 2012).

Dated: July __, 2012                                         BY THE COURT


_____
Marianne O. Battani
United States District Judge

## **CERTIFICATE OF SERVICE**

        I, Paul F. Novak, hereby certify that on July 20, 2012, a true and correct copy of the *Motion to Withdraw as counsel for Plaintiffs Lauren Vankirk and Erica Shoaf* was filed with the Clerk of the Court, per the Local Rules and will be available for viewing and downloading via the CM/ECF system and CM/ECF system will send notification of such filing to all attorneys of record.

        /s/ Paul F. Novak
        Paul F. Novak