| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN ||
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br><br>Honorable Marianne O. Battani |

## MOTION TO WITHDRAW

MILBERG LLP AND PAUL F. NOVAK, AN ATTORNEY AT MILBERG LLP, respectfully request that the Court enter an order allowing them to withdraw as counsel for Plaintiffs Demetrio Garcia and Rubela Garcia in the matter of *Demetrio Garcia and Rubelo Garcia v. Yazaki Corp.,* Case No. 2:12-cv-10969 (E.D. Mich. 2012). Plaintiffs Demetrio Garcia and Rubela Garcia will continue to be represented by the law firm of Susman Godfrey L.L.P.

Respectfully Submitted,

Dated: July 20, 2012

/s/ Paul F. Novak
Paul F. Novak
**MILBERG LLP**
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI 48226
Phone: (313) 309-1760
Fax: (313) 447-2038
Email: pnovak@milberg.com

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br><br>Honorable Marianne O. Battani |

### [PROPOSED] ORDER ON MOTION TO WITHDRAW

NOW, this day of July, 2012, upon the Motion to Withdraw as Counsel, IT IS HEREBY ORDERED that Milberg LLP and Paul F. Novak are withdrawn as counsel of record for Plaintiffs Demetrio Garcia and Rubela Garcia in the matter of *Demetrio Garcia and Rubelo Garcia v. Yazaki Corp.,* Case No. 2:12-cv-10969 (E.D. Mich. 2012).

Dated: July __, 2012                                                          BY THE COURT

_____
Marianne O. Battani
United States District Judge

## CERTIFICATE OF SERVICE

      I, Paul F. Novak, hereby certify that on July 20, 2012, a true and correct copy of the *Motion to Withdraw as counsel for Plaintiffs Demetrio Garcia and Rubela Garcia* was filed with the Clerk of the Court, per the Local Rules and will be available for viewing and downloading via the CM/ECF system and CM/ECF system will send notification of such filing to all attorneys of record.

                                                                    /s/ Paul F. Novak
                                                                    Paul F. Novak