UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File  No. 12-md-2311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | |

## NOTICE OF APPEARANCE OF DANIEL GLAD

PLEASE TAKE NOTICE  that Daniel Glad, of the law firm Latham & Watkins LLP, hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Electric Wintec America, Inc.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  July 24, 2012               Respectfully submitted,

                                    LATHAM & WATKINS LLP


                                    By  */s/ Daniel Glad*
                                        Daniel Glad (Ill. ARDC No. 6291567)
                                        LATHAM & WATKINS LLP
                                        233 South Wacker Drive, Suite 5800
                                        Chicago, Illinois
                                        Tel.: +1.312.876.7700
                                        Fax: +1.312.993.9767
                                        daniel.glad@lw.com

                                        *Attorney for Defendants*
                                        *Sumitomo Electric Industries, Ltd.;*
                                        *Sumitomo Electric Wintec America, Inc.;*
                                        *Sumitomo Wiring Systems, Ltd.;*
                                        *Sumitomo Electric Wiring Systems, Inc.;*
                                        *K&S Wiring Systems, Inc.; and*
                                        *Sumitomo Wiring Systems (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 24, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: July 24, 2012

                             By  /s/ *Daniel Glad*
                               Daniel Glad (Ill. ARDC No. 6291567)
                               LATHAM & WATKINS LLP
                               233 South Wacker Drive, Suite 5800
                               Chicago, Illinois
                               Tel.: +1.312.876.7700
                               Fax: +1.312.993.9767
                               daniel.glad@lw.com

                               *Attorney for Defendants*
                               *Sumitomo Electric Industries, Ltd.;*
                               *Sumitomo Electric Wintec America, Inc.;*
                               *Sumitomo Wiring Systems, Ltd.;*
                               *Sumitomo Electric Wiring Systems, Inc.;*
                               *K&S Wiring Systems, Inc.; and*
                               *Sumitomo Wiring Systems (U.S.A.) Inc.*