MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re Automotive Parts Antitrust Litigation
PRODUCT(s): WIRE HARNESS SYSTEMS

     Plaintiff(s),       Case No. Master File No. 12-md-02311

v.              Judge Marianne O. Battani

THIS DOCUMENT RELATES TO: All Automobile Magistrate Judge Mona K. Majzoub
Dealer Actions; All End-Payor Actions

     Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **G.S.W. Manufacturing, Inc.**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐  No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐  No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 25, 2012       /s/ Donald M. Barnes

               DC Bar No. 0471
               Porter Wright Morris & Arthur LLP
               1919 Pennsylvania Ave NW, Suite 500
               Washington, DC 20006
               202-778-3056
               dbarnes@porterwright.com