**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : : PRODUCTS: : : WIRE HARNESS SYSTEMS : : THIS DOCUMENT RELATES TO: : : ALL ACTIONS : : | Master File No. 12-MD-02311 |

**Automobile Dealers Plaintiffs' Response to Interested Third Party/Plaintiff McGuire Bearing Company's Opposition to Wire Harness Litigation Plaintiffs' Case Management Order No. 3**

**Introduction**

Interim Lead Counsel for Automobile Dealer Plaintiffs ("Dealers") respectfully submit this memorandum in response to the Court's order dated July 16, 2012, (Doc. 244) granting Interested Third-Party/Plaintiff McGuire Bearing Company's Motion ("McGuire Motion") for Leave to File an Opposition to Wire Harness Litigation Plaintiffs' Motion for Case Management Order No. 3. (Doc. 184). For the reasons stated herein, the Dealers support the Court's entry of Proposed Case Management Order No. 3 ("CMO No. 3"), filed on July 29, 2012, as Exhibit 2 to the Joint Memorandum of Plaintiffs and Defendants Regarding Submission of Proposed Orders Reflecting June 15, 2012 Status Conference Rulings. (Doc. 180).

The entry of proposed CMO No. 3 regarding leadership in MDL No. 2311, In re Automotive Parts Antitrust Litigation, is appropriate and in accordance with this Court's rulings

on the record at the June 15, 2012 hearing in MDL No. 2311. Those rulings were based upon and consistent with the structure that the Judicial Panel on Multidistrict Litigation (the "Panel") and this Court have established for the just, speedy and inexpensive resolution of the cases in MDL No. 2311.

**Argument**

The main reason for McGuire's opposition to the entry of CMO No. 3 is that counsel for the direct purchaser plaintiffs in McGuire wish to be considered for interim lead counsel of direct purchaser plaintiffs in cases involving bearings. The McGuire Motion does not mount any specific challenges to the appointment of interim lead counsel for the Dealer plaintiffs, who have filed a complaint on behalf of clients who are indirect purchasers of bearings. *Martens Cars of Washington, Inc. et al. v. JTEKT Corporation et al.*, Case No. 2:12-cv-12614-MOB-MKM (E.D. Mich.).

To the extent that the McGuire Motion suggests that the interim lead counsel structure appointed by the Court should not be used in bearings litigation, the Dealers disagree with the Motion, support the continuation of the current structure, and support the entry of CMO No. 3. The three-group leadership structure of this litigation, which the Court created by three separate orders in March 2012 (Docs. 60, 64, 65), has functioned efficiently and cooperatively to-date.

The three leadership groups have developed a solid working relationship that has advanced this complex litigation. The Dealers have worked collaboratively with the interim lead counsel for the Direct Purchasers and End-Payors, and the Dealers believe that Direct Purchaser counsel and End-Payor counsel have, and will continue to, contribute positively toward the common goal of moving this and related litigation toward an efficient and just resolution.

Including the bearings cases in MDL No. 2311 is consistent with the approach taken by the JPML and this Court. The JPML declined to create separate MDLs for automotive parts beyond automotive wire harness products (*In re Instrument Panel Clusters Antitrust Litigation*, *In re Heating Control Panels Antitrust Litigation*, and *In re Fuel Senders Antitrust Litigation*), and instead transferred these additional automotive product cases to this Court for coordinated or consolidated proceedings within MDL No. 2311. The Dealers believe that the most efficient way to conduct the bearings litigation is to handle it as part of MDL No. 2311, with the same interim leadership structure that has already been working cooperatively to prosecute these claims, is familiar with this MDL, in which it has been taking part since February, and is knowledgeable about the various issues involved in this MDL, such as service of process on foreign defendants. As the Court stated at its last status conference "I think it is very efficient to have the same attorneys handle everything," and additional lead counsel "is just going to be too much." Hearing Transcript at 27, 33. In order to capitalize on the time and effort the appointed lead counsel (who were appointed after an evaluation of the 23(g) factors) have put into this action, the most practical approach is to maintain the Automotive Wire Harness Systems leadership structure for the Automotive Parts Antitrust Litigation.

## Conclusion

For the foregoing reasons, the Dealers respectfully support the entry of proposed CMO No. 3.

Dated this 27th day of July, 2012.

