**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> MDL NO. 2311 <br><br>_____ <br><br> THIS DOCUMENT RELATES TO: <br><br> END-PAYOR ACTIONS | ) <br> ) <br> ) Case No. 2:12-md-02311 <br> ) <br> ) <br> ) Judge Marianne O. Battani <br> ) Magistrate Mona K. Majzoub <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | June 15, 2012 Status Conference Transcript |
| Exhibit B | Proposed Heating Control Panels Consolidated Amended Complaint |
| Exhibit C | Proposed Fuel Senders Consolidated Amended Complaint |
| Exhibit D | Proposed Occupant Safety Restraint Systems Consolidated Amended Complaint |
| Exhibit E | Proposed Instrument Panel Clusters Consolidated Amended Complaint |
| Exhibit F | Proposed Automotive Bearings Consolidated Amended Complaint |