# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311 |
| Product(s): | HON. MARIANNE O. BATTANI |
| ALL PRODUCTS | |
| This Document Relates to: | |
| ALL ACTIONS | |

**CASE MANAGEMENT ORDER NO. 3 FOR ALL DIRECT PURCHASER, AUTOMOBILE DEALER AND END-PAYOR ACTIONS**
**(RE: LEAD AND LIAISON COUNSEL)**

Pursuant to Federal Rule of Civil Procedure 16, the Court conducted a case management conference ("Case Management Conference") in *In re: Automotive Parts Antitrust Litigation*, 12-md-02311 ("MDL No. 2311") on June 15, 2012, and determined that current Interim Lead Counsel and Interim Liaison Counsel for the Direct Purchaser, Automobile Dealer, and End-Payor Actions relating to Wire Harness Systems shall continue in those roles for all cases related to, filed in or transferred to this Court as part of MDL No. 2311.  Accordingly, it is HEREBY ORDERED:

1. The Court finds good cause that Interim Lead Counsel and Interim Liaison Counsel, previously appointed (Docket Nos. 60, 64, 65), shall continue as Interim Lead Counsel and Interim Liaison Counsel for all cases related to, filed in or transferred to this Court in MDL No. 2311.

2. This Order shall also apply to each case, whether currently before this Court or subsequently filed in or transferred to this Court and coordinated in MDL No. 2311, unless a new party or newly-added party for good cause files an objection to this Order.

Date:  August 7, 2012                              s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   UNITED STATES DISTRICT JUDGE