UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF LILLIANA DIAZ |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lilliana Diaz voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Lilliana Diaz's rights as an absent class member.

Dated: August 8, 2012

Respectfully,

/s/ John F. Nevares
JOHN F. NEVARES
USDC-PR: 130502
John F. Nevares & Associates, PSC
PO Box 13667
San Juan, PR 00908-3667
Tel/Fax: (787) 722-9333   -   (787) 721-8820
Email: jfnevares@nevareslaw.com

*Attorneys for Plaintiff Lilliana Diaz*