UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF LUCHA BOTT |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lucha Bott voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice pursuant to Lucha Bott's rights as an absent class member.

Dated: August 8, 2012         Respectfully submitted,

By/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake St., Suite 400
Oak Park, IL  60301-1043
Telephone:  (708) 628-4949
Facsimile:   (708) 628-4950
beth@hbsslaw.com

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
george@hbsslaw.com

Jeff D. Friedman (SBN 173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
jefff@hbsslaw.com

*Attorneys for Plaintiff Lucha Bott*

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF LUCHA BOTT was served upon all parties by CM/ECF on this 8th day of August, 2012.

/s/Elizabeth A. Fegan
Elizabeth A. Fegan

542436V1 - 10274.11