# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Ascher v. Furukawa Electric Co., Ltd., et al.*, No. 2:11-cv-14605-MOB-MKM | Master File No. 12-md-02311<br><br>MDL No. 2311<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY HALLEY F. ASCHER |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Halley Ascher voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice pursuant to Ms. Ascher's rights as an absent class member.

Dated:  August 8, 2012

/s/ Patrick E. Cafferty
Patrick E. Cafferty (P35613)
**CAFFERTY FAUCHER LLP**
101 North Main Street, Suite 565
Ann Arbor, Michigan  48104
(734) 769-2144
pcafferty@caffertyfaucher.com

Douglas G. Thompson
Michael G. McLellan
**FINKELSTEIN THOMPSON LLP**
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C.  20007
(202) 337-8000
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

*Attorneys for Plaintiff Halley F. Ascher*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Patrick E. Cafferty
Patrick E. Cafferty
Cafferty Faucher LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel.: 734-769-2144
Fax: 734-769-1207
pcafferty@caffertyfaucher.com
Bar No. P35613