UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF WILLIAM J. BYRNE, JR. |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, William J. Byrne, Jr. voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to William J. Byrne, Jr.'s rights as an absent class member.

Dated: August 9, 2012           Respectfully submitted,

By:     /s/ John R. Malkinson

MALKINSON & HALPERN, P.C.
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60603
312-427-9600

*Attorneys for Plaintiff William J. Byrne, Jr.*