UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| IN RE WIRE HARNESS SYSTEMS | Case No. 12-cv-00103-MOB-MKM |
| THIS RELATES TO:<br><br>SONNY BECK, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>DELPHI AUTOMOTIVE, LLP, ET AL.,<br><br>    Defendants. | Case No. 11-cv-15445-MOB-MKM<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF SONNY BECK |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SONNY BECK ("Plaintiff") voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: August 9, 2012                              Respectfully submitted,

                              By:    /s/ E. Powell Miller

                                     E. Powell Miller (P39)
                                     Adam T. Schnatz (P72049)
                                     THE MILLER LAW FIRM, P.C.
                                     950 W. University Drive, Suite 300
                                     Rochester, MI 48307
                                     (248) 841-2200
                                     epm@millerlawpc.com
                                     ats@millerlawpc.com

                                     Hollis Salzman
                                     Bernard Persky
                                     William Reiss

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

*Attorneys for Plaintiffs SONNY BECK*