UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00103-MOB-MKM |
| **THIS RELATES TO:** | Case No. 11-cv-14556-MOB-MKM |
| **JIMMY JUNKINS,**<br><br>    Plaintiff,<br><br>v.<br><br>**DELPHI AUTOMOTIVE, LLP, ET AL.,**<br><br>    Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF JIMMY JUNKINS |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JIMMY JUNKINS ("Plaintiff") voluntarily dismiss his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: August 9, 2012                      Respectfully submitted,

                              By:    */s/ E. Powell Miller*

                                     E. Powell Miller (P39)
                                     Adam T. Schnatz (P72049)
                                     THE MILLER LAW FIRM, P.C.
                                     950 W. University Drive, Suite 300
                                     Rochester, MI 48307
                                     (248) 841-2200
                                     epm@millerlawpc.com
                                     ats@millerlawpc.com

                                     Mark S. Goldman
                                     Brian D. Penny
                                     GOLDMAN SCARLATO KARON

& PENNY, P.C.
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087
(484) 342-0700
goldman@gskplaw.com
penny@gskplaw.com

M. Stephen Dampier
LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
55 N. Section St.
P.O. Box 161
Fairhope, AL 36533
(251) 929-0800
stevedampier@dampierlaw.com

*Attorneys for Plaintiff JIMMY JUNKINS*