# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00103-MOB-MKM |
| **THIS RELATES TO:** | Case No. 11-cv-05477-MOB-MKM |
| **JEFFREY BUDNER, ET AL.,**<br>    Plaintiff<br>v.<br>**DELPHI AUTOMOTIVE, LLP, ET AL.,**<br>    Defendants. | **APPEARANCE OF E. POWELL MILLER** |

PLEASE TAKE NOTICE that E. Powell Miller of The Miller Law Firm, P.C. hereby enters his appearance as counsel for Plaintiffs, Jeffrey Budner, Dorine Kramer, Nicholas Mitchell, Lillian Fireside, Kelly Hokins, Timothy Griffin, and John Hollingsworth in the above-captioned case.

**THE MILLER LAW FIRM, P.C.**

Attorneys for Defendant

By:     /s/ E. Powell Miller
E. Powell Miller (P39487)
950 West University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
www.millerlawpc.com

Dated:  August 13, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notification of such filing to all counsel of record.

      /s/ E. Powell Miller
      E. Powell Miller (P39487)
      THE MILLER LAW FIRM, P.C.
      Attorneys for Plaintiff
      950 West University Drive, Suite 300
      Rochester, MI  48307
      Tel.: (248) 841-2200
      Fax: (248) 652-2852
      www.millerlawpc.com
      epm@millerlawpc.com