# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **IN RE WIRE HARNESS SYSTEMS** | Case No. 12-cv-00103-MOB-MKM |
| **THIS RELATES TO:** | Case No. 11-cv-05477-MOB-MKM |
| **JEFFREY BUDNER, ET AL.,**<br><br>    Plaintiff<br><br>v.<br><br>**DELPHI AUTOMOTIVE, LLP, ET AL.,**<br><br>    Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS JEFFREY BUDNER, DORINE KRAMER, NICHOLAS MITCHELL, KELLY HOPKINS and TIMOTHY GRIFFIN |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs JEFFREY BUDNER, DORINE KRAMER, NICHOLAS MITCHELL, KELLY HOPKINS and TIMOTHY GRIFFIN voluntarily dismiss their claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to each of these individuals' rights as an absent class member.

Dated: August 13, 2012                         Respectfully submitted,

                                By:     /s/ E. Powell Miller

                                    E. Powell Miller (P39)
                                    Adam T. Schnatz (P72049)
                                    THE MILLER LAW FIRM, P.C.
                                    950 W. University Drive, Suite 300
                                    Rochester, MI 48307
                                    (248) 841-2200
                                    epm@millerlawpc.com
                                    ats@millerlawpc.com

Sylvie K. Kern
KAG LAW GROUP
P.O. BOX 210135
San Francisco, CA 94121
Tel: (415) 221-5763
skern@antitrustglobal.com

*Attorneys for Plaintiffs* JEFFREY BUDNER, DORINE KRAMER, NICHOLAS MITCHELL, KELLY HOPKINS and TIMOTHY GRIFFIN

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notification of such filing to all counsel of record.

      /s/ E. Powell Miller
      E. Powell Miller (P39487)
      THE MILLER LAW FIRM, P.C.
      Attorneys for Plaintiff
      950 West University Drive, Suite 300
      Rochester, MI  48307
      Tel.: (248) 841-2200
      Fax: (248) 652-2852
      www.millerlawpc.com
      epm@millerlawpc.com