UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>MDL No. 2311<br>Honorable Marianne O. Battani |
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-cv-00103-MOB-MKM |
| This Document Relates to:<br><br>GEORGE NICOUD,<br><br>    Plaintiff,<br>v.<br><br>FURUKAWA ELECTRIC COMPANY, LIMITED, ET AL.,<br><br>    Defendants. | Case No. 12-cv-10677-MOB-MKM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF GEORGE NICOUD** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff GEORGE NICOUD voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to George Nicoud's rights as an absent class member.

Dated:  August 13, 2012          Respectfully submitted,

                                              By:     */s/ Susan G. Kupfer*
                                                 GLANCY BINKOW & GOLDBERG LLP
                                                 Susan G. Kupfer
                                                 One Embarcadero Center, Suite 760
                                                 San Francisco, CA  94111
                                                 Tel : (415) 972-8160
                                                 Fax : (415) 972-8166
                                                 skupfer@glancylaw.com

                                                 *Attorneys for Plaintiff George Nicoud*