UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM<br><br>MDL No.  2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF AARON BRANDSTEIN |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Aaron Brandstein voluntarily dismisses his claims without prejudice against all Defendants.  This notice of dismissal is made without prejudice to Mr. Branstein's rights as an absent class member.

Dated:  August 14, 2012                    Respectfully submitted,

By:      _/s/ Patrick E. Cafferty_____
Patrick E. Cafferty
CAFFERTY CLOBES MERIWETHER
 & SPRENGEL LLP
101 North Main St., Ste. 565
Tel.: 734-769-2144
Fax: 734-769-1207
PCafferty@CaffertyClobes.com
Bar No. P35613

Barry Taus, Esq.
Kevin Landau, Esq.
TAUS, CEBULASH & LANDAU,   LLP
80 Maiden Lane, Suite 1205
New York, NY  10036
Tel: 212-931-0704
Fax: 212-931-0703
www.tcllaw.com

*Attorneys for Plaintiff Aaron Brandstein*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Patrick E. Cafferty

Patrick E. Cafferty
Cafferty Clobes Meriwether & Sprengel LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel.: 734-769-2144
Fax: 734-769-1207
PCafferty@CaffertyClobes.com
Bar No. P35613