# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| IN RE WIRE HARNESS SYSTEMS | Case No. 12-cv-00103-MOB-MKM |
| THIS RELATES TO:<br><br>JEFFREY BUDNER, ET AL.,<br><br>Plaintiff<br><br>v.<br><br>DELPHI AUTOMOTIVE, LLP, ET AL.,<br><br>Defendants. | Case No. 11-cv-05477-MOB-MKM<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF LILLIAN FIRESIDE |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LILLIAN FIRESIDE ("Plaintiff") voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member

Dated: August 14, 2012                          Respectfully submitted,

By:     /s/ E. Powell Miller

E. Powell Miller (P39)
Adam T. Schnatz (P72049)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ats@millerlawpc.com

Sylvie K. Kern
KAG LAW GROUP
P.O. BOX 210135

San Francisco, CA 94121
Tel: (415) 221-5763
skern@antitrustglobal.com

*Attorneys for Plaintiff LILLIAN FIRESIDE*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which shall send notification of such filing to all counsel of record.

      /s/ E. Powell Miller
      E. Powell Miller (P39487)
      THE MILLER LAW FIRM, P.C.
      Attorneys for Plaintiff
      950 West University Drive, Suite 300
      Rochester, MI  48307
      Tel.: (248) 841-2200
      Fax: (248) 652-2852
      www.millerlawpc.com
      epm@millerlawpc.com