UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF JEFFERY GRANT BROWN |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Grant Brown voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Jeffrey Grant Brown's rights as an absent class member.

Dated: August 14, 2012   Respectfully submitted,

By:   */s/ John G. Jacobs*

John G. Jacobs
Bryan G. Kolton
**JACOBS KOLTON, CHTD.**
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850
*jgjacobs@jacobskolton.com*
*bgkolton@jacobskolton.com*

Steve W. Berman
Anthony D. Shapiro
**HAGENS VERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*
*tony@hbsslaw.com*

Jeff. D. Friedman (SBN 173886)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
*jefff@hbsslaw.com*

Anthony J. Bolognese
Joshua H. Grabar
**BOLOGNESE & ASSOCIATES, LLC**
Two Penn Center, Suite 320
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Telephone:  (215) 814-6750
Facsimile:  (215) 814-6764
*abolognese@bolognese-law.com*
*jgrabar@bolognese-law.com*

Ira Neil Richards
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone:  (215) 731-9004
Facsimile:  (215) 731-9044
*ira@trrlaw.com*

*Attorneys for Plaintiff Jeffrey Grant Brown*