UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM<br><br>MDL No. 2311 |
| This Document Relates to:<br><br>END-PAYOR ACTIONS | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF BOBBIE SCHWARTZ |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bobbie Schwartz voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Ms. Schwartz's rights as an absent class member.

Dated: August 16, 2012                    Respectfully submitted,

                                          By:     /s/ Patrick E. Cafferty
                                                  Patrick E. Cafferty
                                                  CAFFERTY CLOBES MERIWETHER
                                                   & SPRENGEL LLP
                                                  101 North Main St., Ste. 565
                                                  Tel.: 734-769-2144
                                                  Fax: 734-769-1207
                                                  PCafferty@CaffertyClobes.com
                                                  Bar No. P35613

                                                  Barry Taus, Esq.
                                                  Kevin Landau, Esq.
                                                  TAUS, CEBULASH & LANDAU,   LLP
                                                  80 Maiden Lane, Suite 1205
                                                  New York, NY  10036
                                                  Tel: 212-931-0704
                                                  Fax: 212-931-0703
                                                  www.tcllaw.com

                                                  *Attorneys for Plaintiff Bobbie Schwartz*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Patrick E. Cafferty
Patrick E. Cafferty
Cafferty Clobes Meriwether & Sprengel LLP
101 North Main Street, Suite 565
Ann Arbor, MI 48104
Tel.: 734-769-2144
Fax: 734-769-1207
PCafferty@CaffertyClobes.com
Bar No. P35613