UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 |
| IN RE: HEATER CONTROL PANELS CASES | HON. MARIANNE O. BATTANI |
| This Document Relates to:<br><br>TIFFIN MOTOR HOMES, INC., et al. v. DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC.,<br>Case No. 2:12-cv-12866 | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William E. Hoese of the law firm Kohn, Swift, & Graf, P.C. hereby enters his appearance as counsel for Plaintiff Tiffin Motor Homes, Inc.

Dated: August 20, 2012                 /s/ William E. Hoese
                                       Kohn, Swift, & Graf, P.C.
                                       One South Broad Street
                                       Suite 2100
                                       Philadelphia, PA 19107
                                       Tel: 215-238-1700
                                       Fax: 215-238-1968
                                       Email: whoese@kohnswift.com

                                       One of the attorneys for Tiffin Motor Homes, Inc.

95768