CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ William E. Hoese
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: whoese@kohnswift.com

One of the attorneys for ACAP, L.L.C., f/k/a
Aguirre, Collins & Aikman Plastics, LLC.