# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 |
| IN RE: HEATER CONTROL PANELS CASES | HON. MARIANNE O. BATTANI |
| This Document Relates to: TIFFIN MOTOR HOMES, INC., et al. v. DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC., Case No. 2:12-cv-12866 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas A. Abrahams of the law firm Kohn, Swift, & Graf, P.C. hereby enters his appearance as counsel for Plaintiff Tiffin Motor Homes, Inc.

Dated: August 20, 2012

/s/ Douglas A. Abrahams
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: dabrahams@kohnswift.com

One of the attorneys for Tiffin Motor Homes, Inc.

95768