<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 20, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                                   /s/ William E. Hoese
                                                   Kohn, Swift, & Graf, P.C.
                                                   One South Broad Street
                                                   Suite 2100
                                                   Philadelphia, PA 19107
                                                   Tel: 215-238-1700
                                                   Fax: 215-238-1968
                                                   Email: whoese@kohnswift.com

                                                   One of the attorneys for ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC.