UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM |
| | MDL NO. 2311 |
| This Document Relates to: | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF CRAIG VANHOUTTE |
| ALL END-PAYOR ACTIONS | |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Craig Vanhoutte (2:12-cv-11054) voluntarily dismisses his claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Craig Vanhoutte's rights as an absent class member.

DATED: August 20, 2012         Respectfully Submitted,

                          By:   /s/ Brian R. Strange
                                Brian R. Strange

                                STRANGE & CARPENTER
                                BRIAN R. STRANGE
                                GRETCHEN CARPENTER
                                JOHN P. KRISTENSEN
                                KEITH L. BUTLER
                                12100 Wilshire Blvd., Suite 1900
                                Los Angeles, California 90025
                                Telephone: (310) 207-5055
                                Facsimile: (310) 826-3210
                                lacounsel@earthlink.net
                                gcarpenter@strangeandcarpenter.com
                                jkristensen@strangeandcarpenter.com
                                kbutler@strangeandcarpenter.com

                                *Attorneys for Plaintiff Craig Vanhoutte*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed through the CM/ECF system on August 20, 2012, which automatically serves an electronic notice to all registered individuals.

DATED:  August 20, 2012               Respectfully Submitted,

                                  By:     /s/ Brian R. Strange_____

                                        Brian R. Strange

                                        STRANGE & CARPENTER
                                        BRIAN R. STRANGE
                                        GRETCHEN CARPENTER
                                        JOHN P. KRISTENSEN
                                        KEITH L. BUTLER
                                        12100 Wilshire Blvd., Suite 1900
                                        Los Angeles, California 90025
                                        Telephone:  (310) 207-5055
                                        Facsimile: (310) 826-3210
                                        lacounsel@earthlink.net
                                        gcarpenter@strangeandcarpenter.com
                                        jkristensen@strangeandcarpenter.com
                                        kbutler@strangeandcarpenter.com