UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 |
| IN RE: INSTRUMENT PANEL CLUSTERS CASES | HON. MARIANNE O. BATTANI |
| This Document Relates to: ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, et al. v. YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC., Case No. 2:12-cv-10567 | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William E. Hoese of the law firm Kohn, Swift, & Graf, P.C. hereby enters his appearance as counsel for Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC.

Dated: August 20, 2012

/s/ William E. Hoese
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: whoese@kohnswift.com

One of the attorneys for ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC.

95768