# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 |
| IN RE: OCCUPANT SAFETY RESTRAINT CASES | HON. MARIANNE O. BATTANI |
| This Document Relates to:<br><br>BEAM'S INDUSTRIES, INC., et al. v. AUTOLIV, INC., AUTOLIV ASP, INC., et al., Case No. 2:12-cv-13214 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas A. Abrahams of the law firm Kohn, Swift, & Graf, P.C. hereby enters his appearance as counsel for Plaintiff Beam's Industries, Inc.

| | |
|---|---|
| Dated: August 22, 2012 | /s/ Douglas A. Abrahams<br>Kohn, Swift, & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Tel: 215-238-1700<br>Fax: 215-238-1968<br>Email: dabrahams@kohnswift.com<br><br>One of the attorneys for Beam's Industries, Inc. |

95768