UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: OCCUPANT SAFETY RESTRAINT CASES | MASTER FILE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI |
| This Document Relates To:<br><br>BEAM'S INDUSTRIES, INC., et al. v. AUTOLIV, INC., AUTOLIV ASP, INC., et al. Case No. 2:12-cv-13214 | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that William G. Caldes of the law firm Spector Roseman Kodroff & Willis, P.C. hereby enters his appearance as counsel for Plaintiff Beam's Industries, Inc.

DATED:  August 23, 2012

/s/ William G. Caldes
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:    215-496-0300
Fax:   215-496-6611
Email: espector@srkw-law.com

One of the attorneys for Beam's Industries, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                                /s/ William G. Caldes
                                                Spector Roseman Kodroff & Willis, P.C.
                                                1818 Market Street, Suite 2500
                                                Philadelphia, PA 19103
                                                Tel:    215-496-0300
                                                Fax:   215-496-6611
                                                Email:  espector@srkw-law.com

                                                One of the attorneys for Beam's Industries, Inc.