UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: HEATER CONTROL PANELS CASES | MASTER FILE NO. 2:12-MD-02311 |
| THIS DOCUMENT RELATED TO:<br><br>TIFFIN MOTOR HOMES, INC., v.<br>DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC.,<br><br>Case No. 2:12-CV-12866 | HON. MARIANNE O. BATTANI |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael E. Moskovitz of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff Tiffin Motor Homes, Inc., in the above-captioned matter.

August 23, 2012

**FREED KANNER LONDON & MILLEN LLC**

/s/ Michael E. Moskovitz
Michael E. Moskovitz
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: mmoskovitz@fklmlaw.com

*Counsel for Plaintiff Tiffin Motor Homes, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Plaintiff Tiffin Motor Homes, Inc., was filed on August 23, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

/s/ Michael E. Moskovitz
Michael E. Moskovitz
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: mmoskovitz@fklmlaw.com

*Counsel for Plaintiff Tiffin Motor Homes, Inc.*