# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: INSTRUMENT PANEL CLUSTERS CASES | MASTER FILE NO. 2:12-MD-02311 <br><br> HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATED TO: <br><br> ACAP, L.L.C., f/k/a AGUIRRE, COLLINS & AIKMAN PLASTICS, LLC, v. <br> YAZAKI CORPORATION and YAZAKI NORTH AMERICA, INC., <br><br> Case No. 2:12-CV-10567 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven A. Kanner of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC in the above-captioned matter.

| | |
|---|---|
| August 23, 2012 | **FREED KANNER LONDON & MILLEN LLC** <br><br> /s/ Steven A. Kanner <br> Steven A. Kanner <br> 2201 Waukegan Road, Suite 130 <br> Bannockburn, IL 60015 <br> Tel: (224) 632-4500 <br> Fax: (224) 632-4521 <br> Email: skanner@fklmlaw.com <br><br> *Counsel for Plaintiff ACAP, L.L.C.,* <br> *f/k/a Aguirre, Collins & Aikman Plastics, LLC* |

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance on Behalf of Plaintiff ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC was filed on August 23, 2012. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

      /s/ Steven A. Kanner  
      Steven A. Kanner  
      2201 Waukegan Road, Suite 130  
      Bannockburn, IL 60015  
      Tel: (224) 632-4500  
      Fax: (224) 632-4521  
      Email: skanner@fklmlaw.com

*Counsel for Plaintiff ACAP, L.L.C.,*  
*f/k/a Aguirre, Collins & Aikman Plastics, LLC*