**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br><br>Hon. Marianne O. Battani |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph R. Saveri of the Joseph Saveri Law Firm, hereby enters his appearance as counsel of record for Plaintiff Paesano Connecting Systems, Inc., in the above matter.

Dated:  August 23, 2012

                                       s/Joseph R. Saveri
                                       Joseph Saveri Law Firm
                                       255 California Street, Suite 450
                                       San Francisco, California 94111
                                       415-500-6800
                                       jsaveri@saverilawfirm.com

                                       *Counsel for Plaintiff Paesano Connecting*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2012, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                       s/Joseph R. Saveri
                                       Joseph Saveri Law Firm
                                       255 California Street, Suite 450
                                       San Francisco, California 94111
                                       415-500-6800
                                       jsaveri@saverilawfirm.com