# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: OCCUPANT SAFETY RESTRAINT CASES | |
| This Document Relates To:<br><br>BEAM'S INDUSTRIES, INC., et al. v. AUTOLIV, INC., AUTOLIV ASP, INC., et al.<br>Case No. 2:12-cv-13214 | |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie A. Strother of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff Beam's Industries, Inc. in the above-captioned matter.

Dated: August 24, 2012            Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.


  s/Julie A. Strother
Julie A. Strother
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: jastrother@locklaw.com

*Attorney for Plaintiff Beam's Industries, Inc.*

455194.1

## CERTIFICATE OF SERVICE

  I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: August 24, 2012        __s/Julie A. Strother_____
                 Julie A. Strother