# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS CASES | |
| This Document Relates To:<br><br>TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTENATIONAL AMERICA, INC.<br>Case No. 2:12-cv-12866 | |

## NOTICE OF APPEARANCE

Please enter the appearance of W. Joseph Bruckner of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above-captioned matter.

Dated:  August 24, 2012

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

__s/W. Joseph Bruckner_____
W. Joseph Bruckner
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
Email: wjbruckner@locklaw.com

*Attorney for Plaintiff Tiffin Motor Homes, Inc.*

455194.1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: August 24, 2012                   __s/W. Joseph Bruckner_____
                                                  W. Joseph Bruckner