UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS CASES | |
| This Document Relates To:<br><br>TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTENATIONAL AMERICA, INC.<br>Case No. 2:12-cv-12866 | |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie A. Strother of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above-captioned matter.

Dated: August 24, 2012                Respectfully submitted,

                                                                LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                                                __s/Julie A. Strother_____
                                                                Julie A. Strother
                                                                100 Washington Avenue South, Suite 2200
                                                                Minneapolis, MN 55401
                                                                Tel:   (612) 339-6900
                                                                Fax:   (612) 339-0981
                                                                Email: jastrother@locklaw.com


                                                                *Attorney for Plaintiff Tiffin Motor Homes, Inc.*

455194.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: August 24, 2012         __s/Julie A. Strother_____
                 Julie A. Strother