**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

IN RE: OCCUPANT SAFETY RESTRAINT
SYSTEMS CASES

THIS DOCUMENT RELATES TO:

BEAM'S INDUSTRIES, INC. v.
AUTOLIV, INC., AUTOLIV ASP, INC.,
AUTOLIV B.V. & CO. KG, AUTOLIV JAPAN
LTD., TAKATA CORP., TK HOLDINGS,
INC.,TOKAI RIKA U.S.A. INC., TRW
AUTOMOTIVE HOLDINGS CORP., and TRW
DEUTSCHLAND HOLDING GMBH,

Case No. 2:12-cv-13214

CASE NO. 2:12-md-02311

HON. MARIANNE O. BATTANI

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Lance C. Young, of Sommers Schwartz, P.C., hereby

enters his appearance as counsel of record on behalf of Plaintiff, Beam's Industries, Inc., in the

above-captioned matter.

Dated:  August 27, 2012

s/ Lance C. Young (P51254)
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075-1100
248-355-0300
lyoung@sommerspc.com

*Counsel for Plaintiff Bean's Industries, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 27, 2012, I electronically filed copy of the foregoing

Notice of Appearance with the Clerk of the Court using the ECF system which will send

notification of such filing to ECF registered counsel.

s/ Lance C. Young (P51254)

Sommers Schwartz, P.C.

2000 Town Center, Suite 900

Southfield, MI  48075-1100

248-355-0300

lyoung@sommerspc.com
