# UNTIED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## NOTICE OF SEPTEMBER 14, 2012 STATUS CONFERENCE
## AND REQUEST FOR AGENDA ITEMS

A status conference for all Lead cases in MDL No. 2311 is scheduled for **10:00 a.m. (EST), September 14, 2012,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present. Each Defendant should be represented.

Counsel are encouraged to meet and confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference   Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 p.m. (EST), September 10, 2012**. The Court will finalize the Agenda and file it electronically by September 12, 2012.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: August 28, 2012