**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE SYSTEMS
ANTITRUST LITIGATION                                    MASTER FILE NO. 12-md-02311
_____
                                                        HON. MARIANNE O. BATTANI
THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____/

**AMENDED NOTICE OF SEPTEMBER 14, 2012  THIRD STATUS CONFERENCE**
**AND REQUEST FOR AGENDA ITEMS**

A status conference for all cases in MDL No. 02311 is scheduled for **September 14, 2012, starting at 10:00 A.M. E.S.T.**, in Room 272.  All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present.  Each Defendant should be represented.

Counsel are encouraged to submit to the Court discussion items to be incorporated into an Agenda for this conference.  Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 P.M. E.S.T. September 10, 2012**.  The Court will finalize the Agenda and file it electronically on September 12, 2012.

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATE:  August 29, 2012