UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** <br><br> _____ <br><br> **ALL PARTS** <br><br> _____ <br><br> **THIS RELATES TO: ALL CASES** | 12-md-02311 <br> Honorable Marianne O. Battani |

**NOTICE OF APPEARANCE OF GENE W. KIM**

**PLEASE TAKE NOTICE** that Gene W. Kim of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of Meetesh Shah in the above-captioned matter.

Dated:   August 30, 2012                                **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Gene W. Kim*
   Gene W. Kim
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
E-mail: gkim@cpmlegal.com

**CERTIFICATE OF SERVICE**

I, Gene W. Kim, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF GENE W. KIM**, to be served upon all registered counsel of record via the Court's CM/ECF system on August 30, 2012.

/s/ *Gene W. Kim*
Gene W. Kim