# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF ADAM J. ZAPALA

**PLEASE TAKE NOTICE** that Adam J. Zapala of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of Meetesh Shah in the above-captioned matter.

Dated: August 30, 2012          **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Adam J. Zapala*
Adam J. Zapala
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
E-mail: azapala@cpmlegal.com

## CERTIFICATE OF SERVICE

I, Adam J. Zapala, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF ADAM J. ZAPALA**, to be served upon all registered counsel of record via the Court's CM/ECF system on August 30, 2012.

          /s/ *Adam J. Zapala*
          Adam J. Zapala