UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | : : | |
| THIS RELATES TO: | : : | W:12-cv-00102-MOB-MKM |
| All Dealership Actions | : : | |

## NOTICE OF APPEARANCE OF MICHELLE K. FISCHER

TO:   THE CLERK OF THE COURT

　　PLEASE enter the appearance of Michelle K. Fischer, of the law firm Jones Day, as counsel on behalf of Yazaki Corporation in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: September 5, 2012　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　By: /s/ Michelle K. Fischer
　　　　　　　　　　　　　　　　　　　　Michelle K. Fischer (Ohio Bar No. 0042298)
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114
　　　　　　　　　　　　　　　　　　　　216-586-3939
　　　　　　　　　　　　　　　　　　　　216-579-0212 (facsimile)
　　　　　　　　　　　　　　　　　　　　*Email*:  mfischer@jonesday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2012, I electronically filed my Appearance on behalf of Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 5, 2012

JONES DAY

By: /s/ Michelle K. Fischer
Michelle K. Fischer (Ohio Bar No. 0042298)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
216-586-3939
216-579-0212 (facsimile)
*Email*: mfischer@jonesday.com