**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF E. POWELL MILLER

PLEASE TAKE NOTICE that E. Powell Miller of The Miller Law Firm, P.C. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

                                        Respectfully submitted,

                                        */s/ E. Powell Miller*_____
                                        E. Powell Miller (P39487)
                                        The Miller Law Firm, P.C.
                                        950 W. University Drive, Ste. 300
                                        Rochester, MI 48307
                                        (248) 841-2200
                                        epm@millerlawpc.com

Dated: September 10, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system. I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

          Respectfully submitted,

          */s/ E. Powell Miller*_____
          E. Powell Miller (P39487)
          The Miller Law Firm, P.C.
          950 W. University Drive, Ste. 300
          Rochester, MI 48307
          (248) 841-2200
          epm@millerlawpc.com