AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  12-md-02311

Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    FURUKAWA WIRING SYSTEMS AMERICA, INC.

Date of Service:    September 7, 2012

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

X    Other (specify):
FedEx Express
2711 Centerville Rd. #400
Wilmington, DE 19808

____    Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Sherri Sikorski

Signature of Server:    Sherri Sikorski

Date:    September 10, 2012

Server's Address:    Mantese Honigman Rossman & Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| In re: Automotive Wire Harness Systems Antitrust Litigation | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 12-md-02311<br><br><br>Hon. Marianne O. Battani |

## SUMMONS IN A CIVIL ACTION

To:     FURUKAWA WIRING SYSTEMS AMERICA, INC.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gerard V. Mantese
> Mantese Assoc.
> 1361 E. Big Beaver Road
> Troy, MI 48083


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*



By: _s/ Kristen Krawczyk_____
       *Signature of Clerk or Deputy Clerk*

Date of Issuance: _June 13, 2012_____

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

# FedEx Express

**NEW Package US Airbill**

FedEx Tracking Number: 8755 8719 3955

Sender's Copy

From (Please print and press hard.)

Date 9/6/13

Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT 7002-5

Sender's Name: Brendon Frey   Phone ( 248 ) 457-9200

Company: MANTESE HONIGMAN

Address: 1361 E BIG BEAVER RD
Dept./Floor/Suite/Room

City TROY   State MI   ZIP 48083-1956

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
OPTIONAL Wire Harness

**3 To**
Recipient's Name   Phone ( 302 ) 636-5400

Company: Corporation Service Company (CSC)

Address: 2711 Centerville Rd. #400
Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Wilmington   State DE   ZIP 19808

0436922877

**4 Express Package Service**   *To most locations.
NOTE: Service order has changed. Please select carefully.

Next Business Day
- [ ] **FedEx First Overnight**
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [X] **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Standard Overnight**
Next business afternoon.*
Saturday Delivery NOT available.

2 or 3 Business Days
- [ ] **NEW FedEx 2Day A.M.**
Second business morning.*
Saturday Delivery NOT available.
- [ ] **FedEx 2Day**
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Express Saver**
Third business day.*
Saturday Delivery NOT available.

**5 Packaging**   *Declared value limit $500.
- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

- [ ] **No Signature Required**
Package may be left without obtaining a signature for delivery.
- [X] **Direct Signature**
Someone at recipient's address may sign for delivery. Fee applies.
- [ ] **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?**
One box must be checked.
- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
Enter FedEx Acct. No. or Credit Card No. below.
- [X] Sender
Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.
Exp. Date

Total Packages ___   Total Weight ___ lbs.   Total Declared Value† $ ___ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 11/10 • Part #163124 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRS

611

The FedEx US Airbill has changed. See Section 4

MUR33

0215



Case 2:12-md-02311-SFC-RSW  ECF No. 361, PageID.4739  Filed 09/10/12  Page 5 of 6

FedEx Express Corporation          U.S. Mail. 1000 Fedex Drive          Telephone 901-463-3339
Delivery Information               Coraopolis, PA 15108-0022
Domestic Trace
1000 Fedex Drive

Coraopolis, PA 15108-0022



## FAX HEADER SHEET

FROM:  F e d E x   E x p r e s s
PHONE:  1-800-GO-FEDEX


TO:  Sherri Sikorski
PHONE:  (248) 457-9201

PAGES:  2 (including header)

---

Reference Number: R2012091002148293070

FedEx Express                    U.S. Mail: PO Box 727              Telephone 901-369-3600
Customer Support                 Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



September 10, 2012

Sherri Sikorski
(248) 457-9201

Dear Sherri Sikorski:

Our records reflect the following delivery information for the shipment with the tracking number
875587193955.

Delivery Information:

Signed For By:    P.SISOFO

Delivery Date:    September 07, 2012

Delivery Time:    09:23 AM

                  Shipping Information:

Shipment Reference Information: WIRE HARNESS

Tracking No:   875587193955              Ship Date:    September 06, 2012

Shipper:   TROY, MI                      Recipient:    WILMINGTON, DE
           US                                          US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20120910021 48293070

This Information is provided subject to the FedEx Service Guide.