UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————————————————/
                                                    :        Master File No. 12-md-02311
IN RE AUTOMOTIVE PARTS             :        Honorable Marianne O. Battani
ANTITRUST LITIGATION                    :        Honorable Mona Majzoub
————————————————/ :
                                                    :
PRODUCT(S):                                  :
                                                    :
WIRE HARNESS SYSTEMS            :
                                                    :
————————————————:
                                                    :
THIS DOCUMENT RELATES TO:   :
                                                    :
ALL END PAYOR ACTIONS        :
————————————————/

## STIPULATION AND ORDER

Plaintiffs Melissa Barron; John Hollingsworth; Jane Taylor; Janne Rice; Robert Rice, Jr.; and Stacey Nickell (collectively, "California and West Virginia Plaintiffs in the End Payor Actions") and the Undersigned Defendants in the End Payor Actions, by and through their respective counsel, stipulate and agree as follows:

To the extent that any of the cases are not otherwise resolved by the conclusion of pretrial proceedings and such cases remain in or have the right to return to any jurisdiction other than the Eastern District of Michigan, California and West Virginia Plaintiffs in the End Payor Actions will consent to the transfer of those cases to the Eastern District of Michigan. Undersigned Defendants in the End Payor Actions will not contest venue in the Eastern District Of Michigan.

The Parties to this Stipulation preserve all other applicable rights. None of the Undersigned Defendants will be precluded from contesting the applicability of any state law in any transferor district on any ground, including, without limitation, that a defendant lacks

sufficient contacts with that state, and nothing herein shall be deemed to preclude plaintiffs from opposing the same.

Other defendants in the End Payor Actions may join this stipulation at a later date provided that they agree to all of its terms.

**SO ORDERED:**

                                       **s/Marianne O. Battani**

     **Dated: September 10, 2012**         United States District Judge

**IT IS SO STIPULATED.**

                                          **THE MILLER LAW FIRM, P.C**

September 7, 2012                     By   s/ E. Powell Miller
                                            E. Powell Miller (P39487)
                                            Adam T. Schnatz
                                            950 W. University Dr., Ste. 300
                                            Rochester, Michigan 48307
                                            Telephone: (248) 841-2200
                                            Facsimile: (248) 652-2852
                                            epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim*
*Liaison Counsel for the Proposed End-*
*Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 883-7058
hsalzman@labaton.com
bpersky@labaton.com
wreiss@labaton.com

Mark M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
**COTCHETT, PITRE &
McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com


*Attorneys for Plaintiffs and Interim Co-
Lead Class Counsel for the Proposed
End-Payor Plaintiffs Classes*

LANE POWELL PC

September 7, 2012                    By:    /s/ Larry S. Ganges
                                            Larry S. Gangnes
                                            LANE POWELL PC
                                            1420 Fifth Ave., Suite 4100
                                            Seattle, WA  98101-2338
                                            Telephone:  (206) 223-7000
                                            Facsimile:  (206) 223-7107
                                            gangnesl@lanepowell.com

                                            Craig D. Bachman
                                            Kenneth R. Davis II
                                            Masayuki Yamaguchi
                                            Darin M. Sands
                                            LANE POWELL PC
                                            ODS Tower
                                            601 SW Second Ave., Suite 2100
                                            Portland, OR  97204-3158
                                            Telephone:  (503) 778-2100
                                            Facsimile:  (503) 778-2200
                                            bachmanc@lanepowell.com
                                            davisk@lanepowell.com
                                            yamaguchim@lanepowell.com
                                            sandsd@lanepowell.com

                                            Irwin Alterman
                                            KEMP KLEIN LAW FIRM
                                            201 W. Big Beaver, Suite 600
                                            Troy, MI  48084
                                            248-528-1111
                                            irwin.alterman@kkue.com

                                            *Attorneys for Defendants American Furukawa, Inc.
                                            and Furukawa Electric Co., Ltd.*

WILMER CUTLER PICKERING HALE AND DORR LLP

September 7, 2012       By:       /s/ Steven F. Cherry
                                  Steven F. Cherry
                                  David P. Donovan
                                  Stephanie K. Wood
                                  Elizabeth Martin
                                  WILMER CUTLER PICKERING HALE AND DORR LLP
                                  1875 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20006
                                  Telephone: (202) 663-6000
                                  Fax: (202) 663-6363
                                  steven.cherry@wilmerhale.com
                                  david.donovan@wilmerhale.com
                                  stephanie.wood@wilmerhale.com
                                  ellie.martin@wilmerhale.com

