UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF STEVEN N. WILLIAMS

**PLEASE TAKE NOTICE** that Steven N. Williams of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of End-Payors in the above-captioned matter.

Dated:  September 10, 2012

**COTCHETT, PITRE & McCARTHY, LLP**

By:  */s/ Steven N. Williams*
   Steven N. Williams
   COTCHETT, PITRE & McCARTHY, LLP
   840 Malcolm Road, Suite 200
   Burlingame, CA 94010
   Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577
   E-mail: swilliams@cpmlegal.com

## CERTIFICATE OF SERVICE

I, Steven N. WIlliams, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF STEVEN N. WILLIAMS**, to be served upon all registered counsel of record via the Court's CM/ECF system on September 10, 2012.

/s/ Steven N. Williams
Steven N. Williams
