UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

NOTICE OF APPEARANCE OF FRANK C. DAMRELL

**PLEASE TAKE NOTICE** that Frank C. Damrell of Cotchett, Pitre & McCarthy LLP hereby enters his appearance on behalf of End-Payors in the above-captioned matter.

Dated:   September 10, 2012        **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Frank C. Damrell*
Frank C. Damrell
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
E-mail: fdamrell@cpmlegal.com

## CERTIFICATE OF SERVICE

I, Frank C. Damrell, hereby certify that I caused a true and correct copy of the **NOTICE OF APPEARANCE OF FRANK C. DAMRELL**, to be served upon all registered counsel of record via the Court's CM/ECF system on September 10, 2012.

/s/ *Frank C. Damrell*
Frank C. Damrell