## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS**<br>**ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### APPEARANCE OF DANTE A. STELLA

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Dante A. Stella of the law firm Dykema Gossett PLLC, as counsel on behalf of Lear Corporation in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012

DYKEMA GOSSETT PLLC

By: /s/ Dante A. Stella_____
        Dante A. Stella (P60443)
        Attorneys for Defendant Lear Corporation
        400 Renaissance Center
        Detroit, Michigan  48243-1668
        (313) 568-6693
        (313) 568-6701 - facsimile
        *email*:   dstella@dykema.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 11, 2012, I electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012                              DYKEMA GOSSETT PLLC

                                                        By: /s/ Dante A. Stella _____
                                                             Dante A. Stella (P60443)
                                                             Attorneys for Defendant Lear Corporation
                                                             400 Renaissance Center
                                                             Detroit, Michigan  48243-1668
                                                             (313) 568-6693
                                                             (313) 568-6701 - facsimile
                                                             *email*:   dstella@dykema.com