# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO ALL CASES** | |

## APPEARANCE OF MICHAEL F. TUBACH

TO:   THE CLERK OF THE COURT

     PLEASE enter the appearance of Michael F. Tubach, of the law firm O'Melveny & Myers LLP, as counsel on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. in the above-captioned matters. The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  September 11, 2012          O'MELVENY & MYERS LLP

                                          By:  /s/ Michael F. Tubach
                                          Michael F. Tubach (California Bar No. 145955)
                                          O'MELVENY & MYERS LLP
                                          Two Embarcadero Center, 28th Floor
                                          San Francisco, CA 94111-3823
                                          415-984-8700
                                          415-984-8701 (facsimile)
                                          *Email*: mtubach@omm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2012, I electronically filed this Appearance on behalf of Leoni AG, Leoni Kabel GmbH, Leoni Wire Inc., Leoni Wiring Systems, Inc. and Leonische Holding Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: September 11, 2012        O'MELVENY & MYERS LLP

        By: /s/ Michael F. Tubach
        Michael F. Tubach (California Bar No. 145955)
        O'MELVENY & MYERS LLP
        Two Embarcadero Center, 28th Floor
        San Francisco, CA 94111-3823
        415-984-8700
        415-984-8701 (facsimile)
        *Email*: mtubach@omm.com