# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF ANDREW S. MAROVITZ

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Andrew S. Marovitz of the law firm Mayer Brown LLP, as counsel on behalf of Lear Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.


Dated:  September 11, 2012                MAYER BROWN LLP

                                          By: s/  Andrew S. Marovitz
                                              Andrew S. Marovitz
                                              Attorneys for Defendant Lear Corporation
                                              71 South Wacker Drive
                                              Chicago, IL  60606
                                              (312) 782-0600
                                              (312) 701-7711 - facsimile
                                              *email*:  amarovitz@mayerbrown.com

## **CERTIFICATE OF SERVICE**

I, Andrew S. Marovitz, hereby certify that on September 11, 2012, I caused to be electronically filed my Appearance on behalf of Lear Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 11, 2012  　　　　　　　　MAYER BROWN LLP

　　　　　　　　　　　　　　　　　　　　　　　By: s/  Andrew S. Marovitz
　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Marovitz
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Lear Corporation
　　　　　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 782-0600
　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 701-7711 - facsimile
　　　　　　　　　　　　　　　　　　　　　　　　　　*email*:  amarovitz@mayerbrown.com

703170172