UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-MD-02311 Honorable Marianne O. Battani |
| PRODUCT(S): WIRE HARNESS SYSTEMS | : : : : | |
| THIS DOCUMENT RELATES TO: Direct Purchaser Actions | : : : | Lead Case No. W:12-cv-00101 |

**DIRECT PURCHASER PLAINTIFFS' RESPONSE IN OPPOSITION TO DENSO CORPORATION AND DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS THE DIRECT PURCHASERS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND THE END-PAYORS' CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

### INDEX OF EXHIBITS

Exhibit A    DENSO Hearing

Exhibit B    DENSO Plea Agreement

Exhibit C    Furukawa Plea Agreement

Exhibit D    Yazaki Corp Plea Agreement

96522