UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-MD-02311<br>Honorable Marianne O. Battani |
| PRODUCT(S):<br>WIRE HARNESS SYSTEMS | : : : : | |
| THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions | : : : | Lead Case No. W:12-cv-00101 |

**DIRECT PURCHASER PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANT S-Y SYSTEMS TECHNOLOGIES EUROPE
GMBH'S MOTION TO DISMISS THE CONSOLIDATED AMENDED
<u>CLASS ACTION COMPLAINTS FOR LACK OF PERSONAL JURISDICTION</u>**

<u>**INDEX OF EXHIBITS**</u>

Exhibit A   Excerpt of Continental Report

Exhibit B   SY PR Statement

Exhibit C   S-Y Systems History Page – Ford

Exhibit D   SY Systems Website – About Us

**96522**