# EXHIBIT B



Send a release

Become a member   Member sign in
For journalists   For bloggers
Global sites

Search   Advanced Search
Products & Services   News Releases

| Products & Services | Knowledge Center | Browse News Releases | Contact PR Newswire |

See more news releases in: Automotive, Joint Ventures

**Featured Video**

# Siemens, Yazaki Launch Joint Ventures Dedicated To Integrated Electronic/Electrical Systems Development

Like  Tweet  Share  +1

Ready-To-Blend Greek Yogurt Superfruit Smoothies Arrive Just In Time For The Peak Summer Season

North American JV Focused on Ford Worldwide Programs;

BMW, Renault Focus of European Company

Print   Email   RSS

Share it

Blog it

Blog Search

```
    DEARBORN, Mich., Oct. 15 /PRNewswire/ -- Siemens VDO Automotive AG and the
Yazaki Corporation today launched a joint venture (JV) for the global sale,
program management and development of integrated vehicle electronic/electrical
systems for the combined Siemens and Yazaki business at Ford, BMW and Renault.
    Launch of the new company, S-Y Systems Technologies, America, LLC, was
announced jointly by John Sanderson, president and CEO of Siemens Automotive-
North America, and George R. Perry, president and chief operating officer of
Yazaki North America, Inc.  (Siemens Automotive, the U.S.-based operation of
Siemens VDO AG, will become Siemens VDO Automotive later this year.)
    The JV is one of two systems companies being formed by Siemens and Yazaki
for the development and sale of integrated vehicle electronic/electrical
distribution systems.
```
The second joint venture, called S-Y Systems Technologies, Europe, GmbH, will be based in Germany while the U.S. company's headquarters will be here in
```
 Dearborn.
    Siemens and Yazaki will have an equal stake in the two joint ventures.  A
managing board consisting of six members with equal representation from both
companies will oversee the two joint ventures.
    The Dearborn-based company is responsible for the strategic lead regarding
Ford programs worldwide while the European company, which is based in
Regensburg, Germany, is responsible for the strategic lead with respect to BMW
and Renault global programs.  The JVs will work closely together in supporting
one another on their respective customer programs as required.
    The Dearborn company will employ about 300 people, some 70 percent of whom
will be technically oriented.  The European JV will have about 200 employees.
    A third joint venture, which also will be based in Germany, has been
formed by the two companies for the manufacture of vehicle wiring harnesses
and their sale to the two systems joint ventures.  This company will have
about 5,000 employees worldwide.  Yazaki will have a 75 percent share and
Siemens a 25 percent share of this company, called S-Y Wiring Technologies,
GmbH.
    "This partnership with Yazaki multiplies the capabilities of both our
companies in developing, producing and supplying our automotive customers with
innovative, world-class electrical and electronic systems and components,"
said Sanderson.
    "Even more importantly, it strengthens the ability of Siemens and Yazaki
to deliver excellent customer satisfaction to our existing customers at Ford,
BMW and Renault.  For Siemens, it expands our position as one of the world's
leading suppliers of automotive electronic and electrical systems and
controls."  Control electronics in a vehicle's electrical distribution system
typically represents 20 to 25 percent of the manufacturing cost.  Worldwide,
the company supplies about 2 million Intelligent Switching Units annually to
the global automotive industry.
    Perry said, "These joint ventures combined with Yazaki's global EDS
manufacturing network exactly match Ford's need and offer Renault and BMW a
capability beyond that which they've enjoyed to date."
    "Further, the wiring JV enhances Yazaki's global leadership in the
electrical distribution system and component businesses."
```

**More in These Categories**

Automotive ▲

OAI: Auto Insurance Rate-Setting System Center of Calif. Ballot Case

China XD Plastics Announces Second Quarter 2012 Financial Results

Park Resorts Launches its First Eco Caravan

Joint Ventures ▼

Most Read ▼

Most Emailed ▼

**Journalists and Bloggers**



Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.

```
     Siemens will contribute its engineering center capabilities here in
Dearborn, as well as its centers in Regensburg and Brake, Germany, and
Toulouse, France while Yazaki will provide engineering talent from its Detroit
and European area operations.
     Siemens VDO Automotive AG, a 100% subsidiary of Siemens, employs a
workforce of 30,000 in its core business of automotive electrics and
electronics and comprises over 80 locations, covering all the world's major
automotive markets.  The company is a development partner and supplier for the
international automotive industry, providing electrical and electronic systems
and components for engine management, (including direct gasoline and diesel
injection), for transmission and chassis controls, and also for body and
safety electronics with the focus on airbag systems.  Further areas of
activity include electrical distribution systems, driver information, electric
motor drives and drive systems for electric vehicles.  In the fiscal year 2000
(ended September 30) new orders and sales rose to euro 3.8 (last year 3.3)
billion and an EBIT (Earnings Before Interest and Taxes) of euro 91 (last year
159) million was achieved.  See also the Internet under www.siemensauto.com .
     Yazaki Corporation is a global leader in the developing and manufacturing
of vehicle power and data solutions, and is continually researching and
developing advanced electronic technologies for vehicles.  Yazaki produces
electrical distribution systems, fiber optics, advanced networking,
instrumentation, switches, junction blocks, connector systems, electronics and
advanced technology.  Worldwide, the company employs over 100,000 people in 31
countries, 1,800 of whom are based in the company's North American corporate
headquarters and research center in Canton, Mich.  For more information on
Yazaki, log onto www.yazaki-na.com .
     This release contains forward-looking statements based on beliefs of
Siemens' management.  Such statements reflect the company's current views with
respect to future events and are subject to risks and uncertainties.  Many
factors could cause the actual results to be materially different, including,
among others, changes in general economic and business conditions, changes in
currency exchange rates and interest rates, introduction of competing
products, lack of acceptance of new products or services and changes in
business strategy.  Siemens does not intend or assume any obligation to update
these forward-looking statements.

                    MAKE YOUR OPINION COUNT -  Click Here
               http://tbutton.prnewswire.com/prn/11690X24680783


SOURCE  Siemens VDO Automotive AG, Yazaki Corporation
```

Back to top
RELATED LINKS
http://www.siemens.com/press_gallery/

   

Next in Automotive News

### Custom Packages

Browse our custom packages or build your own to meet your unique communications needs.

Start today.

### PR Newswire Membership

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

### Learn about PR Newswire services

Request more information about PR Newswire products and services or call us at (888) 776-0942.

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Careers | Privacy | Site Map | RSS Feeds | Blog
Copyright © 2012 PR Newswire Association LLC. All Rights Reserved.
A UBM plc company.
Dynamic Site Platform powered by Limelight Networks.