# EXHIBIT C



You are here: S-Y Systems » Company » History

Vwduw

Frpsdq|

Sruwirdr

Orfdwirqv

Fduhhuv

Frqwdfw

### Klvwru|#ri#
### V0\#V|vwhpv#Whfkqrorjlhv#Hxursh#JpeK1

The roots of S-Y Systems stretch back as far as 1967, when Bergmann Kabelwerke in Brake, Germany started producing vehicle cables and wire harnesses.

This business was eventually taken over by Siemens AG in 1991. As a globally active engineering and production company, with subsidiaries in Brazil, India, Mexico, Turkey Lithuania, Slovakia, the Czech Republic and Portugal, Siemens worked with customers in Europe, North America and Asia.

With the founding of Siemens VDO in 2001, the electrical distribution systems business was transferred to a joint venture company with Yazaki.

Since its transfer to Continental AG in 2008, S-Y Systems has acted as a joint venture between Continental and Yazaki.

We nurture long-term working relationships with our customers, and can proudly look back on decades of collaboration with BMW, Ford and Renault.

Since 1998 our corporate headquarters are located in Regensburg, a World Heritage city.

It is actually quite simple: get it right the first time, with the focus on well thought-out, high-quality solutions.

This philosophy applies to both our customer care and our company in equal measure.

### Whq#|hduv#ri#V0\#V|vwhpv#Ä#whq#|hduv#ri#mrlqw#ghyhorsphqw#
### Z h*uh#qyhvwlqj#lq#wkh#ixwxuh#0#|rxuv#dqg#rxuv1





Sitemap · Imprint · Disclaimer · Terms and conditions · Datenschutzbestimmungen