# EXHIBIT D



You are here:  SY Systems  »  About SY  »  About Us

- Start
- About SY
- Portfolio
- Locations
- Career
- Contact

# SY Systems Technologies America, Inc. -
# Bundled know how for optimum customer benefit.



SY Systems Technologies America, Inc. - a joint venture between Continental and Yazaki.

Two global automotive supplier - Continental automotive electronics, and Yazaki in cable assemblies - their activities in SY system for electronic / electrical wiring systems (abbreviated E / EDS) combined.

Founded in 2001, joint venture, "SY Systems Technologies Europe GmbH" is for the automotive industry is a "single window". This powerful alliance is aimed at a market that is optimized solutions for wiring and electrical automotive architectures studied.

SY Systems, you benefit from the expertise of two globally operating corporations. In our market segment, we provide holistic solutions to complex problems from a single source.

- We are leaders in the optimization of electronic / electrical wiring systems
- Our core competency is systems integration for the automotive industry
- In addition, strengthened its position in the system SY Systems business, involving mechanical, electrical and electronic solutions
- Innovations in information and performance management for E / EDS systems emphasize our role as systems integrator

The joint venture SY Systems Technologies Europe GmbH offers:

- The combination of two leading companies in the cable harness, electronics, modules and components
- Many years of experience in the E / EDS area
- Access to the comprehensive global technology and resources of the parent companies
- A range of E / EDS solutions and cable assemblies
- Project teams at the customer site



SY Systems Technologies Europe GmbH, headquartered in Regensburg



Optimal vehicle solutions, best quality, attractive cost level and flexible logistics concepts are features that our customers appreciate us.

»Download Corporate Brochure" (PDF 2.5 MB)





Sitemap  ·  Imprint  ·  Disclaimer  ·  Terms and Conditions  ·  Privacy Policy