UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: WIRE HARNESS SYSTEMS CASES** | |
| **THIS RELATES TO:**<br>ALL DIRECT PURCHASER ACTIONS<br>ALL DEALERSHIP ACTIONS<br>ALL END-PAYOR ACTIONS | W:12-cv-00101-MOB-MKM<br>W:12-cv-00102-MOB-MKM<br>W:12-cv-00103-MOB-MKM |

**DIRECT PURCHASER, END-PAYOR AND AUTOMOBILE DEALER PLAINTIFFS'
JOINT COMPENDIUM OF UNPUBLISHED AUTHORITIES**

| | |
|---|---|
| EXHIBIT 1 | *In re Aftermarket Filters Antitrust Litig.*, No. 08 C 4883, 2009 WL 3754041 (N.D. Ill. Nov. 5, 2009) |
| EXHIBIT 2 | *In re Air Cargo Shipping Services Antitrust Litig.*, No. 06-MD-1775(JG)(VVP), 2009 WL 3443405 (E.D.N.Y. Aug. 21, 2009) |
| EXHIBIT 3 | *Alexander Associates, Inc. v. FCMP, Inc.*, 10-12355, 2012 WL 1033464 (E.D. Mich. Mar. 27, 2012) |
| EXHIBIT 4 | *In re Bath & Kitchen Fixtures Antitrust Litig.*, No. 05-CV00510MAM, 2006 WL 2038605 (E.D. Pa. July 19, 2006) |
| EXHIBIT 5 | *Burton v. Micron Tech., Inc.*, No. CV 2004-226-1, (Hot Spring Cty. Ark. Cir. Ct. Nov. 6 2009) |
| EXHIBIT 6 | *In re Carbon Black Antitrust Litig.*, No. CIV.A.03-10191-DPW, 2005 WL 102966 (D. Mass. Jan. 18, 2005) |
| EXHIBIT 7 | *CBT Technologies v. Fisher*, No. 99-CV-70034 DT, 1999 WL 34728850 (E.D. Mich. Oct. 8, 1999) |
| EXHIBIT 8 | *Dion LLC v. Infotek Wireless, Inc.*, No. C 07-1431 SBA, 2007 WL 3231738 (N.D. Cal. Oct. 30, 2007) |
| EXHIBIT 9 | *Drexel Chem. Co. v. SGS Depauw & Stokoe*, No. 99-5564, 1995 WL 376722 (6th Cir. June 22,1995) |
| EXHIBIT 10 | *Eastman Outdoors Inc. v. Archery Trade Ass'n*, No. CIV. 05-74015, 2006 WL 1662641 (E.D. Mich. June 6, 2006) |
| EXHIBIT 11 | *Fair Isaac Corp. v. Equifax Inc.,* No. CIV. 06-4112 ADM/JSM, 2008 WL 623120 (D. Minn. Mar. 4, 2008) |
| EXHIBIT 12 | *In re Fasteners Antitrust Litig.*, No. CIV.A. 08-MD-1912, 2011 WL 3563989 (E.D. Pa. Aug. 12, 2011) |
| EXHIBIT 13 | *Flagstar Bank, FSB v. Woudenberg*, No. 09-13437, 2010 WL 1027860 |

