UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Marianne O. Battani |
| PRODUCT(S):<br>WIRE HARNESS SYSTEMS | |
| THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions | Lead Case No. W:12-cv-00101 |

**DIRECT PURCHASER PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANTS' COLLECTIVE
MOTION TO DISMISS THE DIRECT PURCHASER ACTIONS**

## INDEX OF EXHIBITS

Exhibit A    *Supplier Price-Fixing Probe Could Expand to More Criminal Pleas, Billions in Fines, Lawyers Say*, Automotive News, October 26, 2011

Exhibit B    Hirotsugu Nagata Plea Agreement

Exhibit C    Junichi Funo Plea Agreement

Exhibit D    Tetsuya Ukai Plea Agreement

Exhibit E    Tsuneaki Hanamura Plea Agreement

Exhibit F    Ryoji Kawai Plea Agreement

Exhibit G    Shigeru Ogawa Plea Agreement

Exhibit H    Hisamitsu Takada Plea Agreement