# INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT 1** | Guilty Plea of Defendant G.S. Electech, Inc. |
| **EXHIBIT 2** | Letter to the Honorable Judge Battani from the Hawaii Attorney General's Office informing the Court that it will not proceed with a lawsuit |
| **EXHIBIT 3** | Chart of Authorities in Response to Defendants' Exhibit D |
| **EXHIBIT 4** | Chart of Authorities in Response to Defendants' Exhibit E |
| **EXHIBIT 5** | Chart of Authorities in Response to Defendants' Exhibit F |
| **EXHIBIT 6** | Chart of Authorities in Response to Defendants' Exhibit H |
| **EXHIBIT 7** | Chart of Authorities in Response to Defendants' Exhibit I |
| **EXHIBIT 8** | Chart of Authorities in Response to Defendants' Exhibit J |
| **EXHIBIT 9** | Chart of Authorities in Response to Defendants' Exhibit G |
| **EXHIBIT 10** | Chart of Authorities in Response to Defendants' Exhibit L |
| **EXHIBIT 11** | Chart of Authorities in Response to Defendants' Exhibit M |

## **TABLE OF AUTHORITIES**

**Exhibit(s)**

### **CASES**

*A & M Supply Co. v. Microsoft Corp.*,
   No. 274164, 2008 WL 540883 (Mich. Ct. App. Feb. 28, 2008) ...................................... Exh. 11

*Am. Council, Certified Podiatric Physicians v. Am. Board Podiatric Surgery, Inc.*,
   185 F.3d 606 (6th Cir. 1999) ............................................................................................... Exh. 3

*Am. Safety Ins. Serv., Inc. v. Griggs*,
   959 So. 2d 322 (Fla. Dist. Ct. App. 2007) ................................................................ Exhs. 10, 11

*Apache Corp. v. MDU Res. Group, Inc.*,
   603 N.W.2d 891 (N.D. 1999) ............................................................................................ Exh. 11

*Arena Res., Inc. v. Obo, Inc.*,
   238 P.3d 357 (N.M. Ct. App. 2010) ................................................................................. Exh. 10

*Arthur v. Microsoft Corp.*,
   676 N.W.2d 29 (Neb. 2004) ................................................................................................ Exh. 3

*Baker Const. Co., Inc. v. City of Burlington*, 683 S.E.2d 790 (N.C. Ct. App. 2009) ........... Exh. 11

*Beckler v. Visa U.S.A. Inc.*,
   No. Civ. 09-04-C-00030, 2004 WL 2475100 (N.D. Dist. Ct. Sept. 21, 2004) .................. Exh. 3

*Bellinder v. Microsoft Corp.*,
   2001 WL 1397995 (Kan. Dist. Ct. Sept. 7, 2001) ............................................................... Exh. 3

*Bray Lines Inc. v. Utah Carriers, Inc.*,
   739 P.2d 1115 (Ut. Ct. App. 1987) ................................................................................... Exh. 10

*Britt v. Britt*,
   359 S.E.2d 467 (N.C. 1987) ............................................................................................. Exh. 10

*Brooks v. Valley Nat'l Bank*,
   548 P.2d 1166 (Ariz. 1976) .............................................................................................. Exh. 10

*Bunker's Glass Co. v. Pilkington PLC*,
   75 P.3d 99 (Ariz. 2003) ....................................................................................................... Exh. 3

*Burton v. Micron Tech, Inc. et al*,
   Case No. CV 2004-226-1, at 2 (Cir. Ct. 1st Div. Nov 6, 2009) .......................................... Exh. 8

*Byre v. City of Chamberlain*,
    362 N.W.2d 69 (S.D. 1985) .................................................................................................. Exh. 3

*California v. Infineon Techs. AG.*,
    531 F. Supp. 2d 1124, 1143-44 (N.D. Cal. 2007) ........................................................ Exhs. 5, 8

*Cellular Plus, Inc. v. Superior Court*,
    14 Cal. App. 4th 1224 (1993) .............................................................................................. Exh. 3

*Cianci v. Superior Court*,
    40 Cal. 3d 903 (1985) .......................................................................................................... Exh. 3

*Ciardi v. F. Hoffmann La Roche, Ltd.*,
    762 N.E.2d 303 (Mass. 2002) ............................................................................................ Exh. 12

