# EXHIBIT 2



**NEIL ABERCROMBIE**
GOVERNOR

**DAVID M. LOUIE**
ATTORNEY GENERAL

**RUSSELL A. SUZUKI**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

August 7, 2012

The Honorable Marianne O. Battani
Judge of the United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
Courtroom 272
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Battani:

RE: *Rainbow Chevrolet, Inc. d/b/a/ Cutter Chevrolet, on behalf of itself and
all other similarly situated v. Denso International America, Inc., et al.;*
Civil Action No. 2:12cv12526-PDB-RSW  *Sealed*

On June 11, 2012, a notice was filed in the above-referenced action indicating that the Complaint was filed under seal as per Haw. Rev. Stat. section 480-13.3.  See, NOTICE OF FILING OF COMPLAINT UNDER SEAL, Document No. 2.

Pursuant to the statute, the Attorney General of Hawaii has determined that he will not prosecute the action nor file his own action involving the same or similar claim or claims asserted in the Complaint.

Accordingly, the Complaint may be unsealed, and plaintiff may proceed with appropriate action.

Very truly yours,

Rodney I. Kimura
Deputy Attorney General

C: Brian K. Herrington, Esq.