## CERTIFICATE OF SERVICE

I, Frank C. Damrell, hereby certify that I caused a true and correct copy of the **END-PAYOR AND AUTO-DEALER PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' COLLECTIVE MOTION TO DISMISS WITH ACCOMPANYING INDEX AND EXHIBITS**, to be served upon all registered counsel of record via the Court's CM/ECF system on September 11, 2012.

                                                /s/ *Frank C. Damrell*
                                                  Frank C. Damrell