# Exhibit B

Production worldwide
  Manufacturing facilities
    Berlin Plant
    Cassinetta Plant
    Dingolfing Plant
    Eisenach Plant
    Hams Hall Plant
    Landshut Plant
    Leipzig Plant
    Munich Plant
    Oxford Plant
    Regensburg Plant
    Rosslyn Plant
    Shenyang Plants
    ▸ Spartanburg Plant
    Steyr Plant
    Swindon Plant
    Wackersdorf Plant
    Rolls-Royce Motor Cars
    Assembly Plants
    Contract production in Graz
  Where we build our vehicles
  Plant Tours
How an automobile is born
Sustainable production
Publications

## Manufacturing facilities.
### Spartanburg Plant.



The BMW plant near Spartanburg in South Carolina, USA, began producing BMW automobiles for the world market in 1994. Today, it manufactures the BMW X3 and X5 Sports Activity Vehicle and the X6 Sports Activity Coupe and their variants. In January 2012 the two millionth vehicle was produced.

Due to the success of these automobiles, over the years, the Spartanburg plant has had to be substantially enlarged. Its output has expanded by adding additional shifts, introducing flexible working hour models, and hiring new employees. Today, the plant runs multiple shift models each week.

In 2011, over 7,000 team members manufactured 276,065 vehicles.

Over 192,000 vehicles were exported in 2011 from the South Carolina plant and made it the leading U.S. automotive exporter.

Share

**Further Information**

**Spartanburg Plant**
Please visit the official website.

**bmw.com**
For more information about the BMW automobiles please visit the official website.

Printer friendly version

Updated April 4, 2012