# Exhibit C



## Manufacturing
### Plant History

September 8, 1994. The first BMW produced in North America, a 318i, rolls off the Assembly line at BMW Manufacturing Co. in Spartanburg, S.C. This was the culmination of years of planning to bring production of the Ultimate Driving Machine to North America. In 1992, BMW announced plans to build its US manufacturing facility in Spartanburg, and construction began in April 1993. To date, BMW has produced over 2 million vehicles and have invested over $5 billion in South Carolina. BMW has been, and continues to be, the ultimate community partner and a driving economic force in South Carolina.

### Performance. Passion. Pride.

For the past 18 years, thousands have converged upon Spartanburg, South Carolina to build the ultimate driving machine. From South Carolina to the world, this world-class manufacturing facility continues to produce the finest vehicles that showcase the latest in innovation, technology, efficiency and sustainability.

September 8, 1994: The first North American-made BMW, a 318i, rolls off the line.

© 2012 BMW US Manufacturing Co.



## Manufacturing
### Plant History

**November 15, 1994:** BMW Manufacturing celebrates the new US factory at the Opening Ceremonies.

**March 2, 1995:** The first BMW 318i assembled in S.C. ships. The 22-month span from groundbreaking to the first shipment is considered the fastest automotive start-up in history.

**September 1995:** Production of the BMW Z3 begins.







## Manufacturing
Plant History

September 1999: Production of the X5 gets underway and the 200,000th roadster rolls off the line.

June 2000: BMW announces a $300 million plant expansion.

5













11





13



Manufacturing
Plant History

January 8, 2005: Production begins on the updated Z4M Roadster.

February 28, 2006: The 1,000,000th vehicle rolls off the line.





## Manufacturing
### Plant History

September 20, 2007: BMW Manufacturing ships the 100,000th "Next Generation" X5.

100,000 in less than one year.

December 3, 2007: Production begins on the X6 Sports Activity Coupe.

© 2012 BMW US Manufacturing Co.

16







## Manufacturing

Plant History

September 8, 2009: The 1.5 millionth vehicle rolls off the assembly line at Plant Spartanburg and BMW Manufacturing celebrates 15 years of vehicle production.

© 2010 BMW US Manufacturing Co.

19





21



Manufacturing
Plant History

October 12, 2012: BMW Manufacturing officially unveils the all-new BMW X3 in their newly completed 1.2 million square foot Assembly facility.

January 12, 2012: BMW produces 2,000,000th vehicle on U.S. soil.

WE MADE IT.
Celebrating 2,000,000 BMWs Built in South Carolina

22