# Exhibit E

Case 2:12-md-02311-SFC-RSW ECF No. 391-6, PageID.6132 Filed 09/11/12 Page 2 of 30

# BMW Sales Jump 12.5 Percent in Record-Setting 2001; Strong December Marks First Time BMW's Sales Cross 200,000-Unit Threshold.

Print

*Geographic Code: 4EUGE*

| | |
|---|---|
| *Date:* | *Jan 3, 2002* |
| *Words:* | *993* |
| *Publication:* | *PR Newswire* |

WOODCLIFF LAKE, N.J. -- BMW of North America, LLC continued its spectacular sales performance through the end of 2001. Sales for the year were up 12.5 percent over 2000, as the company reported sales of 213,127 vehicles compared to 189,423 vehicles recorded last calendar year, making it the best ever for BMW in the U.S.

In early December, the company passed the 200,000-unit threshold (year-to-date.) BMW sold a total of 18,414 vehicles in December 2001, more than 400 vehicles over November 2001 sales, but less than the 20,720 vehicles reported in the same month a year ago.

"With best-ever sales reported across several model lines and makes, our success has been broad-based. BMW sold more than 100,000 3 Series models last year and more than 40,000 5 Series models. We also sold more than 40,000 X5 Sports Activity Vehicles," explained Tom Purves, Chairman and CEO of BMW (US) Holding. "We attribute this to our business philosophy, which encompasses consistent yet innovative marketing and spectacular products that are sold through strong dealer networks."

Automobile sales

BMW also reported December sales of 14,114, compared to 16,465 vehicles sold in the same month last year. Year-to-date, BMW reported automobile sales of 172,505, an increase of 6 percent compared to 162,703 sold in 2000.

Sports Activity Vehicle Sales

BMW sold 40,622 X5 Sports Activity Vehicles in 2001, up an impressive 52 percent from the 26,720 reported last year. December sales of BMW's X5 were 4,300, compared to 4,255 sold in the same period a year ago.

Certified Pre-owned Vehicle Sales

BMW also reported strong sales of Certified Pre-Owned vehicles in December, with 4,007 sales recorded. The December figure, the best month of the year, represents a 24% increase over the 3,228 units sold in December a year ago. For the year, BMW sold 39,883 Certified Pre-Owned vehicles, 11% below last year's record sales performance of 44,773. The decline is a reflection of much lower off-lease maturities from BMW Financial Services.

Case 2:12-md-02311-SFC-RSW   ECF No. 391-6, PageID.6133   Filed 09/11/13   Page 3 of 30

## BMW IN AMERICA

BMW of North America has been present in the United States since 1975. Since then, the BMW Group in the United States has grown to include marketing, sales and financial service organizations for the BMW, BMW Motorcycles and MINI brands; a South Carolina manufacturing operation; DESIGNWORKS/USA, an industrial design firm in California; a technology office in Silicon Valley and various other operations throughout the country. The BMW Group is represented in the U.S. through a network of 341 car, 321 Sports Activity Vehicle and 153 motorcycle retailers. BMW US Holding Corp., the Group's headquarters for North, Central and South America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the World Wide Web on the BMW homepage at http://www.bmwusa.com/, http://www.bmwmotorcycles.com/ and http://www.miniusa.com/.

BMW Car Sales Report for December 2001

|  | 2001 | 2000 |
| --- | --- | --- |
| December | 14114 | 16465 |
| Year-to-Date | 172505 | 162703 |

|  | December 2001 | Year-to-Date 2001 | December 2000 | Year-to-Date 2000 |
| --- | --- | --- | --- | --- |
| 318ti | 0 | 0 | 0 | 7 |
| 318i 4-door | 0 | 0 | 1 | 34 |
| 318is | 0 | 0 | 0 | 2 |
| 318 convertible | 0 | 0 | 0 | 2 |
| 323i (E46) | 0 | 102 | 409 | 27076 |
| 323is | 0 | 0 | 0 | 2 |
| 323i sport wagon (E46) | 0 | 0 | 72 | 3422 |
| 323i convertible | 0 | 0 | 0 | 351 |
| 323Ci (E46) | 0 | 0 | 67 | 7364 |
| 323Ci convertible (E46) | 0 | 0 | 9 | 5797 |
| 325i (E46) | 3146 | 39220 | 4123 | 9567 |
| 325Ci (E46) | 981 | 9207 | 972 | 1923 |
| 325Ci convertible (E46) | 766 | 9466 | 993 | 2224 |
| 325i sport wagon (E46) | 109 | 3171 | 379 | 838 |
| 325xi | 731 | 1824 | 0 | 0 |
| 325xi sport wagon | 169 | 327 | 0 | 0 |
| 328is | 0 | 0 | 1 | 6 |
| 328Ci (E46) | 0 | 0 | 9 | 3364 |
| 328i 4-door | 0 | 0 | 1 | 12 |
| 328i (E46) | 0 | 0 | 29 | 9681 |
| 328i convertible | 0 | 0 | 3 | 39 |
| 330i | 1067 | 17095 | 1355 | 8110 |
| 330Ci | 533 | 8349 | 735 | 4714 |
| 330Ci convertible | 691 | 7841 | 837 | 5120 |
| 330xi | 327 | 730 | 0 | 0 |
| M3 (E46) | 620 | 3826 | 0 | 0 |
| M3 convertible (E46) | 260 | 1991 | 0 | 0 |
| M3 2-door | 0 | 0 | 0 | 1 |
| M3 4-door | 0 | 0 | 0 | 0 |
| M3 convertible E36 | 0 | 78 | 0 | 25 |
| 3 Series | 9400 | 103227 | 9995 | 89681 |
| Z3 1.9 (US) | 0 | 0 | 0 | 38 |
| Z3 2.3 (US) | 0 | 0 | 181 | 7736 |
| Z3 2.5 (US) | 395 | 8201 | 422 | 1141 |
| Z3 2.8 roadster (US) | 0 | 0 | 40 | 1849 |
| Z3 2.8 coupe (US) | 0 | 0 | 4 | 121 |
| Z3 3.0 roadster (US) | 98 | 4720 | 385 | 3004 |
| Z3 3.0 coupe (US) | 11 | 629 | 38 | 183 |
| M roadster (US) | 71 | 985 | 3 | 1712 |

|  | December 2001 | YTD 2001 | December 2000 | YTD 2000 |
|---|---|---|---|---|
| M coupe (US) | 25 | 379 | 11 | 598 |
| Z3 Series | 600 | 14914 | 1084 | 16382 |
| 525i | 1207 | 12855 | 1432 | 2744 |
| 525i sport wagon | 136 | 2216 | 138 | 359 |
| 528i | 0 | 0 | 121 | 22283 |
| 528i sport wagon | 0 | 0 | 26 | 1712 |
| 530i | 1795 | 16564 | 1570 | 3416 |
| 540i sport wagon | 31 | 406 | 40 | 447 |
| 540i | 432 | 5606 | 0 | 0 |
| 540i(E39) | 0 | 0 | 388 | 5779 |
| M5 | 379 | 3258 | 299 | 2963 |
| 5 Series | 3980 | 40005 | 4014 | 39703 |
| 740i | 15 | 4491 | 383 | 5189 |
| 740iL | 14 | 8589 | 899 | 10825 |
| 740iL Protection | 0 | 8 | 0 | 17 |
| 750iL | 3 | 289 | 32 | 577 |
| 750iL Protection | 0 | 12 | 1 | 11 |
| 7 Series | 32 | 13389 | 1315 | 16619 |
| 850CiA | 0 | 0 | 0 | 1 |
| 8 Series | 0 | 0 | 0 | 1 |
| Z8 | 102 | 970 | 57 | 317 |
| Z8 Series | 102 | 970 | 57 | 317 |

