# Exhibit G



You are here: S-Y Systems » Company » History

Start

Company

Portfolio

Locations

Careers

Contact

History of
S-Y Systems Technologies Europe GmbH.



The roots of S-Y Systems stretch back as far as 1967, when Bergmann Kabelwerke in Brake, Germany started producing vehicle cables and wire harnesses.

This business was eventually taken over by Siemens AG in 1991. As a globally active engineering and production company, with subsidiaries in Brazil, India, Mexico, Turkey Lithuania, Slovakia, the Czech Republic and Portugal, Siemens worked with customers in Europe, North America and Asia.

With the founding of Siemens VDO in 2001, the electrical distribution systems business was transferred to a joint venture company with Yazaki.

Since its transfer to Continental AG in 2008, S-Y Systems has acted as a joint venture between Continental and Yazaki.

We nurture long-term working relationships with our customers, and can proudly look back on decades of collaboration with BMW, Ford and Renault.

Since 1998 our corporate headquarters are located in Regensburg, a World Heritage city.

Ten years of S-Y Systems – ten years of joint development.
We're investing in the future - yours and ours.

It is actually quite simple: get it right the first time, with the focus on well thought-out, high-quality solutions.

This philosophy applies to both our customer care and our company in equal measure.





Founding of S-Y Systems Technologies Europe GmbH
Launch of the BMW 7 series
FORD Fiesta in China and in Cologne.
Launch of the BMW 5 series
Launch of the RENAULT Scénic II
Launch of the FORD KA, StreetKA
Top Supplier Delivery Performance award from FORD, nominated for the VOLVO XC90
Founding of S-Y Turkey
Nominated for the RENAULT Mégane Electric
10 years of S-Y Systems
Founding of S-Y Romania
Founding of S-Y UK
2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011
Launch of RENAULT Mégane II
FORD World Excellence Award
Joint development with MAZDA and FORD in Hiroshima, Japan
FORD Award for Supplier Design Engagement
Opening of the new factory in Michalovce, Slovakia (BMW)
Launch of the BMW 7 series
S-Y Systems wins worldwide contract for FORD Transit
Founding of S-Y Spain
Launch of RENAULT Mégane III in Palencia, Spain
Launch of the BMW 5 series
Expansion of business to include the FORD Cargo Division