UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-MD-02311 Honorable Marianne O. Battani |
| PRODUCT(S): WIRE HARNESS SYSTEMS | : : : : | |
| THIS DOCUMENT RELATES TO: Direct Purchaser Actions | : : : | Lead Case No. W:12-cv-00101 |

**DIRECT PURCHASER PLAINTIFFS' RESPONSE IN OPPOSITION TO LEONI AG, LEONI KABEL GMBH, LEONI WIRE INC., LEONI WIRING SYSTEMS, INC. AND LEONISCHE HOLDING INC.S' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**

**INDEX OF EXHIBITS**

Exhibit A    Leoni AG Annual Report 2011 (excerpted)

Exhibit B    Leoni Corporate Governance Report

Exhibit C    Leoni: Automotive and Commercial Vehicles

Exhibit D    Leoni Wiring Website

Exhibit E    Leoni AG Interim Report 1st-3rd Quarter 2011 (excerpted)

Exhibit F    Leoni AG Interim Report 1st Quarter 2012 (excerpted)

Exhibit G    Leoni AG US PAT 6939139

Exhibit H    Leoni AG US PAT 7521665

Exhibit I    Leoni AG US PAT APP 20090314520

Exhibit J    US PAT 6833506 – Leoni Kabel