# EXHIBIT C

# LEONI

CONTACT | SITEMAP | SEARCH     English

THE COMPANY | PRODUCTS  BRANDS  **MARKETS**  DOWNLOADS

**Automotive & Commercial Vehicles**
- Electromobility
- Wiring Systems
- Automotive Cables

Industry & Healthcare

Communication & Infrastructure

Electrical Appliances

Conductors & Copper Solutions



Your markets – our strength.

## Automotive & Commercial Vehicles

LEONI's main market is the automotive industry where we focus on two complementary product technology areas. We are a leading systems supplier of electrical and electronic distribution systems, including wiring harnesses and, in addition, we develop and manufacture a full range of standardised and specialist cables for automotive applications.

**Our offering includes:**
- Global footprint and customer support capability
- Highest levels of product quality
- Innovative product development
- Low cost manufacturing base with optimised production processes
- Customised logistics solutions

**Further industry-sector-specific information and respective contacts:**

→ Electromobility
→ Wiring Systems
→ Automotive Cables

© LEONI AG | Imprint | Data Protection | Terms & Conditions | Legal Notice