# EXHIBIT D







LEONI

The Quality Connection

CONTACT | SITEMAP |   English

HOME   ABOUT US   MARKETS   RESEARCH & DEVELOPMENT   PRODUCTS & SOLUTIONS   LOCATIONS



For the automotive and other industries LEONI is a proven global partner. Our Wiring Systems Division develops and supplies innovative wiring solutions, as well as components, for passenger car producers, commercial vehicle manufacturers and for system and component suppliers.

LEONI is the European market leader for wiring systems and is one of the world's premier providers of automotive electrical and electronic distribution systems. Our mission is to give the customer precisely what is required, from the initial design concept to the safe installation of the final product.



Learn more about the global manufacturer of cable harnesses and wiring systems. »

| Imprint | Data Protection | Legal Notice

