# Exhibit F




CLOSED EXECUTIVE NETWORKING

home | econique group | sitemap | deutsch

Sehr gut organisiert, sehr effizient gestaltete Tage mit nützlichen Gesprächen und sehr guten Kontakten.
**Bernhard Reich, Major Account Manager, F5 Networks GmbH**

Überblick
Agenda
Referenten
Lösungspartner
Location
Medienpartner
Referenzen
Kontakt

**Medienpartner**




























**14. /15. Juni 2010 - Berlin**

## Referenten

**Michael Adelhardt, Head of Repairmanagement, Dräger Safety AG & Co. KGaA**

**Vortrag**
Mit globaler Prozessorganisation zu Manufacturing Excellence

*Zur Person*

- ist wohnhaft in Lübeck, ist verheiratet und hat 2 Kinder
- studierte bis 2000, Dipl.-Ing. Maschinenbau (Automatisierungstechnik) an der Helmut-Schmidt-Universität in Hamburg
- studierte berufsbegleitend bis 2008 Master of Business Adminstration am Henley Management College, in Henley-on-Thames, UK
- war 2002 – 2005 im Kernteam eines Materialerhaltungsprojekts in einer Public Private Partnership (PPP) des Bundesministeriums der Verteidigung (BMVg) mit RLS, KMW und Diehl; das Ergebnis ist die Gründung der HIL GmbH, Bonn
- war 2005 – 2008 Betriebsleiter und stellvertretender Werkleiter bei CSM.nl in Delmenhorst
- ist seit 2009 Abteilungsleiter in der Produktion der Dräger Safety AG & Co. KGaA

---

**Oliver Baum, Head of Industrial Engineering, AMANN GROUP**

**Vortrag**
Management-Systeme: Wundermittel oder Wundertüte

*Zur Person*



- Oliver Baum ist seit 2008 Leiter der Abteilung Industrial Engineering der gesamten AMANN Gruppe
- vor dieser Tätigkeit arbeitete er als leitender Projektmanager für den Auf- und Umbau textiler Fertigungen in USA und Europa
- von 1999 bis 2006 leitete er diverse Projekte im Aufbau von Produktionsbetrieben, Vertriebsorganisationen und in der Beratung von Textilproduktionsgesellschaften in Indonesien
- seine beruflichen Anfänge machte er als REFA Ingenieur und als Leiter eines Profitcenters in der Feinstrumpfindustrie in Österreich dies basierend auf der textiltechnischen Ingenieurausbildung an der Fachhochschule für Technik und Wirtschaft in Reutlingen

---



**Dr.-Ing. Harald Bradke, Leiter des Competence Center Energiepolitik und Energiesysteme, Fraunhofer Institut für System- und Innovationsforschung**



**Vortrag**
Kostensenkung durch effizienten Energieeinsatz



*Zur Person*

- Studium des Maschinenbaus, Promotion im Bereich Energietechnik und berufliche Tätigkeit als Assistent am Lehrstuhl für Energietechnik an der Universität Siegen
- seit 1989 wissenschaftlicher Mitarbeiter im Fraunhofer ISI und dort seit 1996 Leiter des Competence Center "Energiepolitik und Energiesysteme"
- derzeitiger Arbeitsschwerpunkt sind Untersuchungen zur technologischen und wirtschaftlichen Entwicklung von Energietechnologien
- Lehrauftrag für Energiewirtschaft an der Universität Kassel seit 2000

---

**Martin Glößlein, Vice President Global R&D, LEONI Bordnetz-Systeme GmbH**

**Vorsitz & Vortrag**
Optimierung der F&E in herausfordernden Zeiten

*Zur Person*

- Martin Glößlein, Maschinenbauingenieur, leitet seit 2003 den Bereich Forschung und Entwicklung bei der LEONI Bordnetz-Syteme GmbH
- zuvor war er drei Jahre für den Bereich Komponentenentwicklung verantwortlich
- vor seiner Zeit bei LEONI sammelte er weltweit Erfahrungen im Bereich Beratung 3D-CAD und Rapid-Prototyping, sowie in der Kernfusionstechnologie

