# Exhibit G

**EUROFORUM**
The Conference Company



## 15. JAHRESTAGUNG

# Elektronik-Systeme im Automobil

### Der Branchentreff für Fahrzeug- und Elektronikexperten!

2. und 3. Februar 2011, München
1. Februar 2011 [Fachtag]

**Top-aktuelle Beiträge u.a. von:**

**BMW**
Dr.-Ing. Michael Würtenberger  Hauptabteilungsleiter ConnectedDrive, Infotainment

**Continental Automotive**
Volker Eichenseher  Leiter Entwicklung - Hardware Kunden-Applikationen

**Daimler**
Dr. Dietmar Neumerkel  Group Research and Advanced Development

**Delphi Deutschland**
Edmund Erich  Leiter Vorentwicklung E/E Architekturen in Europa

**Ford**
Dr. Stefan Becker  Supervisor Global Core HMI & Global HMI Attribute Leader

**Hella**
Dr.-Ing. Carsten Hoff  Director Design & Development Energy Management

**LEONI Bordnetz-Systeme**
Martin Glößlein  Vice President Global R&D

**Porsche Engineering Services**
Joachim Bischoff  Leiter Fachdisziplin System-Entwicklung
Jürgen Benz  Leiter Elektrik/Elektronik

**Robert Bosch**
Dr.-Ing. Rainer Kallenbach  Mitglied des Bereichsvorstandes, Geschäftsbereich Automotive Electronics

**Visteon Deutschland**
Dr. Rainer Heers  Leader Advanced HMI

### Weitere Highlights 2011:

- Werksführung im BMW Forschungs- und Innovationszentrum (FIZ) in München
- Begleitende Fachausstellung
- Fachtag zum Thema Systems Engineering

**Unter dem Vorsitz von:**
Prof. Dr.-Ing. Hans-Christian Reuss  Leiter Lehrstuhl Kraftfahrzeugmechatronik, Institut für Verbrennungsmotoren und Kraftfahrwesen, Universität Stuttgart

**Elektronik-Systeme im Automobil**  2



## Zum 15. Mal stellen hochrangige Vertreter der Automobil- und Elektronikindustrie die technologischen Weichen für die Zukunft!

Kaum ein Marktsegment entwickelt sich derzeit rasanter als die Automobilelektronik. Die Komplexität steigt täglich und der Trend zur Elektrifizierung des Automobils fordert alle Marktakteure heraus.

**Nutzen auch Sie diesen renommierten Branchentreff und diskutieren Sie mit den Referenten unter anderen diese Zukunftsfragen:**

- Welche Herausforderungen halten die Innovationstreiber `Bordnetzarchitektur und Systemintegration´ bereit?
- Wie weit ist die Standardisierung in der System-Simulation?
- Welche Methoden stehen zur optimierten Validierung und Fahrzeugerprobung zur Verfügung?
- Wie sehen zukünftige Diagnoseprozessketten bei OEMs aus?
- Wie lassen sich die Welten Automotive und Internet erfolgreich zusammen bringen?
- Ergeben sich aus der ISO 26262 neue Anforderungen für den Entwicklungsprozess?
- Wie werden neue Trends am Fahrerarbeitsplatz intelligent umgesetzt?
- Welche Leistungselektronik-Anwendungen stehen auf der Agenda der Entwickler?

Die Perspektiven sind vielfältig! Die Beherrschung von innovativen E/E-Architekturen sowie die Umsetzung von schnellen, sicheren und leistungsstarken Systemlösungen stellen große Anforderungen an die Automobil- und Elektronikbranche.

---

INFOLINE
Haben Sie Fragen zu dieser Veranstaltung?
Wir helfen Ihnen gerne weiter.
Konzeption und Inhalt:
**Antje Sachse** (Senior-Konferenz-Managerin)
Organisation:
**Isabel Litzen** (Senior-Konferenz-Koordinatorin)
E-Mail: isabel.litzen@euroforum.com

Telefon: 0211/9686-3581



Ihr Extra zum 15. Jubiläum der Tagung:

Erleben Sie zusätzlich einen Abend, der ganz im Zeichen von Networking und Entwicklung steht!
Fahren Sie ins BMW Forschungs- und Innovationszentrum (FIZ) und tauschen Sie Ideen direkt vor Ort aus. Lehnen Sie sich danach gemütlich zurück, genießen Sie die Abendveranstaltung und nutzen Sie die ausgezeichnete Möglichkeit mit Fachkollegen ins Gespräch zu kommen.

