# Exhibit M

# LEONI

CONTACT | SITEMAP | SEARCH English

» PRODUCTS & MARKETS | THE COMPANY | INVESTOR RELATIONS | MEDIA RELATIONS | JOBS & CAREERS | DOWNLOADS

## LEONI USA

- Profile
- Global trends
- Green Technology
- Corporate Governance Bodies
- The Quality Connection
- Our Business
- Research & Development
- Corporate Responsibility
- Trade Fairs
- **Locations worldwide**

**Standorte weltweit**

Bitte wählen Sie:

Country

## Wire & Cable Solutions

**Chandler**
→ LEONI Fiber Optics Inc.

**Chicopee**
→ LEONI Wire Inc.

**Lake Orion**
→ LEONI Engineering Products & Services Inc.

**Rochester**
→ LEONI Cable Inc.

**Santa Clara**
→ LEONI Cables & Systems LLC

**Williamsburg**
→ LEONI Fiber Optics Inc.

## Wiring Systems

**Columbus**
→ LEONI Wiring Systems Inc.

**Detroit**
→ LEONI Wiring Systems Inc.

**Tucson**
→ LEONI Wiring Systems Inc.
→ Leonische Holding Inc.

← Back

© LEONI AG
Imprint | Data Protection | Terms & Conditions | Legal Notice