# Exhibit O

Trailer/Body Builders

June 2000

**SECTION:** ISSN: 0041-0772

**LENGTH:** 4043 words

**HEADLINE:** TTMA Associates Present Newest Products Developed for Trailers

**BODY:**

**Leoni Wiring** Systems Expanding

**Leoni Wiring** Systems Inc is a wholly owned subsidiary of The Leoni Group of Nuremburg, Germany. This worldwide organization has 16,000 employees in three divisions producing wire, cable, and wiring systems for many of the automotive markets around the globe. Besides conventional wiring harnesses, the range of products extends to connectors, cable assemblies, and power distribution systems. Leoni is fully QS 9000 certified throughout the world.

**Leoni Wiring** Systems is headquartered in **Tucson,** Arizona, and has about 900 employees, said Dan Solto, business unit director. Besides the **Tucson** facilities, it has a design center in Columbus, Indiana, the result of acquiring the wiring harness division of Cummins Engine about three years ago. The main manufacturing plant is in Hermosillo, Sonora, Mexico, about a four-hour drive south of **Tucson.**

The Hermosillo plant was opened in August 1999 and has about 160,000 sq ft of manufacturing space. This is now being expanded to 210,000 sq ft a year earlier because of faster growth than anticipated.

**Leoni Wiring** Systems is affiliated with USA Harness, an industry leader in design and manufacture of trailer harness systems, to provide industry experience, expertise, quick-turn special requirements, and high-volume at low cost through manufacturing in Mexico, said Solto.