UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

Please enter the appearance of WM. PARKER SANDERS of the law firm of SMITH, GAMBRELL & RUSSELL, LLP, as counsel on behalf of Defendant KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC, in the above-captioned cause of action.  The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  September 12, 2012         **SMITH, GAMBRELL & RUSSELL, LLP**

By:   */s/ Wm. Parker Sanders*
Wm. Parker Sanders (Georgia Bar No. 626020)
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309
(404) 815-3684
(404) 685-6984
psanders@sgrlaw.com

*Attorneys for Kyungshin-Lear Sales and Engineering, LLC*

SGR/9937247.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court via the ECF system, which will send notice of the filing to the ECF participants.

Date:  September 12, 2012      */s/ Wm. Parker Sanders*
                               Wm. Parker Sanders