UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF MANUEL J. DOMINGUEZ

PLEASE TAKE NOTICE that Manuel J. Dominguez of Cohen Milstein Sellers & Toll PLLC, hereby enters his appearance as counsel for McGuire Bearing Company and ACAP, L.L.C. in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 12, 2012            Respectfully submitted,

/s/ Manuel J. Dominguez
Manuel J. Dominguez
Cohen Milstein Sellers & Toll PLLC
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Tel: 561 578 6850
Fax: 202 408 4699
jdominguez@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.


/s/ Manuel J. Dominguez
Manuel J. Dominguez