UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### NOTICE OF APPEARANCE OF BRENT W. JOHNSON

PLEASE TAKE NOTICE that Brent W. Johnson of Cohen Milstein Sellers & Toll PLLC, hereby enters his appearance as counsel for McGuire Bearing Company and ACAP, L.L.C. in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 12, 2012                Respectfully submitted,

/s/ Brent W. Johnson
Brent W. Johnson
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: 202 408 4600
Fax: 202 408 4699
bjohnson@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                    /s/ Brent W. Johnson
                                    Brent W. Johnson