# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF MEGHAN M. BOONE

PLEASE TAKE NOTICE that Meghan M. Boone of Cohen Milstein Sellers & Toll

PLLC, hereby enters her appearance as counsel for McGuire Bearing Company and ACAP,

L.L.C. in the above-captioned Master Case in accordance with the Electronic Case Management

Protocol Order (MDL Docket No. 350).

Dated: September 12, 2012          Respectfully submitted.

                                      /s/ Meghan M. Boone
                                      Meghan M. Boone
                                      Cohen Milstein Sellers & Toll PLLC
                                      1100 New York Ave., N.W.
                                      Suite 500, West Tower
                                      Washington, DC 20005
                                      Tel: 202 408 4600
                                      Fax: 202 408 4699
                                      mboone@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system which will send notification of such

filing to ECF-registered counsel.


/s/ Meghan M. Boone
Meghan M. Boone