## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### NOTICE OF APPEARANCE OF KIT A. PIERSON

PLEASE TAKE NOTICE that Kit A. Pierson of Cohen Milstein Sellers & Toll PLLC,

hereby enters his appearance as counsel for McGuire Bearing Company and ACAP, L.L.C. in the

above-captioned Master Case in accordance with the Electronic Case Management Protocol

Order (MDL Docket No. 350).


Dated: September 12, 2012                    Respectfully submitted,

                                             /s/ Kit A. Pierson
                                             Kit A. Pierson
                                             Cohen Milstein Sellers & Toll PLLC
                                             1100 New York Ave., N.W.
                                             Suite 500, West Tower
                                             Washington, DC 20005
                                             Tel: 202 408 4600
                                             Fax: 202 408 4699
                                             kpierson@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system which will send notification of such

filing to ECF-registered counsel.


/s/ Kit A. Pierson
Kit A. Pierson