UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ALL DEALERSHIP ACTIONS AND<br>ALL END-PAYOR ACTIONS | W:12-cv-00102-MOB-MKM<br>W:12-cv-00103-MOB-MKM |

**NOTICE OF ERRATA TO END PAYOR AND AUTOMOBILE DEALER
PLAINTIFFS' OPPOSITION TO THE LEONI DEFENDANTS'
<u>MOTION TO DISMISS</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that End Payor and Automobile Dealer Plaintiffs' Opposition to the Leoni Defendants' Motion to Dismiss, dated and served on September 11, 2012, has been corrected as follows:

Automobile Dealer and End Payor Plaintiffs' Opposition to Defendants S-Y Systems Technologies Europe GMBH's Motion to Dismiss the Consolidated Amended Class Action Complaints for Lack of Personal Jurisdiction was filed in place of End Payor and Automobile Dealer Plaintiffs' Opposition to the Leoni Defendants' Motion to Dismiss. A copy of the correct opposition brief is attached hereto as Exhibit A.

Dated:  September 12, 2012                COTCHETT, PITRE & McCARTHY, LLP

                                          By   _/s/ Frank C. Damrell_

                                          Joseph W. Cotchett
                                          Frank C. Damrell
                                          Steven N. Williams

                                Adam J. Zapala
                                Gene W. Kim
                                **COTCHETT, PITRE & McCARTHY, LLP**
                                San Francisco Airport Office Center
                                840 Malcolm Road, Suite 200
                                Burlingame, CA 94010
                                Telephone: (650) 697-6000
                                Facsimile: (650) 697-0577
                                jcotchett@cpmlegal.com
                                fdamrell@cpmlegal.com
                                swilliams@cpmlegal.com
                                azapala@cpmlegal.com
                                gkim@cpmlegal.com

September 11, 2012                **LABATON SUCHAROW LLP**

                                By   */s/ Hollis Salzman*

                                Hollis Salzman
                                Bernard Persky
                                William V. Reiss
                                **LABATON SUCHAROW LLP**
                                140 Broadway
                                New York, NY 10005
                                Telephone: (212) 907-0700
                                Facsimile: (212) 883-7058
                                hsalzman@labaton.com
                                bpersky@labaton.com
                                wreiss@labaton.com

September 11, 2012                **SUSMAN GODFREY L.L.P.**

                                By   */s/ Marc M. Seltzer*

                                Marc M. Seltzer
                                Steven G. Sklaver
                                **SUSMAN GODFREY L.L.P.**
                                1901 Avenue of the Stars, Suite 950
                                Los Angeles, CA 90067-6029
                                Telephone: (310) 789-3100
                                Facsimile: (310) 789-3150
                                mseltzer@susmangodfrey.com
                                ssklaver@susmangodfrey.com

                                Terrell W. Oxford
                                Warren T. Burns
                                **SUSMAN GODFREY L.L.P.**

                                                901 Main Street, Suite 5100
                                                Dallas, Texas 75202
                                                Telephone: (214) 754-1900
                                                Facsimile: (214)754-1933
                                                toxford@susmangodfrey.com
                                                wburns@susmangodfrey.com

September 11, 2012                     **THE MILLER LAW FIRM, P.C.**

                                                By  */s/ E. Powell Miller*

                                                E. Powell Miller (P39487)
                                                Adam T. Schnatz (72049)
                                                **THE MILLER LAW FIRM, P.C.**
                                                950 W. University Dr., Ste. 300
                                                Rochester, Michigan 48307
                                                Telephone: (248) 841-2200
                                                Facsimile: (248) 652-2852
                                                epm@millerlawpc.com

                                                *Attorneys End-Payor Plaintiffs*


September 11, 2012                     **MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**

                                                By  */s/ Gerard V. Mantese*
                                                Gerard V. Mantese (Michigan Bar No. P34424)
                                                David Hansma (Michigan Bar No. P71056)
                                                Brendan Frey (Michigan Bar No. P70893)
                                                Joshua Lushnat (Michigan Bar No. P75319)
                                                **MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
                                                1361 E. Big Beaver Road
                                                Troy, Michigan 48083
                                                Phone: (248) 457-9200 ext. 203
                                                Fax: (248) 457-9201
                                                gmantese@manteselaw.com
                                                dhansma@manteselaw.com
                                                bfrey@manteselaw.com
                                                jlushnat@manteselaw.com

September 11, 2012                     **BARRETT LAW GROUP, P.A.**

                                                By  */s/ Don Barrett*

                                                Don Barrett

David McMullan  
Brian Herrington  
**BARRETT LAW GROUP, P.A.**  
P.O. Box 927  
404 Court Square  
Lexington, MS 39095  
Telephone: (662) 834-2488  
dbarrett@barrettlawgroup.com  
bherrington@barrettlawgroup.com  
dmcmullan@barrettlawgroup.com  

September 11, 2012                    **CUNEO GILBERT & LADUCA, LLP**

By ____/s/ *Jonathan W. Cuneo*_____

Jonathan W. Cuneo  
Victoria Romanenko  
**CUNEO GILBERT & LADUCA, LLP**  
507 C Street, N.E.  
Washington, DC 20002  
Phone: (202) 789-3960  
Fax: (202) 789-1813  
jonc@cuneolaw.com  
Vicky@cuneolaw.com  

Joel Davidow  
Daniel Cohen  
**CUNEO GILBERT & LADUCA, LLP**  
Bethesda, Maryland  
8120 Woodmont Ave  
Suite 810  
Bethesda, MD 20814  
Phone: (202) 789-3960  
joel@cuneolaw.com  

Michael J. Flannery  
**CUNEO GILBERT & LADUCA, LLP**  
300 North Tucker Boulevard  
Suite 801  
St. Louis, MO 63101  
Phone: (202) 789-3960  
Fax: (202) 789-1813  
mflannery@cuneolaw.com

September 11, 2012                **LARSON • KING, LLP**

                                                             By   /s/ *Shawn M. Raiter*

                                                             Shawn M. Raiter  
                                                             Paul A. Sand  
                                                             **LARSON • KING, LLP**  
                                                             2800 Wells Fargo Place  
                                                             30 East Seventh Street  
                                                             St. Paul, MN 55101  
                                                             Telephone: (651) 312-6500  
                                                             sraiter@larsonking.com  
                                                             psand@larsonking.com

                                                             *Attorney for Auto Dealer Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO: ALL DEALERSHIP ACTIONS AND ALL END-PAYOR ACTIONS | W:12-cv-00102-MOB-MKM W:12-cv-00103-MOB-MKM |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system. I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

Respectfully submitted,
*/s/ Warren T. Burns*
Warren T. Burns
Susman Godfrey, LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Phone: (214) 754-1900
wburns@susmangodfrey.com