# Exhibit A

# LEONI

**LEONI AG**
Marienstraße 7
90402 Nürnberg
Robert Manger
Robert.Manger@leoni.com
Tel.: +49(0)9 11/20 23-4 50
www.leoni.com

| | |
|---|---|
| **Mitarbeiter** | rund 3.800 in Deutschland, rund 53.000 weltweit |
| **Standorte** | Nürnberg (Konzernzentrale), Kitzingen (Unternehmensbereich Wiring Systems), Roth (Unternehmensbereich Wire & Cable Solutions); mehr als 90 Produktionsstandorte weltweit, davon 23 in Deutschland |
| **Umsatz** | 2,16 Mrd. Euro weltweit (2009) |
| **Fachrichtungen** | Ingenieurwissenschaften, Werkstoffwissenschaften, Verfahrenstechnik, Wirtschaftsingenieurwesen, Wirtschaftswissenschaften, Informationstechnologie |
| **Einstellungen 2011** | bedarfsorientiert in verschiedenen Bereichen |
| **Einstiegsgehalt** | nach Tarif (Bayerische Metall- und Elektroindustrie) |
| **Internationale Einsätze** | ja |
| **Praktika** | ja |
| **Studienabschlussarbeiten** | ja |

Die LEONI AG wurde durch das CRF Institute als Top Arbeitgeber Deutschland 2011 zertifiziert.
Die Studie ermittelte in den Einzelkategorien folgende Ergebnisse:

| | |
|---|---|
| **Karrieremöglichkeiten** | ★ ★ ★ ¼ |
| **Primäre Benefits** | ★ ★ ★ |
| **Sekundäre Benefits & Work-Life-Balance** | ★ ★ ¼ |
| **Training & Entwicklung** | ★ ★ ★ |
| **Unternehmenskultur** | ★ ★ ★ |



LEONI AG

### HR aktuell

Der Individual Development Process (IDP) hilft, innerhalb des LEONI-Konzerns geeignete Kandidaten für leitende Positionen zu finden. IDP kann für die Besetzung internationaler Stellen ebenso genutzt werden wie für die Entwicklung von Talenten an einzelnen Standorten. Kernstück ist ein Kriterienkatalog mit den Kompetenzen, die sich als unverzichtbar für leitende Positionen herauskristallisiert haben. Das stellt eine Fokussierung auf die Kompetenzen und das zukünftige Potenzial der Kandidaten sicher. Im Prozess eingebaut ist außerdem ein ausführliches Feedbackgespräch.

### Globaler Konzern mit familiären Wurzeln

Vor mehr als 90 Jahren gegründet, zählt die LEONI AG heute zu den weltweit größten und erfolgreichsten Kabelherstellern. Ihre Hauptkunden sind die Automobilindustrie, Anlagenbauer und Medizintechnikunternehmen. Das Unternehmen mit Holding in Nürnberg stellt Drähte, optische Fasern, Kabel und Kabelsysteme her und bietet die zugehörigen Dienstleistungen an. LEONI ist in 37 Ländern auf vier Kontinenten vertreten, beschäftigt weltweit rund 53.000 Mitarbeiter und erzielte 2009 einen Konzernumsatz von 2,16 Milliarden Euro.

### Gemeinsam zum Erfolg

Was Dietmar Heinz, Senior Vice President Corporate Human Resources, inmitten der Wirtschaftskrise gehofft hatte, ist eingetreten. Zwar traf die Krise die Automobilindustrie und damit die Hauptkunden von LEONI hart, doch das Segment der Ober- und Mittelklassewagen, in dem das Unternehmen hauptsächlich als Zulieferer tätig ist, erholte sich schnell. Damit erreichten die Mitarbeiterzahlen beim LEONI-Konzern Mitte 2010 wieder annähernd das Niveau von 2008. Die Beschäftigten haben einen großen Anteil daran, dass das Unternehmen ein schwieriges Jahr relativ unbeschadet überstehen konnte. Helmut Zehnder. »

Executive Vice President & COO LEONI Bordnetzsysteme, weiß, was die Mitarbeiter weltweit geleistet haben. „An einigen Produktionsstandorten gab es fast ein Jahr lang Kurzarbeit, in manchen Werken verzichteten Mitarbeiter sogar auf einen Teil ihres Lohns, um zu verhindern, dass Kollegen entlassen werden. Ich ziehe heute noch meinen Hut angesichts dieser gruppendynamischen Leistungen."

