# Exhibit D



# Analyst Meeting 2007
## Dr. Klaus Probst, Dieter Bellé

# LEONI

**The Quality Connection**

# LEONI

**Analyst Meeting 2007**

1. Business Development 2006

2. Financial Statements/ Key Figures 2006

3. Outlook 2007/ 2008

2

LEONI

Analyst Meeting 2007

1. Business Development 2006

3

# LEONI

## Record Year 2006

| | | |
|---|---|---|
| **Consolidated sales** | ⬆ | **up 36 percent to € 2.1 billion** |
| **Net income** | ⬆ | **grows by 41 percent to € 79.3 million** |
| **EBIT**<br>**in percent of**<br>**consolidated sales** | ⬆ | **€ 130.2 million**<br>**6.2 %** |
| **ROCE** | ⬆ | **18.8 %** |

**Business development** | Financial statements/ Key figures | Outlook

4

# LEONI

5

# Sales/ Employees

**employees (2006):**

**35,129 worldwide**

(thereof nearly 89 % outside Germany)



Wire & Cable 7,767

Wiring Systems 27,199

**group sales 2006:**

**€ 2.1 bn**

Wiring Systems € 954.2 m 45 %

Wire & Cable € 1,154.0 m 55 %

Business development | Financial statements/ Key figures | Outlook

# LEONI

## Underlying Economic Conditions

- **Automotive industry**

  Sustained strong demand for high-end models from both Germany and export markets.

  New highs in the commercial vehicle industry.

- **Electrical and electronic engineering/ household appliances**

  Power engineering und automation segments expanded at an especially strong pace.

  Greater demand for household appliances and consumer electronics.

- **IT/ telecommunications industry**

  Small increase in 2006.

Business development | Financial statements/ Key figures | Outlook

6

# LEONI

## Underlying Economic Conditions

- **German engineering sector** — Strong demand from both the domestic and export markets. Third year of growth in succession.

- **Aviation and space industry** — Grew against the backdrop of expanding economy.

- **Railway industry** — Rising order receipts.

- **Medical equimpent sector** — Increase by 11 percent driven by strong exports.

Business development   Financial statements/ Key figures   Outlook

7

8

# LEONI

## Wiring Systems Division 2006

- ■ Major projects

  **Customers BMW, DaimlerChrysler, GM and Ford among mainstays of sales in 2006.
  Basis for full utilisation of LEONI Wiring Systems' capacity.**

  **Increased sales especially for Opel Astra and Zafira models, Mercedes A-Class, BMW 3 Series and for Bentley.**

  **Realignment of UK facility Newcastle-under-Lyme as Competence Center.**

  **Go-ahead for series production of BMW X5. Expansion of the Mexican production facility.**

  **Business with Porsche also continued to go well. LEONI remains exclusive supplier for Porsche's 911, Boxster and Cayman models.**

Business development    Financial statements/Key figures    Outlook

**LEONI**

9

# Wiring Systems Division 2006

- **Commercial vehicle/ component business**

  Increase particularly of US business with Caterpillar, Cummins as well as International Truck and Engine Corporation.

  Launch of initial, larger-scale projects in Brazil and China.

  Expansion of facility in Arad, Romania into a Competence Center for truck and special vehicle wiring systems.

  Increase of sales with international automotive component suppliers.

  Restructuring of the Slovakian facility in Trencin to further enhance productivity.

Business development | Financial statements/Key figures | Outlook

# LEONI

10

# Wiring Systems Division 2006

- **Asia**

  Set up of an additional facility in the Shanghai region.

  From June 2006 supply of various automotive manufacturers in China.

  Chinese carmaker SAIC commissioned LEONI to supply the complete wiring system for new Roewe 750 car. Series production underway since early 2007.

  Acquisition of outstanding 30 percent of shares in the joint venture in southern China from previous owner THB.

  Order to develop and produce engine cable harnesses together with local partner Daekyung Machinery & Engineering Co. Ltd.

