# Exhibit E

8/16/12                                             D&B Business Reports



**Decide with Confidence**

Comprehensive Report for
**LEONI WIRING SYSTEMS, INC.**
Report Printed: August 16, 2012

**D-U-N-S #: 87-686-1881**

---

▶ Print this report
▶ **To save this report to your PC:** Select File and then Save As from the browser menu bar. Click on the Save in: drop-down
menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

---

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber LexisNexis.

Company Snapshot   Creditworthiness   Payment History & Trends   Public Filings   History & Operations   Banking & Finance

# Company Snapshot

## Business Summary

**Profile**
**LEONI WIRING SYSTEMS, INC.**
2861 N Flowing Wells Rd Ste 121
Tucson, AZ 85705

**Mailing address:**
PO Box 840572
Dallas, TX 75284

**Tel:** 520 741-0895
**D-U-N-S #:** 87-686-1881
(SUBSIDIARY OF LEONISCHE HOLDING, INC., TUCSON, AZ)
**D&B Rating:** --

**Company Stats**

| | |
|---|---|
| **Year incorporated** | 1996 |
| **Year started** | 1994 |
| **Management control** | 2005 |
| **Employees** | 2,100 ( 45 here) |
| **Chief Executive** | Martin Gloesslein,president |
| **S.I.C.** | 3679 |
| | 8741 |
| | 5063 |

**Industry**
Mfg electronic components, management services, whol
electrical equipment

This is a **headquarters (subsidiary)** location.
Branch(es) or division(s) exist.

The Net worth amount in this section may have been adjusted by
D&B to reflect typical deductions, such as certain intangible assets.

**Likelihood this company will not pay on
time over the next 12 months**                      **LOW** ✅

Credit Score Class: 2



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Low | | | | High |

**Likelihood this company will
experience financial stress in the next
12 months**                                   **SIGNIFICANT** ⚠️

Financial Stress Class: 4



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Low | | | | High |

**Timeliness of historical payments for
this company\*\***                            SLOW ⚠️

D&B PAYDEX®: 68



| 100 | | 0 |
|---|---|---|
| Anticipates Prompt | 30 days slow | 120 days slow |

Industry benchmark: Slow
\*\*Based on 107 trade experiences on file with D&B

**Payment performance trend
over the past 90 days**           **UNCHANGED**

---

**D&B offers guidance on credit limits for this company based on its profile as well as profiles of
other companies similar in size, industry, and credit usage**                    Get details

---

**Evidence of bankruptcy, fraud, or criminal proceedings in the history of this business or its
management**                                                                      NO ✅

---

**Noteworthy special events in this company's file**                              NO ✅

---

**Total number of suits, liens and judgments in this company's file**             1 ⚠️

---

**Value of open suits, liens and judgments for this company**                     $625 ⚠️

Value of open records refers only to 10 most recent filings for each record type.

8/16/12
D&B Business Reports

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

# Creditworthiness

## Summary

| | | |
|---|---|---|
| **Likelihood this company will experience financial stress in the next 12 months** | SIGNIFICANT ▲ | **D&B Rating: --** |

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a "-" symbol include: deficit net worth, bankruptcy proceedings, insufficient payment information, or incomplete history information. For more information, see the D&B Rating Key.

**Likelihood this company will not pay on time over the next 12 months** — LOW ✓

## Default on Payment: Financial Stress Summary

**Likelihood this company will experience financial stress in the next 12 months** — SIGNIFICANT ▲

Financial Stress Class: **4**



1 2 3 4 5
Low                   High

Financial stress national percentile: 9 (highest risk: 1%; lowest risk: 100%)
National percentile industry norm: 52 (highest risk: 1%; lowest risk: 100%)

During the prior year, firms in this Financial Stress Class had a failure rate of 0.84%, which is 1.75 times higher than the national average.

**Key Factors**
- 107 trade experiences exist for this company.
- Financial Stress Score: 1397 (high risk: 1,001;low risk: 1,875)
- Low proportion of satisfactory payment experiences to total payment experiences.
- UCC Filings reported.
- High number of inquiries to D&B over last 12 months.
- High proportion of slow payment experiences to total number of payment experiences.
- Limited time under present management control.

