# Exhibit K

# LEONI

>> LEONI.com

**WIRING SYSTEMS DIVISION**

CONTACT | SITEMAP | English

The Quality Connection | HOME | ABOUT US | MARKETS | RESEARCH & DEVELOPMENT | PRODUCTS & SOLUTIONS | LOCATIONS



Material procurement & inventory management

- Wiring systems
- Components
- Sensors
- Overfoaming harnesses
- High voltage systems
- **Logistics**
  - **Material procurement & inventory management**
  - > Packaging
  - > Customer supply concepts
- Quality management

**Procurement of materials from suppliers for issue to our global manufacturing sites, on time and in full**
- Batch deliveries
- Direct deliveries
- „Milk Run"

**Consolidation**
- Receipt of materials
- Intermediate storage
- Documentation

**Supply to global manufacturing sites**
- Full loads
- Direct deliveries
- Maximised flexibility and responsiveness

Imprint | Data Protection | Legal Notice