# Exhibit L

# LEONI

WIRING SYSTEMS DIVISION

» LEONI.com

CONTACT | SITEMAP | English

The Quality Connection

HOME  ABOUT US  MARKETS  RESEARCH & DEVELOPMENT  PRODUCTS & SOLUTIONS  LOCATIONS

- Africa
- Asia
- Australia
- Europe
- **North America**
- South America

» Jobs & Careers

Africa             Europe
Asia               **North America**
Australia          South America

**Mexico**

**LEONI Wiring Systems Mexicana S.A. de C.V.**

Blvd. Antonio Quiroga s/n
Col. El Llanito
c.p. 83174 Hermosillo
Sonora, Mexico

Phone +52 (0)662 2897 100

**LEONI Wiring Systems de Torreón S.A. de C.V.**

Antiguo camino a Contreras 201
Col. 20 de Noviembre
c.p. 34236 Durango
Durango, Mexico

Phone +52 (0) 618 1501 500

**USA**

**LEONI Wiring Systems Inc.**

4618 Progress Drive
Columbus
IN 47201



USA

Phone +1 812 376 7700

**LEONI Wiring Systems Inc.**

47632 Halyard Drive Ste. A
Plymouth
Michigan 48170
USA

Phone +1 248 982 1086

**LEONI Wiring Systems Inc.**

2861 North Flowing Wells Road
Suite 121
Tuscon 85705
USA

Phone +1 520 741 0895
Fax +1 520 741 0864

| Imprint | Data Protection | Legal Notice