# Exhibit N



E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

03724794

**DUE ON OR BEFORE** 01/08/2012         **FILING FEE** $45

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all c organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R 121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or correctio necessary. Information for the report should reflect the current status of the corporation.

1. F-0771329-4
   LEONI WIRING SYSTEMS, INC.
   2861 N FLOWING WELLS RD #121
   TUCSON, AZ 85705

   Business Phone: _____ (Business phone is optional.)
   State of Domicile: DELAWARE     Type of Corporation: BUSINESS

2. Statutory Agent: LAWRENCE FINKENTHAL
   Mailing Address: @ LEONI WIRING SYSTEMS INC
   2861 N FLOWING WELLS RD #121
   City, State, Zip: TUCSON, AZ 85705

   Statutory Agent's Street or Physical Addre
   Physical Address:
   City, State, Zip: AZ

**ACC USE ONLY**
Fee       $ 45.00
Penalty   $  9.00
Reinstate$    0.00
Expedite $_____
Resubmit $_____

If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Ari

I, (individual) or We, (corporation or limited liability company) having been designated the new Statu do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of new Statutory Agent

_____
Printed Name of new Statutory Agent

3. **Secondary Address:**
   (Foreign Corporations are **REQUIRED** to complete this section).

   REGISTERED  AGENT 90000 12
   THE PRENTICE HALL CORPORATION
   2711 CENTERVILLE RD #400
   WILMINGTON, DE 19858

4. **CHARACTER OF BUSINESS**

   MANUFACTURING

Received: 01/09/2012 14:46

F-0771329-4  LEONI WIRING SYSTEMS, INC.

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial in estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates Authorized | Class | Series Within Class (If |
|---|---|---|
| 3000 | COMMON STOCK | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine t minutes for the number of **shares issued**.

| Number of Shares/Certificates Issued | Class | Series Within Class (if |
|---|---|---|
| 1000 | COMMON STOCK | |

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than interest in the corporation.

LEONI BORDNETZ-SYSTEME

**7. OFFICERS**

Name: MARTIN GLOESSLEIN
Title: CHIEF EXECUTIVE OFFICER
Address: 2861 N FLOWING WELLS RD #121
         TUCSON, AZ  85705
Date Taking Office: 04/01/2011

Name: JUERGEN LINHARD
Title: PRESIDENT
Address: FLUGPLATZSTRASSE 74
         KITZINGEN, GE  97318
Date Taking Office: 12/05/200!

Name: ROBERT DUGGAN
Title: SECRETARY
Address: 1 FINANCIAL CENTER
         BOSTON, MA  02111
Date Taking Office: 01/14/2008

Name: LAWRENCE FINKENTHAL
Title: TREASURER
Address: 2861 N FLOWING WELLS
         TUCSON, AZ  85705
Date Taking Office: 04/01/201:

**8. DIRECTORS**

Name: MARTIN GLOESSLEIN
Address: 2861 N FLOWING WELLS RD #121
         TUCSON, AZ  85705
Date Taking Office: 04/01/2011

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

Name:
Address:
Date Taking Office:

F-0771329-4   LEONI WIRING SYSTEMS, INC.

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**
Nonprofits – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial stateme Cooperative marketing associations must in all cases submit a financial statement. All other forms of corporations are ex financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**        This corporation DOES ☐ DOES NOT ☐ h

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(6) & 10-11622(A)(7))**

A. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or l 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in been:

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction wit period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or n monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certifica
3. Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year p preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:   YES**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to actions stated in Items 1 through 3 above.

1. Full birth name.
2. Full present name and prior names used.
3. Present home address.
4. All prior addresses for immediately preceding 7 year period.
5. Date and location of birth.
6. The nature and description of each co action; the date and location; the court a involved; and the file or cause number o

B. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or l the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the co in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corpo

**One box must be marked:   YES**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation su statement above.
    (a) Name and address of each corporation and the persons involved.
    (b) State(s) in which it  (i) was incorporated and   (ii) transacted business.
    (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**

A. Has the corporation filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:   YES ☐**
   If "Yes" to A, the following information **must be submitted** as an attachment to this report:
   1. All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for ban appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, cha board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a sharehold controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or interest in the corporation.

   2. Whether any such person has been an officer, director, trustee or major stockholder of any other corporation withi bankruptcy or receivership of the other corporation. If so, for each such corporation give:
       (a) Name and address of each corporation;
       (b) States in which it  (i) was incorporated and   (ii) transacted business.
       (c) Dates of operation.

**12. SIGNATURES:**  | Annual Reports must be signed and dated by at least one duly authorized officer or they wil
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised St filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined th certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and c

Name LAWRENCE FINKENTHAL       Date 01/09/2012