**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## AGENDA FOR THE SEPTEMBER 14, 2012 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.  STATUS OF SERVICE:**

    A.  Chart-Wire Harness (to be submitted in writing pursuant to party agreement)

    B.  Fuel Senders

    C.  Heating Control Panels

    D.  Instrument Panel Clusters

**II.  CASE MANAGEMENT ORDERS--FUEL SENDERS, HEATING CONTROL PANELS, INSTRUMENT PANEL CLUSTERS**

    A.  Discovery Plan

    B.  Expert Stipulation

    C.  Protective Order

    D.  ESI Stipulation

    E.  Dates for Consolidated Amended Complaints and Other Pleadings

### III. ORAL ARGUMENT DATE: PENDING WIRE HARNESS MOTIONS

A. December 5, 2012, at 10:00 a.m.--Personal Jurisdiction (Doc. Nos. 234, 235, 238); Bankruptcy (Doc. No. 237)

B. December 6, 2012, at 10:00 a.m.--Sufficiency of the Allegations re: Federal and/or State Claims (Doc. Nos. 227, 228, 229, 230, 231, 234, 239, 358)

### IV. OBJECTION CUT-OFF DATE—OCCUPANT SAFETY SYSTEMS AND BEARINGS

A. Proposed Hearing Date on Objections (if necessary)

B. Procedure if No Objections Filed

### V. DATE FOR NEXT STATUS CONFERENCE—November 29, 2012 (All Parties/All Products)

### VI. OTHER MATTERS

Any party interested in any part should appear; Wire Harness Defendants do not need to appear.

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATE: September 12, 2012