# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty

Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff Tiffin Motor

Homes, Inc. in the above-captioned matter.

Dated: September ___, 2012

/s/ Randall B. Weill_____
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff Tiffin Motor
Homes, Inc.

3549599.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September ___, 2012 I electronically filed the foregoing

document with the Clerk for the Court using the ECF system which will send notification of such

filing to ECF-registered counsel.

<u>/s/ Randall B. Weill</u>_____
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Plaintiff Tiffin Motor
Homes, Inc.

3549599.1