UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF JAMES P. FEENEY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of James P. Feeney of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Automotive Holdings Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 13, 2012                     DYKEMA GOSSETT PLLC

                                                             By: /s/ James P. Feeney
                                                              James P. Feeney  (P13335)
                                                              Attorneys for Defendant
                                                               TRW Automotive Holdings Corp.
                                                              39577 Woodward Avenue, Suite 300
                                                              Bloomfield Hills, Michigan  48304
                                                              (248) 203-0841
                                                              (248) 203-0763 - facsimile
                                                              *email*:  jfeeney@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I electronically filed my Appearance on behalf of TRW Automotive Holdings Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 13, 2012               DYKEMA GOSSETT PLLC

By: /s/ James P. Feeney
    James P. Feeney  (P13335)
    Attorneys for Defendant
     TRW Automotive Holdings Corp.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0841
    (248) 203-0763 - facsimile
    *email*:  jfeeney@dykema.com

BH01\1650528.1
ID\JPF - 087911\0010