UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| IN RE: ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE

PLEASE ENTER the appearance of Samuel Davidoff as attorney of record in the above captioned Class Case on behalf of Defendant, TK Holdings Inc. in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 13, 2012

                      Respectfully submitted,

                      Williams & Connolly LLP

                      */s/* Samuel Davidoff
                      Samuel Davidoff
                      725 Twelfth Street, N.W.
                      Washington DC  20005
                      202-434-5848 (Phone)
                      202-434-5029 (Fax)
                      sdavidoff@wc.com

                      *Attorneys for TK Holdings Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                        /*s/* Samuel Davidoff
                                        Samuel Davidoff
                                        725 Twelfth Street, N.W.
                                        Washington DC  20005
                                        202-434-5848 (Phone)
                                        202-434-5029 (Fax)
                                        sdavidoff@wc.com

                                        *Attorneys for TK Holdings Inc.*

41895-41895-0000

AA\200036820.1