UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| IN RE: ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE

PLEASE ENTER the appearance of Suzanne L. Wahl as attorney of record in the above captioned Class Case on behalf of Defendant, TK Holdings Inc. in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 13, 2012

                        Respectfully submitted,

                        Schiff Hardin LLP

                        */s/* Suzanne L. Wahl
                        Suzanne L. Wahl
                        350 S. Main St., Ste 210.
                        Ann Arbor, MI 48104
                        734-222-1500 (Phone)
                        734-222-1501 (Fax)
                        swahl@schiffhardin.com

                        *Attorneys for TK Holdings Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                /*s/* Suzanne L. Wahl
                                Suzanne L. Wahl
                                350 S. Main St., Ste 210.
                                Ann Arbor, MI  48104
                                734-222-1500 (Phone)
                                734-222-1501 (Fax)
                                swahl@schiffhardin.com

                                *Attorneys for TK Holdings Inc.*

41895-41895-0000

AA\200036822.1