**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO:  Direct Purchaser Actions | B:12-cv-00501-MOB-MKM |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | B:12-cv-00500-MOB-MKM |
| THIS RELATES TO:<br><br>SPS SPINDLE PARTS AND SERVICE, LLC, On behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, NTN CORPORATION, and NTN USA CORPORATION,<br><br>           Defendants. | 2:12-cv-13142-MOB-MKM |

1

3551458.2

**MOTION TO WITHDRAW**

PURSUANT TO Local Rule 83.25(b)(2), Preti, Flaherty, Beliveau & Pachios LLP, Gregory P. Hansel, Randall B. Weill, Jonathan G. Mermin and Joshua R. Carver ("Preti Flaherty") respectfully move to withdraw as one of the counsel for SPS Spindle Parts and Service, LLC and as one of the Interim Lead Counsel in the Bearings Direct Purchaser Cases only, due to a potential conflict of interest. In support of this motion, Preti Flaherty notes that other counsel for SPS Spindle Parts and Service, LLC will continue to represent it and that there are three other Interim Lead Counsel in the Bearings Direct Purchaser Cases.

Prior to filing this motion, pursuant to Local Rule 7.1(a), Preti Flaherty conferred with all counsel who have entered appearances for the Bearings Defendants, none of whom object to this motion. Specifically, Preti Flaherty conferred with Howard Iwrey, counsel for Defendants AB SKF and SKF USA, Inc. Attorney Iwrey advised that SKF USA, Inc. consents to the motion; AB SKF does not waive service of process but will not object. Brian M. Akkashian, counsel for JTEKT Corporation and KOYO Corporation of USA advised that those Defendants do not object. Preti Flaherty also contacted Paul Victor and Molly Donovan of Winston & Strawn, counsel for Defendants NTN Corporation and NTN USA Corporation, and was advised that those Defendants do not waive service of process but do not object to this motion.

WHEREFORE, Preti Flaherty respectfully asks the Court to enter the attached proposed Order–also submitted via ECF utility–allowing it to withdraw as one of the counsel for SPS Spindle Parts and Service, LLC and as one of the Interim Lead Counsel in the Bearings Direct Purchaser Cases only.

3551458.2

                                                     Respectfully Submitted,

Dated: September 13, 2012            /s/ Gregory P. Hansel
                                                    Gregory P. Hansel
                                                    Randall B. Weill
                                                    Jonathan G. Mermin
                                                    Joshua R. Carver
                                                    Preti Flaherty Beliveau & Pachios, LLP
                                                    One City Center, PO Box 9546
                                                    Portland, ME 04112
                                                    Tel. 207-791-3000
                                                    Fax 207-791-3111
                                                    ghansel@preti.com

                                                   One of the attorneys for Plaintiff SPS Spindle Parts and Service, LLC

## **BRIEF IN SUPPORT OF MOTION TO WITHDRAW**

In support of its Motion to Withdraw, Preti Flaherty Beliveau & Pachios, LLP relies on the factual averments made in the Motion.

WHEREFORE, Preti Flaherty Beliveau & Pachios, LLP respectfully asks the Court to enter an Order allowing the firm and its attorneys to withdraw as one of the counsel for SPS Spindle Parts and Service, LLC and as one of the Interim Lead Counsel in the Bearings Direct Purchaser Cases only.

                                                      Respectfully Submitted,

Dated: September 13, 2012              /s/ Gregory P. Hansel
                                                    Gregory P. Hansel
                                                    Randall B. Weill
                                                    Jonathan G. Mermin
                                                    Joshua R. Carver
                                                    Preti Flaherty Beliveau & Pachios, LLP
                                                    One City Center, PO Box 9546
                                                    Portland, ME 04112
                                                    Tel. 207-791-3000
                                                    Fax 207-791-3111
                                                    ghansel@preti.com

                                                    One of the attorneys for Plaintiff SPS Spindle Parts
                                                    and Service, LLC

3551458.2

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff SPS Spindle Parts and Service, LLC

3551458.2