# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF PETER KONTIO

PLEASE enter the appearance of Peter Kontio of the law firm Alston & Bird LLP, as counsel on behalf of the Autoliv Defendants named in the above captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.  This is in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Respectfully submitted,

/s/ Peter Kontio
Peter Kontio
Ga. Bar No. 428050
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
Fax:  404-881-7777
E-mail:  peter.kontio@alston.com

*Attorneys for Autoliv Defendants*

Dated: September 13, 2012

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Respectfully submitted,

/s/ Peter Kontio
Peter Kontio
Ga. Bar No. 428050
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
E-mail:  peter.kontio@alston.com

*Attorneys for Autoliv Defendants*