# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | * * * | 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: WIRE HARNESS CASES | * * * * | W:12-cv-00103-MOB-MKM<br><br>Case No. 12-cv-10675-MOB-MKM |
| THIS RELATES TO:<br>Margaret A. Sirmon, et al.<br>v.<br>Delphi Automotive Systems, LLC, et al. | * * * * * | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF SCOTT M. QUINN |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT M. QUINN, voluntarily dismisses her claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated:	September 13, 2012	Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/Hugh P. Lambert
　　　　　　　　　　　　　　　　　　　　HUGH P. LAMBERT, ESQ. (MI Bar #P23567)
　　　　　　　　　　　　　　　　　　　　CANDICE C. SIRMON, ESQ.
　　　　　　　　　　　　　　　　　　　　LAMBERT & NELSON, PLC
　　　　　　　　　　　　　　　　　　　　701 Magazine Street
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-1750
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 529-2931
　　　　　　　　　　　　　　　　　　　　hlambert@lamnel.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Scott M. Quinn*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                                  */s/Hugh P. Lambert*
                                                  HUGH P. LAMBERT, ESQ. (MI Bar #P23567)