**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF VICTORIA ROMANENKO

PLEASE TAKE NOTICE that Victoria Romanenko of Cuneo Gilbert& LaDuca, LLP, hereby enters her appearance as counsel for all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 17, 2012           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Victoria Romanenko
　　　　　　　　　　　　　　　　　　　　　　Victoria Romanenko
　　　　　　　　　　　　　　　　　　　　　　Cuneo Gilbert & LaDuca, LLP
　　　　　　　　　　　　　　　　　　　　　　507 C Street NE
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 789 3960
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 789 1813
　　　　　　　　　　　　　　　　　　　　　　vicky@cuneolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Victoria Romanenko
Victoria Romanenko