UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF JOEL DAVIDOW

PLEASE TAKE NOTICE that Joel Davidow of Cuneo Gilbert & LaDuca, LLP, hereby enters his appearance as counsel for all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 17, 2012               Respectfullysubmitted,

                                        /s/ Joel Davidow
                                        Joel Davidow
                                        Cuneo Gilbert & LaDuca, LLP
                                        507 C Street NE
                                        Washington, DC 20002
                                        Tel: (202) 789 3960
                                        Fax: (202) 789 1813
                                        joel@cuneolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF systemwhich will send notification ofsuch filing to ECF-registered counsel.

      /s/ Joel Davidow
      Joel Davidow