**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO: Direct Purchaser Actions | B:12-cv-00501-MOB-MKM |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | B:12-cv-00500-MOB-MKM |
| THIS RELATES TO:<br><br>SPS SPINDLE PARTS AND SERVICE, LLC, On behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, NTN CORPORATION, and NTN USA CORPORATION,<br><br>    Defendants. | 2:12-cv-13142-MOB-MKM |

3551502.1

## ORDER ON MOTION TO WITHDRAW

THIS CAUSE having come before the Court upon the Motion to Withdraw of Preti, Flaherty, Beliveau & Pachios LLP:

IT IS HEREBY ORDERED that Preti, Flaherty, Beliveau & Pachios LLP, Gregory P. Hansel, Randall B. Weill, Jonathan G. Mermin and Joshua R. Carver are withdrawn as one of the counsel of record for Plaintiff SPS Spindle Parts and Service, LLC and further, as one of the Interim Lead Counsel in the Bearings Direct Purchaser Cases only.

SO ORDERED:

Dated: September 19, 2012                                s/Marianne O. Battani
                                                                                Marianne O. Battani
                                                                                United States District Judge

3551502.1