## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF BENJAMIN W. JEFFERS

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Benjamin W. Jeffers of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Automotive Holdings Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 19, 2012                        DYKEMA GOSSETT PLLC

By:  s/ Benjamin W. Jeffers
Benjamin W. Jeffers (P57161)
Attorneys for Defendant TRW Automotive Holdings Corp.
400 Renaissance Center
Detroit, MI  48243
(313) 568-5340
(313) 568-6691 - facsimile
*email*:  bjeffers@dykema.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically filed my Appearance on behalf of TRW Automotive Holdings Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 19, 2012                         DYKEMA GOSSETT PLLC

By:  s/ Benjamin W. Jeffers
Benjamin W. Jeffers (P57161)
Attorneys for Defendant TRW Automotive Holdings Corp.
400 Renaissance Center
Detroit, MI  48243
(313) 568-5340
(313) 568-6691 - facsimile
*email*:  bjeffers@dykema.com

DET01\1123517.1
ID\BWJ - 087911\0010