UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS** | : | 12-md-02311 |
| **ANTITRUST LITIGATION** | : | Honorable Marianne O. Battani |
| | : | |
| **ALL PARTS** | : | |
| | : | |
| **THIS RELATES TO:** | : | |
| **ALL CASES** | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   THE CLERK OF THE COURT

     PLEASE withdrawal the appearance of Atleen Kaur of Yazaki North America, Inc. ("YNA"), as counsel on behalf of YNA in the above-captioned matter.

Dated: September 19, 2012         YAZAKI NORTH AMERICA, INC.

                                          By: /s/ Atleen Kaur
                                          Atleen Kaur (State Bar No. P66595)
                                          Yazaki North America, Inc.
                                          6801 N. Haggerty Road
                                          Canton, MI 48187
                                          734-983-4622
                                          734-983-4623 (facsimile)
                                          *Email*: Atleen.kaur@us.yazaki.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2012, I electronically filed my Notice of Withdrawal of Appearance on behalf of Yazaki North America, Inc. with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated: September 19, 2012              YAZAKI NORTH AMERICA, INC.

                                                     By: /s/ Atleen Kaur
                                                     Atleen Kaur (State Bar No. P66595)
                                                     Yazaki North America, Inc.
                                                     6801 N. Haggerty Road
                                                     Canton, MI 48187
                                                     734-983-4622
                                                     734-983-4623 (facsimile)
                                                     *Email:* Atleen.kaur@us.yazaki.com