# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: WIRE HARNESS CASES | W:12-cv-00102-MOB-MKM<br>W:12-cv-00103-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL DEALERSHIP ACTIONS<br>ALL END-PAYOR ACTIONS | |

## ERRATA NOTICE

Automobile Dealer Plaintiffs hereby attach corrected pages 9-11 of the End-Payor and Auto-Dealer Plaintiffs' Memorandum of Law in Response to Defendants' Collective Motion to Dismiss, Doc. #390.  These pages erroneously referenced the South Carolina antitrust statute, instead of the South Carolina Unfair Trade Practices Act.  The error is corrected in the attached.

| | |
|---|---|
| Don Barrett<br>David McMullan<br>Brian Herrington<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>Telephone: (662) 834-2488<br>Email: dbarrett@barrettlawgroup.com<br>bherrington@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br><br>Charles Barrett<br>Charles Barrett, P.C.<br>6518 Highway 100<br>Suite 210<br>Nashville, Tennessee 37205<br>Telephone: (615) 515-3393<br>Email: charles@cfbfirm.com | \_\_s/Brendan H. Frey_____<br>Gerard V. Mantese (Michigan Bar No. P34424)<br>David Hansma (Michigan Bar No. P71056)<br>Brendan Frey (Michigan Bar No. P70893)<br>Joshua Lushnat (Michigan Bar No. P75319)<br>Mantese Honigman Rossman<br> and Williamson, P.C.<br>1361 E. Big Beaver Road<br>Troy, Michigan 48083<br>Telephone: (248) 457-9200 ext. 203<br>Email: gmantese@manteselaw.com<br>dhansma@manteselaw.com<br>bfrey@manteselaw.com<br>jlushnat@manteselaw.com<br><br>Jonathan W. Cuneo<br>Joel Davidow<br>Victoria Romanenko<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC 20002<br>Telephone: (202) 789-3960<br>Email: jonc@cuneolaw.com<br>Joel@cuneolaw.com<br>Vicky@cuneolaw.com<br><br>Shawn M. Raiter<br>Paul A. Sand<br>LARSON & KING, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN  55101<br>Telephone: (651) 312-6500<br>Email: sraiter@larsonking.com<br>psand@larsonking.com |