# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF THOMAS C. BRIGHT

PLEASE TAKE NOTICE that Thomas C. Bright of Gold Bennett Cera & Sidener LLP hereby enters his appearance as counsel for McGuire Bearing Company in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 28, 2012               GOLD BENNETT CERA & SIDENER LLP

By: /s/Thomas C. Bright
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
tbright@gbcslaw.com

#126321                                     1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

                                          /s/Thomas C. Bright
                                          Thomas C. Bright