# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER

PLEASE TAKE NOTICE that, effective immediately, the Palm Beach Gardens, Florida office of Cohen Milstein Sellers & Toll PLLC has relocated. Contact information is as follows:

> Cohen Milstein Sellers & Toll PLLC
> 2925 PGA Blvd., Suite 200
> Palm Beach Gardens, FL 33410
> Tel: (561) 833-6575

The firm's fax number and email addresses remain the same.

Dated: October 4, 2012

Respectfully submitted,

/s/ Manuel J. Dominguez
Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel: (561) 833-6575
Fax: (202) 408-4699
jdominguez@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Manuel J. Dominguez
Manuel J. Dominguez