UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL WIRE CASES | |

## NOTICE OF APPEARANCE BY CHARLES A. BIENEMAN

PLEASE TAKE NOTICE that Charles A. Bieneman, of the law firm Bejin, VanOphem & Bieneman, PLC, hereby enters his appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 12, 2012

Respectfully submitted,

BEJIN, VANOPHEM & BIENEMAN, PLC

By:  /s/ Charles A. Bieneman
     Charles A. Bieneman, P66755
     BEJIN, VANOPHEM & BIENEMAN, PLC
     300 River Place, Suite 1650
     Detroit, MI  48207
     Tel:  (313) 244-0676
     Fax:  (313) 528-6932
     Email: bieneman@bvbip.com

*Attorney for Defendant*
*S-Y Systems Technologies Europe GmbH*

CERTIFICATE OF SERVICE

       I hereby certify that on October 12, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY CHARLES A. BIENEMAN to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 12, 2012

Respectfully submitted,

BEJIN, VANOPHEM & BIENEMAN, PLC

By: /s/ Charles A. Bieneman
Charles A. Bieneman
BEJIN, VANOPHEM & BIENEMAN, PLC
300 River Place, Suite 1650
Detroit, MI  48207
Tel:  (313) 244-0676
Fax:  (313) 528-6932
Email: bieneman@bvbip.com

*Attorney for Defendant*
*S-Y Systems Technologies Europe GmbH*