UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL WIRE CASES | |

## NOTICE OF APPEARANCE BY THOMAS E. BEJIN

PLEASE TAKE NOTICE that Thomas E. Bejin, of the law firm Bejin, VanOphem & Bieneman, PLC, hereby enters his appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 12, 2012          Respectfully submitted,

BEJIN, VANOPHEM & BIENEMAN, PLC

By:  /s/ Thomas E. Bejin
     Thomas E. Bejin, P56854
     BEJIN, VANOPHEM & BIENEMAN, PLC
     300 River Place, Suite 1650
     Detroit, MI  48207
     Tel:  (313) 244-0657
     Fax:  (313) 528-6932
     Email: bejin@bvbip.com

*Attorney for Defendant*
*S-Y Systems Technologies Europe GmbH*

DC: 4595793-1

CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY THOMAS E. BEJIN to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  October 12, 2012          Respectfully submitted,

                                      BEJIN, VANOPHEM & BIENEMAN, PLC

                                      By: /s/ Thomas E. Bejin
                                          Thomas E. Bejin, P56854
                                          BEJIN, VANOPHEM & BIENEMAN, PLC
                                          300 River Place, Suite 1650
                                          Detroit, MI  48207
                                          Tel:  (313) 244-0657
                                          Fax:  (313) 528-6932
                                          Email: bejin@bvbip.com

                                          *Attorney for Defendant*
                                          *S-Y Systems Technologies Europe GmbH*