REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

Email:  Reggiet2@aol.com

Attorneys for Plaintiff and the class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

| | |
|---|---|
| In re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO.: 12-02311<br>W:  12-cv-00100-MOB-MKM |
| In re:  WIRE HARNESS CASES | NOTICE OF ASSOCIATION |
| THIS NOTICE RELATES TO:<br>ALL WIRE HARNESS CASES | |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS:

NOTICE IS HEREBY GIVEN associating Sydney J. Hall of the

Law Offices of Sydney Hall
1308 Bayshore Hwy, Suite 220
Burlingame, California 94010
Telephone:  650-342-1830
Facsimile:  650-342-6344
Email:  sydneyhalllaw@ymail.com

NOTICE OF ASSOCIATION                                                                                     1

as counsel of record for Plaintiffs Estaban Maravilla, Tony Maravilla and Gretha Wilkerson.

Respectfully submitted,

Dated: October 12 2012

THE TERRELL LAW GROUP

/s/
_____
REGINALD TERRELL, ESQ.


REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

NOTICE OF ASSOCIATION                                                                                    2

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the email addresses registered.

Dated: October 12, 2012

/s/
_____
REGINALD TERRELL, ESQ.