UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Peter Boivin of the law firm of Honigman Miller Schwartz & Cohn LLP as counsel on behalf of Defendant NSK Ltd. in the above-captioned matter.

Dated: October 22, 2012          Respectfully submitted,

HONIGMAN MILLER SCHWARTZ & COHN LLP

By:   /s/ Peter E. Boivin
Peter E. Boivin (P62046
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Phone:  (313) 465-7396
Fax:  (313) 465-7397
pboivin@honigman.com

*Attorney for NSK Ltd. and NSK Americas, Inc.*

1

11559741.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: BEARINGS CASES** | |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ Peter E. Boivin
Honigman Miller Schwartz & Cohn LLP
Peter E. Boivin (P62046
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Phone:  (313) 465-7396
Fax:  (313) 465-7397
pboivin@honigman.com

*Attorney for NSK Ltd. and NSK Americas, Inc.*

2

11559741.1