# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE OF LANCE C. YOUNG

PLEASE ENTER the appearance of Lance C. Young of Sommers Schwartz, P.C., as counsel for Direct Purchaser Plaintiffs, in the above-captioned matter.

Dated: October 23, 2012

    s/Lance C. Young
    Michigan Bar No.:  P51254
    Sommers Schwartz, P.C.
    2000 Town Center, Suite 900
    Southfield, MI  48075
    Telephone:  (248) 355-0300
    Facsimile:  (248) 746-4001
    lyoung@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    s/ Lance C. Young
    Michigan Bar No.:  P51254
    Sommers Schwartz, P.C.
    2000 Town Center, Suite 900
    Southfield, MI  48075
    Telephone:  (248) 355-0300
    Facsimile:  (248) 746-4001
    lyoung@sommerspc.com