# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF MOLLY DONOVAN

PLEASE enter the appearance of Molly Donovan of the law firm Winston & Strawn LLP as counsel on behalf of NTN Corporation and NTN USA Corporation in the above captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure. This is in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

WINSTON & STRAWN LLP

By: */s/ Molly Donovan*
    Molly Donovan (4382305)

200 Park Avenue
New York, NY 10166-4193
Tel:   (212) 294-6700
Fax:   (212) 294-4700
MMDonovan@winston.com

*Attorney for NTN Corporation and NTN USA Corporation*

Dated: October 23, 2012

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

                                       By:   */s/ Molly Donovan*
                                                  Molly Donovan (4382305)