UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

TO:   THE CLERK OF THE COURT

   PLEASE enter the appearance of Mark Leddy of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant NSK Ltd. in the above-captioned matter.

Dated: October 23, 2012         Respectfully submitted,

                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                  By:   */s/ Mark Leddy*
                     Mark Leddy
                     2000 Pennsylvania Avenue, NW
                     Washington, DC  20006
                     Phone: (202) 974-1500
                     Facsimile: (202) 974-1999
                     Attorney Bar No. DC 404833
                     *mleddy@cgsh.com*

                  *Attorney for NSK Ltd.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following counsel of record:

**Douglas A. Abrahams**
dabrahams@kohnswift.com
joanb@kohnswift.com

**Lee Albert**
lalbert@glancylaw.com

**Mario Nunzio Alioto**
malioto@tatp.com

**Irwin M. Alterman**
irwin.alterman@kkue.com
diane.vigliotti@kkue.com
mjohnson6470@gmail.com
marsha.johnson@kkue.com

**Craig D. Bachman**
bachmanc@lanepowell.com
storeyp@lanepowell.com
docketing-pdx@lanepowell.com

**Donald M. Barnes**
dbarnes@porterwright.com
kallen@porterwright.com

**Don Barrett**
dbarrett@barrettlawgroup.com
charles@cfbfirm.com

**Jan R. Bartelli**
jbartelli@faruqilaw.com

**Daniel E. Becnel, Jr.**
dbecnel@becnellaw.com

**Thomas E. Bejin**
bejin@bvbip.com

**Steve W. Berman**
steve@hbsslaw.com
robert@hbsslaw.com

**Charles A. Bieneman**
bieneman@bvbip.com
mejia@bvbip.com

**John V. Biernacki**
jvbiernacki@jonesday.com
mfischer@jonesday.com
aroehl@jonesday.com
heidicofsky@jonesday.com

**Peter E. Boivin**
pboivin@honigman.com

**Meghan M. Boone**
mboone@cohenmilstein.com

**Darryl Bressack**
dbressack@finkandassociateslaw.com
tflentroy@finkandassociateslaw.com
afink@finkandassociateslaw.com

**Thomas C. Bright**
tbright@gbcslaw.com

**W. Joseph Bruckner**
wjbruckner@locklaw.com
ctjohansen@locklaw.com
hnpotteiger@locklaw.com
emsipe@locklaw.com

**Warren T. Burns**
wburns@susmangodfrey.com
eehrenfeld@susmangodfrey.com

**Erin C. Burns**
eburns@rodanast.com

**Patrick E. Cafferty**
PCafferty@CaffertyClobes.com
docket@caffertyclobes.com

**William Caldes**
bcaldes@srkw-law.com

**Gary R. Carney**
gcarney@paulweiss.com

**Solomon B. Cera**
scera@gbcslaw.com
keg@gbcslaw.com

**Steven F. Cherry**
steven.cherry@wilmerhale.com
Marisa.Alfano@wilmerhale.com

**Austin Cohen**
acohen@lfsblaw.com

**James L. Cooper**
James.Cooper@aporter.com

**Craig Corbitt**
ccorbitt@zelle.com

**Joseph W. Cotchett**
jcotchett@cpmlegal.com

**Jonathan W. Cuneo**
JonC@cuneolaw.com
gstutman@cuneolaw.com

**Frank C. Damrell**
fdamrell@cpmlegal.com

**Samuel Davidoff**
sdavidoff@wc.com
kmorton@wc.com

**Joel Davidow**
Joel@cuneolaw.com

**Kenneth R. Davis, II**
davisk@lanepowell.com
garciat@lanepowell.com
docketing-pdx@lanepowell.com

**Leonard A. Davis**
ldavis@hhkc.com

**Anthony L. DeLuca**
anthony@aldplc.com

3

**Manuel J Dominguez**
jdominguez@cohenmilstein.com
jabetti@cohenmilstein.com
efilings@cohenmilstein.com

**George B. Donnini**
donnini@butzel.com
murdoch@butzel.com
lemanski@butzel.com
morinbh@butzel.com

