# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF JASON J. THOMPSON

PLEASE ENTER the appearance of Jason J. Thompson of Sommers Schwartz, P.C., as counsel for Direct Purchaser Plaintiffs, in the above-captioned matter.

Dated: October 24, 2012

       s/ Jason J. Thompson
       Michigan Bar No.: P47184
       Sommers Schwartz, P.C.
       2000 Town Center, Suite 900
       Southfield, MI 48075
       Telephone: (248) 355-0300
       Facsimile: (248) 436-8453
       jthompson@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

       s/ Jason J. Thompson
       Michigan Bar No.: P47184
       Sommers Schwartz, P.C.
       2000 Town Center, Suite 900
       Southfield, MI 48075
       Telephone: (248) 355-0300
       Facsimile: (248) 436-8453
       jthompson@sommerspc.com