**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br><br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>Wire Harness Systems<br>All Actions | |

**NOTICE OF APPEARANCE OF DANIEL M. WALL**

PLEASE TAKE NOTICE that Daniel M. Wall of the law firm Latham & Watkins LLP, hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Wintec America, Inc.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) in the above-captioned matter. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  October 24, 2012

Respectfully submitted,

LATHAM & WATKINS LLP

By   /s/ Daniel M. Wall
  Daniel M. Wall
  LATHAM & WATKINS LLP
  505 Montgomery Street, Suite 2000
  San Francisco, California  94111-6538
  (415).391.0600
  dan.wall@lw.com
  CA Bar No. 102580

  *Attorneys for Defendants*
  *Sumitomo Electric Wintec America, Inc.;*
  *Sumitomo Wiring Systems, Ltd.; Sumitomo*
  *Electric Wiring Systems, Inc.; K&S Wiring*
  *Systems, Inc.; and Sumitomo Wiring Systems*
  *(U.S.A.)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I caused a true and correct copy of the foregoing *NOTICE OF APPEARANCE OF DANIEL M. WALL* to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

On the same day, I served a true and correct copy of the above-described document by U.S. Mail to the attorneys on the attached service list.

Dated October 24, 20012

By   /s/ Daniel M. Wall
     Daniel M. Wall
     LATHAM & WATKINS LLP
     505 Montgomery Street, Suite 2000
     San Francisco, California 94111-6538
     (415).391.0600
     dan.wall@lw.com
     CA Bar No. 102580

*Attorneys for Defendants*
*Sumitomo Electric Wintec America, Inc.;*
*Sumitomo Wiring Systems, Ltd.; Sumitomo*
*Electric Wiring Systems, Inc.; K&S Wiring*
*Systems, Inc.; and Sumitomo Wiring Systems*
*(U.S.A.)*

**SERVICE LIST**

In Re:  Automotive Parts Antitrust Litigation
This Document Relates To:  Wire Harness Systems All Actions
U.S. District Court for the Eastern District of Michigan, Southern Division
Master File No. 12-md-2311-MOB-MKM

Kristine G. Baker
Quattlebaum Grooms Tull & Burrow
111 Center Street, Suite 1900
Little Rock, AR 72201

Adam C. Belsky
Gross Belsky Alonso
One Sansome Street, Suite 3670
San Francisco, CA 94104

Sarah Crowley
Gross Belsky Alonso
One Sansome Street, Suite 3670
San Francisco, CA 94104

David M. Donovan
Watts Donovan & Tilley
200 River Market Ave, Suite 200
Little Rock, AR 72201

Jeff D. Friedman
Hagens Bernam Sobol Shapiro
715 Hearst Ave, Suite 202
Berkeley, CA 94710

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Russ M. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Gregory J. Johnson
6688 145th St W
Apple Valley, MN 55124

Joseph M. Barton
Slancy Binkow & Goldberg
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Howard N. Cayne
Arnold & Porter
555 12th Street NW
Washington, DC 20004

J. Bruce Cross
Cross Gunter Witherspoon & Galchus
P.O. Box 3178
Little Rock, AR 72203

Mary G. Cooper
Cross Gunter Witherspoon & Galchus
P.O. Box 3178
Little Rock, AR 72203

Greg Hanthorn
Jones Day
1420 Peachtree St NE, Suite 800
Atlanta, GA 30309

Shelley R. Hebert
Jones Day
77 W. Wacker
Chicago, IL 60601

Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Randall E. Kahnke
Faegre Baker Daniels
90 S 7th St, Suite 2200
Minneapolis, MN 55402

<div style="columns:2">

Andrew D. King
WILMER CUTLER PICKERING HALE
  & DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006

Demetrius X. Lambrinos
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Matthew B. Moreland
106 W Seventh St
P.O. Drawer H
Reserve, LA 70084

Heather T. Rankie
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Aaron E. Robinson
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Eric B. Snyder
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Lloyd J. Tabary, II
8560 Anselmo Lane
Baton Rouge, LA 70817

Reginald Von Terrell
P.O. Box 13315. PMB#148
Oakland, CA 94661

Kevin P. Klibert
106 W Seventh St
P.O. Drawer H
Reserve, LA 70084

Alan S. Miller
Jones Day
2727 North Harwood St
Dallas, TX 75201

Andrea M. Price
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St, Suite 2400
New Orleans, LA 70112

Curtis D. Ripley
150 S 5th St, Suite 2300
Minneapolis, MN 55402

Shana E. Scarlett
Hagens Berman Sobol Shapiro
715 Hearst Ave, Suite 202
Berkeley, CA 94710

Candice C. Sirmon
701 Magazine Street
New Orleans, LA 70130

Stephen J. Squeri
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

Lin Wang
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

</div>

2

Patrick S. Williams  
Briggs & Morgan  
80 S 8th St, Suite 2200  
Minneapolis, MN 55402

Judith A. Zahid  
Zelle Hofmann Voelbel Mason & Gette  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104

3