# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : | MASTER FILE NO. 12-MD-2311 HONORABLE MARIANNE O. BATTANI |
| ALL PARTS : : | |
| THIS RELATES TO:  ALL CASES : : | |

## APPEARANCE OF JEFFREY B. GITTLEMAN

PLEASE TAKE NOTICE that Jeffrey B. Gittleman of Barrack, Rodos & Bacine, hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

        Respectfully submitted,

        */s/ Jeffrey B. Gittleman*
        Jeffrey B. Gittleman
        Barrack, Rodos & Bacine
        3300 Two Commerce Square
        2001 Market Street
        Philadelphia, PA  19103
        (215) 963-0600
        jgittleman@barrack.com

Dated: October 25, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | MASTER FILE NO. 12-MD-2311 HONORABLE MARIANNE O. BATTANI |
| ALL PARTS | : : | |
| THIS RELATES TO:  ALL CASES | : : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Respectfully submitted,

*/s/ Jeffrey B. Gittleman*
Jeffrey B. Gittleman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
(215) 963-0600
jgittleman@barrack.com