UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of AB SKF and SKF USA Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 29, 2012                              DYKEMA GOSSETT PLLC

By:  s/ Howard B. Iwrey
Howard B. Iwrey (P39635)
Attorneys for Defendants AB SKF and SKF USA Inc.
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*: hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed my Appearance on behalf of AB SKF and SKF USA Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  October 29, 2012

DYKEMA GOSSETT PLLC

By: _s/  Howard B. Iwrey_____
　　Brian M. Moore (P3935)
　　Attorneys for Defendants AB SKF and SKF USA Inc.
　　39577 Woodward Avenue
　　Bloomfield Hills, Michigan 48304
　　(248) 203-0526
　　(248) 203-0763 - facsimile
　　*email*:  hiwrey@dykema.com

BH01\1684301.1
ID\HBI