## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF BRIAN M. MOORE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of AB SKF and SKF USA Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 29, 2012                         DYKEMA GOSSETT PLLC

                                 By:  s/ Brian M. Moore
                                     Brian M. Moore (P58584)
                                     Attorneys for Defendants AB SKF and SKF USA Inc.
                                     39577 Woodward Avenue
                                     Bloomfield Hills, Michigan 48304
                                     (248) 203-0772
                                     (248) 203-0763 - facsimile
                                     *email*:  bmoore@dykema.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2012, I electronically filed my Appearance on behalf of AB SKF and SKF USA Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  October 29, 2012　　　　　　　　　DYKEMA GOSSETT PLLC

                                                      By:  _s/  Brian M. Moore_____
                                                          Brian M. Moore (P58584)
                                                          Attorneys for Defendants AB SKF and SKF USA Inc.
                                                          39577 Woodward Avenue
                                                          Bloomfield Hills, Michigan 48304
                                                          (248) 203-0772
                                                          (248) 203-0763 - facsimile
                                                          *email*:  bmoore@dykema.com

BH01\1684187.1
ID\BMM