UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | 12-MD-02311 |
| | | Hon. Marianne O. Battani |
| In Re:  WIRE HARNESS CASES | ) ) ) | W:12-cv-00102-MOB-MKM |
| This Document Relates to: | ) ) | **Oral Argument Requested** |
| ALL AUTOMOBILE DEALER ACTIONS | ) ) ) | |

**AUTOMOBILE DEALERS' MEMORANDUM OF LAW IN OPPOSITION TO
YAZAKI CORPORATION'S MOTION TO DISMISS**

<u>**STATEMENT OF THE ISSUES PRESENTED**</u>

*See* "Statement of the Issues Presented" in the End-Payor and Auto-Dealer Plaintiffs'

Memorandum of Law in Response to Defendants' Collective Motion to Dismiss (Dkt. No. 390,

at i-iii).

## <u>STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES</u>

*See* "Statement of Controlling or Most Appropriate Authorities" in the End-Payor and Auto-Dealer Plaintiffs' Memorandum of Law in Response to Defendants' Collective Motion to Dismiss (Dkt. No. 390, at iv-vi).

Automobile Dealer Plaintiffs ("AD") submit this memorandum in opposition to Defendant Yazaki Corporation's ("Yazaki") motion to dismiss the AD Consolidated Class Complaint (Dkt. No. 358).

On September 6, 2012, Yazaki filed its motion to dismiss.  In support of its motion, Yazaki incorporated and adopted the arguments made in Defendants' Collective Motion to Dismiss the End-Payor's Corrected Consolidated Amended Class Complaint and the Automobile Dealers' Consolidated Class Complaint (Dkt. No. 230).

AD oppose Yazaki's motion and hereby incorporate the arguments and reasons set forth in the End-Payor and Auto-Dealer Plaintiffs' Memorandum of Law in Response to Defendants' Collective Motion to Dismiss (Dkt. No. 390) and the statements made in the Errata Notice (Dkt. No. 431).

Dated:  November 5, 2012.

Respectfully submitted,

**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**

 /s/  *Gerard V. Mantese*
Gerard V. Mantese (Michigan Bar No. P34424)
David Hansma (Michigan Bar No. P71056)
Brendan Frey Michigan Bar No. P70893)
Joshua Lushnat Michigan Bar No. P75319)
MANTESE HONIGMAN ROSSMAN AND
WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

Jonathan W. Cuneo
Joel Davidow

4

Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
Joel@cuneolaw.com
vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

Don Barrett
Brian Herrington
David McMullan, Jr.
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

*Attorneys for Auto Dealer Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski_____
Sherri Sikorski
Mantese Honigman Rossman and
Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com