**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                    MASTER FILE NO. 12-md-02311

                                                        HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/


**NOTICE OF DECEMBER 5, 2012 STATUS CONFERENCE
AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **9:00 a.m. December 5, 2012,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present. Each Defendant should be represented.

Counsel are encouraged to meet and confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference  Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 p.m. November 27, 2012**. The Court will finalize the Agenda and file it electronically by November 30, 2012.

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE


DATE: November 6, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on the above date a copy of this Notice was served upon all parties of record via the Court's ECF Filing System.

s/Bernadette M. Thebolt
Case Manager
