UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF JEFFREY L. KESSLER

Please enter the Appearance of Jeffrey L. Kessler of Winston & Strawn LLP as counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, LTD., and New Sabina Industries, Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Jeffrey L. Kessler*
       Jeffrey L. Kessler
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com

Dated:  November 12, 2012          *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2012, I electronically filed the foregoing Appearance of Jeffrey L. Kessler with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ Jeffrey L. Kessler*
       Jeffrey L. Kessler