UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF A. PAUL VICTOR

Please enter the Appearance of A. Paul Victor of Winston & Strawn LLP as counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, LTD., and New Sabina Industries, Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

        Respectfully submitted,

        **WINSTON & STRAWN LLP**

        By: */s/ A. Paul Victor*
           A. Paul Victor
        200 Park Avenue
        New York, NY  10166-4193
        Telephone: (212) 294-4655
        Facsimile: (212) 294-4700
        pvictor@winston.com

Dated:  November 12, 2012        *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I electronically filed the foregoing Appearance of A. Paul Victor with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ A. Paul Victor*
    A. Paul Victor