UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

IN RE: ALL PARTS

Case No. 12-md-02311

Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

_____/

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __McGuire Bearing Company__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: __November 16, 2012__

s/Thomas C. Bright
Signature
Ca. Bar 169713
Bar No. Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
Street Address
San Francisco, CA 94105
City, State, Zip Code
(415) 777-2230
Telephone Number
tbright@gbcslaw.com
Primary Email Address