## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) | MASTER FILE NO. 12-MD-02311 HON. MARIANNE O. BATTANI |
| IN RE: HEATER CONTROL PANELS | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| TIFFIN MOTOR HOMES, INC. v. DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC. Case No. 2:12-cv-12866 | ) ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE TAKE NOTICE that Marvin Frank of Murray Frank LLP hereby enters

his appearance in this matter on behalf of Plaintiff Tiffin Motor Homes, Inc. in the above

matter.  Please serve copies of all pleadings, notices and other documents upon the

undersigned.


DATED:  November 20, 2012           Respectfully submitted,

*/s/ Marvin Frank*
Marvin Frank
MURRAY FRANK LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
mfrank@murrayfrank.com

CERTIFICATE OF SERVICE

I, Marvin Frank, hereby certify that on this 20th day of November 2012, I filed

with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's

ECF system which will send notification of such filing to all attorneys of record.

/s/ Marvin Frank_____
Marvin Frank