# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF ELIZABETH S. FENTON

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Elizabeth S. Fenton of the law firm Reed Smith LLP, as counsel on behalf of AB SKF and SKF USA Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact or service or service of process.

REED SMITH LLP

By: s/ Elizabeth S. Fenton
Elizabeth S. Fenton, Esq.
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 851-8867
Fax:          (215) 851-1420
Email:  efenton@reedsmith.com

*Attorney for Defendants,*
*AB SKF and SKF USA Inc.*

Dated:  November 28, 2012

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 28, 2012, I electronically filed my Appearance on behalf of AB SKF and SKF USA Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

                                    REED SMITH LLP

                                    By: s/ Elizabeth S. Fenton  
                                        Elizabeth S. Fenton, Esq.  
                                        2500 One Liberty Place  
                                        1650 Market Street  
                                        Philadelphia, PA  19103  
                                        Telephone:  (215) 851-8867  
                                        Fax:            (215) 851-1420  
                                        Email:  efenton@reedsmith.com

                                        *Attorney for Defendants,*  
                                        *AB SKF and SKF USA Inc.*