UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS
_____ /

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## AGENDA FOR THE DECEMBER 5, 2012 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.  WIRE HARNESS**

1. Status of Service

    A. Direct Cases are fully served.

    B. Auto Dealer Cases are fully served.

    C. End-Payor Cases are fully served, but Plaintiffs are awaiting written confirmation of service on Defendant Tokai Rika Co., Ltd.

2. Oral Argument December 5 and 6, according to schedule in Notices of Motion Hearing issued by the Court.

**II.  INSTRUMENT PANEL CLUSTERS**

1. Status of Service

    A. Direct Cases are fully served.

    B. Auto Dealer Cases

    C. End-Payor Cases are fully served.

    2.    Review due date of Consolidated Amended Complaints, currently December 24, 2012.

### III. FUEL SENDERS (Auto Dealers and End-Payors Only)

    1.    Status of Service

        A.    Auto Dealer Cases

        B.    End-Payor Cases are fully served.

    2.    Review due date of Consolidated Amended Complaints, currently January 14, 2013.

### IV. HEATER CONTROL PANELS

    1.    Status of Service

        A.    Direct Cases

        B.    Auto Dealer Cases

        C.    End-Payor Cases are fully served.

    2.    Review due date of Consolidated Amended Complaints, currently December 28, 2012

### V. BEARINGS

    1.    Status of Service

        A.    Direct Cases: All Defendants have accepted service.

        B.    Auto Dealer Cases

        C.    End-Payor Cases:   All Defendants have been served except Nachi-Fujikoshi Corp, for which service was commenced via the Hague Convention on Service of Process.   Defendant NSK Ltd. has agreed to waive service and a waiver has been sent to its Counsel. Plaintiffs are currently awaiting receipt of the Waiver of Service.

    2.    Case Management Orders

        A.   Case Management Order No. 1 – The parties who have appeared are meeting and conferring and hope to submit before the hearing an agreed proposed CMO No. 1, which is expected to include, among other things: (a)

deadlines for Consolidated Amended Complaints and Responses; and (b) a deadline for the parties to meet and confer and submit to the Court additional papers B-E below.

    B.   Discovery Plan

    C.   Expert Stipulation

    D.   Protective Order

    E.   ESI Stipulation

**VI.   OCCUPANT SAFETY SYSTEMS**

1.   Status of Service

    A.   Direct Cases: All Autoliv Defendants and TRW Holdings have accepted service.

    B.   Auto Dealer Cases

    C.   End-Payor Cases: All Defendants have been served except Defendants Tokai Rika Co., Ltd., TRW Deutschland Holding GmbH, and Takata Corp. Service has been commenced via the Hague Convention for Service of Process for all three of those Defendants.

2.   Case Management Orders

    A.   Case Management Order No. 1 – The parties who have appeared are meeting and conferring and hope to submit before the hearing an agreed proposed CMO No. 1, which is expected to include, among other things: (a) deadlines for Consolidated Amended Complaints and Responses; and (b) a deadline for the parties to meet and confer and submit to the Court additional papers B-E below.

    B.   Discovery Plan

    C.   Expert Stipulation

    D.   Protective Order

    E.   ESI Stipulation

**VII.   DATE FOR NEXT STATUS CONFERENCE** (All Parties/All Products): A mutually convenient time in March 2013.

## VIII. OTHER MATTERS

Any party interested in any part should appear.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: November 30, 2012
