UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF ERIC MAHR

PLEASE TAKE NOTICE that ERIC MAHR of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Schaeffler AG, and Schaeffler Group USA, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

                      WILMER CUTLER PICKERING HALE
                      AND DORR LLP

                      By: /s/ Eric Mahr
                      Eric Mahr
                      Wilmer Cutler Pickering Hale and Dorr LLP
                      1875 Pennsylvania Avenue, NW
                      Washington, D.C. 20006
                      Telephone: (202) 663-6000
                      Fax: (202) 663-6363
                      eric.mahr@wilmerhale.com

Dated December 3, 2012

**PROOF OF SERVICE**

   I, ERIC MAHR, an attorney, hereby certify that on December 3, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ERIC MAHR**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/ *Eric Mahr*
Eric Mahr
Attorney for Defendants Schaeffler AG, and
  Schaeffler Group USA, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
eric.mahr@wilmerhale.com