UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF STACY FRAZIER

PLEASE TAKE NOTICE that STACY FRAZIER of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Schaeffler AG, and Schaeffler Group USA, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

                                              WILMER CUTLER PICKERING HALE
                                              AND DORR LLP

                                              By:   /s/ Stacy Frazier
                                                         Stacy Frazier
                                                         Wilmer Cutler Pickering Hale and Dorr LLP
                                                         1875 Pennsylvania Avenue, NW
                                                         Washington, D.C. 20006
                                                         Telephone: (202) 663-6000
                                                         Fax: (202) 663-6363
                                                         stacy.frazier@wilmerhale.com

Dated December 3, 2012

## PROOF OF SERVICE

      I, STACY FRAZIER, an attorney, hereby certify that on December 3, 2012, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF STACY FRAZIER**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/  Stacy Frazier
Stacy Frazier
Attorney for Defendants Schaeffler AG, and
    Schaeffler Group USA, Inc.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
stacy.frazier@wilmerhale.com