MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Plaintiff(s),

Case No. 12-md-2311

v.

Judge Marianne O. Battani

ALL PARTS
THIS RELATES TO: ALL CASES

Magistrate Judge Mona K. Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __NTN USA Corporation__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: NTN Corporation
   Relationship with Named Party: Wholly owned subsidiary of NTN Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 21, 2012

/s/ Fred K. Herrmann

P49519
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Dated: December 21, 2012　　　　　　　　By: /s/ Fred K. Herrmann
　　　　　　　　　　　　　　　　　　　　Fred K. Herrmann (P49519)
　　　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　Tel: (313) 961-0200
　　　　　　　　　　　　　　　　　　　　Fax: (313) 961-0388
　　　　　　　　　　　　　　　　　　　　fherrmann@kerr-russell.com