MED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311 |
| In Re: ALL PARTS | Honorable Marianne O. Battani<br>Magistrate Judge: Mona K. Majzoub |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, New Sabina Industries, Inc.

makes the following disclosure: (NOTE.. *A negative report, if appropriate, is required.*)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes   X         No  _____

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Nippon Seiki Co., Ltd.

    Relationship with Named Party: Nippon Seiki Co., Ltd. owns 92.1% of New Sabina Industries, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation?

    Yes  _____      No   X

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: January 3, 2013

/s/ Fred K. Herrmann
P49519
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com

{35222/1/DT730846.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Dated:  January 3, 2013                              By: */s/ Fred K. Herrmann*
                                                                                                                   Fred K. Herrmann (P49519)
                                                                                                                    Kerr, Russell and Weber, PLC
                                                                                                                    500 Woodward Avenue, Suite 2500
                                                                                                                    Detroit, MI 48226
                                                                                                                    Tel:  (313) 961-0200
                                                                                                                    Fax:  (313) 961-0388
                                                                                                                    fherrmann@kerr-russell.com

{35222/1/DT730846.DOC;1}