# United States District Court
# Eastern District of Michigan

## Notice of E-mail Delivery Failure Directed to
## Kelly G. Keenan

On ___January 3, 2013___, an electronic "**Delivery Failure Report**" was received by the court after an entry was made on the court record in case number: ___12-02311___.

An e-mail delivery failure will occur when the attorney does not keep his/her e-filing account properly updated with a valid e-mail address.

Failure to provide the court with a correct e-mail address is a violation of the **Electronic Filing Policies and Procedures R3 (c).*** If a filing user has an obsolete e-mail address associated with his/her profile, the filing user must update the information immediately. The filing user should also review his/her active cases using a PACER account for all missed filings. This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.****

An e-mail delivery failure can also occur when the intended NEF recipient experiences some kind of temporary technical disruption.  Upon notification, the filing user should make every effort to correct the disruption as soon as possible.  The filing user should also monitor his/her active cases using a PACER account until the technical disruption has been resolved.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date, by electronic and/or ordinary mail.

DAVID J. WEAVER, CLERK OF COURT

By: ___s/Kelly Clark___
Deputy Clerk

Dated: ___January 3, 2013___

***Rule 3 Eligibility, Registration, Passwords states, in part:**
(c) Each filing user is responsible for maintaining valid contact information in his or her ECF Registration account profile. When a user's contact information changes, the user must promptly update his or her ECF Registration account profile. If the filing user has a pending case before the Court, the user must also promptly notify all parties in all cases. Electronic service upon an obsolete e-mail address will constitute valid service if the user has not updated the account profile with the new e-mail address.

****LR 11.1 Sanctions for Non-Compliance with Local Rules**
If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P.  11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

# Delivery Failure Report

**Your message: was not delivered to:**  Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation

kkeenan@barrack.com

**because:**  5.1.0 - Unknown address error 550-'Invalid Recipient - http://www.mimecast.com/knowledgebase/KBID10473.htm#550' (delivery attempts: 0)

### What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.
- Once you have resent the document you may delete this Delivery Failure Report.
- If resending the document is not successful you will receive a new failure report.
- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

| Routing path |
| --- |
| USHUB03/H/US/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS |

**To:**  do_not_reply@mied.uscourts.gov,

**cc:**

**Date:**  10:26:47 AM Today

**Subject:**  Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Herrmann, Fred on 1/3/2013 at 10:26 AM EST and filed on 1/3/2013

**Case Name:**  Automotive Parts Antitrust Litigation

**Case Number:**  2:12-md-02311-MOB-MKM

| | |
|---|---|
| **Filer:** | N.S. International, Ltd. |
| **Document Number:** | 493 |

**Docket Text:**

**STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by N.S. International, Ltd. identifying Corporate Parent Nippon Seiki Co., Ltd. for N.S. International, Ltd.. (Herrmann, Fred)**

**2:12-md-02311-MOB-MKM Notice has been electronically mailed to:**

A. Paul Victor     pvictor@winston.com

Adam J. Zapala     azapala@cpmlegal.com, lclark@cpmlegal.com

Adam T. Schnatz     ats@millerlawpc.com, ssr@millerlawpc.com

Alyson L. Oliver     notifications@oliverlg.com, aoliver@oliverlg.com

Andrew Marovitz     amarovitz@mayerbrown.com, courtnotification@mayerbrown.com

Anita F. Stork     astork@cov.com, clannin@cov.com, jlieu@cov.com, malcantara@cov.com, rdemain@cov.com

Anthony D. Shapiro - MDL NOT ADMITTED     tony@hbsslaw.com, ronnie@hbsslaw.com

Anthony L. DeLuca     anthony@aldplc.com

Austin Cohen - NOT SWORN     acohen@lfsblaw.com

Benjamin W. Jeffers     bjeffers@dykema.com, djackson@dykema.com, docket@dykema.com

Bernard Persky     bpersky@labaton.com, electroniccasefiling@labaton.com

Brendan H. Frey     bfrey@manteselaw.com, ssikorski@manteselaw.com

Brent W. Johnson     bjohnson@cohenmilstein.com

Brian K. Herrington - NOT SWORN     bherrington@barrettlawgroup.com

Brian M. Moore     bmoore@dykema.com, docket@dykema.com, ndoman@dykema.com

Brian R. Strange     lacounsel@earthlink.net, dholop@strangeandcarpenter.com, gcarpenter@strangeandcarpenter.com, jhood@strangeandcarpenter.com

Britt M. Miller - NOT SWORN      bmiller@mayerbrown.com

Charles A. Bieneman      bieneman@bvbip.com, goodwin@bvbip.com, mejia@bvbip.com

Christopher Micheletti - MDL NOT ADMITTED      cmicheletti@zelle.com

Craig Corbitt - MDL NOT ADMITTED      ccorbitt@zelle.com

Craig D. Bachman      bachmanc@lanepowell.com, docketing-pdx@lanepowell.com, storeyp@lanepowell.com

Daniel Glad      daniel.glad@lw.com, chefiling@lw.com

Daniel E. Becnel - MDL NOT ADMITTED , Jr      dbecnel@becnellaw.com

Daniel E. Gustafson      dgustafson@gustafsongluek.com, dnoss@gustafsongluek.com

Daniel M. Wall      dan.wall@lw.com

Dante A. Stella      dstella@dykema.com, docket@dykema.com, edzmelyk@dykema.com

Darryl Bressack      dbressack@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David E. Plunkett      dep@wwrplaw.com, ktp@wwrplaw.com

David F. DuMouchel      dumouchd@butzel.com, lemanski@butzel.com, morinbh@butzel.com, murdoch@butzel.com

David F. Hansma      dhansma@manteselaw.com, bren@manteselaw.com, ssikorski@manteselaw.com

David H. Fink      dfink@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David M. McMullan - NOT SWORN      dmcmullan@barrettlawgroup.com

David P. Donovan      david.donovan@wilmerhale.com

Debra H. Dermody      ddermody@reedsmith.com, dalioto@reedsmith.com

Dianne M. Nast - NOT SWORN      dnast@nastlaw.com, croberts@rodanast.com

Don Barrett      dbarrett@barrettlawgroup.com, charles@cfbfirm.com

Donald L. Schlapprizzi - NOT SWORN     don@schlapprizzipc.com

Donald M. Barnes     dbarnes@porterwright.com, kallen@porterwright.com

Douglas A. Abrahams     dabrahams@kohnswift.com, joanb@kohnswift.com

Dwayne D. Stresman     dds@krwlaw.com, cap@krwlaw.com

E. Powell Miller     epm@millerlawpc.com, aad@millerlawpc.com, ach@millerlawpc.com

Elizabeth Fenton     efenton@reedsmith.com

Elizabeth A. Favaro     efavaro@gmhlaw.com, mgram@gmhlaw.com

Elizabeth A. Fegan     beth@hbsslaw.com, chi_filings@hbsslaw.com

Eric J. Mahr     eric.mahr@wilmerhale.com

Erin C. Burns - NOT SWORN     eburns@nastlaw.com

Eugene A. Spector     Espector@srkw-law.com

Frank C. Damrell     fdamrell@cpmlegal.com

Fred K. Herrmann     fherrmann@kerr-russell.com, bmateik@kerr-russell.com

Gary R. Carney - NOT SWORN     gcarney@paulweiss.com

Gene Kim - NOT SWORN     gkim@cpmlegal.com

George B. Donnini     donnini@butzel.com, lemanski@butzel.com, morinbh@butzel.com, murdoch@butzel.com

Gerard V. Mantese     gmantese@manteselaw.com, bren@manteselaw.com, dhansma@manteselaw.com, jbrennan@manteselaw.com, ssikorski@manteselaw.com

Gregory P. Hansel     ghansel@preti.com, kwoodman@preti.com, sbelanger@preti.com

Harold Z. Gurewitz     hgurewitz@grplc.com, hgurewitz@aol.com, kdeja@aol.com

Hassan A. Zavareei     hzavareei@tzlegal.com, kressue@tzlegal.com, lcellini@tzlegal.com, mgoschalk@tzlegal.com

Hollis L Salzman - NOT SWORN     hsalzman@labaton.com, electroniccasefiling@labaton.com

