UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) |

MASTER FILE NO. 12-md-02311

HONORABLE MARIANNE O. BATTANI

### NOTICE OF APPEARANCE OF THOMAS E. AHLERING

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE ENTER THE APPEARANCE of Thomas E. Ahlering of Hagens Berman Sobol Shapiro LLP as counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah in the above-captioned matter.

Respectfully submitted,

/s/ Thomas E. Ahlering
Thomas E. Ahlering
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1144 W. Lake St.
Suite 400
Oak Park, IL  60301-1043
Ph:  (708) 628-4949
IL State Bar #6295744
toma@hbsslaw.com

*Counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, I personally filed the foregoing NOTICE OF APPEARANCE OF THOMAS E. AHLERING with the Clerk of the Court, and caused copies of this notice to be served via ECF to all counsel of record.

/s/ Thomas E. Ahlering
Thomas E. Ahlering
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1144 W. Lake Street
Suite 400
Oak Park, IL  60301-1043
Ph:  (708) 628-4949
IL State Bar #6295744
toma@hbsslaw.com

*Counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah*