UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF JENNIFER M. STEWART

Please enter the Appearance of Jennifer M. Stewart of Winston & Strawn LLP as counsel for Defendants Nippon Seiki Co., Ltd., N.S. International, LTD., and New Sabina Industries, Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Jennifer M. Stewart*
      Jennifer M. Stewart
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-4743
Facsimile: (212) 294-4700
jstewart@winston.com

Dated:  January 16, 2013          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I electronically filed the foregoing Appearance of Jennifer M. Stewart with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ Jennifer M. Stewart*
Jennifer M. Stewart