# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date) — 平成24年10月16日
- *le (date)*

- at (place, street, number) — 愛知県丹羽郡大口町豊田3丁目260番2地 株式会社東海理化電機製作所
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

   ~~☐ (b) in accordance with the following particular method*:~~
   ~~*b) selon la forme particulière suivante:*~~

   ~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~
   ~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person) — 石田 沙也佳
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business, or other): — 株式会社東海理化電機製作所 従業者
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

~~*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Done at 愛知県 , the 2012.10.19
*Fait à* , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
郵便送達報告書

Signature and / or stamp.
*Signature et / ou cachet.*
名古屋地方裁判所民事第3部
裁判所書記官 野村秀樹

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

□帳簿チェック

☑発送年月日

# 郵便送達報告書
（住所，居所等用）

発送年月日 平成24年10月15日

| 事件番号 | 平成24年（エ）第77号 |
|---|---|
| 送達書類 | 書類の名称：1 文書の要領（SUMMARY），2 召喚状，3 訴状，4 2及び3の訳文 |
| 差出人 | 所在地：郵便番号 460-8504　名古屋市中区三の丸1-4-1<br>名称：名古屋地方裁判所民事第3部ハA係 |
| 受送達者本人氏名 | 株式会社東海理化電機製作所 |
| 受領者の押印又は署名 | |
| 送達の場所 | 郵便番号 480-0195　丹羽郡大口町豊田3丁目260番地 |
| 送達年月日時 | 平成24年10月16日11時 |

送達方法
1 受送達者本人に渡した。
2 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。
　ア 使用人・従業者　イ 同居者
　（氏名： 石田沙也佳 ）
3 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。
　ア 受送達者本人　イ 使用人・従業者　ウ 同居者
　（氏名： ）
4 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。
　ア 使用人・従業者　イ 同居者
　（氏名： ）

上記のとおり送達しました。　平成24年10月16日
（所属）　配達担当者
ア 郵便事業㈱　扶桑　支店
イ 郵便局㈱　　　郵便局　石原祐次

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成24年10月16日
（所属）　郵便認証司
ア 郵便事業㈱　扶桑　支店
イ 郵便局㈱　　　郵便局　八谷成信

注意
1 受領者が押印又は署名をすることができないときは、「受領者の押印又は署名」欄にその旨を記入すること。
2 「送達の場所」欄は、市町村名から住居番号等まで詳細明確に記入すること。ただし、営業所の窓口において交付したときは、「窓口」とのみ記入すること。
3 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは、枠内に右詰めで記入すること。また、時刻は24時間制で記入すること。
4 「送達方法」欄は、次により記入すること。
  (1) 「1」，「2」，「3」及び「4」の欄については、該当する数字ひとつを「○」で囲む。
  (2) 「2」，「3」又は「4」を「○」で囲んだ場合は、さらに該当するものを「○」で囲み、その氏名を記入する。ただし、受送達者本人であるときは、その氏名を記入しない。
5 配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み、その名称を記入すること。

名古屋地方裁判所　受付　24.10.18

☑受領者の押印又は署名
☑送達の場所
　（□訴□就□届□固）
☑送達年月日時

☑受領資格

☑送達日同日

☑記名押印

☑送達完了
□補正必要
□補正済

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq. and Phillip R. Anderson, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR JAPAN<br>Ministry of Foreign Affairs<br>Department for the Protection of Japanese Nationals Overseas<br>2-2-1 Kasumigaseki, Chiyoda-ku<br>Tokyo 100-8919<br>JAPAN |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    TOKAI RIKA COMPANY, LTD.
3-260 Toyota, Oguchi-cho, Niwa-gun, Aichi 480-0195
JAPAN

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*   Service in accordance with the
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*                                                     laws of Japan for service of documents in its territory

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

**List of documents**
*Enumération des pieces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 17 July 2012 |
| "Summary," in duplicate | *Fait à _____, le _____* |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Action, in English and Japanese, in duplicate | *Signature et/ou cachet.* |
| Corrected Consolidated Amended Class Action Complaint, in English and Japanese, in duplicate | *[signature: Karina]* |

*Delete if inappropriate
*Rayer les mentions inutiles.*                                    1          (Formerly OBD-116 which was formerly LAA-116,          USM-94
                                                                               both of which may still be used)                       (Est. 11/22/77)

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq. and Phillip R. Anderson, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :* IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (The Miller Law Firm) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the United States District Court, Eastern District of Michigan, Southern Division located at: Theodore Levin U. S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan 48226, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment\*\*:**
*Date de la décision :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (The Miller Law Firm) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default may be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer or Motion with the Court.

## EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

TOKAI RIKA COMPANY, LTD.
3-260 Toyota
Oguchi-cho
Niwa-gun, Aichi 480-0195
JAPAN

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Aid and Defender Association, Inc.
1240 Third Street
Detroit, Michigan 48226
U.S.A.
Tel. 1.313.967.5800

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid and Defender Association, Inc.
1240 Third Street
Detroit, Michigan 48226
U.S.A.
Tel. 1.313.967.5800



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

**July 17, 2012**
2012年7月17日

**To whom it may concern:**
関係者各位：

This is to certify that the attached translation from English into Japanese is an accurate representation of the document received by this office. This document is designated as:
添付の、英語から日本語への翻訳は、本事務所が受領した書類を正確に反映していると証明します。当該書類は次のとおりです：

**Summons in a Civil Action**
民事訴訟の召喚

Maria Victoria Portuguez, Manager of this company, certifies that Roger Johnson, who translated this document, is fluent in Japanese and standard North American English and qualified to translate. He/She attests to the following:
本会社のマネージャーである Maria Victoria Portuguez は、この書類を翻訳した Roger Johnson は日本語及び標準北アメリカ英語において流暢であり、翻訳を行なう能力があることを証明します。彼/彼女は次のことを証言します：

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".
「私の知る限り、添付の書類は特定された書類の真正かつ完全で正確な翻訳です。」

**Signature of Maria Victoria Portuguez**
Maria Victoria Portuguez の署名

Subscribed and sworn to before me this July 17, 2012.
2012年7月17日 日に私の面前で宣誓。

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9 2012**

*Vicki Farron*
カンザス州公証人
ジョンソン群で資格取得
任期は2012年12月9日まで

Sincerely,
敬具

**Victor J. Hertz**
**President**/社長

民事訴訟のAO 440 (改訂12月9日)召喚

## ミシガン州（Michigan）東部地方の
## アメリカ合衆国地方裁判所

| | |
|---|---|
| 自動車部品反トラスト訴訟 | ） |
| | ） |
| | ）　民事訴訟番号 12-md-02311 |
| 原告、 | ） |
| | ） |
| 対 | ）　裁判官、マリアン・O・バタニ (Marianne O. Battani) |
| | ） |
| | ） |
| | ） |
| 被告 | ） |
| | ） |

### 民事訴訟の召喚

宛先：　東海理化株式会社（Tokai Rika Company, Ltd.）

　　　　あなた方に対して訴訟が提出されました。

　　　　あなたへのこの召喚の送達後21日間以内（受領した日を除く）―または、あなたがアメリカ合衆国あるいはアメリカ合衆国局政府機関である場合、あるいは民事処置の連邦規約12（a）(2)や(3)で記述されているアメリカ合衆国の公務員、あるいは従業員である場合は60日間―に原告に付属の告訴への返答または、民事処置の連邦規約の規約12に基づいた裁定申請を送達しなくてはなりません。返答や裁定申請は、原告あるいは原告の弁護士に送達されなくてはなりません。原告の弁護士の名前と住所は：

> E・パウエル・ミラー（E. Powell Miller）
> 950 西ユニバーシティードライブ（950 West University Drive）
> スイート 300（Suite 300）
> ロチェスター、ミシガン（Rochester, MI）
> 48307

返答を怠った場合、欠席裁判が告訴に請求されている安堵としてあなたに対して提起されることがあります。あなたは更に、返答または、裁定申請を裁判所に提出しなくてはなりません。

デービッド・J・ウィーバー(David J. Weaver),裁判所事務員　　　　署名/　署名/D・ペルスキー（D. Peruski）
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　事務員、または代理事務員の署名

(印: ミシガン州東部地方のアメリカ合衆国地方裁判所 U.S. District Court for the Eastern District of Michigan)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　発行日：　2012年7月5日

民事訴訟の AO 440 (改訂 12 月 9 日)召喚

## 召喚および告訴送達の還付

訴訟番号　12-md-02311

裁判官、マリアン・O・バタニ (Marianne O. Battani)

召喚および告訴の複写は、下記に指摘された方法で送達されています。

送達された関係者の名前:　　東海理化株式会社（Tokai Rika Company, Ltd.）

送達日：　_____

### 送達の方法

_____この住所で直接送達した：
_____
_____
_____

_____（人名）が住むの通例の場所に複写を残した：
_____
_____
_____

_____その他（明記）：
_____
_____
_____

_____未了のまま戻った（理由）：
_____
_____
_____

送達費用：　　交通量 $_____　　送達 $_____　　全額 $_____

### 送達の宣言

私は、この送達の還付に含まれた情報が真実であり、さらに正確であるということを偽証の処罰のもと宣言いたします。

送達者の名前：　_____

送達者の署名：　_____

日付：　_____

送達者の住所：　_____
_____
_____

Case 2:12-md-02311-SFC-RSW ECF No. 499, PageID.7796 Filed 02/04/13 Page 9 of 16
2:12-md-02311-MOB-MKM Doc # 183 Filed 07/05/12 Pg 1 of 2 Pg ID 2241

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

IN RE: Automotive Parts Antitrust Litigation )
)
) Civil Action No. 12-md-02311
*Plaintiff,* )
)
v. )
) Hon. Marianne O. Battani
)
)
*Defendant.* )

## SUMMONS IN A CIVIL ACTION

To: Tokai Rika Company, Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Powell Miller
The Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 5, 2012



# Summons and Complaint Return of Service

Case No. 12-md-02311
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  Tokai Rika Company, Ltd.

