## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### Notice of Appearance

PLEASE TAKE NOTICE that Paul A. Sand of Larson • King, LLP hereby enters an Appearance on behalf of all Automobile Dealer Plaintiffs in the above-entitled Lead Case in accordance with the Amended Electronic Case Management Protocol Order (MDL Docket No. 459).

Dated this 5th day of February, 2013.   Respectfully submitted,

By   s/Paul A. Sand
Paul A. Sand (MN #391473)
Larson • King, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN  55101
(651) 312-6500
psand@larsonking.com

## Certificate of Service

I hereby certify that on February 5, 2013 the foregoing papers were electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

By    s/ Paul A. Sand
Paul A. Sand (MN #391473)
Larson • King, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN  55101
(651) 312-6500
psand@larsonking.com