UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of David A. Ettinger of the law firm of Honigman Miller Schwartz & Cohn LLP as counsel on behalf of Defendant NSK Ltd. in the above-captioned matter.

Dated: February 7, 2013
Respectfully submitted,

HONIGMAN MILLER SCHWARTZ & COHN LLP

By:   /s/ David A. Ettinger
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Phone: (313) 465-7368
Fax: (313) 465-7369
dettinger@honigman.com
P26537

*Attorney for NSK Ltd.*

12051686.2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: BEARINGS CASES** | B:12-cv-00501-MOB-MKM |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ David A. Ettinger
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
Phone: (313) 465-7368
Fax: (313) 465-7369
dettinger@honigman.com
P26537

*Attorney for NSK Ltd.*