Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
Monique Alonso, monique@gba-law.com (SBN 127078)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Attorneys for Plaintiff and Proposed Class

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHER DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Terry Gross of Gross Belsky Alonso LLP hereby enters an Appearance on behalf of Plaintiff Melissa Barron and the Proposed Class in the above entitled Lead Case in accordance with the Amended Electronic Case Management Protocol Order (MDL Docket No. 459).

Dated: February 11, 2013                     Respectfully submitted,

                                             By:   /s/ Terry Gross
                                                 Terry Gross (SBN 103878)
                                                 Adam C. Belsky (SBN 147800)
                                                 Sarah Crowley (SBN 273663)
                                                 GROSS BELSKY ALONSO LLP
                                                 1 Sansome Street, Suite 3670
                                                 San Francisco, CA 94104
                                                 Telephone: (415)544-0200
                                                 Facsimile:  (415)544-0201

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2013 the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send electronic notification of same to all counsel of record.

Dated: February 11, 2013                  By:  /s/ Terry Gross
                                                             Terry Gross (SBN 103878)
                                                             Adam C. Belsky (SBN 147800)
                                                             Sarah Crowley (SBN 273663)
                                                             GROSS BELSKY ALONSO LLP
                                                             1 Sansome Street, Suite 3670
                                                             San Francisco, CA 94104
                                                             Telephone: (415)544-0200
                                                             Facsimile: (415)544-0201