UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION  _____  ALL PARTS             Defendants.  _____  THIS RELATES TO: ALL CASES  _____ | § MASTER FILE NO. 12-md-02311  §  § HONORABLE MARIANNE O.  § BATTANI  §  §  § |

## NOTICE OF APPEARANCE

TO THE CLERK:

    PLEASE TAKE NOTICE that Manfred P. Muecke, of Bonnett, Fairbourn, Friedman & Balint, P.C. hereby enters his appearance on behalf of End Payor Plaintiffs in the above-captioned Master Case.  Please serve copies of all pleadings, notices and other documents upon the undersigned

Dated:  February 15, 2013        Respectfully Submitted,

                                      /s/Manfred P. Muecke
                                      Manfred P. Muecke
                                      BONNETT, FAIRBOURN, FRIEDMAN
                                        & BALINT, P.C.
                                      2325 E. Camelback Road, Suite 300
                                      Phoenix, Arizona 85016
                                      Tel: 602-274-1100
                                      Fax: 602-274-1199
                                      eryan@bffb.com

2190078v1/102530

CERTIFICATE OF SERVICE

I, Manfred P. Muecke, hereby certify that on this 15th day of February, 2013, I filed with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's ECF system which will send notification of such filing to all attorneys of record.

/s/Manfred P. Muecke