UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION  _____  ALL PARTS  　　　　　Defendants.  _____  THIS RELATES TO: ALL CASES  _____ | § MASTER FILE NO. 12-md-02311 § § HONORABLE MARIANNE O. § BATTANI § § § § |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK:

　　　PLEASE TAKE NOTICE that Elaine A. Ryan, of Bonnett, Fairbourn, Friedman & Balint, P.C. hereby enters her appearance on behalf of End Payor Plaintiffs in the above-captioned Master Case.  Please serve copies of all pleadings, notices and other documents upon the undersigned

Dated:  February 15, 2013　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　<u>/s/Elaine A. Ryan</u>
　　　　　　　　　　　　　　　　　　Elaine A. Ryan
　　　　　　　　　　　　　　　　　　BONNETT, FAIRBOURN, FRIEDMAN
　　　　　　　　　　　　　　　　　　　 & BALINT, P.C.
　　　　　　　　　　　　　　　　　　2325 E. Camelback Road, Suite 300
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85016
　　　　　　　　　　　　　　　　　　Tel: 602-274-1100
　　　　　　　　　　　　　　　　　　Fax: 602-274-1199
　　　　　　　　　　　　　　　　　　eryan@bffb.com

2190078v1/102530

CERTIFICATE OF SERVICE

      I, Elaine A. Ryan, hereby certify that on this 15th day of February, 2013, I filed with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's ECF system which will send notification of such filing to all attorneys of record.

                                            /s/Elaine A. Ryan

2190078v1/102530