## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF HOWARD B. IWREY

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of TRW Deutschland Holding GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 8, 2013            DYKEMA GOSSETT PLLC

                                 By: s/ Howard B. Iwrey
                                    Howard B. Iwrey (P39635)
                                    Attorneys for Defendants TRW Automotive
                                    Holdings Corp. and TRW Deutschland
                                    Holding GmbH
                                    39577 Woodward Avenue, Suite 300
                                    Bloomfield Hills, Michigan 48304
                                    (248) 203-0526
                                    (248) 203-0763 - facsimile
                                    *email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed my Appearance on behalf of TRW Deutschland Holding GmbH with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 8, 2013                    DYKEMA GOSSETT PLLC

By: _s/  Howard B. Iwrey_____
 Howard B. Iwrey (P39635)
 Attorneys for Defendants TRW Automotive
 Holdings Corp. and TRW Deutschland
 Holding GmbH
 39577 Woodward Avenue, Suite 300
 Bloomfield Hills, Michigan 48304
 (248) 203-0526
 (248) 203-0763 - facsimile
 *email*: hiwrey@dykema.com

BH01\1777971.1
ID\HBI - 087911\0010