**EXHIBIT 1**

*In re Automotive Parts Antitrust Litigation*
Release Dates of Incarcerated Defendants in Related Criminal Cases

| Name | Employer | Auto Part(s) | Sentence | Commencement Date | End of Sentence | Projected Release Date per Fed. Bureau of Prisons |
|---|---|---|---|---|---|---|
| Junichi Funo | Furukawa Electric Co., Ltd. | Automotive Wire Harnesses and Related Products | 12 months & 1 day | April 30, 2012 | May 1, 2013 | Feb. 22, 2013 |
| Hirotsugu Nagata | Furukawa America | Automotive Wire Harnesses and Related Products | 15 months | March 8, 2012 | June 8, 2013 | April 8, 2013 |
| Tetsuya Ukai | Furukawa Electric Co., Ltd. | Automotive Wire Harnesses and Related Products | 18 months | Jan. 10, 2012 | July 10, 2013 | May 1, 2013 |
| Shigeru Ogawa | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 15 months | June 7, 2012 | Sept. 7, 2013 | July 9, 2013 |
| Hisamitsu Takada | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 15 months | June 7, 2012 | Sept. 7, 2013 | July 10, 2013 |
| Norihiro Imai | DENSO Corporation | Heater Control Panels | 12 months & 1 day | Oct. 1, 2012 | Oct. 2, 2013 | Unknown |
| Kazuhiko Kashimoto | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 14 months | Nov. 14, 2012 | Jan. 14, 2014 | Nov. 18, 2013 |
| Toshio Sudo | Yazaki Corporation | Instrument Panel Clusters | 14 months | Nov. 14, 2012 | Jan. 14, 2014 | Nov. 18, 2013 |
| Hiroshi Yoshida | YUSA Corporation | Automobile Anti-Vibration Rubber Parts | 12 months & 1 day | Jan. 24, 2013 | Jan. 25, 2014 | Unknown[1] |
| Makoto Hattori | DENSO Corporation | Heater Control Panels | 14 months | Dec. 18, 2012 | Feb. 18, 2014 | Dec. 23, 2013 |
| Ryoji Kawai | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014[2] |
| Tsuneaki Hanamura | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014[2] |

[1] Yoshida was permitted to return to Japan prior to commencement of sentence.
[2] According to counsel for Yazaki, Mr. Kawai and Mr. Hanamura have both applied for international prison transfer, which could result in transfer on some date (currently unknown) earlier than the projected release dates indicated on this Exhibit 1

4903397.2