IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the Appearance of Alison R. Welcher of the law firm Shearman & Sterling, LLP, as counsel on behalf of JTEKT Corporation and Koyo Corporation of U.S.A in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

        Respectfully Submitted,

        By:  */s/ Alison Welcher*
        Alison R. Welcher
        801 Pennsylvania Avenue, Ste. 900
        Washington, DC 20004
        Phone: (202) 508-8122
        Fax: (202) 661-7371
        Email: alison.welcher@shearman.com

        *Attorney for Defendants, JTEKT Corporation and Koyo Corporation of U.S.A.*

Dated:  March 12, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2013, I electronically filed my Appearance on behalf of JTEKT Corporation and Koyo Corporation of U.S.A. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

By: */s/ Alison Welcher*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 661-7371
Email: alison.welcher@shearman.com

*Attorney for Defendants, JTEKT Corporation and Koyo Corporation of U.S.A.*