UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>District Judge Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Jeremy Calsyn of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant NSK Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: March 15, 2013            Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/* Jeremy Calsyn_____
      Jeremy Calsyn
      2000 Pennsylvania Avenue, NW
      Washington, DC  20006
      Phone: (202) 974-1500
      Facsimile: (202) 974-1999
      Attorney Bar No. DC 467737
      Email: jcalsyn@cgsh.com

      *Attorney for NSK Ltd.*

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>District Judge Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: March 15, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Jeremy Calsyn_____
Jeremy Calsyn
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 467737
Email: jcalsyn@cgsh.com

*Attorney for NSK Ltd.*