UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311 Honorable Marianne O. Battani |
|---|---|
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

APPEARANCE

Ronald S. Nixon of Kemp Klein Law Firm appears as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.

Dated: March 25, 2013

s/ Ronald S. Nixon
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI 48084
248-528-1111
248-619-2585 (DID)
ron.nixon@kkue.com
P57117

Certificate of Service

I certify that on March 25, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which sends notification of such filing to all attorneys of record.

s/ Ronald S. Nixon
Kemp Klein Law Firm
201 W. Big Beaver Road, Suite 600
Troy, MI 48084
248-528-1111
ron.nixon@kkue.com
P57117