**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### NOTICE OF APPEARANCE OF KURT G. KASTORF

PLEASE TAKE NOTICE that KURT G. KASTORF of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO International America, Inc., and DENSO Corporation, **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

        WILMER CUTLER PICKERING HALE
        AND DORR LLP

        By:    /s/ Kurt G. Kastorf_____
        Kurt G. Kastorf
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Fax: (202) 663-6363
        kurt.kastorf@wilmerhale.com

Dated March 26, 2013

## PROOF OF SERVICE

I, KURT G. KASTORF an attorney, hereby certify that on March 26, 2013, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF KURT G. KASTORF**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

　　/s/ Kurt G. Kastorf
Kurt G. Kastorf
Attorney for Defendants DENSO International
　　America, Inc., and DENSO Corporation
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
kurt.kastorf@wilmerhale.com