# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 <br> Honorable Marianne O. Battani <br> Magistrate Judge Mona K. Majzoub |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE BY JOHN VANOPHEM

PLEASE TAKE NOTICE that John VanOphem, of the law firm Bejin, VanOphem & Bieneman PLC, hereby enters his appearance as counsel on behalf of Defendant S-Y Systems Technologies Europe GmbH in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 28, 2013

Respectfully submitted,

BEJIN, VANOPHEM & BIENEMAN PLC

By:  s/John VanOphem
John VanOphem (P48804)
BEJIN, VANOPHEM & BIENEMAN PLC
300 River Place, Suite 1650
Detroit, MI 48207
Tel: (313) 528-4882
Fax: (313) 528-6923
Email: vanophem@bvbip.com

*Attorneys for Defendant*
*S-Y Systems Technologies Europe GmbH*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on March 28, 2013, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY JOHN VANOPHEM to be filed through the CM/ECF system which will send notification of such filing to all counsel of record.

        By: s/John VanOphem
        John VanOphem (P48804)
        BEJIN, VANOPHEM & BIENEMAN PLC
        300 River Place, Suite 1650
        Detroit, MI 48207
        Tel: (313) 528-4882
        Fax: (313) 528-6923
        Email: vanophem@bvbip.com

        *Attorneys for Defendant*
        *S-Y Systems Technologies Europe GmbH*