## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### NOTICE OF APPEARANCE OF BRIAN C. SMITH

PLEASE TAKE NOTICE that BRIAN C. SMITH of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO International America, Inc., and DENSO Corporation, **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

WILMER CUTLER PICKERING HALE
AND DORR LLP

By:___ /s/ Brian C. Smith_____
Brian C. Smith
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
brian.smith@wilmerhale.com

Dated April 2, 2013

## PROOF OF SERVICE

I, BRIAN C. SMITH an attorney, hereby certify that on April 2, 2013, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF BRIAN C. SMITH**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      /s/  Brian C. Smith
Brian C. Smith
Attorney for Defendants DENSO International
      America, Inc., and DENSO Corporation
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
brian.smith@wilmerhale.com