UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311 Honorable Marianne O. Battani |
|---|---|
| IN RE: WIRE HARNESS CASES | |
| THIS RELATES TO: ALL WIRE HARNESS CASES | |

ORDER GRANTING WITHDRAWAL

Notice has been filed that Irwin M. Alterman of the Kemp Klein Law Firm died on March 4, 2013. Mr. Alterman appeared as local counsel on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. Other attorneys of the same firm have appeared as local counsel on behalf these defendants and their representation continues.

IT IS ORDERED that

Mr. Alterman shall be removed as attorney of record for Furukawa Electric Co., Ltd. and American Furukawa, Inc. in the following cases:

   12-md-2311
   2:12-cv-00100-MOB-MKM
   2:12-cv-00101-MOB-MKM
   2:12-cv-00103-MOB-MKM

       s/Marianne O. Battani
       MARIANNE O. BATTANI
       UNITED STATES DISTRICT JUDGE

Dated: April 12, 2013