# UNITED STATES DISTRICT COURT
# FOR THE EASTEN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | W:12-cv-00100 MOB-MKM |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF R. ALEXANDER SAVERI

PLEASE TAKE NOTICE that R. Alexander Saveri of the law firm Saveri & Saveri, Inc. hereby enters his appearance as counsel for Direct Purchaser Plaintiffs in the above-captioned matter.

Dated: May 2, 2013

s/ R. Alexander Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813
Email: rick@saveri.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send out notification of such filing to ECF-registered counsel.

                                                          s/ R. Alexander Saveri
                                                          R. Alexander Saveri