UNITED STATES DISTRICT COURT
FOR THE EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF LISA SAVERI

PLEASE TAKE NOTICE that Lisa Saveri of the law firm Saveri & Saveri, Inc. hereby enters her appearance as counsel for Direct Purchaser Plaintiffs in the above-captioned matter.

Dated: May 6, 2013

s/ Lisa Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813
Email: lisa@saveri.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send out notification of such filing to ECF-registered counsel.

s/ Lisa Saveri
Lisa Saveri
