UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Please take notice that Peter E. Boivin, hereby withdraws as counsel of record for Defendant NSK Ltd in the master case. Honigman Miller Schwartz and Cohn remain as counsel of record for Defendant NSK, Ltd.

 

                                                        Respectfully submitted,

                                      By:   s/Peter E. Boivin
                                                Honigman Miller Schwartz and Cohn LLP
                                                2290 First National Building
                                                660 Woodward Avenue
                                                Detroit, MI  48226
                                                (313) 465-7396
                                                pboivin@honigman.com
Dated:  May 10, 2013                       (P62043)

12519871.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Douglas A. Abrahams | Thomas E Ahlering |
| Lee Albert | Mario Nunzio Alioto |
| Karri Allen | Craig D. Bachman |
| Donald M. Barnes | Don Barrett |
| Jan R. Bartelli | Daniel E. Becnel, Jr |
| Thomas E. Bejin | Steve W. Berman |
| Charles A. Bieneman | John V. Biernacki |
| Richard D. Bisio | Peter E. Boivin |
| Meghan M. Boone | Darryl Bressack |
| Thomas C. Bright | W. Joseph Bruckner |
| Warren T. Burns | Erin C. Burns |
| Patrick E. Cafferty | William Caldes |
| Jeremy J. Calsyn | Gary R. Carney |
| Howard N. Cayne | Solomon B. Cera |
| Steven F. Cherry | Austin Cohen |
| James L. Cooper | Craig Corbitt |
| Joseph W. Cotchett RN | Molly Crabtree |
| Jonathan W. Cuneo | Frank C. Damrell |
| Samuel Davidoff | Joel Davidow |
| Kenneth R. Davis, II | Leonard A. Davis |
| Debra H. Dermody | Manuel J Dominguez |
| George B. Donnini | David P. Donovan |
| Molly Donovan | David F. DuMouchel |
| Phillip J. Duncan | Kathryn Eisenstein |
| David A. Ettinger | Peter M. Falkenstein |
| Michael J. Fanelli | Elizabeth A. Favaro |
| James P. Feeney | Elizabeth A. Fegan |
| Elizabeth Fenton | David H. Fink |
| Michelle K. Fischer | Todd F. Flood |
| Marvin L. Frank | Stacy E. Frazier |
| Brendan H. Frey | Kenneth A. Gallo |
| Larry S. Gangnes | Danielle Garten |
| Scott D. Gilchrist | Jeffrey B Gittleman |
| Daniel Glad | Terry Gross |
| Harold Z. Gurewitz | Daniel E. Gustafson |
| Gregory P. Hansel | David F. Hansma |
| Brian K. Herrington | Fred K. Herrmann |
| Jeffrey G. Heuer | William E. Hoese |
| William H. Horton | Howard B. Iwrey |
| Jonathan M Jagher | Benjamin W. Jeffers |
| Brent W. Johnson | Heather Kafele |
| Steven A. Kanner | Kurt G. Kastorf |
| James L. Kauffman | Kelly G. Keenan |

