# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon the Court's consideration of the Notice of Withdrawal of Attorney filed by Peter E. Boivin;

IT IS HEREBY ORDERED that Peter E. Boivin is allowed to withdraw from representation of Defendant NSK Ltd.

Dated this _____ day of May, 2013.

                                              Honorable Marianne O. Battani
                                              United States District Court Judge

12521968.1