UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ELIZABETH S. FENTON

PLEASE withdraw the appearance of Elizabeth S. Fenton, formerly from the law firm Reed Smith LLP, as counsel on behalf of AB SKF and SKF USA Inc. ("Defendants") in the above-captioned matter. Defendants will otherwise continue to be represented by Reed Smith LLP.

REED SMITH LLP

By: s/ Elizabeth S. Fenton
Elizabeth S. Fenton, Esq.
*(Formerly Associated With Reed Smith LLP)*
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 851-8867
Fax:           (215) 851-1420
Email:  efenton@reedsmith.com

*Attorney for Defendants,*
*AB SKF and SKF USA Inc.*

Dated:  May 13, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed my Notice of Withdrawal of Appearance on behalf of Defendants AB SKF and SKF USA Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

REED SMITH LLP

By: s/ Elizabeth S. Fenton
Elizabeth S. Fenton, Esq.
*(Formerly Associated With Reed Smith LLP)*
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone:  (215) 851-8867
Fax:            (215) 851-1420
Email:  efenton@reedsmith.com

*Attorney for Defendants,*
*AB SKF and SKF USA Inc.*