# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon the Court's consideration of the Notice of Withdrawal of Appearance of Elizabeth S. Fenton;

IT IS HEREBY ORDERED that Elizabeth S. Fenton is allowed to withdraw from representation of Defendants AB SKF and SKF USA Inc.

Dated this _____ day of _____, 2013.

_____
Honorable Marianne O. Battani
United States District Court Judge