# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALBERT B. CRUSH CO. of LEXINGTON, INC. d/b/a CRUSH BEARINGS AND DRIVES, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JTEKT CORPORATION, ET AL.,<br><br>Defendants. | 2:12-md-02311-MOB-MKM<br>2:12-cv-13366-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br><br>Hon. Marianne O. Battani |

## ORDER FOR SUBSTITUTION OF COUNSEL

It is hereby ordered that, pursuant to the stipulation of the parties, attorneys Melissa H. Maxman and Ronald F. Wick shall substitute and appear as local counsel for Plaintiff in the above-captioned matters.

It is further ordered that the appearance of attorney Philip T. Carroll be withdrawn in the above-captioned matters.

Date: May 17, 2013                                    s/Marianne O. Battani
                                                                  U.S. District Court Judge

LEGAL\16537317\1