**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATIONS | Master File No. 12-md-02311<br>Honorable Marianne G. Battani<br>Magistrate Judge Mona K. Majzoub |
| ALL PARTS | |
| This Document relates to:<br><br>ALL CASES | |

## **APPEARANCE**

Please enter the Appearance of Joanne Geha Swanson of Kerr, Russell and Weber, PLC as counsel for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  May 22, 2013   Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: */s/ Joanne Geha Swanson*
     Joanne Geha Swanson (P33594)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
jswanson@kerr-russell.com

*Attorneys for Defendants Yamashita*
*Rubber Co., Ltd. and YUSA Corporation*

{35222/2/DT763472.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

Dated:  May 22, 2013               **KERR, RUSSELL AND WEBER, PLC**

By: */s/ Joanne Geha Swanson*
    Joanne Geha Swanson (P33594)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
jswanson@kerr-russell.com

*Attorneys for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation*

{35222/2/DT763472.DOC;1}               2