**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF RUTHANNE GORDON

PLEASE TAKE NOTICE that Ruthanne Gordon of the law firm Berger & Montague, P.C. hereby enters her appearance as counsel for ACAP, LLC and VITEC, LLC in various member cases of the above-captioned matter.

Dated: June 17, 2013

/s/ Ruthanne Gordon
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone: 215-875-3000
Facsimile: 215-875-4604
Email: rgordon@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send out notification of such filing to ECF-registered counsel.

/s/ Ruthanne Gordon
Ruthanne Gordon