# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF DAVID A. LANGER

PLEASE TAKE NOTICE that David A. Langer of the law firm Berger & Montague, P.C. hereby enters his appearance as counsel for ACAP, LLC and VITEC, LLC in various member cases of the above-captioned matter.

Dated: June 17, 2013

/s/ David A. Langer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone: 215-875-3000
Facsimile: 215-875-4604
Email: dlanger@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send out notification of such filing to ECF-registered counsel.

/s/ David A. Langer
David A. Langer