**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                    MASTER FILE NO. 12-md-02311

                                                        HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF JULY 10, 2013 STATUS CONFERENCE**
**AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for

**11:00 a.m., July 10, 2013,** in Room 272.   All Interim Liaison Counsel and at least one

representative from each of the three Interim Lead Counsel groups must be present.

Each Defendant should be represented.

Counsel are encouraged to meet and confer and submit to the Court discussion

items to be incorporated into an Agenda for this status conference  Counsel must

submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at

efile_battani@mied.uscourts.gov, by **5:00 p.m., July 1, 2013**.  The Court will finalize

the Agenda and file it electronically by July 3, 2013.


                                    s/Mariannne O. Battani_____
                                    MARIANNE O. BATTANI
                                    UNITED STATES DISTRICT JUDGE

DATE: June 24, 2013