UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: HEATER CONTROL PANELS CASES** | 2:12-cv-00400-MOB-MKM |
| **This Relates To: END-PAYOR ACTIONS** | 2:12-cv-00403-MOB-MKM |
| **This Relates To:** *Galliver, et al. v. Denso Corp., et al.* | 2:12-cv-12235-MOB-MKM |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF PETER GALLIVER

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, PETER GALLIVER, voluntary dismisses his claims without prejudice against all Defendants.  This notice of dismissal is made without prejudice to Plaintiff's rights as an absent class member.

Dated: June 25, 2013

Respectfully submitted,

/s/ Alyson Oliver
Alyson Oliver (P55020)
**Oliver Law Group PC**
950 West University, Suite 200
Rochester, MI 48307
Phone: (248) 327-6556
aoliver@oliverlg.com

1

        Daniel E. Gustafson
        Jason S. Kilene
        **Gustafson Gluek PLLC**
        Canadian Pacific Plaza
        120 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Phone: (612) 333-8844
        dgustafson@gustafsongluek.com
        jkilene@gustafsongluek.com

        *Attorneys for Plaintiff and the*
        *Putative Class*