# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **12-md-02311**<br>**Honorable Marianne O. Battani** |
| **In Re: HEATER CONTROL PANELS CASES** | **2:12-cv-00400-MOB-MKM** |
| **This Relates To: END-PAYOR ACTIONS** | **2:12-cv-00403-MOB-MKM** |
| **This Relates To:** *Galliver, et al. v. Denso Corp., et al.* | **2:12-cv-12235-MOB-MKM** |

## CERTIFICATE OF SERVICE

I certify that on June 25, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Alyson Oliver
Alyson Oliver (MI P55020)
**Oliver Law Group PC**
950 W. University Drive, Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com