UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

MASTER FILE NO. 12-md-02311

---

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

HON. MARIANNE O. BATTANI

_____/

## AGENDA FOR THE JULY 10, 2013 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   WIRE HARNESS**

    A.   Service Completed

    B.   Update on Stipulations Between Plaintiffs and Defendants Regarding Depositions of Non-U.S. Citizens Expected to Be Released from U.S. Prisons. *See* Exhibit 1, Table of Release Dates of Incarcerated Defendants in Related Criminal Cases

    C.   Pleadings

        1.   Defendants' Answers Due: July 31, 2013

        2.   Dealership Plaintiffs' Motion for Leave to Amend Complaint/Briefing Schedule

        3.   (Stipulated) Briefing Schedule for 1292(b) Motions

            a. Lear

            b. KL Sales

      4.      Clarification of Court's Decision on MTD IPP Complaints

  D.      Discovery

      A.      Coordination with Department of Justice Regarding Discovery

      B.      Status of Discovery

II.      **INSTRUMENT PANEL CLUSTERS**

  A.      Service Completed

  B.      Defendants' Motions to Dismiss:

      1.      Briefing Schedule: Defendants' Replies Are Due July 15, 2013

      2.      The Court's Willingness to Continue with 12-Point Font/Page Limits

      3.      Hearing Date

  C.      Update on Stipulations Between Plaintiffs and Defendants Regarding Depositions of Non-U.S. Citizens Expected to Be Released from U.S. Prisons. See Exhibit 1, Table of Release Dates of Incarcerated Defendants in Related Criminal Cases

  D.      Coordination with Department of Justice Regarding Discovery

III.     **FUEL SENDERS**

  A.      Status of Service/ Direct Case: Denso Accepted Service; Hague Service on Yazaki Is In Process

B.   Defendants' Motions to Dismiss:

   1.   Defendants' Motions to Dismiss Are Due August 16, 2013; Plaintiffs' Responses Are Due October 18, 2013; and Defendants' Replies are Due December 5, 2013

   2.   The Court's Willingness to Continue with 12-Point Font/Page Limits

   3.   Hearing Date

C.   Coordination with Department of Justice Regarding Discovery

**IV.   HEATER CONTROL PANELS**

A.   Status of Service

   1.   Auto Dealer Cases: All Defendants Have Been Served, Except Alps Electric Co. Ltd.

   2.   End-Payor Cases: All Defendants Have Been Served

B.   Defendants' Motions to Dismiss:

   1.   Briefing Schedule: Plaintiffs' Responses Are Due August 15, 2013, and Defendants' Replies are due October 2, 2013

   2.   The Court's Willingness to Continue with 12-Point Font/Page Limits

   3.   Hearing Date

C.   Update on Stipulations Between Plaintiffs and Defendants Regarding Deposition of Non-U.S. Citizen Expected to Be Released from U.S.

       Prisons. See Exhibit 1, Table of Release Dates of Incarcerated Defendants in Related Criminal Cases

  D.    Discovery: Coordination with Department of Justice Regarding Discovery

**V.   BEARINGS**

  A.    Service Completed

  B.    Pleadings

      1.    Plaintiffs' Consolidated Amended Complaints Due August 21, 2013

      2.    Defendants' Motions to Dismiss Due December 2, 2013

      3.    The Court's Willingness to Continue with 12-Point Font/Page Limits

  C.    Discovery: Coordination with Department of Justice Regarding Discovery

**VI.   OCCUPANT SAFETY SYSTEMS**

  A.    Status of Service

      1.    Auto Dealer Cases: All Defendants have been served, except Takata Corp. and TRW Deutschland Holding GmbH

      2.    End-Payor Cases: All Defendants have been served except Defendants TRW Deutschland Holding GmbH for whom Hague service is in process

  B.    Pleadings

1. Plaintiffs' Consolidated Amended Complaints Due July 3, 2013; End-Payor Plaintiffs have already filed their Consolidated Amended Complaint and served Defendants with translated copies

2. Direct Purchaser Plaintiffs Wish to Address Necessity of Translation of Amended CAC

3. Defendants' Motions to Dismiss Due October 21, 2013

4. The Court's Willingness to Continue with 12-Point Font/Page Limits

C. Discovery: Coordination with Department of Justice Regarding Discovery

VII. **ALTERNATORS**

A. Status of Service

1. Dealership Plaintiffs: Acceptance of Service is Being Negotiated with Denso Corporation, Hitachi Automotive Systems, Ltd. and Hitachi, Ltd.; Service is pending as to Mitsubishi Electric Corporation

2. End-Payor Cases: Hague service of Defendants is pending

VIII. **ANTI-VIBRATION RUBBER PARTS**

A. Status of Service

1. Dealership Plaintiffs: YUSA Corporation and DTR Industries, Inc. have been served; Acceptance of service is being negotiated with Tokai Rubber Industries, Ltd. and Hiroshi Yoshida; Yamashita Rubber Co., Ltd. has not yet been served

2. End-Payor Cases Are Fully Served

5

    B.    Update on Stipulations Between Plaintiffs and Defendants Regarding Deposition of Non-U.S. Citizen Expected to Be Released from U.S. Prisons. See Exhibit 1, Table of Release Dates of Incarcerated Defendants in Related Criminal Cases

**IX.  WINDSHIELD WIPERS**

    A.    Status of Service

        1.    Dealership Plaintiffs: Acceptance of service is being negotiated with Denso Corporation and ASMO Co., Ltd.; Service is pending as to Mitsuba Corporation

        2.    End-Payor Cases: Hague service of Defendants is in process

**X.  RADIATORS**

    A.    Status of Service

        1.    Dealership Plaintiffs: Acceptance of service is being negotiated with Denso Corporation; Service is pending as to Calsonic Kansei Corporation and T. RAD Co., Ltd.

        2.    End-Payor Cases: Hague service of Defendants is in process

**XI.  STARTERS**

    A.    Status of Service

        1.    Dealership Plaintiffs: Acceptance of service is being negotiated with Denso Corporation, Hitachi, Ltd. and Hitachi Automotive Systems, Ltd.; Service is pending as to Mitsubishi Electric Corporation and Mitsuba Corporation

  2. End-Payor Cases: Hague service of Defendants is in process

XII. **LAMPS**

 A. Status of Service

  1. Dealership Plaintiffs: Dealership Plaintiffs have not yet filed a complaint in this matter, but expect to file their complaint before the upcoming status conference

  2. End-Payor Cases: Service of Defendants is Pending

XIII. **DATE FOR NEXT STATUS CONFERENCE:**

 A. Direct, Auto Dealer and End-Payor Plaintiffs propose a mutually convenient time in October for all parts/all parties

 B. Scheduling the Status Conference with hearings on motions to dismiss

XIV. **OTHER MATTERS**

 A. State of Florida IPC lawsuit

 B. Fees

Any party interested in any part should appear.

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATE: <u>July 3, 2013</u>

CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Agenda was served upon all Counsel of record via the Court's ECF Filing System.

                                                        s/Bernadette M. Thebolt
                                                        Case Manager