**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>          Plaintiff,<br>   v.<br><br>NIPPON SEIKI CO. LTD., N.S. INTERNATIONAL LTD., NEW SABINA INDUSTRIES, INC.,<br><br>        Defendants. | MASTER FILE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI<br><br><br><br><br>Case No. 13-cv-12061-TGB-DRG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory S. Slemp, Assistant Attorney General for the Office of the Attorney General, State of Florida, enters his appearance in the above-captioned action as counsel of record for the State of Florida.

Dated: July 8, 2013

Respectfully submitted,

 s/ Gregory S. Slemp_____
Gregory S. Slemp
Assistant Attorney General
Florida Bar No. 478865
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-9134
Email: Greg.Slemp@myfloridalegal.com
Attorney for Plaintiff State of Florida