## INDEX OF EXHIBITS

| Attachment | Description |
|---|---|
| A | In Re: Ready-Mixed Concrete Price Fixing Litigation, 05-cv-979 (S.D. Ind. Nov. 2005)(Order granting stay of discovery) |
| B | In Re: Ready-Mixed Concrete Price Fixing Litigation, 05-cv-979 (S.D. Ind. Dec. 19, 2006)(Order lifting stay of discovery) |
| C | In Re: TFT-LCD (Flat Panel) Antitrust Litigation, 07-dv-1827(N.D. Cal. Sept. 25, 2007)(Order granting U.S. motion to stay discovery) |
| D | In Re: TFT-LCD (Flat Panel) Antitrust Litigation,07-cv-1827(N.D. Cal. May 27, 2008)(Order modifying stay of discovery) |
| E | Albee v. Korean Airlines Co., Ltd, 07-cv-5107(C.D. Cal. Oct. 24, 2008)(Order granting U.S. motion to intervene and stay discovery) |
| F | In Re: Municipal Derivatives Antitrust Litigation, 08-cv-2516 (S.D.N.Y. 2001) |
| G | SEC v. LeCroy 09-cv-02238 (N.D. Ala. 2011) |
| H | Declaration of Mark Grundvig (filed under seal) |