IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: READY-MIXED CONCRETE PRICE FIXING LITIGATION | ) ) ) | Master Docket No. 1:05-CV-00979-SEB-VSS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | |

ORDER

The United States of America ("the government") has represented that unlimited discovery in this matter will have an adverse effect on an on-going grand jury investigation, and has filed a motion requesting that discovery in this matter be limited in order to protect the integrity of that investigation.

IT IS HEREBY ORDERED that discovery in this matter be limited to the following classes of documents:

1. Pricing Documents
   Price Cards & Schedules
   Published or benchmark prices
   Discount Policies
   Historical Price & Discount Records – January 1, 1995 to present.

2. Transactional Documents
   Actual transaction and customer documents
   Records and summaries of transactions
   Historical transactional documents – January 1, 1995 to present.

3. Profit & Loss Documents
   Quarterly, or monthly P&L's
   Backup Schedules and documents
   P&L's for specific products/locations
   Historical P&L documents – January 1, 1995 to present.

4. Financial Statements
   Current and historical financial statements
   Third-party financial statements provided to lenders, suppliers, etc.

Attachment A

Discovery will be limited to the above categories of documents during the pendency of the grand jury's investigation and resulting criminal proceedings, or until further order of this Court.

Dated: 11/28/2005

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Attachment A