FILED
2011 May-17 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) CHARLES E. LECROY and ) DOUGLAS W. MACFADDIN, ) ) Defendants. ) | Civil Action Number 2:09-cv-02238-AKK |

## ORDER

Before the Court are the Department of Justice, Antitrust Division's ("DOJ") Motion to Stay, (doc. 62 ), and Motion for Leave to File Affidavit *Ex Parte* and Under Seal, (doc. 63). DOJ moves to extend the limited stay of the depositions of Douglas Goldberg, Michael Lena, and William Blount until after December 1, 2011. After reviewing the parties respective paper submissions and considering their arguments in the telephonic conference held on Tuesday, May 17, 2011, the court **GRANTS** the DOJ's motion to extend the limited stay of the depositions of Goldberg, Lena, and Blount and **MOOTS** the motion to file Paul Gallagher's affidavit *ex parte* and under seal. The court also **GRANTS** Defendant MacFaddin's motion to depose Larry Langford, (doc. 49), but **STAYS** the taking of that deposition

Attachment G

until the resolution of Langford's appeal in *USA v. Langford*, 7:08-cr-00245-LSC-PWG, in light of Langford's representation that he intends to assert his Fifth Amendment rights, (doc. 67).

The motions to stay the remaining discovery, including depositions of the Defendants, are **DENIED**. The court will, however, give the parties an opportunity to subsequently seek to reopen any deposition in which the deponent invoked his or her Fifth Amendment rights to a particular topic, including prior depositions of Kisti Shah and Gary White. Finally, the court's previous **ORDER** that no party may seek through any form of discovery any information about the existing or future criminal prosecutions, or the DOJ's criminal investigation remains. *See* doc. 58.

**DONE** this 17th day of May, 2011.

Abdul Kallon
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE

Attachment G