# ATTACHMENT H
# Declaration of Mark Grundvig
# (filed under seal)