UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE OF DAVID S. MOLOT

PLEASE TAKE NOTICE that DAVID S. MOLOT of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO International America, Inc., and DENSO Corporation, **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

                                          WILMER CUTLER PICKERING HALE
                                          AND DORR LLP

                                          By:___/s/ David S. Molot_____
                                          David S. Molot
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          1875 Pennsylvania Avenue, NW
                                          Washington, D.C. 20006
                                          Telephone: (202) 663-6000
                                          Fax: (202) 663-6363
                                          david.molot@wilmerhale.com

Dated July 13, 2013

## PROOF OF SERVICE

I, DAVID S. MOLOT an attorney, hereby certify that on July 13, 2013, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID S. MOLOT**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ David S. Molot
David S. Molot
Attorney for Defendants DENSO International
America, Inc., and DENSO Corporation
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
david.molot@wilmerhale.com