**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 <br><br> HON. MARIANNE O. BATTANI |
| IN RE: INSTRUMENT PANEL CLUSTERS | P:12-cv-00200-MOB-MKM |
| THIS DOCUMENT RELATES TO: <br><br> STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br>         Plaintiff, <br>    v. <br><br> NIPPON SEIKI CO. LTD., N.S. INTERNATIONAL LTD., NEW SABINA INDUSTRIES, INC., <br><br>         Defendants. | Case No. 13-cv-12061-TGB-DRG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that R. Scott Palmer, Special Counsel for the Office of the Attorney General, State of Florida, enters his appearance in the above-captioned action as counsel of record for the State of Florida.

Dated: July 22, 2013

Respectfully submitted,

 s/ R. Scott Palmer
R. Scott Palmer
Special Counsel
Florida Bar No. 220353
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-9134
Email: Scott.Palmer@myfloridalegal.com
Attorney for Plaintiff State of Florida