# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311  HON. MARIANNE O. BATTANI |
| IN RE: INSTRUMENT PANEL CLUSTERS | P:12-cv-00200-MOB-MKM |
| THIS DOCUMENT RELATES TO:  STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,  Plaintiff,  v.  NIPPON SEIKI CO. LTD., N.S. INTERNATIONAL LTD., NEW SABINA INDUSTRIES, INC.,  Defendants. | Case No. 13-cv-12061-TGB-DRG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy M. Fraser, Assistant Attorney General for the Office of the Attorney General, State of Florida, enters his appearance in the above-captioned action as counsel of record for the State of Florida.

Dated: July 22, 2013

Respectfully submitted,

 s/ Timothy M. Fraser
Timothy M. Fraser
Assistant Attorney General
Florida Bar No. 91786
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-9134
Email: Timothy.Fraser@myfloridalegal.com
Attorney for Plaintiff State of Florida