UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| IN RE:  AUTOMOTIVE PARTS ANTITRUST | : | Master File No. 12-md-02311 |
| LITIGATION | : | Honorable Marianne O. Battani |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| ALL ACTIONS | : | |
| | : | |

**PLAINTIFFS' COLLECTIVE MOTION TO EXTEND
DEADLINE TO FILE RESPONSE TO THE MOTION AND BRIEF OF THE
UNITED STATES TO INTERVENE AND FOR A TEMPORARY
AND LIMITED STAY OF CERTAIN DISCOVERY**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Interim Liaison Counsel for the Direct
Purchaser Plaintiffs and on behalf of the
Automobile Dealer and End-Payor
Plaintiffs for purposes of this Motion

## ARGUMENT

On July 8, 2013, the Antitrust Division of the United States Department of Justice ("the Antitrust Division") filed a Motion and Brief of the United States to Intervene and for a Temporary and Limited Stay of Certain Discovery. (Doc. No. 556). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan, the deadline to respond to the Antitrust Division's Motion is July 24, 2013. All Plaintiffs in the Automotive Parts Antitrust Litigation—including Direct Purchaser Plaintiffs, End-Payor Plaintiffs and Automobile Dealer Plaintiffs—seek an extension of the deadline to respond to the Antitrust Division's Motion. **The Antitrust Division does not oppose Plaintiffs' request for an extension**.

Plaintiffs respectfully request that the Court enter an Order—attached hereto as Exhibit 1 and submitted separately via ECF utility—permitting Plaintiffs to file Response brief[s] on or before August 21, 2013. Plaintiffs believe this request is warranted because they are currently engaged in discussions with the Antitrust Division which may fully resolve the issues in the Antitrust Division's Motion. Although a full resolution has not yet been achieved, Plaintiffs' are cautiously optimistic that the few remaining differences can be overcome. Extending the Response deadline will allow the parties to continue to engage in discussions that could resolve the Antitrust Division's Motion, without the need for Court intervention.

Granting the relief sought by Plaintiffs is well within the discretion of this Court. *See e.g.* *Slaven v. Spirit Airlines, Inc*., 2009 U.S. Dist. LEXIS 99712, \*\*7-8 (E.D. Mich. Oct. 27, 2009) (finding a schedule may be modified for good cause, a standard met when the moving party has diligently attempted to meet the current deadline and no prejudice to the opposing party will

result) (citing *Leary v. Daeschner*, 349 F.3d 888, 906 (6th Cir. 2003)); *see also JAT, Inc. v. Nat'l City Bank*, 2007 U.S. Dist. LEXIS 82907, **7-8 (E.D. Mich. Nov. 8, 2007).

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that this Court enter an Order permitting them to file Response[s] to the Antitrust Division's Motion on or before August 21, 2013.


Dated: July 23, 2013                                    Respectfully submitted,


                                                         _/s/ David H. Fink_____
                                                         David H. Fink (P28235)
                                                         Darryl Bressack (P67820)
                                                         FINK + ASSOCIATES LAW
                                                         100 West Long Lake Road, Suite 111
                                                         Bloomfield Hills, MI 48304
                                                         (248) 971-2500
                                                         dfink@finkandassociateslaw.com
                                                         dbressack@finkandassociateslaw.com

                                                         Interim Liaison Counsel for the Direct
                                                         Purchaser Plaintiffs and on behalf of the
                                                         Automobile Dealer and End-Payor
                                                         Plaintiffs for purposes of this Motion


                                                         Joseph C. Kohn
                                                         William E. Hoese
                                                         Douglas A. Abrahams
                                                         KOHN, SWIFT & GRAF, P.C.
                                                         One South Broad Street, Suite 2100
                                                         Philadelphia, PA  19107
                                                         Telephone:  (215) 238-1700
                                                         Facsimile:   (215) 238-1968
                                                         jkohn@kohnswift.com
                                                         whoese@kohnswift.com
                                                         dabrahams@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone:  (207) 791-3000
Facsimile:   (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
Facsimile:   (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496 6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

Interim Co-Lead Counsel for the Direct
Purchaser Plaintiffs

3

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:  (662)834.2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone:  (202) 789-3960
Facsimile:  (202) 789-1813
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6618
sraiter@larsonking.com
psand@larsonking.com

Interim Co-Lead Counsel for the
Automobile Dealer Plaintiffs

4

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile:  (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile:  (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Frank Damrell
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE
  & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
gkim@cpmlegal.com

Interim Co-Lead Counsel for the End-Payor
Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2013, I electronically filed the foregoing paper with the

Clerk of the court using the ECF system which will send notification of such filing to all counsel

of record registered for electronic filing.

FINK + ASSOCIATES LAW

By: /s/David H. Fink
David H. Fink (P28235)
100 West Long Lake Road, Ste. 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com