# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |

**ORDER GRANTING PLAINTIFFS' COLLECTIVE
MOTION TO EXTEND DEADLINE TO FILE RESPONSE
TO THE MOTION AND BRIEF OF THE
UNITED STATES TO INTERVENE AND FOR A TEMPORARY
AND LIMITED STAY OF CERTAIN DISCOVERY**

WHEREAS, Direct Purchaser Plaintiffs, End-Payor Plaintiffs and Auto Dealer Plaintiffs filed a Collective Motion to Extend Deadline to File Response to the Motion and Brief of the United States to Intervene and for a Temporary and Limited Stay of Certain Discovery, the Court having reviewed the Motion, which is not opposed by the United States, and being otherwise fully advised in the premises.

NOW, THEREFORE, THE COURT ORDERS as follows.

Direct Purchaser Plaintiffs, End-Payor Plaintiffs and Automobile Dealer Plaintiffs may file their Response[s] to the Motion and Brief of the United States to Intervene and for a Temporary and Limited Stay of Certain Discovery (Doc. No. 556) on or before August 21, 2013.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____, 2013    _____
Hon. Marianne O. Battani,
United States District Judge