# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL CASES | |

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of James L. Cooper, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 31, 2013                    Respectfully submitted,

                                        ARNOLD & PORTER LLP

                                    By: /s/ James L. Cooper
                                        James L. Cooper
                                        ARNOLD & PORTER LLP
                                        555 Twelfth Street NW
                                        Washington, DC 20004
                                        (202) 942-5014
                                        (202) 942-5999 - facsimile
                                        *email*:  james.cooper@aporter.com
                                        *Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

   I hereby certify that on July 31, 2013, I caused the foregoing Notice of Appearance of James L. Cooper to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: July 31, 2013　　　　　　　　　By:　/s/ Katherine Clemons　　　　
　　　　　　　　　　　　　　　　　　　　　Katherine Clemons