# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL CASES | |

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Laura Cofer Taylor, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 31, 2013

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Laura Cofer Taylor
Laura Cofer Taylor (D.C. Bar No. 982326)
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5507
(202) 942-5999 - facsimile
*email*:  laura.taylor@aporter.com
*Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2013, I caused the foregoing Notice of Appearance of Laura Cofer Taylor to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: July 31, 2013                        By:   /s/ Katherine Clemons
                                                      Katherine Clemons