# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | | |
| THIS RELATES TO: ALL CASES | : : : : | |

TO:   THE CLERK OF THE COURT

     PLEASE enter the appearance of Katherine Clemons, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 31, 2013                       Respectfully submitted,

                                                 ARNOLD & PORTER LLP

                                  By:  /s/ Katherine Clemons
                                      Katherine Clemons (D.C. Bar No. 1014137)
                                      ARNOLD & PORTER LLP
                                      555 Twelfth Street NW
                                      Washington, DC 20004
                                      (202) 942-6004
                                      (202) 942-5999 - facsimile
                                      *email*:  katherine.clemons@aporter.com
                                      *Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2013, I caused the foregoing Notice of Appearance of Katherine Clemons to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: July 31, 2013                    By:  /s/ Katherine Clemons
                                                                      Katherine Clemons