UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE enter the appearance of Joanne Geha Swanson, of the law firm of Kerr, Russell and Weber, PLC, as counsel on behalf of Defendant Fujikura Automotive America LLC in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 31, 2013            KERR, RUSSELL AND WEBER, PLC

By: /s/ *Joanne Geha Swanson*
    Joanne Geha Swanson (P33594))
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 - facsimile
jswanson@kerr-russell.com

*Attorney for Defendant Fujikura Automotive America LLC*

{35842/1/DT781023.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: /s/ *Joanne Geha Swanson*
Joanne Geha Swanson (P33594)

{35842/1/DT781023.DOCX;1}