# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF THOMAS J. TALLERICO

PLEASE TAKE NOTICE that Thomas J. Tallerico hereby appears as counsel of record for Defendant T. RAD Co., Ltd., and should be served with copies of all papers in this action.

Dated: August 1, 2013.

| | |
|---|---|
| Peter L. Simmons<br>FRIED, FRANK, HARRIS, SHRIVER<br>  & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>peter.simmons@friedfrank.com | /s/ Thomas J. Tallerico<br>Thomas J. Tallerico<br>BODMAN PLC<br>201 West Big Beaver Road, Suite 500<br>Troy, Michigan 48084<br>Telephone: (248) 743-6073<br>Facsimile: (248) 743-6002<br>ttallerico@bodmanlaw.com<br><br>*Attorneys for Defendant T. RAD Co., Ltd.* |

## CERTIFICATE OF SERVICE

      I, Thomas J. Tallerico, hereby certify that on August 1, 2013 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

      /s/Thomas J. Tallerico
Thomas J. Tallerico
BODMAN PLC
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
Telephone: (248) 743-6073
Facsimile: (248) 743-6002
ttallerico@bodmanlaw.com

9070106