# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE THAT** Stephanie K. Wood hereby withdraws as counsel of record for Defendants DENSO International America, Inc. and DENSO Corporation.  This notice is not intended to affect the appearances of any other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for DENSO International America, Inc. and DENSO Corporation.

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated:  August 2, 2013

By: /s/ Stephanie K. Wood
Stephanie K. Wood
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)
stephanie.wood@wilmerhale.com
*Attorney for Defendants DENSO International America, Inc. and DENSO Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I caused the foregoing Notice of Withdrawal of Attorney to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

Dated:  August 2, 2013

By:  /s/ Stephanie K. Wood
Stephanie K. Wood
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)
stephanie.wood@wilmerhale.com