# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES* | Master File No. 12-md-02311 |
| *All Wire Harness Cases* | 2:12-cv-00100-MOB-MKM |
| *Direct Purchaser Wire Harness Actions* | 2:12-cv-00101-MOB-MKM |
| *Dealership Wire Harness Actions* | 2:12-cv-00102-MOB-MKM |
| *End-Payor Wire Harness Actions* | 2:12-cv-00103-MOB-MKM |
| *All Instrument Panel Clusters Cases* | 2:12-cv-00200-MOB-MKM |
| *Direct Purchaser Instrument Panel Clusters Actions* | 2:12-cv-00201-MOB-MKM |
| *Dealership Instrument Panel Clusters Actions* | 2:12-cv-00202-MOB-MKM |
| *End-Payor Instrument Panel Clusters Actions* | 2:12-cv-00203-MOB-MKM |
| *All Fuel Senders Cases* | 2:12-cv-00300-MOB-MKM |
| *Direct Purchaser Fuel Senders Actions* | 2:12-cv-00301-MOB-MKM |
| *Dealership Fuel Senders Actions* | 2:12-cv-00302-MOB-MKM |
| *End-Payor Fuel Senders Actions* | 2:12-cv-00303-MOB-MKM |
| *All Heater Control Panels Cases* | 2:12-cv-00400-MOB-MKM |
| *Direct Purchaser Heater Control Panels Actions* | 2:12-cv-00401-MOB-MKM |
| *Dealership Heater Control Panels Actions* | 2:12-cv-00402-MOB-MKM |
| *End-Payor Heater Control Panels Actions* | 2:12-cv-00403-MOB-MKM |

2

| | |
|---|---|
| *Superstore Automotive, Inc., et al.* <br> v. <br> *Delphi Automotive LLP, et al.* | : <br> : <br> :    2:12-cv-10687-MOB-MKM <br> : |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Notice of Withdrawal of Attorney filed by Stephanie K. Wood, it is this 6th day of August, 2013, hereby

**ORDERED** that Stephanie K. Wood is allowed to withdraw from the representation of DENSO International America, Inc. and DENSO Corporation.

**SO ORDERED**.

                 s/Marianne O. Battani
                 Honorable Marianne O. Battani
                 United States District Judge

DATED: August 6, 2013