UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Fred K. Herrmann of the law firm Kerr, Russell and Weber, PLC, as counsel on behalf of the Defendant Calsonic Kansei Corporation named in the above captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.  This is in accordance with the Corrected Electronic Case Management Protocol Order (MDL Docket No. 518).

Dated:  August 9, 2013              Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ Fred K. Herrmann
    Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax:  (313) 961-0388
fherrmann@kerr-russell.com

*Attorneys for Defendant Calsonic Kansei Corporation*

{36340/1/DT783176.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all Counsel of Record via the CM/ECF system.

Dated:  August 9, 2013               By: /s/ Fred K. Herrmann
                                                      Fred K. Herrmann (P49519)
                                          500 Woodward Avenue, Suite 2500
                                          Detroit, MI 48226
                                          Tel. (313) 961-0200
                                          Fax:  (313) 961-0388
                                          fherrmann@kerr-russell.com