UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**STIPULATED ORDER REGARDING MOTION TO INTERVENE
BY THE UNITED STATES OF AMERICA**

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; the Court being advised that:

The parties agree that no response to the Motion to Intervene by the United States of America (Doc. No. 556) is required and that the parties shall submit a Stipulated Order on a Motion to Stay and, if necessary, a position paper on any points of disagreement by August 30, 2013.

IT IS HEREBY ORDERED that no response to the Motion to Intervene by the United States of America (Doc. No. 556) is required and that the parties shall submit a Stipulated Order on a Motion to Stay and, if necessary, a position paper on any points of disagreement by August 30, 2013.

**SO ORDERED:**

_____
United States District Judge

Dated: _____

**STIPULATED TO AND APPROVED BY:**


/s/ Howard B. Iwrey_____
**On Behalf of Defendants**


/s/ David Fink_____
**On Behalf of Plaintiffs**


s/Eric Meiring_____
**On Behalf of the United States of America**