UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**STIPULATED ORDER REGARDING MOTION TO INTERVENE
BY THE UNITED STATES OF AMERICA**

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; the Court being advised that:

The Court having previously entered an Order requiring the parties to submit a Stipulated Order on a Motion to Stay and, if necessary, a position paper on any points of disagreement by September 13, 2013, the parties having been unable to resolve their remaining disagreements by September 13, 2013, but desiring to continue to attempt to resolve their disagreement:

IT IS HEREBY ORDERED that that the parties shall submit a Stipulated Order on a Motion to Stay and, if necessary, a position paper on any points of disagreement by September 27, 2013.

                        **SO ORDERED:**

                        s/Marianne O. Battani
                        United States District Judge

Dated:  September 16, 2013


**STIPULATED TO AND APPROVED BY:**


/s/ David Fink
**On Behalf of Plaintiffs**


/s/ Howard B. Iwrey w/ permission
**On Behalf of Defendants**


/s/ Paul Gallagher w/ permission
**On Behalf of the United States of America**