# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-2311<br><br>HON. MARIANNE O. BATTANI |
| IN RE: INSTUMENT PANEL CLUSTERS CASES | 2:12-cv-00200-MOB-MKM |
| This Document Relates To: ALL INSTUMENT PANEL CLUSTERS CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of W. Joseph Bruckner of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiff ACAP, L.L.C. f/k/a Aguirre, Collins & Aikman Plastics, LLC in the above-captioned matter.

Dated: September 18, 2013

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

　　s/W. Joseph Bruckner_____
W. Joseph Bruckner
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:	(612) 339-6900
Fax:	(612) 339-0981
Email: wjbruckner@locklaw.com

*Attorney for Plaintiff ACAP, L.L.C. f/k/a Aguirre, Collins & Aikman Plastics, LLC*

473954.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2013, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: September 18, 2013          __s/W. Joseph Bruckner_____
                                              W. Joseph Bruckner