# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Hector Torres of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel on behalf of Plaintiff Ford Motor Company in the above-captioned matter.

Dated:  September 19, 2013

Respectfully submitted,

s/ Hector Torres
Hector Torres
KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
htorres@kasowitz.com

*Attorney for Plaintiff Ford Motor Company*

## **CERTIFICATE OF SERVICE**

      I, Hector Torres, hereby certify that on the 19th day of September, 2013, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: September 19, 2013

                                          s/ Hector Torres
                                          Hector Torres
                                          KASOWITZ, BENSON, TORRES
                                              & FRIEDMAN LLP
                                          1633 Broadway
                                          New York, NY  10019
                                          (212) 506-1700
                                          htorres@kasowitz.com

                                          *Attorney for Plaintiff Ford Motor Company*