# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Sarah Gibbs Leivick of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel on behalf of Plaintiff Ford Motor Company in the above-captioned matter.

Dated:  September 19, 2013

Respectfully submitted,

s/ Sarah Gibbs Leivick
Sarah Gibbs Leivick
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
sleivick@kasowitz.com

*Attorney for Plaintiff Ford Motor Company*

## **CERTIFICATE OF SERVICE**

     I, Sarah Gibbs Leivick, hereby certify that on the 19th day of September, 2013, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: September 19, 2013

                                        s/ Sarah Gibbs Leivick
                                        Sarah Gibbs Leivick
                                        KASOWITZ, BENSON, TORRES
                                            & FRIEDMAN LLP
                                        1633 Broadway
                                        New York, NY 10019
                                        (212) 506-1700
                                        sleivick@kasowitz.com

                                        *Attorney for Plaintiff Ford Motor Company*