UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS RELATES TO:  ALL ACTIONS | |

**DEFENDANTS' JOINT MEMORANDUM REGARDING
THE MOTION TO STAY
BY THE UNITED STATES OF AMERICA**

**INDEX OF EXHIBITS**

| | |
|---|---|
| EXHIBIT A | Status Conference Transcript, No. 12-md-02311 (E.D. Mich. July 10, 2013), ECF No. 566 |
| EXHIBIT B | Joint Order Regarding the Motion to Stay by the United States of America, October 4, 2013 |
| EXHIBIT C | Defendants' Order Regarding the Motion to Stay by the United States of America, October 4, 2013 |
| EXHIBIT D | *General Retirement System of Detroit v. Onyx Capital Advisors, LLC*, No. 10-11941, 2013 WL 2145682 (E.D. Mich. May 15, 2013) |
| EXHIBIT E | *Maley v. Octapharma Plasma, Inc.*, No. 12-13892, 2013 WL 3814248 (E.D. Mich. July 22, 2013) |
| EXHIBIT F | Order Re Stay of Discovery, *In re TFT-LCD* (*Flat Panel*) *Antitrust Litigation*, No. M:07-1827 (N.D. Cal. May 27, 2008), ECF No. 631 |
| EXHIBIT G | United States District Court for the Eastern District of Michigan, Model Order Relating to the Discovery of Electronically Stored Information (issued Sept. 20, 2013) |
| EXHIBIT H | *In re Adelphia Communications Securities Litigation*, No. 02-1781, 2003 WL 22358819 (E.D. Pa. May 13, 2003) |
| EXHIBIT I | Scott D. Hammond, Deputy Assistant Attorney General, *Cracking Cartels With Leniency Programs*, (Oct. 18, 2005), ), *available at* http://www.justice.gov/atr/public/speeches/212269.htm |

EXHIBIT J         Scott D. Hammond, Deputy Assistant Attorney General, *The U.S. Model of Negotiated Plea Agreements*, (Oct. 17, 2006), *available at* http://www.justice.gov/atr/public/speeches/219332.htm

EXHIBIT K         Scott D. Hammond, Deputy Assistant Attorney General, *Measuring the Value of Second-In Cooperation in Corporate Plea Negotiations*, (Mar. 29, 2006), *available at* http://www.justice.gov/atr/public/speeches/215514.htm

\* \* \* \* \*