# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br><br>Honorable Marianne O. Battani |
| THIS RELATES TO:  ALL ACTIONS | |

**DIRECT PURCHASER, END-PAYOR, AUTO DEALER AND FORD PLAINTIFFS' POSITION STATEMENT REGARDING MOTION OF THE UNITED STATES TO INTERVENE AND FOR A TEMPORARY AND LIMITED STAY OF CERTAIN DISCOVERY**

## INDEX OF EXHIBITS

1. Plaintiffs' and Defendants' Joint Order

2. Plaintiffs' Proposed Order