# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney George A. Nicoud III of Gibson, Dunn & Crutcher LLP hereby enters his appearance as lead counsel for Defendant Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: October 11, 2013            Respectfully submitted,


                                   ____/s/ George A. Nicoud III_____
                                   George A. Nicoud III
                                   **GIBSON, DUNN & CRUTCHER LLP**
                                   555 Mission Street, Suite 3000
                                   San Francisco, CA 94105-0920
                                   Telephone: (415) 393-8200
                                   Facsimile: (415) 393-8306
                                   TNicoud@gibsondunn.com

                                   *Counsel for Defendant Mitsuba Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                        /s/ George A. Nicoud III
                                    George A. Nicoud III