# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Leslie A. Wulff of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendant Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

2

Dated: October 17, 2013 Respectfully submitted,

    /s/ Leslie A. Wulff
Leslie A. Wulff
**GIBSON, DUNN & CRUTCHER LLP**
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
Fax: (415) 393-8306
LWulff@gibsondunn.com

*Counsel for Defendant Mitsuba Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

**Mary G. Cooper**
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

**Matthew B. Moreland**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**R. Scott Palmer**
Berman, DeValerio,
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401

**Andrea M. Price**
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**J. Bruce Cross**
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

**Sarah Crowley**
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

**David M. Donovan**
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

**Jeff D. Friedman**
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

**Soren E. Gisleson**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601

**Curtis D. Ripley**
150 S 5th St
Suite 2300
Minneapolis, MN 55402

**Aaron E. Robinson**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Shana E. Scarlett**
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

**Francis O. Scarpulla**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Eric B. Snyder**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Stephen J. Squeri**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Russ M. Herman**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Gregory J Johnson**
6688 145th St W
Apple Valley, MN 55124

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

**Andrew D. King**
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Kevin P. Klibert**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**Demetrius X. Lambrinos**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Alan S. Miller**
Jones Day
2727 North Harwood St
Dallas, TX 75201

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Reginald Von Terrell**
PO Box 13315. PMB#148
Oakland, CA 94661

**Lin Wang**
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

**Patrick S. Williams**
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

**Lingel Hart Winters**
275 Battery Street
Suite 2600
San Francisco, CA 94111

**Judith A. Zahid**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

        /s/ Leslie A. Wulff
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Tel: (415) 393-8200
LWulff@gibsondunn.com

    /s/ Leslie A. Wulff
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Tel: (415) 393-8200
LWulff@gibsondunn.com