# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that attorney Joel S. Sanders of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendant Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: October 17, 2013		Respectfully submitted,

    /s/ Joel S. Sanders
Joel S. Sanders
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
JSanders@gibsondunn.com

*Counsel for Defendant Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

**Mary G. Cooper**
Cross Gunter Witherspoon & Galchus
PO Box 3178
Little Rock, AR 72203

**Matthew B. Moreland**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**R. Scott Palmer**
Berman, DeValerio,
222 Lakeview Avenue
Suite 900
West Palm Beach, FL 33401

**Andrea M. Price**
Barrasso Usdin Kupperman Freeman & Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

| | |
|---|---|
| **J. Bruce Cross**<br>Cross Gunter Witherspoon & Galchus<br>PO Box 3178<br>Little Rock, AR 72203 | **Curtis D. Ripley**<br>150 S 5th St<br>Suite 2300<br>Minneapolis, MN 55402 |
| **Sarah Crowley**<br>Gross Belsky Alonso<br>One Samsome Street<br>Suite 3670<br>San Francisco, CA 94104 | **Aaron E. Robinson**<br>Bailey & Glasser<br>209 Capitol Street<br>Charleston, WV 25301 |
| **David M. Donovan**<br>Watts Donovan & Tilley<br>200 River Market Ave<br>Suite 200<br>Little Rock, AR 72201 | **Shana E. Scarlett**<br>Hagens Berman Sobol Shapiro<br>715 Hearst Ave<br>Suite 202<br>Berkeley, CA 94710 |
| **Jeff D. Friedman**<br>Hagens Bernam Sobol Shapiro<br>715 Hearst Ave<br>Suite 202<br>Berkely, CA 94710 | **Francis O. Scarpulla**<br>Zelle Hofmann Voelbel & Mason<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 |
| **Soren E. Gisleson**<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Ave<br>New Orleans, LA 70113 | **Candice C. Sirmon**<br>701 Magazine Street<br>New Orleans, LA 70130 |
| **Greg Hanthorn**<br>Jones Day<br>1420 Peachtree St NE<br>Suite 800<br>Atlanta, GA 30309 | **Eric B. Snyder**<br>Bailey & Glasser<br>209 Capitol Street<br>Charleston, WV 25301 |
| **Shelley R. Hebert**<br>Jones Day<br>77 W Wacker<br>Chicago, IL 60601 | **Stephen J. Squeri**<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 |

**Russ M. Herman**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Gregory J Johnson**
6688 145th St W
Apple Valley, MN 55124

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

**Andrew D. King**
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Kevin P. Klibert**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**Demetrius X. Lambrinos**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Alan S. Miller**
Jones Day
2727 North Harwood St
Dallas, TX 75201

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Reginald Von Terrell**
PO Box 13315. PMB#148
Oakland, CA 94661

**Lin Wang**
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

**Patrick S. Williams**
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

**Lingel Hart Winters**
275 Battery Street
Suite 2600
San Francisco, CA 94111

**Judith A. Zahid**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

        /s/ Joel S. Sanders
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
(415) 393-8200
JSanders@gibsondunn.com