**INDEX OF EXHIBITS**

| | |
|---|---|
| **EXHIBIT A** | Summary of Defendants' Arguments for Dismissal of IPPs'(1) Individual State Law Antitrust Claims; (2) Individual State Law Consumer Protection Claims; and (3) Individual State Law Unjust Enrichment Claims |
| **EXHIBIT B** | Appendix of Authority in Support of Defendants' Argument that IPPs Cannot Demonstrate Antitrust Standing |
| **EXHIBIT C** | Appendix of Authority in Support of Defendants' Argument that IPPs' Boilerplate Allegations Fail To Allege a Sufficient Intrastate Nexus as the Antitrust Laws of Nine States Require |
| **EXHIBIT D** | Appendix of Authority in Support of Defendants' Argument that IPPs' Boilerplate Allegations Fail To Allege a Sufficient Intrastate Nexus as the Consumer Protection Laws of Four States Require |
| **EXHIBIT E** | Appendix of Authority in Support of Defendants' Argument that IPPs' Unjust Enrichment Claims Fail in the Twenty-Two States that Recognize the Benefit of the Bargain Limitation |
| **EXHIBIT F** | Appendix of Authority in Support of Defendants' Argument that IPPs' Unjust Enrichment Claims Fail in the Fourteen States that Recognize a Direct Benefit Conferred by Plaintiffs |
| **EXHIBIT G** | Appendix of Authority in Support of Defendants' Argument that IPPs' Unjust Enrichment Claims Fail in the Eleven States Where Retention of a Benefit Is Not Unjust Where the Defendant has Provided Consideration for It |
| **EXHIBIT H** | Appendix of Authority in Support of Defendants' Argument that IPPs Fail to Satisfy the Requirement for Pleading Unjust Enrichment Claims Under the Laws of Thirteen States |
| **EXHIBIT I** | Appendix of Authority in Support of Defendants' Argument that IPPs' Claims Are Barred in Whole or in Part by State Statutes of Limitations |