EXHIBIT A

# EXHIBIT A
## PART 1: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF IPPS' INDIVIDUAL STATE LAW ANTITRUST CLAIMS

| | Which Plaintiffs Asserted a Claim | Defendants' Arguments for Dismissal | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Failure To State a Claim and Plead Injury-In-Fact | No Named Resident Plaintiff for Claim Alleged | Indirect Purchasers Lack Antitrust Standing (Exhibit C) | Indirect Purchaser Class Actions Barred | *Illinois Brick* Bars Indirect Purchaser Suits | Cannot Assert Retroactive Claim | Insufficient Intrastate Nexus Allegations (Exhibit D) | Barred By Statute of Limitations (Exhibit J) |
| Arizona | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| California | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| D.C. | AD, EP | AD, EP | | AD, EP | | | | AD, EP | AD, EP |
| Hawaii | AD | AD | AD | AD | | | | | AD |
| Illinois | AD | AD | | AD | AD | | | | AD, EP |
| Iowa | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| Kansas | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| Maine | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| Massachusetts | EP | EP | | | | EP | | EP | EP |
| Michigan | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| Minnesota | AD, EP | AD, EP | | | | | | | AD, EP |
| Mississippi | AD, EP | AD, EP | | AD, EP | | | | AD, EP | AD, EP |
| Nebraska | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| Nevada | AD, EP | AD, EP | | AD, EP | | | | AD, EP | AD, EP |
| New Hampshire | AD, EP | AD, EP | | AD, EP | | | AD, EP | | AD, EP |
| New Mexico | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| New York | AD, EP | AD, EP | | AD, EP | | | | EP | AD, EP |
| North Carolina | AD, EP | AD, EP | | AD, EP | | | | AD, EP | AD, EP |
| North Dakota | AD, EP | AD, EP | AD | AD, EP | | | | | AD, EP |
| Oregon | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| South Dakota | AD, EP | AD, EP | | AD, EP | | | | AD, EP | AD, EP |
| Tennessee | AD, EP | AD, EP | | AD, EP | | | | EP | AD, EP |
| Utah | AD, EP | AD, EP | | AD, EP | | | AD, EP | | AD, EP |
| Vermont | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |
| West Virginia | AD, EP | AD, EP | | AD, EP | | | | EP | AD, EP |
| Wisconsin | AD, EP | AD, EP | | AD, EP | | | | | AD, EP |

EXHIBIT A

PART 2: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF IPPS'
INDIVIDUAL STATE LAW CONSUMER PROTECTION CLAIMS

|  | Which Plaintiffs Asserted a Claim | Defendants' Arguments for Dismissal | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Failure To State a Claim and Plead Injury-In-Fact | Indirect Purchasers Lack Consumer Protection Standing | Indirect Purchaser Class Actions Barred | Businesses Cannot Bring Claims | Insufficient Intrastate Nexus Allegations (Exhibit E) | Not Actionable and No Right of Action for Over-Payment | Failure to Meet Specific Pleading Standards | Barred By Statute of Limitations (Exhibit J) |
| Arkansas | AD | AD | AD |  |  |  | AD | AD | AD |
| California | AD, EP | AD, EP |  |  |  | EP |  |  | AD, EP |
| D.C. | AD, EP | AD, EP |  |  | AD |  |  |  | AD, EP |
| Florida | AD, EP | AD, EP |  |  |  |  |  | AD, EP | AD, EP |
| Hawaii | EP | EP |  |  |  |  |  |  | AD, EP |
| Missouri | EP | EP |  |  |  |  |  |  | EP |
| Montana | EP | EP |  | EP |  | EP |  |  | EP |
| New Mexico | AD, EP | AD, EP |  |  |  |  |  | AD, EP | AD, EP |
| New York | AD, EP | AD, EP | AD, EP |  |  | EP |  | AD, EP | AD, EP |
| North Carolina | AD, EP | AD, EP |  |  |  | AD, EP |  |  | AD, EP |
| Rhode Island | EP | EP |  |  |  |  |  | EP | EP |
| South Carolina | AD | AD |  | AD |  |  |  |  | AD |
| Vermont | AD, EP | AD, EP | AD, EP |  |  |  |  |  | AD, EP |

