EXHIBIT I

EXHIBIT I

**APPENDIX OF AUTHORITY IN SUPPORT OF DEFENDANTS' ARGUMENT THAT IPPS' CLAIMS ARE BARRED IN WHOLE OR IN PART BY STATE STATUTES OF LIMITATIONS**

| | State | Authority | Cut-Off Date | *WH* Treatment |
|---|---|---|---|---|
| 1. | **Arizona** | Ariz. Rev. Stat. § 44-1410 (four year statute of limitations); *Tovrea Land & Cattle Co. v. Linsenmeyer*, 412 P.2d 47, 63 (Ariz. 1966) (plaintiff must plead affirmative acts with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 2. | **Arkansas** | Ark. Code § 4-88-115 (five year statute of limitations); *Bomar v. Moser*, 251 S.W.3d 234, 241-42 (Ark. 2007) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2007 | Argument not raised previously. |
| 3. | **California** | Cal. Bus. & Prof. Code § 16750.1 (four year antitrust statute of limitations); *id.* § 17208 (four year consumer protection statute of limitations); *Sanchez v. South Hoover Hospital*, 553 P.2d 1129, 1134 (Cal. 1976) (plaintiff must due diligence with particularity to toll statute of limitations).; *Hesse v. Vinatieri*, 302 P.2d 699, 702 (Cal. Dist. Ct. App. 1956) (citations omitted) (plaintiff must plead affirmative acts with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 4. | **D.C.** | D.C. Code § 28-4511 (four year antitrust statute of limitations); *id.* § 12-301(8) (three year consumer protection statute of limitations); *Cevenini v. Archbishop of Wash.*, 707 A.2d 768, 773-74 (D.C. Ct. App. 1998) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 (antitrust); June 8, 2009 (consumer protection; unjust enrichment) | Argument not raised previously. |

EXHIBIT I

|  | State | Authority | Cut-Off Date | *WH* Treatment |
|---|---|---|---|---|
| 5. | **Florida** | Fla. Stat. Ann. § 95.11(3) (four year statute of limitations); *First Fed. Savings & Loan Ass'n of Wisconsin v. Dade Fed. Savings & Loan Ass'n*, 403 So.2d 1097, 1100 (Fla. Dist. Ct. App. 1981) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 6. | **Hawaii** | Haw. Rev. Stat. § 480-24 (four year statute of limitations); *Au v. Au*, 626 P.2d 173, 178 (Haw. 1981) (plaintiff must plead affirmative acts with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 7. | **Illinois** | 740 ILCS 10/7(2) (four year statute of limitations); *People v. Coleman*, 794 N.E. 2d 275, 293 (Ill. 2002) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 8. | **Iowa** | Iowa Code Ann. § 553.16(1) (four year statute of limitations); *Christy v. Miulli*, 692 N.W.2d 694, 702 (Iowa 2005) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 9. | **Kansas** | Kan. Stat. Ann. § 60-512(2) (three year statute of limitations); *Friends Univ. v. W.R. Grace & Co.*, 608 P.2d 936, 941 (Kan. 1980) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2009 | Argument not raised previously. |
| 10. | **Maine** | 14 Me. Rev. Stat. Ann. § 752 (six year statute of limitations); *Harkness v. Fitzgerald*, 701 A.2d 370, 372 (Me. 1997) (plaintiff must plead affirmative acts with particularity to toll statute of limitations). | June 8, 2006 | Argument not raised previously. |

EXHIBIT I

|     | State | Authority | Cut-Off Date | *WH* Treatment |
|-----|-------|-----------|--------------|----------------|
| 11. | **Massachusetts** | Mass. Gen. Laws Ann. Ch. 93 § 13 (four year statute of limitations); *Puritan Med. Ctr., Inc. v. Cashman*, 596 N.E.2d 1004, 1010 (Mass. 1992) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations); *Frank Cooke, Inc. v. Hurwitz*, 406 N.E.2d 678, 684 (Mass. App. Ct. 1980) (same). | June 8, 2008 | Argument not raised previously. |
| 12. | **Michigan** | Mich. Comp. Laws Ann. § 445.781 (four year statute of limitations); *McNaughton v. Rockford State Bank*, 246 N.W. 84, 86 (Mich. 1933) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations); *Sills v. Oakland Gen. Hosp.*, 559 N.W.2d 348, 352 (Mich. Ct. App. 1997) (same). | June 8, 2008 | Argument not raised previously. |
| 13. | **Minnesota** | Minn. Stat. Ann. § 325D.64 (four year statute of limitations); *State Farm Mut. Auto. Ins. Co. v. Ford Motor Co.*, 572 N.W.2d 321, 325 (Minn. Ct. App. 1997) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 14. | **Mississippi** | Miss. Code Ann. § 15-1-49 (three year statute of limitations); *Spann v. Diaz*, 987 So. 2d 443, 449 (Miss. 2008) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations); *Stephens v. Equitable Life Assurance Soc'y of U.S.*, 850 So. 2d 78, 84 (Miss. 2003) (same). | June 8, 2009 | Argument not raised previously. |
| 15. | **Missouri** | Mo. Rev. Stat. § 516.120 (five year statute of limitations); *Batek v. Curators of Univ. of Mo.*, 920 SW 2d 895, 900 (Mo. 1996) (en banc) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2007 | Argument not raised previously. |
| 16. | **Montana** | Mont. Code § 27-2-11 (two year statute of limitations); *id.* § 27-2-102(3); *Rucinsky v. Hentchel*, 881 P.2d 616, 618 (Mont. 1994) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2010 | Argument not raised previously. |

