UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE enter the withdrawal of attorney William A. Sankbeil as counsel in the following actions:

Master File No. 12-md-2311

Wire Harness cases on behalf of Defendants Fujikura America, Inc. and Fujikura Ltd., Case Nos.:

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM

Instrument Panel Cluster cases on behalf of Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc., Case Nos.:

{36059/1/DT805461.DOCX;1}

2:12-cv-14458-MOB-MKM, *ACAP v Nippon Seiki Co., Ltd., et al*

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

Bearings cases on behalf of Defendants NTN Corporation and NTN USA Corporation, Case Nos.:

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

Occupant Safety Systems cases on behalf of Defendants Autoliv, Incorporated, Autoliv ASP, Incorporated, Autoliv B.V. & Co. KG, Autoliv Safety Technology, Inc., and Autoliv Japan, Ltd., Case Nos.:

2:12-cv-00600-MOB-MKM

2:12-cv-00601-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

                                             KERR, RUSSELL AND WEBER, PLC

                                             By:  */s/ William A. Sankbeil*
                                                 William A. Sankbeil (P19882)
                                             500 Woodward Avenue, Suite 2500
                                             Detroit, MI 48226-3427
                                             Tel:  (313) 961-0200
                                             Fax:  (313) 961-0388
                                             wsankbeil@kerr-russell.com

Dated: October 22, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: */s/ William A. Sankbeil*
William A. Sankbeil (P19882)

{36059/1/DT805461.DOCX;1}