**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF NOVEMBER 13, 2013 STATUS
CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **11:00 a.m., November 13, 2013,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups must be present. Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference   Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 p.m., November 1, 2013**. The Court will finalize the Agenda and file it electronically by November 7, 2013.

            s/Marianne O. Battani
            MARIANNE O. BATTANI
            UNITED STATES DISTRICT JUDGE

DATE: October 23, 2013

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the above date a copy of this Order was served upon all Counsel of record via the Court's ECF Filing System.

<u>s/Bernadette M. Thebolt</u>
Case Manager