# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| PRODUCT(S): BEARINGS | CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |
| | <u>JURY TRIAL DEMANDED</u> |
| This Document Relates to: ALL END-PAYOR ACTIONS | |

## <u>ORDER TO STIRKE DOCUMENT</u>

Plaintiffs' Corrected Consolidated Amended Class Action Complaint (Doc. No. 612), having been filed in error under the Master File No.;

**IT IS HEREBY ORDERED** that Document No. 612 in 12-md-02311 is stricken from the record.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　MARIANNE O. BATTANI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date:  <u>October 24, 2013</u>