UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-2311 |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF BRANDON W. DUKE

Please enter the Appearance of Brandon W. Duke of Winston & Strawn LLP as counsel for Panasonic Corporation of North America. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ Brandon W. Duke
    Brandon W. Duke
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-4752
Facsimile: (212) 294-4700
bduke@winston.com

Dated:  October 24, 2013

*Attorneys for Panasonic Corporation of North America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2013, I electronically filed the foregoing Appearance of Brandon W. Duke with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: /s/ Brandon W. Duke
Brandon W. Duke