# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: STARTER CASES** | |
| **THIS RELATES TO: ALL END PAYOR ACTIONS** | 2:13-cv-01103-MOB-MKM |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Philip Miller of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendant Mitsuba Corporation. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: October 24, 2013

Respectfully submitted,

/s/ Philip Miller
Philip Miller
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333
PMiller@gibsondunn.com

*Counsel for Defendant Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2013, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

    /s/ Philip Miller
Philip Miller
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300
PMiller@gibsondunn.com