# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

MASTER FILE NO. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

All Cases

_____/

## ORDER GRANTING PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Before the Court is Plaintiffs' request for oral argument on the United States Department of Justice, Antitrust Division's motion for stay of discovery (Doc. No. 610).

**IT IS HEREBY ORDERED** that the request is **GRANTED**. Plaintiffs, Defendants, and the Government will have the opportunity to argue the merits on November 13, 2013, following the status conference.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Date: October 28, 2013