## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| _____ ) <br> ALL PARTS ) <br> _____ ) <br> ) <br> THIS RELATES TO: ALL CASES ) <br> _____ ) | |

### NOTICE OF APPEARANCE OF GARY K. AUGUST

Please take notice that Gary K. August of Zausmer, Kaufman, August & Caldwell, P.C., in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation.

Dated:  November 1, 2013

Respectfully submitted,

 /s/ Gary K. August
Gary K. August
ZAUSMER, KAUFMAN,
AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
Facsimile: (248) 851-0100
gaugust@zkac.com

*Counsel for Mitsubishi Electric Corporation*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2013, I electronically filed the foregoing Notice of Appearance of Gary K. August with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Gary K. August
Gary K. August
ZAUSMER, KAUFMAN,
AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
Facsimile: (248) 851-0100
gaugust@zkac.com