UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

**JOINT SUPPLEMENT TO PLAINTIFFS' POSITION PAPER AND THE REPLY OF THE UNITED STATES TO THE UNITED STATES' MOTION TO INTERVENE AND FOR A TEMPORARY AND LIMITED STAY OF CERTAIN DISCOVERY**

After further discussions, Plaintiffs and the Antitrust Division of the Department of Justice ("DOJ") have reached a compromise on the language in the proposed stipulation relating to Plaintiffs' reservation of rights to request, from any individual or entity, but not DOJ, discovery of statements made by Defendants to DOJ during the course of DOJ's auto parts investigation.

Pursuant to this agreement, the language in "Plaintiffs' Position" on p.5 of the joint version of the proposed order (Doc. No. 602-2) under **"All Initial and Later Cases,"** is modified as follows (the modification set forth in italics):

> [PLAINTIFFS' POSITION:  Once any stay is lifted, any party may request that the Court permit it to discover from any individual or entity, but not the DOJ, statements made by any individual or entity to the DOJ, subject to the rights of DOJ and any other party to object to such request.  *DOJ has indicated to Plaintiffs that, depending on the specific request made, if any, it likely will object to any attempt to discover from Defendants' files statements made to DOJ during the course of its auto parts investigation.  Any objection made by DOJ will ultimately be resolved by this Court if it cannot be resolved by the parties.*]

1

As modified, DOJ does not oppose inclusion of this language in the Proposed Stipulation. As a result of this modification, DOJ and Plaintiffs have no remaining disputes relating to the discovery stipulation.

Dated: November 4, 2013

FINK + ASSOCIATES LAW

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

**DIRECT PURCHASER INTERIM LIAISON COUNSEL**

PRETI, FLAHERTY, BELIVEAU
       & PACHIOS LLP
Gregory P. Hansel
Randall B. Weill
Michael Smith
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

KOHN, SWIFT & GRAF, P.C.
Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

| | |
|---|---|
| FREED KANNER LONDON<br>& MILLEN LLC<br>Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.

/s/ Gerard V. Mantese (w/ consent)
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM
LIAISON COUNSEL**

| | |
|---|---|
| BARRETT LAW GROUP, P.A.<br>Don Barrett<br>David McMullan<br>Brian Herrington<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>(662) 834-2488<br>dbarrett@barrettlawgroup.com<br>bherrington@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com | CUNEO GILBERT & LADUCA, LLP<br>Jonathan W. Cuneo<br>Joel Davidow<br>Daniel Cohen<br>Victoria Romanenko<br>507 C Street, N.E.<br>Washington, DC 20002<br>(202) 789-3960<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>Danielc@cuneolaw.com<br>Vicky@cuneolaw.com |
| | Larson ● King, LLP<br>Shawn M. Raiter<br>Paul A. Sand<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>(651) 312-6500<br>sraiter@larsonking.com<br>psand@larsonking.com |

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

THE MILLER LAW FIRM, P.C.

/s/ E. Powell Miller (w/ consent)
E. Powell Miller (P39487)
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

4

| | |
|---|---|
| ROBINS, KAPLAN, MILLER & <br>    CIRESI LLP <br> Hollis L. Salzman <br> Bernard Persky <br> William V. Reiss <br> 601 Lexington Avenue <br> Suite 3400 <br> New York, NY 10022 <br> 212-980-7400 <br> Fax: 212-980-7499 <br> hsalzman@rkmc.com <br> bpersky@rkmc.com <br> wreiss@rkmc.com | SUSMAN GODFREY L.L.P. <br> Marc M. Seltzer <br> Steven G. Sklaver <br> 1901 Avenue of the Stars, Suite 950 <br> Los Angeles, CA 90067-6029 <br> (310) 789-3100 <br> mseltzer@susmangodfrey.com <br> ssklaver@susmangodfrey.com |
| SUSMAN GODFREY L.L.P. <br> Terrell W. Oxford <br> Warren T. Burns <br> 901 Main Street, Suite 5100 <br> Dallas, TX 75202 <br> (214) 754-1900 <br> toxford@susmangodfrey.com <br> wburns@susmangodfrey.com | COTCHETT, PITRE & MCCARTHY, LLP <br> Joseph W. Cotchett <br> Steven N. Williams <br> Adam J. Zapala <br> Gene W. Kim <br> San Francisco Airport Office Center <br> 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 <br> (650) 697-6000 <br> jcotchett@cpmlegal.com <br> swilliams@cpmlegal.com <br> azapala@cpmlegal.com <br> gkim@cpmlegal.com |

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| | Eric J. Pelton (P-40635) |
| /s/ Edward McNally (w/ consent) | Theodore R. Opperwall (P-31374) |
| Hector Torres | Ryan D. Bohannon (P-73394) |
| Harold G. Levison | Attorneys for Plaintiff |
| Edward E. McNally | 280 N. Old Woodward Avenue, Suite 400 |
| Sarah Gibbs Leivick | Birmingham, MI 48009 |
| Robert W. Bosslet | (248) 645-0000 |
| Attorneys for Plaintiff | epelton@kohp.com |
| 1633 Broadway | topperwall@kohp.com |
| New York, NY 10019 | rbohannon@kohp.com |
| (212) 506-1700 | |
| htorres@kasowitz.com | |
| hlevison@kasowitz.com | |
| emcnally@kasowitz.com | |
| sleivick@kasowitz.com | |
| rbosslet@kasowitz.com | |

**COUNSEL FOR PLAINTIFF FORD MOTOR COMPANY**

| | |
|---|---|
| BARBARA L. McQUADE | Paul T. Gallagher (w/ consent) |
| United States Attorney | PAUL T. GALLAGHER |
| | Trial Attorney |
| s/Peter A. Caplan (w/ consent) | National Criminal Enforcement Section |
| PETER A. CAPLAN | Antitrust Division |
| Assistant U.S. Attorney | United States Department of Justice |
| 211 W. Fort Street, Ste. 2001 | 450 5th Street, N.W., Suite 11300 |
| Detroit, MI 48226 | Washington, DC 20530 |
| (313) 226-9784 | (202) 532-4570 |
| P30643 | paul.gallagher2@usdoj.gov |
| peter.caplan@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

>	FINK + ASSOCIATES LAW
>
>	By: /s/David H. Fink
>	David H. Fink (P28235)
>	100 West Long Lake Road, Ste. 111
>	Bloomfield Hills, MI 48304
>	Tel: (248) 971-2500
>	dfink@finkandassociateslaw.com