**EXHIBIT 2**

*In re Automotive Parts Antitrust Litigation*
Release Dates of Non-U.S. Citizen Incarcerated Defendants in Related Criminal Cases
(Updated 11/01/2013)

|  | Name | Employer | Auto Part(s) | Sentence | Commencement Date | End of Sentence | Projected Release Date per Federal Bureau of Prisons |
|---|---|---|---|---|---|---|---|
| 1 | Junichi Funo | Furukawa Electric Co., Ltd. | Automotive Wire Harnesses and Related Products | 12 months & 1 day | April 30, 2012 | May 1, 2013 | RELEASED: February 22, 2013 |
| 2 | Hirotsugu Nagata | Furukawa America | Automotive Wire Harnesses and Related Products | 15 months | March 8, 2012 | June 8, 2013 | RELEASED: April 8, 2013 |
| 3 | Tetsuya Ukai | Furukawa Electric Co., Ltd. | Automotive Wire Harnesses and Related Products | 18 months | January 10, 2012 | July 10, 2013 | RELEASED: May 1, 2013 |
| 4 | Shigeru Ogawa | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 15 months | June 7, 2012 | September 7, 2013 | RELEASED: July 9, 2013 |
| 5 | Hisamitsu Takada | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 15 months | June 7, 2012 | September 7, 2013 | RELEASED: July 9, 2013 |
| 6 | Norihiro Imai | DENSO Corporation | Heater Control Panels | 12 months & 1 day | October 1, 2012 | October 2, 2013 | November 21, 2013 |
| 7 | Kazuhiko Kashimoto | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 14 months | November 14, 2012 | January 14, 2014 | November 18, 2013 |
| 8 | Toshio Sudo | Yazaki Corporation | Instrument Panel Clusters | 14 months | November 14, 2012 | January 14, 2014 | November 18, 2013 |
| 9 | Hiroshi Yoshida | YUSA Corporation | Automobile Anti-Vibration Rubber Parts | 12 months & 1 day | January 24, 2013 | January 25, 2014 | December 7, 2013 |
| 10 | Makoto Hattori | DENSO Corporation | Heater Control Panels | 14 months | December 18, 2012 | February 18, 2014 | December 23, 2013 |
| 11 | Ryoji Kawai | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014 |

5678113.2

**EXHIBIT 2**

*In re Automotive Parts Antitrust Litigation*
Release Dates of Non-U.S. Citizen Incarcerated Defendants in Related Criminal Cases
(Updated 11/01/2013)

| | Name | Employer | Auto Part(s) | Sentence | Commencement Date | End of Sentence | Projected Release Date per Federal Bureau of Prisons |
|---|---|---|---|---|---|---|---|
| 12 | Tsuneaki Hanamura | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014 |
| 13 | Takayoshi Matsunaga | Autoliv | Occupant Safety Parts | 12 Months & 1 Day | November 18, 2013 | November 19, 2014 | NOT IN BOP CUSTODY |
| 14 | Hiroshi Watanabe | DENSO Corporation | Heater Control Panels | 15 Months | October 14, 2013 | January 14, 2015 | NOT IN BOP CUSTODY |
| 15 | Yuji Suzuki | DENSO Corporation | Electronic Control Units Heater Control Panels | 16 Months | October 1, 2013 | February 1, 2015 | NOT IN BOP CUSTODY |
| 16 | Tetsuya Kunida[1] | Company A | Anti-Vibration Rubber Parts | 12 Months & 1 Day | | | |

1. There is no Plea Agreement regarding this Defendant in the PACER database. He has been added based on a September 26, 2013 DOJ Press Release and Information. Likewise, there is no information about him in the Federal BOP database.