## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF BRIAN M. MOORE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant Koito Manufacturing Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  November 6, 2013                        DYKEMA GOSSETT PLLC

                                By:  s/ Brian M. Moore
                                     Brian M. Moore (P58584)
                                     Attorneys for Defendant Koito Manufacturing
                                     Co., Ltd.
                                     39577 Woodward Avenue
                                     Bloomfield Hills, Michigan 48304
                                     248.203.0700 – Telephone
                                     248.203.0763 – Facsimile
                                     bmoore@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed my Appearance on behalf of Defendant Koito Manufacturing Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  November 6, 2013

DYKEMA GOSSETT PLLC

By: _s/  Brian M. Moore_____
Brian M. Moore (P58584)
Attorneys for Defendant Koito Manufacturing Co., Ltd.
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
248.203.0700 – Telephone
248.203.0763 – Facsimile
bmoore@dykema.com

2