UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>ALL PARTS<br><br>THIS RELATES TO: ALL CASES | Honorable Marianne O. Battani<br><br>2:12-MD-2311 |

### APPEARANCE OF MOLLIE C. RICHARDSON

Please enter the Appearance of Mollie C. Richardson of Winston & Strawn LLP as counsel for Panasonic Corporation and Panasonic Corporation of North America. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Mollie C. Richardson*
   Mollie C. Richardson
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-4740
Facsimile: (212) 294-4700
mrichardson@winston.com

Dated:  November 6, 2013

*Attorneys for Panasonic Corporation and Panasonic Corporation of North America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2013, I electronically filed the foregoing Appearance of Mollie C. Richardson with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ Mollie C. Richardson*
Mollie C. Richardson