# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-2311 |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF ERICA C. SMILEVSKI

Please enter the Appearance of Erica C. Smilevski of Winston & Strawn LLP as counsel for Panasonic Corporation and Panasonic Corporation of North America. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Erica C. Smilevski*
   Erica C. Smilevski
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-4717
Facsimile: (212) 294-4700
esmilevski@winston.com

Dated:  November 6, 2013

*Attorneys for Panasonic Corporation and Panasonic Corporation of North America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2013, I electronically filed the foregoing Appearance of Erica C. Smilevski with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ Erica C. Smilevski*
Erica C. Smilevski