# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-2311 |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF A. PAUL VICTOR

Please enter the Appearance of A. Paul Victor of Winston & Strawn LLP as counsel for Panasonic Corporation.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

                                        **WINSTON & STRAWN LLP**

                                        By: */s/ A. Paul Victor*
                                            A.  Paul Victor
                                        200 Park Avenue
                                        New York, NY  10166-4193
                                        Telephone: (212) 294-4655
                                        Facsimile: (212) 294-4700
                                        pvictor@winston.com

Dated:  November 6, 2013            *Attorneys for Panasonic Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2013, I electronically filed the foregoing Appearance of A. Paul Victor with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

By: */s/ A. Paul Victor*
A. Paul Victor