# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION,<br><br>ALL PARTS<br><br>THIS RELATES TO:  ALL CASES | 2:12-MD-2311<br>Honorable Marianne O. Battani |

## APPEARANCE

Please enter the Appearance of Matthew L. Powell of Kerr, Russell and Weber, PLC as counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America, in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:   November 7, 2013

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ Matthew L. Powell
    Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
mpowell@kerr-russell.com

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*

{34565/2/DT810306.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I electronically filed the foregoing Appearance of Matthew L. Powell with the Clerk of the Court using the ECF system which will send notification of such filing by electronic Mail to all ECF participants.

Dated:  November 7, 2013

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ Matthew L. Powell
　　Matthew L. Powell (P69186)
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone:  (313) 961-0200
Facsimile:  (313) 961-0388
mpowell@kerr-russell.com

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*