UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| In re:  ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-0800-MOB-MKM |
| THIS RELATES TO: ALL ANTI-VIBRATIONAL RUBBER PARTS CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Larry J. Saylor of the law firm Miller, Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Tokai Rubber Industries, Ltd., and DTR Industries.  Tokai Rubber and DTR Industries are appearing specially in the above-captioned action and do not intend to waive any arguments regarding personal jurisdiction.

RESPECTFULLY SUBMITTED,

s/ Larry J. Saylor
Larry J. Saylor (P28165)
MILLER, CANFIELD, PADDOCK
  & STONE
Attorneys for Tokai Rubber
Industries, Ltd. and DTR Industries
150 West Jefferson Avenue, Ste 2500
Detroit, MI 48226
Telephone:  (313) 496-7986
saylor@millercanfield.com

Dated: November 11, 2013

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2013, I electronically filed the foregoing Notice of Appearance of Larry J. Saylor with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

s/ Larry J. Saylor
Larry J. Saylor (P28165)
MILLER, CANFIELD, PADDOCK
   & STONE
Attorneys for Tokai Rubber
Industries, Ltd. and DTR Industries
150 West Jefferson Avenue, Ste 2500
Detroit, MI 48226

21688181.1\152667-00001