UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-CV-00100-MOB-MKM |
| THIS RELATES TO: All Automobile Dealer Actions and All End-Payor Actions | 2:12-CV-00102-MOB-MKM 2:12-CV-00103-MOB-MKM |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the Washington, D.C. office of Porter, Wright, Morris & Arthur LLP has relocated.  Attorneys associated with this office are Donald M. Barnes, Salvatore A. Romano, John C. Monica, Jr., Jay L. Levine, and Karri N. Allen.  The new office address is as follows:

> Porter, Wright, Morris & Arthur LLP
> 1900 K Street, N.W.
> Suite 1110
> Washington, D.C.  20006

There are no changes to the remaining contact information for each attorney.

DATED: November 12, 2013

PORTER WRIGHT MORRIS & ARTHUR LLP

By:   /s/ Donald M. Barnes
Donald M. Barnes (DC Bar No. 0471)
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, N.W., Suite 1110
Washington, D.C.  20006
Telephone:  (202) 778-3000
Facsimile:  (202) 778-3063
dbarnes@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

By:   /s/ Donald M. Barnes
Donald M. Barnes (DC Bar No. 0471)
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, N.W., Suite 1110
Washington, D.C. 20006
Telephone: (202) 778-3000
Facsimile: (202) 778-3063
dbarnes@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*