UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | Magistrate Mona K. Majzoub |

### NOTICE OF APPEARANCE OF JOHN C. KAKINUKI

PLEASE TAKE NOTICE that John C. Kakinuki of Kakinuki Law Office, PC, hereby enters his appearance on behalf of all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: November 14, 2013    Respectfully submitted,

/s/ John C. Kakinuki
John C. Kakinuki
Kakinuki Law Office, PC
2 Civic Center Dr. #4222
San Rafael, CA 94913-4222
Telephone: (415) 492-2011
john@kakinukilaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF-registered counsel.

      /s/ John C. Kakinuki
      John C. Kakinuki
      Kakinuki Law Office, PC
      2 Civic Center Dr. #4222
      San Rafael, CA 94913-4222
      Telephone: (415) 492-2011
      john@kakinukilaw.com