# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) | |

## NOTICE OF APPEARANCE OF ABRAM J. ELLIS

Please take notice that Abram J. Ellis of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  November 14, 2013            Respectfully submitted,

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com

*Counsel for Defendants Diamond Electric Mfg.*
*Co., Ltd. and Diamond Electric Mfg. Corporation*

-2-

## CERTIFICATE OF SERVICE

I certify that on November 14, 2013, I electronically filed the foregoing Notice of Appearance of Abram J. Ellis with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com
