UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Case No. 12-MD-02311

Judge Marianne O. Battani

THIS DOCUMENT RELATES TO:
ALL CASES

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Panasonic Corporation of North America

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Panasonic Corporation ("PC")
    Relationship with Named Party: Panasonic Corporation of North America is a subsidiary of PC

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: November 18, 2013

/s/ Brandon W. Duke

Winston & Strawn
200 Park Avenue
New York, New York
(212) 294-6700
bduke@winston.com