**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS                12-md-02311
ANTIRUST LITIGATION                    Honorable Marianne O. Battani

_____ )
                                       )
ALL PARTS                              )
_____ )
                                       )
THIS RELATES TO: ALL CASES             )
_____ )

**<u>NOTICE OF APPEARANCE OF ABRAM J. ELLIS</u>**

Please take notice that Abram J. Ellis of Simpson Thacher & Bartlett LLP hereby enters

his appearance as counsel for Defendant Stanley Electric Co., Ltd.  in accordance with the

Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).


Dated:  November 20, 2013              Respectfully submitted,


                                       /s/ Abram J. Ellis_____
                                       Abram J. Ellis
                                       Simpson Thacher & Bartlett LLP
                                       1155 F Street, NW, 12th Floor
                                       Washington, DC 20004
                                       Telephone: (202) 636-5579
                                       Facsimile: (202) 636-5502
                                       aellis@stblaw.com

                                       *Counsel for Defendant Stanley Electric Co., Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 20, 2013, I electronically filed the foregoing Notice of

Appearance of Abram J. Ellis with the Clerk of the Court via CM/ECF, which will send

notification of such filing to all counsel registered with CM/ECF.

<u>/s/ Abram J. Ellis</u>
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com