UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

Case No.  12-MD-02311

v.

Judge  Marianne O. Battani

THIS DOCUMENT RELATES TO: ALL CASES

Magistrate Judge  Mona K. Majzoub

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  American Mitsuba Corporation _____

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes  ☑        No  ☐

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:  Mitsuba Corporation
Relationship with Named Party:  American Mitsuba Corporation is a subsidiary of Mitsuba Corporation

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes  ☐        No  ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  November 21, 2013

/s/ George A. Nicoud III
_____

CA 106111
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 393-8200
TNicoud@gibsondunn.com