UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF WITHDRAWAL OF ATTORNEY SUSANNAH S. WRIGHT

PLEASE TAKE NOTICE of the withdrawal of Susannah S. Wright of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation.  Ms. Wright no longer works for Gibson, Dunn & Crutcher LLP.  Her appearance should be withdrawn from the following cases:

### On Behalf of Mitsuba Corporation

2:13-cv-00900-MOB-MKM
2:13-cv-00903-MOB-MKM
2:13-cv-01100-MOB-MKM
2:13-cv-01103-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation**

2:12-md-02311-MOB-MKM

2:13-cv-14201-MOB-MKM

2:13-cv-14212-MOB-MKM

Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and their representation continues.

Dated: December 11, 2013                    Respectfully submitted,

      /s/ Leslie Wulff
Leslie Wulff
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com
CABN: 277979

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, I caused to be electronically filed the foregoing Notice of Entry of Attorney Withdrawal with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems. I hereby certify that I have mailed the paper by United States Postal Service to the following non-ECF participants:

**Kristine G. Baker**
Quattlebaum Grooms Tull & Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

**Joseph M. Barton**
Slancy Binkow & Goldberg
One Embarcadero Center
Suite 760
San Francisco, CA 94111

**Adam C. Belsky**
Gross Belsky Alonso
OIne Sansome Street
Suite 3670
San Francisco, CA 94104

**Curtis D. Ripley**
150 S 5th St
Suite 2300
Minneapolis, MN 55402

**Matthew B. Moreland**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**R. Scott Palmer**
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**Andrea M. Price**
Barrasso Usdin Kupperman Freeman &
Sarer
LL&E Tower
909 Poydras St
Suite 2400
New Orleans, LA 70112

**Heather T. Rankie**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Sarah Crowley**
Gross Belsky Alonso
One Samsome Street
Suite 3670
San Francisco, CA 94104

**David M. Donovan**
Watts Donovan & Tilley
200 River Market Ave
Suite 200
Little Rock, AR 72201

**Jeff D. Friedman**
Hagens Bernam Sobol Shapiro
715 Hearst Ave
Suite 202
Berkely, CA 94710

**Soren E. Gisleson**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Greg Hanthorn**
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309

**Shelley R. Hebert**
Jones Day
77 W Wacker
Chicago, IL 60601

**Russ M. Herman**
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orleans, LA 70113

**Aaron E. Robinson**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Shana E. Scarlett**
Hagens Berman Sobol Shapiro
715 Hearst Ave
Suite 202
Berkeley, CA 94710

**Francis O. Scarpulla**
Zelle Hofmann Voelbel & Mason
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Candice C. Sirmon**
701 Magazine Street
New Orleans, LA 70130

**Eric B. Snyder**
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301

**Stephen J. Squeri**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**Lloyd J. Tabary, II**
8560 Anselmo Lane
Baton Rouge, LA 70817

**Stephen J. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Gregory J Johnson**
6688 145th St W
Apple Valley, MN 55124

**Randall E. Kahnke**
Faegre Baker Daniels
90 S 7th St
Suite 2200
Minneapolis, MN 55402

**Andrew D. King**
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

**Kevin P. Klibert**
106 W Seventh St
PO Drawer H
Reserve, LA 70084

**Demetrius X. Lambrinos**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Thomas P. Thrash**
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR 72201-1214

**Reginald Von Terrell**
PO Box 13315. PMB#148
Oakland, CA 94661

**Lin Wang**
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

**Patrick S. Williams**
Briggs & Morgan
80 S 8th St
Suite 2200
Minneapolis, MN 55402

**Lingel Hart Winters**
275 Battery Street
Suite 2600
San Francisco, CA 94111

**Judith A. Zahid**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Alan S. Miller**
Jones Day
2727 North Harwood St
Dallas, TX 75201


    /s/ Leslie Wulff
Leslie Wulff
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
lwulff@gibsondunn.com
CABN 277979