# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO: ALL CASES | W: 12-cv-00100-MOB-MKM<br>W: 12-cv-00101-MOB-MKM<br>W: 12-cv-00102-MOB-MKM<br>W: 12-cv-00103-MOB-MKM |

## APPEARANCE OF MEGAN HAVSTAD

PLEASE enter of the appearance of Megan Havstad of O'Melveny & Myers LLP as counsel for Leoni Wiring Systems, Inc., and Leonische Holding Inc. in the above-captioned matters. The appearance shall not be deemed to a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  December 20, 2013         O'MELVENY & MYERS LLP

By:     /s/ Megan Havstad
MEGAN HAVSTAD (California Bar No. 287938)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8937
Facsimile:      (415) 984-8701
*Email*:         mhavstad@omm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2013, I electronically filed this Appearance of Megan L. Havstad with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

Dated:  December 20, 2013        O'MELVENY & MYERS LLP

        By:    /s/ Megan Havstad

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
*Email*:        mhavstad@omm.com