# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## DECEMBER 23, 2013, ELECTRONIC CASE MANAGEMENT PROTOCOL ORDER

On August 29, 2012, the Court entered its Electronic Case Management Protocol Order, with an effective date of September 10, 2012, to simplify the electronic case filing ("ECF") system in Automotive Parts Antitrust Litigation. In March 2012, the Court amended the ECF procedures to delete the letters appearing in the case numbers of the first six parts and replace them with the numeral 2 and to assign numbers to newly added parts. Because numerous parts have been added as well as other types of lawsuits, the protocol is amended as follows:

1. The "Master Case," 12-md-02311, includes all cases involving automotive parts antitrust actions that are transferred to the Court by the Judicial Panel on Multidistrict Litigation ("JPML") or otherwise consolidated or coordinated with other matters before the Court under the Master Case, 12-md-02311.

2. The Master Case includes "Lead Cases" relating to specific parts. The Lead Cases are designated by a five digit number: the first three digits are associated with the particular part; the last two digits–00–reflect that the case is the lead case.

3. The Lead Cases include "Class Cases" for each particular putative class of plaintiffs and also include "Miscellaneous Cases" that do not fall within any putative class. The inclusion of Class Cases and Miscellaneous Cases in each specific part may only reflect a place holding function and will be populated if and when an individual case falling into the designation is filed.

4. The Class Cases include the following:

Direct Purchaser Action, designated with the last two digits–01;

Dealership Action, designated with the last two digits–02;

End-Payor Action, designated with the last two digits–03.

5. The Miscellaneous Cases include the following:

OEM plaintiffs, for example, Ford Motor Company, designated with the last two digits–04;

State Attorneys General plaintiffs, such as the State of Florida, designated with the last two digits–05.

6. Within each Class Case or Miscellaneous Case, there will be individual member cases referred to as "Individual Cases." These are the originally filed individual complaints that will retain the originally assigned case numbers. Accordingly, the cases will be organized as follows:

| MASTER DOCKET ("MASTER CASE") | | In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br>12-md-02311 |
|---|---|---|
| **LEAD CASE** | **WIRE HARNESS** | 2:12-cv-00100 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00101 |
| Class Case | Dealership Actions | 2:12-cv-00102 |
| Class Case | End-Payor Actions | 2:12-cv-00103 |
| Miscellaneous Case | OEMs | 2:13-cv-00104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00105 |
| **LEAD CASE** | **INSTRUMENT PANEL CLUSTERS** | 2:12-cv-00200 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00201 |
| Class Case | Dealership Actions | 2:12-cv-00202 |
| Class Case | End-Payor Actions | 2:12-cv-00203 |
| Miscellaneous Case | OEMs | 2:12-cv-00204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00205 |
| **LEAD CASE** | **FUEL SENDERS** | 2:12-cv-00300 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00301 |
| Class Case | Dealership Actions | 2:12-cv-00302 |
| Class Case | End-Payor Actions | 2:12-cv-00303 |
| Miscellaneous Case | OEMs | 2:13-cv-00304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00305 |

| LEAD CASE | HEATER CONTROL PANELS | 2:12-cv-00400 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:12-cv-00401 |
| Class Case | Dealership Actions | 2:12-cv-00402 |
| Class Case | End-Payor Actions | 2:12-cv-00403 |
| Miscellaneous Case | OEMs | 2:13-cv-00404 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00405 |
| **LEAD CASE** | **BEARINGS** | 2:12-cv-00500 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00501 |
| Class Case | Dealership Actions | 2:12-cv-00502 |
| Class Case | End-Payor Actions | 2:12-cv-00503 |
| Miscellaneous Case | OEMs | 2:13-cv-00504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00505 |
| **LEAD CASE** | **OCCUPANT SAFETY SYSTEMS** | 2:12-cv-00600 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00601 |
| Class Case | Dealership Actions | 2:12-cv-00602 |
| Class Case | End-Payor Actions | 2:12-cv-00603 |
| Miscellaneous Case | OEMs | 2:13-cv-00604 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00605 |
| **LEAD CASE** | **ALTERNATORS** | 2:13-cv-00700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00701 |
| Class Case | Dealership Actions | 2:13-cv-00702 |
| Class Case | End-Payor Actions | 2:13-cv-00703 |
| Miscellaneous Case | OEMs | 2:13-cv-00704 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00705 |

| **LEAD CASE** | **ANTI-VIBRATIONAL RUBBER PARTS** | 2:13-cv-00800 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-00801 |
| Class Case | Dealership Actions | 2:13-cv-00802 |
| Class Case | End-Payor Actions | 2:13-cv-00803 |
| Miscellaneous Case | OEMs | 2:13-cv-00804 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00805 |
| **LEAD CASE** | **WINDSHIELD WIPERS** | 2:13-cv-00900 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00901 |
| Class Case | Dealership Actions | 2:13-cv-00902 |
| Class Case | End-Payor Actions | 2:13-cv-00903 |
| Miscellaneous Case | OEMs | 2:13-cv-00904 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00905 |
| **LEAD CASE** | **RADIATORS** | 2:13-cv-01000 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01001 |
| Class Case | Dealership Actions | 2:13-cv-01002 |
| Class Case | End-Payor Actions | 2:13-cv-01003 |
| Miscellaneous Case | OEMs | 2:13-cv-01004 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01005 |
| **LEAD CASE** | **STARTERS** | 2:13-cv-01100 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01101 |
| Class Case | Dealership Actions | 2:13-cv-01102 |
| Class Case | End-Payor Actions | 2:13-cv-01103 |
| Miscellaneous Case | OEMs | 2:13-cv-01104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01105 |

