UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven A. Reiss, an attorney with the law firm of Weil, Gotshal & Manges LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for Defendant Calsonic Kansei Corporation in the above-captioned action.   The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure. This is in accordance with the Corrected Electronic Case Management Protocol Order (MDL Docket #665).

Dated: January 23, 2014

Respectfully submitted,
/s/ Steven A. Reiss
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com

*Attorneys for Defendant Calsonic Kansei Corporation*

3

## CERTIFICATE OF SERVICE

      I, Steven A. Reiss, hereby certify that on January 23, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

      /s/ Steven A. Reiss
      Steven A. Reiss
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, NY 10153-0119
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      steven.reiss@weil.com