**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                MASTER FILE NO. 12-md-02311

                                                                       HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF FEBRUARY 12, 2014, STATUS
CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **11:00 a.m., February 12, 2014,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the three Interim Lead Counsel groups and Miscellaneous Cases must be present. Each Defendant should be represented.

The Court will hear oral argument after the conclusion of the status conference on the following motions:

Fujikura Ltd. and Fujikura Automotive America LLC's Motion to Dismiss Ford Motor Company Complaint;

First Supplemental Discovery Plan [Wire Harness];

Motions of Gordon Ball to Serve As Interim Co-Lead Counsel, for End-User Plaintiffs, or Alternatively, to Serve as Lead Counsel for End-Users Residing in the Twenty-Two (22) Non-Indirect Purchaser States [Ignition Coils, Heater Control Panels, Air Conditioning Systems, Air Flow Meters, and Fuel Injection Systems];

Motions to Dismiss [Fuel Senders].

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference. Counsel must submit proposed Agenda items via email to Case Manager, Bernadette Thebolt, at efile_battani@mied.uscourts.gov, by **5:00 p.m., January 31, 2014**. The Court will finalize the Agenda and file it electronically by February 6, 2014.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: January 24, 2014

CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/Bernadette M. Thebolt
Case Manager