## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Anna M. Horning Nygren of Lockridge Grindal Nauen P.L.L.P. as counsel on behalf of Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company in the above-captioned matter.

Dated: February 4, 2014            Respectfully submitted,

                                   LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                   s/Anna M. Horning Nygren
                                   Anna M. Horning Nygren
                                   100 Washington Avenue South, Suite 2200
                                   Minneapolis, MN 55401
                                   Tel:   (612) 339-6900
                                   Fax:   (612) 339-0981
                                   Email: ahorningnygren@locklaw.com

                                   Attorney for Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company

455194.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2014, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: February 4, 2014                  s/Anna M. Horning Nygren
                                               Anna M. Horning Nygren