# Exhibit 1

## In re Automotive Parts Antitrust Litigation, No. 12-md-02311
### Status of Service

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| 2:12-cv-100 - Wire Harness | | | | | |
| AMERICAN FURUKAWA, INC. | Completed | Completed | Completed | Not Named | No Action Filed[1] |
| DENSO CORPORATION | Completed | Completed | Completed | Not Named | |
| DENSO INTERNATIONAL AMERICA INC. | Completed | Completed | Completed | Not Named | |
| FUJIKURA AUTOMOTIVE AMERICA, LLC | Completed | Completed | Completed | Completed | |
| FUJIKURA LTD. | Completed | Completed | Completed | Completed | |
| FURUKAWA ELECTRIC CO., LTD. | Completed | Completed | Completed | Not Named | |
| G.S. ELECTECH | Completed | Completed | Completed | Not Named | |
| G.S. WIRING SYSTEMS INC. | Completed | Not Named | Completed | Not Named | |
| G.S.W. MANUFACTURING INC. | Completed | Completed | Completed | Not Named | |
| K&S WIRING SYSTEMS, INC. | Completed | Completed | Completed | Not Named | |
| KYUNGSHIN-LEAR SALES AND ENGINEERING LLC | Completed | Completed | Completed | Not Named | |
| LEAR CORP. | Completed | Completed | Completed | Not Named | |
| LEONI AG | Completed | Completed | Completed | Not Named | |
| LEONI KABEL GmbH | Completed | Completed | Completed | Not Named | |
| LEONI WIRE INC. | Completed | Completed | Completed | Not Named | |
| LEONI WIRING SYSTEMS, INC. | Completed | Completed | Completed | Not Named | |
| LEONISCHE HOLDING, INC. | Completed | Completed | Completed | Not Named | |
| SUMITOMO ELECTRIC INDUSTRIES, LTD. | Completed | Completed | Completed | Not Named | |
| SUMITOMO ELECTRIC WINTEC AMERICA, INC. | Completed | Completed | Completed | Not Named | |
| SUMITOMO ELECTRIC WIRING SYSTEMS, INC. | Completed | Completed | Completed | Not Named | |

---

[1] Shaded cells reflect cases in which a Plaintiff or Plaintiff Group has not filed an action for a particular product.

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| SUMITOMO WIRING SYSTEMS (U.S.A.) INC. | Completed | Completed | Completed | Not Named | |
| SUMITOMO WIRING SYSTEMS, LTD. | Completed | Completed | Completed | Not Named | |
| S-Y SYSTEMS TECHNOLOGIES EUROPE GmbH | Completed | Completed | Completed | Not Named | |
| TOKAI RIKA CO., LTD. | Completed | Completed | Completed | Not Named | |
| TRAM, INC. d/b/a TOKAI RIKA U.S.A. INC. | Completed | Completed | Completed | Not Named | |
| YAZAKI CORP. | Completed | Completed | Completed | Not Named | |
| YAZAKI NORTH AMERICA INC. | Completed | Completed | Completed | Not Named | |
| **2:12-cv-200 - Instrument Panel Clusters** | | | | | |
| YAZAKI CORPORATION | Completed | Completed | Completed | | Not Named |
| YAZAKI NORTH AMERICA, INC. | Completed | Completed | Completed | | Not Named |
| DENSO CORP. | Completed | Completed | Completed | | Not Named |
| DENSO INTERNATIONAL AMERICA, INC. | Completed | Completed | Completed | | Not Named |
| NIPPON SEIKI CO., LTD. | Completed | Completed | Completed | | Completed |
| NS INTERNATIONAL, LTD. | Completed | Completed | Completed | | Completed |
| NEW SABINA INDUSTRIES, INC. | Completed | Completed | Completed | | Completed |
| **2:12-cv-300 - Fuel Senders** | | | | | |
| DENSO CORPORATION | Completed | Completed | Completed | | |
| DENSO INTERNATIONAL AMERICA, INC. | Completed | Completed | Completed | | |
| YAZAKI CORPORATION | Completed | Completed | Completed | | |
| YAZAKI NORTH AMERICA, INC. | Completed | Completed | Completed | | |
| **2:12-cv-400 - Heater Control Panels** | | | | | |
| DENSO CORPORATION | Completed | Completed | Completed | | |
| DENSO INTERNATIONAL AMERICA, INC. | Completed | Completed | Completed | | |
| ALPS ELECTRIC (NORTH AMERICA), INC. | NA | Completed | Completed | | |
| ALPS AUTOMOTIVE INC. | NA | Completed | Completed | | |
| ALPS ELECTRIC CO., LTD | NA | Completed | Completed | | |
| SUMITOMO ELECTRIC INDUSTRIES, LTD. | Completed | Completed | Completed | | |

