# EXHIBIT 2

*In re Automotive Parts Antitrust Litigation*

Release Dates of Non-U.S. Citizen Incarcerated Defendants in Related Criminal Cases Who Have Not Yet Been Released

(Updated 01/31/2014)

|   | Name | Employer | Auto Part(s) | Sentence | Commencement Date | End of Sentence | Projected Release Date per Federal Bureau of Prisons[1] |
|---|------|----------|--------------|----------|-------------------|-----------------|----------------------------------------------------------|
| 1 | Ryoji Kawai | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014 |
| 2 | Tsuneaki Hanamura | Yazaki Corporation | Automotive Wire Harnesses and Related Products | 24 months | June 7, 2012 | June 7, 2014 | March 4, 2014 |
| 3 | Takayoshi Matsunaga | Autoliv | Occupant Safety Parts | 12 Months & 1 Day | November 18, 2013 | November 19, 2014 | October 1, 2014 |
| 4 | Hiroshi Watanabe | DENSO Corporation | Heater Control Panels | 15 Months | October 14, 2013 | January 14, 2015 | November, 11, 2014 |
| 5 | Yuji Suzuki | DENSO Corporation | Electronic Control Units Heater Control Panels | 16 Months | October 1, 2013 | February 1, 2015 | November 28, 2014 |
| 6 | Tetsuya Kunida[2] | Company A | Anti-Vibration Rubber Parts | 12 Months & 1 Day | | | NOT IN BOP CUSTODY |
| 7 | Yasuhiko Ueno[3] | Takata Corp. | Seatbelts | 19 Months | | | NOT IN BOP CUSTODY |
| 8 | Saborou Imamiya[3] | Takata Corp. | Seatbelts | 16 Months | | | NOT IN BOP CUSTODY |
| 9 | Yoshinobu Fujino[3] | Takata Corp. | Seatbelts | 14 Months | | | NOT IN BOP CUSTODY |

---

[1] As of January 31, 2014, 10 Non-U.S. Citizen Incarcerated Defendants in Related Criminal Cases in connection with the following parts have served their prison terms and been released: Automotive Wire Harnesses and Related Parts; Heater Control Panels; Instrument Panel Clusters; and Automobile Anti-Vibration Rubber Parts.  They are no longer shown on this spreadsheet.

1

5678113.2

**EXHIBIT 2**

*In re Automotive Parts Antitrust Litigation*
Release Dates of Non-U.S. Citizen Incarcerated Defendants in Related Criminal Cases Who Have Not Yet Been Released
(Updated 01/31/2014)

2. There is no Plea Agreement regarding this Defendant in the PACER database. He was added based on a September 26, 2013 DOJ Press Release and Information. Likewise, there is no information about him in the Federal BOP database. He is scheduled to be sentenced on February 7, 2014.

3. These Defendants have been added based on a November 21, 2013 DOJ Press Release. There is no information concerning their incarceration as of this date.

5678113.2