**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

12-md-02311

Honorable Marianne O. Battani

In Re:  AUTOMOTIVE LAMPS CASES

THIS RELATES TO:
ALL CASES

**NOTICE OF APPEARANCE OF BARBARA H. WOOTTON**

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Barbara H. Wootton, of the law firm of Arnold & Porter

LLP, as counsel on behalf of Defendant Koito Manufacturing Co., LTD in the above-captioned

matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be

available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 18, 2014

Respectfully submitted,

By:  /s Barbara H. Wootton
Barbara H. Wootton
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6545
(202) 942-5999 - facsimile
Barbara.wootton@aporter.com
DC Bar: 470764

*Attorney for Defendant Koito Manufacturing
Co., LTD.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2014 I caused to be electronically filed the foregoing

NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send

notification of such filing to the ECF participants.

Dated:  March 18, 2014

By: <u>/s Barbara S. Wootton</u>

Barbara H. Wootton
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6545
(202) 942-5999 - facsimile
<u>Barbara.wootton@aporter.com</u>
DC Bar: 470764
*Attorney for Defendant Koito Manufacturing Co., LTD.*