# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |

| |
|---|
| In Re: AUTOMOTIVE LAMPS CASES |
| THIS RELATES TO:<br>ALL CASES |

## NOTICE OF APPEARANCE OF TIANA RUSSELL

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Tiana Russell, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Koito Manufacturing Co., LTD in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 18, 2014                     Respectfully submitted,

By: /s Tiana Russell
Tiana Russell
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6807
(202) 942-5999 - facsimile
Tiana.russell@aporter.com
DC Bar: 975463

*Attorney for Defendant Koito Manufacturing Co., LTD.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2014 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 18, 2014

                                          By: /s Tiana Russell

                                                Tiana Russell
                                               ARNOLD & PORTER LLP
                                               555 Twelfth Street NW
                                               Washington, DC 20004
                                               (202) 942-6807
                                               (202) 942-5999 - facsimile
                                               Tiana.russell@aporter.com
                                               DC Bar: 975463

                                               *Attorney for Defendant Koito Manufacturing Co., LTD.*