# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| In Re: AIR CONDITIONING SYSTEMS | Civil No. 2:12-md-2311-MOB-MKM |
| THIS RELATES TO:  ALL CASES | |

## APPEARANCE OF HOWARD B. IWREY

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Valeo, Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  March 28, 2013

DYKEMA GOSSETT PLLC

By:  /s/  Howard B. Iwrey_____
    Howard B. Iwrey (P39635)
    Attorneys for Defendants Valeo Inc., Valeo
    Electrical Systems, Inc. and Valeo Climate
    Control Corp.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I electronically filed my Appearance on behalf of Valeo, Inc., Valeo Electrical Systems, Inc. and Valeo Climate Control Corp. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 28, 2013

DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey_____
Howard B. Iwrey (P39635)
Attorneys for Defendants Valeo Inc., Valeo Electrical Systems, Inc. and Valeo Climate Control Corp.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*: hiwrey@dykema.com

BH01\1999106.1
ID\HBI - 110348\0001