# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Case No. 2:12-md-02311-MOB-MKM<br>: Hon. Marianne O. Battani<br>: |
| IN RE: WINSHIELD WASHER SYSTEMS LEAD CASE | : Case No. 2:13-cv-02800-MOB<br>: |
| IN RE: WINDSHIELD WASHER SYSTEMS DIRECT PURCHASER ACTIONS | : Case No. 2:13-cv-02801-MOB<br>: |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph C. Kohn of the law firm Kohn, Swift, & Graf, P.C.

hereby enters his appearance as counsel for Plaintiff Tiffin Motor Homes, Inc.

Dated: March 28, 2014

Joseph C. Kohn
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: jkohn@kohnswift.com

One of the attorneys for Tiffin Motor Homes, Inc.

119355

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2014, I electronically filed the foregoing document

with the Clerk of the Court using the ECF system which will send notification of such filing to

ECF-registered counsel.

/s/ Joseph C. Kohn
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: jkohn@kohnswift.com

One of the attorneys for Tiffin Motor
Homes, Inc.