UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 2:12-md-02311-MOB-MKM<br>Hon. Marianne O. Battani |
| IN RE: AIR CONDITIONING SYSTEMS LEAD CASE | Case No. H:13-cv-02700-MOB-MKM |
| IN RE: AIR CONDITIONING SYSTEMS DIRECT PURCHASER ACTIONS | Case No. H:13-cv-02701-MOB-MKM |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas A. Abrahams of the law firm Kohn, Swift, & Graf, P.C. hereby enters his appearance as counsel for Plaintiff Tiffin Motor Homes, Inc.

Dated: March 28, 2014

Douglas A. Abrahams
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: dabrahams@kohnswift.com

One of the attorneys for Tiffin Motor Homes, Inc.

119345

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Douglas A. Abrahams
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
Email: dabrahams@kohnswift.com

One of the attorneys for Tiffin Motor Homes, Inc.

119345

2