UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER GRANTING WITHDRAWAL

Notice has been filed advising of the withdrawal of Dwayne D. Stresman as counsel in the following actions:

Master File No. 12-md-02311 (as to each of the following);

Instrument Panel Cluster cases on behalf of Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc.;

Bearings cases on behalf of Defendants NTN Corporation and NTN USA Corporation;

Occupant Safety Systems cases on behalf of Defendants Autoliv, Incorporated, Autoliv ASP, Incorporated, Autoliv B.V. & Co. KG, Autoliv Safety Technology, Inc., and Autoliv Japan, Ltd.;

Radiators cases on behalf of Defendant Calsonic Kansei Corporation;

HID Ballasts cases on behalf of Defendants Panasonic Corporation and Panasonic Corporation of North America.

{36059/1/DT846340.DOCX;1}

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

IT IS ORDERED that

Mr. Stresman shall be removed as an attorney of record for the previously noted defendant(s) in the following cases:

12-md-02311

2:12-cv-14458-MOB-MKM, *ACAP v Nippon Seiki Co., Ltd., et al*

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:12-cv-00600-MOB-MKM

2:12-cv-00601-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-10803-MOB-MKM


2:13-cv-14182-MOB-MKM

2:13-cv-14180-MOB-MKM

2:13-cv-14167-MOB-MKM


                                                                               s/Marianne O. Battani
Marianne O. Battani
United States District Judge

Dated: March 31, 2014