# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the main office of Bonnett, Fairbourn, Friedman and Balint PC has relocated.  Attorneys associated with this office are Elaine A. Ryan and Manfred P. Muecke.  The new office address is as follows:

>Bonnett, Fairbourn, Friedman & Balint, PC
>2325 E. Camelback Road, Suite 300
>Phoenix, AZ  85016

There are no changes to the remaining contact information for each attorney.

DATED: April 2, 2014.

>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
>
>By:  /s/ Manfred P. Muecke
>Manfred P. Muecke (CA Bar No. 222893)
>2325 E. Camelback Road, Suite 300
>Phoenix, AZ  85016
>Telephone:  619.756.7748
>mmuecke@bffb.com
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2014, I electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

                                BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

                                By:  /s/ Manfred P. Muecke
                                    Manfred P. Muecke
                                    (CA Bar No. 222893)
                                    2325 E. Camelback Road, Suite 300
                                    Phoenix, AZ  85016
                                    Telephone:  619.756.7748
                                    mmuecke@bffb.com
                                    *Attorney for Plaintiffs*