# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311 Hon. Marianne O. Battani |
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12- md-02311-MOB-MKM |
| THIS RELATES TO: ALL AUTOMOTIVE PARTS ANTITRUST LITIGATION | |

## NOTICE OF APPEARANCE

Please enter the appearance of Page A. Poerschke of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. as counsel on behalf of Plaintiff Michael Tracy in the above-captioned matter.

Dated: April 4, 2014

Respectfully submitted,

Page A. Poerschke, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: April 4, 2014

Page A. Roerschke, Esq.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (205) 396-3982
*Attorney for Plaintiff Michael Tracy*

2