UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12- md-02311-MOB-MKM |
| THIS RELATES TO: ALL AUTOMOTIVE PARTS ANTITRUST LITIGATION | |

### NOTICE OF APPEARANCE

Please enter the appearance of Peter J. Mougey of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. as counsel on behalf of Plaintiff Michael Tracy in the above-captioned matter.

Dated: April 4, 2014

Respectfully submitted,

_____
Peter J. Mougey, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2014, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: April 4, 2014

                                          Peter J. Mougey, Esq.
                                          LEVIN, PAPANTONIO, THOMAS,
                                          MITCHELL, RAFFERTY & PROCTOR, P.A.
                                          316 South Baylen Street, Suite 600
                                          Pensacola, FL 32502
                                          Telephone: (205) 396-3982
                                          *Attorney for Plaintiff Michael Tracy*