UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br>Honorable Marianne O. Battani |
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| THIS CASE RELATES TO:<br>ALL AUTOMOTIVE PARTS ANTITRUST LITIGATION ACTIONS | 2:12-cv-00100-MOB-MKM<br>2:12-cv-00103-MOB-MKM<br>2:12-cv-00200-MOB-MKM<br>2:12-cv-00203-MOB-MKM<br>2:12-cv-00300-MOB-MKM<br>2:12-cv-00303-MOB-MKM<br>2:12-cv-00400-MOB-MKM<br>2:12-cv-00403-MOB-MKM<br>2:12-cv-00500-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:12-cv-00601-MOB-MKM<br>2:12-cv-00603-MOB-MKM |

## MOTION TO WITHDRAW

PETER J. MOUGEY, attorney for Michael Tracy from the law firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A. respectfully requests that the Court enter an order allowing JAMES L. KAUFFMAN, a former attorney with LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A., to withdraw as counsel for Plaintiff Michael Tracy in the above captioned matter.  Mr. Kauffman is no longer with the firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A. and consents to this motion.  Plaintiff Michael Tracy will continue to be represented by the law firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.

                                                  Respectfully Submitted,

Dated: April 9, 2014                  /s/Peter J. Mougey
                                              Peter J. Mougey, Esq.
                                              LEVIN PAPANTONIO THOMAS
                                              MITCHELL RAFFERTY & PROCTOR,
                                              P.A 316 South Baylen Street, Suite 600
                                              Pensacola, FL. 32502
                                              (850) 435-7068
                                              (850) 436-6068 (facsimile)
                                              pmougey@levinlaw.com
                                              *Attorney for Plaintiff Michael Tracy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-2311<br>Honorable Marianne O. Battani |
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| THIS CASE RELATES TO:<br>ALL AUTOMOTIVE PARTS ANTITRUST LITIGATION ACTIONS | 2:12-cv-00100-MOB-MKM<br>2:12-cv-00103-MOB-MKM<br>2:12-cv-00200-MOB-MKM<br>2:12-cv-00203-MOB-MKM<br>2:12-cv-00300-MOB-MKM<br>2:12-cv-00303-MOB-MKM<br>2:12-cv-00400-MOB-MKM<br>2:12-cv-00403-MOB-MKM<br>2:12-cv-00500-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:12-cv-00601-MOB-MKM<br>2:12-cv-00603-MOB-MKM |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW**

NOW, this day of April, 2014, upon the Motion to Withdraw as Counsel, IT IS HEREBY ORDERED that James L. Kauffman is withdrawn as counsel of record for Plaintiff Michael Tracy in the above captioned matter.

Dated: April __, 2014        BY THE COURT

_____
Marianne O. Battani
United States District Judge

## CERTIFICATE OF SERVICE

I, Peter J. Mougey, hereby certify that on April 9, 2014, a true and correct copy of the *Motion to Withdraw as counsel for Plaintiff Michael Tracy* was filed with the Clerk of the Court, per the Local Rules and will be available for viewing and downloading via the CM/ECF system and CM/ECF system will send notification of such filing to all attorneys of record.

      /s/ Peter J. Mougey
      Peter J. Mougey