IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION
**EXHIBIT A: LIST OF CASES COORDINATED OR ON FILE**

| Part No. | CASE | CASE NUMBER |
|---|---|---|
| 1 | **WIRE HARNESS** | 2:12-cv-00100 |
|  | Direct Purchaser Actions | 2:12-cv-00101 |
|  | Dealership Actions | 2:12-cv-00102 |
|  | End-Payor Actions | 2:12-cv-00103 |
|  | OEMs | 2:12-cv-00104 |
|  | Richmond, City of v. Delphi Automotive LLP et al | 14-cv-10795-MOB-MKM |
| 2 | **INSTRUMENT PANEL CLUSTERS** | 2:12-cv-00200 |
|  | Direct Purchaser Actions | 2:12-cv-00201 |
|  | Dealership Actions | 2:12-cv-00202 |
|  | End-Payor Actions | 2:12-cv-00203 |
|  | States Attorneys General (Florida AG) | 2:12-cv-00205 |
| 3 | **FUEL SENDERS** | 2:12-cv-00300 |
|  | Direct Purchaser Actions | 2:12-cv-00301 |
|  | Dealership Actions | 2:12-cv-00302 |
|  | End-Payor Actions | 2:12-cv-00303 |
| 4 | **HEATER CONTROL PANELS** | 2:12-cv-00400 |
|  | Direct Purchaser Actions | 2:12-cv-00401 |
|  | Dealership Actions | 2:12-cv-00402 |
|  | End-Payor Actions | 2:12-cv-00403 |
| 5 | **BEARINGS** | 2:12-cv-00500 |
|  | Direct Purchaser Actions | 2:12-cv-00501 |
|  | Dealership Actions | 2:12-cv-00502 |
|  | End-Payor Actions | 2:12-cv-00503 |
| 6 | **SAFETY SYSTEMS** | 2:12-cv-00600 |
|  | Direct Purchaser Actions | 2:12-cv-00601 |
|  | Dealership Actions | 2:12-cv-00602 |
|  | End-Payor Actions | 2:12-cv-00603 |
| 7 | **ALTERNATORS** | 2:13-cv-00700 |
|  | Dealership Actions | 2:13-cv-00702 |
|  | End-Payor Actions | 2:13-cv-00703 |
| 8 | **ANTI-VIBRATIONAL RUBBER PARTS** | 2:13-cv-00800 |
|  | Dealership Actions | 2:13-cv-00802 |
|  | End-Payor Actions | 2:13-cv-00803 |
| 9 | **WINDSHIELD WIPERS** | 2:13-cv-00900 |
|  | Direct Purchaser Actions | 2:13-cv-00901 |
|  | Dealership Actions | 2:13-cv-00902 |
|  | End-Payor Actions | 2:13-cv-00903 |

| 10 | **RADIATORS** | 2:13-cv-01000 |
|---|---|---|
|  | Dealership Actions | 2:13-cv-01002 |
|  | End-Payor Actions | 2:13-cv-01003 |
| 11 | **STARTERS** | 2:13-cv-01100 |
|  | Direct Purchaser Actions | 2:13-cv-01101 |
|  | Dealership Actions | 2:13-cv-01102 |
|  | End-Payor Actions | 2:13-cv-01103 |
| 12 | **AUTOMOTIVE LAMPS** | 2:13-cv-01200 |
|  | Dealership Actions | 2:13-cv-01202 |
|  | End-Payor Actions | 2:13-cv-01203 |
| 13 | **SWITCHES** | 2:13-cv-01300 |
|  | Dealership Actions | 2:13-cv-01302 |
|  | End-Payor Actions | 2:13-cv-01303 |
| 14 | **IGNITION COILS** | 2:13-cv-01400 |
|  | Dealership Actions | 2:13-cv-01402 |
|  | End-Payor Actions | 2:13-cv-01403 |
| 15 | **MOTOR GENERATOR** | 2:13-cv-01500 |
|  | End-Payor Actions | 2:13-cv-01503 |
| 16 | **STEERING ANGLE SENSORS** | 2:13-cv-01600 |
|  | Dealership Actions | 2:13-cv-01602 |
|  | End-Payor Actions | 2:13-cv-01603 |
| 17 | **HID BALLASTS** | 2:13-cv-01700 |
|  | Dealership Actions | 2:13-cv-01702 |
|  | End-Payor Actions | 2:13-cv-01703 |
| 18 | **INVERTERS** | 2:13-cv-01800 |
|  | Dealership Actions | 2:13-cv-01802 |
|  | End-Payor Actions | 2:13-cv-01803 |
| 19 | **ELECTRONIC POWERED STEERING ASSEMBLIES** | 2:13-cv-01900 |
|  | Dealership Actions | 2:13-cv-01902 |
|  | End-Payor Actions | 2:13-cv-01903 |
| 20 | **AIR FLOW METERS** | 2:13-cv-02000 |
|  | Dealership Actions | 2:13-cv-02002 |
|  | End-Payor Actions | 2:13-cv-02003 |
| 21 | **FAN MOTORS** | 2:13-cv-02100 |
|  | Dealership Actions | 2:13-cv-02102 |
|  | End-Payor Actions | 2:13-cv-02103 |
| 22 | **FUEL INJECTION SYSTEMS** | 2:13-cv-02200 |
|  | Dealership Actions | 2:13-cv-02202 |
|  | End-Payor Actions | 2:13-cv-02203 |
| 23 | **POWER WINDOW MOTORS** | 2:13-cv-02300 |
|  | Dealership Actions | 2:13-cv-02302 |
|  | End-Payor Actions | 2:13-cv-02303 |

| 24 | **AUTOMATIC TRANSMISSION FLUID WARMERS** | 2:13-cv-02400 |
|---|---|---|
|    | Dealership Actions | 2:13-cv-02402 |
|    | End-Payor Actions | 2:13-cv-02403 |
| 25 | **VALVE TIMING CONTROL DEVICES** | 2:13-cv-02500 |
|    | Dealership Actions | 2:13-cv-02502 |
|    | End-Payor Actions | 2:13-cv-02503 |
| 26 | **ELECTRONIC THROTTLE BODIES** | 2:13-cv-02600 |
|    | Dealership Actions | 2:13-cv-02602 |
|    | End-Payor Actions | 2:13-cv-02603 |
| 27 | **AIR CONDITIONING SYSTEMS** | 2:13-cv-02700 |
|    | Direct Purchaser Actions | 2:13-cv-02701 |
|    | Dealership Actions | 2:13-cv-02702 |
|    | End-Payor Actions | 2:13-cv-02703 |
| 28 | **WINDSHIELD WASHER SYSTEMS** | 2:13-cv-02800 |
|    | Direct Purchaser Actions | 2:13-cv-02801 |
|    | Dealership Actions | 2:13-cv-02802 |
|    | End-Payor Actions | 2:13-cv-02803 |
| 29 | **CONSTANT VELOCITY JOINT BOOTS** | 2:14-cv-02900 |
|    | End-Payor Actions | 2:14-cv-02903 |