IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION
**EXHIBIT B: AUTO PARTS AND DEFENDANTS**

| AUTO PART | End-Payor Class Action Complaint Filed |
|---|---|
| Wire Harnesses | 10/27/11 |
| Instrument Panel Clusters | 01/31/12 |
| Heater Control Panels | 02/03/12 |
| Fuel Senders | 03/27/12 |
| Occupant Safety Restraint Systems | 06/13/12 |
| Automotive Bearings | 06/18/12 |
| Alternators | 02/27/13 |
| Anti-Vibration Rubber Products | 02/27/13 |
| Radiators | 02/27/13 |
| Starter Motors | 02/27/13 |
| Windshield Wiper Systems | 02/27/13 |
| Automotive Lamps | 06/06/13 |
| Ignition Coils | 09/30/13 |
| Automotive Switches | 09/30/13 |
| Electric Power Steering Assemblies | 10/01/13 |
| HID Ballasts | 10/01/13 |
| Inverters | 10/01/13 |
| Motor Generators | 10/01/13 |
| Steering Angle Sensors | 10/01/13 |
| Air Flow Meters | 10/02/13 |
| Fan Motors | 10/02/13 |
| Fuel Injection Systems | 10/02/13 |
| Automatic Transmission Fluid Warmers | 10/03/13 |
| Electronic Throttle Bodies | 10/03/13 |
| Power Window Motors | 10/03/13 |
| Valve Timing Control Devices | 10/03/13 |
| Air Conditioning Systems | 10/09/13 |
| Windshield Washer Systems | 10/31/13 |
| Constant Velocity Joint Boots | 04/30/14 |

Alps Defs., Autoliv Defs., Calsonic Kansei Corp., Delphi Defs., DENSO Defs., Diamond Electric Defs., Fujikura Defs., Furukawa Defs., G.S. Electech Defs., Hitachi Defs., Ichikoh Industries, Ltd., JTEKT Defs., Koito Mfg. Co., Ltd., Lear Defs., Leoni Defs., Mitsuba Defs., Mitsubishi Electric Defs., Mitsubishi Heavy Defs., Nachi Defs., Nippon Defs., NSK Defs., NTN Defs., Panasonic Defs., Robert Bosch Defs., Schaeffler Defs., SKF Defs., Stanley Electric Co., Sumitomo Defs., T.RAD Co., Ltd., Takata Defs., Tokai Rika Defs., Toyo Defs., TRW Defs., Valeo Defs., Yamashita Defs., Yazaki Defs.