# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | : **REQUEST FOR ORAL ARGUMENT ON MOTION OF END-PAYOR PLAINTIFFS, AUTO DEALER PLAINTIFFS, THE STATE OF FLORIDA, AND THE CITY OF RICHMOND TO COORDINATE ALL ACTIONS IN MDL 2311** |

End-Payor Plaintiffs, Auto Dealer Plaintiffs, The State of Florida and the City of Richmond ("Moving Plaintiffs"), through their attorneys listed below, hereby request the opportunity for oral argument with respect to the Moving Plaintiffs' Motion to Coordinate All Actions In MDL 2311 (Docket No. 703) that was filed on May 9, 2014.

                                                       Respectfully submitted,

Dated:  May 13, 2014            /s/ *Frank C. Damrell, Jr.*
                                                      Frank C. Damrell, Jr.
                                                       Steven N. Williams
                                                       Adam J. Zapala
                                                       Elizabeth Tran
                                                       COTCHETT, PITRE & McCARTHY, LLP
                                                       San Francisco Airport Office Center
                                                       840 Malcolm Road, Suite 200
                                                       Burlingame, CA 94010
                                                       Telephone: (650) 697-6000
                                                       Facsimile: (650) 697-0577
                                                       fdamrell@cpmlegal.com
                                                       swilliams@cpmlegal.com
                                                       azapala@cmplegal.com
                                                       etran@cpmlegal.com

                                                       Hollis Salzman
                                                       Bernard Persky
                                                       William V. Reiss
                                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                       601 Lexington Avenue, Suite 3400
                                                       New York, NY 10022
                                                       Telephone: (212) 980-7400
                                                       Facsimile: (212) 980-7499
                                                       hsalzman@rkmc.com
                                                       bpersky@rkmc.com
                                                       wreiss@rkmc.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

*Interim Co-Lead Class Counsel for End-Payor Plaintiffs*

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Adam Schnatz (P72049)
THE MILLER LAW FIRM
950 W. University Drive
Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
aschnatz@millerlawpc.com

*Interim Liaison Counsel for End-Payor Plaintiffs*

3

Don Barrett
David McMullan
Brian Herrington
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS  39095
Telephone:  (662) 834-2488
Email: dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Phone:         (202) 789-3960
Fax: (202) 789-1813
Email: jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
Email: sraiter@larsonking.com

***Interim Co-Lead Class Counsel for Auto-Dealer Plaintiffs***

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
Mantese Honigman Rossman
and Williamson, P.C.

4

       1361 E. Big Beaver Road
       Troy, Michigan 48083
       Phone: (248) 457-9200 ext. 203
       Fax: (248) 457-9201
       Email: gmantese@manteselaw.com
       dhansma@manteselaw.com
       bfrey@manteselaw.com
       jlushnat@manteselaw.com

*Interim Liaison Counsel for Auto Dealer Plaintiffs Plaintiffs*

PAMELA JO BONDI
Attorney General
STATE OF FLORIDA

*/s/ R. Scott Palmer*
PATRICIA A. CONNERS
(Florida Bar No. 361275)
Associate Deputy Attorney General
Trish.Conners@myfloridalegal.com
R. SCOTT PALMER
(Florida Bar No. 220353)
Special Counsel for Antitrust Enforcement
Scott.Palmer@myfloridalegal.com
GREGORY S. SLEMP
(Florida State Bar No. 478865)
Greg.Slemp@myfloridalegal.com
TIMOTHY FRASER
(Florida Bar No. 957321)
Timothy.Fraser@myfloridalegal.com
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-9134

*Counsel for the State of Florida*

By: */s/ Lesley E. Weaver*

Robert S. Green
James Robert Noblin
Lesley E. Weaver
Green & Noblin, P.C.
700 Larkspur Landing Circle
Suite 275
Larkspur, CA 94393
(415) 477-6700
gnecf@classcounsel.com
lew@classcounsel.com

Karen L. Morris
Patrick F. Morris
R. Michael Lindsey
Morris and Morris LLC
   Counselors At Law
4001 Kennett Pike
Suite 300
Wilmington, DE 19807
(302) 426-0400
kmorris@morrisandmorrislaw.com
pmorris@morrisandmorrislaw.com
rmlindsey@morrisandmorrislaw.com

***Counsel for City of Richmond***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: All Actions | : : : : : : : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014 I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

I also certify that I will serve copies via First Class U.S. Mail upon all other parties indicated on the Manual Notice List.

THE MILLER LAW FIRM, P.C.

/s/ *E. Powell Miller*
E. Powell Miller
Adam T. Schnatz
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
epm@millerlawpc.com