# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS           ) ) ) | |
| THIS RELATES TO: ALL CASES   ) ) ) | |

## NOTICE OF APPEARANCE OF GEORGE S. WANG

Please take notice that George S. Wang of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendant Stanley Electric Co., Ltd. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: May 27, 2014                      Respectfully submitted,

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com

*Counsel for Defendant Stanley Electric Co., Ltd.*

-2-

## CERTIFICATE OF SERVICE

I certify that on May 27, 2014, I electronically filed the foregoing Notice of Appearance of George S. Wang with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ George S. Wang
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com
