## <u>INDEX OF EXHIBITS</u>

Exhibit A: [Proposed] Order Regarding Procedure For Preservation Of Issues For Appeal In Motion To Dismiss Briefing

Exhibit B: Compendium of Unpublished Cases