# Exhibit B

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION

 3                        -   -   -

 4   IN RE:  AUTOMOTIVE PARTS
     ANTITRUST LITIGATION              MDL NO. 2311
 5
     _____/
 6

 7            STATUS CONFERENCE / MOTION HEARING

 8          BEFORE THE HONORABLE MARIANNE O. BATTANI
                  United States District Judge
 9          Theodore Levin United States Courthouse
                 231 West Lafayette Boulevard
10                     Detroit, Michigan
                  Wednesday, February 12, 2014
11

12   APPEARANCES:

13   Direct Purchaser Plaintiffs:

14               DOUGLAS ABRAHAMS
                 KOHN, SWIFT & GRAF, P.C.
15               One South Broad Street, Suite 2100
                 Philadelphia, PA  19107
16               (215) 238-1700

17               THOMAS C. BRIGHT
                 GOLD, BENNET, CERA & SIDENER, L.L.P.
18               595 Market Street, Suite 2300
                 San Francisco, CA  94105
19               (415) 777-2230

20               WILLIAM G. CALDES
                 SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
21               1818 Market Street, Suite 2500
                 Philadelphia, PA  19103
22               (215) 496-0300

23               DAVID H. FINK
                 FINK & ASSOCIATES LAW
24               100 West Long Lake Road, Suite 111
                 Bloomfield Hills, MI  48304
25               (248) 971-2500
```

*1*         MR. SQUERI: Your Honor, respectfully may I respond
*2* to --
*3*         THE COURT: I didn't let him finish, but you can
*4* respond for two minutes.
*5*         MR. SQUERI: Your Honor, the reason that I want to
*6* respond to Counsel's comments is we would take strong issue
*7* with the suggestion that somehow they are being kept from
*8* merits discovery. Again, we provided them our DOJ production
*9* 16 months ago. And they -- and they are serving, we have
*10* responded to interrogatories on merits issues. Their
*11* document requests that they served on us that we are meeting
*12* and conferring on relate to merits issues. The fact that,
*13* you know, there is a stay with respect to other parts doesn't
*14* change the fact that they are able to continue with the
*15* discovery in this case, and they will be able to take
*16* Rule 30(b)(6) depositions that are all going to be relevant
*17* to the class-certification issue.
*18*         THE COURT: Okay. I have heard enough. Thank you.
*19*         MR. SQUERI: Thank you.
*20*         THE COURT: I mean, what it all comes down to is we
*21* don't know yet what we don't know, we don't know where we are
*22* going here. I have no problem with plaintiffs' proposition
*23* that after the stay is lifted within 30 days you meet and
*24* confer and come up with a schedule, or you come to the Court
*25* and the Court will make it and it may be that it will be six

```
 1   months from then.  I'm not disagreeing with what defendants
 2   propose, that the six months would be enough, but I need to
 3   know more about what is happening with this discovery, and I
 4   just don't know it yet.  I do not have a feel for your
 5   discovery.  I know that plaintiffs may have eaten up the
 6   12 million pages but I'm not getting anything from them about
 7   what it means.
 8              So, you know, I think we need to know a little bit
 9   more.  I do think we need to have a definite plan and
10   schedule for our class certification, I agree with that
11   wholeheartedly, I just think that we need to wait a little on
12   that schedule, but I don't think plaintiffs should take the
13   position or take the belief from me that you are going to
14   have all kinds of time now because I'm not granting exactly
15   what defendant says.  I'm just saying I will wait those
16   30 days and see what you come up with, but you are not having
17   unlimited discovery, we need to move on this.  So when we are
18   thinking six months, that sounds good, it may be nine months,
19   I don't know, but that's kind of what I'm thinking.  I just
20   need to wait and see what that is going to be.  Let's do
21   that, let's do the 30-day meet and confer.  Okay.  Thank you.
22              MR. HANSEL:  Turning to the fourth issue, Your
23   Honor?
24              THE COURT:  The amendment?
25              MR. HANSEL:  The amendment and joinder of the
```