# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## NOTICE OF APPEARANCE OF JASON M. GOURLEY

PLEASE TAKE NOTICE that Jason M. Gourley hereby appears as counsel of record for Defendant T. RAD Co., Ltd., and should be served with copies of all papers in this action.

Peter L. Simmons
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
peter.simmons@friedfrank.com

/s/ Jason M. Gourley
Jason M. Gourley (P69065)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 259-7777
Facsimile: (313) 393-7579
jgourley@bodmanlaw.com
*Attorneys for Defendant T. RAD Co., Ltd.*

Dated:      May 30, 2014

## **CERTIFICATE OF SERVICE**

     I, Jason M. Gourley, hereby certify that on May 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

                        /s/ Jason M. Gourley
                        Jason M. Gourley (P69065)
                        BODMAN PLC
                        6th Floor at Ford Field
                        1901 St. Antoine Street
                        Detroit, Michigan 48226
                        Telephone: (313) 259-7777
                        Facsimile: (313) 393-7579
                        jgourley@bodmanlaw.com
                        *Attorneys for Defendant T. RAD Co., Ltd.*