UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please enter the withdrawal of attorney Amy P. Purcell as counsel for T. RAD Co., Ltd. in the following actions:

Master File No. 12-md-02311

Radiator cases:

2:13-cv-01000-MOB-MKM

2:13-cv-10803-MOB-MKM

Automatic Transmission Fluid Warmers Cases:

2:13-cv-02403-MOB-MKM

2:13-cv-14225-MOB-MKM

Other attorneys of the same firm have appeared as local counsel on behalf of T. RAD Co., Ltd. in the above listed cases.

Detroit_3679123_1

Respectfully submitted,

/s/Amy P. Purcell
Amy P. Purcell
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 259-7777
Facsimile: (313) 393-7579
apurcell@bodmanlaw.com
*Attorneys for Defendant T. RAD Co., Ltd.*

Dated: May 30, 2014

# CERTIFICATE OF SERVICE

I, Amy P. Purcell, hereby certify that on May 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

/s/Amy P. Purcell
Amy P. Purcell
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 259-7777
Facsimile: (313) 393-7579
apurcell@bodmanlaw.com
*Attorneys for Defendant T. RAD Co., Ltd.*