# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION  _____ | )  12-md-02311 )  Honorable Marianne O. Battani ) |
| ALL PARTS _____ | ) ) ) ) |
| THIS RELATES TO: ALL CASES _____ | ) ) ) ) |

## NOTICE OF APPEARANCE OF SETH B. ORKAND

PLEASE TAKE NOTICE that Seth B. Orkand of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

>                 WILMER CUTLER PICKERING HALE
>                     AND DORR LLP
>
> By: /s/ Seth B. Orkand
>     Seth B. Orkand
>     WILMER CUTLER PICKERING HALE
>         AND DORR LLP
>     60 State Street
>     Boston, MA 02109
>     Telephone: (617) 526-6000
>     Facsimile: (617) 526-5000
>     seth.orkand@wilmerhale.com

Dated May 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I caused the foregoing Notice of Appearance of Seth B. Orkand to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ Seth B. Orkand
Seth B. Orkand
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
seth.orkand@wilmerhale.com