UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION _____ ALL PARTS _____ THIS RELATES TO: ALL CASES _____ | )  12-md-02311 )  Honorable Marianne O. Battani ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lindsey R. Vaala of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 2, 2014         VINSON & ELKINS LLP

By:   /s/ Lindsey R. Vaala
Lindsey R. Vaala
2200 Pennsylvania Ave. N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6523
Fax: (202) 879-8853
Email: lvaala@velaw.com

*Attorney for Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2014             VINSON & ELKINS LLP

                                               By:   /s/ Lindsey R. Vaala
                                                        Lindsey R. Vaala