UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig P. Seebald of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the December 23, 2013 Electronic Case Management Protocol Order (MDL Dkt No. 665). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 2, 2014

VINSON & ELKINS LLP

By: /s/ Craig P. Seebald
Craig P. Seebald
2200 Pennsylvania Ave. N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Fax: (202) 879-8995
Email: cseebald@velaw.com

*Attorney for Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2014                                VINSON & ELKINS LLP

                                                   By:   /s/ Craig P. Seebald
                                                         Craig P. Seebald