**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM |
| ALL PARTS |  |
|  | Honorable Marianne O. Battani |
| THIS RELATES TO: Air Conditioning Systems: Direct Purchaser, End Payor, and Dealership Plaintiff Actions |  |

### NOTICE OF APPEARANCE OF COREY W. ROUSH

PLEASE TAKE NOTICE that the undersigned attorney, Corey W. Roush, of the firm

Hogan Lovells US LLP, enters his appearance in the above-captioned matters as counsel for

Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate

Control, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that

may be available under common law, statutes, or the Federal Rules of Civil Procedure.


Dated:  June 3, 2014                    Respectfully submitted,

                                        HOGAN LOVELLS US LLP

                                        By:     /s/ Corey W. Roush
                                                D.C. Bar No. 466337
                                                Hogan Lovells US LLP
                                                555 Thirteenth Street, N.W.
                                                Washington, D.C. 20004-1109
                                                Tel: (202) 637-5600
                                                Fax: (202) 637-5910
                                                Email: corey.roush@hoganlovells.com
                                                *Counsel for Mitsubishi Heavy Industries*
                                                *America, Inc. and Mitsubishi Heavy*
                                                *Industries Climate Control, Inc.*


\\DC - 025482/000026 - 5686564 v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, I electronically filed my appearance on behalf of

Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control,

Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to all counsel of record.

Dated:  June 3, 2014                                 Respectfully submitted,

                                                   HOGAN LOVELLS US LLP

                                                   By:    /s/ Corey W. Roush
                                                         D.C. Bar No. 466337
                                                         Hogan Lovells US LLP
                                                         555 Thirteenth Street, N.W.
                                                         Washington, D.C. 20004-1109
                                                         Tel: (202) 637-5600
                                                         Fax: (202) 637-5910
                                                         Email: corey.roush@hoganlovells.com
                                                         *Counsel for Mitsubishi Heavy Industries*
                                                         *America, Inc. and Mitsubishi Heavy*
                                                         *Industries Climate Control, Inc.*

\\DC - 025482/000026 - 5686564 v1