UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM<br><br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br>    Air Conditioning Systems:  Direct Purchaser, End Payor, and Dealership Plaintiff Actions | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Scott T. Seabolt (P55890) of Foley & Lardner LLP, hereby enters his appearance in the above-captioned matters as counsel for Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.  The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

4832-9914-0379.1

        Respectfully submitted,

        FOLEY & LARDNER LLP

        By: /s/ Scott T. Seabolt
           Scott T. Seabolt (P55890)
        500 Woodward Avenue, Suite 2700
        Detroit, Michigan 48226
        Tel: (313) 234-7100
        Fax: (313) 234-2800
        sseabolt@foley.com
        *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*

4832-9914-0379.1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was electronically filed on June 3, 2014 with the Clerk of the Court using the ECF system. Notice of this will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      FOLEY & LARDNER LLP

      By: /s/ Scott T. Seabolt
         Scott T. Seabolt (P55890)
      500 Woodward Avenue, Suite 2700
      Detroit, Michigan 48226
      Tel: (313) 234-7100
      Fax: (313) 234-2800
      sseabolt@foley.com
      *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*