## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

———————————————————— :

In Re: AUTOMOTIVE PARTS                    :  12-MD-02311
ANTITRUST LITIGATION
———————————————————— :
                                            :
In Re: WIRE HARNESS CASES                  :
———————————————————— :
                                            :
THIS RELATES TO:                           :
ALL DIRECT PURCHASER CASES                 :  12-cv-00101-MOB- MKM
———————————————————— :

### ORDER DIRECTING DEFENDANTS TO PROVIDE SETTLEMENT CLASS MEMBER INFORMATION FOR THE PURPOSE OF PROVIDING NOTICE OF THE LEAR SETTLEMENT

Defendants[1] are hereby directed to provide Plaintiffs' Interim Co-Lead Counsel,

within thirty days of the entry of this Order, the names and addresses of direct purchasers

of Wire Harness Products[2] from them during the period from and including January 1,

2000 to and including May 5, 2014. To the extent possible the purchaser information

should be provided in an electronic format. Plaintiffs' Interim Co-Lead Counsel shall

treat the Wire Harness Products purchaser information as confidential, and shall not

disclose it to anyone outside of Plaintiffs' Interim Co-Lead Counsel and Interim Liaison

---

[1]  Lear Corporation, Denso Corporation, Denso International America, Inc., Fujikura Ltd., Fujikura Automotive America LLC; Furukawa Electric Co., Ltd., American Furukawa, Inc., Furukawa Wiring Systems America, Inc., G.S. Electech, Inc., G.S. Wiring Systems Inc., G.S.W. Manufacturing, Inc., Sumitomo Electric Industries, Ltd., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc., K&S Wiring Systems, Inc., Sumitomo Wiring Systems (U.S.A.), Yazaki Corporation, Yazaki North America, Inc., Tokai Rika Co., Ltd., and TRAM, Inc.

[2] Wire Harness Products include wire harnesses and the following related products: automotive electrical wiring, lead wire assemblies, cable bond, automotive wiring connectors, automotive wiring terminals, high voltage wiring, electronic control units, fuse boxes, relay boxes, junction blocks, power distributors and speed sensor wire assemblies used in motor vehicles.

Counsel's law firms, except to the Court *in camera* or under seal or to vendors selected to

assist in the preparation and dissemination of the Notice.

**IT IS SO ORDERED.**

Date: June 9, 2014                          Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the
Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF
participants on June 9, 2014.


                                            s/ Kay Doaks
                                            Case Manager