UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF DAVID D. CROSS

PLEASE TAKE NOTICE that David D. Cross, of the law firm Crowell & Moring LLP, hereby enters his appearance as counsel on behalf of Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the above captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 9, 2014

Respectfully submitted,

_/s/ David D. Cross_
David D. Cross (DC Bar #490187)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Tel:  202-624-2500
Fax:  202-628-5116
dcross@crowell.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.;*
*Sumitomo Wiring Systems, Ltd.;*
*Sumitomo Electric Wiring Systems, Inc.;*
*K&S Wiring Systems, Inc.; and*
*Sumitomo Wiring Systems (U.S.A.), Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 9, 2014

      Respectfully submitted,

      /s/ David D. Cross
David D. Cross (DC Bar #490187)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  202-624-2500
Fax:  202-628-5116
dcross@crowell.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.;*
*Sumitomo Wiring Systems, Ltd.;*
*Sumitomo Electric Wiring Systems, Inc.;*
*K&S Wiring Systems, Inc.; and*
*Sumitomo Wiring Systems (U.S.A.), Inc.*