UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS DIAMOND ELECTRIC MFG. CO., LTD. AND DIAMOND ELECTRIC MFG. CORPORATION**

Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation request an order of this Court granting leave for Mark S. Popofsky of Ropes & Gray LLP to withdraw as counsel for defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in the following actions:

Master File No. 12-md-02311

Ifeoma Adams, et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14173

Martens Cars of Washington, Inc., et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14202

Jerry McDaniel, et al. v. Denso Corp., et al.; 2:13-cv-14660

No prejudice will result from the withdrawal as Simpson Thacher & Bartlett LLP continues to represent Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in these actions.

Dated:  June 10, 2014

                          Respectfully submitted,

                          /s/ Mark S. Popofsky
                          Mark S. Popofsky
                          ROPES & GRAY LLP
                          One Metro Center 700
                          12th Street, NW Suite 900
                          Washington , DC  20005-3948
                          Telephone: (202) 508-4600
                          Facsimile: (202) 508-4650
                          Mark.Popofsky@ropesgray.com

                          *Counsel for Defendants Diamond Electric Mfg.*
                          *Co., Ltd. and Diamond Electric Mfg. Corporation*

**CERTIFICATE OF SERVICE**

     I certify that on June 10, 2014, I electronically filed the foregoing Motion to Withdraw as Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

                                               /s/ Mark S. Popofsky  
                                               Mark S. Popofsky  
                                               ROPES & GRAY LLP  
                                               One Metro Center 700  
                                               12th Street, NW Suite 900  
                                               Washington , DC  20005-3948  
                                               Telephone: (202) 508-4600  
                                               Facsimile: (202) 508-4650  
                                               Mark.Popofsky@ropesgray.com m