# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) | |

**ORDER**

Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation's motion for an order granting leave for Mark S. Popofsky to withdraw as counsel [Doc. #742] in the following actions:

Master File No. 12-md-02311

Ifeoma Adams, et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14173

Martens Cars of Washington, Inc., et al. v. Diamond Electric Mfg Co. Ltd., et al.; 2:13-cv-14202

Jerry McDaniel, et al. v. Denso Corp., et al.; 2:13-cv-14660

Simpson Thacher & Bartlett LLP will continue to represent Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in these actions.

IT IS SO ORDERED that

Mark S. Popofsky is hereby relieved of any further responsibilities with regard to these cases.

Date: June 12, 2014                                              s/Marianne O. Battani
                                                            MARIANNE O. BATTANI
                                                             United States District Judge