# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kanchana Wangkeo Leung, of the law firm of Kasowitz, Benson, Torres & Friedman LLP, hereby enters her appearance as counsel on behalf of Plaintiff Ford Motor Company in the above-captioned matter.

Dated:  June 20, 2014

        Respectfully submitted,

        s/ Kanchana Wangkeo Leung
        Kanchana Wangkeo Leung
        KASOWITZ, BENSON, TORRES
          & FRIEDMAN LLP
        1633 Broadway
        New York, NY  10019
        (212) 506-1700
        KLeung@kasowitz.com

*Attorney for Plaintiff Ford Motor Company*

## CERTIFICATE OF SERVICE

      I, Kanchana Wangkeo Leung, hereby certify that on the 20th day of June, 2014, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: June 20, 2014

                                      s/ Kanchana Wangkeo Leung
                                      Kanchana Wangkeo Leung
                                      KASOWITZ, BENSON, TORRES
                                          & FRIEDMAN LLP
                                      1633 Broadway
                                      New York, NY  10019
                                      (212) 506-1700
                                      KLeung@kasowitz.com

                                      *Attorney for Plaintiff Ford Motor Company*