UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the Appearance of Timothy J. Lowe of McDonald Hopkins PLC as counsel for Defendants, Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:   June 25, 2014

**McDONALD HOPKINS PLC**

By:   /s/Timothy J. Lowe
     **Timothy J. Lowe (P68669)**
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
tlowe@mcdonaldhopkins.com
**Attorneys for Defendants, Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation**

{4949492:}                              1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I electronically filed the foregoing document using the ECF system which will send notification of such filing to all attorneys of record.

Dated: _____June 25, 2014_____        McDONALD HOPKINS PLC

By:  /s/Timothy J. Lowe
  Timothy J. Lowe (P68669)
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
tlowe@mcdonaldhopkins.com
**Attorneys for Defendants, Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation**