UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

Please enter the Appearance of Timothy J. Lowe of McDonald Hopkins PLC as counsel for Defendant, Stanley Electric Co., Ltd., in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  June 25, 2014          **McDONALD HOPKINS PLC**

**By:  /s/Timothy J. Lowe**
     **Timothy J. Lowe (P68669)**
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
tlowe@mcdonaldhopkins.com
**Attorneys for Defendant, Stanley Electric Co., Ltd.**

{4949583:}                                1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I electronically filed the foregoing document using the ECF system which will send notification of such filing to all attorneys of record.

Dated:   June 25, 2014   **McDONALD HOPKINS PLC**

By:   /s/Timothy J. Lowe
**Timothy J. Lowe (P68669)**
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
tlowe@mcdonaldhopkins.com
**Attorneys for Defendant, Stanley Electric Co.**

{4949583:}   2