**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Marianne O. Battani Magistrate Mona K. Majzoub |
| All Actions ) ) ) | |

**JOINT STATUS REPORT REGARDING APPOINTMENT OF A FACILITATOR**

On June 18, 2014, the Court directed the parties to provide a status report regarding the appointment of a facilitator.  The parties state as follows:

1.      The parties have met and conferred on this issue, and have identified for the Court's consideration the following two candidates as potential facilitators:

   a.      Mr. Jon R. Muth

   b.      Mr. Gene J. Esshaki

The candidates' CVs are attached as Exhibits A and B.  Each candidate has indicated potential interest and availability to serve in this role.  No party objects to the selection of either of these candidates as a facilitator, provided that the selected candidate has no conflicts of interest with respect to this engagement.

2.      The parties have agreed that the facilitator's fees and expenses shall be divided equally between plaintiffs on the one hand and defendants on the other hand.  The plaintiffs and the defendants will each reach separate agreements on how to divide fees and expenses among their respective groups.

1

3.      The parties intend to submit a proposed order appointing a facilitator.  That proposed order will identify the scope of the facilitator's role and responsibilities.  The parties expect to submit that proposed order, or separate proposed orders if no agreement has been reached, no later than Monday, July 7.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Steven F. Cherry*

June 27, 2014                    By:   Steven F. Cherry
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone:  (248) 372-8252
Facsimile:  (248) 213-2551
steve_zarowny@denso-diam.com
*Attorney for Defendant DENSO International America, Inc.*

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

2

**KOHN, SWIFT & GRAF, P.C.**

*/s/ Joseph C. Kohn* (with consent)

June 27, 2014       By:  Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

**PRETI, FLAHERTY, BELIVEAU
& PACHIOS LLP**

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
**PRETI, FLAHERTY, BELIVEAU
& PACHIOS LLP**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com

**FREED KANNER LONDON
& MILLEN LLC**

Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com

3

blondon@fklmlaw.com
msilverman@fklmlaw.com

**SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.**

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496 6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Co-Lead Counsel for the Direct
Purchaser Plaintiffs*

**FINK + ASSOCIATES LAW**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Interim Liaison Counsel for the Direct
Purchaser Plaintiffs*

**BARRETT LAW GROUP, P.A.**

*/s/  Don Barrett* (with consent)

|              |     |                |
|--------------|-----|----------------|
| June 27, 2014 | By: | Don Barrett    |
|              |     | David McMullan |

4

Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

**CUNEO GILBERT & LADUCA, L.L.P.**

Jonathan W. Cuneo
Victoria Romanenko
CUNEO GILBERT & LADUCA, L.L.P.
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Vicky@cuneolaw.com

Joel Davidow
Daniel Cohen
Michael J. Flannery
CUNEO GILBERT & LADUCA, L.L.P.
300 North Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

**LARSON • KING, L.L.P.**

Shawn M. Raiter
Paul A. Sand
LARSON • KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

*Attorneys for Automobile Dealer Plaintiffs*

5

SUSMAN GODFREY L.L.P.

*/s/  Marc M. Seltzer* (with consent)

June 27, 2014                    By:   Marc M. Seltzer
                                       Steven G. Sklaver
                                       SUSMAN GODFREY L.L.P.
                                       1901 Avenue of the Stars, Suite 950
                                       Los Angeles, CA 90067-6029
                                       Telephone:  (310) 789-3100
                                       Facsimile:  (310) 789-3150
                                       mseltzer@susmangodfrey.com
                                       ssklaver@susmangodfrey.com

                                       Terrell W. Oxford
                                       Warren T. Burns
                                       SUSMAN GODFREY L.L.P.
                                       901 Main Street, Suite 5100
                                       Dallas, Texas 75202
                                       Telephone:  (214) 754-1900
                                       Facsimile:  (214)754-1933
                                       toxford@susmangodfrey.com
                                       wburns@susmangodfrey.com

                                       **COTCHETT, PITRE &
                                         McCARTHY, LLP**

                                       Frank C. Damrell
                                       Steven N. Williams
                                       Adam J. Zapala
                                       Elizabeth Tran
                                       COTCHETT, PITRE & McCARTHY, LLP
                                       San Francisco Airport Office Center
                                       840 Malcolm Road, Suite 200
                                       Burlingame, CA 94010
                                       Telephone: (650) 697-6000
                                       Facsimile: (650) 697-0577
                                       fdamrell@cpmlegal.com
                                       swilliams@cpmlegal.com
                                       azapala@cpmlegal.com
                                       etran@cpmlegal.com

**ROBINS, KAPLAN, MILLER &
      CIRESI L.L.P.**

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

*Interim Co-Lead Class Counsel for the
Proposed End-Payor Plaintiffs Classes*


**THE MILLER LAW FIRM, P.C.**

E. Powell Miller (P39487)
Adam T. Schnatz (72049)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Interim Liaison Counsel for End-Payor
Plaintiffs*