# EXHIBIT A

# JON R. MUTH

## Resume

Contact Information:	Miller Johnson
			800 Calder Plaza Building
			250 Monroe, N.W.
			Grand Rapids, MI  49503

			Mailing Address:
			P. O. Box 306
			Grand Rapids, MI  49501-0306

			Telephone:  616/831-1736
			Cell:  616/540-2299
			Fax:  616/988-1736
			E-mail:  muthj@millerjohnson.com
			web:  www.millerjohnson.com

### EDUCATION

B.A., Kalamazoo College – 1967
J.D., *cum laude*, Wayne State University – 1971

### LEGAL EMPLOYMENT

Miller Johnson – since 1971
    Member since 1977
    Prior firm responsibilities:
        Management Committee
        Chairperson of Litigation Section
        Chairperson of Recruiting Committee
        Chairperson of Professional Committee
        General Counsel  2006-2013

Specialties:	Civil/Commercial Litigation
		Professional Responsibility and Legal Malpractice
		Mediation and Arbitration

### BAR AFFILIATIONS AND ACTIVITIES

State Bar of Michigan: President (1994-1995); Acting Executive Director (1994); President-Elect (1993-1994); Vice President (1992-1993); Treasurer (1989-1992); Commissioner (1986-1995); Chairperson Local Bar Liaison Committee (1988-1990); Chairperson Fiscal Committee (1989-1992); Chairperson State Bar Convention

(1987); Member of Committee on Judicial and Professional Ethics (1983-1986); Chairperson <u>Keller</u> Task Force (1991-1992); Chairperson Task Force on Law Practice Receiverships (1993-1994); Co-Chairperson 21st Century Courts Committee (1995-2002).

American Bar Association (Member, House of Delegates (1993-1995); Litigation Section; Section of Dispute Resolution)

Fellow, International Society of Barristers

Federal Bar Association

Grand Rapids Bar Association

Kent County Legal Assistance Center, founder and organizational chairperson (1996-1998); Chairperson of Grand Rapids Bar Association Legal Assistance Center Committee (1998-2002); Trustee (2004-2007).

Trustee, Michigan State Bar Foundation (1993-1995, 2003-09)

Trustee, Grand Rapids Bar Foundation (1995-1999)

Master, American Inns of Court (1999- 2002)

Director, Michigan LAW-PAC (1996- 2002)

Member, Committee of Visitors, Wayne State University Law School (1996-2002)

Fellow, Michigan State Bar Foundation

Fellow, American Bar Foundation

Life Member, Sixth Circuit Judicial Conference

Member, Association for Conflict Resolution

Member, Association of Professional Responsibility Counselors

Member, National Academy of Distinguished Neutrals

<u>Admitted</u>:   Michigan
U.S. District Court – Western District of Michigan
U.S. District Court – Eastern District of Michigan
U.S. District Court – Northern District of California
U.S. District Court – Southern District of Iowa
6th Circuit Court of Appeals
8th Circuit Court of Appeals

2

>   9th Circuit Court of Appeals
>   United States Supreme Court

Arbitrator: Served as arbitrator in proceedings conducted by National Futures Association, American Arbitration Association, National Arbitration Forum and Michigan Mediation & Arbitration. Listed on AAA National Roster of Neutrals for Commercial Arbitration.

Facilitative Mediator: Certified by the U.S. District Court for the Western District of of Michigan; Certified by Michigan state courts; training received from the U.S. District Court Facilitative Mediator Program and Harvard Law School Program of Instruction for Lawyers; served as facilitative mediator in hundreds of state & federal court disputes; served as instructor, speaker and coach in training of mediators; asked by U.S. District Court in the Western District of Michigan on two occasions to conduct its annual continuing education training program for its certified mediators; served as panel member for Federal Judicial Center mediation training program for federal judges.

