# EXHIBIT B

## RESUME

**Gene J. Esshaki**
**Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C.**
**300 River Place, Suite 3000**
**Detroit, Michigan  48207-4225**
**Telephone: 313-566-2500; Fax:  313-566-2502; e-mail:  gjesshaki@abbottnicholson.com**

| | |
|---|---|
| **Profession:** | Attorney concentrating in commercial, corporate, complex business litigation, arbitration, facilitation and mediation. |
| **Employment:** | Shareholder, Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C., 1974 to Present; Member Board of Directors 1974 to 2004; Member Executive Committee 1985 to December 2004 and CEO 1999 to December 2004. |
| **Experience:** | Forty years' experience as a business, corporate and commercial transaction attorney; concentrating in business and complex commercial litigation.  General Counsel Representation of closely held companies with sales ranging from $1 Million to multi-billion dollars.  Special counsel to national and multi-national corporations.  Handled all aspects of business law and litigation for clients in every field of endeavor.  Also managed the business of a fully integrated, medium size business law firm, most recently as CEO. |
| **Alternative Dispute Resolution Experience:** | Arbitrator:  American Arbitration Association 1979 to Present; arbitrated cases ranging from $5,000 to $500 Million as sole arbitrator and as a member of three-person panels.  Prosecuted and defended numerous arbitration cases on behalf of clients within and outside the AAA.  Member AAA Commercial Panel, the Complex Case Panel and Mass Claims Panel; Member Advisory Board, Complex Case Panel, AAA Southfield, Michigan.  Hearing Panelist, Attorney Discipline Board.  Case Evaluator, Wayne County Mediation Tribunal Association; Approved Mediator: Wayne, Oakland, Washtenaw and Macomb Counties and U.S. District Court, Eastern District of Michigan. |
| **Alternative Dispute Resolution Training:** | ICLE Featured Speaker, 2010Masters in Mediation Series; Faculty Member: Annual Dispute Resolution Institute State Bar of Michigan-2004 to 2013; Guest Lecturer:  The essentials of Arbitration, Cooley Law School, 2010 and 2011.  AAA Arbitration Roadmap: The Standard for Efficient and Cost Effective Arbitration, 2008; AAA Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics (ACE 005); AAA Arbitration Awards: Safeguarding, Deciding & Writing (ACE 001): Faculty, AAA 2003 and 2002 Annual Arbitrator's Update; Instructor AAA Summer Program re continuing education for Neutral Arbitrators on Drafting Arbitration Agreements, August 2005; Participant, AAA Annual Neutral's Update, 2005 and 2004; State Bar of Michigan, The Brain Science Behind Mediation; Mediating With Highly Positional Parties, 2008; Institute for Continuing Legal Education Advanced Mediation Training 3/05 and 2/02; - Five-day Mediator Workshop, 9/01; AAA Instructor AAA Neutral's Training Program 12/02; Commercial Arbitrator II Workshop, Southfield, 2/01; AAA sponsored training for Prudential Mass Claims ADR program, 6/99; AAA Commercial Arbitrator Training Workshop, Orlando, 10/98; AAA Large Complex Case Program Training, 8/98; Mediator International Mediation Institute, 2009. |
| **Professional License:** | Admitted to Bar:  Michigan, 1974; U.S. District Court, Eastern and Western Districts of Michigan; Sixth Circuit; United States Supreme Court; Michigan Supreme Court Certified Mediator 2/02. |
| **Professional Associations:** | American Bar Association (Litigation and General Practice Section); Michigan Bar Association (Alternative Dispute Resolution Section [Council Member]; General Practice Section; Litigation Section); Oakland County Bar Association; Macomb County Bar Association:  Metropolitan Detroit Bar Association (Past Director; Member ADR Section Council); Detroit Bar Foundation (Past Trustee-President); Michigan Bar Foundation (Fellow); Member, American Board of Trial Advocates; Member International Mediator Institute; 2010 Recipient ADR Section George N. Bashara Award for contribution to the field of ADR. |
| **Education:** | Wayne State University, Detroit, Michigan (B.A.-1971); (JD-1974). |
| **Hourly Rate:** | $550.00 per hour. |

4828-8345-6015, v. 11