**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master File No. 12-md-02311<br><br>Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |

## SUPPLEMENTAL JOINT STATUS REPORT REGARDING APPOINTMENT OF A FACILITATOR

On June 27, 2014, pursuant to the direction of the Court, the parties filed a Joint Status Report Regarding Appointment of a Facilitator (ECF No. 751), identifying two candidates as potential facilitators: Messrs. Jon R. Muth and Gene J. Esshaki.  The following supplements Mr. Muth's contact information:

1.      Effective June 30, 2014, Mr. Muth has retired from Miller, Johnson, Snell & Cummiskey, P.L.C.

2.      Mr. Muth's new contact information is as follows:

>       Muth ADR, PLLC
>       P.O. Box 310
>       Belmont, MI 49306
>       Telephone:  (616) 540-2299
>       jon@muthadr.com

Respectfully submitted,

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**

*/s/ Steven F. Cherry*

June 30, 2014                            By:   Steven F. Cherry
                                               David P. Donovan
                                               Brian C. Smith
                                               Kurt G. Kastorf
                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
                                               1875 Pennsylvania Avenue, NW
                                               Washington, DC 20006
                                               Telephone:  (202) 663-6000
                                               Facsimile:  (202) 663-6363
                                               steven.cherry@wilmerhale.com
                                               david.donovan@wilmerhale.com
                                               brian.smith@wilmerhale.com
                                               kurt.kastorf@wilmerhale.com

                                               Steven M. Zarowny (P33362)
                                               General Counsel
                                               DENSO International America, Inc.
                                               24777 Denso Drive
                                               Southfield, MI 48033
                                               Telephone:  (248) 372-8252
                                               Facsimile:  (248) 213-2551
                                               steve_zarowny@denso-diam.com
                                               *Attorney for Defendant DENSO*
                                               *International America, Inc.*

                                               *Attorneys for Defendants DENSO*
                                               *International America, Inc. and DENSO*
                                               *Corporation*


                                               **KOHN, SWIFT & GRAF, P.C.**

                                               */s/ Joseph C. Kohn* (with consent)
June 30, 2014                            By:   Joseph C. Kohn
                                               William E. Hoese
                                               Douglas A. Abrahams
                                               KOHN, SWIFT & GRAF, P.C.
                                               One South Broad Street, Suite 2100
                                               Philadelphia, PA 19107
                                               Telephone:  (215) 238-1700
                                               Facsimile:  (215) 238-1968
                                               jkohn@kohnswift.com
                                               whoese@kohnswift.com
                                               dabrahams@kohnswift.com

**PRETI, FLAHERTY, BELIVEAU**
**& PACHIOS LLP**

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
**PRETI, FLAHERTY, BELIVEAU**
**& PACHIOS LLP**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com


**FREED KANNER LONDON**
**& MILLEN LLC**

Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com


**SPECTOR ROSEMAN KODROFF**
**& WILLIS, P.C.**

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

3

Telephone: (215) 496-0300
Facsimile: (215) 496 6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Co-Lead Counsel for the Direct
Purchaser Plaintiffs*


**FINK + ASSOCIATES LAW**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Interim Liaison Counsel for the Direct
Purchaser Plaintiffs*


**BARRETT LAW GROUP, P.A.**

*/s/ Don Barrett* (with consent)

June 30, 2014                    By:  Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com


**CUNEO GILBERT & LADUCA, L.L.P.**

Jonathan W. Cuneo
Victoria Romanenko

4

CUNEO GILBERT & LADUCA, L.L.P.
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Vicky@cuneolaw.com

Joel Davidow
Daniel Cohen
Michael J. Flannery
CUNEO GILBERT & LADUCA, L.L.P.
300 North Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
mflannery@cuneolaw.com


**LARSON • KING, L.L.P.**

Shawn M. Raiter
Paul A. Sand
LARSON • KING, L.L.P.
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

*Attorneys for Automobile Dealer Plaintiffs*


**SUSMAN GODFREY L.L.P.**

*/s/ Marc M. Seltzer* (with consent)

June 30, 2014                    By:   Marc M. Seltzer
                                       Steven G. Sklaver
                                       SUSMAN GODFREY L.L.P.
                                       1901 Avenue of the Stars, Suite 950
                                       Los Angeles, CA 90067-6029
                                       Telephone:  (310) 789-3100
                                       Facsimile:  (310) 789-3150
                                       mseltzer@susmangodfrey.com
                                       ssklaver@susmangodfrey.com

5

Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1900
Facsimile:  (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com


**COTCHETT, PITRE &
    McCARTHY, LLP**

Frank C. Damrell
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com


**ROBINS, KAPLAN, MILLER &
    CIRESI L.L.P.**

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS,  KAPLAN,  MILLER  &  CIRESI
L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

*Interim Co-Lead Class Counsel for the*
*Proposed End-Payor Plaintiffs Classes*

**THE MILLER LAW FIRM, P.C.**

E. Powell Miller (P39487)
Adam T. Schnatz (72049)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Interim Liaison Counsel for End-Payor*
*Plaintiffs*