**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS ) ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alden L. Atkins of the law firm Vinson & Elkins LLP hereby enters an appearance on behalf of Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc. in the above-captioned case, in accordance with the July 3, 2014 Electronic Case Management Protocol Order (MDL Dkt No. 753). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 7, 2014        VINSON & ELKINS LLP

By:   /s/ Alden L. Atkins
Alden L. Atkins
2200 Pennsylvania Ave. N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6613
Fax: (202) 879-8813
Email: aatkins@velaw.com

*Attorney for Hitachi, Ltd., Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc.*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: July 7, 2014　　　　　　　　　　　VINSON & ELKINS LLP

                                                      By:   /s/ Alden L. Atkins
                                                                     Alden L. Atkins