# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| All Actions | |

## SUPPLEMENTAL JOINT STATUS REPORT REGARDING APPOINTMENT OF A FACILITATOR

On June 27, 2014, pursuant to the direction of the Court, the parties filed a Joint Status Report Regarding Appointment of a Facilitator (ECF No. 751), identifying two candidates as potential facilitators. The parties notified the Court that they are discussing a proposed order appointing a facilitator and identifying the scope of the facilitator's role and responsibilities. The parties have exchanged draft proposals and continue to confer. The parties are hopeful that they will be able to submit a joint proposed order by Monday, July 14, 2014.

Respectfully submitted,

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**

July 7, 2014

By: */s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW

Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Facsimile: (248) 213-2551
steve_zarowny@denso-diam.com
*Attorney for Defendant DENSO International America, Inc.*

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

**KOHN, SWIFT & GRAF, P.C.**

July 7, 2014

By:  */s/ Joseph C. Kohn* (with consent)
     Joseph C. Kohn
     William E. Hoese
     Douglas A. Abrahams
     KOHN, SWIFT & GRAF, P.C.
     One South Broad Street, Suite 2100
     Philadelphia, PA 19107
     Telephone: (215) 238-1700
     Facsimile: (215) 238-1968
     jkohn@kohnswift.com
     whoese@kohnswift.com
     dabrahams@kohnswift.com

**PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP**

Gregory P. Hansel
Randall B. Weill
Michael S. Smith

2

**PRETI, FLAHERTY, BELIVEAU
 & PACHIOS LLP**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com


**FREED KANNER LONDON
 & MILLEN LLC**

Steven A. Kanner
William H. London
Michael L. Silverman
FREED KANNER LONDON
 & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
msilverman@fklmlaw.com


**SPECTOR ROSEMAN KODROFF
 & WILLIS, P.C.**

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
 & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496 6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

**FINK + ASSOCIATES LAW**

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

**BARRETT LAW GROUP, P.A.**

*/s/ Don Barrett* (with consent)

July 7, 2014   By:   Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

**CUNEO GILBERT & LADUCA, L.L.P.**

Jonathan W. Cuneo
Victoria Romanenko
CUNEO GILBERT & LADUCA, L.L.P.
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Vicky@cuneolaw.com

4

5

        Joel Davidow
        Daniel Cohen
        Michael J. Flannery
        CUNEO GILBERT & LADUCA, L.L.P.
        300 North Tucker Blvd., Suite 801
        St. Louis, MO 63101
        Telephone: (202) 789-3960
        Facsimile: (202) 789-1813
        mflannery@cuneolaw.com

        **LARSON • KING, L.L.P.**

        Shawn M. Raiter
        Paul A. Sand
        LARSON • KING, L.L.P.
        2800 Wells Fargo Place
        30 East Seventh Street
        St. Paul, MN 55101
        Telephone: (651) 312-6500
        sraiter@larsonking.com
        psand@larsonking.com

        *Attorneys for Automobile Dealer Plaintiffs*

        **MANTESE HONIGMAN ROSSMAN**
        **AND WILLIAMSON, P.C.**

        Gerard V. Mantese (P34424)
        David Hansma (P71056)
        Brendan Frey (P70893)
        Joshua Lushnat (P75319)
        MANTESE HONIGMAN ROSSMAN
        AND WILLIAMSON, P.C.
        1361 E. Big Beaver Road
        Troy, MI 48083
        Telephone:  (248) 457-9200 Ext. 203
        Facsimile:   (248) 457-9201
        gmantese@manteselaw.com
        dhansma@manteselaw.com
        bfrey@manteselaw.com
        jlushnat@manteselaw.com

        *Interim Liaison Counsel for the Automobile*
        *Dealer Plaintiffs*

|  |  | **SUSMAN GODFREY L.L.P.** |
|---|---|---|
|  |  | */s/ Marc M. Seltzer* (with consent) |
| July 7, 2014 | By: | Marc M. Seltzer |
|  |  | Steven G. Sklaver |
|  |  | SUSMAN GODFREY L.L.P. |
|  |  | 1901 Avenue of the Stars, Suite 950 |
|  |  | Los Angeles, CA 90067-6029 |
|  |  | Telephone:  (310) 789-3100 |
|  |  | Facsimile:  (310) 789-3150 |
|  |  | mseltzer@susmangodfrey.com |
|  |  | ssklaver@susmangodfrey.com |

Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:  (214) 754-1900
Facsimile:  (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com


**COTCHETT, PITRE &
  McCARTHY, LLP**

Frank C. Damrell
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com


**ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.**

6

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

**THE MILLER LAW FIRM, P.C.**

E. Powell Miller (P39487)
Adam T. Schnatz (72049)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Interim Liaison Counsel for End-Payor Plaintiffs*