UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: AUTOMOTIVE LAMPS CASES | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF LAUREN K. PEAY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Lauren K. Peay, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Koito Manufacturing Co., LTD in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 9, 2014

Respectfully submitted,

By: /s Lauren K. Peay
Lauren K. Peay
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5512
(202) 942-5999 - facsimile
Lauren.peay@aporter.com
DC Bar:  982275

*Attorney for Defendant Koito Manufacturing Co., LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 9, 2014

          By: /s Lauren K. Peay
Lauren K. Peay
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5512
(202) 942-5999 - facsimile
Lauren.peay@aporter.com
DC Bar:  982275

*Attorney for Defendant Koito Manufacturing Co., LTD.*