# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: AIR CONDITIONING SYSTEMS DIRECT PURCHASER ACTIONS | 2:13-cv-02701-MOB-MKM |
| THIS RELATES TO: | 2:13-cv-10772-MOB-MKM |
| SLTNTRST LLC, <br><br>    Plaintiff, <br><br>vs. <br><br>VALEO S.A., et al., <br><br>    Defendants. | |

## STIPULATION AND PROPOSED ORDER REGARDING SERVICE OF COMPLAINTS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

SLTNTRST LLC ("Plaintiff") has filed the above-captioned action ("Action") against the Defendants, including Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc., alleging violations of Section 1 of the Sherman Act in connection with the sale and manufacture of air conditioning systems. So as to preserve both party and judicial resources, Plaintiff and Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. ("Stipulating Defendants"), by and through their undersigned counsel, stipulate to the following with respect to the Action:

    1.    Plaintiff served a copy of the summons and complaint, filed on February 19, 2014

(the "Complaint") on Mitsubishi Heavy Industries Climate Control, Inc. and Mitsubishi Heavy Industries America, Inc. in satisfaction of the requirements of Fed. R. Civ. P. 4 on June 2 and June 3, 2014, respectively.

2. Unless otherwise modified by a case management order entered in this Action, Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond within 60 days after either: (a) Plaintiff files and serves on Stipulating Defendants and at least a majority of the other Defendants in this Action at the time of service, a Consolidated Amended Complaint ("CAC") asserting claims based on sales and manufacture of air conditioning systems; (b) if Plaintiff has already served the CAC on Stipulating Defendants, service of the CAC on at least a majority of the other defendants named in the CAC; (c) Plaintiff files and serves on Stipulating Defendants and at least a majority of all other Defendants in this Action at the time of service, the Complaint and a notice stating that Plaintiff will not be filing a CAC in this Action and that Stipulating Defendants should therefore respond to the Complaint; (d) if Plaintiff has already served Stipulating Defendants with notice that a CAC will not be filed, service of notice that a CAC will not be filed on at least a majority of the other Defendants in this Action.

3. Once Stipulating Defendants and the majority of the other Defendants are served with the CAC or a notice that a CAC will not be filed, as contemplated in paragraph 2, if Stipulating Defendants file an answer, move, or otherwise respond pursuant to Fed. R. Civ. P. 12, in any related actions in case number 2:13-cv-2701 asserting claims based on the sale and manufacture of air conditioning systems before the date required by this stipulation, Stipulating Defendants will concurrently file their answer, move, or otherwise respond as permitted by Rule 12, in this matter. If Stipulating Defendants provide discovery in any related actions in case

number 2:13-cv-2701 asserting claims based on the sale and manufacture of air conditioning systems, Stipulating Defendants will concurrently provide discovery in this matter.

    4.    Plaintiff and Stipulating Defendants stipulate and agree that the entry into this stipulation by Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or (c) any other statutory or common law defenses that may be available to Stipulating Defendants in this Action or any other Direct Purchaser Action concerning the sale and manufacture of air conditioning systems. Stipulating Defendants expressly reserve their right to raise any such defenses (or any other defense), aside from insufficient process and insufficient service of process, in response to (a) the current Complaint or any amended and/or consolidated complaint that may be filed on behalf of any direct purchaser plaintiff in an action concerning the sale and manufacture of air conditioning systems, and/or (b) any complaint that may be filed in any direct purchaser action concerning the sale and manufacture of air conditioning systems.

**IT IS SO STIPULATED.**

Dated: July 16, 2014

      /s/ Ronald F. Wick_____
Melissa H. Maxman
Ronald F. Wick
COZEN O'CONNOR
1627 I Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 912-4800
Fax: (202) 478-2653
mmaxman@cozen.com
rwick@cozen.com

Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Fax: (561) 515-1401
Email: jdominguez@cohenmilstein.com

Solomon B. Cera
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230

*Counsel for SLTNTRST LLC, Trustee for Fleetwood Liquidating Trust*

Dated:  July 16, 2014                              /s/ Corey W. Roush
                                                Corey W. Roush
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5731
Facsimile: (202) 637-5910
corey.roush@hoganlovells.com

*Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*

**IT IS SO ORDERED:**

Dated: _____       _____
**Honorable Marianne O. Battani**
**United States District Judge**

5

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the email addresses registered.

    /s/ Ronald F. Wick
Melissa H. Maxman
Ronald F. Wick
COZEN O'CONNOR
1627 I Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 912-4800
Fax: (202) 478-2653
mmaxman@cozen.com
rwick@cozen.com