**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-MD-02311 |
| **ALL PARTS** | Honorable Marianne O. Battani |
| **THIS RELATES TO: ALL CASES** | Magistrate Mona K. Majzoub |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office address and facsimile number of Kakinuki Law Office, PC, have changed.  The attorney appearing in this case associated with this office is John C. Kakinuki.  The new office address and facsimile number are as follows:

Kakinuki Law Office, PC
Courthouse Square, Ste. 550
1000 Fourth St.
San Rafael, CA 94901-3118
Facsimile: (415) 492-2014

There are no changes to the remaining contact information for Mr. Kakinuki.

| | |
|---|---|
| Dated: July 18, 2014 | Respectfully submitted, |
| | /s/ John C. Kakinuki |
| | John C. Kakinuki (CA Bar No. 118741) |
| | Kakinuki Law Office, PC |
| | Courthouse Square, Ste. 550 |
| | 1000 Fourth St. |
| | San Rafael, CA 94901-3118 |
| | Telephone: (415) 492-2011 |
| | Facsimile: (415) 492-2014 |
| | john@kakinukilaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF-registered counsel.

                              /s/ John C. Kakinuki
                              John C. Kakinuki (CA Bar No. 118741)
                              Kakinuki Law Office, PC
                              Courthouse Square, Ste. 550
                              1000 Fourth St.
                              San Rafael, CA 94901-3118
                              Telephone: (415) 492-2011
                              Facsimile: (415) 492-2014
                              john@kakinukilaw.com