# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS     12-md-02311
ANTITRUST LITIGATION        Honorable Marianne O. Battani

ALL PARTS

THIS RELATES TO: ALL CASES

## NOTICE OF APPEARANCE OF MATTHEW J. REILLY

Please take notice that Matthew J. Reilly of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  July 24, 2014                Respectfully submitted,

/s/ Matthew J. Reilly
Matthew J. Reilly
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5566
Facsimile: (202) 636-5502
Matt.Reilly@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

-2-

## CERTIFICATE OF SERVICE

I certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance of Matthew J. Reilly with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Matthew J. Reilly
Matthew J. Reilly
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5566
Facsimile: (202) 636-5502
Matt.Reilly@stblaw.com
