# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) | |

## NOTICE OF APPEARANCE OF ABRAM J. ELLIS

Please take notice that Abram J. Ellis of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated:  July 24, 2014            Respectfully submitted,

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

-2-

## CERTIFICATE OF SERVICE

I certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance of Abram J. Ellis with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Abram J. Ellis
Abram J. Ellis
Simpson Thacher & Bartlett LLP
1155 F Street, NW, 12th Floor
Washington, DC 20004
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com