# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) | |

## NOTICE OF APPEARANCE OF DAVID T. SHOGREN

Please take notice that David T. Shogren of Simpson Thacher & Bartlett LLP hereby enters his appearance as counsel for Defendants Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: July 24, 2014

Respectfully submitted,

/s/ David T. Shogren
David T. Shogren
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5562
Facsimile: (202) 636-5502
dshogren@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

-2-

## CERTIFICATE OF SERVICE

      I certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance of David T. Shogren with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ David T. Shogren
David T. Shogren
Simpson Thacher & Bartlett LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5562
Facsimile: (202) 636-5502
dshogren@stblaw.com