UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) | |

## NOTICE OF APPEARANCE OF TIMOTHY J. LOWE

Please take notice that Timothy J. Lowe of McDonald Hopkins PLC hereby enters his appearance as counsel for Defendants Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc. in accordance with the Corrected Electronic Case Management Protocol (ECF No. 518, ¶ 10).

Dated: July 24, 2014

Respectfully submitted,

/s/ Timothy J. Lowe
Timothy J. Lowe
McDonald Hopkins PLC
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
Facsimile: (248) 646-5075
tlowe@mcdonaldhopkins.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance of Timothy J. Lowe with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Timothy J. Lowe
Timothy J. Lowe
McDonald Hopkins PLC
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1359
Facsimile: (248) 646-5075
tlowe@mcdonaldhopkins.com