**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| | Master File No. 12-md-02311 |
| In re: Anti-Vibrational Rubber Parts | |
| | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| Dealership Actions | 2:13-cv-00802-MOB-MKM |
| End-Payor Actions | 2:13-cv-00803-MOB-MKM |

**NOTICE OF APPEARANCE OF COURTNEY A. ROSEN**

PLEASE enter of the appearance of Courtney A. Rosen of Sidley Austin LLP as counsel for Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC, and Toyo Tire North America Manufacturing, Inc. in the above-captioned matters. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

July 29, 2014

*/s/ Courtney A. Rosen*
Courtney A. Rosen
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: crosen@sidley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2014, I electronically filed this Appearance of Courtney A. Rosen with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.


July 29, 2014                                        */s/ Courtney A. Rosen*
                                                     Courtney A. Rosen
                                                     Sidley Austin LLP
                                                     One S. Dearborn St.
                                                     Chicago, IL 60603
                                                     Telephone: (312) 853-7000
                                                     Facsimile: (312) 853-7036
                                                     Email: crosen@sidley.com