## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

—————————————————————————
                                                    :
In Re: AUTOMOTIVE PARTS                              :
ANTITRUST LITIGATION                                 :
                                                    :      Master File No. 12-md-02311
In re: Anti-Vibrational Rubber Parts                 :
—————————————————————————                            :      Hon. Marianne O. Battani
                                                    :
THIS DOCUMENT RELATES TO:                            :
                                                    :
Dealership Actions                                   :      2:13-cv-00802-MOB-MKM
End-Payor Actions                                    :      2:13-cv-00803-MOB-MKM
—————————————————————————                            :

### NOTICE OF APPEARANCE OF ANGELO J. SUOZZI

PLEASE enter of the appearance of Angelo J. Suozzi of Sidley Austin LLP as counsel for Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC,  and Toyo Tire North America Manufacturing, Inc. in the above-captioned matters. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

July 29, 2014                              _/s/ Angelo J. Suozzi_____
                                           Angelo J. Suozzi
                                           Sidley Austin LLP
                                           One S. Dearborn St.
                                           Chicago, IL 60603
                                           Telephone: (312) 853-7000
                                           Facsimile: (312) 853-7036
                                           Email: asuozzi@sidley.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 29, 2014, I electronically filed this Appearance of Angelo

J. Suozzi with the Clerk of the Court using the ECF system, which will send notification of such

filing to the ECF participants.

July 29, 2014

<u>*/s/ Angelo J. Suozzi*            </u>
Angelo J. Suozzi
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: asuozzi@sidley.com