UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: HID BALLASTS CASES | 2:13-cv-01702-MOB-MKM |
| THIS RELATES TO DEALERSHIP ACTIONS | |

### APPEARANCE OF TIANA RUSSELL

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Tiana Russell of the law firm of Arnold & Porter LLP, as counsel on behalf of Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: July 31, 2014

Respectfully submitted,

By:  /s Tiana Russell
Tiana Russell
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6807
(202) 942-5999 - facsimile
Tiana.russell@aporter.com
DC Bar: 975463

*Attorney for Defendant Koito Manufacturing Co., LTD. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I electronically filed my Appearance on behalf of Koito Manufacturing Co. Ltd. and North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

By: /s Tiana Russell
Tiana Russell
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6807
(202) 942-5999 - facsimile
Tiana.russell@aporter.com
DC Bar: 975463

*Attorney for Defendant Koito Manufacturing Co., LTD. and North American Lighting, Inc.*