**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the Appearance of Keith R. Palfin of the law firm Shearman & Sterling, LLP, as counsel on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Respectfully Submitted,

By: */s/ Keith R. Palfin*
Keith R. Palfin
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8197
Fax: (202) 508-8100
Email: keith.palfin@shearman.com

*Attorney for Defendants JTEKT Corporation
and JTEKT North America Corporation,
formerly d/b/a Koyo Corporation of U.S.A.*

Dated: August 6, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2014, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

By: */s/ Keith R. Palfin*
Keith R. Palfin
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8197
Fax: (202) 508-8100
Email: keith.palfin@shearman.com

*Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A.*