**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-MD-02311 Honorable Marianne O. Battani |
| **In Re: ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE enter the Appearance of Alison R. Welcher of the law firm Shearman & Sterling, LLP, as counsel on behalf of JTEKT Automotive North America, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Respectfully Submitted,

By: */s/ Alison Welcher*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 508-8100
Email: alison.welcher@shearman.com

*Attorney for Defendant JTEKT Automotive North America, Inc.*

Dated:  August 7, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2014, I electronically filed my Appearance on behalf of

JTEKT Automotive North America, Inc. with the Clerk of the Court using the ECF system

which will send notification of such filing to the ECF participants.


By: *<u>/s/ Alison Welcher</u>*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 508-8100
Email: alison.welcher@shearman.com


*Attorney for Defendant JTEKT Automotive
North America, Inc.*