UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS**         12-md-02311
**ANTITRUST LITIGATION**        Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO:  ALL CASES**
_____/

### NOTICE OF PROPOSED ORDER APPOINTING MASTER

On June 27, 2014, pursuant to this Court's instruction, the parties filed a joint status report regarding the appointment of a facilitator (Doc. No. 751).  They subsequently submitted a joint proposed order.  The Court reviewed the parties' proposals, and, pursuant to Rule 53(b), provides notice of its intention to appoint a master and the opportunity to object to the attached proposed order in writing, on or before **August 28, 2014**.

Also attached to this Notice is a copy of the Affidavit of Disclosure of Nominated Master submitted to the Court pursuant to Rule 53(b)(3)(A) and 28 U.S.C. § 455, which has not been filed.  Any party raising an objection based on the affidavit must notify the Court of its objection on or before **August 28, 2014**.

**IT IS SO ORDERED**.

Date:  August 14, 2014             s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 14, 2014.

<u>s/ Kay Doaks</u><br>
Case Manager