# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 <br> : Honorable Marianne O. Battani |
| [PART] | : Case No. |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTIONS | |

## END-PAYOR PLAINTIFFS' FIRST SET OF INTERROGATORIES TO [DEFENDANT]

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs, through their counsel, request that [Defendant] respond to the following interrogatory within (30) days of service and thereafter supplement such interrogatory response as may be necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## **DEFINITIONS**

The following Definitions apply to these Interrogatories:

1. "Each" includes "all" and "any."

2. "Make" means motor vehicle original equipment manufacturer ("OEM").

1

3. "Model Name" means a particular brand of motor vehicle sold under a make by an OEM.

4. "Model Number" means an alphabetical and/or numerical code used in reference to a particular brand of motor vehicle during the research and development phase.

5. "Model Platform" refers to motor vehicle models of the same model year or different model years that share common design, engineering, production, and/or manufacturing characteristics, including but not limited to, identical automotive parts at the component or sub-component level.

6. "Model Year" refers to the first year that a motor vehicle model is officially available for purchase in a specific market. Note that some models may be unofficially available for purchase in specific markets before their model year.

7. The use of the singular herein also includes the plural, the masculine, and the feminine, as appropriate in the context. The use of any tense of any verb shall include also within its meaning all other tenses of the verb.

## INSTRUCTIONS

1. If a response to the interrogatory, or part thereof, is withheld on a claim of privilege, identify the privilege asserted and state in detail sufficient facts to establish the basis for the privilege. State whether the information requested has ever been provided to any governmental entity or any other

party other than Defendant or its attorneys.

2. If any information requested is withheld based on a claim that such information constitutes attorney work-product, please provide all the information described in Instruction No. 1 and identify the litigation in connection with which the information was obtained and/or prepared.

3. The obligation to respond to this interrogatory is continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. If at any time after responding to this interrogatory you discover additional information that will make your response to this interrogatory more complete or correct, supplement or amend your responses in accordance with the Rule.

4. If you respond to the interrogatory by reference to business records pursuant to Federal Rule of Civil Procedure 33(d), identify such records by Bates number and the name of the employee certifying the documents as business records for purposes of answering the interrogatory.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each vehicle model, including but not limited to Make, Model Name, Model Number, Model Platform, and Model Year, affected by the collusion or coordination described in your plea agreement with the Antitrust Division of the United States Department of Justice (Ex. 1).

**RESPONSE:**

Date: September __, 2014                /s/ Steven N. Williams
                                       Frank C. Damrell
                                       Steven N. Williams
                                       Adam J. Zapala
                                       Elizabeth Tran
                                       **COTCHETT, PITRE & McCARTHY, LLP**
                                       San Francisco Airport Office Center
                                       840 Malcolm Road, Suite 200
                                       Burlingame, CA 94010
                                       Telephone:  (650) 697-6000
                                       Facsimile:  (650) 697-0577
                                       fdamrell@cpmlegal.com
                                       swilliams@cpmlegal.com
                                       azapala@cpmlegal.com
                                       etran@cpmlegal.com

                                       /s/ Hollis Salzman
                                       Hollis Salzman
                                       Bernard Persky
                                       William V. Reiss
                                       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                       601 Lexington Avenue, Suite 3400
                                       New York, NY 10022
                                       Telephone:  (212) 980-7400
                                       Facsimile:  (212) 980-7499
                                       hsalzman@rkmc.com
                                       bpersky@rkmc.com
                                       wvreiss@rkmc.com

/s/ *Marc. M. Seltzer*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*