# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| ALL PARTS | : Case No. |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : **[PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY** |

### ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY

Before the Court is End-Payor Plaintiffs' motion to modify the Stipulated Order of Discovery of December 23, 2013 (ECF No. 664) ("Discovery Stay") as modified by the Court's order of June 25, 2014 (ECF No. 750). The United States Department of Justice does not object to the modification, and the discovery would be helpful to the Court and the Parties.

Upon consideration of the parties' arguments, the motion is **GRANTED**.

The Court therefore modifies the Discovery Stay to permit Plaintiffs to serve discovery on defendants in cases that are or become part of MDL 2311 who have pled guilty or agreed to plead guilty seeking the identification of vehicles affected by the conduct described in their guilty pleas. Plaintiffs may serve discovery consistent with this order in all cases that are presently or become part of this multidistrict litigation.

IT IS SO ORDERED.

Date:   September __, 2014

_____
MARIANNE O. BATTANI
United States District Judge

1