# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HEATER CONTROL PANELS CASES | 2:12-cv-00400-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | <br><br>2:12-cv-00402-MOB-MKM<br>2:12-cv-00403-MOB-MKM |

## NOTICE OF APPEARANCE BY GRETCHEN HOFF VARNER

PLEASE TAKE NOTICE that Gretchen Hoff Varner, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendants Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.[1] in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: August 21, 2014

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Gretchen Hoff Varner*
Gretchen Hoff Varner
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA, 94102

---

[1] Alps Automotive, Inc. no longer exists by virtue of Alps Automotive, Inc.'s merger into Alps Electric (North America, Inc.), effective as of April 1, 2010.

Tel: 415-591-7056
Fax: 415-955-6556
Email: ghoffvarner@cov.com

Attorney for Defendants
*Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY GRETCHEN HOFF VARNER to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ *Gretchen Hoff Varner*
Gretchen Hoff Varner
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA, 94102
Tel: 415-591-7056
Fax: 415-955-6556
Email: ghoffvarner@cov.com

Attorney for Defendants
*Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.*