**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 2:12-md-02311-MOB-MKM<br>Hon. Marianne O. Battani |
| IN RE: BEARINGS CASES | Case No. 2:12-cv-00500-MOB-MKM |
| IN RE: BEARINGS CASES DIRECT PURCHASER ACTIONS | Case No. 2:12-cv-00501-MOB-MKM |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Meghan Boone, an attorney at Cohen Milstein Sellers & Toll PLLC, hereby moves to withdraw as counsel for Plaintiffs McGuire Bearing Company and ACAP, L.L.C. in the above-captioned litigation, and respectfully requests that her name be removed from the Court's electronic mail notice list and counsel's service lists. Cohen Milstein Sellers & Toll PLLC continues to serve as counsel for Plaintiffs McGuire Bearing Company and ACAP, L.L.C. through Kit A. Pierson, Manuel John Dominguez, and Brent W. Johnson, who are registered as Electronic Filing Users on the CM/ECF system, and request that all future correspondence and papers in this action continue to be directed to them.

DATED: August 25, 2014                    Respectfully submitted,

*/s/ Meghan Boone*
Meghan Boone
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email: mboone@cohenmilstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated:  August 25, 2014                          /s/ Meghan Boone
                                                 Meghan Boone