UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 <br> : Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**SECOND SUPPLEMENT TO MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY**

End-Payor Plaintiffs ("EPPs") hereby provide this second supplement to their motion to modify the stipulated order of discovery of August 21, 2014 (ECF No. 783), which was first supplemented on August 27, 2014 (ECF No. 789).

The motion had identified JTEKT Corporation ("JTEKT") as a defendant with whom EPPs were unable to meet and confer. After ECF No. 789 was filed, counsel for JTEKT ("JTEKT") Corporation contacted counsel for EPPs for the first time to suggest that the statement that JTEKT had not met and conferred with EPPs was incorrect. According to JTEKT's counsel, it participated in an open conference call with four other guilty-pleading defendants. Neither EPPs' recollection nor records reflect that JTEKT attended the meet and confer call, and counsel for JTEKT did not express any statement concerning the relief requested

1

by EPPs. In the spirit of cooperation, however, EPPs agree to state that we met and conferred with JTEKT, which did not consent to the relief we sought.

Date: August 28, 2014                    Respectfully submitted,

/s/ Elizabeth Tran
Frank C. Damrell
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

/s/ Hollis Salzman
Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

/s/ Marc. M. Seltzer
Marc M. Seltzer
Steven G. Sklaver

2

**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

/s/ E. Powell Miller
E. Powell Miller
Adam T. Schnatz
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
epm@millerlawpc.com
ats@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

3

## **CERTIFICATE OF SERVICE**

I, Steven N. Williams, hereby certify that I caused a true and correct copy of the **SECOND SUPPLEMENT TO MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY** to be served via e-mail upon all registered counsel of record via the Court's CM/ECF system on August 28, 2014.

*/s/ Steven N. Williams*
Steven N. Williams