# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION

12-md-02311

Honorable Marianne O. Battani

_____

ALL PARTS

_____

THIS RELATES TO: ALL CASES

_____

)
)
)
)
)
)
)

## NOTICE OF APPEARANCE OF JAMIE J. JANISCH

Please take notice that Jamie J. Janisch of Zausmer, Kaufman, August & Caldwell, P.C., hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation.

Dated: September 3, 2014

Respectfully submitted,

/s/ Jamie J. Janisch
Jamie J. Janisch
ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
jjanisch@zkac.com
Mich. Bar: P72516

*Counsel for Mitsubishi Electric Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2014, I electronically filed the foregoing Notice of Appearance of Jamie J. Janisch with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Jamie J. Janisch
Jamie J. Janisch
ZAUSMER, KAUFMAN,
AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
Telephone: (248) 851-4111
jjanisch@zkac.com
Mich. Bar: P72516