# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 4, 2014              DYKEMA GOSSETT PLLC

                                       By:  /s/ Howard B. Iwrey
                                            Howard B. Iwrey (P58584)
                                            Attorneys for Defendant North American
                                            Lighting, Inc.
                                            39577 Woodward Avenue
                                            Bloomfield Hills, Michigan 48304
                                            248.203.0700 – Telephone
                                            248.203.0763 – Facsimile
                                            hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed my Appearance on behalf of Defendant North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 4, 2014                         DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey
    Howard B. Iwrey (P58584)
    Attorneys for Defendant North American Lighting, Inc.
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    248.203.0700 – Telephone
    248.203.0763 – Facsimile
    hiwrey@dykema.com

BH01\2100428.1
ID\HBI - 110102\0001