## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### APPEARANCE OF BRIAN M. MOORE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian M. Moore of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant North American Lighting, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 4, 2014                         DYKEMA GOSSETT PLLC

                                                           By:  /s/ Brian M. Moore
                                                               Brian M. Moore (P58584)
                                                               Attorneys for Defendant North American Lighting, Inc.
                                                               39577 Woodward Avenue
                                                               Bloomfield Hills, Michigan 48304
                                                               248.203.0700 – Telephone
                                                               248.203.0763 – Facsimile
                                                               bmoore@dykema.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 4, 2014, I electronically filed my Appearance on behalf of Defendant North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  September 4, 2014        DYKEMA GOSSETT PLLC

                 By: /s/  Brian M. Moore
                   Brian M. Moore (P58584)
                   Attorneys for Defendant North American Lighting, Inc.
                   39577 Woodward Avenue
                   Bloomfield Hills, Michigan 48304
                   248.203.0700 – Telephone
                   248.203.0763 – Facsimile
                   bmoore@dykema.com