# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br><br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF LAUREN K. PEAY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Lauren K. Peay of the law firm of Arnold & Porter LLP, as counsel on behalf Defendant North American Lighting, Inc. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  September 4, 2014

Respectfully submitted,

By:  /s Lauren K. Peay
Lauren K. Peay
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5512
(202) 942-5999 - facsimile
Lauren.peay@aporter.com
DC Bar:  982275

*Attorney for Defendant North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed my Appearance on behalf of Defendant North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 4, 2014

By: /s Lauren K. Peay
Lauren K. Peay
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5512
(202) 942-5999 - facsimile
Lauren.peay@aporter.com
DC Bar: 982275

*Attorney for Defendant North American Lighting, Inc.*