UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: HID BALLASTS CASES | 2:13-cv-01700-MOB-MKM |

## APPEARANCE OF TIANA RUSSELL

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Tiana Russell of the law firm of Arnold & Porter LLP, as counsel on behalf of Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: September 4, 2014                          Respectfully submitted,

                                        By:  /s Tiana Russell
                                             Tiana Russell
                                             ARNOLD & PORTER LLP
                                             555 Twelfth Street NW
                                             Washington, DC 20004
                                             (202) 942-6807
                                             (202) 942-5999 - facsimile
                                             Tiana.russell@aporter.com
                                             DC Bar: 975463

                                             *Attorney for Defendants Koito Manufacturing Co., LTD. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 4, 2014, I electronically filed my Appearance on behalf of Koito Manufacturing Co. Ltd. and North American Lighting, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

                                           By:  /s Tiana Russell
                                                    Tiana Russell
                                                    ARNOLD & PORTER LLP
                                                    555 Twelfth Street NW
                                                    Washington, DC 20004
                                                    (202) 942-6807
                                                    (202) 942-5999 - facsimile
                                                    Tiana.russell@aporter.com
                                                    DC Bar: 975463

                                                    *Attorney for Defendants Koito Manufacturing Co., LTD. and North American Lighting, Inc.*