UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL CASES | **[PROPOSED] ORDER RE END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY** |

Before the Court is End-Payor Plaintiffs' motion to modify the Stipulated Order of Discovery of December 23, 2013 (ECF No. 664) ("Discovery Stay") as modified by the Court's order of June 25, 2014 (ECF No. 750). The United States Department of Justice does not object to the modification.

Upon consideration of the parties' arguments the motion is **GRANTED as follows**.

The Court modifies the Discovery Stay so as not to prohibit Plaintiffs from serving on those defendants who have pled guilty or agreed to plead guilty an interrogatory seeking the identification of vehicles involved in the conduct described in their guilty pleas. This order applies in all cases that are or become part of MDL 2311. The remaining provisions of the Discovery Stay remain in effect, and nothing in this order precludes any party from making any other objection or motion with respect to such potential discovery in any individual case that is or becomes part of MDL 2311.

**IT IS SO ORDERED.**

Date: September _, 2014

_____
MARIANNE O. BATTANI
United States District Judge

9569420