**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani<br>Honorable Mona Majzoub |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE OF YIFEI LI**

PLEASE TAKE NOTICE that Yifei Li of Cuneo Gilbert & LaDuca, LLP, hereby enters her appearance as counsel for all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: September 12, 2014              Respectfully submitted,

/s/ Yifei Li
Yifei Li, Esq.*
Cuneo Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002
Tel: (202) 789-3960
Fax: (202) 789-1813
Evelyn.li@cuneolaw.com

*Not admitted in D.C.
practice limited to federal courts and agencies

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Yifei Li
Yifei Li