## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS                12-md-02311
ANTIRUST LITIGATION                    Honorable Marianne O. Battani
_____
                                    )
ALL PARTS                           )
_____)
                                    )
THIS RELATES TO: ALL CASES          )
_____)

### NOTICE OF APPEARANCE OF GABRIEL A. FUENTES

Please take notice that Gabriel A. Fuentes of Jenner & Block LLP, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 9), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated:  September 17, 2014                Respectfully submitted,

                                          JENNER & BLOCK LLP

                                          By:  /s/ Gabriel A. Fuentes__

                                          Gabriel A. Fuentes
                                          (gfuentes@jenner.com)
                                          JENNER & BLOCK LLP
                                          353 N. Clark Street
                                          Chicago, IL 60654-3456
                                          Phone:  (312) 923-2808
                                          Fax:  (312) 840-2908

                                          *Counsel for Defendant Mitsubishi Electric*
                                          *Corporation; Mitsubishi Electric US*
                                          *Holdings, Inc.; and Mitsubishi*
                                          *Electric Automotive America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the September 17, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

Respectfully submitted,

JENNER & BLOCK LLP

By:  /s/ Gabriel A. Fuentes

Gabriel A. Fuentes
(gfuentes@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone:  (312) 923-2808
Fax:  (312) 840-2908

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*