## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS                12-md-02311
ANTIRUST LITIGATION                    Honorable Marianne O. Battani
_____

                                    )
ALL PARTS                           )
_____)
                                    )
THIS RELATES TO: ALL CASES          )
_____)


### NOTICE OF APPEARANCE OF CHARLES B. SKLARSKY

Please take notice that Charles B. Sklarsky of Jenner & Block LLP, in accordance with
the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 9), hereby enters his
appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US
Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated:  September 17, 2014               Respectfully submitted,

                                        JENNER & BLOCK LLP

                                        By:  /s/ Charles B. Sklarsky__

                                        Charles B. Sklarsky
                                        (csklarsky@jenner.com)
                                        JENNER & BLOCK LLP
                                        353 N. Clark Street
                                        Chicago, IL 60654-3456
                                        Phone:  (312) 923-2904
                                        Fax:  (312) 840-7304

                                        *Counsel for Defendant Mitsubishi Electric
                                        Corporation; Mitsubishi Electric US
                                        Holdings, Inc.; and Mitsubishi
                                        Electric Automotive America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 17, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

Respectfully submitted,

JENNER & BLOCK LLP

By:  /s/ Charles B. Sklarsky

Charles B. Sklarsky
(csklarsky@jenner.com)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone:  (312) 923-2904
Fax:  (312) 840-7304

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*