# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ELECTRONIC POWERED STEERING ASSEMBLIES | 2:13-cv-1902-MOB<br>2:13-cv-1903-MOB |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of Matthew L. Fornshell, Attorney, on behalf of Defendants Showa Corporation ("Showa") and American Showa, Inc. ("ASI") in the above-captioned action. Showa and ASI are appearing specially in the above-captioned action and do not intend to waive any defenses including, without limitation, the lack of personal jurisdiction.

Dated: September 25, 2014

Respectfully submitted,

*/s/ Matthew L. Fornshell*
_____
Matthew L. Fornshell (Ohio Bar No. 0062101)
**ICE MILLER LLP**
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1061
Facsimile: (614) 222-3692
E-Mail: Matthew.Fornshell@icemiller.com
Attorney for Defendants Showa Corporation, and American Showa, Inc.

CO\4709905.1

## CERTIFICATE OF SERVICE

I hereby certify on September 25, 2014, the foregoing Notice of Appearance was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: September 25, 2014         **ICE MILLER LLP**

                                  By:    */s/ Matthew L. Fornshell*
                                         _____

CO\4709905.1