# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS           ) ) ) | |
| THIS RELATES TO: ALL CASES   ) ) ) | |

## NOTICE OF APPEARANCE OF SHANNON K. MCGOVERN

Please take notice that Shannon K. McGovern of Simpson Thacher & Bartlett LLP hereby enters her appearance as counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation in accordance with the Corrected Electronic Case Management Protocol (12-md-2311, ECF No. 518, ¶ 10).

Dated:  September 29, 2014

Respectfully submitted,

/s/ Shannon K. McGovern
Shannon K. McGovern
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
smcgovern@stblaw.com

*Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2014, I electronically filed the foregoing Notice of Appearance of Shannon K. McGovern with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Shannon K. McGovern
Shannon K. McGovern
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
smcgovern@stblaw.com
