# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |

In Re: ALL PARTS

THIS RELATES TO: ALL CASES

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk of the Court and all parties of record:

Please note the appearance of J. Clayton Everett, Jr. as attorney of record for defendants Tokai Rubber Industries, Ltd. and DTR Industries, Inc. in the above-captioned action. Tokai Rubber Industries, Ltd. and DTR Industries, Inc. are appearing specially in the above-captioned action and do not intend to waive any arguments regarding personal jurisdiction:

> J. Clayton Everett, Jr. (D.C. Bar No. 469652)
> **MORGAN, LEWIS & BOCKIUS LLP**
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> Telephone:  (202) 739-3000
> Facsimile:   (202) 739-3001
> jeverett@morganlewis.com

Dated: September 30, 2014          Respectfully submitted,

> s/ J. Clayton Everett, Jr.
> J. Clayton Everett, Jr. (D.C. Bar No. 469652)
> **MORGAN, LEWIS & BOCKIUS LLP**
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> Telephone:  (202) 739-3000

        Facsimile:   (202) 739-3001
        jeverett@morganlewis.com
        *Attorney for Defendants Tokai Rubber Industries,*
        *Ltd. and DTR Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, a copy of the foregoing Notice of Appearance of J. Clayton Everett, Jr. was filed with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
jeverett@morganlewis.com