UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTOVE PARTS ANTITRUST LITIGATION

Plaintiff(s),

v.

Defendant(s).
_____/

Case No. 12-MD-02311

Judge Marianne O. Battani

Magistrate Judge

### NOTICE OF CORRECTION

Docket entry number __824__, filed __October 1, 2014__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Formatting error in document

If you need further clarification or assistance, please contact __Kay Doaks__ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated: October 1, 2014

s/Kay Doaks
Deputy Clerk