UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

**AGENDA FOR OCTOBER 8, 2014 STATUS CONFERENCE
AND HEARING ON PENDING MOTIONS**

The Court intends to discuss the following list of agenda items at the status conference:

I.   **ALL ACTIONS IN MDL 2311**

    A.    Introduction of Court-Appointed Master, Gene Esshaki

    B.    Status of Settlements (*See also* Status Report, § I)

    C.    Status of Temporary Stay of certain discovery in MDL 2311:  DOJ is to file under seal with the Court its next statement regarding status of its investigations and whether it continues to object to certain discovery by December 23, 2014.

    D.    End-Payor and Dealership Plaintiffs' Discussion Regarding:
        1.    Additional Case Filings
        2.    Amended Case Filings

1

    E.    End-Payor and Dealership Plaintiffs' Case Management Proposal

    F.    Setting Briefing Schedule for Motions to Dismiss in Other Parts

## II. WIRE HARNESS (2:12-cv-00100)

    A.    Schedule for Motions for Class Certification and Written Discovery Deadline in Wire Harness Actions and Case Management Issues regarding Wire Harness and Other Auto Parts Cases.  Submissions filed:

        1.    Direct Purchaser Plaintiffs' Statement Regarding Proposed Class Certification Schedule filed July 25, 2014 (Doc. No. 176 in 101)

        2.    End-Payor and Automobile Dealer Plaintiffs' Joint Statement Regarding Class Certification Schedule filed July 25, 2014 (Doc. No. 192 in 102)

        3.    Plaintiff Ford Motor Company's Statement Regarding a Written Discovery Deadline filed July 25, 2014 (Doc. No. 16 in 104)

        4.    Certain Defendants' Memorandum Regarding Schedule for Class Certification filed July 25, 2014 (Doc. No. 238 in 100)

        5.    Supplemental Filing Concerning Case Management filed by Dealership Plaintiffs and End-Payor Plaintiffs (Doc. No. 202 in 102; Doc. No. 224 in 103)

        6.    Defendants' Responses to Dealership Plaintiffs' and End-Payor Plaintiffs' Supplemental Filing Concerning Case Management

2

    B.    Unscheduled Pending Motions

        1. Direct Purchaser Plaintiffs' Motion for Leave to Amend the Second Amended Consolidated Class Action Complaint (*See* Doc. No. 182 in 101)

        2. Dealership Plaintiffs' Motion for Leave to File a Third Amended Consolidated Class Action Complaint (*See* Doc. No. 197 in 102

        3. End-Payor Plaintiffs' Motion for Leave to Amend the Third Consolidated Amended Class Action Complaint (*See* Doc. No. 220 in 103)

    C.    Briefing Schedule City of Richmond Case (14-10795)

III.    **BEARINGS (2:12-cv-00500)**

    A.    Florida Action--Service

    B.    New Class Action--Commercial/Heavy-Duty Truck Dealers:  *Rush TruckCenters*, Case No. 14-13356 (filed August 29, 2014, assigned to this Court on August 29, 2014) -- Service

IV.    **SWITCHES  (2:13-cv-01300)**

    A.    Pleadings

        1.    The Court entered an Order on Sept. 9, 2014, extending Panasonic's response to End-Payor Plaintiffs and Auto Dealer Plaintiffs Consolidated Amended Class Action Complaints until

3

Nov. 4, 2014 in light of a tentative settlement reached between the parties. (Doc. No. 41, 12-1602; Doc. No. 23, 12-1603).

V. **STEERING ANGLE SENSORS (2:13-cv-01600)**

    A. Pleadings

        1. The Court entered an Order on Sept. 9, 2014, extending Panasonic's response to End-Payor Plaintiffs and Auto Dealer Plaintiffs Consolidated Amended Class Action Complaints until Nov. 4, 2014 in light of a tentative settlement reached between the parties. (Doc. No. 32, 12-1602; Doc. No. 17, 12-1603).

VI. **HID BALLASTS (2:13-cv-01700)**

    A. Pleadings

        1. The Court entered an Order on Sept. 9, 2014 extending Panasonic's response to End-Payor Plaintiffs and Auto Dealer Plaintiffs Consolidated Amended Class Action Complaints until Nov. 4, 2014, in light of a tentative settlement reached between the parties. (Doc. No. 56, 12-1702; Doc. No. 36, 12-1703)

VII. **Discovery**

    A. Matters Referred to Master.  *See* Status Report § VII.

    B. Master's Fees

    C.    Defendants' Motion to Implement a Deposition Protocol in the Wire Harness Case (Plaintiffs believe that this motion is premature because the parties are still engaged in the meet and confer process regarding a Deposition Protocol, making this issue not ripe for motion practice at this time).

    D.    Coordinated Discovery (Defendants believe that this topic is premature because the issue of coordinated discovery has been referred to the Master, and the Master has not had an opportunity discuss with the parties); and

    E.    End-Payor's Objection to Master's Order Regarding End-Payors' Motion to Compel Interrogatory Responses (Defendants believe that this topic is premature because End-Payors have not yet filed objections and Defendants' responses will not be due before the Status Conference, making this issue not ripe for the Court's consideration pursuant to the Court's Order Appointing a Master--Plaintiffs will likely ask for expedited consideration).

## VIII. WEBSITE

## IX. DATE FOR NEXT STATUS CONFERENCE

The Next Status Conference is scheduled for **January 28, 2015 at 10:00 a.m.**

## X. OTHER MATTERS

Any party interested in any part should appear.

## XI. MOTIONS HEARING

5

A.  WIRE HARNESS (2:12-cv-00100)

   1. End-Payors' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 222 in 103).

   2. Auto Dealers' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 200 in 102)

B.  INSTRUMENT PANEL CLUSTERS (2:12-cv-00200)

   1. End-Payors' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 96 in 203)

   2. Auto Dealers' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 104 in 202)

C.  FUEL SENDERS (2:12-cv-00300)

   1. End-Payors' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 87 in 303)

   2. Auto-Dealers' Motion for Preliminary Approval of Yazaki Settlement (Doc. No. 120 in 302)

D.  OCCUPANT SAFETY SYSTEMS (2:12-cv-00600)

   1. End-Payors' Motion for Preliminary Approval of TRW Settlement

Date:  October 1, 2014            /s/ Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  UNITED STATES DISTRICT JUDGE

6

CERTIFICATE OF SERVICE

    I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>
Case Manager