# Appendix A

**Appendix A**

The following Defendants join in the Comments of Certain Defendants Not in the Wire Harness Cases on the End-Payor and Automobile Dealer Plaintiffs' Joint Statement and Supplement to Joint Statement Regarding Class Certification Schedule in the Wire Harness Cases:

- Mitsuba Corporation

- American Mitsuba Corporation

- JTEKT Corporation

- JTEKT North America Corporation (formerly d/b/a Koyo Corporation of U.S.A.)

- JTEKT Automotive North America, Inc.

- NTN Corporation

- NTN USA Corporation

- SKF USA Inc.

- Calsonic Kansei Corporation

- CalsonicKansei North America, Inc.

- Bridgestone Corporation

- Bridgestone APM Company

- Alps Electric (North America), Inc.

- Alps Automotive, Inc.

- Showa Corporation

- American Showa, Inc.

- Tokai Rubber Industries, Ltd.

- DTR Industries, Inc.

- Hitachi Automotive Systems, Ltd.

- Hitachi Automotive Systems Americas, Inc.

- Hitachi, Ltd.

- Takata Corporation

- TK Holdings Inc.
- NSK Ltd.
- NSK Americas, Inc.
- Koito Manufacturing Co., Ltd.
- North American Lighting, Inc.
- Valeo S.A.
- Valeo, Inc.
- Valeo Electrical Systems, Inc.
- Valeo Climate Control Corp.
- TRW Automotive Holdings Corp.
- TRW Deutschland Holding GmbH
- Mitsubishi Electric Corporation
- Mitsubishi Electric US Holdings, Inc.
- Mitsubishi Electric Automotive America, Inc.
- Schaeffler Group USA Inc.
- Diamond Electric Mfg. Co., Ltd.
- Diamond Electric Mfg. Corporation
- Stanley Electric Co., Ltd.
- Stanley Electric U.S. Co., Inc.
- II Stanley Co., Inc.
- Nachi-Fujikoshi Corp.
- Nachi America Inc.
- Yamashita Rubber Co., Ltd.
- YUSA Corporation

3