**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKM |
| THIS DOCUMENT RELATES TO: ALL CASES | 2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM<br>2:12-cv-00106-MOB-MKM |

**NOTICE OF APPEARANCE**

Pursuant to Eastern District of Michigan Local Rule 83.25 and the Court's July 3, 2014, Electronic Case Management Protocol Order (MDL ECF No. 753), please enter the appearance of Jason E. Starling, of the law firm of Porter, Wright, Morris, & Arthur, LLP, as co-counsel for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar. No. 0082619)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
jstarling@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*