# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS G.S. ELECTECH, INC., G.S. WIRING SYSTEMS, INC., AND G.S.W. MANUFACTURING, INC.

Pursuant to Eastern District of Michigan Local Rule 83.25, Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") respectfully move the Court for an order granting leave to Karri N. Allen to withdraw as counsel for the GSE Defendants in the following actions:

- *In re: Automotive Parts Antitrust Litigation*, Case No. 2:12-md-02311-MOB-MKM

- Wire Harness – Lead Case, Case No. 2:12-cv-00100-MOB-MKM

- Wire Harness – Dealership Actions, Case No. 2:12-cv-00102-MOB-MKM

- Wire Harness – End-Payor Actions, Case No. 2:12-cv-00103-MOB-MKM

No prejudice will result from the withdrawal of Ms. Allen as the law firm of Porter, Wright, Morris, & Arthur, LLP ("Porter Wright") continues to represent the GSE Defendants in the above-listed actions.  This Motion is filed by Donald Barnes, as lead attorney for the GSE Defendants and with Ms. Allen's permission, since Ms. Allen is no longer with the law firm of Porter Wright.  Finally, for purposes of efficiency, GSE Defendants respectfully request a text-only order on this Motion consistent with Rules 11(b) and 11(c) of the Eastern District of Michigan's Electronic Filing Policies and Procedures.

Respectfully submitted,

/s/ Karri N. Allen (with permission)
Karri N. Allen

PORTER, WRIGHT, MORRIS, & ARTHUR, LLP

By:  /s/ Donald M. Barnes
Donald M. Barnes (DC Bar No. 0471)
1919 Pennsylvania Ave., N.W., Suite 500
Washington, D.C.  20006
Telephone:  (202) 778-3000
Facsimile:  (202) 778-3063
dbarnes@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

/s/ Donald M. Barnes
Donald M. Barnes (DC Bar No. 0471)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
1919 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 778-3000
Facsimile: (202) 778-3063
dbarnes@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*