# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER<br>PARTS CASES | 2:13-cv-0800-MOB-MKM<br>2:13-cv-0802-MOB-MKM<br>2:13-cv-0803-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

## EX PARTE MOTION TO CHANGE CAPTION

TO:   CLERK OF THE COURT AND ALL COUNSEL OF RECORD

On October 1, 2014, Defendant Tokai Rubber Industries, Ltd. formally changed its name to SUMITOMO RIKO COMPANY LIMITED and therefore, respectfully moves this Court *ex parte* for an order changing the case caption to reflect Defendant's new name, SUMITOMO RIKO COMPANY LIMITED.

Dated: October 6, 2014          Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
jeverett@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2014, I caused a true and correct copy of the foregoing EX PARTE MOTION TO CHANGE CAPTION to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 6, 2014

                                                /s/ Tanya L. Milton_____
                                                Tanya L. Milton