# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## NOTICE OF SUBMITTING PROPOSED ORDER

Pursuant to Rule 11(b) of the Eastern District of Michigan's Electronic Filing Policies and Procedures, Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. ("GSE Defendants") give notice to all parties that on October 6, 2014, they submitted the attached proposed order to the chambers of United States District Judge Marianne O. Battani regarding the Motion to Withdraw Salvatore A. Romano as Counsel for the GSE Defendants (MDL ECF No. 831).

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar. No. 0082619)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
41 South High Street, Suite 2900
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
jstarling@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*