# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO: ALL CASES | 2:12-cv-00100-MOB-MKM |

## ORDER

Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") filed a motion for an order granting leave for Salvatore A. Romano to withdraw as counsel [Doc. #___] for them in the following actions:

- *In re: Automotive Parts Antitrust Litigation*, Case No. 2:12-md-02311-MOB-MKM

- Wire Harness – Lead Case, Case No. 2:12-cv-00100-MOB-MKM

- Wire Harness – Direct Purchaser Actions, Case No. 2:12-cv-00101-MOB-MKM

- Wire Harness – Dealership Actions, Case No. 2:12-cv-00102-MOB-MKM

- Wire Harness – End-Payor Actions, Case No. 2:12-cv-00103-MOB-MKM

- *Mexican Indus. in Mich., Inc. v. G.S. Electech, Inc.*, Case No. 2:13-cv-12965-MOB-MKM.

Porter, Wright, Morris, & Arthur, LLP will continue to represent the GSE Defendants in the above-listed actions.

    IT IS SO ORDERED that

    Salvatore A. Romano is relieved of any further responsibilities with regard to these cases.

Date: _____          s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            United States District Judge