# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | **ORDER RE END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY (ECF NO. 664)** |

Before the Court is End-Payor Plaintiffs' motion to modify the Stipulated Order of Discovery of December 23, 2013 (ECF No. 664) ("Discovery Stay") as modified by the Court's order of June 25, 2014 (ECF No. 750). The United States Department of Justice does not object to the modification.

Upon consideration of the parties' arguments the motion is **GRANTED as follows**.

The Discovery Stay is modified so that the Plaintiffs may serve on those defendants who have pled guilty or agreed to plead guilty an interrogatory seeking the makes, model names, model numbers, model platforms and model years of those motor vehicles for which parts were involved in the conduct described in their guilty pleas. This Order applies in all cases that are part of MDL 2311 where

discovery is underway.  The remaining provisions of the Discovery Stay remain in effect, and all Defendants retain whatever rights they may have  to object to the requested discovery in their particular cases.

Any party may appeal this Order to the  Hon. Marianne O. Battani in accordance with the provisions of the Court's Order Appointing A Master dated August 29, 2014 (ECF No. 792).

**IT IS SO ORDERED.**

Date:  October 8, 2014                         /s/ Gene J. Esshaki
                                                           GENE J. ESSHAKI, Special Master

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 8, 2014, I electronically filed the foregoing Order Re End-Payor Plaintiffs' Motion to Modify Stipulated Order of Discovery (ECF No. 664) with the Clerk of the Court using the ECF system, which will send electronic notification to all counsel of record.

Dated:  October 8, 2014                        /s/ Gene J. Esshaki
                                                           GENE J. ESSHAKI, Special Master

4813-7106-7423, v.  1

9603349