# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| ALL PARTS | : Case No. |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : **[PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY** |

## ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION TO MODIFY STIPULATED ORDER OF DISCOVERY

Before the Court is End-Payor Plaintiffs ("EPPs")' Objections to the Master's Order re EPPs' Motion to Modify the Stipulated Order of Discovery. EPPs filed objections on October 10, 2014 to the Master's order of October 8, 2014 with the Court per Fed. R. Civ. P. 53(f)(2) and the Order Appointing a Master (ECF No. 792). The Court has reviewed these objections *de novo* pursuant to Fed. R. Civ. P. 53(f).

Upon consideration of the parties' arguments, the Master's Order, and EPPs' objections, the motion is **GRANTED**. The Court amends the Master's Order as follows:

The Court modifies the Discovery Stay to permit Plaintiffs to serve discovery on all defendants who have pled guilty or agreed to plead guilty in cases that are or become part of MDL 2311 ("Guilty Pleading Defendants") seeking the identification of vehicles affected by the conduct described in their plea agreements. Plaintiffs may serve discovery consistent with this order in all cases that are presently or become part of this multidistrict litigation. Guilty Pleading Defendants in all product cases must substantively respond to the proposed interrogatory attached as Exhibit 1 to Plaintiffs' objections.

The United States Department of Justice does not object to this limited discovery, and the Guilty Pleading Defendants have not identified any burden or

1

2

expense in providing it. The discovery would be helpful to the Court, the Master, all parties, and interested third-parties.

**IT IS SO ORDERED.**

Date:   October __, 2014

                                                                                                           _____
                                                                                                           MARIANNE O. BATTANI
                                                                                                           United States District Judge