# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") filed a motion for an order granting leave for Salvatore A. Romano to withdraw as counsel [Doc. #___] for them in the following actions:

- *In re: Automotive Parts Antitrust Litigation*, Case No. 2:12-md-02311-MOB-MKM

- Wire Harness – Lead Case, Case No. 2:12-cv-00100-MOB-MKM

- Wire Harness – Direct Purchaser Actions, Case No. 2:12-cv-00101-MOB-MKM

- Wire Harness – Dealership Actions, Case No. 2:12-cv-00102-MOB-MKM

- Wire Harness – End-Payor Actions, Case No. 2:12-cv-00103-MOB-MKM

- *Mexican Indus. in Mich., Inc. v. G.S. Electech, Inc.*, Case No. 2:13-cv-12965-MOB-MKM.

Porter, Wright, Morris, & Arthur, LLP will continue to represent the GSE Defendants in the above-listed actions.

IT IS SO ORDERED that

Salvatore A. Romano is relieved of any further responsibilities with regard to these cases.

Date:  October 20, 2014                s/Marianne O. Battani
                                       MARIANNE O. BATTANI
                                       United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 20, 2014.

                                       s/ Kay Doaks
                                       Case Manager

2