**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Hon. Marianne O. Battani |
| In re:  ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-0800-MOB-MKM 2:13-cv-0802-MOB-MKM 2:13-cv-0803-MOB-MKM |
| THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## ORDER ON EX PARTE MOTION TO CHANGE CAPTION

THIS MATTER is before the Court on Defendant Tokai Rubber Industries, Ltd.'s *Ex Parte* Motion to Change Caption. The Court, having considered Defendant's *ex parte* motion, hereby

GRANTS the *Ex Parte* Motion to Change Caption to reflect Defendant Tokai Rubber Industries, Ltd.'s new name, SUMITOMO RIKO COMPANY LIMITED.

Date:   October 20, 2014

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 20, 2014.

s/ Kay Doaks
Case Manager