# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____ )
                                        )
IN RE: AUTOMOTIVE PARTS                 ) MASTER FILE NO. 12-MD-02311
ANTITRUST LITIGATION                    )
_____ )  HON. MARIANNE O. BATTANI
                                        )
THIS DOCUMENT RELATES TO:               )
                                        ) Case No. 14-cv-00106-MOB-MKM
PUBLIC ENTITIES                         )
                                        )
                                        )
_____ )

## NOTICE OF APPEARANCE

Jaye Quadrozzi of Young & Associates appears as counsel for Plaintiff City of Richmond in the above captioned matter.

Respectfully submitted,

**YOUNG & ASSOCIATES**
  /s/ Jaye Quadrozzi
Rodger D. Young (P22652)
Jaye Quadrozzi (P71646)
Counsel for City of Richmond/Public
Entity Plaintiffs
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com
P71646

Date: October 24, 2014

## <u>PROOF OF SERVICE</u>

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

**YOUNG & ASSOCIATES**

  /s/ Jaye Quadrozzi
Rodger D. Young (P22652)
Jaye Quadrozzi (P71646)
Counsel for City of Richmond/Public
Entity Plaintiffs
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
(248) 353-8620
efiling@youngpc.com
P71646

2