UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 12-MD-02311<br><br>HON. MARIANNE O. BATTANI<br><br>Case No. 14-cv-00106-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>PUBLIC ENTITIES | | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Lesley E. Weaver of Green & Noblin, PC as counsel for Plaintiff City of Richmond in the above captioned matter.

              **GREEN & NOBLIN, PC**

              /s/ Lesley E. Weaver
              Counsel for Plaintiff
              700 Larkspur Landing Circle, Suite 275
              Larkspur, CA 94393
              415.477.6700
              lew@classcounsel.com

Date: October 24, 2014

## PROOF OF SERVICE

      I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                      **GREEN & NOBLIN, PC**

                                      _/s/ Lesley E. Weaver_
                                      Counsel for Plaintiff
                                      700 Larkspur Landing Circle, Suite 275
                                      Larkspur, CA 94393
                                      415.477.6700
                                      lew@classcounsel.com