# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| _____ ) | |
| IN RE: AUTOMOTIVE PARTS ) | MASTER FILE NO. 12-MD-02311 |
| ANTITRUST LITIGATION ) | |
| _____ ) | HON. MARIANNE O. BATTANI |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Case No. 14-cv-00106-MOB-MKM |
| PUBLIC ENTITIES ) | |
| ) | |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of R. Michael Lindsey of Morris and Morris LLC as counsel for Plaintiff City of Richmond in the above captioned matter.

**MORRIS AND MORRIS LLC**
**COUNSELORS AT LAW**

  /s/ R. Michael Lindsey
Counsel for Plaintiff
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
302.426.0400
rmlindsey@morrisandmorrislaw.com

Date: October 24, 2014

## **PROOF OF SERVICE**

I certify that on October 24, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**MORRIS AND MORRIS LLC
COUNSELORS AT LAW**

  /s/ R. Michael Lindsey
Counsel for Plaintiff
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
302.426.0400
rmlindsey@morrisandmorrislaw.com