**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE ENTER the withdrawal of attorney Lauren K. Peay as counsel in the following actions:

Master File No. 12-md-2311

Automotive Lamps cases on behalf of Defendant Koito Manufacturing Co., Ltd., Case Nos.:

2:13-cv-01200-MOB-MKM

2:13-cv-01202-MOB-MKM

2:13-cv-01203-MOB-MKM

HID Ballasts cases on behalf of Defendants Koito Manufacturing Co., Ltd and North American Lighting, Inc., Case Nos.:

2:13-cv-01700-MOB

2:13-cv-01702-MOB

2:13-cv-01703-MOB

Other attorneys have appeared as counsel for this Defendant and their representation continues.

Respectfully submitted,

By:/s/Lauren K. Peay

ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000
(202) 942-5999 fax
Lauren.Peay@aporter.com
DC Bar: 982275
*Attorney for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

Dated:  October 27, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

      By: /s/Lauren K. Peay
      Lauren K. Peay
      DC Bar: 982275

{35842/1/DT774433.DOCX;1}