## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 <br><br> Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) | |
| THIS RELATES TO:  ALL CASES | ) ) ) ) | |

### <u>NOTICE OF APPEARANCE OF JOSHUA S. PRESS</u>

PLEASE TAKE NOTICE that Joshua S. Press of Wilmer Cutler Pickering Hale and Dorr

LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International

America, Inc. **only** in the above-entitled matter.  The appearance shall not be deemed to be a

waiver of any rights or defenses that may be available under common law, statutes or the Federal

Rules of Civil Procedure.

Dated:  November 04, 2014

WILMER CUTLER PICKERING
   HALE AND DORR LLP


By:   <u>/s/ Joshua S. Press</u>
       Joshua S. Press
       WILMER CUTLER PICKERING
         HALE AND DORR LLP
       1875 Pennsylvania Avenue, NW
       Washington, DC  20006
       Telephone:  (202) 663-6000
       Facsimile:   (202) 663-6363
       joshua.press@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 04, 2014, I caused the foregoing Notice of Appearance of Joshua S. Press to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:   /s/ Joshua S. Press                           
Joshua S. Press
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
joshua.press@wilmerhale.com