# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER GRANTING WITHDRAWAL

Notice has been filed advising of the withdrawal of Lauren K. Peay as counsel in the following actions:

Master File No. 12-md-2311;

Automotive Lamps cases on behalf of Defendant Koito Manufacturing Co., Ltd.;

HID Ballasts cases on behalf of Defendants Koito Manufacturing Co., Ltd and North American Lighting, Inc.;

Other attorneys of the same firm have appeared as local counsel on behalf of the above listed defendants and their representation continues.

IT IS ORDERED that

Ms. Peay shall be removed as an attorney of record in the following cases:

12-md-2311

2:13-cv-01200-MOB-MKM

    2:13-cv-01202-MOB-MKM

    2:13-cv-01203-MOB-MKM

    2:13-cv-01700-MOB

    2:13-cv-01702-MOB

    2:13-cv-01703-MOB

Date:  November 6, 2014                  s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 6, 2014.

                                                                               s/ Kay Doaks
                                                                               Case Manager