# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF ALATHEA E. PORTER

PLEASE TAKE NOTICE that Alathea E. Porter of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  November 17, 2014               WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                              By:   /s/ Alathea E. Porter
                                    Alathea E. Porter
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    60 State Street
                                    Boston, MA 02109
                                    Telephone:  (617) 526-6000
                                    Facsimile:     (617) 526-5000
                                    alathea.porter@wilmerhale.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2014, I caused the foregoing Notice of Appearance of Alathea E. Porter to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

      By:    /s/ Alathea E. Porter
                 Alathea E. Porter
                 WILMER CUTLER PICKERING
                 HALE AND DORR LLP
                 60 State Street
                 Boston, MA 02109
                 Telephone:  (617) 526-6000
                 Facsimile:   (617) 526-5000
                 alathea.porter@wilmerhale.com