# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Michael L. Silverman hereby withdraws his appearance as one of the attorneys in the following actions:

Master File No. 12-md-02311

Wire Harness Cases on behalf of Craft-Co Enterprises, Inc., Cesar-Scott, Inc., Martinez Manufacturing, Inc., Mexican Industries in Michigan, Incorporated, Paesano Connecting Systems, Inc., South Star Corporation, Findlay Industries, Inc., Case Nos.:

    2:12-cv-00100-MOB-MKM, *In re: Wire Harness – Lead Case*
    2:12-cv-00101-MOB-MKM, *In re: Wire Harness – Direct Purchaser Actions*

Instrument Panel Clusters Cases on behalf of ACAP, L.L.C., Case Nos.:

    2:12-cv-00200-MOB-MKM, *In re: Instrument Panel Clusters – Lead Case*
    2:12-cv-00201-MOB-MKM, *In re: Instrument Panel Clusters – Direct Purchaser Actions*

Heater Control Panels Cases on behalf of Tiffin Motor Homes, Incorporated, Case Nos.:

    2:12-cv-00400-MOB-MKM, *In re: Heater Control Panels – Lead Case*
    2:12-cv-00401-MOB-MKM, *In re: Heater Control Panels – Direct Purchaser Actions*

Bearings Cases on behalf of DALC Gear & Bearing Supply Corp. and SPS Spindle Parts and Service, LLC, Case Nos.:

2:12-cv-00500-MOB-MKM, *In re: Bearings – Lead Case*
2:12-cv-00501-MOB-MKM, *In re: Bearings – Direct Purchaser Actions*

Occupant Safety Systems Cases on behalf of Beam's Industries, Inc., Case Nos.**:**

2:12-cv-00600-MOB-MKM, *In re: Occupant Safety Systems – Lead Case*
2:12-cv-00601-MOB-MKM, *In re: Occupant Safety Systems – Direct Purchaser Actions*

Air Conditioning Systems Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:13-cv-15126-MOB-MKM, *Tiffin Motor Homes, Inc. v. Valeo S.A. et al.*
2:13-cv-02701-MOB, *In re: Air Conditioning Systems – Direct Purchaser Actions*

Starters Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.:

2:14-cv-10674-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*
2:13-cv-01101-MOB-MKM, *In re: Starters – Direct Purchaser Actions*

Windshield Wipers Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.**:**

2:13-cv-15125-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*
2:13-cv-00901-MOB-MKM, *In re: Windshield Wipers – Direct Purchaser Actions*

Windshield Washer Systems Cases on behalf of Tiffin Motor Homes, Inc., Case Nos.**:**

2:14-cv-10673-MOB-MKM, *Tiffin Motor Homes, Inc. v. Denso Corporation et al.*
2:13-cv-02801-MOB, *In re: Windshield Washer Systems – Direct Purchaser Actions*

Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

November 24, 2014                           **FREED KANNER LONDON & MILLEN LLC**

/s/ Michael L. Silverman
Michael L. Silverman
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: msilverman@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Withdrawal of Counsel was filed on November 24, 2014. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

      /s/ Michael L. Silverman
Michael L. Silverman
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: msilverman@fklmlaw.com

*Counsel for Direct Purchaser Plaintiffs*