**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

<u>**ORDER GRANTING WITHDRAWAL**</u>

Notice has been filed advising of the withdrawal of Michael L. Silverman as counsel in the following actions:

Master File No. 12-md-02311;

Wire Harness Cases on behalf of Craft-Co Enterprises, Inc., Cesar-Scott, Inc., Martinez Manufacturing, Inc., Mexican Industries in Michigan, Incorporated, Paesano Connecting Systems, Inc., South Star Corporation, Findlay Industries, Inc.;

Instrument Panel Clusters Cases on behalf of ACAP, L.L.C.;

Heater Control Panels Cases on behalf of Tiffin Motor Homes, Incorporated;

Bearings Cases on behalf of DALC Gear & Bearing Supply Corp. and SPS Spindle Parts and Service, LLC;

Occupant Safety Systems Cases on behalf of Beam's Industries, Inc.;

Air Conditioning Systems Cases on behalf of Tiffin Motor Homes, Inc.;

Starters Cases on behalf of Tiffin Motor Homes, Inc.;

Windshield Wipers Cases on behalf of Tiffin Motor Homes, Inc.;

Windshield Washer Systems Cases on behalf of Tiffin Motor Homes, Inc.;

Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

IT IS ORDERED that

Mr. Silverman shall be removed as an attorney of record in the following cases:

2:12-cv-00100-MOB-MKM
2:12-cv-00101-MOB-MKM

2:12-cv-00200-MOB-MKM
2:12-cv-00201-MOB-MKM

2:12-cv-00400-MOB-MKM
2:12-cv-00401-MOB-MKM

2:12-cv-00500-MOB-MKM
2:12-cv-00501-MOB-MKM

2:12-cv-00600-MOB-MKM
2:12-cv-00601-MOB-MKM

2:13-cv-15126-MOB-MKM
2:13-cv-02701-MOB

2:14-cv-10674-MOB-MKM
2:13-cv-01101-MOB-MKM

2:13-cv-15125-MOB-MKM
2:13-cv-00901-MOB-MKM

2:14-cv-10673-MOB-MKM
2:13-cv-02801-MOB


Date:  December 9, 2014                    s/Marianne O. Batanni
                                           MARIANNE O. BATTANI
                                           United States District Judge