# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION _____ | 12-md-02311 Honorable Marianne O. Battani |
| In re: ALL PARTS _____ |  |
| THIS RELATES TO: ALL CASES _____ |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael G. Brady of Warner Norcross & Judd LLP, hereby enters his appearance for and on behalf of Chiyoda Manufacturing Corporation and Chiyoda USA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: December 22, 2014

/s/ Michael G. Brady
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
mbrady@wnj.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the Appearance of Michael G. Brady with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,

/s/ Michael G. Brady
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
mbrady@wnj.com