# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) _____ ) | 12-md-02311 Honorable Marianne O. Battani |
| In re: ALL PARTS ) ) _____ ) | |
| THIS RELATES TO: ) ) ALL CASES ) ) _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda M. Fielder of Warner Norcross & Judd LLP, hereby enters her appearance for and on behalf of Chiyoda Manufacturing Corporation and Chiyoda USA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: December 22, 2014

/s/ Amanda M. Fielder
Amanda M. Fielder (P70180)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
616-752-2404
afielder@wnj.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the Appearance of Amanda M. Fielder with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,

    /s/ Amanda M. Fielder
Amanda M. Fielder (P70180)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
616-752-2404
afielder@wnj.com