## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani |
| In re: ALL PARTS | ) ) ) ) | |
| THIS RELATES TO: | ) ) ) | |
| ALL CASES | ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William R. Jansen of Warner Norcross & Judd LLP, hereby enters his appearance for and on behalf of Chiyoda Manufacturing Corporation and Chiyoda USA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: December 22, 2014       _____/s/ William R. Jansen_____

                                         William R. Jansen (P36688)
                                         WARNER NORCROSS & JUDD LLP
                                         2000 Town Center, Suite 2700
                                         Southfield, MI 48075-1318
                                         248-784-5000
                                         wjansen@wnj.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the

Appearance of William R. Jansen with the Clerk of the Court using the ECF

system which will send notification of such filing to all attorneys of record via the

Court's ECF system.

Respectfully submitted,

/s/ William R. Jansen
William R. Jansen (P36688)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com