# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) | |
| THIS RELATES TO:<br><br>ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF PATRICK J. CAROME

PLEASE TAKE NOTICE that Patrick J. Carome of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 7, 2015

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: /*s*/ Patrick J. Carome
     Patrick J. Carome
     WILMER CUTLER PICKERING
       HALE AND DORR LLP
     1875 Pennsylvania Avenue, NW
     Washington, DC  20006
     Telephone: (202) 663-6000
     Facsimile:  (202) 663-6363
     patrick.carome@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I caused the foregoing Notice of Appearance of Patrick J. Carome to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:    /s/ Patrick J. Carome
        Patrick J. Carome
        WILMER CUTLER PICKERING
           HALE AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Telephone:  (202) 663-6000
        Facsimile:   (202) 663-6363
        patrick.carome@wilmerhale.com