# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL CASES | |

## NOTICE OF APPEARANCE OF KENNETH H. MERBER

PLEASE TAKE NOTICE that Kenneth H. Merber of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 7, 2015

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /*s*/ Kenneth H. Merber
    Kenneth H. Merber
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Telephone: (202) 663-6000
    Facsimile: (202) 663-6363
    kenneth.merber@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2015, I caused the foregoing Notice of Appearance of Kenneth H. Merber to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

          By:   /s/ Kenneth H. Merber
                   Kenneth H. Merber
                   WILMER CUTLER PICKERING
                      HALE AND DORR LLP
                   1875 Pennsylvania Avenue, NW
                   Washington, DC  20006
                   Telephone:  (202) 663-6000
                   Facsimile:   (202) 663-6363
                   kenneth.merber@wilmerhale.com