# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) 12-md-02311<br>) Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) |
| THIS RELATES TO:<br><br>ALL CASES | ) ) ) ) ) |

## NOTICE OF APPEARANCE OF JACQUELYN L. STANLEY

PLEASE TAKE NOTICE that Jacquelyn L. Stanley of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of DENSO Corporation and DENSO International America, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 7, 2015

        WILMER CUTLER PICKERING
          HALE AND DORR LLP

By:   /s/ Jacquelyn L. Stanley
       Jacquelyn L. Stanley
       WILMER CUTLER PICKERING
         HALE AND DORR LLP
       1875 Pennsylvania Avenue, NW
       Washington, DC  20006
       Telephone: (202) 663-6000
       Facsimile:  (202) 663-6363
       jackie.stanley@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2015, I caused the foregoing Notice of Appearance of Jacquelyn L. Stanley to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /*s*/ Jacquelyn L. Stanley
Jacquelyn L. Stanley
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363
jackie.stanley@wilmerhale.com