# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE THAT** Seth B. Orkand hereby withdraws as counsel of record for DENSO Corporation and Defendants DENSO International America, Inc. This notice is not intended to affect the appearances of any other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for DENSO Corporation and Defendants DENSO International America, Inc.

                                    WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: January 13, 2015          By: /s/ *Seth B. Orkand*
                                                   Seth B. Orkand
                                                   WILMER CUTLER PICKERING HALE AND DORR LLP
                                                   60 State Street
                                                   Boston, MA 02109
                                                   Telephone: (617) 526-6000
                                                   Facsimile: (617) 526-5000
                                                   seth.orkand@wilmerhale.com
                                                   *Attorney for Defendants DENSO International America, Inc. and DENSO Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I caused the foregoing Notice of Withdrawal of Attorney to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

Dated: January 13, 2015        By: /s/ *Seth B. Orkand*
                                   Seth B. Orkand
                                   WILMER CUTLER PICKERING HALE AND DORR LLP
                                   60 State Street
                                   Boston, MA 02109
                                   Telephone: (617) 526-6000
                                   Facsimile: (617) 526-5000
                                   seth.orkand@wilmerhale.com