UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

### AGENDA FOR JANUARY 28, 2015 STATUS CONFERENCE AND HEARING ON PENDING MOTIONS

The Court intends to discuss the following list of agenda items at the status conference:

**I.  ALL ACTIONS IN MDL 2311**

    A.  Status of Settlements (*See also* Status Report, § I).

    B.  Status of Temporary Stay of certain discovery in MDL 2311.

**II.  WIRE HARNESS (2:12-cv-00100)**

    A.  Schedule for Motions for Class Certification and Written Discovery Deadline in Wire Harness Actions brought by Direct Purchaser Plaintiffs, Automobile Dealer Plaintiffs, and End-Payor Plaintiffs.

**III.  PENDING MATTERS REFERRED TO MASTER**

    A.  *See* Status Report § V.

**IV.  DATE FOR NEXT STATUS CONFERENCE**

The Next Status Conference is scheduled for May 6, 2015, at 10:00 a.m.

**V.  OTHER MATTERS**

Any party interested in any part should appear.

1

7856798.6

## VI. MOTIONS HEARING

    A.    WIRE HARNESS (2:14-cv-00100)

        1.    Defendants' Collective Motion (1) to Dismiss All Class Components of the Public Entities' Complaint and (2) For a More Definite Statement Regarding Named Plaintiffs' Individual Claims (*See* Doc. No. 36 in 106).

    B.    MOTOR GENERATORS (2:13-cv-01500)

        1.    Motor Generators Defendants' Joint Motion to Dismiss the End-Payors' Consolidated Amended Class Action Complaint and the Automobile Dealers' Consolidated Amended Class Action Complaint (*See* Doc. No. 33 in 1502 and Doc. No. 27 in 1503).

    C.    ELECTRONIC POWERED STEERING ASSEMBLIES (2:13-cv-1900)

        1.    EPS Assembly Defendants' Joint Motion to Dismiss the End-Payors' and the Auto Dealers' Consolidated Amended Class Action Complaints (*See* Doc. No. 47 in 1902 and Doc. No. 36 in 1903).

        2.    MELCO's Motion to Dismiss the End-Payors' and the Auto Dealers' Consolidated Amended Class Action Complaints (*See* Doc. No. 49 in 1902 and Doc. No. 38 in 1903, ECF No. 38) and Mitsuba Corporation and American Mitsuba Corporation's Motion to Dismiss the Dealership Plaintiffs' Consolidated Amended Class Action Complaint and End-Payor Plaintiffs' Consolidated Amended Class Action Complaint (*See* Doc. No. 50 in 1902 and Doc. No. 39 in 1903).

        3.    Showa Corporation's and American Showa, Inc.'s Motions to Dismiss (See Doc. No. 52 in 1902 and Doc. No. 41 in 1903).

Date: January 22, 2015                                      s/Marianne O. Battani
                                                                       MARIANNE O. BATTANI
                                                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/KaMyra Doaks

Case Manager

7856798.6