UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                    Plaintiff(s),

v.                                                 Case No. 2:12–md–02311–MOB–MKM
                                                Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: May 6, 2015 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K. Doaks
                                                           Case Manager

Dated:   January 22, 2015