# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
| | Honorable Marianne O. Battani |
| In re: ALL PARTS | |
| THIS RELATES TO: | |
| ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Roberti of Allen & Overy LLP, hereby enters his appearance for and on behalf of Robert Bosch LLC, Robert Bosch GmbH and Bosch Electrical Drives Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  January 27, 2015         /s/ John Roberti
John Roberti (495718)
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
202-683-3862
john.roberti@allenovery.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the Appearance of John Roberti with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

Respectfully submitted,

/s/ John Roberti
John Roberti (495718)
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
202-683-3862
john.roberti@allenovery.com