UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF DAVID S. MOLOT

PLEASE TAKE NOTICE that David S. Molot of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 28, 2015

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  /*s*/ David S. Molot
David S. Molot
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6363
david.molot@wilmerhale.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 28, 2015, I caused the foregoing Notice of Appearance of David S. Molot to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:    /s/ David S. Molot
        David S. Molot
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Telephone:    (202) 663-6000
        Facsimile:     (202) 663-6363
        david.molot@wilmerhale.com