# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF ALATHEA E. PORTER

     PLEASE TAKE NOTICE that Alathea E. Porter of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 28, 2015

                                                   WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP

                                By:    /s/ Alathea E. Porter
                                         Alathea E. Porter
                                         WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                         60 State Street
                                         Boston, MA 02109
                                         Telephone: (617) 526-6000
                                         Facsimile: (617) 526-5000
                                         alathea.porter@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I caused the foregoing Notice of Appearance of Alathea E. Porter to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /*s*/ Alathea E. Porter
Alathea E. Porter
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
alathea.porter@wilmerhale.com