UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) | |

### NOTICE OF APPEARANCE OF BRIAN C. SMITH

PLEASE TAKE NOTICE that Brian C. Smith of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 28, 2015

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /*s*/ Brian C. Smith
Brian C. Smith
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
brian.smith@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2015, I caused the foregoing Notice of Appearance of Brian C. Smith to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

      By:   /s/ Brian C. Smith
               Brian C. Smith
               WILMER CUTLER PICKERING
                  HALE AND DORR LLP
               1875 Pennsylvania Avenue, NW
               Washington, DC  20006
               Telephone:   (202) 663-6000
               Facsimile:    (202) 663-6363
               brian.smith@wilmerhale.com