# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS | 2:13-cv-02202 |

## NOTICE OF APPEARANCE BY ANITA F. STORK

      PLEASE TAKE NOTICE that Anita F. Stork, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendant Keihin North America, Inc., in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: February 5, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Anita F. Stork
    Anita F. Stork
    COVINGTON & BURLING LLP
    One Front Street
    San Francisco, CA 94111-5356
    Tel: (415) 591-7050
    Fax: (415) 955-6550
    Email: astork@cov.com

    *Attorney for Defendant Keihin North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY ANITA F. STORK to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ Anita F. Stork
Anita F. Stork
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel:  (415) 591-7050
Fax:  (415) 955-6550
Email: astork@cov.com

*Attorney for Defendant Keihin North America, Inc.*