# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS |  |
| THIS RELATES TO:<br>ALL PARTS |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael E. Martinez of K&L Gates, LLP, hereby enters his appearance for and on behalf of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: February 5, 2015

/s/ Michael E. Martinez
Michael E. Martinez
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4404
michael.martinez@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I electronically filed the Appearance of Michael E. Martinez with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

    /s/ Michael E. Martinez
Michael E. Martinez
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4404
michael.martinez@klgates.com