UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

### APPEARANCE

    Please enter the appearance of Jeffrey Amato of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

| | |
|---|---|
| Dated:  February 9, 2015 | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>By: /s/ Jeffrey J. Amato<br>    Jeffrey J .Amato<br>    200 Park Avenue<br>    New York, NY 10166<br>    Telephone:  (212) 294-6700<br>    Facsimile:  (212) 294-4700<br>    jamato@winston.com<br><br>    *Attorney for Defendants NTN*<br>    *Corporation and NTN USA Corporation* |