UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re:  FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO: | 2:13-cv-02203 |
| END-PAYOR ACTIONS | |

## NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR

PLEASE TAKE NOTICE that Maureen T. Taylor of the law firm of Brooks Wilkins Sharkey & Turco PLLC hereby enters her appearance as counsel on behalf of Defendant Keihin North America, Inc., in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  February 12, 2015

Respectfully submitted,

Brooks Wilkins Sharkey & Turco PLLC

By: /s/ Maureen T. Taylor
    Maureen T. Taylor (P63547)
    401 South Old Woodward, Suite 400
    Birmingham, MI  48009
    Tel: (248) 971-1721
    Fax: (248) 971-1801
    Email: taylor@bwst-law.com

*Attorneys for Defendant Keihin North America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 12, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By: /s/ Maureen T. Taylor
    Maureen T. Taylor (P63547)
    Brooks Wilkins Sharkey & Turco PLLC
    401 South Old Woodward, Suite 400
    Birmingham, MI 48009
    Tel: (248) 971-1721
    Fax: (248) 971-1801
    Email: taylor@bwst-law.com

    *Attorneys for Defendant Keihin North America, Inc.*