UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Jeremy Calsyn of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant Aisin Seiki Co., Ltd., in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: February 12, 2015           Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/* Jeremy Calsyn
       Jeremy Calsyn
       2000 Pennsylvania Avenue, NW
       Washington, DC  20006
       Phone: (202) 974-1500
       Facsimile: (202) 974-1999
       Attorney Bar No. DC 467737
       Email: jcalsyn@cgsh.com

       *Attorney for Aisin Seiki Co., Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed the foregoing paper with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 12, 2015

/s/ Jeremy Calsyn
Jeremy Calsyn
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 467737
Email: jcalsyn@cgsh.com

*Attorney for Aisin Seiki Co., Ltd.*