# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| In Re: ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## APPEARANCE OF HOWARD B. IWREY

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  February 12, 2015            DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey_____
Howard B. Iwrey (P39635)
Attorneys for Defendants Aisin Seiki Co., Ltd.
  and Aisin Automotive Casting, LLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*:  hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed my Appearance on behalf of Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  February 12, 2015            DYKEMA GOSSETT PLLC

                                         By: /s/  Howard B. Iwrey_____
                                            Howard B. Iwrey (P39635)
                                            Attorneys for Defendants Aisin Seiki Co., Ltd.
                                              and Aisin Automotive Casting, LLC
                                            39577 Woodward Avenue, Suite 300
                                            Bloomfield Hills, Michigan 48304
                                            (248) 203-0526
                                            (248) 203-0763 - facsimile
                                            *email*: hiwrey@dykema.com

BH01\2190342.1
ID\LAR1 - 019956\0999