# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: WIRE HARNESS CASES** | 2:12-cv-00100-MOB-MKM |
| **THIS RELATES TO:**<br>**Direct Purchaser Actions,**<br>**Dealership Actions, and**<br>**End-Payor Actions** | 2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM |

## NOTICE OF APPEARANCE OF PETER D. HAWKES FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. and AMERICAN FURUKAWA, INC.

To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Peter D. Hawkes of the law firm Lane Powell PC on behalf of defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights or

709315.0013/6271714.1

defenses that may be available under common law, statutes, or Federal Rules of Civil Procedure.

DATED:  February 20, 2015

LANE POWELL PC

By s/ Peter D. Hawkes
Peter D. Hawkes
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
hawkesp@lanepowell.com
Oregon State Bar No. 071986

Attorneys for Defendants Furukawa Electric Co., Ltd.; American Furukawa, Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2015, I caused to be electronically filed a copy of the foregoing NOTICE OF APPEARANCE OF PETER D HAWKES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 s/ Peter D. Hawkes
Peter D. Hawkes
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
hawkesp@lanepowell.com
Oregon State Bar No. 071986

Of Attorneys for Defendants Furukawa Electric Co., Ltd.; American Furukawa, Inc.