# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE

Please enter the appearance of Elizabeth Cate of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

Dated: March 4, 2015

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Elizabeth Cate
  Elizabeth Cate
  200 Park Avenue
  New York, NY 10166
  Telephone: (212) 294-6700
  Facsimile: (212) 294-4700
  ecate@winston.com

  *Attorney for Defendants NTN*
  *Corporation and NTN USA Corporation*