UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**AMENDED STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E.D. Mich. LR 83.4,  DENSO Corporation

makes the following disclosure: (*NOTE: A negative report, if appropriate, is required.*)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐ No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒ No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Toyota Motor Corporation
    Relationship with Named Party: Owns 24.7% of DENSO Corporation

Date: March 6, 2015        /s/ Steven F. Cherry
                           Steven F. Cherry
                           WILMER CUTLER PICKERING HALE AND DORR LLP
                           1875 Pennsylvania Avenue, NW
                           Washington, DC 20006
                           Telephone: (202) 663-6000
                           steven.cherry@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I caused the foregoing Amended Statement of Disclosure of Corporate Affiliations and Financial Interest to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: /s/ Steven F. Cherry
Steven F. Cherry
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com