**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases<br>In Re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

**DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES**

**INDEX OF EXHIBITS**

| | |
|---|---|
| EXHIBIT A | Joint Statement of Plaintiffs and Defendants Regarding Proposed Deposition Protocol, No. 2:12-cv-00100 (Jan. 12, 2015), ECF No. 259, attaching Exhibit A, Stipulation and [Proposed] Order Regarding Deposition Protocol |
| EXHIBIT B | Plaintiffs' Memorandum in Support of Their Positions Regarding Disputed Deposition Protocol Provisions, No. 2:12-cv-00100 (Jan. 12, 2015), ECF No. 260 |
| EXHIBIT C | Defendants' Position Statement Regarding Disputed Provisions Contained in the Parties' Proposed Deposition Protocol, No. 2:12-cv-00100 (Jan. 12, 2015), ECF No. 261 |
| EXHIBIT D | Selected Pages from Transcript of October 8, 2014 Status Conference |
| EXHIBIT E | Selected Pages from Transcript of January 28, 2015 Status Conference |