# Exhibit D

Case 2:12-md-02311-SFC-RSW   ECF No. 909-5, PageID.11899   Filed 03/06/15   Page 2 of 4
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
 1               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION

 3                       -  -  -

 4   IN RE:  AUTOMOTIVE WIRE HARNESS
     SYSTEMS ANTITRUST
 5
                 MDL NO. 12-2311
 6   _____/

 7
                    STATUS CONFERENCE &
 8             MOTIONS FOR PRELIMINARY APPROVAL

 9        BEFORE THE HONORABLE MARIANNE O. BATTANI
                 United States District Judge
10         Theodore Levin United States Courthouse
                231 West Lafayette Boulevard
11                    Detroit, Michigan
               Wednesday, October 8, 2014
12

13   APPEARANCES:
     Direct Purchaser Plaintiffs:
14
     WILLIAM G. CALDES
15   SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
     1818 Market Street, Suite 2500
16   Philadelphia, PA  19103
     (215) 496-0300
17

18   DAVID H. FINK
     FINK & ASSOCIATES LAW
19   100 West Long Lake Road, Suite 111
     Bloomfield Hills, MI  48304
20   (248) 971-2500

21
     LEWIS H. GOLDFARB
22   McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.
     1200 Mount Kemble Avenue
23   Morristown, NJ  07962
     (973) 993-8100

24
        To obtain a copy of this official transcript, contact:
25            Robert L. Smith, Official Court Reporter
            (313) 964-3303 • rob_smith@mied.uscourts.gov
```

*1*  plaintiffs who bought a car don't think we should be subject

*2*  to being deposed in wire harness and then again in the next

*3*  case.

*4*  Our view would be one deposition of that plaintiff

*5*  for every case they are in, defendants can appear if they

*6*  want.  And what I would suggest, and I can provide the orders

*7*  on this, is in cases of this nature where there are class and

*8*  direct and multiple plaintiffs you don't repeat the

*9*  deposition again.  So if we produce our plaintiffs for

*10*  deposition once now during the wire harness discovery, we

*11*  don't want somebody on the sidelines to come back in a year

*12*  and say now it is occupant safety, we want that person again

*13*  to ask them all of the same questions.  So we are going to

*14*  suggest and we will try to work this into our protocol that

*15*  they get deposed once.

*16*  THE COURT:  Let me just indicate, you will try to

*17*  work it into the protocol, that's fine, but I don't see how

*18*  that is going to work because there is not discovery yet

*19*  done, I mean, or document production on these other parts.

*20*  MR. WILLIAMS:  But this is the plaintiff being

*21*  deposed, and this -- this comes back to what we have been

*22*  talking about, but it is the plaintiffs who's deposition

*23*  being taken, so --

*24*  THE COURT:  You are not talking --

*25*  MR. WILLIAMS:  My plaintiffs have produced their

```
 1  that just won't need to occur.
 2         THE COURT:  Okay.
 3         MR. CHERRY:  Thank you, Your Honor.
 4         THE COURT:  Yes?
 5         MR. BARRETT:  Your Honor, Don Barrett for the auto
 6  dealers.
 7         We strongly agree with the end payors about the
 8  issue of repeated depositions.  Generally speaking, our
 9  plaintiffs are small businessmen and it is -- it would be
10  abusive to make them over and over and over 29 times -- you
11  know, the idea is to run them out of the litigation and --
12         THE COURT:  Nobody is going to do that.  I don't
13  think you need to worry about that.  The effort will be to
14  not duplicate discovery.  I think we said that way back when,
15  and I really think that's still where it goes, and I think
16  with the Master's assistance in your meet and confers first
17  that you will be able to work that out.  It certainly may be
18  that somebody is deposed twice two or three -- I mean, there
19  are things that we can't control but those things that are
20  within their control and we can proceed now with wire harness
21  we will work with an effort to not duplicate.
22         MR. BARRETT:  Thank you, Your Honor.
23         THE COURT:  All right.  I think we have that
24  schedule for now.  I would like to go back because there was
25  one thing I didn't do, which I believe was F, page 3 of the
```