UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani |
| In Re:<br>Fuel Injection Systems<br>Valve Timing Control Devices | 2:13-cv-02200<br>2:13-cv-02500 |
| THIS RELATES TO:<br>Dealership Actions<br><br>End-Payor Actions | 2:13-cv-02202<br>2:13-cv-02502<br>2:13-cv-02203<br>2:13-cv-02503 |

## NOTICE OF APPEARANCE OF WILLIAM M. SULLIVAN JR.

PLEASE TAKE NOTICE that William M. Sullivan Jr. of Pillsbury Winthrop Shaw Pittman LLP hereby enters his appearance on behalf of Defendants MIKUNI CORPORATION and MIKUNI AMERICAN CORPORATION in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutory authority, or the Federal Rules of Civil Procedure.

Dated March 9, 2015          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/William M. Sullivan Jr.
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Phone: 202-663-8175
Email: william.sullivan@pillsburylaw.com

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, I caused the foregoing Notice of Appearance of William M. Sullivan Jr. to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

Respectfully submitted,

By: /s/William M. Sullivan Jr.
    Pillsbury Winthrop Shaw Pittman LLP
    1200 Seventeenth Street, NW
    Washington, DC 20036
    Phone: 202-663-8175
    Email: william.sullivan@pillsburylaw.com