# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## REVISED ORDER REGARDING SUBPOENA TO OEM

The prior Order Regarding Subpoena to OEM is hereby revised as follows: The request for an extension to March 30, 2015 to agree upon a uniform subpoena to the OEM's is hereby granted. Additionally, the Direct Purchaser Plaintiffs will have 7 days to review and respond to such uniform subpoena. The OEM's will retain all rights to object to any such individual subpoena

IT IS SO ORDERED.

Date: March 19, 2015        /s/ Gene J. Esshaki
                            Gene J. Esshaki
                            Special Master