UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Harold G. Levison, formerly a member of, and senior counsel to, Kasowitz, Benson, Torres & Friedman LLP ("KBTF"), respectfully requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 12-md-02311

Wire Harness cases on behalf of Plaintiff Ford Motor Company, Case Nos.:

2:12-CV-00100-MOB-MKM

2:12-CV-00101-MOB-MKM

2:13-CV-00104-MOB

2:13-CV-13055-MOB-MKM

Other members of KBTF have appeared as counsel on behalf of Plaintiff Ford Motor Company in the referenced actions and their representation continues.

Dated: March 20, 2015              /s/ *Harold G. Levison*
                                                                  Harold G. Levison
                                                                  1633 Broadway
                                                                  New York, New York 10019
                                                                  Telephone: (212) 506-1700
                                                                  Facsimile: (212) 506-1800
                                                                  hlevison@kasowitz.com

**CERTIFICATE OF SERVICE**

      I, Harold G. Levison, hereby certify that on March 20, 2015, a true and correct copy of the foregoing Motion for Withdrawal of Counsel for Plaintiff Ford Motor Company was electronically filed with the Clerk of the Court via the ECF system, which sends electronic notice to all attorneys of record.

Dated: March 20, 2015                      /s/ *Harold G. Levison*
                                                     Harold G. Levison
                                                     1633 Broadway
                                                     New York, New York 10019
                                                     Telephone: (212) 506-1700
                                                     Facsimile: (212) 506-1800
                                                     hlevison@kasowitz.com