UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02202<br>2:13-cv-02203 |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

### NOTICE OF APPEARANCE BY BRUCE A. BAIRD

PLEASE TAKE NOTICE that Bruce A. Baird, of the law firm Covington & Burling LLP, hereby enters his appearance as counsel on behalf of Defendant Keihin North America, Inc., in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: March 25, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Bruce A. Baird
   Bruce A. Baird
   COVINGTON & BURLING LLP
   One CityCenter
   850 10th Street NW
   Washington, DC 20001-4956
   Tel: (202) 662-5122
   Fax: (202) 778-5122
   Email: bbaird@cov.com

   *Attorney for Defendant Keihin North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY BRUCE A. BAIRD to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ Bruce A. Baird
Bruce A. Baird
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5122
Fax: (202) 778-5122
Email: bbaird@cov.com

*Attorney for Defendant Keihin North America, Inc.*