UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02202<br>2:13-cv-02203 |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

## NOTICE OF APPEARANCE BY SARAH L. WILSON

PLEASE TAKE NOTICE that Sarah L. Wilson, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendant Keihin North America, Inc., in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: March 25, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Sarah L. Wilson
    Sarah L. Wilson
    COVINGTON & BURLING LLP
    One CityCenter
    850 10th Street NW
    Washington, DC 20001-4956
    Tel:  (202) 662-5397
    Fax:  (202) 778-5397
    Email: swilson@cov.com

*Attorney for Defendant Keihin North America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY SARAH L. WILSON to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

          By: /s/ Sarah L. Wilson
          Sarah L. Wilson
          COVINGTON & BURLING LLP
          One CityCenter
          850 10th Street NW
          Washington, DC 20001-4956
          Tel:   (202) 662-5397
          Fax:  (202) 778-5397
          Email: swilson@cov.com

*Attorney for Defendant Keihin North America, Inc.*