## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

    PLEASE TAKE NOTICE that Francis O. Scarpulla, formerly of:

        Zelle Hofmann Voelbel & Mason LLP
        44 Montgomery St., Suite 3400
        San Francisco, CA 94104
        Telephone:  (415) 693-0700
        Facsimile:  (415) 693-0770
        E-mail:     fscarpulla@zelle.com

as of March 25, 2015 will join the firm of:

        Law Offices of Francis O. Scarpulla
        44 Montgomery St., Suite 3400
        San Francisco, CA 94104
        Telephone:  (415) 788-7210
        Facsimile:  (415) 788-0706
        E-mail:     fos@scarpullalaw.com

    Both firms will continue to represent the plaintiffs in the above-captioned action. Please make the necessary changes to your files.

Dated:  March 25, 2015                      /s/ *Francis O. Scarpulla*

                                              Law Offices of Francis O. Scarpulla
                                              44 Montgomery St., Suite 3400
                                              San Francisco, CA 94104
                                              Telephone:  (415) 788-7210
                                              Facsimile:  (415) 788-0706
                                              E-mail:     fos@scarpullalaw.com

3262867v1