**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re: ALL PARTS CASES | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of David Hansma as counsel in all actions. This motion is precipitated by Mr. Hansma's departure from the law firm Mantese Honigman and Williamson, P.C.. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mr. Hansma's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mr. Hansma as counsel.

DATED: March 26, 2015                    Respectfully submitted,

                                                              **MANTESE HONIGMAN**
                                                                **AND WILLIAMSON, P.C.**

                                                               /s/  *Gerard V. Mantese*
                                                              Gerard V. Mantese (Michigan Bar No. P34424)
                                                              Mantese Honigman and Williamson, P.C
                                                              1361 E. Big Beaver Road
                                                              Troy, Michigan 48083
                                                              Telephone: (248) 457-9200
                                                              gmantese@manteselaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

      /s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman and Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com