**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>IN RE: WIRE HARNESS CASES<br><br>THIS DOCUMENT RELATES TO:<br>ALL WIRE HARNESS CASES | Master File No.12-md-2311<br>Honorable Marianne O. Battani |

## MOTION FOR WITHDRAWAL OF COUNSEL

Elizabeth A. Favaro respectfully requests that the Court enter an order to allow her to withdraw her appearance as counsel for Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. in the following actions:

Master File No. 12-md-02311

Wire Harness cases on behalf of Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. Case Nos.:

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM.

Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. will continue to be represented by other counsel of record and no delay in the progress of this action will result from my withdrawal.

Dated:  March 31, 2015

Respectfully submitted,

GIARMARCO, MULLINS & HORTON, P.C.

By  */s/ Elizabeth A. Favaro*
    Elizabeth A. Favaro (P69610)
    Giarmarco, Mullins & Horton, P.C.
    Tenth Floor Columbia Center
    101 West Big Beaver Road
    Troy, MI  48084-5280
    Phone: 248-457-7181
    efavaro@gmhlaw.com

*Attorney for Defendants
Sumitomo Electric Industries, Ltd.
Sumitomo Electric Wintec America, Inc.
Sumitomo Wiring Systems, Ltd.
Sumitomo Electric Wiring Systems, Inc.
K&S Wiring Systems, Inc.
Sumitomo Wiring Systems (U.S.A.) Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2015, I caused a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: March 31, 2015

By */s/ Elizabeth A. Favaro*
Elizabeth A. Favaro (P69610)
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI  48084-5280
Phone: 248-457-7060
efavaro@gmhlaw.com

*Attorney for Defendants*
*Sumitomo Electric Industries, Ltd.*
*Sumitomo Electric Wintec America, Inc.*
*Sumitomo Wiring Systems, Ltd.*
*Sumitomo Electric Wiring Systems, Inc.*
*K&S Wiring Systems, Inc.*
*Sumitomo Wiring Systems (U.S.A.) Inc.*