UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: | |
| DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

### STIPULATION AND ORDER REGARDING OEM SUBPOENAS

This matter having come before the Master by stipulation of the undersigned parties (the "Parties"), through their respective counsel; The Parties having worked and continue to work diligently to coordinate subpoenas to be issued to various Original Equipment Manufacturers ("OEMs"); The Parties having previously agreed to finalize the coordination of the OEM subpoenas on or before March 31, 2015; and the Parties requesting an additional fourteen (14) days to coordinate the OEM subpoenas, given the nature and complexity of the issues involved:

**IT IS HEREBY ORDERED** that the Parties shall finalize the coordination of the OEM subpoenas on or before April 14, 2015.

**IT IS SO ORDERED.**

Date:  April 2, 2015                                 /s/ Gene J. Esshaki_____
                                                                  GENE J. ESSHAKI, MASTER

**STIPULATED TO AND APPROVED BY:**

April 1, 2015 /s/ E. Powell Miller
E. Powell Miller (P39487)
Adam T. Schnatz (P72049)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ats@millerlawpc.com

*Interim Liaison Counsel for the
End-Payor Plaintiffs Classes*

April 1, 2015 /s/ Steven N. Williams (w/ consent)
Steven N. Williams
Frank C. Damrell
Adam J. Zapala
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cmplegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@RobinsKaplan.com
bpersky@RobinsKaplan.com
wvreiss@RobinsKaplan.com

                                Marc M. Seltzer
                                Steven G. Sklaver
                                **SUSMAN GODFREY L.L.P.**
                                1901 Avenue of the Stars, Suite 950
                                Los Angeles, CA 90067-6029
                                Telephone: (310) 789-3100
                                Facsimile: (310) 789-3150
                                mseltzer@susmangodfrey.com
                                ssklaver@susmangodfrey.com

                                Terrell W. Oxford
                                **SUSMAN GODFREY L.L.P.**
                                901 Main Street, Suite 5100
                                Dallas, TX 75202
                                Telephone: (214) 754-1900
                                Facsimile: (214) 754-1933
                                toxford@susmangodfrey.com

                                *Interim Co-Lead Class Counsel for*
                                *End-Payor Plaintiffs*

April 1, 2015                */s/ Gerard V. Mantese (w/ consent)*
                                Gerard V. Mantese (P34424)
                                Joshua Lushnat (P75319)
                                **MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
                                1361 E. Big Beaver Road
                                Troy, MI 48083
                                Telephone: (248) 457-9200 ext. 203
                                Facsimile: (248) 457-9201
                                gmantese@manteselaw.com
                                jlushnat@manteselaw.com

                                *Interim Liaison Counsel for the*
                                *Automobile Dealer Plaintiff Classes*

| | |
|---|---|
| April 1, 2015 | */s/ Victoria Romanenko (w/ consent)* |
| | Jonathan W. Cuneo |
| | Joel Davidow |
| | Victoria Romanenko |
| | Evelyn Li |
| | **CUNEO GILBERT & LADUCA, LLP** |
| | 507 C Street, N.E. |
| | Washington, DC 20002 |
| | Telephone: (202) 789-3960 |
| | Facsimile: (202) 789-1813 |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| | vicky@cuneolaw.com |
| | evelyn@cuneolaw.com |
| | |
| | Don Barrett |
| | David McMullan |
| | Brian Herrington |
| | **BARRETT LAW GROUP, P.A.** |
| | P.O. Box 927 |
| | 404 Court Square |
| | Lexington, MS 39095 |
| | Telephone: (662) 834-2488 |
| | Facsimile: (662) 834.2628 |
| | dbarrett@barrettlawgroup.com |
| | bherrington@barrettlawgroup.com |
| | dmcmullan@barrettlawgroup.com |
| | |
| | Shawn M. Raiter |
| | **LARSON • KING, LLP** |
| | 2800 Wells Fargo Place |
| | 30 East Seventh Street |
| | St. Paul, MN 55101 |
| | Telephone: (651) 312-6500 |
| | Facsimile: (651) 312-6618 |
| | sraiter@larsonking.com |
| | |
| | *Interim Co-Lead Counsel for the Automobile Dealer Plaintiff Classes* |

| | |
|---|---|
| April 1, 2015 | */s/ J. Manly Parks (w/ consent)*<br>J. Manly Parks<br>**DUANE MORRIS LLP**<br>30 S. 17th Street<br>Philadelphia, PA 19103-4001<br>Telephone: (215) 979-1342<br>Facsimile: (215) 979-1020<br>jmparks@duanemorris.com<br><br>*Attorney for Rush Truck Center Plaintiffs* |
| April 1, 2015 | */s/ Lesley E. Weaver (w/ consent)*<br>Lesley E. Weaver<br>**BLOCK & LEVITON LLP**<br>155 Federal Street, Suite 400<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Facsimile: (617) 507-6020<br>lesley@blockesq.com<br><br>*Attorney for Plaintiff City of Richmond and the Proposed Public Entity Plaintiff Class* |
| April 1, 2015 | */s/ Timothy Fraser (w/ consent)*<br>Timothy Fraser<br>**OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA ANTITRUST DIVISION**<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>Facsimile: (850) 488-9134<br>timothy.fraser@myfloridalegal.com<br><br>*Florida Attorney General* |

| | |
|---|---|
| April 1, 2015 | */s/ Steven F. Cherry (w/ consent)*<br>Steven F. Cherry<br>David P. Donovan<br>Brian C. Smith<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>steven.cherry@wilmerhale.com<br>david.donovan@wilmerhale.com<br>brian.smith@wilmerhale.com<br><br>*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc. and on behalf of Defendants* |
| April 1, 2015 | */s/ Larry S. Gangnes (w/ consent)*<br>Larry S. Gangnes<br>**LANE POWELL PC**<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box. 91302<br>Seattle, WA 98111<br>Telephone:  (206) 223-7000<br>Facsimile:  (206) 223-7107<br>gangnesl@lanepowell.com<br><br>*On behalf of Defendants* |

4836-7894-0194, v.  1