UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION : | 2:12-md-02311-MOB-MKM |
| : | Honorable Marianne O. Battani |
| ALL PARTS CASES : | |
| THIS RELATES TO: : ALL CASES : | |

**NOTICE OF APPEARANCE OF MICHAEL R. SHUMAKER ON BEHALF OF YAZAKI NORTH AMERICA, INC. AND YAZAKI CORPORATION**

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Michael R. Shumaker, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. and Yazaki Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: April 2, 2015                           JONES DAY

                                               By: */s/ Michael R. Shumaker*
                                               Michael R. Shumaker
                                               D.C. Bar No. 434578
                                               JONES DAY
                                               51 Louisiana Ave., N.W.
                                               Washington, D.C. 20001-2113
                                               202-879-4676
                                               202-626-1700 (facsimile)
                                               *Email*: mrshumaker@JonesDay.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2015, I electronically filed my Appearance on behalf of Yazaki North America, Inc. and Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 2, 2015                                         JONES DAY

                                                                                  By: */s/ Michael R. Shumaker*
                                                                                  Michael R. Shumaker
                                                                                   D.C. Bar No. 434578
                                                                                   JONES DAY
                                                                                   51 Louisiana Ave., N.W.
                                                                                  Washington, D.C.  20001-2113
                                                                                  202-879-4676
                                                                                  202-626-1700 (facsimile)
                                                                                  *Email*:  mrshumaker@JonesDay.com