**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases<br>In Re: All Auto Parts Cases | : : : | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | : : : : : : | <br><br>2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES**

### INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Joint Statement of Plaintiffs and Defendants Regarding Proposed Deposition Protocol, No. 2:12-cv-00100 (Jan. 12, 2015), ECF No. 259, attaching Exhibit A, Stipulation and [Proposed] Order Regarding Deposition Protocol |
| EXHIBIT B | Selected Pages from Transcript of January 28, 2015 Status Conference |
| EXHIBIT C | Certain Defendants' Motion to Establish Schedule for Auto Dealer Plaintiffs' Production of ESI Concerning Vehicle Purchases and Sales and Brief in Support, No. 2:12-cv-00103 (Mar. 3, 2015), ECF No. 287 |
| EXHIBIT D | March 23, 2015 and March 25, 2015 emails between V. Romanenko and L. Gangnes regarding ESI Production |