**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | : : : : : | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | : : : : : | <br><br>2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

**NOTICE OF ERRATA REGARDING FILING OF REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING
REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES**

On Thursday, April 2, 2015, certain defendants electronically filed their Reply in Support of Defendants' Motion for Clarification of the Court's Ruling Regarding Depositions of Plaintiffs in Multiple Auto Parts Cases (2:12-md-02311-MOB-MKM, ECF No. 927; 2:12-cv-00100-MOB-MKM, ECF No. 282) (the "Reply").  The Reply and the "Docket Text" associated with the electronic filing of the Reply incorrectly identified Yazaki Corporation and Yazaki North America, Incorporated as two of the filing parties.  That was done in error.  Neither Yazaki Corporation nor Yazaki North America, Incorporated were filing parties to the Reply.

Undersigned Defendants will file a Corrected Reply in Support of Defendants' Motion for Clarification of the Court's Ruling Regarding Depositions of Plaintiffs in Multiple Auto Parts Cases in 2:12-md-02311-MOB-MKM  and 2:12-cv-00100-MOB-MKM.

|  |  |  |
|---|---|---|
|  | | Respectfully submitted, |
| Date:  April 3, 2015 | By: | LATHAM & WATKINS LLP |
|  |  | */s/ Marguerite M. Sullivan* <br> Marguerite M. Sullivan <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-2200 <br> Fax: (202) 637-2201 <br> Marguerite.Sullivan@lw.com |
|  |  | Daniel M. Wall <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 395-0600 <br> Fax: (415) 395-8095 <br> dan.wall@lw.com |
|  |  | David D. Cross <br> CROWELL & MORING LLP <br> 1001 Pennsylvania Avenue, N.W. <br> Washington, D.C.  20004 <br> Tel:  202-624-2500 <br> Fax:  202-628-5116 |

                                      dcross@crowell.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*


LANE POWELL PC

Date: April 3, 2015      By:    */s/Larry S. Gangnes* (w/consent)
Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Tanya Durkee Urbach
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
urbacht@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084

3

|  |  |  |
|---|---|---|
| | | Telephone:  (248) 528-1111<br>Facsimile:  (248) 528-5129<br>richard.bisio@kkue.com<br>ron.nixon@kkue.com |
| | | *Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.* |
| | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Date:  April 3, 2015 | | |
| | By: | */s/Steven F. Cherry*  (w/consent)<br>Steven F. Cherry<br>David P. Donovan<br>Brian C. Smith<br>Kurt G. Kastorf<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>steven.cherry@wilmerhale.com<br>david.donovan@wilmerhale.com<br>brian.smith@wilmerhale.com<br>kurt.kastorf@wilmerhale.com |
| | | *Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation* |
| | | Steven M. Zarowny (P33362)<br>General Counsel<br>DENSO International America, Inc.<br>24777 Denso Drive<br>Southfield, MI 48033<br>Telephone: (248) 372-8252<br>Fax:   (248) 213-2551<br>steve_zarowny@denso-diam.com |
| | | *Attorney for Defendant DENSO International America, Inc.*<br>ARNOLD & PORTER LLP |
| Date:  April 3, 2015 | By: | */s/James L. Cooper*  (w/consent)<br>James L. Cooper<br>Michael A. Rubin<br>Laura Cofer Taylor<br>Katherine Clemons<br>ARNOLD & PORTER LLP<br>555 Twelfth Street NW<br>Washington, DC 20004<br>(202) 942-5000<br>(202) 942-5999 (facsimile)<br>james.cooper@aporter.com |

4

|  |  |  |
|---|---|---|
|  |  | michael.rubin@aporter.com<br>laura.taylor@aporter.com<br>katherine.clemons@aporter.com |
|  |  | Joanne Geha Swanson (P33594)<br>Fred Herrmann (P49519)<br>Matthew L. Powell (P69186)<br>KERR, RUSSELL AND WEBER, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>(313) 961-0200<br>(313) 961-0388 (facsimile)<br>jswanson@kerr-russell.com<br>fherrmann@kerr-russell.com<br>mpowell@kerr-russell.com |
|  |  | *Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*<br>O'MELVENY & MYERS LLP |
| Date:  April 3, 2015 | By: | */s/Michael F. Tubach*  (w/consent)<br>Michael F. Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Fax: (415) 984-8701<br>Mtubach@omm.com |
|  |  | Michael R. Turco (P48705)<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>Telephone: (248) 971-1713<br>Fax: (248) 971-1801<br>turco@bwst-law.com |
|  |  | *Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.* |

5

|  |  | BUTZEL LONG |
|---|---|---|
| Date: April 3, 2015 | By: | */s/David F. DuMouchel*  (w/consent)<br>David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>Telephone: (313)225-7000<br>dumouchd@butzel.com<br>donnini@butzel.com<br><br>W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202)663-7820<br>TMiller@bakerandmiller.com<br><br>*Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.* |
| Date: April 3, 2015 |  | PORTER WRIGHT MORRIS & ARTHUR LLP |
|  | By: | */s/ Donald M. Barnes* (w/consent)<br>Donald M. Barnes<br>Jay L. Levine<br>Salvatore A. Romano<br>John C. Monica<br>Molly S. Crabtree<br>Karri N. Allen<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1919 Pennsylvania Ave., NW, Ste 500<br>Washington, DC 20006<br>Telephone: (202) 778-3054<br>Facsimile: (202) 778-3063<br>dbarnes@porterwright.com<br>sromano@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br>kallen@porterwright.com<br><br>*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*<br>B |

|  |  | JENNER & BLOCK LLP |
|---|---|---|
| Date: April 3, 2015 | By: | /s/ Terrence J. Truax |

Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, Michigan 48334-2374
Telephone (248) 851-4111
gaugust@zkac.com

*Counsel for Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

7

Date:  April 3, 2015

By:

K&L GATES LLP

/s/  Michael E. Martinez
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Defendant Chiyoda USA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2015, I caused the foregoing NOTICE OF ERRATA REGARDING REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING REGARDING DEPOSITIONS OF PLAINTIFFS IN MULTIPLE AUTO PARTS CASES to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
+1.202.637.2200
maggy.sullivan@lw.com