UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re:  ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## ORDER GRANTING ATTORNEY WITHDRAWAL OF BRENDAN H. FREY IN ALL ACTIONS

A motion has been filed regarding the withdrawal of Brendan H. Frey of the law firm Mantese Honigman and Williamson, P.C. as counsel for Automobile Dealership Plaintiffs. Other attorneys of the same firm have appeared as counsel on behalf of these parties and their representation continues.

IT IS ORDERED that Brendan H. Frey shall be removed as attorney of record in all actions.

Date:  April 9, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge