# EXHIBIT 2

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | ) ) ) ) | 2:12-cv-00100-MOB-MKM 2:12-md-02311-MOB-MKM |
| **IN RE:** | ) ) ) | Hon. Marianne O. Battani |
| **ALL WIRE HARNESS CASES ALL AUTOMOTIVE PARTS CASES** | ) | Hon. Mona Majzoub |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| **ALL WIRE HARNESS CASES ALL AUTOMOTIVE PARTS CASES** | ) ) | |

**[PROPOSED] ORDER GRANTING DEALERSHIP PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO CERTAIN
DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR CLARIFICATION**

This matter having come before the Court upon the Dealership Plaintiffs' Motion for Leave to File a Sur-Reply in Response to Certain Defendants' Reply in support of their Motion for Clarification and the Court having considered the request and determined that the sur-reply will aid in the decisional process, the motion is therefore GRANTED.

IT IS HEREBY ORDERED that Dealership Plaintiffs shall file the sur-reply attached as Exhibit 1 to Dealership Plaintiffs' Motion for Leave to File a Sur-Reply in Response to Certain Defendants' Reply in support of their Motion for Clarification.

**SO ORDERED.**

Dated: _____

_____
Hon. Marianne O. Battani
United States District Judge