UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: | |
| DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted on April 30, 2015 at 10:00 a.m., before Gene J. Esshaki, Master, at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

**Auto Dealer Case (12-cv-00102)**

1. Reynolds &Reynolds' Motion to Quash, Doc #259
2. Defendants' Motion to Strike Reynolds & Reynolds' Overlong Reply Brief, Doc #290
3. CDK Motion to Quash, Doc #271 (272 –sealed motion)
4. Defendants' Expedited Motion to Compel DMS Data and Information, Doc #275, 276 (Declaration)
5. Defendants' Motion to Establish Schedule for ADPs' Production of ESI, Doc #283

6.  Dealership Plaintiffs' Motion to Resolve Defendants' Motion to Compel Downstream Discovery and Outstanding Requests

### End – Payor Case (12-cv-00103)

1. Reynolds &Reynolds' Motion to Quash, Doc #268
2. Defendants' Motion to Strike Reynolds &Reynolds' Overlong Reply Brief, Doc #291
3. Defendants' Expedited Motion to Compel DMS Data and Information, Doc #281, 282 (declaration) and 283 (sealed exhibit)
4. Defendants' Motion to Establish Schedule for ADPs' Production of ESI, Doc 287
5. Dealership Plaintiffs' Motion to Resolve Defendants' Motion to Compel Downstream Discovery and Outstanding Requests

All briefing must be received by the master no later than the end of business on April 25, 2015.  Any discovery matter that includes a filing in excess of 200 pages shall be delivered directly to the Master at 300 River Place, Suite 3000, Detroit, Michigan, 48207-4224. Any discovery filing 200 pages or less must be emailed to gjesshaki@abbottnicholson.com. All sealed documents shall be delivered directly to the Master.

Date:  April 13, 2015                             /s/ Gene J. Esshaki_____
                                                  GENE J. ESSHAKI, MASTER

4815-4595-7923, v.  1