**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                           MASTER FILE NO. 12-md-02311

                                               HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF MAY 6, 2015 STATUS
CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., May 6, 2015,** in Room 272. All Interim Liaison Counsel and at least one representative from each of the five Interim Lead Counsel groups must be present as well as counsel for Ford Motor Company and the State of Florida. Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference. In addition, Counsel must specify which motions, if any, they would like to argue following the status conference. Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., April 22, 2015**. The Court will finalize the Agenda and file it electronically by April 29, 2015.


Date: April 15, 2015                           s/Marianne O. Battani_____
                                               MARIANNE O. BATTANI
                                               United States District Judge