# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## ORDER GRANTING
## DEALERSHIP PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO CERTAIN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR CLARIFICATION

The request for leave to file a sur-reply in response to Certain Defendants' Reply in Support of their Motion for Clarification is hereby granted. Dealership Plaintiffs' will have until the close of business on April 17, 2015 in which to file their sur-reply.

IT IS SO ORDERED.

Date: April 14, 2015

/s/ Gene J. Esshaki
Gene J. Esshaki
Special Master

4850-8955-7027, v. 1