UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| In Re Bearings | 2:12-cv-00500 |
| THIS RELATES TO:<br>DIRECT ACTIONS | 2:12-cv-00501 |

# NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Gold Bennett Cera & Sidener LLP has changed its name to Cera LLP.  The firm's location, 595 Market Street, Suite 2300, San Francisco, California 94105, its telephone number, (415) 777-2230, and its facsimile number, (415) 777-5189, remain unchanged.  As a result of the firm name change, Solomon B. Cera and Thomas C. Bright have new email addresses: scera@cerallp.com and tbright@cerallp.com.

Dated: April 15, 2015

Respectfully submitted,
CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com
tbright@cerallp.com

Attorneys for Plaintiffs
Sherman Bearings Inc. and McGuire Bearing Company

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

              /s/Solomon B. Cera
              Solomon B. Cera