**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 <br> Honorable Marianne O. Battani |
| IN RE WIRE HARNESS CASES | Case No. 12-cv-00100-MOB-MKM |
| THIS RELATES TO: <br> ALL DIRECT PURCHASER CASES | Case No. 12-cv-00101-MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Solomon B. Cera of Cera LLP hereby enters his appearance as counsel for the Direct Purchaser Plaintiffs in the above-captioned matter.

Please direct all future pleadings and correspondence to the undersigned counsel.

Dated: April 15, 2015

Respectfully submitted,

CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

                                                      /s/Solomon B. Cera
                                                      Solomon B. Cera