UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re AUTOMOTIVE PARTS ANTITRUST          :    12-md-2311
LITIGATION                                :
                                          :    Honorable Marianne O. Battani
This Document Relates to:  ALL CASES      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Molly Kelley respectfully request that the Court enter an order allowing her to withdraw as counsel for Robert Bosch LLC, Robert Bosch GmbH, and Bosch Electrical Drives Co. (collectively "Bosch").  As of April 17, 2015, Ms. Kelley will no longer be affiliated with Allen & Overy LLP.  Allen & Overy LLP will continue to be counsel of record in this matter.

Dated:  Thursday, April 16, 2015

                              Respectfully submitted,

                              /s/ Molly A. Kelley
                              Molly A. Kelley
                              ALLEN & OVERY LLP
                              1101 New York Avenue NW
                              Washington, DC  20005
                              Telephone:  202-683-3884
                              Facsimile:  202-683-3999
                              molly.kelley@allenovery.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re AUTOMOTIVE PARTS ANTITRUST          :     12-md-2311
LITIGATION                                :
                                          :     Honorable Marianne O. Battani
This Document Relates to:  ALL CASES      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [Proposed] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

   Upon the Motion to Withdraw as counsel,

   IT IS HEREBY ORDERED that the motion of Molly Kelley to withdraw as counsel in the above-captioned action is granted, and Ms. Kelley's appearance is withdrawn as of the date of this Order.  The Clerk is directed to remove Ms. Kelley from the CM/ECF service list for this action.


Dated:  _____

                                       Respectfully submitted,


                                       United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to all counsel of record registered with the Court.

/s/Molly Kelley
Molly Kelley (admitted pro hac vice)
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
202.683.3800
Molly.Kelley@allenovery.com

Dated:  April 17, 2015