## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 Honorable Marianne O. Battani |
| In Re:  **All Auto Parts Cases** | |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | 2:12-MD-02311-MOB-MKM |

### DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE

The undersigned Defendants hereby submit this opposition to the Motion to Intervene ("Motion") submitted by Timmy A. Curtis, Amber Lambert, and Jonathon Rich ("Movants").  Because Movants fail to provide any basis for their Motion, the Motion should be denied.  Further, at least one of the Movants has a long and litigious history of filing frivolous intervention motions that have been denied repeatedly by courts across the country.

Movants seek intervention as of right under Federal Rule of Civil Procedure 24(a) as well as permissive intervention under Rule 24(b).  *See* Dkt No. 930 (hereinafter, "Mot.").  In the Motion, Movants argue that they "have a common vested interest in this litigation" and state that they will provide "questions of laws and Facts that are common in this Litigation in support of plaintiffs [*sic*] claims." Mot. at 1.  Even applying the principle that *pro se* complaints are to be held to less

stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed,  *see Williams v. Curtin*, 631 F.3d 380, 383 (6th Cir. 2011), the statements in the Motion are entirely conclusory and insufficient to satisfy the requirements of Rule 24.

As an initial matter, under Rule 24(c), a motion to intervene, whether as of right or for permissive intervention, "must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought."  The movant must describe the basis for intervention with "sufficient specificity to allow the district court to rule."  *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 475 (9th Cir. 1992).  Here, in addition to not being accompanied by a pleading, the Motion provides only a conclusory recitation of one element of permissive intervention without specifying for which claim or defense intervention is sought.  *See* Mot. at 1 ("Intervenors will provide questions of laws and Facts that are common in this Litigation.").  On this basis alone, the Motion should be denied.

In addition, even construing the Motion liberally, Movants have not provided any basis for intervention under either Rule 24(a)(2) or Rule 24(b).  The Sixth Circuit has held that, "to intervene as of right under Rule 24(a)(2), a proposed intervenor must establish the following four elements: (1) the motion to intervene is timely; (2) the proposed intervenor has a substantial legal interest in

the subject matter of the case; (3) the proposed intervenor's ability to protect that interest may be impaired in the absence of intervention; and (4) the parties already before the court may not adequately represent the proposed intervenor's interest." *United States v. Michigan*, 424 F.3d 438, 443 (6th Cir. 2005). Further, "failure to meet one of the criteria will require that the motion to intervene be denied." *Id.* (quoting *Grubbs v. Norris*, 870 F.2d 343, 345 (6th Cir.1989)). Movants here fail to establish even one of these four requirements. They have not alleged any facts supporting a legitimate connection to the underlying litigation, much less a substantial legal interest in the subject matter of the case. *See Am. Special Risk Ins. Co. ex rel. S. Macomb Disposal Auth. v. City of Centerline*, 69 F. Supp. 2d 944, 955 (E.D. Mich. 1999) (denying motion to intervene as of right because, among other things, proposed intervenor failed to illustrate how its interests would be impaired if it was not allowed to intervene). Moreover, the Motion fails to articulate why Movants believe that Co-Lead Class Counsel may not adequately protect their interests. *Id.*

Movants similarly fail to make a case for permissive intervention. Permissive intervention requires that the proposed intervenor have (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). In the Motion, Movants fail to identify the specific "claim or defense"

they purport to assert.  Nor do Movants identify any federal statute under which they have a conditional right to intervene.

As demonstrated, there is no basis on which to allow intervention by Movants under Rule 24(a)(2) or Rule 24(b), and the Motion should be denied.

