UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
:
In Re: AUTOMOTIVE PARTS               :
ANTITRUST LITIGATION                  :
                                      :   Master File No. 12-md-02311
In re: Wire Harness Cases             :
_____ :   Hon. Marianne O. Battani
                                      :
THIS DOCUMENT RELATES TO:             :
All Wire Harness Cases                :   2:12-CV-00100-MOB-MKM
All Auto Parts Cases                  :   2:12-MD-02311-MOB-MKM
_____:

**SECOND REVISED ORDER REGARDING SUBPOENA TO OEM**

The Revised Order Regarding Subpoena to OEM, entered on March 19, 2015 (Doc. No. 277 in Case No. 2:12-cv-00100) is hereby revised as follows: the Direct Purchaser Plaintiffs will have until April 28, 2015, to review and respond to the uniform subpoena submitted by Defendants, End Payer Plaintiffs and Automobile Dealer Plaintiffs. The OEM's will retain all rights to object to any such individual subpoena

   IT IS SO ORDERED.


                                              /s/ Gene J. Esshaki_____
                                              Gene J. Esshaki
                                              Special Master

DATE: April 22, 2015

1