**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re:  ALL PARTS CASES | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of Josh Lushnat as counsel in all actions.  This motion is precipitated by Mr. Lushnat's departure from the law firm Mantese Honigman and Williamson, P.C.. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mr. Lushnat's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mr. Lushnat as counsel.

DATED: April 23, 2015        Respectfully submitted,

   MANTESE HONIGMAN
     AND WILLIAMSON, P.C.

   /s/  *Gerard V. Mantese*
   Gerard V. Mantese (Michigan Bar No. P34424)
   Mantese Honigman, P.C
   1361 E. Big Beaver Road
   Troy, Michigan 48083
   Telephone: (248) 457-9200
   gmantese@manteselaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                /s/Sherri Sikorski
                Sherri Sikorski
                Mantese Honigman and Williamson, P.C.
                1361 E. Big Beaver Rd.
                Troy, Michigan 48083
                Telephone: (248) 457-9200
                Ssikorski@manteselaw.com