MIED (Rev. 6/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Automotive Parts Antitrust Litigation

        Plaintiff(s),                      Case No. 12-2311

v.                                              Judge Marianne O. Battani

                                                      Magistrate Judge

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __952__, filed __April 23, 2015__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Kay Doaks__ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated: April 23, 2015                s/Kay Doaks
                                         Deputy Clerk