UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION**              MASTER FILE NO. 12-md-02311

**THIS DOCUMENT RELATES TO:**              HON. MARIANNE O. BATTANI

**ALL ACTIONS**

_____

### AGENDA FOR MAY 6, 2015 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   ALL ACTIONS IN MDL 2311**

    A.    Status of Settlements (*See also* Status Report, § I).

    B.    End-Payor Plaintiffs' and Dealerships' Motions to Disseminate Notice to the Classes

    C.    Depositions of incarcerated non-US citizens

    D.    Court Website

    E.    Global Stipulations and Orders re Confidential Information, Experts, ESI, and Document Preservation

    F.    Subpoenas to Original Equipment Manufacturers (OEMs) and Suppliers. Defendants take the position that discussion of the Supplier Subpoenas is premature at this time.

    G.    Ruling on any issues in connection with the protocol for coordination among all cases on depositions of Auto Dealer Plaintiffs and End-Payor Plaintiffs.  Ruling on issues remaining in the single deposition protocol covering the depositions of

1

8353938.5

        all End-Payors and Auto Dealers.

    H.    Defendant Liaison Counsel

## II. WIRE HARNESS

    A.    Ruling on any issues not resolved by the parties or order of the Special Master regarding Deposition Protocol in the Wire Harness cases.

    B.    Class certification and discovery schedules for Rush Trucks and City of Richmond

    C.    Entry of Proposed Stipulated Discovery Schedule in *Ford* Action

    D.    Scheduling of Argument on Motions to Dismiss Rush Truck Complaint (Motions to be filed on May 8, 2015).

## III. BEARINGS

    A.    Plaintiffs' Motions to Amend Complaint

    B.    Defendants' Proposal re Discovery and Class Certification Schedule. Plaintiffs take the position that such a discussion is premature as the Master has directed the parties to meet and confer regarding the issues.

## IV. PENDING MATTERS REFERRED TO MASTER

    A.    *See* Status Report § V.

## V. DATE FOR NEXT STATUS CONFERENCE

    A.    The next Status Conference is scheduled for September 9, 2015 at 10:00 a.m.

    B.    Scheduling of subsequent Status Conference.

## VI. OTHER MATTERS

Any party interested in any part should appear.

## VI. MOTION HEARINGS

    **A.    WIRE HARNESS (2:12-cv-00100)**

        1. Chiyoda Defendants' Motion to Dismiss Auto Dealers' and End-Payor Plaintiffs' Complaints filed February 12, 2015 has been fully briefed.  (*See*

    Doc. Nos. 274, 275 289, 290, 304 and 305).

 **B.** **WINDSHIELD WIPERS (2:13-cv-00900)**

  1. Bosch Defendants' Motion to Dismiss Auto Dealers and End-Payor Plaintiffs' Complaints filed on February 13, 2015. (EPP, *See* Doc. Nos. 62, 63, 73, 74, 82, and 83; ADP, *See* Docs. Nos. 49, 50, 61, 62, 70, 71).

 **C.** **FUEL INJECTION SYSTEMS (2:13-cv-02200)**

  1. Keihin North America's Motion to Dismiss Auto Dealers' and End-Payor Plaintiffs' Complaints filed on February 27, 2015 has been fully briefed. (*See* Doc. Nos. 57, 79, and 83).

 **D.** **VALVE TIMING CONTROL DEVICES (2:13-cv-02500)**

  1. Delphi Automotive LLP's Motion to Dismiss Auto Dealers and End-Payor Plaintiffs' Complaints for Lack of Personal Jurisdiction and Failure to State a Claim. (*See* Doc. Nos. 62, 76, 82 in 2502 and 59, 72, 77 in 2503).

  2. Delphi Powertrain Systems Korea Ltd.'s Motion to Dismiss Auto Dealers and End-Payor Plaintiffs' Complaints for Lack of Personal Jurisdiction. (*See* Doc. Nos. 61, 78, 83 in 2502 and 58, 74, 78 in 2503).

Date: April 29, 2015    s/Marianne O. Battani
            MARIANNE O. BATTANI
            United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 29, 2015.

                     s/ Kay Doaks
                     Case Manager

8353938.5