UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: | |
| DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on May 6, 2015 immediately following the May 6, 2015 Status Conference, at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

**Auto Dealer Case (12-cv-00102)**

1. CDK Motion to Quash, Doc #271 (272 –sealed motion)
2. Defendants' Expedited Motion to Compel DMS Data and Information, Doc #275, 276 (Declaration)
3. Defendants' Motion to Establish Schedule for ADPs' Production of ESI, Doc #283
4. Dealership Plaintiffs' Motion to Resolve Defendants' Motion to Compel Downstream Discovery and Outstanding Requests

**End – Payor Case (12-cv-00103)**

1. Defendants' Expedited Motion to Compel DMS Data and Information, Doc #281, 282 (declaration) and 283 (sealed exhibit)
2. Defendants' Motion to Establish Schedule for ADPs' Production of ESI, Doc 287
3. Dealership Plaintiffs' Motion to Resolve Defendants' Motion to Compel Downstream Discovery and Outstanding Requests

Date:  April 29, 2015  /s/ Gene J. Esshaki_____
GENE J. ESSHAKI, MASTER

4836-4464-3363, v.  1