UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master No. 2:12md2311-MOB-MKM |
| | Honorable Marianne O. Battani |
| IN RE: AIR CONDITIONING SYSTEMS CASES | No. 2:12cv002700-MOB-MKM |
| THIS DOCUMENT RELATES TO: | No. 2:12cv002701-MOB-MKM |
| DIRECT PURCHASER ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Linda P. Nussbaum, formerly of Grant & Eisenhofer P.A, is now affiliated with the firm of Nussbaum Law Group, P.C.

PLEASE TAKE FURTHER NOTICE of Nussbaum Law Group's address:

>Nussbaum Law Group, P.C.
>570 Lexington Avenue, 19th Floor
>New York, NY 10022
>Tel:  (212) 702-7053
>Fax:  (212) 681-0300
>Email:  lnussbaum@nussbaumpc.com

Please direct all pleadings and correspondence in this matter to the new address.

DATED: April 29, 2015

Respectfully submitted,

**NUSSBAUM LAW GROUP, P.C.**

By:  /s/ *Linda P. Nussbaum*
Linda P. Nussbaum
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel:  (212) 702-7053
Fax:  (212) 681-0300
Email:  lnussbaum@nussbaumpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2015, I caused the foregoing Notice of Change of Firm Affiliation and Address of Linda P. Nussbaum to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

DATED: April 29, 2015

**NUSSBAUM LAW GROUP, P.C.**

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum
570 Lexington Avenue, 19th Floor
New York, New York 10022
Tel: (212) 702-7053
Fax: (212) 681-0300
Email: lnussbaum@nussbaumpc.com