## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:**<br>**ALL CASES** | |

### APPEARANCE OF STERLING A. MARCHAND

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Sterling A. Marchand of the law firm Baker Botts L.L.P., as counsel on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 4, 2015

Respectfully submitted,

By: /s/ Sterling A. Marchand
Sterling A. Marchand
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

1

Phone: 202.639.7700
Fax: 202.639.7890
sterling.marchand@bakerbotts.com

*Counsel for Defendants*
*Toyoda Gosei Co., Ltd., Toyoda Gosei*
*North America Corp., and TG*
*Missouri Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May the 4th, 2015, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Sterling A. Marchand
Sterling A. Marchand
**Baker Botts L.L.P.**
