**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION _____ | Case No. 12-md-02311 |
| ALL PARTS _____ | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF OMAR OCHOA

PLEASE TAKE NOTICE that Omar Ochoa of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned Case.

Dated: May 5, 2015

Respectfully submitted,

Terry Oxford
Omar Ochoa
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| | Case No. 12-md-02311 |
| ALL PARTS | |
| | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

**CERTIFICATE OF SERVICE**

I certify that the forgoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 5, 2015.

Respectfully submitted,

Terry Oxford
Omar Ochoa
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com
oochoa@susmangodfrey.com