**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### ORDER ALLOWING WITHDRAWAL OF ATTORNEY

NOW, this 7th day of May, 2015, upon the Motion for Withdrawal of Counsel, **IT IS HEREBY ORDERED** that Harold G. Levison is withdrawn as counsel of record for Plaintiff Ford Motor Company in the following actions:

Master File No. 12-md-02311

Wire Harness cases on behalf of Plaintiff Ford Motor Company, Case Nos.:

2:12-CV-00100-MOB-MKM

2:12-CV-00101-MOB-MKM

2:13-CV-00104-MOB

2:13-CV-13055-MOB-MKM

**SO ORDERED**

Dated:  May 7, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge