UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani |
| In Re:<br>Fuel Injection Systems<br>Valve Timing Control Devices | 2:13-cv-02200<br>2:13-cv-02500 |
| THIS RELATES TO:<br>Dealership Actions<br><br>End-Payor Actions | 2:13-cv-02202<br>2:13-cv-02502<br>2:13-cv-02203<br>2:13-cv-02503 |

### NOTICE OF APPEARANCE OF MICHAL L. SIBARIUM

PLEASE TAKE NOTICE that Michael L. Sibarium of Pillsbury Winthrop Shaw Pittman LLP hereby enters his appearance on behalf of Defendants MIKUNI CORPORATION and MIKUNI AMERICAN CORPORATION in the above referenced matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutory authority, or the Federal Rules of Civil Procedure.

Dated:  May 8, 2015              PILLSBURY WINTHROP SHAW PITTMAN LLP

                     By: /s/ Michael L. Sibarium
                         Pillsbury Winthrop Shaw Pittman LLP
                         1200 Seventeenth Street, N.W.
                         Washington, D.C.  20036-3006
                         Telephone:  (202) 663-9202
                         Facsimile:  (202) 663-8007
                         Email:  michael.sibaium@pillsburylaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 8, 2015, I caused the foregoing Notice of Appearance of Michael L. Sibarium to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

    Respectfully submitted,

By: /s/ Michael L. Sibarium
    Pillsbury Winthrop Shaw Pittman LLP
    1200 Seventeenth Street, N.W.
    Washington, D.C. 20036-3006
    Telephone: (202) 663-9202
    Facsimile: (202) 663-8007
    Email: michael.sibaium@pillsburylaw.com