MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br>ALL CASES | |

## AMENDED STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, <u>Tokai Rika Co., Ltd.</u> makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]   No [X]

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: _____
Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [X]   No [ ]

   If the answer is yes, list the identity of such corporation or affiliate and the

nature of the financial interest.

Parent Corporation/Affiliate Name:  Toyota Motor Corporation
Nature of Financial Interest:  Greater than 10%  Equity Shareholder

DATED: May 14, 2015                           BUTZEL LONG

By: /s/   Sheldon H. Klein
Sheldon H. Klein (P41062)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills MI 48304
(248) 258-1616
klein@butzel.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

## Certificate of Service

On May 14, 2015, I e-filed this document with the Clerk of the Court using the CM/ ECF System, which notified all attorneys of record using the CM/ECF system that this is available for viewing and downloading from the CM/ECF system.

/s/   Sheldon H. Klein