# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:**<br>**ALL CASES** | |

## APPEARANCE OF RANDALL J. TURK

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Randall J. Turk of the law firm Baker Botts L.L.P., as counsel on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 18, 2015

Respectfully submitted,

By: /s/ Randall J. Turk
Randall J. Turk
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

1

Phone: 202.639.7733
Fax: 202.639.1095
randy.turk@bakerbotts.com

*Counsel for Defendants
Toyoda Gosei Co., Ltd., Toyoda Gosei
North America Corp., and TG
Missouri Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2015, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Randall J. Turk
Randall J. Turk
**Baker Botts L.L.P.**
