UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br>ALL CASES | |

## APPEARANCE OF JOHN M. TALADAY

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of John M. Taladay of the law firm Baker Botts L.L.P., as counsel on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 18, 2015

Respectfully submitted,

By: /s/ John M. Taladay
John M. Taladay
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

1

Phone: 202.639.7909
Fax: 202.639.1165
john.taladay@bakerbotts.com

*Counsel for Defendants
Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., and TG Missouri Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2015, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ John M. Taladay
John M. Taladay
**Baker Botts L.L.P.**
