## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In Re: ANTI-VIBRATIONAL RUBBER PARTS | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

## NOTICE OF ATTORNEY APPEARANCE

To the Clerk of the Court and all parties of record:

Please note the appearance of Zarema A. Jaramillo as attorney of record for defendants Sumitomo Riko Company Limited and DTR Industries, Inc. in the above-captioned action. Sumitomo Riko Company Limited and DTR Industries, Inc. are appearing specially in the above-captioned action and do not intend to waive any arguments regarding personal jurisdiction:

    Zarema A. Jaramillo (D.C. Bar No. 500507)
    **MORGAN, LEWIS & BOCKIUS LLP**
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 739-3000
    Facsimile: (202) 739-3001
    zarema.jaramillo@morganlewis.com

Dated: May 21, 2015               Respectfully submitted,

   /s/ Zarema A. Jaramillo
Zarema A. Jaramillo (D.C. Bar No. 500507)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
zarema.jaramillo@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2015, I caused a true and correct copy of the foregoing NOTICE OF ATTORNEY APPEARANCE to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: May 21, 2015

/s/ Zarema A. Jaramillo
Zarema A. Jaramillo (D.C. Bar No. 500507)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
zarema.jaramillo@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*