# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO:<br>All Actions | |

## DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION TO LIMIT UNIFORM SUBPOENA TO OEMS

## INDEX OF EXHIBITS

EXHIBIT 1   Declaration of Edward A. Snyder In Support of Defendants Opposition. to Direct Purchaser Plaintiffs Motion to Limit Uniform Subpoena

EXHIBIT 2   Declaration of Allen T. Levenson In Support of Defendants Opposition. to Direct Purchaser Plaintiffs Motion to Limit Uniform Subpoena

EXHIBIT 3   Transcript of Status Conference / Motion Hearings, No. 12-md-02311 (Jan. 28, 2015), ECF 892

EXHIBIT 4   Transcript of Status Conference/Motion Hearings, No. 12-md-02311 (June 4, 2014), ECF No. 744

EXHIBIT 5   Transcript of Status Conference & Motions for Preliminary Approval, No. 12-md-02311 (Oct. 8, 2014), ECF No. 851

EXHIBIT 6   Transcript of Status Conference / Motion Hearing, No. 12-md-02311 (Nov. 13, 2013), ECF No. 659