# EXHIBIT 3

Case 2:12-md-02311-SFC-RSW   ECF No. 981-4, PageID.13356   Filed 05/28/15   Page 2 of 5
Status Conference / Motion Hearings • January 28, 2015

1

```
                      UNITED STATES OF AMERICA

                    EASTERN DISTRICT OF MICHIGAN

                          SOUTHERN DIVISION
                             -   -   -


IN RE:  AUTOMOTIVE PARTS           Master File No. 12-md-02311
ANTITRUST LITIGATION               Hon. Marianne O. Battani

_____/


              STATUS CONFERENCE / MOTION HEARINGS

           BEFORE THE HONORABLE MARIANNE O. BATTANI
                  United States District Judge
             Theodore Levin United States Courthouse
                  231 West Lafayette Boulevard
                         Detroit, Michigan
                  Wednesday, January 28, 2015

APPEARANCES:
```

**Direct Purchaser Plaintiffs:**

WILLIAM G. CALDES
**SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300


MANUEL J. DOMINGUEZ
**COHEN MILSTEIN**
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL  33410
(561) 578-6850


DAVID H. FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI  48304
(248) 971-2500

Case 2:12-md-02311-SFC-RSW   ECF No. 981-4, PageID.13357   Filed 05/28/15   Page 3 of 5
Status Conference / Motion Hearings • January 28, 2015

44

*1*  Eugene Spector on behalf of direct purchasers.

*2*  I only wanted to say that we would like to
*3*  participate in this process of defining what is in the
*4*  subpoenas to the OEMs because that's the class that we
*5*  represent, and we would like to have some view as to what is
*6*  going on, what is going to be asked and maybe some input as
*7*  to what might be in the interest of the OEMs with regard to
*8*  that. We are in regular contact with them in any event and
*9*  we would like to see what we can do to help move this process
*10* along so it works for all of us.

*11* THE COURT: You can talk to counsel and participate
*12* in that. I don't think that's a problem. You all have to
*13* work together.

*14* MS. SPECTOR: We have, Your Honor.

*15* THE COURT: Mr. Cherry?

*16* MR. SPECTOR: Thank you.

*17* MR. CHERRY: Your Honor, again, we can coordinate
*18* with the other defendants and try to do this in the most
*19* efficient manner possible, but it is -- it will be very
*20* difficult to do this one time with the OEMs because we are
*21* talking about different products being purchased by them and
*22* they do have different divisions and different product groups
*23* that do that purchasing, it is not even the same people, it
*24* may be different data in different places we are seeking.
*25* The downstream data ought to all be the same, you know, the

Case 2:12-md-02311-SFC-RSW   ECF No. 981-4, PageID.13358   Filed 05/28/15   Page 4 of 5
Status Conference / Motion Hearings • January 28, 2015

**45**

```
 1  cars coming from the auto manufacturers we can obtain that
 2  one time and it will fit every case, but the purchasing may
 3  be different and we can coordinate with the other defendants
 4  to be efficient as possible and minimize that but --
 5            THE COURT:  Well, I think that's all that can be
 6  asked, if you can coordinate those parts that make sense I
 7  think you can do that.  And, I mean, I wouldn't think you as
 8  defendants would want to irritate your OEMs.
 9            MR. CHERRY:  Exactly, Your Honor, exactly.  And the
10  idea of an arbitrary deadline, I think these things, as
11  Ms. Sullivan mentioned, our deposition protocol, which took
12  from February until now to get resolved, is this can't take
13  six months or no schedule is going to stick.  I think --
14            THE COURT:  Okay.  Let me --
15            MR. CHERRY:  -- whatever the deadline is we have 30
16  days, some period of time --
17            THE COURT:  Let me do this, I have given you
18  45 days on the other one, I will give you 45 days on this one
19  max.  If you can do it sooner, wonderful.  If you need to --
20  if that's not suitable then you have an issue and you will
21  have to bring that up before Mr. Esshaki.
22            MR. CHERRY:  Thank you, Your Honor.
23            MR. WILLIAMS:  Your Honor, I apologize but just to
24  clarify, 45 days to do what?  They -- I think that Mr. Cherry
25  was saying was 45 days to actually serve the discovery.
```

*CERTIFICATION*

I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of AUTOMOTIVE PARTS ANTITRUST LITIGATION, Case No. 12-02311, on Wednesday, January 28, 2015.

*s/Robert L. Smith*
Robert L. Smith, RPR, CSR 5098
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: 02/04/2015

Detroit, Michigan