# EXHIBIT 4

Case 2:12-md-02311-SFC-RSW ECF No. 981-5, PageID.13361, Filed 05/28/15 Page 2 of 4
Case 2:12-md-02311-MOB-MKM Doc # 744 Filed 06/12/14 Pg 1 of 154 Pg ID 10060
Status Conference / Motion Hearings • June 4, 2014
1

*1*     UNITED STATES OF AMERICA
        EASTERN DISTRICT OF MICHIGAN
*2*           SOUTHERN DIVISION

*3*              - - -

*4* IN RE: AUTOMOTIVE PARTS         Master File No. 12-md-02311
    ANTITRUST LITIGATION            Hon. Marianne O. Battani
*5*

*6* _____/

*7*       STATUS CONFERENCE / MOTION HEARINGS

*8*     BEFORE THE HONORABLE MARIANNE O. BATTANI
            United States District Judge
*9*     Theodore Levin United States Courthouse
            231 West Lafayette Boulevard
*10*             Detroit, Michigan
            Wednesday, June 4, 2014
*11*

*12* APPEARANCES:

*13* **Direct Purchaser Plaintiffs:**

*14*     DOUGLAS ABRAHAMS
         **KOHN, SWIFT & GRAF, P.C.**
*15*     One South Broad Street, Suite 2100
         Philadelphia, PA  19107
*16*     (215) 238-1700

*17*     THOMAS C. BRIGHT
         **GOLD, BENNET, CERA & SIDENER, L.L.P.**
*18*     595 Market Street, Suite 2300
         San Francisco, CA  94105
*19*     (415) 777-2230

*20*     WILLIAM G. CALDES
         **SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
*21*     1818 Market Street, Suite 2500
         Philadelphia, PA  19103
*22*     (215) 496-0300

*23*     DAVID H. FINK
         **FINK & ASSOCIATES LAW**
*24*     100 West Long Lake Road, Suite 111
         Bloomfield Hills, MI  48304
*25*     (248) 971-2500

Case 2:12-md-02311-GJC-RSW ECF No. 981-5, PageID.13362 Filed 05/28/15 Page 3 of 4
Case 2:12-md-02311-MOB-MKM Doc # 744 Filed 08/12/14 Pg 47 of 154 Pg ID 10046
Status Conference / Motion Hearings • June 4, 2014

47

```
 1   that the motion to dismiss in case one said, and that's why
 2   you have an MDL, so you can have common rulings on those
 3   issues that don't deviate.  That's why we are here.
 4             And there are a few key things.  We talked about
 5   third parties.  For the indirect purchasers in particular we
 6   need third-party discovery in order to certify our classes.
 7             THE COURT:  We are not there yet.
 8             MR. WILLIAMS:  I understand, but there is a
 9   critical point here because what you heard the wire harness
10   defendants say, we can do that, we've got to go get this
11   third-party discovery.  We can't go to them 29 times.  We,
12   indirect purchasers, we can only go to them once because,
13   Your Honor, if Toyota came before you and said this is my
14   fifth subpoena now, this is unfair, I'm a third party, you
15   can't keep subjecting me to this, they would have a pretty
16   good argument.  We are entitled to have this on the table so
17   we can go to them once, jointly if we have to with
18   defendants, and we will try to work with them because we want
19   the information, they want the information, but we can't go
20   to them 29 times.
21             THE COURT:  Okay.
22             MR. WILLIAMS:  Thank you.
23             THE COURT:  That's kind of what I want to talk
24   about here because as I read the motion I realize that before
25   this case does get out of hand, and it's not there yet but if
```

Case 2:12-md-02311-SFC-RSW ECF No. 981-5, PageID.13363 Filed 05/28/15 Page 4 of 4
Case 2:12-md-02311-MOB-MKM Doc # 744 Filed 06/12/14 Pg 154 of 154 Pg ID 10753
Status Conference / Motion Hearings • June 4, 2014
154

```
 1                         CERTIFICATION

 2

 3            I, Robert L. Smith, Official Court Reporter of

 4    the United States District Court, Eastern District of

 5    Michigan, appointed pursuant to the provisions of Title 28,

 6    United States Code, Section 753, do hereby certify that the

 7    foregoing pages comprise a full, true and correct transcript

 8    taken in the matter of IN RE:  AUTOMOTIVE PARTS ANTITRUST

 9    LITIGATION, Case No. 12-02311, on Wednesday, June 4, 2014.

10

11

12                          s/Robert L. Smith
                            Robert L. Smith, RPR, CSR 5098
13                          Federal Official Court Reporter
                            United States District Court
14                          Eastern District of Michigan

15

16

17    Date:  06/12/2014

18    Detroit, Michigan

19

20

21

22

23

24

25
```