# EXHIBIT 5

Case 2:12-md-02311-SFC-RSW ECF No. 981-6, PageID.13365, Filed 05/28/15, Page 2 of 4
Case 2:12-md-02311-MOB-MKM   Doc # 851   Filed 10/24/14   Pg 1 of 122   Pg ID 11361
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

                            -  -  -

IN RE:   AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST

          MDL NO. 12-2311
_____/


              STATUS CONFERENCE &
         MOTIONS FOR PRELIMINARY APPROVAL

     BEFORE THE HONORABLE MARIANNE O. BATTANI
              United States District Judge
        Theodore Levin United States Courthouse
             231 West Lafayette Boulevard
                    Detroit, Michigan
               Wednesday, October 8, 2014


APPEARANCES:
Direct Purchaser Plaintiffs:

WILLIAM G. CALDES
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA   19103
(215) 496-0300


DAVID H. FINK
FINK & ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI   48304
(248) 971-2500


LEWIS H. GOLDFARB
McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.
1200 Mount Kemble Avenue
Morristown, NJ   07962
(973) 993-8100
```

To obtain a copy of this official transcript, contact:
Robert L. Smith, Official Court Reporter
(313) 964-3303 • rob_smith@mied.uscourts.gov

Case 2:12-md-02311-SFC-RSW ECF No. 981-6, PageID.13366 Filed 05/28/15 Page 3 of 4

1  panels, fuel senders were all produced approximately a year
2  or so ago, that have had all of that.  If there is some
3  connection they should have seen it.  So they have had lots
4  of discovery.  I think what they are referring to is they
5  have served document requests for other discovery and there
6  have been meet and confers about that.  I think most issues
7  have been resolved.  We don't -- for Denso we have no
8  outstanding issues, we are just exchanging ideas on search
9  terms which we are combining and we are going to be ready to
10 go, and we are already in the process of producing hard copy
11 documents, so that's going ahead already.
12          The one thing we haven't had is any depositions.
13 We have been wanting to take depositions.  I think we were
14 here back in February and we needed to close the gap on a
15 couple issues for the deposition protocol.  Since then they
16 have refused to talk to us about a wire harness deposition
17 protocol.  They have insisted that any discussions be based
18 on an all-product all-case basis.  We have said that's not
19 what the supplemental discovery plan requires, and we want to
20 just close the gap on these last couple issues for our
21 deposition protocol and take some depositions, but we haven't
22 been able to do that.
23          THE COURT:  What about these third-party
24 depositions where people are asked to come in multiple times?
25          MR. CHERRY:  Yeah, Your Honor, we agree that there

Case 2:12-md-02311-SFC-RSW ECF No. 981-6, PageID.13367 Filed 05/28/15 Page 4 of 4
Case 2:12-md-02311-MOB-MKM Doc # 891 Filed 10/24/14 Pg 122 of 122 Pg ID 19452
Status Conference & Motions for Preliminary Approval • October 8, 2014
122

*CERTIFICATION*

   I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of Automobile Parts Antitrust Litigation, Case No. 12-02311, on Wednesday, October 8, 2014.


      *s/Robert L. Smith*
      Robert L. Smith, RPR, CSR 5098
      Federal Official Court Reporter
      United States District Court
      Eastern District of Michigan


Date: 10/22/2014

Detroit, Michigan