# EXHIBIT 6

Case 2:12-md-02311-SFC-RSW ECF No. 981-7, PageID.13369, Filed 05/28/15, Page 2 of 4
Case 2:12-md-02311-MOB-MKM Doc # 659 Filed 12/03/13 Pg 1 of 178 Pg ID 9038
Status Conference / Motion Hearing • November 13, 2013

1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3                              -   -   -

 4
     IN RE:  AUTOMOTIVE PARTS
 5   ANTITRUST LITIGATION                       MDL NO. 2311

 6   _____/

 7
                  STATUS CONFERENCE / MOTION HEARING
 8
             BEFORE THE HONORABLE MARIANNE O. BATTANI
 9                   United States District Judge
              Theodore Levin United States Courthouse
10                 231 West Lafayette Boulevard
                         Detroit, Michigan
11                  Wednesday, November 13, 2013

12
     APPEARANCES:
13
     Direct Purchaser Plaintiffs:
14
                  ROBERT W. BOSSLET, III
15                KASOWITZ, BENSON, TORRES & FRIEDMAN, L.L.P.
                  1633 Broadway
16                New York, NY  10019
                  (212) 506-1868
17
                  THOMAS C. BRIGHT
18                GOLD, BENNET, CERA & SIDENER, L.L.P.
                  595 Market Street  , Suite 2300
19                San Francisco, CA  94105
                  (415) 777-2230
20
                  WILLIAM G. CALDES
21                SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
                  1818 Market Street, Suite 2500
22                Philadelphia, PA  19103
                  (215) 496-0300
23

24

25
```

Case 2:12-md-02311-SFC-RSW ECF No. 981-7, PageID.13370, Filed 05/28/15, Page 3 of 4
Case 2:12-md-02311-MOB-MKM Doc # 659 Filed 12/03/13 Pg 99 of 178 Pg ID 9136
Status Conference / Motion Hearing • November 13, 2013

99

1   ACAPs and the plaintiffs in wire harness.
2           Paragraph 112 of wire harness, defendants' pricing
3   actions regarding their sales of wire harness products to
4   automobile manufacturers had an impact on prices for wire
5   harness products for all direct purchasers of wire harness
6   products throughout the United States, and that's the --
7   those are the allegations which Your Honor upheld in the
8   pages that I cited to the Court earlier.
9           Paragraph 69 of the ACAP complaint, we allege the
10  winning price is also used when the OEM suppliers that were
11  not part of RFQ process purchased, so that is another fact.
12  Defendants may dispute it, they may say that price doesn't
13  take effect until some years later, we say it is the price
14  that is used.
15          I stood before Your Honor in the wire harness
16  argument, I posited the hypothetical of the beverage
17  distributors, the bottled water, the soda distributors, if
18  they had a bid-rigging scheme in the city to the big hotels
19  and that becomes the price that the bars or the smaller
20  restaurants would pay.
21          We have looked at materials, we have looked at
22  documents, there's confidentiality and cross orders.  I'm not
23  to disclose what those say except to say we stand before the
24  Court and assert that theory with respect to this claim.
25  There was a rigged-bid price, that is the price that becomes

Case 2:12-md-02311-SFC-RSW ECF No. 981-7, PageID.13371 Filed 05/28/15 Page 4 of 4
Case 2:12-md-02311-MOB-MKM Doc # 659 Filed 12/05/13 Pg 178 of 178 Pg ID 9215
Status Conference / Motion Hearing • November 13, 2013
178

```
 1                          CERTIFICATION
 2
 3              I, Robert L. Smith, Official Court Reporter of
 4   the United States District Court, Eastern District of
 5   Michigan, appointed pursuant to the provisions of Title 28,
 6   United States Code, Section 753, do hereby certify that the
 7   foregoing pages comprise a full, true and correct transcript
 8   taken in the matter of In re: Autmotive Parts Antitrust
 9   Litigation, Case No. 12-md-02311, on Wednesday,
10   November 13, 2013.
11
12
13                             s/Robert L. Smith
                               Robert L. Smith, RPR, CSR 5098
14                             Federal Official Court Reporter
                               United States District Court
15                             Eastern District of Michigan
16
17
18   Date:  12/02/2013
19   Detroit, Michigan
20
21
22
23
24
25
```