UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File NO. 12-md-02311 Honorable Marianne O. Battani |
| In re: All Cases | : : : : | |
| THIS DOCUMENT RELATES TO: All Actions | : : : : : : : : : : | **NOTICE OF JOINDER OF TRUCK AND EQUIPMENT DEALER PLAINTIFFS IN AUTO DEALERSHIP PLAINTIFFS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION TO LIMIT UNIFORM SUBPOENA TO OEMS** |

The Truck and Equipment Dealer Plaintiffs hereby join in and adopt the positions set forth in the Auto Dealership Plaintiffs' Opposition to the Direct Purchaser Plaintiffs' Motion to Limit Uniform Subpoena to OEMs filed on May 27, 2015.


Filed: May 28, 2015                s/ J. Manly Parks_____

J. Manly Parks
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103-4001
215-979-1342
Email: jmparks@duanemorris.com

*Counsel for the Proposed Truck and Equipment Dealer Plaintiff Class*

DM1\5672492.1

## CERTIFICATE OF SERVICE

 I hereby certify that on May 28, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send electronic notices of same to all counsel of record.

        */s/ J. Manly Parks*

        J. Manly Parks
        **DUANE MORRIS LLP**
        30 S. 17th Street
        Philadelphia, PA 19103-4001
        215-979-1342
        Email: jmparks@duanemorris.com

        *Counsel for the Proposed Truck and Equipment Dealer Plaintiff Class*