# EXHIBIT 3

Case 2:12-md-02311-SFC-RSW   ECF No. 984-3, PageID.13460   Filed 05/28/15   Page 2 of 5
Status Conference / Motion Hearings • January 28, 2015

1

```
 1                 UNITED STATES OF AMERICA

 2               EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4                        -   -   -

 5

    IN RE:   AUTOMOTIVE PARTS        Master File No. 12-md-02311
 6  ANTITRUST LITIGATION             Hon. Marianne O. Battani

 7  _____/

 8
              STATUS CONFERENCE / MOTION HEARINGS
 9
           BEFORE THE HONORABLE MARIANNE O. BATTANI
10                United States District Judge
           Theodore Levin United States Courthouse
11                231 West Lafayette Boulevard
                       Detroit, Michigan
12                 Wednesday, January 28, 2015

13  APPEARANCES:

14
    Direct Purchaser Plaintiffs:
15

16  WILLIAM G. CALDES
    SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
17  1818 Market Street, Suite 2500
    Philadelphia, PA  19103
18  (215) 496-0300

19
    MANUEL J. DOMINGUEZ
20  COHEN MILSTEIN
    3507 Kyoto Gardens Drive, Suite 200
21  Palm Beach Gardens, FL  33410
    (561) 578-6850

22

23  DAVID H. FINK
    FINK & ASSOCIATES LAW
24  100 West Long Lake Road, Suite 111
    Bloomfield Hills, MI  48304
25  (248) 971-2500
```

*1* Eugene Spector on behalf of direct purchasers.

*2* I only wanted to say that we would like to
*3* participate in this process of defining what is in the
*4* subpoenas to the OEMs because that's the class that we
*5* represent, and we would like to have some view as to what is
*6* going on, what is going to be asked and maybe some input as
*7* to what might be in the interest of the OEMs with regard to
*8* that.  We are in regular contact with them in any event and
*9* we would like to see what we can do to help move this process
*10* along so it works for all of us.

*11* THE COURT:  You can talk to counsel and participate
*12* in that.  I don't think that's a problem.  You all have to
*13* work together.

*14* MS. SPECTOR:  We have, Your Honor.

*15* THE COURT:  Mr. Cherry?

*16* MR. SPECTOR:  Thank you.

*17* MR. CHERRY:  Your Honor, again, we can coordinate
*18* with the other defendants and try to do this in the most
*19* efficient manner possible, but it is -- it will be very
*20* difficult to do this one time with the OEMs because we are
*21* talking about different products being purchased by them and
*22* they do have different divisions and different product groups
*23* that do that purchasing, it is not even the same people, it
*24* may be different data in different places we are seeking.
*25* The downstream data ought to all be the same, you know, the

Case 2:12-md-02311-SFC-RSW   ECF No. 984-3, PageID.13462   Filed 05/28/15   Page 4 of 5
Status Conference / Motion Hearings • January 28, 2015

45

 1   cars coming from the auto manufacturers we can obtain that
 2   one time and it will fit every case, but the purchasing may
 3   be different and we can coordinate with the other defendants
 4   to be efficient as possible and minimize that but --
 5             THE COURT:  Well, I think that's all that can be
 6   asked, if you can coordinate those parts that make sense I
 7   think you can do that.  And, I mean, I wouldn't think you as
 8   defendants would want to irritate your OEMs.
 9             MR. CHERRY:  Exactly, Your Honor, exactly.  And the
10   idea of an arbitrary deadline, I think these things, as
11   Ms. Sullivan mentioned, our deposition protocol, which took
12   from February until now to get resolved, is this can't take
13   six months or no schedule is going to stick.  I think --
14             THE COURT:  Okay.  Let me --
15             MR. CHERRY:  -- whatever the deadline is we have 30
16   days, some period of time --
17             THE COURT:  Let me do this, I have given you
18   45 days on the other one, I will give you 45 days on this one
19   max.  If you can do it sooner, wonderful.  If you need to --
20   if that's not suitable then you have an issue and you will
21   have to bring that up before Mr. Esshaki.
22             MR. CHERRY:  Thank you, Your Honor.
23             MR. WILLIAMS:  Your Honor, I apologize but just to
24   clarify, 45 days to do what?  They -- I think that Mr. Cherry
25   was saying was 45 days to actually serve the discovery.

Case 2:12-md-02311-SFC-RSW ECF No. 984-3, PageID.13463 Filed 05/28/15 Page 5 of 5
Status Conference / Motion Hearings • January 28, 2015

**121**

*CERTIFICATION*

I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of AUTOMOTIVE PARTS ANTITRUST LITIGATION, Case No. 12-02311, on Wednesday, January 28, 2015.

*s/Robert L. Smith*
Robert L. Smith, RPR, CSR 5098
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: 02/04/2015

Detroit, Michigan