# EXHIBIT 4

Case 2:12-md-02311-SFC-RSW   ECF No. 984-4, PageID.13465   Filed 05/28/15   Page 2 of 4
Status Conference / Motion Hearings • June 4, 2014

1

```
 1                  UNITED STATES OF AMERICA
                  EASTERN DISTRICT OF MICHIGAN
 2                       SOUTHERN DIVISION

 3                          —   —   —

 4   IN RE:  AUTOMOTIVE PARTS        Master File No. 12-md-02311
     ANTITRUST LITIGATION            Hon. Marianne O. Battani
 5
     _____/
 6

 7            STATUS CONFERENCE / MOTION HEARINGS

 8        BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
 9         Theodore Levin United States Courthouse
              231 West Lafayette Boulevard
10                    Detroit, Michigan
                 Wednesday, June 4, 2014
11

12   APPEARANCES:

13   **Direct Purchaser Plaintiffs:**

14        DOUGLAS ABRAHAMS
          **KOHN, SWIFT & GRAF, P.C.**
15        One South Broad Street, Suite 2100
          Philadelphia, PA  19107
16        (215) 238-1700

17        THOMAS C. BRIGHT
          **GOLD, BENNET, CERA & SIDENER, L.L.P.**
18        595 Market Street, Suite 2300
          San Francisco, CA  94105
19        (415) 777-2230

20        WILLIAM G. CALDES
          **SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
21        1818 Market Street, Suite 2500
          Philadelphia, PA  19103
22        (215) 496-0300

23        DAVID H. FINK
          **FINK & ASSOCIATES LAW**
24        100 West Long Lake Road, Suite 111
          Bloomfield Hills, MI  48304
25        (248) 971-2500
```

*1*   that the motion to dismiss in case one said, and that's why

*2*   you have an MDL, so you can have common rulings on those

*3*   issues that don't deviate.  That's why we are here.

*4*              And there are a few key things.  We talked about

*5*   third parties.  For the indirect purchasers in particular we

*6*   need third-party discovery in order to certify our classes.

*7*              THE COURT:  We are not there yet.

*8*              MR. WILLIAMS:  I understand, but there is a

*9*   critical point here because what you heard the wire harness

*10*  defendants say, we can do that, we've got to go get this

*11*  third-party discovery.  We can't go to them 29 times.  We,

*12*  indirect purchasers, we can only go to them once because,

*13*  Your Honor, if Toyota came before you and said this is my

*14*  fifth subpoena now, this is unfair, I'm a third party, you

*15*  can't keep subjecting me to this, they would have a pretty

*16*  good argument.  We are entitled to have this on the table so

*17*  we can go to them once, jointly if we have to with

*18*  defendants, and we will try to work with them because we want

*19*  the information, they want the information, but we can't go

*20*  to them 29 times.

*21*             THE COURT:  Okay.

*22*             MR. WILLIAMS:  Thank you.

*23*             THE COURT:  That's kind of what I want to talk

*24*  about here because as I read the motion I realize that before

*25*  this case does get out of hand, and it's not there yet but if

Case 2:12-md-02311-SFC-RSW ECF No. 984-4, PageID.13467 Filed 05/28/15 Page 4 of 4
Status Conference / Motion Hearings • June 4, 2014

**154**

*CERTIFICATION*

I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION, Case No. 12-02311, on Wednesday, June 4, 2014.

*s/Robert L. Smith*
Robert L. Smith, RPR, CSR 5098
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: 06/12/2014

Detroit, Michigan