# EXHIBIT 5

Case 2:12-md-02311-SFC-RSW   ECF No. 984-5, PageID.13469   Filed 05/28/15   Page 2 of 4
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION

 3                        -  -  -

 4   IN RE:  AUTOMOTIVE WIRE HARNESS
     SYSTEMS ANTITRUST
 5
            MDL NO. 12-2311
 6   _____/

 7
                   STATUS CONFERENCE &
 8            MOTIONS FOR PRELIMINARY APPROVAL

 9       BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
10         Theodore Levin United States Courthouse
                231 West Lafayette Boulevard
11                    Detroit, Michigan
                Wednesday, October 8, 2014
12

13   APPEARANCES:
     Direct Purchaser Plaintiffs:
14
     WILLIAM G. CALDES
15   SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
     1818 Market Street, Suite 2500
16   Philadelphia, PA  19103
     (215) 496-0300
17

18   DAVID H. FINK
     FINK & ASSOCIATES LAW
19   100 West Long Lake Road, Suite 111
     Bloomfield Hills, MI  48304
20   (248) 971-2500

21
     LEWIS H. GOLDFARB
22   McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.
     1200 Mount Kemble Avenue
23   Morristown, NJ  07962
     (973) 993-8100

24
         To obtain a copy of this official transcript, contact:
25            Robert L. Smith, Official Court Reporter
            (313) 964-3303 • rob_smith@mied.uscourts.gov
```

```
 1   panels, fuel senders were all produced approximately a year
 2   or so ago, that have had all of that.  If there is some
 3   connection they should have seen it.  So they have had lots
 4   of discovery.  I think what they are referring to is they
 5   have served document requests for other discovery and there
 6   have been meet and confers about that.  I think most issues
 7   have been resolved.  We don't -- for Denso we have no
 8   outstanding issues, we are just exchanging ideas on search
 9   terms which we are combining and we are going to be ready to
10   go, and we are already in the process of producing hard copy
11   documents, so that's going ahead already.
12           The one thing we haven't had is any depositions.
13   We have been wanting to take depositions.  I think we were
14   here back in February and we needed to close the gap on a
15   couple issues for the deposition protocol.  Since then they
16   have refused to talk to us about a wire harness deposition
17   protocol.  They have insisted that any discussions be based
18   on an all-product all-case basis.  We have said that's not
19   what the supplemental discovery plan requires, and we want to
20   just close the gap on these last couple issues for our
21   deposition protocol and take some depositions, but we haven't
22   been able to do that.
23           THE COURT:  What about these third-party
24   depositions where people are asked to come in multiple times?
25           MR. CHERRY:  Yeah, Your Honor, we agree that there
```

*1*  *CERTIFICATION*

*2*

*3*         I, Robert L. Smith, Official Court Reporter of

*4*  the United States District Court, Eastern District of

*5*  Michigan, appointed pursuant to the provisions of Title 28,

*6*  United States Code, Section 753, do hereby certify that the

*7*  foregoing pages comprise a full, true and correct transcript

*8*  taken in the matter of Automobile Parts Antitrust Litigation,

*9*  Case No. 12-02311, on Wednesday, October 8, 2014.

*10*

*11*

*12*                     *s/Robert L. Smith*
                         Robert L. Smith, RPR, CSR 5098
*13*                     Federal Official Court Reporter
                         United States District Court
*14*                     Eastern District of Michigan

*15*

*16*

*17*  Date:  10/22/2014

*18*  Detroit, Michigan

*19*

*20*

*21*

*22*

*23*

*24*

*25*