# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) In Re: ALL PARTS ) ) ) THIS RELATES TO: ALL CASES ) | Civil NO. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |

## NOTICE OF ENTRY OF APPEARANCE
## APPEARANCE OF CHARLES R. JAEGER

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE enter the appearance of Charles R. Jaeger of the law firm Farmer Brownstein Jaeger, LLP, as counsel on behalf of Defendant Mitsuba Corporation and American Mitsuba Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: May 29, 2015        **FARMER BROWNSTEIN JAEGER LLP**

By: /s/ *Charles R. Jaeger*
Charles R. Jaeger
Attorneys for Defendants Mitsuba
Corporation and American Mitsuba Corporation
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 962-2879
(415) 520-5678 – facsimile
email: cjaeger@fbj-law.com
SBN 171039

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I electronically filed my Appearance on behalf of Mitsuba Corporation and American Mitsuba Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to all of the ECF participants in this action.

By: /s/ *Charles R. Jaeger*
Charles R. Jaeger
Attorneys for Defendants Mitsuba
Corporation and American Mitsuba Corporation
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 962-2879
(415) 520-5678 – facsimile
email: cjaeger@fbj-law.com
SBN 171039