# Exhibit 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 |
|  | Honorable Marianne O. Battani |
| In Re: Wire Harness Cases |  |
| THIS DOCUMENT RELATES TO: |  |
| All Wire Harness Actions | 2:12-cv-00100 |

## NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION

TO: All Counsel of Record

Notice is hereby given that Defendants DENSO Corporation and DENSO International America, Inc. intend to subpoena the following to obtain the documents and information described in the attached subpoenas *duces tecum*:

DAKKOTA INTEGRATED SYSTEMS, L.L.C.
c/o ANDRA M. RUSH
1875 HOLLOWAY DRIVE
HOLT, MI 48842


FAURECIA INTERIOR SYSTEMS, INC.
c/o THE CORPORATION COMPANY
30600 TELEGRAPH ROAD
SUITE 2345
BINGHAM FARMS, MI 48025


MAGNA US HOLDING, INC.
c/o CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

VISTEON CORPORATION
c/o THE CORPORATION COMPANY
30600 TELEGRAPH ROAD
SUITE 2345
BINGHAM FARMS, MI 48025


DATED: April 3, 2015

Patrick J. Carome
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
patrick.carome@wilmerhale.com

*Counsel for Defendants DENSO Corporation
and DENSO International America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** to be served on the following by e-mail:

| **Interim Liaison Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |

| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br>rkopp@srkw-law.com |

| tdlipscombjackson@jonesday.com | |
|---|---|

DATED: April 3, 2015      By:    /s/ Joshua S. Press
                                               Joshua S. Press
                                             WILMER CUTLER PICKERING HALE
                                             AND DORR LLP
                                             1875 Pennsylvania Avenue
                                             Washington, DC 20006
                                             Telephone: (202) 663-6000
                                             Facsimile: (202) 663-6363
                                             joshua.press@wilmerhale.com

                                             *Counsel for Defendants DENSO Corporation*
                                             *and DENSO International America, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 12-md-02311 Honorable Marianne O. Battani |
| In Re:  Wire Harness Cases | : : : | |
| THIS DOCUMENT RELATES TO: All Wire Harness Actions | : : : : : | 2:12-cv-00100 |

**NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE
DOCUMENTS AND INFORMATION IN A CIVIL ACTION**

TO: All Counsel of Record

Notice is hereby given that Defendants Fujikura Ltd. and Fujikura Automotive America LLC intend to subpoena the following to obtain the documents and information described in the attached subpoenas *duces tecum*:

International Automotive Components Group of North America
c/o The Corporation Company
30600 Telegraph Rd.
Ste. 2345
Bingham Farms, MI 48025

Piston Automotive, L.L.C.
c/o W. Anthony Jenkins
500 Woodward Ave.
Ste 4000
Detroit, MI 48226

Valeo North America, Inc.
c/o The Corporation Company
30600 Telegraph Rd.
Ste. 2345
Bingham Farms, MI 48025

DATED: April 3, 2015                    ARNOLD & PORTER LLP

By  /s/ Michael A. Rubin
    James L. Cooper
    Michael A. Rubin
    Laura Cofer Taylor
    Katherine Clemons
    ARNOLD & PORTER LLP
    555 Twelfth Street NW
    Washington, DC 20004
    Telephone: (202) 942-5000
    Fax: (202) 942-5999
    james.cooper@aporter.com
    michael.rubin@aporter.com
    laura.taylor@aporter.com
    katherine.clemons@aporter.com

    Joanne Geha Swanson (P33594)
    Fred Herrmann (P49519)
    Matthew L. Powell (P69186)
    KERR, RUSSELL AND WEBER, PLC
    500 Woodward Avenue, Suite 2500
    Detroit, MI 48226
    Telephone: (313) 961-0200
    Fax: (313) 961-0388
    jswanson@kerr-russell.com
    fherrmann@kerr-russell.com
    mpowell@kerr-russell.com

    *Attorneys for Defendants Fujikura Ltd. and*
    *Fujikura Automotive America LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** to be served on the following by email:

| **Interim Liaison Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |

| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@ fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br>rkopp@srkw-law.com |

