**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE OF DEVON P. ALLARD

PLEASE TAKE NOTICE that Devon P. Allard of The Miller Law Firm, P.C. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

        Respectfully submitted,

        */s/ Devon P. Allard*
        Devon P. Allard (P71712)
        The Miller Law Firm, P.C.
        950 W. University Drive, Ste. 300
        Rochester, MI 48307
        (248) 841-2200
        dpa@millerlawpc.com

Dated: June 2, 2015

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

Respectfully submitted,

*/s/ Devon P. Allard*
Devon P. Allard (P71712)
The Miller Law Firm, P.C.
950 W. University Drive, Ste. 300
Rochester, MI 48307
(248) 841-2200
dpa@millerlawpc.com