IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION  <br><br>In Re: ALL PARTS  <br><br>THIS RELATES TO: ALL CASES | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |

### MOTION TO WITHDRAW

ALISON R. WELCHER, an attorney at Shearman & Sterling LLP, respectfully requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-00505-MOB-MKM

2:13-cv-01900-MOB

2:13-cv-01902-MOB

2:13-cv-01903-MOB

2:14-cv-12095-MOB-MKM

Other counsel of record at Shearman & Sterling LLP will continue to appear as counsel on behalf of Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo

Corporation of U.S.A., and JTEKT Automotive North America, Inc., and there will be no delay in the progress of these actions.

                                              Respectfully Submitted,

                                              */s/ Alison R. Welcher*
                                              Alison R. Welcher
                                              801 Pennsylvania Avenue, Ste. 900
                                              Washington, DC 20004
                                              Phone: (202) 508-8122
                                              Fax: (202) 661-7371
                                              Email: alison.welcher@shearman.com

                                              *Attorney for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*

Dated:  June 5, 2015

**CERTIFICATE OF SERVICE**

I, Alison R. Welcher, hereby certify that on June 5, 2015, I electronically filed a Motion to Withdraw as counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc. was filed with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

By: */s/ Alison R. Welcher*
Alison R. Welcher
801 Pennsylvania Avenue, Ste. 900
Washington, DC 20004
Phone: (202) 508-8122
Fax: (202) 661-7371
Email: alison.welcher@shearman.com

*Attorney for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*