UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Strange & Carpenter has changed its name to Strange & Butler effective immediately.  The firm address and telephone number shall remain the same.

>Brian R. Strange:  bstrange@strangeandbutler.com
>Keith L. Butler:  kbutler@strangeandbutler.com
>STRANGE & BUTLER
>12100 Wilshire Blvd., Suite 1900
>Los Angeles, California 90025
>Telephone:  (310) 207-5055
>Facsimile:  (310) 826-3210

The attorneys of record in this litigation will also update their contact information on the Attorney Registration form with the ECF clerk.

June 17, 2015

Respectfully submitted,

 /s/ Brian R. Strange
Brian R. Strange
STRANGE & BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone:  (310) 207-5055
Facsimile:  (310) 826-3210
Email:  bstrange@strangeandbutler.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2015.

                                                /s/ *Brian R. Strange*
                                                Brian R. Strange