# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Occupant Safety Systems | 2:12-cv-00600 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00800 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Automotive Lamps | 2:13-cv-01200 |
| In Re: Switches | 2:13-cv-01300 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generator | 2:13-cv-01500 |
| In Re: Steering Angle Sensors | 2:13-cv-01600 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Electronic Powered Steering Assemblies | 2:13-cv-01900<br>2:13-cv-02100 |
| In Re: Fan Motors | 2:13-cv-02200 |
| In Re: Fuel Injection Systems | 2:13-cv-02300 |
| In Re: Power Window Motors | 2:13-cv-02400 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02500<br>2:13-cv-02700 |
| In Re: Valve Timing Control Devices | 2:13-cv-02800 |
| In Re: Air Conditioning Systems | 2:14-cv-02900 |
| In Re: Windshield Washer Systems | |
| In Re: Constant Velocity Joint Boot Products | |
| THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions<br>Dealership Actions<br>End-Payor Actions | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUBMISSION OF <u>GLOBAL ORDERS</u>**

Before the Special Master is Direct Purchaser Plaintiffs ("DPPs"), Dealership Plaintiffs ("Dealers") and End-Payor Plaintiffs ("EPPs") (collectively, "Plaintiffs") Motion for an order directing that the following three global orders shall be submitted in each of the above-captioned actions and all future cases filed by Plaintiffs that are coordinated as part of *In re Automotive Parts Antitrust Litigation*, MDL 2311: (1) the Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents ("Global ESI Order"); (2) the Stipulation and Order Regarding Non-Discoverability of Certain Expert Materials and Communications ("Global Expert Order"); and (3) the Stipulated Agreement and Order Regarding Preservation of Documents, Electronically Stored Information, and Other Tangible Items ("Global Preservation Order").

Because good cause exists therefor, the Special Master hereby **GRANTS** the Motion. The parties shall file one Global ESI Order, Global Expert Order and Global Preservation Order in each of the above-captioned actions within 21 days of entry of this Order.[1]

IT IS SO ORDERED.


Dated: June __, 2015

                                                                    _____
                                                                    GENE J. ESSHAKI, Special Master

---

[1] The Global Preservation Order shall be entered in the *Occupant Safety Systems* case, 2:12-cv-00600. The Global Expert Order and Global ESI Order shall not be entered in *Occupant Safety Systems*, 2:12-cv-00600 because orders have already been entered in that action.