# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## WIRE HARNESS DEFENDANTS' OBJECTIONS TO, AND MOTION TO MODIFY, MASTER ESSHAKI'S JUNE 18, 2015 ORDER

### INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Defendants' Position Statement Regarding Disputed Provisions Contained in the Parties' Proposed Deposition Protocol (No. 2:12-cv-00100, ECF No. 261, filed Jan. 12, 2015) |
| EXHIBIT B | Joint Statement of Plaintiffs and Defendants Regarding Proposed Deposition Protocol, attaching Exhibit A (No. 2:12-cv-00100, ECF No. 259, filed Jan. 12, 2015) |
| EXHIBIT C | Plaintiffs' Memorandum in Support of Their Positions Regarding Regarding Disputed Deposition Protocol Provisions, (No. 2:12-cv-00100, ECF No. 260, filed Jan. 12, 2015) |
| EXHIBIT D | Selected Pages from Transcript of January 28, 2015 Status Conference |
| EXHIBIT E | Selected Pages from Transcript of May 6 Status Conference |
| EXHIBIT F | Selected Pages from Transcript of May 6, 2015 Hearing Regarding Deposition Protocol |

| | |
|---|---|
| EXHIBIT G | Selected Pages from Transcript of May 26 Telephone Conference |
| EXHIBIT H | Selected Pages from Transcript of October 8, 2014 Status Conference |
| EXHIBIT I | Dealership Plaintiffs' Responses to Sumitomo's First Set of Interrogatories, dated November 4, 2013 (filed under seal) |
| EXHIBIT J | Declaration of Allen T. Levenson in Support of Defendants' Opposition to Dealer Plaintiffs' Cross-Motion to Resolve Defendants' Motion to Compel Downstream Discovery and Outstanding Requests, dated April 19, 2015, (No. 2:12-cv-00102, ECF No. 305 Ex. 2, filed Apr. 21, 2015) (filed under seal) |
| EXHIBIT K | Selected Documents Produced by Auto Dealer Plaintiffs (filed under seal) |
| EXHIBIT L | Declaration of Dr. Edward A. Snyder In Support of the Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order, dated June 19, 2015 and attaching Appendix A (filed under seal) |
| EXHIBIT M | Email from V. Romanenko to S. Cherry, et. al. regarding Dealer Plaintiffs Production (June 12, 2015) (filed under seal) |
| EXHIBIT N | Letter from M. Sullivan to Auto Dealer Plaintiffs' Counsel Regarding Deficiencies in Document Productions (June 12, 2015) (filed under seal) |
| EXHIBIT O | Complaint, *Federal Trade Commission v. Ramey Motors, Inc.*, 1:14-cv-29603, ECF No. 1 at ¶¶ 21-28, 30-32 (D.W.V. Dec. 11, 2014) |