# Exhibit E

1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MICHIGAN
2                             SOUTHERN DIVISION

3                              —    —    —

4    IN RE:  AUTOMOTIVE PARTS
     ANTITRUST LITIGATION                  Case No. 12-md-02311
5
              MDL NO. 2311              Hon. Marianne O. Battani
6

7

8               STATUS CONFERENCE & MOTION HEARINGS

9          BEFORE THE HONORABLE MARIANNE O. BATTANI
                  United States District Judge
10           Theodore Levin United States Courthouse
                  231 West Lafayette Boulevard
11                      Detroit, Michigan
                   Wednesday, May 6, 2015

12

13   APPEARANCES:

14   **Direct Purchaser Plaintiffs:**

15   THOMAS C. BRIGHT
     **GOLD, BENNET, CERA & SIDENER, L.L.P.**
16   595 Market Street, Suite 2300
     San Francisco, CA  94105
17   (415) 777-2230

18   WILLIAM G. CALDES
     **SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
19   1818 Market Street, Suite 2500
     Philadelphia, PA  19103
20   (215) 496-0300

21   MANUEL J. DOMINGUEZ
     **COHEN MILSTEIN**
22   3507 Kyoto Gardens Drive, Suite 200
     Palm Beach Gardens, FL  33410
23   (561) 578-6850

24

25        To obtain a copy of this official transcript, contact:
              Robert L. Smith, Official Court Reporter
            (313) 964-3303 • rob_smith@mied.uscourts.gov

1          This issue may not be ready for the Court to do

2     something today, and it might be appropriate to go to the

3     master first.  The issue is --

4          THE COURT:  I had down here master so that's why I

5     want you to tell me why I --

6          MR. WILLIAMS:  We on the plaintiffs' side believe

7     that we are at a point where there should be uniform orders

8     that apply in these cases, that we shouldn't be negotiating

9     in each of what are the constituent cases of 2311, the same

10    documents that we have all done, and for that reason we have

11    made those proposals.  I actually think other than the

12    confidential information document we are more or less in

13    agreement with one key distinction being is it one order that

14    would apply to everything that we think makes perfect

15    sense --

16         THE COURT:  Okay.

17         MR. WILLIAMS:  -- or should it be one for every

18    single case?

19         THE COURT:  Let me stop you there because I really

20    don't want to get into it.  I do want the master, and we are

21    going to -- there is another issue here, maybe we should just

22    take it now on that other protocol, but I do want you to go

23    to the master and, you know, work with him and work out these

24    protocols, and then any objections, I will hear objections

25    but they must be formal objections.  I don't want to be in a

1    position of advising the master or advising any party as to

2    how it should be.  And I may have overstepped my bounds last

3    time when I made a comment as to what I was thinking because

4    what I'm thinking on these issues right now is not really

5    important, it is the decision between the -- the argument

6    between the parties and the decision of the master that

7    counts, and then if there is an objection I will deal with

8    it.

9            MR. WILLIAMS:  Thank you.  And I think we can do

10   that promptly.  We have met and conferred with the

11   defendants, the positions have been framed, so I think we can

12   present that to the master very quickly.

13           THE COURT:  Good.  Thank you very much.

14           MR. WILLIAMS:  I'm going to stay here because of

15   the next item.

16           THE COURT:  Okay.  The next one is yours.

17           MR. WILLIAMS:  Not solely mine.  So the next

18   item --

19           THE COURT:  The subpoenas to the original

20   equipment --

21           MR. WILLIAMS:  As the Court may recall, the parties

22   were directed, and this is in the indirect-purchaser cases,

23   the end-payor cases and the auto-dealers case, to work with

24   the defendants on what we refer to as a joint subpoena and

25   over the course of the last few months the end payors, the