# Exhibit H

Case 2:12-md-02311-SFC-RSW   ECF No. 1010-9, PageID.14133   Filed 06/19/15   Page 2 of 6
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

                             -  -  -
```

IN RE:   AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST

   MDL NO. 12-2311
_____/

**STATUS CONFERENCE &
MOTIONS FOR PRELIMINARY APPROVAL**

BEFORE THE HONORABLE MARIANNE O. BATTANI
United States District Judge
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan
Wednesday, October 8, 2014

**APPEARANCES:**
**Direct Purchaser Plaintiffs:**

WILLIAM G. CALDES
**SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA   19103
(215) 496-0300


DAVID H. FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI   48304
(248) 971-2500


LEWIS H. GOLDFARB
**McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.**
1200 Mount Kemble Avenue
Morristown, NJ   07962
(973) 993-8100

To obtain a copy of this official transcript, contact:
Robert L. Smith, Official Court Reporter
(313) 964-3303 • rob_smith@mied.uscourts.gov

```
 1   resolved.  I know there are some issues still being
 2   negotiated, and we'll have to make it apply apparently to the
 3   wire harness case because we are going to move ahead in wire
 4   harness.
 5             MR. CHERRY:  Yes, Your Honor.  What we would ask is
 6   that the parties immediately meet and confer to try to -- we
 7   just have a few remaining issues, try to close the gap on
 8   that, and if within 30 days or some period of time we haven't
 9   come to an agreement, we present the issue to Mr. Esshaki and
10   just have it resolved.
11             THE COURT:  I think that that's fair.  I think if
12   you meet and confer, and then Mr. Esshaki will meet with you
13   if necessary to set a protocol.
14             MR. CHERRY:  Thank you.
15             MR. WILLIAMS:  Steve Williams for end-payor
16   plaintiffs.
17             We will do that, and this relates to the deposition
18   protocol, but the issue I want to raise, it may be within the
19   scope of that protocol even if wire harness goes along on its
20   own there is overlap so, for example, discovery started in
21   heating control panel and fuel senders, same defendants, we
22   are going to have to address eliminating duplication of their
23   witnesses that relate to those cases.  They have to give us
24   the documents for us to do that, but for us more importantly
25   we have 29 cases, we assume we may have more, we end-payor
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1010-9, PageID.14135   Filed 06/19/15   Page 4 of 6
Status Conference & Motions for Preliminary Approval • October 8, 2014

84

```
 1   plaintiffs who bought a car don't think we should be subject
 2   to being deposed in wire harness and then again in the next
 3   case.
 4            Our view would be one deposition of that plaintiff
 5   for every case they are in, defendants can appear if they
 6   want.  And what I would suggest, and I can provide the orders
 7   on this, is in cases of this nature where there are class and
 8   direct and multiple plaintiffs you don't repeat the
 9   deposition again.  So if we produce our plaintiffs for
10   deposition once now during the wire harness discovery, we
11   don't want somebody on the sidelines to come back in a year
12   and say now it is occupant safety, we want that person again
13   to ask them all of the same questions.  So we are going to
14   suggest and we will try to work this into our protocol that
15   they get deposed once.
16            THE COURT:  Let me just indicate, you will try to
17   work it into the protocol, that's fine, but I don't see how
18   that is going to work because there is not discovery yet
19   done, I mean, or document production on these other parts.
20            MR. WILLIAMS:  But this is the plaintiff being
21   deposed, and this -- this comes back to what we have been
22   talking about, but it is the plaintiffs who's deposition
23   being taken, so --
24            THE COURT:  You are not talking --
25            MR. WILLIAMS:  My plaintiffs have produced their
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1010-9, PageID.14136   Filed 06/19/15   Page 5 of 6
Status Conference & Motions for Preliminary Approval • October 8, 2014

85

```
 1   documents, they have produced everything, they have nothing
 2   more, they should just be deposed once.
 3             THE COURT:  Mr. Cherry?
 4             MR. CHERRY:  Yes, Your Honor.  As I said, I think
 5   we all want to minimize burdens on everyone including the
 6   plaintiffs and we will do our best to depose plaintiffs only
 7   once, particularly the end payors, I mean, they bought a car
 8   and we find out what car they bought and we are good.  So I
 9   think we would take those depositions as soon as possible
10   now, and we will try to correspond and coordinate with the
11   other defendants.
12             THE COURT:  I think it is a very excellent issue to
13   address now for the plaintiffs, I hope you can do it only
14   once that you can work into our protocol.  If it happens that
15   you can't I can't imagine why for end-payor purchasers, I
16   mean, they are not going to know the individual part.
17             MR. CHERRY:  It may be somebody would come along
18   and be able to show good cause down the road if they
19   bought --
20             THE COURT:  That could very well be.
21             MR. CHERRY:  But we would certainly do our best,
22   and I think it may be less perfect at the auto dealer level
23   or direct purchasers where there are replacement parts, they
24   are part specific conduct and people, but we will do our best
25   and should do our best to minimize duplication and hopefully
```

```
 1   that just won't need to occur.
 2           THE COURT:  Okay.
 3           MR. CHERRY:  Thank you, Your Honor.
 4           THE COURT:  Yes?
 5           MR. BARRETT:  Your Honor, Don Barrett for the auto
 6   dealers.
 7           We strongly agree with the end payors about the
 8   issue of repeated depositions.  Generally speaking, our
 9   plaintiffs are small businessmen and it is -- it would be
10   abusive to make them over and over and over 29 times -- you
11   know, the idea is to run them out of the litigation and --
12           THE COURT:  Nobody is going to do that.  I don't
13   think you need to worry about that.  The effort will be to
14   not duplicate discovery.  I think we said that way back when,
15   and I really think that's still where it goes, and I think
16   with the Master's assistance in your meet and confers first
17   that you will be able to work that out.  It certainly may be
18   that somebody is deposed twice two or three -- I mean, there
19   are things that we can't control but those things that are
20   within their control and we can proceed now with wire harness
21   we will work with an effort to not duplicate.
22           MR. BARRETT:  Thank you, Your Honor.
23           THE COURT:  All right.  I think we have that
24   schedule for now.  I would like to go back because there was
25   one thing I didn't do, which I believe was F, page 3 of the
```