UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |

In Re: ALL PARTS

THIS RELATES TO: ALL CASES

### NOTICE OF APPEARANCE OF RILEY C. BERG

TO:     THE CLERK OF THE COURT

PLEASE enter the appearance of Riley C. Berg, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 20, 2015

Respectfully submitted,

By: /s Riley C. Berg
Riley C. Berg
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6189
(202) 942-5999 - facsimile
Riley.Berg@aporter.com
DC Bar: 1009384

*Attorney for Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2015 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated: 6/20/2015

By: /s Riley C. Berg
Riley C. Berg
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-6189
(202) 942-5999 - facsimile
Riley.Berg@aporter.com
DC Bar: 1009384

*Attorney for Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation*