**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : : : | |
| THIS DOCUMENT RELATES TO: All Wire Harness Cases All Auto Parts Cases | : : : : | 2:12-cv-00100-MOB-MKM 2:12-md-02311-MOB-MKM |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON DEFENDANTS' OBJECTIONS TO, AND MOTIONS TO MODIFY, MASTER ESSHAKI'S JUNE 18, 2015 ORDER**

The Wire Harness Defendants[1] respectfully move for an order scheduling a hearing on the Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order, No. 2:12-md-02311-MOB-MKM (ECF No. 1008) ("Motion to Modify"), and Certain Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order, No. 2:12-md-02311-MOB-MKM (ECF No. 1009). In advance of the entry of the June 18, 2015 order ("June 18 Order"), in recognition of the need for expedited review of any objections, the parties agreed to an expedited briefing schedule that requires responses to

---

[1] "Wire Harness Defendants" refers to Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; American Furukawa, Inc.; Furukawa Electric Co., Ltd.; DENSO Corporation; DENSO International America, Inc.; Fujikura Automotive America LLC; Fujikura Ltd.; G.S. Electech, Inc.; G.S.W. Manufacturing, Inc.; G.S. Wiring Systems, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electric Automotive America, Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.) Inc.; Tokai Rika Co., Ltd.; and TRAM, Inc.

objections to be filed 10 days after the objections, and replies five days later.[2] *See* June 18 Order at 3.  Based on that schedule, briefing will be complete on July 6, 2015, and defendants respectfully request a hearing as soon as possible thereafter.

The Court should resolve defendants' motions quickly for two reasons:  *First*, the Supplemental Discovery Plan prohibits any party from taking a deposition in the wire harness cases until the Court has entered a deposition protocol (First Supplemental Discovery Plan ¶ H.2, No. 2:12-cv-00100-MOB-MKM (ECF No. 224)), and after *sixteen months* of negotiations, briefing, argument, and multiple hearings, key provisions that govern plaintiff depositions remain unresolved.  The parties now have a little more than one year to complete depositions of all defendants, direct purchasers, auto dealers, end payors, public entities, truck dealers, and third parties in all six wire harness cases.  *See* Stipulated Order Regarding Briefing of Class Certification Motions and Close of Discovery, No. 2:12-cv-00101-MOB-MKM (ECF No. 226) (setting a July 1, 2016 deadline for all depositions).  It is in all parties' and the Court's interests that discovery proceed efficiently so that class certification briefing remains on track. Defendants believe that they can meet the July 1, 2016 deadline, but they will need to begin noticing and taking depositions immediately in order to do so.

*Second*, Master Esshaki resolved the disputes that are the subject of defendants' motions on January 21, 2015, five months ago (after full briefing and oral argument during a telephonic hearing).  The issues only re-surfaced after Master Esshaki misinterpreted the Court's statements

---

[2] After defendants filed their objections, they contacted plaintiffs to determine plaintiffs' availability for a hearing on July 14, to coincide with a preliminary approval hearing that is scheduled on that date.  In response, plaintiffs informed defendants that they do not intend to comply with the schedule to which they agreed (10 days for responses), but rather intend to request an extension of more than twice that amount of time (and more than both the June 18 Order and the Order Appointing a Master allow) for their response briefs.  Thus, despite agreeing initially to shorten the schedule, plaintiffs now want to expand it, further delaying the Court's resolution of issues that the parties have been now discussing *for more than sixteen months*.

during the January 28 status conference, which caused him to believe (mistakenly) that he was required to reverse his prior rulings. *See* Motion to Modify at 5-6. As the wire harness defendants explain in their Motion to Modify, the record clearly shows that the Court did not intend to (and did not) overrule Master Esshaki's January 21 rulings during that status conference.[3] *See id.* at 9-11. Thus, Master Esshaki's June 18 Order is based on a simple mistake by Master Esshaki that is easy for the Court to fix. Defendants' motions are not complicated and should not require drawn out briefing or extensive argument.

