# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## [PROPOSED] ORDER

WHEREAS the Court has reviewed Defendants' Motion and Memorandum in Support of Motion for Expedited Hearing on Defendants' Objections to, and Motions to Modify, Master Esshaki's June 18, 2015 Order and plaintiffs' response, IT IS ORDERED that:

1.  A hearing shall be held on the Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order, No. 2:12-md-02311-MOB-MKM (ECF No. 1008) and Certain Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order, No. 2:12-md-02311-MOB-MKM (ECF No. 1009) on July __, 2015 at __:__ in courtroom 272.

IT IS SO ORDERED.

Date: _____                      _____
                                             Marianne O. Battani
                                             United States District Judge