# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |
| IN RE: | Hon. Marianne O. Battani |
| ALL WIRE HARNESS CASES<br>ALL AUTOMOTIVE PARTS CASES | Hon. Mona Majzoub |
| THIS DOCUMENT RELATES TO: | |
| ALL WIRE HARNESS CASES<br>ALL AUTOMOTIVE PARTS CASES | |

## [PROPOSED] ORDER GRANTING DEALERSHIP AND END-PAYOR PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO MODIFY THE MASTER'S RULINGS

This matter having come before the Court upon the Dealership and End-Payor Plaintiffs' Expedited Motion for Extension of Time to Respond to Defendants' Motions to Modify the Master's Rulings and the Court having considered the request, the Motion is therefore GRANTED.

IT IS HEREBY ORDERED that Dealership and End-Payor Plaintiffs shall file their oppositions to Certain Defendants' Objections and Motion to Modify Master Esshaki's June 18, 2015 Order and Wire Harness Defendants' Objections and Motion to Modify Master Esshaki's June 18, 2015 (ECF Nos. 1008, 1009 and 1010 in Case No. 2:12-md-02311-MOB-MKM; ECF Nos. 306 and 307 in Case No. 2:12-cv-00100-MOB-MKM) by **July 13, 2015.**

**SO ORDERED.**

Dated:

Hon. Marianne O. Battani
United States District Judge