**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

**WIRE HARNESS DEFENDANTS'[1] OPPOSITION TO THE AUTO DEALERS' AND END PAYORS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO MODIFY THE JUNE 18 ORDER**

The Court should deny the auto dealers' and end payors' motion. Neither set of plaintiffs needs 24 days to address the issues that defendants raised in their motions to modify Master Esshaki's June 18, 2015 order ("June 18 Order"). They have had more than enough time to prepare to respond to defendants' motions. Plaintiffs agreed to an expedited briefing schedule, and their proposed schedule will cause more unnecessary delay.

None of the topics that defendants raised in their motions are new. The number and duration of auto dealer depositions (the primary focus of the wire harness defendants' motion) is a topic that the parties have discussed now for nearly 18 months. It has been the subject of extensive negotiations and briefed, re-briefed, and argued multiple times. Similarly, the end payors have known for months that defendants in the later cases believe that 7 hours is not nearly enough time to address all of the topics that all defendants in all cases would need to address

---

[1] "Wire Harness Defendants" refers to the defendants listed in footnote 1 of Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order (No. 2:12-md-02311, ECF No. 1008).

with each end payor. And plaintiffs have known since early May, when Master Esshaki first indicated that he believed that the Court wanted defendants to provide a list of topics to plaintiffs in advance of Rule 30(b)(1) depositions, that defendants strongly disagree with that ruling.

Moreover, defendants specifically requested *expedited* briefing of any objections to Master Esshaki's order during a meet and confer on June 11, 2015, as the parties were finalizing the draft of that order, *and the auto dealers and end payors agreed*.[2] June 18 Order at 3; *see* Exhibit 1. Thus, they have known for more than two weeks already that defendants would file objections, and that, according to the schedule to which they agreed, they would have 10 days to respond. They could have begun drafting their arguments on these issues weeks ago, just as defendants did.

Plaintiffs claim that they were surprised by defendants' filings because defendants filed more than one motion, and their briefs were lengthy,[3] detailed, and supported by evidence and expert testimony (Pls.' Motion at 9). But plaintiffs knew on June 11 when the parties discussed an expedited briefing schedule that Master Esshaki's order would bind all fifty defendants in all thirty cases. They knew full well – because defendants have told them repeatedly – that not all defendants in these thirty cases have the same views, interests, or objectives. They also knew that the rulings that they were advocating would significantly limit discovery that defendants

---

[2] Defendants requested that plaintiffs consent to modify the existing schedule for appealing one of Master Esshaki's orders from 21 days to 14 days for "[a]ny party" to raise objections, and 14 days to 10 days for responses to those objections. Plaintiffs agreed to defendants' proposed briefing schedule. They did not condition their approval on the number, length, or content of the objections, or the number of "business days" that the 10-day deadline might span.

[3] The end payors and auto dealers complain about the length of defendants' briefs. But the briefs complied with the Court's instructions for filings in the auto parts cases. To the extent that plaintiffs have a different understanding regarding the page limits for motions, they should seek the Court's guidance at the next hearing. Moreover, at plaintiffs' request, defendants agreed that plaintiffs' responses may be a total of 60 pages – 10 pages longer than defendants' opening briefs.

2

need to defend themselves in these cases. Counsel for the end payors and auto dealers are extremely experienced antitrust counsel; they should have expected that defendants would vigorously challenge those rulings.

The Court should require the end payors and auto dealers to comply with the expedited briefing schedule *to which they agreed more than two weeks ago*, deny their motion for a new, significantly longer schedule, and grant defendants' motion for an expedited hearing (No. 2:12-md-02311, ECF No. 1012) so that the Court can resolve these disputes that have now been holding up depositions for nearly six months.

