# Exhibit 1

_____
From: Steve Williams
Sent: Wednesday, June 10, 2015 8:00:27 PM
To: Sullivan, Marguerite (BR)
Cc: ats@millerlawpc.com; ESpector@srkw-law.com; DBarrett@barrettlawgroup.com; Vicky@cuneolaw.com; CKelly@kasowitz.com; JMParks@duanemorris.com; ARSperl@duanemorris.com; Elizabeth Tran; lew@classcounsel.com; DCross@crowell.com; Michael.Rubin@APORTER.COM; Steven.Cherry@wilmerhale.com; sjsqueri@JonesDay.com; GangnesL@LanePowell.com; DavisK@LanePowell.com; HIwrey@dykema.com; mtubach@omm.com; mcrabtree@porterwright.com; tmiller@bakerandmiller.com; DFenske@jenner.com
Subject: Re: In re Auto Parts - Draft Order re Depositions

Maggy

Auto Dealers and End Payors are available at 4 eastern tomorrow.

Steve Williams
Cotchett, Pitre & McCarthy, LLP


On Jun 10, 2015, at 2:21 AM, "Marguerite.Sullivan@lw.com<mailto:Marguerite.Sullivan@lw.com>" <Marguerite.Sullivan@lw.com<mailto:Marguerite.Sullivan@lw.com>> wrote:

Steve:  Please let me know when plaintiffs are available today or tomorrow for a call to discuss plaintiffs' edits.  My schedule is flexible on both days.

Thanks,
Maggy

From: Steve Williams [mailto:SWilliams@cpmlegal.com]
Sent: 09 June 2015 01:42
To: Sullivan, Marguerite (BR); ats@millerlawpc.com<mailto:ats@millerlawpc.com>; ESpector@srkw-law.com<mailto:ESpector@srkw-law.com>; DBarrett@barrettlawgroup.com<mailto:DBarrett@barrettlawgroup.com>; Vicky@cuneolaw.com<mailto:Vicky@cuneolaw.com>; CKelly@kasowitz.com<mailto:CKelly@kasowitz.com>; JMParks@duanemorris.com<mailto:JMParks@duanemorris.com>; ARSperl@duanemorris.com<mailto:ARSperl@duanemorris.com>; Elizabeth Tran; lew@classcounsel.com<mailto:lew@classcounsel.com>
Cc: DCross@crowell.com<mailto:DCross@crowell.com>; Michael.Rubin@APORTER.COM<mailto:Michael.Rubin@APORTER.COM>; Steven.Cherry@wilmerhale.com<mailto:Steven.Cherry@wilmerhale.com>; sjsqueri@JonesDay.com<mailto:sjsqueri@JonesDay.com>; GangnesL@LanePowell.com<mailto:GangnesL@LanePowell.com>; DavisK@LanePowell.com<mailto:DavisK@LanePowell.com>; HIwrey@dykema.com<mailto:HIwrey@dykema.com>; mtubach@omm.com<mailto:mtubach@omm.com>; mcrabtree@porterwright.com<mailto:mcrabtree@porterwright.com>;

tmiller@bakerandmiller.com<mailto:tmiller@bakerandmiller.com>;
DFenske@jenner.com<mailto:DFenske@jenner.com>
Subject: Re: In re Auto Parts - Draft Order re Depositions

Counsel

Please see Auto Dealers' and End Payors' comments on this draft.  We are attaching a redlined version and a clean copy.

_____
From: Marguerite.Sullivan@lw.com<mailto:Marguerite.Sullivan@lw.com>
<Marguerite.Sullivan@lw.com<mailto:Marguerite.Sullivan@lw.com>>
Sent: Tuesday, June 2, 2015 12:59 AM
To: Steve Williams; ats@millerlawpc.com<mailto:ats@millerlawpc.com>; ESpector@srkw-law.com<mailto:ESpector@srkw-law.com>;
DBarrett@barrettlawgroup.com<mailto:DBarrett@barrettlawgroup.com>;
Vicky@cuneolaw.com<mailto:Vicky@cuneolaw.com>;
CKelly@kasowitz.com<mailto:CKelly@kasowitz.com>;
JMParks@duanemorris.com<mailto:JMParks@duanemorris.com>;
ARSperl@duanemorris.com<mailto:ARSperl@duanemorris.com>; Elizabeth Tran;
lew@classcounsel.com<mailto:lew@classcounsel.com>
Cc: DCross@crowell.com<mailto:DCross@crowell.com>;
Michael.Rubin@APORTER.COM<mailto:Michael.Rubin@APORTER.COM>;
Steven.Cherry@wilmerhale.com<mailto:Steven.Cherry@wilmerhale.com>;
sjsqueri@JonesDay.com<mailto:sjsqueri@JonesDay.com>;
GangnesL@LanePowell.com<mailto:GangnesL@LanePowell.com>;
DavisK@LanePowell.com<mailto:DavisK@LanePowell.com>;
HIwrey@dykema.com<mailto:HIwrey@dykema.com>;
mtubach@omm.com<mailto:mtubach@omm.com>;
mcrabtree@porterwright.com<mailto:mcrabtree@porterwright.com>;
tmiller@bakerandmiller.com<mailto:tmiller@bakerandmiller.com>;
DFenske@jenner.com<mailto:DFenske@jenner.com>
Subject: In re Auto Parts - Draft Order re Depositions

Counsel:

Attached is defendants' draft order reflecting Master Esshaki's rulings regarding depositions.  If plaintiffs agree to this order, we will submit it to Master Esshaki for entry.  Please let me know.


Regards,

Maggy

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

_____