# EXHIBIT C

Case 2:12-md-02311-SFC-RSW ECF No. 1015-3, PageID.14257 Filed 06/26/15 Page 2 of 4
Status Conference / Motion Hearings • January 28, 2015

1

```
 1                    UNITED STATES OF AMERICA

 2                   EASTERN DISTRICT OF MICHIGAN

 3                         SOUTHERN DIVISION
                             -   -   -
 4

 5
      IN RE:  AUTOMOTIVE PARTS        Master File No. 12-md-02311
 6    ANTITRUST LITIGATION            Hon. Marianne O. Battani

 7    _____/

 8
                    STATUS CONFERENCE / MOTION HEARINGS
 9
                BEFORE THE HONORABLE MARIANNE O. BATTANI
10                    United States District Judge
                Theodore Levin United States Courthouse
11                   231 West Lafayette Boulevard
                            Detroit, Michigan
12                   Wednesday, January 28, 2015

13    APPEARANCES:

14
      Direct Purchaser Plaintiffs:
15

16    WILLIAM G. CALDES
      SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
17    1818 Market Street, Suite 2500
      Philadelphia, PA  19103
18    (215) 496-0300

19
      MANUEL J. DOMINGUEZ
20    COHEN MILSTEIN
      3507 Kyoto Gardens Drive, Suite 200
21    Palm Beach Gardens, FL  33410
      (561) 578-6850

22

23    DAVID H. FINK
      FINK & ASSOCIATES LAW
24    100 West Long Lake Road, Suite 111
      Bloomfield Hills, MI  48304
25    (248) 971-2500
```

Case 2:12-md-02311-SFC-RSW ECF No. 1015-3, PageID.14258 Filed 06/26/15 Page 3 of 4
Status Conference / Motion Hearings • January 28, 2015

41

```
 1                THE COURT:  I know you will prepare an order but
 2    will you tell me what those dates are now?  You said --
 3                MR. CHERRY:  Actually it is -- it has been filed
 4    so --
 5                THE COURT:  It has been filed?
 6                MR. CHERRY:  Yes.
 7                MR. BURNS:  By memory, Your Honor, July 1st, 2016
 8    for the filing of motions for class certification, four
 9    months later, which would be November 1st, 2016, would be the
10    responses, and then we have -- I believe it is March 1st for
11    the replies.  We have not agreed as to whether sur replies
12    are appropriate, we have kicked that can down the road a
13    little bit, and then there are a number of discovery
14    deadlines built in before those dates.
15                THE COURT:  So basically we are talking about
16    arguments maybe in the middle of 2017?
17                MR. BURNS:  That's right, Your Honor.
18                THE COURT:  Wow.  Both sides have agreed to the
19    schedule?
20                MR. BURNS:  We have after quite a bit of
21    negotiations back and forth on those points.
22                MR. CHERRY:  Yes.
23                THE COURT:  Okay.  Given the amount of work that
24    needs to be done I think it is reasonable, I also think that
25    the other parts classes should be thinking ahead to do this
```

```
 1   and it may be able to move along faster and we will get more
 2   of these motions resolved in 2017.
 3            MR. CHERRY:  There is one issue that I think is
 4   related to the schedule, Your Honor, and that is discovery of
 5   third-party OEMs because that data will be very important for
 6   both of us I think to our respective experts' analysis and to
 7   our motions.  And we have made some efforts and Mr. Williams
 8   has made some efforts to talk to each other to try to
 9   coordinate on that so we can do that together, and I think
10   there has been from our perspective a little delay in trying
11   to get together on a call and just make sure that we can come
12   to finality on some subpoenas that we can serve to the OEMs
13   so we can do that jointly and do it one time.
14            And I think what we would benefit from is to have a
15   deadline that just sort of holds our feet to the fire so that
16   we can keep our schedule in place and maybe agree within two
17   weeks or just some date that we will either come to agreement
18   on a joint subpoena or go forward together or if we have a
19   dispute I guess submit it to Master Esshaki, but I think we
20   need something here because it is sort of dragging on trying
21   to come to some coordinated process.
22            THE COURT:  Well, how does this fit in with the
23   OEMs and all the other defendants?  I mean, we are not
24   going to be -- the OEMs especially we don't want to be
25   taking --
```