# EXHIBIT D

Case 2:12-md-02311-SFC-RSW   ECF No. 1015-4, PageID.14261   Filed 06/26/15   Page 2 of 3
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
                        SOUTHERN DIVISION
                             - - -
```

**IN RE:   AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST**

**MDL NO. 12-2311**
_____/

**STATUS CONFERENCE &
MOTIONS FOR PRELIMINARY APPROVAL**

```
         BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
            Theodore Levin United States Courthouse
                  231 West Lafayette Boulevard
                        Detroit, Michigan
                    Wednesday, October 8, 2014
```

**APPEARANCES:**
**Direct Purchaser Plaintiffs:**

WILLIAM G. CALDES
**SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA   19103
(215) 496-0300


DAVID H. FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI   48304
(248) 971-2500


LEWIS H. GOLDFARB
**McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.**
1200 Mount Kemble Avenue
Morristown, NJ   07962
(973) 993-8100

```
     To obtain a copy of this official transcript, contact:
            Robert L. Smith, Official Court Reporter
         (313) 964-3303 • rob_smith@mied.uscourts.gov
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1015-4, PageID.14262   Filed 06/26/15   Page 3 of 3
Status Conference & Motions for Preliminary Approval • October 8, 2014

22

```
 1   senders.  I think most of these need dates just for the
 2   fairness hearings and we are not ready to set those dates
 3   yet, am I correct in that?
 4              MR. BURNS:  That's right, Your Honor.
 5              THE COURT:  And the same with occupant safety?
 6              MR. BURNS:  For the end payors and the dealers, I
 7   think that's correct across the board, Your Honor.
 8              THE COURT:  Okay.  So next we are at the status of
 9   the temporary stay in the MDL, that is the DOJ stay, that is
10   item I-C on the agenda.  The DOJ has reported to me that it
11   no longer has any objection to discovery, either document or
12   deposition discovery, with regard to the anti-vibration
13   rubber parts, so we are there.  We don't know what's going to
14   happen come their report in December, if that's going to be
15   the end, maybe you know, I mean, they certainly haven't
16   advised me, I don't know, whether that's going to be the end
17   or not, but I anxiously await that because it will be great
18   to have closure in the parts in this case.
19              Then I have on the agenda because it was on your
20   proposed agenda but I don't know what it is, end-payor and
21   dealership plaintiffs discussion regarding additional case
22   filings and amended case filings.
23              Put your appearance, please.
24              MR. BURNS:  Certainly, Warren Burns for the
25   end payors.
```