# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>Direct Purchaser Actions<br>Dealership Actions<br>End-Payor Actions | 2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM |

**STIPULATED ORDER REGARDING BRIEFING OF CLASS CERTIFICATION MOTIONS AND CLOSE OF DISCOVERY**

Pursuant to the Court's instructions at the October 8, 2014 Status Conference, the parties have met and conferred regarding a schedule for briefing of class certification motions and a deadline for the close of discovery in the Wire Harness Cases. This matter having come before the Court upon the stipulation of the parties:

IT IS HEREBY ORDERED that the schedule for briefing class certification motions is as follows:

Plaintiffs shall file their respective motions for class certification, any related expert reports, and Rule 26(a)(2) disclosures no later than July 1, 2016. Plaintiffs' expert witnesses shall be made available for deposition beginning 21 days after Plaintiffs file their motions, and the Defendants must provide notice at least 14 days prior to the proposed date of the deposition.

1

Defendants[1] shall file their oppositions to such motions for class certification, any related expert reports, and Rule 26(a)(2) disclosures no later than November 1, 2016.  Defendants' expert witnesses shall be made available for deposition beginning 21 days after Defendants file their oppositions, and the Plaintiffs must provide notice at least 14 days prior to the proposed date of the deposition.

Plaintiffs shall file their respective reply briefs in support of their motions for class certification and any related rebuttal expert reports no later than March 1, 2017.  The scope of any rebuttal expert reports shall be limited to responding to opinions expressed and/or statements made in Defendants' expert reports.

If permitted, Defendants shall file any sur-replies and any related sur-rebuttal expert reports, to the extent permitted by the Court, no later than May 1, 2017.  The parties have reserved their rights as to whether such sur-replies or sur-rebuttal reports should be permitted. Plaintiffs oppose sur-replies and sur-rebuttal expert reports.

If any of the parties submit a rebuttal or sur-rebuttal expert report, the opposing parties may depose the expert regarding any new opinions expressed in the rebuttal or sur-rebuttal report beginning 14 days after the report was filed, and the parties must provide notice at least 10 days prior to the proposed date of the deposition.

---

[1] "Defendants" refers to American Furukawa, Inc.; Furukawa Electric Co., Ltd.; DENSO Corporation; DENSO International America, Inc.; Fujikura Automotive America LLC; Fujikura Ltd.; G.S. Electech, Inc.; G.S.W. Manufacturing, Inc.; G.S. Wiring Systems, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.) Inc.; Tokai Rika Co., Ltd.; TRAM, Inc.; Yazaki Corporation; and Yazaki North America, Inc.  "Defendants" does not include the recently named defendants Chiyoda Manufacturing Corporation, Chiyoda USA Corporation, Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. as the Court has not yet ruled on the viability of plaintiffs' claims against those defendants.

The Court will hear argument on the motions for class certification on a date (or dates) as yet to be determined by the Court.[2]

IT IS FURTHER ORDERED that the schedule for completing discovery is as follows:

All Defendants shall commence their rolling productions of documents no later than March 31, 2015.

All Defendants shall use their best efforts to substantially complete productions from their hard-copy central files by August 1, 2015. All document productions for custodians identified in Defendants' Responses to Direct Purchaser Plaintiffs' Interrogatory No. 7 shall be substantially completed by September 1, 2015.

Plaintiffs may, however, choose to prioritize Defendants' production of documents from three custodians in substitution for certain of those custodians identified in Defendants' Responses to Direct Purchaser Plaintiffs' Interrogatory No. 7. If Plaintiffs so elect, Plaintiffs shall inform Defendants and identify the three prioritized custodians, along with the custodians for which they are substitutes, no later than March 1, 2015.

All Plaintiffs shall complete production of transactional data by September 1, 2015; Direct Purchasers and End Payors shall substantially complete production of documents other than transactional data by September 1, 2015; Auto Dealers shall substantially complete production of electronically stored documents by September 1, 2015, and shall substantially complete production of hard copy documents from 75% of named Auto Dealer plaintiffs by September 1, 2015, with the hard copy documents from the remaining 25% of named Auto Dealer plaintiffs to be produced on a rolling basis and substantially completed by February 1,

---

[2] The parties respectfully request that the hearing on the above motions be set at the Court's convenience after May 1, 2017.

2016.[3]  Transactional data for this purpose is defined as data that is stored in a database and can be exported and does not include documents.

All remaining document productions from Defendants shall be substantially completed by February 1, 2016.

All depositions shall be completed by July 1, 2016.

All written discovery shall be completed by September 1, 2016.

All Plaintiffs and each Defendant Group[4] shall confer every sixty (60) days about the general status and progress of their respective productions and provide reasonable notice of any anticipated failure to meet an upcoming deadline.

**IT IS SO ORDERED.**

Date:  February 11, 2015  s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**STIPULATED AND AGREED.**

---

[3]  Nothing in this stipulation shall be deemed to modify any deadlines in the Stipulation and Order Regarding Certain Defendants' Motion to Compel "Downstream" Discovery from Auto Dealer Plaintiffs, 2:12-cv-00102, Dkt.# 251, entered on January 7, 2015.

