# EXHIBIT F

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>All Direct and Indirect Purchaser Actions | Case No.: 13-MD-2420 YGR<br><br>ORDER SETTING BRIEFING SCHEDULE RE CLASS CERTIFICATION AND *DAUBERT* MOTIONS |

In light of the October 30, 2014 Case Management Conference, the schedules proposed by the parties (Dkt. No. 518 at 7-10), discovery deadlines since implemented by Magistrate Judge Ryu, and good cause appearing, the Court hereby SETS the following schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' class certification motions | November 30, 2015 |
| Defendants' oppositions to class certification and *Daubert* motions | March 9, 2016 |
| Plaintiffs' replies on class certification and oppositions to *Daubert* motions | June 7, 2016 |
| Defendants' replies to *Daubert* oppositions | July 22, 2016 |

The Court declines to set a trial date at this juncture.

The Court SETS a scheduling conference for **March 25, 2016** at 9:30 a.m. to set additional dates for a hearing on the motions which will be filed by that date, and any other related proceedings. If warranted, the Court will consider whether to set additional deadlines at that time.

///

1   In light of this Order and the progress of the litigation thus far, the parties shall meet and
2   confer regarding any other interim deadlines required and shall submit a joint proposed order.   If
3   unable to reach agreement, the parties may file a joint statement presenting alternative proposals.

5   **IT IS SO ORDERED**.
6   Dated: January 8, 2015

                                                                 **YVONNE GONZALEZ ROGERS**
                                                                 **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2