# EXHIBIT G

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
PAMELA E. WOODSIDE (226212)
QIANWEI FU (242669)
JANE YI (257893)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for*
*Indirect Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**STIPULATION AND ORDER TO EXTEND PAGE LIMIT OF AND TIME TO FILE CLASS CERTIFICATION BRIEFS** |

WHEREAS, on September 18, 2008, a Case Management Conference was held before the Court in the coordinated proceedings *In Re Static Random Access Memory (SRAM) Litigation*, Case No. M:07-cv-1819-CW;

WHEREAS, the Court's CMC order dated September 29, 2008, requires the Indirect-Purchaser Plaintiffs to file their Motion for Class Certification and Expert Reports in support thereof on *January 15, 2009* with Defendants' Opposition to be filed on *February 26, 2009*, and the Indirect-Purchaser Plaintiffs' Reply to be filed on March 12, 2009, and the Hearing on matter to be held on March 26, 2009;

///

WHEREAS, the Parties have diligently pursued the prosecution of this action, including: (i) subpoenaing and continuing their efforts to collect data from in excess of sixty (60) third-party entities, (ii) reviewing the over six million pages of documents produced by Defendants as part of this litigation, and (iii) analyzing the data collected in preparation for the filing of their respective briefs addressing class certification;

WHEREAS, the Parties' experts require a limited additional period of time to review the data produced and draft their expert reports to be submitted in connection with the class certification briefs;

WHEREAS, IP Plaintiffs must discuss the applicable federal law as well as various state antitrust laws, state consumer protection statutes, and state unjust enrichment laws demonstrating why certification of an IP Plaintiff Class as well as IP Plaintiff State Subclasses is appropriate;

WHEREAS, pursuant to Rule 7-2(b) of the Local Rule of Civil Procedure for the Northern District of California a party's brief may not exceed 25 pages in length;

WHEREAS, IP Plaintiffs and Defendants have agreed and stipulated to the extension of the page length of their respective Class Certification briefs and an extension of the time period for filing those briefs;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below, and subject to the Court's approval, that the page limit for the Class Certification briefs and the time period for filing the Parties' respective briefs, are amended as follows:

A. Indirect-Purchaser Plaintiffs shall be permitted to file a Motion for Class Certification not exceeding 45 pages in length by no later than January 29, 2009;

B. Defendants shall be permitted to file an Opposition to the Indirect-Purchaser Plaintiffs' Motion for Class Certification not to exceed 60 pages in length by no later than March 19, 2009;

C. Indirect-Purchaser Plaintiffs shall be permitted to file a Reply to Defendants' Opposition not exceeding 30 pages in length by no later than April 2, 2009; and

///

1   D. The hearing on Indirect-Purchaser Plaintiffs' Motion for Class Certification shall be held on April 16, 2009 at 2:00 p.m. in Courtroom 2, 4th Floor.

Dated: January 7, 2009                By:   /s/ Pamela E. Woodside
                                              Pamela E. Woodside

FRANCIS O. SCARPULLA (41059)
CRAIG C. CORBITT (83251)
PAMELA E. WOODSIDE (226212)
QIANWEI FU (242669)
JANE YI (257893)
ZELLE, HOFMANN, VOELBEL, & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

*Interim Lead and Liaison Counsel for Indirect-Purchaser Class*


By:     /s/ *Paul R. Griffin*
           Paul R. Griffin

ROBERT B. PRINGLE (051365)
PAUL R. GRIFFIN (083541)
JONATHAN E. SWARTZ (203624)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1438
Facsimile:    (415) 591-1400

*Liaison Counsel for Defendants*

**IT IS SO ORDERED.**

Dated        1/9       , 2009            _____
                                          The Honorable Claudia Wilken
                                          **United States District Judge**

                                          Northern District of California

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT OF
AND TIME TO FILE CLASS CERTIFICATION BRIEFS

**IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION**
Case No. M:07-cv-01819-CW
MDL No. 1819

## CERTIFICATE OF SERVICE

I, Mindy A. Davis, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT OF AND TIME TO FILE CLASS CERTIFICATION BRIEFS**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)

☐ by facsimile transmission to the parties listed below;

☐ by overnight mail to the parties listed below;

☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: January 7, 2009

Signed  */s/ Mindy A. Davis*