# EXHIBIT H

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
| | [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE |
| This document relates to:<br><br>ALL ACTIONS | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

This matter came before the Court upon the Parties' joint request for an extension to the class certification schedule. The Court hereby GRANTS the Parties' request to extend each of the class certification deadlines by thirty days, and the new schedule is as follows:

| Event | Date |
|---|---|
| Deadline for Filing Motions for Class Certification | May 29, 2013 |
| Deadline for Depositions of Proposed Class Representatives and Plaintiffs' Experts | July 25, 2013 |
| Deadline for Filing Oppositions to Class Certification Motions | September 20, 2013 |
| Deadline for Depositions of Defendants' Experts, and any Declarants identified in the Oppositions to Class Certification | October 21, 2013 |
| Deadline for Filing Replies in Support of Motions for Class Certification | November 20, 2013 |
| Hearing on Motions for Class Certification | To be set by the Court |

IT IS SO ORDERED.

Dated: 4/15/2013

Hon. Richard Seeborg
United States District Judge
UNITED STATES DISTRICT COURT

Submitted By:

LATHAM & WATKINS LLP

By  /s/ Belinda S Lee
    Belinda S Lee
*Liaison Counsel for Defendants*

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

1  HAGENS BERMAN SOBOL SHAPIRO LLP

2  By      /s/ Shana E. Scarlett
            Shana E. Scarlett
3

4  *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

5  SAVERI & SAVERI. INC.

6  By      /s/ Cadio Zirpoli
            Cadio Zirpoli
7

8  *Interim Lead Counsel for Direct Purchaser Plaintiffs*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS