**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : :  Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Auto Parts Cases | : |

**NOTICE OF WITHDRAWAL OF AUTOMOBILE DEALER PLAINTIFF HOLZHAUER AUTO AND TRUCK SALES, INC. AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**

Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales, Inc. ("Holzhauer"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of Holzhauer Auto and Truck Sales, Inc. as a named plaintiff and proposed class representative in the above-captioned case and states:

1. Holzhauer no longer seeks to serve as a named plaintiff or class representative.

2. This withdrawal is without prejudice to Holzhauer's rights as a putative class member, including *inter alia*, the right to file a claim against any fund arising out of any recovery.

3. This withdrawal in no way affects the rights of Dealership Plaintiffs or the rights of the class.

4. Because no class has been certified, court approval of this withdrawal is not required by Fed. R. Civ. Pro. 23(e). Because Holzhauer is not dismissing its claims, but wishes to participate as an absent class member, court approval of this withdrawal is not required by Fed. R. Civ. Pro. 41. *See Southern Ave. Partners LP v. Blasnik*, 2013 U.S. Dist. LEXIS 132081, *7 (N.D. Tex. Aug. 12, 2013).

Dated:  June 28, 2015                    Respectfully submitted,

                                                           /s/ Gerard V. Mantese
                                                           Gerard V. Mantese
                                                           (Michigan Bar No. P34424)
                                                           **Mantese Honigman, P.C.**
                                                           1361 E. Big Beaver Road
                                                           Troy, Michigan 48083
                                                           Telephone: (248) 457-9200
                                                           gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:   (662)834-2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:   (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2015, I filed this document via CM/ECF, which will provide notice to all counsel of record.

    */s/* Gerard V. Mantese
Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com