UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  All Cases | |

### NOTICE OF APPEARANCE OF ROBERT N. KAPLAN

PLEASE TAKE NOTICE that Robert N. Kaplan of the law firm of Kaplan Fox & Kilsheimer LLP, hereby enters his appearance as counsel on behalf of Direct Purchaser Plaintiffs in the above-captioned matter.

Dated: June 29, 2015.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:   */s/ Robert N. Kaplan*
Robert N. Kaplan
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714
Email:  rkaplan@kaplanfox.com

*Counsel for Direct Purchaser Plaintiffs*

**CERTIFICATE OF
SERVICE**

I, Robert N. Kaplan, hereby certify that on June 29, 2015, I caused true and correct copies of the foregoing Notice of Appearance of Robert N. Kaplan to be filed via the court's ECF system, which will send notifications of such filing to all counsel of record.

By:  */s/ Robert N. Kaplan*
　　　Robert N. Kaplan

7801006.1