# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Wire Harness Cases In Re: All Auto Parts Cases | : : | 2:12-cv-00100-MOB-MKM 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Wire Harness Cases All Auto Parts Cases | : : : : : : : : | |

## DEALERSHIP PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTIONS TO AND MOTIONS TO MODIFY THE MASTER'S RULINGS

### INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit A** | Transcript of January 28, 2015 Status Conference |
| **Exhibit B** | Transcript of May 6, 2015 Status Conference |
| **Exhibit C** | Transcript of May 6, 2015 Conference Before Master Esshaki |
| **Exhibit D** | Transcript of May 26, 2015 Conference Before Master Esshaki |
| **Exhibit E** | Master's October 16, 2015 Order on Non-Downstream Motion to Compel against Dealers |
| **Exhibit F** | In re Optical Disk Drive Prods. Antitrust Litig., No. 3:10-md-2143 RS (JCS), 9/23/2013 Order Re Deposition Protocol No. 2 |