# EXHIBIT B

1  position of advising the master or advising any party as to
2  how it should be.  And I may have overstepped my bounds last
3  time when I made a comment as to what I was thinking because
4  what I'm thinking on these issues right now is not really
5  important, it is the decision between the -- the argument
6  between the parties and the decision of the master that
7  counts, and then if there is an objection I will deal with
8  it.
9            MR. WILLIAMS:  Thank you.  And I think we can do
10 that promptly.  We have met and conferred with the
11 defendants, the positions have been framed, so I think we can
12 present that to the master very quickly.
13           THE COURT:  Good.  Thank you very much.
14           MR. WILLIAMS:  I'm going to stay here because of
15 the next item.
16           THE COURT:  Okay.  The next one is yours.
17           MR. WILLIAMS:  Not solely mine.  So the next
18 item --
19           THE COURT:  The subpoenas to the original
20 equipment --
21           MR. WILLIAMS:  As the Court may recall, the parties
22 were directed, and this is in the indirect-purchaser cases,
23 the end-payor cases and the auto-dealers case, to work with
24 the defendants on what we refer to as a joint subpoena and
25 over the course of the last few months the end payors, the