# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| | HON. MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: | |
| All Actions | 2:12-md-02311 |
| All Wire Harness Cases | 2:12-cv-00100 |

## SCHEDULING ORDER ON OBJECTIONS TO AND MOTIONS TO MODIFY MASTER ESSHAKI'S JUNE 19, 2015 ORDER

This matter is before the Court on Wire Harness Defendants' Motion for Expedited Hearing on Defendants' Objections to and Motions to Modify Master Esshaki's June 18, 2015 Order (Doc. No. 1012 in 12-2311 and Doc. No. 308 in 12-100) and Dealership and End-Payor Plaintiffs' Expedited Motion for Extension of Time to Respond to Defendants' Motions to Modify the Master's Rulings (Doc. No. 1013 in 12-2311 and Doc. No. 309 in 12-100).

Inasmuch as Dealership and End-Payor Plaintiffs have filed their responses, their motion is moot. The Court will hear argument on the objections on **September 9, 2015**, after the status conference has been concluded.

**IT IS SO ORDERED**.

Date:  July 2, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 2, 2015.

s/ Kay Doaks
Case Manager