# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS ) | |
| THIS RELATES TO: ALL CASES ) | |

## NOTICE OF APPEARANCE OF DAVID WAWRO

Please take notice that David Wawro of Torys LLP, in accordance with the Corrected Electronic Case Management Protocol (ECF No. 753, ¶ 7), hereby enters his appearance as counsel for Defendant Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

Dated: July 2, 2015

Respectfully submitted,

TORYS LLP

By: */s/ David Wawro*

David Wawro
(dwawro@torys.com)
TORYS LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
Phone: (212) 880-6288
Fax: (212) 682-0200

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the July 2, 2015, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via electronic mail.

Respectfully submitted,

TORYS LLP

By: */s/ David Wawro*

David Wawro
(dwawro@torys.com)
TORYS LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
Phone: (212) 880-6288
Fax: (212) 682-0200

*Counsel for Defendant Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc.*