UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALL EUROPEAN AUTO SUPPLY, INC., individually and on behalf of a class of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>AISAN INDUSTRY CO., LTD., FRANKLIN PRECISION INDUSTRY, INC., AISAN CORPORATION OF AMERICA, HYUNDAM INDUSTRIAL CO., LTD., DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., DENSO INTERNATIONAL KOREA CORPORATION, HITACHI, LTD., HITACHI AUTOMOTIVE SYSTEMS, LTD., HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC., KEIHIN CORPORATION, KEIHAN NORTH AMERICA, INC., MARUYASU INDUSTRIES CO., LTD., MIKUNI CORPORATION, MIKUNI AMERICAN CORPORATION, MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC US HOLDINGS, INC., MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., MITSUBA CORPORATION, AMERICAN MITSUBA CORPORATION, ROBERT BOSCH GMBH, BOSCH ELECTRICAL DRIVES CO., LTD., and ROBERT BOSCH LLC,<br><br>       Defendants. | Honorable Marianne O. Battani<br><br>Master Case No. 12-md-02311-MOB-MKM<br><br>Case No. 15-cv-11827-MOB-DRG<br><br>Case No. 13-cv-02200-MOB |

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Steven A. Kanner of Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015 shall appear as Counsel of record on behalf of Plaintiff All European Auto Supply, Inc. in the above-captioned matter.

1

July 15, 2015                          **FREED KANNER LONDON & MILLEN LLC**

/s/ Steven A. Kanner
Steven A. Kanner
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com

*Counsel for Plaintiff All European Auto Supply, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance on behalf of Plaintiff All European Auto Supply, Inc. was filed on July 15, 2015. Notice of this filing will be sent to all parties of record using the Court's electronic case filing system.

      /s/ Steven A. Kanner
Steven A. Kanner
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com

*Counsel for Plaintiff All European Auto Supply, Inc.*