UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO:<br><br>END-PAYOR ACTIONS | 2:13-cv-02203 |

## NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR

PLEASE TAKE NOTICE that Maureen T. Taylor, of the law firm of Brooks Wilkins Sharkey & Turco PLLC, hereby enters her appearance as counsel on behalf of Defendant Keihin Corporation, in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 16, 2015

Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO PLLC

By: /s/ *Maureen T. Taylor*
  Maureen T. Taylor (P63547)
  401 South Old Woodward, Suite 400
  Birmingham, MI 48009
  Tel: (248) 971-1721
  Fax: (248) 971-1801
  Email: taylor@bwst-law.com

  *Attorneys for Defendant Keihin Corporation*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MAUREEN T. TAYLOR to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

              By: /s/ *Maureen T. Taylor*
                 Maureen T. Taylor (P63547)
                 Brooks Wilkins Sharkey & Turco PLLC
                 401 South Old Woodward, Suite 400
                 Birmingham, MI  48009
                 Tel: (248) 971-1721
                 Fax: (248) 971-1801
                 Email: taylor@bwst-law.com

                 *Attorneys for Defendant Keihin Corporation*