**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO: | |
| END-PAYOR ACTIONS | 2:13-cv-02203 |

<u>**NOTICE OF APPEARANCE BY SARAH L. WILSON**</u>

PLEASE TAKE NOTICE that Sarah L. Wilson, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendant Keihin Corporation in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 16, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: <u>/s/ *Sarah L. Wilson*    </u>
    Sarah L. Wilson
    COVINGTON & BURLING LLP
    One CityCenter
    850 10th Street NW
    Washington, DC 20001-4956
    Tel:  (202) 662-5397
    Fax:  (202) 778-5397
    Email: swilson@cov.com

    *Attorney for Defendant Keihin*
    *Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2015, I caused a true and correct copy of the

foregoing NOTICE OF APPEARANCE BY SARAH L. WILSON to be filed and served

electronically through the CM/ECF system which will send notification of such filing to all

counsel of record.

By: /s/ *Sarah L. Wilson*
Sarah L. Wilson
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel:  (202) 662-5397
Fax:  (202) 778-5397
Email: swilson@cov.com

*Attorney for Defendant Keihin*
*Corporation*