## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS | 2:13-cv-02200 |
| THIS RELATES TO:<br><br>END-PAYOR ACTIONS | 2:13-cv-02203 |

### NOTICE OF APPEARANCE BY MICHAEL FANELLI

PLEASE TAKE NOTICE that Michael Fanelli, of the law firm Covington & Burling LLP, hereby enters his appearance as counsel on behalf of Defendant Keihin Corporation in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 16, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Michael Fanelli*
    Michael Fanelli
    COVINGTON & BURLING LLP
    One CityCenter
    850 10th Street NW
    Washington, DC 20001-4956
    Tel:   (202) 662-5383
    Fax:  (202) 778-5383
    Email: mfanelli@cov.com

    *Attorney for Defendant Keihin Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MICHAEL FANELLI to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ *Michael Fanelli*
Michael Fanelli
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel:   (202) 662-5383
Fax:  (202) 778-5383
Email: mfanelli@cov.com

*Attorney for Defendant Keihin Corporation*