# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: Wire Harness Cases<br>In re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br><br>All Wire Harness Cases<br>All Auto Parts Cases | 2:12-cv-00100-MOB-MKM<br>2:12-md-02311-MOB-MKM |

## NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER

The wire harness defendants[1] hereby give notice that they object to Paragraphs III.B, III.D.3, and IV.B of the End Payor Plaintiff and Auto Dealer Plaintiff Deposition Protocol Order (MDL ECF No. 1021), for the reasons stated in Wire Harness Defendants' Objections to, and Motion to Modify, Master Esshaki's June 18, 2015 Order ("June 18 Order"), filed in the above cases on June 19, 2015 (MDL ECF No. 1010) ("Motion to Modify") and the corresponding Reply brief (MDL ECF No. 1025), filed in the above cases on July 6, 2015. *See* Motion to

---

[1] "Wire harness defendants" refers to Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; American Furukawa, Inc.; Furukawa Electric Co., Ltd.; DENSO Corporation; DENSO International America, Inc.; Fujikura Automotive America LLC; Fujikura Ltd.; G.S. Electech, Inc.; G.S.W. Manufacturing, Inc.; G.S. Wiring Systems, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; Mitsubishi Electric Automotive America, Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; Sumitomo Wiring Systems (U.S.A.) Inc.; Tokai Rika Co., Ltd.; and TRAM, Inc.

Modify at ¶¶ 6-7. A hearing has been set for September 9, 2015 to resolve the wire harness defendants' motion. *See* Scheduling Order on Objection to And Motions to Modify Master Esshaki's June 19, 2015 Order (MDL ECF. No. 1022).

|  |  |
|---|---|
| Date: July 17, 2015 | LATHAM & WATKINS LLP |
| By: | */s/ Marguerite M. Sullivan*<br>Marguerite M. Sullivan<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Fax: (202) 637-2201<br>Marguerite.Sullivan@lw.com |
|  | Daniel M. Wall<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-0600<br>Fax: (415) 395-8095<br>dan.wall@lw.com |
|  | David D. Cross<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: 202-624-2500<br>Fax: 202-628-5116<br>dcross@crowell.com |
|  | William H. Horton (P31567)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 West Big Beaver Road, Tenth Floor<br>Troy, MI 48084-5280<br>Telephone: 248-457-7060<br>bhorton@gmhlaw.com |
|  | *Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.* |
|  | LANE POWELL PC |
| By: | */s/Larry S. Gangnes* (w/consent)<br>Larry S. Gangnes<br>LANE POWELL PC |

2

        U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric Co., Ltd.; and American Furukawa, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/Steven F. Cherry*  (w/consent)
Steven F. Cherry
Patrick J. Carome
David P. Donovan
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

3

>                       patrick.carome@wilmerhale.com
>                       david.donovan@wilmerhale.com
>                       brian.smith@wilmerhale.com
>                       kurt.kastorf@wilmerhale.com
>
>                       *Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*
>
>                       Steven M. Zarowny (P33362)
>                       General Counsel
>                       DENSO International America, Inc.
>                       24777 Denso Drive
>                       Southfield, MI 48033
>                       Telephone: (248) 372-8252
>                       Fax:   (248) 213-2551
>                       steve_zarowny@denso-diam.com
>
>                       *Attorney for Defendant DENSO International America, Inc.*
>
>                       ARNOLD & PORTER LLP
>
> By:   */s/James L. Cooper*  (w/consent)
>       James L. Cooper
>       Michael A. Rubin
>       Laura Cofer Taylor
>       Katherine Clemons
>       ARNOLD & PORTER LLP
>       555 Twelfth Street NW
>       Washington, DC 20004
>       (202) 942-5000
>       (202) 942-5999 (facsimile)
>       james.cooper@aporter.com
>       michael.rubin@aporter.com
>       laura.taylor@aporter.com
>       katherine.clemons@aporter.com
>
>       Joanne Geha Swanson (P33594)
>       Fred Herrmann (P49519)
>       Matthew L. Powell (P69186)
>       KERR, RUSSELL AND WEBER, PLC
>       500 Woodward Avenue, Suite 2500
>       Detroit, MI  48226
>       (313) 961-0200
>       (313) 961-0388 (facsimile)
>       jswanson@kerr-russell.com
>       fherrmann@kerr-russell.com
>       mpowell@kerr-russell.com
>
>       *Attorneys for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

4

                O'MELVENY & MYERS LLP

By:   */s/Michael F. Tubach*  (w/consent)
      Michael F. Tubach
      O'MELVENY & MYERS LLP
      Two Embarcadero Center, 28th Floor
      San Francisco, CA 94111
      Telephone: (415) 984-8700
      Fax: (415) 984-8701
      Mtubach@omm.com

      Michael R. Turco (P48705)
      BROOKS WILKINS SHARKEY & TURCO PLLC
      401 South Old Woodward, Suite 400
      Birmingham, MI 48009
      Telephone: (248) 971-1713
      Fax: (248) 971-1801
      turco@bwst-law.com

      *Attorneys for Defendants Leoni Wiring Systems, Inc. and Leonische Holding Inc.*


                BUTZEL LONG

By:   */s/David F. DuMouchel*  (w/consent)
      David F. DuMouchel (P25658)
      George B. Donnini (P66793)
      BUTZEL LONG
      150 West Jefferson, Suite 100
      Detroit, MI 48226
      Telephone: (313)225-7000
      dumouchd@butzel.com
      donnini@butzel.com

      W. Todd Miller
      BAKER & MILLER PLLC
      2401 Pennsylvania Ave., NW, Suite 300
      Washington, DC 20037
      Telephone: (202)663-7820
      TMiller@bakerandmiller.com

      *Attorneys for Defendants Tokai Rika Co., Ltd. and  TRAM, Inc.*

        PORTER WRIGHT MORRIS & ARTHUR LLP

By:  */s/ Donald M. Barnes* (w/consent)
     Donald M. Barnes
     Jay L. Levine
     John C. Monica
     Molly S. Crabtree
     Jason E. Starling
     PORTER WRIGHT MORRIS & ARTHUR LLP
     1919 Pennsylvania Ave., NW, Ste 500
     Washington, DC 20006
     Telephone: (202) 778-3054
     Facsimile: (202) 778-3063
     dbarnes@porterwright.com
     jmonica@porterwright.com
     mcrabtree@porterwright.com
     jstarling@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

JENNER & BLOCK LLP

By:  /s/ Terrence J. Truax
     Terrence J. Truax
     Charles B. Sklarsky
     Michael T. Brody
     Gabriel A. Fuentes
     Daniel T. Fenske
     JENNER & BLOCK LLP
     353 N. Clark Street
     Chicago, IL 60654-3456
     ttruax@jenner.com
     csklarsky@jenner.com
     mbrody@jenner.com
     gfuentes@jenner.com
     dfenske@jenner.com

     Gary K. August
     Jamie J. Janisch
     ZAUSMER, AUGUST & CALDWELL, P.C.
     31700 Middlebelt Road, Suite 150
     Farmington Hills, MI 48334-2374
     gaugust@zacfirm.com
     jjanisch@zacfirm.com

*Attorneys for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

K&L GATES LLP

By: /s/  Michael E. Martinez
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2015, I caused the foregoing NOTICE OF OBJECTIONS TO END PAYOR PLAINTIFF AND AUTO DEALER PLAINTIFF DEPOSITION PROTOCOL ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> By: */s/ Marguerite M. Sullivan*
> Marguerite M. Sullivan
> LATHAM & WATKINS LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, DC 20004
> +1.202.637.2200
> maggy.sullivan@lw.com