# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 2:12-md-02311 |
| PRODUCT(S): INSTRUMENT PANEL CLUSTERS | : : : : : | HONORABLE MARIANNE O. BATTANI MAGISTRATE MONA K. MAJZOUB |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : | 2:12-cv-00203-MOB-MKM |

## NOTICE OF APPEARANCE OF ALEXANDER B. REICH AS COUNSEL FOR DEFENDANT CONTINENTAL AUTOMOTIVE ELECTRONICS, LLC

Please take notice that Alexander B. Reich of Calfee, Halter & Griswold LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, hereby enters his appearance in Master File No. 2:12-md-02311 on behalf of Defendant Continental Automotive Electronics, LLC ("CAE"), only, by virtue of CAE's appearance in the captioned Action. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available to CAE under applicable common law, statutes, or the Federal Rules of Civil Procedure.

{03189608.DOC;1 }

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 24, 2015 | By: /s/ Alexander B. Reich<br>JOHN J. EKLUND (OH 0010895)<br>MAURA L. HUGHES (OH 0061929)<br>ALEXANDER B. REICH (OH 0084869)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607<br>(216) 622-8200 (Phone)<br>(216) 241-0816 (Fax)<br>jeklund@calfee.com<br>mhughes@calfee.com<br>areich@calfee.com<br><br>-and-<br><br>MAUREEN T. TAYLOR<br>HERBERT C. DONOVAN<br>BROOKS, WILKINS, SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>(248) 971-1800 (Phone)<br>(248) 971-1801 (Fax)<br>taylor@bwst-law.com<br>donovan@bwst-law.com<br><br>*Attorneys for Defendant Continental Automotive Electronics, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I caused the foregoing *Notice of Appearance of Alexander B. Reich as Counsel for Defendant Continental Automotive Electronics, LLC* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Notice of this filing will be sent by First Class United States Mail, postage prepaid, to any party unable to accept electronic service as indicated on the Notice of Electronic Filing.

/s/ Alexander B. Reich
One of the Attorneys for Defendant
Continental Automotive Electronics, LLC

{03189608.DOC;1 }