UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS EXCEPT IN RE WIRE HARNESS SYSTEMS | : : : | No. 2:12-cv-0200-MOB-MKM No. 2:12-cv-0300-MOB-MKM |
| THIS RELATES TO: IN RE INSTRUMENT PANEL CLUSTERS IN RE FUEL SENDERS | : : : : : | |

**INSTRUMENT PANEL CLUSTERS AND FUEL SENDERS DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' AND END-PAYOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR UNIFORM DEPOSITION PROTOCOL ORDER**

**INDEX OF EXHIBITS**

EXHIBIT A:  Excerpts from Transcript of My 6, 2015 Hearing Regarding Deposition Protocol

EXHIBIT B:  Excerpt from Transcript of May 26, 2015 Telephone Conference Before Special Master Esshaki

EXHIBIT C:  Proposed Amendments to Federal Rule of Civil Procedure 26, approved by the Supreme Court on April 29, 2015

EXHIBIT D:  Comparison – *In re Wire Harness* cases to *In re Fuel Senders* cases