# EXHIBIT C

April 29, 2015

Honorable John A. Boehner
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Mr. Speaker:

    I have the honor to submit to the Congress the amendments to the Federal Rules of Civil Procedure that have been adopted by the Supreme Court of the United States pursuant to Section 2072 of Title 28, United States Code.

    Accompanying these rule are excerpts from the Reports of the Committee on Rules of Practice and Procedure to the Judicial Conference of the United States containing the Committee Notes submitted to the Court for its consideration pursuant to Section 331 of Title 28, United States Code.

                                                                        Sincerely,

                                                                      /s/ John G. Roberts

April 29, 2015

Honorable Joseph R. Biden, Jr.
President, United States Senate
Washington, D.C.  20510

Dear Mr. President:

      I have the honor to submit to the Congress the amendments to the Federal Rules of Civil Procedure that have been adopted by the Supreme Court of the United States pursuant to Section 2072 of Title 28, United States Code.

      Accompanying these rules are excerpts from the Reports of the Committee on Rules of Practice and Procedure to the Judicial Conference of the United States containing the Committee Notes submitted to the Court for its consideration pursuant to Section 331 of Title 28, United States Code.

                                            Sincerely,

                                      /s/ John G. Roberts

April 29, 2015

SUPREME COURT OF THE UNITED STATES

ORDERED:

1.  That the Federal Rules of Civil Procedure be, and they hereby are, amended by including therein amendments to Civil Rules 1, 4, 16, 26, 30, 31, 33, 34, 37, 55, and 84, and the Appendix of Forms.

[See infra., pp. __ __ __.]

2.  That the foregoing amendments to the Federal Rules of Civil Procedure shall take effect on December 1, 2015, and shall govern in all proceedings in civil cases thereafter commenced and, insofar as just and practicable, all proceedings then pending.

3.  That THE CHIEF JUSTICE be, and hereby is, authorized to transmit to the Congress the foregoing amendments to the Federal Rules of Civil Procedure in accordance with the provisions of Section 2072 of Title 28, United States Code.

# PROPOSED AMENDMENTS TO THE
# FEDERAL RULES OF CIVIL PROCEDURE

**Rule 1.  Scope and Purpose**

These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81.  They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

12        FEDERAL RULES OF CIVIL PROCEDURE

**Rule 26. Duty to Disclose; General Provisions Governing Discovery**

\* \* \* \* \*

**(b) Discovery Scope and Limits.**

(1) *Scope in General.* Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

FEDERAL RULES OF CIVIL PROCEDURE   13

Information within this scope of discovery need not be admissible in evidence to be discoverable.

**(2)** ***Limitations on Frequency and Extent.***

\* \* \* \* \*

**(C)** *When Required.* On motion or on its own, the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that:

\* \* \* \* \*

**(iii)** the proposed discovery is outside the scope permitted by Rule 26(b)(1).

\* \* \* \* \*

**(c) Protective Orders.**

**(1)** *In General.* A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending —

14 FEDERAL RULES OF CIVIL PROCEDURE

or as an alternative on matters relating to a deposition, in the court for the district where the deposition will be taken. The motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following:

\* \* \* \* \*

**(B)** specifying terms, including time and place or the allocation of expenses, for the disclosure or discovery;

\* \* \* \* \*

FEDERAL RULES OF CIVIL PROCEDURE 15

**(d) Timing and Sequence of Discovery.**

\* \* \* \* \*

**(2)** *Early Rule 34 Requests.*

**(A)** *Time to Deliver.* More than 21 days after the summons and complaint are served on a party, a request under Rule 34 may be delivered:

**(i)** to that party by any other party, and

**(ii)** by that party to any plaintiff or to any other party that has been served.

**(B)** *When Considered Served.* The request is considered to have been served at the first Rule 26(f) conference.

**(3)** *Sequence.* Unless the parties stipulate or the court orders otherwise for the parties' and

16          FEDERAL RULES OF CIVIL PROCEDURE

witnesses' convenience and in the interests of justice:

**(A)** methods of discovery may be used in any sequence; and

**(B)** discovery by one party does not require any other party to delay its discovery.

\* \* \* \* \*

**(f)   Conference of the Parties; Planning for Discovery.**

\* \* \* \* \*

**(3)** *Discovery Plan.* A discovery plan must state the parties' views and proposals on:

\* \* \* \* \*

**(C)** any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

FEDERAL RULES OF CIVIL PROCEDURE        17

>    **(D)** any issues about claims of privilege or of protection as trial-preparation materials, including — if the parties agree on a procedure to assert these claims after production — whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;
>
>    \* \* \* \* \*