# EXHIBIT D

| Comparison - *In re Wire Harnesses* to *In re Fuel Senders* | | | | | |
|---|---|---|---|---|---|
| **Product** | **Defendants** | **Defendant Guilty Plea** | **Employees Charged** | **Volume of Affected Commerce*** | **Class Period** |
| **Wire Harnesses (12-cv-100)** | Asti Corporation | N | 0 | No guilty plea | 1/1/2000-present (DPPs) 1/1/1999-present (ADPs & EPPs) |
| | Chiyoda Manufacturing Corporation | N | 0 | No guilty plea | |
| | Chiyoda USA Corporation | N | | | |
| | DENSO Corporation | Y | 1 | $237M affected sales (January 2000 to February 2010) | |
| | DENSO International America, Inc. | N | | | |
| | Fujikura Ltd. | Y | 2 | $32M affected sales (January 2006 to February 2010) | |
| | Fujikura Automotive America LLC | N | | | |
| | Furukawa Electric Co., Ltd. | Y | 3 | $839M affected sales (January 2000 to January 2010) | |
| | American Furukawa, Inc. | N | | | |
| | Furukawa Wiring Systems America, Inc | N | | | |
| | G.S. Electech, Inc. | Y | 1 | $11M affected sales (January 2003 to February 2010) | |
| | G.S. Wiring Systems, Inc. | N | | | |
| | G.S.W. Manufacturing, Inc. | N | | | |
| | Lear Corporation | N | 0 | No guilty plea | |
| | Kyungshin-Lear Sales and Engineering, LLC | N | | | |
| | Leoni Wiring Systems, Inc. | N | 0 | No guilty plea | |
| | Leonische Holding, Inc. | N | | | |
| | Mitsubishi Electric Corporation | N | 0 | No guilty plea | |
| | Mitsubishi Electric US Holdings, Inc. | N | | | |
| | Mitsubishi Electric Automotive America, Inc. | N | | | |
| | Sumitomo Electric Industries, Ltd. | N | 0 | No guilty plea | |
| | Sumitomo Electric Wiring Systems, Inc. | N | | | |
| | Sumitomo Electric Wintec America, Inc. | N | | | |
| | Sumitomo Wiring Systems, Ltd. | N | | | |
| | Sumitomo Wiring Systems (U.S.A.) Inc. | N | | | |
| | K&S Wiring Systems, Inc. | N | | | |
| | Tokai Rika Co., Ltd. | N | 0 | No guilty plea | |
| | TRAM, Inc. d/b/a Tokai Rika U.S.A. | N | | | |
| | Yazaki Corporation | Y | 5 | $2B affected sales (January 2000 to February 2010) | |
| | Yazaki North America, Inc. | N | | | |
| **Fuel Senders (12-cv-300)** | DENSO Corporation | N | 0 | No guilty plea | 3/2001 - present (ADPs) 1/2001 - present (DPPs, EPPs) |
| | DENSO International America, Inc. | N | | | |
| | Yazaki Corporation | Y | 0 | $1.6M affected sales (March 2004 to February 2010) | |
| | Yazaki North America, Inc. | N | | | |

*Per each defendant's plea agreement.