UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **In re: Automotive Parts Antitrust Litigation** | Master File No. 2:12-MD-02311 |
| In Re: ALL PARTS | Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>All Cases | |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, Inc., attorneys for Paesano Connecting Systems, Inc., has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

555 Montgomery Street, Suite 1210

San Francisco, CA 94111

The firm's telephone number, fax number, and email addresses remain the same.

Dated: July 29, 2015	Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:  /s/ Joseph R. Saveri
        Joseph R. Saveri

Joseph R. Saveri
Andrew M. Purdy
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940

*Counsel for Plaintiff Paesano Connecting Systems, Inc.*