# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| In re: WIRE HARNESS CASES | : : : | |
| THIS DOCUMENT RELATES TO: Public Entities | : : : : | 2:14-cv-00106 MOB-MKM |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective July 31, 2015, the new address for

Green & Noblin, P.C. is as follows:

> Green & Noblin, P.C.
> 2200 Larkspur Landing Circle, Suite 101
> Larkspur, CA  94939

The Firm's telephone and facsimile numbers have not changed.

DATED:  July 31, 2015         **GREEN & NOBLIN, P.C.**

                              By:   /s/ Robert S. Green
                                    Robert S. Green (SBN 136183)

                                    2200 Larkspur Landing Circle, Suite 101
                                    Larkspur, CA  94939
                                    Telephone: (415) 477-6700
                                    Facsimile: (415) 477-6710
                                    Email: gnecf@classcounsel.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015, I caused the foregoing NOTICE OF CHANGE OF ADDRESS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert S. Green*
Robert S. Green
