# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: AUTOMOTIVE LAMPS In Re: HID BALLASTS | ) ) ) ) | 2:13-cv-01200-MOB-MKM 2:13-cv-01700-MOB-MKM |
| THIS RELATES TO: ALL AUTOMOTIVE LAMPS ACTIONS ALL HID BALLASTS ACTIONS | ) ) ) ) | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

### NOTICE OF CHANGE OF OFFICE ADDRESS

**PLEASE TAKE NOTICE** that the firm of Simpson Thacher & Bartlett LLP has changed its Washington, D.C. office address. Effective immediately, the address and contact information for Simpson Thacher & Bartlett LLP in Washington, D.C. is:

> SIMPSON THACHER & BARTLETT LLP
> 900 G Street, NW
> 9th Floor
> Washington, D.C. 20001
> Telephone: (202) 636-5500
> Facsimile: (202) 636-5502

DATED: August 17, 2015        By:    /s/ Matthew J. Reilly

SIMPSON THACHER & BARTLETT LLP

Matthew J. Reilly
Abram J. Ellis
matt.reilly@stblaw.com
aellis@stblaw.com
900 G Street, NW
9th Floor
Washington, D.C. 20001
Tel: (202) 636-5500

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2015, I electronically filed the foregoing Change of Address with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

  /s/ Abram J. Ellis

SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
9th Floor
Washington, D.C. 20001
(202) 636-5500
aellis@stblaw.com