**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: IGNITION COILS ) ) ) | 2:13-cv-01400-MOB-MKM |
| THIS RELATES TO: ALL IGNITION COILS ACTIONS ) ) | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

**NOTICE OF CHANGE OF OFFICE ADDRESS**

**PLEASE TAKE NOTICE** that the firm of Simpson Thacher & Bartlett LLP has changed its Washington, D.C. office address. Effective immediately, the address and contact information for Simpson Thacher & Bartlett LLP in Washington, D.C. is:

> SIMPSON THACHER & BARTLETT LLP
> 900 G Street, NW
> 9th Floor
> Washington, D.C. 20001
> Telephone: (202) 636-5500
> Facsimile: (202) 636-5502

DATED: August 17, 2015      By:      /s/ Matthew J. Reilly

> SIMPSON THACHER & BARTLETT LLP
>
> Matthew J. Reilly
> Abram J. Ellis
> matt.reilly@stblaw.com
> aellis@stblaw.com
> 900 G Street, NW
> 9th Floor
> Washington, D.C. 20001
> Tel: (202) 636-5500
> Fax: (202) 636-5502
>
> *Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2015, I electronically filed the foregoing Change of Address with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

      /s/ Abram J. Ellis

SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
9th Floor
Washington, D.C. 20001
(202) 636-5500
aellis@stblaw.com