UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In Re:  Automotive Parts                              12-md-02311
_____  /        Honorable Marianne O. Battani


ALL PARTS
_____ /


THIS RELATES TO:  ALL CASES
_____/


## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice of the withdrawal of the undersigned as counsel of record in this case.


BARBARA L. McQUADE
United States Attorney


*s/Peter A. Caplan*
PETER A. CAPLAN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9784
Email: peter.caplan@usdoj.gov
P30643


Date:  August 19, 2015