UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Automotive Parts                         12-md-02311
_____        Honorable Marianne O. Battani

ALL PARTS

_____

THIS RELATES TO:  ALL CASES

_____ /

**ORDER OF WITHDRAWAL**

IT IS HEREBY ORDERED that Peter A. Caplan, Assistant United States Attorney for the Eastern District of Michigan, be withdrawn as counsel of record in this case.

Date:  August 20, 2015               s/Marianne O. Battani
                                     MARIANNE O. BATTANI
                                     United States District Judge