# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## ORDER GRANTING ATTORNEY WITHDRAWAL

Notice has been filed regarding the withdrawal of Stuart C. McPhail of Gibson, Dunn & Crutcher LLP as counsel for defendants Mitsuba Corporation and American Mitsuba Corporation.  Other attorneys of the same firm have appeared as local counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. McPhail shall be removed as attorney of record in the following cases:

**On Behalf of Mitsuba Corporation**

2:13-cv-00900-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01103-MOB-MKM

2:13-cv-01200-MOB-MKM

2:13-cv-01203-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation**

2:12-md-02311-MOB-MKM

2:13-cv-00902-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02200-MOB-MKM

2:13-cv-02202-MOB-MKM

2:13-cv-02203-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

2:13-cv-02802-MOB-MKM

2:13-cv-14212-MOB-MKM

2:13-cv-14550-MOB-MKM

2:14-cv-10674-MOB-MKM

THE LAW OFFICE OF ATTORNEY STUART McPHAIL IS DIRECTED TO DOCKET A DISCONTINUE OF NEF's AND REMOVE ATTORNEY McPHAIL FROM ALL CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other Filings/Other documents)

Date:  August 20, 2015                           s/Marianne O. Battani
                                                 MARIANNE O. BATTANI
                                                 United States District Judge