# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## ORDER GRANTING ATTORNEY WITHDRAWAL
## OF JOSH P. LUSHNAT IN ALL ACTIONS

A motion has been filed regarding the withdrawal of Josh P. Lushnat as counsel in the following actions:

Master File No. 12-md-02311;

Wire Harness Cases on behalf of Automobile Dealership Plaintiffs;

Air Conditioning Systems Cases on behalf of Automobile Dealership Plaintiffs;

Air Flow Meters Cases on behalf of Automobile Dealership Plaintiffs;

Alternators Cases on behalf of Automobile Dealership Plaintiffs;

Anti-Vibration Rubber Parts Cases on behalf of Automobile Dealership Plaintiffs;

ATF Warmers Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Constant Velocity Joint Boot Products Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Lamps Cases on behalf of Automobile Dealership Plaintiffs;

Bearings Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Powered Steering Assemblies Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Throttle Bodies Cases on behalf of Automobile Dealership Plaintiffs;

Fan Motors Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Injection Systems Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Senders Cases on behalf of Automobile Dealership Plaintiffs;

Heater Control Panel Cases on behalf of Automobile Dealership Plaintiffs;

HID Ballasts Cases on behalf of Automobile Dealership Plaintiffs;

Ignition Coils Cases on behalf of Automobile Dealership Plaintiffs;

Instrument Panel Clusters Cases on behalf of Automobile Dealership Plaintiffs;

Inverters Cases on behalf of Automobile Dealership Plaintiffs;

Motor Generator Cases on behalf of Automobile Dealership Plaintiffs;

Occupant Safety Systems Cases on behalf of Automobile Dealership Plaintiffs;

Power Window Motors Cases on behalf of Automobile Dealership Plaintiffs;

Radiators Cases on behalf of Automobile Dealership Plaintiffs;

Starters Cases on behalf of Automobile Dealership Plaintiffs;

Steering Angle Sensors Cases on behalf of Automobile Dealership Plaintiffs;

Switches Cases on behalf of Automobile Dealership Plaintiffs;

Valve Timing Control Cases on behalf of Automobile Dealership Plaintiffs;

Windshield Washer Cases on behalf of Automobile Dealership Plaintiffs; and

Windshield Wiper Cases on behalf of Automobile Dealership Plaintiffs.

Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

IT IS ORDERED that Mr. Lushnat shall be removed as an attorney of record in the following cases:

2:12-cv-00100-MOB-MKM
2:12-cv-00101-MOB-MKM
2:12-cv-00102-MOB-MKM
2:12-cv-00103-MOB-MKM
2:13-cv-00104-MOB-MKM
2:12-cv-12526-MOB-MKM

2:13-cv-02700-MOB-MKM
2:13-cv-02701-MOB-MKM
2:13-cv-02702-MOB-MKM
2:13-cv-02703-MOB-MKM
2:14-cv-10796-MOB-MKM

2:13-cv-02000-MOB-MKM
2:13-cv-02002-MOB-MKM
2:13-cv-02003-MOB-MKM
2:14-cv-10588-MOB-MKM

2:13-cv-00700-MOB-MKM
2:13-cv-00701-MOB-MKM
2:13-cv-00702-MOB-MKM
2:13-cv-00703-MOB-MKM
2:13-cv-11596-MOB-MKM

2:13-cv-00800-MOB-MKM
2:13-cv-00801-MOB-MKM
2:13-cv-00802-MOB-MKM
2:13-cv-00803-MOB-MKM
2:13-cv-11593-MOB-MKM
2:14-cv-12549-MOB-MKM

2:13-cv-02400-MOB-MKM
2:13-cv-02402-MOB-MKM
2:13-cv-02403-MOB-MKM
2:14-cv-10593-MOB-MKM

2:14-cv-02900-MOB-MKM
2:14-cv-02902-MOB-MKM
2:14-cv-02903-MOB-MKM
2:14-cv-14719-MOB-MKM
2:15-cv-10011-MOB-MKM

2:13-cv-01200-MOB-MKM
2:13-cv-01201-MOB-MKM
2:13-cv-01202-MOB-MKM
2:13-cv-01203-MOB-MKM
2:13-cv-12964-MOB-MKM

2:12-cv-00500-MOB-MKM
2:12-cv-00501-MOB-MKM
2:12-cv-00502-MOB-MKM
2:12-cv-00503-MOB-MKM
2:12-cv-12614-MOB-MKM
2:13-cv-14948-MOB-MKM

2:13-cv-01900-MOB-MKM
2:13-cv-01902-MOB-MKM
2:13-cv-01903-MOB-MKM
2:14-cv-10596-MOB-MKM
2:14-cv-12551-MOB-MKM

2:13-cv-02600-MOB-MKM
2:13-cv-02602-MOB-MKM
2:13-cv-02603-MOB-MKM
2:14-cv-10594-MOB-MKM

