UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM 2:13-cv-00802-MOB-MKM 2:13-cv-00803-MOB-MKM |
| THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

NOW, this 24th day of August 2015, upon consideration of the Motion of Withdrawal of Counsel, **IT IS HEREBY ORDERED** that Eyitayo O. St. Matthew-Daniel is withdrawn as counsel of record for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc., in the following actions:

Master File No. 12-md-02311

Anti-Vibrational Rubber Parts Case Nos.:

2:13-cv-00800-MOB-MKM

2:13-cv-00802-MOB-MKM

2:13-cv-00803-MOB-MKM

**SO ORDERED**

Date: August 24, 2015              s/Marianne O. Battani
                                   MARIANNE O. BATTANI
                                   United States District Judge