# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **In Re: IGNITION COILS CASES** | Civil No. 2:13-cv-1403-MOB-MKM |
| **THIS RELATES TO: END-PAYOR ACTIONS** | |

## APPEARANCE OF ALLYSON M. MALTAS

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Allyson M. Maltas of the law firm Latham & Watkins, LLP as counsel on behalf of Weastec, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  August 25, 2015            LATHAM & WATKINS LLP

By: /s/  Allyson M. Maltas
    Allyson M. Maltas
    Attorney for Defendant Weastec, Inc.
    LATHAM & WATKINS LLP
    555 Eleventh St. NW, Suite 1000
    Washington, DC 20004-1304
    allyson.maltas@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed my Appearance on behalf of Weastec, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  August 25, 2015                    LATHAM & WATKINS LLP

By: /s/  Allyson M. Maltas
Allyson M. Maltas
Attorneys for Defendant Weastec, Inc.
LATHAM & WATKINS LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004-1304
allyson.maltas@lw.com