## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### ORDER

This matter came before the Court on Defendants' Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc. and Mitsubishi Electric Automotive America, Inc. (the "Mitsubishi Electric Defendants") Motion for Relief from Obligation to Specify Local Counsel, pursuant to Local Rule 83.20. Upon due consideration of the motion and all responses thereto, the Court orders that the Mitsubishi Electric Defendants may designate New York attorney David Wawro of Torys LLP as their special counsel of record without specifying additional local counsel.

Accordingly, Defendants' motion is GRANTED.

SO ORDERED

Date:   August 26, 2015                              s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 26, 2015

                                              s/ Kay Doaks
                                              Case Manager