UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.:  12-md-02311 |
| | The Hon. Marianne O. Battani |
| _____/ | NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that the address and contact information for Francis O. Scarpulla is as follows:

        Law Offices of Francis O. Scarpulla
        456 Montgomery Street, 17th Floor
        San Francisco, CA  94104
        Telephone:   (415) 788-7210
        Facsimile:    (415) 788-0706
        Email:         fos@scarpullalaw.com

Please make the necessary changes to your files.

Dated: August 26, 2015        /s/ Francis O. Scarpulla
                                          Francis O. Scarpulla (CA SB No. 41059)
                                          Law Offices of Francis O. Scarpulla
                                          456 Montgomery Street, 17th Floor
                                          San Francisco, CA  94104
                                          Telephone:    (415) 788-7210
                                          Facsimile:     (415) 788-0706
                                            fos@scarpullalaw.com

                                          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that on August 26, 2015, I electronically filed the above NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF system and notice was thereby disseminated to counsel of record *via* the ECF system.

                                          */s/ Francis O. Scarpulla*_____
                                          Francis O. Scarpulla