# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 1:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani |
| IN RE: SPARK PLUG CASES | 2:15-cv-03001–MOB-MKM |
| THIS DOCUMENT RELATES TO: | |
| WAL, Inc. d/b/a Tri-State Automotive Warehouse and KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc., individually and behalf of all others similarly situated,<br>　　　　　　　　　Plaintiffs,<br>　　　　v.<br>NGK Spark Plug Co., Ltd., NGK Spark Plugs (U.S.A.), Inc., Denso Corporation, Denso International America, Inc., Denso Products & Services Americas f/k/a Denso Sales California, Inc., Robert Bosch GmbH, and Robert Bosch LLC,<br>　　　　　　　　　Defendants. | Civil Action No. 2:15-cv-11774 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Linda P. Nussbaum of the law firm of Nussbaum Law Group, P.C. hereby enters her notice of appearance as counsel for Plaintiff KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc. in the above-captioned matter.

Dated: August 31, 2015　　　　　　　　/s/ Linda P. Nussbaum
　　　　　　　　　　　　　　　　　　Linda P. Nussbaum
　　　　　　　　　　　　　　　　　　NUSSBAUM LAW GROUP, P.C.
　　　　　　　　　　　　　　　　　　570 Lexington Avenue, 19th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (212) 702-7053
　　　　　　　　　　　　　　　　　　lnussbaum@nussbaumpc.com

134037

*Counsel for Plaintiff KMB/CT, Inc. d/b/a/ KMB Warehouse Distributors Inc. and the Proposed Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2015 I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF-registered counsel.

Dated: August 31, 2015

<u>/s/ Linda P. Nussbaum</u>
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
lnussbaum@nussbaumpc.com

*Counsel for Plaintiff KMB/CT, Inc. d/b/a/ KMB Warehouse Distributors Inc. and the Proposed Class*