# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Auto Parts Cases | : : : : : : : : | |

**[PROPOSED] ORDER GRANTING AUTOMOBILE DEALER PLAINTIFF BECK MOTORS, INC.'S RULE 21 MOTION TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**

Upon consideration of Automobile Dealer Plaintiff Beck Motors, Inc's. ("Beck's") Rule 21 Motion To Be Dropped As A Named Plaintiff And Proposed Class Representative, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Beck is permitted to withdraw from the above-captioned litigation as a named plaintiff and class representative.

3. As a withdrawing party and absent class member, Beck is not required to provide further discovery to Defendants.

Dated: _____, 2015     _____
                                                                        Master Gene J. Esshaki