UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : Master File No. 12-md-02311 : : Hon. Marianne O. Battani : |
| THIS DOCUMENT RELATES TO: All Dealership Actions | : : 2:12-md-02311-MOB-MKM : : : |

**UNCONTESTED MOTION BY DEALERSHIP PLAINTIFFS TO APPROVE STUART ROSENTHAL AS SPECIAL ALLOCATION CONSULTANT**

At the court hearing on September 9, 2015, counsel for Dealership Plaintiffs introduced Mr. Stuart Rosenthal and advised the Court that the Dealership Plaintiffs' counsel wished to use Mr. Rosenthal as a Special Allocation Consultant. The Court tentatively approved the appointment, and directed counsel to file Mr. Rosenthal's resume with a draft order approving Mr. Rosenthal's appointment.

Attached is a curriculum vitae form of Mr. Rosenthal (Exhibit A) as well as the proposed order (Exhibit B). As the Court can see, Mr. Rosenthal has nearly forty years of experience in the law. He has held a variety of positions in public service, including in the Department of Consumer Affairs of the City of New York and as an Assistant Attorney General in the New York State Attorney General's Office.

Mr. Rosenthal served as Vice President of Legal Affairs and General Counsel of the Greater New York Automotive Dealers Association. He also was recommended to counsel by the National Automobile Dealers Association.

Respectfully submitted,

Date:  September 11, 2015        */s/ Gerard V. Mantese*
Gerard V. Mantese
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200
Facsimile: (248) 457-9201
gmantese@manteselaw.com

*Interim Liaison Class Counsel for the Proposed
Auto Dealer Plaintiff Classes*

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone:  (202) 789-3960
Facsimile:  (202) 789-1813
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street

St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Auto Dealer Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September11, 2015, I filed this document via CM/ECF, which will provide notice to all counsel of record.

                                            */s/ Gerard V. Mantese*
                                            Gerard V. Mantese