# EXHIBIT A

# STUART A. ROSENTHAL

399 Knollwood Road - Suite 107 · White Plains, NY 10603
914.205.7700 (Phone) · 914.347.1293 (Fax)
[Stuart@Rosenthal.Lawyer](mailto:Stuart@Rosenthal.Lawyer)

## *Summary*

*Current:*  Law Offices of Stuart A. Rosenthal, concentrating in automotive dealership law, compliance, and transactions.

*Previous:*  Vice President, Legal Affairs and General Counsel for the Greater New York Automobile Dealers Association (GNYADA), an association of 400 franchised new car dealers in the twelve downstate counties of New York (1995 to 2014).  Prior to that, I was a Hearing Officer, Director of Adjudications, Consumer Advocate, and Senior Attorney for the New York City Department of Consumer Affairs (1979-1989), and an Assistant Attorney General in the New York State Attorney General's office (1989-1995).

## Professional Experience

### Law Offices of Stuart A. Rosenthal (White Plains, NY)
*Solo Practitioner*                                             October 2014 to Present

I am focused on automotive dealership related issues, including state and federal regulatory compliance matters and automotive franchise and dealership operations issues.  I am *of Counsel* to Bass Sox Mercer.

### Greater New York Automobile Dealers Association, Inc.
*Vice President, Legal Affairs and General Counsel*            November 1995 to October 2014

I provided general legal counsel for this non-profit trade association and its for-profit subsidiary (including labor and employment law matters), supervised compliance programs that were made available to 400+ franchised new car dealer members, supervised the *AutoCAP* program, and advised and lectured to members on a wide range of compliance issues.  I also coordinated and directed our outside counsel and insurance counsel on claims and other litigation.  In addition, I was a registered lobbyist and supervised outside lobbying counsel.  I regularly authored articles and white papers and edited the monthly *Newsletter*.  At NADA's request and by invitation from the FTC, I represented dealers on a Federal Trade Commission panel on leasing and lending practices.  I was also a member of Mayor Rudolph Giuliani's Automobile Insurance Task Force.

### New York State Department of Law, Westchester Regional Office
*Assistant Attorney General*                                    September 1989 to October 1995

I litigated, negotiated, and mediated consumer law violations and consumer complaints.  I advised attorneys and consumers concerning consumer laws and frequently spoke to trade associations, community groups, and students and appeared on radio programs to discuss consumer issues and answer consumer questions.  I trained AAA arbitrators to conduct new and used car lemon law arbitrations.  I also represented New York State and its agencies in a variety of proceedings in State and Federal Courts.

You created this PDF from an application that is not licensed to print to novaPDF printer ([http://www.novapdf.com](http://www.novapdf.com))

**Department Of Consumer Affairs, City Of New York**
*Senior Attorney*                                                                                   April 1987 to September 1989

As Senior Counsel, I directed the legal aspects of New York City's weights and measures enforcement program in conformance with City, State and Federal laws and regulations and successfully litigated and negotiated settlements on major cases.  I also devised and supervised enforcement initiatives, trained attorneys and inspectors.  Major projects included favorable resolution of fifty thousand "outstanding" weights and measures violations and a complete revision of both auctioneer and private sanitation regulations.  I drafted regulations and legislation and testified before legislative bodies and met with legislators and New York State agency administrators.  I trained Department attorneys in substantive and procedural aspects of consumer and administrative law.  I frequently spoke to trade associations and community groups, and appeared on both broadcast and cable television programs.

*Consumer Advocate*                                                                                     August 1984 to April 1987

As the head of litigation, I directed the Department's litigation of advertising law, consumer protection law, and related cases and the Department's consumer protection policy.  I also litigated major violations, and negotiated with local and national business concerns.  I supervised and trained attorneys to conduct litigation and administrative hearings.

*Director of Adjudication*                                                                         November 1980 to August 1984

I reviewed, edited, and approved administrative hearing determinations drafted by hearing officers who were under my supervision.  I also presided over public hearings concerning ratemaking and other regulatory issues, and made recommendations directly to the Commissioner.  I negotiated agreements with local and national businesses concerning weights and measures and consumer protection law violations.  I directed policy within the Adjudication Division.  I supervised 16 employees, including six attorneys and 4 inspectors.

*Hearing Officer*                                                                                   October 1979 to November 1980

I presided over hundreds of administrative hearings (licensed businesses) and negotiated settlements.

**Prentice-Hall, Inc., Englewood Cliffs, N.J.**
*Legal Editor*                                                                                         April 1978 to October 1979

Edited the *Pension and Profit Sharing* looseleaf and forms services, and regularly authored articles.

## Miscellany

I am admitted in the State of New York, the Southern District of New York, and to the Supreme Court of the United States and I am a member of national and state bar associations.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)