# EXHIBIT B

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | : : : : | 2:12-cv-00102-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Dealership Actions | : : : : : : : : | |

**[PROPOSED] ORDER GRANTING DEALERSHIP PLAINTIFFS' MOTION FOR APPROVAL OF STUART ROSENTHAL AS SPECIAL ALLOCATION CONSULTANT**

Upon consideration of the Motion of Dealership Plaintiffs and the Curriculum vitae of Mr. Stuart Rosenthal, the Court hereby approves Mr. Rosenthal as a Special Allocation Consultant on behalf of dealership plaintiffs.

**SO ORDERED.**

Dated:

Marianne O. Battani