# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | MASTER FILE NO. 12-MD-02311 HONORABLE MARIANNE O. BATTANI |
| THIS DOCUMENT RELATES TO: PUBLIC ENTITIES ) ) ) ) ) ) | Case No. 14-cv-00106-MOB-MKM |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lesley E. Weaver, counsel for Plaintiffs, has changed her address of record for service and all other communications. The new mailing address and email contact information are set forth below:

BLOCK & LEVITON LLP
520 Third Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com

Dated: September 15, 2015                           BLOCK & LEVITON LLP

*/s/ Lesley E. Weaver*
Lesley E. Weaver
520 Third Street, Suite 108
Oakland, CA  94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Lesley E. Weaver*
Lesley E. Weaver