# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## ORDER REGARDING APPEARANCES

Due to the volume of attorney appearances in this litigation, the Court hereby **ORDERS** any attorney withdrawing from this litigation to submit a proposed "Order Withdrawing Appearance." Once the Order has been filed, the attorney shall docket a "Discontinue of NEFs," which is found under Other Filings/Other Documents. The attorney also shall remove his or her name from all cases listed in the Order.

IT IS SO ORDERED.

Date: September 16, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge