# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions | |

# DEFENDANTS' OPPOSITION TO
# AUTO DEALER PLAINTIFF BECK MOTORS INC.'S MOTION TO BE
# <u>DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE</u>

**CONCISE STATEMENT OF THE ISSUES PRESENTED**

1.  Whether, contrary to the Special Master's August 3 Ruling, Auto Dealer Plaintiff Beck Motors Inc. ("Beck") should be permitted to withdraw without complying with this Court's Orders of January 7, 2015 and May 12, 2015?

**Answer:** No.

## STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES

**Cases**

*In re Vitamins Antitrust Litigation*, 198 F.R.D. 296 (D.D.C. 2000).

*In re Wellbutrin XL Antitrust Litigation*, 268 F.R.D. 539 (E.D. Pa. 2010).

**Rulings**

Amended Ruling of Special Master on Defendants' Motion To Enforce the January 7 and May 12, 2015 Stipulated Discovery Orders Against Holzhauer Auto & Truck Sales, Inc. and To Strike its Purported Notice of Withdrawal (12-cv-00102, ECF No. 332) (August 3, 2015).

# **TABLE OF CONTENTS**

**Page**

CONCISE STATEMENT OF THE ISSUES PRESENTED……………………………………….i

STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES..…………..ii

ARGUMENT……………………………………………………………………………………...1

CONCLUSION…………………………………………………………………………………...2

**ARGUMENT**

Beck Motors, Inc. ("Beck") has identified nothing in its motion to distinguish its request from the prior motion by Plaintiff Holzhauer Auto Truck and Sales Inc ("Holzhauer"). Like Holzhauer, Beck has been a named plaintiff for more than three years. Like Holzhauer, Beck has produced nothing in response to the Court's Stipulated Orders of January 7 and May 12, 2015. Under identical circumstances, the Special Master granted Defendants' motion to require that Holzhauer must comply with its discovery obligations under the January 7 and May 12 Orders notwithstanding any motion to withdraw. *See* Amended Ruling of Special Master on Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal at 3 (12-cv-00102, ECF No. 332) ("Amended Ruling"). The same outcome should be obtained here.

Beck's arguments are identical to arguments Holzhauer made in attempting to avoid its discovery obligations,[1] all of which the Special Master rejected in the Amended Ruling. Beck cites to the same cases as Holzhauer and in some places even uses the exact same language from Holzhauer's brief. Like Holzhauer, Beck has not provided any suggestion of why it seeks to withdraw (other than to avoid its discovery obligations), nor provided any excuse for why it has failed to date to comply with its discovery obligations. In short, Beck has articulated nothing to distinguish its request from Holzhauer's, and has given the Special Master no reason why the outcome here should not be same as it was with respect to Holzhauer.

Beck's limited production of documents back in 2014 does not distinguish it from Holzhauer with respect to noncompliance with the January 7 and May 12 Orders. Beck Mem. at 2.

---

[1] *Compare* Beck Mem. at 2-4, *with* Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales Inc,'s Opp. To Defs.' Mot. to Enforce the Jan. 7 and May 12, 2015 Stipulated Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal at 5–6 (12-cv-00102, ECF No. 323).

These documents are primarily vehicle invoices identifying the manufacturer, quantity, model, and model year for vehicles it acquired.  Beck has produced nothing related to its *sales* of these vehicles, and these invoices cannot substitute for the data and other documents Beck stipulated, and was ordered, to produce pursuant to the January 7 and May 12 Orders.  Indeed, Auto Dealers themselves argued, with respect to their own subpoena to OEMs, that invoices were no substitute for "data that can be easily processed and analyzed by an expert."  *See* Auto Dealership Pltfs.' Opp. to Direct Purchaser Pltfs.' Motion to Limit Uniform Subpoena to OEMs at 2 (12-cv-02311, ECF No. 980).

The Special Master also should not entertain Beck's attempts to re-litigate the need, relevance, and burden of  Beck's production of data and documents.  Beck Mem. at 4.  These issues have been previously raised, briefed, and resolved by Beck' agreement to produce these data and documents under the January 7 and May 12 Orders.  Likewise, they are the same arguments that Holzhauer made in its opposition to Defendants' Motion to Compel Holzhauer to comply with the January 7 and May 12 Orders, notwithstanding any motion to withdraw.  The Court ruled that Holzhauer is required to comply with those orders, and Beck should be as well.[2]

## CONCLUSION

For the foregoing reasons, the Special Master should deny Beck's Motion to Withdraw to the extent that Beck seeks to withdraw without complying with its existing discovery obligations.

---

[2]  In further response to Beck's motion, Defendants incorporate the arguments they made in their briefs pertaining to Holzhauer.  *See* Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal (12-cv-00102, ECF No. 316); Defs.' Reply. in Supp. of Defs.' Mot. To Enforce the Jan. 7 and May 12, 2015 Stip. Disc. Orders Against Holzhauer Auto & Truck Sales, Inc. and to Strike Its Purported Notice of Withdrawal (12-cv-00102, ECF No. 329); Defs.' Opp to Plaintiff Holzhauer Auto and Truck Sales, Inc.'s Motion to Be Dropped As a Named Plaintiff and Proposed Class Representative (12-cv-00102; ECF No. 358).

Defendants do not object to Beck's withdrawal as long as Beck complies with its obligations under the January 7 and May 12 Stipulated Discovery Orders.

                                    Respectfully submitted,

                                    WILMER CUTLER PICKERING HALE AND DORR LLP

September 16, 2015         By:   */s/ Steven F. Cherry*
                                           Steven F. Cherry
                                           David P. Donovan
                                           Patrick J. Carome
                                           WILMER CUTLER PICKERING HALE AND DORR LLP
                                           1875 Pennsylvania Avenue, NW
                                           Washington, D.C. 20006
                                           Tel.: (202) 663-6000
                                           Fax: (202) 663-6363
                                           steven.cherry@wilmerhale.com
                                           david.donovan@wilmerhale.com
                                           patrick.carome@wilmerhale.com

                                           *Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*

                                           Steven M. Zarowny (P33362)
                                           General Counsel
                                           DENSO International America, Inc.
                                           24777 Denso Drive
                                           Southfield, MI 48033
                                           Tel.: (248) 372-8252
                                           Fax: (248) 213-2551
                                           steve_zarowny@denso-diam.com

                                           *Attorney for Defendant DENSO International America, Inc.*

                                           K&L GATES LLP

September 16, 2015         By:   /s/ *Michael E. Martinez* (w/consent)
                                           Steven M. Kowal
                                           Lauren N. Norris
                                           Lauren B. Salins
                                           K&L GATES LLP
                                           70 W. Madison St.
                                           Suite 3100
                                           Chicago, IL 60602
                                           Telephone: (312) 807-4404
                                           Fax: (312) 827-8116

          michael.martinez@klgates.com
          steven.kowal@klgates.com
          lauren.norris@klgates.com
          lauren.salins@klgates.com

          William P. Jansen (P36688)
          Michael G. Brady (P57331)
          Amanda Fielder (P70180)
          WARNER NORCROSS & JUDD LLP
          2000 Town Center, Suite 2700
          Southfield, MI 48075-1318
          Telephone: (248) 784-5000
          wjansen@wnj.com
          mbrady@wnj.com
          afielder@wnj.com

          *Attorneys for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

          LANE POWELL PC

September 16, 2015        By:  */s/ Larry S. Gangnes* (w/consent)
          Larry S. Gangnes
          LANE POWELL PC
          U.S. Bank Centre
          1420 Fifth Ave., Suite 4200
          P.O. Box 91302
          Seattle, WA 98111-9402
          Tel.: (206) 223-7000
          Fax: (206) 223-7107
          gangnesl@lanepowell.com

          Craig D. Bachman
          Kenneth R. Davis II
          Darin M. Sands
          Masayuki Yamaguchi
          Peter D. Hawkes
          LANE POWELL PC
          MODA Tower
          601 SW Second Ave., Suite 2100
          Portland, OR 97204-3158
          Tel.: (503) 778-2100
          Fax: (503) 778-2200
          bachmanc@lanepowell.com
          davisk@lanepowell.com
          sandsd@lanepowell.com
          yamaguchim@lanepowell.com
          hawkesp@lanepowell.com

          Richard D. Bisio (P30246)
          Ronald S. Nixon (P57117)

|  |  |  |
|---|---|---|
|  |  | KEMP KLEIN LAW FIRM<br>201 W. Big Beaver, Suite 600<br>Troy, MI 48084<br>Tel.: (248) 528-1111<br>Fax: (248) 528-5129<br>richard.bisio@kkue.com<br>ron.nixon@kkue.com<br><br>*Attorneys for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc.*<br><br>PORTER WRIGHT MORRIS & ARTHUR LLP |
| September 16, 2015 | By: | */s/ Donald M. Barnes* (w/consent)<br>Donald M. Barnes<br>Jay L. Levine<br>John C. Monica<br>Molly S. Crabtree<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>1919 Pennsylvania Ave., NW, Ste. 500<br>Washington, DC 20006<br>Tel.: (202) 778-3054<br>Fax: (202) 778-3063<br>dbarnes@porterwright.com<br>jlevine@porterwright.com<br>jmonica@porterwright.com<br>mcrabtree@porterwright.com<br><br>*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*<br><br>O'MELVENY & MYERS LLP |
| September 16, 2015 | By: | */s/ Michael F. Tubach* (w/consent)<br>Michael Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br>Mtubach@omm.com<br><br>Michael R. Turco (P48705)<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 South Old Woodward, Suite 400<br>Birmingham, MI 48009<br>Tek.: (248) 971-1713<br>Fax: (248) 971-1801<br>turco@bwst-law.com |

5

        *Attorneys for Defendants Leoni Wiring Systems, Inc. and Leonische Holding, Inc.*

        JENNER & BLOCK LLP

September 16, 2015    By:  /s/ *Terrence J. Truax* (with consent)
        Terrence J. Truax
        Charles B. Sklarsky
        Michael T. Brody
        Gabriel A. Fuentes
        Daniel T. Fenske
        JENNER & BLOCK LLP
        353 N. Clark Street
        Chicago, IL 60654-3456
        ttruza@jenner.com
        csklarsky@jenner.com
        mbrody@jenner.com
        gfuentes@jenner.com
        defenske@jenner.com

        Gary K. August
        Jamie J. Janisch
        ZAUSMER, AUGUST & CALDWELL, P.C.
        31700 Middlebelt Road, Suite 150
        Farmington Hills, MI 48334-2374
        gaugust@zacfirm.com
        jjasnisch@zacfirm.com

        *Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

        BUTZEL LONG

September 16, 2015    By:  */s/ David F. DuMouchel* (w/consent)
        David F. DuMouchel (P25658)
        George B. Donnini (P66793)
        BUTZEL LONG
        150 West Jefferson, Suite 100
        Detroit, MI 48226
        Tel.: (313) 225-7000
        Fax: (313) 225-7080
        dumouchd@butzel.com
        donnini@butzel.com
        W. Todd Miller
        BAKER & MILLER PLLC
        2401 Pennsylvania Ave., NW, Suite 300
        Washington, DC 20037

Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd.
and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I caused the foregoing **DEFENDANTS' OPPOSITION TO AUTO DEALER PLAINTIFF BECK MOTORS INC.'S MOTION TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          */s/ Steven F. Cherry*
                                                         Steven F. Cherry
                                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                                         1875 Pennsylvania Avenue, NW
                                                         Washington, DC 20006
                                                         Tel.: (202) 663-6000
                                                         Fax: (202) 663-6363
                                                         steven.cherry@wilmerhale.com

                                                         *Counsel for DENSO Corporation and DENSO International America, Inc.*