UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| IN RE: FUEL INJECTION SYSTEMS CASES | |
| THIS DOCUMENT RELATES TO:<br><br>In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION  (Master Case)<br><br>In Re: Fuel Injection Systems (Lead Case) | 2:12-md-02311-MOB-MKM<br><br><br>2:12 md-02200-MOB-MKM |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's July 3, 2014 Electronic Case Management Protocol Order, 2:12-md-02311-MOB-MKM (Docket #753) attorney Eileen M. Cole of White & Case LLP hereby enters her appearance as counsel for Defendant Maruyasu Industries Co., Ltd. in the Master Case for In Re: Automotive Parts Antitrust Litigation, 2:12-md-02311-MOB-MKM, and in the Lead Case for In Re: Fuel Injection Systems Cases, 2:12-md-02200-MOB-MKM.  As of the date of this filing, Maruyasu Industries Co., Ltd. has only been served in Case No. 2:13-cv-02203-MOB-MKM (Fuel Injection Systems End-Payor Action).  Defendant Maruyasu Industries Co., Ltd. reserves all rights as to all other actions. Appearing counsel requests that all papers in Case No. 2:12-md-02311 and Case No. 2:12-md-02200 be served upon the undersigned at the address below.

Dated: September 22, 2015                     Respectfully submitted,


                                                s/ Eileen M. Cole
                                                Eileen M. Cole
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ECole@whitecase.com

*Counsel for Defendant Maruyasu Industries Co. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2015, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

            s/ Eileen M. Cole
            Eileen M. Cole
            White & Case LLP
            701 Thirteenth Street, NW
            Washington, DC 20005
            (202) 626-3600
            ECole@whitecase.com