# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : :  Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | :<br>:<br>:  12-md-02311<br>: |
| THIS DOCUMENT RELATES TO:<br><br>All Dealership Actions | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER GRANTING DEALERSHIP PLAINTIFFS' MOTION FOR APPROVAL OF STUART ROSENTHAL AS SPECIAL ALLOCATION CONSULTANT

Upon consideration of the Motion of Dealership Plaintiffs and the Curriculum vitae of Mr. Stuart Rosenthal, the Court hereby approves Mr. Rosenthal as a Special Allocation Consultant on behalf of dealership plaintiffs.

**SO ORDERED.**

Date: September 24, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge