UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In re: All Cases | |
| THIS DOCUMENT RELATES TO: All Cases | |

**STATEMENT OF CERTAIN DEFENDANTS IN SUPPORT OF WIRE
HARNESS DEFENDANTS' OBJECTIONS TO, AND MOTION TO MODIFY,
MASTER ESSHAKI'S SEPTEMBER 3, 2015 ORDER [ECF NO. 352]**

Pursuant to Fed. R. Civ. P. 53(f) and the Order Appointing a Master, *In re Automotive Parts Antitrust Litig.*, 2:12-md-02311-MOB-MKM, ECF No. 792, at ¶¶ II.B-C (E.D. Mich. Aug. 9, 2014 ("In re Auto Parts"), Mitsuba Corporation, American Mitsuba Corporation, NTN Corporation, NTN USA Corporation, SKF USA, Inc., Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corporation, TG Missouri Corporation, Schaeffler Group USA Inc., Valeo S.A., Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., Valeo Climate Control Corporation,  NSK Ltd.,  NSK Americas, Inc., Keihin North America, Inc., Robert Bosch LLC, Robert Bosch GmbH,  Aisin Seiki Co., Ltd., Aisin Automotive Casting, LLC, Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., II Stanley Co., Inc., Diamond Electric Mfg. Co., Ltd., Diamond Electric Mfg. Corporation, Nachi-Fujikoshi Corporation, Nachi America Inc.,

Yamashita Rubber Co., Ltd., YUSA Corporation, Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC, Continental Automotive Korea Ltd., JTEKT Corporation, JTEKT Automotive North America, Inc., Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC, Toyo Tire North America Manufacturing Inc., DENSO Corporation,  DENSO International America, Inc., Sumitomo Riko Co., Ltd., DTR Industries, Inc., Showa Corporation, American Showa Inc., Koito Manufacturing Co., Ltd., North American Lighting, Inc., Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc., Hyundam Industrial Co., Ltd., Bridgestone Corporation, Bridgestone APM Company, Calsonic Kansei Corporation, and CalsonicKansei North America, Inc. (collectively, "Commenting Defendants") respectfully file this Statement in Support of the Wire Harness Defendants' Objections to, and Motion to Modify, the Special Master's September 3, 2015 Order, *In re Wire Harness Systems Antitrust Litig.*, 2:12-cv-00102-MOB-MKM, ECF No. 352.

As the *Wire Harness* defendants' Motion explains, the September 3 Order is founded on multiple legal errors, and is subject to *de novo* review.  The Order also unconstitutionally infringes defendants' First Amendment rights because it was not based on a clear record and specific findings demonstrating the need for a limitation on defendants' rights of speech and because it is not narrowly tailored.  Further, the Order will slow and complicate discovery in this MDL rather than making it more efficient.

Although the Order was issued in only the *Wire Harness* cases and does not expressly apply to any other cases, as a practical matter the Order imposes unwarranted and unconstitutional restraints on defendants' ability to conduct basic fact discovery in *all* End Payor cases because all parties in this MDL have been working to coordinate discovery of non-parties

so as to conduct that discovery as efficiently as possible.  Commenting Defendants therefore submit this Statement to make their views known to the Court.

We will not burden the Court by repeating each of the arguments made in the *Wire Harness* defendants' Motion, but for the reasons summarized below and stated fully in the W*ire Harness* defendants' Motion, we respectfully request that the Court conduct a thorough *de novo* review of the legal errors that led to the September 3, 2015 Order and vacate Sections 2 and 3 of that Order.

## ARGUMENT

Parties to a lawsuit—plaintiffs and defendants alike—have a First Amendment right to contact individuals and entities to obtain information relevant to their claims or defense.  As the *Wire Harness* defendants point out, the Special Master unjustifiably circumscribed defendants' First Amendment rights, disregarding not just one, but two directives of the Supreme Court.  He failed to have a clear record or to make specific findings justifying the limitation imposed.  *Cf. Gulf Oil v. Bernard*, 452 U.S. 89, 101 (1981) (any limitation must be "based on a clear record and specific findings that reflect a weighing of the need for a limitation and the potential interference with the rights of the parties.").  And he entered a broad prohibition of speech rather than an order "carefully drawn" to "limit[] speech as little as possible, consistent with the rights of the parties under the circumstances."  *Id.* at 102.  The Commenting Defendants would have had no issue with an order directing the defendants not to discuss the pending settlements with members of the preliminarily-approved settlement classes (*i.e.*, the limited issue for which a class has been provisionally certified for some settling defendants), but the September 3 Order goes well beyond that—it bars *any* speech with the non-party dealers or their chosen counsel.

An order limiting communications regarding ongoing litigation between class members and opponents of a class will satisfy First Amendment concerns only "if it is grounded in good

cause and issued with a 'heightened sensitivity' for first amendment concerns," where a "good cause" finding hinges on four criteria: "the severity and the likelihood of the perceived harm [to the contacted party], the precision with which the order is drawn; the availability of a less onerous alternative; and the duration of the order." *Friedman v. Intervet, Inc.*, 730 F. Supp. 2d 758, 762 (N.D. Ohio 2010) (quoting *Kleiner v. First Nat. Bank of Atlanta*, 751. F.2d 1193, 1205-06 (11th Cir. 1985)) (internal quotation marks omitted). The September 3 Order fails to meet this standard on all counts.

Notably, the Order makes no mention of the First Amendment concerns at issue here, and as a result, cannot possibly demonstrate "heightened sensitivity" to the First Amendment. The Order makes no specific findings of harm; instead, it merely speculates that "through discovery demands," direct contact "could . . . influence the decision-making of these auto dealers." *See* Order of Special Master Upon Automobile Dealership Plaintiffs and Dan Deery Motor Co.'s Motion for Protective Order and Motion to Quash Improper Subpoenas Served on Absent Auto Dealer Class Members, No. 2:12-cv-00102, ECF No. 352 (Sept. 3, 2015). This vague speculation fails entirely to state with specificity the "severity and likelihood of the perceived harm" required to justify a no-contact order.

Further, the Special Master improperly construed Fed. R. Civ. P. 26, 45, and 30, and wrongly imposed a "particularized need" standard on defendants to obtain basic fact discovery instead of requiring the Auto Dealer Plaintiffs to meet the heavy burden of showing extraordinary circumstances that merit the quashing of a non-party subpoena. *See Spears v. First Am. eAppraiseIT*, No. 13-MC-52, 2014 WL 1045998, at *2 (S.D. Ohio Mar. 14, 2014) ("quashing a subpoena and the complete prohibition of a deposition are certainly extraordinary measures which should be resorted to only in rare occasions").

The discovery at issue here is being pursued solely in the End Payor cases, not the Auto Dealer cases. While the Order appears to focus on the fact that the Auto Dealer cases allege putative classes *in the Auto Dealer cases*, the non-party auto dealers from whom discovery is sought here are not, and cannot be, "absent class members" in the End Payor cases in which their depositions have been noticed. Instead, they are fact witnesses in possession of information highly relevant to the very core of the End Payors' claims. Just like any other non-party fact witness, they are subject to subpoenas for documents and testimony consistent with Rule 45. Neither the Auto Dealers nor the Special Master have identified any legal authority for the proposition that a defendant must show a "particularized need" to serve a subpoena on entities that are not absent class members in the case in which their depositions have been noticed.

Under the Federal Rules and as a matter of basic due process, defendants are entitled to discover, for purposes of the End Payor action, the facts relating to the claim by each individual End Payor. *See Carillo v. Colombi-Monguio*, 862 F.3d 318 (Table) (9th Cir. 1988) ("Denial of discovery which deprives one of the right to present a full defense may violate due process."); *In re Arriola Energy Corp.*, 74 B.R. 784, 790-91 (S.D. Tex. 1987) ("The right to present a full defense on the issues is part of a litigant's rights of procedural due process."). Heightening the standard for discovery in a way never contemplated by the Federal Rules of Civil Procedure does not comport with due process. To the contrary, it creates an un-level playing field that advantages the plaintiffs.

As End Payors' counsel candidly admitted during the last status conference, everyone knows that End Payor cases will largely turn on whether the End Payor plaintiffs can certify a class. What the non-party dealers did when they sold vehicles to the named End Payor plaintiffs is at the very heart of that inquiry. The parties need to be able to take discovery regarding

5

(1) whether or not these dealers were overcharged by OEMs, (2) whether or not these dealers passed any overcharge on to the End Payor plaintiff that purchased a vehicle from the dealer, and (3) whether the existence and passing-on of any such overcharges can be demonstrated through common proof.  The Commenting Defendants are confident that the discovery will show that the End Payors cannot meet their burden to demonstrate that they were harmed or that class certification is appropriate.  But the only way to fairly examine those core issues is through discovery of the dealers who bought the vehicles from the OEMs and subsequently sold them the named End Payor plaintiffs.  By demanding that the Defendants meet a heightened standard for obtaining this core discovery, the September 3 Order erects an entirely unjustified obstacle in the path towards determining the truth in this case.

## CONCLUSION

For the foregoing reasons, Commenting Defendants respectfully submit that this Court should vacate Sections 2 and 3 of the Special Master's Order of September 3, 2015.


Dated: September 24, 2015                    Respectfully submitted,

                                             */s/ George A. Nicoud III*
                                             George A. Nicoud III (SBN 160111)
                                             tnicoud@gibsondunn.com
                                             Austin Schwing (SBN 211696)
                                             aschwing@gibsondunn.com
                                             GIBSON, DUNN & CRUTCHER LLP
                                             555 Mission Street, Suite 3000
                                             San Francisco, CA 94105
                                             Telephone: (415) 393-8200
                                             Facsimile: (415) 393-8306

                                             *Counsel for Defendants American Mitsuba*
                                             *Corporation and Mitsuba Corporation*

WINSTON & STRAWN LLP

*/s/ Jeffrey L. Kessler (w/ consent)*
A. Paul Victor
Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com


KERR, RUSSELL AND WEBER, PLC

*/s/ Fred K. Hermann (w/ consent)*
Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fherrmann@kerr-russell.com

*Counsel for Defendants NTN Corporation
and NTN USA Corporation in actions 2:12-cv-
00500, -00501, -00502, and -00503*


REED SMITH LLP

*/s/ Debra H. Dermody (w/ consent)*
Debra H. Dermody
Michelle A. Mantine
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3302/4268
Fax:    (412) 288-3063
Email: ddermody@reedsmith.com
mmantine@reedsmith.com

DYKEMA GOSSETT PLLC

*/s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0526
Fax:     (248) 203-0763
Email: hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendant SKF USA Inc. in actions*
*2:13-cv-00502, -00503, -00505, and -13356*

*/s/ Randall J. Turk (w/consent)*
Randall J. Turk
John Taladay
Mark Miller
Heather Souder Choi
Sterling A. Marchand
Baker Botts L.L.P.
1299 Pennsylvania Avenue., NW
Washington, D.C. 20004-2400
Phone: 202.639.7700
Fax: 202.639.7890
john.taladay@bakerbotts.com
mark.miller@bakerbotts.com
randy.turk@bakerbotts.com
sterling.marchand@bakerbotts.com
heather.choi@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co., Ltd.,*
*Toyoda Gosei North America Corp., and TG*
*Missouri Corp.*

*/s/ Mark A. Ford (w/ consent)*
Mark A. Ford
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6423
mark.ford@wilmerhale.com

Stacy Frazier
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6076
stacy.frazier@wilmerhale.com

*Counsel for Defendant Schaeffler Group USA Inc.
in actions 2:12-cv-00500, -00501, 00502, -00503, -
00505, 2:13-cv-00505, -14948, 12095, and -13356*

/s/ *Brian Byrne (w/ consent)*
Brian Byrne
Ryan M. Davis
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 974-1850
Fax: (202) 974-1999
bbyrne@cgsh.com
rmdavis@cgsh.com

/s/ *Howard B. Iwrey (w/ consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Valeo S.A., Valeo Japan
Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc.,
and Valeo Climate Control Corp. in actions 2:13-
cv-02700, -02701, -02702, -02703*

/s/ *Jeremy J. Calsyn (w/ consent)*
Jeremy J. Calsyn
Teale Toweill
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue, NW

Washington, DC 20006
(202) 974-1522
jcalsyn@cgsh.com

David A. Ettinger
HONIGMAN, MILLER, SCHWARTZ AND
COHN LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
(313) 465-7368
dettinger@honigman.com

*Counsel for Defendants NSK Ltd. and NSK
Americas, Inc. in Actions 2:12-cv-00500, -00501, -
00502, -00503, and -00505, and 2:13-cv-00505*

COVINGTON & BURLING LLP

*/s/ Anita F. Stork (w/ consent)*
Anita F. Stork
COVINGTON & BURLING LLP
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

*/s/ Bruce A. Baird (w/ consent)*
Bruce A. Baird
Sarah L. Wilson
Michael J. Fanelli
COVINGTON & BURLING LLP
One CityCenter
850  Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5383
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

*Counsel for Defendant Keihin North America, Inc.*

BROOKS WILKINS SHARKEY & TURCO PLLC

*/s/ Herbert C. Donovan (w/ consent)*
Herbert C. Donovan
BROOKS WILKINS SHARKEY & TURCO PLLC
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1720
Fax: (248) 971-1801
donovan@bwst-law.com

*Counsel for Defendant Keihin North America, Inc.*

*/s/ John Roberti (w/ consent)*
John Roberti
Matthew R. Boucher
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Defendants Robert Bosch LLC and Robert Bosch GmbH*

/s/ Jeremy J. Calsyn (w/consent)
Jeremy J. Calsyn
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Tel.: (202) 974-1552
Fax: (202) 974-1999
jcalsyn@cgsh.com

/s/  Howard B. Iwrey (w/consent)
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel.: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants Aisin Seiki Co., Ltd., and Aisin Automotive Casting, LLC*

/s/ Matthew J. Reilly (w/consent)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, D.C. 20004
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com
dshogren@stblaw.com

George S. Wang
Shannon K. McGovern
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc. in actions 2:13-cv-01200, -01202, -01203, -01700, -01702,and  -01703*

/s/ *Matthew J. Reilly* (w/consent)
Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F Street, N.W.
Washington, D.C. 20004
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

George S. Wang
Shannon K. McGovern
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendants Diamond Electric Mfg. Co.,*
*Ltd. and Diamond Electric Mfg. Corp. in actions*
*2:13-cv-01400, -01401, -01402, and -01403*

/s/ *Craig D. Bachman (w/ consent)*
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
LANE POWELL PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402

13

Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Counsel for Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. in actions 2:12-cv-00500, -00501, -00502, -00503, and -00505, and 2:13-cv-00505*

*/s/ James L. Cooper (w/ consent)*
James L. Cooper
Danielle M. Garten
Adam M. Pergament
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Telephone: 202-942-5000
Facsimile: 202-942-5999
Email: James.Cooper@aporter.com
Email: Danielle.Garten@aporter.com
Email: Adam.Pergament@aporter.com

Fred K. Herrmann
Joanne G. Swanson
KERR, RUSSELL
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
Email: fherrmann@kerr-russell.com
Email: jgs@krwlaw.com

*Counsel for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation*

14

*/s/ Ronald M. McMillan (w/ consent)*
JOHN J. EKLUND (OH 0010895)
MAURA L. HUGHES (OH 0061929)
RONALD M. McMILLAN (OH 0072437)
ALEXANDER B. REICH (OH 0084869)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

-and-

MAUREEN T. TAYLOR
HERBERT C. DONOVAN
BROOKS, WILKINS, SHARKEY & TURCO
PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
(248) 971-1800 (Phone)
(248) 971-1801 (Fax)
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendants Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC and Continental Automotive Korea Ltd. in actions 2:12-cv-00200, -00201, -00202, and -00203*

*/s/ Heather L. Kafele* (with consent)
Heather L. Kafele
Keith R. Palfin
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Tel.: (202) 508-8097
Fax: (202) 508-8100
heather.kafele@shearman.com
keith.palfin@shearman.com

Brian M. Akkashian

PAESANO AKKASHIAN, PC
132 N. Old Woodward Avenue
Birmingham, MI 48009
Tel.: (248) 792-6886
bakkashian@paesanoakkashian.com

*Counsel for Defendants JTEKT Corporation and*
*JTEKT Automotive North America, Inc. in actions*
*2:12-cv-00500, -00501, -00502, -00503, -00505,*
*2:13-cv-00505, -01900, -01902, -01903*

*/s/ David C. Giardina (w/ consent)*
David C. Giardina
Courtney A. Hoffmann
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
choffmann@sidley.com

David C. Giardina
Courtney A. Hoffmann
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
choffmann@sidley.com

*Counsel for Defendants Toyo Tire & Rubber Co.,*
*Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire*
*North America OE Sales LLC, and Toyo Tire North*
*America Manufacturing Inc.*

WILMER CUTLER PICKERING HALE AND
DORR LLP

*/s/ Steven F. Cherry  (with consent)*
Steven F. Cherry
David P. Donovan
Patrick J. Carome
Brian C. Smith
Dyanne Griffith

WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
patrick.carome@wilmerhale.com
brian.smith@wilmerhale.com
dyanne.griffith@wilmerhale.com

*Counsel for Defendants DENSO Corporation and
DENSO International America, Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International
America, Inc.*

*/s/ J. Clayton Everett, Jr. (w/ consent)*
J. Clayton Everett, Jr.
Zarema A. Jaramillo
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave, NW
Washington, DC 20006
202-739-3000
Fax: 202-739-3001
jeverett@morganlewis.com
zarema.jaramillo@morganlewis.com

Larry J. Saylor
Miller, Canfield
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415
313-963-6420
Fax: 313-496-7500
Email: saylor@millercanfield.com

*Counsel for Defendants Sumitomo Riko Co., Ltd,
and DTR Industries, Inc. in actions 2:13-cv-00800,
-00802, -00803, -10801, -11593,2:14-cv-12549, and
2:15-cv--12893*

*/s/ J. Clayton Everett, Jr. (w/ consent)*
J. Clayton Everett, Jr.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
Fax: 202-739-3001
Email: jeverett@morganlewis.com

Matthew Lewis Fornshell
Ice Miller, LLP
250 West Street
Columbus, OH 43215
614-462-1062
Fax: 614-222-3692
Email: Matthew.Fornshell@icemiller.com

*Counsel for Defendants Showa Corporation and
American Showa, Inc. in actions 2:13-cv--01900, -
01902, -01903*

*/s/ Franklin R. Liss (w/consent)*
Franklin R. Liss
Barbara H. Wootton
Tiana L. Russell
Danielle M. Garten
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
Tel: (202) 942-5969
Fax: (202) 942-5999
frank.liss@aporter.com
barbara.wootton@aporter.com
tiana.russell@aporter.com
danielle.garten@aporter.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300

Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito Manufacturing Co.,
Ltd. and North American Lighting, Inc. in actions
2:13-cv-01700, -01702, -01703, -01900, -01902,
and -01903*

/s/ Barry A. Pupkin (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037
Tel: (202) 626-6600
Fax: (202) 626-6780
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan
Corporation of America, Franklin Precision
Industry, Inc. and Hyundam Industrial Co., Ltd. in
actions 2:13-cv-02200, -02201, -02202, and -02203*

/s/ Steven A. Reiss
Steven A. Reiss
Adam C. Hemlock
Kajetan Rozga
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104

(734) 222-1504
fjuckniess@schiffhardin.com

*Counsel for Defendants Bridgestone Corporation
and Bridgestone APM Company in actions 2:13-cv-
00800, -00802, and -00803*

*/s/ Steven A. Reiss (w/ consent)*
Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com


*/s/ Fred K. Herrmann* (w/consent)
Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
KERR RUSSELL & WEBER PLC
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei
Corporation and CalsonicKansei North America,
Inc. in actions 2:13-cv-01000, -01002, -01003, -
02400, -02402, -02403, -02700, -02702, -02703,
and 2:14-cv-10772*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of September, 2015, I caused a true and correct copy of the foregoing STATEMENT OF CERTAIN DEFENDANTS IN SUPPORT OF WIRE HARNESS DEFENDANTS' OBJECTIONS TO, AND MOTION TO MODIFY, MASTER ESSHAKI'S SEPTEMBER 3, 2015 ORDER [ECF NO. 352] to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ George A. Nicoud III*
George A. Nicoud III
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8200
tnicoud@gibsondunn.com
106111

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*
