**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF E. LINDSAY CALKINS

PLEASE TAKE NOTICE that E. Lindsay Calkins of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned Case.

Dated: October 8, 2015

Respectfully submitted,

E. Lindsay Calkins
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
lcalkins@susmangodfrey.com

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.  12-md-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

**CERTIFICATE OF SERVICE**

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on October 8, 2015.

Respectfully submitted,

E. Lindsay Calkins
SUSMAN GODFREY L.L.P.