## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re:  HEATER CONTROL PANELS CASES | 2:12-cv-00400-MOB-MKM |
| THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS | 2:12-cv-00402-MOB-MKM 2:12-cv-00403-MOB-MKM |

### NOTICE OF APPEARANCE BY ASHLEY E. BASS

PLEASE TAKE NOTICE that Ashley E. Bass, of the law firm Covington & Burling LLP, hereby enters her appearance as counsel on behalf of Defendants Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.[1] in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: October 15, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By:   /s/Ashley E. Bass
        Ashley E. Bass
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956
        Telephone: (202) 662-6000
        Fax: (202) 662-5383
        abass@cov.com

---

[1] Alps Automotive, Inc. no longer exists by virtue of Alps Automotive, Inc.'s merger into Alps Electric (North America, Inc.), effective as of April 1, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY ASHLEY E. BASS to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.


Dated: October 15, 2015                    Respectfully submitted,

                                           COVINGTON & BURLING LLP

                                           By:    /s/Ashley E. Bass
                                                  Ashley E. Bass
                                                  COVINGTON & BURLING LLP
                                                  One CityCenter
                                                  850 Tenth Street, NW
                                                  Washington, DC 20001-4956
                                                  Telephone: (202) 662-6000
                                                  Fax: (202) 662-5383
                                                  abass@cov.com