# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Auto Parts Cases : | |

## [PROPOSED] ORDER GRANTING MOTION FOR AUTOMOBILE DEALER PLAINTIFF SLT GROUP II, INC. TO BE DROPPED AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE

Upon consideration of Motion for Automobile Dealer Plaintiff SLT Group II, Inc. to be Dropped As A Named Plaintiff And Proposed Class Representative, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. SLT is permitted to withdraw from the above-captioned litigation as a named plaintiff and class representative.

3. SLT is not required to provide further discovery to Defendants.

Dated: _____, 2015        _____
                                                                                        Master Gene J. Esshaki