**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Auto Parts Cases | : | |

**UNOPPOSED RULE 41 MOTION TO DISMISS AUTOMOBILE DEALER PLAINTIFF
HOLZHAUER AUTO AND TRUCK SALES, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales, Inc. ("Holzhauer") files this unopposed motion for a dismissal with prejudice of its claims. In support of its unopposed motion, Holzhauer states as follows:

1. In the September 29, 2015 Order ("Order") on Holzhauer's Rule 21 motion to be dropped as a named class representative, Special Master Esshaki granted Holzhauer's motion, but required Holzhauer to respond fully to Defendants' discovery. 2:12-md-02311-MON-MKM, ECF 1113, at 3.

2. Since entry of the Order, Holzhauer and Defendants have reached an agreement regarding Holzhauer. Specifically, Holzhauer has agreed not to file an objection to the Order and, instead, agreed to file the present motion. In return, Defendants will not ask for full discovery responses, but rather will accept limited discovery from Holzhauer as set out in the proposed order delivered to the Special Master contemporaneously with the filing of this motion.[1]

3. The present motion and proposed order only concern Holzhauer and do not in any way affect the claims and rights of the other Auto Dealer Plaintiffs and putative class members.

4. Holzhauer respectfully requests that the Special Master grant the present motion.[2]

Date: October 23, 2015.

Respectfully submitted,

*/s/ Don Barrett*
John W. "Don" Barrett
David McMullan, Jr.
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095

---

[1] Exhibit 1 Proposed Order.
[2] Given that the present motion is unopposed and is straightforward, Holzhauer requests to be excused from filing the separate brief required by LR 7.1.

Telephone: (662) 834-2488
Facsimile: (662)834.2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
bherrington@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
LARSON KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs*

Gerard V. Mantese (P34424)
David Hansma (P71056)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200 Ext. 203
Facsimile: (248) 457-9201
gmantese@manteselaw.com
dhansma@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for the Automobile Dealer Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I, Don Barrett, hereby certify that on October 23, 2015, I filed this document via CM/ECF, which will provide notice to all counsel of record.

*/s/ Don Barrett*
John W. "Don" Barrett