# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : : : : : : : : : : : : |  Master File No. 12-md-02311  Honorable Marianne O. Battani  2:12-md-02311-MOB-MKM |
| In Re: All Auto Parts Cases | | |
| THIS DOCUMENT RELATES TO: All Auto Parts Cases | | |

## ORDER DISMISSING AUTOMOBILE DEALER PLAINTIFF HOLZHAUER AUTO AND TRUCK SALES, INC.

Before the Court is the motion of Auto Dealer Plaintiff Holzhauer Auto and Truck Sales, Inc. ("Holzhauer") for a dismissal of Holzhauer's claims pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Court, being fully advised in the premises, hereby orders as follows:

1.      Holzhauer will produce to Defendants (a) Monthly OEM reports from November 2011 through May 2015 and (b) the DMS data it received from its DMS provider which will include all fields provided by said DMS Provider, except those fields containing employee or consumer names and/or other personal or identifying information.

2.      Other than the discovery listed in Paragraph 1, Defendants may not seek by any means further discovery from Holzhauer or from third parties expressly seeking information specifically with respect to Holzhauer (except in the event of a purchase from Holzhauer by a

named plaintiff in one or more of the End Payor Cases).

3. This order supersedes the Court's August 3, 2015 and September 29, 2015 Orders regarding Holzhauer's withdrawal and Rule 21 motion.

4. Holzhauer's claims are hereby dismissed with prejudice with each party to bear its own costs.

5. Defendants have authorized Holzhauer to represent that Defendants do not object to the dismissal of Holzhauer's claims based upon the terms set forth in this Order.

6. Holzhauer's dismissal in no way affects the claims and rights of the remaining Auto Dealer Plaintiffs or putative class members, who reserve all rights.

SO ORDERED, this the 26th day of October, 2015.

s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge