**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKM |
| THIS RELATES TO:<br>ALL WIRE HARNESS CASES | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00101-MOB-MKM |
| THIS RELATES TO:<br>DIRECT PURCHASER ACTIONS | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00102-MOB-MKM |
| THIS RELATES TO:<br>DEALERSHIP ACTIONS | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | 2:12-cv-00103-MOB-MKM |
| THIS RELATES TO:<br>END-PAYOR ACTIONS | |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER WITHDRAWING APPEARANCE

NOW, this 29th day of October, 2015, IT IS HEREBY ORDERED that Kathleen M. Clair is withdrawn as counsel of record for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.), Inc. (collectively, "Sumitomo") in the above-captioned actions.  THE OFFICE OF KATHLEEN M. CLAIR IS DIRECTED TO REMOVE ATTORNEY CLAIR FROM THE ABOVE MENTIONED CASES.

Date:  October 29, 2015                              s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge