UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### NOTICE OF APPEARANCE OF FRANCESCA M. PISANO

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Francesca M. Pisano, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Yamashita Rubber Co. Ltd. and YUSA Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: October 29, 2015               Respectfully submitted,

                                      By:  /s Francesca M. Pisano

                                      Francesca M. Pisano
                                      ARNOLD & PORTER LLP
                                      601 Massachusetts Ave, NW
                                      Washington, DC 20001
                                      (202) 942-6910
                                      (202) 942-5999 - facsimile
                                      Francesca.pisano@aporter.com
                                      DC Bar: 1008350

*Attorney for Defendants
Yamashita Rubber Co. Ltd. and YUSA
Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2015 I electronically filed my NOTICE OF APPEARANCE on behalf of Yamashita Rubber Co. Ltd. and YUSA Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 29, 2015

                                           By:  <u>/s Francesca M. Pisano</u>

                                                Francesca M. Pisano
                                                ARNOLD & PORTER LLP
                                                601 Massachusetts Ave, NW
                                                Washington, DC 20001
                                                (202) 942-6910
                                                (202) 942-5999 - facsimile
                                                <u>Francesca.pisano@aporter.com</u>
                                                DC Bar: 1008350

                                                *Attorney for Defendants*
                                                *Yamashita Rubber Co. Ltd. and YUSA*
                                                *Corporation*