# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## APPEARANCE

Please enter the appearance of Ryan Fahey of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

Dated:  October 27, 2015                                Respectfully submitted,

                                                        WINSTON & STRAWN LLP

                                                        By: /s/ Ryan Fahey
                                                            Ryan Fahey
                                                            200 Park Avenue
                                                            New York, NY 10166
                                                            Telephone:  (212) 294-4706
                                                            Facsimile:  (212) 294-4700
                                                            rfahey@winston.com

                                                            *Attorney for Defendants NTN*
                                                            *Corporation and NTN USA Corporation*