UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Bradley Justus of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Defendant Aisin Seiki Co., Ltd., in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: November 9, 2015               Respectfully submitted,

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      By:    */s/* Bradley Justus
                                             Bradley Justus
                                             2000 Pennsylvania Avenue, NW
                                             Washington, DC  20006
                                             Phone: (202) 974-1500
                                             Facsimile: (202) 974-1999
                                             Attorney Bar No. DC 1007988
                                             Email: bjustus@cgsh.com

                                             *Attorney for Aisin Seiki Co., Ltd.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### CERTIFICATE OF SERVICE

I, Bradley Justus, hereby certify that on November 9, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the court's CM/ECF system which will send notification of such filing to all counsel of record.

Dated: November 9, 2015

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    /s/ Bradley Justus
Bradley Justus
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 1007988
Email: bjustus@cgsh.com

*Attorney for Aisin Seiki Co., Ltd.*