# Exhibit A

| | |
|---|---|
| **From:** | Cherry, Steven <Steven.Cherry@wilmerhale.com> |
| **Sent:** | Monday, October 12, 2015 9:58 AM |
| **To:** | Esshaki, Gene J.; Nanci-Taylor Maddux |
| **Cc:** | Brian K. Herrington; Vicky Romanenko; Don BarrettPA; Jonathan W. Cuneo; Shawn Raiter; Evelyn Li; Ciolino Dawn L.; Donovan, David P; Carome, Patrick; Don Barrett; SSikorski@manteselaw.com; Alexander Blum |
| **Subject:** | Re: In Re: Automotive Parts Antitrust Litigation; Case No.: 2:12-cv-00102-MOB-MKM |

Special Master Esskaki,

We understand that our response is due on October 26.

Best regards,

Steve Cherry

Sent from my BlackBerry 10 smartphone.

**From:** Esshaki, Gene J.
**Sent:** Friday, October 9, 2015 8:55 PM
**To:** Nanci-Taylor Maddux
**Cc:** Brian K. Herrington; Vicky Romanenko; Don BarrettPA; Jonathan W. Cuneo; Shawn Raiter; Evelyn Li; Ciolino Dawn L.; Donovan, David P; Cherry, Steven; Carome, Patrick; Don Barrett; SSikorski@manteselaw.com; Alexander Blum
**Subject:** RE: In Re: Automotive Parts Antitrust Litigation; Case No.: 2:12-cv-00102-MOB-MKM

When will defendants respond?


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Nanci-Taylor Maddux <NTMaddux@barrettlawgroup.com>
Date: 10/9/2015 5:20 PM (GMT-08:00)
To: "Esshaki, Gene J." <gjesshaki@abbottnicholson.com>
Cc: "Brian K. Herrington" <BHerrington@barrettlawgroup.com>, Vicky Romanenko <Vicky@cuneolaw.com>, Don BarrettPA <DonBarrettPA@gmail.com>, "Jonathan W. Cuneo" <JonC@cuneolaw.com>, Shawn Raiter <sraiter@larsonking.com>, Evelyn Li <evelyn@cuneolaw.com>, "Ciolino Dawn L." <dlciolino@abbottnicholson.com>, david.donovan@wilmerhale.com, steven.cherry@wilmerhale.com, Patrick.Carome@wilmerhale.Com, Don Barrett <DBarrett@barrettlawgroup.com>, "Ciolino Dawn L." <dlciolino@abbottnicholson.com>, SSikorski@manteselaw.com, Alexander Blum <ablum@manteselaw.com>
Subject: In Re: Automotive Parts Antitrust Litigation; Case No.: 2:12-cv-00102-MOB-MKM

Dear Special Master Esshaki,

Attached please find Automobile Dealer Plaintiff SLT Group II, Inc.'s Motion To Be Dropped As A Named

1

Plaintiff And Proposed Class Representative, filed under Dkt. No. 377. Also attached is the Proposed Order Granting this Motion.

Sincerely,

Nanci-Taylor Maddux, Paralegal
Don Barrett, PA
404 Court Square North
P.O. Box 927
Lexington, MS 39095
662.834.7107
662.834.2628 fax
ntmaddux@barrettlawgroup.com<mailto:mkherrington@barrettlawgroup.com>
_____

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing, or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this email in error, please contact the sender immediately and delete the material from any computer.