# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : :  Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| All Cases | : : : : : : : : : |
| THIS DOCUMENT RELATES TO: | : : |
| All Dealership Actions | |

## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Proposed Order |
| **Exhibit 2** | January 28, 2015 Status Conference Transcript |
| **Exhibit 3** | October 16, 2014 Order |
| **Exhibit 4** | May 26, 2015 Telephonic Hearing Transcript |
| **Exhibit 5** | Dealership Plaintiffs' Responses to Denso's Third Set of Interrogatories – Highly Confidential |
| **Exhibit 6** | May 6, 2015 Hearing Transcript |
| **Exhibit 7** | November 16, 2015 Romanenko Email |

| | |
|---|---|
| **Exhibit 8** | Dealership Plaintiffs' Responses To DensoDefendants'interrogatories – Highly Confidential |
| **Exhibit 9** | October 29, 2015 Kass Letter – Highly Confidential |
| **Exhibit 10** | Non-Party CDK Global's Motion To Quash Subpoena – Highly Confidential |
| **Exhibit 11** | The Reynolds & Reynolds Company's Motion To Quash Subpoena And For Protection and Reynolds' Reply To "Certain Defendants" Response To Reynolds Motion To Quash Subpoena – Highly Confidential |
| **Exhibit 12** | Automobile Dealer Plaintiffs Responses to AVRP Defendants First Set of Interrogatories – Highly Confidential |