# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Dealership Actions | : : : : | |

## [PROPOSED] ORDER GRANTING DEALERSHIP PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

This matter having come before the Master upon the Dealership Plaintiffs' Motion for a Protective Order and the Master having considered the request, the Motion is therefore GRANTED.

**SO ORDERED.**

Dated: _____

_____
Master Gene J. Esshaki