# EXHIBIT 4

*1*   I'm sorry I didn't mention it.

*2*        Ms. Romanenko -- or I guess Mr. Williams, we will
*3*   start with you. Any other issues that I have missed?

*4*        MR. WILLIAMS: No, Special Master Esshaki. The
*5*   issues you raised and Ms. Sullivan raised we believe are all
*6*   the issues.

*7*        MASTER ESSHAKI: All right. Ms. Romanenko, would
*8*   you agree?

*9*        MS. ROMANENKO: Your Honor, I agree.

*10*        MASTER ESSHAKI: All right. And then,
*11*   Mr. McMillan, would you agree?

*12*        MR. McMILLAN: Yes.

*13*        MASTER ESSHAKI: Okay. Ms. Sullivan, I'm going to
*14*   task you with drafting the final order and you don't have to
*15*   do it until you receive the transcript of this conference,
*16*   but I do not need oral argument on this. I recall quite
*17*   vividly the discussions or those items that were not
*18*   discussed and I am ready to make a ruling on them, so I don't
*19*   want to spend a whole lot of time with oral argument because
*20*   I don't believe it was necessary. I realize that there was
*21*   confusion caused in a great deal by myself because we were
*22*   sort of having a free-for-all discussion, and next time I
*23*   will make sure that I guard against that.

*24*        So starting from the top, we did not discuss at the
*25*   status conference the 30(b)(6) -- the length of the

*1* deposition of the 30(b)(6) and I do think that under the
*2* circumstances because this is going to be a relatively
*3* limited area we do not need to put these people through a
*4* ten-hour day, and I'm going to rule that on that 30(b)(6) for
*5* those dealers you get seven hours for the defendants and one
*6* hour for the plaintiffs.
*7* All right. The other thing is with respect to who
*8* can examine, I'm going to permit more than one attorney to
*9* examine but no more than three for the defendants.
*10* Now, with respect to the issue of the template, I
*11* was attempting to follow Judge Battani's instructions at the
*12* January conference where she indicated a template for a
*13* deposition protocol should be prepared that can be utilized
*14* in all cases because auto dealers and end payors are going to
*15* be deposed only once. And so at the hearing instead of
*16* saying that there is going to be one template I indicated
*17* that there was going to be two, that because the wire harness
*18* cases were so advanced I wanted to get that template done and
*19* in place so the depositions could commence.
*20* I did not mean to imply that there would be a new
*21* template for every other part. There is going to be a second
*22* template that will be utilized, and you can take additional
*23* time to negotiate that, and I distinctly remember and it is
*24* in the record, I said you can tweak this second template
*25* using the first template to get a second template for the