# EXHIBIT 5

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**