# EXHIBIT 6

*1* because you need to get a 30(b)(6) and then you need to get
*2* perhaps an owner.
*3*     MS. SULLIVAN: May I address that then,
*4* Master Esshaki? We actually do need more than one deposition
*5* of the auto-dealer plaintiffs' entities for all the reasons
*6* we already argued, and frank --
*7*     MASTER ESSHAKI: They are not going to go back
*8* again, it is across all parts.
*9*     MS. SULLIVAN: Understood, understood. So for now
*10* we are talking about how many, putting aside the duplication
*11* issue, put that aside for now. For now we are talking about
*12* how many can we take? Can we take one or can we take the
*13* three 30(b)(1) depositions and the 18 hours of 30(b)(6)
*14* testimony that you already ruled would be appropriate in the
*15* case?
*16*     MASTER ESSHAKI: Yes, but that ruling came out
*17* before and --
*18*     MS. SULLIVAN: That's correct, Your Honor, but the
*19* Court said --
*20*     MASTER ESSHAKI: As I said, she overturned the
*21* apple cart with that ruling.
*22*     MS. SULLIVAN: Respectfully we disagree with that.
*23* What she was focused on is whether you take the same
*24* witnesses over and over and over again.
*25*     MASTER ESSHAKI: No, that's not what I got from it.