# EXHIBIT 8

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**