# EXHIBIT 9

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**