# EXHIBIT 10

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**