# EXHIBIT 11

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**