# EXHIBIT 12

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**