# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Dealership Actions | |

### [PROPOSED] ORDER
### GRANTING DEALERSHIP PLAINTIFFS'
### *EX PARTE* MOTION FOR EXTENSION OF PAGES
___

Upon consideration of Automobile Dealership Plaintiffs' ("Dealership Plaintiffs") Motion for Leave to File a Memorandum Not to Exceed 49 Pages in Support of Their Motion for Protective Order, which seeks leave to file a memorandum not to exceed 49 pages in 12 point font in support of their motion, and the memorandum filed in support thereof, and the Court finding good cause having been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' motion is GRANTED.

IT IS SO ORDERED

Dated: _____, 2015      _____
                                                                    Master Gene J. Esshaki