UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re:    ALL PARTS | |
| THIS RELATES TO:   ALL CASES | |

## NOTICE OF APPEARANCE OF MATTHEW TABAS

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Matthew Tabas, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: December 4, 2015                                 Respectfully submitted,

                                                         By:  /s Matthew Tabas
                                                              Matthew Tabas
                                                              ARNOLD & PORTER LLP
                                                              601 Massachusetts Ave. NW
                                                              Washington, DC 20001
                                                              (202) 942-6224
                                                              (202) 942-5999 - facsimile
                                                              Matthew.Tabas@aporter.com
                                                              DC Bar: 1023480

*Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2015 I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via the ECF system which will send notification of such filing to the ECF participants.

Dated: 12/4/2015

                                       By:  /s Matthew Tabas
                                               Matthew Tabas
                                               ARNOLD & PORTER LLP
                                               601 Massachusetts Ave. NW
                                               Washington, DC 20001
                                               (202) 942-6224
                                               (202) 942-5999 - facsimile
                                               Matthew.Tabas@aporter.com
                                               DC Bar: 1023480

                                               *Attorney for Defendant Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*