UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Bearings | 2:12-cv-00500 |
| In Re: Occupant Safety Systems | 2:12-cv-00600 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00800 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Automotive Lamps | 2:13-cv-01200 |
| In Re: Switches | 2:13-cv-01300 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Electronic Powered Steering Assemblies | 2:13-cv-01900 |
| In Re: Fan Motors | 2:13-cv-02100 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Constant Velocity Joint Boot Products | 2:14-cv-02900 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Oxygen Sensors | 2:15-cv-03100 |

This Document Relates to:
All Actions

**INDEX OF EXHIBITS**

EXHIBIT 1          List of Defendants Joining the Opposition

| | |
|---|---|
| EXHIBIT 2 | Instrument Panel Clusters Deposition Protocol |
| EXHIBIT 3 | Fuel Senders Deposition Protocol |
| EXHIBIT 4 | Heater Control Panel Deposition Protocol |
| EXHIBIT 5 | Bearings Protocol |
| EXHIBIT 6 | Occupant Safety Systems Protocol |
| EXHIBIT 7 | Alternators & Starters Deposition Protocol |
| EXHIBIT 8 | Anti-Vibrational Rubber Parts Deposition Protocol |
| EXHIBIT 9 | Windshield Wipers Deposition Protocol |
| EXHIBIT 10 | Radiators Deposition Protocol |
| EXHIBIT 11 | Automotive Lamps Deposition Protocol |
| EXHIBIT 12 | Switches Deposition Protocol |
| EXHIBIT 13 | Ignition Coils Deposition Protocol |
| EXHIBIT 14 | Motor Generators Deposition Protocol |
| EXHIBIT 15 | HID Ballasts Deposition Protocol |
| EXHIBIT 16 | Inverters Deposition Protocol |
| EXHIBIT 17 | Electronic Powered Steering Assemblies Deposition Protocol |
| EXHIBIT 18 | Fan Motors Deposition Protocol |
| EXHIBIT 19 | Fuel Injection Systems Deposition Protocol |
| EXHIBIT 20 | Power Window Motors Deposition Protocol |
| EXHIBIT 21 | Automatic Transmission Fluid Warmers Deposition Protocol |
| EXHIBIT 22 | Valve Timing Control Devices Deposition Protocol |
| EXHIBIT 23 | Air Conditioning Systems Deposition Protocol |
| EXHIBIT 24 | Windshield Washer Systems Deposition Protocol |

3

| | |
|---|---|
| EXHIBIT 25 | Constant Velocity Joint Boot Products Deposition Protocol |
| EXHIBIT 26 | Spark Plugs & Oxygen Sensors Deposition Protocol |
| EXHIBIT 27 | Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to the DENSO Group Defendants |