UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: All Dealership Actions | : | |

ORDER GRANTING DEALERSHIP PLAINTIFFS'
*EX PARTE* MOTION FOR EXTENSION OF PAGES

Upon consideration of Automobile Dealership Plaintiffs' ("Dealership Plaintiffs") Motion for Leave to File a Memorandum Not to Exceed 49 Pages in Support of Their Motion for Protective Order (filed as docket #1145), which seeks leave to file a memorandum not to exceed 49 pages in 12 point font in support of their motion, and the memorandum filed in support thereof, and the Court finding good cause having been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' motion is GRANTED.

IT IS SO ORDERED

Dated: December 7, 2015        /s/ Gene J. Esshaki_____
                               Master Gene J. Esshaki

Pursuant to the Court's Order dated August 29, 2014, the Special Master's rulings as set forth herein, are appealable to Judge Marianne O. Battani within 21 days of this Order.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 7, 2015.

s/ Kay Doaks<br>Case Manager

4811-8761-3995, v. 1