# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **In Re: ALL PARTS** | HON. MARIANNE O. BATTANI |
| **THIS RELATES TO: ALL ACTIONS** | |

## NOTICE OF WITHDRAWAL OF FILINGS

Toyo Automotive Parts (USA), Inc. and Toyo Tire & Rubber Co., Ltd. hereby withdraw the following filing: Doc. 1150 (Defendants' Collective Submission of Global Deposition Protocol Disputes with exhibits).  This filing, which was initially filed inadvertently under case # 2:12-md-02311, has since been correctly filed under case # 2:14-cv-02900.


Dated: December 8, 2015

Respectfully submitted,

*/s/ David C. Giardina* (w/consent)
David C. Giardina
Courtney A. Hoffmann
**SIDLEY AUSTIN LLP**
One S. Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
choffmann@sidley.com

Bradley J. Schram (MI Bar # P26337)
**HERTZ SCHRAM PC**
1760 S. Telegraph Rd., Suite 300
Bloomfield Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Defendants Toyo Tire & Rubber Co., Ltd. and Toyo Automotive Parts (USA), Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2015, I caused the foregoing Notice of Withdrawal of Filings to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By: */s/ David C. Giardina*
David C. Giardina
**SIDLEY AUSTIN LLP**
One S. Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com