UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-2311

_____/

ORDER OF REFERENCE

The Court **REFERS** the matter set forth below to the Master for resolution as set forth in

the Court's Order Appointing the Master:

**Dealership Plaintiffs' Motions For Protective Order filed November 24, 2015 (Docs. # 1143 and 1144)**

Date:  December 9, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 9, 2015.

s/ Kay Doaks
Case Manager