## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## MOTION FOR WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that attorney Laura Cofer Taylor hereby moves to withdraw as counsel for Defendants Fujikura Ltd. and Fujikura Automotive America LLC. Her appearance should be withdrawn from the following cases:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM
- 2:12-cv-00101-MOB-MKM
- 2:12-cv-00102-MOB-MKM
- 2:12-cv-00103-MOB-MKM
- 2:13-cv-00104-MOB-MKM
- 2:13-cv-13055-MOB-MKM
- 2:14-cv-14451-MOB-MKM

Attorneys from Arnold & Porter LLP, who are already counsel of record in the above-captioned matter, will continue to serve as counsel for Fujikura Ltd. and Fujikura Automotive America LLC.

74587741v1

Dated: December 10, 2015                    ARNOLD & PORTER LLP

                                                        By: /s/ *Laura Cofer Taylor*
                                                        Laura Cofer Taylor
                                                        ARNOLD & PORTER LLP
                                                        601 Massachusetts Avenue N.W.
                                                        Washington, DC 20001
                                                        Telephone: 202-942-5507
                                                        Facsimile: 202-942-5999
                                                        Laura.Taylor@aporter.com
                                                        *Attorney for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

74587741v1

## CERTIFICATE OF SERVICE

   I hereby certify that on December 10, 2015, I caused the foregoing document entitled Motion for Withdrawal of Attorney to be served upon all counsel of record by filing said document via ECF in accordance with Case Management Order No. 1.

Dated: December 10, 2015          By: /s/ *Laura Cofer Taylor*
                       Laura Cofer Taylor

74587741v1