## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### ORDER ALLOWING MOTION FOR WITHDRAWAL OF ATTORNEY

Upon consideration of the Motion for Withdrawal of Attorney, it is hereby **ORDERED** that Laura Cofer Taylor is withdrawn as counsel of record for Defendants Fujikura Ltd. and Fujikura Automotive America LLC in the following actions:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM
- 2:12-cv-00101-MOB-MKM
- 2:12-cv-00102-MOB-MKM
- 2:12-cv-00103-MOB-MKM
- 2:13-cv-00104-MOB-MKM
- 2:13-cv-13055-MOB-MKM
- 2:14-cv-14451-MOB-MKM

Attorney Laura Cofer Taylor is directed to docket a "Discontinue of NEFs" for all cases listed in this Order.

Dated: _____

                                                                    MARIANNE O. BATTANI
                                                                    United States District Judge

74587741v1