UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |

In Re: ALL AUTO PARTS CASES

This Document Relates to:
All Dealership Actions
All End Payor Actions

## INDEX OF EXHIBITS

Exhibit A     July 2006 General Motors Invoice to Lee Pontiac-Oldsmobile-GMC Truck, Inc. (AD000280198) (filed under seal)

Exhibit B     Emails Between Counsel for DENSO Defendants and Counsel for Auto Dealers (November 6–18, 2015)

Exhibit C     Emails Between Taylor Asen and Steven Cherry (November 22–23, 2015)

Exhibit D     Defendants' Revised 30(b)(6) Notice to Auto Dealer Plaintiffs ("Revised Notice")

Exhibit E     Excerpt of May 6, 2015 Hearing Transcript (filed in 12-md-02311, ECF No. 965)

Exhibit F     April 20, 2015 Declaration of Dr. Edward A. Snyder

Exhibit G     June 19, 2015 Declaration of Dr. Edward A. Snyder (filed under seal)

Exhibit H     October 29, 2015 Declaration of Professor Fiona Scott Morton

Exhibit I     October 2004 Toyota Invoice to Ramey Motors, Inc. (AD000223400) (filed under seal)

Exhibit J     April 2008 Honda Invoice to Shearer Automotive Enterprises III, Inc. (AD000155158) (filed under seal)

Exhibit K     April 17, 2015 Declaration (filed under seal)

Exhibit L     October 28, 2015 Declaration of Jack Sayer

Exhibit M     Charles Murry and Henry S. Schneider, The Economics of Retail Markets for New and Used Cars, in Handbook on the Economics of Retail and Distribution (2015) (forthcoming)

| | |
|---|---|
| Exhibit N | National Automobile Dealer Association, NADA DATA 2008 |
| Exhibit O | National Automobile Dealer Association, NADA DATA 2014 |
| Exhibit P | Dealership Plaintiffs' Responses to Sumitomo's First Set of Interrogatories (November 4, 2013) (filed under seal) |
| Exhibit Q | Automobile Dealer Plaintiffs Responses to Certain Defendants' Requests for Production (November 16, 2015) |