# EXHIBIT N

# NADA DATA

**T**HE NATION'S FRANCHISED NEW-CAR DEALERS sold 16.1 million units in 2007, down slightly from the previous year's 16.5 million units. This year should see a continued decrease of about 3 percent. The good news? The average dealership saw sales rise in almost all departments for the year. Real GDP grew moderately by 2.2 percent last year, below the 2.9 percent growth of 2006. The unemployment rate remained unchanged, averaging 4.6 percent for all of 2007. For February 2007, the unemployment rate stood at 4.8 percent. Consumer confidence measures posted declines starting in August 2007 and continuing into first-quarter 2008. The slump in residential housing sales and finance, along with associated international financial market troubles, are a key drag on current economic growth and 2008 light-vehicle sales. Falling residential real estate values during 2007 and 2008 contributed to lower consumer confidence measures in the first quarter. Fortunately for consumers and dealers, the cost of borrowing remained moderate for most of 2007, as the Federal Reserve reduced target short-term interest rates. Short-term rates will likely decline even further in first-half 2008.

In 2007 vehicle sales continued to be driven by somewhat generous incentives, such as cash rebates, value pricing, and subvented rate financing and leases. New light-duty sales—at 16.1 million units in 2007—were 2.5 percent lower than in 2006. Despite a slowing economy, declines in the housing market, and rising energy prices, new-car dealers were still able to sustain sales last year that were 2.5 percent lower than in 2006. Second-half 2008 will benefit from the effects of lower interest rates and the arrival of fiscal stimulus checks to households starting in May. Total dealership dollar sales last year exceeded $693 billion, up 3 percent from 2006. This allowed dealers to maintain payroll employment of 1,114,500 people—a slight decrease from 2006. Total payroll expense in 2007 reached $54 billion, up 2 percent from '06.

Dealership expenditures, excluding cost of goods sold, reached $84 billion. With many of these expenditures made locally, dealerships provided vital support to the economic well-being of their communities. Franchised dealers were also major payers and generators of federal, state, and local tax revenue, as well as major contributors of both time and money to local and regional charities.

**Note:** *NADA's Industry Analysis Division (Paul Taylor, chief economist) prepares "NADA Data." For questions or reprints, write to NADA Industry Analysis, 8400 Westpark Drive, McLean, VA 22102, call 800.252.NADA, or e-mail industryrelations@nada.org.*

## About this special section

On the following pages, you will find the results of NADA's yearlong analysis of the U.S. car and truck industry, with emphasis on the retail side of the business.

The key segments covered are:

| | |
|---|---|
| Average Dealership Profile | p. 45 |
| NADA Optimism Index | p. 46 |
| New-Car Dealerships | p. 47 |
| Total Dealership Sales Dollars | p. 48 |
| The New-Vehicle Department | p. 50 |
| F&I, Service Contracts | p. 52 |
| The Used-Vehicle Department | p. 53 |
| Service, Parts, and Body Shop | p. 54 |
| Employment and Payroll | p. 56 |
| Vehicles in Operation and Scrappage | p. 58 |
| Advertising and the Dealership | p. 60 |
| Consumer Credit | p. 61 |
| New-Truck Dealerships | p. 62 |
| Dealership Financial Trends | p. 63 |

# NADADATA

# Average Dealership Profile

Sales for the nation's new-car dealers reached 16.1 million units in 2007. The weakening economy and high energy prices hurt sales. Total dealership revenue was more than $693 billion, growing by 3 percent from 2006. Sales in the used-vehicle department saw the largest increase. New-car sales revenue was higher last year than in 2006, with the average dealership gaining almost 3 percent. Net profit levels rose 4 percent from 2006, and the typical store generated more than $508,000 in annual net pretax profit for 2007.

## TOTAL GROSS AND EXPENSE

Total dealership gross margins remained unchanged in 2007, at 13.6 percent of total dealership sales. Operating profit declined 3 percent. But total expense remained at the 2006 level of 12.1 percent of total sales, as dealers faced higher costs. Floor-plan expense rose in early 2007, but the year ended with declines in floor-plan costs. Advertising outlays increased 4 percent, and rent factors increased almost 9 percent for 2007. Some major expenses for the average dealership last year:

Payroll . . . . . . . . . . . . . . . . . . . $2,590,000
Advertising . . . . . . . . . . . . . . . . $378,300
Rent and equivalent . . . . . . . . . . $361,700

## TOTAL DEALERSHIP PROFITS

In 2007 total dealership net profit before tax as a percent of sales remained unchanged from 2006, at 1.5 percent. Dollar profits gained about 3 percent. The new-vehicle department operating profit continued to fall last year at the average store, below breakeven. Used vehicles contributed 27 percent of operating profit in 2007, a 1 percent decline from 2006. Service and parts brought in 81 percent of operating profits, up 4 percent from 2006.

## Average dealership profile

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | % change 2006 to 2007 |
|---|---|---|---|---|---|---|---|
| Total dealership sales | $31,275,581 | $32,296,859 | $33,009,335 | $32,318,461 | $31,855,768 | $33,379,501 | 4.8% |
| Total dealership gross | $ 4,175,456 | $ 4,315,654 | $ 4,363,870 | $ 4,307,479 | $ 4,338,448 | $ 4,546,212 | 4.8% |
| As % of total sales | 13.4% | 13.4% | 13.2% | 13.3% | 13.6% | 13.6% | |
| Total dealership expense | $ 3,576,246 | $ 3,751,511 | $ 3,804,184 | $ 3,776,446 | $ 3,848,964 | $ 4,038,084 | 4.9% |
| As % of total sales | 11.4% | 11.6% | 11.5% | 11.7% | 12.1% | 12.1% | |
| Net profit before taxes | $ 615,673 | $ 564,143 | $ 559,686 | $ 531,033 | $ 489,484 | $ 508,127 | 3.8% |
| As % of total sales | 1.9% | 1.7% | 1.7% | 1.6% | 1.5% | 1.5% | |
| (Net pretax profit in constant 1982 dollars) | $ 339,027 | $ 306,600 | $ 304,177 | $ 288,605 | $ 266,024 | $ 276,156 | 3.8% |
| New-vehicle department sales | $18,651,091 | $19,359,130 | $20,116,264 | $19,469,000 | $18,795,482 | $19,545,287 | 4.0% |
| As % of total sales | 59.6% | 59.9% | 60.9% | 60.2% | 59.0% | 58.6% | |
| Used-vehicle department sales | $ 8,942,973 | $ 9,142,647 | $ 9,090,534 | $ 9,067,128 | $ 9,265,366 | $ 9,821,093 | 6.0% |
| As % of total sales | 28.6% | 28.3% | 27.5% | 28.1% | 29.1% | 29.4% | |
| Service and parts sales | $ 3,681,518 | $ 3,795,081 | $ 3,802,537 | $ 3,782,334 | $ 3,794,920 | $ 4,013,121 | 5.7% |
| As % of total sales | 11.8% | 11.8% | 11.5% | 11.7% | 11.9% | 12.0% | |
| New-vehicle average selling price | $ 26,163 | $ 27,565 | $ 28,060 | $ 28,381 | $ 28,451 | $ 28,797 | 1.2% |
| Used-vehicle average selling price | $ 13,840 | $ 13,473 | $ 14,247 | $ 14,923 | $ 15,518 | $ 15,714 | 1.3% |
| Average net worth (as of 12/31) | $ 2,230,699 | $ 2,243,589 | $ 2,301,417 | $ 2,258,753 | $ 2,160,181 | $ 2,306,742 | 6.8% |
| Net profit as % of net worth | 27.6% | 25.1% | 24.3% | 23.5% | 22.7% | 22.0% | |

Source: NADA Industry Analysis Division

# NADA Optimism Index

The year ended with the Dealer Optimism Index at 117, but it rose to 120 early in 2008. The economy featured low inflation, a moderate rise in interest rates, and growth in gross domestic product of 2.2 percent in 2007, compared with a GDP growth of 2.9 percent for all of 2006. Consumer confidence remained higher last year than the decade-low 47.3 set in February 1992, during the 1990–92 recession. The Consumer Confidence Index indicated a moderate upward trend early in 2007, but this trend reversed and continued downward from August 2007. Consumer concern about the economy—especially the mortgage crisis and high energy costs—persists into 2008. The index leveled off in November and December, but as of March 2008 stands at 64.5, indicating an unfavorable overall consumer outlook for the near term. Although NADA's optimism index—at 120 as of March 2008—remains below the past decade's high of 164 (at the start of 1999), dealer confidence levels suggest that 2008 may see further decline in light-vehicle sales.

## Expectations for dealership profits

Percent of dealers expecting profits to:

|  | Increase | Not change | Decline | Value index |
|---|---|---|---|---|
| April 1995 | 32.2% | 46.1% | 21.6% | 112 |
| April 1996 | 54.1 | 35.0 | 11.0 | 154 |
| April 1997 | 42.4 | 44.0 | 13.6 | 135 |
| April 1998 | 41.9 | 43.3 | 14.8 | 134 |
| April 1999 | 56.5 | 37.8 | 5.7 | 164 |
| April 2000 | 49.0 | 39.9 | 11.1 | 149 |
| April 2001 | 31.5 | 40.7 | 27.8 | 107 |
| March 2002 | 53.2 | 36.7 | 10.1 | 153 |
| March 2003 | 13.5 | 46.2 | 40.2 | 133 |
| March 2004 | 7.8 | 31.7 | 60.4 | 163 |
| March 2005 | 9.4 | 39.6 | 51.1 | 151 |
| March 2006 | 15.9 | 41.4 | 42.7 | 134 |
| March 2007 | 15.7 | 36.8 | 47.5 | 141 |
| March 2008 | 21.6 | 42.0 | 36.4 | 120 |

Source: NADA Industry Analysis Division

## Optimism index vs. new-vehicle sales



Source: NADA Industry Analysis Division

# NADADATA

# New-Car Dealerships

Consolidation in the number of franchised dealerships is expected to continue. There were some acquisitions by large dealer groups in 2007, amid manufacturers' efforts to reduce or freeze the number of dealership points. The number of new-car dealerships fell last year, with the net dealership count down by more than 400 after a fall of almost 300 in 2006.

The bar graph at right shows that the loss of dealerships over the past 20 years has been largely concentrated in the smaller-volume categories. In 1988 there were 7,007 dealerships with sales of less than 150 new vehicles per year. Today, there are only 3,336 such stores. In contrast, now more than 12,200 dealerships sell 400-plus new units per year; in 1988 only 10,162 stores of that size existed.

## Number of dealerships, by volume of new-unit sales



Source: NADA Industry Analysis Division

## New-car dealerships

| As of January 1 | |
|---|---|
| 1987 | 25,150 |
| 1988 | 25,025 |
| 1989 | 25,000 |
| 1990 | 24,825 |
| 1991 | 24,200 |
| 1992 | 23,500 |
| 1993 | 22,950 |
| 1994 | 22,850 |
| 1995 | 22,800 |
| 1996 | 22,750 |
| 1997 | 22,700 |
| 1998 | 22,600 |
| 1999 | 22,400 |
| 2000 | 22,250 |
| 2001 | 22,150 |
| 2002 | 21,800 |
| 2003 | 21,725 |
| 2004 | 21,650 |
| 2005 | 21,640 |
| 2006 | 21,495 |
| 2007 | 21,200 |
| 2008 | 20,700 |

Source: NADA Industry Analysis Division

## New-car dealerships, by state

As of January 1

| State | Count | State | Count |
|---|---|---|---|
| Alabama | 345 | Montana | 132 |
| Alaska | 38 | Nebraska | 213 |
| Arizona | 256 | Nevada | 118 |
| Arkansas | 267 | New Hampshire | 169 |
| California | 1594 | New Jersey | 574 |
| Colorado | 284 | New Mexico | 140 |
| Connecticut | 320 | New York | 1112 |
| Delaware | 65 | North Carolina | 692 |
| D.C. | 1 | North Dakota | 96 |
| Florida | 948 | Ohio | 958 |
| Georgia | 603 | Oklahoma | 299 |
| Hawaii | 66 | Oregon | 274 |
| Idaho | 123 | Pennsylvania | 1161 |
| Illinois | 934 | Rhode Island | 63 |
| Indiana | 521 | South Carolina | 326 |
| Iowa | 369 | South Dakota | 117 |
| Kansas | 258 | Tennessee | 420 |
| Kentucky | 298 | Texas | 1346 |
| Louisiana | 337 | Utah | 153 |
| Maine | 144 | Vermont | 97 |
| Maryland | 358 | Virginia | 551 |
| Massachusetts | 478 | Washington | 383 |
| Michigan | 759 | West Virginia | 169 |
| Minnesota | 438 | Wisconsin | 597 |
| Mississippi | 242 | Wyoming | 70 |
| Missouri | 494 | **Total U.S.** | **20,770** |

Source: NADA Industry Analysis Division

## NADA DATA

# Total Dealership Sales Dollars

TOTAL DOLLAR SALES at the nation's new-car dealerships increased almost 3 percent in 2007, to $693 billion, after a 3 percent decrease in 2006. Used-vehicle department sales continued to improve last year, with a 1.5 percent rise in transaction prices and nearly 11.5 percent gross margin on retail selling prices after years of soft sales caused by oversupply and new-vehicle incentives. Average dealership sales varied significantly among the states: Nine had less than $20 million, but 24 exceeded $30 million.

## Total sales of new-car dealerships



Sources: U.S. Department of Commerce; NADA Industry Analysis Division

## Share of total dealership sales dollars



Source: NADA Industry Analysis Division

## 2007 total sales, by state

| State | All dealerships (millions) | Average per dealership (thousands) | State | All dealerships (millions) | Average per dealership (thousands) |
|---|---|---|---|---|---|
| Alabama | $10,075 | $29,202 | Montana | $2,570 | $19,468 |
| Alaska | 1,255 | 33,035 | Nebraska | 3,819 | 17,930 |
| Arizona | 18,194 | 71,072 | Nevada | 7,150 | 60,592 |
| Arkansas | 5,775 | 21,629 | New Hampshire | 4,013 | 23,747 |
| California | 82,310 | 51,637 | New Jersey | 25,119 | 43,761 |
| Colorado | 11,370 | 40,034 | New Mexico | 4,343 | 31,022 |
| Connecticut | 9,050 | 28,280 | New York | 34,482 | 31,009 |
| Delaware | 2,084 | 32,063 | North Carolina | 20,497 | 29,619 |
| D.C. | 80 | 80,077 | North Dakota | 1,703 | 17,736 |
| Florida | 46,554 | 49,108 | Ohio | 23,128 | 24,142 |
| Georgia | 20,729 | 34,377 | Oklahoma | 17,857 | 59,724 |
| Hawaii | 2,786 | 42,206 | Oregon | 7,880 | 28,760 |
| Idaho | 3,229 | 26,250 | Pennsylvania | 29,838 | 25,700 |
| Illinois | 26,422 | 28,289 | Rhode Island | 2,061 | 32,710 |
| Indiana | 11,702 | 22,462 | South Carolina | 9,149 | 28,064 |
| Iowa | 6,259 | 16,961 | South Dakota | 1,874 | 16,021 |
| Kansas | 5,727 | 22,198 | Tennessee | 13,736 | 32,704 |
| Kentucky | 7,291 | 24,467 | Texas | 62,318 | 46,299 |
| Louisiana | 10,639 | 31,570 | Utah | 6,007 | 39,260 |
| Maine | 2,608 | 18,111 | Vermont | 1,525 | 15,717 |
| Maryland | 13,374 | 37,359 | Virginia | 18,522 | 33,615 |
| Massachusetts | 14,684 | 30,720 | Washington | 13,900 | 36,292 |
| Michigan | 24,180 | 31,858 | West Virginia | 3,342 | 19,775 |
| Minnesota | 11,698 | 26,707 | Wisconsin | 10,921 | 18,293 |
| Mississippi | 5,301 | 21,905 | Wyoming | 1,457 | 20,820 |
| Missouri | 12,705 | 25,718 | **Total U.S.** | **$693,300** | **$33,380** |

Source: NADA Industry Analysis Division

## Relationship of new-car dealerships to total retail trade in 2007, by state

| | Number of dealers as % of total retail establishments in the state | Dealer sales as % of total retail sales in the state | Dealer payroll as % of total retail payroll in the state | Dealer employees as % of total retail employment in the state |
|---|---|---|---|---|
| Alabama | 1.9% | 17.8% | 12.9% | 7.0% |
| Alaska | 1.9 | 14.2 | 11.5 | 6.8 |
| Arizona | 2.1 | 19.1 | 15.2 | 8.4 |
| Arkansas | 2.6 | 17.6 | 12.7 | 6.7 |
| California | 2.4 | 18.9 | 13.9 | 7.9 |
| Colorado | 1.6 | 19.2 | 13.6 | 7.3 |
| Connecticut | 3.0 | 17.7 | 14.0 | 8.0 |
| Delaware | 2.1 | 17.5 | 15.2 | 8.2 |
| D.C. | 0.2 | 3.7 | 1.4 | 0.7 |
| Florida | 2.2 | 19.3 | 15.1 | 7.9 |
| Georgia | 2.1 | 19.1 | 13.8 | 7.4 |
| Hawaii | 1.3 | 14.2 | 12.0 | 6.2 |
| Idaho | 2.3 | 16.2 | 12.6 | 7.3 |
| Illinois | 3.3 | 17.9 | 13.8 | 7.6 |
| Indiana | 2.5 | 16.7 | 12.9 | 7.0 |
| Iowa | 3.4 | 16.8 | 13.3 | 7.3 |
| Kansas | 3.0 | 17.3 | 13.2 | 7.2 |
| Kentucky | 2.4 | 15.2 | 11.9 | 6.4 |
| Louisiana | 2.2 | 18.1 | 14.5 | 7.5 |
| Maine | 2.3 | 14.8 | 11.8 | 6.6 |
| Maryland | 2.4 | 19.8 | 14.7 | 8.3 |
| Massachusetts | 2.5 | 17.0 | 12.7 | 6.8 |
| Michigan | 2.7 | 20.7 | 15.1 | 7.7 |
| Minnesota | 2.4 | 16.8 | 12.3 | 6.8 |
| Mississippi | 2.2 | 16.7 | 12.4 | 6.4 |
| Missouri | 2.4 | 17.9 | 13.9 | 7.3 |
| Montana | 2.7 | 16.1 | 12.1 | 7.0 |
| Nebraska | 3.6 | 16.9 | 12.6 | 6.9 |
| Nevada | 1.6 | 16.6 | 14.9 | 7.7 |
| New Hampshire | 3.0 | 17.0 | 13.9 | 7.7 |
| New Jersey | 2.4 | 19.3 | 13.4 | 7.2 |
| New Mexico | 2.5 | 17.2 | 14.0 | 7.8 |
| New York | 1.9 | 15.1 | 10.5 | 5.9 |
| North Carolina | 2.3 | 18.1 | 13.8 | 7.5 |
| North Dakota | 3.0 | 17.7 | 14.0 | 8.0 |
| Ohio | 2.6 | 17.7 | 12.9 | 7.3 |
| Oklahoma | 3.0 | 19.7 | 14.6 | 7.7 |
| Oregon | 2.1 | 16.3 | 13.1 | 7.4 |
| Pennsylvania | 3.0 | 17.8 | 13.8 | 8.0 |
| Rhode Island | 2.2 | 17.4 | 11.9 | 6.5 |
| South Carolina | 2.4 | 16.8 | 12.1 | 6.6 |
| South Dakota | 3.0 | 15.8 | 13.3 | 7.5 |
| Tennessee | 2.9 | 18.0 | 13.4 | 7.3 |
| Texas | 2.3 | 20.2 | 14.6 | 7.9 |
| Utah | 2.2 | 16.4 | 11.6 | 6.2 |
| Vermont | 3.0 | 16.8 | 12.9 | 7.5 |
| Virginia | 2.3 | 17.1 | 14.6 | 7.9 |
| Washington | 2.2 | 15.1 | 12.1 | 7.2 |
| West Virginia | 2.8 | 16.8 | 12.7 | 7.4 |
| Wisconsin | 3.2 | 17.4 | 12.9 | 7.6 |
| Wyoming | 2.7 | 16.5 | 13.5 | 7.4 |
| **Total U.S.** | **2.3%** | **18.0%** | **13.4%** | **7.3%** |

Source: NADA Industry Analysis Division

NADA**DATA**

# The New-Vehicle Department

New-vehicle sales for 2007 were 16.1 million units—down from 2006's 16.5 million. On a seasonally adjusted annual rate (SAAR) basis, sales volume was at or above 16.6 million units during the first two months of last year, but dropped during the summer and fall. Sales began to recover in August and hit 16.1 million units for all of 2007. Total automaker inventory remained lower than in 2006, averaging 3.3 million units in 2007. Days' supply of domestic vehicles decreased to 67; days' supply of faster-selling imported vehicles remained at 51.

As shown on the next page, the popularity of crossover vehicles helped sustain light-duty truck sales at 8.5 million units. Light trucks outsold cars in 2007, as their market share remained at 2006's level: 53 percent of total light vehicles sold.

The average selling price of a new vehicle in 2007, including accessories and options (next page, upper right), increased by 1.2 percent from 2006. New-vehicle sales by manufacturer (bottom of the next page) show GM, Ford, and Chrysler losing market share in 2007. Three of the major Japanese brands—Toyota, Honda, and Nissan—saw their shares rise. Lexus, Hyundai, Mazda, Mitsubishi, Suzuki, and Kia also saw gains, as did Audi, BMW, Land Rover, Mercedes, Volkswagen, and Porsche. Jaguar, Subaru, Saab, Isuzu, and Volvo faced market-share declines in 2007.

## New-vehicle inventories and days' supply



Source: NADA Industry Analysis Division

Source: NADA Industry Analysis Division

## New-vehicle sales, by month

| | 2007 Actual | 2007 SAAR* (in millions) | 2006 Actual | 2006 SAAR* (in millions) | % change 2006 to 2007 |
|---|---|---|---|---|---|
| January | 1,086,290 | 16.7 | 1,140,345 | 17.6 | –4.7% |
| February | 1,249,103 | 16.5 | 1,258,099 | 16.6 | –0.7% |
| March | 1,534,021 | 16.2 | 1,526,603 | 16.6 | 0.5% |
| April | 1,331,433 | 16.2 | 1,444,894 | 16.7 | –7.9% |
| May | 1,555,947 | 16.1 | 1,485,857 | 16.1 | 4.7% |
| June | 1,450,199 | 16.1 | 1,497,221 | 16.3 | –3.1% |
| July | 1,304,150 | 15.5 | 1,489,361 | 16.6 | –12.4% |
| August | 1,472,808 | 16.2 | 1,482,832 | 16.0 | –0.7% |
| September | 1,309,654 | 16.2 | 1,349,923 | 16.6 | –3.0% |
| October | 1,227,202 | 16.0 | 1,212,849 | 16.1 | 1.2% |
| November | 1,175,381 | 16.2 | 1,194,173 | 16.0 | –1.6% |
| December | 1,384,522 | 16.2 | 1,424,408 | 16.7 | –2.8% |
| **Full year** | **16,080,710** | **16.1** | **16,506,565** | **16.5** | **–2.6%** |

*Seasonally adjusted annual rate
Source: NADA Industry Analysis Division

Total automaker inventory remained lower than in 2006, averaging
3.3 million units in 2007.

## New light-duty vehicle sales, by year

| Year | New cars | Light-duty trucks | Total light-duty vehicles | Light-duty trucks as % of total |
|------|----------|-------------------|---------------------------|---------------------------------|
| 1997 | 8,272,100 | 6,858,100 | 15,130,200 | 45.3% |
| 1998 | 8,137,400 | 7,404,500 | 15,541,900 | 47.6 |
| 1999 | 8,698,600 | 8,197,200 | 16,895,800 | 48.5 |
| 2000 | 8,846,900 | 8,502,800 | 17,349,700 | 49.0 |
| 2001 | 8,422,600 | 8,699,300 | 17,121,900 | 50.8 |
| 2002 | 8,103,200 | 8,714,300 | 16,817,500 | 51.8 |
| 2003 | 7,609,800 | 9,024,900 | 16,634,700 | 54.3 |
| 2004 | 7,505,900 | 9,360,600 | 16,866,500 | 55.5 |
| 2005 | 7,666,700 | 9,278,300 | 16,945,000 | 54.8 |
| 2006 | 7,780,800 | 8,721,000 | 16,502,700 | 52.8 |
| 2007 | 7,618,400 | 8,470,900 | 16,089,300 | 52.6 |
| **Average 1997–2007** | **8,060,218** | **8,475,627** | **16,535,927** | **51.3%** |

Source: NADA Industry Analysis Division

## Number of new vehicles sold and selling price

| Year | New vehicles sold per dealership | Average retail selling price |
|------|----------------------------------|------------------------------|
| 1997 | 668 | $22,650 |
| 1998 | 694 | 23,600 |
| 1999 | 759 | 24,450 |
| 2000 | 783 | 24,900 |
| 2001 | 785 | 25,800 |
| 2002 | 774 | 26,150 |
| 2003 | 769 | 27,550 |
| 2004 | 779 | 28,050 |
| 2005 | 788 | 28,400 |
| 2006 | 778 | 28,450 |
| 2007 | 775 | 28,800 |

Source: NADA Industry Analysis Division

## New-vehicle sales and market share, by manufacturer

| Year | Chrysler | Ford | General Motors | Toyota | Honda | Nissan | Volkswagen | Other imports | Total |
|------|----------|------|----------------|--------|-------|--------|------------|---------------|-------|
| 1997 | 2,303,800 | 3,807,100 | 4,734,100 | 1,230,100 | 940,400 | 728,400 | 172,000 | 1,214,400 | 15,130,200 |
|      | 15.23% | 25.16% | 31.29% | 8.13% | 6.22% | 4.81% | 1.14% | 8.03% | |
| 1998 | 2,510,000 | 3,860,200 | 4,570,100 | 1,361,000 | 1,009,600 | 621,600 | 267,200 | 1,342,300 | 15,541,900 |
|      | 16.15% | 24.84% | 29.41% | 8.76% | 6.50% | 4.00% | 1.72% | 8.64% | |
| 1999 | 2,638,600 | 4,115,600 | 4,974,600 | 1,475,400 | 1,076,900 | 677,900 | 381,500 | 1,555,300 | 16,895,800 |
|      | 15.62% | 24.36% | 29.44% | 8.73% | 6.37% | 4.01% | 2.26% | 9.21% | |
| 2000 | 2,522,700 | 4,147,700 | 4,911,700 | 1,619,200 | 1,158,900 | 752,800 | 435,900 | 1,800,800 | 17,349,700 |
|      | 14.54% | 23.91% | 28.31% | 9.33% | 6.68% | 4.34% | 2.51% | 10.38% | |
| 2001 | 2,273,200 | 3,915,500 | 4,852,500 | 1,741,300 | 1,207,600 | 703,700 | 438,900 | 1,989,200 | 17,121,900 |
|      | 13.28% | 22.87% | 28.34% | 10.17% | 7.05% | 4.11% | 2.56% | 11.62% | |
| 2002 | 2,205,450 | 3,576,250 | 4,815,150 | 1,756,150 | 1,247,850 | 739,850 | 423,850 | 2,052,950 | 16,817,500 |
|      | 13.11% | 21.27% | 28.63% | 10.44% | 7.42% | 4.40% | 2.52% | 12.21% | |
| 2003 | 2,127,450 | 3,437,700 | 4,716,050 | 1,866,300 | 1,349,850 | 794,800 | 389,100 | 1,953,450 | 16,634,700 |
|      | 12.79% | 20.67% | 28.35% | 11.22% | 8.11% | 4.78% | 2.34% | 11.74% | |
| 2004 | 2,206,000 | 3,271,100 | 4,657,400 | 2,060,050 | 1,394,400 | 855,000 | 334,050 | 2,088,500 | 16,866,500 |
|      | 13.08% | 19.39% | 27.61% | 12.21% | 8.27% | 5.07% | 1.98% | 12.38% | |
| 2005 | 2,304,900 | 3,106,900 | 4,456,800 | 2,260,300 | 1,462,500 | 1,076,900 | 307,250 | 1,969,450 | 16,945,000 |
|      | 13.60% | 18.34% | 26.30% | 13.34% | 8.63% | 6.36% | 1.81% | 11.62% | |
| 2006 | 2,142,500 | 2,848,100 | 4,067,600 | 2,542,500 | 1,509,400 | 1,019,500 | 325,300 | 2,047,900 | 16,502,700 |
|      | 12.98% | 17.26% | 24.65% | 15.41% | 9.15% | 6.18% | 1.97% | 12.41% | |
| 2007 | 2,076,100 | 2,502,000 | 3,824,550 | 2,620,800 | 1,551,550 | 1,068,500 | 324,050 | 2,121,750 | 16,089,300 |
|      | 12.90% | 15.55% | 23.77% | 16.29% | 9.64% | 6.64% | 2.01% | 13.19% | |
| **Average 1997–2007** | **2,300,973** | **3,508,014** | **4,598,232** | **1,866,645** | **1,264,450** | **821,723** | **345,373** | **1,830,545** | **16,535,927** |
|      | **13.91%** | **21.21%** | **27.81%** | **11.29%** | **7.65%** | **4.97%** | **2.09%** | **11.07%** | |

Source: NADA Industry Analysis Division

# NADADATA

# F&I, Service Contracts

AFTER A 2.3 PERCENT INCREASE in 2006, gross margin on the sale of new units fell almost 3 percent in 2007. The decrease in gross profit in a challenging marketplace makes profits generated by finance, insurance, and service contracts increasingly important to the new-vehicle department. Aftermarket income (combined gross from F&I and service contracts) was 28.5 percent of new- and used-vehicle department gross in 2007—up from 27.6 percent in 2006. This stemmed partly from a renewed focus on F&I, resulting in higher finance penetration rates for both new and used cars, and a greater emphasis on customer understanding and satisfaction in dealer financing.

Improvement in vehicle quality and warranties helped bring a drop in service contract penetration from a high of 35 percent in 1986. It stood at 31 percent in 2007, down from 32 percent in 2006.

## Aftermarket income



**As % of new- and used-vehicle department gross profit**

Source: NADA Industry Analysis Division

## Gross as percentage of selling price



**New vehicles retailed**

Source: NADA Industry Analysis Division

## Service contract penetration rates



**As % of new vehicles retailed**

Source: NADA Industry Analysis Division

NADADATA

# The Used-Vehicle Department

New-car dealers sold more than 18.5 million used vehicles last year. Of these, 11.4 million were retail and 7.1 million were wholesale. The average selling price of a used unit retailed in 2007 was $15,715.

New-car dealers acquired 53 percent of the used units they retailed from trade-ins and got the remaining 47 percent from auctions, street purchases, or other sources. As a source of used cars, auctions have made the biggest inroads in the past decade—from less than 10 percent of the dealer's inventory in the early 1980s to 32 percent in 2007.

## Used-vehicle sales by new-car dealerships



Average 1997–2007
Retail . . . . . . . . . . 12.01
Wholesale . . . . . . . . 7.66
Total . . . . . . . . . . . 19.67

Source: NADA Industry Analysis Division

## Sources of used vehicles retailed by dealerships



By department

Source: NADA Industry Analysis Division

## Average retail selling price of used vehicles retailed by new-car dealerships



Source: NADA Industry Analysis Division

# NADADATA

# Service, Parts, and Body Shop

NATIONWIDE, franchised dealership total service and parts sales reached almost $84 billion in 2007, up from $80.5 billion the previous year. Dealerships face increasing competition from independent service stations and quick-lube centers, but continue to attract customers with competitive pricing and upgraded facilities. Last year's service sales were powered by strong light-vehicle sales in recent years and more miles driven on average. Customer-paid mechanical service rose almost 5 percent from 2006.

New-car dealers have made major investments in service and parts to beef up sales and customer satisfaction. In 2007 dealers provided 366,157 service stalls, employed 257,200 technicians, and carried a parts inventory valued at $5.7 billion.

To boost customer convenience and make full use of their facilities, 71 percent of dealers offered evening service hours, weekend hours, or both. The average dealership service department was open for business 56 hours a week.

In recent years, more dealerships have opted to remain out of the body shop business. Industry analysis estimates that only 37 percent of new-car dealerships had body shops in 2007, a decline from 2006. Auto bodywork performed by all new-car franchised dealerships remained at about $9.5 billion last year.

## Dealerships' total service and parts sales



In billions of dollars

Source: NADA Industry Analysis Division

## Profile of dealerships' service and parts operations, 2007

| | Average dealership | All dealers |
|---|---|---|
| Total service and parts sales | $4,013,121 | $83.35 billion |
| Total gross profit as percent of service and parts sales | 46.18% | |
| Total net profit as percent of service and parts sales | 6.95% | |
| Total number of repair orders written | 12,123 | 261 million |
| Total service and parts sales per customer repair order | $212 | |
| Total service and parts sales per warranty repair order | $235 | |
| Number of technicians (including body) | 12 | 257,200 |
| Number of service bays (excluding body) | 18 | 366,157 |
| Total parts inventory | $273,413 | $5.7 billion |
| Average customer mechanical labor rate | $85 | |

Source: NADA Industry Analysis Division

In 2007 dealers provided 366,157 service stalls, employed 257,200 technicians, and carried a parts inventory valued at $5.7 billion.

## Dealerships' total service and parts sales

In billions of dollars

|  | Amount | % change |
|---|---|---|
| 1997 | $62.93 | 3.6% |
| 1998 | 63.56 | 1.0 |
| 1999 | 67.66 | 6.5 |
| 2000 | 73.83 | 9.1 |
| 2001 | 80.10 | 8.5 |
| 2002 | 83.11 | 3.8 |
| 2003 | 85.35 | 2.7 |
| 2004 | 85.48 | 0.2 |
| 2005 | 85.16 | −0.4 |
| 2006 | 80.45 | −5.5 |
| 2007 | 83.35 | 3.6 |

Source: NADA Industry Analysis Division

## Dealerships' service and parts sales

In billions of dollars

|  | 2006 | 2007 | % change |
|---|---|---|---|
| **Service labor sales** | | | |
| Customer mechanical | $16.51 | $17.25 | 4.5% |
| Customer body | 6.26 | 6.33 | 1.2 |
| Warranty | 5.99 | 5.89 | −1.7 |
| Sublet | 2.41 | 2.54 | 5.2 |
| Internal | 4.83 | 5.14 | 6.4 |
| Other | 0.42 | 0.45 | 5.9 |
| **Total service labor** | **$36.42** | **$37.60** | **3.2%** |
| **Parts sales** | | | |
| Customer mechanical | $12.37 | $13.10 | 5.9% |
| Customer body | 3.05 | 3.18 | 4.1 |
| Wholesale | 12.22 | 12.72 | 4.1 |
| Counter | 2.43 | 2.53 | 4.4 |
| Warranty | 7.84 | 7.69 | −2.0 |
| Internal | 3.95 | 4.14 | 4.8 |
| Other | 2.17 | 2.40 | 10.6 |
| **Total parts** | **$44.03** | **$45.75** | **3.9%** |
| **Total service and parts** | **$80.45** | **$83.35** | **3.6%** |

Source: NADA Industry Analysis Division

## Service department hours of operation



Percent of dealership service departments with:

Evening hours 7%

Weekend hours 40%

Both evening and weekend hours 24%

Neither evening nor weekend hours 29%

Average hours open per week: 56

Source: NADA Industry Analysis Division

## Total dealership body shop sales



In billions of dollars

Source: NADA Industry Analysis Division

## Dealerships operating on-site body shops



Percent of total dealership population

Source: NADA Industry Analysis Division

NADADATA

# Employment and Payroll

FRANCHISED DEALERS are major employers, as well as significant contributors to their communities' economies, tax bases, and civic and charitable organizations. In the past eight years, total dealership employment has remained consistent, currently standing at 1,114,500.

The number and type of employees vary significantly among dealerships, depending on store characteristics such as size, location, makes handled, and distribution of sales among departments. Total dealership employment count in 2007 was estimated as follows:

New- and used-vehicle
    salespeople . . . . . . . . . . . . . 229,100
Technicians . . . . . . . . . . . . . . 257,200
Service and parts workers
    (other than technicians) . . . . 344,100
Supervisors, general office
    workers, and others . . . . . . . 284,100
**Total** . . . . . . . . . . . . . . . . . . **1,114,500**

The average dealership in 2007 employed 54 people and had an annual payroll of $2,594,000. The payroll for all dealerships was $53.9 billion, and represented almost 13.5 percent of the nation's total retail trade payroll.

## Estimated number of employees of new-car dealerships



Source: NADA Industry Analysis Division

## Estimated number of new-car dealership employees in 2007, by state

| State | Total number all dealers | Average number per dealership | State | Total number all dealers | Average number per dealership |
|---|---|---|---|---|---|
| Alabama | 16,471 | 48 | Montana | 4,280 | 32 |
| Alaska | 2,292 | 60 | Nebraska | 6,584 | 31 |
| Arizona | 29,182 | 114 | Nevada | 11,025 | 93 |
| Arkansas | 8,712 | 33 | New Hampshire | 7,122 | 42 |
| California | 133,721 | 84 | New Jersey | 32,152 | 56 |
| Colorado | 17,076 | 60 | New Mexico | 7,458 | 53 |
| Connecticut | 14,388 | 45 | New York | 49,122 | 44 |
| Delaware | 4,022 | 62 | North Carolina | 32,828 | 47 |
| D.C. | 32 | 32 | North Dakota | 3,196 | 33 |
| Florida | 76,508 | 81 | Ohio | 40,937 | 43 |
| Georgia | 33,858 | 56 | Oklahoma | 19,979 | 67 |
| Hawaii | 5,105 | 77 | Oregon | 14,092 | 51 |
| Idaho | 5,842 | 47 | Pennsylvania | 50,694 | 44 |
| Illinois | 43,336 | 46 | Rhode Island | 3,308 | 53 |
| Indiana | 21,778 | 42 | South Carolina | 15,042 | 46 |
| Iowa | 12,020 | 33 | South Dakota | 3,480 | 30 |
| Kansas | 10,072 | 39 | Tennessee | 22,121 | 53 |
| Kentucky | 13,072 | 44 | Texas | 86,828 | 65 |
| Louisiana | 18,210 | 54 | Utah | 9,340 | 61 |
| Maine | 5,350 | 37 | Vermont | 2,783 | 29 |
| Maryland | 24,131 | 67 | Virginia | 33,094 | 60 |
| Massachusetts | 23,400 | 49 | Washington | 23,317 | 61 |
| Michigan | 36,258 | 48 | West Virginia | 6,227 | 37 |
| Minnesota | 19,500 | 45 | Wisconsin | 21,633 | 36 |
| Mississippi | 9,460 | 39 | Wyoming | 2,460 | 35 |
| Missouri | 21,603 | 44 | **Total U.S.** | **1,114,500** | **53** |

Source: NADA Industry Analysis Division

## Annual payroll of new-car dealerships



$ billions / $ thousands

Total of all dealerships (left scale)
Average per dealership (right scale)

1997 1999 2001 2003 2005 2007

Source: NADA Industry Analysis Division

## Average weekly earnings of dealership employees



1997 1999 2001 2003 2005 2007

Source: NADA Industry Analysis Division

## 2007 annual payroll of new-car dealerships, by state

| State | Total all dealerships ($ billions) | Average per dealership ($ millions) |
|---|---|---|
| Alabama | $0.71 | $2.07 |
| Alaska | 0.12 | 3.03 |
| Arizona | 1.49 | 5.81 |
| Arkansas | 0.35 | 1.31 |
| California | 7.38 | 4.63 |
| Colorado | 0.87 | 3.08 |
| Connecticut | 0.79 | 2.46 |
| Delaware | 0.19 | 2.90 |
| D.C. | 0.00 | 1.48 |
| Florida | 3.86 | 4.07 |
| Georgia | 1.65 | 2.73 |
| Hawaii | 0.26 | 3.88 |
| Idaho | 0.25 | 2.03 |
| Illinois | 2.12 | 2.27 |
| Indiana | 0.95 | 1.82 |
| Iowa | 0.48 | 1.31 |
| Kansas | 0.43 | 1.67 |
| Kentucky | 0.54 | 1.81 |
| Louisiana | 0.78 | 2.33 |
| Maine | 0.22 | 1.55 |
| Maryland | 1.19 | 3.31 |
| Massachusetts | 1.21 | 2.54 |
| Michigan | 1.89 | 2.49 |
| Minnesota | 0.87 | 1.99 |
| Mississippi | 0.40 | 1.66 |
| Missouri | 0.99 | 2.01 |
| Montana | 0.16 | 1.22 |
| Nebraska | 0.27 | 1.28 |
| Nevada | 0.64 | 5.42 |
| New Hampshire | 0.36 | 2.10 |
| New Jersey | 1.83 | 3.18 |
| New Mexico | 0.32 | 2.30 |
| New York | 2.48 | 2.23 |
| North Carolina | 1.51 | 2.18 |
| North Dakota | 0.12 | 1.25 |
| Ohio | 1.77 | 1.85 |
| Oklahoma | 0.82 | 2.73 |
| Oregon | 0.66 | 2.42 |
| Pennsylvania | 2.16 | 1.86 |
| Rhode Island | 0.16 | 2.50 |
| South Carolina | 0.66 | 2.03 |
| South Dakota | 0.14 | 1.20 |
| Tennessee | 1.05 | 2.50 |
| Texas | 4.34 | 3.22 |
| Utah | 0.41 | 2.70 |
| Vermont | 0.12 | 1.21 |
| Virginia | 1.55 | 2.82 |
| Washington | 1.16 | 3.03 |
| West Virginia | 0.22 | 1.32 |
| Wisconsin | 0.86 | 1.44 |
| Wyoming | 0.11 | 1.54 |
| **Total U.S.** | **$53.87** | **$2.59** |

Source: NADA Industry Analysis Division

## Average weekly earnings of new-car dealership employees in 2007, by state

| State | Earnings | State | Earnings |
|---|---|---|---|
| Alabama | $ 837 | Montana | $ 727 |
| Alaska | 972 | Nebraska | 800 |
| Arizona | 986 | Nevada | 1,121 |
| Arkansas | 776 | New Hampshire | 964 |
| California | 1,067 | New Jersey | 1,098 |
| Colorado | 989 | New Mexico | 834 |
| Connecticut | 1,057 | New York | 977 |
| Delaware | 905 | North Carolina | 891 |
| D.C. | 902 | North Dakota | 725 |
| Florida | 976 | Ohio | 836 |
| Georgia | 940 | Oklahoma | 792 |
| Hawaii | 971 | Oregon | 911 |
| Idaho | 827 | Pennsylvania | 825 |
| Illinois | 946 | Rhode Island | 922 |
| Indiana | 844 | South Carolina | 853 |
| Iowa | 779 | South Dakota | 780 |
| Kansas | 829 | Tennessee | 916 |
| Kentucky | 796 | Texas | 966 |
| Louisiana | 834 | Utah | 854 |
| Maine | 807 | Vermont | 816 |
| Maryland | 950 | Virginia | 908 |
| Massachusetts | 1,003 | Washington | 962 |
| Michigan | 1,007 | West Virginia | 692 |
| Minnesota | 866 | Wisconsin | 767 |
| Mississippi | 823 | Wyoming | 847 |
| Missouri | 888 | **Total U.S.** | **$ 930** |

Source: NADA Industry Analysis Division

# NADADATA

# Vehicles in Operation and Scrappage

On June 30, 2007, there were more than 248 million vehicles in operation. In the past nine years, the total light-vehicle fleet has increased by an average of 2 percent each year. The 2007 median age for the car population was 9.2 years and for light trucks, 7.1 years.

Scrappage—the difference between sales and the growth of the vehicle population—was 12.7 million units in 2007, up from 12.1 million units in 2006, reflecting the strong vehicle market and the run-up in commodity prices, including scrap steel. NADA Industry Analysis estimates that the average light vehicle on the road is 7.8 years old. Because of strong growth in truck sales, the average age of cars is rising.

## Vehicles in operation–scrappage, by year

| | Total vehicles in use | New vehicle registrations | Scrappage | Scrappage as % of registrations |
|---|---|---|---|---|
| 1997 | 201,070,397 | 15,285,529 | 12,508,591 | 81.8% |
| 1998 | 205,042,639 | 15,637,540 | 11,665,298 | 74.6 |
| 1999 | 209,509,161 | 16,130,124 | 11,663,602 | 72.3 |
| 2000 | 213,299,313 | 18,088,911 | 14,298,759 | 79.0 |
| 2001 | 216,682,936 | 17,505,343 | 14,121,720 | 80.7 |
| 2002 | 221,027,121 | 17,639,934 | 13,295,749 | 75.4 |
| 2003 | 225,882,103 | 16,939,662 | 12,084,680 | 71.3 |
| 2004 | 231,398,281 | 17,419,471 | 11,903,293 | 68.3 |
| 2005 | 238,697,097 | 16,690,280 | 9,988,864 | 59.8 |
| 2006 | 244,021,754 | 16,564,575 | 12,007,700 | 72.5 |
| 2007 | 248,700,997 | 16,007,379 | 12,707,216 | 79.4 |

Source: The Polk Co.

## Total vehicles in operation, by year



Source: The Polk Co.

## Median age of passenger cars, trucks, and light trucks, by year



Source: The Polk Co.

## Estimated vehicle scrappage



Source: The Polk Co.

## Total vehicles in operation in 2007, by state

| State | Passenger cars | Trucks and buses | Total vehicles* | State | Passenger cars | Trucks and buses | Total vehicles* |
|---|---|---|---|---|---|---|---|
| Alabama | 1,795,596 | 2,825,636 | 4,630,314 | Montana | 447,446 | 616,613 | 1,066,562 |
| Alaska | 242,487 | 429,901 | 675,094 | Nebraska | 832,511 | 893,627 | 1,733,133 |
| Arizona | 2,189,979 | 1,987,392 | 4,182,332 | Nevada | 679,828 | 684,806 | 1,366,557 |
| Arkansas | 958,640 | 1,027,414 | 1,994,255 | New Hampshire | 585,455 | 472,635 | 1,059,963 |
| California | 19,835,554 | 13,289,690 | 33,182,058 | New Jersey | 3,692,966 | 2,241,195 | 5,957,988 |
| Colorado | 858,967 | 943,027 | 1,807,823 | New Mexico | 699,312 | 877,956 | 1,580,820 |
| Connecticut | 1,999,809 | 1,041,651 | 3,051,952 | New York | 8,528,457 | 2,685,424 | 11,283,896 |
| Delaware | 432,509 | 378,512 | 813,188 | North Carolina | 3,659,926 | 2,607,790 | 6,301,436 |
| D.C. | 168,916 | 47,300 | 219,105 | North Dakota | 345,502 | 364,080 | 712,169 |
| Florida | 7,425,148 | 8,899,488 | 16,373,565 | Ohio | 6,438,988 | 4,345,371 | 10,828,843 |
| Georgia | 4,141,179 | 4,123,932 | 8,286,454 | Oklahoma | 1,606,517 | 1,576,680 | 3,201,831 |
| Hawaii | 538,581 | 464,288 | 1,008,540 | Oregon | 1,427,597 | 1,538,960 | 2,981,379 |
| Idaho | 541,487 | 729,861 | 1,275,115 | Pennsylvania | 5,842,819 | 4,013,315 | 9,894,163 |
| Illinois | 5,947,468 | 3,910,742 | 9,876,246 | Rhode Island | 508,389 | 295,433 | 805,548 |
| Indiana | 2,694,901 | 2,228,559 | 4,955,434 | South Carolina | 1,964,994 | 1,470,771 | 3,453,843 |
| Iowa | 1,744,519 | 1,593,003 | 3,345,951 | South Dakota | 375,760 | 465,580 | 843,984 |
| Kansas | 872,878 | 1,512,396 | 2,389,192 | Tennessee | 2,878,136 | 2,193,213 | 5,091,328 |
| Kentucky | 1,969,142 | 1,574,731 | 3,558,122 | Texas | 8,805,316 | 8,642,899 | 17,538,388 |
| Louisiana | 1,950,372 | 1,900,270 | 3,872,744 | Utah | 1,079,455 | 1,155,325 | 2,236,088 |
| Maine | 581,797 | 486,680 | 1,071,876 | Vermont | 309,972 | 275,951 | 587,668 |
| Maryland | 2,656,597 | 1,819,645 | 4,488,397 | Virginia | 4,031,355 | 2,586,357 | 6,635,976 |
| Massachusetts | 3,310,725 | 2,063,283 | 5,385,215 | Washington | 3,087,818 | 2,590,014 | 5,689,497 |
| Michigan | 4,765,547 | 3,362,440 | 8,154,235 | West Virginia | 734,599 | 703,706 | 1,441,069 |
| Minnesota | 2,512,491 | 2,174,813 | 4,704,914 | Wisconsin | 2,639,984 | 2,317,130 | 4,971,461 |
| Mississippi | 1,118,200 | 869,860 | 1,997,581 | Wyoming | 228,057 | 414,047 | 645,192 |
| Missouri | 2,715,297 | 2,230,390 | 4,957,172 | **Total** | **135,399,945** | **107,943,782** | **244,165,686** |

*Includes buses    Source: Department of Transportation

## Total new-vehicle registrations, by state

| State | 2007 | 2006 | 2005 | 2004 | State | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | 223,480 | 232,666 | 239,098 | 233,488 | Montana | 49,944 | 46,787 | 47,289 | 47,854 |
| Alaska | 31,016 | 32,155 | 33,861 | 35,587 | Nebraska | 75,380 | 71,679 | 75,517 | 84,218 |
| Arizona | 377,996 | 419,204 | 409,009 | 366,019 | Nevada | 177,227 | 192,413 | 182,385 | 174,926 |
| Arkansas | 131,402 | 128,258 | 134,349 | 134,582 | New Hampshire | 84,304 | 97,145 | 91,252 | 92,122 |
| California | 1,871,132 | 2,086,931 | 2,144,882 | 2,122,834 | New Jersey | 611,572 | 602,437 | 608,774 | 644,568 |
| Colorado | 255,466 | 252,000 | 253,408 | 265,793 | New Mexico | 107,505 | 106,234 | 105,212 | 103,499 |
| Connecticut | 192,054 | 189,950 | 204,524 | 215,349 | New York | 870,323 | 847,727 | 863,734 | 909,757 |
| Delaware | 49,922 | 53,379 | 56,579 | 59,312 | North Carolina | 434,165 | 443,149 | 446,689 | 458,363 |
| D.C. | 20,995 | 18,612 | 17,888 | 19,035 | North Dakota | 27,019 | 25,319 | 25,977 | 28,729 |
| Florida | 1,241,454 | 1,416,862 | 1,451,193 | 1,444,605 | Ohio | 563,468 | 563,813 | 597,276 | 628,928 |
| Georgia | 466,284 | 499,669 | 507,011 | 494,564 | Oklahoma | 362,883 | 336,895 | 273,066 | 180,270 |
| Hawaii | 96,917 | 107,727 | 119,623 | 109,800 | Oregon | 162,753 | 170,512 | 168,564 | 169,027 |
| Idaho | 59,738 | 63,270 | 59,831 | 57,975 | Pennsylvania | 682,697 | 661,787 | 700,724 | 738,215 |
| Illinois | 654,387 | 663,428 | 667,939 | 694,164 | Rhode Island | 52,974 | 55,157 | 59,457 | 61,227 |
| Indiana | 251,149 | 279,154 | 276,890 | 299,437 | South Carolina | 209,066 | 210,321 | 206,404 | 206,217 |
| Iowa | 117,485 | 118,466 | 122,236 | 126,197 | South Dakota | 32,860 | 33,374 | 35,039 | 35,742 |
| Kansas | 113,370 | 114,433 | 116,042 | 117,238 | Tennessee | 277,901 | 272,329 | 271,963 | 290,604 |
| Kentucky | 153,544 | 152,761 | 155,749 | 159,268 | Texas | 1,390,745 | 1,302,253 | 1,284,460 | 1,256,385 |
| Louisiana | 262,688 | 286,369 | 268,106 | 243,429 | Utah | 122,332 | 122,521 | 116,550 | 108,975 |
| Maine | 52,872 | 57,946 | 59,568 | 63,053 | Vermont | 37,936 | 38,287 | 38,820 | 43,092 |
| Maryland | 360,195 | 376,039 | 395,737 | 406,920 | Virginia | 427,456 | 445,841 | 452,985 | 476,800 |
| Massachusetts | 332,090 | 344,490 | 371,789 | 383,577 | Washington | 285,385 | 291,249 | 286,048 | 280,275 |
| Michigan | 646,485 | 693,741 | 664,900 | 712,788 | West Virginia | 80,352 | 80,963 | 83,744 | 87,120 |
| Minnesota | 259,924 | 268,358 | 257,426 | 283,067 | Wisconsin | 232,224 | 242,574 | 258,467 | 263,663 |
| Mississippi | 116,226 | 132,168 | 109,942 | 115,651 | Wyoming | 30,138 | 29,059 | 27,111 | 27,326 |
| Missouri | 280,499 | 286,714 | 285,193 | 305,190 | **Total U.S.** | **16,007,379** | **16,564,575** | **16,690,280** | **16,866,824** |

Source: The Polk Co.

## NADADATA

# Advertising and the Dealership

Franchised dealers spent more than $7.86 billion on advertising last year. Ad expense in the average new-vehicle dealership rose 3.4 percent from 2006. In the past 10 years, the allocation for newspapers dropped by 25 percent, but many newspapers now provide Internet advertising. The typical dealership spent 16.5 percent of advertising dollars on the Internet, up from 11.5 percent in 2006 and 9.9 percent in 2005. (Since 2005, Internet advertising has been included as a separate category in the chart.)

## Advertising expenditures, by medium



Source: NADA Industry Analysis Division

## Total dealership advertising expenditures



Source: NADA Industry Analysis Division

## Total dealership advertising



Source: NADA Industry Analysis Division

## Estimated advertising expenses per dealership in 2007

By number of new units sold

| By media used | Average of all dealerships | 1–149 | 150–399 | 400–749 | 750 or more |
|---|---|---|---|---|---|
| Newspapers | $100,839 | $25,480 | $46,547 | $88,700 | $198,779 |
| Radio | 64,094 | 13,947 | 29,133 | 59,224 | 138,439 |
| TV | 66,097 | 7,699 | 26,102 | 68,905 | 171,742 |
| Direct mail | 38,466 | 6,316 | 18,788 | 35,841 | 85,946 |
| Internet | 62,607 | 11,919 | 29,226 | 62,750 | 134,485 |
| Other | 46,242 | 9,375 | 19,041 | 46,460 | 104,669 |
| **Total** | **$378,346** | **$74,736** | **$168,838** | **$361,880** | **$834,060** |
| Total advertising as a % of total sales | 1.13% | 1.16% | 1.10% | 1.07% | 1.06% |
| Total advertising per new vehicle sold | $610 | $794 | $646 | $538 | $435 |

Source: NADA Industry Analysis Division

# NADADATA

# Consumer Credit

Average new-vehicle loan rates at finance companies decreased in 2007 to 4.54 percent for the year, partly from continuing strong incentives by captives. New-vehicle loan rates at banks averaged 7.77 percent last year—up from 7.72 percent in 2006.

## Average finance rate on new-car loans



Note: The bank series represents the average of direct 48 month loans.
The finance company series represents the average of all loans made.

Source: Federal Reserve Board

## Average maturity of new-car loans at finance companies

| 2000 | 54.9 months |
|------|-------------|
| 2001 | 55.1 |
| 2002 | 56.9 |
| 2003 | 61.4 |
| 2004 | 60.5 |
| 2005 | 60.0 |
| 2006 | 62.3 |
| 2007 | 61.0 |

Source: Federal Reserve Board

## Consumer credit outstanding



End of year, seasonally adjusted
In millions of dollars

Source: Federal Reserve Board

## New-vehicle affordability index

| | Avg. finance rate | Avg. length loan | Avg. consumer expenditure* | Median family income | Avg. weeks of median family income to buy car* |
|--------|-------------------|------------------|----------------------------|----------------------|------------------------------------------------|
| 2001Q1 | 8.13% | 55.1 months | $22,872 | $61,626 | 26.3 |
| 2001Q2 | 7.58 | 56.8 | 23,434 | 61,100 | 26.5 |
| 2001Q3 | 7.16 | 57.4 | 23,584 | 61,503 | 26.5 |
| 2001Q4 | 5.42 | 51.1 | 22,675 | 61,504 | 23.8 |
| 2002Q1 | 6.41 | 53.9 | 25,250 | 62,833 | 25.5 |
| 2002Q2 | 6.86 | 57.3 | 25,527 | 63,625 | 26.1 |
| 2002Q3 | 4.34 | 58.9 | 24,537 | 64,185 | 24.4 |
| 2002Q4 | 4.44 | 57.3 | 24,936 | 64,185 | 25.0 |
| 2003Q1 | 3.65 | 59.1 | 25,486 | 66,264 | 24.6 |
| 2003Q2 | 2.61 | 61.1 | 25,733 | 66,906 | 24.1 |
| 2003Q3 | 3.55 | 63.0 | 26,949 | 64,663 | 24.8 |
| 2003Q4 | 3.80 | 62.5 | 27,139 | 65,982 | 25.1 |
| 2004Q1 | 3.24 | 59.7 | 26,909 | 68,469 | 24.6 |
| 2004Q2 | 3.65 | 60.2 | 27,126 | 69,582 | 24.6 |
| 2004Q3 | 5.54 | 60.9 | 25,520 | 68,380 | 25.3 |
| 2004Q4 | 5.01 | 61.3 | 25,988 | 70,205 | 25.0 |
| 2005Q1 | 4.86 | 59.3 | 26,054 | 70,275 | 24.8 |
| 2005Q2 | 5.18 | 59.5 | 26,315 | 70,974 | 24.7 |
| 2005Q3 | 5.8 | 60.2 | 28,105 | 70,690 | 26.4 |
| 2005Q4 | 5.97 | 61.1 | 29,200 | 70,337 | 27.0 |
| 2006Q1 | 5.34 | 61.8 | 28,600 | 72,946 | 26.2 |
| 2006Q2 | 5.62 | 61.0 | 27,800 | 73,990 | 25.1 |
| 2006Q3 | 3.24 | 64.2 | 26,500 | 74,225 | 23.6 |
| 2006Q4 | 5.62 | 62.0 | 29,400 | 73,150 | 26.2 |
| 2007Q1 | 4.78 | 59.9 | 28,200 | 75,645 | 24.7 |
| 2007Q2 | 4.86 | 59.2 | 28,480 | 77,098 | 24.6 |
| 2007Q3 | 4.44 | 61.4 | 29,025 | 77,639 | 24.8 |
| 2007Q4 | 4.07 | 63.3 | 28,715 | 76,149 | 24.4 |

*With possible rebate

Sources: Comerica Bank; Commerce Department; Federal Reserve

NADADATA

# New-Truck Dealerships

Sales of medium- and heavy-duty trucks (Classes 4-8) dropped to 371,100 units in 2007, a 32 percent decline from 2006. Market shares changed somewhat last year. Freightliner remained the top-selling medium- and heavy-duty truck maker, with a 20.4 percent market share. Ford secured the second spot, selling almost 71,000 units, with a 19.1 percent market share. International dropped to third, with an 18.8 percent share. GM had a slight decrease in sales, while Ford experienced an increase in units sold and market share. Import manufacturers—Isuzu, Hino, and Mitsubishi Fuso—saw gains in market share; Volvo saw a drop for the year; and Dodge was a new Class 5 entry, selling almost 600 units in 2007.

## Truck categories

Trucks are classified by gross vehicle weight

| Class 1 | 0 – 6,000 lb. |
|---------|---------------|
| Class 2 | 6,001 – 10,000 |
| Class 3 | 10,001 – 14,000 |
| Class 4 | 14,001 – 16,000 |
| Class 5 | 16,001 – 19,500 |
| Class 6 | 19,501 – 26,000 |
| Class 7 | 26,001 – 33,000 |
| Class 8 | 33,001 lb. and over |

## Number of medium- and heavy-duty truck dealerships



As of January 1, 2008

Source: American Truck Dealers

## U.S. retail sales and market share—calendar year 2007

Truck classes 4–8

| Class | 4 | 5 | 6 | 7 | 8 | Total | Percent of market |
|-------|-----|-----|-----|-----|-----|-------|-------------------|
| Freightliner | 2,218 | 737 | 11,793 | 23,672 | 37,371 | 75,791 | 20.4% |
| Ford | 28,331 | 22,647 | 14,284 | 5,574 | 0 | 70,836 | 19.1 |
| International | 802 | 1,523 | 17,966 | 19,977 | 29,675 | 69,943 | 18.8 |
| Peterbilt | 0 | 0 | 0 | 5,009 | 19,948 | 24,957 | 6.7 |
| Kenworth | 0 | 0 | 0 | 4,239 | 19,299 | 23,538 | 6.3 |
| GMC | 4,279 | 8,243 | 1,371 | 5,793 | 0 | 19,686 | 5.3 |
| Sterling | 425 | 160 | 979 | 2,655 | 12,054 | 16,273 | 4.4 |
| Volvo Truck | 0 | 0 | 0 | 0 | 16,064 | 16,064 | 4.3 |
| Chevrolet | 5,606 | 6,189 | 988 | 1,695 | 0 | 14,478 | 3.9 |
| Mack | 0 | 0 | 0 | 0 | 13,438 | 13,438 | 3.6 |
| Isuzu | 5,828 | 3,002 | 347 | 462 | 0 | 9,639 | 2.6 |
| Hino | 259 | 172 | 3,901 | 1,116 | 0 | 5,448 | 1.5 |
| Mitsubishi Fuso | 2,962 | 945 | 1,182 | 129 | 0 | 5,218 | 1.4 |
| Western Star | 0 | 0 | 0 | 0 | 2,281 | 2,281 | 0.6 |
| Nissan Diesel | 281 | 716 | 978 | 105 | 0 | 2,080 | 0.6 |
| Dodge | 0 | 588 | 0 | 0 | 0 | 588 | 0.2 |
| Other | 0 | 0 | 0 | 0 | 835 | 835 | 0.2 |
| **Total** | **50,991** | **44,922** | **53,789** | **70,426** | **150,130** | **371,093** | **100.0%** |

Source: © 2007 Ward's Communications

NADADATA

# Dealership Financial Trends

The average dealership's new-vehicle profits rose from 2001 through 2004. In 2005 the department saw the start of a significant decline in profit margins, contributing just 14.5 percent of total operating profit. In 2006 and 2007, new-vehicle department net profit posted further declines, slipping below breakeven. Larger inventories, generous consumer incentives—including value pricing—and higher floor-plan and energy costs cut into dealer profit in 2007. Total used-car profits increased, accounting for 27 percent of the average store's total operating profits. Dealerships of all sizes and makes continue to rely heavily on used-vehicle departments for profits because of modest returns on new-unit sales. Consumers find used vehicles a good value now because of better quality and durability. And financial institutions are more willing to offer competitive rates for used-vehicle purchases.

Total service and parts profits rose slightly in 2007, as gross margins improved and expenses were largely held in check. Service and parts department profits accounted for 81 percent of total dealership operating profits, up from 77 percent in 2006. Total average dealership revenue grew 5 percent last year, and the potential for future growth remains optimistic. Dealers continue to compete with independent service outlets for the less-frequent service and repairs required on newer, more sophisticated vehicles.

### New-vehicle department net profit

Average dealership, in thousands of dollars, including F&I

Source: NADA Industry Analysis Division



### Used-vehicle department net profit

Average dealership, in thousands of dollars, including F&I

Source: NADA Industry Analysis Division

### Service and parts department net profit

Average dealership, in thousands of dollars



Source: NADA Industry Analysis Division