# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | : : : | |
| THIS RELATES TO: ALL CASES | : : : : | |

## NOTICE OF APPEARANCE OF LARA E. VEBLEN TRAGER

PLEASE TAKE NOTICE that Lara E. Veblen Trager, of the firm Weil, Gotshal & Manges LLP has this day entered an appearance as counsel of record for Bridgestone Corporation and Bridgestone APM Company, in the above-captioned matter.

Dated: December 15, 2015

Respectfully submitted,

By: /s/ Lara E. Veblen Trager

Lara E. Veblen Trager
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8967
Facsimile: (212) 310-8007
lara.trager@weil.com

*Attorney for Bridgestone Corporation and Bridgestone APM Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: December 15, 2015

By: /s/ Lara E. Veblen Trager
Lara E. Veblen Trager
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8967
Facsimile: (212) 310-8007
lara.trager@weil.com

*Attorney for Bridgestone Corporation and Bridgestone APM Company*