# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE OF LARA E. VEBLEN TRAGER

PLEASE TAKE NOTICE that Lara E. Veblen Trager, of the firm Weil, Gotshal & Manges LLP has this day entered an appearance as counsel of record for Calsonic Kansei Corporation and CalsonicKansei North America, Inc., in the above-captioned matter.

Dated: December 18, 2015

Respectfully submitted,

By: /s/ Lara E. Veblen Trager

Lara E. Veblen Trager
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8967
Facsimile: (212) 310-8007
lara.trager@weil.com

*Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2015, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: December 18, 2015        By: /s/ Lara E. Veblen Trager
      Lara E. Veblen Trager
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153-0119
      Telephone: (212) 310-8967
      Facsimile: (212) 310-8007
      lara.trager@weil.com

      *Attorney for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*