# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| All Cases | : : : : : : : : : |
| THIS DOCUMENT RELATES TO:<br><br>All Dealership Actions | : : : |

## INDEX OF EXHIBITS

**Exhibit 1**  May 26, 2015 Telephonic Hearing Transcript

**Exhibit 2**  January 28, 2015 Status Conference Transcript

**Exhibit 3**  Notice of Intent to Serve Subpoenas

**Exhibit 4**  Notice of Intent to Serve Subpoenas

**Exhibit 5**  December 18, 2015 Kass Letter – Highly Confidential