# EXHIBIT 1

1  I'm sorry I didn't mention it.
2           Ms. Romanenko -- or I guess Mr. Williams, we will
3  start with you.  Any other issues that I have missed?
4           MR. WILLIAMS:  No, Special Master Esshaki.  The
5  issues you raised and Ms. Sullivan raised we believe are all
6  the issues.
7           MASTER ESSHAKI:  All right.  Ms. Romanenko, would
8  you agree?
9           MS. ROMANENKO:  Your Honor, I agree.
10          MASTER ESSHAKI:  All right.  And then,
11 Mr. McMillan, would you agree?
12          MR. McMILLAN:  Yes.
13          MASTER ESSHAKI:  Okay.  Ms. Sullivan, I'm going to
14 task you with drafting the final order and you don't have to
15 do it until you receive the transcript of this conference,
16 but I do not need oral argument on this.  I recall quite
17 vividly the discussions or those items that were not
18 discussed and I am ready to make a ruling on them, so I don't
19 want to spend a whole lot of time with oral argument because
20 I don't believe it was necessary.  I realize that there was
21 confusion caused in a great deal by myself because we were
22 sort of having a free-for-all discussion, and next time I
23 will make sure that I guard against that.
24          So starting from the top, we did not discuss at the
25 status conference the 30(b)(6) -- the length of the

*1*   deposition of the 30(b)(6) and I do think that under the
*2*   circumstances because this is going to be a relatively
*3*   limited area we do not need to put these people through a
*4*   ten-hour day, and I'm going to rule that on that 30(b)(6) for
*5*   those dealers you get seven hours for the defendants and one
*6*   hour for the plaintiffs.
*7*          All right.  The other thing is with respect to who
*8*   can examine, I'm going to permit more than one attorney to
*9*   examine but no more than three for the defendants.
*10*         Now, with respect to the issue of the template, I
*11*  was attempting to follow Judge Battani's instructions at the
*12*  January conference where she indicated a template for a
*13*  deposition protocol should be prepared that can be utilized
*14*  in all cases because auto dealers and end payors are going to
*15*  be deposed only once.  And so at the hearing instead of
*16*  saying that there is going to be one template I indicated
*17*  that there was going to be two, that because the wire harness
*18*  cases were so advanced I wanted to get that template done and
*19*  in place so the depositions could commence.
*20*         I did not mean to imply that there would be a new
*21*  template for every other part.  There is going to be a second
*22*  template that will be utilized, and you can take additional
*23*  time to negotiate that, and I distinctly remember and it is
*24*  in the record, I said you can tweak this second template
*25*  using the first template to get a second template for the