**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Dealership Actions | |

**DEALERHIP PLAINTIFFS' EX PARTE MOTION FOR LEAVE**
**TO FILE A REPLY MEMORANDUM NOT TO EXCEED 36 PAGES**
**<u>IN FURTHER SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER</u>**

Pursuant to Local Rule 7.1(a)(3), Dealership Plaintiffs submit this *Ex Parte* Motion for Leave to File a Reply Memorandum Not to Exceed 36 Pages in Further Support of Their Motion for Protective Order as to Dealership Plaintiffs' Depositions. Dealership Plaintiffs seek leave to file a reply memorandum of up to 36 pages (in 12 point font).

In support of their motion for leave to file a reply memorandum not to exceed 36 pages, Dealership Plaintiffs state as follows:

1. Local Rule 7.1(d)(3) provides for a 7-page limit for reply briefs. Judge Battani's Practice Guidelines provide for a 5-page limit when 12 point font is used.

2. Dealership Plaintiffs' Reply Memorandum provides responses to arguments made in Defendants in their 44-page Opposition Memorandum, which covers thirteen topics, numerous sub-topics and certain new issues. Extra pages sought are necessary for Dealership Plaintiffs to fully and accurately respond to Defendants' various arguments.

3. Dealership Plaintiffs attempted to limit the pages of their memorandum without sacrificing clarity and/or its ability to address the factual and legal issue in Defendants' brief. Dealership Plaintiffs need 36 pages in order to cogently address Defendants' arguments.

5. The Court and the Master have shown a willingness to extend page length when necessary to fully address the relevant issues.

6. The Court has previously permitted Defendants to file reply briefs that were 35 pages in length, in support of their motions to dismiss.

7. Due to the extreme importance of the issues, as well as the rights and burdens at play, Plaintiffs believe that it is imperative that they be permitted to fully set forth their position to the Master.

For the reasons set forth above, Dealership Plaintiffs respectfully request that the Master enter an Order granting Dealership Plaintiffs' *Ex Parte* Motion for Leave to File a Reply Memorandum Not to Exceed 36 Pages.

Date:  December 23, 2015                           Respectfully submitted,

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Yifei Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

*s/ Shawn M. Raiter*
Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*/s/ Don Barrett*
Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628


dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

*Interim Co-Lead Class Counsel for the Proposed Automobile Dealer Plaintiff Classes*

*/s/ Gerard V. Mantese*
Gerard V. Mantese
David Hansma
Joshua Lushnat
**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
gmantese@manteselaw.com
dhansma@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for the Proposed Automobile Dealer Plaintiff Class*

4

## CERTIFICATE OF SERVICE

       I hereby certify that on December 23, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                               _/s/_ Jonathan W. Cuneo
                                               Jonathan W. Cuneo
                                               Joel Davidow
                                               Daniel Cohen
                                               Victoria Romanenko
                                               Evelyn Li
                                               **Cuneo Gilbert & LaDuca, LLP**
                                               507 C Street, N.E.
                                               Washington, DC 20002
                                               Telephone: (202) 789-3960
                                               jonc@cuneolaw.com
                                               joel@cuneolaw.com
                                               danielc@cuneolaw.com
                                               vicky@cuneolaw.com
                                               evelyn@cuneolaw.com