**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | :    Master File No. 12-md-02311 <br> :    Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | :    2:12-md-02311-MOB-MKM <br> : <br> : <br> : <br> : <br> : |
| THIS DOCUMENT RELATES TO: <br><br> All Dealership Actions | : <br> : <br> : <br> : <br> : <br> : |

[PROPOSED] ORDER
GRANTING DEALERSHIP PLAINTIFFS'
*EX PARTE* MOTION FOR EXTENSION OF PAGES

_____

Upon consideration of Automobile Dealership Plaintiffs' ("Dealership Plaintiffs")

Motion for Leave to File a Reply Memorandum Not to Exceed 36 Pages in Support of Their

Motion for Protective Order, which seeks leave to file a reply memorandum not to exceed 36

pages in 12 point font in further support of their motion, the Court finding good cause having

been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' motion is GRANTED.

IT IS SO ORDERED

Dated: _____, 2015     _____

                                              Master Gene J. Esshaki