**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER WITHDRAWING APPEARANCE

Notice has been filed regarding the withdrawal of Joshua S. Press of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO International America, Inc. Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

**The Law Office of attorney Joshua S. Press shall remove attorney Press as attorney of record in the following cases through CM/ECF:**

12-md-02311-MOB-MKM

12-cv-00100-MOB-MKM

12-cv-00101-MOB-MKM

12-cv-00102-MOB-MKM

12-cv-00103-MOB-MKM

12-cv-00106-MOB-MKM

12-cv-00300-MOB-MKM

12-cv-00301-MOB-MKM

12-cv-00302-MOB-MKM

12-cv-00303-MOB-MKM

13-cv-01500-MOB-MKM

13-cv-01502-MOB-MKM

13-cv-01503-MOB-MKM

Date:  December 23, 2015                         s/Marianne O. Battani
                                                                     MARIANNE O. BATTANI
                                                                     United States District Judge