# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
| | : | Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: | : | |
| All Dealership Actions | : | |

## ORDER
## GRANTING DEALERSHIP PLAINTIFFS'
## *EX PARTE* MOTION FOR EXTENSION OF PAGES
_____

Upon consideration of Automobile Dealership Plaintiffs' ("Dealership Plaintiffs") Motion for Leave to File a Reply Memorandum Not to Exceed 36 Pages in Support of Their Motion for Protective Order (Case No. 2:12-md-02311-MOB-MKM Dkt. # 1166 ), which seeks leave to file a reply memorandum not to exceed 36 pages in 12 point font in further support of their motion, the Court finding good cause having been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' motion is GRANTED.

Pursuant to the Court's Order dated August 29, 2014, the Special Master's rulings as set forth herein, are appealable to Judge Marianne O. Battani within 21 days of this Order.

IT IS SO ORDERED

Dated: December 29, 2015                /s/ Gene J. Esshaki_____
                                        Master Gene J. Esshaki

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 29, 2015.

s/ Kay Doaks
Case Manager