**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Instrument Panel Clusters | : | 2:12-cv-00202 |
| In Re: Fuel Senders | : | 2:12-cv-00302 |
| In Re: Heater Control Panels | : | 2:12-cv-00402 |
| In Re: Alternators | : | 2:13-cv-00702 |
| In Re: Windshield Wiper Systems | : | 2:13-cv-00902 |
| In Re: Radiators | : | 2:13-cv-01002 |
| In Re: Starters | : | 2:13-cv-01102 |
| In Re: Ignition Coils | : | 2:13-cv-01402 |
| In Re: Motor Generators | : | 2:13-cv-01502 |
| In Re: HID Ballasts | : | 2:13-cv-01702 |
| In Re: Inverters | : | 2:13-cv-01802 |
| In Re: Fuel Injection Systems | : | 2:13-cv-02202 |
| In Re: Power Window Motors | : | 2:13-cv-02302 |
| In Re: Automatic Fluid Transmission Warmers | : | 2:13-cv-02402 |
| In Re: Valve Timing Control Devices | : | 2:13-cv-02502 |
| In Re: Air Conditioning Systems | : | 2:13-cv-02702 |
| In Re: Windshield Washer Systems | : | 2:13-cv-02802 |
| In Re: Spark Plugs | : | 2:15-cv-03002 |
| THIS DOCUMENT RELATES TO: DEALERSHIP ACTIONS | : : : : | |

**NOTICE OF WITHDRAWAL OF AUTO DEALERSHIP PLAINTIFFS'**
**MOTION TO CONSOLIDATE CLAIMS AND AMEND COMPLAINTS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On December 19, 2015, Dealership Plaintiffs filed a motion seeking to consolidate their claims in the above-captioned automobile dealership class cases. *See* Sealed Motion to Consolidate Claims and Amend Complaints by Dealership Plaintiffs, ECF No. 1162, 2:12-md-02311-MOB-MKM; Motion to Consolidate Claims and Amend Complaints by Auto-

1

Dealer Plaintiffs, ECF No. 1163, 2:12-md-02311-MOB-MKM. Plaintiffs filed these documents as a result of the Stipulation and Order Regarding End-Payor and Automobile Dealership Plaintiffs' Motion to Consolidate Claims and Amend Complaints filed in the lead cases for the parts identified above on December 17, 2015.

After filing this motion, Ms. KaMyra Doaks, Case Manager, notified Class Counsel for Dealership Plaintiffs that the motion and accompanying documents were improperly filed on the 2:12-md-02311 docket; she further instructed Class Counsel to withdraw the motion from that docket, and to re-file it on the relevant dealership class action dockets with corrected case numbers.

Accordingly, Dealership Plaintiffs withdraw their Motion to Consolidate Claims and Amend Complaint from the 2:12-md-02311 docket, and advise that they will correct the identified case numbers and refile in the following dockets:

(a) *In Re: Instrument Panel Clusters*, Case 2:12-cv-00202;

(b) *In Re: Fuel Senders*, Case 2:12-cv-00302;

(c) *In Re: Heater Control Panels*, Case 2:12-cv-00402;

(d) *In Re: Alternators*, Case 2:13-cv-00702;

(e) *In Re: Windshield Wiper Systems*, Case 2:13-cv-00902;

(f) *In Re: Radiators*, Case 2:13-cv-01002;

(g) *In Re: Starters*, Case 2:13-cv-01102;

(h) *In Re: Ignition Coils*, Case 2:13-cv-01402;

(i) *In Re: Motor Generators*, Case 2:13-cv-01502;

(j) *In Re: HID Ballasts*, Case 2:13-cv-01702;

(k) *In Re: Inverters*, Case 2:13-cv-01802;

    (l)    *In Re: Fuel Injection Systems*, Case 2:13-cv-02202;

    (m)    *In Re: Power Window Motors*, Case 2:13-cv-02302;

    (n)    *In Re: Automatic Fluid Transmission Warmers*, Case 2:13-cv-02402;

    (o)    *In Re: Valve Timing Control Devices*, Case 2:13-cv-02502;

    (p)    *In Re: Air Conditioning Systems*, Case 2:13-cv-02702;

    (q)    *In Re: Windshield Washer Systems*, Case 2:13-cv-02802; and

    (r)    *In Re: Spark Plugs*, Case 2:15-cv-03002.

Date: January 7, 2016                                Respectfully submitted,

                                                            */s/* Jonathan W. Cuneo

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834-2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:   (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for  Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I caused the foregoing NOTICE OF WITHDRAWAL OF AUTO DEALERSHIP PLAINTIFFS' MOTION TO CONSOLIDATE CLAIMS AND AMEND COMPLAINTS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo