# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION           MASTER FILE NO. 12-md-02311

_____

In Re: Wire Harness Systems           12-cv-02311
_____           12-cv-00102

THIS DOCUMENT RELATES TO:

Dealership Actions

_____/

## ORDER TO STRIKE DOCUMENT IN 12-2311 AND FILE IN 12-102

The September 29, 2015 Order Granting Automobile Dealer Plaintiff Holzhauer Auto and Truck Sales, Inc.'s Rule 21 Motion to be Dropped as a Named Plaintiff and Proposed Class Member, Document No. 1113, filed in 12-md-02311, should have been filed in 12-cv-00102.

Now, therefore, **IT IS HEREBY ORDERED** that Document No. 1113 in 12-md-02311 is stricken from the record, and the Clerk of Court is directed to annotate the record to indicate that the Order is stricken. The Order is to be filed *nunc pro tunc* in 12-cv-00102. In addition, the Clerk of the Court is directed to annotate the Order as resolving Doc. Nos. 344 and 345 in 12-cv-00102.

**IT IS SO ORDERED.**

Date:   January 11, 2016                                s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 11, 2016.

                                                        s/ Kay Doaks
                                                        Case Manager