# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End Payor Actions | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
OBJECTION TO, AND MOTION TO MODIFY THE SPECIAL
MASTER'S ORDER GRANTING IN PART AND DENYING IN PART
AUTO DEALER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
CONCERNING RULE 30(B)(6) DEPOSITIONS OF AUTO DEALER PLAINTIFFS**

**INDEX OF EXHIBITS**

EXHIBIT 1    Proposed Order Reversing in Part the Special Master's Order Granting in Part and Denying in Part Auto Dealer Plaintiffs' Motion for Protective Order Concerning Rule 30(B)(6) Depositions of Auto Dealer Plaintiffs (Submitted separately in .doc format)

EXHIBIT 2    Revised 30(b)(6) Notice of Deposition