**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |

_____

ALL PARTS

_____

THIS RELATES TO: ALL CASES

)
)
)
)
)
)
)
)

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Plaintiffs, All European

Auto Supply, Inc. and McGuire Bearing Co., in the above captioned matter.

_/s/ David A. Young_____
David A. Young
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Email: dyoung@cohenmilstein.com

Dated:  January 14, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

*/s/ David A. Young*
David A. Young