UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

THIS DOCUMENT RELATES TO:

HON. MARIANNE O. BATTANI

_____

## AGENDA FOR JANUARY 20, 2016 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   ALL ACTIONS IN MDL 2311**

  A.   Status of Settlements (*See also* Status Report, § I).

   1. Preliminary Approval of Fujikura and Sumitomo Settlements

   2. End-Payor Plaintiffs' Motion to Disseminate Notice.

  B.   Status of Dismissal of Public Entity Plaintiffs in *Wire Harnesses*

  C.   Motions to Consolidate Claims and Amend Complaint

   1. End-Payor Plaintiffs' Motion to Consolidate Claims and Amend Complaint.

   2. Automobile Dealer Plaintiffs' Motion to Consolidate Claims and Amend Complaint.

  D.   Status of Discovery in Parts Where Stay Has Been Lifted

## II. DATE FOR NEXT STATUS CONFERENCE

    A.    The next Status Conference is scheduled for May 11, 2016, at 10:00 a.m.

    B.    Scheduling of subsequent Status Conference

## III. OTHER MATTERS

Any party interested in any part should appear.

## IV. MOTION HEARINGS

    **A. WIRE HARNESS**

        1.    End-Payor Plaintiffs' Motion to Adjust Class Certification Schedules in Wire Harness, Bearings and Anti-Vibration Rubber Parts.

        2.    Automobile Dealer Plaintiffs' Concurrence in End Payor Plaintiffs' Motion to Adjust Class Certification Schedules in Wire Harness, Bearings and Anti-Vibration Rubber Parts.

        3.    Defendants' Objections to, and Motion to Reverse in Part and Modify, the Special Master's September 3, 2015 Order (See Doc. Nos. 349 and 350 in 12-cv-00103).

        4.    Automobile Dealership Plaintiffs' Motion to Modify the Special Master's September 29, 2015 Order (See Doc Nos. 383 and 384 in Case No. 2:12-cv-00102-MOB-MKM).

Date: January 14, 2016              /s/ Marianne O. Battani

                                                MARIANNE O. BATTANI
                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/Ka Myra Doaks

Case Manager
