# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

12-md-02311

Honorable Marianne O. Battani

ALL PARTS

THIS RELATES TO: ALL CASES

/

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Kendall Millard, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant KYB Americas Corporation, in the above-captioned matter.

Dated: January 19, 2016

/s/ *Kendall Millard*
Kendall Millard
Indiana Bar # 25430-49
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Tel: 317-236-1313
Fax: 317-231-7433
kmillard@btlaw.com

*Attorney for Defendant*
*KYB Americas Corporation*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on January 19, 2016.  Parties may access this filing through the Court's system.

/s/ *Kendall Millard*