UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERNN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | / |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

J. Alexander Barnstead, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant KYB Americas Corporation, in the above-captioned matter.

Dated: January 19, 2016

/s/ *J. Alexander Barnstead*
J. Alexander Barnstead
Indiana Bar # 31218-49
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Tel: 317-236-1313
Fax: 317-231-7433
*Alex.Barnstead@btlaw.com*

*Attorney for Defendant
KYB Americas Corporation*

2

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on January 19, 2016.  Parties may access this filing through the Court's system.

/s/ *J. Alexander Barnstead*

DMS 3467114v1