# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS,
ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

12-md-02311
Honorable Marianne O. Battani

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Bradley R. Love, a member of good standing in this Court, hereby enters his appearance

as counsel of record on behalf of Defendant KYB Americas Corporation, in the above-captioned

matter.

Dated: January 19, 2016

/s/ Bradley R. Love
Bradley R. Love
Indiana Bar # 31180-49
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Tel: 317-236-1313
Fax: 317-231-7433
*blove@btlaw.com*

*Attorney for Defendant*
*KYB Americas Corporation*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on January 19, 2016.  Parties may access this filing through the Court's system.

/s/ *Bradley R. Love.*