**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases<br>In Re: Instrument Panel Clusters Cases<br>In Re: Fuel Senders Cases<br>In Re: Heater Control Panels Cases<br>In Re: Bearings Cases<br>In Re: Occupant Safety Systems Cases<br>In Re: Alternators Cases<br>In Re: Anti-Vibrational Rubber Parts Cases<br>In Re: Windshield Wipers Cases<br>In Re: Radiators Cases<br>In Re: Starters Cases<br>In Re: Automotive Lamps Cases<br>In Re: Switches Cases<br>In Re: Ignition Coils Cases<br>In Re: Motor Generator Cases<br>In Re: Steering Angle Sensors<br>In Re: HIB Ballasts Cases<br>In Re: Inverters Cases<br>In Re: Electronic Powered Steering Assemblies Cases<br>In Re: Air Flow Meters Cases<br>In Re: Fan Motors Cases<br>In Re: Fuel Injection Systems Cases<br>In Re: Power Window Motors Cases<br>In Re: Automatic Transmission Fluid Warmers Cases<br>In Re: Valve Timing Control Devices Cases<br>In Re: Electronic Throttle Bodies Cases<br>In Re: Air Conditioning Systems Cases<br>In Re: Windshield Washer Systems Cases<br>In Re: Constant Velocity Joint Boot Products Cases | Case No.:<br><br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00202-MOB-MKM<br>2:12-cv-00302-MOB-MKM<br>2:12-cv-00402-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00602-MOB-MKM<br>2:13-cv-00702-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00902-MOB-MKM<br>2:13-cv-01002-MOB-MKM<br>2:13-cv-01102-MOB-MKM<br>2:13-cv-01202-MOB-MKM<br>2:13-cv-01302-MOB-MKM<br>2:13-cv-01402-MOB-MKM<br>2:13-cv-01502-MOB-MKM<br>2:13-cv-01602-MOB-MKM<br>2:13-cv-01702-MOB-MKM<br>2:13-cv-01802-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-02002-MOB-MKM<br>2:13-cv-02102-MOB-MKM<br>2:13-cv-02202-MOB-MKM<br>2:13-cv-02302-MOB-MKM<br>2:13-cv-02402-MOB-MKM<br>2:13-cv-02502-MOB-MKM<br>2:13-cv-02602-MOB-MKM<br>2:13-cv-02702-MOB-MKM<br>2:13-cv-02802-MOB-MKM<br>2:13-cv-02902-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>Dealership Action Cases | |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

Please enter my Appearance as attorney for and on behalf of Auto Dealer Plaintiffs in the above captioned matter.

Dated:  January 19, 2016                                  Respectfully submitted,

                                                           _/s/ Brian Herrington_
                                                           Brian Herrington
                                                           **HERRINGTON LAW, P.A.**
                                                           1174 Martingale Drive
                                                           Jackson, MS 39206
                                                           Telephone: (601) 376-9331
                                                           brian@herringtonlawpa.com

## CERTIFICATE OF SERVICE

I, Brian Herrington, hereby certify that on January 19, 2016, I filed this document via CM/ECF, which will provide notice to all counsel of record.

                                                           /s/ _Brian Herrington_
                                                           Brian Herrington
                                                           **HERRINGTON LAW, P.A.**
                                                           1174 Martingale Drive
                                                           Jackson, MS 39206
                                                           Telephone: (601) 376-9331
                                                           brian@herringtonlawpa.com