# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Proposed Order |
| **Exhibit 2** | Uniform Subpoena Served on Nissan North America Inc. |
| **Exhibit 3** | January 28, 2015 Status Conference Transcript |
| **Exhibit 4** | November 9, 2015 Order |
| **Exhibit 5** | Isuzu's Responses and Objections to the uniform Subpoena (Highly Confidential) |
| **Exhibit 6** | Ford's Responses and Objections to the uniform Subpoena (Highly Confidential) |
| **Exhibit 7** | December 18, 2015 SSEs Letter |
| **Exhibit 8** | In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, Case No. 10ML02151 (C.D. Cal. June 1, 2010), Order No. 3 |
| **Exhibit 9** | End-Payor Plaintiffs' First Request for Production of Documents to All Defendants |
| **Exhibit 10** | Automobile Dealership Plaintiffs' First Set of Requests for Production of Documents to All Defendants |
| **Exhibit 11** | July 2, 2014 Maltas Letter |
| **Exhibit 12** | July 14, 2014 Donovan Email |