# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: All Auto Parts Cases** | 2:12-MD-02311-MOB-MKM |
| **THIS DOCUMENT RELATES TO:**<br>**ALL AUTO PARTS CASES** | |

**[PROPOSED] ORDER GRANTING CERTAIN SERVING PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS**

Upon consideration of Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers, and the memorandum filed in support thereof, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. Within Thirty (30) days from the date of this Order, the Non-Party Original Equipment Manufacturers that are subject to this Motion shall produce all data responsive to requests No. 27 and No. 31 in the Subpoena served on them by the Serving Parties.

3. Within Sixty (60) days from the date of this Order, the Non-Party Original Equipment Manufacturers that are subject to this Motion shall produce all documents responsive to requests No. 27 and No. 31 in the Subpoena served on them by the Serving Parties.

IT IS SO ORDERED.

Dated: _____, 2016    _____
                                               Master Gene J. Esshaki