# EXHIBIT 3

```
 1            MR. WILLIAMS:  That's correct.
 2            THE COURT:  They submitted, excuse me?
 3            MR. WILLIAMS:  Yes.  Thank you.
 4            THE COURT:  Any defendant want to speak on that?
 5            (No response.)
 6            THE COURT:  Okay.  Let's follow that same protocol
 7   then as to the defendants, if you would submit to the
 8   plaintiffs all the documents that you gave to the DOJ.
 9            The Government also says that the deposition
10   discovery may proceed on wire harness, fuel sender, heating
11   control panels, instrument panel clusters, bearings, occupant
12   safety systems and anti-vibration rubber parts.
13   Mr. Williams?
14            MR. WILLIAMS:  Thank you, Your Honor.  I don't have
15   a comment on the deposition discovery, I think that is
16   something we would need to address in light of what we have
17   talked about concerning the deposition protocol and timing
18   because I know some of those cases don't yet have motion to
19   dismiss decisions.
20            I wanted to though step back a moment to the
21   Department of Justice documents and see if we can set a
22   deadline for those productions, and also to confirm that, as
23   was done before, that would include translations of documents
24   that were provided by defendants to the department.
25            THE COURT:  How much time did we give defendants in
```

```
 1   the first four parts, do you recall?
 2            MR. WILLIAMS:  I have a recollection, I'm not
 3   certain but it was about 90 days.
 4            THE COURT:  Defendants, any comment?  Do you think
 5   90 days is sufficient?
 6            (No response.)
 7            THE COURT:  Okay.  90 days.
 8            MS. STORK:  Your Honor, Anita Stork.
 9            I'm just asking for clarification.  90 days for the
10   later cases from what triggering date?
11            THE COURT:  From what?
12            MS. STORK:  What triggering date?
13            THE COURT:  Let's say 90 days from now, from today.
14            MS. STORK:  Or is it finish of rulings on motions
15   to dismiss because there are a number of cases that just
16   started?
17            THE COURT:  No, no, no, just 90 days from today,
18   not from motions to dismiss.
19            MR. HANSEL:  Greg Hansel for the direct purchasers,
20   Your Honor.
21            The direct purchasers have conferred with the
22   end payers and the auto dealers, and we are -- in light of
23   the DOJ's new, you know, comments on their stay, we are
24   working on a discovery plan for the next three cases after
25   wire harness, which are instrument panel clusters, heater
```