# EXHIBIT 12

# Vicky Romanenko

| | |
|---|---|
| **From:** | Donovan, David P <David.Donovan@wilmerhale.com> |
| **Sent:** | Monday, July 14, 2014 3:53 PM |
| **To:** | Vicky Romanenko; Cherry, Steven; Kastorf, Kurt G.; Smith, Brian C.; Press, Joshua |
| **Cc:** | Demetrius Lambrinos; Michael E. Moskovitz |
| **Subject:** | RE: Wire Harness |
| **Attachments:** | DENSO Letter to Plaintiffs July 14, 2014.pdf |

Vicky,

In response to your e-mail of Saturday afternoon, I believe we had already agreed (or at least intended to convey our agreement) to your proposal on temporal scope with respect to each of the items you listed:

We have agreed to produce bid files, RFQs, and bid negotiation documents for RFQs issued/responded to up to 10/31/2011. Please see our letter of July 8, 2014 to you.

AD RFP 11: We also have agreed to produce responsive, non-privileged documents (if any) through 10/31/2011. See our letter of July 8, 2014.

EPP RFP No. 52: See our letter to Demetrius Lambrinos sent earlier today (copy attached). If any responsive, nonprivileged documents are located, we will produce them up to 10/31/2011.

Documents concerning "concealment": See our letter to Demetrius Lambrinos referenced above. It is not clear which specific discovery request you are referring to, but DENSO will produce any non-privileged documents we locate during the course of our search that are responsive to your requests concerning "concealment" of the conduct with respect to Body ECUs described by plaintiffs' complaints.

Please let me know if you have any further questions.


**David P. Donovan | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6868 (t)
+1 202 663 6363 (f)
david.donovan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Vicky Romanenko [mailto:Vicky@cuneolaw.com]
**Sent:** Monday, July 14, 2014 3:19 PM
**To:** Donovan, David P; Cherry, Steven; Kastorf, Kurt G.; Smith, Brian C.; Press, Joshua
**Cc:** Demetrius Lambrinos; Michael E. Moskovitz
**Subject:** RE: Wire Harness

Counsel,

I am circling back on the below.  Can you let us know Denso's position?

**From:** Donovan, David P [mailto:David.Donovan@wilmerhale.com]
**Sent:** Sunday, July 13, 2014 4:28 PM
**To:** Vicky Romanenko; Cherry, Steven; Kastorf, Kurt G.; Smith, Brian C.; Press, Joshua
**Cc:** Demetrius Lambrinos; Michael E. Moskovitz
**Subject:** RE: Wire Harness

Vicky – we will get you a response on all this tomorrow.  I think we will be able to resolve this.

**David P. Donovan | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6868 (t)
+1 202 663 6363 (f)
david.donovan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Vicky Romanenko [mailto:Vicky@cuneolaw.com]
**Sent:** Saturday, July 12, 2014 2:24 PM
**To:** Cherry, Steven; Kastorf, Kurt G.; Donovan, David P; Smith, Brian C.; Press, Joshua
**Cc:** Demetrius Lambrinos; Michael E. Moskovitz
**Subject:** Wire Harness

Counsel,

Having reviewed your position regarding temporal scope for document production, End-Payors and Dealership Plaintiffs offer one final compromise.

We request that Denso agree to produce the following documents for the period of February 23, 2010-October 31, 2011:

Bid files for RFQs issued or responded to after February 23, 2010, documents responsive to AD RFP 11 and EPP RFP 52, RFQs and bid-negotiation documents after February 23, 2010, and documents concerning concealment.

Victoria Romanenko, Esquire
Cuneo Gilbert & LaDuca

2

507 C St. NE
Washington D.C. 20002
Phone: (202) 449-3958


The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.