UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-2311 (Doc. #1185, 1187, 1186)
_____/

ORDER OF REFERENCE

The Court **REFERS** the matter set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

Joint Motion to Compel Discovery from non-Party Original Equipment Manufactures (doc. #1185)

SEALED Motion to Compel by Auto-Dealer Plaintiffs (doc. #1187)

Motion to Compel (doc. #1188)

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTION TO :**

**Gene Esshaki**
**Abbot Nicholson, P.C.**
**300 River Place, Suite 3000**
**Detroit, MI 48207-4225**

Date: January 21, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 21, 2016

s/ Kay Doaks
Case Manager