# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO: ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF BENJAMIN CHAPIN

PLEASE TAKE NOTICE that Benjamin Chapin of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: January 22, 2016

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  /s/ Benjamin Chapin
Benjamin Chapin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6610
benjamin.chapin@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2016, I caused the foregoing Notice of Appearance of Benjamin Chapin to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:  /*s*/ Benjamin Chapin
Benjamin Chapin
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6610
benjamin.chapin@wilmerhale.com