**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Dealership Actions : | |

## INDEX OF EXHIBITS

**Exhibit 1**      January 28, 2015 Status Conference Transcript

**Exhibit 2**      May 26, 2015 Telephonic Hearing Transcript

**Exhibit 3**      December 30, 2015 Email Exchange

**Exhibit 4**      October 16, 2014 Order

1