# EXHIBIT 2

```
 1  I'm sorry I didn't mention it.
 2          Ms. Romanenko -- or I guess Mr. Williams, we will
 3  start with you.  Any other issues that I have missed?
 4          MR. WILLIAMS:  No, Special Master Esshaki.  The
 5  issues you raised and Ms. Sullivan raised we believe are all
 6  the issues.
 7          MASTER ESSHAKI:  All right.  Ms. Romanenko, would
 8  you agree?
 9          MS. ROMANENKO:  Your Honor, I agree.
10          MASTER ESSHAKI:  All right.  And then,
11  Mr. McMillan, would you agree?
12          MR. McMILLAN:  Yes.
13          MASTER ESSHAKI:  Okay.  Ms. Sullivan, I'm going to
14  task you with drafting the final order and you don't have to
15  do it until you receive the transcript of this conference,
16  but I do not need oral argument on this.  I recall quite
17  vividly the discussions or those items that were not
18  discussed and I am ready to make a ruling on them, so I don't
19  want to spend a whole lot of time with oral argument because
20  I don't believe it was necessary.  I realize that there was
21  confusion caused in a great deal by myself because we were
22  sort of having a free-for-all discussion, and next time I
23  will make sure that I guard against that.
24          So starting from the top, we did not discuss at the
25  status conference the 30(b)(6) -- the length of the
```

1 deposition of the 30(b)(6) and I do think that under the
2 circumstances because this is going to be a relatively
3 limited area we do not need to put these people through a
4 ten-hour day, and I'm going to rule that on that 30(b)(6) for
5 those dealers you get seven hours for the defendants and one
6 hour for the plaintiffs.
7 All right. The other thing is with respect to who
8 can examine, I'm going to permit more than one attorney to
9 examine but no more than three for the defendants.
10 Now, with respect to the issue of the template, I
11 was attempting to follow Judge Battani's instructions at the
12 January conference where she indicated a template for a
13 deposition protocol should be prepared that can be utilized
14 in all cases because auto dealers and end payors are going to
15 be deposed only once. And so at the hearing instead of
16 saying that there is going to be one template I indicated
17 that there was going to be two, that because the wire harness
18 cases were so advanced I wanted to get that template done and
19 in place so the depositions could commence.
20 I did not mean to imply that there would be a new
21 template for every other part. There is going to be a second
22 template that will be utilized, and you can take additional
23 time to negotiate that, and I distinctly remember and it is
24 in the record, I said you can tweak this second template
25 using the first template to get a second template for the