**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 |
| **In Re: All Auto Parts Cases** | Honorable Marianne O. Battani |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I caused the following documents to be served on the non-parties' liaison counsel, Colin R. Kass and David Munkittrick, via electronic mail and FedEx overnight:

- Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers

I further certify that on January 21, 2016, service was made via FedEx Priority Overnight to the following:

| Family/Entity | Service Address |
|---|---|
| BMW (US) Holding Corp. | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |

| | |
|---|---|
| BMW of North America LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| BMW Manufacturing Co, LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| BMW Financial Services NA, LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| BMW US Capital, LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| Designworks/USA, Inc. | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| BMW Insurance Agency, Inc. | THE CORPORATION TRUST COMPANY,<br>820 BEAR TAVERN ROAD,<br>WEST TRENTON, NJ 08628 |

| | |
|---|---|
| BMW Bank of North America | C T CORPORATION SYSTEM<br>1108 E SOUTH UNION AVE<br>Midvale, UT 84047 |
| FCA US LLC | Colin R. Kass<br>Proskauer<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2533<br>T: (202) 416-6890<br>F: (202) 416-6899<br>C: (571) 332-7934<br>ckass@proskauer.com |
| Fiat Finance North America, Inc. | Colin R. Kass<br>Proskauer<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2533<br>T: (202) 416-6890<br>F: (202) 416-6899<br>C: (571) 332-7934<br>ckass@proskauer.com |
| Chrysler Transport Inc., company now know as Old Carco Transport, Inc. | Colin R. Kass<br>Proskauer<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2533<br>T: (202) 416-6890<br>F: (202) 416-6899<br>C: (571) 332-7934<br>ckass@proskauer.com |
| Mercedes-Benz U.S. International, Inc. | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |

| | |
|---|---|
| Mercedes-Benz USA, LLC | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Daimler Trucks North America LLC | C T CORPORATION SYSTEM<br>388 STATE ST STE 420<br>SALEM, OR 97301 |
| Mitsubishi Fuso Truck of America, Inc. | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Thomas Built Buses, Inc. | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Western Star Trucks Sales, Inc. | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Daimler Vans USA LLC | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |

| | |
|---|---|
| Daimler Vans Manufacturing, LLC | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Freightliner Custom Chassis Corporation | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Mercedes-Benz Financial Services USA LLC | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Mercedes-Benz Credit Corporation | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Daimler North America Corporation (MI) | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |

| | |
|---|---|
| Daimler North America Corporation (NJ) | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Mercedes-Benz Research & Development North America, Inc. (CA) | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Mercedes-Benz Research & Development North America, Inc. (MI) | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Mercedes-Benz Advanced Design of North America Inc. | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| Daimler Purchasing Coordination Corporation | Dominic Surprenant<br>Quinn Emanuel<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>310.699.1600 Cell<br>213.443.3166 Office (direct line)<br>ds@quinnemanuel.com |
| General Motors Company | The Corporation Company<br>30600 Telegraph Road Ste 2345<br>Bingham Farms, MI 48025 |

| | |
|---|---|
| MB Technology | Stephen Bumgarner<br>Burr & Forman LLP<br>420 North 20th Street,Suite 3400<br>Birmingham, AL 35203<br>(205) 458-5355<br>(205) 244-5611<br>sbumgarner@burr.com |
| Americredit Financial Services, Inc. d/b/a General Motors Financial Company, Inc. | Corporation Service Company d/b/a CSC-Lawyers Inc.<br>211 E. 7th Street Suite 620<br>Austin, TX 78701 |
| General Motors Holdings LLC | CSC-LAWYERS INCORPORATING SERVICE,<br>601 ABBOT ROAD,<br>EAST LANSING, MI 48823 |
| General Motors LLC | CSC-Lawyers Incorporating Service (Company)<br>601 Abbot Road<br>East Lansing, MI 48823 |
| American Honda Motor Company, Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda North America, Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |

| | |
|---|---|
| Honda of America Mfg. Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda of South Carolina Mfg., Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda Manufacturing of Indiana, LLC | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda Precision Parts of Georgia, LLC | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda Transmission Manufacturing of America, Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |

| | |
|---|---|
| American Honda Finance Corporation | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda Research Institute USA, Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Honda R&D Americas, Inc. | Justina Sessions<br>Dan Purcell<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel. (415) 676-2293<br>(415) 397-7188<br>jsessions@kvn.com |
| Hyundai Motor America | Shon Morgan<br>Quinn Emanuel<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017-2543<br>213-443-3000 (phone)<br>shonmorgan@quinnemanuel.com |
| Kia Motors America, Inc. | Susan R. Peck<br>Lee, Hong, Degerman, Kang & Waimey<br>A Professional Corporation<br>3501 Jamboree Road<br>Suite 6000<br>Newport Beach, California 92660<br>Telephone: (949) 250-9954<br>Cell Phone: (949) 302-6347 |

| | |
|---|---|
| Hyundai Capital America | Susan R. Peck<br>Lee, Hong, Degerman, Kang & Waimey<br>A Professional Corporation<br>3501 Jamboree Road<br>Suite 6000<br>Newport Beach, California 92660<br>Telephone: (949) 250-9954<br>Cell Phone: (949) 302-6347 |
| Hyundai Motor Manufacturing Alabama LLC | Meredith Kingsley<br>Alston & Bird<br>1201 West Peachtree St<br>Atlanta, GA 30309-3424<br>Office:    404-881-7172<br>Main: 404-881-7000<br>Mobile: 404-831-7172<br>Fax:    404-253-8690<br>peter.kontio@alston.com |
| Kia Motors Manufacturing Georgia, Inc. | Alston & Bird LLP<br>Attn: Peter Kontio and/or Meredith Kingsley<br>1201 West Peachtree St<br>Atlanta, GA 30309-3424<br>Office:    404-881-7172<br>Main: 404-881-7000<br>Mobile: 404-831-7172<br>Fax:    404-253-8690<br>peter.kontio@alston.com |
| Hyundai America Technical Center, Inc. (HATCI) | Alston & Bird LLP<br>Attn: Peter Kontio and/or Meredith Kingsley<br>1201 West Peachtree St<br>Atlanta, GA 30309-3424<br>Office:    404-881-7172<br>Main: 404-881-7000<br>Mobile: 404-831-7172<br>Fax:    404-253-8690<br>peter.kontio@alston.com |

| | |
|---|---|
| Hyundai Autoever America, LLC | Joseph Ashby Shon<br>Morgan Quinn<br>Emmanuel<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017-2543<br>P (213) 443-3000 |
| Jaguar Land Rover North America LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| Mitsubishi Motors North America, Inc. (MMNA) | Beth McNellie<br>emcnellie@bakerlaw.com<br>BakerHostetler<br>Capitol Square<br>65 East State Street, Suite 2100<br>Columbus, OH 43215-4260<br>T  614.462.2651<br>F  614.462.2616<br>M 614.309.4735<br>www.bakerlaw.com |
| Mitsubishi Motors Credit of America, Inc. | Beth McNellie<br>emcnellie@bakerlaw.com<br>BakerHostetler<br>Capitol Square<br>65 East State Street, Suite 2100<br>Columbus, OH 43215-4260<br>T  614.462.2651<br>F  614.462.2616<br>M 614.309.4735<br>www.bakerlaw.com |

| | |
|---|---|
| Mitsubishi Motors R & D of America, Inc. | Beth McNellie<br>emcnellie@bakerlaw.com<br>BakerHostetler<br>Capitol Square<br>65 East State Street, Suite 2100<br>Columbus, OH 43215-4260<br>T  614.462.2651<br>F  614.462.2616<br>M 614.309.4735<br>www.bakerlaw.com |
| Nissan North America, Inc. | Samuel Mendenhall<br>Kimball Anderson<br>Partner<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>D: +1 (312) 558-5755<br>F: +1 (312) 558-5700<br>smendenh@winston.com |
| Nissan Motor Acceptance Corporation | Samuel Mendenhall<br>Kimball Anderson<br>Partner<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>D: +1 (312) 558-5755<br>F: +1 (312) 558-5700<br>smendenh@winston.com |
| Nissan Design America, Inc. | Samuel Mendenhall<br>Kimball Anderson<br>Partner<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>D: +1 (312) 558-5755<br>F: +1 (312) 558-5700<br>smendenh@winston.com |

| | |
|---|---|
| Nissan Technical Center North America, Inc. | Samuel Mendenhall<br>Kimball Anderson<br>Partner<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>D: +1 (312) 558-5755<br>F: +1 (312) 558-5700<br>smendenh@winston.com |
| Nissan Diesel America, Inc. | Samuel Mendenhall<br>Kimball Anderson<br>Partner<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>D: +1 (312) 558-5755<br>F: +1 (312) 558-5700<br>smendenh@winston.com |
| Toyota Motor North America Inc. (TMNA) | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Sales, U.S.A. Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |

| | |
|---|---|
| Toyota Motor Engineering & Manufacturing North America, Inc. (TEMA) | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Manufacturing, Alabama, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Manufacturing, Indiana, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Manufacturing, Kentucky, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |

| | |
|---|---|
| Toyota Motor Manufacturing, Mississippi, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Manufacturing, Texas, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Motor Manufacturing, West Virginia, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Toyota Logistics Services, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |

| | |
|---|---|
| Calty Design Research, Inc. | Michael Schaper, Esq.<br>David Noland<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6737<br>Fax: (212) 909-6836<br>mschaper@debevoise.com<br>dbnoland@debevoise.com |
| Hino Motors Manufacturing U.S.A., Inc. | S. Thomas Wienner<br>Wienner & Gould, P.C.<br>950 W. University Dr., Ste. 350<br>Rochester, MI 48307<br>Phone: (248) 841-9400<br>Direct: (248) 841-9401<br>Fax: (248) 652-2729<br>twienner@wiennergould.com |
| Volkswagen Group of America, Inc.<br>(also d/b/a Audi of America LLC) | Timothy J. Fitzgibbon<br>Nelson Mullins<br>101 Constitution Avenue, NW<br>Suite 900<br>Washington D.C., 20001<br>tim.fitzgibbon@nelsonmullins.com<br>T: 202.712.2812<br>F: 202.712.2835 |
| VW Credit, Inc. | Timothy J. Fitzgibbon<br>Nelson Mullins<br>101 Constitution Avenue, NW<br>Suite 900<br>Washington D.C., 20001<br>tim.fitzgibbon@nelsonmullins.com<br>T: 202.712.2812<br>F: 202.712.2835 |

| | |
|---|---|
| Volkswagen Group of America Chattanooga Operations, LLC | Timothy J. Fitzgibbon<br>Nelson Mullins<br>101 Constitution Avenue, NW<br>Suite 900<br>Washington D.C., 20001<br>tim.fitzgibbon@nelsonmullins.com<br>T: 202.712.2812<br>F: 202.712.2835 |
| Volvo Cars of North America, LLC | Daniel Savrin<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726<br>(617) 951-8674<br>Fax: (617) 428-6310<br>daniel.savrin@morganlewis.com |
| Porsche Cars North America, Inc. | Audra Dial<br>William D. Meyer<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4528<br>Tel: 404.815.6307 (Audra) Tel:<br>1-404-532-6877<br>Fax: 404.541.3179<br>adial@kilpatricktownsend.com<br>bmeyer@kilpatricktownsend.com |
| Subaru of America, Inc. | Michael R. Carroll<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br>Direct 856.761.3452<br>Fax 856.761.1020<br>carrollm@ballardspahr.com \|<br>www.ballardspahr.com |

| | |
|---|---|
| Subaru Leasing Corp | Michael R. Carroll<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br>Direct 856.761.3452<br>Fax 856.761.1020<br>carrollm@ballardspahr.com \|<br>www.ballardspahr.com |
| Fuji Heavy Industries U.S.A., Inc. | Michael R. Carroll<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163<br>Direct 856.761.3452<br>Fax 856.761.1020<br>carrollm@ballardspahr.com \|<br>www.ballardspahr.com |
| Subaru of Indiana Automotive, Inc. (SIA) | Kimberly C. Metzger<br>Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200<br>317-236-2296 (direct)<br>kimberly.metzger@icemiller.com |

Dated: January 27, 2016   */s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
jonc@cuneolaw.com