# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br><br>Hon. Marianne O. Battani<br><br>**NOTICE OF FIRM NAME CHANGE** |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## NOTICE OF FIRM NAME CHANGE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that effective January 1, 2016, the firm name of **Zelle Hofmann Voelbel & Mason LLP** was changed to **Zelle LLP**. The firm's address, phone numbers, and email addresses will remain the same.

Dated: January 28, 2016           By:     */s/ Christopher T. Micheletti*
                                                Christopher T. Micheletti
                                                ZELLE LLP
                                                44 Montgomery Street, Suite 3400
                                                San Francisco, CA 94104
                                                Telephone:   (415) 693-0700
                                                Facsimile:    (415) 693-0770
                                                Email:         cmicheletti@zelle.com

                                                *Counsel for Plaintiffs Jennifer Chase, Curtis Gunnerson, Kelly Klosterman, and Darrel Senior*

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2016, I caused the foregoing **NOTICE OF FIRM NAME CHANGE** to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all interested parties registered for electronic filing.

                                                    */s/ Christopher T. Micheletti*
                                                    Christopher T. Micheletti

3269298v1