REDACTED

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO: All Dealership Actions All End Payor Actions | |

**REPLY IN SUPPORT OF DEFENDANTS'
OBJECTION TO, AND MOTION TO REVERSE IN PART AND MODIFY,
THE SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING
IN PART AUTO DEALER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
<u>CONCERNING RULE 30(B)(6) DEPOSITIONS OF AUTO DEALER PLAINTIFFS</u>**

REDACTED

## STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES

Fed. R. Civ. P. 30(b)(6)

*Dongguk Univ. v. Yale Univ.*, 270 F.R.D. 70 (D. Conn. 2010)

REDACTED

## <u>TABLE OF CONTENTS</u>

STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES ................... i

TABLE OF AUTHORITIES ........................................................................................ iii

ARGUMENT ..........................................................................................................1

I.    TOPIC 11(c) IS RELEVANT AND NOT UNDULY BURDENSOME............................1

II.   TOPICS 7, 8, AND 11(g) ARE APPROPRIATE.................................................4

III.  PREPARING A WITNESS TO TESTIFY REGARDING TOPICS 7, 8, 11(c)
      AND 11(g) WILL NOT BE UNDULY BURDENSOME AND ANY BURDEN
      WILL BE PROPORTIONAL TO THE CASE..................................................5

CONCLUSION.......................................................................................................7

REDACTED

# <u>TABLE OF AUTHORITIES</u>

Page(s)

## CASES

*Dongguk Univ. v. Yale Univ.*
        270 F.R.D. 70 (D Conn. 2010)........................................................................3, 5

*Drug Mart Pharm. v. Am. Home Prods.*,
        296 F. Supp. 2d 423 (E.D.N.Y. 2003) ...............................................................2

*In re Carbon Dioxide Industry Antitrust Litig.*,
        155 F.R.D. 209 (M.D. Fla. 1993).......................................................................2

*In re Class 8 Transmission Indirect Purchaser Antitrust Litig.*,
        Civ. Co. 11-00009-SLR, 2015 WL 6181748 (D. Del. Oct. 21, 2015)...............5

*In re JDS Uniphase Corp. Sec. Litig.*,
        No. C-02-1486 CW (EDL), 2007 WL 219857 (N.D. Cal. Jan. 29, 2007).........6

*In re Wirebound Boxes Antitrust Litig.*,
        131 F.R.D. 578 (D. Minn. 1990).........................................................................2

*Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prod., LLC*,
        No. 09-C-0916, 2011 WL 3880787 (E.D. Wis. Sept. 1, 2011)..........................6

*Prokosch v. Catalina Lighting, Inc.*,
        193 F.R.D. 633 (D. Minn. 2000).........................................................................1

*QBE Ins. Corp. v. Jorda Enters., Inc.*,
        277 F.R.D. 676 (S.D. Fla. 2012) ....................................................................3, 6

## RULES

Fed. R. Civ. P. 26.......................................................................................................6

Fed. R. Civ. P. 30(b)(6)........................................................................................1, 5, 6

# ARGUMENT

Rule 30(b)(6) depositions are highly favored because courts "are not aware of any less onerous means of assuring that the position of a corporation, that is involved in the litigation, can be fully and fairly explored." *Prokosch v. Catalina Lighting, Inc.*, 193 F.R.D. 633, 639 (D. Minn. 2000). To foreclose Defendants from seeking testimony on Topics 7, 8, 11(c), and 11(g), the burden was on the moving party—the Auto Dealers—to make a specific and particularized showing as to why preparation of, and testimony by, their representatives would be unduly burdensome. Auto Dealers failed to do that in the briefing before the Special Master and in their Opposition before the Court. The Special Master abused his discretion by granting their motion for a protective order on a record devoid of that showing, and the Court should reverse the portion of his Order on Topics 7, 8, 11(c), and 11(g) in Defendants' 30(b)(6) Notice served on Auto Dealers.

## I.      TOPIC 11(c) IS RELEVANT AND NOT UNDULY BURDENSOME

Topic 11(c) seeks information about Auto Dealers' "revenue, profit margins, and profit on new vehicles sold or leased." As Defendants explained and their experts have affirmed, this information is relevant. Defendants' Objection at 9–10 (12-md-02311, ECF. No. 1175). In their Opposition, Auto Dealers improperly suggest (Opp. at 5–6) that the burden is on Defendants to demonstrate why they need this clearly relevant information when, in fact, the burden is on Auto Dealers to show that this information is not relevant or that preparing a witness would be unduly burdensome. And with nothing else to turn to, they object that Professor Snyder's use of the word "may" is "non-committal." Opp. at 5. That is nonsense. Vehicle revenue and profit information is relevant to whether pass-on occurred and whether rates of pass-on varied over time, and it is also a key indicator of the degree of competition in each Auto Dealer's local market. Defendants'

1

experts have confirmed that information on profits is highly relevant because it "may" provide important evidence of whether, and to what extent, any alleged upstream overcharges that reached an Auto Dealer were absorbed by the dealer rather than passed on to a downstream purchaser.

None of the case law Auto Dealers cite supports their position either. Auto Dealers first cite *Drug Mart Pharm. v. Am. Home Prods.*, 296 F. Supp. 2d 423, 426 (E.D.N.Y. 2003) for the proposition that profits and losses on new vehicle transactions are immaterial to their claims. But *Drug Mart Pharm.* was a direct purchaser case decided under federal law. *See id*. at 429 (holding that "direct purchasers" could recover under federal antitrust law for "the full extent of the overcharge paid by them" and therefore dismissing plaintiffs' indirect claims under federal law for damages based on lost profits from foregone downstream sales). Obviously, that case has no bearing on Auto Dealers' claims (or Defendants' defenses to those claims), which are brought under state law (where pass-on is available as a defense to Auto Dealers' claims), not federal law (where it is not). Auto Dealers also cite *In re Wirebound Boxes Antitrust Litig*., 131 F.R.D. 578 (D. Minn. 1990), a two-sentence opinion in which a court refused to compel production of financial statements. The deposition topics at issue do not concern a request for production or financial statements; rather, they seek testimony regarding profits on particular transactions at issue in this case. Finally, Auto Dealers cite *In re Carbon Dioxide Industry Antitrust Litig*., 155 F.R.D. 209 (M.D. Fla. 1993). This case is totally inapposite and Auto Dealers' parenthetical describing it is entirely inaccurate. Defendants can only speculate that Auto Dealers' reference to that case was a mistake.

Also meritless is Auto Dealers' contention (Opp. at 5) that their production of some data and documents pertaining to thousands of transactions should somehow relieve them from having to testify on Topic 11(c). Defendants plainly are entitled to ask Auto Dealers questions regarding

the meaning and import of the data and documents they have produced.  *See Dongguk Univ. v. Yale Univ.* 270 F.R.D. 70, 74 (D. Conn. 2010) (holding 30(b)(6) deposition testimony is appropriate to obtain binding testimony of the corporation on interpretation of documents previously produced).

Moreover, many Auto Dealers have failed to provide any data or information whatsoever for long periods of time during the alleged class period.  On average, each Auto Dealer has produced DMS data covering less than half of the alleged sixteen-year class period, and there are several Auto Dealers who have confirmed they are missing OEM Reports for long periods of time. The only way for Defendants to discover relevant information about those time periods is to ask the Auto Dealer in its deposition.  Auto Dealers falsely assert that "all parties have accepted that they will perform their analyses on the large amount of data that has been produced, and that even if certain years are missing the data provided is more than enough to create a viable model and to extrapolate regarding the period for which data is missing, if needed."  Opp. at 7.  That is entirely baseless and untrue.  Defendants have never agreed to any such thing, and tellingly Auto Dealers cite nothing in support of the existence of any such agreement.

Nor is there anything unduly burdensome about having Auto Dealers prepare to testify about their profits on new vehicle transactions during the periods for which they have no records. In fact, if an Auto Dealer, after reasonable preparation, cannot testify to its profits during time periods for which it does not have data, it can simply say "I don't know."  *See QBE Ins. Corp. v. Jorda Enters., Inc*., 277 F.R.D. 676, 690 (S.D. Fla. 2012).  If it turns out Auto Dealers have no evidence regarding their profits and profit margins during those periods, that fact alone will be highly probative of the viability of their claims.

## II.      TOPICS 7, 8, AND 11(g) ARE APPROPRIATE

Auto Dealers' only objection to the relevance of Topics 7, 8, and 11(g) is their unsupported claim that these topics call for speculation.  Opp. at 10.  These topics seek the Auto Dealers' *knowledge* about their competitors and the marketplaces in which they competed.  Any Auto Dealer should be able, with little, if any, preparation, to answer straightforward questions about its competitors.  Indeed, with virtually no preparation, the non-party auto dealers that sold vehicles to End-Payor Plaintiffs have easily provided such information without resort to speculation:



Auto Dealers should likewise be able to provide their knowledge on the locations of their competitors, their market share, and any differences in their pricing of vehicles.

Significantly, Auto Dealers do not deny that they have relevant information with which to testify on these topics.  Instead, they argue (without any evidentiary support) that any information would be "anecdotal" or create "extreme burdens" in preparing a witness for the deposition.  Opp. at 10.  But "anecdotes" in this context is just another term for the actual "facts"—the facts about the competition each Auto Dealer faced during the class period and facts about changes in competition over time.  These "anecdotes" are evidence that bears on the claims being brought by each Auto Dealer on its own behalf, as well as on behalf of their putative class.  Moreover, these "anecdotes" are the very type of real-world facts that other courts accessing pass-on of alleged

overcharges in automotive markets have found to be dispositive when deciding whether or not to certify a class.  *See In re Class 8 Transmission Indirect Purchaser Antitrust Litig*., Civ. Co. 11-00009-SLR, 2015 WL 6181748, at *10 & n.14 (D. Del. Oct. 21, 2015).  Preventing Defendants from obtaining these types of "anecdotes" would prejudice their ability to defend themselves and constitute reversible error.

### III.   PREPARING A WITNESS TO TESTIFY REGARDING TOPICS 7, 8, 11(c) AND 11(g) WILL NOT BE UNDULY BURDENSOME AND ANY BURDEN WILL BE PROPORTIONAL TO THE CASE

Auto Dealers devote most of their opposition to arguing—without any supporting declaration or other evidence—that it would be burdensome to prepare a 30(b)(6) witness on Topics 7, 8, 11(c), and 11(g).  The Special Master, however, did not identify burden as a basis for his decision.  *See* Special Master's Order Granting in Part and Denying in Part Pls.' Mot. for Protective Order (12-md-02311, ECF No. 1169); Ex. 2, E-mails between Steven Chery, Victoria Romanenko, and Special Master Esshaki (Dec. 30, 2015).  Nor did Auto Dealers even attempt to provide the particularized showing of burden that the law requires.  *See Dongguk Univ.*, 270 F.R.D. at 74 (party opposing discovery "must support its position with a particular and specific demonstration of fact") (internal quotation marks and citation omitted).   Auto Dealers claim—without any substantiation—that, *e.g.*, each Auto Dealer would be forced "to search all of its records and interview numerous employees."  Opp. at 7.  But Rule 30(b)(6) requires them to do no such thing.  Corporate designees in 30(b)(6) depositions are required only to "testify about information *known or reasonably available* to the organization."  Fed. R. Civ. P. 30(b)(6) (emphasis added).  "While a corporation is not relieved from preparing its Rule 30(b)(6) designee to the extent matters are reasonably available, . . . it need not make extreme efforts to obtain all information possibly relevant to the requests."  *In re JDS Uniphase Corp. Sec. Litig.*, No.

C-02-1486 CW (EDL), 2007 WL 219857, at *1 (N.D. Cal. Jan. 29, 2007) (internal citation

omitted). *See also Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prod., LLC*, No.

09-C-0916, 2011 WL 3880787, at *2 (E.D. Wis. Sept. 1, 2011) (holding that a 30(b)(6) deponent

was reasonably prepared despite not contacting "every former employee listed on the distribution

list for the projects in question"). "If a corporation genuinely . . . does not have the information,

cannot reasonably obtain it from other sources and still lacks sufficient knowledge after reviewing

all available information, then its obligations under the Rule cease." *QBE Ins. Corp.*, 277 F.R.D.

at 690. Auto Dealers' hyperbole about the burden they would have to undertake to prepare a

30(b)(6) witness to testify regarding Topics 7, 8, 11(c), and 11(g) cannot support the Special

Master's ruling because his decision was not premised on burden, because it is unsupported by any

particularized showing of burden, and because it misstates what is required to adequately prepare a

witness under Rule 30(b)(6).

     Auto Dealers' invocation of Rule 26's proportionality standard (Opp. at 2) is also

unavailing. In fact, application of that standard counsels heavily in favor of allowing these topics.

As revised, Rule 26(b)(1) provides that a party may seek discovery of relevant nonprivileged

information that is "proportional to the needs of the case, considering the importance of the issues

at stake in the action, the amount in controversy, the parties' relative access to relevant

information, the parties' resources, the importance of the discovery in resolving the issues, and

whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R.

Civ. P. 26(b)(1). The "importance of the discovery" sought by Defendants, and the stakes of this

litigation, can hardly be overstated. Auto Dealers purport to represent a class of more than 16,000

auto dealers across thirty-plus different class actions brought against more than fifty Defendant

families, as well as separate subclasses in each of thirty states, including the District of Columbia,

REDACTED

in which they assert damages claims for each action.  *See, e.g.*, Dealership Third Consolidated

Class Action Complaint ¶¶ 236–238 (12-cv-00102, ECF No. 218).  Their putative class claims

derive from millions of new vehicle transactions that occurred over a seventeen-year class period

nationwide, *id*. ¶ 2; *see also* National Automobile Dealers Association, NADA Data 2008 at 51,

(12-md-02311, ECF No. 1156-15); National Automobile Dealers Association, NADA Data 2014

at 8 (12-md-02311, ECF No. 1156-16), and they seek hundreds of millions of dollars in damages.

Topics 7, 8, 11(c), and 11(g) seek information that is known only to Auto Dealers.

Defendants have no other means to discover the actual, real-world facts about the market in which

each Auto Dealer competes without asking the Auto Dealers themselves.  These topics require a

reasonable level of preparation, and Auto Dealers have ample resources for any necessary

preparation.  The average U.S. Auto Dealer is a $49 million enterprise that made $6.5 million gross

profit and $1.1 million net profit in 2014.  NADA Data 2014 at 3.  Even if that were not the case,

each Auto Dealer has already been earmarked to receive a $50,000 service payment in connection

with the settlements reached to date for fulfilling its obligations as a named plaintiff seeking to

represent a class of other auto dealers.  *See* Order Regarding Auto Dealers' Mot. for an Award of

Attorneys' Fees, Reimbursement of Litig. Expenses, & Service Awards at 5 (12-cv-00102, ECF

No. 401).

## CONCLUSION

For all of the reasons stated above and in Defendants' opening memorandum, Defendants

respectfully request that the Court reverse the portions of the Special Master's decision granting

Auto Dealers' Motion for Protective Order with respect to Topics 7, 8, 11(c), and 11(g) of

Defendants' deposition notice.

REDACTED

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

January 29, 2016          By:   _/s/ Steven F. Cherry_____
                                 Steven F. Cherry
                                 David P. Donovan
                                 Patrick J. Carome
                                 Brian C. Smith
                                 Dyanne Griffith
                                 WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                                 1875 Pennsylvania Avenue, NW
                                 Washington, D.C. 20006
                                 Tel.: (202) 663-6000
                                 Fax: (202) 663-6363
                                 steven.cherry@wilmerhale.com
                                 david.donovan@wilmerhale.com
                                 patrick.carome@wilmerhale.com
                                 brian.smith@wilmerhale.com
                                 dyanne.griffith@wilmerhale.com

                                 *Attorneys for Defendants DENSO Corporation
                                 and DENSO International America, Inc.*

                                 Steven M. Zarowny (P33362)
                                 General Counsel
                                 DENSO International America, Inc.
                                 24777 Denso Drive
                                 Southfield, MI 48033
                                 Tel.: (248) 372-8252
                                 Fax: (248) 213-2551
                                 steve_zarowny@denso-diam.com

                                 *Attorney for Defendant DENSO International
                                 America, Inc.*

                                 ALLEN & OVERY LLP

January 29, 2016          By:   _/s/ John Roberti_ (w/consent)
                                 John Roberti
                                 Matthew R. Boucher

8

1101 New York Avenue, NW
Washington DC 2005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

SQUIRE PATTON BOGGS (US) LLP

January 29, 2016                By:    */s/ Barry A. Pupkin (w/consent)*
                                       Barry A. Pupkin
                                       Iain R. McPhie
                                       Jeremy W. Dutra
                                       SQUIRE PATTON BOGGS (US) LLP
                                       2550 M Street, N.W.
                                       Washington, DC 20037
                                       Tel: (202) 626-6600
                                       Fax: (202) 626-6780
                                       Barry.Pupkin@squirepb.com
                                       Iain.McPhie@squirepb.com
                                       Jeremy.Dutra@squirepb.com

                                       *Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc. and Hyundam Industrial Co., Ltd.*

                                       COVINGTON & BURLING LLP

January 29, 2016                    By:    */s/ Anita F. Stork (*w/consent)
                                           Anita F. Stork
                                           Gretchen Hoff Varner
                                           Cortlin H. Lannin
                                           COVINGTON & BURLING LLP
                                           One Front Street, 35th Floor
                                           San Francisco, CA 94111
                                           Tel: (415) 591-6000
                                           Fax: (415) 955-6550
                                           astork@cov.com
                                           ghoffvarner@cov.com
                                           clannin@cov.com

                                           Michael J. Fanelli
                                           Ashley E. Bass
                                           COVINGTON & BURLING LLP
                                           One CityCenter
                                           850 Tenth Street, NW
                                           Washington, DC 20001-4956
                                           Tel: (202) 662-6000
                                           Fax: (202) 662-5383

                                           *Attorneys for Defendants Alps Electric Co., Ltd.;
                                           Alps Electric (North America), Inc.; and Alps
                                           Automotive, Inc.*

                                           BROOKS WILKINS SHARKEY & TURCO
                                           PLLC

                                           */s/ Maureen T. Taylor (*w/consent)
                                           Herbert C. Donovan (P51939)
                                           Maureen T. Taylor (P63547)
                                           BROOKS WILKINS SHARKEY & TURCO
                                           PLLC
                                           401 Old South Woodward, Suite 400
                                           Birmingham, MI 48009
                                           Tel: (248) 971-1721
                                           Fax: (248) 971-1801
                                           taylor@bwst-law.com
                                           Donovan@bwst-law.com

                                           *Attorneys for Defendants Alps Electric Co., Ltd.;
                                           Alps Electric (North America), Inc.; and Alps
                                           Automotive, Inc.*

REDACTED

WEIL, GOTSHAL & MANGES LLP

January 29, 2016     By:    /s/ Steven A. Reiss (w/consent)

Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kaj Rozga
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Tel: (734) 222-1504
Fax: (734) 222-1501
fjuckniess@schiffhardin.com

*Counsel for Bridgestone Corporation and
Bridgestone APM Company*

WEIL, GOTSHAL & MANGES LLP

January 29, 2016     By:    /s/ Steven A. Reiss (w/consent)

Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

/s/ Fred K. Herrmann (w/consent)

Fred K. Herrmann
Joanne G. Swanson

Matthew L. Powell
KERR RUSSELL & WEBER LLC
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel: (313) 961-0200
Fax: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*/s/ Michael A. Cox (*w/consent)
Michael A. Cox
THE MIKE COX LAW FIRM, PLLC
17430 Laurel Park Drive North, Suite 120 E
Livonia, MI 48152
Telephone:  (734) 591-4002
mc@mikecoxlaw.com

*Counsel  for Calsonic Kansei Corporation and*
*CalsonicKansei North America, Inc.*

WARNER NORCROSS & JUDD LLP

January 29, 2016                    By:   */s/ William R. Jansen (*w/consent)
William  R. Jansen (P36688)
Michael G. Brady (P57331)
Amanda  M. Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Phone: 248-784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

Michael Martinez
Steven Kowal
Lauren Norris
Lauren Salins
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: 312-807-4404
Fax: 312-827-8116
michael.martinez@klgates.com

steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

*Counsel for Chiyoda Manufacturing*
*Corporation and Chiyoda USA Corporation*

CALFEE, HALTER & GRISWOLD LLP

January 29, 2016                     By:     */s/ Ronald M. McMillan* (w/consent) _____
                                            John J. Eklund (OH 0010895)
                                            Maura L. Hughes (OH 0061929)
                                            Ronald M. McMillan (OH 0072437)
                                            Alexander B. Reich (OH 0084869)
                                            Lindsey E. Sacher (OH 0087883)
                                            CALFEE, HALTER & GRISWOLD LLP
                                            The Calfee Building
                                            1405 East Sixth Street
                                            Cleveland, OH 44114-1607
                                            Tel.: (216) 622-8200
                                            Fax: (216) 241-0816
                                            jeklund@calfee.com
                                            mhughes@calfee.com
                                            rmcmillan@calfee.com
                                            areich@calfee.com
                                            lsacher@calfee.com

                                            Maureen T. Taylor
                                            Herbert C. Donovan
                                            BROOKS, WILKINS, SHARKEY, TURCO
                                            PLLC
                                            401 South Old Woodward, Suite 400
                                            Birmingham, MI 48009
                                            Tel.: (248) 971-1800
                                            Fax: (248) 971-1801
                                            taylor@bwst-law.com
                                            donovan@bwst-law.com

                                            *Attorneys for Defendants Continental*
                                            *Automotive Systems, Inc., Continental*
                                            *Automotive Electronics, LLC and Continental*
                                            *Automotive Korea Ltd.*

                                            LANE POWELL PC

January 29, 2016                     By:     */s/ Larry S. Gangnes* (w/consent) _____

Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel.: (206) 223-7000
Fax: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
LANE POWELL PC
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Tel.: (503) 778-2100
Fax: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Visio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Tel.: (248) 528-1111
Fax: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric
Co., Ltd. and American Furukawa, Inc.*

PORTER WRIGHT MORRIS & ARTHUR LLP

January 29, 2016            By:   */s/ Donald M. Barnes* (w/consent)
                                  Donald M. Barnes
                                  Molly S. Crabtree
                                  Jay L. Levine

14

Christopher C. Yook
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste. 1110
Washington, DC 20006
Tel.: (202) 778-3054
Fax: (202) 778-3063
dbarnes@porterwright.com
mcrabtree@porterwright.com
jlevine@porterwright.com
cyook@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

ARNOLD & PORTER LLP

January 29, 2016               By:   /s/ *Franklin R. Liss* (w/consent)
Franklin R. Liss
Barbara H. Wootton
Danielle M. Garten
Matthew Tabas
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel.: (202) 942-5969
Fax: (202) 942-5999
frank.liss@aporter.com
barbara.wootton@aporter.com
danielle.garten@aporter.com
matthew.tabas@aporter.com

/s/ *Howard B. Iwrey* (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel.: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito Manufacturing Co., Ltd. And North American Lighting, Inc.*

SHEARMAN & STERLING LLP

January 29, 2016                    By:   */s/ Heather L. Kafele* (w/consent)
                                         Heather L. Kafele
                                         SHEARMAN & STERLING LLP
                                         801 Pennsylvania Avenue, Ste. 900
                                         Washington, DC 20004
                                         Phone:  (202) 508-8000
                                         Fax:  (202) 508-8100
                                         hkafele@shearman.com

                                         Elan DiMaio
                                         Hugh C. Martin
                                         SHEARMAN & STERLING LLP
                                         599 Lexington Avenue
                                         New York, NY 10022
                                         Phone:  (212) 848-4000
                                         Fax:  (212) 848-7179
                                         elan.dimaio@shearman.com
                                         hugh.martin@shearman.com

                                         Brian M. Akkashian
                                         PAESANO AKKASHIAN & APKARIAN P.C.
                                         7457 Franklin Road, Suite 200
                                         Bloomfield Hills, MI 48301
                                         Phone: (248) 792-6886
                                         Fax: (248) 792-6885
                                         bakkashian@paalawfirm.com

                                         *Attorney for Defendants JTEKT Corporation
                                         and JTEKT North America Corporation,
                                         formerly d/b/a Koyo Corporation of U.S.A.*

                                         JENNER & BLOCK LLP

January 29, 2016                    By:   */s/ Terrence J. Truax* (w/consent)
                                         Terrence J. Truax
                                         Charles B. Sklarsky
                                         Michael T. Brody
                                         Gabriel A. Fuentes
                                         Daniel T. Fenske
                                         JENNER & BLOCK LLP
                                         353 N. Clark Street
                                         Chicago, IL 60654-3456
                                         ttruax@jenner.com
                                         csklarsky@jenner.com

16

mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
ZAUSMER, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Counsel for Defendants Mitsubishi Electric*
*Corporation, Mitsubishi Electric US Holdings,*
*Inc., and Mitsubishi Electric Automotive*
*America, Inc.*

HOGAN LOVELLS US LLP

January 29, 2016      By:      */s/ William L. Monts, III* (w/consent)
William L. Monts, III
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Tel.: (202) 637-5731
Fax: (202) 637-5910
william.monts@hoganlovells.com

*/s/ Scott T. Seabolt* (w/consent)
Scott T. Seabolt
FOLEY & LARDNER LLP
500 Woodward Avenue,
Suite 2700
Detroit, MI 48226
Tel.: (313) 234-7115
Fax: (313) 234-2800
sseabolt@foley.com

*Counsel for Defendants Mitsubishi Heavy*
*Industries America, Inc. and Mitsubishi Heavy*
*Industries Climate Control*

LANE POWELL PC

January 29, 2016      By:      */s/ Kenneth R. Davis II* (w/consent)
Craig D. Bachman

Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
MODA Tower
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp.
and Nachi America Inc.*

WINSTON & STRAWN LLP

January 29, 2016              By:   */s/ Jeffrey L. Kessler* (w/consent)
                                    A. Paul Victor
                                    Jeffrey L. Kesslet
                                    Jeffrey J. Amato
                                    Molly M. Donovan
                                    Elizabeth A. Cate
                                    WINSTON & STRAWN LLP
                                    200 Park Avenue
                                    New York, NY 10166
                                    Tel.: (212) 294-6700
                                    Fax: (212) 294-4700

REDACTED

pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

REED SMITH LLP

January 29, 2016                    By:    */s/ Debra H. Dermody* (w/consent)
                                           Debra H. Dermody
                                           Michelle A. Mantine
                                           REED SMITH LLP
                                           225 Fifth Avenue,
                                           Pittsburgh, PA 15222
                                           Tel.: (412) 288-3302/4268
                                           Fax: (412) 288-3063
                                           ddermody@reedsmith.com
                                           mmantine@reedsmith.com

                                           */s/ Howard B. Iwrey* (w/consent)
                                           Howard B. Iwrey (P39635)
                                           Brian M. Moore (P58584)
                                           DYKEMA GOSSETT PLLC
                                           39577 Woodward Avenue
                                           Bloomfield Hills, Michigan 48304
                                           Tel.: (248) 203-0700
                                           Fax: (248) 203-0763
                                           hiwrey@dykema.com
                                           bmoore@dykema.com

                                           *Counsel for Defendant SKF USA Inc.*

                                    WILMER CUTLER PICKERING HALE AND
                                    DORR LLP
January 29, 2016                    By:
                                           */s/ Mark Ford* (w/consent)
                                           Mark Ford
                                           WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                           60 State Street
                                           Boston, MA 02109
                                           Tel.: (617) 526-6423

19

Fax: (617) 526-5000
mark.ford@wilmerhale.com

*Counsel for Defendant Schaeffler Group USA Inc.*

MORGAN, LEWIS & BOCKIUS LLP

January 29, 2016           By:   */s/ J. Clayton Everett, Jr.* (w/consent)
                                 J. Clayton Everrett, Jr.
                                 Zarema A. Jaramillo
                                 MORGAN, LEWIS & BOCKIUS LLP
                                 1111 Pennsylvania Avenue, NW
                                 Washington, DC 20004
                                 Tel.: (202) 739-3000
                                 Fax: (202) 739-3001
                                 jeverett@morganlewis.com
                                 zarema.jaramillo@morganlewis.com

                                 Larry J. Saylor
                                 MILLER, CANFIELD, PADDOCK & STONE
                                 P.L.C.
                                 150 W. Jefferson Avenue, Suite 2500
                                 Detroit, MI 48226
                                 Tel.: (313) 496-7986
                                 Fax: (313) 496-8454
                                 Saylor@MillerCanfield.com

                                 *Counsel for Sumitomo Riko Company Limited and DTR Industries, Inc.*

                                 BAKER BOTTS L.L.P.

January 29, 2016           By:   */s/ Randall J. Turk* (w/consent)
                                 Randall J. Turk
                                 John Talady
                                 Mark Miller
                                 Heather Souder Choi
                                 Sterling A. Marchand
                                 BAKER BOTTS L.L.P.
                                 1299 Pennsylvania Avenue, NW
                                 Washington, D.C. 20004-2400
                                 Tel.: (202) 639-7700
                                 Fax: (202) 639-7890

                                 *Counsel for Defendants Toyoda Gosei Co., Ltd.,*

20

REDACTED

*Toyoda Gosei North America Corp., and TG Missouri Corp.*

BUTZEL LONG

January 29, 2016                    By:     /s/ Sheldon H. Klein (w/consent)
                                              Sheldon H. Klein (P41062)
                                              David F. DuMouchel (P25658)
                                              BUTZEL LONG
                                              150 West Jefferson, Suite 100
                                              Detroit, MI 48226
                                              Tel.: (313) 225-7000
                                              Fax: (313) 225-7080
                                              sklein@butzel.com
                                              dumouchd@butzel.com

                                              W. Todd Miller
                                              BAKER & MILLER PLLC
                                              2401 Pennsylvania Ave., NW, Suite 300
                                              Washington, DC 20037
                                              Tel.: (202) 663-7820
                                              Fax: (202) 663-7849
                                              TMiller@bakerandmiller.com

                                              *Attorneys for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

January 29, 2016                    By:     /s/ Brian Byrne (w/consent)
                                              Brian Byrne
                                              Ryan M. Davis
                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              2000 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Tel.: (202) 974-1850
                                              Fax: (202) 974-1999
                                              bbyrne@cgsh.com
                                              rmdavis@cgsh.com

                                              /s/ Howard B. Iwrey (w/consent)
                                              Howard B. Iwrey (P39635)
                                              Brian M. Moore (P58584)
                                              DYKEMA GOSSETT PLLC

REDACTED

39577 Woodward Ave., Suite 300
Bloomfield Hills, Michigan 48304
Tel.: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Valeo Japan Co., Ltd.,
Valeo Inc., Valeo Electrical Systems, Inc., and
Valeo Climate Control Corp.*


ARNOLD & PORTER LLP

January 29, 2016                 By:    */s/ James L. Cooper* (w/consent)
                                        James L. Cooper
                                        Adam Pergament
                                        Danielle Garten
                                        ARNOLD & PORTER
                                        601 Massachusetts Avenue, NW
                                        Washington, DC 20001
                                        Tel.: (202) 942-5000
                                        Fax: (202) 942-5999
                                        James.Cooper@aporter.com
                                        Adam.Pergament@aporter.com
                                        Danielle.Garten@aporter.com

                                        *Attorneys for Defendants Yamashita Rubber Co.,
                                        Ltd. And YUSA Corporation*

REDACTED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2016, I caused the foregoing **REPLY IN SUPPORT OF DEFENDANTS' OBJECTION TO, AND MOTION TO REVERSE IN PART AND MODIFY, THE SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING IN PART AUTO DEALER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER CONCERNING RULE 30(B)(6) DEPOSITIONS OF AUTO DEALER PLAINTIFFS** , to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for DENSO Corporation and DENSO*
*International America, Inc.*