# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL AUTO PARTS CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End Payor Actions | |

**REPLY IN SUPPORT OF DEFENDANTS'
OBJECTION TO, AND MOTION TO REVERSE IN PART AND MODIFY,
THE SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING
IN PART AUTO DEALER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
CONCERNING RULE 30(B)(6) DEPOSITIONS OF AUTO DEALER PLAINTIFFS**

## INDEX OF EXHIBITS

EXHIBIT 1    Excerpted Deposition Transcript of Clarence Niner, (Jan. 26, 2016) (Filed Under Seal)

EXHIBIT 2    E-mails between Steven Chery, Victoria Romanenko, and Special Master Esshaki (Dec. 30, 2015)