# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO:  ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF KEVIN LOWNDS

PLEASE TAKE NOTICE that Kevin Lownds of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  February 1, 2016                                WILMER CUTLER PICKERING
                                                                                HALE AND DORR LLP

                                                        By:    /s/ Kevin Lownds
                                                                Kevin Lownds
                                                                WILMER CUTLER PICKERING
                                                                    HALE AND DORR LLP
                                                                1875 Pennsylvania Avenue, NW
                                                                Washington, DC  20006
                                                                Telephone:    (202) 663-6000
                                                                Facsimile:     (202) 663-6610
                                                                kevin.lownds@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2016, I caused the foregoing Notice of Appearance of Kevin Lownds to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

By:    /*s*/ Kevin Lownds
      Kevin Lownds
      WILMER CUTLER PICKERING
        HALE AND DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC  20006
      Telephone:   (202) 663-6000
      Facsimile:     (202) 663-6610
      kevin.lownds@wilmerhale.com
