# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO:<br><br>ALL CASES | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:15-cv-12068-MOB-MKM |

## MOTION TO WITHDRAW RYAN D. FAHEY AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Ryan D. Fahey, an attorney at Winston & Strawn LLP ("Winston"), which firm represents Defendants NTN Corporation, NTN USA Corporation, NTN Wälzlager (Europa) GmbH, and NTN-SNR Roulements SA, respectfully requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

1

2:14-cv-12095-MOB-MKM

2:15-cv-12068-MOB-MKM

I will be leaving Winston on February 5, 2016. Other counsel of record at Winston will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above actions by virtue of my withdrawal.

Dated: February 5, 2016                    Respectfully submitted,

*/s/ Ryan D. Fahey*
Ryan D. Fahey
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
rfahey@winston.com

*Attorney for Defendants NTN Corporation, NTN USA Corporation, NTN Wälzlager (Europa) GmbH, and NTN-SNR Roulements SA*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I caused a true and correct copy of the foregoing MOTION TO WITHDRAW RYAN D. FAHEY AS COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  February 5, 2016                WINSTON & STRAWN LLP

                                        By:  <u>Ryan D. Fahey</u>