**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| | Master File No. 12-md-02311 |
| In re: All Parts | |
| | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

## NOTICE OF WITHDRAWAL OF ATTORNEY ADAM MURAD

PLEASE TAKE NOTICE of the withdrawal of Adam Murad of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc.  His appearance should be withdrawn from the following cases:

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-11721-MOB-MKM

February 9, 2016        */s/ David C. Giardina*_____
                        David C. Giardina
                        Sidley Austin LLP
                        One S. Dearborn St.
                        Chicago, IL 60603

Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: dgiardina@sidley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2016, I electronically filed this Notice of Withdrawal of Attorney Adam Murad with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

February 9, 2016
                                        */s/ David C. Giardina*
                                        David C. Giardina
                                        Sidley Austin LLP
                                        One S. Dearborn St.
                                        Chicago, IL 60603
                                        Telephone: (312) 853-7000
                                        Facsimile: (312) 853-7036
                                        Email: dgiardina@sidley.com