**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

In Re: AUTOMOTIVE PARTS :
ANTITRUST LITIGATION :
: Master File No. 12-md-02311
In re: All Parts :
_____ : Hon. Marianne O. Battani
:
THIS DOCUMENT RELATES TO: :
:
All Cases :
:
_____:

## AMENDED NOTICE OF WITHDRAWAL OF ATTORNEY ADAM MURAD

PLEASE TAKE NOTICE of the withdrawal of Adam Murad of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. His appearance should be withdrawn from the following cases:

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-11721-MOB-MKM

This amended notice is being filed solely to correct the docket text associated with Document Number 1206, which incorrectly stated that the appearance of David C. Giardina was being withdrawn.

February 9, 2016                              */s/ Adam Murad*
                                              Adam Murad
                                              Sidley Austin LLP
                                              One S. Dearborn St.
                                              Chicago, IL 60603
                                              Telephone: (312) 853-7000
                                              Facsimile: (312) 853-7036
                                              Email: amurad@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, I electronically filed this Amended Notice of Withdrawal of Attorney Adam Murad with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

February 9, 2016                                  */s/ Adam Murad*
                                                  Adam Murad
                                                  Sidley Austin LLP
                                                  One S. Dearborn St.
                                                  Chicago, IL 60603
                                                  Telephone: (312) 853-7000
                                                  Facsimile: (312) 853-7036
                                                  Email: amurad@sidley.com