# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:**<br>**ALL CASES** | |

## WITHDRAWAL OF ATTORNEY KIMBERLY MURPHY

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Kimberly Murphy of the law firm Baker Botts L.L.P. hereby withdraws appearance on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter. We respectfully request that her name be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for the noted defendants remain unchanged.

Dated: February 16, 2016         Respectfully submitted,

By: /s/ Kimberly Murphy
Kimberly Murphy
**Baker Botts L.L.P.**

1

1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Phone: 202.639.7938
Fax: 202.639.1027
kimberly.murphy@bakerbotts.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2016, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Kimberly Murphy
Kimberly Murphy
**Baker Botts L.L.P.**
