**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO:<br><br>ALL CASES | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:15-cv-12068-MOB-MKM |

**ORDER GRANTING MOTION TO WITHDRAW**
**<u>RYAN D. FAHEY AS COUNSEL</u>**

WHEREAS, Ryan D. Fahey, an attorney at Winston & Strawn LLP ("Winston"), which firm represents Defendants NTN Corporation, NTN USA Corporation, NTN Wälzlager (Europa) GmbH, and NTN-SNR Roulements SA, will be leaving Winston as of February 5, 2016 and therefore requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:14-cv-12095-MOB-MKM

2:15-cv-12068-MOB-MKM

WHEREAS, other counsel of record at Winston will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Mr. Fahey's withdrawal;

**IT IS HEREBY ORDERED** that Mr. Fahey will be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Date:  February 16, 2015                              s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      United States District Judge