**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani<br>2:12-cv-02311-MOB-MKM |
| In re:  All Auto Parts Cases | |
| THIS RELATES TO:<br>ALL AUTO PARTS CASES | |

**DEFENDANTS' OPPOSITION TO CERTAIN SERVING PARTIES'
MOTION TO COMPEL DISCOVERY FROM
NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS**

**INDEX OF EXHIBITS**

EXHIBIT 1    Subpoena, dated July 16, 2015

EXHIBIT 2    Subpoena Cover Letter, dated July 16, 2015

EXHIBIT 3    Letter from Colin Kass to Sheldon Klein, dated December 18, 2015

EXHIBIT 4    Letter from Ronnie Spiegel to Colin Kass, dated October 14, 2015

EXHIBIT 5    Letter from Sheldon Klein to Colin Kass, dated November 24, 2015

EXHIBIT 6    Letter from Allyson Maltas to Victoria Romanenko, dated July 2, 2014

EXHIBIT 7    Email from David Donovan to Victoria Romanenko, dated July 14, 2014

EXHIBIT 8    Dealership Plaintiffs' First Request for Production of Documents Directed to All Defendants, dated March 17, 2014

EXHIBIT 9    Settlement Agreement between Automobile Dealer Plaintiffs and Hitachi Automotive Systems, Ltd., dated April 3, 2015