# EXHIBIT 2

T 206.623.7292   F 206.623.0594

**HAGENS BERMAN**

July 16, 2015

Honda North America, Inc.
c/o CT Corporation System
818 W. Seventh St. 2nd Fl.
Los Angeles, CA 90017

      Re:    *In re Automotive Parts Antitrust Litigation*, **No. 12-md-02311 (E.D. Mich.)**

Dear Honda North America, Inc. Records Custodian:

      We are writing on behalf of certain parties in the *In re: Automotive Parts Antitrust Litigation* multidistrict litigation (the "*Auto Parts* MDL") in the U.S. District Court for the Eastern District of Michigan. The enclosed subpoena issued on behalf of those parties seeks certain documents and data concerning your company's purchases of certain auto parts and your company's manufacture and sale of motor vehicles and their replacement parts.

      The Court in the *Auto Parts* MDL directed that the parties on whose behalf this subpoena was issued (the Auto Dealer Plaintiffs, the End Payor Plaintiffs, the Truck and Equipment Dealer Plaintiffs, the Public Entity Plaintiffs, the State of Florida, and all Defendants) work together to prepare a comprehensive subpoena addressing all discovery by all parties with respect to all of the auto parts at issue in the *Auto Parts* MDL. For that reason, the subpoena is a compilation of all of the various parties' different requests, including some that any one party would not have included if it were serving its own separate subpoena. But the Court's objective in requiring a single, comprehensive subpoena was to present all of the parties' requests at one time, in as efficient a manner as possible. Auto Dealership and Truck Dealer Plaintiffs join certain Requests in Attachment A in part, including Requests Nos. 4, 5, 11, 12, 13, 15, 16, 18, and 22. Auto Dealership and Truck Dealer Plaintiffs do not join certain Requests in Attachment A, including 7, 9, 20, 21, 29, and 34. Auto Dealership and Truck Dealer Plaintiffs make these assertions, join these requests and intend to be present at meet and confer sessions without waiver or admission and subject to all previously-asserted objections. Similarly, the Defendants do not join in Request No. 31 in Attachment A.

      We have included a copy of the Stipulation and Protective Order Governing Production and Exchange of Confidential Information entered by the Court in the *Wire Harnesses* case in the *Auto Parts* MDL. Similar orders have been entered in three other cases in the *Auto Parts* MDL, and will soon be entered in all of the remaining cases. Under these orders, your company may designate the documents and data produced as "Confidential" or "Highly Confidential."

      We look forward to discussing the subpoena with your company's counsel. Please have your counsel call either Jeniphr Breckenridge or Ronnie Spiegel at (206) 623-7292 to discuss the subpoena at their earliest convenience.

010485-11  794629 V1

July 16, 2015
Page 2

        Sincerely,

        HAGENS BERMAN SOBOL SHAPIRO LLP

         /s/ Jeniphr Breckenridge
         /s/ Ronnie Spiegel

        Jeniphr Breckenridge
        Ronnie Spiegel

        CUNEO GILBERT & LADUCA, LLP

         /s/ Jonathan W. Cuneo
         /s/ Victoria Romanenko
         /s/ Evelyn Li
         /s/ Ben Elga

        Jonathan W. Cuneo
        Victoria Romanenko
        Evelyn Li
        Ben Elga

Enclosures