**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| **In Re: AUTOMOTIVE PARTS** ) | Master File No.:  12-md-02311 |
| **ANTITRUST LITIGATION** ) | Honorable Marianne O. Battani |
| ) | |
| ) | |
| **In Re: All Auto Parts Cases** ) | |
| ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| **ALL AUTO PARTS CASES** ) | |
| ) | |

**NOTICE OF LIMITED APPEARANCE**

Notice is hereby given that the undersigned attorney, Audra A. Dial, of the law firm Kilpatrick Townsend & Stockton LLP, is appearing as counsel for non-party Porsche Cars North America, Inc. in connection with the subpoena served upon Porsche Cars North America, Inc. in the above referenced MDL action.

This 18th day of February, 2016.

/s/ Audra A. Dial
Audra A. Dial
Georgia Bar No. 220298
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
adial@kilpatricktownsend.com

**Counsel for Non-Party Porsche Cars North America, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I caused the foregoing **Notice of Limited Appearance** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

*/s/ Audra A. Dial*
Audra A. Dial
Georgia Bar No. 220298
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
adial@kilpatricktownsend.com