UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that the undersigned attorney, William D. Meyer, of the law firm Kilpatrick Townsend & Stockton LLP, is appearing as counsel for non-party Porsche Cars North America, Inc. in connection with the subpoena served upon Porsche Cars North America, Inc. in the above referenced MDL action.

This 18th day of February, 2016.

*/s/ William D. Meyer*
William D. Meyer
Georgia Bar No. 950008
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
bmeyer@kilpatricktownsend.com

*Counsel for Non-Party Porsche Cars North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I caused the foregoing **Notice of Limited Appearance** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

>  */s/ William D. Meyer*
> William D. Meyer
> Georgia Bar No. 950008
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309
> 404.815.6500 (Office)
> 404.815.6555 (Fax)
> bmeyer@kilpatricktownsend.com