# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: All Auto Parts Cases | :<br>: |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | : |

### NOTICE OF LIMITED APPEARANCE FOR SHON MORGAN AS COUNSEL FOR NON-PARTIES HYUNDAI MOTOR AMERICA AND HYUNDAI AUTOEVER AMERICA, LLC

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Shon Morgan of Quinn Emanuel Urquhart & Sullivan LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543, telephone number (213) 443-3000, shonmorgan@quinnemanuel.com, hereby appears as counsel on behalf of non-parties Hyundai Motor America and Hyundai Autoever America, LLC related to the subpoena served upon Hyundai Motor America and Hyundai Autoever America, LLC.

DATED:  February 19, 2016         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By    */s/ Shon Morgan*
                                  Shon Morgan
                                  865 South Figueroa Street, 10th Floor
                                  Los Angeles, California 90017-2543
                                  Telephone: (213) 443-3000
                                  shonmorgan@quinnemanuel.com

                                  *Attorneys for Non-Parties Hyundai Motor America and Hyundai Autoever America, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **Notice Of Limited Appearance For Shon Morgan As Counsel For Non-Parties Hyundai Motor America And Hyundai Autoever America, LLC** with the Clerk of the Court for the Eastern District of Michigan by using the CM/ECF system on February 19, 2016.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                  */s/ Shon Morgan*
                                  Shon Morgan