UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF LIMITED APPEARANCE OF MEREDITH JONES KINGSLEY

PLEASE enter the appearance of Meredith Jones Kingsley of the law firm Alston & Bird LLP, as counsel on behalf of non-parties Hyundai America Technical Center, Inc.; Kia Motors Manufacturing Georgia, Inc.; and Hyundai Motor Manufacturing Alabama, LLC in connection with the subpoena served on these entities in the above-referenced MDL action. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Respectfully submitted,

/ s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Ga. Bar No. 793726
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
Fax:  404-881-7777
E-mail:  meredith.kingsley@alston.com

Dated: February 19, 2014

*Attorney for Hyundai America Technical Center, Inc.; Kia Motors Manufacturing Georgia, Inc.; and Hyundai Motor Manufacturing Alabama, LLC (HMMA)*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I caused the foregoing **Notice of Limited Appearance of Meredith Jones Kingsley** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/ s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Ga. Bar No. 793726
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
E-mail: meredith.kingsley@alston.com

*Attorney for Hyundai America Technical Center, Inc.; Kia Motors Manufacturing Georgia, Inc.; and Hyundai Motor Manufacturing Alabama, LLC*