**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                                                    :
In Re: AUTOMOTIVE PARTS                                             :   Case No.: 12-MD-02311
ANTITRUST LITIGATION                                                :   Honorable Marianne O. Battani
_____                            :
                                                                    :
ALL PARTS                                                           :
_____                            :
                                                                    :
THIS RELATES TO: ALL CASES                                         :
_____                            :

<u>**DECLARATION OF DONALD R. HOUSE, SR.**</u>

I, Donald R. House, Sr., declare under penalty of perjury that the following is true and correct:

1.  I am the President of RRC, Inc. ("RRC").  RRC is an economic and statistical research firm, established in 1977, with a long, extensive history of conducting market and cost studies among a variety of industries.  A true and accurate copy of my CV is attached as Exhibit 1.

2.  As economists experienced in the use of internal information from automotive companies on sales and production of vehicles, RRC has been asked to consider the Subpoena that was served on certain entities involved at various levels of the United States vehicle supply chain in this litigation - each of which represents a very small share of the total U.S. vehicle sales market - and whether any documents or data that such entities might be able to produce would provide any genuine or meaningful benefit to the parties to this litigation.

3.  The Subpoena is extensive, exhaustive, and represents a significant demand on the attention and efforts of the subpoenaed companies.  Having worked with similar data for many years, RRC is in a position to discuss the magnitude of the Subpoena, the relative importance of securing data from entities with negligible market share, and the

EXHIBIT A

econometric use such limited data would have in creating typical regression models conducted in antitrust cases.

4.  Our firm has extensive experience with creating models for determining whether an overcharge has occurred in an antitrust case, and whether that overcharge was passed down through the distribution chain.  That work has involved some of the same challenges that the parties' experts will face in the cases involving alleged over-pricing of automobile parts.

5.  The subpoenaed entities at issue in this analysis (the "Smaller SSEs"), both individually and in the aggregate, make up a very small percentage of the U.S. vehicle sales market.  The inclusion of the relatively few sales of vehicles among the Smaller SSEs would likely have no measurable influence upon the aggregate measures from the regression models designed to measure the impact of the alleged over-pricing of automobile parts on retail prices and sales of vehicles.  Inclusion of the Smaller SSEs' data represents a quite modest expansion of sample sizes for analysis at the cost of significant data collection and processing efforts on the part of the Smaller SSEs and analysts, bringing with it additional complexities for statistical interpretation.  The cost of the additional complexity, even just to the end-user of the data, almost certainly outweighs the incremental benefit of expanding the sample size by a few percentage points.

6.  The Smaller SSEs as a whole distributed only 7.4 percent of the total U.S. light vehicles sold over the years 1992-2015, among all makes and models.  Additionally, of the Smaller SSEs that manufactured or assembled vehicles for U.S. distribution, those vehicles represent less than 1.7 percent of the total U.S. light vehicles sold over the same period.  The assembled vehicle figures are a subset of the 7.4 percent of the total U.S. sales figure.  More specifically, 365.2 million light vehicles were sold in the U.S. over the period 1992-2015, and only 27.1 million of these vehicles (7.4%) were distributed by the Smaller SSEs (brands included are Audi, BMW, MINI, Jaguar, Land Rover, Mitsubishi, Porsche, Subaru, Volkswagen, and Volvo).  Furthermore, of the 365.2 million vehicles sold over that period, less than 6.4 million (1.7%) were manufactured or assembled by the Smaller SSEs for U.S. distribution.[1]

---

[1] The sales and production figures reported in this Declaration are calculated based on data obtained from WardsAuto (U.S. Light Vehicle Sales and Production by Manufacturer and Year, 1992-2015) and the declarations submitted by the Smaller SSEs in this case.  The 1992-2015 domestic production total of 6.4 million vehicles includes all Subaru vehicles manufactured in the U.S. over the period.  However, as noted below, some of the Subaru vehicles manufactured in the U.S. are ultimately sold outside the U.S.  For this reason, the Smaller SSEs as a whole manufactured or assembled less than 6.4 million (less than 1.7%) of the total light vehicles sold in the U.S. over the period 1992-2015.

EXHIBIT A

7.  The Subpoena establishes the timeframe of 1992 to present.  Over that time, the market shares of the Smaller SSEs have evolved.  Analysis of market shares for each of the Smaller SSEs averaged over that time are most relevant, rather than simply examining them at a static point such as the present.  U.S. sales and production market shares for each of the Smaller SSEs are discussed below.

8.  BMW of North America, LLC ("BMW NA") is the U.S. distributor of BMW and MINI vehicles.  BMW NA purchases fully assembled BMW and MINI vehicles from BMW AG, a foreign company that was not subpoenaed.  BMW NA distributes the vehicles to authorized BMW centers and MINI dealers for sale or lease in the U.S.  MINI vehicles were introduced in the U.S. in 2002.  BMW vehicles comprised only 1.4 percent of the total light vehicles sold in the U.S. over the period 1992-2015.  MINI vehicles comprised only 0.2 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

9.  BMW Manufacturing Co., LLC ("BMW Manufacturing") operates a motor vehicle assembly plant in South Carolina.  The South Carolina plant started production in 1994 and is the only assembler of BMW vehicles in the U.S.  (No MINI vehicles are assembled in the U.S.)  All of the vehicles assembled by BMW Manufacturing are sold to BMW AG.  A minority of those vehicles sold to BMW AG have been destined for distribution in the U.S.  BMW vehicles assembled by BMW Manufacturing for distribution in the U.S. comprised only 0.3 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

10. Jaguar Land Rover North America, LLC ("Jaguar Land Rover") is the U.S. distributor of Jaguar and Land Rover vehicles, all of which are manufactured outside the U.S.  Jaguar Land Rover purchases vehicles from a British company, Jaguar Land Rover Limited, and sells vehicles to authorized dealers.  The ownership of the Jaguar and Land Rover U.S. vehicle distribution operation changed in multiple ways during the Subpoena period.  Jaguar Land Rover was formed in 2008.  Jaguar vehicles comprised only 0.2 percent of the total light vehicles sold in the U.S. over the period 1992-2015.  Land Rover vehicles comprised only 0.2 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

11. Mitsubishi Motors North America, Inc. ("MMNA") is the distributor of Mitsubishi vehicles in the U.S.  Mitsubishi vehicles comprised only 1.1 percent of the total light vehicles sold in the U.S.  The vast majority of those vehicles

EXHIBIT A

were acquired from its parent corporation, Mitsubishi Motors Corporation in Japan, which, to my understanding, was not subpoenaed in this litigation.

12. MMNA also had one production facility in Normal, Illinois that assembled vehicles designated for sale both in the U.S. and abroad. The plant shut down vehicle production operations in November, 2015. The Mitsubishi vehicles assembled by MMNA at the Illinois plant designated for sale in the U.S. comprised less than 0.6 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

13. Porsche does not manufacture vehicles in the U.S. Porsche Cars North America distributes vehicles it acquires from Porsche AG, a foreign company, and sells them to a number of authorized dealers. Porsche vehicles comprised only 0.2 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

14. Subaru of America ("SOA") is the primary distributor of Subaru vehicles in America. It distributes vehicles manufactured by Fuji Heavy Industries Ltd in Japan and, in some cases, by Subaru of Indiana Automotive, Inc. ("SIA"). SOA does not manufacture vehicles. Subaru vehicles comprised only 1.4 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

15. SIA began manufacturing vehicles in Indiana in 1989 as Subaru-Isuzu Automotive Inc. It has assembled Subaru, Isuzu, Honda, and Toyota models at various times. Subaru vehicles manufactured by SIA comprised less than 0.8 percent of the total light vehicles sold in the U.S. over the period 1992-2015.[2]

16. Volkswagen Group of America ("VWGoA") is the U.S. distributor of Volkswagen and Audi vehicles. All Volkswagen vehicles and all Audi vehicles sold by VWGoA are manufactured in foreign countries, with the exception of those Volkswagen Passats that have been assembled by Volkswagen Group of America Chattanooga Operations LLC ("VWCO") in Chattanooga, Tennessee since 2011. VWGoA sells to authorized VW and Audi dealers. Volkswagen vehicles comprised only 1.6 percent of the total light vehicles sold in the U.S. over the period 1992-2015. Audi vehicles comprised only 0.5 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

---

[2] The total number of vehicles manufactured by SIA during the period 1992-2015, including vehicles sold for distribution in the U.S. and vehicles sold for export, is equal to 0.8 percent of the total number of light vehicles sold in the U.S. during the same period. I do not currently have the necessary data to separately identify the number of SIA-manufactured vehicles sold for distribution in the U.S., but that portion of SIA-manufactured vehicles would be less than 0.8 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

EXHIBIT A

17. VWCO has assembled Volkswagen Passats in Chattanooga, Tennessee since 2011. Passats assembled there for sale in the U.S. are sold to VWGoA.  The Passat vehicles produced by VWCO for sale in the U.S. comprised only 0.1 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

18. Volvo Cars of North America, LLC ("Volvo NA") is the U.S. distributor of Volvo vehicles, all of which are manufactured abroad.  Volvo NA purchases fully assembled vehicles from the Volvo Car Corporation, a Swedish company that has not been subpoenaed, and Volvo NA distributes the vehicles to authorized Volvo dealers in the U.S.  The ownership of the Volvo NA car distribution operation changed three times during the Subpoena period.  Since 2010, Volvo NA has been owned, ultimately, by an affiliate of Zhejiang Geely Holding Group Co., Ltd., a Chinese company.  Volvo vehicles comprised only 0.6 percent of the total light vehicles sold in the U.S. over the period 1992-2015.

19. Based upon the above numbers, any documents or data the Smaller SSEs might be able to provide would not be statistically significant.  In other words, even assuming regression models could be constructed in this case, such documents or data would not have any significant impact on any regression models the parties' experts would construct.  Being statistically insignificant, the inclusion of the additional data from the Smaller SSEs is not expected to provide any meaningful benefit to the analysis.  It would not be possible to detect differences in the statistical measures from sales of vehicles from any of the firms included in the Smaller SSEs compared to sales of vehicles from the larger manufacturers.

20. In this matter, the presence or absence of data on smaller firms would directly change regression coefficients only if the data from small entities were to be substantively different in key parameters than the average.  Only then would inclusion of data from small players influence industry-wide modeling, and then only proportional to both their share of the total industry and the difference in averages between the small firm group and the remaining industry.  Substantive differences in these key parameters are unlikely since they all should reflect the consequences of the overall market conditions. It is unlikely that the inclusion or exclusion of data on small players in the market (such as those with less than 2.5 percent market share individually and 8 percent in aggregate) would materially affect industry-wide analysis in any way.

EXHIBIT A

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 19, 2016

Donald R. House, Sr.
RRC, Inc.
President

EXHIBIT A

**EXHIBIT 1**

EXHIBIT A

# DONALD R. HOUSE

**POSITION:**

President
RRC, Inc.
3000 Briarcrest, Suite 600
Bryan, Texas 77802
(979) 774-4477
FAX (979)774-4293
e-mail: dhouse@rrc-inc.com
website: www.rrc-inc.com

**EDUCATION:**

Ph.D., (Economics) Texas A&M University, 1973
B.A., (Economics) Texas A&M University, 1969

**EXPERIENCE:**

President, RRC, Inc. 1989-present
Executive Vice President, RRC, Inc. 1979-1989
Senior Economist, Bureau of Economic Research and Statistics, American Dental Association,
    Chicago, Ill., September, 1976-August 1979
Visiting Assistant Professor of Economics, Texas A&M University, College Station, Texas
    (appointment: September 1977 through May 1978)
Assistant Professor of Economics, Auburn University, Auburn, Alabama, September 1973-
    August 1976

**CONSULTING AND OTHER PROFESSIONAL ACTIVITIES:**

Economic Advisory Committee, GCFA, United Methodist Church, 2008-present
Dental Economic Advisory Group, American Dental Association, 1992-present
Lewis Center 2006-present
Universal Compression, Inc. (Exterran) 2006-2008
Beefmaster Cattlemen, LP, 2005-2006
The Scooter Store, 2002-2008
US West Communications, 1993-1996
Texas Mine and Reclamation Association, 1994-1995
Transcontinental Pipe Line Company, 1987-1991
American Dental Association, 1979-present
Ohio Hospital Association, 1986-1993
*ADA News*, 1988-present
Pawnee Industries, 1990-1991

EXHIBIT A

American Association of Dental Schools, 1987-1991
American Medical Association, 1985-89
*Journal of the American Dental Association,* 1977-89
Texas A&M University Medical School, Senior Lecturer, 1986
Texas Medical Association, Economic Consultant, 1986-87
U.S. Postal Service, 1972-74, 1985
University of Texas School of Dentistry, Visiting Lecturer, 1979-83
National Science Foundation, 1982
American Association of Oral and Maxillofacial Surgeons, Manpower Consultant, 1980-81
National Center for Health Services Research, U.S. Department of Health and Human Services, 1980-81
Office of Human Development Services, Region III, Department of H.E.W., 1979-81
Health Resources Administration, Department of H.E.W., 1976-79
Mathematica Policy Research, Inc., 1979-80
School of Dentistry, University of Colorado, 1977-78
Surgeon General for Dental Services, U.S. Air Force, 1977-78
School of Dentistry, University of California at Los Angeles, 1978
Alabama Energy Management Board, 1974

## LEGAL, LEGISLATIVE AND REGULATORY TESTIMONY AND CONSULTING:

*Boddicker v. Arizona State Dental Association*, 1977.

*Phillippe v. Browning Arms Company and Fabrique Nationale*, 1978.

Federal Trade Commission, San Francisco Office, ADA's response to *Intent to Regulate the Dentistry*, 1978

*Applied Digital Technology, Inc. v. Lockheed Electronics Company, Inc.,* 1982.

*Baxter v. Browning Arms Company and Fabrique Nationale*, U.S. District Court, Little Rock, Arkansas, 1982.

*Harper v. The Liggett Group, Inc., et al.,* 19th Judicial District Court, State of Louisiana, 1982.

*Gage v. Flanigan, et al.,* Case No. 77-19171CG, Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, Civil Division, 1982-1983.

*Nolte, et al., v. Kluett, et al.,* 147th Judicial Court of Travis County, Texas, 1983.

*Potter v. Deloitte, Haskins & Sells, et al.,* No. 82-CI-0310, Fayette Circuit Court, Civil Branch, Sixth Division, Kentucky, 1983-1984.

*Secretary of Labor v. Delco Products,* Division of General Motors Corporation, OSHRC Docket No. 78-5476, 1983.

*Simuflight Training International, Inc. and the Singer Company v. Flightsafety, Inc.,* Civil Action 3-82-0633-D, U.S. District Court, 1983-84.

EXHIBIT A

*Pennsylvania Dental Association v. Pennsylvania Blue Shield,* Civil Action 81-1187, U.S. District Court, 1983-1984.

*Band Instruments, Etc. v. Brook Mays Music Company, et al.,* Civil Action 83-0334-D, U.S. District Court, Houston, Texas, 1984-85.

*Preston Oil Company v. Transcontinental Gas Pipe Corporation,* 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, 1986.

*MDL-417 in re Marine Construction Antitrust Litigation,* Brown & Root Corporation, 1981-86.

*MDL-296, Cement and Antitrust Litigation,* Attorney General's Office, State of California, 1983-1991.

*David Morse v. Amherst Wilder Foundation, et al.,* for Grose, Von Holtum, Sieben & Schmidt, Ltd., Minneapolis, Minn., 1985-86.

*Cotton Brothers Baking Co., Inc. v. Industrial Risk Insurers,* Civil Action 83-0150-A, U.S. District Court, New Orleans, Louisiana, 1982-1989.

*MDL-150, Petroleum Products Antitrust Litigation,* Attorney General's Office, State of California, 1978-1992.

*Texaco, Inc. v. Franchise Tax Board,* Case No. 49923YSD and *Mobil Oil Corporation v. Franchise Tax Board,* Case No. 723-8635F, for Franchise Tax Board, State of California, April 1985-1987.

*Nelson v. Trinity, et al.,* for McGee, Hankla, Backes & Wheeler, Ltd., Minot, N.D., February 1986-July 1986.

*Louis Alford, et al., v. Transcontinental Gas,* Civil Action No. H86-0124CR U.S. District Court for the Southern District of Mississippi, January 1987-April 1988.

*International Travel Arrangers v. Northwest Airlines, et al,* U.S. District Court, Minnesota, Third Division, No. 92-1037, May 1987-April 1991.

*ETSI Pipeline Project v. Burlington Northern, Inc., et al,* Civil Action No. B-84-979CA, U.S. District Court for Eastern District of Texas, Beaumont Division, November 1986-1989.

*State of Texas,* House/Senate Joint Committee on Liability Insurance and Tort Law and Procedure, October 25, 1986.

*State of Texas,* Senate Finance Committee, March 6, 1987.

*State of Texas,* Select Committee on Tax Equity, October 15, 1987.

*Phototron Corporation v. Eastman Kodak Company, Fuqua Industries, Inc., and Colorcraft Corporation*, U.S. District Court, Northern District of Texas, Fort Worth Division, Case No. CA48791OF, December 1987-1991.

Donald R. House                                                                                    Page 3

EXHIBIT A

*Montford R. Fischer, et al. v. NWA, Inc., et al.*, Civil Action No. 3-87-106, U.S. District Court, District of Minnesota, Third Division, December 1987-1990.

*Enstar, et al. v. Transcontinental Gas Pipe Line*, Case Number 318, 300, District Court, Parish of East Baton Rouge, Louisiana, February, 1988-May, 1988.

*Moore v. McKewon & Wetrich*, Civil Action No. 2601-0586, District Court, Wapello County Iowa, May, 1987-May 1988.

*Bonnie Jacobs and Kevin Grosz, v. Anderson Building Company, Herman Eggers, and Inclinator Company of America, and Herman Eggers v. Dakota Academy for the Arts,* Civil No. 38643, District Court, South Central Judicial District, State of North Dakota, County of Burleigh, February 1988-March 1989.

*Yamaha International Corporation and Yamaha Electronics Corporation, USA vs. ABC International Traders, Inc.,* Civil Action No. 86-7892 RSLW (TX), United States District Court, Central District of California, July 1988-April 1993.

*Healthco International, Inc., Plaintiff, v. A-Dec, Inc. and Patterson Dental Company, Defendants,* Civil Action No. 87-0235-S, United States District Court, District of Massachusetts, December 1988-July 1989.

*Tube Alloy Corporation v. Homco International, Inc.*, United States District Court for the Eastern District of Louisiana, Civil Action No. 85-5829, Section "K," Magistrate, July 1989-October 1989.

*N.J. Oliver, R.B. Parker and TSO of Meyerland v. S.J. Rogers and N.J. Rogers Individually and D/B/A Texas State Optical; Texas State Optical, Inc.  Pearle Health Services, Inc., Pearle Vision Center, and Pearle Vision Center, Inc.*, Cause No. 86-35290, in District Court in Harris County, Texas, 270th Judicial District, December 1988-April 1990.

*Caudle v. Henderson*, State District Court, Augusta, Georgia, 1989.

*Topaz Electronics v. United States Fire Insurance Company*, Civil Action No. A-88-95, United States District Court, Laredo Division, October 1989-May 1993.

*Bieniarz v. Pasadena Hospital Association, et al.,* Superior Court of the State of California for the County of Los Angeles, Case No. C639346, February 1990-July 1991.

*Gulf States Utilities v. Southern Company Services, Inc., et al.,* Docket Nos. EL86-53-001 and EL86-57-001, United States of America, Federal Energy Regulatory Commission, November 1989-June 1990.

*Claude Cimino, et al. v. Raymark Industries, Inc., et al.,* Civil Action No. B-86-0456-CA, U.S. District Court, Eastern District of Texas, Beaumont Division, January 1990-October 1990.

*The Dow Chemical Company and Dow Pipeline Company v. Miller Pipeline Service Corporation*, Civil Action No. H-88-905, U.S. District Court, Southern District of Texas, Houston Division, December 1989-February 1992.

EXHIBIT A

*Pawnee Industries, Inc., and Impact Extrusion Corp. v. Spartech Corporation, Alchem Plastics Corporation, Alchem Plastics, Inc., Rockwood Computer Corp., Lawrence M. Powers, Bradley, B. Buechler, Carroll E. Taylor, Johnnie Sepulvado, and William Phillips,* Defendants, Docket No. 48-119672-89, District Court Tarrant County, Texas, 48th Judicial District, January 1990-December 1991.

*Malone Service Company, et al. v. Gulf Coast Waste Disposal Authority, et al.,* Civil Action No. H-87-2403, U.S. District Court, Southern District of Texas, Houston Division, October 1990-1992.

*State Board of Insurance, Texas, Public Rate Hearing on Workers' Compensation Insurance*, November 19, 1990.

*California Chiropractic Association, A California Corporation, Plaintiff, v. CNA Insurance Companies, MGIC Indemnity Corporation, American Casualty Company, and DOES 1-50, inclusive, Defendants, and Related Cross-Action,* Case No. C 579 326, Superior Court of the State of California for the County of Los Angeles, July 1990-October 1990.

*Brochsteins, Inc. v. Whittaker Corporation,* Civil Action No. H-88-2634, U. S. District Court, Southern District of Texas, Houston Division, September 1990-1992.

*Wells American Corporation, a Maryland Corporation v. Ziff-Davis Publishing Co.,* Civil Action No. 3:89-2181-16, U.S. District Court for the District of South Carolina, Columbia Division, October 1990-December 1990.

*Transcontinental Gas Pipeline Corporation v. 118 Acres of Land, More or Less, in St. James Parish, Louisiana, Riley F. Boudreaux, et al., and all unknown Landowners,* Civil Action No. 89-0251, Section D, Magistrate & U.S. District Court, Eastern District of Louisiana, July 1990-September 1990.

*Capitol Federal Savings Bank, et al v. McCuen, et al,* Cause No. CL1128-0187, U.S. District Court, Southern District of Iowa, November 1990-November 1991.

*Videocipher v. Satellite Earth Stations East,* Civil Action No. CV88-2815, U.S. District Court, Western District of  Louisiana, 1990-1991.

*FDIC v. American Casualty Company,* Civil Action No. C90-265-G, District of Wyoming, 1991.

*Greater Rockford Energy, et al v. Shell Oil, et al,* Civil Action No. 90-3119, Central District of Illinois, September 1990-March 1992.

*T. R. Coleman, et al v. Cannon Oil, et al,* Civil Action No. 90-T-414-S, Middle District of Alabama, May 1990-May 1992.

*Sanex Corporation v. A&M Pet Products, Inc., Dennis A. Markel, and Anan A. Anabtawi,* No. 88-37870 in the District Court of Harris County, Texas, 295 Judicial District, January 1991-May 1991.

EXHIBIT A

*CPI Plastics of Texas, Inc., Saratoga Holdings, Inc., and William M. White, Jr. v. Shintech, Incorporated, Viking Investments, Inc., Pipe Acquisition Corp., and W. David Tidholm, Trustee,* Cause No. 90-059690, in the 295th Judicial District of Harris County, Texas, June 1991-April 1993.

*TRW, Inc. v. Bird Machine Company, Inc, et al,* Civil Action No. 89-1870, U. S. District Count, Southern District of Texas, August 1991-April 1992.

*White & Sons Pipeline Construction, Inc. v. Natural Gas Pipeline Company of America,* C.A. No. H-90-3580, in the United States District Court, Southern District of Texas, Houston Division, October 1991-1992.

*Continental Casualty Co. v. Banner & Associates, Inc.,* No. 91 CV 0290-B, in the United States District Court for the District of Wyoming, July 1992-August 1992.

*Hayday, Inc., d/b/a CTWP, a Texas corporation, Copy Duplicating Products, Inc., a Texas corporation and Metroplex Information Systems, Inc., d/b/a MIS, a Texas corporation,* v. *North American Philips Corporation and N. V. Philips Gloeilampenfabrieken,* Civil Action No. 2-92CV030, in the United States District Court for the Eastern District of Texas, Marshall Division, July 1992-July 1993.

*John Swanson, George Swanson, and George E. Swanson Enterprises (PTY) Ltd., v. Schlumberger Technology Corporation d/b/a Sedco Forex, Schlumberger Limited, Inc., Sedco, Inc., British Petroleum Co., BP Minerals International, Ltd., African Selection Trust Exploration (PTY) Ltd., and DeBeers Consolidated Mines, Ltd.,* Case No. 92-10825, in the District Court of Harris County, Texas, 281st Judicial District, January 1993-June 1993.

*American Casualty v. First Franklin Financial, Inc., et al.,* Case No. A92-CA925, in the United States District Court for the Western District of Texas, Austin Division, April 1993-July 1993.

*W. Silver Investment & Holding, Inc. d/b/a W. Silber Recycling, v. Chemetco, Inc., Concorde Trading Company, Border Trading Company, Inc., d/b/a El Paso Border Trading Company, and Triangle Metallurgical, Inc., d/b/a Tri-Paso,* Case No. 91-14152, in the District Court of El Paso County, Texas, 34th District Court, September 1992-1994.

*Pennington Investment Corporation, d/b/a University Book Store and Spirit Shop v. Baylor University and Follett College Stores Corp.,* Case No. 92-4023-3, 74th Judicial District, McLennan County, Texas, 1993-1995.

*Rufus Winsor v. Homeowners Federal Savings & Loan Association, Albert H. Holgerson, Jr., Mark N. Temkin, Bernard D. Grossman, Marshall J. Derby, Dan H. Fenn, Jr., Paul Kazarosian, Richard B. Slifka, Jay L. Fialkow, Morris I. Goldberg, Myron J. Goodstein, Peter Brown, Martin H. Heck, Mitchell S. Ross and Bear, Sterns & Co., Inc.* Civil Action No. 89-2507-MC, United States District Court for the District of  Massachusetts, 1993-1995.

*Michael Gas Marketing Company v. Florida Gas Transmission Company, Enron Gas Marketing Company, Enron Corporation, Northern Gas Transmission Company, and Matagorda*

Donald R. House                                                                                                              Page 6

EXHIBIT A

*Offshore Pipeline System, a Joint Venture,* C. A. No. G-93-148, in the United States District Court for the Southern District of Texas, Galveston Division, November 1993-1995.

*L.A. Pipe Line Construction Co., Inc. v. Conoco Inc. v. United States Fidelity & Guaranty Company of Maryland;* C.A. No. 3:92-0612; (U.S.D.C. W. Va.), 1993.

*Gary Hendricks and Linda Hendricks, husband and wife, v. Scientia Corporation, a Texas Corporation, Petrolon, Inc., a Texas Corporation, Richard Liming and Jane Doe Liming, and their marital Community*, Civil Action No. C01-604Z, in the United States District Court for the Western District of Washington, Seattle Division.  Also *JoAnn and Elzie Priest and d/b/a J. & E. Slick 50 v. Petrolon, Inc., et al.*, February 1994-1996.

*Master Plumbing Contractors, et al. v. Ferguson Enterprises, Inc., Morrison Supply Company, R. C. Smith Plumbing Co., Inc., and Moore Supply Company,* also *Circle Plumbing Company, Sally Ann Wilkerson, Elkins Plumbing, Inc., and Kenneth Mikels v. Ferguson Enterprises, Inc., Morrison Supply Company, R. C. Smith Plumbing Co., Inc. and Moore Supply Company,* Case No. 92-036478 in the District Court of Harris County, Texas, 157th Judicial District,  1994-1995.

Analysis of Lignite Industry's Impact on the Texas Economy for Texas Mining and Reclamation Association, 1994-1995.

*Houston Northwest Orthopaedic Sport Medicine Center vs. William David McChesney, M.D. vs. Husam Bahrani, Husam Bahrani, M.D., P.A., Louis Harman, III, M.D., Louis Harman, III, M.D., P.A. and Houston Northwest Orthopaedic Sport Medicine Center;* Cause No. 93-061150, in the 280th District Court of Harris County, Texas,  1994-1995.

*John J. Mathewson and Patricia Lou Mathewson, his wife* vs. *Lloyd Eldo Register IV and Auto Owners Insurance Company,* Case No. 94 02650, Sec. 0, in the Circuit Court of the Thirteenth Judicial Circuit of Florida, in and for Hillsborough County, February 1995-1996.

*Dwight E. Walters, Jr., d/b/a Computer Maintenance Service and C.M.E.S. Corp., as successor to Dwight E. Walters, Jr., d/b/a Computer Maintenance Service,* Plaintiffs, v. *International Business Machines Corporation a/k/a IBM and William H. Childers and Robert Bernsen,* Defendants, Case No. 89-5303-G in the District Court of Nueces County, Texas, 319th Judicial District, 1994.

*TCA Building Company vs. Northwestern Resources Company, et al.,* Cause No. 93-265, in the United States District Court for the Southern District of Texas, Galveston Division, 1994.

*Lazy Oil, Inc., John B. Andreassi and Thomas A. Miller Oil Co. on behalf of themselves and all others similarly situated,* Plaintiffs, v. *Witco Corporation; Quaker State Corporation; Quaker State Oil Refining Corp.; Pennzoil Company; and Pennzoil Products Company,* Defendants, Civil Action No. ERIE 94-110E, in the United States District Court for the Western District of Pennsylvania, 1994 - 1998.

EXHIBIT A

*Memorial Hospital Foundation - Palestine, Inc., et al. v. Robert Charron, et al.;* No. 6:94CV902, In the United States District Court for the Eastern District of Texas, Tyler Division, June 1995-September 1996.

*Tri-Tronics, Inc. v. D. T. Systems, Inc., a Texas Corporation*; *Glendale Pet Shop, and Pro Pet-Vet Supplies,* Civil No. CIV 94-0445 PHX PGR, United States District Court, District of Arizona, 1995.

*Resolution Trust Corporation vs. Kenneth R. Fiala, et al.*, Case No. 4:93CV2613 ELF, in the United States District Court for the Eastern District of Missouri, Eastern Division, 1995.

*Donald R. Rector, et al. v. Carrington, Coleman, Sloman & Blumenthal, et al.,* Cause No. 462,714-B, in the United States District Court, Travis County, Texas, 261st Judicial District., October 1992-December 1993.

*Laurence E. Wolf, M.D., et al. v. Dow Corning Corporation, et al.,* Case No. 92-60186, in the District Court of Harris County, Texas, 113th Judicial District, December 1995-1998.

*Fortune Production Company, et al., v. Conoco Inc.,* Cause No. 94-022041, 113th Texas District Court, Houston, Texas. 1996.

*Larry Sloan v. American Plant Food Corporation,* Case No. 93-0194, in the District Court of Harrison County, Texas, 71st Judicial District, 1996.

*The McMahon Foundation and Jay Tom Poyner, et al. v. Amerada Hess Corporation, et al.* Civil Action  No. H-96-1155, U.S. District Court, Houston, Texas, 1996 - 1999.

*Core-Vent and Niznick v. Dentsply International, Inc.*, Arbitration: No. 14 199 00226 94 C/J, Harrisburg, Pennsylvania,1996 - 1999.

*Carl Engwall, et al,. v. Amerada Hess Corporation, et al.,* Case No. CV-95-322, Fifth  Judicial District Court, County of Chaves, State of New Mexico, 1996-1999.

*Bill L. Lowe, et al., vs. Chevron U.S.A., Inc., et* al., Case No. 977154, County of San Francisco, Superior Court of the State of California, 1997.

*Herbert A. Slater and Duplex Electrical Supply Corp., vs. Charles W. Schwing,* Case No. 17-168-0033-96, American Arbitration Association, Garden City, New York, 1997.

*Few Ready Mix Concrete Co. v. Transit Mix Concrete & Material Co., et al.,* Case No. 9:96-CV-86, U.S. District Court for the Eastern District of Texas, Lufkin Division, 1996-1998.

*Michael Johnson, et al, v. Cook Ft. Worth Children's Medical Center, et. al.,* In the District Court of Tarrant County, Texas 348th Judicial District, Cause No. 348-160611-95, 1997.

*Spectators' Communication Network, Inc. v. NEC America, K-Mart Corporation, PGA Tour, Inc., American Golf Sponsors, G.R. Stevenson and Anheuser-Busch Incorporated*, United States Federal Court, Northern District of Texas, Civil Action No. 3-95CV2390-P, 1997.

Donald R. House                                                                                      Page 8

EXHIBIT A

*Freddie B. Hood and Wanda Hood vs. Teddy Glenn Ottinger, Allied Bruce Terminix Company, et al.,* 29th Judicial District Court, Parish of Red River, State of Louisiana, No. 30,710, 1997.

*David Kraenzle, et al. v. Young Dental Manufacturing Company, Inc.,* In The Circuit Court Of The City Of St. Louis, State Of Missouri, Cause No. 972-07809, 1998.

*United States Government and $CO_2$ Claims Coalition, LLC a Colorado limited liability company, vs. Shell Oil Company, Shell Western E & P, Inc., Mobil Producing Texas and New Mexico, Inc., and Cortez Pipeline Company,* United States District Court, District of Colorado Case No. 96-Z-2451, 1998.

*The Procter & Gamble Company v. Amway Corporation, et al.* United States District Court For The Southern District Of Texas, Houston Division, Civil Action No. H-97-2384, 1998-2011.

*Blanchard and Company, Inc. v. Heritage Capital Corporation,* USDC, ND Texas, Dallas Division, Cause No. 3-97-CV-0690-H, 1998-1999.

*Allied Sales & Service Co., Inc. vs. Global Industrial Technologies, Inc., et al.,* U.S. District Court for the Southern District of Alabama Southern Division, Case Number: CV-97-0017-CB-M, 1998.

*ISP Mineral Products, Inc. a Delaware corporation, v. GS Roofing Products Company, Inc., a New York corporation,* In the United States District Court For The Northern District Of Texas, Dallas Division, Cause No. 3-97-CV-2326-R, 1999 - 2000.

*Jim Price, et al, v. The Las Colinas Association, et al,* in the District Court of Dallas County, Texas K-192nd Judicial District Cause No. 97-05904-H, 1998 - 1999.

*W.A.W. Van Limburg Stirum, et al., v. Raymond J. Whalen, et al.,* In the United States District Court Northern District of New York, Civil No. 90-CV-1279, 1999.

*Amway Corporation, Plaintiff, v. The Procter &Gamble Co., et al, Defendants,* In the United States of America, United States District Court, For The Western District of Michigan Southern Division, Case No. 1:98cv 726, 1999.

*Raul J. Guerra, Jr., et al, v. Texaco Exploration and Production, Inc., Texaco Trading and Transportation, Inc., Texaco Pipeline, Inc., Texaco, Inc. and Four Star Oil and Gas Company, Defendants,* In The United States District Court For The Southern District Of Texas Corpus Christi Division, Civil Action No. M-98-037, 1999.

*Fisher Scientific International, Inc., Procurenet, Inc. and Sourcesys, Inc. v. Cataloging Solutions, Inc. Dewayne Barton, Kirsten Cloward, Scot Cloward, Jeff Cloward, Denny Foust, and Shelly Foust,* In the District Court of Montgomery County, Texas; 9th Judicial District Court, Cause No. 2000-00-03-01501-CV, 2000.

*Ivoclar North America, Inc. v. Dentsply International, Inc.*, In the United States District Court for Southern District of New York; Civil Action No. 98 CIV 3812, 2000.

EXHIBIT A

*Laminates Unlimited, Inc. v. Tarkett, Inc.,* In the District Court of Harris County, Texas, 295th Judicial District, Cause No. 98-23205, 2000.

*B.C. Zeigler Companies, Inc. vs. Merrill Lynch*, Pierce, Fenner & Smith, Inc., *et al,*  NASD, Arbitration Case No. 99-04183, Denver, Colorado, 1999 - 2000.

*Bayshore Ford Truck Sales, Inc., et al, vs. Ford Motor Company, Defendant;* In the United States District Court for the Northern District of Georgia, Rome Division; Civil Action No. 4:99-CV-173-RLV, 2000 – 2012.

*Driltech, Inc. v. Tenam, et al,* District Court, Dallas County, Texas, 101st Judicial District, No. DV00-00476-E, 2000.

*Gloria Scott, et al. v. The American Tobacco Company, et al.* Case No. 96-8461, Civil District Court, Parish of Orleans, State of Louisiana, June, 2000.

*Jamie Ragan, et al, v. United States of America*, United States District Court, Eastern District of Texas, Texarkana Division, Case No. 599CV093, 2000.

*Bettah Beach Productions, Inc. v. Park Board of Trustees of the City of Galveston, Texas v. The Law Firm of McLeod, Alexander, Powel & Apffel, P.C.;* In the United states District Court for the Southern District of Texas - Galveston Division, Cause No. G-98-619, 2000.

*Universal Broadcasting of New York, Inc. v. Putbrese, Hunsaker & Trent, P.C. et al.* Superior Court of New Jersey Bergen County; Law Division Docket No.: BER-L-9443-97, 1999-2000.

*Reeder Simco GMC, Inc. v. Volvo GM Heavy Truck Corporation n/k/a Volvo Trucks North America, Inc*., U.S.D.C., Western District of Arkansas, Fort Smith Division, Case No: 00-2031, 2001;  US Supreme Court, No. 04-905, January 10, 2006.

*Retractable Technologies Inc. vs. Becton Dickinson & Company; Tyco International (U.S.), Inc.; VHA, Inc.; The Community Hospital; and Sweeny Community Hospital,* In the District Court of Brazoria County, Texas, 239th Judicial District, Cause No. 5333*JG98. 1998 – 2004.

*IDM Software, Inc. v. Sanders & McDermott, PLLC, John V. Daly, Esq. and Patricia M. Weathersby, Esq.,* The State of New Hampshire, Rockingham, SS., Superior Court; Case Number 01-C-0600, 2002.

*Novus International, Inc., Novus International Holdings, L.L.C. and Novus International, L.L.L.P., Plaintiffs* v. *Union Carbide Corporation, Defendant*; In the United States District Court for the Southern District of Texas, Houston Division; Civil Action No. H-01 4445. 2002.

*McKesson Medical-Surgical, Inc. v. A. T. Kearney, Inc.,* In the United States District Court, Eastern District of Virginia, Richmond Division, Case No. 3:02CV801, 2003.

EXHIBIT A

*Dino X. Chavez v. Brownsville ISD, Noe Sauceda, and Randy Dunn, Marilyn Del Bosque-Gilbert and Hugh Emerson, Jr., in their official capacities as Board Members of Brownsville Independent School District*; C. A. No. B-02-128, In the U.S. District Court, Southern District of Texas, Brownsville Division, 2003.

*Stephen M. Andrus, Fernando De Pena, Valentin Paz and Andrus & Paz, A Partnership v. Brownsville Independent School District, Noe Sauceda, and Eddie Errisuriz, Jr.*, Cause No. B-02-143, In the U.S. District Court, Southern District of Texas, Brownsville Division, 2003.

*Kelly-Moore Paint Company, Inc. v. Union Carbide/Dow Chemical, et al,* In the District Court, Brazoria County, Texas, 23rd Judicial District of Texas, No. 19785-BH02, 2002–2004.

*In the Matter of the Arbitration between Blanchard & Company, Inc. Claimant v. Premiere Radio Networks, Inc.*, *Respondent,* No. 70 147 00405 03, 2003.

*Alcatel USA, Inc. ,v, Cisco Systems, Inc.,* In the United States District Court for the Eastern District of Texas, Sherman Division, Civil Action No. 4:00CV199, 2003.

*Louisiana Health Service & Indemnity Company D/B/A Blue Cross and Blue Shield of Louisiana, Plaintiff v. Rapides Healthcare System and State of Louisiana, Ex Rel. Richard P. Ieyoub, Attorney General for the State of Louisiana, Defendants,* United States District Court, Middle District of Louisiana, No. 00-694-D-M2, Section: D, Division: M-2, 2003-2004.

*The Hasha Family Limited Partnership IV, LTD. & The Hasha Family Limited Partnership III, LTD. v. Varco International, Inc.;* American Arbitration Association Houston Office, 2003 – 2005.

*Allstate Insurance v. Greg Abbott, et al.,* In the United States District Court for the Northern District of Texas, Cause No. 3:03-CV-2187-K, 2004.

*Enviroquip, Inc. v. Zenon Enviromental, Inc.*; In the United States District Court for the Western District of Texas, Austin Division, Civil Action No. A-03-CA-944-SS, 2004 - 2005.

*Starcrest Products of California, Inc., a Delaware corporation, Plaintiff v. Publishers Clearing House, LLC, a New York Limited Liability Company, an DOES 1-10, Defendants*, United States District Court, Central District of California, Case No. ED CV 04-0605 VAP (SLGx), 2005.

*United States of America, Plaintiff, v. Philip Morris USA Inc., f/k/a Philip Morris Inc, et al., Defendants*, In the United States District Court for the District of Columbia, Civil Action, No. 99-CV-02496 (GK), 2005.

*Medlock Southwest Management Corporation, et al. v. Federal National Mortgage Association,* In the United States District Court For The Eastern District Of Texas, Texarkana Division, Civil Action No. 504cv129, 2005- 2010.

*PSN Illinois v. Ivoclar Vivadent, et al,* In the United States District Court for the Northern District of Illinois, Case No. 04 C 7232, 2005- 2009.

EXHIBIT A

*John Karamanos, et al. v. Norman Wright Mechanical, et al*, In the United States District Court for the Northern District of California, San Jose Division, Case No. C 04-2266 JW, 2005-2008.

*Kingdon R. Hughes, et. al. v. Gregory T. Royal, et. al.,* 134th Judicial District of Dallas County, Texas, Cause No. 05-06600, 2005-2006.

*Casa Orlando Apartments, LTD, et al, v. Federal National Mortgage Association,* United States District Court for the Eastern District of Texas, Texarkana Division, No. 504 Civ 129, 2005-2006.

*Proctor & Gamble, et al. v. Randy L. Haugan, et al*., United States District Court for the District of Utah, Central Division, Case No. 95-CV-0094 W, 2005-2007.

*Cody Wheeler, et al. v. Pilgrims Pride Corporation, et al.,* Case No. 5: 06-CV-04, United States District Court for the Eastern District of Texas, Texarkana Division, 2006- 2009.

*Rochester Medical Corporation  v. C.R. Bard, Inc., et al.,* In the United States District Court for the Eastern District of Texas, Texarkana Division, Civil Action No. 504-CV- 060, 2005-2009.

*Caterpillar, Inc. v. J. Garner Scott, et. al.,* United States District Court District of South Carolina, Columbia Division; Civil Action No. 3:04-21789-17, 2006.

*Insurance Auto Auctions, Inc. v. Exelon Generation Company, et al,* 95th Judicial District Court of Dallas County, Texas, Cause No. 06-09570, 2007 to 2008.

*David Shen Dental Corporation,* Plaintiff, *v. Dentsply International Inc., et al,* Defendants, United States District Court Eastern District of Pennsylvania, Civil Action No. 06-4363, 2007- 2010.

*Jerald "Dan" Markman, Plaintiff,  v. American National Insurance Company, et al, Defendants;* In the 113th Judicial District Court of Harris County, Texas. Cause No. 2006-72253, 2007-2010.

*Daniels Sharpsmart, Inc. v. Tyco International, et al*; United States District Court for the Eastern District of Texas, Texarkana Division, Civil Action No. 5:05-cv-169, 2007-2010.

*Westgate Ford Truck Sales, Inc. v. Ford Motor Company*; In the Court of Common Pleas, Cuyahoga County, Ohio, No. CV 02 483526, 2007 - 2013.

*DW Industries, Inc., et al, v.  Dentsply International, Inc.,* American Arbitration Association, File No. 51 489 Y 00944 06, 2008 - 2010.

*Active Solutions and Southern Electronics vs. Dell, Inc.,* Case No. 2007-3665, District Court for the Parish of Orleans, State of Louisiana, 2009.

*Retractable Technologies, Inc. ("RTI") v. Abbott Laboratories, Inc. ("Abbott")*, United States District Court, Eastern District of Texas, Civil Action No. 505CV157, 2008 - 2011.

Donald R. House                                                                                                Page 12

EXHIBIT A

*Pioneer Drive, LLC vs. Nissan Diesel America, Inc.;* United States District Court for the District of Montana, Missoula Division, Case No. CV 08-115-M-DWM, 2009 – 2010.

*CSFB 1999-C1 Rockhaven Place Limited Partnership v. Harry Fath and Fath Forest Lane Limited Partnership,* District Court of Dallas County, Texas, No. 05-08386-B, 2011 – 2012.

*PBM Nutritionals, LLC* Plaintiff, *v. ACE American Insurance Co., Arch Insurance Company, Lexington Insurance Company, and Dornoch LTD* for and on behalf of Underwriting members of Lloyd's Syndicate 1209, Defendants; In the United States District Court For the Eastern District of Virginia Richmond Division; Case No. 3:09-cv-194, 2009-2010.

*Arvel James Hall, Jr., et al. v. Bank of America, N.A*., 169th Judicial District, Bell County, Texas, No. 227,593-C, 2009-2012.

*Carlson Diversified, et al. v. Marcus & Millichap Real Estate Services, Inc*., Superior Court of Washington for King County, No. 08-23332-4 SEA, 2010.

*Main Mall Limited Partnership v. Dino A Christophilis, et al.,* Superior Court of Washington for King County, No. 08-23332-4 SEA, 2011.

*Norman Cowger v. Rollins, Inc. d/b/a/ Orkin Pest Control,* Civil Action: 9:11-C-58, United District Court for the Eastern District of Texas, Lufkin Division, 2011- 2015.

*Wilson Industries v. Select Energy Services and Bell Supply,* Cause No. C-131,813, District Court of Ector County, Texas, 2011- 2012.

*United Biologics v. Texas Allergy, Asthma, and Immunology Society, et al,* District Court of Travis County, Texas, Cause No. D-1-GN-11-002421, 2012 – 2013.

*Grover R. Davidson, et al. v. ConocoPhillips Company and H&L New Gulf, Inc*., 23rd Judicial District Court, Wharton County, Texas, 2011- 2013.

*Continental Casualty Company  v. The Argentine Republic*, United States District Court for the Eastern District of Virginia, Alexandria Division, Cause No. 1:12cv99-TSE/TCB, 2012 – present.

*Compliance Marketing, Inc., et al, v. Drugtest, Inc., et al,* United States District Court for the District of Colorado, Civil Action No. 09-cv-01241-CMA-CBS, 2011 – 2012.

*Synthes, Inc. v. Emerge Medical, Inc., et al,* United States District Court for the Eastern District of Pennsylvania, Case No. 11-1566, 2012 – present.

*Array Holdings, Inc. vs. Safoco, Inc.,* United States District Court for the Southern District of Texas, Houston Division, Cause No. 12-cv-366, 2012 – present.

*Diamond X Ranch v. Atlantic Richfield Company,* United States District Court for the Northern District of Nevada, 2012 – present.

EXHIBIT A

*Ross I. Jones v. Rick's Carbaret International, et al*., District Court of Brazoria County, Texas, 239th Judicial District, Cause No. 69332, 2013 – 2014.

*Sanger Insurance Agency v. HUB International and HUB International, Midwest, LTD,* United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No. 2:13-CV-528, 2013 – present.

*United Biologics, LLC and Academy of Allergy & Asthma in Primary Care v. American Academy of Allergy, Asthma & Immunology, et al*, United States District Court for the Western District of Texas, San Antonio Division, Civil Action No. 14-35, 2014 – present.

*Sweeten Truck Center, L.C. v. Volvo Trucks North America*, SOAH Docket No. 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 LIC; MVD Docket No. 14-0004 LIC, Texas Department of Transportation, Motor Vehicle Division, 2014 – 2015.

*Continental Industries Group, Inc. v. FTS International, Inc. and FTS International Services, LLC*, United States District Court, Southern District of New York, 12 Civ. 5599, 12 Civ. 6966, 2014 –  2015.

*Brett Hartmann v. SMG and Harris County Convention & Sports Corporation*, District Court of Harris County, Texas, No. 2012-67930, 2014 – present.

*Christianson Air Conditioning and Plumbing, LLC v. NIBCO, Inc. et al*, District Count of Travis County, Texas, No. D-1-GN-14-000962, 2015 – present.

*Olav Bergheim and Morteza Gharib v. Siriona Dental Systems, Inc. and Arges Imaging, Inc.,* American Arbitration Association, New York, NY, 2015.

*National Oilwell Varco, L.P. v. Ceram-Kote, Inc. et al,* District Court of Harris County, Texas, Cause No. 2012-58748, 2014-2015.


**GOVERNMENT CONTRACTS:**

*Internal Revenue Service, Analysis and Studies Division*

> Contract No. TIR-94-0016
>> Performance Potential Model

*Department of Health, Education, and Welfare -*

> Contract No. 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
>> The Economic Relationship Between Dentist's Income and Time Supplied

> Contract No. 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
>> Study of the Effect of Physician Supply on the Supply, Mix and Cost of Health Services

EXHIBIT A

*Department of Health and Human Services -*

>Contract No. 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
>>Employment of Recent Dental School Graduates:
>>Phase II

>Contract No. 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
>>A Forecasting Model of the Health Care Sector

>Contract No. 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
>>Education and Career Patterns of Black Dentists

*Federal Trade Commission -*

>Contract No. L0450
>>Deregulation - Rate Bureaus & Motor Carrier
>>Regulation

>Contract No. L0797
>>Business Strategy Models:  An Economic Analysis

>Contract No. H-6766
>>Reciprocity in Dentistry:  A Review of Dental Practice
>>Acts, Laws, and Regulation

*Institute for Defense Analysis -*

>Contract No. MDA903-79-C-0202
>>Study of Impacts of Demand Surges Upon the Critical
>>Materials Industries

*US Air Force -*

>Contract No. F33615-80-C-0021
>>Development of an Air Force National Skills Market
>>Model

>Contract No. F41689-81-C-0063
>>Analysis of Assignment Preferences Impact Upon
>>Retention of Enlisted Personnel in the Air Force

>Contract No. F49642-82-0254
>>Enlisted Prior Service Market Analysis Study

*Department of Labor -*

>Contract No. 99-8-1886-04-32
>>State Unemployment Insurance Programs

Donald R. House                                              Page 15

EXHIBIT A

Contract No. 99-0-1866-29-4
The Impact of Unemployment Insurance on the United
States Economy During the 1974-1975 Recession

*Office of the Assistant Secretary of Defense -*

Contract No. F41800-84-MA388
DPAS Bonus Support Module Prototype

Contract No. MDA903-85-C-0321
DPAS Bonus Support Module

## OTHER CONTRACTS:

Nebraska Book Company
General Telephone Company of the Southwest
Leviathan Corporation
Manufacturers Hanover Futures
Manufacturers Hanover Trust
Southwestern Bell Telephone
American Hospital Association
Dentsply, International
Metrica, Inc.
Metropolitan Chicago Healthcare Council
Texas Dental Association
Texas Hospital Association
Research Triangle Institute
U.S. Postal Service
Chicago Dental Society
Healthco International, Inc.
W.R. Grace and Company
Texas Society of Certified Public Accountants
DRI/McGraw-Hill

## BOOKS:

"Economic Damages," in *Litigating Spinal Cord Injuries,* Mark R. Kosieradzki, comp., New
York, Wiley, 1995, pp. 191-205.

*Earn All You Can: Getting Rich for Good,* Abingdon Press: Nashville, TN, 2016.

## SELECTED PUBLICATIONS:

"The Distribution of Publication Successes Within and Among `Top' Economics Departments:  A
Disaggregated View of Recent Evidence," (with J.H. Yeager), *Economic Inquiry,* Vol.
16, October 1978.

Donald R. House                                                                               Page 16

EXHIBIT A

"A Full-Price Approach to the Dental Care Market:  Applications for Price Determinations," *Journal of Health, Politics, Policy and Law,* Vol. 5, Winter 1981, pp. 593-607.

"Occupational Choice and Labor Supply Decisions:  The Case of the Licensed Dentist," *Modeling Techniques and Applications in Dentistry,* Department of Health and Human Services, Publication No. (HRA)  81-8, 1981, pp. 45-55.

"A Theory of Physician Behavior with Supplier-Induced Demand," (with R. Anderson and M. Ormiston), *Southern Economic Journal,* Vol. 48, July 1981.  Reprinted in *The Economics of Location*, edited by Melvin L. Greenhut.

"The Role of Patient Time in the Pricing of Dental Services:  The Fee-Provider Density Relation Explained," (with A.S. DeVany and T.R. Saving), *Southern Economic Journal,* January 1983.

"Economic Issues in the Defense of Directors and Officers of Financial Institutions," (with Clifford L. Fry), *Banking Law Journal,* Vol. 110, No. 6, Nov.-Dec. 1993, pp. 542-557.

"The Effects of Carrier Concentration on Dentists and Patients," (with L. Jackson Brown and Albert H. Guay), *Journal of the American Dental Association*, Vol. 140, January 2009, pp. 90-97.

"An Examination of Dentists' Fee Discounts and Prepayment Carrier Concentrations," *Dental Health Policy Analysis Series*, Chicago: American Dental Association, Health Policy Resources Center, 2005.

 "The Economic Aspects of Unsupervised Private Hygiene Practice and Its Impact on Access to Care," (with L. J. Brown and K. D. Nash), *Dental Health Policy Analysis Series*, Chicago: American Dental Association, Health Policy Resources Center, 2005.


## SELECTED REPORTS:

*A Study of the Economic Relationship Between Dentists' Income and Time Supplied* (Project Principal Investigator), HEW, 1977-78, American Dental Association.

*Labor Substitution and the Economics of the Delivery of Dental Services* (Project Participant), U. S. Department of Heath, Education, and Welfare, 1977-78, Resources Research Corporation.

*Study of the Effect of Physician Supply on the Supply, Mix and Cost of Health Services* (Project Director, Co-Principal Investigator), HEW, 1979-80, Resources Research Corporation.

*Development of an Air Force National Skills Market Model,* with T.R. Saving, B.M. Stone, Interim Report, Air Force Human Resources Laboratory, Brooks Air Force Base, Texas, September 1982.

*Multifactor Productivity and the United States Postal Service, 1979-1983,* (Project Director), U.S. Postal Service, 1984.

EXHIBIT A

*Report of Donald R. House and Thomas R. Saving of RRC, Inc. in Defense of Third Party Complaint as Amended,* Pennsylvania Dental Association v. Pennsylvania Blue Shield, 1983-84.

*An Examination of Volatility Among Foreign Exchange Rates,* (Project Director), Manufacturers Hanover Trust Company, 1984.

*SEAD, A Computerized Data Extraction Routine,* (Project Director), RRC, Inc., 1984.

*The Impact of Changes in the Price of Cement on the Highway Construction Industry,* (Principle Investigator and Project Director), Attorney General for the State of California, 1984.

*Forecasts of Health Care Prices and Expenditures, 1985-1995,* (Principle Investigator and Project Director), American Medical Association, 1985.

*The Impact of Dental Prepayment on the Demand for Dental Care,* (Principle Investigator and Project Director), Research Triangle Institute, 1985.

*Productivity in the Postal Service, A Comparison Among Three Indexes,* (Project Director), United States Postal Service, 1985.

*Envelope, A Computer Program for Macroeconomic Computer Program Modeling,* (Project Director), RRC, Inc., 1985.

*Medical Malpractice Liability Insurance: A Closer Look,* (Principle Investigator and Project Director), American Medical Association, 1986.

*Expected Life and Worklife for Physicians,* (Project Director), American Medical Association, 1986.

*The Economic Impact of New Taxes on Services in Texas,* (Project Director and Co-Principle Investigator), The Consulting Engineers Council of Texas, et al., 1987.

*The Impact of Telephone Pricing and Competition on the Texas Economy,* (Co-Principle Investigator), Southwestern Bell, 1987.

*Professional Liability Insurance for Physicians: A Quality Constant Measure of Price Changes,* (Principle Investigator and Project Director), American Medical Association, 1987.

*Productivity Measurement and the United States Postal Service*, for the United States Postal Service, 1984.

*The Economic Impact of New Taxes on Services in Texas,* (Project Director and Principle Investigator), Texas Society of Certified Public Accountants, et al., 1990.

*The Pricing of Subscriber Lists and Related Information* (Project Director and Principle Investigator), U S WEST Communications, Inc., 1993.

EXHIBIT A

*The Economics of Structural Separation from the Perspective of Economic Efficiency,* (Project Director and Co-Author), U S WEST Communications, Inc., 1995.

*Analysis of Infection Control and OSHA Compliance Costs,* American Dental Association, April 1994.

*Estimation of the Cost of Dental Care for Eligible Populations, An Economic Modeling of Dental Health Care Costs Under Varied Coverage Assumptions and Demographics*, (Principal Investigator), American Dental Association, 1996.

*The Market for Student Textbooks at the University of Nebraska at Lincoln*, Nebraska Book Company, 1998.

*Collective Bargaining and Dentistry,* American Dental Association, (Co-author), 2000.

*The Costs and Benefits of the Use of Motorized Vehicles Among the Disabled, Ages 65 and Over,* The Scooter Store, 2003.

*An Examination of Dentists' Fee Discounts and Prepayment Carrier Concentrations,* American Dental Association, 2005.

*Payer Competition:  Consequences of a Single Payer System,* American Dental Association, 2007.

*Texas New Church Starts, 1985-2005,* Texas Methodist Foundation, with Lovett Weems, 2007.

*Virginia New Church Starts, 1985-2006*, Virginal Annual Conference of the United Methodist Church, with Lovett Weems, 2008.

*The Impact of SCHIP and/or Medicaid Coverage Among Children with Private Coverage Upon Their Utilization of Dental Services*, American Dental Association, 2008.

*The Long Run Consequences of Reduced Reimbursement Rates,* American Dental Association, 2008.

*Dentist Participation and Reimbursement Rates,* American Dental Association, 2008.

*Reductions in the Number of Districts of an Annual Conference, A Study of Costs and Benefits,* North Texas Annual Conference, United Methodist Church, February 2010.

*A Program for the Transformation of Existing Churches, An Examination of Results,* Texas Annual Conference, United Methodist Church, April 2010.

*An Examination of the Impact of the Texas Methodist Foundation Clergy Development Program on the United Methodist Church in Texas,* Texas Methodist Foundation, July 2011.

EXHIBIT A

*Local Church Indebtedness and Local Church Vitality:  Will the Increase in Local Church Indebtedness Over the Past Decades Pay Dividends?"* Texas Methodist Foundation, September 2011.

*A National Projection Model for the United Methodist Denomination in the U.S.,* General Council on Finance and Administration, The United Methodist Church, Nashville, TN, 2012.

January 10, 2016

Donald R. House                                                                 Page 20

EXHIBIT A