# EXHIBIT 1

## Exhibit 1

| Specified Subpoenaed Entities ("SSE") Joining the Joint Opposition Brief |
|---|
| **BMW Entities:** BMW of North America, LLC; BMW Manufacturing Co., LLC; BMW Financial Services NA, LLC; BMW (US) Holding Corp.; BMW Bank of North America; BMW Insurance Agency, Inc.; BMW US Capital, LLC; Designworks/USA, Inc. |
| **FCA (Chrysler) Entities:** FCA US LLC; Fiat Chrysler Finance North America, Inc. (Chrysler Transport Inc. is listed on Attachment A to the Parties' brief, but it was not served with the subpoena, no longer exists, and has not entered an appearance in this case). |
| **Daimler Entities:** Daimler North America Corp. (MI); Daimler North America Corp. (NJ); Daimler Purchasing Coordination Corp.; Daimler Trucks North America LLC; Daimler Vans Manufacturing, LLC; Daimler Vans USA LLC; Freightliner Custom Chassis Corp.; Mercedes-Benz Advanced Design of North America Inc.; Mercedes-Benz Credit Corp.; Mercedes- Benz Financial Services USA LLC; Mercedes- Benz Research & Development North America, Inc. (CA); Mercedes-Benz Research & Development North America, Inc. (MI); Mercedes-Benz U.S. International, Inc.; Mercedes- Benz USA, LLC; Mitsubishi Fuso Truck of America, Inc.; Thomas Built Buses, Inc.; Western Star Trucks Sales, Inc. |
| **GM Entities:** General Motors Company; General Motors Financial Company, Inc.; General Motors Holdings LLC; General Motors LLC |
| **Hino** Motors Manufacturing U.S.A., Inc. |
| **Honda Entities:** American Honda Motor Co., Inc.; American Honda Finance Corp.; Honda Manufacturing of Indiana, LLC; Honda North America, Inc.; Honda of America Mfg., Inc.; Honda of South Carolina Mfg., Inc.; Honda Precision Parts of Georgia, LLC; Honda R&D Americas, Inc.; Honda Research Institute USA, Inc.; Honda Transmission Manufacturing of America, Inc. |
| **Hyundai Entities:** Hyundai Motor Manufacturing Alabama, LLC, Hyundai America Technical Center, Inc., Hyundai Motor America, Hyundai AutoEver America, LLC, Hyundai Capital America |
| **Jaguar Land Rover** North America, LLC |
| **Kia Entities**: Kia Motors Manufacturing Georgia, Inc., Kia Motors America, Inc. |
| **Mitsubishi Entities:** Mitsubishi Motors North America, Inc.; Mitsubishi Motors Credit of America, Inc.; Mitsubishi Motors R&D of America, Inc. |
| **Nissan Entities:** Nissan North America, Inc.;  Nissan Design America, Inc.(part of NNA); Nissan Technical Center North America, Inc. (part of NNA); Nissan Diesel America, Inc. (part of NNA); Nissan Motor Acceptance Corp. |
| **Porsche** Cars North America, Inc. |
| **Subaru Entities**: Subaru of America, Inc., Subaru Leasing Corp., Fuji Heavy Industries U.S.A., Inc., Subaru of Indiana Automotive, Inc. |
| **Toyota Entities:** Toyota Motor North America, Inc.; Toyota Motor Sales, USA, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Manufacturing Alabama, Inc.; Toyota Motor Manufacturing Indiana, Inc.; Toyota Motor Manufacturing Kentucky, Inc.; Toyota Motor Manufacturing Mississippi, Inc.; Toyota Motor Manufacturing |

2

| Specified Subpoenaed Entities ("SSE") Joining the Joint Opposition Brief |
|---|
| Texas, Inc.; Toyota Motor Manufacturing West Virginia, Inc.; Toyota Logistics Services, Inc.; Calty Design Research, Inc. |
| **VW Entities:** Volkswagen Group of America, Inc. d/b/a Volkswagen of America; Volkswagen Group of America, Inc. d/b/a Audi of America; Volkswagen Group of America Chattanooga Operations, LLC; and Volkswagen Credit, Inc. |
| **Volvo** Cars of North America, LLC |

| SSEs Joining the "Domestic Distributor" Brief |
|---|
| **BMW Entities:** BMW of North America, LLC |
| **Daimler Entities:** Mercedes- Benz USA, LLC |
| **Hyundai Entities:** Hyundai Motor America |
| **Jaguar Land Rover** North America, LLC |
| **Kia Entities**: Kia Motors America, Inc. |
| **Mitsubishi Entities:** Mitsubishi Motors North America, Inc. |
| **Nissan Entities:** Nissan North America Inc. with respect to select models distributed for foreign manufactures. |
| **Porsche** Cars North America, Inc. |
| **Subaru Entity:** Subaru of America, Inc. |
| **VW Entities:** Volkswagen Group of America, Inc. d/b/a Volkswagen of America and Volkswagen Group of America, Inc. d/b/a Audi of America |
| **Volvo** Cars of North America, LLC |

| SSEs Joining the "Non-Core SSE" Brief |
|---|
| **BMW Entities:** BMW Financial Services NA, LLC; BMW (US) Holding Corp.; BMW Bank of North America; BMW Insurance Agency, Inc.; BMW US Capital, LLC; Designworks/USA, Inc. |
| **FCA (Chrysler) Entities:** Fiat Chrysler Finance North America, Inc. |
| **Daimler Entities:** Mercedes-Benz Advanced Design of North America Inc.; Mercedes-Benz Credit Corp.; Mercedes- Benz Financial Services USA LLC; Mercedes- Benz Research & Development North America, Inc. (CA); Mercedes-Benz Research & Development North America, Inc. (MI) |
| **GM Entities:** General Motors Financial Company, Inc. |
| **Honda Entities:** American Honda Finance Corp. |
| **Hyundai Entities:** Hyundai America Technical Center, Inc.; Hyundai AutoEver America, LLC; Hyundai Capital America |
| **Mitsubishi Entities:** Mitsubishi Motors Credit of America, Inc.; Mitsubishi Motors R&D of America, Inc. |
| **Nissan Entity:** Nissan Motor Acceptance Corp. |
| **Subaru Entities**: Subaru Leasing Corp., Fuji Heavy Industries USA, Inc. |
| **VW Entities:** Volkswagen Credit Inc. |

| SSEs Joining the "Smaller SSE" Brief |
|---|
| **BMW Entities:** BMW of North America, LLC; BMW Manufacturing Co., LLC |
| **Hino** Motors Manufacturing U.S.A., Inc. |
| **Jaguar Land Rover** North America, LLC |
| **Mitsubishi Entities:** Mitsubishi Motors North America, Inc.; Mitsubishi Motors Credit of America, Inc.; Mitsubishi Motors R&D of America, Inc. |
| **Porsche** Cars North America, Inc. |
| **Subaru Entities**: Subaru of America, Inc., Subaru of Indiana Automotive, Inc. |
| **VW Entities:** Volkswagen Group of America, Inc. d/b/a Volkswagen of America; Volkswagen Group of America, Inc. d/b/a Audi of America; and Volkswagen Group of America Chattanooga Operations, LLC |
| **Volvo** Cars of North America, LLC |

| SSEs Joining the "Truck and Equipment" Brief |
|---|
| **Daimler Entities:** Daimler Trucks North America LLC; Daimler Vans Manufacturing, LLC; Daimler Vans USA LLC; Freightliner Custom Chassis Corp.; Mitsubishi Fuso Truck of America, Inc.; Thomas Built Buses, Inc.; Western Star Trucks Sales, Inc. |