# EXHIBIT 23

Case 2:12-md-02311-SFC-RSW   ECF No. 1227-24, PageID.20198   Filed 02/19/16   Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------- X

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

Case No.: 12-MD-02311
Honorable Marianne O. Battani
Special Master Gene Esshaki

### DECLARATION OF LEWIS MCCULLEN IN SUPPORT OF
### BMW MANUFACTURING CO., LLC'S OPPOSITION TO MOTION TO COMPEL

I, Lewis McCullen, hereby declare under penalty of perjury as follows:

1.  I am employed as a Production Control Systems Analyst at BMW Manufacturing Co., LLC ("BMW MC"). I have been employed by BMW MC since September of 2001.

2.  In my current role, part of my responsibility is production planning and volume monitoring. I make this declaration based upon personal knowledge and a review of business records and information concerning BMW MC.

I.  **BMW MC's Limited Production for Distribution in U.S.**

3.  The volume of vehicles assembled by BMW MC has always been relatively small, and a majority of those vehicles are ultimately distributed outside of the United States.

4.  Based on records from BMW MC's Production Control Department and BMW MC's public statements concerning its total U.S. production, the following chart has been prepared, which identifies (1) the applicable year at issue (the first column); (2) the total number of light weight vehicle sales in the U.S. based on publicly available data from the U.S. Federal

DB3/ 200735436.2

Reserve[1] (the second column); (3) the number of vehicles assembled by BMW MC since BMW MC began assembling vehicles (the third column); (4) the number of vehicles sold to BMW AG for ultimate distribution in the United States (the fourth column); and (5) the U.S. light weight vehicle market share of the BMW MC vehicles distributed in the United States based on the information in the other columns:

| **BMW MANUFACTURING PRODUCTION** |
|---|---|---|---|---|
| **Year** | **U.S. Light Weight Vehicle Sales (Federal Reserve Data)** | **Total Vehicles Assembled by BMW MC** | **Total Vehicles Assembled Distributed in U.S.** | **BMW U.S. Production: Share of U.S. Light Weight Vehicle Sales** |
| 1994 | 15,044,900 | 168 | 162 | 0.0011% |
| 1995 | 14,728,400 | 11,933 | 9,450 | 0.0642% |
| 1996 | 15,097,100 | 51,301 | 24,534 | 0.1625% |
| 1997 | 15,121,900 | 61,015 | 20,594 | 0.1362% |
| 1998 | 15,543,000 | 54,636 | 21,566 | 0.1388% |
| 1999 | 16,893,700 | 51,541 | 23,789 | 0.1408% |
| 2000 | 17,349,700 | 83,672 | 47,638 | 0.2746% |
| 2001 | 17,122,400 | 121,680 | 58,657 | 0.3426% |
| 2002 | 16,816,200 | 123,420 | 59,517 | 0.3539% |
| 2003 | 16,639,100 | 166,655 | 65,655 | 0.3946% |
| 2004 | 16,866,700 | 143,250 | 54,577 | 0.3236% |
| 2005 | 16,948,300 | 125,086 | 48,523 | 0.2863% |
| 2006 | 16,503,900 | 105,172 | 42,332 | 0.2565% |
| 2007 | 16,088,900 | 157,530 | 50,504 | 0.3139% |
| 2008 | 13,194,900 | 170,741 | 48,921 | 0.3708% |
| 2009 | 10,402,200 | 123,054 | 33,354 | 0.3206% |
| 2010 | 11,554,800 | 159,284 | 48,972 | 0.4238% |
| 2011 | 12,734,900 | 276,065 | 85,075 | 0.6680% |
| 2012 | 14,442,500 | 301,519 | 99,724 | 0.6905% |
| 2013 | 15,531,800 | 297,326 | 86,566 | 0.5573% |
| 2014 | 16,435,100 | 349,949 | 102,326 | 0.6226% |

---

[1] *See* Light Weight Vehicle Sales (not seasonally adjusted), Federal Reserve of St. Louis Economic Data, https://research.stlouisfed.org/fred2/release?rid=93.

| 2015 | 17,386,300 | 400,904 | 119,648 | 0.6882% |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief this 18th day of February, 2016.

*Lewis McCullen*
Lewis McCullen