# EXHIBIT 52

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------- X
In Re: AUTOMOTIVE PARTS :
ANTITRUST LITIGATION :
 :
 :
ALL PARTS : Case No.: 12-MD-02311
 : Honorable Marianne O. Battani
 :
THIS RELATES TO: ALL CASES :
 :
 :
 :

## DECLARATION OF JORGEN WETERRINGS

I, Jorgen Weterrings, declare under penalty of perjury as follows:

1. I am the Assistant General Counsel and Director of Legal Affairs - Products for Mitsubishi Motors North America, Inc. ("MMNA"). I have been employed by MMNA in this position since 2002.

2. Mitsubishi Motors R&D of America, Inc. ("MRDA") is a wholly owned subsidiary of MMNA. In my position with MMNA, I am and have been responsible for providing legal advice to and handling legal matters for MRDA since 2002. Given my responsibilities for MRDA, I am in regular communication with MRDA and familiar with its business operations. The facts set forth herein are based either on my personal knowledge, my discussions with other persons, or other information or documentation available to me.

3. MRDA is responsible at times for some emissions, regulatory compliance, and testing issues affecting vehicles sold in the United States. MRDA will also, from time-to-time,

evaluate vehicles and/or certain vehicle features for customer acceptance and satisfaction in the US market.

4.	MRDA has no involvement in the procurement of auto parts, components, or assemblies for the manufacture or assembly of any Mitsubishi vehicles. As such, it has no documents or data relating to the procurement of any such parts, components or assemblies.

5.	MRDA likewise has no involvement in the sale of any Mitsubishi vehicles from Mitsubishi Motors Corporation to MMNA, or the sale of vehicles by MMNA to its dealers. As such, it has no documents or data relating to the sale of any Mitsubishi vehicles in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2016

_____
Jorgen Weterrings

608347425.1
608360149.1