# EXHIBIT 61

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : |
| ALL PARTS | : Case No.: 12-MD-02311 : Honorable Marianne O. Battani : |
| THIS RELATES TO: ALL CASES | : : : : : |

**DECLARATION OF DOUGLAS R. MEYER IN SUPPORT OF SUBARU OF INDIANA AUTOMOTIVE, INC.'s OPPOSITION TO MOTION TO COMPEL**

I, Douglas R. Meyer, hereby declare under penalty of perjury as follows:

I am employed as Senior Manager and General Counsel of Subaru of Indiana Automotive, Inc. ("SIA"). I have been employed by SIA since December 9, 1996. In my current role, I am responsible for managing SIA's Legal Department, Human Resources Department, and Corporate Social Responsibility Department. I am authorized to provide this declaration on behalf of SIA. Some of the information and facts within the declaration are not within my personal knowledge, but have been assembled by authorized employees of SIA who have verified to me that the information and facts are true and accurate.

**Subaru of Indiana Automotive, Inc.**

1. SIA is an automobile manufacturer and assembler incorporated in Indiana with its principal place of business located in Lafayette, Indiana. SIA is a wholly-owned subsidiary of Fuji Heavy Industries Ltd. ("FHI"), located in Japan.

2. SIA was first incorporated in March 1987 (in Indiana) as Subaru-Isuzu Automotive Inc., a joint venture between FHI and Isuzu Motors Limited ("Isuzu"). SIA began

vehicle production in September 1989. During the period of the joint venture, SIA produced various Subaru and Isuzu vehicles, and assembled the Honda Passport under contract with Honda.

3. Effective January 1, 2003, FHI and Isuzu dissolved the joint venture, and Isuzu transferred all its shares in the joint venture to FHI. At that time, SIA – renamed Subaru of Indiana Automotive, Inc. – became a wholly-owned subsidiary of FHI. After the joint venture dissolved, SIA continued producing certain Isuzu vehicles for a short time under contract with Isuzu.

4. SIA has manufactured the following Subaru vehicles during its corporate lifetime:

   Legacy:    1989 – present
   Outback:   1994 – present
   Baja:      2002 – 2006
   Tribeca:   2005 – 2014

5. From the time it began vehicle production in 1989, to the present, SIA has sourced parts only for the Subaru vehicles it manufactures. SIA has never sourced parts for the Isuzu, Honda, or Toyota vehicles it produces.

6. Throughout its corporate existence, SIA has manufactured Subaru vehicles for both later U.S. sale and export. However, SIA has never sold vehicles to dealers. Rather, SIA – directly or through a subsidiary – has sold 100% of the Subaru vehicles it produces for later sale in the U.S. to Subaru of America, Inc. ("SOA"), a wholly-owned subsidiary of FHI.

7. SIA does receive or maintain data in the ordinary course of business regarding retail purchasers of vehicles SIA manufactures for later sale in the U.S. (Request 4(b)).

8. SIA does not participate, and has never participated, in determining the prices at which SOA sells vehicles to dealers. SIA did not participate in any pricing decisions for the Isuzu and Honda vehicles it produced, and does not participate in any pricing decisions for the

2

Toyota vehicles it produces. SIA simply does not have much of the "downstream" information the Parties seek.

9. There is not one definitive way to calculate market share within the automobile production industry. There are a variety of reliable, authoritative sources of market information.

10. SIA has tracked U.S. market share for Subaru vehicles as a whole since 2005, using data for SOA published in *The Wall Street Journal* ("WSJ"). Based on my experience within the industry, I consider this to be a reliable and authoritative source of such data. I am informed and believe that SOA has, since SIA's inception in 1989, distributed all Subaru vehicles – both imported (manufactured by FHI) and domestic (manufactured by SIA) – in the United States.

11. According to the WSJ data, which I consider to be reliable and authoritative, SOA's U.S. market share for imported and domestic Subaru cars and light trucks remained at or below 1.5% until near year-end, 2008. It did not rise above 3.0% until near year-end 2013. See Exhibit A to this declaration.

12. The percentages in paragraph 11 reflect U.S. market share for all Subaru cars and light trucks, including those produced and imported by SOA's parent company, FHI. Therefore, the market share for Subaru vehicles assembled by SIA is considerably less. For example, FHI, not SIA, manufactures the Subaru Forester, which is currently the top-selling Subaru vehicle in the U.S., as well as the Subaru Crosstrek, the most recent third-best seller for Subaru in the U.S.

13. SIA also tracks the number of Subaru model vehicles it ships, by month and by year. Exhibit B to this declaration is a true and accurate chart showing SIA's shipping volume. These numbers include, where applicable, both vehicles for export, and vehicles sold to SOA for distribution in the U.S.

**Overall Breadth of the Subpoena**

14. I have reviewed the subpoena served on SIA, as well as the Parties' Motions to Compel Discovery from the non-party OEMs ("Op. Br."). I understand the serving Parties seek information in response to the following requests: 1(a)-(g), (l), (m); 3; 4(a)(1)-(2); 4(a)(3)(a)-(e), (h), (k); 4(a)(4), (7), (8), (13); 4(b), (e), (h), (j); 5; 13; 14(c); 15; 16; 22; 23(2); 27; 28 (last two sentences); 30; 33; and 34. *See* Op. Br. 2 n. 6. I also understand that certain Parties are seeking documents in response to Request 31, which seeks "all documents relating to negotiations or communications with defendants [and others]" relating to this lawsuit.

15. Contrary to the Parties' assertion, SIA is not "constantly involved in complex litigation," does not have a "large legal department[]," and is not "well equipped to respond to discovery requests." (Op. Br. 16). In fact, apart from five (5) non-party subpoenas received from the Department of Justice related the alleged conspiracy at issue in these lawsuits, SIA has never been involved in "complex litigation" involving more than a nominal discovery burden. SIA's legal department consists of three (3) attorneys, a Chief Legal Officer, General Counsel and Assistant General Counsel, although the Chief Legal Officer is also the Executive Vice President for SIA and does not generally participate in legal matters. SIA has one paralegal who also serves as the administrative assistant for the Executive Vice President. The General Counsel and Assistant General Counsel have wide-ranging responsibilities for all legal issues, including but not limited to contract, employment, environmental and employee benefit matters, and also serve in a variety of other managerial roles that consume a substantial portion of their time.

16. If SIA is compelled to respond to this subpoena in full, SIA's anticipated compliance efforts will require a significant diversion of valuable and limited human resources, and will significantly disrupt SIA's business.

4

17. Because SIA has never sold vehicles to dealers, it does not (as discussed below) possess much of the "downstream" information the Parties seek.

18. However, the Parties seek a broad swath of "upstream" (part sourcing) information that – to the extent SIA possesses it and it is reasonably available – will be difficult, expensive, time-consuming, and very disruptive to produce.

19. For example, before November 2007, SIA did not have an electronic process (database) for submitting and approving price quotations and generating purchase orders. This process was manual and occurred on paper, and SIA has not digitized the paper records. To the extent SIA has retained them (under its document retention policy and/or subject to a legal hold), they are stored as SIA keeps them in the ordinary course of business, including in boxes in a locked "cage," and in more than 70 file cabinets. There is no central index.

20. In order to search these paper documents for relevant, responsive information, SIA would divert 4 individuals from the Information Systems and Purchasing Departments for, I anticipate, at least 6-8 weeks. To perform this task effectively and as efficiently as possible, the individuals selected will need to have sufficient knowledge and understanding of SIA's history and operations, the issues in this lawsuit, and the information requested. I anticipate this will require several hours of training time, after which these individuals will have to step away from their ordinary duties for some or all of the workday until the task is complete. The documents will then require legal review for relevance and privilege.

21. In order to fully comply with the subpoena, SIA will also have to search for responsive documents from custodians in its Production/Control Section, Purchasing Department, and Finance Department. This implicates approximately seventy-five (75) current employees, as well as the many separated employees who occupied these positions during their

5

tenure with SIA. Identifying these former employees and tracking their retained documents will further divert managers and human resources staff.

22. SIA stores accounts payable information on magnetic tapes. Searching these tapes for relevant, responsive information will be particularly difficult and time-consuming, and will require SIA to divert a member of its Information Systems Department staff.

23. As discussed below, the nature of the defendant suppliers' relationship with SIA, and the information exchanged during the sourcing process, necessarily means defendant suppliers already possess a substantial portion of the upstream information the Parties seek from SIA. This includes purchasing information for the parts and components in all SIA-manufactured Subaru models for which one of the defendant suppliers was the successful bidder. It also includes detailed information about the request for quotation ("RFQ") process in which they participated. Regarding downstream information, SIA has never sold vehicles to dealers.

**Upstream Purchasing Information**

24. The Parties seek compliance with 35 requests (including subparts) relating to upstream purchasing information of the components and assemblies at issue. The upstream purchasing requests include 1(a), 1(b), 1(c), 1(d)(1), 1(d)(2), 1(d)(3), 1(e), 1(f), 1(g)(1), 1(g)(2), 1(g)(3), 1(g)(4), 1(g)(5), 1(g)(6), 1(g)(7), 1(g)(8), 1(g)(9), 1(g)(10), 1(g)(11), 1(g)(12), 1(g)(13), 1(g)(14), 1(g)(15), 1(g)(16), 1(g)(17), 1(g)(18), 1(g)(19), 1(l), 1(m), 3, 14(c), 23(2), 28 (last two sentences), 30, and 33.

25. The Parties' requests for upstream purchasing documents include requests for information related to specific RFQs or sourcing agreements SIA has issued and entered over the past [20] years. (Requests 1(g), 3, 14(c), 23(2), 30).

    a. To generally describe SIA's RFQ process: SIA currently maintains an RFQ database into which prospective component and assembly suppliers

6

      can log to submit quotation information. To complete its Supplier Quotation, each prospective supplier must provide the RFQ# (Request 1(g)(1)), part description (Request 1(g)(4)), new price and any previous price* (Request 1(g)(13)), reason code for any price change, including change codes for cost change by VA design and cost increase by design change (Request 1(g)(12)), piece price adjustments (Request 1(g)(18), and on-site engineering services* (Request 1(g)(10)). To the extent SIA selects a particular entitiy as a supplier of components or assemblies, SIA and the supplier exchang information relating to any resulting agreement** (Requests 1(l) and 3), price adjustments or reductions* (Request 23(2)), and any "most favored nation" provisions* (Request 30). SIA provides each prospective supplier the name of the entity issuing the RFQ (Request 1(g)(2)), the name of the entity receiving the requests* (Request 1(g)(3)), vehicle model (Request 1(g)(5)), instructions (Request 1(g)(6)), RFQ terms (Request 1(g)(7)), responses to the RFQ* (Request 1(g)(8)), any RFQ meetings 1(g)(14)), winning supplier (Request 1(g)(15)), and agreements/letters of intent* (Request 1(g)(16)).

b.   Most of the items in the preceding sub-paragraph are not supplier-specific, meaning the defendants would have the information regardless of whether non-defendant suppliers participated in, or even won, the RFQ. For a few requests above (i.e., those designated with a "*"), the defendants would have the information if at least one was a winning bidder (e.g., Requests 1(g)(13), 1(g)(16), 3, 23(2), and 30). Further, SIA's RFQ process involves

    the exchange of substantial information, including information about the process itself and the names of other significant bidders.

 c. Some information, such as SIA's cost estimates (see Request 1(g)(9)), evaluation of RFQs (see Request 14(c)), and RFQ summaries or recaps (see Request 1(g)(17)), may or may not have been shared with bidders. To the extent shared, the defendants would have the information. To the extent not shared, this information – such as target prices – has no bearing on whether the defendants conspired or the impact of such a conspiracy on prices.

 d. The only documentary information that SIA would not have exchanged with RFQ bidders concerns SIA's own internal evaluation of the RFQs and any target prices (Request 1(g)(11)). However, internal target prices are merely general pricing parameters SIA uses for planning purposes. If the competitive price for a component is above or below a target price, it is the competitive price, not the target price, that governs how much SIA pays for the component. Moreover, the target price is often influenced by historical costs for the same or similar products. Therefore, any price-fixing conspiracy that affects the price of a component is also likely to affect the target price.

 e. The RFQ database went live in November 2007; before that date, the RFQ process was entirely manual and in paper format.

26. At least 9 requests seek transactional data relating to the purchase of the components and assemblies at issue in this lawsuit. (Requests 1(a), 1(b), 1(c), 1(d)(1), 1(d)(2),

1(d)(3), 1(e), 1(f), 1(m)). The subpoena attaches names and descriptions to the components and assemblies at issue. Names and descriptions of automobile components and assemblies are not necessarily uniform across manufacturers.

27. SIA could not identify responsive transactional data without devoting significant time and effort to mapping the names and descriptions of components and assemblies to the part numbers and descriptions SIA uses within its own sourcing and purchasing systems. SIA anticipates this would involve the following steps:

    a. SIA would first have to search various electronic and paper repositories, by defendant supplier, to determine which components and assemblies (identified by SIA product codes and descriptions) SIA sourced from the defendant suppliers.

    b. SIA would then have to compare its product codes and descriptions to the names and descriptions the Parties have assigned to the components and assemblies at issue, to determine which SIA product codes and descriptions fall within the scope of the subpoena *for the defendant suppliers*.

    c. Next, SIA would have to revisit the electronic and paper repositories and search – by product codes for components and assemblies SIA sourced from defendant suppliers – to identify any non-defendant suppliers from which SIA sourced components and assemblies with the same product codes and/or descriptions.

   d. SIA would then need to conduct a third electronic and paper repository search, by relevant non-defendant suppliers, to determine whether SIA sourced additional components and assemblies from them.

   e. The final step would be for SIA to manually compare the descriptions and product codes for these additional components and assemblies to the names and descriptions of the components and assemblies at issue in this lawsuit, to determine whether the non-defendant suppliers sourced components or assemblies at issue.

28. Once SIA has searched the relevant electronic and paper repositories to identify the components and assemblies at issue in this lawsuit and the defendant and non-defendant suppliers from which SIA sourced them, SIA would need to search the relevant paper and electronic repositories for responsive information. This would include:

   a. SIA's RFQ database, which went live in November 2007. Before 2007, SIA's RFQ process was entirely manual and in paper format. To the extent responsive pre-2007 information exists, it is located in unindexed boxes, and various file cabinets, that SIA would have to search manually.

   b. SIA's pricemaster database, which went live in October 2012. Pricemaster data before that date exists, if at all, on SIA's old mainframe, which contains only part numbers, effective date, and price data. This information exists as a "flat file" which would be expensive and time-consuming to render in an understandable format.

29. I understand that the Parties claim they lack the internal product codes or part numbers SIA uses. However, several documents SIA and prospective suppliers exchange during the sourcing process, including purchase orders, contain SIA's internal part numbers.

30. At least 26 requests seek custodian documents relating to the purchase of components or assemblies. (Requests 1(g)(1-19), 1(l), 3, 14(c), 23(2), 28, 39, 33 seek upstream purchasing information). SIA currently employs 24 Buyers, and there has been considerable turnover in those positions throughout the period covered by the subpoena. SIA would be required to search at least these individual Buyers' (and possibly other employees') PCs and hard-copy documents to determine whether they possess responsive custodian documents. The types, amount, and methods of storage of hard copies vary by Buyer. In light of the purchasing information that defendant suppliers already possess through the exchange of information during the sourcing process, custodian documents are unlikely to provide significant additional benefit to the Parties and would impose an unreasonable and unrealistic burden on SIA.

**Downstream Purchasing Information**

31. The parties seek compliance with 28 requests relating to the (i) financial performance of SIA; (ii) the manufacture, distribution, and sale of vehicles; and (iii) the resale of those vehicles by dealers. The downstream sales requests include: 4(a)(1), 4(a)(2), 4(a)(3)(a), 4(a)(3)(b), 4(a)(3)(c), 4(a)(3)(d), 4(a)(3)(e), 4(a)(3)(h); 4(a)(3)(k); 4(a)(4); 4(a)(7), 4(a)(8), 4(a)(13), 4(b), 4(e), 4(h), 4(j), 5(a), 5(b), 5(c), 5(d), 5(e), 13(a), 13(b), 15, 16, 22, and 34. These request includes, among other things, the date of vehicle sale, purchaser contact information, model, model year, VIN number, invoice price, invoice date, invoice number, sale price, price adjustments, dealer holdback, quantity sold, financing terms, MSRP, terms and conditions, transaction numbers, insurance terms, warranty terms, associated incentives payments or bonuses, direct and indirect cost of each vehicle, production dates, floor plan financing and

terms, vehicle trade-ins, trade-in mileage, trade-in VIN, trade-in model, sales tax, fees, incentives, subsidies, rebates, bonuses, service agreements, fixed and variable cost of goods sold, cost of each part or component in the vehicle, overhead costs, manufacturing costs, marketing costs, distribution costs, gross profit, operating profit, and projected profit. The subpoena also requests policies, procedures, standards, methods, standards, decision-making, guidelines, factors, and reasons for determining, setting or prices; studies, analyses, research, and evaluations of vehicle markets and competitive conditions; studies, reports, analyses, procedures, research, or evaluations concerning the extent if any that changes in costs relate to the manufacture, sale, and price of new vehicles; and it requests all communications with dealerships regarding price. SIA, however, does not sell, and has never sold, finished automobiles to dealers. As each of these requests deals with post-component-purchasing activities, I refer to these requests as "downstream" requests.

32. The subpoena seeks information relating to SIA's internal operations, none of which were affected by any overcharge on the price-fixed components. For example, Request 14(j) seeks information concerning SIA's "gross profit, profit margin or level, operating profit, projected profit, net profit, and/or profit-and-loss statements." This information has no bearing on the prices SIA pays for components or assemblies. This information is also highly confidential and closely-guarded. Moreover, producing this information would require accessing additional information systems, adding to the already substantial burden the subpoena imposes.

33. Similarly, Request 14(h) seeks documents related to direct, indirect, and estimated manufacturing, marketing, distribution, selling, and other costs, both fixed and variable for each vehicle, including parts not at issue in the case, management costs, labor costs, tooling costs, energy costs, sales and marketing costs, leasing costs, and R&D costs. None of these are

affected by the alleged price-fixing conspiracy. To the extent such information even exists in the form sought, trying to collect it would require substantial time and effort.

34. Certain other requests seek information which appears geared toward an attempt to trace a particular price-fixed component to a specific vehicle. While there are a select few parts, relating to specific safety components, for which SIA could accomplish this, there is no manageable way to do this for other components or assemblies. In effect, SIA would have to run a process akin to implementing a recall for each of the parts at issue in this case. This would involve substantial investigation time to identify by VIN number the specific vehicles that contain each part.

35. During the bidding process, SIA necessarily identifies for the prospective supplier each vehicle into which it will incorporate the part being bid. If the part is to be customized for a specific vehicle, the prospective supplier would necessarily know that as well. Even where a part is common across models or platforms, SIA provides prospective suppliers with its internal part number. Indeed, SIA could not pay suppliers for their parts unless their invoices (and related paperwork) reflect SIA's part numbers.

36. A number of requests focus on the relationship between the subpoena recipient and its dealers. SIA does not sell, and has never sold, vehicles to dealers.

### Facially-Overbroad Requests Seeking Wholly-Irrelevant Information

37. Request 27 seeks all information submitted to any regulatory or governmental authority anywhere in the world over the last 20 years. This is not limited to information submitted in connection with any alleged price-fixing. This would include safety, fuel economy, products liability, and other investigations that have no bearing on the issues in this case. Collecting this information would be incredibly burdensome.

38. Request 33 seeks all documents comparing any component SIA purchased to either (i) components purchased by other OEMs, or (ii) components made by different suppliers. The former are engineering-based documents. As to the latter, SIA provides prospective suppliers substantial information on the relative merits of competing products during the bidding process. To the extent SIA has not shared a particular internal evaluation or comparison with prospective suppliers during the bidding process, it is either irrelevant to SIA's ultimate bid award, or it is confidential and proprietary to SIA, and it would be to SIA's extreme competitive disadvantage to produce it.

DATE:   February 18, 2016

_____
Douglas R. Meyer

14



Exhibit A

Subaru U.S. Market Share

**Exhibit B**                                          SUBARU SHIPPING ACTUAL RESULTS

|   | 1989 | | | 1990 | | | 1991 | | | 1992 | | | 1993 | | | 1994 | | | | 1995 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Sedan | Wagon | TOTAL | Sedan | Wagon | TOTAL | Sedan | Wagon | TOTAL | Sedan | Wagon | TOTAL | Sedan | Wagon | TOTAL | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL |
| JAN |   |   | 0 | 1012 | 57 | 1069 | 2572 | 2364 | 4936 | 2613 | 2521 | 5134 | 1764 | 2735 | 4499 | 1487 | 1826 |   | 3313 | 2855 | 4182 | 443 | 7480 |
| FEB |   |   | 0 | 1233 | 328 | 1561 | 2233 | 2522 | 4755 | 2253 | 2406 | 4659 | 2821 | 1650 | 4471 | 1408 | 1964 |   | 3372 | 2018 | 4406 | 404 | 6828 |
| MAR |   |   | 0 | 949 | 905 | 1854 | 1827 | 2584 | 4411 | 2528 | 2736 | 5264 | 3157 | 2219 | 5376 | 355 | 394 |   | 749 | 1943 | 4328 | 524 | 6795 |
| APR |   |   | 0 | 806 | 978 | 1784 | 2314 | 2735 | 5049 | 2482 | 2560 | 5042 | 2244 | 2574 | 4818 | 835 | 1 |   | 836 | 1526 | 3526 | 570 | 5622 |
| MAY |   |   | 0 | 796 | 1156 | 1952 | 2351 | 2758 | 5109 | 2658 | 2097 | 4755 | 1445 | 2140 | 3585 | 1732 | 536 |   | 2268 | 1918 | 3731 | 822 | 6471 |
| JUN |   |   | 0 | 945 | 1022 | 1967 | 2329 | 2187 | 4516 | 3272 | 1966 | 5238 | 1525 | 2191 | 3716 | 1453 | 2107 |   | 3560 | 1743 | 4304 | 336 | 6383 |
| JUL |   |   | 0 | 1221 | 1222 | 2443 | 2412 | 1966 | 4378 | 2181 | 1814 | 3995 | 735 | 1790 | 2525 | 1150 | 2923 |   | 4073 | 1276 | 1558 | 1211 | 4045 |
| AUG |   |   | 0 | 1657 | 1478 | 3135 | 2100 | 3197 | 5297 | 2625 | 2481 | 5106 | 901 | 2990 | 3891 | 2571 | 4305 | 46 | 6922 | 1868 | 2302 | 2548 | 6718 |
| SEP | 10 | 0 | 10 | 1597 | 1520 | 3117 | 2371 | 2641 | 5012 | 2907 | 2127 | 5034 | 1286 | 2238 | 3524 | 2324 | 3583 | 557 | 6464 | 1531 | 2485 | 2858 | 6874 |
| OCT | 213 | 0 | 213 | 2249 | 1730 | 3979 | 2917 | 2870 | 5787 | 2698 | 2429 | 5127 | 1427 | 2399 | 3826 | 2891 | 4601 | 561 | 8053 | 1659 | 3386 | 3607 | 8652 |
| NOV | 497 | 0 | 497 | 2365 | 2629 | 4994 | 2714 | 2201 | 4915 | 1786 | 2627 | 4413 | 1508 | 2042 | 3550 | 2726 | 4608 | 126 | 7460 | 1614 | 2914 | 3668 | 8196 |
| DEC | 890 | 0 | 890 | 2571 | 2032 | 4603 | 2197 | 1583 | 3780 | 1324 | 2532 | 3856 | 1779 | 1556 | 3335 | 2806 | 3577 | 549 | 6932 | 906 | 2548 | 3142 | 6596 |
| TOTAL | 1610 | 0 | 1610 | 17401 | 15057 | 32458 | 28337 | 29608 | 57945 | 29327 | 28296 | 57623 | 20592 | 26524 | 47116 | 21738 | 30425 | 1839 | 54002 | 20857 | 39670 | 20133 | 80660 |

|   | 1996 | | | | 1997 | | | | 1998 | | | | 1999 | | | | 2000 | | | | 2001 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL | Sedan | Wagon | Outbk | TOTAL |
| JAN | 1152 | 2645 | 3361 | 7158 | 1058 | 2323 | 5447 | 8828 | 2006 | 1723 | 4862 | 8591 | 1427 | 1195 | 5714 | 8336 | 1746 | 1092 | 6517 | 9355 | 1614 | 1074 | 7230 | 9918 |
| FEB | 959 | 2261 | 3664 | 6884 | 1247 | 2363 | 5316 | 8926 | 1742 | 1928 | 5588 | 9258 | 1491 | 1444 | 6341 | 9276 | 1158 | 1450 | 7857 | 10465 | 1398 | 832 | 6683 | 8913 |
| MAR | 790 | 2402 | 4696 | 7888 | 1224 | 1945 | 5322 | 8491 | 2011 | 1928 | 6088 | 10027 | 1260 | 1479 | 7093 | 9832 | 1092 | 1387 | 8759 | 11238 | 1761 | 1017 | 7749 | 10527 |
| APR | 605 | 2487 | 4543 | 7635 | 1239 | 2690 | 5430 | 9359 | 1553 | 2354 | 5282 | 9189 | 753 | 1073 | 4682 | 6508 | 690 | 1082 | 6174 | 7946 | 1398 | 944 | 6646 | 8988 |
| MAY | 373 | 1795 | 5922 | 8090 | 1366 | 2497 | 4719 | 8582 | 1078 | 898 | 6321 | 8297 |   | 16 | 303 | 319 | 822 | 1072 | 6999 | 8893 | 1235 | 861 | 6797 | 8893 |
| JUN | 887 | 1636 | 3287 | 5810 | 839 | 1962 | 3385 | 6186 | 1904 | 2290 | 4153 | 8347 | 27 | 878 | 3784 | 4689 | 1438 | 1329 | 6690 | 9457 | 1994 | 1388 | 5540 | 8922 |
| JUL | 1142 | 1616 | 4622 | 7380 | 1415 | 1260 | 4719 | 7394 | 1178 | 1487 | 3230 | 5895 | 354 | 1003 | 4136 | 5493 | 875 | 598 | 3017 | 4490 | 906 | 669 | 3317 | 4892 |
| AUG | 2809 | 2596 | 3987 | 9392 | 1532 | 2236 | 5570 | 9338 | 1367 | 2130 | 5275 | 8772 | 2410 | 1125 | 5817 | 9352 | 1599 | 1245 | 7011 | 9855 | 1812 | 1297 | 6569 | 9678 |
| SEP | 1793 | 3586 | 4480 | 9859 | 1650 | 2484 | 4991 | 9125 | 1364 | 2367 | 5627 | 9358 | 3055 | 1633 | 5714 | 10402 | 1209 | 1075 | 6324 | 8608 | 1317 | 1142 | 5525 | 7984 |
| OCT | 1837 | 3660 | 5910 | 11407 | 1693 | 3147 | 5298 | 10138 | 1197 | 2146 | 6530 | 9873 | 2982 | 1168 | 6765 | 10915 | 1516 | 1023 | 7384 | 9923 | 1637 | 1306 | 6732 | 9675 |
| NOV | 1268 | 2927 | 4878 | 9073 | 1124 | 2255 | 4561 | 7940 | 977 | 1590 | 5926 | 8493 | 2487 | 1032 | 6499 | 10018 | 1102 | 957 | 7721 | 9780 | 1651 | 803 | 5980 | 8434 |
| DEC | 1670 | 2681 | 3820 | 8171 | 959 | 2194 | 4720 | 7873 | 1112 | 1244 | 5773 | 8129 | 1791 | 834 | 5305 | 7930 | 1060 | 820 | 5746 | 7626 | 1141 | 580 | 4465 | 6186 |
| TOTAL | 15285 | 30292 | 53170 | 98747 | 15346 | 27356 | 59478 | 102180 | 17489 | 22085 | 64655 | 104229 | 18037 | 12880 | 62153 | 93070 | 14307 | 13130 | 80518 | 107955 | 17864 | 11913 | 73233 | 103010 |

|   | 2002 | | | | | 2003 | | | | | 2004 | | | | | 2005 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Sedan | Wagon | Outbk | Baja | TOTAL | Sedan | Wagon | Outbk | Baja | TOTAL | Sedan | Wagon | Outbk | Baja | TOTAL | Sedan | Wagon | Outbk | Baja | B9 | TOTAL |
| JAN | 1513 | 712 | 7129 |   | 9354 | 1473 | 1209 | 4240 | 1862 | 8784 | 1424 | 1119 | 5650 | 228 | 8421 | 2074 | 515 | 6582 | 375 |   | 9546 |
| FEB | 1427 | 875 | 6209 |   | 8511 | 1260 | 660 | 5293 | 1382 | 8595 | 776 | 734 | 4112 | 337 | 5959 | 2221 | 748 | 6659 | 414 |   | 10042 |
| MAR | 1530 | 708 | 6610 |   | 8848 | 1248 | 1095 | 5404 | 968 | 8715 | 4 | 688 | 2904 | 6 | 3602 | 1540 | 395 | 5034 | 431 |   | 7400 |
| APR | 1514 | 809 | 6769 |   | 9092 | 1615 | 762 | 5478 | 893 | 8748 | 1728 | 1217 | 4871 | 417 | 8233 | 1443 | 279 | 5293 | 442 | 2224 | 9681 |
| MAY | 1182 | 523 | 7288 |   | 8993 | 1804 | 450 | 5259 | 883 | 8396 | 2633 | 1377 | 4405 | 903 | 9318 | 1263 | 162 | 5640 | 311 | 3176 | 10552 |
| JUN | 1706 | 1168 | 5803 |   | 8677 | 1797 | 1422 | 4795 | 311 | 8325 | 2830 | 1191 | 4310 | 929 | 9260 | 1726 | 594 | 3810 | 302 | 2928 | 9360 |
| JUL | 909 | 1057 | 2667 |   | 4633 | 1065 | 751 | 3429 | 248 | 5493 | 2186 | 985 | 3198 | 563 | 6932 | 1168 | 600 | 3124 | 232 | 2670 | 7794 |
| AUG | 1633 | 2576 | 4723 |   | 8932 | 1568 | 1028 | 5362 | 401 | 8359 | 3071 | 1236 | 6080 | 1038 | 11425 | 2366 | 700 | 5111 | 368 | 4427 | 12972 |
| SEP | 1552 | 1490 | 4031 | 1980 | 9053 | 1501 | 1211 | 5546 | 245 | 8503 | 2994 | 942 | 6591 | 885 | 11412 | 2024 | 522 | 5129 | 378 | 3761 | 11814 |
| OCT | 1518 | 1728 | 4954 | 2503 | 10703 | 1700 | 1334 | 6170 | 225 | 9429 | 2466 | 309 | 7340 | 857 | 10972 | 1834 | 566 | 5344 | 378 | 3155 | 11277 |
| NOV | 1403 | 755 | 4791 | 2485 | 9434 | 1452 | 1144 | 4778 | 171 | 7545 | 2038 | 923 | 7214 | 622 | 10797 | 1541 | 389 | 5191 | 404 | 2847 | 10372 |
| DEC | 1111 | 431 | 3449 | 1592 | 6583 | 1103 | 1107 | 3730 | 161 | 6101 | 1719 | 727 | 6306 | 467 | 9219 | 1245 | 280 | 4039 | 324 | 2293 | 8181 |
| TOTAL | 16998 | 12832 | 64423 | 8560 | 102813 | 17586 | 12173 | 59484 | 7750 | 96993 | 23869 | 11448 | 62981 | 7252 | 105550 | 20445 | 5750 | 60956 | 4359 | 27481 | 118991 |

|   | 2006 | | | | | | 2007 | | | | | 2008 | | | | | 2009 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Sedan | Wagon | Outbk | Baja | B9 | TOTAL | Sedan | Wagon | Outbk | B9 | TOTAL | Sedan | Wagon | Outbk | B9 | TOTAL | Sedan | Wagon | Outbk | B9 | TOTAL |
| JAN | 1570 | 432 | 4974 | 713 | 1363 | 9052 | 1661 | 201 | 4949 | 855 | 7666 | 1875 | 50 | 3976 | 2546 | 8447 | 1521 | 37 | 2416 | 349 | 4323 |
| FEB | 1421 | 236 | 5122 | 1362 | 1450 | 9591 | 1480 | 243 | 4474 | 899 | 7096 | 1738 | 72 | 3974 | 2423 | 8207 | 2247 | 70 | 2582 | 637 | 5536 |
| MAR | 1765 | 320 | 4982 | 2174 | 1618 | 10859 | 730 | 757 | 5345 | 950 | 7782 | 1524 | 18 | 4220 | 1929 | 7691 | 2283 | 52 | 3192 | 617 | 6144 |
| APR | 1515 | 319 | 4192 | 831 | 1659 | 8516 | 2876 | 934 | 4364 | 506 | 8680 | 1199 | 31 | 5729 | 2269 | 9228 | 696 | 0 | 1133 | 207 | 2036 |
| MAY | 2059 | 303 | 5822 |   | 3130 | 11314 | 2775 | 1522 | 3842 | 2037 | 10176 | 2518 | 80 | 5172 | 1502 | 9272 | 1384 | 0 | 3 | 308 | 1695 |
| JUN | 1332 | 250 | 4037 |   | 2300 | 7919 | 2357 | 846 | 4540 | 3513 | 11256 | 2390 | 143 | 5212 | 1168 | 8913 | 2542 | 0 | 3983 | 15 | 6540 |
| JUL | 1229 | 255 | 3183 |   | 1103 | 5770 | 1050 | 667 | 2361 | 2038 | 6116 | 1244 | 51 | 2783 | 557 | 4635 | 1518 | 0 | 3963 | 21 | 5502 |
| AUG | 1842 | 415 | 4938 |   | 1788 | 8983 | 2617 | 929 | 4281 | 3664 | 11491 | 2919 | 96 | 4362 | 1808 | 9185 | 3128 | 0 | 5962 | 183 | 9273 |
| SEP | 2039 | 469 | 4743 |   | 2461 | 9712 | 2262 | 995 | 4045 | 2256 | 9558 | 2971 | 87 | 3743 | 1265 | 8066 | 3350 | 0 | 7293 | 207 | 10850 |
| OCT | 2273 | 477 | 5762 |   | 2237 | 10749 | 2444 | 961 | 5356 | 2853 | 11614 | 2744 | 60 | 3546 | 1458 | 7808 | 2907 | 0 | 8053 | 588 | 11548 |
| NOV | 1912 | 623 | 6291 |   | 1168 | 9994 | 2274 | 767 | 4654 | 2498 | 10193 | 2691 | 23 | 1840 | 792 | 5346 | 2618 | 0 | 6979 | 306 | 9903 |
| DEC | 1537 | 218 | 5414 |   | 745 | 7914 | 1798 | 602 | 3001 | 2149 | 7550 | 2630 | 16 | 1746 | 391 | 4783 | 3945 | 0 | 5175 | 483 | 9603 |
| TOTAL | 20494 | 4317 | 59460 | 5080 | 21022 | 110373 | 24324 | 9424 | 51212 | 24218 | 109178 | 26443 | 727 | 46303 | 18108 | 91581 | 28139 | 159 | 50734 | 3921 | 82953 |

|   | 2010 | | | | 2011 | | | | 2012 | | | | 2013 | | | | 2014 | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | Sedan | Outbk | B9 | TOTAL | Sedan | Outbk | B9 | TOTAL | Sedan | Outbk | B9 | TOTAL | Sedan | Outbk | B9 | TOTAL | Sedan | Outbk | B9 | TOTAL | Sedan | Outbk | TOTAL |
| JAN | 3651 | 7100 | 639 | 11390 | 4315 | 9717 | 672 | 14704 | 4991 | 12097 | 413 | 17501 | 4657 | 11883 | 208 | 16748 | 3060 | 11215 | 209 | 14484 | 5290 | 13934 | 19224 |
| FEB | 4296 | 7257 | 587 | 12140 | 4102 | 9930 | 582 | 14614 | 5094 | 11919 | 361 | 17374 | 4237 | 11572 | 210 | 16019 | 3032 | 10409 | 0 | 13441 | 6127 | 13892 | 20019 |
| MAR | 4485 | 8728 | 653 | 13866 | 4138 | 10056 | 635 | 14829 | 5436 | 12369 | 380 | 18185 | 3933 | 12468 | 293 | 16694 | 3488 | 12396 | 0 | 15884 | 5677 | 12548 | 18225 |
| APR | 3183 | 9654 | 345 | 13182 | 2679 | 5805 | 416 | 8900 | 3574 | 10925 | 378 | 14877 | 4457 | 11689 | 318 | 16244 | 3180 | 12996 | 0 | 16176 | 5517 | 13654 | 19171 |
| MAY | 1585 | 4788 | 309 | 6682 | 3536 | 7634 | 542 | 11712 | 3517 | 11535 | 326 | 15378 | 3837 | 10563 | 324 | 14724 | 2761 | 11154 | 0 | 13915 | 5015 | 13169 | 18184 |
| JUN | 4609 | 15037 | 420 | 20066 | 3491 | 8608 | 551 | 12650 | 3539 | 11146 | 264 | 14949 | 3780 | 9251 | 335 | 13366 | 5184 | 6581 | 0 | 11765 | 5966 | 14476 | 20442 |
| JUL | 1949 | 5524 | 192 | 7665 | 1795 | 4281 | 297 | 6373 | 2155 | 5708 | 248 | 8111 | 2170 | 5333 | 258 | 7761 | 3986 | 5023 | 0 | 9009 | 3185 | 7648 | 10833 |
| AUG | 4078 | 11482 | 261 | 15821 | 4028 | 9194 | 401 | 13623 | 5237 | 13250 | 420 | 18907 | 3649 | 10877 | 191 | 14717 | 7599 | 12685 | 0 | 20284 | 6418 | 15644 | 22062 |
| SEP | 3530 | 10361 | 480 | 14371 | 4297 | 10505 | 559 | 15361 | 4090 | 10672 | 350 | 15112 | 2645 | 10733 | 152 | 13530 | 6964 | 13979 | 0 | 20943 | 6063 | 15119 | 21182 |
| OCT | 4456 | 10423 | 582 | 15461 | 5031 | 12010 | 717 | 17758 | 5007 | 11665 | 342 | 17014 | 3082 | 12745 | 170 | 15997 | 6545 | 16230 | 0 | 22775 | 6165 | 16323 | 22488 |
| NOV | 4353 | 10138 | 606 | 15097 | 4729 | 11181 | 658 | 16568 | 4499 | 10496 | 343 | 15338 | 2405 | 10717 | 151 | 13273 | 4975 | 13028 | 0 | 18003 | 5601 | 13723 | 19324 |
| DEC | 3615 | 8192 | 474 | 12281 | 4427 | 9831 | 366 | 14624 | 3264 | 8442 | 331 | 12037 | 1948 | 7943 | 199 | 10090 | 4231 | 12112 | 0 | 16343 | 4978 | 12672 | 17650 |
| TOTAL | 43790 | 108684 | 5548 | 158022 | 46568 | 108752 | 6396 | 161716 | 50403 | 130224 | 4156 | 184783 | 40800 | 125554 | 2809 | 169163 | 55005 | 137808 | 209 | 193022 | 66002 | 162802 | 228804 |

|   | 2016 | | |
|---|---|---|---|
|   | Sedan | Outbk | Total |
| JAN | 5550 | 13919 | 19469 |
| FEB |   |   | 0 |
| MAR |   |   | 0 |
| APR |   |   | 0 |
| MAY |   |   | 0 |
| JUN |   |   | 0 |
| JUL |   |   | 0 |
| AUG |   |   | 0 |
| SEP |   |   | 0 |
| OCT |   |   | 0 |
| NOV |   |   | 0 |
| DEC |   |   | 0 |
| TOTAL | 5550 | 13919 | 19469 |

| Running Total | |
|---|---|
| Sedan Total | 724,606 |
| Wagon Total | 344,066 |
| Outback Total | 1,658,475 |
| Baja Total | 33,001 |
| B9 Total | 113,868 |
| Grand Total | 2,874,016 |