# EXHIBIT 63

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

THIS RELATES TO: ALL CASES

Case No.: 12-MD-02311
Honorable Marianne O. Battani

## DECLARATION OF SHINICHIRO SUMI IN SUPPORT OF FUJI HEAVY INDUSTRIES USA, INC.'S OPPOSITION TO MOTION TO COMPEL

I, Shinichiro Sumi, hereby declare under penalty of perjury as follows:

1. I am employed as the President of Fuji Heavy Industries USA, Inc. ("FUSA"). In that role, I am responsible for all aspects of FUSA's operations. Unless otherwise noted, the facts set forth herein are based on my personal knowledge.

2. I have reviewed the subpoena served on FUSA.

3. FUSA does not manufacture or assemble Subaru vehicles, nor does it distribute, market, sell or lease Subaru vehicles. FUSA does not design, select, source, price, acquire or purchase parts or components for new vehicles. Instead, FUSA oversees various regulatory matters related to Subaru vehicles in the United States, and engages in other limited activities unrelated to the manufacture or distribution of Subaru vehicles.

4. As a result, FUSA generally is not in possession of the kind of documents sought by the subpoena, and conducting the kind of search demanded by the subpoena in order to

confirm that fact would present an extraordinary burden in terms of employee hours, costs and business interruption.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **16** day of **February**, 2016 at **State of New Jersey**.

*S. Sumi*

Shinichiro Sumi, President
Fuji Heavy Industries USA, Inc.