UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM |
| ALL PARTS | |
| THIS RELATES TO:<br>    Air Conditioning Systems: Direct Purchaser, End Payor, and Dealership Plaintiff Actions | Honorable Marianne O. Battani |

### NOTICE OF APPEARANCE OF BENJAMIN F. HOLT

PLEASE TAKE NOTICE that the undersigned attorney, Benjamin F. Holt, of the firm Hogan Lovells US LLP, enters his appearance in the above-captioned matters as counsel for Defendants Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: February 26, 2016

Respectfully submitted,

HOGAN LOVELLS US LLP

By:  /s/ Benjamin F. Holt
    D.C. Bar No. 483122
    Hogan Lovells US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004-1109
    Tel: (202) 637-8845
    Fax: (202) 637-5910
    Email: benjamin.holt@hoganlovells.com

    *Counsel for Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2016, I electronically filed my appearance on behalf of Mitsubishi Heavy Industries America, Inc. and Mitsubishi Heavy Industries Climate Control, Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 26, 2016                    Respectfully submitted,

                                              HOGAN LOVELLS US LLP

                                      By: /s/ Benjamin F. Holt
                                            D.C. Bar No. 483122
                                            Hogan Lovells US LLP
                                            555 Thirteenth Street, N.W.
                                            Washington, D.C. 20004-1109
                                            Tel: (202) 637-8845
                                            Fax: (202) 637-5910
                                            Email: benjamin.holt@hoganlovells.com

                                            *Counsel for Mitsubishi Heavy Industries*
                                            *America, Inc. and Mitsubishi Heavy Industries*
                                            *Climate Control, Inc.*