# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases |  |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES |  |

## ORDER

Before the Court is Non-Party Porsche Cars North America, Inc.'s Motion to File Under Seal the following declarations filed on its behalf in support of The Specified Subpoenaed Entities' Joint Opposition to the Parties' Motions to Compel (Dkt. 1227) on February 19, 2016:

| Dkt. No. | Exhibit No. | Description |
|---|---|---|
| 1227-40 | 57 | Declaration of Crystal Khalil, Manager, Procurement North America at Porsche Cars North America, Inc. |
| 1227-41 | 58 | Declaration of Joseph S. Folz, Vice President, General Counsel and Secretary of Porsche Cars North America, Inc. |
| 1227-42 | 59 | Declaration of Meike Ludewig, Director, Sales Operations, at Porsche Cars North America, Inc. |
| 1227-43 | 60 | Declaration of Timothy L. Quinn, Vice President, After Sales, at Porsche Cars North America, Inc. |

The Motion is hereby GRANTED. The Clerk's office is directed to file the aforementioned declarations under seal and remove them from public viewing.

IT IS SO ORDERED.

Date: February 29, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 29, 2016.

                                        s/ Kay Doaks
                                        Case Manager