UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                Plaintiff(s),

v.                                         Case No. 2:12–md–02311–MOB–MKM
                                                   Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

- MOTION HEARING: March 15, 2016 at 10:00 AM

**ADDITIONAL INFORMATION:** Re: Automotive Dealer Plaintiffs' Motion to Consolidate Claims and Amend Complaint filed 1/7/16 and End–Payor Plaintiffs' Motion to Consolidate Claims and Amend Complaints filed 2/18/16

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/K. Doaks
                                                                  Case Manager

Dated: March 1, 2016