# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Marianne O. Battani <br> : |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO: <br><br> All Wire Harness Cases | : <br> : 2:12-md-02311-MOB-MKM <br> : 2:12-cv-00100-MOB-MKM <br> : 2:12-cv-00101-MOB-MKM <br> : |

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Christina Brenha, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendant Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 2, 2016                           Respectfully submitted,

                                                ARNOLD & PORTER LLP

                                        By:  /s/ Christina Brenha
                                             Christina Brenha
                                             ARNOLD & PORTER LLP
                                             601 Massachusetts Ave. NW
                                             Washington, DC 20001
                                             (202) 942-5216
                                             (202) 942-5999 - facsimile
                                             *email*:  Christina.Brenha@aporter.com
                                             *Attorney for Defendants Fujikura Automotive America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

   I hereby certify that on March 2, 2016, I caused the foregoing Notice of Appearance of Michael A. Rubin to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: March 2, 2016      By: /s/ Riley Berg
                 Riley Berg