# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2: 12-md-02311-MOB-MKM |
| In Re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL WIRE HARNESS CASES<br>ALL DIRECT PURCHASER ACTIONS<br>ALL DEALERSHIP ACTIONS<br>ALL END-PAYOR ACTIONS | 2:12-md-02311-MOB-MKM<br>2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM |

## WITHDRAWAL OF ATTORNEY KATHERINE M. ROBISON

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Katherine M. Robison, formerly of the law firm O'Melveny & Myers LLP, hereby withdraws her appearance as counsel for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc. (the "LEONI Defendants") in the above-captioned matters.  Ms. Robison is no longer associated with O'Melveny & Myers LLP.

We respectfully request that Ms. Robison's name be removed from all applicable service lists, including Notices of Electronic Filing.  Michael F. Tubach and Megan Havstad have appeared as counsel for the LEONI Defendants and their representation continues.

Dated: March 3, 2016                                  Respectfully submitted,

                                            By:  */s/ Megan Havstad*
                                                Michael F. Tubach
                                                Megan Havstad
                                                O'MELVENY & MYERS LLP
                                                Two Embarcadero Center, 28th Floor
                                                San Francisco, CA 94111-3823
                                                (415) 984-8700
                                                (415) 984-8701 (facsimile)
                                                mtubach@omm.com
                                                mhavstad@omm.com

                                                *Attorneys for Defendants LEONI Wiring*
                                                *Systems, Inc. and Leonische Holding Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I caused the foregoing **WITHDRAWAL OF ATTORNEY KATHERINE M. ROBISON** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: March 3, 2016            By:     */s/ Megan Havstad*
                                        Michael F. Tubach
                                        Megan Havstad
                                        O'MELVENY & MYERS LLP
                                        Two Embarcadero Center, 28th Floor
                                        San Francisco, CA 94111
                                        Telephone:  (415) 984-8700
                                        Facsimile:  (415) 984-8701
                                        mtubach@omm.com
                                        mhavstad@omm.com

                                        *Attorneys for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc.*