# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-MOB-MKM |
| In Re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO: ALL WIRE HARNESS CASES ALL DIRECT PURCHASER ACTIONS ALL DEALERSHIP ACTIONS ALL END-PAYOR ACTIONS | 2:12-md-02311-MOB-MKM 2:12-cv-00100-MOB-MKM 2:12-cv-00101-MOB-MKM 2:12-cv-00102-MOB-MKM 2:12-cv-00103-MOB-MKM |

## [PROPOSED] ORDER WITHDRAWING APPEARANCE OF COUNSEL

NOW, this _____ day of March, 2016, IT IS HEREBY ORDERED that Katherine M. Robison is withdrawn as counsel for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc. (the "LEONI Defendants") in the above-captioned matters.

DATED: March ____, 2016        By: _____
                                   MARIANNE O. BATTANI
                                   United States District Judge