UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION<br><br>_____<br>ALL PARTS<br>_____<br><br>THIS RELATES TO: ALL CASES<br>_____ | Case No. 12-md-02311<br>Honorable Marianne O. Battani<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT**

     Please enter my Appearance as attorney for and on behalf of Plaintiffs, All European Auto Supply, Inc.; McGuire Bearing Co.; and SLTNTRST LLC, Trustee for Fleetwood Liquidating Trust in the above captioned matter.

                                                                */s/ Matthew W. Ruan*
                                                                Matthew W. Ruan
                                                                Cohen Milstein Sellers & Toll PLLC
                                                                88 Pine Street, 14th Floor
                                                                New York, NY 10005
                                                                 Phone: (212) 838-7797
                                                                Email: mruan@cohenmilstein.com

Dated: March 10, 2016

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

                                            */s/ Matthew W. Ruan*
                                            Matthew W. Ruan