UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br><br>In re: All Parts Cases<br><br>This document relates to:<br>All Parts Cases | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |

### INDEX OF EXHIBITS

**Exhibit A**     March 2, 2016 email from Special Master Esshaki

**Exhibit B**     October 19, 2015 email from Dominic Surprenant