# EXHIBIT 1

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**

**FILED UNDER SEAL**