# EXHIBIT 3

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**

**FILED UNDER SEAL**