# EXHIBIT 4

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**

**FILED UNDER SEAL**