# EXHIBIT C

**THIRD PARTY PRODUCTIONS IN SIMILAR INDIRECT PURCHASER ACTIONS**

| Topic | CRT | LCD | SRAM | Batteries | ODD |
|---|---|---|---|---|---|
| Non-party discovery of OEMs? | Yes | Yes | Yes | Yes | Yes |
| Different types of third party entities served? | Yes | Yes | Yes | Yes | Yes |
| How many third parties served?[1] | 53 | 55 | 90 | 93 | 74 |
| OEMs of different sizes? | Yes | Yes | Yes | Yes | Yes |
| Transaction level purchase level data produced? | Yes | Yes | Yes | Yes | Yes |
| Transaction level sales data produced? | Yes | Yes | Yes | Yes | Yes |
| Cost data produced? | Yes (gross cost data) | Yes (input-by-input cost data) | Yes (input by input and gross cost data) | Yes (input by input data) | Yes (input by input data) |
| Any cost-shifting? | No | No | No | No | No |

---

[1] Number of subpoenas to third parties is estimated.

| Topic | CRT | LCD | SRAM | Batteries | ODD |
|---|---|---|---|---|---|
| Any motions to compel? | No | One motion by defendant AUO to compel production by HP (granted in part and denied in part). | One motion to compel OEM to produce transactional level purchase and sales data and cost data (granted) | No | One motion to compel large retailer deposition testimony and information regarding procurement and sales (granted) |
| Highly sensitive or confidential data produced under Protective Order? | Yes | Yes | Yes | Yes | Yes |