# EXHIBIT E

1 Francis O. Scarpulla (41059)
   Craig C. Corbitt (83251)
2 Matthew R. Schultz (220641)
   Qianwei Fu (242669)
3 ZELLE HOFMANN VOELBEL MASON
   & GETTE LLP
4 44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
5 Telephone:    (415) 693-0700
   Facsimile:    (415) 693-0770
6 fscarpulla@zelle.com

7 Joseph M. Alioto (42680)
   Theresa D. Moore (99978)
8 THE ALIOTO LAW FIRM
   555 California Street, 31st Floor
9 San Francisco, CA 94104
   Telephone:    (415) 434-8900
10 Facsimile:    (415) 434-9200
   sexton@aliotolaw.com

11
*Interim Co-Lead Counsel for Indirect-*
12 *Purchaser Plaintiffs and Class Members*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-07-1827 SI<br><br>MDL No. 1827<br><br>**NOTICE OF SERVICE OF SUBPOENAS** |
|---|---|---|
| This Document Relates to:<br><br>All Indirect-Purchaser Actions. | | |

NOTICE IS HEREBY GIVEN that Indirect-Purchaser Plaintiffs in the above-captioned action shall serve subpoenas for production of documents on the entities listed below. Copies of the subpoenas to be served on these entities are attached hereto as the following exhibits:

///

///

///

1
NOTICE OF SERVICE OF SUBPOENAS

| | Exhibit | Entity to be Served |
|---|---|---|
| | A. | Acer America Corporation |
| | B. | Amazon.com, Inc. |
| | C. | AOC International (USA) Ltd. |
| | D. | Apple Inc. |
| | E. | Arrow Electronics, Inc. |
| | F. | Avnet, Inc. |
| | G. | BenQ USA Corp. |
| | H. | Best Buy Co., Inc. |
| | I. | Buy.com Inc. |
| | J. | CDW Corporation |
| | K. | Circuit City Store, Inc. |
| | L. | Clevo Co. |
| | M. | CostCo Wholesale Corporation |
| | N. | Dell Inc. |
| | O. | ECS/Uniwill Computer Int'l Corp. |
| | P. | Elitegroup Computer Systems, Inc. |
| | Q. | Envision Monitors |
| | R. | FIC America Corp. |
| | S. | Fry's Electronics, Inc. |
| | T. | Fujitsu Limited |
| | U. | Funai Corporation, Inc. |
| | V. | GammaTech Computer Corporation |
| | W. | Gateway, Inc. |
| | X. | Hewlett-Packard Company |
| | Y. | IBM Global Services |
| | Z. | Jabil Circuit, Inc. |
| | AA. | Lenovo (USA), Inc. |
| | BB. | Meijer, Inc. |
| | CC. | Newegg Inc. (*d/b/a* Neweggcom) |
| | DD. | Now Direct |
| | EE. | Office Depot, Inc. |
| | FF. | Office Max |
| | GG. | PC Connection, Inc. |
| | HH. | PC Mall, Inc. |
| | II. | Prima Technology, Inc |
| | JJ. | Promate Electronic Co., Ltd. |
| | KK. | Proview Technology, Inc. |
| | LL. | RadioShack Corporation |
| | MM. | Sampo Corporation of America |
| | NN. | Sam's Club |
| | OO. | ScreenTek, Ltd. |
| | PP. | Softmart, Inc. |
| | QQ. | Staples, Inc. |
| | RR. | SYNAP Corporation |
| | SS. | Syntax-Brillian Corporation |
| | TT. | Target Coroporation |
| | UU. | Tigerdirect (*d/b/a* Tigerdirectcom) |

///

///

| | | |
|---|---|---|
| VV. | Vestrel USA | |
| WW. | ViewSonic Corporation | |
| XX. | Wal-Mart Stores, Inc. | |
| YY. | Zones, Inc. | |

Dated: March 3, 2008

By: /s/ Francis O. Scarpulla
Francis O. Scarpulla (41059)

Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
fscarpulla@zelle.com

Joseph M. Alioto (42680)
Theresa D. Moore (99978)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415-434-9200
josephalioto@mac.com
esexton@alioto.law.com

*Interim Co-Lead Counsel for Indirect-Purchaser Plaintiffs and Class Members*

3171754v3

3
NOTICE OF SERVICE OF SUBPOENAS