# EXHIBIT F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M:07-1827 SI |
| --- | --- |
| | MDL No. 1827 |
| This Document Relates To:<br><br>ALL ACTIONS. | AMENDED ORDER GRANTING IN PART AND DENYING IN PART AUO'S MOTION TO ENFORCE DOCUMENT SUBPOENA DIRECTED TO HEWLETT-PACKARD COMPANY |

Having considered the motion papers of defendants AU Optronics Corporation and AU Optronics Corporation American (AUO) and of non-party Hewlett-Packard Company (HP), all papers and records on file herein, and all evidence and arguments presented before me,

IT IS HEREBY ORDERED THAT:

1) Requests NO. 1-5 are granted as modified and/or limited by agreement of the parties as described in HP's Appendix to Opposition. This information may be produced on a rolling basis, but should be accomplished no later than August 31, 2010.

2) Request No. 7 is granted, limited to HP monitors and notebooks, unless agreed otherwise by the parties. See Item #1 for production time.

3) Requests No. 8-11 are granted as modified and/or limited by the parties, as described in HP's Appendix to Opposition. This information may be produced on a rolling basis, but should be accomplished no later than September 30, 2010.

4) Requests No. 17-19 are granted as modified and/or limited by the parties as described in HP's Appendix to Opposition. This information may be produced on a rolling basis, but should be accomplished no later than August 31, 2010.

5) Requests No. 12-16 are denied as overbroad, burdensome, and potentially invading the attorney-client and/or other privileges;

6) Requests No. 20-22 are denied as overbroad and potentially invading the attorney-client or other privileges.

By agreeing to these modifications and limitations, neither party waives any rights and/or obligations it may have should HP become an actual plaintiff (class or individual) in this matter. The Special Master's denial of certain requests is without prejudice to AUO re-raising these requests in modified form or at such time as HP becomes an actual plaintiff (class or individual in this matter.

So Ordered

May 17, 2010

_____
Fern M. Smith, Special Master