**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | |

## INDEX OF EXHIBITS

**Exhibit 1**     October 29, 2015 SSEs Letter

**Exhibit 2**     October 14, 2015 Spiegel Letter to Kass

**Exhibit 3**     November 24, 2015 Klein Letter to Kass

**Exhibit 4**     October 8, 2014 Status Conference Transcript

**Exhibit 5**     Excerpt from Defendants' Answer in *Konyn v. Lake Superior & Ishpeming R.R. Co.*, No. 2:11-cv-51, 2015 WL 10276153 (W.D. Mich. Feb. 3, 2012)

**Exhibit 6**     Excerpt from Defendants' Opposition to Motion to Compel, page 6 and Special Master's Ruling, pages 1-2 in *BioLumix Inc. v. Centrus Int'l Inc.*, No. 08-11418, 2013 U.S. Dist. LEXIS 162002 (E.D. Mich. Nov. 14, 2013)

**Exhibit 7**     Response to Request No. 72 in Objections and Responses of NTN Corporation to End-Payor Plaintiffs' First Set Of Requests for Production of Documents to the NTN Defendants

**Exhibit 8**     December 18, 2015 SSEs Letter