# EXHIBIT 4

Case 2:12-md-02311-SFC-RSW   ECF No. 1254-5, PageID.21596   Filed 03/11/16   Page 2 of 3
Status Conference & Motions for Preliminary Approval • October 8, 2014

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

                              -  -  -
```

**IN RE:   AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST**

       **MDL NO. 12-2311**
_____/

### STATUS CONFERENCE & MOTIONS FOR PRELIMINARY APPROVAL

         BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
            Theodore Levin United States Courthouse
                231 West Lafayette Boulevard
                      Detroit, Michigan
                 Wednesday, October 8, 2014

**APPEARANCES:**
**Direct Purchaser Plaintiffs:**

WILLIAM G. CALDES
**SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA   19103
(215) 496-0300


DAVID H. FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI   48304
(248) 971-2500


LEWIS H. GOLDFARB
**McELROY, DEUTSCH, MULVANEY & CARPENTER, L.L.P.**
1200 Mount Kemble Avenue
Morristown, NJ   07962
(973) 993-8100

     To obtain a copy of this official transcript, contact:
           Robert L. Smith, Official Court Reporter
          (313) 964-3303 • rob_smith@mied.uscourts.gov

Case 2:12-md-02311-SFC-RSW ECF No. 1254-5, PageID.21597 Filed 03/11/16 Page 3 of 3
Status Conference & Motions for Preliminary Approval • October 8, 2014

54

1  deal with restitution in these cases. We look at it as a way
2  to compensate the victims of these conspiracies and the only
3  realistic way to do so.
4       So with that, Your Honor, I will close, but if you
5  have any additional questions I'm happy to answer them.
6       THE COURT: Okay. All right. Let's hear from
7  defendants. Plaintiffs have brought forth some very novel
8  ideas as how to handle this. What do you say? May I have
9  your appearances first?
10      MR. CHERRY: Yes. I'm Steve Cherry of the law firm
11 Wilmer Hale. I represent Denso but I'm speaking on behalf of
12 the wire harness defendants.
13      And just going through what Mr. Damrell and
14 Mr. Burns have said sort of point by point. First is this
15 issue of restitution that was addressed at the plea hearing.
16 As I'm sure Your Honor knows, under the federal law there is
17 a provision for restitution to direct victims in connection
18 with a felony plea, it does not cover indirects. The direct
19 victims here are not represented by any of the people sitting
20 in this room, they are dealing with this issue on their own
21 and are not a part of any punitive class.
22      The second point, Mr. Damrell and Mr. Burns have
23 repeatedly said that they need discovery before they can even
24 address a schedule for class cert. They do downplay
25 significantly the discovery that they have had. They have