# EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY KONYN,

    Plaintiff,

v.

LAKE SUPERIOR AND ISHPEMING
RAILROAD COMPANY,

    Defendant,

Case No: 2:11-cv-00051-GJQ

Hon. Gordon J. Quist

---

| O'Bryan Baun Karamanian | Plunkett Cooney |
|---|---|
| Dennis M. O'Bryan (P30545) | Karl A. Weber (P55335) |
| Attorney for Plaintiff | Attorney for Defendant |
| 401 S. Old Woodward, Suite 450 | 210 N. Front, St., Suite 200 |
| Birmingham, MI 48009 | Marquette, MI 49855 |
| (248) 258-6262 | (906) 225-0077 |
| dob@obryanlaw.net | kweber@plunkettcooney.com |

---

### DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND RELIANCE ON JURY DEMAND

---

Defendant Lake Superior and Ishpeming Railroad Company through its attorneys, Plunkett Cooney, answers Plaintiff's Complaint as follows:

1. Territorial jurisdiction and venue lie in this action: the incident of occurrence took place in this district at Defendant's dock.

**ANSWER:** Defendant lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies those allegations.

2. Plaintiff is a citizen of the State of Wisconsin, Defendant is a Michigan corporation with a principal place of business in Michigan, and the amount in controversy exceeds Twenty Five (sic) Thousand ($75,000) Dollars, giving rise to jurisdiction at law *vis-à-vis* diversity of citizenship, 28 USC 1332.

1

14. Plaintiff's claims may be barred by the exclusive remedy under Michigan's Worker's Compensation statute.

15. PURSUANT TO MCL 600.2957, DEFENDANT(S) GIVE NOTICE THAT THE FOLLOWING NON-PARTY MAY BE WHOLLY OR PARTIALLY AT FAULT IN THE ABOVE-CAPTIONED LITIGATION:

**VanEnkevort Tug & Barge, Inc.**
909 No. Lincoln Road
Escanaba, MI 49829
(906) 786-1717

Defendant provides this notice in accordance with Michigan law and to preserve its right to, among other things, present evidence regarding the non-party's fault and request the Court to instruct the jury to allocate fault to that non-party. Defendant reserves the right to identify other non-parties at fault as they become known through discovery.

16. Defendant reserves the right to file further and additional Affirmative Defenses as they become known throughout discovery.

## RELIANCE UPON JURY DEMAND

Defendant Lake Superior and Ishpeming Railroad Company through its attorneys, Plunkett Cooney, relies upon the jury demand filed by Plaintiff.

Dated: August 31, 2011     /s/ Karl A. Weber
                           Attorneys for Defendant LS&I
                           Plunkett Cooney
                           210 North Front Street, Suite 200
                           Marquette, MI 49855
                           (906) 225-0077
                           kweber@plunkettcooney.com
                           P55335

7