# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

[PROPOSED] ORDER
GRANTING CERTAIN SERVING PARTIES'
*EX PARTE* MOTION FOR EXTENSION OF PAGES

___

Upon consideration of Plaintiffs' Motion for Leave to File a Reply Memorandum Not to Exceed 21 Pages in Support of Their Motion To Compel Discovery From Non-Party Original Equipment Manufacturers, which seeks leave to file a reply memorandum not to exceed 21 pages in 12 point font in further support of their motion, the Master finding good cause having been shown, it is hereby:

ORDERED that the Plaintiffs' motion is GRANTED.

IT IS SO ORDERED

Dated: _____, 2016        _____
                                                                              Master Gene J. Esshaki