UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL**

This matter comes before the Court upon the request of The Miller Law Firm, P.C. to withdraw Adam T. Schnatz as counsel for End Payors.

IT IS THEREFORE ORDERED that this Court grants withdrawal of Adam T. Schnatz in the following cases:

        12-cv-00101-MOB-MKM
        12-cv-00102-MOB-MKM
        12-cv-00103-MOB-MKM

12-cv-00200-MOB-MKM
12-cv-00201-MOB-MKM
12-cv-00202-MOB-MKM
12-cv-00203-MOB-MKM

12-cv-00300-MOB-MKM
12-cv-00301-MOB-MKM
12-cv-00302-MOB-MKM
12-cv-00303-MOB-MKM

12-cv-00400-MOB-MKM
12-cv-00401-MOB-MKM
12-cv-00402-MOB-MKM
12-cv-00403-MOB-MKM

12-cv-00500-MOB-MKM
12-cv-00501-MOB-MKM
12-cv-00502-MOB-MKM
12-cv-00503-MOB-MKM

12-cv-00600-MOB-MKM
12-cv-00601-MOB-MKM
12-cv-00602-MOB-MKM
12-cv-00603-MOB-MKM

13-cv-00700-MOB-MKM
13-cv-00701-MOB-MKM
13-cv-00702-MOB-MKM
13-cv-00703-MOB-MKM

13-cv-00800-MOB-MKM
13-cv-00801-MOB-MKM
13-cv-00802-MOB-MKM
13-cv-00803-MOB-MKM

13-cv-00900-MOB-MKM
13-cv-00901-MOB-MKM
13-cv-00902-MOB-MKM
13-cv-00903-MOB-MKM

13-cv-01000-MOB-MKM
13-cv-01001-MOB-MKM
13-cv-01002-MOB-MKM
13-cv-01003-MOB-MKM

13-cv-01100-MOB-MKM
13-cv-01101-MOB-MKM
13-cv-01102-MOB-MKM
13-cv-01103-MOB-MKM

13-cv-01200-MOB-MKM
13-cv-01201-MOB-MKM
13-cv-01202-MOB-MKM
13-cv-01203-MOB-MKM

13-cv-01303-MOB-MKM

13-cv-01400-MOB-MKM
13-cv-01402-MOB-MKM
13-cv-01403-MOB-MKM

13-cv-01500-MOB-MKM
13-cv-01503-MOB-MKM

13-cv-01600-MOB-MKM
13-cv-01602-MOB-MKM
13-cv-01603-MOB-MKM

13-cv-01700-MOB-MKM
13-cv-01702-MOB-MKM
13-cv-01703-MOB-MKM

13-cv-01800-MOB-MKM
13-cv-01803-MOB-MKM

13-cv-01900-MOB-MKM
13-cv-01902-MOB-MKM
13-cv-01903-MOB-MKM


13-cv-02000-MOB-MKM
13-cv-02002-MOB-MKM
13-cv-02003-MOB-MKM

13-cv-02100-MOB-MKM
13-cv-02102-MOB-MKM
13-cv-02103-MOB-MKM

13-cv-02200-MOB-MKM
13-cv-02201-MOB-MKM
13-cv-02202-MOB-MKM

13-cv-02203-MOB-MKM

13-cv-02300-MOB-MKM
13-cv-02302-MOB-MKM
13-cv-02303-MOB-MKM

13-cv-02400-MOB-MKM
13-cv-02403-MOB-MKM

13-cv-02500-MOB-MKM
13-cv-02502-MOB-MKM
13-cv-02503-MOB-MKM

13-cv-02600-MOB-MKM
13-cv-02602-MOB-MKM
13-cv-02603-MOB-MKM

13-cv-02800-MOB-MKM
13-cv-02801-MOB-MKM
13-cv-02802-MOB-MKM
13-cv-02803-MOB-MKM

14-cv-02903-MOB-MKM

**IT IS SO ORDERED.**

Date: March 14, 2016                                  s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge