UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Letter to the National Criminal Enforcement Section of U.S. Department of Justice |
| B | Press Release from the Department of Justice |
| C | Notice of Voluntary Dismissal Re: Automotive Wire Harness Systems Antitrust Litigation |
| D | Letter to Larry S. Gangnes, Lane Powell PC |
| E | Email correspondence re: Follow Up Discovery Requests |
| F | Email correspondence re: Discovery Requests to Delphi - Clarification |
| G | Service of Process Transmittal |
| H | Stipulation and Protective Order Governing The Production And Exchange of Confidential Information |
| I | Settlement Stipulation and Agreed Order Among The Debtors Of Furukawa Electric, N.A. And Furukawa Electric Co., LTD. |
| J | Affidavit Of Paul Falette |