UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | : : : : : : : : : : : : | Master File No. 12:md-02311 |
| THIS DOCUMENT RELATES TO: All Automobile Dealer Actions | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Automobile Dealer Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, DPH Holdings Corporation (f/k/a Delphi Corporation) and Delphi Furukawa Wiring Systems LLC ( collectively the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the Automobile Dealer Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the Automobile Dealer Plaintiffs' complaint.

92608

Dated: June 14, 2012

| | |
|---|---|
| | /s/Gerard V. Mantese |
| Don Barrett | Gerard V. Mantese (P34424) |
| David McMullan | David Hansma (P71056) |
| Brian Herrington | Brendan Frey (P70893) |
| BARRETT LAW GROUP, P.A. | Joshua Lushnat (P75319) |
| P.O. Box 927 | Mantese Honigman Rossman |
| 404 Court Square | and Williamson, P.C. |
| Lexington, MS 39095 | 1361 E. Big Beaver Road |
| Telephone: (662) 834-2488 | Troy, Michigan 48083 |
| | Telephone: (248) 457-9200 ext. 203 |
| | |
| | Jonathan W. Cuneo |
| | Joel Davidow |
| | Victoria Romanenko |
| | CUNEO GILBERT & LADUCA, LLP |
| | 507 C Street, N.E. |
| | Washington, DC 20002 |
| | Telephone: (202) 789-3960 |
| | |
| | Shawn M. Raiter |
| | Paul A. Sand |
| | LARSON & KING, LLP |
| | 2800 Wells Fargo Place |
| | 30 East Seventh Street |
| | St. Paul, MN 55101 |
| | Telephone: (651) 312-6500 |

**92608**  2

2:12-md-02311-MOB-MKM Doc # 133 Filed 06/14/12 Pg 3 of 3 Pg ID 1784

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2012 I caused the foregoing papers to be electronically filed with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Gerard V. Mantese_____
Gerard V. Mantese (P34424)
Mantese Honigman Rossman
 and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200 ext. 203
gmantese@manteselaw.com

**92608**                                          3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| THIS DOCUMENT RELATES TO: All Direct Purchaser Actions | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Direct Purchaser Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP, Delphi Automotive Systems, LLC, DPH Holdings Corporation (f/k/a Delphi Corporation) and Delphi Furukawa Wiring Systems LLC ( collectively the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the Direct Purchaser Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the Direct Purchaser Plaintiffs' complaint.

92608

Dated: June 14, 2012

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>Joshua R. Carver<br>PRETI, FLAHERTY, BELIVEAU<br>  &amp; PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>jcarver@preti.com | /s/ William E. Hoese<br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com |
| Michael J. Freed<br>Steven A. Kanner<br>William H. London<br>Michael L. Silverman<br>FREED KANNER LONDON<br>  &amp; MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>mfreed@fklmlaw.com<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>msilverman@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>  &amp; WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

Interim Class Counsel for the Direct Purchaser Class

92608     2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | : : : : : |
| THIS DOCUMENT RELATES TO:<br><br>All End Payor Actions | : : : : : : |

Master File No. 12:md-02311

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the End-Payor Plaintiffs hereby give notice of their voluntary dismissal of defendants Delphi Automotive LLP and Delphi Automotive Systems, LLC (together, the "Delphi Defendants") from this action. Dismissal of this action against the Delphi Defendants is without prejudice and the End-Payor Plaintiffs and the Delphi Defendants shall bear their own attorneys' fees and costs. The Delphi Defendants have not filed answers or motions for summary judgment with respect to the End-Payor Plaintiffs' complaint.

Dated: June 14, 2012

**THE MILLER LAW FIRM, P.C.**

By /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed End-Payor Plaintiffs Classes*

Hollis Salzman
Bernard Persky
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700


Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900


Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
Frank C. Damrell, Jr.
**COTCHETT, PITRE &
McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs and Interim Co-Lead
Class Counsel for the Proposed End-Payor
Plaintiffs Classes*

2

## CERIFICATE OF SERVICE

      I hereby certify that on June 14, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

          **THE MILLER LAW FIRM, P.C.**

          Attorney for Plaintiffs

By:   <u>E. Powell Miller</u>
       E. Powell Miller (P39487)
       950 W. University Dr., Ste. 300
       Rochester, Michigan 48307
       (248) 841-2200
       epm@millerlawpc.com