## Frantangelo, Barbara K

| | |
|---|---|
| **From:** | Gangnes, Larry <GangnesL@LanePowell.com> |
| **Sent:** | Monday, June 08, 2015 1:44 PM |
| **To:** | Omar Ochoa; Papelian, Joseph E |
| **Cc:** | Vicky Romanenko; 'blondon@fklmlaw.com' (blondon@fklmlaw.com); Demetrius Lambrinos; Steve Williams; Davis, Kenneth R. |
| **Subject:** | RE: Auto Parts - Follow Up Discovery Requests to Delphi |

Omar & Joe,

This is to advise you that the Defendants in the Wire Harness class actions have no discovery requests to Delphi to add to plaintiffs' requests.  We understand that Fujikura has a few limited requests it will be raising with Delphi in connection with the separate action filed by Ford.

Regards.

**Larry Gangnes | Lane Powell PC**
**Shareholder** | Bio | vCard
1420 Fifth Avenue, Suite 4200
P.O. Box 91302 | Seattle, WA 98111-9402
Direct: 206.223.7036 | Mobile: 206.779.6745
GangnesL@LanePowell.com | www.lanepowell.com

---

**From:** Omar Ochoa [mailto:OOchoa@susmangodfrey.com]
**Sent:** Monday, June 01, 2015 8:59 AM
**To:** Papelian, Joseph E
**Cc:** Vicky Romanenko; 'blondon@fklmlaw.com' (blondon@fklmlaw.com); Demetrius Lambrinos; Steve Williams; Gangnes, Larry
**Subject:** Auto Parts - Follow Up Discovery Requests to Delphi

Joe,

Please see the attached letter following up on our discovery requests to Delphi and let me know if you have any questions. Thank you.

**Omar Ochoa | Susman Godfrey LLP**
Office: 214.754.1913  Mobile: 956.500.3362
901 Main St. | Suite 5100 | Dallas, Texas 75202
**HOUSTON ● DALLAS ● LOS ANGELES ● SEATTLE ● NEW YORK**
oochoa@susmangodfrey.com | Biography Page

This e-mail may contain privileged and confidential information.  If you received this message in error, please notify the sender and delete it immediately.

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.