# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS**  Master Case No. 12-md-02311
**ANTITRUST LITIGATION**  Honorable Marianne O. Battani
_____

**ALL PARTS**
_____

**THIS RELATES TO:  ALL CASES**
_____/

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Dennis A. Dettmer on behalf of DETTMER & DEZSI, PLLC enters his appearance as counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation in the above-captioned matter.

Dated:  March 15, 2016        Respectfully submitted,

                                    */s/Dennis A. Dettmer*
                                    DETTMER & DEZSI, PLLC
                                    615 Griswold St., Suite 1600
                                    Detroit, MI  48226
                                    (313) 281-8090
                                    ddettmeresq@yahoo.com
                                    P12708

                                    *Counsel for Defendants America Mitsuba*
                                    *Corporation and Mitsuba Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by U.S. Mail to any non-ECF participants.

       */s/Dennis A. Dettmer*
      DETTMER & DEZSI, PLLC
      615 Griswold St., Suite 1600
      Detroit, MI  48226
      (313) 281-8090
      ddettmeresq@yahoo.com
      P12708