UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: | |
| ALL CASES | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on March 24, 2016, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

> Certain Serving Parties' Motion to Compel Discovery From Non-Party Original Equipment Manufacturers (Doc Nos. 1187 and 1188).

Date: March 16, 2016         /s/ Gene J. Esshaki
                             GENE J. ESSHAKI, MASTER

4814-3789-5727, v. 1