# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS | |
| THIS RELATES TO: | |
| ALL PARTS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian J. Smith of K&L Gates, LLP, hereby enters his appearance for and on behalf of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 16, 2016         /s/ Brian J. Smith
                               Brian J. Smith
                               K&L GATES LLP
                               70 W. Madison, Suite 3100
                               Chicago, IL 60602
                               312-807-4202
                               brian.j.smith@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2016, I electronically filed the Appearance of Brian J. Smith with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

       /s/ Brian J. Smith
Brian J. Smith
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4202
brian.j.smith@klgates.com