**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re: All Auto Parts Cases | :<br>: |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | : |

**NOTICE OF LIMITED APPEARANCE FOR JOSEPH R. ASHBY AS COUNSEL FOR NON-PARTIES HYUNDAI MOTOR AMERICA AND HYUNDAI AUTOEVER AMERICA, LLC**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE TAKE NOTICE that Joseph R. Ashby of Quinn Emanuel Urquhart & Sullivan LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543, telephone number (213) 443-3000, josephashby@quinnemanuel.com, hereby appears as counsel on behalf of non-parties Hyundai Motor America and Hyundai AutoEver America, LLC related to the subpoena served upon Hyundai Motor America and Hyundai AutoEver America, LLC.

DATED: March 23, 2016            QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By    */s/ Joseph R. Ashby*
                                 Joseph R. Ashby
                                 865 South Figueroa Street, 10th Floor
                                 Los Angeles, California 90017-2543
                                 Telephone: (213) 443-3000
                                 josephashby@quinnemanuel.com

                                 *Attorneys for Non-Parties Hyundai Motor*
                                 *America and Hyundai Autoever America, LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **Notice Of Limited Appearance For Joseph R. Ashby As Counsel For Non-Parties Hyundai Motor America And Hyundai AutoEver America, LLC** with the Clerk of the Court for the Eastern District of Michigan by using the CM/ECF system on March 23, 2016.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        */s/ Joseph R. Ashby*
        Joseph R. Ashby