**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| In re: All Parts | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

**NOTICE OF WITHDRAWAL OF ATTORNEY ZACHARY A. MADONIA**

PLEASE TAKE NOTICE of the withdrawal of Zachary A. Madonia of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc.  His appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

March 25, 2016                               /s/ Zachary A. Madonia
                                             Zachary A. Madonia
                                             Sidley Austin LLP

One S. Dearborn St.<br>
Chicago, IL 60603<br>
Telephone: (312) 853-7000<br>
Facsimile: (312) 853-7036<br>
Email: zmadonia@sidley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2016, I filed this Notice of Withdrawal of Attorney Zachary A. Madonia with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

March 25, 2016                                                 /s/ Zachary A. Madonia
Zachary A. Madonia
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: zmadonia@sidley.com