# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO: END-PAYOR CASES** | Case No. 2:15-03303-MOB-MKM |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant KYB Americas Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  March 30, 2016                         DYKEMA GOSSETT PLLC

                                               By: /s/ Howard B. Iwrey
                                               Howard B. Iwrey (P39625)
                                               Attorneys for Defendant KYB Americas
                                               Corporation
                                               39577 Woodward Avenue
                                               Bloomfield Hills, Michigan 48304
                                               248.203.0700 – Telephone
                                               248.203.0763 – Facsimile
                                               hiwrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed my Appearance on behalf of Defendant KYB Americas Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  March 30, 2016

DYKEMA GOSSETT PLLC

By: /s/  Howard B. Iwrey
    Howard B. Iwrey (P39625)
    Attorneys for Defendant KYB Americas Corporation
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    248.203.0700 – Telephone
    248.203.0763 – Facsimile
    hiwrey@dykema.com

4837-4164-8175.1
ID\IWREY, HOWARD - 112783\000001