**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311 |
| | Honorable Marianne O. Battani |
| In re: ALL CASES | |
| THIS RELATES TO: | |
| All Dealership Actions All End-Payor Actions | |

**NOTICE OF CHANGE OF DATE**
**OF DEPOSITION OF BOB TURNER'S FORD COUNTRY, INC.**

PLEASE TAKE NOTICE that the deposition of Bob Turner's Ford Country, Inc. previously noticed to take place on April 14, 2016 will instead take place on April 19, 2016 at 10:00 AM at 5151 San Francisco Road NE, Albuquerque, New Mexico 87109.


Dated:  April 6, 2016           By:     /s/ Erik Raven-Hansen_____

Erik Raven-Hansen

John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
John.Roberti@allenovery.com
Erik.Raven-Hansen@ allenovery.com

*Counsel for Robert Bosch LLC*
*and Robert Bosch GmbH*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I caused the foregoing NOTICE OF

CHANGE OF DATE OF DEPOSITION OF BOB TURNER'S FORD COUNTRY, INC.

to be served by e-mail on all parties in the Auto Parts Cases.

Dated: April 6, 2016                    */s/* Erik Raven-Hansen
                                        Erik Raven-Hansen
                                        John Roberti
                                        ALLEN & OVERY LLP
                                        1101 New York Avenue NW
                                        Washington, DC 20005
                                        202-683-3800
                                        John.Roberti@allenovery.com
                                        Erik.Raven-Hansen@allenovery.com

                                        *Counsel for Robert Bosch LLC*
                                        *and Robert Bosch GmbH*