UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In re: ALL CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End-Payor Actions | |

**NOTICE OF CHANGE OF DATE**
**OF DEPOSITION OF CORLEY'S ALBUQUERQUE LINCOLN MERCURY VOLVO**

PLEASE TAKE NOTICE that the deposition of Corley's Albuquerque Lincoln Mercury Volvo previously noticed to take place on April 14, 2016 will instead take place on April 20, 2016 at 1:00 PM at 5151 San Francisco Road NE, Albuquerque, New Mexico 87109.

Dated: April 6, 2016       By:   /s/ Erik Raven-Hansen
                                 Erik Raven-Hansen
                                 John Roberti
                                 ALLEN & OVERY LLP
                                 1101 New York Avenue NW
                                 Washington, D.C. 20005
                                 202-683-3800
                                 John.Roberti@allenovery.com
                                 Erik.Raven-Hansen@ allenovery.com

                                 Counsel for Robert Bosch LLC
                                  and Robert Bosch GmbH

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I caused the foregoing NOTICE OF CHANGE OF DATE OF DEPOSITION OF CORLEY'S ALBUQUERQUE LINCOLN MERCURY VOLVO to be served by e-mail on all parties in the Auto Parts Cases.

Dated: April 6, 2016

/s/ Erik Raven-Hansen
Erik Raven-Hansen
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
202-683-3800
John.Roberti@allenovery.com
Erik.Raven-Hansen@allenovery.com

Counsel for Robert Bosch LLC
and Robert Bosch GmbH