## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-2311<br>Honorable Marianne O. Battani |
| In re: ALL CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End-Payor Actions | |

## NOTICE OF CHANGE OF DATE
## OF DEPOSITION OF DON CHALMERS FORD INC.

PLEASE TAKE NOTICE that the deposition of Don Chalmers Ford Inc. previously noticed to take place on April 15, 2016 will instead take place on April 21, 2016 at 10:00 AM at 5151 San Francisco Road NE, Albuquerque, New Mexico 87109.

Dated: April 6, 2016       By:   */s/* Erik Raven-Hansen
                                  Erik Raven-Hansen

                                  John Roberti
                                  ALLEN & OVERY LLP
                                  1101 New York Avenue NW
                                  Washington, D.C. 20005
                                  202-683-3800
                                  John.Roberti@allenovery.com
                                  Erik.Raven-Hansen@ allenovery.com

                                  *Counsel for Robert Bosch LLC*
                                  *and Robert Bosch GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I caused the foregoing NOTICE OF CHANGE OF DATE OF DEPOSITION OF DON CHALMER'S FORD INC. to be served by e-mail on all parties in the Auto Parts Cases.

Dated: April 6, 2016  /s/ Erik Raven-Hansen
Erik Raven-Hansen
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
John.Roberti@allenovery.com
Erik.Raven-Hansen@ allenovery.com

Counsel for Robert Bosch LLC
and Robert Bosch GmbH