# INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A | Order of Special Master Denying Defendants' Motion to Compel Documents from Rush Truck Plaintiffs (Dkt. #86) |
| B | <u>Baser v. Department of Veterans Affairs</u> |
| C | Declaration of Joseph E. Papelian |
| D | Declaration of Paul Falete |
| E | March 10, 2016 Email from Joseph Papelian to Larry Gangnes |