# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF NATHAN M. CIHLAR

PLEASE TAKE NOTICE that Nathan M. Cihlar of Straus & Boies, LLP hereby enters his appearance on behalf of End-Payor Plaintiffs in the above captioned case, in accordance with the March 22, 2016, Electronic Case Management Protocol Order (MDL Dkt. No. 1262).

Dated: April 7, 2016

By: /s/ Nathan M. Cihlar
Nathan M. Cihlar
**STRAUS & BOIES, LLP**
4041 University Drive, Suite 500
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704
Email: NCihlar@straus-boies.com

*Attorney for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Nathan M. Cihlar, hereby certify that on April 7, 2016, I caused a true and correct copy of the **NOTICE OF APPEARANCE OF NATHAN M. CIHLAR**, to be served upon all registered counsel of record via the Court's CM/ECF system.

Dated: April 7, 2016                                      **STRAUS & BOIES, LLP**

By:      /s/ Nathan M. Cihlar
Nathan M. Cihlar
4041 University Drive, Suite 500
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704
Email: NCihlar@straus-boies.com

*Attorney for End-Payor Plaintiffs*