                                         **Mantese Honigman Rossman**
                                         **and Williamson, P.C.**

                                         By____/s/ Gerard V. Mantese_____
                                         Gerard V. Mantese (Michigan Bar No. P34424)

David Hansma (Michigan Bar No. P71056)
Brendan Frey (Michigan Bar No. P70893)
Joshua Lushnat (Michigan Bar No. P75319)
1361 E. Big Beaver Road
Troy, Michigan 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
Email: gmantese@manteselaw.com
dhansma@manteselaw.com

4

Don Barrett  
David McMullan  
Brian Herrington  
Barrett Law Group, P.A.  
P.O. Box 927  
404 Court Square  
Lexington, MS 39095  
Telephone: (662) 834-2488  
Email: dbarrett@barrettlawgroup.com  
bherrington@barrettlawgroup.com  
dmcmullan@barrettlawgroup.com  

Gregory Johnson  
G. Johnson Law, PLLC  
6688 145th Street West,  
Apple Valley, MN 55124  
Telephone: (952) 930-2485  
Email: greg@gjohnsonlegal.com  

Phillip Duncan  
Richard Quintus  
Duncan Firm, P.A.  
900 S. Shackleford, Suite 725  
Little Rock, AR 72211  
Telephone:  (501) 228-7600  
Email: phillip@duncanfirm.com  
richard@duncanfirm.com  

Dewitt Lovelace  
Alex Peet  
Lovelace Law Firm, P.A.  
Suite 200  
12870 US Hwy 98 West  
Miramar Beach, FL  32550  
Telephone: (850) 837-6020  
Email: dml@lovelacelaw.com  
alex@lovelacelaw.com  

Richard Barrett  
Law Offices of Richard R. Barrett, PLLC  
2086 Old Taylor Road  
Suite 1011  
Oxford, Mississippi 38655  
Phone:(662) 380-5018  
Fax:    (866) 430-5459  

Jonathan W. Cuneo  
Victoria Romanenko  
Cuneo Gilbert & LaDuca, LLP  
507 C Street, N.E.  
Washington, DC 20002  
Phone: (202) 789-3960  
Fax: (202)789-1813  
Email: jonc@cuneolaw.com  
Vicky@cuneolaw.com  

Shawn M. Raiter  
Paul A. Sand  
Larson • King, LLP  
2800 Wells Fargo Place  
30 East Seventh Street  
St. Paul, MN  55101  
Telephone: (651) 312-6500  
Email: sraiter@larsonking.com  
psand@larsonking.com  

Thomas P. Thrash  
Thrash Law Firm, P.A.  
1101 Garland Street  
Little Rock, AR 72201  
Telephone: (501) 374-1058  
Email: tomthrash@sbcglobal.net  

Charles Barrett  
Charles Barrett, P.C.  
6518 Highway 100  
Suite 210  
Nashville, Tennessee 37205  
Telephone: (615) 515-3393  
Email: charles@cfbfirm.com  

Joel Davidow  
Daniel Cohen  
Cuneo Gilbert & LaDuca, LLP  
Bethesda, Maryland  
8120 Woodmont Ave  
Suite 810  
Bethesda, MD 20814  
Phone: (202) 789-3960  
Email: joel@cuneolaw.com  
danielc@cuneolaw.com  

5

Email: rrb@rrblawfirm.net

George A. Barton
Stacey Burrows
Law Offices of George A. Barton, P.C.
4435 Main St.
Suite 920
One Main Plaza
Kansas City, MO 64111
Phone: (816) 300-6253
Fax: (816) 300-6259
Email: gab@georgebartonlaw.com
stacy@georgebartonlaw.com

*Additional Counsel for Dale Martens Nissan Subaru, Inc., Green Team of Clay Center, Inc. and Herb Hallman Chevrolet, Inc. d/b/a Champion Chevrolet*

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
Phone: (202) 789-3960
Fax: (202) 789-1813
Email: mflannery@cuneolaw.com

Preetpal Grewal
Cuneo Gilbert & LaDuca, LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020
Phone: (917) 639-5510
Email: pgrewal@cuneolaw.com

*Attorneys for Plaintiffs and Proposed Automobile Dealers Class*

## CERTIFICATE OF SERVICE

I, Gerard V. Mantese, hereby certify that this document was electronically filed and served using the Court's ECF system on July 27, 2012.

/s/Gerard V. Mantese_____
    Gerard V. Mantese