                                  Karen D. Stringer
                                  Heather Price
                                  WILMER CUTLER PICKERING HALE AND DORR LLP
                                  60 State Street
                                  Boston, MA 02109
                                  Telephone: (617) 526-6406
                                  Fax: (617) 526-5000
                                  karen.stringer@wilmerhale.com
                                  heather.price@wilmerhale.com

                                  *Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

                                  Steven M. Zarowny (P33362)
                                  General Counsel
                                  DENSO International America, Inc.
                                  24777 Denso Drive
                                  Southfield, MI 48033
                                  Telephone: (248) 372-8252
                                  Fax: (248) 213-2551
                                  steve_zarowny@denso-diam.com

                                  *Attorney for Defendant DENSO International America, Inc.*

KERR, RUSSELL AND WEBER, PLC

September 7, 2012            By:     /s/ William A. Sankbeil
                                    William A. Sankbeil (P19882)
                                    Joanne Geha Swanson (P33594)
                                    Matthew L. Powell (P69186)
                                    500 Woodward Avenue, Suite 2500
                                    Detroit, MI  48226
                                    (313) 961-0200
                                    (313) 961-0388 (facsimile)
                                    wsankbeil@kerr-russell.com
                                    jswanson@kerr-russell.com
                                    mpowell@kerr-russel.com

                                    James L. Cooper
                                    Sonia Kuester Pfaffenroth
                                    Laura Cofer Taylor
                                    ARNOLD & PORTER LLP
                                    555 Twelfth Street NW
                                    Washington, DC 20004
                                    (202) 942-5014
                                    (202) 942-5999-facsimile
                                    Email: james.cooper@aporter.com

                                    *Attorneys for Defendants Fujikura America, Inc.,
                                    and Fujikura Ltd.*

SMITH, GAMBRELL & RUSSELL, LLP

September 7, 2012            By:     /s/ Wm. Parker Sanders
                                    Wm. Parker Sanders (Georgia Bar No. 626020)
                                    Promenade II, Suite 3100
                                    1230 Peachtree Street, N.E.
                                    Atlanta, Georgia 30309
                                    (404) 815-3684
                                    psanders@sgrlaw.com

                                    *Attorney for Defendant Kyungshin-Lear Sales and
                                    Engineering, LLC*

DYKEMA GOSSETT PLLC

September 7, 2012        By:    /s/ Howard B. Iwrey
                                Howard B. Iwrey (P39635)
                                DYKEMA GOSSETT PLLC
                                39577 Woodward Avenue, Suite 300
                                Bloomfield Hills, MI  48304
                                (248) 203-0526 – Telephone
                                hiwrey@dykema.com

                                Andrew S. Marovitz
                                Britt M. Miller
                                MAYER BROWN LLP
                                71 S. Wacker Drive
                                Chicago, IL  60606
                                (312) 782-0600 –Telephone
                                (312) 701-7711 – Facsimile
                                amarovitz@mayerbrown.com
                                bmiller@mayerbrown.com

                                *Attorneys for Defendant Lear Corporation*

GIARMARCO, MULLINS & HORTON, P.C.

September 7, 2012     By:     /s/ William H. Horton
                                           William H. Horton (P31567)
                                           Giarmarco, Mullins & Horton, P.C.
                                           101 West Big Beaver Road, Tenth Floor
                                           Troy, MI  48084-5280
                                           Phone: 248-457-7060
                                           bhorton@gmhlaw.com

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.:  202-637-2200
Fax:  202-637-2201
Maggy.sullivan@lw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Electric Wintec America, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., Sumitomo Wiring Systems, Ltd., and K&S Wiring Systems, Inc.*

BUTZEL LONG

September 7, 2012     By:     /s/ David F. DuMouchel
                                           David F. DuMouchel
                                           George B. Donnini
                                           150 West Jefferson, Suite 100
                                           Detroit, MI 48226
                                           Tel: 313-225-7000
                                           dumouchd@butzel.com
                                           donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel:  202-663-7820
TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.*

JONES DAY

September 7, 2012          By:     /s/ John M. Majoras
                                   John M. Majoras
                                   Carmen G. McLean
                                   JONES DAY
                                   51 Louisiana Ave. N.W.
                                   Washington, D.C. 20001-2113
                                   Tel. (202) 879-3939
                                   Fax (202) 626-1700
                                   jmmajoras@jonesday.com
                                   cgmclean@jonesday.com

                                   Michelle K. Fischer
                                   Stephen J. Squeri
                                   JONES DAY
                                   North Point
                                   901 Lakeside Avenue
                                   Cleveland, OH 44114
                                   Tel. (216) 586-3939
                                   Fax (216) 579-0212
                                   mfischer@jonesday.com
                                   sjsqueri@jonesday.com

                                   *Attorneys for Defendant*
                                   *Yazaki Corporation and*
                                   *Yazaki North America, Inc.*