|  |  |
|---|---|
|  | (E.D. Mich. Mar. 17, 2010) |
| EXHIBIT 14 | *In re Flat Glass Antitrust Litig. (II)*, No. CIV.A. 08-MC-180, 2009 WL 331361 (W.D. Pa. Feb. 11, 2009) |
| EXHIBIT 15 | *Flying J Inc. v. TA Operating Corp.,* No. CIV. 1:06CV00030 TC, 2007 WL 3254765 (D. Utah Nov. 2, 2007) |
| EXHIBIT 16 | *Fucile v. Visa U.S.A., Inc.*, 2004 WL 3030037 (Vt. Super. Ct. Dec. 27, 2004) |
| EXHIBIT 17 | *Gilbert v. Concerta Health Servs., Inc.*, No. 03:07-cv-00264-LRH-VPC, 2008 WL 318356 (D. Nev. Jan. 31, 2008) |
| EXHIBIT 18 | *In re Graphics Processing Units Antitrust Litig.*, No. C 06-07417 WHA, 2007 WL 2127577 (N.D. Cal. July 24, 2007) |
| EXHIBIT 19 | *GSI Group Inc. v. Glass Inc. Int'l*, No. 06-15396, 2007 WL 1008359 (E.D. Mich. Mar. 29, 2007) |
| EXHIBIT 20 | *H-Quotient, Inc. v. Knight Trading Group, Inc.*, No. 03 CIV. 5889 (DAB), 2005 WL 323750 (S.D.N.Y. Feb. 9, 2005) |
| EXHIBIT 21 | *In re High-Tech Employee Antitrust Litig.*, No. 11-CV-02509-LHK, 2012 WL 1353057 (N.D. Cal. Apr. 18, 2012) |
| EXHIBIT 22 | *Hyland v. Homeservices of Am., Inc.,* No. 3:05-CV-612-R, 2007 WL 2407233 (W.D. Ky. Aug. 17, 2007) |
| EXHIBIT 23 | *In Re Hypodermic Products Antitrust Litig.*, MDL No. 1730, 2007 WL 1959225 (D.N.J. June 29, 2007) |
| EXHIBIT 24 | *Ingram Corp. v. J. Ray McDermott & Co.*, No. 79-2575, 1980 WL 1819 (E.D. La. Jan. 10, 1980) |
| EXHIBIT 25 | *J & M Associates, Inc. v. Callahan*, No. CIV.A. 07-0883-CG-C, 2011 WL 5553696 (S.D. Ala. Nov. 15, 2011) |
| EXHIBIT 26 | *Kaufman v. Sirius XM Radio, Inc.*, No. 11-121, 2012 WL 1109397 (2d Cir. Apr. 4, 2012) |
| EXHIBIT 27 | *In re Lear Corp.*, No. 09-14326 ALG, 2012 WL 443951 (Bankr. S.D.N.Y. Feb. 10, 2012) |
| EXHIBIT 28 | *In re Magnesium Oxide Antitrust Litig.*, No. 10-5943, 2011 WL 5008090 (D.N.J. Oct. 20, 2011) |
| EXHIBIT 29 | *McNulty v. Reddy Ice Holdings, Inc.,* No. 08-CV-13178, 2009 WL 1508381 (E.D. Mich. May 29, 2009), *rev'd on reconsideration on other grounds,* No. 08-CV-13178, 2009 WL 2168231 (E.D. Mich. July 17, 2009) |
| EXHIBIT 30 | *In re Microsoft Corp. Antitrust Litig.*, MDL No. 1332, 2003 WL 22070561 (D. Md. Aug. 22, 2003) |
| EXHIBIT 31 | *Milliken & Co. v. CNA Holdings, Inc.,* No. 3:08-CV-578, 2011 WL 3444013 (W.D.N.C. Aug. 8, 2011) |
| EXHIBIT 32 | *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-MD-2143 RS, 2012 WL 1366718 (N.D. Cal. Apr. 19, 2012) |
| EXHIBIT 33 | *In re OSB Antitrust Litig.*, No. 06-826, 2007 WL 2253419 (E.D. Pa. Aug. 3, 2007) |
| EXHIBIT 34 | *In re Packaged Ice Antitrust Litig.*, No. 08-MDL-1952, 2011 WL 6178891 (E.D. Mich. Dec. 12, 2011) |
| EXHIBIT 35 | *Precision v. Kenco/Williams, Inc.*, 66 F. App'x 1 (6th Cir. 2003) |

| EXHIBIT 36 | *Recaro N. Am., Inc. v. Holmbergs Childsafety Co.,* No. 09-12256, 2010 WL 1658033 (E.D. Mich. Apr. 23, 2010) |
|---|---|
| EXHIBIT 37 | *In re Refrigerant Compressors Antitrust Litig.*, No. 2:09-MD-02042, 2012 WL 2114997 (E.D. Mich. June 11, 2012) |
| EXHIBIT 38 | *See, Inc. v. Imago Eyewear Pty Ltd.*, No. 03-74761, 2004 WL 5569067 (E.D. Mich. Oct. 12, 2004) |
| EXHIBIT 39 | *Sheet Metal Workers Nat'l Health Fund v. Amgen, Inc.,* No. 07-5205, 2008 WL 3833577 (D.N.J. Aug. 13, 2008) |
| EXHIBIT 40 | *New York ex rel. Spitzer v. Feldman*, No. 01 CIV.6691 SAS, 2003 WL 21576518 (S.D.N.Y. July 10, 2003) |
| EXHIBIT 41 | *In Re Static Random Access Memory (SRAM) Antitrust Litig.*, No. 07–md–01819 CW, 2010 WL 5094289 (N.D. Cal. Dec. 8, 2010) |
| EXHIBIT 42 | *Tech. & Services, Inc. v. TACS Automation, LLC*, No. CIV.A. 2:09-CV-1113, 2010 WL 2640047 (S.D. Ohio June 29, 2010) |
| EXHIBIT 43 | *In re TFT-LCD (Flat Panel) Antitrust Litig.,* Nos. M 07-1827, C 09-5609, 2010 WL 2629728 (N.D. Cal. June 29, 2010) |
| EXHIBIT 44 | *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI, 2011 WL 3809767 (N.D. Cal. Aug. 29, 2011) |
| EXHIBIT 45 | *In re Transpacific Passenger Air Transp. Antitrust Litig.*, No. C 07-05634 CRB, 2011 WL 1753738 (N.D. Cal. May 9, 2011) |
| EXHIBIT 46 | *In re Travel Agent Commission Antitrust Litig.*, No. 1:03 CV 30000, 2007 WL 3171675 (N.D. Ohio Oct. 29, 2007) |
| EXHIBIT 47 | *United Ins. Group Agency, Inc. v. Patterson*, No. 299631, 2011 WL 5067251 (Mich. Ct. App. Oct. 25, 2011) |
| EXHIBIT 48 | *United States v. Osborne*, No. 1:11 CV 1029, 2011 WL 7640990 (N.D. Ohio Dec. 15, 2011) |
| EXHIBIT 49 | *United States Fidelity & Guaranty Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh*, No. 07-CV-12665, 2007 WL 2950698 (E.D. Mich. Oct. 10, 2007) |
| EXHIBIT 50 | *In re Vitamins Antitrust Litig.,* No. MISC 99-197 (TFH), 2000 WL 1475705 (D.D.C. May 9, 2000) |
| EXHIBIT 51 | *Wilder v. JPMorgan Chase Bank, N.A.,* No. SACV 09-0834 DOC, 2009 U.S. Dist. LEXIS 124242 (C.D. Cal. Nov. 25, 2009) |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: WIRE HARNESS SYSTEMS CASES** | |
| **THIS RELATES TO:** | |
| **ALL DIRECT PURCHASER ACTIONS**<br>**ALL DEALERSHIP ACTIONS**<br>**ALL END-PAYOR ACTIONS** | W:12-cv-00101-MOB-MKM<br>W:12-cv-00102-MOB-MKM<br>W:12-cv-00103-MOB-MKM |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system. I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

    Respectfully submitted,

    */s/ Adam T. Schnatz*_____
    Adam T. Schnatz (P72049)
    The Miller Law Firm, P.C.
    950 W. University Drive, Ste. 300
    Rochester, MI 48307
    (248) 841-2200
    ats@millerlawpc.com