*Clapp v. Goffstown Sch. Dist.*,
    977 A.2d 1021 (N.H. 2009) ............................................................................................... Exh. 10

*Cmty. Builders, Inc. v. Indian Motocycle Associates, Inc.*,
    692 N.E.2d 964 (Mass. App. Ct. 1998) ............................................................................ Exh. 10

*Concrete Prods. Co. v. Salt Lake Cnty*,
    734 P.2d 910 (Utah 1987) ................................................................................................. Exh. 11

*Cornelison v. Visa U.S.A. Inc.*, Hearing Transcript,
    No. CIV 03-1350 (S.D. Cir. Ct. 2004) ................................................................................ Exh. 3

*Cox v. Microsoft Corp.*,
    2005 WL 3288130, (N.Y. Sup. Ct. July 29, 2005) ............................................................. Exh. 3

*Dahlgren v. Audiovox Commc'ns Corp.*,
    No. 2002 CA 007884 B, 2012 WL 2131937 (D.C. Super. Ct. March 15, 2012) ............. Exh. 10

*Dalton v. Camp*,
    548 S.E.2d 704 (N.C. 2001) ................................................................................................ Exh. 7

*D.R. Ward Const. Co. v. Rohm & Haas, Co.,*
    470 F. Supp. 2d 485 (E.D. Pa. 2006) ................................................................................... Exh. 3

*Duke Energy Int'l, L.L.C. v. Napoli*,
    748 F. Supp. 2d 656 (S.D. Tex. 2010) ................................................................................. Exh. 9

*Elkins v. Microsoft Corp.*,
    817 A.2d 9 (Vt. 2002) .......................................................................................................... Exh. 3

*Embree Const. Group, Inc. v. Rafcor, Inc.,* 330 N.C. 487 S.E.2d 916 (1992) ...................... Exh. 11

*Emergency Physicians Integrated Care v. Salt Lake County,*
   167 P.3d 1080 (Utah 2007) ........................................................................................ Exh. 11

*Extraordinary Title Serv., LLC v. Fla. Power & Light Co.*,
   1 So. 3d 400 (Fla. Dist. Ct. App. 2009) ...................................................................... Exh. 11

*Ferola v. Allstate Life Ins. Co.*,
   No. 050996, 2007 WL 2705534 (Mass. Super. Ct. Aug. 30, 2007) ............................ Exh. 10

*Four B. Corp. v. Daicel Chem. Indus., Ltd.*,
    253 F. Supp. 2d 1147 (D. Kan. 2003) ......................................................................... Exh. 3

*Freeman Indus. v. Eastman Chem. Co.*,
   172 S.W. 3d 512 (Tenn. 2005) ..................................................................................... Exh. 5

*Frein v. Windsor Weeping Mary LP*,
   2009 Ark. App. 774 (Ark. Ct. App. 2009) .................................................................. Exh. 10

*Fucile v. Visa U.S.A., Inc.*,
   No. 51560-03 CNC, 2004 WL 3030037 (Vt. Super. Ct. Dec. 27, 2004) ....................... Exh. 3

*Galstaldi v. Sunvest Communities USA, LLC*,
   637 F. Supp. 2d 1045, 1058 (S.D. Fla. 2009) ............................................................... Exh. 6

*Glenwood Farms, Inc. v. Ivey*,
   228 F.R.D. 47 (D. Me. 2005) ..................................................................................... Exh. 10

*Goshen v. Mut. Life Ins. Co.*,
   774 N.E.2d 1190 (N.Y. 2002) ...................................................................................... Exh. 9

*H-Quotient, Inc. v. Knight Trading Group, Inc.*,
   No. 03 Civ.5889 (DAB), 2005 WL 323750 (S.D.N.Y. Feb. 9, 2005) .......................... Exh. 5

*Haw. Med. Assoc. v. Haw. Med. Serv. Assoc., Inc.*,
   148 P.3d 1179 (Haw. 2006) .......................................................................................... Exh. 4

*High v. Davis*,
   584 P.2d 725 (Or. 1978) ............................................................................................. Exh. 10

*Hillman Const. Corp. v. Wainer,*
   636 So.2d 576 (Fla. Dist. Ct. App. 1994), ................................................................. Exh. 11

*Hirsch v. Bank of America,*
    107 Cal. App. 4th 708 (2003) ...................................................................................... Exh. 10

*Ho v. Visa U.S.A. Inc.*,
    No. 112316/00, 2004 WL 1118534 (N.Y. Sup. Ct. Apr. 21, 2004)
    *aff'd* 16 A.D.3d 256 (N.Y. App. Div. 2005) ................................................................. Exh. 3

*Holder v. Archer Daniels Midland Co.*,
    1998 WL 1469620 (D.C. Super Nov. 4, 1998) ............................................................. Exh. 3

*Hood ex rel. State v. BASF Corp.*,
    2006 WL 308378 (Miss. Ch. Ct. Jan. 17, 2006) ............................................................ Exh. 5

*Howard v. Turnbull*,
    316 S.W.3d 431 (Mo. Ct. App. 2010) .......................................................................... Exh. 10

*Howe v. Microsoft Corp.*,
    656 N.W.2d 285 (N.D. 2003) ........................................................................................ Exh. 3

*Hyde v. Abbott Laboratories, Inc.*,
    473 S.E.2d 680 (N.C. Ct. App. 1996) ........................................................................... Exh. 3

*In re Aftermarket Filters Antitrust Litig.*,
    No. 08 C 4883, 2010 WL 1416259 ............................................................................. Exh. 11

*In re Aftermarket Filters Antitrust Litig.*,
    MDL No. 1957, 2009 WL 3754041 (N.D. Ill. Nov. 5, 2009) ..................................... Exhs. 7, 8

*In re: Bextra & Celebrex Mktg. Sales Practices & Prod. Liab. Litig.*,
    495 F. Supp. 2d 1027 (N.D. Cal. 2007) ....................................................................... Exh. 12

*In re Cardizem CD Antitrust Litig.*,
    105 F. Supp. 2d 618 (E.D. Mich. 2000) ................................................................. Exhs. 5, 11

*In re Chocolate Confectionary Antitrust Litig.*,
    602 F. Supp. 2d 538, 583 (M.D. Pa. 2009) .............................................................. Exhs. 7, 8

*In re Digital Music Antitrust Litig.*,
    812 F. Supp. 2d 390 (S.D.N.Y. 2011) ......................................................................... Exhs. 12

*In re Dynamic Random Access Memory Antitrust Litig. (DRAM)*,
    516 F. Supp. 2d 1072 (N.D. Cal. 2007) ................................................................ Exhs. 5, 8, 9

*In re Dynamic Random Access Memory Antitrust Litig. (DRAM)*,
    516 F. Supp. 2d 1109 (N.D. Cal. 2007) ........................................................................ Exh. 8

*In re Dynamic Random Access Memory Antitrust Litig. (DRAM)*,
  536 F. Supp. 2d 1129 (N.D. Cal. 2008).................................................................................Exh. 3

*In re DRAM II*,
  2008 WL 281109 ...................................................................................................................Exh. 8

*In re Flonase Antitrust Litig.*,
  692 F. Supp. 2d 524, 545 (E.D. Pa. 2010).........................................................................Exh. 12

*In re Flash Memory Antitrust Litig.*,
  643 F.Supp.2d 1133, 1157 (N.D. Cal. 2009).............................................................. Exhs. 3,7, 8

*In re G-Fees Antitrust Litig.*,
  584 F.Supp.2d 26 (D.C. 2008) ..............................................................................................Exh. 3

*In re Graphics Processing Units (GPU I) Antitrust Litig.*,
  527 F. Supp. 2d 1011 (N.D. Cal. 2007) ........................................................................ Exhs. 7, 8

*In re Graphics Processing Units Antitrust Litig.*,
  540 F. Supp. 2d 1085 (N.D. Cal. 2007) ("*GPU II*") .................................................... Exhs. 3, 5

*In re Intel Corp. Microprocessor Antitrust Litig.*,
  496 F. Supp. 2d 404 (D. Del. 2007) ....................................................................................Exh. 10

*In re K-Dur Antitrust Litig.*,

  338 F. Supp. 2d 517 (D.N.J. 2004).....................................................................................Exh. 10

  No. 01-1652, 2008 WL 2660783 (D.N.J. Mar. 19, 2008) ..................................................Exh. 11

*In re Magnesium Oxide Antitrust Litig.*,
  Civ. No. 10-5943, 2011 U.S. Dist. LEXIS 121373 (D.N.J. 2011) .......................................Exh. 3

*In re Microsoft Corp. Antitrust Litig.*,
  No. MDL 1332, Civ. JFM 03-741 through 03-748, 2003 WL 22070561
  (D. Md. Aug. 22, 2003) .........................................................................................................Exh. 5

*In re Motor Vehicles Canadian Export Antitrust Litig.*,
  235 F.R.D. 127 (D. Me. 2006) ..............................................................................................Exh. 3

*In re Napster, Inc. Copyright Litig.*,
  354 F. Supp. 2d 1113 (N.D. Cal. 2003).................................................................................Exh. 3

*In re New Mexico Indirect Purchasers Microsoft Corp. Antitrust Litig.*,
  149 P.3d 976 (N.M. Ct. App. 2006 ......................................................................................Exh. 3

*In re New Motor Vehicles Canadian Export Antitrust Litig.,*
   350 F. Supp. 2d 160 (D. Me. 2004) .................................................................. Exhs. 5, 7, 8, 10

*In re Plavix Indirect Purchaser Litig.,*
   No. 1:06-cv-226, 2011 WL 335034 (S.D. Ohio 2011) ....................................................... Exh. 3

*In re Packaged Ice Antitrust Litig.,*
   779 F. Supp. 2d 642 (E.D. Mich. 2011) ............................................................................ Exh. 6

*In re Potash Antitrust Litig.,*
   667 F.Supp. 2d 907 (N.D. Ill. 2009) ................................................................................ Exh. 11

*In re Processed Egg Products Antitrust Litig.,*
   851 F. Supp. 2d 867 (E.D. Pa. 2012) ..................................................................... Exhs. 6, 10, 11

*In re S.D. Microsoft Antitrust Litig.,*
   707 N.W.2d 85 (S.D. 2005) .............................................................................................. Exh. 3

*In Re Static Random Access Memory (SRAM) Antitrust Litigation,*
   No. 07–md–01819 CW, 2010 WL 5094289 (N.D. Cal. Dec. 8, 2010) .............................. Exh. 4

   2008 WL 2610549 ............................................................................................................. Exh. 8

*In re South Dakota Microsoft Antitrust Litig.,*
    657 N.W.2d 668 (S.D. 2003) ........................................................................................... Exh. 3

*In re TFT-LCD (Flat Panel) Antirust Litig.,*

   586 F. Supp. 2d 1109, 1127 (N.D. Cal. 2008) ............................................................ Exhs. 3, 8

   599 F.Supp.2d 1179 (N.D. Cal. 2009) ....................................................................... Exhs. 5, 11

   M 07-1827 SI, 2011 WL 3738985 (N.D. Cal. Aug. 24, 2011) ......................................... Exh. 4

*Int'l Bhd. of Teamsters, Local 734 Health & Welfare Trust Fund v. Philip Morris Inc.,*
   196 F.3d 818 (7th Cir. 1999) ............................................................................................ Exh. 3

*Isom v. NE Lots LLC,*
   No. 288378, 2010 WL 143470 (Mich. Ct. App. Jan. 14, 2010) ...................................... Exh. 10

*ITCO Corp. v. Michelin Tire Corp.,*
   722 F.2d 42 (4th Cir. 1983) .............................................................................................. Exh. 7

*Jerry Harmon Motors, Inc. v. Heth,*
   316 N.W.2d 324  (N.D. 1982) ........................................................................................ Exh. 10

*Johnston v. Brown*,
    348 S.E.2d 391 (S.C. Ct. App. 1986) ............................................................................... Exh. 10

*Kammer Asphalt Paving Co., Inc. v. East China Tp. Schools*,
    443 Mich. 176, 504 N.W.2d 635 (1993) ........................................................................... Exh. 11

*Kanne v. Visa U.S.A., Inc.*,
    723 N.W.2d 293 (Neb. 2006) ............................................................................................. Exh. 3

*Kaufman v. Sirius XM Radio, Inc.*,
    No. 11-121, 2012 WL 1109397 (2d Cir. April 4, 2012) ..................................................... Exh. 9

*Kessel v. Monongalia County Gen. Hosp. Co.*,
    648 S.E.2d 366 (W. Va. 2007) ........................................................................................... Exh. 3

*Knevelbaard Dairies v. Kraft Foods, Inc.*,
    232 F.3d 979 (9th Cir. 2000) .............................................................................................. Exh. 3

*Knowles v. Visa U.S.A. Inc.*,
    No. CV-03-707, 2004 WL 2475284 (Me. Super. Ct. Oct. 20, 2004) ................................. Exh. 3

*Korea Supply Co. v. Lockhead Martin Corp.*,
    63 P.3d 937 (Cal. 2003) ...................................................................................................... Exh. 3

*La Throp v. Bell Fed. Sav. & Loan Ass'n*,
    370 N.E.2d 188 (Ill. 1977) ................................................................................................ Exh. 10

*Lamp v. American Prosthetics, Inc.*,
    379 N.W.2d 909 (Iowa 1986) ........................................................................................... Exh. 10

*Landry v. Landry*,
    697 A.2d 843 (Me. 1997) .................................................................................................. Exh. 11

*Laughlin v. Evanston Hosp.*,
    550 N.E.2d 986 (Ill. 1990) .................................................................................................. Exh. 3

*Lorix v. Crompton Corp.*,
    736 N.W. 2d 619 (Minn. 2007) .......................................................................................... Exh. 3

*Merck & Co. v. Lyon*,
    941 F. Supp. 1443 (M.D.N.C. 1996) .................................................................................. Exh. 9

*Merkle v. Health Options, Inc.*,
    940 So.2d 1190 (Fla. Dist. Ct. App. 2006) ....................................................................... Exh. 11

*Meridian Project Sys. Inc. v. Hardin Constr. Co.*,
   404 F. Supp. 2d 1214 (E.D. Cal. 2005) ................................................................ Exh. 9

*Metric Constructors, Inc. v. Bank of Tokyo–Mitsubishi, Ltd.*,
   72 Fed. Appx. 916 (4th Cir. 2003) ..................................................................... Exh. 11

*Midland Diesel Svc. & Engine Co. v. Sivertson*,
   307 N.W.2d 555 (N.D.1981) ............................................................................ Exh. 11

*Minuteman v. Microsoft Corp.*,
   795 A.2d 833 (N.H. 2002) ................................................................................. Exh. 3

*Morris Pumps v. Centerline Piping, Inc.*,
   273 Mich. App. 187, 729 N.W.2d 898 (2006) ................................................. Exh. 11

*Munson v. Countrywide Home Loans, Inc.*,
   No. 08-13244, 2008 WL 5381866 (E.D. Mich. Dec. 17, 2008) ...................... Exh. 11

*N.C. Steel, Inc. v. Nat'l Council on Compensation Ins.*,
   472 S.E.2d 578 (N.C. Ct. App. 1996),  ............................................................... Exh. 3

*N.W. Med. Labs., Inc. v. Blue Cross & Blue Shield*,
   794 P.2d 428 (Or. 1990) .................................................................................... Exh. 3

*Nelson v. Ho*,
   564 N.W.2d 482, 486 (Mich. Ct. App. 1997) .................................................. Exh. 12

*Olstad v. Microsoft Corp.*,
   700 N.W.2d 139 (Wis. 2005) ............................................................................. Exh. 3

*Omnibank of Mantee v. United S. Bank*,
   607 So. 2d 76 (Miss. 1992) ............................................................................. Exh. 10

*One Step Up, Ltd. v. Webster Bus. Credit Corp.*,
   925 N.Y.S.2d 61 (N.Y. App. Div. 2011) ......................................................... Exh. 10

*Owens Corning v. R.J. Reynolds Tobacco Co.*,
   868 So. 2d 331 (Miss. 2004) ............................................................................. Exh. 3

*Pa. Employee Benefit Trust Fund v. Zeneca, Inc.*,
   710 F. Supp. 2d 458, 482 (D. Del. 2010) ........................................................ Exh. 12

*Parker v. W. Dakota Insurors, Inc.*,
   605 N.W.2d 181 (S.D. 2000) .......................................................................... Exh. 10

*Perkins v. HealthMarkets, Inc.*,
   No. 06-21053, 2007 WL 2570242 (N.C. Super. July 30, 2007) ...................................... Exh. 11

*Peterson v. Cellco P'ship*,
   80 Cal. Rptr. 3d 316 (Cal. Ct. App. 2008) ....................................................................... Exh. 10

*Peterson v. Midland Nat'l Bank,*
   242 Kan. 266, 747 P.2d 159 (1987) ................................................................................. Exh. 11

*Peterson v. Visa U.S.A. Inc.*,
   No. 03-8080, 2005 WL 1403761 (D.C. Super. Ct. Apr. 22, 2005) ..................................... Exh. 3

*Pooler v. R.J. Reynolds Tobacco Co.*,
   2001 WL 403167 (Nev. Dist. Ct. Apr. 4, 2001) .................................................................. Exh. 3

*Princeton Ins. Agency, Inc. v. Erie Ins. Co.*,
   690 S.E.2d 587 (W.Va. 2009) ............................................................................................ Exh. 3

*Prohias v. Pfizer, Inc.*,
   485 F. Supp. 2d 1329 (S.D. Fla. 2007) ............................................................................. Exh. 10

*Riggs Nat'l Bank v. District of Columbia*,
   581 A.2d 1229 (D.C. 1990) ................................................................................................ Exh. 7

*Rivers v. Amato*,
   No. CV-00-131, 2001 WL 1736498 (Me. Super. June 22, 2001) ..................................... Exh. 11

*Ray Reilly's Tire Mart, Inc. v. F.P. Elnicki, Inc.*,
   537 A.2d 994 (Vt. 1987) ................................................................................................... Exh. 10

*Romano v. Motorola, Inc.*,
   No. 07-60517, 2007 WL 4199781 (S.D. Fla. Nov. 26, 2007) ........................................... Exh. 11

*Romero v. Philip Morris Inc.*,
   242 P.3d 280 (N.M. 2010) .................................................................................................. Exh. 3

*Rosetta v. Moretti*,
   No. 98-89, 2005 WL 1109638 (R.I. Super. May 4, 2005) ................................................ Exh. 10

*Russell v. Zeemering*,
   No. 260660, 2006 WL 2382511 (Mich. Ct. App. Aug. 17, 2006) ..................................... Exh. 10

*Schroeder v. Buchholz,*
   622 N.W.2d 202 (N.D. 2001). .......................................................................................... Exh. 11

*Sec. Ben. Life Ins. Corp. v. Fleming Cos.*,
   21 Kan.App.2d 833, 908 P.2d 1315 (1995) ................................................................. Exh. 11

*Senne & Co., Inc. v. Simon Capital Ltd. P'ship*,
   No. 93,302, 2007 WL 1175858 (Kan. Ct. App. Apr. 20, 2007) ..................................... Exh. 10

*Shands Teaching Hospital and Clinics, Inc. v. Beech Street Corp.*,
   899 So.2d 1222 (Fla. Dist. Ct. App. 2005) ................................................................. Exh. 11

*Sheet Metal Workers Local 441 Health & Welfare Plan v. GlazoSmithKline, PLC*,
   737 F. Supp. 2d 380 (E.D. Pa. 2010) ........................................................................... Exh. 11

*Slobin v. Henry Ford Health Care*,
   666 N.W.2d 632 (Mich. 2003) ..................................................................................... Exh. 12

*Smith v. Stowell*,
   125 N.W.2d 795 (Iowa 1964) ....................................................................................... Exh. 10

*Soukop v. ConAgra Inc.*,
   653 N.W.2d 655 (Neb. 2002) ......................................................................................... Exh. 4

*Southard v. Visa U.S.A. Inc.*,
   734 N.W.2d 192 (Iowa 2007) ......................................................................................... Exh. 3

*Southern Title Guar. Co., Inc. v. Bethers*,
   761 P.2d 951 (Ut. Ct. App. 1988) ................................................................................. Exh. 10

*Spires v. Hosp. Corp. of Am.*,
   289 F. App'x 269 (10th Cir. 2008) ............................................................................... Exh. 11

*Stanislaus Food Products Co. v. USS-POSCO Indus.*,
   782 F. Supp. 2d 1059 (E.D. Cal. 2011) ......................................................................... Exh. 3

*Stark v. Visa U.S.A. Inc.*,
   No. 03-055030-CZ, 2004 WL 1879003 (Mich. Cir. Ct. July 23, 2004) ......................... Exh. 3

*State ex rel. Palumbo v. Graley's Body Shop, Inc.*,
   425 S.E.2d 177 (W. Va. 1992) ....................................................................................... Exh. 5

*Strang v. Visa U.S.A., Inc.*,
   No. 03 CV 011323, 2005 WL 1403769 (Wis. Cir. Ct. Feb. 8, 2005) ............................. Exh. 3

*Sun Dun, Inc. of Wash. v. Coca-Cola Co.*,
   770 F. Supp. 285 (D.Md. 1991) ..................................................................................... Exh. 5

*Szukalski v. Crompton Corp.*,
   726 N.W.2d 304 (2007) ................................................................................................. Exh. 3

*Teague v. Bayer*,
   671 S.E.2d 550 (N.C. Ct. App. 2009) ........................................................................... Exh. 3

*Tenn. Med. Ass'n v. Blue Cross Blue Shield of Tenn., Inc.*,
   229 S.W.3d 304 (Tenn. Ct. App. 2007) ........................................................................ Exh. 3

*USLife Title Co. of Ariz. v. Gutkin*,
   732 P.2d 579 (Ariz. Ct. App. 1986) ............................................................................ Exh. 10

*Van de Kamp v. Texaco, Inc.*,
   46 Cal. 3d 1147 (1988) ................................................................................................. Exh. 3

*Variety Children's Hosp. v. Vigliotti*,
   385 So.2d 1052 (Fla. Dist. Ct. App. 1980) ................................................................. Exh. 11

*Vinci v. Waste Mgmt., Inc.*
   36 Cal. App. 4th 1811 (Cal. Ct. App. 1995) .................................................................. Exh. 3

*Williams v. Wells Fargo Bank, N.A.*,
   No. 11-21233, 2011 WL 4368980 (S.D. Fla. Sept. 19, 2011) .................................... Exh. 11

*Winters v. County of Clatsop*,
   150 P.3d 1104 (Or. Ct. App. 2007) ............................................................................. Exh. 10

*Zuccarini v. Hoescht (In re Cardizem CD Antitrust Litig.)*,
   200 F.R.D. 326 (E.D. Mich. 2003) ................................................................................ Exh. 3

*Zinter v. Univ. of Minn.*,
   799 N.W.2d 243 (Minn. Ct. App. 2011) ..................................................................... Exh. 10

**STATUTES**

Ariz. Rev. Stat. § 44-1412 ................................................................................................... Exh. 3

Ark. Code Ann. § 4-88-107(a) ............................................................................................. Exh. 7

D.C. Code

   § 28-3904 ......................................................................................................................... Exh. 7

   § 28-3904(r); .................................................................................................................... Exh. 7

Fla. Stat. § 501.204 .............................................................................................................. Exh. 6

11

GBL § 349 ...................................................................................................................... Exh. 9

Gen. Bus. Law § 340 ..................................................................................................... Exh. 3

Haw. Rev. Stat.

    § 480-3 ...................................................................................................................... Exh. 3

    § 480-2 ...................................................................................................................... Exh. 4

    § 480-2(e) ................................................................................................................. Exh. 4

    §480–4 ...................................................................................................................... Exh. 4

Mont. Code §§ 30-14-102 ............................................................................................. Exh. 3

Mich. Comp. Laws § 445.784(2) .................................................................................. Exh. 3

Mo. Rev. Stat. § 407.025 .............................................................................................. Exh. 12

Mont. Code Ann. § 30-14-102 (1) (2011) ................................................................... Exh. 12

Nebraska Neb. Rev. Stat. § 59-821 ............................................................................... Exh. 4

N.H. Rev. Stat. §356:11 ................................................................................................ Exh. 3

N.H. Rev. Stat. Ann. § 356:14 ...................................................................................... Exh. 3

N.M. Stat. Ann.

    § 57-1-15 .................................................................................................................. Exh. 3

    §§ 57-12-2–57-12-3 ................................................................................................ Exh. 7

Nev. Rev. Stat.

    § 598A.050 .............................................................................................................. Exh. 3

    § 598A.060(1) ......................................................................................................... Exh. 5

N.C. Gen. Stat. § 75-1 (1981) .................................................................................. Exhs. 5, 7

Or. Rev. Stat.

    § 646.715 (2) ........................................................................................................... Exh. 3

§ 646.725)..................................................................................................................Exh. 3

Utah Code §76-10-918............................................................................................Exh. 3

Utah Code Ann. § 76-10-926...................................................................................Exh. 3

W. Va. Code

§ 142-9.1.6..........................................................................................................Exh. 3

§ 47-18-16 ..........................................................................................................Exh. 3

## **OTHER AUTHORITIES**

17 CJS Contract § 6, 570-574)................................................................................Exh. 10

26 Williston on Contracts § 68:1 (4th ed.).............................................................Exh. 10

Restatement (First) of Restitution A§107(1) .........................................................Exh. 10