BMW Sports Activity Vehicle (light trucks) Sales Report for December 2001

|  | 2001 | 2000 |
|---|---|---|
| December | 4300 | 4255 |
| Year-to-Date | 40622 | 26720 |

|  | December 2001 | Year-to-Date 2001 | December 2000 | Year-to-Date 2000 |
|---|---|---|---|---|
| X5 3.0i (US) | 3469 | 27041 | 2853 | 15849 |
| X5 4.4i (US) | 691 | 13261 | 1402 | 10871 |
| X5 4.6is (US) | 140 | 320 | 0 | 0 |
| Total | 4300 | 40622 | 4255 | 26720 |

MAKE YOUR OPINION COUNT - Click Here
http://tbutton.prnewswire.com/prn/11690X62443572

Contact: Martha McKinley, Business Communications Manager of BMW of North America, LLC, +1-201-307-3786

Website: http://www.bmwusa.com/ http://www.bmwmotorcycles.com/ http://www.miniusa.com/

COPYRIGHT 2002 PR Newswire Association LLC

Copyright 2002 Gale, Cengage Learning. All rights reserved.

# BMW Group Ends Best Year Ever With Record Month; December Sales Up 43 Percent; Year-to-date Sales Up 20 Percent.

[Print]

Geographic Code: 1USA

Date:            Jan 3, 2003

Words:           1039

Publication:     PR Newswire

WOODCLIFF LAKE, N.J. -- WOODCLIFF LAKE, N.J., Jan. 3 /PRNewswire/ -- The BMW Group (BMW and MINI brands combined) ended its best year ever with the strongest sales month on record, reporting December sales of 26,252 vehicles, an increase of 43 percent over the same month last year. (BMW Group set its previous monthly sales record of 23,994 vehicles in April of this year.) The company also recorded twelve-month sales gains of 20 percent, reporting 256,622 vehicles over the 213,127 reported in the same period a year ago.

**BMW Brand Also Has Best Month and Year**

BMW of North America, LLC reported year-to-date sales of 232,032 automobiles and Sports Activity Vehicles, up 9 percent over the 213,127 vehicles sold in the same period last year. The company also reported its strongest month ever with December sales of 22,974, up 25 percent over the 18,414 in the same month in 2001. (The previous record for the BMW brand was set in April 2002 when the company reported 22,435 sales.)

"This was the best year ever for 7 Series sales, as customers responded to the all-new model, which went on sale last January," said Ed Robinson, Executive Vice President - Operations for BMW of North America, LLC. "Sales of BMW models across the board were strong. In its last full year of production, we also recorded our strongest sales year ever for the popular 5 Series model."

**BMW Automobile Sales**

BMW reported sales of 189,290 compared to the 172,505 cars sold in 2001, an increase of 10 percent. The company also reported December automobile sales of 18,949, up 34 percent from the 14,114 cars sold in the same month a year ago.

**BMW Sports Activity Vehicle Sales**

Year-to-date, sales of BMW's X5 Sports Activity Vehicles were up 5 percent, to 42,742 vehicles over the 40,622 reported in 2001. For the month of December, reported sales of 4,025 BMW X5 Sports Activity Vehicles, down 6 percent over the 4,300 vehicles reported last year.

**BMW Certified Pre-owned Vehicles Sales**

Sales of BMW CPO vehicles set records, too, as the company reported 60,610 vehicles in 2002,

an increase of 52 percent above the 39,853 vehicles sold last year. For December, CPO sales were up 32 percent to 5,289 compared to 4,004 sold in the same month in 2001.

MINI Brand

MINI Automobiles

In just over nine months, MINI sales in the U.S. exceeded forecasted figures for the first twelve months of sales. Year-to-date, the company reported sales of 13,903 MINI Coopers and 10,687 MINI Cooper S' for combined sales of 24,590. The company reported sales of 1,703 MINI Coopers and 1,575 MINI Cooper S' during the month of December for a total of 3,278 cars sold. The MINI brand has been on sale in the U.S. since March 22.

## BMW GROUP IN AMERICA

BMW of North America has been present in the United States since 1975. Since then, the BMW Group in the United States has grown to include marketing, sales and financial service organizations for the BMW and MINI brands; a South Carolina manufacturing operation; DESIGNWORKS/USA, an industrial design firm in California; a technology office in Silicon Valley and various other operations throughout the country. The BMW Group is represented in the U.S. through networks of 340 BMW car, 327 BMW Sports Activity Vehicle, 148 BMW motorcycle retailers and 69 MINI car dealers. BMW US Holding Corp., the Group's headquarters for North, Central and South America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at http://www.bmwusa.com/, http://www.bmwmotorcycles.com/ and http://www.miniusa.com/.

BMW Car Sales Report for December 2002

| | December 2002 | Year-to-Date 2002 | December 2001 | Year-to-Date 2001 |
|---|---|---|---|---|
| December | 18949 | | 14114 | |
| Year-to-Date | 189290 | | 172505 | |
| 323i (E46) | 0 | 0 | 0 | 102 |
| 325i (E46) | 3834 | 39585 | 3146 | 39220 |
| 325Ci (E46) | 745 | 8201 | 981 | 9207 |
| 325Ci convertible (E46) | 740 | 9245 | 766 | 9466 |
| 325i sport wagon (E46) | 258 | 1434 | 109 | 3171 |
| 325xi | 1452 | 12427 | 731 | 1824 |
| 325xi sport wagon | 226 | 1902 | 169 | 327 |
| 330i | 1263 | 11479 | 1067 | 17095 |
| 330Ci | 799 | 7533 | 533 | 8349 |
| 330Ci convertible | 676 | 8440 | 691 | 7841 |
| 330xi | 728 | 5674 | 327 | 730 |
| M3 (E46) | 579 | 5625 | 620 | 3826 |
| M3 convertible (E46) | 321 | 3883 | 260 | 1991 |
| M3 convertible (E36) | 0 | 0 | 0 | 78 |
| 3 Series | 11621 | 115428 | 9400 | 103227 |
| Z3 2.5 (US) | 93 | 3681 | 395 | 8201 |
| Z3 3.0 roadster (US) | 17 | 2090 | 98 | 4720 |
| Z3 3.0 coupe (US) | 7 | 243 | 11 | 629 |
| Z4 2.5i roadster (US) | 1033 | 2204 | 0 | 0 |
| Z4 3.0i roadster (US) | 656 | 1500 | 0 | 0 |
| M roadster (US) | 10 | 479 | 71 | 985 |
| M coupe (US) | 8 | 293 | 25 | 379 |
| Z3 and Z4 Series | 1824 | 10490 | 600 | 14914 |

```
525i                               1260    13349    1207    12855
525i sport wagon                    226     1696     136     2216
528i                                  0        0       0        0
528i sport wagon                      0        0       0        0
530i                               1610    19057    1795    16564
540i sport wagon                     61      370      31      406
540i                                412     4704     432     5606
540i(E39)                             0        0       0        0
M5                                  130     1666     379     2358
            5 Series              3699    40842    3980    40005
740i                                  1       31      15     4491
740iL                                 0       40      14     8589
740iL Protection                      0        0       0        8
745i                                529    11512       0        0
750iL                                 1       16       3      289
750iL Protection                      0        0       0       12
745Li                              1245    10407       0        0
760Li                                 0        0       0        0
            7 Series              1776    22006      32    13389
Z8                                   29      524     102      970
            Z8 Series               29      524     102      970
```

BMW Sports Activity Vehicle (light trucks) Sales Report for December 2002

|  | 2002 | 2001 |
|---|---|---|
| December | 4025 | 4300 |
| Year-to-Date | 42742 | 40622 |

| | December 2002 | Year-to-Date 2002 | December 2001 | Year-to-Date 2001 |
|---|---|---|---|---|
| X5 3.0i (US) | 2940 | 32131 | 3469 | 27031 |
| X5 4.4i (US) | 969 | 9235 | 691 | 13261 |
| X5 4.6is (US) | 116 | 1376 | 140 | 320 |
| Total | 4025 | 42742 | 4300 | 40622 |

MINI Sales Report for December 2002

|  | 2002 |
|---|---|
| December | 3278 |
| Year-to-Date | 24590 |

| | December 2002 | Year-to-Date 2002 |
|---|---|---|
| MINI Cooper | 1703 | 13903 |
| MINI Cooper S | 1575 | 10687 |
| Total | 3278 | 24590 |

CONTACT: Martha McKinley, Business Communications Manager of BMW of North America, LLC, +1-201-307-3786

Web site: http://www.bmwusa.com/

COPYRIGHT 2003 PR Newswire Association LLC

Copyright 2003 Gale, Cengage Learning. All rights reserved.



AdChoices ▷

**New Toyota Cars**
Hurry to Your Local Toyota Dealer To Get Special Offers & Deals Now!
www.BuyAToyota.com

**BMW Z4 Clearance Sale**
Top Volume BMW Dealer In VA-DC-MD Get Our BMW Z4 Price Quote & Save
www.BMWofAlexandria....

**Used German Luxury Cars**
Luxury Car Center - VA, DC, MD Call Now for Special Incentives!
www.advantagecertified....

**2012 Toyota Prius**
Find out What You Could Be Paying For a New 2012 Toyota Prius!
Toyota.WhyPaySticker.com

# BMW Group Shatters All Past Annual Sales Records in 2004

**BMW brand records best month ever**

WOODCLIFF LAKE, N.J., Jan. 4 -- The BMW Group (BMW and MINI brands combined) reported robust sales for 2004, breaking past annual sales records for both brands, to record a total of 296,111 vehicles, an increase of 7 percent over the 276,869 in 2003. The Group also reported record December sales of 29,292 vehicles, up 18 percent over the 24,915 vehicles sold in the same month in 2003, for an all-time monthly sales record.

**BMW Brand Sales**

BMW reported sales of 25,482 automobiles and Sports Activity Vehicles, up 22 percent compared to the 20,910 vehicles reported the same month last year, making it the best month ever in retail sales history.

Annual sales of BMW brand vehicles were up 8 percent, to 260,079 vehicles compared to 240,859 vehicles sold last year.

**BMW Automobile Sales**

BMW's monthly automobile sales were up 17 percent, to 18,762 versus 16,054 in December 2003. Year-to-date, sales were down 5 percent to 190,250 automobiles compared to 200,144 sold in the same period in 2003.

**BMW Sports Activity Vehicle Sales**

Sales of BMW's Sports Activity Vehicles increased 38 percent in December, with sales of 6,720 vehicles compared to 4,856 vehicles sold in the final month of 2003. Year-to-date, sales of BMW's SAV models were up 72 percent, to 69,829 vehicles compared to 40,715 for 2003.

**Certified Pre-owned**

BMW also reported monthly sales of 6,083 Certified Pre-owned vehicles up 10 percent compared to 5,526 vehicles in December 2003. Annual BMW CPO sales were up 8 percent, to 71,112 vehicles compared to the 65,693 sold last calendar year.

**MINI Brand**
**MINI Automobiles**

MINI USA reported its strongest year to date, with sales of 36,032, compared to the 36,010 sold in 2003. For the month of December, MINI sales were down 5 percent, to 3,810 automobiles versus 4,005 sold a year ago.

**BMW Group in America**

BMW of North America, LLC has been present in the United States since 1975. ROLLS-ROYCE Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand, the MINI brand, and the ROLLS-ROYCE brand of Motor Cars; DesignworksUSA, an industrial design firm in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all Z4 Roadster and X5 Sports Activity Vehicles. The BMW Group sales organization is represented in the U.S. through networks of 340 BMW passenger car centers, 327 BMW Sports Activity Vehicle centers, 148 BMW motorcycle retailers, 76 MINI passenger car dealers, and 25 ROLLS-ROYCE Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North, Central and South America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at:

    http://www.bmwusa.com/
    http://www.bmwmotorradusa.com/
    http://www.miniusa.com/
    http://www.rolls-roycemotorcars.com/

BMW Car Sales Report for December 2004

| | 2004 | 2003 |
|---|---|---|
| December | 18,762 | 16,054 |
| Year-to-Date | 190,250 | 200,144 |

| Model | December Date 2004 | Year-to- 2004 | December Date 2003 | Year-to- 2003 |
|---|---|---|---|---|
| 325i | 4,592 | 41,538 | 2,523 | 43,693 |
| 325Ci | 606 | 7,603 | 659 | 7,623 |
| 325Ci Convertible | 663 | 7,488 | 690 | 7,433 |
| 325i Sports Wagon | 97 | 1,423 | 124 | 2,068 |



LEARN TO REBUILD AN ENGINE

**The 2012 Acura TL**
Looking for a used luxury vehicle? See Acura TL photos and specs.
www.acura.com

**New BMW 1-Series Sale**
BMW Dealer Sale -128i & 135is! Get Your Limited Time Sale Price
www.BMWofAlexandria.com/BMW1_Series

**Used German Luxury Cars**
Luxury Car Center - VA, DC, MD Call Now for Special Incentives!
www.advantagecertified.com

AdChoices ▷

UNIVERSAL TECHNICAL INSTITUTE

CLICK HERE ▶



BMW OF SILVER SPRING 877-459-2732 Save Big! Used 2010 BMW 5 Series in Silver Spring MORE PHOTOS

| | December 2004 | Year-to-Date 2004 | December 2003 | Year-to-Date 2003 |
|---|---|---|---|---|
| 325xi | 1,244 | 12,805 | 1,398 | 12,737 |
| 325xi Sports Wagon | 150 | 1,442 | 131 | 1,684 |
| 330i | 739 | 8,288 | 557 | 9,422 |
| 330Ci | 600 | 6,658 | 727 | 5,880 |
| 330Ci Convertible | 572 | 6,274 | 658 | 6,180 |
| 330xi | 564 | 6,012 | 411 | 5,955 |
| M3 | 337 | 4,612 | 466 | 5,687 |
| M3 Convertible | 406 | 3,373 | 273 | 3,369 |
| 3 Series | 10,569 | 106,549 | 8,126 | 111,944 |
| Z3 2.5 roadster (US) | 0 | 0 | 0 | 0 |
| Z3 3.0 roadster (US) | 0 | 0 | 0 | 0 |
| Z3 3.0 Coupe (US) | 0 | 0 | 1 | 0 |
| Z4 2.5i roadster (US) | 367 | 7,976 | 1,100 | 11,899 |
| Z4 3.0i roadster (US) | 170 | 5,678 | 1,014 | 8,276 |
| M roadster (US) | 0 | 0 | 0 | 14 |
| M Coupe (US) | 0 | 0 | 0 | 2 |
| Z3 and Z4 | 537 | 13,654 | 2,120 | 20,324 |
| 525i (E39) | 0 | 0 | 34 | 14,114 |
| 525i Sports Wagon (E39) | 0 | 0 | 18 | 1,187 |
| 525i (E60) | 1,873 | 16,421 | 1,483 | 3,134 |
| 530i (E39) | 0 | 0 | 19 | 14,781 |
| 530i (E60) | 2,217 | 20,329 | 2,069 | 6,947 |
| 540i Sports Wagon (E39) | 0 | 0 | 2 | 261 |
| 540i (E39) | 0 | 0 | 7 | 3,639 |
| 545i (E60) | 1,026 | 8,749 | 573 | 1,454 |
| M5 (E39) | 0 | 64 | 20 | 1,447 |
| 5 Series | 5,116 | 45,584 | 4,225 | 46,964 |
| 645Ci | 387 | 3,559 | 0 | 0 |
| 645Ci Convertible | 575 | 4,639 | 0 | 0 |
| 6 Series | 962 | 8,198 | 0 | 0 |
| 745i | 449 | 5,225 | 520 | 6,634 |
| 745Li | 1,070 | 10,427 | 974 | 13,117 |
| 760i | 15 | 61 | 0 | 0 |
| 760Li | 42 | 442 | 69 | 722 |
| 7 Series | 1,576 | 16,155 | 1,563 | 20,473 |
| Z8 | 0 | 7 | 0 | 175 |
| Z8 Alpina | 2 | 103 | 20 | 264 |
| Z8 | 2 | 110 | 20 | 439 |

BMW Sports Activity Vehicle (light trucks) Sales Report for December 2004

| | 2004 | 2003 |
|---|---|---|
| December | 6,720 | 4,856 |
| Year-to-Date | 69,829 | 40,715 |

| Model | December 2004 | Year-to-Date 2004 | December 2003 | Year-to-Date 2003 |
|---|---|---|---|---|
| X3 2.5i | 610 | 19,450 | 0 | 0 |
| X3 3.0i | 1,513 | 15,154 | 0 | 0 |
| X3 | 2,123 | 34,604 | 0 | 0 |
| X5 3.0i (US) | 3,080 | 24,902 | 3,878 | 30,214 |
| X5 4.4i (US) | 1,331 | 9,156 | 958 | 9,383 |
| X5 4.6is (US) | 0 | 23 | 20 | 1,118 |
| X5 4.8is (US) | 186 | 1,144 | 0 | 0 |
| X5 | 4,597 | 35,225 | 4,856 | 40,715 |

MINI Sales Report for December 2004

| | 2004 | 2003 |
|---|---|---|
| December | 3,810 | 4,005 |
| Year-to-Date | 36,032 | 36,010 |

| Model | December 2004 | Year-to-Date 2004 | December 2003 | Year-to-Date 2003 |
|---|---|---|---|---|
| MINI Cooper | 1,061 | 16,250 | 1,969 | 19,592 |
| MINI Cooper S | 1,189 | 15,145 | 2,036 | 16,418 |
| Cooper Convertible | 854 | 2,522 | 0 | 0 |
| Cooper S Convertible | 706 | 2,115 | 0 | 0 |
| Total MINI | 3,810 | 36,032 | 4,005 | 36,010 |



Case 2:12-md-02311-SFC-RSW   ECF No. 391-6, PageID.6141   Filed 09/11/12   Page 11 of 30

0          Like   0          Tweet   0

Case 2:10-md-02311-SFC-RSW ECF No. 391-6, PageID.6143 Filed 09/11/13 Page 12 of 30





# BMW Group Sets All-Time Annual Sales Record, Highest Sales Month Ever in 2005

WOODCLIFF LAKE, N.J., Jan. 4, 2006 -- The BMW Group in the U.S. (BMW and MINI brands combined) reported record sales for 2005, with an increase of 4 percent, to push the total over the 300,000 threshold for the first time. The BMW Group posted annual sales of 307,020 vehicles, up 4 percent over the 296,111 vehicles reported in calendar year 2004. The BMW Group also reported monthly sales of 28,900 for December, down 1.3 percent over the 29,292 vehicle sales reported last December.

BMW Brand

Annual BMW brand sales were up 2.4 percent, to 266,200 compared to 260,079 in calendar year 2004. BMW reported monthly sales of 26,464 vehicles, a 4 percent increase over the 25,482 sold in December 2004, making it the highest sales month ever for the BMW brand in the U.S. (The previous monthly sales record was set in December 2004.)

"This is a strong finish to a year marked with numerous model changeovers," noted Tom Purves, chairman and CEO of BMW (US) Holding Corp. "We've only had full availability of our new award-winning 3 Series sedans in the past two to three months. Given that, and changeovers in the 7 Series and 5 Series, we are especially pleased with the annual increases."

BMW Automobile Sales

Monthly sales of BMW automobiles were up 9.3 percent, to 20,510 cars compared to 18,762 sold in December 2004. Yearly automobile sales were up 4 percent, with 197,833 automobiles sold compared to 190,250 in the same period a year ago.

BMW Sports Activity Vehicle Sales

Annual sales of BMW's two SAV models are off 2 percent. The company reported sales of 68,367 vehicles compared to 69,829 in the same period of 2004. SAV sales were down 11 percent for the month to 5,954 vehicles, compared to 6,720 vehicles sold in December 2004.

Certified Pre-owned

BMW also reported its strongest year ever for sales of Certified Pre-Owned vehicles, which were up 3 percent, to 73,277 vehicles compared to the 71,112 vehicles sold in 2004. Monthly BMW CPO sales were up 7 percent, to 6,486 vehicles over 6,083 for the same month a year ago.

MINI Brand

MINI Automobiles

Sales of MINI automobiles in 2005 were up 13 percent, ending the year with a record-setting 40,820 vehicles compared to the 36,032 reported last year. The division also reported December sales of 2,436 cars compared to 3,810 cars sold in the last month of 2004, a decrease of 36 percent.

BMW Group In America

BMW of North America, LLC has been present in the United States since 1975. ROLLS-ROYCE Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand, the MINI brand, and the ROLLS-ROYCE brand of Motor Cars; DesignworksUSA, an industrial design firm in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all Z4 Roadster and X5 Sports Activity Vehicles. The BMW Group sales organization is represented in the U.S. through networks of 340 BMW passenger car centers, 327 BMW Sports Activity Vehicle centers, 148 BMW motorcycle retailers, 80 MINI passenger car dealers, and 25 ROLLS-ROYCE Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North, Central and South America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at:

http://www.bmwgroupna.com/
http://www.bmwusa.com/
http://www.bmwmotorradusa.com/
http://www.miniusa.com/
http://www.rolls-roycemotorcars.com/

BMW Car Sales Report for December 2005

|  | 2005 | 2004 |
|---|---|---|
| December | 20,510 | 18,762 |
| Year-to-Date | 197,833 | 190,250 |



Home | New Car Buyers Guide | Total New Car Costs | Reviews
Automotive Articles | Penny Saver Classifieds | Media Library | Auto Parts

The Auto Channel. Contact Information. Terms of Use. Follow us Marks and media identification are Trademarks owned by Gordon Communications and have been in continuous use since 1987 : The Auto
TACH have all been in continuous use world wide since 1987, in Print, TV, Radio, Home Video, Newsletters, On-line, and other interactive media; all rights are reserved and infringement will be acted upon with force.

Privacy Statement | Site Does Matter | Media Kit | Affiliates

Send questions, comments, and suggestions to Editor-in-Chief@theautochannel.com.

Submit press releases or news stories to submit@theautochannel.com.

Place copy in body of email, NO attachments please.

To report errors and other problems with this page, please use this form.

To link to this page: http://www.theautochannel.com/

| Model | Year-to December 2005 | Date 2005 | December 2004 | Year-to Date 2004 |
|---|---|---|---|---|
| 325i (E90) | 4,441 | 34,768 | 0 | 0 |
| 325i (E46) | 144 | 14,765 | 1,892 | 23,238 |
| 325Ci | 387 | 3,917 | 606 | 7,503 |
| 325Ci convertible | 358 | 6,375 | 663 | 7,488 |
| 325i sports wagon | 14 | 3,832 | 0 | 0 |
| 325xi (E90) | 1,302 | 3,932 | 0 | 0 |
| 325xi (E46) | 2 | 2,940 | 1,244 | 12,805 |
| 325xi sports wagon (E90) | 80 | 345 | 0 | 0 |
| 325xi sports wagon (E46) | 3 | 501 | 439 | 4,056 |
| 330i (E90) | 1,726 | 15,885 | 0 | 0 |
| 330i (E46) | 29 | 4,132 | 739 | 8,288 |
| 330Ci | 222 | 2,659 | 600 | 5,658 |
| 330Ci convertible | 359 | 5,573 | 571 | 6,378 |
| 330xi (E90) | 1,164 | 3,054 | 0 | 0 |
| 330xi (E46) | 1 | 2,477 | 564 | 6,012 |
| M3 | 221 | 3,398 | 337 | 4,612 |
| M3 convertible | 139 | 1,856 | 406 | 3,322 |
| 3 Series | 10,592 | 106,950 | 10,569 | 106,549 |
| Z4 2.5i roadster (US) | 250 | 6,063 | 367 | 7,976 |
| Z4 3.0i roadster (US) | 164 | 3,982 | 170 | 5,678 |
| Z4 | 414 | 10,045 | 537 | 13,654 |
| 525i sports wagon (E39) | 0 | 0 | 0 | 19 |
| 525i (E60) | 1,112 | 15,500 | 1,873 | 16,421 |
| 525xi (E60) | 853 | 3,406 | 0 | 0 |
| 530i (E60) | 1,592 | 17,011 | 2,217 | 20,329 |
| 530xi (E60) | 965 | 4,820 | 0 | 0 |
| 530xi sports wagon (E60) | 548 | 2,351 | 0 | 0 |
| 540i sports wagon (E39) | 0 | 0 | 0 | 2 |
| 545i (E60) | 45 | 6,466 | 1,026 | 8,749 |
| 550i (E60) | 602 | 1,426 | 0 | 0 |
| M5 (E60) | 679 | 1,742 | 0 | 64 |
| 5 Series | 6,396 | 52,722 | 5,116 | 45,584 |
| 645Ci | 52 | 3,070 | 387 | 3,559 |
| 650i coupe | 307 | 660 | 0 | 0 |
| 645Ci convertible | 54 | 5,047 | 575 | 4,639 |
| 650i convertible | 518 | 1,157 | 0 | 0 |
| 6 Series | 931 | 9,934 | 962 | 8,198 |
| 745i | 5 | 1,713 | 449 | 5,225 |
| 745Li | 11 | 2,831 | 1,070 | 10,427 |
| 750i | 484 | 3,482 | 0 | 0 |
| 750Li | 1,611 | 9,584 | 0 | 0 |
| 760i | 6 | 131 | 15 | 61 |
| 760Li | 59 | 424 | 42 | 442 |
| 7 Series | 2,176 | 18,165 | 1,576 | 16,155 |
| Z8 | 1 | 9 | 0 | 7 |
| Z8 Alpina | 0 | 8 | 2 | 103 |
| Z8 | 1 | 17 | 2 | 110 |

BMW Sports Activity Vehicle (light trucks) Sales Report for December 2005

| | 2005 | 2004 |
|---|---|---|
| December | 5,954 | 6,720 |
| Year-to-Date | 68,367 | 69,829 |

| Model | Year-to December 2005 | Date 2005 | December 2004 | Year-to Date 2004 |
|---|---|---|---|---|
| X3 2.5i | 101 | 6,343 | 610 | 19,450 |
| X3 3.0i | 2,255 | 24,426 | 1,513 | 15,154 |
| X3 | 2,356 | 30,769 | 2,123 | 34,604 |
| X5 3.0i (US) | 2,679 | 27,088 | 3,080 | 24,902 |
| X5 4.4i (US) | 778 | 9,121 | 1,331 | 9,156 |
| X5 4.6is (US) | 0 | 0 | 0 | 23 |
| X5 4.8is (US) | 141 | 1,389 | 186 | 1,144 |
| X5 | 3,598 | 37,598 | 4,597 | 35,225 |

MINI Sales Report for December 2005

|              | 2005   | 2004   |
|--------------|--------|--------|
| December     | 2,436  | 3,810  |
| Year-to-Date | 40,820 | 36,032 |

| Model | December 2005 | Year-to-Date 2005 | December 2004 | Year-to-Date 2004 |
|-------|------|------|------|------|
| MINI Cooper | 855 | 12,354 | 1,061 | 16,250 |
| MINI Cooper S | 995 | 16,764 | 1,189 | 15,145 |
| MINI Cooper Convertible | 245 | 5,402 | 854 | 2,522 |
| MINI Cooper S Convertible | 341 | 6,300 | 706 | 2,115 |
| Total MINI | 2,436 | 40,820 | 3,810 | 36,032 |

Case 2:12-md-02311-SFC-RSW ECF No. 391-6, PageID.6147 Filed 09/11/12 Page 17 of 30

0    Like  0    Tweet  0

Case 2:12-md-02311-SFC-RSW   ECF No. 391-6, PageID.6148   Filed 09/11/12   Page 19 of 20

# BMW GROUP



## Corporate News.
### Archive 2008.

30.01.2008
**BMW Group: 2007 sales revenue rises to record level**

Sales revenue up by 14.3% to euro 56,018 million +++ Sales volume set to reach new high level again in 2008 +++

Munich. The BMW Group has achieved a new sales revenue record in 2007. Compared to the previous year, group revenues rose by 14.3% to euro 56,018 million (2006: euro 48,999 million). Revenues of the Automobiles segment went up by 12.7% to euro 53,818 million (2006: euro 47,767 million). The Motorcycles segment reported sales of euro 1,228 million (2006: euro 1,265 million /-2.9%), while the Financial Services segment increased its revenues by 25.8% to euro 13,940 million (2006: euro 11,079 million).
The total number of BMW, MINI and Rolls-Royce brand vehicles delivered to customers in 2007 also rose to its highest level to date, with the sales volume rising by 9.2% to 1,500,678 units (2006: 1,373,970 units). This upper single-digit growth rate means that the BMW Group was well within the sales volume target that it had set itself for the full year.

BMW Group aiming for sales volume records for all three brands in 2008

The BMW Group is again aiming to achieve sales volume growth for all three brands in the current year and therefore to retain its position as the world's leading premium manufacturer: "We expect a new record sales volume figure in 2008, with stronger growth in the first half of the year and more moderate growth in the second", stated Norbert Reithofer, Chairman of BMW AG's Board of Management in Munich on Wednesday. The BMW Group is also working intensively to improve group profitability. "These targets – sales growth and profitability – are both of paramount importance for the future of the BMW Group", Reithofer went on to emphasise.

Reithofer confirms earnings forecast for the financial year 2007

The group is keeping to its earnings target for the financial year 2007. "We are confident that, adjusted for the exceptional gain on the settlement of the exchangeable bond on shares in the British engine manufacturer Rolls-Royce, we will be posting a higher pre-tax profit for the financial year 2007 than for the previous year", continued Reithofer. As usual, the BMW Group will publish its earnings figures for the full year in March.

Capital expenditure slightly lower than in the previous year

Capital expenditure in 2007 decreased by 1.1% to euro 4,267 million (2006: euro 4,313 million). Capitalised development costs recognised as assets in accordance with IAS decreased by 13.2% to euro 1,333 million (2006: euro 1,536 million), reflecting the lower volume of series development projects. Capital expenditure for property, plant and equipment and other intangible assets increased by 5.7% to euro 2,934 million (2006: euro 2,777 million), partly in connection with the expansion of the production network.

Workforce slightly larger than one year earlier

The workforce increased slightly during the year, mainly as a result of the acquisition of Husqvarna Motorcycles and two acquisitions made by the Financial Services segment. At the end of 2007, the worldwide workforce comprised 107,539 employees (31 December 2006: 106,575 employees), an increase of 0.9%. The number of trainees at the year-end (4,281) remained at a high level (31 December 2006: 4,359).

Sales impetus from EfficientDynamics measures

The BMW Group sold more cars in 2007 than ever before in its history. An important factor for this was the contribution made by the EfficientDynamics package which is helping to reduce fuel consumption and $CO_2$ emissions. Customers are also benefiting from this innovative technology in many MINI models. By the end of the year, more than 450,000 BMW and MINI cars driving on Europe's roads were benefiting from EfficientDynamics. 1,276,793 BMW brand cars were sold in 2007, surpassing the previous year's level (1,185,088 units) by 7.7%. The MINI also recorded good growth, with the retail sales volume rising by 18.5% to 222,875 units (2006: 188,077 units). Rolls-Royce increased its sales volume figures for the fourth year in succession and remains the undisputable market leader in the ultra-luxury segment. Rolls-Royce Motor Cars handed over 1,010 vehicles (2006: 805 vehicles) to customers in 2007 (+ 25.5%), therefore achieving a four-figure annual sales volume figure for the first time.

The BMW 3 Series, with its Limousine, Touring, Coupé and Cabrio versions, was once again, by far, the main BMW model series, and also remained well ahead in comparison with relevant competitors. It accounted for 37% of the entire car sales volume recorded by the BMW Group, with the number of cars sold rising by 9.2% to 555,219 units (2006: 508,479 units). The BMW 5 Series, the second best-selling model in volume terms, almost matched the previous year's high level with 230,845 units sold (2006: 232,193 units/-0.6%). The BMW 1 Series took third place with a retail sales volume of 165,803 units (2006: 151,918 units). This 9.1% increase was driven in particular by the introduction of the three-door version in May 2007.

BMW's Sports Activity Vehicles (SAV) continued to sell extremely well in 2007, with the number of BMW X5 in particular jumping by 60.1% to 120,617 units (2006: 75,321 units). Sales of this model, which continues to outpace all relevant competitors in its segment, were therefore well ahead of the BMW Group's own expectations. Now in its fourth year since market launch, sales of the BMW X3, at 111,879 units (2006: 114,000 units/-1.9%) remained at a high level.

A total of 44,421 (2006: 50,227/-11.6%) BMW 7 Series cars were sold. The BMW Z4 (Roadster and Coupé versions) recorded a sales volume of 28,383 units (2006: 30,996/-8.4%). In total, 19,626 units of the luxury BMW 6 Series Convertible and Coupé models (2006: 21,947 units/-10.6%) were handed over to customers.

USA remains largest single market for BMW and MINI cars

The USA remained the largest single market for BMW and MINI cars in 2007. With a sales volume of 335,840 units (2006: 313,603 units /+7.1%), the BMW Group sold more vehicles there than ever before. On top of this, BMW was the most popular European premium brand among US customers in 2007. In total, 293,795 BMW brand cars (2006: 274,432 units, +7.1%) were sold in the United States, making it the most successful European car brand on the US market in 2007.

Germany is the second largest market in volume terms, with 284,523 new registrations of BMW Group vehicles (2006: 296,930 new registrations). As a result of the higher value added tax rate and the uncertainty caused by the

on-going $CO_2$ debate, it was not quite possible to match the previous year's high level. With a 4.2% decrease, the BMW Group nevertheless performed significantly better than the German market as a whole (-9.2%). Double-digit growth was achieved in each of the following markets representing places three to six for the BMW Group: 173,685 units (2006: 153,957/+12.8%) were sold in Great Britain, 106,985 units (2006: 96,458 units/+10.9%) in Italy, 72,849 units (2006: 63,040 units/+15.6%) in Spain and 65,081 units (2006: 52,875 units/+23.1%) in France.

Good retail sales volume performances were also recorded on the fast growing markets of China with 51,588 units (2006: 36,357 units/+41.9%), Russia with 14,686 units (2006: 9,505 units /+54.5%) and India with 1,387 units (2006: 257 units/+439.7%).

New sales volume record for BMW Motorcycles in 2007

BMW Motorcycles also succeeded in recording a new sales volume high in 2007. After surpassing the 100,000 mark for the first time in the previous year, the Motorcycles segment continued to grow and recorded a sales volume of 102,467 units (2006: 100,064/+2.4%) in 2007.

Financial services business remains on growth course

The BMW Group's financial services business continued to grow in 2007. The volume of new retail customer contracts rose by 16.4% to euro 28,462 million, thereby reaching a new record level (2006: euro 24,449 million). The proportion of new BMW and MINI cars financed by the Financial Services segment increased in 2007 to 44.7% (2006: 42.4%).
* * *

The BMW Group – an Overview
2007 2006 Change in %
Deliveries to customers
Automobiles units 1,500,678 1,373,970 +9.2
Motorcycles units 102,467 100,064 +2.4

Workforce at year-end 107,539 106,575 +0.9

Sales revenue euro million 56,018 48,999 +14.3
there of:
Automobiles euro million 53,818 47,767 +12.7
Motorcycles euro million 1,228 1,265 -2.9
Financial Services euro million 13,940 11,079 +25.8
Reconciliations euro million -12,968 -11,112 -

Capital expenditure euro million 4,267 4,313 -1.1

For questions please contact:

Corporate Communications

Mathias Schmidt, Finance Communications
Telephone: (+ 49 89) 382-24118, Fax: (+ 49 89) 382-24418

Marc Hassinger, Business and Finance Communications
Telephone: (+49 89) 382-23362, Fax: (+49 89) 382-24418

Print page

BMW AG, Munich (Germany).

Close window

8/15/2012 4:36 PM

# BMW Group
## U.S. Press Information

**For Release:**   IMMEDIATE

**Contact:**   Jan Ehlen
Business Communications Manager
BMW of North America, LLC
(201) 307-3789 / jan.ehlen@bmwna.com

### BMW GROUP U.S. DIVISION REPORTS DECEMBER SALES

**In December, BMW Group sales in the U.S. (BMW and MINI combined) down by 35.9 percent. Company continued to gain market share in 2008.**

**Woodcliff Lake, NJ – January 5, 2009...**The BMW Group in the U.S. (BMW and MINI combined) reported December sales of 21,626 vehicles, a decrease of 35.9 percent over the 33,761 vehicles sold in December 2007. The BMW Group also reported a 2008 sales volume of 303,190 vehicles, down 9.7 percent, compared to 335,840 vehicles in 2007.

Commenting on the 2008 result, Jim O'Donnell, President of BMW of North America, LLC. said:

"Low consumer confidence and tight credit was a double whammy in '08 making it a year we'd all like to forget.  One bright spot for us was a December of reasonable sales and gaining share in the premium market for the full year. This is a foundation for our 2009 plan of keeping high value leasing and retail financing and introducing 10 new or significantly refined vehicles in the next 24 months that showcase our classic dynamic values and impressive technology that contributes to our class leading efficiency. This will help manage our way through the immediate turmoil but we'll have an equal focus on doing more of the right things that set us up for the market's return."

### BMW Brand Sales

Sales of BMW brand vehicles decreased 40.2 percent in December for a total of 18,060 compared to 30,199 reported in the same month a year ago. In 2008, BMW brand sales were down 15.2 percent, to 249,113 vehicles compared to 293,795 vehicles sold in 2007.

Company
BMW of North America, LLC

BMW Group Company

Mailing address
PO Box 1227
Westwood, NJ
07675-1227

Office address
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

Telephone
(201) 307-4000

Internet
bmwgroupna.com

 

- more -

BMW Automobile Sales

BMW's automobile sales are down 40.2 percent in December to 13,796 versus 23,064 in the same month a year ago. In 2008, sales decreased by 15.4 percent, to 195,085 automobiles compared to 230,535 in 2007.

BMW Sports Activity Vehicle Sales

Sales of BMW Sports Activity Vehicles decreased by 40.2 percent in December to 4,264 vehicles over the 7,135 sold last December. In 2008, sales of BMW Sports Activity Vehicles were down 14.6 percent, to 54,028 vehicles compared to the 63,260 sold in 2007.

**MINI Brand Sales**

MINI USA reported December sales of 3,566 automobiles, up 0.1 percent from the 3,562 cars sold in December 2007. In 2008, the division reported sales of 54,077 automobiles, an increase of 28.6 percent, compared to the 42,045 cars reported in 2007.

"Fuel efficiency and small cars had a big year in 2008 even with low fuel prices slowing down the positive sales development in the past few months," said Jim McDowell, Vice-President of MINI USA. "A balance of rational and emotional reasons are going to be the way of the future to continue small car growth in the U.S.  MINI's success in 2008 may be a good indication of this balance."

**Table: Sales BMW of North America, LLC, December 2008**

|  | Dec. 2008 | Dec.. 2007 | % | YTD 2008 | YTD 2007 | % |
|---|---|---|---|---|---|---|
| **BMW brand** | **18,060** | **30,199** | **-40.2** | **249,113** | **293,795** | **-15.2** |
| BMW passenger cars | 13,796 | 23,064 | -40.2 | 195,085 | 230,535 | -15.4 |
| BMW light trucks (SAVs) | 4,264 | 7,135 | -40.2 | 54,028 | 63,260 | -14.6 |
| **MINI brand** | **3,566** | **3,562** | **0.1** | **54,077** | **42,045** | **28.6** |
| **TOTAL Group** | **21,626** | **33,761** | **-35.9** | **303,190** | **335,840** | **-9.7** |

**BMW Certified Pre-Owned**

Sales of BMW's Certified Pre-Owned (CPO) vehicles are up 23.4 percent, to 11,719 CPO

vehicles versus 9,496 vehicles reported last December. In 2008, CPO sales are up 16.4 percent, to 104,500 over the 89,795 reported in 2007.

**BMW Group in America**

BMW of North America, LLC has been present in the United States since 1975.  Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003.  The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; DesignworksUSA, an industrial design firm in California; a technology office in Silicon Valley and various other operations throughout the country.  BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all X5 Sports Activity Vehicles and X6 Sports Activity Coupes.  The BMW Group sales organization is represented in the U.S. through networks of 338 BMW passenger car centers, 335 BMW Sports Activity Vehicle centers, 142 BMW motorcycle retailers, 83 MINI passenger car dealers, and 30 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North, Central and South America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at:

www.bmwgroupna.com
www.bmwusa.com
www.bmwmotorcycles.com
www.miniusa.com
www.rolls-roycemotorcars.com

#   #   #

**Journalist note:** Information about the BMW Group and its products is available to journalists on-line at the BMW Group PressClub at the following address: www.press.bmwgroup.com. Broadcast quality video footage is available via The NewsMarket at www.thenewsmarket.com.



**PR Newswire**
United Business Media

⛫🖨 PRINTTHIS

# BMW Group U.S. Reports December 2010 Sales

BMW brand sales up 12% in 2010

MINI achieves its best December since the US launch in 2002

WOODCLIFF LAKE, N.J., Jan. 4, 2011 /PRNewswire/ -- The BMW Group in the U.S. (BMW and MINI combined) reported December sales of 27,600 vehicles, an increase of 16.9 percent from the 23,617 vehicles sold in the same month a year ago.  For 2010, the BMW Group in the U.S. reported total sales of 265,757 vehicles, up 9.9 percent compared to the 241,727 vehicles sold in 2009.

"As we've seen throughout the last six months of 2010, consumers in December clearly felt more confident about the future and showed it in their purchases," said Jim O'Donnell, President and CEO of BMW of North America, LLC. "We really like the momentum we're getting as a result of this and along with our continual aggressive new model launches from BMW and MINI in 2011 we have real optimism we will continue growing our business with profitable sales in the new year."

## BMW Brand Sales

Sales of BMW brand vehicles increased 15.7 percent in December for a total of 23,280 compared to 20,128 vehicles sold in December, 2009.  For the year, BMW brand sales were up 12.0 percent to 220,113 vehicles compared to 196,502 vehicles sold in 2009.

In December, best performing vehicles included the 5 Series, up 28.9 percent to 5,045 units; the 3 Series, up 12.3 percent to 10,067 units; the X5, up 12.1 percent to 3,939 units and the X6 up 52.8 percent to 859 units.  Overall, the BMW SAV segment (X3, X5, X6) continued to show significant growth with sales up 26.9 percent for the year to 48,108 units compared to 37,925 in 2009.

## BMW Pre-Owned Vehicles

In December, sales of BMW used vehicles (including certified pre-owned and pre-owned) decreased 2.0 percent to 15,714 vehicles from the 16,031 vehicles sold in December 2009.  For 2010, total BMW used vehicle sales were up 4.3 percent to 168,762 from the 161,794 units sold in 2009.

## MINI Brand Sales

MINI USA reported sales of 4,320 automobiles in December, an increase of 23.8 percent from the 3,489 in December 2009, making it the most successful December ever for MINI in the USA.  For the year 2010, MINI reported sales of 45,644, an increase of 0.9 percent from the 45,225 sold in 2009.

**Sales BMW of North America, LLC, December 2010**

| | Dec. 10 | Dec. 09 | % | YTD Dec. 10 | YTD Dec. 09 | % |
|---|---|---|---|---|---|---|
| | | | | | | |

8/15/2012 4:32 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Series | 1,229 | 1,005 | 22.3% | 13,132 | 11,182 | 17.4% |
| 3 Series | 10,067 | 8,963 | 12.3% | 100,910 | 90,960 | 10.9% |
| Z4 | 198 | 400 | -50.5% | 3,804 | 3,523 | 8.0% |
| 5 Series | 5,045 | 3,914 | 28.9% | 39,488 | 40,109 | -1.5% |
| 6 Series | 70 | 203 | -65.5% | 2,418 | 3,549 | -31.9% |
| 7 Series | 1,024 | 1,049 | -2.4% | 12,253 | 9,254 | 32.4% |
| **BMW passenger cars** | **17,633** | **15,534** | **13.5%** | **172,005** | **158,577** | **8.5%** |
| X3 | 849 | 519 | 63.6% | 6,075 | 6,067 | 0.1% |
| X5 | 3,939 | 3,513 | 12.1% | 35,776 | 27,071 | 32.2% |
| X6 | 859 | 562 | 52.8% | 6,257 | 4,787 | 30.7% |
| **BMW light trucks (SAVs)** | **5,647** | **4,594** | **22.9%** | **48,108** | **37,925** | **26.9%** |
| **BMW brand** | **23,280** | **20,128** | **15.7%** | **220,113** | **196,502** | **12.0%** |
| Cooper /S Hardtop | 2,568 | 2,258 | 13.7% | 29,658 | 28,129 | 5.4% |
| Cooper /S Convertible | 428 | 400 | 7.0% | 7,022 | 6,206 | 13.1% |
| Cooper /S Clubman | 749 | 831 | -13.4% | 8,389 | 10,890 | -23.0% |
| Crossover | 575 | 0 | N/A | 575 | 0 | N/A |
| **MINI brand** | **4,320** | **3,489** | **23.8%** | **45,644** | **45,225** | **0.9%** |
| **TOTAL BMW of North America, LLC** | **27,600** | **23,617** | **16.9%** | **265,757** | **241,727** | **9.9%** |

## BMW Group In America

BMW of North America, LLC has been present in the United States since 1975. Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; DesignworksUSA, a strategic design consultancy in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all X5 and X3 Sports Activity Vehicles and X6 Sports Activity Coupes. The BMW Group sales organization is represented in the U.S. through networks of 338 BMW passenger car and BMW Sports Activity Vehicle centers, 138 BMW motorcycle retailers, 103 MINI passenger car dealers, and 30 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at: www.bmwgroupna.com

**Journalist note:** Information about BMW Group and its products in the USA is available to

journalists on-line at www.bmwgroupusanews.com and www.press.bmwna.com.

SOURCE BMW of North America, LLC

---

Back to top
RELATED LINKS
http://www.bmwgroupna.com

**Find this article at:**
http://www.prnewswire.com/news-releases/bmw-group-us-reports-december-2010-sales-112885809.html

☐ Check the box to include the list of links referenced in the article.



A subsidiary
of BMW AG

# BMW
## U.S. Press Information

**For Release:** January 5, 2012

**Contact:** Kenn Sparks

(201) 307-4467 (office)

(864) 905-5075 (cell)

kenn.sparks@bmwna.com

Diane Anton

201-307-3714 (office)

diane.anton@bmwna.com

### BMW Group Achieves Second Best Sales Year Ever in the U.S.

- BMW is the 2011 Premium Segment Leader
- MINI reports best December and best ever U.S. sales year

**Woodcliff Lake, NJ - January 5, 2012...** In 2011, the BMW Group in the U.S. (BMW and MINI combined) achieved its best sales since the record year of 2007 retailing 305,418 vehicles, up 14.9 percent compared to the 265,757 vehicles sold in 2010. BMW Group reported December sales of 32,545 vehicles, an increase of 17.9% from the 27,600 vehicles sold in the same month a year ago.

"BMW Group sales momentum has been increasing all year and this new burst of consumer confidence filled our dealer showrooms putting both BMW and MINI over the top," said Ludwig Willisch, President and CEO, BMW of North America. "I have great confidence that 2012 will be even better especially with the all-new BMW 3 Series arriving in the U.S. in February with more new and refreshed models coming in the months after."

**BMW Brand Sales**

Sales of BMW brand vehicles increased 15.3% in December for a total of 26,834 compared to 23,280 vehicles sold in December, 2010. For the year, BMW brand sales were up 12.6% to 247,907 vehicles compared to 220,113 sold 2010.

For 2011, best performing vehicles included the 5 Series, up 30.4 percent to 51,491 units; the 6 Series, up 61.4 percent to 3,903 units; the X3, up 357.5 percent to 27,793 units and the X5 up 13.3 percent to 40,547 units. Overall, the BMW Sports Activity Vehicle (SAV) segment (X3, X5, X6) continued to show incredible growth with sales up 54.9 percent for the year to 74,532 units compared to 48,108 in 2010. SAV sales combined with its all-wheel-drive (AWD) passenger cars have made BMW the best selling manufacturer of premium AWD vehicles in the U.S. in 2011.

**BMW Pre-Owned Vehicles**

In December, sales of BMW used vehicles (including certified pre-owned and pre-owned) totaled 16,264, an increase of 3.5% from the 15,714 sold in December 2010. In 2011, BMW pre-owned once again was leader in its segment. December proved to be the second best month ever and 2011 was the third best year ever for BMW pre-owned.

**MINI Brand Sales**

MINI USA reported sales of 5,711 automobiles in December, up 32.2% from the 4,320 sold in December 2010. For the year 2011, MINI sales in the U.S. are up 26% on volume of 57,511 compared to 45,644 sold in 2010.

"MINI's record setting sales results in 2011 prove that small is a success in its own right even without the prodding of rising fuel prices," said Jim McDowell, Vice President – MINI USA. "Our U.S. customers have found they can have a great motoring experience even while enjoying strong fuel economy and a smaller footprint. Motor On!"

**Table: Sales BMW of North America, LLC, December 2011**

|  | December 2011 | December 2010 | % | YTD 2011 | YTD 2010 | % |
|---|---|---|---|---|---|---|
| **BMW brand** | 26,834 | 23,280 | 15.3 | 247,907 | 220,113 | 12.6 |
| BMW passenger cars | 16,534 | 17,633 | -6.2 | 173,375 | 172,005 | 0.8 |
| BMW light trucks (SAVs) | 10,300 | 5,647 | 82.4 | 74,532 | 48,108 | 54.9 |
| **MINI brand** | 5,711 | 4,320 | 32.2 | 57,511 | 45,644 | 26.0 |
| **TOTAL Group** | 32,545 | 27,600 | 17.9 | 305,418 | 265,757 | 14.9 |

**BMW Group In America**

BMW of North America, LLC has been present in the United States since 1975. Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003. The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; DesignworksUSA, a strategic design consultancy in California; a technology office in Silicon Valley and various other operations throughout the country. BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all X5 and X3 Sports Activity Vehicles and X6 Sports Activity Coupes. The BMW Group sales organization is represented in the U.S. through networks of 339 BMW passenger car and BMW Sports Activity Vehicle centers, 138 BMW motorcycle retailers, 110 MINI passenger car dealers, and 36 Rolls-Royce Motor Car dealers. BMW (US) Holding Corp.,

the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

Information about BMW Group products is available to consumers via the Internet at: www.bmwgroupna.com

Journalist note: Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwgroupusanews.com and www.press.bmwna.com.

-###-

BMW Personnel
Manager, BMW Media Site Services
BMW Communications
admin@bmwusanews.com