---

**Dr. Andreas Gumm, Leiter Kaizen Promotion Office, Chemetall**

**GmbH**



**Vortrag**
Mit Operational Excellence durch die Krise

*Zur Person*

- Dr. Andreas Gumm begann 1999 seine berufliche Laufbahn als Berater und Trainer der IDS Scheer AG und beschäftigte sich schwerpunktmäßig mit dem Thema Prozessoptimierung
- 2001 wechselte er zur Chemetall GmbH als Projektmanager Business Reengineering
- als Inhouse-Berater betreute er Themenfelder wie Prozessmanagement, Supply Chain Management, SAP Best Practice und moderne Planungssysteme (APS)
- 2004 übernahm Dr. Gumm den Aufbau der Lean Six Sigma Aktivitäten der Chemetall GmbH
- heute leitet er diesen Bereich und koordiniert Ausbildung und Projekteinsatz der Green und Black Belt

---

**Dr. Mark Hiller, COO, Recaro Aircraft Seating GmbH & Co. KG**

**Vorsitz & Vortrag**
Krisenbewältigung in der Luftfahrtindustrie

*Zur Person*

- geboren 1972 in Stuttgart studierte Dr. Mark C. Hiller Wirtschaftsingenieurwesen an der Universität Kaiserslautern und an der Babcock Graduate School of Management in den USA
- nach zahlreichen Beratungsprojekten am Centrum für Produktionstechnik der Universität Kaiserslautern, an dem er 1999 die Abteilungsleitung übernommen hatte, promovierte er 2002 zum Dr.-Ing.
- 2004 wurde er mit der Otto-Kienzle Gedenkmünze ausgezeichnet
- seit 2003 ist Dr. Hiller für die Keiper Recaro Gruppe tätig
- in der Holdinggesellschaft verantwortete er zunächst das Synergiemanagement, später übernahm er als Prokurist bei Recaro Aircraft Seating die Leitung des Bereichs Customer Affairs mit Verantwortung für den Vertrieb, das Programmanagement und den Customer Support
- seit 2007 ist Dr. Hiller Geschäftsführer der Recaro Aircraft Seating GmbH & CO. KG
- er verantwortet die Bereiche Entwicklung, Einkauf, Produktion und Qualität

---

**Dr. Herbert Krasowski, Integration Lead, Pfizer Manufacturing Deutschland GmbH**



**Vortrag**
Competitiveness through Operational Excellence and Sustainability

*Zur Person*

- Dr. Herbert Krasowski war von 2004 bis 2009 Geschäftsführer eines der größten Arzneimittelwerke von Pfizer
- zurzeit bearbeitet er standortübergreifende Integrationsprojekte innerhalb von Pfizer und wird im 2. Halbjahr 2010 in die Selbständigkeit als Unternehmensberater wechseln
- nach dem Studium der Pharmazie arbeitete Dr. Herbert Krasowski einige Jahre als Apotheker
- er stieg 1991 bei Pfizer als Trainee ein und übernahm schnell an verschiedenen Standorten Führungsaufgaben in der Arzneimittelherstellung
- von 1996 bis 2003 verantwortete er als Materialwirtschaftsleiter die Bereiche Planung, Steuerung, Customer Service, Einkauf und Logistik
- 2003 wurde Dr. Herbert Krasowski zum Werksleiter berufen

---

**Dr. Gamal Lashin, Leiter R&D Support, Vaillant Group**



**Vortrag**
Product Data Management und Collaboration für globale Produktentwicklung – Ein Praxisbeispiel

*Zur Person*

- 1979 Studium des Maschinenbau, BSC. Mechanical Engineering, Kairo
- 1982 Master of Science in Mech. Mechanical Eingineering, Kairo
- 1987 – 1992 Promotion an der TU-Berlin zum Dr.-Ing.
- 1993 – 1994 Entwicklungsingenieur, Bahngeräte, AEG Berlin
- 1995 – 2000 Leiter Technik Support, Siemens DUEWAG, Düsseldorf
- 2001 – zurzeit Leiter R&D Tools & Standardisation, Vaillant Group, Remscheid, weltweit verantwortlich u.a. für:
    - Product Data Management,
    - 3D-CAD/CAM
    - Engineering Change Management,
    - Project Management
    - Components Standardisation

---

**Joachim Meyer, Leiter Werk Hemer, Grohe AG**

**Vortrag**
Transformation des Produktionsstandortes Hemer zu einem Lean-Werk

*Zur Person*

- Joachim Meyer (56) ist seit April 2002 Leiter des GROHE Werks in Hemer
- seine Schwerpunkte bei GROHE innerhalb der letzten Jahre waren unter anderen der Aufbau des internationalen Produktionsnetzwerkes sowie die Neuausrichtung des Werkes Hemer im Sinne von GROHE Lean
- zuvor war Herr Meyer technischer Geschäftsführer bei einem südwestfälischen Automobilzulieferanten Schöneweiss
- von 1987 bis 1999 war er bei Vaillant, einem führenden Produzenten von Heiß- und Warmwassergeräten, tätig
- dort war er zunächst Werkleiter in Gelsenkirchen
- später übernahm er im Rahmen der Neuausrichtung des Unternehmens Vaillant zusätzliche internationale Aufgaben, neben seinen Fähigkeiten als Geschäftseinheitsleiter Gas Wasser Heißer
- vor seiner Tätigkeit bei Vaillant war Herr Meyer bei Mannesmann Kronprinz als Abteilungsleiter in der Qualitätssicherung beschäftigt
- er ist ausgebildeter Fertigungsingenieur und REFA-Industrial Engineer
- Herr Meyer ist verheiratet und hat 3 Kinder

---

**Gerd Schüler, Leiter Prozessmanagement F&E, Lenze AG**







**Vortrag**



PLM als Geschäftsstrategie

*Zur Person*

- 1 Jahr Service-Techniker in der Binnenschifffahrt
- 2 Jahre Entwicklungsingenieur in der Automobil-Zulieferbranche (VDO Siemens)
- 5 Jahre Gruppenleiter präventive Qualitätssicherung in der Konsumgüterbranche (Braun / Gillette)
- 6 Jahre Abteilungsleiter präventive Qualitätssicherung in der Investitionsgüterbranche (SEW Eurodrive)
- 1 Jahr Leiter Qualität Technik in der Heizungsbranche (Viessmann)
- seit 3 Jahren Leiter GPM Produktentstehungsprozess und gewerbliche Schutzrechte für die Lenze Gruppe

---



**Thorsten Seefried, Director Pre-Manufacturing, WIKA Alexander Wiegand SE & Co. KG**

**Vortrag**
Lean-Zerspanung in der Variantenfertigung

*Zur Person*

- Dipl. Ing (BA) Maschinenbau, 38 Jahre, verheiratet, 2 Kinder
- seit 1994 WIKA-Gruppe
- 1996 Projektingenieur WIKA-Frankreich
- 1997 Projektingenieur Produktbereich Druckmittler
- 2000 Leiter Entwicklung Produktbereich Druckmittler
- 2003 Leiter Arbeitsvorbereitung Produktbereich Prozess-Geräte
- 2006 Leiter Technik Produktbereich Prozess-Geräte
- 2008 Leitung des Produktionsbereiches Vorfertigung

---



**Prof. Dr.-Ing. Rainer Stark, Bereichsleiter des Geschäftsfeldes Virtuelle Produktentstehung, Fraunhofer-Institut für Produktionsanlagen und Konstruktionstechnik (IPK)**

**Vortrag**
MRO als bislang unterschätze Aufgabe des Product Lifecycle Managements

*Zur Person*



- 1989 - 1994 Wissenschaftlicher Mitarbeiter am Lehrstuhl für Konstruktionstechnik / CAD an der Technischen Fakultät der Universität des Saarlandes
- 1994 - 1997 System-Ingenieur Karosserieentwicklung der Ford Werke AG
- Mitglied der Produktionslaufteams in den Werken Genk (Belgien) und Saarlouis
- 1997 - 2002 (Senior) Technischer Spezialist CAD, Produktmodellierung und Product Information Management von Ford Europa
- Gruppenleiter & Technischer Referent der Abteilungen Advanced VehicleTechnologies, Reserach & Vehicle Technologies und Gesamtfahrzeugentwicklung
- 2002 - 2008 Technischer Leiter und Europäischer Manager »Virtuelle Produktentstehung & Methoden« der Ford Motor Company
- Abteilungsleiter innerhalb der Gesamtfahrzeugentwicklung
- Mitglied des Kern-Arbeitsteams des Mega-Projekts »C3P Next Generation«
- Mitglied des Office of Technical Fellow, Virtual Product Creation & PLM
- Senior Management Berater
- seit 01.02.2008 Leitung des Geschäftsfeldes Virtuelle Produktentstehung am Fraunhofer-Institut für Produktionsanlagen und Konstruktionstechnik, Berlin
- Leitung des Fachgebietes Industrielle Informationstechnik am Institut für Werkzeugmaschinen und Fabrikbetrieb in der Fakultät für Verkehrs- und Maschinensysteme der Technischen Universität Berlin

---



**Heinz Stupp, Geschäfts- und Werksleiter, TRW Automotive GmbH**



**Vortrag**
Manufacturing Excellence als Standortsicherungsstrategie

*Zur Person*

- Ausbildung zum Dipl. Ingenieur (FH),



Kernverfahrenstechnik
- Ausbildung zum Dipl. Wirtschaftsingenieur, Maschinenbau
- 10 Jahre beschäftigt bei BMW in München, zuletzt als Leiter Montageautomatisierung
- seit 1988 leitende Funktionen bei Fa. Lucas, Fa. Tenneco Automotive als Leiter Technik bzw. Werksleiter, seit 2000 Werksleiter bei TRW Automotive GmbH, Werk Gelsenkirchen
- seit 2008 Geschäftsführer der TRW Automotive GmbH

---

**Alfred Ullmann, Director Master Data Management, Paul Hartmann AG**



**Vortrag**
Effizienzsteigerung durch Integration von MDM, ERP, PIM, PLM und Katalogmanagement – Konzeption und Realisierung

*Zur Person*

- Theologiestudium (1983)
- Pastor in evangelischer Freikirche (1985)
- Studium Technische Informatik (1990)
- Leiter Automatisierungstechnik (1993), Leiter Technische Informatik (1995), Leiter Technische Akquisitionsprojekte (2000), Leiter Master Data Management (2004) in der Paul Hartmann AG
- Weiterbildung - Coach von Changeprozessen (2007)

---



**Dr. Holger Voss, Head of Service Logistics Engineering, Eurocopter Deutschland GmbH**

**Vortrag**
Bedeutung des Produktlebenszyklus für die Versorgung mit Ersatzteilen

*Zur Person*

- Dr. Holger Voss studierte Betriebswirtschaftslehre
- ab 2001 war er als wissenschaftlicher Mitarbeiter am Lehrstuhl Logistik der Universität Erlangen-Nürnberg und der Fraunhofer Arbeitsgruppe für Technologien in der Logistik-Dienstleistungswirtschaft (ATL) tätig
- im Rahmen dieser Tätigkeit promovierte er zum Thema „Life Cylce Logistik – Der Weg zur produktlebenszyklus-orientierten Ersatzteillogistik"
- seit 2006 ist Dr. Voss bei der Eurocopter Deutschland GmbH in Donauwörth beschäftigt, wo er die Abteilung Service Logistics Engineering im Kundendienst leitet

---



**Dr. Dieter Wahl, Vice President Global R&D Electronics, OSRAM GmbH**

**Vortrag**
Produktentwicklung und Fertigungsanlauf in globalen Netzwerken

*Zur Person*

- Dr. Dieter Wahl ist seit 1997 Leiter der Elektronikentwicklung bei der OSRAM GmbH in München und führt mehrere Centers of Excellence an verschiedenen Standorten
- seit 2005 hat er weltweit die Verantwortung für alle Elektronik Entwicklungszentren bei OSRAM übernommen
- er studierte Physik an der Technischen Universität München, anschließend folgte wissenschaftliche Arbeit und Promotion zum Dr. rer. nat. am Forschungsreaktor in Garching
- 1986 wechselte Dr. Wahl zu OSRAM in die Entwicklung elektronischer Betriebsgeräte für Lampen

---



**Burkhard Werner, Fertigungsleiter, Schmitz Cargobull AG**

**Vortrag**

Welche Vorteile bietet ein eingeführtes Produktionssystem in Anlehnung an das Toyota Produktionssystem für ein deutsches Unternehmen, und welchen Nutzen hat der Mitarbeiter?





*Zur Person*



- Dipl. Ing. Maschinenbau
- 5 Jahre im Großanlagenbau tätig
- 20 Jahre bei Schmitz Cargobull in unterschiedlichten Funktionen tätig
- heute zuständig für die Fertigung, die Betriebs-instandhaltung und die gewerbliche Ausbildung



---

**Rene Wolf, Leiter Presswerk und Karosseriebau, Ford Werke GmbH**



**Vortrag**
Umgang mit Produktionsvolumenschwankungen in der Krise am Beispiel der Ford Werke Köln

*Zur Person*

- 1985 - 1990 Studium TU Dresden Elektrotechnik
- seit 1991 Ford Werke Köln
  - 1991 - 1996 Europäischer Qualitätsstab
  - 1997 - 1999 Gruppenleiter Produktion Montage
  - 2000 - 2003 Launch Manager Montage
  - 2004 - 2008Montageleiter
  - seit 2009 Leiter Karosseriebau und Presswerk
- verheiratet, 2 Kinder

---

**Bernd Wörner, Leiter der Organisation für F&E, Homag Holzbearbeitungssysteme AG**

**Vortrag**
Mechatronisches PLM System - Ergebnis eines Reegineering Projekts

*Zur Person*

- Bernd Wörner wurde 1963 in Freudenstadt geboren und studierte nach einer Ausbildung zum Mechaniker Maschinenbau/Produktionstechnik an der FHT Esslingen
- seit 1988 ist er in der Homag AG im Bereich CAD/PDM tätig und seit 1994 als Leiter der Abteilung Organisation für F&E unter anderem auch für den Bereich CAD/PDM gruppenweit verantwortlich



---

**Josef B. Wyss, Leiter Konfektionierung, Standortleiter, Mitglied der Geschäftsleitung, Emmi Käse AG**



**Votrag**
KAIZEN - Vom Instrument der kontinuierlichen Verbesserung zur strategischen Erfolgsposition

*Zur Person*

- Josef B. Wyss studierte Handel, Lebensmitteltechnologie und Betriebsingenieurwesen
- sein Berufseinstieg erfolgte 1989 bei der Schweizerischen Milchgesellschaft AG im Bereich R&D und Qualitätssicherung
- von 1995 – 1998 verantwortete den Bereich R&D bei der heutigen Hochdorf Nutritec
- von 1998 – 2001 arbeitete Josef B. Wyss bei der Roche AG als Leiter eines Projektes zur Optimierung von Prozessabläufen in der Produktion
- 2001 erfolgte der Wechsel zur Emmi Käse AG in Emmen als Produktionsleiter sowie als Mitglied der Geschäftsleitung der Emmi Käse AG
- seit 2006 ist Josef B. Wyss bei der Emmi Käse AG Leiter der Konfektionierung und Mitglied der Geschäftsleitung
- in dieser Funktion leitet und verantwortet er alle Käsekonfektionierungsbetriebe der Emmi Käse AG und ist Standortleiter in Kirchberg - dort realisierte er auch die Umsetzung der KAIZEN Führungsphilosophie

---

**Martin Haas, Vorstand, Staufen AG Beratung.Akademie.Beteiligung**



**Kaminrunde**
Führung im Veränderungsprozess

*Zur Person*

- Martin Haas ist Gründer und Vorstand der Staufen AG Beratung.Akademie.Beteiligung
- nach dem Studium des Maschinenbaus in Stuttgart war er Teamleiter am Fraunhofer Institut für Arbeitswirtschaft und Organisation in zahlreichen nationalen und internationalen Planungsprojekten aktiv
- anschließend als Montageleiter Hinterachse für ca. 300 Mitarbeiter in Produktion und Logistik der Daimler Benz AG, Werk Untertürkheim verantwortlich
- bereits seit 1990 setzt sich Herr Haas intensiv mit Konzepten und Erfolgsfaktoren des Toyota Produktionssystems auseinander und konnte diese Erfahrung bisher bei zahlreichen Toyota-Workshops und Besuchen in Japan kontinuierlich erweitern
- der Weg in die Selbständigkeit führte 1994 zur Gründung der heutigen Staufen AG, die mit ca. 90 Beratern und einer angegliederten Beteiligungsgesellschaft zu den renommierten Adressen der Lean-Beratungen zählt

---

**Claudio Lochmann, Leiter Marketing und Business Development im Vertrieb Deutschland, Bosch Rexroth AG**

**Kaminrunde**
Energieeffizienz in der Produktion

*Zur Person*



- 53 Jahre, verheiratet, 3 Kinder
- Diplom-Ingenieur Elektrotechnik
- seit 01.09.1998 bei Bosch Rexroth
- Stationen bei Bosch Rexroth:
    - Leiter Vertrieb Region Süd
    - Geschäftsführer Landesgesellschaft Spanien
    - Leiter Vertrieb Electric Drives & Controls
- heute: Leiter Marketing und Business Development im Vertrieb Deutschland
    - Business Development
    - Strategisches Marketing
    - Vertriebstraining
    - Interne Kommunikation, Externe Kommunikation
    - Eventmanagement

Impressum - Haftungsausschluss - Datenschutz