## Treffen Sie auf dieser Veranstaltung:

Mitglieder der Geschäftsleitung, technische Geschäftsführer, Betriebsleiter sowie leitende Mitarbeiter mit den Funktionen:

- Elektrik und Elektronik
- Software/Hardware
- Mechatronik
- Forschung und (Vor-)Entwicklung
- Kabel und Sensoren
- Diagnose
- Engineering und Konstruktion
- Technik
- Sicherheit
- Qualitätsmanagement
- Einkauf und Beschaffung
- Vertrieb und Marketing
- After-Market

sowie
- Dienstleister im Entwicklungsbereich
- Hard- und Softwareanbieter
- Industrienahe Forschungseinrichtungen

## Rückblick auf die Teilnehmerstruktur der 14. „Elektronik-Systeme im Automobil" 2010



**Nach Funktionen**
- A Forschung und Entwicklung 23 %
- B Elektronik 21 %
- C Geschäftsleitung 14 %
- D Anwendungsentwicklung/IT 9 %
- E Produktion und Technik 9 %
- F Marketing und Vertrieb 7 %
- G Konstruktion 3 %
- H Sonstige 14 %

**Nach Hierarchien**
- A Abteilungsleiter 40 %
- B Manager 25 %
- C Geschäftsführer 8 %
- D Berater 5 %
- E Direktoren 5 %
- F Bereichsleiter 2 %
- G Vizepräsidenten 2 %
- H Andere 13 %

## Ihre Gründe, warum Sie die 15. Jahrestagung nicht verpassen dürfen:

1. Sie hören von hochrangigen Vertretern der Automobil- und Elektronikindustrie, welche Marktentwicklungen bevorstehen und in welche Richtung Sie Ihre Strategien lenken sollten.
2. Sie können in diesem einzigartigen Rahmen Bilanz ziehen und erfahren, welche Entwicklungen Ihre Wettbewerber hinsichtlich E/E-Architekturen, Fahrzeugvernetzung und Elektrifizierung bereits planen.
3. Sie haben die Chance Ihre ganz persönlichen Fragen in die Diskussion einzubringen.
4. Sie profitieren vom Meinungsaustausch unter Experten, erweitern Ihr Netzwerk und vertiefen Ihr Wissen auch im Nachgang durch die umfangreichen Tagungsunterlagen.

Fachtag I 1. Februar 2011

# Systems Engineering in der Automobilelektronik

**10.00 – 10.30**
Empfang mit Kaffee und Tee,
Ausgabe der Tagungsunterlagen

**10.30 – 10.45**
Begrüßung und Einleitung durch den Vorsitzenden
Prof. Dr.-Ing. Hans-Christian Reuss, Leiter Lehrstuhl
Kraftfahrzeugmechatronik, Institut für Verbrennungsmotoren und
Kraftfahrwesen, Universität Stuttgart

## Anforderungen an elektronische Systeme

**10.45 – 11.15**
Systems Engineering im Spannungsfeld
von Architektur und Prozessen
• Systems Engineering – treibend oder getrieben?
• Funktionsvernetzung und Änderungen in der
Wertschöpfungskette als Veränderungstreiber
• Systems Engineering – Quo Vadis?
Dr. Wolfgang Stolz, Leiter Kompetenzzentrum für E/E-Architektur
in Kraftfahrzeugen, Robert Bosch GmbH

**11.15 – 11.45**
Die zunehmende Bedeutung des Engineering Dienstleisters
im Know-how und Technologie-Transfer
• Revolutionäre Entwicklungen verlangen nach domänenüber-
greifenden Know-how Transfer
• Connected Live: Vernetzung von Produkten mit
unterschiedlichen Lebensbereichen
• Der erfolgreiche Einstieg in neue Domänen als
Zukunftsgarantie für viele Hersteller – Beispiel
Elektrifizierung und E-Mobilität
• Die Rolle als Embedded Systems Dienstleister beim
Know-how Transfer – Beispiele in der E-Bike-Entwicklung
Dr. Achim Wohnhaas, Mitglied der Geschäftsleitung, Geschäftsfeld
GIGATRONIK Technologies, GIGATRONIK Unternehmensgruppe

## Methoden und Tools in der praktischen Umsetzung

**11.45 – 12.15**
Optimierte Methoden des System-Engineerings bei der
Entwicklung der E/E bei Fahrzeugderivaten
• Spezifikation und Partitionierung in der System-Design Phase
• Definition der Teststrategie in der Konzeptphase/Methoden
zur optimierten Validierung und Fahrzeugerprobung
• Einbindung von HIL Testsystemen
• Qualitätskontrolle und Risikomanagement
Joachim Bischoff, Leiter Fachdisziplin System-Entwicklung und
Jürgen Benz, Leiter Elektrik/Elektronik, Porsche Engineering Services GmbH

Fragen an die Referenten und Diskussion [12.15 – 13.00]
Gemeinsames Mittagessen [13.00 – 14.15]

## Standardisierung, Systemsimulation und AUTOSAR

**14.15 – 14.45**
Standardisierung in der System-Simulation – Bedeutung
für die Entwicklung von Elektronik-Systemen
• Bedeutung modellbasierter Entwicklung bei softwareinten-
siven Systemen
• Notwendigkeit von Modellen der physikalischen Umgebung
in abgestufter Genauigkeit
• Entwicklung domänenübergreifender Systeme führt zu
Standardisierungsbemühungen
• Ergebnisse aus dem ITEA2-Projekt MODELISAR
Dr. Dietmar Neumerkel, Group Research and Advanced Development,
Daimler AG

**14.45 – 15.15**
Timing- und Performance-Anforderungen aus den Standards
AUTOSAR, ISO 26262, SPICE – praxistauglich umsetzen
• Timing-Anforderungen in den automotive Standards
• Projektrisiken beherrschen durch konsequente,
frühe Timing-Analysen

- Anwendungsbeispiel aus der Ausschreibungsphase beim OEM
  Dr. Ralf Münzenberger, Managing Director Professional Services, INCHRON GmbH

Fragen an die Referenten und Diskussion [15.15 – 15.45]
Pause mit Kaffee und Tee [15.45 – 16.15]

**16.15 – 16.45**
**AUTOSAR – Praxis in der modellbasierten Entwicklung**
- Wirtschaftlicher Nutzen der Vorteile von AUTOSAR
- Entwicklungsprozessvarianten und Rollenverteilung in der modellbasierten Entwicklung mit AUTOSAR
- Migration bestehender Softwarefunktionalität nach AUTOSAR
- Technische Umsetzung der Migration an Beispielen
  Dr. Sebastian Buck, Team Manager, Software-Engineering, ITK Engineering AG

**16.45 – 17.15**
**Spotlight-Session: Hier könnten Sie sprechen!**
Präsentiert von einem führenden Unternehmen auf dem Gebiet des Systems Engineering, bietet dieses Zeitfenster die ideale Möglichkeit den Konferenz-Teilnehmern Ihre Produkte und/oder Dienstleistungen näher zu bringen.
Wenn Sie Interesse an diesem Zeitfenster haben, kontaktieren Sie bitte:
Tobias Schalamon [Sales-Manager]
EUROFORUM Deutschland SE
Tel: +49 (0)2 11/96 86–37 14
E-Mail: tobias.schalamon@euroforum.com

**17.15 – 17.45**
Fragen an die Referenten und Zusammenfassung der Ergebnisse

**17.45**
Ende des Fachtages

Im Anschluss an den Fachtag sind Sie herzlich zu einem Umtrunk eingeladen. Nutzen Sie das angenehme Ambiente zu vertiefenden Gesprächen mit Referenten und Teilnehmern.

**Impressionen der vergangenen Jahrestagungen**
**ELEKTRONIK-SYSTEME IM AUTOMOBIL**





So urteilten Teilnehmer der vergangenen Jahrestagungen:

„Sehr lohnend."
(S. Steinhauer, Daimler AG)

„Inhaltlich und qualitativ sehr gut."
(H.-L. Ross, Continental AG)

„Die wichtigste Veranstaltung für den Systemtechniker in der Automobil- und Automobilzuliefererindustrie."
(D. Mentgen, Robert Bosch GmbH)

Case 2:12-md-02311-SFC-RSW   ECF No. 393-8, PageID.6395   Filed 09/11/12   Page 7 of 13



**Elektronik-Systeme im Automobil**

Erster Konferenztag I 2. Februar 2011
# Elektronik-Systeme im Automobil

8.30 – 9.00
Empfang mit Kaffee und Tee, Ausgabe der Tagungsunterlagen

9.00 – 9.15
**Begrüßung und Einleitung durch den Vorsitzenden**
Prof. Dr.-Ing. Hans-Christian Reuss, Leiter Lehrstuhl Kraftfahrzeugmechatronik, Institut für Verbrennungsmotoren und Kraftfahrwesen, Universität Stuttgart

## Heutige Anforderungen an die Elektronikentwicklung

9.15 – 9.45
**Bedeutung von Forschung und Entwicklung – Trends in der Automobilindustrie**
(ein OEM befindet sich in Absprache)

9.45 – 10.15
**Zukünftige Trends von E/E-Systemen: Herausforderungen für die Automobilindustrie**
Dr.-Ing. Rainer Kallenbach, Mitglied des Bereichsvorstandes, Geschäftsbereich Automotive Electronics, Robert Bosch GmbH

Fragen an die Referenten und Diskussion [10.15 – 10.45]

10.45 – 11.00
Kurze Vorstellung der Aussteller und der Gewinner des Formula Student Electric in Motion 2010

Pause mit Kaffee und Tee in der begleitenden Fachausstellung [11.00 – 11.30]

## Entwicklung der Bordnetzarchitektur und Systemintegration

11.30 – 12.00
**Komplexität zukünftig beherrschen – von der Kabelleitung bis zum kompletten Bordnetzsystem**
- Projektmanagement, Entwicklung, Produktion und Logistik als Erfolgsfaktoren für ein global agierendes Unternehmen
- Herausforderungen an zukünftige Bordnetzsysteme managen
- Globale Strukturen und Prozesse einführen und umsetzen

Martin Glößlein, Vice President Global R&D, LEONI Bordnetz-Systeme GmbH

12.00–12.30
**Generische Systemarchitektur und Integration als Innovationstreiber**
- Offene Plattformen, Konzepte, Technologien
- Neue Zusammenarbeitsmodelle innerhalb der Wertschöpfungspalette
- Software als bestimmendes Element der Architektur

Dr.-Ing. Michael Würtenberger, Hauptabteilungsleiter ConnectedDrive, Infotainment, BMW AG

12.30 – 13.00
**Bordnetzarchitektur für automatisierte Kabelsatzfertigung**
- Kabel und Komponenten müssen kleiner und effizienter werden, um Benzinverbrauch und $CO_2$ Ausstoß zu verringern
- Die Antwort ist Miniaturisierung
- Durch Automatisierung können die gestellten Herausforderungen bewältigt werden
- Automatisierung in der Leitungssatzfertigung wird durch angepasste Bordnetzarchitektur optimiert

Edmund Erich, Leiter Vorentwicklung E/E Architekturen in Europa, Delphi Deutschland GmbH

Fragen an die Referenten und Diskussion [13.00 – 13.30]

Gemeinsames Mittagessen in der begleitenden Fachausstellung [13.30 – 15.00]

● Solutionforum
**14.30 – 15.00**
**Schnittstellen – die Hürde bei Technik und Menschen – die Hürde bei Connected Car**
- Warum scheitern technisch komplexe Systeme heute?
- Wie lassen sich die Welten Automotive und Internet erfolgreich zusammen bringen?
- Zielgerichtetes Schnittstellendesign als Herausforderung und Chance
- Optimale Beispiele aus der Praxis

Dr. Marc Poppner, Geschäftsführer,
ZIELPULS GmbH – Technologieberatung

## Diagnose und Prozessketten

**15.00 – 15.30**
**Standardisierung der Diagnoseprozesskette – mit OTX - ISO 13209 als Key-Enabler**
- Lohnt sich die Standardisierung für den OEM?
- OEM, Toolsupplier und Steuergeräte/Systemlieferanten als Team in der Standardisierung!
- OTX als Enabler für eine durchgängige Prozesskette vom Zulieferer bis zum OEM und innerhalb des OEMs zwischen Entwicklung – Produktion – Aftersales
- Wie sieht die zukünftige Diagnoseprozesskette bei Daimler aus, welche Standards bilden die Basis?

Werner Preuschoff, Senior Manager Vehicle Diagnostics & SmartCharging, Daimler AG

## Fahrerassistenzsysteme

**15.30 – 16.00**
**Leistungsfähige Fahrerassistenzsysteme – Über das Streben nach noch mehr Sicherheit**
- Kann man überhaupt noch sicherer fahren?
- Was können Assistenzsysteme leisten?
- Können Fahrer die Systeme kontrollieren?
- Macht sicheres Fahren Spaß?

Prof. Dr. Mark Vollrath, Leiter Lehrstuhl für Ingenieur- und Verkehrspsychologie, TU Braunschweig

Fragen an die Referenten und Zusammenfassung der Ergebnisse [16.00 – 16.30]

Pause mit Kaffee und Tee in der begleitenden Fachausstellung [16.30 – 17.00]

**17.00**
Treffpunkt zur gemeinsamen Abfahrt zum BMW Forschungs- und Innovationszentrum (FIZ) in München

● **17.00 – 19.00**
**Werksführung**
Steigen Sie ein, in ein neues Erlebnis. Fahren Sie in das BMW Forschungs- und Innovationszentrum (FIZ) in München und lassen Sie sich von Experten ausgewählte Stationen aus dem F&E Bereich zeigen.



Im Mittelpunkt des globalen Entwicklungsnetzwerks steht das BMW Forschungs- und Innovationszentrum (FIZ). Seit Mitte der 80er Jahre gilt das FIZ in der Branche als vorbildlicher Entwicklungsstandort. Die Architektur dieser Denkfabrik fördert den Informationsaustausch in den vernetzten Strukturen.

**19.00**
Ende des ersten Konferenztages, im Anschluss an die Besichtigung Abfahrt zur gemeinsamen Abendveranstaltung

**Branchentreff am Abend**
Am Abend des ersten Konferenztages lädt EUROFORUM Sie herzlich zu einem gemeinsamen Abendessen ein. Vertiefen Sie hier die Gespräche des Tages in entspannter Atmosphäre und nutzen Sie die hervorragende Möglichkeit, mit unseren Referenten und Teilnehmern ein persönliches Gespräch zu führen.



Zweiter Konferenztag I 3. Februar 2011
# Elektronik-Systeme im Automobil

8.30 – 9.00
Empfang mit Kaffee und Tee, Möglichkeit zum Besuch der begleitenden Fachausstellung

9.00 – 9.15
**Begrüßung und Einleitung durch den Vorsitzenden**
Prof. Dr.-Ing. Hans-Christian Reuss

## Energiemanagement

9.15 – 9.45
**Elektrisches Energiemanagement: Welche Maßnahmen leisten einen effizienten Beitrag zur Verbrauchsreduktion?**
Dr.-Ing. Carsten Hoff, Director Design & Development Energy Management, Hella KGaA Hueck & Co.

## Sichere Automobilelektronik

9.45 – 10.15
**Funktionale Sicherheitsanforderungen bei neuen Antriebssystemen**
- Der Wandel der System-Architektur von singulären zu vernetzten Systemen mit neuen Herausforderungen
- Was sind die bestimmenden Einflussfaktoren bei der Gefährdungsanalyse von neuen Antriebssystemen?
- Die ASIL-Einstufung: Gibt es „den ASIL" für bestimmte Funktionen oder Systeme?
- Ergeben sich aus der ISO 26262 neue Anforderungen für den Entwicklungsprozess?
Peter Lascych, Senior Expert Functional Safety Management, Business Unit Hybrid Electric Vehicle, Continental AG

Fragen an die Referenten und Diskussion [10.15 – 10.45]

Pause mit Kaffee und Tee in der begleitenden Fachausstellung [10.45 – 11.15]

11.15 – 11.45
**Sicherheit und Elektromobilität – neu denken**
- Integraler Sicherheitsansatz für Hybrid- und Elektrofahrzeuge
- Schnittstelle Fahrzeug und Ladesysteme
- Qualifizierung von Batteriesystemen durch Testen
Michael Vogt, Funktionale Sicherheit, Product Manager eMobility, SGS-TÜV GmbH – Ein Unternehmen der SGS-Gruppe und des TÜV Saarland e.V

11.45 – 12.15
**Anforderungen der ISO/DIS 26262 an die Sicherheitsarchitektur von Elektronik-Systemen im Automobil**
- Herausforderungen bei der Beherrschung von zufälligen Hardware-Ausfällen, der Implementierung von Sicherheitsmechanismen und Diagnosetechniken
- Sicherheits-Integritätsstufen ASIL C und ASIL D fordern im Rahmen der ISO/DIS 26262 verbindliche Zielwerte für die Hardware-Architektur-Metriken festzulegen
- Beispiele zur Praxisumsetzung von Anforderungen und Empfehlungen der ISO/DIS 26262 zur Sicherheitsarchitektur
Peter Löw, Process Director, KUGLER MAAG CIE GmbH

Fragen an die Referenten und Diskussion [12.15 – 12.45]

Gemeinsames Mittagessen in der begleitenden Fachausstellung [12.45 – 13.45]

## Leistungselektronik

13.45 – 14.15
**Funktionalität – Bauraum – Kosten.
Ein Widerspruch, aufgelöst am Beispiel Motorsteuerung**
- Steigende Anforderungen an die Funktionalität der Elektronik
- Innovative Lösungen bei der Integration von Elektronik und Leistungselektronik
- Von der Standard-Steuerung bis zum effizienten Customizing
Volker Eichenseher, Leiter Entwicklung - Hardware Kunden-Applikationen (Zentral und Osteuropa), Continental Automotive GmbH

**14.15 – 14.45**
**Aktive Bauelemente in der Kfz-Leistungselektronik –**
**Lebensdauer von Leistungshalbleitern**
• Betrachtung der Lebensdauer von Leistungshalbleitern
  unter Berücksichtigung:
  – prinzipieller elektro-thermischer Auslegung
    des Systems
  – Temperaturwechsel-Einflüsse
  – Abnormer Betriebsfälle
    (Überlast, Kurzschluss, Avalanche)
Dr.-Ing. Anton Mauder, Technologieentwicklung diskrete
Leistungshalbleiter, Infineon Technologies AG

Fragen an die Referenten und Diskussion [14.45 – 15.00]

Pause mit Kaffee und Tee in der
begleitenden Fachausstellung [15.00 – 15.30]

## HMIs und Bedienkonzepte

**15.30 – 16.00**
**Trends am Fahrerarbeitsplatz: Die Mensch-Maschine-**
**Schnittstelle – einfach und faszinierend**
• Trends im Bereich Consumer Electronics und
  ihre Übertragbarkeit
• Touchscreen versus Controller-basierte Systeme
• Globalisierung und Regionalisierung von HMIs
Dr. Stefan Becker, Supervisor Global Core HMI & Global HMI
Attribute Leader, Ford Motor Company/Ford-Werke GmbH

**16.00 – 16.30**
**User experience HMI for advanced cockpit**
**electronic systems**
• Cockpit HMI systems - design and development
• Advanced HMI concepts: from Usability to
  User Experience
• In-vehicle cockpit electronics systems and architectures
• Advanced HMI concept in the „C-Beyond" concept vehicle
Dr. Rainer Heers, Leader Advanced HMI, Auto Envision Group,
Visteon Deutschland GmbH

**16.30 – 17.00**
Fragen an die Referenten, Abschlussdiskussion und
Zusammenfassung der Ergebnisse

**17.00**
Ende der 15. EUROFORUM-Jahrestagung

 Ständig aktualisierte Informationen unter
www.elektroniksysteme-automobil.de

Unsere Medienpartner:







## Als Aussteller haben bereits zugesagt:



APIS Informationstechnologien GmbH ist mit der APIS IQ-Software führend im Bereich FMEA, Risk Analysis und Functional Safety. Bedeutende Automotive-OEM und Zulieferer nutzen die Unterstützung im Bereich ISO/DIS 26262. Mit der bewährten Software APIS IQ-FMEA PRO und APIS IQ-RM PRO haben Sie eine Lösung für alle ihre Anforderungen und alle Anforderungen der ISO/DIS 26262 - alles aus einer Hand. Unsere Experten stehen Ihnen für Schulungen und Beratungsdienstleistungen zur Verfügung.

APIS Informationstechnologien GmbH
Wolfenbütteler Straße 31 b, 38102 Braunschweig
www.apis.de
Ansprechpartner: Jürgen Eilers
Telefon: +49 (0)5 31/7 07 36-0
Fax: +49 (0)5 31/7 07 36-25
E-Mail: sales@apis.de



Die **aquintos GmbH** ist auf Entwicklungswerkzeuge im Bereich modellbasierter Softwareentwicklung und Elektrik/Elektronik (E/E)-Architekturen spezialisiert. aquintos wurde 2005 von zwei leitenden wissenschaftlichen Angestellten des Forschungszentrum Informatik sowie des Institut für Technik der Informationsverarbeitung der Universität Karlsruhe ausgegründet. Das Stuttgarter Unternehmen Vector Informatik GmbH beteiligte sich 2009 als strategischer Partner. Gemeinsam arbeiten wir beispielsweise an der Erstellung unternehmensweiter Produktdatenbackbones, die eine entwicklungsweite Datenablage im Rahmen des Architekturmanagementprozess ermöglichen.

aquintos GmbH
Philipp-Reis-Straße 1, 76137 Karlsruhe
www.aquintos.com
Telefon: +49 (0)7 21/9 14 30-100
Fax: +49 (0)7 21/9 14 30-101
E-Mail: info@aquintos.com



**GIGATRONIK** ist der spezialisierte Entwicklungspartner im Bereich der Automobilelektronik und Informationstechnologie. Wir entwickeln Lösungen für die Bereiche Systemarchitektur & Bordnetz, Komponentenentwicklung, Systemintegration & Erprobung, Fahrzeugintegration, Prozess- & Projektmanagement, Diagnose, Datenmanagement, Umweltsysteme sowie Sonderapplikationen. Mit dem Wissen und der Fähigkeit, Visionen kompetent zu realisieren, verbinden wir Automobilelektronik und Informationstechnologie zur *car*IT – der Basis zur Lösung zukünftiger Herausforderungen!

GIGATRONIK Unternehmensgruppe –Hauptsitz–
Hortensienweg 21, 70374 Stuttgart
www.gigatronik.com
Ansprechpartner: Dr.-Ing. Edwin Tscheschlok
Telefon: +49 (0)7 11/ 84 96 09-0
Fax: +49 (0)7 11 / 84 96 09 - 99
E-Mail: info@gigatronik.com



Die **INCHRON GmbH** ist führender Anbieter von Design- und Test-Lösungen für echtzeitkritische Software in dynamischen Embedded Systemen. Die INCHRON Tool-Suite bietet die einzigartige Kombination von Simulation (chronSIM) und Validierung (chronVAL) zur umfassenden Timing- und Performance-Analyse von vernetzten Echtzeitsystemen. Die INCHRON Methodik wird von namhaften Kunden und Partnern weltweit erfolgreich eingesetzt.

INCHRON GmbH
August-Bebel-Straße 88, 14482 Potsdam
www.inchron.de
Ansprechpartner: Tapio Kramer
Telefon: +49 (0)89/54 84-29 60
Fax: +49 (0)3 31/9 79 92-240
E-Mail: kramer@inchron.com



Die **ITK Engineering AG** ist ein nach ISO 9001 und 13485 zertifiziertes Unternehmen, das als Entwicklungspartner seit 1994 namhafte Firmen der Automobilbranche, Luft- und Raumfahrtindustrie sowie der Medizintechnik unterstützt. Unsere Kunden setzen auf unsere Expertise in:
• Software-Engineering & Embedded Systems
• Modellbasierte Entwicklung & Test
• Regelungstechnik & Signalverarbeitung
Neben maßgeschneiderter Beratungs- und Entwicklungsunterstützung liefern wir schlüsselfertige Systeme wie z.B. Prüfstandssteuerungen, HiL- oder Rapid-Prototyping-Systeme.

ITK Engineering AG
Lochhamer Straße 15, 82152 Martinsried
www.itk-engineering.de
Ansprechpartner: Andreas Hohl
Telefon: +49 (0)89/8 20 85 98-2 49
Fax: +49 (0)89/8 20 85 98-11
E-Mail: andreas.hohl@itk-engineering.de



Internationales, unabhängiges Beratungsunternehmen mit langjähriger Erfahrung und besonderer Expertise in der Verbesserung von Prozessen und Organisationen. Im Zentrum der Beratung und operativer Umsetzung stehen Wettbewerbsfähigkeit und Kundennutzen.
Messbare Verbesserungen in Kosten, Qualität und Zeit anhand anerkannter Standards wie CMMI®, SPICE, Automotive SPICE®, Functional Safety (u.a. ISO/DIS 26262, EN 5012X), ITIL und Lean Six Sigma.
Mitglied von VDA/AK13, Gründungsmitglied von intacs™, SEI-Partner sowie Promoter von Automotive Eclipse.

KUGLER MAAG CIE GmbH
Leibnizstraße 11, 70806 Kornwestheim
www.kuglermaag.de
Ansprechpartnerin: Iris Kohler
Telefon: +49 (0)71 54/17 96-100
Fax: +49 (0)71 54/17 96-480
E-Mail: iris.kohler@kuglermaag.com



Die Aufgaben des Engineering-Fachbereiches Elektrik/Elektronik bei MAGNA STEYR umfassen:
- Projektmanagement • Entwicklung von Komponenten / Modulen / Systemen
- Entwicklung von Regelsystemen für Antriebsstrang, Fahrwerk und alternative Antriebe • Integration in das Gesamtfahrzeug

Unsere Kernkompetenzen:
- Entwicklung vom Konzept zum fertigen Produkt • Integration von Systemen in Fahrzeuge • Komplette Systemprüfung, Dokumentation und Freigabe
- Virtuelle Entwicklungsmethodik • Automatisierte Prüfplätze im Haus
- EMV Kompetenzzentrum

MAGNA STEYR Fahrzeugtechnik AG & Co KG
Liebenauer Hauptstraße 317, 8041 Graz, Österreich
www.magnasteyr.com
Ansprechpartner: David Ludwig
Telefon: +43 (0)664/8840-3034
E-Mail: david.ludwig@magnasteyr.com



SGS-TÜV GmbH als der TÜV des weltgrößten Prüfdienstleisters SGS mit ca. 59.000 Mitarbeitern in über 140 Ländern bietet Ihnen umfassende Automotive-Dienstleistungen.
Beispiel Funktionale Sicherheit: Umfangreiche Services zu Schulung, Beratung, Sicherheitsanalytik und Prüfung/Zertifizierung. Akkreditiert und vertreten in den einschlägigen Normungsgremien wie z.B. zur ISO 26262.
Beispiel Elektromobilität: Komplettservice auf den Gebieten Integrale Sicherheit, Reliability, Battery Testing bis hin zur Homologation und Zertifizierung im Automotive- und Infrastrukturbereich.

SGS-TÜV GmbH
Ein Unternehmen der SGS-Gruppe und des TÜV Saarland e.V.
Hofmannstraße 50, 81379 München
www.sgs-tuev.de
Ansprechpartner: Martin Schmidt
Telefon: +49 (0)89/787475-271
Fax: +49 (0)89/787475-217
E-Mail: martin.schmidt@sgs.com



Schwerpunkte: Entwicklung neuer Technologien, Methoden und Werkzeuge einzelner CAE-Disziplinen, virtuelle Produktentstehung, multidisziplinäre Optimierung sowie gekoppelte Simulation.
Angewandte Forschung sowie geförderte Forschungsprojekte mit Brückenfunktion zwischen Universität und industrieller Vorentwicklung sind in fünf Forschungsbereichen zusammengefasst: System Design & Optimisation, Thermodynamics, NVH & Friction, Vehicle Safety & Dynamics, sowie Vehicle E/E & Software.

VIRTUAL VEHICLE – Kompetenzzentrum
Das virtuelle Fahrzeug Forschungs-GmbH
Inffeldgasse 21a/I, 8010 Graz, Österreich
www.v2c2.at
Ansprechpartner: Dr. Jost Bernasch
Telefon: +43 (0)3 16/873-90 01
Fax: +43 (0)3 16/873-90 02
E-Mail: office@v2c2.at

Unternehmenspräsentation

ZIELPULS

Die ZIELPULS GmbH ist spezialisiert auf Lösungen für die Bereiche E/E-Architekturen und IT-Systeme. Innerhalb dieser Themengebiete:
- Erstellen wir technische Konzepte,
- Optimieren wir Prozesse und Methoden und
- Übernehmen wir Projektmanagementdienstleistungen.

Menschen mit einem hohen Anspruch an ihre Arbeitsergebnisse und einem starken Gespür für das Zwischenmenschliche prägen unsere Teams. So entstehen Lösungen, die nachhaltig überzeugen.

ZIELPULS GmbH
Leopoldstraße 244, 80807 München
www.zielpuls.com
Ansprechpartner: Dr. Marc Poppner
Telefon: +49 (0)89/5404248-00
Fax: +49 (0)89/5404248-10
E-Mail: info@zielpuls.com

## Sponsoring und Ausstellungen

Im Rahmen der Veranstaltung besteht die Möglichkeit, dem exklusiven Teilnehmerkreis Ihr Unternehmen und Ihre Produkte oder Dienstleistungen zu präsentieren. Ihre Fragen zu Sponsoring- und Ausstellungsmöglichkeiten sowie zur Zielgruppe beantwortet Ihnen gerne:

Tobias Schalamon (Sales-Manager)
Telefon: +49(0)2 11/96 86-37 14
Fax: +49(0)2 11/96 86-47 14
E-Mail: tobias.schalamon@euroforum.com

**EUROFORUM**
The Conference Company

[Kenn-Nummer]

37VM

# Elektronik-Systeme im Automobil

Der Branchentreff für Fahrzeug- und Elektronikexperten!

1. bis 3. Februar 2011, München, Sofitel Munich Bayerpost
Bayerstraße 12, 80335 München, Telefon: 089/599480

### Bitte ausfüllen und faxen an: 0211/9686-4040

**Ja, ich nehme teil:**

☐ **KONFERENZ und FACHTAG: 1. bis 3. Februar 2011** zum Preis von € 2.599,– p.P. zzgl. MwSt. [P1104293M013]
[Ich kann jederzeit ohne zusätzliche Kosten einen Ersatzteilnehmer benennen. Im Preis sind ausführliche Tagungsunterlagen enthalten.]

☐ **KONFERENZ: 2. und 3. Februar 2011** zum Preis von € 2.049,– p.P. zzgl. MwSt. [P1104293M023]

☐ Ich nehme an der Werksbesichtigung und Abendveranstaltung teil.

☐ Ich kann nicht teilnehmen. Senden Sie mir bitte die **Tagungsunterlagen** zum Preis von € 399,– zzgl. MwSt. [Lieferbar ab ca. 2 Wochen nach der Veranstaltung.]

☐ Ich interessiere mich für **Ausstellungs- und Sponsoringmöglichkeiten.**

☐ Ich möchte **meine Adresse wie angegeben korrigieren** lassen.
[Wir nehmen Ihre Adressänderung auch gerne telefonisch auf: 0211/9686-3333.]

| Name |
|---|
| Position/Abteilung |

| Telefon | Fax |
|---|---|

| E-Mail | Geb.-Datum (TTMMJJJJ) |
|---|---|

Die EUROFORUM Deutschland SE darf mich über verschiedenste Angebote von sich, Konzern- und Partnerunternehmen wie folgt zu Werbezwecken informieren: Zusendung per E-Mail: ☐ Ja ☐ Nein   Zusendung per Fax: ☐ Ja ☐ Nein

| Firma |
|---|
| Anschrift |
| |
| Branche |
| Ansprechpartner im Sekretariat |

| Datum, Unterschrift |
|---|

Bitte ausfüllen, falls die Rechnungsanschrift von der Kundenanschrift abweicht:

| Name |
|---|
| Abteilung |
| Anschrift |

Wer entscheidet über Ihre Teilnahme?  ☐ Ich selbst  oder ☐ Name: _____  Position: _____
Beschäftigtenzahl an Ihrem Standort:  ☐ bis 20  ☐ 21–50  ☐ 51–100  ☐ 101–250  ☐ 251–500  ☐ 501–1000  ☐ 1001–5000  ☐ über 5000

**TEILNAHMEBEDINGUNGEN.** Der Teilnahmebetrag für diese Veranstaltung inklusive Tagungsunterlagen, Mittagessen und Pausengetränken pro Person zzgl. MwSt. ist nach Erhalt der Rechnung fällig. Nach Eingang Ihrer Anmeldung erhalten Sie eine Bestätigung. Die Stornierung (nur schriftlich) ist bis 14 Tage vor Veranstaltungsbeginn kostenlos möglich, danach wird die Hälfte des Teilnahmebetrages erhoben. Bei Nichterscheinen oder Stornierung am Veranstaltungstag wird der gesamte Teilnahmebetrag fällig. Gerne akzeptieren wir ohne zusätzliche Kosten einen Ersatzteilnehmer. Programmänderungen aus dringendem Anlass behält sich der Veranstalter vor.

**DATENSCHUTZINFORMATION.** Die EUROFORUM Deutschland SE verwendet die im Rahmen der Bestellung und Nutzung unseres Angebotes erhobenen Daten in den geltenden rechtlichen Grenzen zum Zweck der Durchführung unserer Leistungen und um Ihnen postalisch Informationen über weitere Angebote von uns sowie unseren Partner- oder Konzernunternehmen zukommen zu lassen. Wenn Sie unser Kunde sind, informieren wir Sie außerdem in den geltenden rechtlichen Grenzen per E-Mail über unsere Angebote, die den vorher von Ihnen genutzten Leistungen ähnlich sind. Soweit im Rahmen der Verwendung der Daten eine Übermittlung in Länder ohne angemessenes Datenschutzniveau erfolgt, schaffen wir ausreichende Garantien zum Schutz der Daten. Außerdem verwenden wir Ihre Daten, soweit Sie uns hierfür eine Einwilligung erteilt haben. Sie können der Nutzung Ihrer Daten für Zwecke der Werbung oder der Ansprache per E-Mail oder Telefax jederzeit gegenüber der EUROFORUM Deutschland SE, Postfach 111234, 40512 Düsseldorf widersprechen.

**ZIMMERRESERVIERUNG.** Im Tagungshotel steht Ihnen ein begrenztes Zimmerkontingent zum ermäßigten Preis zur Verfügung. Bitte nehmen Sie die Zimmerreservierung direkt im Hotel unter dem Stichwort „EUROFORUM-Veranstaltung" vor.

**IHR TAGUNGSHOTEL.**
Am Abend des ersten Veranstaltungstages lädt sie SOFITEL MUNICH das Sofitel Munich Bayerpost herzlich zu einem BAYERPOST Umtrunk ein.

**WIR ÜBER UNS.** EUROFORUM steht in Europa für hochwertige Kongresse, Seminare und Workshops. Ausgewählte, praxiserfahrene Referenten berichten zu aktuellen Themen aus Wirtschaft, Wissenschaft und Verwaltung. Darüber hinaus bieten wir Führungskräften ein erstklassiges Forum für Informations- und Erfahrungsaustausch. Unsere Muttergesellschaft, die Informa plc mit Hauptsitz in London, organisiert und konzipiert jährlich weltweit über 12.000 Veranstaltungen. Darüber hinaus verfügt Informa über ein umfangreiches Portfolio an Publikationen für die akademischen, wissenschaftlichen und wirtschaftlichen Märkte. Informa ist in über 80 Ländern tätig und beschäftigt mehr als 10.000 Mitarbeiter.

### Anmeldung und Information

| | | | |
|---|---|---|---|
| per Fax: | +49(0)211/9686-4040 | per E-Mail: | anmeldung@euroforum.com |
| telefonisch: | +49(0)211/9686-3581 [Isabel Litzen] | | info@euroforum.com |
| Zentrale: | +49(0)211/9686-3000 | im Internet: | www.elektroniksysteme-automobil.de |
| schriftlich: | EUROFORUM Deutschland SE | | |
| | Postfach 111234, 40512 Düsseldorf | | |