Helmut Zehnder hat bei LEONI schon aufregende Zeiten erlebt. Vor 35 Jahren begann er als Werkzeugmacher, studierte berufsbegleitend und ist „durch verschiedene Funktionen des Unternehmens gereift", wie er es ausdrückt. „Bedingt durch das Wachstum hatte ich die Chance, viele unterschiedliche Kulturen und Länder kennenzulernen." Bereits mit 21 Jahren wurde ihm sein erster Führungsjob angeboten. Sein damaliger Werkleiter suchte einen Qualitätsverantwortlichen. Noch während Zehnder nebenberuflich Ingenieurwesen studierte, übernahm er als Führungskraft die Verantwortung für ein Frauenteam in der Qualitätssicherung. „Neben meinen Mitarbeiterinnen gab es dort auch noch einige alte Fertigungshaudegen mit viel Wissen und einer guten Portion Robustheit. Da ist man als junger Mann gefordert, seinen Platz zu behaupten. Das war eine sehr lehrreiche Erfahrung und eine hervorragende Schulung in Sachen Mitarbeiterführung", erinnert sich Zehnder schmunzelnd.

## Vertrauen macht stark

Bei LEONI bringt man den Mitarbeitern schnell viel Vertrauen entgegen. Das prägt die Persönlichkeit. So wurde Helmut Zehnder in seiner Zeit als Qualitätsverantwortlicher nach Tunesien geschickt, um dort aufgetretene Qualitätsprobleme in den Griff zu bekommen. „Ich bin mit jugendlichem Elan ins Werk marschiert, habe observiert, analysiert und anschließend alles komplett umstrukturiert." Dem tunesischen Werksleiter war das suspekt. Er rief umgehend den Vorstandsvorsitzenden von LEONI an, um sich zu erkundigen, ob das in Ordnung sei. „Das ist der Zehnder,



**Michael Wolf,
Fertigungsleiter TMCS bei der
LEONI Kabel GmbH**
„Man muss Menschen unterschiedlich ansprechen, aber gleich behandeln. Damit ist bei der Mitarbeiterführung schon viel gewonnen. Mitarbeitergespräche führe ich nach Gefühl. Wichtig ist es, zu zeigen, dass man jemanden wertschätzt. Dann kann man auch Kritik anbringen. Natürlich gehört es auch zu meinen Aufgaben, bei meinen Mitarbeitern die Potenziale zu ermitteln. In der Produktion ist es nicht immer einfach, jemandem einen anderen Arbeitsplatz zu geben. Man kann jedoch Strukturen schaffen, in denen es möglich ist, Verantwortung zu übernehmen."



„Frauenquoten sind nicht zielführend. Wir müssen im Unternehmen die Voraussetzungen schaffen, dass Frauen Interesse an Führungsjobs haben. Dazu gehört es auch, die Frauen für diese Positionen zu begeistern."

Dietmar Heinz,
Senior Vice President Corporate
Human Resources

LEONI AG

der darf das", lautete die Antwort. „Das sind die Äußerungen, die die Persönlichkeit aufbauen und einem ein gewisses Standing verschaffen." Ihre Mitarbeiter zu unterstützen sieht Zehnder als eine der wichtigsten Aufgaben für die Führungskräfte an: „Wenn ich jemanden mit einem Auftrag losschicke und er kommt in eine Sackgasse, dann muss ich mithelfen, dass er aus dieser Sackgasse wieder herauskommt, ohne sein Gesicht zu verlieren. Gut ist, wenn er aus dieser Situation auch noch etwas lernt."

Nach 25 Jahren bei LEONI, in denen Zehnder sowohl Managementsysteme als auch Produktionsstandorte auf- und umbaute, beschloss er vor zehn Jahren, „ein richtiges Geschäft zu betreiben", wie er es augenzwinkernd nennt. Zu einem Autobauer in Süddeutschland, der noch nicht zu den LEONI-Kunden zählte, knüpfte er erste Kontakte, baute die Geschäftsbeziehung auf und griff zu, als sich die Chance für einen Großauftrag ergab. Mittlerweile verlässt fast kein Wagen des Automobilherstellers das Band, ohne dass LEONI einen Bestandteil zugeliefert hat.

Helmut Zehnder findet diese Pionierarbeit, die Geduld und Durchhaltevermögen erfordert, höchst spannend. Für das Projektteam hatte er sich damals bei LEONI Gleichgesinnte gesucht – Menschen, die bereit waren, vertraute Pfade zu verlassen und ein Risiko einzugehen, ohne das Ergebnis zu kennen. „Wenn Sie die richtige Mannschaft finden und auf den Kunden einstimmen können, dann winkt am Ende der Erfolg", ist Zehnder überzeugt.

### Von der Pike auf lernen

Vertraute Pfade hat auch Michael Wolf, Fertigungsleiter TMCS bei der LEONI Kabel GmbH, vor einem halben Jahr verlassen, um eine Abteilung mit 50 Mitarbeitern zu führen. Anfang 2008 kam der Maschinenbauer als Verfahrenstechniker nach Roth. Ursprünglich hatte er sich als Trainee beworben, im Vorstellungsgespräch wurde ihm dann jedoch der Direkteinstieg angeboten. Traineeprogramme sind bei Absolventen besonders beliebt, da sie einen guten Überblick über das Unternehmen bieten und vielfältige Arbeitsmöglichkeiten aufzeigen. Ein Jahr können sich die Trainees in verschiedenen Abteilungen und Geschäftsfeldern bei LEONI umsehen. Bei technischen Trainees liegt der Schwerpunkt auf Forschung und Entwicklung, Qualitätsmanagement sowie Produktionstechnik und -verfahren. Dass es bei Wolf der Direkteinstieg wurde, hat er nicht bereut: „Ich habe unglaublich viel in der Fertigungstechnik gesehen."

»

Die ersten zwei Monate verbrachte er damit, die Produktionsschritte von Kabeln von der Pike auf kennenzulernen. „Dass ich selbst am Extruder gestanden habe, kommt mir heute zugute. Als Produktionsleiter muss ich schließlich wissen, wovon ich spreche", meint Wolf. Zu einem seiner ersten Projekte gehörte es anschließend, sich für ein geplantes Werk in Indien um einen Teil des Maschinenparks zu kümmern. Das tat er nicht nur vom Schreibtisch aus, sondern besichtigte den geplanten Standort in Indien und besuchte dort auch mögliche Lieferanten. Als die Planungen aufgrund der Wirtschaftskrise vorläufig auf Eis gelegt wurden, war Wolf schon wieder mit einem neuen Projekt beschäftigt, nämlich dem Kauf von Maschinen für eines der chinesischen Werke.

Knappe eineinhalb Jahre nach seinem Berufsstart bei LEONI wurde dem 30-Jährigen der Job als Fertigungsleiter TMCS angeboten. TMCS bedeutet „Tailor-Made Cable Solutions". Das zeigt bereits, dass dort keine Massenware hergestellt wird. Kunden sind beispielsweise Hersteller von Schaltschränken oder Medizintechnikunternehmen, die ganz spezielle Anforderungen an die Verkabelung haben. „Im ersten Augenblick habe ich mich gefreut und mich gleichzeitig gefragt, ob ich 50 Leute führen kann", erinnert sich Wolf.

Sein Vorgänger, der kurz vor der Rente stand, arbeitete ihn ein halbes Jahr lang ein. Parallel dazu nahm Wolf an einem Führungskräftetraining teil und übte dort, Mitarbeitergespräche zu führen und Konflikte zu lösen. „Vieles lernt man jedoch dadurch, dass man es einfach tut", sagt er. „Ich habe mir Personalführung schwieriger vorgestellt. Wenn man Menschen mit Respekt behandelt, ihnen offen gegenübertritt und sie ernst nimmt, funktioniert es gut."

### Frauen im Fokus

Zu Wolfs Herausforderungen der nächsten Zeit gehört die ständige Prozessoptimierung. „Ein optimierter Ablauf führt letztlich auch zu kürzeren Lieferzeiten. Die Effizienzsteigerung betrachte ich als eine wichtige Aufgabe. Ich möchte etwas verändern und verbessern, nicht nur einen Status quo verwalten." Der Fertigungsleiter will auch die Mitarbeiter verstärkt dazu anhalten, sich Gedanken über Verbesserungsprozesse zu machen. „Ihre Vorschläge sind immer sehr hilfreich, aber leider noch zu selten."

Eigeninitiative, ob seitens der Führungskräfte oder der Mitarbeiter ohne leitende Funktion, wird bei LEONI begrüßt und unterstützt. Regelmäßig ermittelt man im Unternehmen mithilfe von Potenzialeinschätzungen die Potenzialträger



„Ich habe früh gelernt, dass es sinnvoll ist, Dinge zu ändern, die ich ändern kann, und das hinzunehmen, was ich nicht ändern kann. Damit vermeidet man viel unnötigen Kraftaufwand."

Helmut Zehnder,
Executive Vice President & COO LEONI
Bordnetzsysteme

und fördert sie mit Management-Entwicklungsprogrammen, Seminaren und Trainings. Bei LEONI kann man sich entweder für eine Managementlaufbahn oder eine Projektmanagementkarriere entscheiden. Das Unternehmen bietet ein umfangreiches Paket an Nebenleistungen – von der betrieblichen Altersvorsorge bis zu vermögenswirksamen Leistungen. Flexible Arbeitszeitgestaltung ist selbstverständlich, wobei man weniger auf starre Modelle als vielmehr auf individuelle Vereinbarungen setzt, die die persönliche Lebenssituation des Mitarbeiters berücksichtigen.

Angesichts des zu erwartenden Fach- und Führungskräftemangels rücken bei LEONI die Frauen mehr und mehr in den Fokus. Was das Unternehmen aktiv verändern will, sind interne Prozesse, die dazu führen, dass Frauen – nicht nur aus den MINT-Studiengängen (Mathematik, Informatik, Naturwissenschaften, Technik) – in Großunternehmen immer noch zu selten in Führungspositionen gelangen. „Eine Frauenquote halten wir dabei allerdings für wenig zielführend", sagt Personalleiter Dietmar Heinz. Statt auf Quoten setzt er auf Information und will bei Frauen verstärkt das Interesse für Führungspositionen wecken. „Wir veranstalten Workshops zu diesem Thema und entwickeln momentan ein Mentoringprogramm."

### Viele Entfaltungsmöglichkeiten

Wer LEONI kennenlernen möchte, kann das als Praktikant, Werkstudent oder Diplomand tun. Außerdem ist das Unternehmen an technischen Universitäten und Fachhochschulen aktiv und nimmt an Hochschulmessen teil. „Das hilft, den Bekanntheitsgrad zu erhöhen", erklärt Dietmar Heinz. Obwohl aus dem Mittelständler längst ein global agierender Konzern geworden ist, ist für viele Studenten LEONI kein Begriff. Das mag daran liegen, dass man die Produkte selten zu Gesicht bekommt. „Wen interessiert beim Rasierapparat schon die Steckeranschlussleitung oder beim Auto das Kabel unter dem Teppich oder im Armaturenbrett", bemerkt Heinz.

Doch nach und nach sprechen sich die Arbeitgeberqualitäten von LEONI herum. „Wenn ich im Vorstellungsgespräch die Kandidaten frage, warum sie sich bei uns bewerben, höre ich oft, dass LEONI als Arbeitgeber einen sehr guten Ruf genießt", weiß Helmut Zehnder zu berichten. „Mittlerweile ist bekannt, dass die Entfaltungsmöglichkeiten und der Handlungsspielraum bei uns beachtlich sind – trotz der Unternehmensgröße." Er selbst empfindet es als angenehm, dass die Hierarchien bei LEONI zwar nicht flach, aber greifbar sind. „Ich selbst verweigere mich keinem Gespräch, egal, ob es ein Werksleiter oder ein Montagemitarbeiter am Band ist", betont Zehnder. Wenn er Werke im In- oder Ausland besucht, lässt er es sich nicht nehmen, durch die Fertigung zu gehen und mit den Beschäftigten zu reden – wenn es sein muss, mit Dolmetscher. „Die Mitarbeiter sind oft perplex, wenn ich mit ihnen spreche, weil sie es aus anderen Firmen nicht gewöhnt sind, dass ein Mensch mit weißem Kragen sich mit ihnen unterhält." Dass Helmut Zehnder selbst einmal als Werkzeugmacher gearbeitet hat, kommt ihm dabei zugute. Er könne jungen Leuten, die sich für den Ingenieurberuf entschieden haben, nur raten, vor dem Studium eine technische Ausbildung zu machen. „Die Hemmschwelle, mit allen Mitarbeitern Kontakt zu halten, ist deutlich niedriger, wenn man selbst schon einmal an einer Maschine geschwitzt hat. Das ist eine Erfahrung, die den Charakter nicht unbedingt schädigt."

**LEONI AG**