  Set up of a development and sales office in Korea. Beginning of operating in early 2007

Business development | Financial statements/Key figures | Outlook

11

# LEONI

# Wiring Systems Division 2006

■ New orders

**Sales volume of more than € 580 million a year at their peak.**

**About two thirds of these involve new projects. The others are key follow-on projects with existing customers.**

**Medium-term utilisation of existing capacity in Europe, Asia and the Americas ensured.**

**Customers: BMW, DC, Ford, GM, VW / Audi as well as various commercial vehicle manufacturers.**

**Preparatory work mostly carried out in 2007.**

**Initial sales contributions from 2008.**

**Business development** · Financial statements / Key figures · Outlook

# LEONI

12

## Wire & Cable Division 2006

■ Standard/ special cables for motor vehicle industry

**Continued to be the most important group of customers in 2006.**
**Substantial increase of sales, thus bolstering LEONI's global market-leading position.**

**Customers: numerous international cable harness and wiring system makers, some of which compete with LEONI's Wiring System division.**

**Good or very good capacity utilisation in 2006 at production facilities in China, Germany, Mexico, Poland, Turkey and Hungary.**

**Business development**  Financial statements/Key figures  Outlook

# LEONI

**13**

## Wire & Cable Division 2006

- Power cords/ cable harnesses for electrical appliances

  Increase in sales despite heavy price pressure and relocation of production to Eastern Europe and Asia.

  Entire relocation of production based in Belgium to Chinese plants in Changzhou and Xiamen as well as to LEONI Slovakia.

  Production located only in China and Slovakia.

**Business development**  Financial statements/ Key figures  Outlook

# LEONI

**14**

## Wire & Cable Division 2006

▪ **LEONI Fiber Optics**

**Considerable increase in sales because of stepped-up sales activity and product innovations.**

**Targeted expansion of exports.**

**Growth above all with glass fiber cables for laser and medical equipment, but also in the market for wind turbines.**

**Acquisition of NBG Fiber-Optic GmbH, Gmünd / Austria. By this LEONI becomes systems provider in the promising "fiber-to-the-home" (FTTH) area.**

**Acquisition of 51 percent of shares in j-fiber GmbH, Jena. By this LEONI becomes all-in provider in the field of fiber optic technology.**

**Business development** | **Financial statements / Key figures** | **Outlook**

**LEONI**

15

# Wire & Cable Division 2006

- **Special cables for capital goods industry**

Increase in sales and broading the customer base in a highly diversified area of business.

Significant new order from the German rail industry.

Set up of a new production facility for production high temperature cables. Start of production in early 2007.

Business development | Financial statements/ Key figures | Outlook

# LEONI

**16**

# Wire & Cable Division 2006

## ■ LEONI Special Cables

**Significant growth in 2006 with innovative cables and cable systems for the telecommunications, medical equipment, automation and drives as well as aviation and space industries.**

**Positive impetus by new large-scale order from automation segment.**

**Major order from a German mobile communication network operator.**

**Initial order for all the wiring of a business jet of Grob Aerospace.**

**Set up of a sales and distribution company in Mumbai, India.**

Business development | Financial statements/ Key figures | Outlook

# LEONI

17

## Wire & Cable Division 2006

- Integration of the Kerpen-Group

  Performed very well, widely exceeding both its sales and earning projections.

  Considerable syngergistic benefits from integrating the manufacturer of data and special cables.

  Significant increase in demand for special cables used in petrochemical plants.

**Business development**   Financial statements/Key figures   Outlook

**LEONI**

18

# Wire & Cable Division 2006

- **Acquisition of Studer Draht- und Kabel-werk AG**

**Largest acquisition in 2006.**

**By this LEONI's position is bolstered especially in the market for infrastructure applications and in the refining and sterilising of industrial, pharmaceutical and medical equipment products.**

**Contribution of € 55.2 million to consolidated sales. (consolidation from 31 July 2006 on).**

Business development | Financial statements/ Key figures | Outlook

**LEONI**

19

# Wire & Cable Division 2006

■ Wire business

**Significantly improved situation particularly in orders for copper flexibles.**

**Very good capacity utilisation of German facilities in Weissenburg and Bad Kötzting.**

**Strong increase in demand in China.**

**Significant increase in profitability.**

Business development    Financial statements/ Key figures    Outlook

# LEONI

20

## Highlights 2006

- For the fourth time already „Supplier of the year" award by General Motors.

- Major shareholder Groga sells its holding in LEONI. Increase of free float to 100 percent.

- Issue of a fixed-income bond amounting to € 200 million.

- For the third time in succession LEONI commended as one of the best employers in Germany.

Business development    Financial statements/Key figures    Outlook



# Sales development 1996 - 2006

# LEONI

21



# Development of Net Income 1996 - 2006 in m€

**LEONI**

22

1) Without special effect of € 17 m from change in US accouting principles
2) Including a corporate tax credit amounting to € 4.8 m.

**Business development** | **Financial statements / Key figures** | **Outlook**

# Segment Reporting in m€

**LEONI**

| | Wire & Cable IFRS | | Wiring Systems IFRS | | LEONI group IFRS | |
|---|---|---|---|---|---|---|
| | **2006** | **2005** | **2006** | **2005** | **2006** | **2005** |
| **Consolidated sales** | 1,154.0 | 668.6 | 954.2 | 879.4 | 2,108.2 | 1,548.0 |
| **EBIT** | 67.6 | 42.0 | 61.8 | 61.4 | 130.2 | 102.8 |
| **in percent of consolidated sales** | 5.9 | 6.3 | 6.5 | 7.0 | 6.2 | 6.6 |

**Business development**  Financial statements/Key figures  Outlook

23



# Development of Sales by Regions 1996 - 2006

# LEONI

24



# LEONI

# Share Price Performance 2006



Source:
Deutsche Börse AG

Business development    Financial statements / Key figures    Outlook

26

27

# LEONI

## Analyst Meeting 2007

## 2. Financial Statements/ Key figures 2006

**LEONI**

# Major Notes to Financial Statements

- Consolidated financial statements according to IFRS.

- No need for write-downs of goodwill.

- No need for write-downs of property, plant and equipment.

- Financial statements of LEONI AG according to HGB.

Business development | **Financial statements/Key figures** | Outlook

28

**LEONI**

29

# Major Notes to Financial Statements

- Audit opinion:
  - Conservative accounting.
  - Group Management Report cmoplies with legal regulations.
  - Internal risk control system fulfills ist function.
  - Unqualified Auditor's Report.

Outlook

**Financial statements/ Key figures**

# Consolidated P&L

# LEONI

| | Zeile | 2006 €m | % | 2005 €m | % | Change €m | % |
|---|---|---|---|---|---|---|---|
| Sales | 1 | 2,108.2 | 100.0 | 1,548.0 | 100.0 | 560.2 | 36.2 |
| Cost of sales | 2 | (1,702.4) | 80.7 | (1,212.8) | 78.3 | (489.6) | 40.4 |
| Gross profit on sales | 3 | 405.8 | 19.3 | 335.2 | 21.7 | 70.6 | 21.1 |
| Selling expenses | 4 | (112.7) | 5.4 | (83.1) | 5.4 | (29.6) | 35.6 |
| General and administrative expenses | 5 | (96.9) | 4.6 | (98.3) | 6.4 | 1.4 | (1.4) |
| Research and development expenses | 6 | (47.2) | 2.2 | (41.9) | 2.7 | (5.3) | 12.6 |
| Other operating income | 7 | 6.1 | 0.3 | 15.8 | 1.0 | (9.7) | (61.4) |
| Other operating expenses | 8 | (24.7) | 1.2 | (25.5) | 1.6 | 0.8 | (3.1) |
| Operating income | 9 | 130.4 | 6.2 | 102.2 | 6.6 | 28.2 | 27.6 |
| Interest income | 10 | 2.0 | 0.1 | 0.8 | 0.1 | 1.2 | 150.0 |
| Interest expenses | 11 | (20.4) | 1.0 | (15.6) | 1.0 | (4.8) | 30.8 |
| Foreign currency exchange gains and losses | 12 | 4.5 | 0.2 | 0.7 | 0.0 | 3.8 | 542.9 |
| Income/ expenses from associated companies and joint ventures | 13 | (0.2) | 0.0 | 0.7 | 0.0 | (0.9) | (128.6) |
| Other income from share investment | 14 | 0.3 | 0.0 | - | 0.0 | 0.3 | 0.0 |
| Income before taxes | 15 | 116.6 | 5.5 | 88.8 | 5.7 | 27.8 | 31.3 |
| Income taxes | 16 | (37.3) | | (32.7) | | (4.6) | 14.1 |
| Net income | 17 | 79.3 | | 56.1 | | 23.2 | 41.4 |

Financial statements/ Key figures   Outlook

30

# Consolidated Balance Sheet

## LEONI

| Assets | 12/31/2006 €m | % | 12/31/2005 €m | % | disposition of funds €m | source of funds €m |
|---|---|---|---|---|---|---|
| **Current assets** | | | | | | |
| Cash and cash equivalents | 135.7 | 9.9 | 114.1 | 10.8 | 21.6 | |
| Accounts receivable and other assets | 361.1 | 26.3 | 252.8 | 24.0 | 108.3 | |
| Receivables from income taxes | 11.9 | 0.9 | 4.2 | 0.4 | 7.7 | |
| Assets held for sale | 4.7 | 0.4 | 0.5 | 0.0 | 4.2 | |
| Inventories | 330.9 | 24.1 | 244.1 | 23.2 | 86.8 | |
| **Total current assets** | 844.3 | 61.6 | 615.7 | 58.4 | | |
| Property, plant and equipment | 397.1 | 29.0 | 336.5 | 32.0 | 60.6 | |
| Intangible assets | 26.7 | 1.9 | 20.0 | 1.9 | 6.7 | |
| Goodwill | 65.4 | 4.8 | 40.0 | 3.8 | 25.4 | |
| Shares in associated companies and joint ventures | 1.9 | 0.1 | 3.4 | 0.3 | | 1.5 |
| Other financial assets | 9.9 | 0.7 | 10.9 | 1.0 | | 1.0 |
| Deferred taxes | 13.1 | 1.0 | 14.6 | 1.4 | | 1.5 |
| Other assets | 12.8 | 0.9 | 12.3 | 1.2 | 0.5 | |
| **Total assets** | 1,371.2 | 100.0 | 1,053.4 | 100.0 | 321.8 | 4.0 |

Financial statements/ Key figures          Outlook

# LEONI

## Consolidated Balance Sheet

| Equity and liabilities | 12/31/2006 €m | % | 12/31/2005 €m | % | disposition of funds €m | source of funds €m |
|---|---|---|---|---|---|---|
| **Current liabilities** | | | | | | |
| Current financial liabilities | 48.6 | 3.5 | 140.0 | 13.3 | 91.4 | |
| Income taxes payable | 51.9 | 3.8 | 29.2 | 2.8 | | 22.7 |
| Other current liabilities | 336.8 | 24.6 | 220.6 | 20.9 | | 116.2 |
| Provisions | 20.8 | 1.5 | 16.6 | 1.6 | | 4.2 |
| **Total current liabilities** | 458.1 | 33.4 | 406.4 | 38.6 | | |
| Long-term loans | 324.0 | 23.6 | 141.6 | 13.4 | | 182.4 |
| Other non-current liabilities | 4.8 | 0.4 | 4.7 | 0.4 | | 0.1 |
| Pension provisions | 36.3 | 2.6 | 33.7 | 3.2 | | 2.6 |
| Other provisions | 22.9 | 1.7 | 18.9 | 1.8 | | 4.0 |
| Deferred taxes | 43.4 | 3.2 | 20.9 | 2.0 | | 22.5 |
| Equity | 481.7 | 35.1 | 427.2 | 40.6 | | 54.5 |
| **Total equity and liabilities** | 1,371.2 | 100.0 | 1,053.4 | 100.0 | 91.4 | 409.2 |
| | | | | | 413.2 | 413.2 |

**Financial statements/ Key figures**   Outlook

32

# Cash Flow Statement in m € Page 1

# LEONI

33

| | 2006 | 2005 |
|---|---|---|
| Net income | 79.3 | 56.1 |
| Adjustments to reconcile cash provided by operating activities | | |
| Depreciation and amortization | 63.1 | 56.3 |
| Impairment charges/ reversals | 1.2 | 0.4 |
| Deferred taxes | 8.2 | 8.0 |
| Other non-cash expenses and income | 0.2 | (0.9) |
| Negative goodwill | 0.0 | (2.8) |
| (Gain)/ loss on disposal of non-current assets | (0.2) | (0.6) |
| Change in operating assets and liabilities | | |
| Change in receivables | (69.1) | (16.9) |
| Change in inventories | (57.1) | (38.6) |
| Change in other assets | (12.6) | (13.8) |
| Change in provisions and accruals | 1.8 | 12.0 |
| Change in liabilites | 121.3 | 51.9 |
| Cash provided by operating activities | 136.1 | 111.1 |

Financial statements/ Key figures    Outlook

# Cash Flow Statement  in m €     Page 2

## LEONI

| | 2006 | 2005 |
|---|---|---|
| Capital expenditures for intangible assets | (4.2) | (6.3) |
| Capital expenditures for property, plant and equipment | (72.8) | (55.5) |
| Acquisitions of subsidiaries | (110.3) | (15.8) |
| Acquisitions of associated companies | 0.0 | (1.9) |
| Other capital expenditures for financial assets | (0.8) | (4.2) |
| Proceeds from disposal of non-current assets | 2.4 | 1.8 |
| Cash used for capital spending activities | (185.7) | (81.9) |
| Cash receipts from acceptance of liabilities | 206.7 | 52.1 |
| Cash repayments of financial liabilities | (122.0) | (48.1) |
| Cash receipts from minority shareholders | 0.0 | 0.4 |
| Dividend payment | (16.9) | (12.4) |
| Dividend paid to minority shareholders | 0.0 | (0.1) |
| Cash provided by/ used for financiang activities | 67.8 | (8.1) |

Financial statements/ Key figures     Outlook

34

# LEONI

## Key Figures in m €

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | HGB | | | | US-GAAP | | IFRS | | |
| **Sales** | 307 | 406 | 498 | 618 | 962 | 1,097 | 1,103 | 1,080 | 1,250 | 1,548 | 2,108 |
| Growth (Index 1996 = 100 %) | 100 | 132 | 162 | 201 | 313 | 357 | 359 | 352 | 407 | 504 | 687 |
| **EBITDA** | 32 | 44 | 58 | 72 | 94 | 99 | 122 | 101 | 107 | 159 | 193 |
| **EBIT** | 13 | 25 | 33 | 41 | 51 | 47 | 72 | 50 | 57 | 103 | 130 |
| **EBT** | 9 | 19 | 29 | 34 | 39 | 32 | 59 | 37 | 41 | 89 | 117 |
| **PAT** | 7 | 8 | 13 | 19 | 22 | 19 | 30 [1] | 22 | 28 | 56 | 79 |
| Growth (Index 1996 = 100 %) | 100 | 114 | 186 | 271 | 314 | 271 | 429 [1] | 314 | 400 | 800 | 1,129 |
| **Depreciation** | 18 | 19 | 25 | 31 | 42 | 52 | 50 | 51 | 58 | 57 | 64 |
| **Cash flow [3]/ Cash flow from current business operations [4]** | 29 | 29 | 46 | 51 | 63 | 107 | 73 | 36 | 84 | 111 | 136 |
| **Investment (cash effective)** | 36 | 34 | 78 | 103 | 95 | 119 | 79 | 94 | 97 | 84 | 188 |
| **Total net debts** | 53 | 45 | 73 | 138 | 190 | 200 | 212 | 271 | 161 | 167 | 237 |
| **Equity** | 75 | 101 | 106 | 141 | 154 | 216 | 236 | 226 | 365 | 427 | 482 |
| **Gearing [2]** | 0.7 | 0.4 | 0.7 | 1.0 | 1.2 | 0.9 | 0.9 | 1.2 | 0.4 | 0.4 | 0.5 |
| **Employees (end of period)** | 5,969 | 8,705 | 10,335 | 11,908 | 15,753 | 17,589 | 18,478 | 21,392 | 29,957 | 32,638 | 35,129 |

[1] without special effect (of 17.0 mill. EUR) from change in US accounting principles
[2] total net debts / equity
[3] until 2000 acc. to HGB
[4] from 2001 acc. to US-GAAP respectively from 2004 according to IFRS

**Financial statements/ Key figures**   Outlook

# Key Figures in %

LEONI

36

| | | HGB | | | | | | US-GAAP | | | IFRS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| EBITDA | (in % of sales) | 10.4 | 10.7 | 11.7 | 11.7 | 9.7 | 9.0 | 11.1 | 9.4 | 8.6 | 10.3 | 9.2 |
| EBIT | (in % of sales) | 4.2 | 6.2 | 6.6 | 6.6 | 5.3 | 4.3 | 6.5 | 4.6 | 4.5 | 6.6 | 6.2 |
| EBT | (in % of sales) | 2.9 | 4.6 | 5.8 | 5.5 | 4.1 | 2.9 | 5.3 | 3.4 | 3.3 | 5.7 | 5.6 |
| PAT | (in % of sales) | 2.3 | 2.0 | 2.6 | 3.1 | 2.3 | 1.7 | 2.7 [1] | 2.0 | 2.2 | 3.6 | 3.8 |
| Equity | (% of balance sheet total) | 35.7 | 39.8 | 34.5 | 31.5 | 26.3 | 30.5 | 33.7 | 31.1 | 41.6 | 40.6 | 35.1 |
| Investment | (in % of depreciation) | 200 | 179 | 312 | 332 | 219 | 229 | 158 | 181 | 167 | 147 | 294 |
| ROCE 1 [2] | (%) | 10.0 | 16.4 | 17.5 | 17.7 | 16.1 | 10.3 | 15.1 | 9.4 | 10.5 | 17.5 | 18.8 |
| ROCE 2 [3] | (%) | 8.4 | 8.7 | 9.2 | 11.2 | 10.9 | 7.3 | 9.1 [1] | 6.6 | 8.0 | 12.1 | 14.1 |
| ROE | (%) | 9.3 | 7.9 | 12.3 | 13.5 | 14.3 | 8.7 | 12.9 [1] | 9.8 | 9.1 [4] | 13.1 | 16.4 |

[1] without special effect (of 17.0 mill. EUR) from change in US accounting principles
[2] EBIT/ capital employed
[3] PAT BI/ capital employed
[4] only 50 % of 2004 capital increase are calculated

**Financial statements/ Key figures**   Outlook



# Net Income/Dividend in m €

## LEONI

37

1) Without special effect of € 17 m from change in US accouting principles
2) Including a corporate tax credit amounting to € 4.8 m.

**Financial statements/ Key figures**   Outlook

# LEONI

# Key Figures per Share

| | | HGB | | | | | | US-GAAP | | | IFRS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| Shares [1] | (m) | 4.8 | 6.0 | 6.0 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 9.9 | 29.7 | 29.7 |
| adjusted to the (3 for 1) share split | (m) | 14.4 | 18.0 | 18.0 | 19.8 | 19.8 | 19.8 | 19.8 | 19.8 | 29.7 | 29.7 | 29.7 |
| EPS [2] * | (€) | 0.82 | 0.61 | 0.97 | 1.14 | 1.10 | 0.95 | 1.53 [4] | 1.12 | 1.12 | 1.89 | 2.64 |
| Dividend | (m €) | 3.6 | 4.1 | 4.9 | 5.7 | 5.7 | 7.1 | 7.6 | 7.6 | 12.4 | 16.9 | 23.8 [5] |
| Dividend per share [2] | (€) | 0.25 | 0.23 | 0.27 | 0.29 | 0.29 | 0.36 | 0.38 | 0.38 | 0.42 | 0.57 | 0.80 [5] |
| Dividend yield [3] | (%) | 3.2 | 2.3 | 2.9 | 3.3 | 3.0 | 4.4 | 3.8 | 2.3 | 2.5 | 2.1 | 2.6 |
| BVPS [2] | (€) | 5.2 | 5.6 | 5.9 | 7.1 | 7.8 | 10.9 | 11.9 | 11.4 | 12.3 | 14.4 | 16.2 |
| Market capitalization [3] | (m €) | 115 | 183 | 167 | 168 | 191 | 163 | 203 | 323 | 495 | 800 | 918 |

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Share price closed | 7.96 | 9.90 | 9.37 | 9.33 | 9.67 | 8.25 | 10.17 | 16.33 | 16.67 | 26.93 | 30.92 |
| Share price high for the year | 8.86 | 12.27 | 13.55 | 12.03 | 10.65 | 9.31 | 11.91 | 16.48 | 18.65 | 28.73 | 34.20 |
| Share price low for the year | 6.05 | 7.98 | 6.82 | 7.74 | 8.20 | 7.33 | 7.53 | 8.82 | 13.87 | 17.03 | 26.00 |

[1] as per year's end
[2] adjusted to the 3 for 1 share split
[3] relating to price at year's end
[4] without special effect from change in US accounting principles (0.86 EUR / share)
[5] subject to the resolution of the AGM on 3 May 2007
* until 2000 DVFA based earnings

Outlook

Financial statements/ Key figures

**LEONI**

**Analyst Meeting 2007**

39

## 3. Outlook 2007 / 2008

# LEONI

# Major Topics 2007

**Wiring Systems Division**

- Sales will be down slightly from 2006 level (ongoing major projects exceeded peak output figure, little impetus from the market, only a few model change-overs).

- Advance spending in 2007 for new orders from automotive and commercial vehicle industry. Therefore EBIT 2007 will not match good level of previous year.

- New large-scale orders will ensure utilisation of existing facilities' capacity over medium term.

- Additional opportunity in expanding the international commercial vehicle business.

- Chances of gaining new orders from existing automotive industry customers are also good.

Outlook

Financial statements/ Key figures

40

# LEONI

## Major Topics 2007

**Division Wire & Cable Solutions**

▪ Further growth this year. Increase in sales by high single-digit percentage rate.

▪ Positive effect from Studer Draht- und Kabelwerk AG, NBG Fiber-Optic GmbH and LEONI HighTemp Solutions GmbH, which will for the first time contribute to business volume over an entire year.

▪ Expansion of production capacity in China and completing the new facility of LEONI HighTemp Solutions.

▪ Opportunities are still given to acquire businesses operating at a high growth niche market.

**Outlook**

Financial statements/ Key figures

# LEONI

## Outlook 2007

### Sales

⇨ Sales increase in 2007 by a mid single-digit percentage rate (based on an average copper price of 5 € per kg).

### Earnings

⇨ From today's perspective EBIT will be between € 120 and 125 million.

**Outlook**

Financial statements/Key figures

42

# LEONI

43

Outlook

Financial statements/ Key figures

## Outlook 2008

 **Sales increase similar to that in 2007.**

 **Significant rise in earnings.**

# LEONI

## Annual General Meeting 2007

3  May 2007

10.00 a.m.

CCN CongressCenter Nuremberg

Hall „Brüssel"

We are looking forward to meeting you there!

# LEONI

## Disclaimer

"This information is provided by LEONI AG »as is« and without guaranty, warranty and / or representation of any kind, expressed or implied. While the information provided is believed to be accurate, it may include errors or inaccuracies. In no event shall LEONI AG be liable to any person for any special, indirect or consequential damages relating to this material.

Further, the information given here contains predictions which are based on our current assumptions and forecasts. Such predictions are subject to known as well as unknown risks, uncertainties and influences which may lead to a business development, final results and a financial situation which deviate from those given in the estimates. LEONI AG does not assume any obligation whatsoever to update any forward-looking statements."