## Payment within Terms: Credit Score Summary

**Likelihood this company will not pay on time over the next 12 months** — LOW ✓

Credit Score Class: **2**



1 2 3 4 5
Low                   High

The Credit Score class of 2 for this company shows that 10.6% of firms with this class paid one or more bills severely delinquent,

which is lower than the average of businesses in D&B's database.

Credit score percentile: 87 (high risk: 1%; low risk: 100%)
Industry norm percentile: 60 (high risk: 1%; low risk: 100%)

**Key Factors**
- 107 trade experiences exist for this company.
- Most recent amount past due.
- Insufficient number of payment experiences.
- Low proportion of satisfactory payment experiences to total payment experiences.
- High proportion of past due balances to total amount owing.

## Additional Information

**Financial Stress Summary**
- The Financial Stress Risk Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The probability of failure shows percentage of firms in a given percentile that discontinue operations with loss to creditors

**Credit Score Summary**
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of

8/16/12                                                           D&B Business Reports

percentile that discontinue operations with loss to creditors.
The average probability of failure is based on businesses in
D&B's database and is provided for comparative purposes.
- The Financial Stress Score Percentile reflects the relative
  ranking of a company among all scorable companies in D&B's
  file.
- The Financial Stress Score offers a more precise measure of
  the level of risk than the Risk Class and Percentile. It is
  especially helpful to customers using a scorecard approach to
  determining overall business performance.

For example, a firm in the 80th percentile has a lower risk of
paying in a severely delinquent manner than 79% of all
scorable companies in D&B's files..

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

# Payment History

## Summary

| | | | |
|---|---|---|---|
| Average payment performance trend when weighted by dollar amount | UNCHANGED ⬌ | Company's payment performance over the past 12 months compared with its peers | SLOW ⚠ |

## Payment History Overview

| | | | |
|---|---|---|---|
| Payment experiences on file with D&B: | 107 | Average highest credit: | $85,215 |
| Payments made within terms: | 79 (74%) | Largest high credit: | $2,000,000 |
| Amount placed for collections: | 0 (0%) | Highest now owing: | $2,000,000 |
| | | Highest past due: | $500,000 |

## Historical Payment Trends: PAYDEX®

**Average payment performance trend when weighted by dollar amount**

**Last 3 months**: Trend is unchanged          ⬌ **UNCHANGED**

**Last 12 months**: 17 days beyond terms   D&B PAYDEX® : **68**
Industry benchmark: Slow



100                                          0
Anticipates Prompt        30              120
                       days slow        days slow

Based on payments collected over last 12 months.

Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection
even though the existence or amount of the debt is disputed.

## Historical Payment Trends: PAYDEX® Comparison to Industry

**Company's payment performance over the past
12 months compared with its peers**          SLOW ⚠ 

**This company's 12-month high**: 69, or equal to 16 days beyond terms
**This company's 12-month low**: 68, or equal to 17 days beyond terms

```
     N/A
      20
      30
      40
PAYDEX 50  —
      60  —
      70  ■ ■   ■  ■  ■  ■     ■   ■ ■
      80     ■          ■
      90
     100
         09/11 10/11 11/11 12/11 01/12 02/12 03/12 04/12 05/12 06/12 07/12 08/12
```

8/16/12                           D&B Business Reports

09/11 10/11 11/11 12/11 01/12 02/12 03/12 04/12 05/12 06/12 07/12 08/12

→ This Company ■ Industry Benchmark

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Mfg electronic components, management services, whol electrical equipment, based on SIC code 3679.

## Payment History Details

| Date Reported | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 08/12 | Prompt | 2,500 | 1,000 | 0 | | 1 |
| 08/12 | Prompt-Slow 60 | 50,000 | 5,000 | 2,500 | | 1 |
| 07/12 | Prompt | 500,000 | 400,000 | 0 | Net60 | 1 |
| 07/12 | Prompt | 400,000 | 200,000 | 0 | Net60 | 1 |
| 07/12 | Prompt | 250,000 | 250,000 | 35,000 | | 1 |
| 07/12 | Prompt | 100,000 | 95,000 | 2,500 | Net60 | 1 |
| 07/12 | Prompt | 90,000 | 15,000 | 0 | Net60 | 1 |
| 07/12 | Prompt | 40,000 | 0 | 0 | | 2-3 |
| 07/12 | Prompt | 25,000 | 20,000 | 20,000 | Net30 | 1 |
| 07/12 | Prompt | 20,000 | 20,000 | 0 | | 1 |
| 07/12 | Prompt | 15,000 | 10,000 | 0 | | |
| 07/12 | Prompt | 10,000 | 0 | 0 | | 2-3 |
| 07/12 | Prompt | 5,000 | 250 | 0 | | 1 |
| 07/12 | Prompt | 2,500 | 750 | | | 1 |
| 07/12 | Prompt | 2,500 | 0 | 0 | | 6-12 |
| 07/12 | Prompt | 2,500 | 0 | 0 | Net30 | 6-12 |
| 07/12 | Prompt | 2,500 | 0 | 0 | | 6-12 |
| 07/12 | Prompt | 250 | 0 | 0 | | 6-12 |
| 07/12 | Prompt | 250 | 0 | 0 | Net30 | 6-12 |
| 07/12 | Prompt | 250 | 0 | 0 | | 1 |
| 07/12 | Prompt | 100 | 0 | 0 | | 4-5 |
| 07/12 | Prompt | 50 | 0 | 0 | Net30 | 2-3 |
| 07/12 | Prompt-Slow 30 | 2,000,000 | 2,000,000 | 500,000 | Net30 | 1 |
| 07/12 | Prompt-Slow 30 | 60,000 | 30,000 | 10,000 | | 1 |
| 07/12 | Prompt-Slow 30 | 10,000 | 7,500 | 2,500 | Net30 | 1 |
| 07/12 | Prompt-Slow 30 | 7,500 | 1,000 | 0 | | 1 |
| 07/12 | Prompt-Slow 30 | 2,500 | 1,000 | 0 | Net30 | 1 |
| 07/12 | Prompt-Slow 30 | 750 | 500 | 0 | | 1 |
| 07/12 | Prompt-Slow 30 | 500 | 0 | 0 | | 1 |
| 07/12 | Prompt-Slow 90+ | 25,000 | 15,000 | 7,500 | | 1 |
| 07/12 | Slow 5 | 2,500 | 2,500 | 1,000 | Net30 | 1 |
| 07/12 | Slow 20 | 40,000 | 30,000 | 25,000 | | 1 |
| 07/12 | Slow 30 | 7,500 | 7,500 | 0 | Net30 | 1 |
| 07/12 | Slow 30-60 | 10,000 | 7,500 | 7,500 | | 1 |
| 07/12 | Slow 60-90+ | 70,000 | 2,500 | 2,500 | | 1 |
| 07/12 | Slow 30-120+ | 1,000 | 500 | 250 | | 1 |
| 07/12 | (037) | 50 | 0 | 0 | | 4-5 |
| | Cash own option. | | | | | |
| 06/12 | Disc-Prompt | 2,500 | 100 | 0 | | 1 |
| 06/12 | Prompt | 50,000 | 30,000 | 0 | | 1 |
| 06/12 | Prompt | 35,000 | 0 | 0 | | 4-5 |
| 06/12 | Prompt | 5,000 | 0 | 0 | | 2-3 |

8/16/12                                      D&B Business Reports

| | | | | | | |
|---|---|---|---|---|---|---|
| | Prompt | 5,000 | 0 | 0 | | 2-3 |
| 06/12 | Prompt | 1,000 | 250 | | Lease Agreemnt | |
| 06/12 | Prompt | 750 | 500 | 0 | | 1 |
| 06/12 | Prompt | 750 | 500 | 0 | | 2-3 |
| 06/12 | Prompt | 250 | 0 | 0 | | 2-3 |
| 06/12 | Prompt | 100 | 100 | 0 | | 1 |
| 06/12 | Prompt | 100 | 100 | 0 | | 1 |
| 06/12 | Prompt-Slow 30 | 5,000 | 500 | 0 | Net30 | 1 |
| 06/12 | Prompt-Slow 90 | 10,000 | 2,500 | 0 | | 1 |
| 06/12 | Prompt-Slow 120 | 1,000 | 0 | 0 | | 2-3 |
| 06/12 | Slow 30 | 2,500 | 0 | 0 | | 4-5 |
| 06/12 | Slow 30 | 100 | 100 | 100 | | 2-3 |
| 06/12 | (053) | 0 | 0 | 0 | Cash account | 6-12 |
| 05/12 | Prompt-Slow 30 | 1,000 | 1,000 | 500 | | 1 |
| 04/12 | Prompt | 750 | 500 | 0 | | 1 |
| 04/12 | Prompt | 100 | 0 | 0 | Net30 | 6-12 |
| 03/12 | Prompt | 2,500 | 0 | 0 | Special Agreemnt | 4-5 |
| 03/12 | Prompt | 250 | 0 | 0 | | 6-12 |
| 02/12 | Prompt | 5,000 | 0 | 0 | | 6-12 |
| 02/12 | Prompt | 100 | 0 | 0 | | 6-12 |
| 01/12 | Prompt | 1,000 | 0 | 0 | | 6-12 |
| 01/12 | Prompt | 100 | 0 | 0 | | 6-12 |
| 12/11 | Prompt | 5,000 | 2,500 | 1,000 | | 1 |
| 12/11 | Prompt-Slow 30 | 1,000 | 0 | 0 | Net30 | 2-3 |
| 10/11 | Prompt-Slow 30 | 2,500 | 0 | 0 | | 6-12 |
| 06/11 | Prompt | 2,500 | 1,000 | 0 | | 1 |
| 06/11 | Prompt | 2,500 | | | | 1 |
| 06/11 | Prompt | 1,000 | | | | 1 |
| 06/11 | Slow 5 | 1,000,000 | | | | 1 |
| 06/11 | Slow 5 | 70,000 | | | | 1 |
| 03/11 | Prompt | 500 | 250 | 0 | | 1 |
| 03/11 | Prompt | 50 | | | | 4-5 |
| 03/11 | Prompt-Slow 30 | 10,000 | 10,000 | 5,000 | | 1 |
| 03/11 | Prompt-Slow 60 | 200,000 | 65,000 | 35,000 | | 1 |
| 03/11 | Prompt-Slow 90 | 300,000 | 200,000 | 100,000 | | 1 |
| 12/10 | Slow 30-120 | 7,500 | 5,000 | 2,500 | | 1 |
| 11/10 | Prompt-Slow 30 | 750 | 750 | 0 | | 1 |
| 10/10 | (078) | 0 | 0 | 0 | Cash account | 6-12 |
| 10/10 | (079) | 0 | 0 | 0 | Cash account | 6-12 |
| 09/10 | Prompt-Slow 60 | 35,000 | 0 | 0 | | 4-5 |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of dispute over merchandise, skipped invoices, etc.
Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.


## Payment Analysis By Industry

**Company's dollar-weighted payments listed by the primary industries of its suppliers**

| | Total Received (#) | Total Dollar Amount ($) | Largest High Credit ($) | Within Terms | Slow 1-30 | Slow 31-60 | Slow 61-90 | Slow 91+ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (% of dollar amount) | | |

**Industry**

8/16/12                                   D&B Business Reports

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Telephone communictns | 13 | 128,150 | 50,000 | 99 | 1 | 0 | 0 | 0 |
| Whol electronic parts | 12 | 1,518,500 | 500,000 | 97 | 3 | 0 | 0 | 0 |
| Nonclassified | 8 | 63,100 | 40,000 | 94 | 6 | 0 | 0 | 0 |
| Whol electrical equip | 5 | 2,033,550 | 2,000,000 | 51 | 49 | 0 | 0 | 0 |
| Whol computers/softw r | 5 | 62,500 | 50,000 | 58 | 1 | 40 | 1 | 0 |
| Courier service | 4 | 1,073,500 | 1,000,000 | 0 | 100 | 0 | 0 | 0 |
| Mfg public bldg furn | 4 | 510,500 | 300,000 | 50 | 1 | 20 | 29 | 0 |
| Mfg elect. connectors | 3 | 2,005,000 | 2,000,000 | 50 | 50 | 0 | 0 | 0 |
| Trucking non-local | 3 | 15,000 | 10,000 | 50 | 8 | 0 | 42 | 0 |
| Mfg computers | 2 | 130,000 | 70,000 | 23 | 23 | 27 | 0 | 27 |
| Mfg relays/controls | 2 | 60,000 | 50,000 | 42 | 8 | 50 | 0 | 0 |
| Public finance | 2 | 8,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Radiotelephone commun | 2 | 5,750 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Whol office equipment | 2 | 2,600 | 2,500 | 0 | 100 | 0 | 0 | 0 |
| Whol industrial suppl | 2 | 2,600 | 2,500 | 4 | 96 | 0 | 0 | 0 |
| Misc equipment rental | 2 | 1,100 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg comrcl light fixt | 1 | 250,000 | 250,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg alkalies/chlorine | 1 | 35,000 | 35,000 | 50 | 0 | 50 | 0 | 0 |
| Mfg fluid pow er pumps | 1 | 25,000 | 25,000 | 50 | 0 | 0 | 0 | 50 |
| Mfg elect. components | 1 | 20,000 | 20,000 | 100 | 0 | 0 | 0 | 0 |
| Natnl commercial bank | 1 | 15,000 | 15,000 | 100 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Mfg fabricated rubber | 1 | 10,000 | 10,000 | 50 | 50 | 0 | 0 | 0 |
| Custom compounding | 1 | 7,500 | 7,500 | 0 | 100 | 0 | 0 | 0 |
| Mfg plane engine/part | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg die/tool/jig/fixt | 1 | 5,000 | 5,000 | 0 | 100 | 0 | 0 | 0 |
| Mfg car parts | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Paper mill | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Short-trm busn credit | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Help supply service | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Mfg photograph equip | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Air courier service | 1 | 1,000 | 1,000 | 50 | 0 | 0 | 0 | 50 |
| Mfg misc plastic prdt | 1 | 1,000 | 1,000 | 50 | 50 | 0 | 0 | 0 |
| Whol nondurable goods | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Whol service paper | 1 | 750 | 750 | 50 | 50 | 0 | 0 | 0 |
| Whol office supplies | 1 | 500 | 500 | 50 | 50 | 0 | 0 | 0 |
| Mfg misc office eqpt | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Photocopying service | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Ret mail-order house | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Lithographic printing | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| **Other payment categories** | | | | | | | | |
| Cash experiences | 13 | 1,050 | 250 | | | | | |
| Payment record unknow n | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collection** | | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | | |
| Other | 0 | N/A | 0 | | | | | |
| **Total in D&B's file** | **107** | **8,011,300** | **2,000,000** | | | | | |

There are 107 payment experiences in D&B's file for the most recent 12 months, w ith 62 experiences reported during the last three month period.

Company Snapshot    Creditw orthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

D&B Business Reports

## Public Filings

### Summary of Court Actions

**The following data includes both open and closed filings found in D&B's database on the subject company.**

| Record Type | Open Records | Open Value | Total Records | Most Recent Filing Date |
|---|---|---|---|---|
| **Suits** | 0 | 0 | 0 | - |
| **Liens** | 1 | $625 | 1 | 10/29/2010 |
| **Judgments** | 0 | 0 | 0 | - |
| **UCC Filings** | 6 | N/A | 8 | 01/20/2012 |
| **Bankruptcy Proceedings** | 0 | N/A | 0 | - |

Public filing data is for informational purposes only and is not the official record. Certified copies can only by obtained from the official source.
Number and value of open records refers only to 10 most recent filings for each record type.

### Liens

| Status | Amount | Type | Filed By | Against | Date Filed | Additional Details |
|---|---|---|---|---|---|---|
| Open | $625 | State Tax | STATE OF SOUTH CAROLINA | LEONI WIRING SYSTEMS INC | 10/29/2010 | Book/Page: 1642/0612<br>Date status Attained: 10/29/2010<br>Latest info Received: 12/31/2010<br>Where filed: RICHLAND COUNTY REGISTER OF DEEDS, COLUMBIA, SC |

A lienholder can file the same lien in more than one filing location. The appearance of multiple liens filed by the same lienholder against a debtor may be indicative of such an occurrence. Any public filings displayed in red are open.

### UCC Filings

| Collateral | Type | Sec. Party | Debtor | Date Filed | Additional Details |
|---|---|---|---|---|---|
| Accounts receivable - Contract rights | Original | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CHICAGO, IL | LEONI WIRING SYSTEMS, INC. | 11/23/2011 | Filing number: 2011 4505452<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 12/15/2011 |
| CONSIGNED MERCHANDISE | Original | WES-GARDE COMPONENTS GROUP, INC., HARTFORD, CT | LEONI WIRING SYSTEMS, INC. | 03/23/2006 | Filing number: 6099072 1<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 04/25/2006 |
| Computer equipment | Amendment | WES-GARDE COMPONENTS GROUP, INC., HARTFORD, CT | LEONI WIRING SYSTEMS, INC. | 10/16/2008 | Filing number: 2008 3503107<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 11/17/2008 |
| Unavailable | Amendment | WES-GARDE COMPONENTS GROUP, INC., HARTFORD, CT | LEONI WIRING SYSTEMS, INC. | 11/18/2008 | Filing number: 2008 3854351<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 12/19/2008 |
| Unavailable | Continuation | WES-GARDE COMPONENTS GROUP, INC., HARTFORD, CT | LEONI WIRING SYSTEMS, INC. | 10/25/2010 | Filing number: 2010 3719816<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 01/14/2011 |
| Fixtures - Business machinery/equipment | Original | WALSH BROS., PHOENIX, AZ | LEONI WIRING SYSTEMS, INC | 08/25/2008 | Filing number: 200815521576<br>Filed with: SECRETARY OF STATE UCC DIVISION, PHOENIX, AZ<br>Latest info Received: 09/11/2008 |
| Unavailable | Termination | WALSH BROS., PHOENIX, AZ | LEONI WIRING SYSTEMS, INC | 01/20/2012 | Filing number: 200815521576<br>Filed with: SECRETARY OF STATE UCC DIVISION, PHOENIX, AZ |

8/16/12                                                D&B Business Reports

Latest info Received: 02/07/2012

| Leased Equipment and proceeds | Original | WELLS FARGO BANK, N.A., LINCOLNSHIRE, IL | LEONI WIRING SYSTEMS, INC. | 06/07/2010 | Filing number: 2010 1978083 Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE |

Latest info Received: 07/12/2010

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed. Any public filings displayed in red are open.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## History & Operations

| Topic | Description |
|---|---|
| History | Detailed information on the history of a company, including background information on the management team and key principals, and information on related companies. |
| Corporate Family | Detailed information on all related companies, including subsidiaries, affiliates and branches. |
| Registration & Incorporation | Detailed registration and incorporation information, including the date and state of incorporation and the type of corporation formed. |
| Company Operations | Detailed information on a company's operations, including the identity of the parent company, the geographic scope of the business, and the key holdings. |
| Industry Classification | Details on the specific industry within which a company is classified. |

## History

**Officer(s):**        **Director(s):**
JAY MERIDEW, CFO   THE OFFICER(S)

The Delaware on Secretary of State's business registrations file showed that Leoni Wiring Systems, Inc., was registered as a Corporation on October 14, 1994.

Business started 1994 by Loenische Drahtwerke AG, Germany. Present control succeeded 2005. 100% of capital stock is owned by Parent company.

Business name has changed to Leoni Wiring Systems Inc from Leoni Cable Assembles Inc.

JAY MERIDEW. 2001-present active here.

## Corporate Family

**Global Ultimate:**

| | | |
|---|---|---|
| Leoni ag | Nürnberg, Germany | DUNS # 31-502-9256 |

**Parent:**

| | | |
|---|---|---|
| Leonische holding, inc. | Tucson, AZ | DUNS # 83-186-8109 |

**Subsidiaries (International):**

| | | |
|---|---|---|
| Leoni Wiring Systems de Durango, S.A. de C.V. | DURANGO, MEXICO | DUNS # 81-320-3999 |
| Leoni Wiring Systems Mexicana, S.A. de C.V. | HERMOSILLO, MEXICO | DUNS # 81-250-9511 |

**Branches (US):**

| | | |
|---|---|---|
| Leoni Wiring Systems, Inc. | 145 E Terminal Produce Dr, Nogales, AZ | DUNS # 83-170-0963 |

D&B Business Reports

| Leoni Wiring Systems, Inc. | 4610 Progress Dr, Columbus, IN | DUNS # 02-247-0343 |
| Leoni Wiring Systems, Inc. | 43811 Plymouth Oaks Blvd, Plymouth, MI | DUNS # 14-720-8495 |
| Leoni Wiring Systems, Inc. | 65 Brookfield Oaks Dr # 150, Greenville, SC | DUNS # 62-444-0074 |

**Affiliates (US):**

| Leoni Cable, Inc. | 400 Water St Ste 202, Rochester, MI | DUNS # 12-907-7579 |
| Leoni Wire, Inc. | 301 Griffith Rd, Chicopee, MA | DUNS # 62-163-6448 |

## Registration & Incorporation

**Registered Name:** Leoni cable assemblies inc
**Business Type:** Corporation
**Corporation Type:** Profit
**Date incorporated:** March 08, 1996
**State of incorporation:** Delaware

**Filing Date:** March 08, 1996
**Where filed:** SECRETARY OF STATE/CORPORATIONS DIVISION, DOVER, DE

Corporate and business registrations provided by management or other source.

## Company Operations

**Description:** Subsidiary of LEONISCHE HOLDING, INC., TUCSON, AZ.

(Foreign Parent is Leoni AG, Nurnberg, Germany. Foreign parent Duns# 31-502-9256.).

Manufactures electronic components, specializing in wire or cable harness assemblies. Provides management services. Wholesales electrical apparatus and equipment, specializing in wire and cable.

Has 25 account(s). Terms are net 30 days. Sells to manufacturers. Territory : United States.

Nonseasonal.

**Employees:** 2,100 which includes officer(s). 45 employed here.

**Facilities:** Leases 33,000 sq. ft. in a one story concrete block building.

**Location:** Central business section on well traveled street.

**Branches:** Maintain branch locations in Columbus, IN, Plumouth MI and Duncan, SC.

**Subsidiaries:** This business has 1 subsidiaries listed below.

Leoni Wiring Systems Mexicana S. A. de CV, Hermosillo, Sonora, Mexico. Has 1200 employee. (100%) chartered 1984. Operates as manufacturing plant. Plant; 160.000 sq ft.

## Industry Classification

| SIC | | NAICS | |
|---|---|---|---|
| 36799905 | Harness assemblies, for electronic use: wire or cable | 334419 | Other Electronic Component Manufacturing |
| 87410000 | Management services | 561110 | Office Administrative Services |
| 50630300 | Wire and cable | 423610 | Electrical Apparatus and Equipment, Wiring Supplies and Related Equipment Merchant |

8/16/12

D&B Business Reports

Wholesalers

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.
The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Banking & Finance

### Key Business Ratios

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

#### Industry Norms based on 14 establishments

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 7.0 | UN |
| Return on Net Worth | UN | 12.9 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 3.3 | UN |
| Quick Ratio | UN | 1.7 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 83.3 | UN |
| Sales / Net Working Capital | UN | 2.7 | UN |
| **Utilization** | | | |
| Total Liabilities / Net Worth | UN | 64.4 | UN |

UN = Unavailable

### Finance
**11/15/2011**

On NOV 15 2011 Jamie Rogers, Acct Pyble Mgr, deferred financial information.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

### Customer Service

Need help? Call Customer Service at 1-800-234-3867, Monday through Friday, 8:00 AM to 6:00 PM Local Time.

▶ Print this report
▶ **To save this report to your PC:** Select File and then Save As from the browser menu bar. Click on the Save in: drop-down menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

Copyright 2004 Dun & Bradstreet – Provided under contract for the exclusive use of subscriber LexisNexis.