**David P. Donovan**
david.donovan@wilmerhale.com
Miriam.Bischoff@wilmerhale.com

**David F. DuMouchel**
dumouchd@butzel.com
murdoch@butzel.com
lemanski@butzel.com
morinbh@butzel.com

**Phillip J. Duncan**
Phillip@duncanfirm.com
theresa@duncanfirm.com

**Kathryn Eisenstein**
keisenstein@manteselaw.com

**Peter M. Falkenstein**
pfalkenstein@jaffelaw.com
jdelevie@jaffelaw.com

**Michael J. Fanelli**
mfanelli@cov.com

**Elizabeth A. Favaro**
efavaro@gmhlaw.com
mgram@gmhlaw.com

**James P. Feeney**
jfeeney@dykema.com
dtonelli@dykema.com
docket@dykema.com

**Elizabeth A. Fegan**
beth@hbsslaw.com
chi_filings@hbsslaw.com

**David H. Fink**
dfink@finkandassociateslaw.com
tflentroy@finkandassociateslaw.com
afink@finkandassociateslaw.com

**Michelle K. Fischer**
mfischer@jonesday.com
dlbean@jonesday.com
dmcCaffrey@JonesDay.com
tdlipscombjackson@jonesday.com
aroehl@jonesday.com

**Todd F. Flood**
tflood@floodlawcenter.com
nschmidt@floodlawcenter.com
dn@floodlawcenter.com

**Brendan H. Frey**
bfrey@manteselaw.com
ssikorski@manteselaw.com

**Kenneth A. Gallo**
kgallo@paulweiss.com

**Larry S. Gangnes**
gangnesl@lanepowell.com
gracen@lanepowell.com
donnellyjossm@lanepowell.com
docketing-SEA@lanepowell.com

**Scott D. Gilchrist**
sgilchrist@cohenandmalad.com
jsmock@cohenandmalad.com

**Daniel Glad**
daniel.glad@lw.com
chefiling@lw.com

**Terry Gross**
Terry@gba-law.com
adam@gba-law.com
joann@gba-law.com

**Harold Z. Gurewitz**
hgurewitz@grplc.com
hgurewitz@aol.com
kdeja@aol.com

**Daniel E. Gustafson**
dgustafson@gustafsongluek.com
dnoss@gustafsongluek.com

**Gregory P. Hansel**
ghansel@preti.com
kwoodman@preti.com
sbelanger@preti.com

**David F. Hansma**
dhansma@manteselaw.com
ssikorski@manteselaw.com
bren@manteselaw.com

**Brian K. Herrington**
bherrington@barrettlawgroup.com

**Fred K. Herrmann**
fherrmann@kerr-russell.com
bmateik@kerr-russell.com

**Jeffrey G. Heuer**
jheuer@jafferaitt.com
bcrocker@jaffelaw.com

**William E. Hoese**
whoese@kohnswift.com

**William H. Horton**
bhorton@gmhlaw.com
mgram@gmhlaw.com

**Howard B. Iwrey**
hiwrey@dykema.com
docket@dykema.com
dshiemke@dykema.com

**Jonathan M Jagher**
Jjagher@srkw-law.com

**Benjamin W. Jeffers**
bjeffers@dykema.com
docket@dykema.com
djackson@dykema.com

**Brent W. Johnson**
bjohnson@cohenmilstein.com

**Steven A. Kanner**
skanner@fklmlaw.com
mkhamoo@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com
msilverman@fklmlaw.com

**James L. Kauffman**
jkauffman@levinlaw.com
efelps@levinlaw.com
hdunsford@levinlaw.com
mcrochet@levinlaw.com

**Kelly G. Keenan**
kkeenan@barrack.com
cbowers@barrack.com
jgittleman@barrack.com

**Sylvie K. Kern**
skern@antitrustglobal.com

**Jason S Kilene**
jkilene@gustafsongluek.com
dgustafson@gustafsongluek.com

**Gene Kim**
gkim@cpmlegal.com

**Sheldon H. Klein**
klein@butzel.com
larson@butzel.com

**Joseph C. Kohn**
jkohn@kohnswift.com

**Peter Kontio**
peter.kontio@alston.com
ellen.persons@alston.com

**Susan G. Kupfer**
skupfer@glancylaw.com
jbarton@glancylaw.com
sfreception@glancylaw.com

**Joshua Paul Lushnat**
jlushnat@manteselaw.com
jbrennan@manteselaw.com

**Hugh P. Lambert**
hlambert@lamnel.com
jminden@lamnel.com
cpeterson@lamnel.com
magan@lamnel.com
amy@lamnel.com
allison@lamnel.com

**Irwin B. Levin**
ilevin@cohenandmalad.com

**Roberta D. Liebenberg**
rliebenberg@finekaplan.com

**William H. London**
wlondon@fklmlaw.com

**John M. Majoras**
jmmajoras@jonesday.com

**John R. Malkinson**
mhpc@aol.com

**Gerard V. Mantese**
gmantese@manteselaw.com
dhansma@manteselaw.com
jbrennan@manteselaw.com
ssikorski@manteselaw.com
bren@manteselaw.com

**Andrew Marovitz**
amarovitz@mayerbrown.com
courtnotification@mayerbrown.com

**David M. McMullan**
dmcmullan@barrettlawgroup.com

**Christopher Micheletti**
cmicheletti@zelle.com

**E. Powell Miller**
epm@millerlawpc.com
aad@millerlawpc.com
ach@millerlawpc.com

**Sheldon L. Miller**
ccole@sheldonmiller.com
arogers@sheldonmiller.com

**W. Todd Miller**
tmiller@bakerandmiller.com
murdoch@butzel.com
smahar@bakerandmiller.com
kshaw@bakerandmiller.com

**Britt M. Miller**
bmiller@mayerbrown.com

**Ria C. Momblanco**
rmomblanco@finekaplan.com

**Brian M. Moore**
bmoore@dykema.com
docket@dykema.com
ndoman@dykema.com

**Michael E. Moskovitz**
mmoskovitz@fklmlaw.com

**Dianne M. Nast**
dnast@rodanast.com

**John F. Nevares**
jfnevares@nevareslaw.com

**Paul F. Novak**
pnovak@milberg.com
MAOffice@milberg.com

**Linda P. Nussbaum**
lnussbaum@nussbaumllp.com
lnussbaum@gelaw.com
sschwaiger@gelaw.com
cnevers@gelaw.com
shaggerty@gelaw.com

**Alyson L. Oliver**
notifications@oliverlg.com
aoliver@oliverlg.com

**Joseph E. Papelian**
joseph.e.papelian@delphi.com
barbara.k.frantangelo@delphi.com

**Joseph Marid Patane**
jpatane@tatp.com

**Bernard Persky**
bpersky@labaton.com
electroniccasefiling@labaton.com

**Sonia K. Pfaffenroth**
sonia.pfaffenroth@aporter.com

**Kit A. Pierson**
kpierson@cohenmilstein.com

**David E. Plunkett**
dep@wwrplaw.com
ktp@wwrplaw.com

**Matthew L. Powell**
mlp@krwlaw.com
cjv@krwlaw.com

**Richard L. Quintus**
Richard@duncanfirm.com

**Shawn M. Raiter**
sraiter@larsonking.com
psand@larsonking.com
lburks@larsonking.com
lbautch-holton@larsonking.com
jsnodgrass@larsonking.com

**William Reiss**
wreiss@labaton.com
electroniccasefiling@labaton.com

**Mindee J Reuben**
reuben@wka-law.com
micucci@wka-law.com

**Katherine M. Robison**
krobison@omm.com
rgonzalez@omm.com

**Victoria Romanenko**
Vicky@cuneolaw.com

**Salvatore A. Romano**
sromano@porterwright.com
kallen@porterwright.com

**Lauren Clare Russell**
laurenrussell@tatp.com

**Hollis L Salzman**
hsalzman@labaton.com
electroniccasefiling@labaton.com

**William P. Sanders**
psanders@sgrlaw.com
ccalhoun@sgrlaw.com
mherring@sgrlaw.com

**William A. Sankbeil**
was@krwlaw.com
cjv@krwlaw.com

**Terry Rose Saunders**
tsaunders@saunders-lawfirm.com

**Joseph R Saveri**
jsaveri@saverilawfirm.com
gsaveri@saverilawfirm.com
dclevenger@saverilawfirm.com

**Mark J. Schirmer**
mschirmer@straus-boies.com
ecf@straus-boies.com

**Donald L. Schlapprizzi**
don@schlapprizzipc.com

**Adam T. Schnatz**
ats@millerlawpc.com
ssr@millerlawpc.com

**Howard Sedran**
hsedran@lfsblaw.com

**Marc M. Seltzer**
mseltzer@susmangodfrey.com
mbremhorst@susmangodfrey.com
sthomas@susmangodfrey.com
hdanielson@susmangodfrey.com

**Anthony D. Shapiro**
tony@hbsslaw.com
ronnie@hbsslaw.com

**Michael L. Silverman**
msilverman@fklmlaw.com

**Steven G. Sklaver**
ssklaver@susmangodfrey.com
hdanielson@susmangodfrey.com

**Eugene A. Spector**
Espector@srkw-law.com

**Jeffrey L. Spector**
jspector@srkw-law.com

**Dante A. Stella**
dstella@dykema.com
edzmelyk@dykema.com
docket@dykema.com

**Anita F. Stork**
astork@cov.com
malcantara@cov.com
clannin@cov.com
jlieu@cov.com
rdemain@cov.com

**Brian R. Strange**
lacounsel@earthlink.net
gcarpenter@strangeandcarpenter.com
jhood@strangeandcarpenter.com
dholop@strangeandcarpenter.com

**Dwayne D. Stresman**
dds@krwlaw.com
cap@krwlaw.com

**Julie A. Strother**
jastrother@locklaw.com

**Marguerite M. Sullivan**
maggy.sullivan@lw.com
andrew.galdes@lw.com
daniel.glad@lw.com
dclitserv@lw.com
aziz.ahmad@lw.com
anna.rathbun@lw.com

**Joanne G. Swanson**
jgs@krwlaw.com
cjv@krwlaw.com

**Laura C. Taylor**
laura.taylor@aporter.com

**Reginald Von Terrell**
reggiet2@aol.com

**Jason J. Thompson**
jthompson@sommerspc.com
hmcintyre@sommerspc.com
tellis@sommerspc.com
lyoung@sommerspc.com

**Michael F. Tubach**
mtubach@omm.com
kquintanilla@omm.com
BJones@omm.com

**Michael R. Turco**
turco@bwst-law.com
vancleve@bwst-law.com
redmond@bwst-law.com

**Matthew L. Turner**
mturner@sommerspc.com

**Suzanne L. Wahl**
swahl@schiffhardin.com
dchapman@schiffhardin.com
lmisisian@schiffhardin.com
edocket@schiffhardin.com

**Daniel M. Wall**
dan.wall@lw.com

**Randall B. Weill**
rweill@preti.com
kwoodsum@preti.com

**S. Thomas Wienner**
twienner@wiennergould.com
jtibbs@wiennergould.com

**Robert J. Wierenga**
rwierenga@schiffhardin.com
dchapman@schiffhardin.com
lmisisian@schiffhardin.com
edocket@schiffhardin.com

**Stephanie K. Wood**
stephanie.wood@wilmerhale.com
candece.ditzler@wilmerhale.com

**Steven N. Williams**
swilliams@cpmlegal.com
jverducci@cpmlegal.com
jschmidt@cpmlegal.com
azapala@cpmlegal.com
gkim@cpmlegal.com
fdamrell@cpmlegal.com
lclark@cpmlegal.com
bdoe@cpmlegal.com

**Lance C. Young**
lyoung@sommerspc.com
hmcintyre@sommerspc.com

**Adam J. Zapala**
azapala@cpmlegal.com
lclark@cpmlegal.com

**Steven M. Zarowny**
steve_zarowny@denso-diam.com

**Hassan A. Zavareei**
hzavareei@tzlegal.com
mgoschalk@tzlegal.com
kressue@tzlegal.com
lcellini@tzlegal.com

**Kendall S. Zylstra**
kzylstra@faruqilaw.com
jjenks@faruqilaw.com


Dated: October 23, 2012

By: */s/ Mark Leddy*
Mark Leddy
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 404833
*mleddy@cgsh.com*