Howard Sedran    hsedran@lfsblaw.com

Howard B. Iwrey    hiwrey@dykema.com, docket@dykema.com, dshiemke@dykema.com

Howard N. Cayne    Howard.Cayne@aporter.com

Hugh P. Lambert    hlambert@lamnel.com, allison@lamnel.com, amy@lamnel.com, cpeterson@lamnel.com, jminden@lamnel.com, magan@lamnel.com

Irwin B. Levin - NOT SWORN    ilevin@cohenandmalad.com

Irwin M. Alterman    irwin.alterman@kkue.com, diane.vigliotti@kkue.com, marsha.johnson@kkue.com, mjohnson6470@gmail.com

James L. Cooper    James.Cooper@aporter.com

James L. Kauffman    jkauffman@levinlaw.com, efelps@levinlaw.com, hdunsford@levinlaw.com, mcrochet@levinlaw.com

James P. Feeney    jfeeney@dykema.com, docket@dykema.com, dtonelli@dykema.com

Jan R. Bartelli - NOT SWORN    jbartelli@faruqilaw.com

Jason J. Thompson    jthompson@sommerspc.com, hmcintyre@sommerspc.com, lyoung@sommerspc.com, tellis@sommerspc.com, vstewart@sommerspc.com

Jason S Kilene - NOT SWORN    jkilene@gustafsongluek.com, dgustafson@gustafsongluek.com

Jeffrey B Gittleman - MDL NOT ADMITTED    jgittleman@barrack.com, cbowers@barrack.com

Jeffrey G. Heuer    jheuer@jafferaitt.com, bcrocker@jaffelaw.com

Jeffrey L. Kessler    jkessler@winston.com, docketny@winston.com

Jeffrey L. Spector - MDL NOT ADMITTED    jspector@srkw-law.com

Joanne G. Swanson    jgs@krwlaw.com, cjv@krwlaw.com

Joel Davidow    Joel@cuneolaw.com

John Monica , Jr    jmonica@porterwright.com, amurray@porterwright.com

John F. Nevares    jfnevares@nevareslaw.com

John M. Majoras     jmmajoras@jonesday.com

John R. Malkinson - NOT SWORN     mhpc@aol.com

John V. Biernacki     jvbiernacki@jonesday.com, aroehl@jonesday.com,
heidicofsky@jonesday.com, mfischer@jonesday.com

Jonathan M Jagher     Jjagher@srkw-law.com

Jonathan W. Cuneo     JonC@cuneolaw.com, gstutman@cuneolaw.com

Joseph C. Kohn     jkohn@kohnswift.com

Joseph E. Papelian     joseph.e.papelian@delphi.com, barbara.k.frantangelo@delphi.com

Joseph Marid Patane - MDL NOT ADMITTED     jpatane@tatp.com

Joseph R Saveri     jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com,
gsaveri@saverilawfirm.com

Joseph W. Cotchett - NOT SWORN     jcotchett@cpmlegal.com

Joshua Paul Lushnat     jlushnat@manteselaw.com, jbrennan@manteselaw.com

Julie A. Strother - NOT SWORN     jastrother@locklaw.com

Karri Allen - MDL NOT ADMITTED     kallen@porterwright.com

Katherine M. Robison - NOT SWORN     krobison@omm.com, rgonzalez@omm.com

Kathryn Eisenstein     keisenstein@manteselaw.com

Kelly G. Keenan     kkeenan@barrack.com, cbowers@barrack.com, jgittleman@barrack.com

Kendall S. Zylstra - NOT SWORN     kzylstra@faruqilaw.com, jjenks@faruqilaw.com

Kenneth A. Gallo     kgallo@paulweiss.com

Kenneth R. Davis , II     davisk@lanepowell.com, docketing-pdx@lanepowell.com,
garciat@lanepowell.com

Kit A. Pierson     kpierson@cohenmilstein.com

Lance C. Young     lyoung@sommerspc.com, hmcintyre@sommerspc.com

Larry S. Gangnes     gangnesl@lanepowell.com, docketing-SEA@lanepowell.com,

donnellyjossm@lanepowell.com

Laura C. Taylor - NOT SWORN     laura.taylor@aporter.com

Lauren Clare Russell - MDL NOT ADMITTED     laurenrussell@tatp.com

Lee Albert - MDL NOT ADMITTED     lalbert@glancylaw.com

Leonard A. Davis - NOT SWORN     ldavis@hhkc.com

Linda P. Nussbaum     lnussbaum@nussbaumllp.com, cnevers@gelaw.com,
lnussbaum@gelaw.com, shaggerty@gelaw.com, sschwaiger@gelaw.com

Manuel J Dominguez     jdominguez@cohenmilstein.com, chanson@cohenmilstein.com,
efilings@cohenmilstein.com, jabetti@cohenmilstein.com

Marc M. Seltzer     mseltzer@susmangodfrey.com, hdanielson@susmangodfrey.com,
mbremhorst@susmangodfrey.com, sthomas@susmangodfrey.com

Marguerite M. Sullivan     maggy.sullivan@lw.com, andrew.galdes@lw.com,
anna.rathbun@lw.com, aziz.ahmad@lw.com, daniel.glad@lw.com, dclitserv@lw.com,
drew.wisniewski@lw.com, kelsey.mcpherson@lw.com

Mario Nunzio Alioto - MDL NOT ADMITTED     malioto@tatp.com

Mark Leddy     mleddy@cgsh.com, anneosburn@cgsh.com, eewing@cgsh.com,
nbunick@cgsh.com

Mark J. Schirmer     mschirmer@straus-boies.com, ecf@straus-boies.com

Marvin L. Frank     mfrank@murrayfrank.com, bbianco@murrayfrank.com

Matthew L. Powell     mlp@krwlaw.com, cjv@krwlaw.com

Matthew L. Turner     mturner@sommerspc.com

Meghan M. Boone     mboone@cohenmilstein.com

Michael E. Moskovitz     mmoskovitz@fklmlaw.com

Michael F. Tubach     mtubach@omm.com, BJones@omm.com, kquintanilla@omm.com

Michael J. Fanelli     mfanelli@cov.com

Michael L. Silverman     msilverman@fklmlaw.com

Michael R. Turco      turco@bwst-law.com, redmond@bwst-law.com, vancleve@bwst-law.com

Michelle Mantine      mmantine@reedsmith.com

Michelle K. Fischer      mfischer@jonesday.com, aroehl@jonesday.com, dlbean@jonesday.com,
dmcCaffrey@JonesDay.com, tdlipscombjackson@jonesday.com

Mindee J Reuben - NOT SWORN      reuben@wka-law.com, micucci@wka-law.com

Molly Crabtree      mcrabtree@porterwright.com

Molly Donovan      mmdonovan@winston.com, alamut@winston.com, docketny@winston.com,
ecate@winston.com, jstewart@winston.com, JTschirgi@winston.com, sarguello@winston.com

Patrick E. Cafferty      PCafferty@CaffertyClobes.com, docket@caffertyclobes.com

Paul F. Novak      pnovak@milberg.com, MAOffice@milberg.com

Peter Kontio      peter.kontio@alston.com, ellen.persons@alston.com

Peter E. Boivin      pboivin@honigman.com

Peter M. Falkenstein      pfalkenstein@jaffelaw.com, jdelevie@jaffelaw.com

Phillip J. Duncan - MDL NOT ADMITTED      Phillip@duncanfirm.com,
theresa@duncanfirm.com

Randall B. Weill      rweill@preti.com, kwoodsum@preti.com

Reginald Von Terrell - MDL NOT ADMITTED      reggiet2@aol.com

Ria C. Momblanco - MDL NOT ADMITTED      rmomblanco@finekaplan.com

Richard L. Quintus - MDL NOT ADMITTED      Richard@duncanfirm.com

Robert J. Wierenga      rwierenga@schiffhardin.com, dchapman@schiffhardin.com,
edocket@schiffhardin.com, lmisisian@schiffhardin.com

Roberta D. Liebenberg - NOT SWORN      rliebenberg@finekaplan.com

S. Thomas Wienner      twienner@wiennergould.com, jtibbs@wiennergould.com

Salvatore A. Romano      sromano@porterwright.com, kallen@porterwright.com

Samuel Davidoff      sdavidoff@wc.com, kmorton@wc.com

Scott D. Gilchrist - NOT SWORN    sgilchrist@cohenandmalad.com,
jsmock@cohenandmalad.com

Shawn M. Raiter    sraiter@larsonking.com, jsnodgrass@larsonking.com,
lbautch-holton@larsonking.com, lburks@larsonking.com, psand@larsonking.com

Sheldon H. Klein    klein@butzel.com, larson@butzel.com

Sheldon L. Miller    ccole@sheldonmiller.com, arogers@sheldonmiller.com

Solomon B. Cera    scera@gbcslaw.com, keg@gbcslaw.com

Sonia K. Pfaffenroth - NOT SWORN    sonia.pfaffenroth@aporter.com

Stacy E. Frazier    stacy.frazier@wilmerhale.com

Stephanie K. Wood    stephanie.wood@wilmerhale.com

Steve W. Berman - NOT SWORN    steve@hbsslaw.com, robert@hbsslaw.com

Steven A. Kanner    skanner@fklmlaw.com, mkhamoo@fklmlaw.com,
mmoskovitz@fklmlaw.com, msilverman@fklmlaw.com, wlondon@fklmlaw.com

Steven F. Cherry    steven.cherry@wilmerhale.com, Marisa.Alfano@wilmerhale.com

Steven G. Sklaver - NOT SWORN    ssklaver@susmangodfrey.com,
hdanielson@susmangodfrey.com

Steven M. Zarowny    steve_zarowny@denso-diam.com

Steven N. Williams    swilliams@cpmlegal.com, azapala@cpmlegal.com, bdoe@cpmlegal.com,
fdamrell@cpmlegal.com, gkim@cpmlegal.com, jschmidt@cpmlegal.com,
jverducci@cpmlegal.com, lclark@cpmlegal.com

Susan G. Kupfer    skupfer@glancylaw.com, jbarton@glancylaw.com,
sfreception@glancylaw.com

Suzanne L. Wahl    swahl@schiffhardin.com, dchapman@schiffhardin.com,
edocket@schiffhardin.com, lmisisian@schiffhardin.com

Sylvie K. Kern - MDL NOT ADMITTED    skern@antitrustglobal.com

Terry Gross - MDL NOT ADMITTED    Terry@gba-law.com, adam@gba-law.com,
joann@gba-law.com

Terry Rose Saunders - MDL NOT ADMITTED    tsaunders@saunders-lawfirm.com

Thomas C. Bright     tbright@gbcslaw.com

Thomas E. Bejin     bejin@bvbip.com

Todd F. Flood     tflood@floodlawcenter.com, dn@floodlawcenter.com,
nschmidt@floodlawcenter.com

Victoria Romanenko - MDL NOT ADMITTED     Vicky@cuneolaw.com

W. Joseph Bruckner     wjbruckner@locklaw.com, ctjohansen@locklaw.com,
emsipe@locklaw.com, hnpotteiger@locklaw.com

W. Todd Miller     tmiller@bakerandmiller.com, achirichella@bakerandmiller.com,
amcdonald@bakerandmiller.com, murdoch@butzel.com, smahar@bakerandmiller.com

Warren T. Burns     wburns@susmangodfrey.com, eehrenfeld@susmangodfrey.com

William Caldes     bcaldes@srkw-law.com

William Reiss     wreiss@labaton.com, electroniccasefiling@labaton.com

William A. Sankbeil     was@krwlaw.com, cjv@krwlaw.com

William E. Hoese     whoese@kohnswift.com

William H. Horton     bhorton@gmhlaw.com, efavaro@gmhlaw.com, mgram@gmhlaw.com

William H. London     wlondon@fklmlaw.com

William P. Sanders     psanders@sgrlaw.com, ccalhoun@sgrlaw.com, mherring@sgrlaw.com

**2:12-md-02311-MOB-MKM Notice will not be electronically mailed to:**

Aaron E. Robinson - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Adam C. Belsky - MDL NOT ADMITTED
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

Alan S. Miller - MDL NOT ADMITTED

Jones Day
2727 North Harwood St
Dallas, TX 75201

Andrea M. Price - MDL NOT ADMITTED
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

Andrew D. King - MDL NOT ADMITTED
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Candice C. Sirmon - MDL NOT ADMITTED
701 Magazine Street
New Orleans, LA 70130

Carmen McLean - MDL NOT ADMITTED

Curtis D. Ripley - MDL NOT ADMITTED
150 S 5th St
Suite 2300
Minneapolis, MN 55402

David M. Donovan - MDL NOT ADMITTED
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

Demetrius X. Lambrinos - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Eric B. Snyder - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Francis O. Scarpulla - MDL NOT ADMITTED

Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Greg Hanthorn - MDL NOT ADMITTED
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

Gregory J Johnson - MDL NOT ADMITTED
6688 145th St W
Apple Valley, MN 55124

Heather T. Rankie - MDL NOT ADMITTED
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

J. Bruce Cross - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Jeff D. Friedman - MDL NOT ADMITTED
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

Joseph M. Barton - MDL NOT ADMITTED
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

Judith A. Zahid - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Kevin P. Klibert - MDL NOT ADMITTED
106 W Seventh St

PO Drawer H
Reserve, LA 70084

Kristine G. Baker - MDL NOT ADMITTED
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

Lin Wang - MDL NOT ADMITTED
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Lloyd J. Tabary - MDL NOT ADMITTED , II
8560 Anselmo Lane
Baton Rouge, LA 70817

Mary G. Cooper - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Matthew B. Moreland - MDL NOT ADMITTED
106 W Seventh St
PO Drawer H
Reserve, LA 70084

Patrick S. Williams - MDL NOT ADMITTED
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

Randall E. Kahnke - MDL NOT ADMITTED
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

Reginald Von Terrell - MDL NOT ADMITTED
PO Box 13315. PMB#148
Oakland, CA 94661

Russ M. Herman - MDL NOT ADMITTED

Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Sarah Crowley - MDL NOT ADMITTED
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

Shana E. Scarlett - MDL NOT ADMITTED
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

Shelley R. Hebert - MDL NOT ADMITTED
Jones Day
77 W Wacker
Chicago, IL 60601

Soren E. Gisleson - MDL NOT ADMITTED
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Stephen J. Herman - NOT SWORN
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Stephen J. Squeri - MDL NOT ADMITTED
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Thomas P. Thrash - MDL NOT ADMITTED
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=1/3/2013] [FileNumber=5330973-0]
[bb82a887853b9fc57c4a54f911accb16b08bdbe93fabf0bab54e6033c43f336fb9d9
51786822b541802de0868173ddf17f5e19fa4118cbff12ed91bd810ca7c3]]

# Delivery Failure Report

| | |
|---|---|
| Your message: was not delivered to: | Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation<br><br>kkeenan@barrack.com |
| because: | 5.1.0 - Unknown address error 550-'Invalid Recipient - http://www.mimecast.com/knowledgebase/KBID10473.htm#550' (delivery attempts: 0) |

## What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.

- Once you have resent the document you may delete this Delivery Failure Report.

- If resending the document is not successful you will receive a new failure report.

- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

Routing path

USHUB03/H/US/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS

| | |
|---|---|
| To: | do_not_reply@mied.uscourts.gov, |
| cc: | |
| Date: | 10:20:26 AM Today |
| Subject: | Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Michigan**

## Notice of Electronic Filing

The following transaction was entered by Herrmann, Fred on 1/3/2013 at 10:20 AM EST and filed on 1/3/2013

| | |
|---|---|
| **Case Name:** | Automotive Parts Antitrust Litigation |
| **Case Number:** | 2:12-md-02311-MOB-MKM |

| | |
|---|---|
| **Filer:** | New Sabina Industries, Inc. |
| **Document Number:** | 492 |

**Docket Text:**

**STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by New Sabina Industries, Inc. identifying Corporate Parent Nippon Seiki Co., Ltd. for New Sabina Industries, Inc.. (Herrmann, Fred)**

**2:12-md-02311-MOB-MKM Notice has been electronically mailed to:**

A. Paul Victor     pvictor@winston.com

Adam J. Zapala     azapala@cpmlegal.com, lclark@cpmlegal.com

Adam T. Schnatz     ats@millerlawpc.com, ssr@millerlawpc.com

Alyson L. Oliver     notifications@oliverlg.com, aoliver@oliverlg.com

Andrew Marovitz     amarovitz@mayerbrown.com, courtnotification@mayerbrown.com

Anita F. Stork     astork@cov.com, clannin@cov.com, jlieu@cov.com, malcantara@cov.com, rdemain@cov.com

Anthony D. Shapiro - MDL NOT ADMITTED     tony@hbsslaw.com, ronnie@hbsslaw.com

Anthony L. DeLuca     anthony@aldplc.com

Austin Cohen - NOT SWORN     acohen@lfsblaw.com

Benjamin W. Jeffers     bjeffers@dykema.com, djackson@dykema.com, docket@dykema.com

Bernard Persky     bpersky@labaton.com, electroniccasefiling@labaton.com

Brendan H. Frey     bfrey@manteselaw.com, ssikorski@manteselaw.com

Brent W. Johnson     bjohnson@cohenmilstein.com

Brian K. Herrington - NOT SWORN     bherrington@barrettlawgroup.com

Brian M. Moore     bmoore@dykema.com, docket@dykema.com, ndoman@dykema.com

Brian R. Strange     lacounsel@earthlink.net, dholop@strangeandcarpenter.com, gcarpenter@strangeandcarpenter.com, jhood@strangeandcarpenter.com

Britt M. Miller - NOT SWORN      bmiller@mayerbrown.com

Charles A. Bieneman      bieneman@bvbip.com, goodwin@bvbip.com, mejia@bvbip.com

Christopher Micheletti - MDL NOT ADMITTED      cmicheletti@zelle.com

Craig Corbitt - MDL NOT ADMITTED      ccorbitt@zelle.com

Craig D. Bachman      bachmanc@lanepowell.com, docketing-pdx@lanepowell.com, storeyp@lanepowell.com

Daniel Glad      daniel.glad@lw.com, chefiling@lw.com

Daniel E. Becnel - MDL NOT ADMITTED , Jr      dbecnel@becnellaw.com

Daniel E. Gustafson      dgustafson@gustafsongluek.com, dnoss@gustafsongluek.com

Daniel M. Wall      dan.wall@lw.com

Dante A. Stella      dstella@dykema.com, docket@dykema.com, edzmelyk@dykema.com

Darryl Bressack      dbressack@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David E. Plunkett      dep@wwrplaw.com, ktp@wwrplaw.com

David F. DuMouchel      dumouchd@butzel.com, lemanski@butzel.com, morinbh@butzel.com, murdoch@butzel.com

David F. Hansma      dhansma@manteselaw.com, bren@manteselaw.com, ssikorski@manteselaw.com

David H. Fink      dfink@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David M. McMullan - NOT SWORN      dmcmullan@barrettlawgroup.com

David P. Donovan      david.donovan@wilmerhale.com

Debra H. Dermody      ddermody@reedsmith.com, dalioto@reedsmith.com

Dianne M. Nast - NOT SWORN      dnast@nastlaw.com, croberts@rodanast.com

Don Barrett      dbarrett@barrettlawgroup.com, charles@cfbfirm.com

Donald L. Schlapprizzi - NOT SWORN     don@schlapprizzipc.com

Donald M. Barnes     dbarnes@porterwright.com, kallen@porterwright.com

Douglas A. Abrahams     dabrahams@kohnswift.com, joanb@kohnswift.com

Dwayne D. Stresman     dds@krwlaw.com, cap@krwlaw.com

E. Powell Miller     epm@millerlawpc.com, aad@millerlawpc.com, ach@millerlawpc.com

Elizabeth Fenton     efenton@reedsmith.com

Elizabeth A. Favaro     efavaro@gmhlaw.com, mgram@gmhlaw.com

Elizabeth A. Fegan     beth@hbsslaw.com, chi_filings@hbsslaw.com

Eric J. Mahr     eric.mahr@wilmerhale.com

Erin C. Burns - NOT SWORN     eburns@nastlaw.com

Eugene A. Spector     Espector@srkw-law.com

Frank C. Damrell     fdamrell@cpmlegal.com

Fred K. Herrmann     fherrmann@kerr-russell.com, bmateik@kerr-russell.com

Gary R. Carney - NOT SWORN     gcarney@paulweiss.com

Gene Kim - NOT SWORN     gkim@cpmlegal.com

George B. Donnini     donnini@butzel.com, lemanski@butzel.com, morinbh@butzel.com,
murdoch@butzel.com

Gerard V. Mantese     gmantese@manteselaw.com, bren@manteselaw.com,
dhansma@manteselaw.com, jbrennan@manteselaw.com, ssikorski@manteselaw.com

Gregory P. Hansel     ghansel@preti.com, kwoodman@preti.com, sbelanger@preti.com

Harold Z. Gurewitz     hgurewitz@grplc.com, hgurewitz@aol.com, kdeja@aol.com

Hassan A. Zavareei     hzavareei@tzlegal.com, kressue@tzlegal.com, lcellini@tzlegal.com,
mgoschalk@tzlegal.com

Hollis L Salzman - NOT SWORN     hsalzman@labaton.com, electroniccasefiling@labaton.com

Howard Sedran    hsedran@lfsblaw.com

Howard B. Iwrey    hiwrey@dykema.com, docket@dykema.com, dshiemke@dykema.com

Howard N. Cayne    Howard.Cayne@aporter.com

Hugh P. Lambert    hlambert@lamnel.com, allison@lamnel.com, amy@lamnel.com,
cpeterson@lamnel.com, jminden@lamnel.com, magan@lamnel.com

Irwin B. Levin - NOT SWORN    ilevin@cohenandmalad.com

Irwin M. Alterman    irwin.alterman@kkue.com, diane.vigliotti@kkue.com,
marsha.johnson@kkue.com, mjohnson6470@gmail.com

James L. Cooper    James.Cooper@aporter.com

James L. Kauffman    jkauffman@levinlaw.com, efelps@levinlaw.com,
hdunsford@levinlaw.com, mcrochet@levinlaw.com

James P. Feeney    jfeeney@dykema.com, docket@dykema.com, dtonelli@dykema.com

Jan R. Bartelli - NOT SWORN    jbartelli@faruqilaw.com

Jason J. Thompson    jthompson@sommerspc.com, hmcintyre@sommerspc.com,
lyoung@sommerspc.com, tellis@sommerspc.com, vstewart@sommerspc.com

Jason S Kilene - NOT SWORN    jkilene@gustafsongluek.com,
dgustafson@gustafsongluek.com

Jeffrey B Gittleman - MDL NOT ADMITTED    jgittleman@barrack.com,
cbowers@barrack.com

Jeffrey G. Heuer    jheuer@jafferaitt.com, bcrocker@jaffelaw.com

Jeffrey L. Kessler    jkessler@winston.com, docketny@winston.com

Jeffrey L. Spector - MDL NOT ADMITTED    jspector@srkw-law.com

Joanne G. Swanson    jgs@krwlaw.com, cjv@krwlaw.com

Joel Davidow    Joel@cuneolaw.com

John Monica , Jr    jmonica@porterwright.com, amurray@porterwright.com

John F. Nevares    jfnevares@nevareslaw.com

John M. Majoras     jmmajoras@jonesday.com

John R. Malkinson - NOT SWORN     mhpc@aol.com

John V. Biernacki     jvbiernacki@jonesday.com, aroehl@jonesday.com,
heidicofsky@jonesday.com, mfischer@jonesday.com

Jonathan M Jagher     Jjagher@srkw-law.com

Jonathan W. Cuneo     JonC@cuneolaw.com, gstutman@cuneolaw.com

Joseph C. Kohn     jkohn@kohnswift.com

Joseph E. Papelian     joseph.e.papelian@delphi.com, barbara.k.frantangelo@delphi.com

Joseph Marid Patane - MDL NOT ADMITTED     jpatane@tatp.com

Joseph R Saveri     jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com,
gsaveri@saverilawfirm.com

Joseph W. Cotchett - NOT SWORN     jcotchett@cpmlegal.com

Joshua Paul Lushnat     jlushnat@manteselaw.com, jbrennan@manteselaw.com

Julie A. Strother - NOT SWORN     jastrother@locklaw.com

Karri Allen - MDL NOT ADMITTED     kallen@porterwright.com

Katherine M. Robison - NOT SWORN     krobison@omm.com, rgonzalez@omm.com

Kathryn Eisenstein     keisenstein@manteselaw.com

Kelly G. Keenan     kkeenan@barrack.com, cbowers@barrack.com, jgittleman@barrack.com

Kendall S. Zylstra - NOT SWORN     kzylstra@faruqilaw.com, jjenks@faruqilaw.com

Kenneth A. Gallo     kgallo@paulweiss.com

Kenneth R. Davis , II     davisk@lanepowell.com, docketing-pdx@lanepowell.com,
garciat@lanepowell.com

Kit A. Pierson     kpierson@cohenmilstein.com

Lance C. Young     lyoung@sommerspc.com, hmcintyre@sommerspc.com

Larry S. Gangnes     gangnesl@lanepowell.com, docketing-SEA@lanepowell.com,

donnellyjossm@lanepowell.com

Laura C. Taylor - NOT SWORN     laura.taylor@aporter.com

Lauren Clare Russell - MDL NOT ADMITTED     laurenrussell@tatp.com

Lee Albert - MDL NOT ADMITTED     lalbert@glancylaw.com

Leonard A. Davis - NOT SWORN     ldavis@hhkc.com

Linda P. Nussbaum     lnussbaum@nussbaumllp.com, cnevers@gelaw.com,
lnussbaum@gelaw.com, shaggerty@gelaw.com, sschwaiger@gelaw.com

Manuel J Dominguez     jdominguez@cohenmilstein.com, chanson@cohenmilstein.com,
efilings@cohenmilstein.com, jabetti@cohenmilstein.com

Marc M. Seltzer     mseltzer@susmangodfrey.com, hdanielson@susmangodfrey.com,
mbremhorst@susmangodfrey.com, sthomas@susmangodfrey.com

Marguerite M. Sullivan     maggy.sullivan@lw.com, andrew.galdes@lw.com,
anna.rathbun@lw.com, aziz.ahmad@lw.com, daniel.glad@lw.com, dclitserv@lw.com,
drew.wisniewski@lw.com, kelsey.mcpherson@lw.com

Mario Nunzio Alioto - MDL NOT ADMITTED     malioto@tatp.com

Mark Leddy     mleddy@cgsh.com, anneosburn@cgsh.com, eewing@cgsh.com,
nbunick@cgsh.com

Mark J. Schirmer     mschirmer@straus-boies.com, ecf@straus-boies.com

Marvin L. Frank     mfrank@murrayfrank.com, bbianco@murrayfrank.com

Matthew L. Powell     mlp@krwlaw.com, cjv@krwlaw.com

Matthew L. Turner     mturner@sommerspc.com

Meghan M. Boone     mboone@cohenmilstein.com

Michael E. Moskovitz     mmoskovitz@fklmlaw.com

Michael F. Tubach     mtubach@omm.com, BJones@omm.com, kquintanilla@omm.com

Michael J. Fanelli     mfanelli@cov.com

Michael L. Silverman     msilverman@fklmlaw.com

Michael R. Turco    turco@bwst-law.com, redmond@bwst-law.com, vancleve@bwst-law.com

Michelle Mantine    mmantine@reedsmith.com

Michelle K. Fischer    mfischer@jonesday.com, aroehl@jonesday.com, dlbean@jonesday.com, dmcCaffrey@JonesDay.com, tdlipscombjackson@jonesday.com

Mindee J Reuben - NOT SWORN    reuben@wka-law.com, micucci@wka-law.com

Molly Crabtree    mcrabtree@porterwright.com

Molly Donovan    mmdonovan@winston.com, alamut@winston.com, docketny@winston.com, ecate@winston.com, jstewart@winston.com, JTschirgi@winston.com, sarguello@winston.com

Patrick E. Cafferty    PCafferty@CaffertyClobes.com, docket@caffertyclobes.com

Paul F. Novak    pnovak@milberg.com, MAOffice@milberg.com

Peter Kontio    peter.kontio@alston.com, ellen.persons@alston.com

Peter E. Boivin    pboivin@honigman.com

Peter M. Falkenstein    pfalkenstein@jaffelaw.com, jdelevie@jaffelaw.com

Phillip J. Duncan - MDL NOT ADMITTED    Phillip@duncanfirm.com, theresa@duncanfirm.com

Randall B. Weill    rweill@preti.com, kwoodsum@preti.com

Reginald Von Terrell - MDL NOT ADMITTED    reggiet2@aol.com

Ria C. Momblanco - MDL NOT ADMITTED    rmomblanco@finekaplan.com

Richard L. Quintus - MDL NOT ADMITTED    Richard@duncanfirm.com

Robert J. Wierenga    rwierenga@schiffhardin.com, dchapman@schiffhardin.com, edocket@schiffhardin.com, lmisisian@schiffhardin.com

Roberta D. Liebenberg - NOT SWORN    rliebenberg@finekaplan.com

S. Thomas Wienner    twienner@wiennergould.com, jtibbs@wiennergould.com

Salvatore A. Romano    sromano@porterwright.com, kallen@porterwright.com

Samuel Davidoff    sdavidoff@wc.com, kmorton@wc.com

Scott D. Gilchrist - NOT SWORN      sgilchrist@cohenandmalad.com,
jsmock@cohenandmalad.com

Shawn M. Raiter      sraiter@larsonking.com, jsnodgrass@larsonking.com,
lbautch-holton@larsonking.com, lburks@larsonking.com, psand@larsonking.com

Sheldon H. Klein      klein@butzel.com, larson@butzel.com

Sheldon L. Miller      ccole@sheldonmiller.com, arogers@sheldonmiller.com

Solomon B. Cera      scera@gbcslaw.com, keg@gbcslaw.com

Sonia K. Pfaffenroth - NOT SWORN      sonia.pfaffenroth@aporter.com

Stacy E. Frazier      stacy.frazier@wilmerhale.com

Stephanie K. Wood      stephanie.wood@wilmerhale.com

Steve W. Berman - NOT SWORN      steve@hbsslaw.com, robert@hbsslaw.com

Steven A. Kanner      skanner@fklmlaw.com, mkhamoo@fklmlaw.com,
mmoskovitz@fklmlaw.com, msilverman@fklmlaw.com, wlondon@fklmlaw.com

Steven F. Cherry      steven.cherry@wilmerhale.com, Marisa.Alfano@wilmerhale.com

Steven G. Sklaver - NOT SWORN      ssklaver@susmangodfrey.com,
hdanielson@susmangodfrey.com

Steven M. Zarowny      steve_zarowny@denso-diam.com

Steven N. Williams      swilliams@cpmlegal.com, azapala@cpmlegal.com, bdoe@cpmlegal.com,
fdamrell@cpmlegal.com, gkim@cpmlegal.com, jschmidt@cpmlegal.com,
jverducci@cpmlegal.com, lclark@cpmlegal.com

Susan G. Kupfer      skupfer@glancylaw.com, jbarton@glancylaw.com,
sfreception@glancylaw.com

Suzanne L. Wahl      swahl@schiffhardin.com, dchapman@schiffhardin.com,
edocket@schiffhardin.com, lmisisian@schiffhardin.com

Sylvie K. Kern - MDL NOT ADMITTED      skern@antitrustglobal.com

Terry Gross - MDL NOT ADMITTED      Terry@gba-law.com, adam@gba-law.com,
joann@gba-law.com

Terry Rose Saunders - MDL NOT ADMITTED      tsaunders@saunders-lawfirm.com

Thomas C. Bright     tbright@gbcslaw.com

Thomas E. Bejin     bejin@bvbip.com

Todd F. Flood     tflood@floodlawcenter.com, dn@floodlawcenter.com,
nschmidt@floodlawcenter.com

Victoria Romanenko - MDL NOT ADMITTED     Vicky@cuneolaw.com

W. Joseph Bruckner     wjbruckner@locklaw.com, ctjohansen@locklaw.com,
emsipe@locklaw.com, hnpotteiger@locklaw.com

W. Todd Miller     tmiller@bakerandmiller.com, achirichella@bakerandmiller.com,
amcdonald@bakerandmiller.com, murdoch@butzel.com, smahar@bakerandmiller.com

Warren T. Burns     wburns@susmangodfrey.com, eehrenfeld@susmangodfrey.com

William Caldes     bcaldes@srkw-law.com

William Reiss     wreiss@labaton.com, electroniccasefiling@labaton.com

William A. Sankbeil     was@krwlaw.com, cjv@krwlaw.com

William E. Hoese     whoese@kohnswift.com

William H. Horton     bhorton@gmhlaw.com, efavaro@gmhlaw.com, mgram@gmhlaw.com

William H. London     wlondon@fklmlaw.com

William P. Sanders     psanders@sgrlaw.com, ccalhoun@sgrlaw.com, mherring@sgrlaw.com

**2:12-md-02311-MOB-MKM Notice will not be electronically mailed to:**

Aaron E. Robinson - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Adam C. Belsky - MDL NOT ADMITTED
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

Alan S. Miller - MDL NOT ADMITTED

Jones Day
2727 North Harwood St
Dallas, TX 75201

Andrea M. Price - MDL NOT ADMITTED
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

Andrew D. King - MDL NOT ADMITTED
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Candice C. Sirmon - MDL NOT ADMITTED
701 Magazine Street
New Orleans, LA 70130

Carmen McLean - MDL NOT ADMITTED

Curtis D. Ripley - MDL NOT ADMITTED
150 S 5th St
Suite 2300
Minneapolis, MN 55402

David M. Donovan - MDL NOT ADMITTED
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

Demetrius X. Lambrinos - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Eric B. Snyder - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Francis O. Scarpulla - MDL NOT ADMITTED

Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Greg Hanthorn - MDL NOT ADMITTED
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

Gregory J Johnson - MDL NOT ADMITTED
6688 145th St W
Apple Valley, MN 55124

Heather T. Rankie - MDL NOT ADMITTED
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

J. Bruce Cross - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Jeff D. Friedman - MDL NOT ADMITTED
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

Joseph M. Barton - MDL NOT ADMITTED
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

Judith A. Zahid - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Kevin P. Klibert - MDL NOT ADMITTED
106 W Seventh St

PO Drawer H
Reserve, LA 70084

Kristine G. Baker - MDL NOT ADMITTED
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

Lin Wang - MDL NOT ADMITTED
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Lloyd J. Tabary - MDL NOT ADMITTED , II
8560 Anselmo Lane
Baton Rouge, LA 70817

Mary G. Cooper - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Matthew B. Moreland - MDL NOT ADMITTED
106 W Seventh St
PO Drawer H
Reserve, LA 70084

Patrick S. Williams - MDL NOT ADMITTED
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

Randall E. Kahnke - MDL NOT ADMITTED
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

Reginald Von Terrell - MDL NOT ADMITTED
PO Box 13315. PMB#148
Oakland, CA 94661

Russ M. Herman - MDL NOT ADMITTED

Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Sarah Crowley - MDL NOT ADMITTED
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

Shana E. Scarlett - MDL NOT ADMITTED
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

Shelley R. Hebert - MDL NOT ADMITTED
Jones Day
77 W Wacker
Chicago, IL 60601

Soren E. Gisleson - MDL NOT ADMITTED
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Stephen J. Herman - NOT SWORN
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Stephen J. Squeri - MDL NOT ADMITTED
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Thomas P. Thrash - MDL NOT ADMITTED
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=1/3/2013] [FileNumber=5330948-0]
[9cd0f97922a57bfc6c46e2035773e600fbad817fbd9ca8a97496d4fc0839b32d47fa
427a7670610869849420d28ec88aec2946cf5a52dac7350275d34c011519]]

## Delivery Failure Report

| | |
|---|---|
| Your message: was not delivered to: | Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation |
| | kkeenan@barrack.com |
| because: | 5.1.0 - Unknown address error 550-'Invalid Recipient - http://www.mimecast.com/knowledgebase/KBID10473.htm#550' (delivery attempts: 0) |

### What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.

- Once you have resent the document you may delete this Delivery Failure Report.

- If resending the document is not successful you will receive a new failure report.

- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

Routing path

USHUB03/H/US/USCOURTS, 06MIEMAIL01a/M/06/USCOURTS

| | |
|---|---|
| To: | do_not_reply@mied.uscourts.gov, |
| cc: | |
| Date: | 10:11:24 AM Today |
| Subject: | Statement of Disclosure of Corporate Affiliations in 2:12-md-02311-MOB-MKM Automotive Parts Antitrust Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Herrmann, Fred on 1/3/2013 at 10:11 AM EST and filed on 1/3/2013

| | |
|---|---|
| **Case Name:** | Automotive Parts Antitrust Litigation |
| **Case Number:** | 2:12-md-02311-MOB-MKM |

| | |
|---|---|
| **Filer:** | Nippon Seiko Company, Limited |
| **Document Number:** | 491 |

**Docket Text:**
**STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Nippon Seiko Company, Limited (Herrmann, Fred)**

**2:12-md-02311-MOB-MKM Notice has been electronically mailed to:**

A. Paul Victor     pvictor@winston.com

Adam J. Zapala     azapala@cpmlegal.com, lclark@cpmlegal.com

Adam T. Schnatz     ats@millerlawpc.com, ssr@millerlawpc.com

Alyson L. Oliver     notifications@oliverlg.com, aoliver@oliverlg.com

Andrew Marovitz     amarovitz@mayerbrown.com, courtnotification@mayerbrown.com

Anita F. Stork     astork@cov.com, clannin@cov.com, jlieu@cov.com, malcantara@cov.com, rdemain@cov.com

Anthony D. Shapiro - MDL NOT ADMITTED     tony@hbsslaw.com, ronnie@hbsslaw.com

Anthony L. DeLuca     anthony@aldplc.com

Austin Cohen - NOT SWORN     acohen@lfsblaw.com

Benjamin W. Jeffers     bjeffers@dykema.com, djackson@dykema.com, docket@dykema.com

Bernard Persky     bpersky@labaton.com, electroniccasefiling@labaton.com

Brendan H. Frey     bfrey@manteselaw.com, ssikorski@manteselaw.com

Brent W. Johnson     bjohnson@cohenmilstein.com

Brian K. Herrington - NOT SWORN     bherrington@barrettlawgroup.com

Brian M. Moore     bmoore@dykema.com, docket@dykema.com, ndoman@dykema.com

Brian R. Strange     lacounsel@earthlink.net, dholop@strangeandcarpenter.com, gcarpenter@strangeandcarpenter.com, jhood@strangeandcarpenter.com

Britt M. Miller - NOT SWORN     bmiller@mayerbrown.com

Charles A. Bieneman     bieneman@bvbip.com, goodwin@bvbip.com, mejia@bvbip.com

Christopher Micheletti - MDL NOT ADMITTED     cmicheletti@zelle.com

Craig Corbitt - MDL NOT ADMITTED     ccorbitt@zelle.com

Craig D. Bachman     bachmanc@lanepowell.com, docketing-pdx@lanepowell.com, storeyp@lanepowell.com

Daniel Glad     daniel.glad@lw.com, chefiling@lw.com

Daniel E. Becnel - MDL NOT ADMITTED , Jr     dbecnel@becnellaw.com

Daniel E. Gustafson     dgustafson@gustafsongluek.com, dnoss@gustafsongluek.com

Daniel M. Wall     dan.wall@lw.com

Dante A. Stella     dstella@dykema.com, docket@dykema.com, edzmelyk@dykema.com

Darryl Bressack     dbressack@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David E. Plunkett     dep@wwrplaw.com, ktp@wwrplaw.com

David F. DuMouchel     dumouchd@butzel.com, lemanski@butzel.com, morinbh@butzel.com, murdoch@butzel.com

David F. Hansma     dhansma@manteselaw.com, bren@manteselaw.com, ssikorski@manteselaw.com

David H. Fink     dfink@finkandassociateslaw.com, afink@finkandassociateslaw.com, tflentroy@finkandassociateslaw.com

David M. McMullan - NOT SWORN     dmcmullan@barrettlawgroup.com

David P. Donovan     david.donovan@wilmerhale.com

Debra H. Dermody     ddermody@reedsmith.com, dalioto@reedsmith.com

Dianne M. Nast - NOT SWORN     dnast@nastlaw.com, croberts@rodanast.com

Don Barrett     dbarrett@barrettlawgroup.com, charles@cfbfirm.com

Donald L. Schlapprizzi - NOT SWORN     don@schlapprizzipc.com

Donald M. Barnes    dbarnes@porterwright.com, kallen@porterwright.com

Douglas A. Abrahams    dabrahams@kohnswift.com, joanb@kohnswift.com

Dwayne D. Stresman    dds@krwlaw.com, cap@krwlaw.com

E. Powell Miller    epm@millerlawpc.com, aad@millerlawpc.com, ach@millerlawpc.com

Elizabeth Fenton    efenton@reedsmith.com

Elizabeth A. Favaro    efavaro@gmhlaw.com, mgram@gmhlaw.com

Elizabeth A. Fegan    beth@hbsslaw.com, chi_filings@hbsslaw.com

Eric J. Mahr    eric.mahr@wilmerhale.com

Erin C. Burns - NOT SWORN    eburns@nastlaw.com

Eugene A. Spector    Espector@srkw-law.com

Frank C. Damrell    fdamrell@cpmlegal.com

Fred K. Herrmann    fherrmann@kerr-russell.com, bmateik@kerr-russell.com

Gary R. Carney - NOT SWORN    gcarney@paulweiss.com

Gene Kim - NOT SWORN    gkim@cpmlegal.com

George B. Donnini    donnini@butzel.com, lemanski@butzel.com, morinbh@butzel.com, murdoch@butzel.com

Gerard V. Mantese    gmantese@manteselaw.com, bren@manteselaw.com, dhansma@manteselaw.com, jbrennan@manteselaw.com, ssikorski@manteselaw.com

Gregory P. Hansel    ghansel@preti.com, kwoodman@preti.com, sbelanger@preti.com

Harold Z. Gurewitz    hgurewitz@grplc.com, hgurewitz@aol.com, kdeja@aol.com

Hassan A. Zavareei    hzavareei@tzlegal.com, kressue@tzlegal.com, lcellini@tzlegal.com, mgoschalk@tzlegal.com

Hollis L Salzman - NOT SWORN    hsalzman@labaton.com, electroniccasefiling@labaton.com

Howard Sedran    hsedran@lfsblaw.com

Howard B. Iwrey     hiwrey@dykema.com, docket@dykema.com, dshiemke@dykema.com

Howard N. Cayne     Howard.Cayne@aporter.com

Hugh P. Lambert     hlambert@lamnel.com, allison@lamnel.com, amy@lamnel.com,
cpeterson@lamnel.com, jminden@lamnel.com, magan@lamnel.com

Irwin B. Levin - NOT SWORN     ilevin@cohenandmalad.com

Irwin M. Alterman     irwin.alterman@kkue.com, diane.vigliotti@kkue.com,
marsha.johnson@kkue.com, mjohnson6470@gmail.com

James L. Cooper     James.Cooper@aporter.com

James L. Kauffman     jkauffman@levinlaw.com, efelps@levinlaw.com,
hdunsford@levinlaw.com, mcrochet@levinlaw.com

James P. Feeney     jfeeney@dykema.com, docket@dykema.com, dtonelli@dykema.com

Jan R. Bartelli - NOT SWORN     jbartelli@faruqilaw.com

Jason J. Thompson     jthompson@sommerspc.com, hmcintyre@sommerspc.com,
lyoung@sommerspc.com, tellis@sommerspc.com, vstewart@sommerspc.com

Jason S Kilene - NOT SWORN     jkilene@gustafsongluek.com,
dgustafson@gustafsongluek.com

Jeffrey B Gittleman - MDL NOT ADMITTED     jgittleman@barrack.com,
cbowers@barrack.com

Jeffrey G. Heuer     jheuer@jafferaitt.com, bcrocker@jaffelaw.com

Jeffrey L. Kessler     jkessler@winston.com, docketny@winston.com

Jeffrey L. Spector - MDL NOT ADMITTED     jspector@srkw-law.com

Joanne G. Swanson     jgs@krwlaw.com, cjv@krwlaw.com

Joel Davidow     Joel@cuneolaw.com

John Monica , Jr     jmonica@porterwright.com, amurray@porterwright.com

John F. Nevares     jfnevares@nevareslaw.com

John M. Majoras     jmmajoras@jonesday.com

John R. Malkinson - NOT SWORN      mhpc@aol.com

John V. Biernacki      jvbiernacki@jonesday.com, aroehl@jonesday.com,
heidicofsky@jonesday.com, mfischer@jonesday.com

Jonathan M Jagher      Jjagher@srkw-law.com

Jonathan W. Cuneo      JonC@cuneolaw.com, gstutman@cuneolaw.com

Joseph C. Kohn      jkohn@kohnswift.com

Joseph E. Papelian      joseph.e.papelian@delphi.com, barbara.k.frantangelo@delphi.com

Joseph Marid Patane - MDL NOT ADMITTED      jpatane@tatp.com

Joseph R Saveri      jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com,
gsaveri@saverilawfirm.com

Joseph W. Cotchett - NOT SWORN      jcotchett@cpmlegal.com

Joshua Paul Lushnat      jlushnat@manteselaw.com, jbrennan@manteselaw.com

Julie A. Strother - NOT SWORN      jastrother@locklaw.com

Karri Allen - MDL NOT ADMITTED      kallen@porterwright.com

Katherine M. Robison - NOT SWORN      krobison@omm.com, rgonzalez@omm.com

Kathryn Eisenstein      keisenstein@manteselaw.com

Kelly G. Keenan      kkeenan@barrack.com, cbowers@barrack.com, jgittleman@barrack.com

Kendall S. Zylstra - NOT SWORN      kzylstra@faruqilaw.com, jjenks@faruqilaw.com

Kenneth A. Gallo      kgallo@paulweiss.com

Kenneth R. Davis , II      davisk@lanepowell.com, docketing-pdx@lanepowell.com,
garciat@lanepowell.com

Kit A. Pierson      kpierson@cohenmilstein.com

Lance C. Young      lyoung@sommerspc.com, hmcintyre@sommerspc.com

Larry S. Gangnes      gangnesl@lanepowell.com, docketing-SEA@lanepowell.com,
donnellyjossm@lanepowell.com

Laura C. Taylor - NOT SWORN     laura.taylor@aporter.com

Lauren Clare Russell - MDL NOT ADMITTED     laurenrussell@tatp.com

Lee Albert - MDL NOT ADMITTED     lalbert@glancylaw.com

Leonard A. Davis - NOT SWORN     ldavis@hhkc.com

Linda P. Nussbaum     lnussbaum@nussbaumllp.com, cnevers@gelaw.com,
lnussbaum@gelaw.com, shaggerty@gelaw.com, sschwaiger@gelaw.com

Manuel J Dominguez     jdominguez@cohenmilstein.com, chanson@cohenmilstein.com,
efilings@cohenmilstein.com, jabetti@cohenmilstein.com

Marc M. Seltzer     mseltzer@susmangodfrey.com, hdanielson@susmangodfrey.com,
mbremhorst@susmangodfrey.com, sthomas@susmangodfrey.com

Marguerite M. Sullivan     maggy.sullivan@lw.com, andrew.galdes@lw.com,
anna.rathbun@lw.com, aziz.ahmad@lw.com, daniel.glad@lw.com, dclitserv@lw.com,
drew.wisniewski@lw.com, kelsey.mcpherson@lw.com

Mario Nunzio Alioto - MDL NOT ADMITTED     malioto@tatp.com

Mark Leddy     mleddy@cgsh.com, anneosburn@cgsh.com, eewing@cgsh.com,
nbunick@cgsh.com

Mark J. Schirmer     mschirmer@straus-boies.com, ecf@straus-boies.com

Marvin L. Frank     mfrank@murrayfrank.com, bbianco@murrayfrank.com

Matthew L. Powell     mlp@krwlaw.com, cjv@krwlaw.com

Matthew L. Turner     mturner@sommerspc.com

Meghan M. Boone     mboone@cohenmilstein.com

Michael E. Moskovitz     mmoskovitz@fklmlaw.com

Michael F. Tubach     mtubach@omm.com, BJones@omm.com, kquintanilla@omm.com

Michael J. Fanelli     mfanelli@cov.com

Michael L. Silverman     msilverman@fklmlaw.com

Michael R. Turco     turco@bwst-law.com, redmond@bwst-law.com, vancleve@bwst-law.com

Michelle Mantine     mmantine@reedsmith.com

Michelle K. Fischer     mfischer@jonesday.com, aroehl@jonesday.com, dlbean@jonesday.com, dmcCaffrey@JonesDay.com, tdlipscombjackson@jonesday.com

Mindee J Reuben - NOT SWORN     reuben@wka-law.com, micucci@wka-law.com

Molly Crabtree     mcrabtree@porterwright.com

Molly Donovan     mmdonovan@winston.com, alamut@winston.com, docketny@winston.com, ecate@winston.com, jstewart@winston.com, JTschirgi@winston.com, sarguello@winston.com

Patrick E. Cafferty     PCafferty@CaffertyClobes.com, docket@caffertyclobes.com

Paul F. Novak     pnovak@milberg.com, MAOffice@milberg.com

Peter Kontio     peter.kontio@alston.com, ellen.persons@alston.com

Peter E. Boivin     pboivin@honigman.com

Peter M. Falkenstein     pfalkenstein@jaffelaw.com, jdelevie@jaffelaw.com

Phillip J. Duncan - MDL NOT ADMITTED     Phillip@duncanfirm.com, theresa@duncanfirm.com

Randall B. Weill     rweill@preti.com, kwoodsum@preti.com

Reginald Von Terrell - MDL NOT ADMITTED     reggiet2@aol.com

Ria C. Momblanco - MDL NOT ADMITTED     rmomblanco@finekaplan.com

Richard L. Quintus - MDL NOT ADMITTED     Richard@duncanfirm.com

Robert J. Wierenga     rwierenga@schiffhardin.com, dchapman@schiffhardin.com, edocket@schiffhardin.com, lmisisian@schiffhardin.com

Roberta D. Liebenberg - NOT SWORN     rliebenberg@finekaplan.com

S. Thomas Wienner     twienner@wiennergould.com, jtibbs@wiennergould.com

Salvatore A. Romano     sromano@porterwright.com, kallen@porterwright.com

Samuel Davidoff     sdavidoff@wc.com, kmorton@wc.com

Scott D. Gilchrist - NOT SWORN     sgilchrist@cohenandmalad.com,

jsmock@cohenandmalad.com

Shawn M. Raiter    sraiter@larsonking.com, jsnodgrass@larsonking.com,
lbautch-holton@larsonking.com, lburks@larsonking.com, psand@larsonking.com

Sheldon H. Klein    klein@butzel.com, larson@butzel.com

Sheldon L. Miller    ccole@sheldonmiller.com, arogers@sheldonmiller.com

Solomon B. Cera    scera@gbcslaw.com, keg@gbcslaw.com

Sonia K. Pfaffenroth - NOT SWORN    sonia.pfaffenroth@aporter.com

Stacy E. Frazier    stacy.frazier@wilmerhale.com

Stephanie K. Wood    stephanie.wood@wilmerhale.com

Steve W. Berman - NOT SWORN    steve@hbsslaw.com, robert@hbsslaw.com

Steven A. Kanner    skanner@fklmlaw.com, mkhamoo@fklmlaw.com,
mmoskovitz@fklmlaw.com, msilverman@fklmlaw.com, wlondon@fklmlaw.com

Steven F. Cherry    steven.cherry@wilmerhale.com, Marisa.Alfano@wilmerhale.com

Steven G. Sklaver - NOT SWORN    ssklaver@susmangodfrey.com,
hdanielson@susmangodfrey.com

Steven M. Zarowny    steve_zarowny@denso-diam.com

Steven N. Williams    swilliams@cpmlegal.com, azapala@cpmlegal.com, bdoe@cpmlegal.com,
fdamrell@cpmlegal.com, gkim@cpmlegal.com, jschmidt@cpmlegal.com,
jverducci@cpmlegal.com, lclark@cpmlegal.com

Susan G. Kupfer    skupfer@glancylaw.com, jbarton@glancylaw.com,
sfreception@glancylaw.com

Suzanne L. Wahl    swahl@schiffhardin.com, dchapman@schiffhardin.com,
edocket@schiffhardin.com, lmisisian@schiffhardin.com

Sylvie K. Kern - MDL NOT ADMITTED    skern@antitrustglobal.com

Terry Gross - MDL NOT ADMITTED    Terry@gba-law.com, adam@gba-law.com,
joann@gba-law.com

Terry Rose Saunders - MDL NOT ADMITTED    tsaunders@saunders-lawfirm.com

Thomas C. Bright     tbright@gbcslaw.com

Thomas E. Bejin     bejin@bvbip.com

Todd F. Flood     tflood@floodlawcenter.com, dn@floodlawcenter.com,
nschmidt@floodlawcenter.com

Victoria Romanenko - MDL NOT ADMITTED     Vicky@cuneolaw.com

W. Joseph Bruckner     wjbruckner@locklaw.com, ctjohansen@locklaw.com,
emsipe@locklaw.com, hnpotteiger@locklaw.com

W. Todd Miller     tmiller@bakerandmiller.com, achirichella@bakerandmiller.com,
amcdonald@bakerandmiller.com, murdoch@butzel.com, smahar@bakerandmiller.com

Warren T. Burns     wburns@susmangodfrey.com, eehrenfeld@susmangodfrey.com

William Caldes     bcaldes@srkw-law.com

William Reiss     wreiss@labaton.com, electroniccasefiling@labaton.com

William A. Sankbeil     was@krwlaw.com, cjv@krwlaw.com

William E. Hoese     whoese@kohnswift.com

William H. Horton     bhorton@gmhlaw.com, efavaro@gmhlaw.com, mgram@gmhlaw.com

William H. London     wlondon@fklmlaw.com

William P. Sanders     psanders@sgrlaw.com, ccalhoun@sgrlaw.com, mherring@sgrlaw.com

**2:12-md-02311-MOB-MKM Notice will not be electronically mailed to:**

Aaron E. Robinson - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Adam C. Belsky - MDL NOT ADMITTED
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

Alan S. Miller - MDL NOT ADMITTED
Jones Day

2727 North Harwood St
Dallas, TX 75201

Andrea M. Price - MDL NOT ADMITTED
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

Andrew D. King - MDL NOT ADMITTED
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Candice C. Sirmon - MDL NOT ADMITTED
701 Magazine Street
New Orleans, LA 70130

Carmen McLean - MDL NOT ADMITTED

Curtis D. Ripley - MDL NOT ADMITTED
150 S 5th St
Suite 2300
Minneapolis, MN 55402

David M. Donovan - MDL NOT ADMITTED
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

Demetrius X. Lambrinos - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Eric B. Snyder - MDL NOT ADMITTED
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Francis O. Scarpulla - MDL NOT ADMITTED
Zelle Hofmann Voelbel & Mason

44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Greg Hanthorn - MDL NOT ADMITTED
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

Gregory J Johnson - MDL NOT ADMITTED
6688 145th St W
Apple Valley, MN 55124

Heather T. Rankie - MDL NOT ADMITTED
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

J. Bruce Cross - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Jeff D. Friedman - MDL NOT ADMITTED
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

Joseph M. Barton - MDL NOT ADMITTED
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

Judith A. Zahid - MDL NOT ADMITTED
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Kevin P. Klibert - MDL NOT ADMITTED
106 W Seventh St
PO Drawer H

Reserve, LA 70084

Kristine G. Baker - MDL NOT ADMITTED
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

Lin Wang - MDL NOT ADMITTED
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Lloyd J. Tabary - MDL NOT ADMITTED , II
8560 Anselmo Lane
Baton Rouge, LA 70817

Mary G. Cooper - MDL NOT ADMITTED
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Matthew B. Moreland - MDL NOT ADMITTED
106 W Seventh St
PO Drawer H
Reserve, LA 70084

Patrick S. Williams - MDL NOT ADMITTED
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

Randall E. Kahnke - MDL NOT ADMITTED
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

Reginald Von Terrell - MDL NOT ADMITTED
PO Box 13315. PMB#148
Oakland, CA 94661

Russ M. Herman - MDL NOT ADMITTED
Herman Herman Katz & Cotlar

820 O'Keefe Ave
New Orleans, LA 70113

Sarah Crowley - MDL NOT ADMITTED
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

Shana E. Scarlett - MDL NOT ADMITTED
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

Shelley R. Hebert - MDL NOT ADMITTED
Jones Day
77 W Wacker
Chicago, IL 60601

Soren E. Gisleson - MDL NOT ADMITTED
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Stephen J. Herman - NOT SWORN
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Stephen J. Squeri - MDL NOT ADMITTED
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Thomas P. Thrash - MDL NOT ADMITTED
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=1/3/2013] [FileNumber=5330922-0]
[1f64c5a267784115ae02a32db475622b1f0581b4b372823a5f45d7b1f6fa55ad9413
23f82140355de98a84a32e59e069a0b027c76301bac9d7ace90f41d9fada]]