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____
Signature of Server: _____
Date:               _____
Server's Address:   _____
                    _____



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

**July 17, 2012**
2012年7月17日

**To whom it may concern:**
関係者各位：

This is to certify that the attached translation from English into Japanese is an accurate representation of the document received by this office. This document is designated as:
添付の、英語から日本語への翻訳は、本事務所が受領した書類を正確に反映していると証明します。当該書類は次のとおりです：

**Corrected Consolidated Amended Class Action Complaint**
訂正連結改正集団訴訟訴状

Maria Victoria Portuguez, Manager of this company, certifies that Roger Johnson, who translated this document, is fluent in Japanese and standard North American English and qualified to translate. He/She attests to the following:
本会社のマネージャーである Maria Victoria Portuguez は、この書類を翻訳した Roger Johnson は日本語及び標準北アメリカ英語において流暢であり、翻訳を行なう能力があることを証明します。彼/彼女は次のことを証言します：

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".
「私の知る限り、添付の書類は特定された書類の真正かつ完全で正確な翻訳です。」

**Signature of Maria Victoria Portuguez**
Maria Victoria Portuguez の署名

Subscribed and sworn to before me this July 17, 2012.
2012年7月17日 日に私の面前で宣誓。

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9 2012**

*Vicki Farron*
カンザス州公証人
ジョンソン群で資格取得
任期は2012年12月9日まで

**Sincerely,**
敬具

**Victor J. Hertz**
**President**/社長



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

January 15, 2013

To whom it may concern:

This is to certify that the attached translation from Japanese into English is an accurate representation of the documents received by this office. These documents are designated as:

### Proof of International Service of Process in Japan upon the Defendant
### TOKAI RIKA CO., LTD

Maria Victoria Portuguez, Manager of this company, certifies that Roger Johnson, who translated this document, is fluent in Japanese and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this January 15, 2013.

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2016

Sincerely,

Victor J. Hertz
President


# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

   - the date **October 16, 2012**

   - at (place, street, number)  **3-260 Toyota, Oguchi-cho, Niwa-gun, Aichi  Tokai Rika Co., Ltd.**

   in one of the following methods authorized by article 5

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,

   ~~☐ (b) in accordance with the following particular method*:~~

   ~~☐ (c) by delivery to the addressee, who accepted it voluntarily.~~

   The documents referred to in the request have been delivered to:

   - (identity and description of person)  **Sayaka Ishida**

   - relationship to the addressee (family, business, or other):  **Tokai Rika Co., Ltd. Employee**

2) ~~that the document has not been served, by reason of the following facts*:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

Annexes

Documents returned:

In appropriate cases, documents establishing the service:
**Postal Delivery Confirmation**

Done at ___**Aichi**___, the **October 19, 2012**

Signature and / or stamp.

**Nagoya District Court Civil Affairs Department 3**
**Court Clerk: Nomura Hideki [seal]**

Record check
Date of Dispatch

*Delete if inappropriate.

2

☑ Recorded in register

☑ Time and date of delivery

| | Postal Delivery Confirmation (address or residence) | | Date Sent | October 15, 2012 |
|---|---|---|---|---|
| Number: | Year: 2012 No. (d) 77 | | | |
| Materials Delivered | Title of Document | | 1. Point of Document (SUMMARY) 2. Summons 3. Complaint 4. Translation of 2 and 3 | |
| | Sender | Address | 1-4-1 Sannomaru, Naka-ku, Nagoya 460-8504 | |
| | | Name | Nagoya District Court Civil Affairs Department 3 8A | |
| | Name of Addressee | | Tokai Rika Co., Ltd | |
| Stamp or Signature of Recipient | | | | |
| Delivery Address | | | 3-260 Toyota, Oguchi-cho, Niwa-gun 480-0195 | |
| Delivery Date and Time | | | October 16, 2012, 11 A.M. | |

☑ Name and stamp recipient
☑ Place of delivery (illegible)
☑ Time and date of delivery

| Delivery Method | 1 | Delivery was made to addressee. |
|---|---|---|
| | ② | Since addressee was not available, it was given to the following party with the understanding that it was to be delivered to the addressee. Ⓐ. Employee   B. other resident    Name  (Sayaka Ishida            ) |
| | 3 | The following person declined receipt so it was left at the location. A. Addressee   B. Employee   C. other resident    Name (                              ) |
| | 4 | With the understanding that the documents from the postal service are to be delivered to the addressee, they were given to the following person A. Employee   B. other resident    Name (                              ) |

☑ Certificate of receipt

Delivered according to the above statements.       Date:  **October 16, 2012**
~~Ⓐ. Post Office Special Delivery~~: **Fuso Post Office**
B. ~~Post Office Normal Delivery~~:
         Party Responsible for Delivery: **Migihara Yuji [seal]**

| Delivered according to the above statements or were delivered via a special envoy.       Date: **October 16th 2012** | Affix stamp here |
|---|---|

☑ Same date as delivery

~~Ⓐ. Post Office Special Delivery~~: **Fuso Post Office**
B. ~~Post Office Normal Delivery~~:
         Party Responsible for Delivery: **Yatani Seishin [seal]**

☑ Seal of the person making the recording

Notes:
(1) When the addressee cannot make a stamp or a signature, enter the stamp of the recipient or signature.
(2) In the column labeled "delivery address," note the city, town, address and number clearly. When delivered to a post office box, enter only "post office box."
(3) In the column labeled "delivery date and time," enter the numerals of the year, month, date and time. For the time, enter using a 24 hour clock.
(4) In the column labeled "delivery method," enter the following.
    (1) For column 1, 2, 3, and 4, circle the corresponding number.
    (2) For column 2, 3 and 4, circle the relevant party and enter their name. Specifically, when the relevant party is the addressee, it is not necessary to enter the name.
(5) In the above section place a ( ) around the selection Post office special delivery or post office normal delivery and then enter the name of the post office here.

☑ delivery completed
☐ corrections needed
☐ corrections completed

(Seal: Nagoya District Court Civil Affairs
October 18, 2012
Reception
After Morning
Time( ) Number)

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date) / - le (date): 平成24年10月16日

- at (place, street, number) / - à (localité, rue numéro): 愛知県丹羽郡大口町豊田3丁目260番地 株式会社東海理化電機製作所

- in one of the following methods authorised by article 5-
*-dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

~~☐ (b) in accordance with the following particular method*:~~
  ~~*b) selon la forme particulière suivante :*~~

~~☐ (c) by delivery to the addressee, who accepted it voluntarily.*~~
  ~~*c) par remise simple*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person) / -(identité et qualité de la personne): 石田 沙也佳

-relationship to the addressee (family, business, or other): 株式会社東海理化電機製作所 従業者
*-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

~~*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*~~

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Done at: 愛知県 , the 2012.10.19
*Fait à _____ , le _____*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
郵便送達報告書

Signature and / or stamp.
*Signature et / ou cachet.*
名古屋地方裁判所民事第3部
裁判所書記官　野村秀樹

*Delete if inappropriate.
Rayer les mentions inutiles.*

2

☐ 帳簿チェック
☑ 発送年月日

| 郵便送達報告書 (住所,居所等用) | | 発送年月日 | 平成24年10月15日 |
|---|---|---|---|
| 事件番号 | 平成24年（ヨ）第77号 | | |
| 送達書類 | 書類の名称 | 1 文書の要領（SUMMARY）, 2 召喚状, 3 訴状, 4 2及び3の訳文 | |
| | 差出人 所在地 | 郵便番号 460-8504 名古屋市中区三の丸1-4-1 | |
| | 名称 | 名古屋地方裁判所民事第3部ハA係 | |
| 受送達者本人氏名 | | 株式会社東海理化電機製作所 | |
| 受領者の押印又は署名 | | | |
| 送達の場所 | | 郵便番号 480-0195 丹羽郡大口町豊田3丁目260番地 | |
| 送達年月日時 | | 平成24年10月16日11時 | |

送達方法
1 受送達者本人に渡した。
② 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。
  ㋐ 使用人・従業者　イ 同居者
  （氏名： 石田沙也佳 ）
3 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。
  ア 受送達者本人　イ 使用人・従業者　ウ 同居者
  （氏名： ）
4 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。
  ア 使用人・従業者　イ 同居者
  （氏名： ）

上記のとおり送達しました。　平成24年10月16日
（所属）
ア 郵便事業㈱　扶桑　支店
イ 郵便局㈱　　　　郵便局
配達担当者 石原祐次 ㊞

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成24年10月16日
（所属）
ア 郵便事業㈱　扶桑　支店
イ 郵便局㈱　　　　郵便局
郵便認証司 八谷成信 ㊞

☑ 受領者の押印又は署名
☑ 送達の場所
　（☐訴☐就☐届☐固）
☑ 送達年月日時

☑ 受領資格

☑ 送達日同日

☑ 記名押印


名古屋地方裁判所 受付 24.10.18

☑ 送達完了
☐ 補正必要
☐ 補正済