| | |
|---|---|
| Sylvie K. Kern | Jeffrey L. Kessler |
| Jason S Kilene | Gene Kim |
| Sheldon H. Klein | Joseph C. Kohn |
| Peter Kontio | Susan G. Kupfer |
| Hugh P. Lambert | Mark Leddy |
| Irwin B. Levin | Roberta D. Liebenberg |
| William H. London | Joshua Paul Lushnat |
| Eric J. Mahr | John M. Majoras |
| John R. Malkinson | Gerard V. Mantese |
| Michelle Mantine | Andrew Marovitz |
| David M. McMullan | Christopher Micheletti |
| E. Powell Miller | Sheldon L. Miller |
| W. Todd Miller | Britt M. Miller |
| Ria C. Momblanco | John Monica , Jr |
| Brian M. Moore | Michael E. Moskovitz |
| Manfred P. Muecke | Dianne M. Nast |
| John F. Nevares | Ronald S. Nixon |
| Paul F. Novak | Linda P. Nussbaum |
| Alyson L. Oliver | Joseph E. Papelian |
| Joseph Marid Patane | Bernard Persky |
| Sonia K. Pfaffenroth | Kit A. Pierson |
| David E. Plunkett | Matthew L. Powell |
| Richard L. Quintus | Shawn M. Raiter |
| William Reiss | Mindee J Reuben |
| Katherine M. Robison | Victoria Romanenko |
| Salvatore A. Romano | Lauren Clare Russell |
| Elaine A. Ryan | Hollis L Salzman |
| Paul A. Sand | William P. Sanders |
| William A. Sankbeil | Terry Rose Saunders |
| Joseph R Saveri | Lisa Saveri |
| Richard A. Saveri | Mark J. Schirmer |
| Donald L. Schlapprizzi | Adam T. Schnatz |
| Howard Sedran | Marc M. Seltzer |
| Anthony D. Shapiro | Michael L. Silverman |
| Steven G. Sklaver | Brian C. Smith |
| Eugene A. Spector | Jeffrey L. Spector |
| Dante A. Stella | Jennifer M. Stewart |
| Anita F. Stork | Brian R. Strange |
| Dwayne D. Stresman | Julie A. Strother |
| Marguerite M. Sullivan | Joanne G. Swanson |
| Laura C. Taylor | Reginald Von Terrell |
| Jason J. Thompson | Michael F. Tubach |
| Michael R. Turco | Matthew L. Turner |
| John A. VanOphem | A. Paul Victor |
| Suzanne L. Wahl | Daniel M. Wall |
| Randall B. Weill | Alison R. Welcher |
| S. Thomas Wienner | Robert J. Wierenga |
| Steven N. Williams | Stephanie K. Wood |
| Lance C. Young | Adam J. Zapala |
| Steven M. Zarowny | Hassan A. Zavareei |
| Kendall S. Zylstra | |

12519871.2

and I hereby certify that I have mailed by United States Postal Service the paper to the following

non-ECF participants:

Kristine G. Baker
Quattlebaum Grooms Tull & Burrow
111 Center Street, Suite 1900
Little Rock, AR 72201

Joseph M. Barton
Slancy Binkow & Goldberg
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Adam C. Belsky
Gross Belsky Alonso
OIne Sansome Street, Suite 3670
San Francisco, CA 94104

Mary G. Cooper
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

J. Bruce Cross
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

Sarah Crowley
Gross Belsky Alonso
One Samsome Street, Suite 3670
San Francisco, CA 94104

David M. Donovan
Watts Donovan & Tilley
200 River Market Ave., Suite 200
Little Rock, AR 72201

Jeff D. Friedman
Hagens Bernam Sobol Shapiro
715 Hearst Ave., Suite 202
Berkely, CA 94710

4

12519871.2

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Greg Hanthorn
Jones Day
1420 Peachtree St. NE, Suite 800
Atlanta, GA 30309

Shelley R. Hebert
Jones Day
77 W Wacker
Chicago, IL 60601

Russ M. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Gregory J Johnson
6688 145th St W
Apple Valley, MN 55124

Randall E. Kahnke
Faegre Baker Daniels
90 S 7th St., Suite 2200
Minneapolis, MN 55402

Andrew D. King
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Kevin P. Klibert
106 W Seventh St
PO Drawer H
Reserve, LA 70084

Demetrius X. Lambrinos
Zelle Hofmann Voelbel Mason & Gette

5

12519871.2

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Alan   S. Miller
Jones Day
2727 North Harwood St
Dallas, TX 75201

Matthew B. Moreland
106 W Seventh St
PO Drawer H
Reserve, LA 70084

Andrea  M. Price
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St., Suite 2400
New Orleans, LA 70112

Heather T. Rankie
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Curtis D. Ripley
150 S 5th St
Suite 2300
Minneapolis, MN 55402

Aaron E. Robinson
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Shana E. Scarlett
Hagens Berman Sobol Shapiro
715 Hearst Ave., Suite 202
Berkeley, CA 94710

6

12519871.2

Francis O. Scarpulla
Zelle Hofmann Voelbel & Mason
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Candice C. Sirmon
701 Magazine Street
New Orleans, LA 70130

Eric B. Snyder
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

Stephen J. Squeri
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Lloyd J. Tabary, II
8560 Anselmo Lane
Baton Rouge, LA 70817

Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

Reginald Von Terrell
PO Box 13315. PMB#148
Oakland, CA 94661

Lin Wang
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Patrick S. Williams
Briggs & Morgan
80 S 8th St., Suite 2200
Minneapolis, MN 55402

12519871.2

Lingel Hart Winters
275 Battery Street, Suite 2600
San Francisco, CA 94111

Judith A. Zahid
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

    s/Peter E. Boivin
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7396
pboivin@honigman.com
(P62043)

12519871.2