A-2

EXHIBIT A

**PART 3: SUMMARY OF DEFENDANTS' ARGUMENTS FOR DISMISSAL OF PLAINTIFFS' INDIVIDUAL STATE LAW UNJUST ENRICHMENT CLAIMS**

|  | Which Plaintiffs Asserted a Claim | Defendants' Arguments for Dismissal ||||||||
|---|---|---|---|---|---|---|---|---|---|
|  |  | Failure To State a Claim and Plead Injury-In-Fact | No Named Resident Plaintiff for Claim Alleged | No Claim Based on Failed Antitrust or Consumer Protection Claims | Claim Barred Where Party Received the Benefit of Its Bargain (Exhibit F) | Claim Unavailable Where No Direct Conferral of Benefit (Exhibit G) | Claim Barred Where Consideration Paid for Benefit Received (Exhibit H) | Claim Fails for Other Reasons (Exhibit I) | Barred By Statute of Limitations (Exhibit J) |
| Arizona | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  | AD, EP | AD, EP |
| Arkansas | AD | AD |  | AD | AD |  |  |  | AD |
| California | AD, EP | AD, EP |  | AD, EP | AD, EP |  |  | AD, EP | AD, EP |
| D.C. | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  |  | AD, EP |
| Florida | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP | AD, EP | AD, EP | AD, EP |
| Hawaii | AD, EP | AD, EP | AD | AD, EP |  |  |  | AD, EP | AD, EP |
| Illinois | AD | AD |  | AD | AD |  |  | AD | AD, EP |
| Iowa | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  |  | AD, EP |
| Kansas | AD, EP | AD, EP |  | AD, EP |  | AD, EP | AD, EP |  | AD, EP |
| Maine | AD, EP | AD, EP |  | AD, EP |  | AD, EP |  |  | AD, EP |
| Massachusetts | AD, EP | AD, EP |  | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |
| Michigan | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  |  | AD, EP |
| Minnesota | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  | AD, EP | AD, EP |
| Mississippi | AD, EP | AD, EP |  | AD, EP | AD, EP |  |  | AD, EP | AD, EP |
| Missouri | AD, EP | AD, EP |  | AD, EP | AD, EP |  | AD, EP |  | AD, EP |
| Montana | EP | EP |  | EP |  |  |  |  | EP |
| Nebraska | AD, EP | AD, EP |  | AD, EP | AD, EP |  |  |  | AD, EP |
| Nevada | AD, EP | AD, EP |  | AD, EP |  |  | AD, EP |  | AD, EP |
| New Hampshire | AD, EP | AD, EP |  | AD, EP | AD, EP |  | AD, EP |  | AD, EP |
| New Mexico | AD, EP | AD, EP |  | AD, EP | AD, EP |  |  |  | AD, EP |
| New York | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  |  | AD, EP |
| North Carolina | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP |  |  | AD, EP |
| North Dakota | AD, EP | AD, EP | AD | AD, EP | AD, EP | AD, EP |  | AD, EP | AD, EP |
| Oregon | AD, EP | AD, EP |  | AD, EP | AD, EP |  |  |  | AD, EP |
| Rhode Island | EP | EP |  | EP | EP | EP |  |  | EP |
| South Carolina | AD | AD |  | AD | AD | AD |  | AD | AD |

EXHIBIT A

|  | Which Plaintiffs Asserted a Claim | Defendants' Arguments for Dismissal ||||||||
|---|---|---|---|---|---|---|---|---|---|
|  |  | Failure To Plead Injury-In-Fact | No Named Resident Plaintiff for Claim Alleged | No Claim Based on Failed Antitrust or Consumer Protection Claims | Claim Barred Where Party Received the Benefit of Its Bargain (Exhibit F) | Claim Unavailable Where No Direct Conferral of Benefit (Exhibit G) | Claim Barred Where Consideration Paid for Benefit Received (Exhibit H) | Claim Fails for Other Reasons (Exhibit I) | Barred By Statute of Limitations (Exhibit J) |
| South Dakota | AD, EP | AD, EP |  | AD, EP |  |  | AD, EP |  | AD, EP |
| Tennessee | AD, EP | AD, EP |  | AD, EP |  |  | AD, EP | AD, EP | AD, EP |
| Utah | AD, EP | AD, EP |  | AD, EP | AD, EP | AD, EP | AD, EP | AD, EP | AD, EP |
| Vermont | AD, EP | AD, EP |  | AD, EP |  |  | AD, EP |  | AD, EP |
| West Virginia | AD, EP | AD, EP |  | AD, EP |  |  |  | AD, EP | AD, EP |
| Wisconsin | AD, EP | AD, EP |  | AD, EP |  |  | AD, EP |  | AD, EP |

A-4