EXHIBIT I

|  | State | Authority | Cut-Off Date | *WH* Treatment |
|---|---|---|---|---|
| 17. | **Nebraska** | Neb. Rev. Stat. § 59-1612 (four year statute of limitations); *Upah v. Ancona Bros. Co.*, 521 N.W.2d 895, 902 (Neb. 1994) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 18. | **Nevada** | Nev. Rev. Stat. § 598A.220 (four year statute of limitations); *Pooler v. R.J. Reynolds Tobacco Co.*, No. CV00-02674, 2001 WL 403167, at *2 (Nev. Dist. Ct. Apr. 4, 2001) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 19. | **New Hampshire** | N.H. Rev. Stat. § 356:12 (four year statute of limitations); *Portsmouth Country Club v. Town of Greenland*, 883 A.2d 298, 304-05 (N.H. 2005) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 20. | **New Mexico** | N.M. Stat. Ann. § 57-1-12 (four year statute of limitations); *Cont'l Potash, Inc. v. Freeport-McMoran, Inc.*, 858 P.2d 66, 74 (N.M. 1993) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 21. | **New York** | N.Y. Gen. Bus. Law § 340(5) (four year antitrust statute of limitations); N.Y. C.P.L.R. § 214(2) (three year consumer protection statute of limitations); *Pahlad ex rel. Berger v. Brustman*, 823 N.Y.S.2d 61, 64 (N.Y. App. Div. 2006), *aff'd* 865 N.E.2d 1240 (N.Y. 2007) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 (antitrust); June 8, 2009 (consumer protection; unjust enrichment) | Argument not raised previously. |

EXHIBIT I

|  | State | Authority | Cut-Off Date | *WH* Treatment |
|---|---|---|---|---|
| 22. | **North Carolina** | N.C. Gen. Stat § 75-16.2 (four year statute of limitations); *Pembee Mfg. Corp. v. Cape Fear Constr. Co.*, 317 S.E.2d 41, 44 (N.C. Ct. App. 1984) (plaintiff must plead affirmative acts with particularity to toll statute of limitations); *Crawford v. Paul Davis Restoration Triad Inc.*, No. COA02-1040, 2003 WL 21436156, at *4 (N.C. App. June 17, 2003) (plaintiff must plead affirmative acts with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 23. | **North Dakota** | N.D. Cent. Code § 51-08.1-10(1) (four year statute of limitations); *id.* § 28-01-24; *Roether v. Nat'l Union Fire Ins. Co.*, 200 N.W. 818, 822 (N.D. 1924) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 24. | **Oregon** | Or. Rev. Stat. Ann. § 646.140 (four year statute of limitations); *Chaney v. Fields Chevrolet Co.*, 503 P.2d 1239, 1241-42 (Or. 1972) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 25. | **Rhode Island** | R.I. Gen. Laws § 6-36-23 (four year statute of limitations); *Ryan v. Roman Catholic Bishop of Providence,* 941 A.2d 174, 182 (R.I. 2008) (plaintiff must plead affirmative acts with particularity to toll statute of limitations); *Martin v. Howard*, 784 A.2d 291, 299-300 (R.I. 2001) (plaintiff must plead due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 26. | **South Carolina** | S.C. Stat. Ann. § 39-5-150 (three year statute of limitations); *Barr v. City of Rock Hill*, 500 S.E.2d 157, 159–60 (S.C. 1998) (plaintiff must plead "reasonable diligence" with particularity to toll statute of limitations) | June 8, 2009 | Argument not raised previously. |

EXHIBIT I

|  | State | Authority | Cut-Off Date | *WH* Treatment |
|---|---|---|---|---|
| 27. | **South Dakota** | S.D. Codified Laws § 37-1-14.4 (four year statute of limitations); *Spencer v. Estate of Spencer*, 759 N.W.2d 539, 544 (S.D. 2008) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations); *Strassburg v. Citizens State Bank*, 581 N.W.2d 510, 515 (S.D. 1998) (same). | June 8, 2008 | Argument not raised previously. |
| 28. | **Tennessee** | Tenn. Code Ann. § 28-3-105 (three year statute of limitations); *Shadrick v. Coker*, 963 S.W.2d 726, 733-34 (Tenn. 1998) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2009 | Argument not raised previously. |
| 29. | **Utah** | Utah Code Ann. § 76-10-925 (four year statute of limitations); *Colosimo v. Roman Catholic Bishop*, 156 P.3d 806, 816-17 (Utah 2007) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 30. | **Vermont** | 12 Vt. Stat. Ann. § 511 (six year statute of limitations); *Rodrigue v. Valco Enter.*, 726 A.2d 61, 64 (Vt. 1999) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2006 | Argument not raised previously. |
| 31. | **West Virginia** | W. Va. Code Ann. § 47-18-11 (four year statute of limitations); *Sattler v. Bailey*, 400 S.E.2d 220, 228 (W.V. 1990) (plaintiff must plead affirmative acts and due diligence with particularity to toll statute of limitations). | June 8, 2008 | Argument not raised previously. |
| 32. | **Wisconsin** | Wisc. Stat. Ann. § 133.18(2) (six year statute of limitations); *State ex rel. Susedik v. Knutson*, 191 N.W.2d 23, 25-26 (Wis. 1971) (plaintiff must plead affirmative acts and reasonable diligence with particularity to toll statute of limitations). | June 8, 2006 | Argument not raised previously. |