| LEAD CASE | AUTOMOTIVE LAMPS | 2:13-cv-01200 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-01201 |
| Class Case | Dealership Actions | 2:13-cv-01202 |
| Class Case | End-Payor Actions | 2:13-cv-01203 |
| Miscellaneous Case | OEMs | 2:13-cv-01204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01205 |
| **LEAD CASE** | **SWITCHES** | 2:13-cv-01300 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01301 |
| Class Case | Dealership Actions | 2:13-cv-01302 |
| Class Case | End-Payor Actions | 2:13-cv-01303 |
| Miscellaneous Case | OEMs | 2:13-cv-01304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01305 |
| **LEAD CASE** | **IGNITION COILS** | 2:13-cv-01400 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01401 |
| Class Case | Dealership Actions | 2:13-cv-01402 |
| Class Case | End-Payor Actions | 2:13-cv-01403 |
| Miscellaneous Case | OEMs | 2:13-cv-01404 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01405 |
| **LEAD CASE** | **MOTOR GENERATOR** | 2:13-cv-01500 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01501 |
| Class Case | Dealership Actions | 2:13-cv-01502 |
| Class Case | End-Payor Actions | 2:13-cv-01503 |
| Miscellaneous Case | OEMs | 2:13-cv-01504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01505 |

| **LEAD CASE** | **STEERING ANGLE SENSORS** | 2:13-cv-01600 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-01601 |
| Class Case | Dealership Actions | 2:13-cv-01602 |
| Class Case | End-Payor Actions | 2:13-cv-01603 |
| Miscellaneous Case | OEMs | 2:13-cv-01604 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01605 |
| **LEAD CASE** | **HID BALLASTS** | 2:13-cv-01700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01701 |
| Class Case | Dealership Actions | 2:13-cv-01702 |
| Class Case | End-Payor Actions | 2:13-cv-01703 |
| Miscellaneous Case | OEMs | 2:13-cv-01704 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01705 |
| **LEAD CASE** | **INVERTERS** | 2:13-cv-01800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01801 |
| Class Case | Dealership Actions | 2:13-cv-01802 |
| Class Case | End-Payor Actions | 2:13-cv-01803 |
| Miscellaneous Case | OEMs | 2:13-cv-01804 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01805 |
| **LEAD CASE** | **ELECTRONIC POWERED STEERING ASSEMBLIES** | 2:13-cv-01900 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01901 |
| Class Case | Dealership Actions | 2:13-cv-01902 |
| Class Case | End-Payor Actions | 2:13-cv-01903 |
| Miscellaneous Case | OEMs | 2:13-cv-01904 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01905 |

| **LEAD CASE** | **AIR FLOW METERS** | 2:13-cv-02000 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-02001 |
| Class Case | Dealership Actions | 2:13-cv-02002 |
| Class Case | End-Payor Actions | 2:13-cv-02003 |
| Miscellaneous Case | OEMs | 2:13-cv-02004 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02005 |
| **LEAD CASE** | **FAN MOTORS** | 2:13-cv-02100 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02101 |
| Class Case | Dealership Actions | 2:13-cv-02102 |
| Class Case | End-Payor Actions | 2:13-cv-02103 |
| Miscellaneous Case | OEMs | 2:13-cv-02104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02105 |
| **LEAD CASE** | **FUEL INJECTION SYSTEMS** | 2:13-cv-02200 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02201 |
| Class Case | Dealership Actions | 2:13-cv-02202 |
| Class Case | End-Payor Actions | 2:13-cv-02203 |
| Miscellaneous Case | OEMs | 2:13-cv-02204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02205 |
| **LEAD CASE** | **POWER WINDOW MOTORS** | 2:13-cv-02300 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02301 |
| Class Case | Dealership Actions | 2:13-cv-02302 |
| Class Case | End-Payor Actions | 2:13-cv-02303 |
| Miscellaneous Case | OEMs | 2:13-cv-02304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02305 |

| LEAD CASE | AUTOMATIC TRANSMISSION FLUID WARMERS | 2:13-cv-02400 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-02401 |
| Class Case | Dealership Actions | 2:13-cv-02402 |
| Class Case | End-Payor Actions | 2:13-cv-02403 |
| Miscellaneous Case | OEMs | 2:13-cv-02404 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02405 |
| LEAD CASE | VALVE TIMING CONTROL DEVICES | 2:13-cv-02500 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02501 |
| Class Case | Dealership Actions | 2:13-cv-02502 |
| Class Case | End-Payor Actions | 2:13-cv-02503 |
| Miscellaneous Case | OEMs | 2:13-cv-02504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02505 |
| LEAD CASE | ELECTRONIC THROTTLE BODIES | 2:13-cv-02600 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02601 |
| Class Case | Dealership Actions | 2:13-cv-02602 |
| Class Case | End-Payor Actions | 2:13-cv-02603 |
| Miscellaneous Case | OEMs | 2:13-cv-02604 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02605 |
| LEAD CASE | AIR CONDITIONING SYSTEMS | 2:13-cv-02700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02701 |
| Class Case | Dealership Actions | 2:13-cv-02702 |
| Class Case | End-Payor Actions | 2:13-cv-02703 |
| Miscellaneous Case | OEMs | 2:13-cv-02704 |

| Miscellaneous Case | States Attorneys General | 2:13-cv-02705 |
|---|---|---|
| **LEAD CASE** | **WINDSHIELD WASHER SYSTEMS** | 2:13-cv-02800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02801 |
| Class Case | Dealership Actions | 2:13-cv-02802 |
| Class Case | End-Payor Actions | 2:13-cv-02803 |
| Miscellaneous Case | OEMs | 2:13-cv-02804 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02805 |

7. Papers applicable to all antitrust actions involving all automotive parts transferred to this Court shall be filed only in 12-md-02311. The following caption shall be used:

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**In Re: AUTOMOTIVE PARTS**            12-md-02311
**ANTITRUST LITIGATION**               Honorable Marianne O. Battani

_____

**ALL PARTS**

_____

**THIS RELATES TO:  ALL CASES**
_____/

8. Papers applicable to all actions relating to a particular part shall be filed only in the appropriate Lead Case. The following caption shall be used:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 Honorable Marianne O. Battani |
| **In Re: [*NAME OF PART*] CASES** | 2:1[x]-cv-0[xxxx]-MOB-MKM |
| **THIS RELATES TO:  ALL [Name of the Part] CASES** / | |

9. Papers only applicable to a specific action relating to a particular part shall be filed only in the appropriate Class Case or Miscellaneous Case within the appropriate Lead Case. The following caption shall be used:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 Honorable Marianne O. Battani |
| **In Re: [*NAME OF PART*] CASES** | |
| **THIS RELATES TO: [*NAME OF PUTATIVE CLASS CASE* OR MISCELLANEOUS CASE]** / | 2:1[x]-cv-0[xxxx]-MOB-MKM |

10. By way of example, papers applicable to all complaints relating to Wire Harnesses shall be filed  only in 2:12-cv-00100, the Lead Case, and not separately in

11

the Master Case, 12-md-02311, or in any Class Case, Miscellaneous Case, or Individual Case.  As a further example, all papers applicable to the Dealership Consolidated Amended Complaint relating to Wire Harnesses shall be filed only in the Class Case, 2:12-cv-00102, and not separately in the Master Case, or 12-md-02311, or the Lead Case, 2:12-cv-00100.

11.  Any paper that is applicable only to an Individual Case or Miscellaneous Case must be filed separately in each applicable Individual Case **and** (b) the Class Case or Miscellaneous Case in which such Individual Case is assigned.  The following caption shall be used:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: [*NAME OF PART*] CASES** | |
| **THIS RELATES TO:** | 2:1[x]-cv-0[xxxx]-MOB-MKM<br><br>[Case number of the Class or Miscellaneous Case] |
| **[Name of Plaintiff(s)]** | [List all applicable numbers] |
| **v.** | |
| **[Name of Defendant(s)]** | |
|  _____ / | |

12

12. To the extent not already accomplished, attorneys shall file appearances in:

      a. The Master Case;
      b. All applicable Lead Cases in which they represent client(s); and
      c. All applicable Class Cases in which they represent client(s).
      d. All Miscellaneous Cases in which they represent client(s).

13. Attorneys representing client(s) in the Master Case may file appearances as an interested party in any Lead Case, Class Case, or Miscellaneous Case where they do not represent client(s).

14. New cases that counsel believe pertain to this Automotive Parts Antitrust Litigation should be identified at the time of filing as related to 12-md-02311 on the Civil Cover Sheet. Further, counsel shall indicate on the Civil Cover Sheet whether counsel believes that the new case should be assigned to an existing Lead Case and/or Class Case or Miscellaneous Case or involves a new automotive part requiring a new Lead Case, Class Case or Miscellaneous Case.

15. After the Court reassigns any new or existing cases within the structure of 12-md-02311, parties shall have twenty-one days to file an objection to the Court's designation.

16. This Order is without prejudice as to the rights of any party to challenge any revision of this protocol involving additional parts or designations.

17. The electronic protocol shall be effective immediately.

18. The electronic case management protocol order will not be amended if complaints involving new parts are filed. Additional parts will follow the numbering protocol in place.

**IT IS SO ORDERED**.

              s/Marianne O. Battani
              MARIANNE O. BATTANI
              UNITED STATES DISTRICT JUDGE

DATED: December 23, 2013

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon All Counsel of record via the Court's ECF Filing System.

              s/Bernadette M. Thebolt
              CASE MANAGER