5982528.5
5988900.1

6284548.3

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| SUMITOMO ELECTRIC WINTEC AMERICA, INC. | Completed | Completed | Completed | | |
| SUMITOMO WIRING SYSTEMS, LTD. | Completed | Completed | Completed | | |
| SUMITOMO ELECTRIC WIRING SYSTEMS, INC. | Completed | Completed | Completed | | |
| K&S WIRING SYSTEMS, INC. | Completed | Completed | Completed | | |
| SUMITOMO WIRING SYSTEMS (U.S.A.) INC. | Completed | Completed | Completed | | |
| TOKAI RIKA CO., LTD. | Completed | Completed | Completed | | |
| TRAM, INC. | Completed | Completed | Completed | | |
| 2:12-cv-500 - Bearings | | | | | |
| JTEKT CORPORATION | Completed | Completed | Completed | | |
| NACHI-FUJIKOSHI CORP. | Completed | Completed | Completed | | |
| NSK LTD. | Completed | Completed | Completed | | |
| SCHAEFFLER AG | Completed | Completed | Completed | | |
| AB SKF | Completed | Completed | Completed | | |
| NTN CORPORATION | Completed | Completed | Completed | | |
| NTN USA CORPORATION | Completed | Completed | Completed | | |
| 2:12-cv-600 - Occupant Safety Systems | | | | | |
| AUTOLIV, INC. | Completed | Completed | Completed | | |
| AUTOLIV ASP, INC. | Completed | Completed | Completed | | |
| AUTOLIV B.V. & CO. KG | Completed | Completed | Completed | | |
| TRW AUTOMOTIVE HOLDINGS CORP. | Completed | Completed | Completed | | |
| TRW DEUTSCHLAND HOLDING GmbH | Completed | Pending | Completed | | |
| TAKATA CORP. | Completed | Pending | Completed | | |
| TK HOLDINGS, INC. | Completed | Completed | Completed | | |
| TOKAI RIKA CO., LTD. | Completed | Completed | Completed | | |
| TRAM, INC. d/b/a TOKAI RIKA U.S.A. INC. | Completed | Completed | Completed | | |
| 2:13-cv-700 - Alternators | | | | | |
| DENSO CORP. | | Negotiating | Completed | | |
| MITSUBISHI ELECTRIC CORPORATION | | Negotiating | Completed | | |
| HITACHI, LTD. | | Negotiating | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | Negotiating | Negotiating | | |

3

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| 2:13-cv-800 - Anti-Vibrational Rubber Parts ||||||
| YAMASHITA RUBBER CO., LTD. | | Completed | Completed | | |
| YUSA CORPORATION | | Completed | Completed | | |
| TOKAI RUBBER INDUSTRIES, LTD. | | Completed | Completed | | |
| DTR IndUSTRIES, Inc. | | Completed | Completed | | |
| 2:13-cv-900 - Windshield Wipers ||||||
| DENSO CORP. | Pending | Negotiating | Completed | | |
| ASMO CO., LTD. | Pending | Negotiating | Completed | | |
| MITSUBA CORPORATION | Pending | Negotiating | Completed | | |
| 2:13-cv-1000 - Radiators ||||||
| CALSONIC KANSEI CORP. | | Completed | Completed | | |
| DENSO CORP. | | Negotiating | Completed | | |
| T. RAD CO., LTD | | Negotiating | Completed | | |
| 2:13-cv-1100 - Starters ||||||
| DENSO CORP. | | Negotiating | Completed | | |
| HITACHI, LTD. | | Negotiating | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | Negotiating | Negotiating | | |
| MITSUBA CORPORATION | | Negotiating | Completed | | |
| MITSUBISHI ELECTRIC CORPORATION | | Negotiating | Completed | | |
| 2:13-cv-1200 - Automotive Lamps ||||||
| KOITO MANUFACTURING CO., LTD. | | Pending | Completed | | |
| ICHIKOH INDUSTRIES, LTD., | | Pending | Completed | | |
| STANLEY ELECTRIC CO., LTD., | | Completed | Completed | | |
| MITSUBA CORPORATION, | | Negotiating | Completed | | |
| 2:13-cv-14167 - Switches ||||||
| PANASONIC CORPORATION | | | Completed | | |
| PANASONIC CORPORATION OF NORTH AMERICA | | | Completed | | |
| 2:13-cv-14173 - Ignition Coils ||||||
| DIAMOND ELECTRIC MFG. CO., LTD., | | Completed | Completed | | |
| DIAMOND ELECTRIC MFG. CORPORATION, | | Completed | Completed | | |

4

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| MITSUBISHI ELECTRIC CORPORATION, | | Negotiating | Negotiating | | |
| MITSUBISHI ELECTRIC US HOLDINGS, INC., | | Completed | Completed | | |
| MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., | | Completed | Completed | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD., | | Pending | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., | | Completed | Completed | | |
| DENSO CORPORATION, | | Negotiating | Completed | | |
| DENSO INTERNATIONAL AMERICA, INC., | | Completed | Completed | | |
| **2:13-cv-14178 - Motor Generators** | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD | | | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC | | | Completed | | |
| **2:13-cv-14180 - Steering Angle Sensors** | | | | | |
| PANASONIC CORPORATION | | | Completed | | |
| PANASONIC CORPORATION OF NORTH AMERICA | | | Completed | | |
| **2:13-cv-14182 - Automotive HID Ballasts** | | | | | |
| PANASONIC CORPORATION | | | Completed | | |
| PANASONIC CORPORATION OF NORTH AMERICA | | | Completed | | |
| **2:13-cv-14190 - Inverters** | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC. | | | Completed | | |
| **2:13-cv-14191 - Electric Powered Steering Assemblies** | | | | | |
| JTEKT CORPORATION | | | Completed | | |
| JTEKT AUTOMOTIVE NORTH AMERICA, INC. | | | Completed | | |
| **2:13-cv-14201 - Fan Motors** | | | | | |

5982528.5
5988900.1

6284548.3

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| MITSUBA CORPORATION | | | Completed | | |
| AMERICAN MITSUBA CORP. | | | Completed | | |
| 2:13-cv-14198 – Air Flow Meters | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC. | | | Completed | | |
| DENSO CORP. | | | Completed | | |
| DENSO INTERNATIONAL AMERICA LLC | | | Completed | | |
| 2:13-cv-14206 - Fuel Injection Systems | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC. | | | Completed | | |
| DENSO CORP. | | | Completed | | |
| DENSO INTERNATIONAL AMERICA LLC | | | Completed | | |
| 2:13-cv-14212 - Power Window Motors | | | | | |
| MITSUBA CORPORATION | | | Completed | | |
| AMERICAN MITSUBA CORP. | | | Completed | | |
| 2:13-cv-14225 - Automatic Transmission Fluid Warmers | | | | | |
| T. RAD CO., LTD | | | Completed | | |
| 2:13-cv-14226 - Valve Timing Control Devices | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | | Negotiating | | |
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC. | | | Completed | | |
| DENSO CORP. | | | Completed | | |
| DENSO INTERNATIONAL AMERICA LLC | | | Completed | | |
| 2:13-cv-14229 - Electric Throttle Bodies | | | | | |
| HITACHI AUTOMOTIVE SYSTEMS, LTD. | | | Negotiating | | |

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC. | | | Completed | | |
| **2:13-cv-14289 - Air Conditioning Systems** | | | | | |
| VALEO S.A. | Pending | | Negotiating | | |
| VALEO JAPAN CO., LTD. | Pending | | Negotiating | | |
| VALEO INC. | Pending | | Completed | | |
| VALEO ELECTRICAL SYSTEMS, INC. | Pending | | Completed | | |
| VALEO CLIMATE CONTROL CORP. | Pending | | Completed | | |
| MITSUBISHI HEAVY INDUSTRIES, LTD. | Pending | | Completed | | |
| MITSUBISHI HEAVY INDUSTRIES AMERICA, INC. | Pending | | Completed | | |
| MITSUBISHI HEAVY INDUSTRIES CLIMATE CONTROL, INC. | Pending | | Completed | | |
| DENSO CORPORATION | Pending | | Completed | | |
| DENSO INTERNATIONAL AMERICA, INC. | Pending | | Completed | | |
| **2:13-cv-14550 – Windshield Washer Systems** | | | | | |
| DENSO CORPORATION | | | Completed | | |
| DENSO INTERNATIONAL AMERICA, INC. | | | Completed | | |
| MITSUBA CORPORATION | | | Completed | | |
| AMERICAN MITSUBA CORPORATION | | | Completed | | |
| ASMO CO., LTD. | | | Completed | | |
| ASMO NORTH AMERICA, LLC | | | Completed | | |

5982528.5
5988900.1

6284548.3

| Defendant | Direct Purchaser Class Plaintiffs | Automotive Dealers | End-Payor Plaintiffs | Ford | State of Florida |
|---|---|---|---|---|---|
| **ASMO MANUFACTURING, INC.** | | | Completed | | |

5982528.5
5988900.1

6284548.3