## AWARDS AND RECOGNITION

State Bar of Michigan, Roberts P. Hudson Award (1998) (considered its highest award, given periodically to that member who "best exemplifies that which brings honor, esteem and respect to the legal profession")

Wayne State University Law School, Order of the Coif (1999) (Honorary, presented to qualified lawyer who graduated before chapter formed)

Kalamazoo College, Distinguished Service Award (1993)

American Quality Assurance Association, Quality Award (1993) (for work on State Bar Keller Task Force)

Grand Rapids Bar Association, Donald R. Worsfold Distinguished Service Award (2014) (considered its highest award, given periodically to a member "whose service stands out for its extraordinary impact on the life of the community")

Grand Rapids Bar Association, President's Award (2004)

Grand Rapids Bar Young Lawyers Section, Service and Mentoring Award (1999)

Named in Grand Rapids Magazine's "Top 10 Lawyers," November 1998

Named in "The Best Lawyers in America" in practice areas of Commercial Litigation, Bet-the-Company Litigation, Alternative Dispute Resolution and Professional Responsibility and Ethics.

Named in "The Best Lawyers in America" as Lawyer of the Year in Mediation – 2012.

Named in Chambers USA – Leading Business Lawyers in area of Commercial Litigation, currently rated as one of three Senior Statesmen in Michigan, previously rated as a Tier 1 litigator in Michigan.

Named as one of the Top 100 lawyers in Michigan in the inaugural 2006 publication of Michigan Superlawyers and in each succeeding year.

Named as one of the Top 10 lawyers in Michigan by Michigan Superlawyers on five occasions.

Featured on cover story 2010 Michigan Superlawyers Magazine

Named as one of 25 "Leaders in the Law" by Michigan Lawyers Weekly, February 11, 2011.

Named as "Michigan Lawyer of the Year" by Michigan Lawyers Weekly, March 15, 2011.

Named as one of the top 3000 lawyers in the United States by Lawdragon, 2011.

**PROFESSIONAL ACTIVITIES**

<u>Member</u>:   U.S. District Court, Western District of Michigan. Previous committee assignments: DeVitt Committee (re standards for admission); Magistrate Retention Committee; ADR Task Force.

Michigan Supreme Court, Mediation Confidentiality and Standards of Conduct Committee (2008-2010)

<u>Member and Chairperson of Court Funding Committee</u>:

Michigan Trial Court Assessment Commission (1997-1998)

<u>Seminar /Teaching engagements</u>:

Product Liability, Case Management through Paralegals, Institute of Continuing Legal Education, May 1986

How to Successfully Handle a Personal Injury Case, Institute of Continuing Legal Education, September 1986

4

Civil Practice in the Federal District Courts, Institute of Continuing Legal Education, September 1987

Broker-Dealer Securities Litigation, Grand Rapids Bar Association, January 1988

Fundamentals of Michigan Practice, Institute of Continuing Legal Education, January 1989

Alternative Dispute Resolution, (Moderator), Federal Bar Association, Michigan Conference, November 1990

Limitations on Advocacy, Michigan Mandatory Continuing Legal Education, April, 1991 (live and taped speaker in program mandated by Michigan Supreme Court for all new lawyers)

Liability for Environmental Cleanup, Association of Internal Auditors, February 1992

"The Night Before Trial" Evidence Refresher, Institute of Continuing Legal Education, December 1993

Accounting Malpractice, Smith Barney Seminar Series, June 1995

Voluntary Facilitative Mediation, March 25, 1996, Sponsored by Federal Bar Association, Western Michigan Chapter, and U.S. District for the Western District of Michigan

Breakthrough Strategies for Litigation Success, January 14, 1999, sponsored by Grand Rapids Bar Association

Litigation Ethics, May 6, 1999, sponsored by Grand Rapids Bar Association

One View From the Trenches - Thoughts on Facilitative Mediation, November 15, 2000, United States District Court, Western District of Michigan, Mediator Education Program

Essentials of Civil Discovery and Depositions, Institute of Continuing Legal Education, February 6, 2003.

Mediation and Case Management: Do's and Don'ts on the Way to Successful Mediations, Federal Judicial Center, Washington D.C., June 19, 2003

5

Litigation Boot Camp: Civility and Professionalism, Institute of Continuing Legal Education, June 2004

Mediation of Land Use Disputes, Annual Meeting of Michigan Society of Planners, October 1, 2004

Advanced Mediation Issues and Practice, Federal Bar Association, Western District of Michigan, November 16, 2004

5th Annual Advanced Negotiation & Dispute Resolution Institute, Institute of Continuing Legal Education, March 16, 2006

6th Annual Advance Negotiation & Dispute Resolution Institute, Institute of Continuing Legal Education, March 22, 2007

Advanced Mediation Training Master Class: A Multimedia Comparison of Caucus and Plenary Session Techniques in Mediating Disputes, Institute of Continuing Legal Education, November 15, 2007 (ICLE was awarded the 2008 ACLEA Best Award for Outstanding Achievement in Programming based, in part, upon this Master Class.)

Advanced Mediation Training, United States District Court for the Western District of Michigan, Mediator Education Program, February 23, 2008

7th Annual Advanced Negotiation & Dispute Resolution Institute, Institute of Continuing Legal Education, March 13, 2008.

Association for Conflict Resolution, workshop presenter at 8th Annual Conference, September 26, 2008, Austin, TX, entitled "Selecting Appropriate Tools for the Job: Caucus vs. Joint Session in a Commercial Mediation"

9th Annual Advanced Negotiaton & Dispute Resolution Institute, Institute of Continuing Legal Education, March 18, 2010.

Advanced Mediation Training, United States District Court for the Western District of Michigan, Mediator Education Program, March 18, 2011.

Trial Practice Workshop Faculty:

ICLE, Advocacy Institute, Trial Advocacy Skills Workshop, Ann Arbor, Michigan: 1988, 1989, 1998, 1999, 2000, 2002, 2004

6

Federal Bar Association, Hillman Advocacy Workshop, 1991

**COMMUNITY ACTIVITIES**

Natural Areas Conservancy of West Michigan, Board of Trustees 1978-1984

Grand Rapids Performing Arts Center Campaign (1977)

Kalamazoo College Board of Trustees (1981-1990, 1993-1994); Vice Chairman, (1988-1990); Executive Committee (1983-1990); Chairperson, Academic Affairs Committee (1986-1990); Chairperson, Student Life Committee (1983-1986).

Heart of West Michigan United Way, Provider Review Team (1995-96)

Grand Rapids Art Museum, Trustee (1999-2005); Executive Committee (2000-2005); Vice President (2003-2004).

Greater Grand Rapids Bicycle Coalition; Director (2009 - 2012)

**PUBLICATIONS**

Michigan Civil Procedure During Trial, 2nd ed., 1989 (Chapter on Proof of Facts), Institute of Continuing Legal Education.

Author, Michigan Formal Ethics Opinion C-235 (May 1985)

Author, Michigan Formal Ethics Opinion C-239 (September 1986)

"Forging a Legacy for Seven Generations," Michigan Bar Journal, October 1994

"The Knave Stands Accused," Michigan Bar Journal, November 1994

"Ahöla Returns," Michigan Bar Journal, December 1994; republished in The Grand Rapids Press, February 26, 1995

"What About Maria?" Michigan Bar Journal, January 1995

"The Answer to Why?" Michigan Bar Journal, February 1995

"Glaucon's Reply," Michigan Bar Journal, March 1995

"A Cloak of Many Colors," Michigan Bar Journal, May 1995

"The Lawyer in Luke," Michigan Bar Journal, June 1995

"A Vision of Meaning," Michigan Bar Journal, July 1995

"A Tribute to Margaret," <u>Michigan Bar Journal</u>, August 1995

"A Letter to My Son," <u>Michigan Bar Journal</u>, September 1995

"Dreams and Crazy Schemes," <u>Michigan Bar Journal</u>, December 1996; republished in <u>The Grand Rapids Press</u>, December 28, 1996

"John W Cummiskey," <u>Michigan Bar Journal,</u> October, 1999.

"Finding the Winning Strategy" and "The Right Way to Use Experts," <u>The Litigation Newsletter,</u> Litigation Section, State Bar of Michigan, Fall 2000.

"War or Peace in the Courts, <u>Business</u> <u>Update,</u> November 2000.

"Mediation Comes In More Than One Size," <u>The ADR Newsletter</u>, Alternative Dispute Resolution Section of the State Bar of Michigan, Vol 10, No. 6, December, 2003; reprinted in The Litigation Newsletter, Litigation Section of the State Bar of Michigan, Winter 2005

"Direct Examination – A Forgotten Art," <u>Michigan Bar Journal</u>, May 2013.