It is not surprising that Movants have entirely failed to construct a request for intervention satisfying even the most basic requirements for that relief.  The Movants have a history of filing frivolous motions.  *See, e.g.*, *Order Denying Mot. to Intervene* at 2 n.4, *Oracle Am., Inc. v. Tetrix Computer Co.*, Case No. 5:13-cv-03385-PSG (N.D. Ca. Mar. 25, 2015), ECF No. 571 (denying motion by Movants to intervene and noting that Movant Jonathan Riches has a "long and litigious history filing frivolous lawsuits in courts across the country.")  The results of an ECF/Pacer USParty/Case Index Search conducted on April 9, 2015, for "Riches, Jonathan Lee" indicated that Mr. Riches has been a party to 3,670 cases.  *See* http://pacer.psc.uscourts.gov (follow "Case Search Sign In" hyperlink); *see also Report and Recommendation of United States Magistrate Judge* at 3, *Solliday v. Dir. of Bureau of Prisons*, Case No. 0:11-cv-02350-MJD-JJG (D. Minn. Oct. 8, 2014), ECF No. 56 (providing results of an ECF/Pacer USParty/Case Index Search for "Riches, Jonathan Lee" as of October 8, 2014), *adopted in Amended Order on Report and Recommendation* (D. Minn. Nov. 17, 2014), ECF No. 59.  In fact, Movant "Jonathon Rich" has been restricted by several courts, including Judge

4

Ludington of this Court, from filing future documents in those courts unless he first obtains permission of the court or unless any such filing is signed by a licensed attorney:

> Accordingly, IT IS HEREBY RECOMMENDED that . . . An order be issued further restricting the proposed filings of Jonathan Lee Riches (a.k.a. Jonathan Rich, Rich Jonny Lee, Gordon Gekko, Ryan Howard, Mats Sundin, Trevor Wikre, or anyone signing with Inmate Identification Number KX9662) by directing the Clerk of Court for the District of Minnesota to refuse **any type of filings** submitted by Mr. Riches unless he receives permission to file the proposed document from a United States Magistrate Judge or unless the document is signed by a licensed attorney . . . .

*Id.* at 2-4, 8 (emphasis added); *see also Order Adopting Magistrate Judge's Report and Recommendation, Dismissing Plaintiff's Complaint with Prejudice and Enjoining Plaintiff From Filing Future Actions Without Leave of the Court, Riches v. Aguilera*, Case No. 1:07-cv-14460-TLL-CEB (E.D. Mich. Feb. 5, 2008), ECF No. 4.

Accordingly, for the reasons set forth above, the undersigned Defendants respectfully submit that Movants' Motion should be denied.

Dated: April 20, 2015                  Respectfully submitted,


                                       By:   */s/ Steven A. Reiss*
                                             Steven A. Reiss
                                             Adam C. Hemlock
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153-0119
                                             Telephone:  (212) 310-8000
                                             Facsimile:  (212) 310-8007
                                             steven.reiss@weil.com
                                             adam.hemlock@weil.com

                                             Frederick R. Juckniess
                                             SCHIFF HARDIN LLP
                                             350 South Main Street, Suite 210
                                             Ann Arbor, MI 48104
                                             (734) 222-1504
                                             fjuckniess@schiffhardin.com

                                       ***Attorneys for Bridgestone Corporation and
                                       Bridgestone APM Company***

Dated:  April 20, 2015                By: */s/ Steven A. Reiss*
                                          Steven A. Reiss
                                          Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
KERR RUSSELL & WEBER PLC
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

***Attorneys for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.***

BUTZEL LONG

Dated:  April 20, 2015                By: */s/ Sheldon H. Klein*
Sheldon H. Klein
David F. DuMouchel
George B. Donnini
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
(313) 225-7080 (facsimile)
klein@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

**Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.**

ARNOLD & PORTER LLP

Dated:  April 20, 2015          By: */s/ James L. Cooper*
                               James L. Cooper
                               Michael A. Rubin
                               Laura Cofer Taylor
                               Katherine Clemons
                               ARNOLD & PORTER LLP
                               555 Twelfth Street NW
                               Washington, DC 20004
                               (202) 942-5000
                               (202) 942-5999 (facsimile)
                               james.cooper@aporter.com
                               michael.rubin@aporter.com
                               laura.taylor@aporter.com
                               katherine.clemons@aporter.com

                               Joanne Geha Swanson
                               Fred K. Herrmann
                               Matthew L. Powell
                               KERR, RUSSELL AND WEBER, PLC
                               500 Woodward Avenue, Suite 2500
                               Detroit, MI 48226
                               (313) 961-0200
                               (313) 961-0388 (facsimile)
                               jswanson@kerr-russell.com
                               fherrmann@kerr-russell.com
                               mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

SQUIRE PATTON BOGGS

Dated:  April 20, 2015          By:*/s/ Barry A. Pupkin*
                                  Barry A. Pupkin
                                  SQUIRE PATTON BOGGS
                                  2550 M Street Northwest
                                  Washington, D.C. 20037
                                  United States of America
                                  (202) 626-6662
                                  (202) 457-6315 (facsimile)
                                  barry.pupkin@squirepb.com

*Attorney for Defendants Aisan Corporation of America and Franklin Precision Industry*

ARNOLD & PORTER LLP

Dated:  April 20, 2015          By: */s/ Franklin R. Liss*
                                    Franklin R. Liss
                                    Barbara H. Wootton
                                    Tiana Russell
                                    Lauren K. Peay
                                    ARNOLD & PORTER LLP
                                    555 Twelfth Street NW
                                    Washington, DC 20004
                                    Tel: (202) 942-5969
                                    Fax: (202) 942-5999
                                    frank.liss@aporter.com
                                    barbara.wootton@aporter.com
                                    tiana.russell@aporter.com
                                    lauren.peay@aporter.com

                                  Howard B. Iwrey
                                    Brian M. Moore
                                    DYKEMA GOSSETT PLLC

39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
(248) 203-0763 (facsimile)
hiwrey@dykema.com
bmoore @dykema.com

**Attorneys for Defendants Koito**
**Manufacturing Co., Ltd., and North**
**American Lighting, Inc.**

WINSTON & STRAWN LLP

Dated:  April 20, 2015          By:/s/ A. Paul Victor
                                      A. Paul Victor
                                      Jeffrey L. Kessler
                                      Jeffrey J. Amato
                                      James F. Lerner
                                      Molly M. Donovan
                                      Elizabeth A. Cate
                                      WINSTON & STRAWN LLP
                                      200 Park Avenue
                                      New York, NY 10166
                                      (212) 294-6700
                                      (212) 294-4700 (facsimile)
                                      pvictor@winston.com
                                      jkessler@winston.com
                                      jamato@winston.com
                                      jlerner@winston.com
                                      mmdonovan@winston.com
                                      ecate@winston.com

                                      Fred K. Hermann
                                      Joanne G. Swanson
                                      Dwayne D. Stresman
                                      KERR, RUSSELL AND WEBER
                                      500 Woodward, Suite 2500
                                      Detroit, MI 48226-3427
                                      (313) 961-0200
                                      (313) 961-0388 (facsimile)

10

fherrmann@kerr-russell.com
jswanson@kerr-russell.com
dstreman@kerr-russell.com

***Attorneys for Defendants NTN
Corporation and NTN USA Corporation***

ARNOLD & PORTER LLP

Dated:  April 20, 2015          By: */s/ James L. Cooper*
                               James L. Cooper
                               Danielle Garten
                               Adam Pergament
                               ARNOLD & PORTER LLP
                               555 Twelfth Street NW
                               Washington, DC 20004
                               (202) 942-5000
                               (202) 942-5999 (facsimile)
                               james.cooper@aporter.com
                               danielle.garten@aporter.com
                               adam.pergament@aporter.com

                               Joanne Geha Swanson
                               Fred K. Herrmann
                               KERR, RUSSELL AND WEBER, PLC
                               500 Woodward Avenue, Suite 2500
                               Detroit, MI 48226
                               (313) 961-0200
                               (313) 961-0388 (facsimile)
                               jswanson@kerr-russell.com
                               fherrmann@kerr-russell.com

***Attorneys for Defendants Yamashita
Rubber Co., Ltd., and YUSA Corporation***

SHEARMAN & STERLING LLP

Dated:  April 20, 2015          By: */s/ Heather Lamberg Kafele*

Heather Lamberg Kafele
Keith Palfin
Alison R. Welcher
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
(202) 508-8000
(202) 508-8100 (facsimile)
hkafele@shearman.com
keith.palfin@shearman.com
alison.welcher@shearman.com

Brian M. Akkashian
PAESANO AKKASHIAN, PC
132 North Old Woodward Avenue
Birmingham, MI 48009
(248) 792-6886
(248) 792-6885 (facsimile)
bakkashian@paesanoakkashian.com

*Attorneys for Defendants JTEKT Corporation, JTEKT North America Corporation, and JTEKT Automotive North America, Inc.*

REED SMITH LLP

Dated:  April 20, 2015        By: */s/ Debra H. Dermody*
          Debra H. Dermody
          Michelle A. Mantine
          REED SMITH LLP
          225 Fifth Avenue
          Pittsburgh, PA 15222
          (412) 288-3302
          (412) 288-3063 (facsimile)
          ddermody@reedsmith.com
          mmantine@reedsmith.com

12

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015    By: */s/* Howard B. Iwrey
           Howard B. Iwrey (P39635)
           Brian M. Moore (P58584)
           39577 Woodward Avenue
           Bloomfield Hills, Michigan 48304
           Telephone: (248) 203-0526
           Fax:  (248) 203-0763
           hiwrey@dykema.com
           bmoore@dykema.com

           ***Attorneys for Defendant for SKF USA Inc.***

O'MELVENY & MYERS LLP

Dated:  April 20, 2015    By: */s/ Michael Tubach*
           Michael F. Tubach
           O'MELVENY & MYERS LLP
           Two Embarcadero Center, 28th Floor
           San Francisco, CA 94111
           (415) 984-8700
           (415) 984-8701 (facsimile)
           mtubach@omm.com

           Michael R. Turco
           BROOKS WILKINS SHARKEY &
           TURCO PLLC
           401 South Old Woodward, Suite 400
           Birmingham, MI 48009
           (248) 971-1713
           (248) 971-1801 (facsimile)
           turco@bwst-law.com

           ***Attorneys for Defendants LEONI Wiring
Systems, Inc. and Leonische Holding Inc.***

COVINGTON & BURLING LLP

Dated:  April 20, 2015                    By:*/s/ Anita F. Stork*
                                      Anita F. Stork
                                      Gretchen Hoff Varner
                                      Cortlin H. Lannin
          COVINGTON & BURLING LLP
          One Front Street, 35th Floor
          San Francisco, CA 94111
          Telephone: (415) 591-6000
          Fax: (415) 955-6550
          astork@cov.com

          Michael J. Fanelli
          COVINGTON & BURLING LLP
          One City Center
          850 Tenth Street, NW
          Washington, D.C. 20001
          Telephone: (202) 662-6000
          Fax: (202) 662-5383
          Mfanelli@cov.com

          ***Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.***

          BROOKS WILKINS SHARKEY & TURCO PLLC

Dated:  April 20, 2015                    By:*/s/ Maureen T. Taylor*
          Herbert C. Donovan (P51939)
          Maureen T. Taylor (P63547)
          BROOKS WILKINS SHARKEY & TURCO PLLC
          401 Old South Woodward, Suite 400
          Birmingham, MI  48009
          Telephone: (248) 971-1721
          Fax: (248) 971-1801
          taylor@bwst-law.com
          donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated:  April 20, 2015    By: */s/ Teale Toweill*
                                 Teale Toweill
                                 Mark Leddy
                                 Jeremy Calsyn
                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                 2000 Pennsylvania Ave., NW, Suite 9000
                                 Washington, DC 20006
                                 (202) 974-1500
                                 (202) 974-1999 (facsimile)
                                 ttoweill@cgsh.com
                                 mleddy@cgsh.com
                                 jcalsyn@cgsh.com

*Attorneys for Defendant NSK, Ltd.*

GIBSON, DUNN & CRUTCHER LLP

Dated: April 20, 2015      By: */s/ George A. Nicoud III*
                                 George A. Nicoud III
                                 Austin Schwing
                                 Stuart McPhail
                                 GIBSON, DUNN & CRUTCHER LLP
                                 555 Mission Street, Suite 3000
                                 San Francisco, CA 94105
                                 (415) 393-8200
                                 (415) 393-8306 (facsimile)
                                 tnicoud@gibsondunn.com
                                 aschwing@gibsondunn.com
                                 smcphail@gibsondunn.com

**Attorneys for Defendants American Mitsuba Corporation and Mitsuba Corporation**

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: April 20, 2015      By: */s/ Steven F. Cherry*
                                 Steven F. Cherry
                                 Patrick J. Carome
                                 David P. Donovan
                                 WILMER CUTLER PICKERING HALE AND DORR LLP
                                 1875 Pennsylvania Avenue, N.W.
                                 Washington, D.C. 20006
                                 Telephone: (202) 663-6000
                                 Fax: (202) 663-6363
                                 steven.cherry@wilmerhale.com
                                 patrick.carome@wilmerhale.com
                                 david.donovan@wilmerhale.com

**Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation**

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated:  April 20, 2015          By: */s/ Eric J. Mahr*
                               Eric J. Mahr
                               Stacy E. Frazier
                               WILMER CUTLER PICKERING HALE AND DORR LLP
                               1875 Pennsylvania Avenue, NW
                               Washington, DC 20006
                               (202) 663-6000
                               (202) 663-6363 (facsimile)
                               eric.mahr@wilmerhale.com
                               stacy.frazier@wilmerhale.com

**Attorneys for Defendant Schaeffler USA**

PORTER WRIGHT MORRIS & ARTHUR LLP

Dated:  April 20, 2015          By: */s/ Donald M. Barnes*
                               Donald M. Barnes
                               Jay L. Levine
                               John C. Monica
                               Molly S. Crabtree
                               Jason E. Starling
                               PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
                               1900 K Street, NW, Suite 1110
                               Washington, D.C. 20006
                               Telephone: (202) 778-3000
                               Facsimile: (202) 778-3063
                               dbarnes@porterwright.com
                               jlevine@porterwright.com
                               jmonica@porterwright.com
                               mcrabtree@porterwright.com
                               jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

SIDLEY AUSTIN LLP

Dated:  April 20, 2015        By: */s/ David C. Giardina*
                                     David C. Giardina
                                     Courtney A. Rosen
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
crosen@sidley.com

Bradley J. Schram
HERTZ SCHRAM PC
1760 S. Telegraph Rd., Suite 300
Bloomfiled Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Defendants Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC, and Toyo Tire North America Manufacturing Inc.*

LATHAM & WATKINS

Dated:  April 20, 2015        By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
Kelsey A. McPherson
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

(202) 637-2201 (facsimile)
marguerite.sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-0600
(415) 395-8095 (facsimile)
dan.wall@lw.com

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (facsimile)
dcross@crowell.com

William H. Horton
GIARMARCO, MULLINS &
HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
(248) 457-7060
bhorton@gmhlaw.com

***Attorneys for Defendants Sumitomo
Electric Industries, Ltd.; Sumitomo Wiring
Systems, Ltd.; Sumitomo Electric Wiring
Systems, Inc.; and Sumitomo Wiring
Systems (U.S.A.) Inc.***

MORGAN, LEWIS & BOCKIUS LLP

Dated:  April 20, 2015          By: */s/ J. Clayton Everett*
                                J. Clayton Everett
                                Eyitayo O. St. Matthew-Daniel
                                MORGAN, LEWIS & BOCKIUS LLP
                                101 Park Avenue

New York, NY 10178
212-309-7156
Fax: 212-309-6001
jeverett@morganlewis.com
tstmatthew-daniel@morganlewis.com

**Attorneys for Defendants Sumitomo Riko
Co., Ltd. and DTR Industries, Inc.**

SCHIFF HARDIN LLP

Dated:  April 20, 2015              By: */s/ Robert J. Wierenga*
                                        Robert J. Wierenga
                                        Suzanne L. Wahl
                                        SCHIFF HARDIN LLP
                                        340 South Main Street, Suite 210
                                        Ann Arbor, MI 48104
                                        (734) 222-1500
                                        (734) 222-1501 (facsimile)
                                        rwierenga@schiffhardin.com
                                        swahl@schiffhardin.com

                                        David M. Zinn
                                        John E. Schmidtlein
                                        Samuel Bryant Davidoff
                                        William Vigen
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC 20005
                                        (202) 434-5648
                                        (202) 434-5029 (facsimile)
                                        dzinn@wc.com
                                        jschmidtlein@wc.com
                                        sdavidoff@wc.com
                                        wvigen@wc.com

                                        **Attorneys for Defendants Takata
                                        Corporation and TK Holdings, Inc.**

JENNER & BLOCK LLP

Dated:  April 20, 2015                    By:*/s/ Terrence J. Truax*

    Terrence J. Truax
    Charles B. Sklarsky
    Michael T. Brody
    Gabriel A. Fuentes
    Daniel T. Fenske
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    (312) 222-9350
    (312) 527-0484 (facsimile)
    ttruax@jenner.com
    csklarsky@jenner.com
    mbrody@jenner.com
    gfuentes@jenner.com
    dfenske@jenner.com

    Gary K. August
    ZAUSMER, AUGUST & CALDWELL, P.C.
    31700 Middlebelt Road
    Suite 150
    Farmington Hills, Michigan 48334-2374
    (248) 851-4111
    gaugust@zacfirm.com

    ***Attorneys for Defendants Mitsubishi Electric US Holdings, Inc. and Mitsubishi Electric Automotive America, Inc.***

JONES DAY

Dated:  April 20, 2015                    By:*/s/ John M. Majoras*

    John M. Majoras
    Carmen G. McLean
    JONES DAY
    51 Louisiana Avenue, NW
    Washington, DC 20001-2113

(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

**Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.**

CALFEE, HALTER & GRISWOLD LLP

Dated:  April 20, 2015          By: */s/ Maura Hughes*
                                   Maura Hughes
                                   Alexander B. Reich
                                   Ronald M. McMillan
                                   CALFEE, HALTER & GRISWOLD LLP
                                   800 Superior Avenue
                                   Suite 1400
                                   Cleveland, OH 44114
                                   (216) 622-8200
                                   (216) 241-0816 (facsimile)
                                   mhughes@calfee.com
                                   areich@calfee.com
                                   rmcmillan@calfee.com

***Attorneys for Defendants Continental
Automotive Systems, Inc. & Continental
Automotive Electronics, LLC***

MAYER BROWN LLP

Dated:  April 20, 2015           By: */s/ Andrew S. Marovitz*
                                   Andrew S. Marovitz
                                   Britt M. Miller
                                   MAYER BROWN LLP
                                   71 S. Wacker Drive
                                   Chicago, IL 60606
                                   (312) 782-0600
                                   (312) 701-7711 (facsimile)
                                   amarovitz@mayerbrown.com
                                   bmiller@mayerbrown.com

***Attorneys for Defendant Lear
Corporation***

SIMPSON THACHER & BARTLETT LLP

Dated:  April 20, 2015           By: */s/ Matthew J. Reilly*
                                   Matthew J. Reilly
                                   Abram J. Ellis
                                   David T. Shogren
                                   SIMPSON THACHER & BARTLETT
                                   LLP
                                   1155 F Street, N.W.
                                   Washington, DC 20004
                                   (202) 636-5500
                                   (202) 636-5502 (facsimile)
                                   matt.reilly@stblaw.com
                                   aellis@stblaw.com
                                   dshogren@stblaw.com

                                   George S. Wang
                                   Shannon K. McGovern

SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (facsimile)
gwang@stblaw.com
smcgovern@stblaw.com

***Attorneys for Defendants Stanley Electric
Co., Ltd., Stanley Electric U.S. Co., Inc.
and II Stanley Co., Inc.***

SIMPSON THACHER & BARTLETT LLP

Dated:  April 20, 2015             By:*/s/ Matthew J. Reilly*
                                   Matthew J. Reilly
                                   Abram J. Ellis
                                   David T. Shogren
                                   SIMPSON THACHER & BARTLETT
                                   LLP
                                   1155 F Street, N.W.
                                   Washington, DC 20004
                                   (202) 636-5500
                                   (202) 636-5502 (facsimile)
                                   matt.reilly@stblaw.com
                                   aellis@stblaw.com
                                   dshogren@stblaw.com

                                   George S. Wang
                                   Shannon K. McGovern
                                   SIMPSON THACHER & BARTLETT
                                   LLP
                                   425 Lexington Avenue
                                   New York, New York 10017
                                   (212) 455-2000
                                   (212) 455-2502 (facsimile)
                                   gwang@stblaw.com
                                   smcgovern@stblaw.com

Timothy J. Lowe
McDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

*Attorneys for Defendants Diamond*
*Electric Mfg. Co., Ltd. and Diamond*
*Electric Mfg. Corporation*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

Dated:  April 20, 2015          By: */s/ Jeremy Calsyn*
                                     Jeremy Calsyn
                                     CLEARY GOTTLIEB STEEN &
                                     HAMILTON LLP
                                     2000 Pennsylvania Avenue, NW
                                     Washington, DC 20006
                                     (202) 974-1552
                                     (202) 974-1999 (facsimile)
                                     jcalsyn@cgsh.com

DYKEMA GOSSETT PLLC

Dated:  April 20, 2015          By: */s/ Howard Iwrey*
                                     Howard Iwrey
                                     DYKEMA GOSSETT PLLC
                                     39577 Woodward Ave., Suite 300
                                     Bloomfield Hills, MI 48304
                                     (248) 203-0526
                                     (248) 203-0763 (facsimile)
                                     hiwrey@dykema.com

*Attorneys for Defendants Aisin Seiki Co.,*
*Ltd. and Aisin Automotive Casting, LLC*

LANE POWELL PC

Dated:  April 20, 2015                  By: */s/ Larry S. Gangnes*
                                         Larry S. Gangnes
                                         LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*

LANE POWELL PC

Dated:  April 20, 2015          By: */s/ Kenneth R. Davis II*_____
          Craig D. Bachman
          Kenneth R. Davis II
          Darin M. Sands
          Masayuki Yamaguchi
          Peter D. Hawkes
          601 SW Second Avenue, Suite 2100
          Portland, OR  97204-3158
          Telephone:  503.778.2100
          bachmanc@lanepowell.com
          davisk@lanepowell.com
          sandsd@lanepowell.com
          yamaguchim@lanepowell.com
          hawkesp@lanepowell.com

          Larry S. Gangnes
          LANE POWELL PC
          1420 Fifth Avenue, Suite 4100
          P.O. Box 91302
          Seattle, WA  98111-9402
          Telephone:  206.223.7000
          gangnesl@lanepowell.com

          Richard D. Bisio (P30246)
          Ronald S. Nixon (P57117)
          KEMP KLEIN LAW FIRM
          201 W. Big Beaver, Suite 600
          Troy, MI 48084
          Telephone:  248.528.1111
          richard.bisio@kkue.com
          ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

27

DYKEMA GOSSETT PLLC

Dated: April 20, 2015       By:*/s/ Howard B. Iwrey*
        James P. Feeney (P13335)
        Howard B. Iwrey (P39635)
        DYKEMA GOSSETT PLLC
        39577 Woodward Avenue, Suite 300
        Bloomfield Hills, MI 48304
        248 203-0526
        Fax: 248-203-0763
        jfeeney@dykema.com
        hiwrey@dykema.com

*Attorneys for Defendants TRW*
*Deutschland Holding GmbH and TRW*
*Automotive Holdings Corp.*

WINSTON & STRAWN LLP

Dated: April 20, 2015       By:*/s/ Jeffrey L. Kessler*
        Jeffrey L. Kessler
        Eva W. Cole
        A. Paul Victor
        WINSTON & STRAWN LLP
        200 Park Ave.
        New York, NY 10166-4193
        (212) 294-6700
        (212) 294-4700 (facsimile)
        jkessler@winston.com
        ewcole@winston.com
        pvictor@winston.com

*Attorneys for Defendants Panasonic*
*Corporation and Panasonic Corporation of*
*North America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2015, I electronically filed the foregoing

Opposition to Motion to Intervene with the Clerk of the Court using the ECF

system which will send notification of such filing to the ECF participants.

Dated:  April 20, 2015                        By:   */s/ Steven A. Reiss*_____
                                                     Steven A. Reiss
                                                     Adam C. Hemlock
                                                     WEIL, GOTSHAL & MANGES LLP
                                                     767 Fifth Avenue
                                                     New York, New York 10153-0119
                                                     Telephone:  (212) 310-8000
                                                     Facsimile:  (212) 310-8007
                                                     steven.reiss@weil.com
                                                     adam.hemlock@weil.com

                                                     *Attorneys for Bridgestone Corporation and*
                                                     *Bridgestone APM Company*