| | |
|---|---|
| Detroit, MI 48226<br>dumouched@butzel.com<br>donnini@butzel.com | Washington, DC 20037<br>tmiller@bakerandmiller.com |
| **Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.** | |
| John M. Majoras<br>Michael R. Shumaker<br>Carmen G. McLean<br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br>jmmajoras@jonesday.com<br>mrshumaker@jonesday.com<br>cgmclean@jonesday.com<br>tdlipscombjackson@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com |
| **Attorneys for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.** | |
| Terrence J. Truax<br>Charles B. Sklarsky<br>Michael T. Brody<br>Gabriel A. Fuentes<br>Daniel T. Fenske<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>ttruax@jenner.com<br>csklarsky@jenner.com<br>mbrody@jenner.com<br>gfuentes@jenner.com<br>dfenske@jenner.com | Gary K. August<br>ZAUSMER, KAUFMAN, AUGUST &<br>CALDWELL, P.C.<br>31700 Middlebelt Road<br>Suite 150<br>Farmington Hills, Michigan 48334-2374<br>Telephone (248) 851-4111<br>gaugust@zkac.com |
| **Attorneys for Defendants Chiyoda USA Corporation and Chiyoda Manufacturing Corporation** | |
| Michael E. Martinez<br>Steven M. Kowal<br>Lauren N. Norris<br>Lauren B. Salins<br>K&L GATES LLP<br>70 W. Madison St.<br>Suite 3100<br>Chicago, IL 60602<br>Telephone: (312) 807-4404<br>Fax: (312) 827-8116<br>michael.martinez@klgates.com<br>steven.kowal@klgates.com<br>lauren.norris@klgates.com<br>lauren.salins@klgates.com | William P. Jansen (P36688)<br>Michael G. Brady (P57331)<br>Amanda Fielder (P70180)<br>WARNER NORCROSS & JUDD LLP<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075-1318<br>Telephone: (248) 784-5000<br>wjansen@wnj.com<br>mbrady@wnj.com<br>afielder@wnj.com |

DATED: April 3, 2015          By:    /s/ Stephanie I. Fine
                                     Stephanie I. Fine

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

In Re:  Wire Harness Cases

THIS DOCUMENT RELATES TO:
All Wire Harness Actions

2:12-cv-00100

NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE
DOCUMENTS AND INFORMATION IN A CIVIL ACTION

TO: All Counsel of Record

Notice is hereby given that Defendants Furukawa Electric Co., Ltd. and

American Furukawa, Inc. intend to subpoena the following to obtain the

documents and information described in the attached subpoenas *duces tecum*:

Asia Automotive America, Inc.
c/o Hyuk Joo Oh, Registered Agent
3001 West Big Beaver Road, Suite 410
Troy, MI  48084

E.D.S. Manufacturing, Inc.
c/o Luis Moreno, Registered Agent
765 N. Target Range Road
Nogales, AZ  85621

Meritor, Inc.
c/o The Corporation Company, Registered Agent
30600 Telegraph Road
Bingham Farms, MI 48025


DATED: April 3, 2015

LANE POWELL PC


By_____
    Craig D. Bachman
    Kenneth R. Davis II
    Darin M. Sands
    Masayuki Yamaguchi
    Peter D. Hawkes
    601 SW Second Avenue, Suite 2100
    Portland, OR  97204-3158
    Telephone:  503.778.2100
    bachmanc@lanepowell.com
    davisk@lanepowell.com
    sandsd@lanepowell.com
    yamaguchim@lanepowell.com
    hawkesp@lanepowell.com

    Larry S. Gangnes
    Ryan McBride
    1420 Fifth Avenue, Suite 4100
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone:  206.223.7000
    gangnesl@lanepowell.com
    mcbrider@lanepowell.com

709315.0013/6304703.1

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com


Attorneys for Defendants Furukawa
Electric Co., Ltd.; American Furukawa,
Inc.

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 3, 2015, the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** was served via electronic mail on the following:

| Interim Liaison Counsel for the Direct Purchaser Plaintiffs | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |
| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON<br>   & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>wlondon@fklmlaw.com<br>mmoskovitz@fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107-3304<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |

| **Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.** | |
|---|---|
| John M. Majoras<br>Carmen G. McLean<br>Michael R. Shumaker<br>Kristen Lejnieks<br>Tiffany Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>jmmajoras@jonesday.com<br>cgmclean@jonesday.com<br>mrshumaker@jonesday.com<br>klejnieks@jonesday.com<br>tdlipscombjackson@jonesday.com<br><br>Gregory R. Hawthorn<br>JONES DAY<br>1420 Peachtree Street NE, Suite 800<br>Atlanta, GA  30309<br>ghawthorn@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>John V. Biernacki<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com<br>jvbiernacki@jonesday.com<br><br>Alan S. Miller<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, TX  75201<br>asmiller@jonesday.com |

Peter D. Hawkes

13

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | :   12-md-02311 :   : Honorable Marianne O. Battani |
| In Re:  Wire Harness Cases | : : : |
| THIS DOCUMENT RELATES TO: | : : |
| All Wire Harness Actions | :   2:12-cv-00100 : |

## NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION

TO: All Counsel of Record

Notice is hereby given that Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") intend to subpoena the following to obtain the documents and information described in the attached subpoenas *duces tecum*:

Daedong Hi-Lex of America, Inc.
c/o John Flack
152 Simpson Drive
Litchfield, MI 49252

Nacoste Industries, Inc.
c/o Corporation Service Company
2771 Centreville Road, Suite 400
Wilmington, DE 19808

Johnson Controls, Inc.
c/o Brian J. Cadwallader
5757 N. Green Bay Avenue
Glendale, WI 53209


Consistent with Rule 45(a)(4), copies of the subpoenas are attached to this Notice.



Dated:  April 3, 2015                     Respectfully submitted,

                                          By: _____
                                          Donald M. Barnes (D.C. Bar No. 0471)
                                          Jay L. Levine (D.C. Bar No. 459345)
                                          John C. Monica (D.C. Bar No. 441218 )
                                          Molly S. Crabtree (Ohio Bar No. 0073823)
                                          Jason E. Starling (Ohio Bar No. 0082619)
                                          PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
                                          1900 K Street, NW, Suite 1110
                                          Washington, D.C.  20006
                                          Telephone:  (202) 778-3000
                                          Facsimile:  (202) 778-3063
                                          dbarnes@porterwright.com
                                          jlevine@porterwright.com
                                          jmonica@porterwright.com
                                          mcrabtree@porterwright.com
                                          jstarling@porterwright.com

                                          *Attorney for Defendants G.S. Electech, Inc. G.S.
                                          Wiring Systems, Inc., and  G.S.W. Manufacturing,
                                          Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** to be served on the following by email:

| **Interim Liaison Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |

| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON &<br>MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@ fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU &<br>PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF &<br>WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |

| | |
|---|---|
| William H. Horton (P31567)<br>GIARMARCO, MULLINS &<br>HORTON, P.C.<br>101 West Big Beaver Road, Tenth Floor<br>Troy, MI 48084-5280<br>bhorton@gmhlaw.com | |
| **Attorneys for Defendants Tokai Rika Co., Ltd and TRAM, Inc. d/b/a Tokai Rika U.S.A.** | |
| David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>dumouched@butzel.com<br>donnini@butzel.com | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 20037<br>tmiller@bakerandmiller.com |
| **Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.** | |
| John M. Majoras<br>Michael R. Shumaker<br>Carmen G. McLean<br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br>jmmajoras@jonesday.com<br>mrshumaker@jonesday.com<br>cgmclean@jonesday.com<br>tdlipscombjackson@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com |

DATED: April 3, 2015

Molly S. Crabtree
Porter Wright Morris & Arthur, LLP
41 S. High Street, Suites 2800-3200
Columbus, OH 43215
(614) 227-2000
jstarling@porterwright.com

9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | 12-md-02311 Honorable Marianne O. Battani |
| In Re:  Wire Harness Cases | : : : | |
| THIS DOCUMENT RELATES TO: | : : : | |
| All Wire Harness Actions | : : | 2:12-cv-00100 |

**NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE**
**DOCUMENTS AND INFORMATION IN A CIVIL ACTION**

TO: All Counsel of Record

Notice is hereby given that Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc. intend to subpoena the following to obtain the documents and information described in the attached subpoena *duces tecum*:

SAS Automotive USA Inc.
42555 Merrill Road
Sterling Heights, MI 48314

Trim Masters, Inc.
401 Enterprise Drive
Nicholasville, KY 40356

DATED: April 3, 2015       By:    /s/ Megan Havstad
                                  Michael Tubach
                                  Megan Havstad
                                  O'MELVENY & MYERS LLP
                                  Two Embarcadero Center, 28th Floor
                                  San Francisco, CA 94111
                                  Telephone:  (415) 984-8700
                                  Facsimile:  (415) 984-8701
                                  mtubach@omm.com
                                  mhavstad@omm.com

*Attorneys for Defendants LEONI Wiring*
*Systems, Inc. and Leonische Holding Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** to be served on the following by email:

| Interim Liaison Counsel for the Direct Purchaser Plaintiffs | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |

| Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@ fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br>rkopp@srkw-law.com |

| | |
|---|---|
| Washington, DC  20004<br>marguerite.sullivan@lw.com<br><br>William H. Horton (P31567)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 West Big Beaver Road, Tenth Floor<br>Troy, MI  48084-5280<br>bhorton@gmhlaw.com | San Francisco, CA  94111<br>dan.wall@lw.com |
| **Attorneys for Defendants Tokai Rika Co., Ltd and TRAM, Inc. d/b/a Tokai Rika U.S.A.** ||
| David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226<br>dumouched@butzel.com<br>donnini@butzel.com | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC  20037<br>tmiller@bakerandmiller.com |
| **Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.** ||
| John M. Majoras<br>Michael R. Shumaker<br>Carmen G. McLean<br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC  20001-2113<br>jmmajoras@jonesday.com<br>mrshumaker@jonesday.com<br>cgmclean@jonesday.com<br>tdlipscombjackson@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com |

DATED: April 3, 2015          By:    /s/ Megan Havstad
                                     Michael Tubach
                                     Megan Havstad
                                     O'MELVENY & MYERS LLP
                                     Two Embarcadero Center, 28th Floor
                                     San Francisco, CA 94111
                                     Telephone:  (415) 984-8700
                                     Facsimile:  (415) 984-8701
                                     mtubach@omm.com
                                     mhavstad@omm.com

                                     *Attorneys for Defendants LEONI Wiring
                                     Systems, Inc. and Leonische Holding Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | :  12-md-02311 |
| | : |
| | :  Honorable Marianne O. Battani |
| | : |
| In Re:  Wire Harness Cases | : |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| All Wire Harness Actions | :  2:12-cv-00100 |
| | : |

NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE
DOCUMENTS AND INFORMATION IN A CIVIL ACTION

TO: All Counsel of Record

Notice is hereby given that Defendants Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc. intend to subpoena the following to obtain the documents and information described in the attached subpoenas *duces tecum*:

Siemens Corporation
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025

DATED: April 3, 2015

Respectfully submitted,

BAKER & MILLER PLLC

By: _____

W. Todd Miller
2401 Pennsylvania Avenue N.W., Suite 300
Washington, D.C. 20037
(202) 663-7820
tmiller@bakerandmiller.com
*Attorneys for Tokai Rika Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO**

**SERVE SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL**

**ACTION** to be served on the following by email:

| Interim Liaison Counsel for the Direct Purchaser Plaintiffs | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |
| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@ fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br>rkopp@srkw-law.com |

| | |
|---|---|
| Washington, DC 20004<br>marguerite.sullivan@lw.com<br><br>William H. Horton (P31567)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 West Big Beaver Road, Tenth Floor<br>Troy, MI 48084-5280<br>bhorton@gmhlaw.com | San Francisco, CA 94111<br>dan.wall@lw.com |
| **Attorneys for Defendants Tokai Rika Co., Ltd and TRAM, Inc. d/b/a Tokai Rika U.S.A.** | |
| David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>dumouched@butzel.com<br>donnini@butzel.com | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 20037<br>tmiller@bakerandmiller.com |
| **Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.** | |
| John M. Majoras<br>Michael R. Shumaker<br>Carmen G. McLean<br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br>jmmajoras@jonesday.com<br>mrshumaker@jonesday.com<br>cgmclean@jonesday.com<br>tdlipscombjackson@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com |

DATED: April 3, 2015

Respectfully submitted,

BAKER & MILLER PLLC

By: _W. Todd Miller_

W. Todd Miller
2401 Pennsylvania Avenue N.W., Suite 300
Washington, D.C. 20037
(202) 663-7820
tmiller@bakerandmiller.com
*Attorneys for Tokai Rika Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | |
| THIS DOCUMENT RELATES TO: | |
| All Wire Harness Actions | 2:12-cv-00100 |

**NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE
DOCUMENTS AND INFORMATION IN A CIVIL ACTION**

TO: All Counsel of Record

Notice is hereby given that Defendants Yazaki Corporation and Yazaki North America, Inc. intend to serve the attached subpoenas *duces tecum* on the following entities via their registered agents listed below to obtain the documents and information described in the attached subpoenas:

1. Grupo Antolin North America, Inc.
   c/o Roberto Monteros-Sanchez
   1700 Atlantic Blvd.
   Auburn Hills, MI 48326-1504

2. TS Tech Americas, Inc.
   c/o ACME Agent, Inc.
   41 South High Street, Suite 2800
   Columbus, OH 43215-6109

3. Vuteq USA, Inc.
   c/o Global Business Advisors, Ltd.
   1047 Rockbridge Road
   Lexington, KY 40515-5055

DATED: April 3, 2015                    JONES DAY

                                        */s/ Michael R. Shumaker*
                                        John M. Majoras
                                        Michael R. Shumaker
                                        Carmen G. McLean
                                        Tiffany D. Lipscomb-Jackson
                                        JONES DAY
                                        51 Louisiana Avenue, NW
                                        Washington, DC  20001-2113
                                        Telephone: (202) 879-3939
                                        Facsimile:  (202) 626-1700
                                        jmmajoras@jonesday.com
                                        mrshumaker@jonesday.com
                                        cgmclean@jonesday.com
                                        tdlipscombjackson@jonesday.com

                                        Michelle K. Fischer
                                        Stephen J. Squeri
                                        JONES DAY
                                        North Point
                                        901 Lakeside Avenue
                                        Cleveland, OH  44114
                                        Telephone: (216) 586-3939
                                        Facsimile:  (216) 579-0212
                                        mfischer@jonesday.com
                                        sjsqueri@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION** to be served on the following by email:

| **Interim Liaison Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |
| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@ fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig H. Hillwig<br>KOHN, SWIFT, & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathon M. Jagher<br>Jeffrey L. Spector<br>Rachel E. Kopp<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br>rkopp@srkw-law.com |

| Washington, DC  20004<br>marguerite.sullivan@lw.com<br><br>William H. Horton (P31567)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 West Big Beaver Road, Tenth Floor<br>Troy, MI  48084-5280<br>bhorton@gmhlaw.com | San Francisco, CA  94111<br>dan.wall@lw.com |
|---|---|

**Attorneys for Defendants Tokai Rika Co., Ltd and TRAM, Inc. d/b/a Tokai Rika U.S.A.**

| David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI  48226<br>dumouched@butzel.com<br>donnini@butzel.com | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC  20037<br>tmiller@bakerandmiller.com |
|---|---|

**Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.**

| John M. Majoras<br>Michael R. Shumaker<br>Carmen G. McLean<br>Tiffany D. Lipscomb-Jackson<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC  20001-2113<br>jmmajoras@jonesday.com<br>mrshumaker@jonesday.com<br>cgmclean@jonesday.com<br>tdlipscombjackson@jonesday.com | Michelle K. Fischer<br>Stephen J. Squeri<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>mfischer@jonesday.com<br>sjsqueri@jonesday.com |
|---|---|

DATED: April 3, 2015

By: */s/ Michael R. Shumaker*
    Michael R. Shumaker
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Telephone: (202) 879-4676
    Fax: (202) 879-1700
    mrshumaker@jonesday.com

*Attorneys for Defendants Yazaki*
*Corporation and Yazaki North America, Inc.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>:<br>: Honorable Marianne O. Battani |
| In Re:  Wire Harness Cases | :<br>:<br>: |
| THIS DOCUMENT RELATES TO: | :<br>: |
| All Wire Harness Actions | : 2:12-cv-00100<br>: |

**NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

TO: All counsel of record:

Notice is hereby given that defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. intend to subpoena the following to obtain the documents described in the attached subpoenas *duces tecum*:

Alcoa Inc.
c/o The Corporation Company
30600 Telegraph Road, Ste. 2345
Bingham Farms, MI 48025

TRW Automotive Inc.
c/o CSC-Lawyers Incorporating Service
601 Abbot Rd.
East Lansing, MI 48823

Tyco Electronics Corporation,
a TE Connectivity Ltd. company
The Corporation Company
30600 Telegraph Rd., Suite 2345
Bingham Farms, MI 48025

1

DATED:   April 6, 2015                LATHAM & WATKINS LLP

                                      By  /s/ *Marguerite M. Sullivan*
                                      Marguerite M. Sullivan
                                      LATHAM & WATKINS LLP
                                      555 Eleventh Street NW, Suite 1000
                                      Washington, DC 20004
                                      Telephone: (202) 637-2200
                                      Fax: (202) 637-2201
                                      marguerite.sullivan@lw.com

                                      *Attorneys for Defendants Sumitomo Electric*
                                      *Industries, Ltd.; Sumitomo Wiring Systems, Ltd.;*
                                      *Sumitomo Electric Wiring Systems, Inc.; and*
                                      *Sumitomo Wiring Systems (U.S.A.) Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I caused the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to be served on the following by e-mail:

| **Interim Liaison Counsel for the Direct Purchaser Plaintiffs** | |
|---|---|
| David H. Fink<br>Darryl Bressack<br>FINK & ASSOCIATES LAW<br>100 West Long Lake Road, Suite 111<br>Bloomfield Hills, MI 48304<br>dfink@finkandassociateslaw.com<br>dbressack@finkandassociateslaw.com | |
| **Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs** | |
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>Michael L. Silverman<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>skanner@fklmlaw.com<br>wlondon@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>msilverman@fklmlaw.com | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>Craig W. Hillwig<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br>chillwig@kohnswift.com |
| Gregory P. Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

Dated:  April 6, 2015

/s/ *Marguerite M. Sullivan*

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com