The wire harness cases have now been pending for nearly four years and discovery has been ongoing since 2012, yet not a single deposition has occurred. Defendants request a hearing on the pending motions as soon as possible so that the Court can resolve the remaining disputes regarding end payor and auto dealer depositions, and those depositions can proceed immediately.

Pursuant to E.D. Mich. Local Rule 7.1(a), counsel for the wire harness defendants attempted to reach agreement with the auto dealer plaintiffs and end payor plaintiffs in advance of this filing, but were unable to do so.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: June 23, 2015 | LATHAM & WATKINS LLP |
| By: | */s/ Marguerite M. Sullivan*<br>Marguerite M. Sullivan<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Fax: (202) 637-2201<br>Marguerite.Sullivan@lw.com |

---

[3] Defendants believe that the Court confirmed as much on May 6 when it stated: "I may have overstepped my bounds last time when I made a comment as to what I was thinking because what I'm thinking on these issues right now is not really important, it is the decision between the – the argument between the parties and the decision of the master that counts, and then if there is an objection I will deal with it." May 6 Conf. Tr. at 28:2-8.

3

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Fax: (415) 395-8095
dan.wall@lw.com

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  202-624-2500
Fax:  202-628-5116
dcross@crowell.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

LANE POWELL PC

By:   */s/Larry S. Gangnes*  (w/consent)
Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

4

bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/Steven F. Cherry* (w/consent)
Steven F. Cherry
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

ARNOLD & PORTER LLP

By:   /s/*James L. Cooper*  (w/consent)
James L. Cooper
Michael A. Rubin
Laura Cofer Taylor
Katherine Clemons
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
michael.rubin@aporter.com
laura.taylor@aporter.com
katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

                O'MELVENY & MYERS LLP

By:   */s/Michael F. Tubach*  (w/consent)
       Michael F. Tubach
       O'MELVENY & MYERS LLP
       Two Embarcadero Center, 28th Floor
       San Francisco, CA 94111
       Telephone: (415) 984-8700
       Fax: (415) 984-8701
       Mtubach@omm.com

       Michael R. Turco (P48705)
       BROOKS WILKINS SHARKEY & TURCO PLLC
       401 South Old Woodward, Suite 400
       Birmingham, MI 48009
       Telephone: (248) 971-1713
       Fax: (248) 971-1801
       turco@bwst-law.com

       *Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*


                BUTZEL LONG

By:   */s/David F. DuMouchel*  (w/consent)
       David F. DuMouchel (P25658)
       George B. Donnini (P66793)
       BUTZEL LONG
       150 West Jefferson, Suite 100
       Detroit, MI 48226
       Telephone: (313)225-7000
       dumouchd@butzel.com
       donnini@butzel.com

       W. Todd Miller
       BAKER & MILLER PLLC
       2401 Pennsylvania Ave., NW, Suite 300
       Washington, DC 20037
       Telephone: (202)663-7820
       TMiller@bakerandmiller.com

       *Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Donald M. Barnes* (w/consent)
Donald M. Barnes
Jay L. Levine
Salvatore A. Romano
John C. Monica
Molly S. Crabtree
Karri N. Allen
PORTER WRIGHT MORRIS & ARTHUR LLP
1919 Pennsylvania Ave., NW, Ste 500
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com
sromano@porterwright.com
jmonica@porterwright.com
mcrabtree@porterwright.com
kallen@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374

8

gaugust@zacfirm.com
jjanisch@zacfirm.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

K&L GATES LLP

By: */s/ Michael E. Martinez*
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

9

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused the foregoing MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON DEFENDANTS' OBJECTIONS TO, AND MOTIONS TO MODIFY, MASTER ESSHAKI'S JUNE 18, 2015 ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
+1.202.637.2200
maggy.sullivan@lw.com