                                Respectfully submitted,

Date: June 26, 2015                            LATHAM & WATKINS LLP

                            By:  */s/ Marguerite M. Sullivan*
                                 Marguerite M. Sullivan
                                 LATHAM & WATKINS LLP
                                 555 Eleventh Street NW, Suite 1000
                                 Washington, DC 20004
                                 Telephone: (202) 637-2200
                                 Fax: (202) 637-2201
                                 Marguerite.Sullivan@lw.com

                                 Daniel M. Wall
                                 LATHAM & WATKINS LLP
                                 505 Montgomery Street, Suite 2000
                                 San Francisco, CA 94111
                                 Telephone: (415) 395-0600
                                 Fax: (415) 395-8095
                                 dan.wall@lw.com

                                 David D. Cross
                                 CROWELL & MORING LLP
                                 1001 Pennsylvania Avenue, N.W.
                                 Washington, D.C.  20004
                                 Tel:  202-624-2500
                                 Fax:  202-628-5116
                                 dcross@crowell.com

                                 William H. Horton (P31567)
                                 GIARMARCO, MULLINS & HORTON, P.C.
                                 101 West Big Beaver Road, Tenth Floor
                                 Troy, MI 48084-5280
                                 Telephone: 248-457-7060

bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

LANE POWELL PC

By: */s/Larry S. Gangnes*  (w/consent)
Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

4

By:    */s/Steven F. Cherry*  (w/consent)
       Steven F. Cherry
       David P. Donovan
       Patrick J. Carome
       Brian C. Smith
       Kurt G. Kastorf
       WILMER CUTLER PICKERING HALE AND DORR LLP
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone: (202) 663-6000
       Fax: (202) 663-6363
       steven.cherry@wilmerhale.com
       david.donovan@wilmerhale.com
       patrick.carome@wilmerhale.com
       brian.smith@wilmerhale.com
       kurt.kastorf@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

ARNOLD & PORTER LLP

By:    */s/James L. Cooper*  (w/consent)
       James L. Cooper
       Michael A. Rubin
       Laura Cofer Taylor
       Katherine Clemons
       ARNOLD & PORTER LLP
       555 Twelfth Street NW
       Washington, DC 20004
       (202) 942-5000
       (202) 942-5999 (facsimile)
       james.cooper@aporter.com
       michael.rubin@aporter.com
       laura.taylor@aporter.com
       katherine.clemons@aporter.com

       Joanne Geha Swanson (P33594)
       Fred Herrmann (P49519)
       Matthew L. Powell (P69186)

        KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

O'MELVENY & MYERS LLP

By:   */s/Michael F. Tubach*  (w/consent)
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*

6

|     | BUTZEL LONG |
| --- | --- |
| By: | /s/David F. DuMouchel (w/consent)<br>David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>Telephone: (313)225-7000<br>dumouchd@butzel.com<br>donnini@butzel.com<br><br>W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202)663-7820<br>TMiller@bakerandmiller.com<br><br>*Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.* |
|     | PORTER WRIGHT MORRIS & ARTHUR LLP |
| By: | /s/ Donald M. Barnes (w/consent)<br>Donald M. Barnes (D.C. Bar No. 0471)<br>Jay L. Levine (D.C. Bar No. 459345)<br>John C. Monica (D.C. Bar No. 441218 )<br>Molly S. Crabtree (Ohio Bar No. 0073823)<br>Jason E. Starling (Ohio Bar No. 0082619)<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1900 K Street, NW, Suite 1110<br>Washington, D.C.  20006<br>Telephone:  (202) 778-3000<br>Facsimile:  (202) 778-3063<br>dbarnes@porterwright.com<br>jlevine@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br>jstarling@porterwright.com<br><br>*Attorneys for Defendants G.S. Electech, Inc. G.S. Wiring Systems, Inc., and  G.S.W. Manufacturing, Inc.* |

7

JENNER & BLOCK LLP

By: */s/ Terrence J. Truax*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

K&L GATES LLP

By: */s/ Michael E. Martinez*
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2015, I caused the foregoing WIRE HARNESS DEFENDANTS' OPPOSITION TO THE AUTO DEALERS' AND END PAYORS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO MODIFY THE JUNE 18 ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
+1.202.637.2200
maggy.sullivan@lw.com