[4]  "Defendant Group" shall mean each group of Defendants represented by separate counsel (e.g., DENSO, Fujikura, Furukawa, G.S. Electech, Leoni, Sumitomo, Tokai Rika, and Yazaki).

SUSMAN GODFREY LLP

Dated: January 28, 2015      By:     */s/ Warren T. Burns*
Warren T. Burns
Terrell W. Oxford
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com


ROBINS, KAPLAN, MILLER
& CIRESI L.L.P.

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER
& CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

Joseph W. Cotchett
Frank Damrell
Steven N. Williams
Adam J. Zapala

                                     Elizabeth Tran
                                     COTCHETT, PITRE & McCARTHY, LLP
                                     San Francisco Airport Office Center
                                     840 Malcolm Road, Suite 200
                                     Burlingame, CA 94010
                                     Telephone: (650) 697-6000
                                     Facsimile: (650) 697-0577
                                     jcotchett@cpmlegal.com
                                     fdamrell@cpmlegal.com
                                     swilliams@cpmlegal.com
                                     azapala@cpmlegal.com
                                     etran@cpmlegal.com

                                     *Interim Co-Lead Counsel for the End-Payor Plaintiffs*


                                     FINK + ASSOCIATES LAW

Dated: January 28, 2015        By:    */s/ David H. Fink* (w/consent)
                                     David H. Fink (P28235)
                                     Darryl Bressack (P67820)
                                     FINK + ASSOCIATES LAW
                                     100 West Long Lake Road, Suite 111
                                     Bloomfield Hills, MI 48304
                                     Telephone: (248) 971-2500
                                     Facsimile: (248) 971-2600
                                     dfink@finkandassociateslaw.com
                                     dbressack@finkandassociateslaw.com

                                     *Liaison Counsel for Direct Purchaser Plaintiffs*


                                     SPECTOR ROSEMAN KODROFF & WILLIS, P.C.

Dated: January 28, 2015        By:    */s/ Eugene A. Spector* (w/consent)
                                     Eugene A. Spector
                                     William G. Caldes
                                     Jonathan M. Jagher
                                     Jeffrey L. Spector
                                     SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
                                     1818 Market Street, Suite 2500
                                     Philadelphia, PA 19103
                                     Telephone: (215) 496-0300
                                     Facsimile: (215) 496 6611
                                     espector@srkw-law.com
                                     bcaldes@srkw-law.com

jjagher@srkw-law.com
jspector@srkw-law.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
Michael L. Silverman
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500 Facsimile: (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com
msilverman@fklmlaw.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

|  |  |  |
|---|---|---|
|  |  | MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C. |
| Dated: January 28, 2015 | By: | */s/ Gerard V. Mantese* (w/consent)<br>Gerard V. Mantese (P34424)<br>David Hansma (P71056)<br>Brendan Frey (P70893)<br>Joshua Lushnat (P75319)<br>MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.<br>1361 E. Big Beaver Road<br>Troy, MI 48083<br>Telephone: (248) 457-9200 Ext. 203<br>Facsimile: (248) 457-9201<br>gmantese@manteselaw.com<br>dhansma@manteselaw.com<br>bfrey@manteselaw.com<br>jlushnat@manteselaw.com<br><br>*Interim Liaison Counsel for the Automobile Dealer Plaintiffs* |
|  |  | CUNEO GILBERT & LADUCA, LLP |
| Dated: January 28, 2015 | By: | */s/ Jonathan W. Cuneo* (w/consent)<br>Jonathan W. Cuneo<br>Joel Davidow<br>Victoria Romanenko<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, N.E.<br>Washington, DC 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813<br>jonc@cuneolaw.com<br>Joel@cuneolaw.com<br>Vicky@cuneolaw.com<br><br>Don Barrett<br>David McMullan<br>Brian Herrington<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095 |

          Telephone: (662) 834-2488
          Facsimile: (662)834.2628
          dbarrett@barrettlawgroup.com
          bherrington@barrettlawgroup.com
          dmcmullan@barrettlawgroup.com

          Shawn M. Raiter
          LARSON KING, LLP
          2800 Wells Fargo Place
          30 East Seventh Street
          St. Paul, MN 55101
          Telephone: (651) 312-6500
          Facsimile: (651) 312-6618
          sraiter@larsonking.com

          *Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs*


          WILMER CUTLER PICKERING HALE
          AND DORR LLP

Dated: January 28, 2015      By:   */s/ Steven F. Cherry*
          Steven F. Cherry
          David P. Donovan
          David S. Molot
          Brian C. Smith
          Kurt G. Kastorf
          WILMER CUTLER PICKERING HALE
          AND DORR LLP
          1875 Pennsylvania Avenue, NW
          Washington, DC 20006
          Telephone: (202) 663-6000
          Facsimile: (202) 663-6363
          steven.cherry@wilmerhale.com
          david.donovan@wilmerhale.com
          david.molot@wilmerhale.com
          brian.smith@wilmerhale.com
          kurt.kastorf@wilmerhale.com

          *Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*

          Steven M. Zarowny (P33362)
          General Counsel
          DENSO INTERNATIONAL AMERICA, INC.

        24777 Denso Drive
        Southfield, MI 48033
        Telephone: (248) 372-8252
        Facsimile: (248) 213-2551
        STEVE_ZAROWNY@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

        LATHAM & WATKINS LLP

Dated: January 28, 2015    By:  */s/ Marguerite M. Sullivan* (w/ consent)
        Marguerite M. Sullivan
        LATHAM & WATKINS LLP
        555 Eleventh Street NW, Suite 1000
        Washington, DC 20004
        Telephone: (202) 637-2200
        Fax: (202) 637-2201
        Marguerite.Sullivan@lw.com

        Daniel M. Wall
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        Telephone: (415) 395-0600
        Fax: (415) 395-8095
        dan.wall@lw.com

        William H. Horton (P31567)
        GIARMARCO, MULLINS & HORTON, P.C.
        101 West Big Beaver Road, Tenth Floor
        Troy, MI 48084-5280
        Telephone: 248-457-7060
        bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

        JONES DAY

Dated: January 28, 2015    By:  */s/ John M. Majoras* (w/ consent)
        John M. Majoras
        Carmen G. McLean
        Kristen Lejnieks
        Tiffany Lipscomb-Jackson
        JONES DAY
        51 Louisiana Ave. N.W.

Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (facsimile)
jmmajoras@jonesday.com
cgmclean@jonesday.com
Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212 (facsimile)
mfischer@jonesday.com
sjsqueri@jonesday.com

*Attorneys for Defendants Yazaki Corporation and Yazaki North America, Inc.*

LANE POWELL PC

Dated: January 28, 2015

By: */s/Larry S. Gangnes* (w/consent)
Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Tanya Durkee Urbach
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
urbacht@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)

                    KEMP KLEIN LAW FIRM
                    201 W. Big Beaver, Suite 600
                    Troy, MI 48084
                    Telephone: (248) 528-1111
                    Facsimile: (248) 528-5129
                    richard.bisio@kkue.com
                    ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.*

                    ARNOLD & PORTER LLP

Dated: January 28, 2015    By:   */s/James L. Cooper* (w/consent)
                                  James L. Cooper
                                  Michael A. Rubin
                                  Laura Cofer Taylor
                                  Katherine Clemons
                                  ARNOLD & PORTER LLP
                                  555 Twelfth Street NW
                                  Washington, DC 20004
                                  (202) 942-5000
                                  (202) 942-5999 (facsimile)
                                  james.cooper@aporter.com
                                  michael.rubin@aporter.com
                                  laura.taylor@aporter.com
                                  katherine.clemons@aporter.com

                    Joanne Geha Swanson (P33594)
                    Fred Herrmann (P49519)
                    Matthew L. Powell (P69186)
                    KERR, RUSSELL AND WEBER, PLC
                    500 Woodward Avenue, Suite 2500
                    Detroit, MI 48226
                    (313) 961-0200
                    (313) 961-0388 (facsimile)
                    jswanson@kerr-russell.com
                    fherrmann@kerr-russell.com
                    mpowell@kerr-russell.com

*Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

|  |  | O'MELVENY & MYERS LLP |
|---|---|---|
| Dated: January 28, 2015 | By: | */s/Michael F. Tubach*  (w/consent)<br>Michael F. Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Fax: (415) 984-8701<br>Mtubach@omm.com |
|  |  | Michael R. Turco (P48705)<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>Telephone: (248) 971-1713<br>Fax: (248) 971-1801<br>turco@bwst-law.com |

*Attorneys for Defendants Leoni Wiring Systems, Inc.  and Leonische Holding Inc.*

|  |  | BUTZEL LONG |
|---|---|---|
| Dated: January 28, 2015 | By: | */s/David F. DuMouchel*  (w/consent)<br>David F. DuMouchel (P25658)<br>George B. Donnini (P66793)<br>BUTZEL LONG<br>150 West Jefferson, Suite 100<br>Detroit, MI 48226<br>Telephone: (313)225-7000<br>dumouchd@butzel.com<br>donnini@butzel.com |
|  |  | W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202)663-7820<br>TMiller@bakerandmiller.com |

*Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.*

|  |  | PORTER WRIGHT MORRIS & ARTHUR LLP |
|---|---|---|
| Dated: January 28, 2015 | By: | */s/ Donald M. Barnes* (w/consent)<br>Donald M. Barnes<br>Jay L. Levine<br>Salvatore A. Romano<br>John C. Monica<br>Molly S. Crabtree<br>Karri N. Allen<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1900 K Street, NW, Ste 1100<br>Washington, DC 20006<br>Telephone: (202) 778-3054<br>Facsimile: (202) 778-3063<br>dbarnes@porterwright.com<br>sromano@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br>kallen@porterwright.com<br><br>*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.* |