2:13-cv-02100-MOB-MKM
2:13-cv-02102-MOB-MKM
2:13-cv-02103-MOB-MKM
2:14-cv-10773-MOB-MKM
2:14-cv-12553-MOB-MKM

2:13-cv-02200-MOB-MKM
2:13-cv-02202-MOB-MKM
2:13-cv-02203-MOB-MKM
2:14-cv-10598-MOB-MKM
2:15-cv-10012-MOB-MKM

2:12-cv-00300-MOB-MKM
2:12-cv-00301-MOB-MKM
2:12-cv-00302-MOB-MKM
2:12-cv-00303-MOB-MKM
2:12-cv-11156-MOB-MKM
2:13-cv-13556-MOB-MKM
2:13-cv-13564-MOB-MKM

2:12-cv-00400-MOB-MKM
2:12-cv-00401-MOB-MKM
2:12-cv-00402-MOB-MKM
2:12-cv-00403-MOB-MKM
2:12-cv-11161-MOB-MKM
2:13-cv-11784-MOB-MKM
2:13-cv-11639-MOB-MKM

2:13-cv-01700-MOB-MKM
2:13-cv-01702-MOB-MKM
2:13-cv-01703-MOB-MKM
2:14-cv-10600-MOB-MKM
2:14-cv-12554-MOB-MKM

2:13-cv-01400-MOB-MKM
2:13-cv-01402-MOB-MKM
2:13-cv-01403-MOB-MKM
2:13-cv-14202-MOB-MKM

2:12-cv-00200-MOB-MKM
2:12-cv-00201-MOB-MKM
2:12-cv-00202-MOB-MKM
2:12-cv-00203-MOB-MKM
2:13-cv-00205-MOB-MKM
2:12-cv-11156-MOB-MKM
2:13-cv-10161-MOB-MKM
2:13-cv-12063-MOB-MKM
2:13-cv-11262-MOB-MKM

2:13-cv-01800-MOB-MKM
2:13-cv-01802-MOB-MKM
2:13-cv-01803-MOB-MKM
2:14-cv-14721-MOB-MKM
2:15-cv-10013-MOB-MKM

2:13-cv-01500-MOB-MKM
2:13-cv-01502-MOB-MKM
2:13-cv-01503-MOB-MKM
2:14-cv-12309-MOB-MKM
2:14-cv-12556-MOB-MKM

2:12-cv-00600-MOB-MKM
2:12-cv-00601-MOB-MKM
2:12-cv-00602-MOB-MKM
2:12-cv-00603-MOB-MKM
2:12-cv-12795-MOB-MKM
2:12-cv-14887-MOB-MKM
2:13-cv-12921-MOB-MKM
2:13-cv-14454-MOB-MKM

2:13-cv-02300-MOB-MKM
2:13-cv-02302-MOB-MKM
2:13-cv-02303-MOB-MKM
2:14-cv-10599-MOB-MKM
2:14-cv-12558-MOB-MKM

2:13-cv-01000-MOB-MKM
2:13-cv-01001-MOB-MKM
2:13-cv-01002-MOB-MKM
2:13-cv-01003-MOB-MKM
2:13-cv-11590-MOB-MKM
2:14-cv-12559-MOB-MKM

2:13-cv-01100-MOB-MKM
2:13-cv-01101-MOB-MKM
2:13-cv-01102-MOB-MKM
2:13-cv-01103-MOB-MKM
2:13-cv-11603-MOB-MKM

2:13-cv-01600-MOB-MKM
2:13-cv-01602-MOB-MKM
2:13-cv-01603-MOB-MKM
2:14-cv-10597-MOB-MKM
2:14-cv-12560-MOB-MKM

2:13-cv-01300-MOB-MKM
2:13-cv-01302-MOB-MKM
2:13-cv-01303-MOB-MKM
2:14-cv-10884-MOB-MKM
2:14-cv-12552-MOB-MKM

2:13-cv-02500-MOB-MKM
2:13-cv-02502-MOB-MKM
2:13-cv-02503-MOB-MKM
2:14-cv-10777-MOB-MKM
2:15-cv-10014-MOB-MKM

2:13-cv-02800-MOB-MKM
2:13-cv-02801-MOB-MKM
2:13-cv-02802-MOB-MKM
2:13-cv-02803-MOB-MKM
2:14-cv-10776-MOB-MKM
2:14-cv-12555-MOB-MKM

2:13-cv-00900-MOB-MKM
2:13-cv-00901-MOB-MKM
2:13-cv-00902-MOB-MKM
2:13-cv-00903-MOB-MKM
2:13-cv-11595-MOB-MKM
2:15-cv-10015-MOB-MKM

**THE LAW OFFICE OF ATTORNEY JOSH LUSHNAT IS DIRECTED TO DOCKET A "DISCONTINUE OF NEF's" AND REMOVE ATTORNEY LUSHNAT FROM ALL CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other Filings/Other documents)**

DATED: August 24, 2015                              s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge