# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO:<br><br>All Dealership Actions<br>All End Payor Actions | |

**DEFENDANTS' MOTION TO LIFT THE  PROVISIONAL SEALING  OF
A PORTION OF THE RULE 30(b)(1) DEPOSITION OF GEORGE R. NISBET,
THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE**

**REDACTED**

Pursuant to Federal Rules of Civil Procedure 26 and 37(a) and the Special Master's

instruction on March 3, 2016, Defendants hereby move the Court to lift the Special Master's

provisional seal on a portion of the transcript of the Rule 30(b)(1) deposition of George R. Nisbet,

Jr., co-owner of Auto Dealer Plaintiff Thornhill Superstore, Inc.  Defendants' proposed order is

attached.

As required by Local Rule 7.1(a), counsel for Defendants telephonically met and conferred

with counsel for Auto Dealer Plaintiffs on March 18, 2016, during which time Defendants

explained the nature of the relief sought by this Motion and its legal basis but did not obtain

concurrence.

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

April 8, 2016                       By:   */s/ Steven F. Cherry*
                                          Steven F. Cherry
                                          David P. Donovan
                                          Patrick J. Carome
                                          Dyanne Griffith
                                          WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                          1875 Pennsylvania Avenue, NW
                                          Washington, D.C. 20006
                                          Tel.: (202) 663-6000
                                          Fax: (202) 663-6363
                                          steven.cherry@wilmerhale.com
                                          david.donovan@wilmerhale.com
                                          patrick.carome@wilmerhale.com
                                          dyanne.griffith@wilmerhale.com

                                          *Attorneys for Defendants DENSO Corporation,*
                                          *DENSO International America, Inc., DENSO*
                                          *International Korea Corporation, DENSO*
                                          *Korea Automotive Corporation, DENSO*
                                          *Products & Services Americas, ASMO Co., Ltd.,*
                                          *ASMO North America, LLC, ASMO Greenville*
                                          *of North Carolina, Inc., ASMO Manufacturing,*

2

*Inc., and ASMO North Carolina Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International
America, Inc.*

SQUIRE PATTON BOGGS (US) LLP

April 8, 2016                    By:    */s/ Barry A. Pupkin* (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037
Tel: (202) 626-6600
Fax: (202) 626-6780
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan
Corporation of America, Franklin Precision
Industry, Inc. and Hyundam Industrial Co., Ltd.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

April 8, 2016                    By:    /s/ *Jeremy Calsyn* (w/consent)
Jeremy Calsyn
Bradley Justus
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Tel.: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
bjustus@cgsh.com

/s/ *Howard B. Iwrey* (w/consent)

Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel.: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants Aisin Seiki Co., Ltd., and Aisin Automotive Casting, LLC in* Valve Control Timing Devices/Aisin Defendants (2500) *actions*

BROOKS WILKINS SHARKEY & TURCO PLLC

April 8, 2016                By:    */s/ Maureen T. Taylor* (w/consent)
                                   Herbert C. Donovan (P51939)
                                   Maureen T. Taylor (P63547)
                                   BROOKS WILKINS SHARKEY & TURCO PLLC
                                   401 Old South Woodward, Suite 400
                                   Birmingham, MI 48009
                                   Telephone: (248) 971-1721
                                   Fax: (248) 971-1801
                                   taylor@bwst-law.com
                                   donovan@bwst-law.com

                                   *Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*

                                   WEIL, GOTSHAL & MANGES LLP

April 8, 2016                By:    */s/ Steven A. Reiss* (w/consent)
                                   Steven A. Reiss
                                   Adam C. Hemlock
                                   Kajetan Rozga
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153-0119
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007
                                   steven.reiss@weil.com
                                   adam.hemlock@weil.com
                                   kajetan.rozga@weil.com

                                   */s/ Frederick R. Juckniess* (w/consent)
                                   Frederick R. Juckniess
                                   SCHIFF HARDIN LLP
                                   350 South Main Street, Suite 210

**REDACTED**

Ann Arbor, MI 48104
(734) 222-1504
fjuckniess@schiffhardin.com

*Attorniess for Defendants Bridgestone*
*Corporation and Bridgestone APM Company*

WEIL, GOTSHAL & MANGES LLP

April 8, 2016                    By:    */s/ Steven A. Reiss* (w/consent) _____
Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

*/s/ Fred K. Herrmann* (w/consent)____ ___
Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
KERR RUSSELL & WEBER PLC
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Calsonic Kansei Corporation and*
*CalsonicKansei North America, Inc.*

*/s/ Steven A. Reiss* (w/consent)
Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

**REDACTED**

*/s/ Michael A. Cox* (w/consent)_____ _____
Michael A. Cox
THE MIKE COX LAW FIRM, PLLC
17430 Laurel Park Drive North, Suite 120 E
Livonia, MI 48152
Telephone: (734) 591-4002
mc@mikecoxlaw.com

*Attorneys for Calsonic Kansei Corporation and*
*CalsonicKansei North America, Inc.*

SIMPSON THACHER & BARTLETT LLP

April 8, 2016          By:     /s/ *Matthew J. Reilly* (w/consent)          
Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

George S. Wang
Shannon K. McGovern
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Diamond Electric Mfg.*
*Co., Ltd. and Diamond Electric Mfg. Corp.*

PORTER WRIGHT MORRIS & ARTHUR LLP

*/s/ Donald M. Barnes* (w/consent)          
April 8, 2016          By:   Donald M. Barnes
Molly S. Crabtree
Jay L. Levine
Christopher C. Yook
PORTER WRIGHT MORRIS & ARTHUR LLP

1900 K Street, NW, Ste. 1110
Washington, DC 20006
Tel.: (202) 778-3054
Fax: (202) 778-3063
dbarnes@porterwright.com
mcrabtree@porterwright.com
jlevine@porterwright.com
cyook@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc.,*
*G.S.W. Manufacturing, Inc., and G.S. Wiring*
*Systems, Inc.*

COVINGTON & BURLING LLP

April 8, 2016                    By:    /s/ *Bruce A. Baird*  (with consent)_____
Bruce A. Baird
Sarah L. Wilson
Michael A. Fanelli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:  (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

Anita F. Stork
COVINGTON & BURLING LLP
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

BROOKS WILKINS SHARKEY & TURCO
PLLC
Maureen T. Taylor
BROOKS WILKINS SHARKEY & TURCO
PLLC
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721

Fax: (248) 971-1801
taylor@bwst-law.com

*Attorneys for Defendant Keihin North America, Inc.*

ARNOLD & PORTER LLP

April 8, 2016          By:   /s/ *Franklin R. Liss*  (with consent)
                             Franklin R. Liss
                             Barbara H. Wootton
                             Danielle M. Garten
                             Matthew Tabas
                             ARNOLD & PORTER LLP
                             601 Massachusetts Ave, NW
                             Washington, DC  20001
                             Tel: (202) 942-5969
                             Fax: (202) 942-5999
                             frank.liss@aporter.com
                             barbara.wootton@aporter.com
                             danielle.garten@aporter.com
                             matt.tabas@aporter.com

                             /s/ *Howard B. Iwrey*  (with consent)
                             Howard B. Iwrey (P39635)
                             Brian M. Moore (P58584)
                             DYKEMA GOSSETT PLLC
                             39577 Woodward Ave., Suite 300
                             Bloomfield Hills, MI 48304
                             Tel: (248) 203-0700
                             Fax: (248) 203-0763
                             hiwrey@dykema.com
                             bmoore@dykema.com

                             *Counsel for Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in* HID Ballasts (1700) *and* Lamps (1200) *actions*

                             PILLSBURY WINTHROP SHAW PITTMAN LLP

April 8, 2016          By:   /s/ *William M. Sullivan Jr.* (w/consent)
                             William M. Sullivan Jr.
                             Michael L. Sibarium
                             Jeetander T. Dulani
                             PILLSBURY WINTHROP SHAW

PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Counsel for Defendants Mikuni America*
*Corporation and Mikuni Corp*

GIBSON, DUNN & CRUTCHER LLP

April 8, 2016           By:    */s/  George A. Nicoud* (w/consent)
                               George A. Nicoud III
                               Austin Schwing
                               Caeli A. Higney
                               Brandon W. Halter
                               GIBSON, DUNN & CRUTCHER LLP
                               555 Mission Street
                               San Francisco, CA 94105-0921
                               Tel.:  (415) 393-8200
                               Fax:  (415) 393-8306
                               TNicoud@gibsondunn.com
                               ASchwing@gibsondunn.com
                               CHigney@gibsondunn.com
                               BHalter@gibsondunn.com

                               *Counsel for Defendants Mitsuba Corporation*
                               *and American Mitsuba Corporation*

                               HOGAN LOVELLS US LLP

April 8, 2016           By:    */s/ William L. Monts, III* (w/consent)
                               William L. Monts, III
                               HOGAN LOVELLS US LLP
                               555 13th Street, NW
                               Washington, DC 20004
                               Tel.: (202) 637-5731
                               Fax: (202) 637-5910
                               william.monts@hoganlovells.com

                               */s/ Scott T. Seabolt* (w/consent)
                               Scott T. Seabolt
                               FOLEY & LARDNER LLP

9

500 Woodward Avenue,
Suite 2700
Detroit, MI 48226
Tel.: (313) 234-7115
Fax: (313) 234-2800
sseabolt@foley.com

*Counsel for Defendants Mitsubishi Heavy
Industries America, Inc. and Mitsubishi Heavy
Industries Climate Control*

LANE POWELL PC

April 8, 2016                By:   /s/ Kenneth R. Davis II (w/consent)
                                   Craig D. Bachman
                                   Kenneth R. Davis II
                                   Darin M. Sands
                                   Masayuki Yamaguchi
                                   MODA Tower
                                   601 SW Second Avenue, Suite 2100
                                   Portland, OR 97204-3158
                                   Telephone: 503.778.2100
                                   bachmanc@lanepowell.com
                                   davisk@lanepowell.com
                                   sandsd@lanepowell.com
                                   yamaguchim@lanepowell.com

                                   Larry S. Gangnes
                                   LANE POWELL PC
                                   U.S. Bank Centre
                                   1420 Fifth Avenue, Suite 4200
                                   PO Box 91302
                                   Seattle, WA 98111-9402
                                   Telephone: 206.223.7000
                                   gangnesl@lanepowell.com

                                   Richard D. Bisio (P30246)
                                   Ronald S. Nixon (P57117)
                                   KEMP KLEIN LAW FIRM
                                   201 W. Big Beaver, Suite 600
                                   Troy, MI 48084
                                   Telephone: 248.528.1111
                                   richard.bisio@kkue.com
                                   ron.nixon@kkue.com

                                   *Attorneys for Defendants Nachi-Fujikoshi Corp.*

10

**REDACTED**

*and Nachi America Inc.*

WINSTON & STRAWN LLP

April 8, 2016                    By:    /s/ *Jeffrey L. Kessler* (w/consent)
                                        A. Paul Victor
                                        Jeffrey L. Kessler
                                        Jeffrey J. Amato
                                        Molly M. Donovan
                                        Elizabeth A. Cate
                                        WINSTON & STRAWN LLP
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: (212) 294-6700
                                        Facsimile: (212) 294-4700
                                        pvictor@winston.com
                                        jkessler@winston.com
                                        mmdonovan@winston.com
                                        jamato@winston.com
                                        ecate@winston.com

                                        Fred K. Herrmann (P49519)
                                        KERR, RUSSELL AND WEBER, PLC
                                        500 Woodward Avenue, Suite 2500
                                        Detroit, MI 48226
                                        Tel. (313) 961-0200
                                        fherrmann@kerr-russell.com

                                        *Attorneys for Defendants NTN Corporation and*
                                        *NTN USA Corporation*

                                        WINSTON & STRAWN LLP

April 8, 2016                    By:    /s/ *Jeffrey L. Kessler* (w/consent)
                                        Jeffrey L. Kessler
                                        A. Paul Victor
                                        Eva W. Cole
                                        Jeffrey J. Amato
                                        WINSTON & STRAWN LLP
                                        200 Park Avenue
                                        New York, NY 10166-4193
                                        (212) 294-6700 (t)
                                        (212) 294-4700 (f)
                                        JKessler@winston.com
                                        PVictor@winston.com
                                        EWCole@winston.com

11

**REDACTED**

JAmato@winston.com

Brandon Duke
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
BDuke@winston.com

*Counsel for Panasonic Corporation and
Panasonic Corporation of North America*

ALLEN & OVERY LLP

April 8, 2016                    By:    */s/ John Roberti* (w/consent)_____
                                        John Roberti
                                        Matthew R. Boucher
                                        ALLEN & OVERY LLP
                                        1101 New York Avenue NW
                                        Washington, D.C. 20005
                                        202-683-3800
                                        john.roberti@allenovery.com
                                        matthew.boucher@allenovery.com

                                        Michael S. Feldberg
                                        ALLEN & OVERY LLP
                                        1221 Avenue of the Americas
                                        New York, NY 10020
                                        212-610-6360
                                        michael.feldberg@allenovery.com

                                        William R. Jansen (P36688)
                                        Michael G. Brady (P57331)
                                        WARNER NORCROSS & JUDD LLP
                                        2000 Town Center, Suite 2700
                                        Southfield, MI 48075-1318
                                        248-784-5000
                                        wjansen@wnj.com
                                        mbrady@wnj.com

                                        *Counsel for Robert Bosch LLC and Robert Bosch
                                        GmbH*

                                        DUBOIS, BRYANT & CAMPBELL, LLP

12

**REDACTED**

April 8, 2016                    By:    */s/ J. David Rowe* (w/consent)_____
                                       J. David Rowe
                                       Millicent Lundburg
                                       DUBOIS, BRYANT & CAMPBELL, LLP
                                       Colorado Tower
                                       303 Colorado, Suite 2300
                                       Austin, Texas  78701
                                       (512) 457-8000
                                       (512) 457-8008 (fax)
                                       drowe@dbcllp.com
                                       mlundburg@dbcllp.com

                                       DUGGINS WREN MANN & ROMERO, LLP
                                       Robert E. Linkin
                                       600 Congress Avenue, Ste. 1900
                                       P. O. Box 1149
                                       Austin, Texas 78767-1149
                                       512-744-9300 tel.
                                       512-744-9399 fax.
                                       rlinkin@dwmrlaw.com

                                       HERTZ SCHRAM PC
                                       Bradley J. Schram (P26337)
                                       Matthew J. Turchyn (P76482)
                                       1760 South Telegraph Road, Suite 300
                                       Bloomfield Hills, MI 48302
                                       (248) 335-5000
                                       bschram@hertzschram.com
                                       mturchyn@hertzschram.com

                                       *Attorney for Defendant Sanden International
                                       (USA), Inc.*

                                       SIMPSON THACHER & BARTLETT LLP

April 8, 2016                    By:    */s/ Matthew J. Reilly* (w/consent)_____
                                       Matthew J. Reilly
                                       Abram J. Ellis
                                       David T. Shogren
                                       SIMPSON THACHER & BARTLETT LLP
                                       900 G Street, N.W.
                                       Washington, D.C. 20001
                                       Tel.: (202) 636-5500
                                       Fax: (202) 636-5502
                                       matt.reilly@stblaw.com
                                       aellis@stblaw.com

13

dshogren@stblaw.com

George S. Wang
Shannon K. McGovern
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Stanley Electric Co.,
Ltd., Stanley Electric U.S. Co., Inc., and II
Stanley Co., Inc.*

MORGAN LEWIS & BOCKIUS LLP

April 8, 2016          By:    */s/ J. Clayton Everett, Jr.* (w/consent)
                              J. Clayton Everett, Jr.
                              MORGAN LEWIS & BOCKIUS LLP
                              1111 Pennsylvania Avenue, NW
                              Washington, DC  20004
                              Telephone:  (202) 739-3000
                              Facsimile:  (202) 739-3001
                              jeverett@morganlewis.com

                              *Counsel for Defendants Sumitomo Riko
                              Company Limited and DTR Industries, Inc.*

                              SIDLEY AUSTIN LLP

April 8, 2016          By:    */s/ David C. Giardina* (w/consent)
                              David C. Giardina
                              Courtney A. Hoffmann
                              SIDLEY AUSTIN LLP
                              One S. Dearborn St.
                              Chicago, IL 60603
                              Tel.: (312) 853-7000
                              Fax: (312) 853-7036
                              dgiardina@sidley.com
                              choffmann@sidley.com

                              Bradley J. Schram (MI Bar # P26337)
                              HERTZ SCHRAM PC
                              1760 S. Telegraph Rd., Suite 300

14

Bloomfield Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Defendants Toyo Tire & Rubber Co.,*
*Ltd., Toyo Tire North America Manufacturing*
*Inc., Toyo Tire North America OE Sales LLC,*
*and Toyo Automotive Parts (USA), Inc.*

BAKER BOTTS L.L.P.

April 8, 2016                    By:    */s/ Randall J. Turk* (w/consent)
                                        Randall J. Turk
                                        John Taladay
                                        Mark Miller
                                        Heather Souder Choi
                                        Sterling A. Marchand
                                        BAKER BOTTS L.L.P.
                                        1299 Pennsylvania Avenue., NW
                                        Washington, D.C. 20004-2400
                                        Phone: 202.639.7700
                                        Fax: 202.639.7890
                                        randy.turk@bakerbotts.com
                                        john.taladay@bakerbotts.com
                                        mark.miller@bakerbotts.com
                                        heather.choi@bakerbotts.com

                                        *Counsel for Defendants Toyoda Gosei Co., Ltd.,*
                                        *Toyoda Gosei North America Corp., and TG*
                                        *Missouri Corp.*

BUTZEL LONG

April 8, 2016                    By:    */s/ Sheldon H. Klein* (w/consent)
                                        Sheldon H. Klein (P41062)
                                        David F. DuMouchel (P25658)
                                        BUTZEL LONG
                                        150 West Jefferson, Suite 100
                                        Detroit, MI 48226
                                        Tel.: (313) 225-7000
                                        Fax: (313) 225-7080
                                        sklein@butzel.com
                                        dumouchd@butzel.com

                                        W. Todd Miller

**REDACTED**

BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Attorneys for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

LATHAM & WATKINS LLP

April 8, 2016                          By:   /s/ *Marguerite M. Sullivan* (w/consent)
                                            Marguerite M. Sullivan
                                            Allyson M. Maltas
                                            LATHAM & WATKINS LLP
                                            555 Eleventh Street NW, Suite 1000
                                            Washington, DC 20004
                                            Tel: (202) 637-2200
                                            Fax: (202) 637-2201
                                            Maggy.Sullivan@lw.com
                                            Allyson.Maltas@lw.com

                                            /s/ *Howard B. Iwrey* (w/consent)
                                            Howard B. Iwrey (P39635)
                                            DYKEMA GOSSETT PLLC
                                            39577 Woodward Ave., Suite 300
                                            Bloomfield Hills, MI 48304
                                            Tel: (248) 203-0526
                                            Fax: (248) 203-0763
                                            hiwrey@dykema.com

                                            *Counsel for Weastec, Inc. in* Ignition Coils (1400) *actions*

**REDACTED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |

In Re: ALL CASES

THIS RELATES TO:

All Dealership Actions
All End Payor Actions

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO LIFT THE PROVISIONAL SEALING OF A PORTION OF THE RULE 30(b)(1) DEPOSITION OF GEORGE R. NISBET, THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE**

**REDACTED**

<u>**STATEMENT OF THE ISSUES PRESENTED**</u>

Should the Special Master lift his *provisional* seal of a portion of the transcript of the Rule 30(b)(1) deposition of George R. Nisbet (co-owner of Auto Dealer Plaintiff Thornhill Superstore) where (1) such testimony focused on Thornhill Superstore's practices regarding pricing of new vehicles and recordkeeping about new vehicle sales during a substantial part of the alleged class periods in the Auto Parts MDL, and therefore is highly relevant to Auto Dealer Plaintiffs' claims, Defendants' defenses to those claims, the suitability of Thornhill Superstore as a representative of the putative classes of Auto Dealers, and issues concerning whether the putative classes of Auto Dealers may be certified in any of these cases; and (2) Auto Dealers' counsel's instruction that Mr. Nisbet not provide such testimony based on a "relevance" objection was improper and groundless.

**Answer: Yes.**

**REDACTED**

<u>**STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES**</u>

Fed. R. Civ. P. 30(c)(2)

*In re Class 8 Transmission Indirect Purchaser Antitrust Litig.*, Civ. No. 11-00009-SLR, 2015 WL 6181748 (D. Del. Oct. 21, 2015)

*In re Am. Med. Sys., Inc.*, 75 F.3d 1069 (6th Cir. 1996)

# <u>TABLE OF CONTENTS</u>

STATEMENT OF THE ISSUE PRESENTED ............................................................... i

STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES .................. ii

INTRODUCTION ..................................................................................................1

FACTUAL BACKGROUND.......................................................................................2

ARGUMENT........................................................................................................6

MR. NISBET'S SEALED DEPOSITION TESTIMONY IS RELEVANT,
DISCOVERABLE, AND NOT LIMITED BY ANY PRIOR ORDER…………………………..6

      A.     Mr. Nisbet's Testimony About Thornhill's Pricing and
             Recordkeeping Practices Is Highly Relevant............................................6

      B.     The Remainder of Mr. Nisbet's Deposition Testimony Would
             Be Misleading If the Provisionally Sealed Portion Were
             Unavailable for Use by the Parties and the Court..................................9

      C.     The Special Master's December 29, 2015 Order on Topics
             for Rule 30(b)(6) Depositions Has No Bearing on
             Mr. Nisbet's Rule 30(b)(1) Deposition.................................................10

CONCLUSION.....................................................................................................12

# TABLE OF AUTHORITIES

Page(s)

## CASES

*Barnes v. Bd. of Educ.,*
    No. 2:06-cv-0532, 2007 WL 1236190 (S.D. Ohio Apr. 26, 2007)........................................2

*Hochstein v. Microsoft Corp.,*
    No. 04-73071, 2009 WL 2616253 (E.D. Mich. Aug. 21, 2009)..........................................1

*In re Am. Med. Sys., Inc.,*
    75 F.3d 1069 (6th Cir. 1996) ............................................................................................8

*In re Auto. Parts Antitrust Litig.,*
    No. 12-md-02311, 2013 WL 2456612 (E.D. Mich. June 6, 2013)....................................6

*In re Class 8 Transmission Indirect Purchaser Antitrust Litig.,*
    Civ. No. 11-00009-SLR, 2015 WL 6181748 (D. Del. Oct. 21, 2015)...........................6, 8

*In re New Motor Vehicles Canadian Export Antitrust Litig.,*
    522 F.3d 6 (1st Cir. 2008).................................................................................................6

*In re Processed Egg Prods. Antitrust Litig.,*
    No. 08-md-2002, 2015 WL 6964281 (E.D. Penn. Nov. 10, 2015)....................................6

*Nix v. Sword,*
    11 Fed. Appx. 498 (6th Cir. 2001)....................................................................................5

*Ralston Purina Co. v. McFarland,*
    550 F.2d 967 (4th Cir. 1977) ............................................................................................1

*Resolution Trust Corp. v. Dabney,*
    73 F.3d 262 (10th Cir. 1995) ............................................................................................1

*Robinson v. Texas Auto. Dealers Ass'n,*
    387 F.3d 416 (5th Cir. 2004) ............................................................................................7

*Stanich v. (c)Travelers Indem. Co.,*
    259 F.R.D. 294 (N.D. Ohio 2011) ....................................................................................8

## STATUTES, RULES, AND REGULATIONS

Fed. R. Civ. P. 26(c) ...............................................................................................................5

Fed. R. Civ. P. 30(b)(1).................................................................................................2, 10, 11

iv

**REDACTED**

Fed. R. Civ. P. 30(b)(6)..............................................................................................10, 11

Fed. R. Civ. P. 30(c)(2)....................................................................................................1

Fed. R. Civ. P. 30(d)(3)....................................................................................................5

## OTHER AUTHORITY

Special Master's Order Granting in Part and Denying in
Part Plaintiffs' Motion For Protective Order, 12-md-02311, ECF No. 1169....................10, 11

**REDACTED**

# INTRODUCTION

During the March 3, 2016 deposition of George R. Nisbet, co-owner of Auto Dealer Plaintiff Thornhill Superstore Inc. ("Thornhill"), Defendants' questioning focused on two topics that are critical to both the Auto Dealer Plaintiffs' cases and the End Payor Plaintiffs' cases: namely, Auto Dealers' pricing practices and the manner in which they recorded information concerning their sales of new vehicles. Thornhill and Mr. Nisbet were themselves defendants in prior lawsuits involving both of these issues, in which plaintiffs alleged Thornhill had engaged in deceptive pricing and recordkeeping practices from the late 1990s until approximately 2006. Defendants sought to use documents from those prior lawsuits—including sworn statements by Mr. Nisbet—to probe and refresh his recollection of Thornhill's pricing and recordkeeping practices during those years.

Based solely on "relevance" grounds, Auto Dealer counsel objected at Nisbet's deposition to questions involving Nisbet's prior testimony concerning Thornhill's pricing and recordkeeping practices and instructed Mr. Nisbet not to answer those questions. The parties called the Special Master, who ordered that Mr. Nisbet should answer Defendants' questions pending resolution of Auto Dealer Plaintiffs' objection, but that the affected portion of the transcript should be provisionally sealed until that time. Although Auto Dealer Plaintiffs clearly bear the burden under the Federal Rules of establishing why this testimony should not have been permitted, they have filed no motion seeking to strike it or otherwise to maintain it under seal.

That seal should now be lifted. Not only is relevance not a proper grounds for instructing a witness not to answer during a deposition,[1] but Mr. Nisbet's testimony is highly relevant. Among

---

[1]   *See, e.g.,* Fed. R. Civ. P. 30(c)(2) ("the testimony is taken subject to any objection"); *Resolution Trust Corp. v. Dabney*, 73 F.3d 262, 266 (10th Cir. 1995) ("It is inappropriate to instruct a witness not to answer a question on the basis of relevance."); *Ralston Purina Co. v. McFarland*, 550 F.2d 967, 973 (4th Cir. 1977); *Hochstein v. Microsoft Corp.*, No. 04-73071, 2009

**REDACTED**

other things, he testified that 

This evidence bears directly on whether Thornhill and/or its customers

would have absorbed any alleged overcharge at different points in time, which is directly relevant

both to class certification and to the merits of the Auto Dealers' and End Payors' claims (both

liability and damages), and whether any party in the Auto Parts MDL can rely on the DMS data

and other sales records produced by Thornhill. The Special Master should therefore lift the

provisional seal imposed on this deposition testimony.

## FACTUAL BACKGROUND

Mr. Nisbet has been a senior manager of Thornhill since 1996, and a co-owner since 1998.

He was the first person associated with an Auto Dealer Plaintiff to be deposed in the Auto Parts

MDL. Defendants took his deposition under Rule 30(b)(1) to explore his personal knowledge of

Thornhill's vehicle pricing and sales practices, as well as the manner in which Thornhill recorded

the terms of its sales in its business records—including the DMS data that Thornhill has produced

to Defendants.

This was not the first time Mr. Nisbet had been deposed about these topics. Thornhill and

Mr. Nisbet personally were previously *defendants* in two separate class action lawsuits brought by

individuals who had purchased new vehicles from Thornhill and who alleged that Thornhill had

engaged in deceptive and unlawful practices with respect to the pricing of those vehicles. *See*

*Barker, et al. v. Thornhill Superstore*, Civil Action No. 02-cv-1255 (S.D.W.Va. Feb. 22, 2005);

---

WL 2616253, at *4 (E.D. Mich. Aug. 21, 2009); *Barnes v. Bd. of Educ.*, No. 2:06-cv-0532, 2007
WL 1236190, at *2 (S.D. Ohio Apr. 26, 2007).

**REDACTED**

*Jarrell, et al. v. Thornhill Superstore, et al.*, Civil Action No. 03-cv-1762 (Cir. Ct. Kanawha Cty.,

W. Va. Dec. 21, 2006).  Specifically, Thornhill's customers claimed that, while Thornhill had

represented that its sales from the late 1990s until approximately 2006 were made at one dollar

over invoice price, it actually deviated substantially from that policy on numerous occasions,

charging prices much higher than one dollar over invoice price.  Thornhill's customers also

claimed that it had misled them into paying various charges for fraudulent programs.

 To effectively probe the facts regarding Thornhill's pricing, sales, and recordkeeping

practices, Defendants sought to refresh Mr. Nisbet's recollection by referring to his prior sworn

statements on these topics in the *Barker* and *Jarrell* lawsuits.  Auto Dealer counsel, however,

sought to block this inquiry, objecting ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████  Ex. 1, Unsealed

Nisbet Dep. Tr. at 241 (emphasis added).  At that point, the parties suspended the deposition and

called the Special Master to resolve the dispute.  *Id.* at 241–42.  During that call, the Special Master

ruled that Defendants could question Mr. Nisbet on these topics, but that the resulting testimony

should be preserved as part of a separate, provisionally "sealed" record pending further review by

the Special Master.  Ex. 2, Hearing Tr. at 9–10.[2]  The present motion seeks to have the provisional

seal lifted.

 Pending a further ruling by the Special Master, the portion of the transcript of Mr. Nisbet's

deposition concerning his prior sworn statements in the *Barker* and *Jarrell* lawsuits about

Thornhill's pricing, sales, and recordkeeping practices has been temporarily quarantined from

general usage in the Auto Parts MDL.  The sealed portion of the transcript comprises eighty-one

---

[2]  The court reporter present at the deposition created a transcript of the telephonic hearing
before the Special Master.

pages. Ex. 3, Prov. Sealed Nisbet Dep. Tr. During this portion of his deposition, Defendants

refreshed Mr. Nisbet's recollection with, and asked him questions about, his signed affidavit in

*Jarrell*, Ex. 4, a Court Order from *Jarrell*, Ex. 5, and his deposition transcript from *Barker*, Ex. 6,

all of which concern Thornhill's pricing, sales, and recordkeeping practices during a substantial

portion of the class periods alleged in the present Auto Parts MDL. In response to these questions,

Mr. Nisbet testified on a variety of critically relevant facts about Thornhill's practices for pricing

and selling new vehicles to retail customers, as well as the manner in which Thornhill recorded the

terms of its sales from the late 1990s to approximately 2006, about half of the alleged class periods

in the present cases. In particular, he asserted:





*Provisionally* sealing the foregoing portion of Mr. Nisbet's deposition was an effective and efficient means to enable the Special Master to reserve a final decision on how this testimony should be handled until after he could engage in a further review of the issues and receive briefs from the parties.  However, even though more than a month has passed since Mr. Nisbet's deposition, Auto Dealers have failed to step forward to provide any basis at all for maintaining the provisional seal, even though it is they who, under the applicable Federal Rules and case law, exclusively bear the heavy burden of showing a need for a protective order barring any line of inquiry at a deposition.[3]  Accordingly, Defendants respectfully move that the provisional seal be lifted.

---

[3]    *See, e.g.*, Fed. R. Civ. P. 26(c); Fed. R. Civ. P. 30(d)(3); *Nix v. Sword*, 11 Fed. Appx. 498, 500 (6th Cir. 2001).

## ARGUMENT

### MR. NISBET'S SEALED DEPOSITION TESTIMONY IS
### RELEVANT, DISCOVERABLE, AND NOT LIMITED BY ANY PRIOR ORDER

A.   **Mr. Nisbet's Testimony About Thornhill's Pricing and Recordkeeping Practices Is Highly Relevant**

Mr. Nisbet's account of Thornhill's pricing and recordkeeping practices during a substantial portion of the alleged class periods in the Auto Parts MDL is directly relevant to the issues in these cases.  His past under-oath statements on these topics are just as relevant as his most recent statements, and especially significant given their greater temporal proximity to the events at issue.  In particular, the testimony Mr. Nisbet provided during the sealed portion of his deposition will be important to the determinations of whether, and to what extent, Thornhill absorbed (rather than passed-on to its customers) any alleged overcharges, whether the putative classes Thornhill and the other named Auto Dealers seek to represent should be certified, and whether Thornhill would be an appropriate representative of any such classes.

As Judge Battani has recognized, Auto Dealers and End Payors "face a difficult challenge in succeeding on their claims" because they must trace any alleged overcharges through successive resales.  *In re Auto. Parts Antitrust Litig*., No. 12-md-02311, 2013 WL 2456612, at *8 (E.D. Mich. June 6, 2013).  Any effort to trace an alleged overcharge requires consideration of the many factors that influenced prices at each level of the distribution chain—based on accurate data.  *See In re Processed Egg Prods. Antitrust Litig*., No. 08-md-2002, 2015 WL 6964281, at *27–29 (E.D. Penn. Nov. 10, 2015) (refusing to certify a class of indirect purchasers because plaintiffs' expert failed to account for important market factors, including "the effects of . . . pricing strategy"); *In re Class 8 Transmission Indirect Purchaser Antitrust Litig*., Civ. No. 11-00009-SLR, 2015 WL 6181748, at *10 & n.14 (D. Del. Oct. 21, 2015) (analysis must be based on "real-world facts surrounding [the] market"); *see also In re New Motor Vehicles Canadian Export Antitrust Litig*., 522 F.3d 6, 29 (1st

Cir. 2008) (vacating class certification of a class of end-payor purchasers of new vehicles because plaintiffs could not rely on market assumption "that any price increase or decrease will always have the same magnitude of effect on the final price paid"); *Robinson v. Texas Auto. Dealers Ass'n*, 387 F.3d 416, 423 (5th Cir. 2004) (denying class certification of a class of vehicle purchasers because plaintiffs' assumption that overcharges had been passed on to every customer "defies the realities of the haggling that ensues in the American market when one buys a vehicle").

The testimony in the sealed portion of Mr. Nisbet's deposition transcript is necessary to trace any alleged overcharge from the OEM through Thornhill to end payors. For example, during the period in which Mr. Nisbet testified that ███████████████████████

████████████████████ the experts may find that—to the extent that any alleged overcharge was reflected in the invoice price and not offset in some way by the OEM in its sale to Thornhill or by Thornhill in its sale to its customers—any overcharge would have been wholly passed on to Thornhill's customers. Under that analysis, Thornhill may not have any injury or any damages for that time period. The experts' analysis, however, would change for the subsequent time period during which Mr. Nisbet testified that ███████████████████████

████████████████████████████████████████

███  Thus, Mr. Nisbet's testimony is critical to determining whether Thornhill and/or its customers absorbed any alleged overcharges and, if so, whether and how that changed at different points in time during the alleged class periods.

Defendants are entitled to compare and contrast Thornhill's pricing and related business practices during the late 1990s and into the mid-2000s with both Thornhill's practices in more recent years and with the practices of other named Auto Dealer Plaintiffs. This testimony is fundamental to whether Auto Dealers or End-Payors can prove class-wide impact using common

7

evidence.  Only after such "real world" facts are unearthed during discovery, evaluated by the parties and their experts, and then presented to and analyzed by Judge Battani, will the Court be able to determine whether the putative classes of auto dealers and end-payors can be certified, which will necessarily turn on (among other things) whether "plaintiffs can package the evidence such that an individualized inquiry into each transaction is unnecessary."  *In re Class 8 Transmission Indirect Purchaser Antitrust Litig.,* 2015 WL 6181748, at *10.

Mr. Nisbet's provisionally sealed testimony also bears on whether Thornhill can satisfy the tests for adequacy and typicality of a class representative, which are additional components of the "rigorous analysis" required for class certification.  *In re Am. Med. Sys., Inc*., 75 F.3d 1069, 1078-79 (6th Cir. 1996).  The whole point of "typicality" is that a determination of the representative's claims are a reliable indicator of the claims of the other members of the putative class.  *See id*. at 1082.  But the unusual practice of pricing vehicles at one dollar over invoice, which Thornhill advertised and asserts it engaged in for a substantial portion of the alleged class periods, may defeat typicality.  And in light of its fraudulent conduct, Thornhill also may not be an adequate representative to be entrusted with the claims of the putative class(es) of auto dealers. *See Stanich v. Travelers Indem. Co*., 259 F.R.D. 294, 315 (N.D.Ohio 2011) (holding a plaintiff's credibility is relevant to its adequacy as a class representative where there is a connection between the dishonest conduct and the claims at issue in the class action).  For all these reasons, Auto Dealers cannot seriously contest that Mr. Nisbet's testimony in the sealed portion of his deposition transcript is relevant.

In addition, regardless of how Mr. Nisbet's provisionally sealed testimony might be used by Auto Dealers, End Payors, and/or Defendants with respect to class certification and/or merits issues, it also is highly relevant because it demonstrates the inaccuracy and unreliability of much

8

of the DMS data and other records Thornhill has produced in the Auto Parts MDL.  This bears

directly on whether these data and other records may legitimately be used to assess whether, and to

what extent, Thornhill absorbed any alleged overcharges, rather than passed on any alleged

overcharges to its customers, at least during the six years in which it engaged in the pricing

practices and recordkeeping practices that were at issue in the *Barker* and *Jarrell* lawsuits.  *See* Ex.

3, Prov. Sealed Nisbet Dep. Tr. at 29 █████████████████████████████████████

████████████████████████████████████

**B.**    **The Remainder of Mr. Nisbet's Deposition Testimony Would Be Misleading If the Provisionally Sealed Portion Were Unavailable for Use by the Parties and the Court**

If the provisionally sealed portion of Mr. Nisbet's testimony were to be hidden from the

fact-finders (both Judge Battani and the relevant juries) in the Auto Parts MDL, any use of or

reliance on the remaining portions of his deposition testimony would be highly misleading.  In the

portion of his deposition that preceded the provisionally sealed portion, Mr. Nisbet provided vague

and incomplete testimony regarding Thornhill's ███████████████████████████████

████████████████████████████████████████

████    After Defendants' counsel confronted him with his prior sworn statements in the *Jarrell*

and *Barker* lawsuits, however, Mr. Nisbet was able to provide substantially more detailed answers

and, in several instances, changed his testimony entirely.  For example, he initially testified that

███████████████████████████████████████████████████

███████████████████████████████████████ Ex. 1, Unsealed Nisbet Dep.

Tr. at 158 (emphasis added).  After having his recollection refreshed by his signed affidavit from

the *Jarrell* case, however, Mr. Nisbet clarified that Thornhill █████████████████████

█████████████████████████████████████████████████

9

**REDACTED**

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████   Ex. 3, Prov. Sealed

Nisbet Dep. Tr. at 31–32.

Mr. Nisbet's substantial revision of his testimony regarding Thornhill's new car pricing practices during the early years of the alleged class period, after reviewing his prior statements in *Jarrell* and *Barker*, perhaps is understandable. His prior testimony was provided much closer in time to when Thornhill had engaged in those practices and outside the influence of the present litigation. Thus, there is no basis for Auto Dealers to object to Mr. Nisbet being confronted by his past statements for purposes of his Rule 30(b)(1) deposition. Failing to lift the provisional seal on this portion of the deposition transcript would not simply deny Defendants and the Court highly probative information, it would enshrine a misleading account of critically relevant facts.

C.   **The Special Master's December 29, 2015 Order on Topics for Rule 30(b)(6) Depositions Has No Bearing on Mr. Nisbet's Rule 30(b)(1) Deposition**

Even putting aside the fundamental inappropriateness of Auto Dealer counsel's instruction that Mr. Nisbet not answer deposition questions based on an assertion of irrelevance, *see supra* n.1, Auto Dealer counsel's sole rationale for the instruction was itself unfounded. Auto Dealer counsel claimed that inquiry into Thornhill's pricing and recordkeeping practices, as described in records from prior class action lawsuits against Thornhill and Mr. Nisbet, himself, was inappropriate during Mr. Nisbet's Rule *30(b)(1)* deposition because a December 29, 2015 Order by the Special Master had denied one of the topics in Defendants' initial notice for Rule *30(b)(6)* depositions of Auto Dealers—namely, "the facts, issues and circumstances of any other class actions in which You have participated involving Your purchase or sale of new vehicles . . . ." *See* Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion For Protective Order, 12-md-02311

ECF No. 1169 ("Dec. 29 Order"), Sch. A Topic 11. That Order, however, concerned only the topics on which a Rule *30(b)(6)* witness would be required to be prepared to testify on behalf of the dealership. By definition, that Order said nothing about appropriate lines of inquiry for a Rule *30(b)(1)* deposition based on the witness's own personal knowledge. *See* Dec. 29 Order.

In any event, even if the deposition of Mr. Nisbet were somehow controlled by the December 29 Order, Defendants' questions were plainly within the scope of topics that the Special Master expressly permitted in that Order, including "how You determine new vehicle pricing" and "Your policies, procedures, and practices for creation and maintenance of . . . deal files, DMS . . . data" and other business records "in connection with the purchase or sale of new vehicles." Dec. 29 Order at ¶¶ 5, 12 & Sch. A Topics 5, 12. Moreover, the point of the questions was not to explore whether Thornhill had been a serial *named plaintiff* in prior class action lawsuits, which presumably was the type of inquiry for which the Special Master did not want Auto Dealers' Rule 30(b)(6) designees to have to be prepared to testify. Instead, the focus here was on issues the Special Master had expressly deemed to be relevant. Defendants merely used the prior sworn statements that Mr. Nisbet happened to have made during prior litigation (as a *defendant*) to refresh his recollection and question him about Thornhill's actual *pricing practices and recordkeeping practices* during nearly half of the class periods alleged *in the present Auto Parts MDL*, thereby obtaining testimony that is directly relevant to the issues in this MDL. *See supra* Part I.A. The fact that Defendants elicited testimony about Thornhill's pricing and recordkeeping practices by reference to court documents from prior lawsuits is no basis for shielding its co-owner from questions on this important topic, especially because those documents reflected sworn statements Mr. Nisbet had made more than ten years ago—at or very near the time when Thornhill

**REDACTED**

was still engaging in those practices, when his recollection of the facts at issue presumably was much better than it is today.

**CONCLUSION**

For all the reasons set forth above, Defendants respectfully request that their motion be granted and that the Special Master enter the accompanying Proposed Order lifting the provisional seal on a portion of Mr. Nisbet's deposition testimony.

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

April 8, 2016                     By:   */s/ Steven F. Cherry*
                                        Steven F. Cherry
                                        David P. Donovan
                                        Patrick J. Carome
                                        Dyanne Griffith
                                        WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington, D.C. 20006
                                        Tel.: (202) 663-6000
                                        Fax: (202) 663-6363
                                        steven.cherry@wilmerhale.com
                                        david.donovan@wilmerhale.com
                                        patrick.carome@wilmerhale.com
                                        dyanne.griffith@wilmerhale.com

                                        *Attorneys for Defendants DENSO Corporation,
                                        DENSO International America, Inc., DENSO
                                        International Korea Corporation, DENSO
                                        Korea Automotive Corporation, DENSO
                                        Products & Services Americas, ASMO Co., Ltd.,
                                        ASMO North America, LLC, ASMO Greenville
                                        of North Carolina, Inc., ASMO Manufacturing,
                                        Inc., and ASMO North Carolina Inc.*

                                        Steven M. Zarowny (P33362)
                                        General Counsel
                                        DENSO International America, Inc.
                                        24777 Denso Drive
                                        Southfield, MI 48033

12

Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Attorney for Defendant DENSO International America, Inc.*

SQUIRE PATTON BOGGS (US) LLP

April 8, 2016                By:    */s/ Barry A. Pupkin* (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037
Tel: (202) 626-6600
Fax: (202) 626-6780
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, Franklin Precision Industry, Inc. and Hyundam Industrial Co., Ltd.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

April 8, 2016                By:    */s/ Jeremy Calsyn* (w/consent)
Jeremy Calsyn
Bradley Justus
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
Tel.: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
bjustus@cgsh.com

*/s/  Howard B. Iwrey* (w/consent)
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel.: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

13

*Counsel for Defendants Aisin Seiki Co., Ltd., and Aisin Automotive Casting, LLC in* Valve Control Timing Devices/Aisin Defendants (2500) *actions*

BROOKS WILKINS SHARKEY & TURCO PLLC

April 8, 2016      By:    */s/ Maureen T. Taylor* (w/consent)
Herbert C. Donovan (P51939)
Maureen T. Taylor (P63547)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; and Alps Automotive, Inc.*

WEIL, GOTSHAL & MANGES LLP

April 8, 2016      By:    */s/ Steven A. Reiss* (w/consent)
Steven A. Reiss
Adam C. Hemlock
Kajetan Rozga
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
kajetan.rozga@weil.com

*/s/ Frederick R. Juckniess* (w/consent)
Frederick R. Juckniess
SCHIFF HARDIN LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
(734) 222-1504
fjuckniess@schiffhardin.com

*Attorneys for Defendants Bridgestone Corporation and Bridgestone APM Company*

14

WEIL, GOTSHAL & MANGES LLP

April 8, 2016                    By:    */s/ Steven A. Reiss* (w/consent) _____
                                        Steven A. Reiss
                                        Adam C. Hemlock
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153-0119
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        steven.reiss@weil.com
                                        adam.hemlock@weil.com

                                        */s/ Fred K. Herrmann* (w/consent) _____
                                        Fred K. Herrmann
                                        Joanne G. Swanson
                                        Matthew L. Powell
                                        KERR RUSSELL & WEBER PLC
                                        500 Woodward Avenue
                                        Suite 2500
                                        Detroit, MI 48226
                                        Tel. (313) 961-0200
                                        Fax (313) 961-0388
                                        fherrmann@kerr-russell.com
                                        jswanson@kerr-russell.com
                                        mpowell@kerr-russell.com

                                        *Attorneys for Calsonic Kansei Corporation and
                                        CalsonicKansei North America, Inc.*

                                        */s/ Steven A. Reiss* (w/consent) _____
                                        Steven A. Reiss
                                        Adam C. Hemlock
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153-0119
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        steven.reiss@weil.com
                                        adam.hemlock@weil.com

                                        */s/ Michael A. Cox* (w/consent) _____
                                        Michael A. Cox
                                        THE MIKE COX LAW FIRM, PLLC
                                        17430 Laurel Park Drive North, Suite 120 E
                                        Livonia, MI 48152

15

Telephone: (734) 591-4002
mc@mikecoxlaw.com

*Attorneys for Calsonic Kansei Corporation and CalsonicKansei North America, Inc.*

SIMPSON THACHER & BARTLETT LLP

April 8, 2016                    By:    /s/ *Matthew J. Reilly* (w/consent)
                                        Matthew J. Reilly
                                        Abram J. Ellis
                                        SIMPSON THACHER & BARTLETT LLP
                                        900 G Street, N.W.
                                        Washington, D.C. 20001
                                        Tel.: (202) 636-5500
                                        Fax: (202) 636-5502
                                        matt.reilly@stblaw.com
                                        aellis@stblaw.com

                                        George S. Wang
                                        Shannon K. McGovern
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue
                                        New York, N.Y. 10017
                                        Tel: (212) 455-2000
                                        Fax: (212) 455-2502
                                        gwang@stblaw.com
                                        smcgovern@stblaw.com

*Attorneys for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corp.*

PORTER WRIGHT MORRIS & ARTHUR LLP

                                        /s/ *Donald M. Barnes* (w/consent)
April 8, 2016                    By:    Donald M. Barnes
                                        Molly S. Crabtree
                                        Jay L. Levine
                                         Christopher C. Yook
                                        PORTER WRIGHT MORRIS & ARTHUR LLP
                                        1900 K Street, NW, Ste. 1110
                                        Washington, DC 20006
                                        Tel.: (202) 778-3054
                                        Fax: (202) 778-3063
                                        dbarnes@porterwright.com
                                        mcrabtree@porterwright.com

16

jlevine@porterwright.com
cyook@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc.,
G.S.W. Manufacturing, Inc., and G.S. Wiring
Systems, Inc.*

COVINGTON & BURLING LLP

April 8, 2016                          By:      /s/ *Bruce A. Baird*  (with consent)
                                                Bruce A. Baird
                                                Sarah L. Wilson
                                                Michael A. Fanelli
                                                COVINGTON & BURLING LLP
                                                One CityCenter
                                                850 Tenth Street NW
                                                Washington, DC 20001
                                                Telephone:  (202) 662-6000
                                                Fax: (202) 662-6291
                                                bbaird@cov.com
                                                swilson@cov.com
                                                mfanelli@cov.com

                                                Anita F. Stork
                                                COVINGTON & BURLING LLP
                                                One Front Street
                                                35th Floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 591-6000
                                                Fax: (415) 955-6550
                                                astork@cov.com

                                                BROOKS WILKINS SHARKEY & TURCO
                                                PLLC
                                                Maureen T. Taylor
                                                BROOKS WILKINS SHARKEY & TURCO
                                                PLLC
                                                401 Old South Woodward, Suite 400
                                                Birmingham, MI 48009
                                                Telephone: (248) 971-1721
                                                Fax: (248) 971-1801
                                                taylor@bwst-law.com

                                                *Attorneys for Defendant Keihin North America,
                                                Inc.*

17

REDACTED

ARNOLD & PORTER LLP

/s/ *Franklin R. Liss*  (with consent)

April 8, 2016                       By:    Franklin R. Liss
                                          Barbara H. Wootton
                                          Danielle M. Garten
                                          Matthew Tabas
                                          ARNOLD & PORTER LLP
                                          601 Massachusetts Ave, NW
                                          Washington, DC  20001
                                          Tel: (202) 942-5969
                                          Fax: (202) 942-5999
                                          frank.liss@aporter.com
                                          barbara.wootton@aporter.com
                                          danielle.garten@aporter.com
                                          matt.tabas@aporter.com


                                          /s/ *Howard B. Iwrey*  (with consent)
                                          Howard B. Iwrey (P39635)
                                          Brian M. Moore (P58584)
                                          DYKEMA GOSSETT PLLC
                                          39577 Woodward Ave., Suite 300
                                          Bloomfield Hills, MI 48304
                                          Tel: (248) 203-0700
                                          Fax: (248) 203-0763
                                          hiwrey@dykema.com
                                          bmoore@dykema.com


                                          *Counsel for Koito Manufacturing Co., Ltd. and
                                          North American Lighting, Inc. in* HID Ballasts
                                          (1700) *and* Lamps (1200) *actions*


                                          PILLSBURY WINTHROP SHAW
                                          PITTMAN LLP


April 8, 2016                       By:    /s/  *William M. Sullivan Jr.* (w/consent)
                                          William M. Sullivan Jr.
                                          Michael L. Sibarium
                                          Jeetander T. Dulani
                                          PILLSBURY WINTHROP SHAW
                                          PITTMAN LLP
                                          1200 Seventeenth Street, N.W.
                                          Washington, D.C. 20036-3006
                                          Telephone: (202) 663-8000
                                          Facsimile: (202) 663-8007
                                          wsullivan@pillsburylaw.com

**REDACTED**

michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Counsel for Defendants Mikuni America*
*Corporation and Mikuni Corp*

GIBSON, DUNN & CRUTCHER LLP

April 8, 2016                     By:   */s/  George A. Nicoud* (w/consent) _____
George A. Nicoud III
Austin Schwing
Caeli A. Higney
Brandon W. Halter
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel.:  (415) 393-8200
Fax:  (415) 393-8306
TNicoud@gibsondunn.com
ASchwing@gibsondunn.com
CHigney@gibsondunn.com
BHalter@gibsondunn.com

*Counsel for Defendants Mitsuba Corporation*
*and American Mitsuba Corporation*

HOGAN LOVELLS US LLP

April 8, 2016                     By:   */s/ William L. Monts, III* (w/consent) _____
William L. Monts, III
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Tel.: (202) 637-5731
Fax: (202) 637-5910
william.monts@hoganlovells.com

*/s/ Scott T. Seabolt* (w/consent) _____
Scott T. Seabolt
FOLEY & LARDNER LLP
500 Woodward Avenue,
Suite 2700
Detroit, MI 48226
Tel.: (313) 234-7115
Fax: (313) 234-2800
sseabolt@foley.com

19

*Counsel for Defendants Mitsubishi Heavy
Industries America, Inc. and Mitsubishi Heavy
Industries Climate Control*

LANE POWELL PC

April 8, 2016         By:    */s/ Kenneth R. Davis II* (w/consent) _____
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
MODA Tower
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: 503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: 248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp.
and Nachi America Inc.*

WINSTON & STRAWN LLP

April 8, 2016         By:    */s/ Jeffrey L. Kessler* (w/consent) _____
A. Paul Victor

**REDACTED**

Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

Fred K. Herrmann (P49519)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fherrmann@kerr-russell.com

*Attorneys for Defendants NTN Corporation and
NTN USA Corporation*

WINSTON & STRAWN LLP

April 8, 2016                    By:    /s/ *Jeffrey L. Kessler* (w/consent)
                                        Jeffrey L. Kessler
                                        A. Paul Victor
                                        Eva W. Cole
                                        Jeffrey J. Amato
                                        WINSTON & STRAWN LLP
                                        200 Park Avenue
                                        New York, NY 10166-4193
                                        (212) 294-6700 (t)
                                        (212) 294-4700 (f)
                                        JKessler@winston.com
                                        PVictor@winston.com
                                        EWCole@winston.com
                                        JAmato@winston.com

                                        Brandon Duke
                                        WINSTON & STRAWN LLP
                                        1111 Louisiana Street, 25th Floor
                                        Houston, TX 77002

**REDACTED**

(713) 651-2636 (t)
(713) 651-2700 (f)
BDuke@winston.com

*Counsel for Panasonic Corporation and*
*Panasonic Corporation of North America*

ALLEN & OVERY LLP

April 8, 2016                     By:     */s/ John Roberti* (w/consent)_____
                                         John Roberti
                                         Matthew R. Boucher
                                         ALLEN & OVERY LLP
                                         1101 New York Avenue NW
                                         Washington, D.C. 20005
                                         202-683-3800
                                         john.roberti@allenovery.com
                                         matthew.boucher@allenovery.com

                                         Michael S. Feldberg
                                         ALLEN & OVERY LLP
                                         1221 Avenue of the Americas
                                         New York, NY 10020
                                         212-610-6360
                                         michael.feldberg@allenovery.com

                                         William R. Jansen (P36688)
                                         Michael G. Brady (P57331)
                                         WARNER NORCROSS & JUDD LLP
                                         2000 Town Center, Suite 2700
                                         Southfield, MI 48075-1318
                                         248-784-5000
                                         wjansen@wnj.com
                                         mbrady@wnj.com

                                         *Counsel for Robert Bosch LLC and Robert Bosch*
                                         *GmbH*

                                         DUBOIS, BRYANT & CAMPBELL, LLP

April 8, 2016                     By:     */s/ J. David Rowe* (w/consent)_____
                                         J. David Rowe
                                         Millicent Lundburg
                                         DUBOIS, BRYANT & CAMPBELL, LLP
                                         Colorado Tower
                                         303 Colorado, Suite 2300

22

Austin, Texas  78701
(512) 457-8000
(512) 457-8008 (fax)
drowe@dbcllp.com
mlundburg@dbcllp.com

DUGGINS WREN MANN & ROMERO, LLP
Robert E. Linkin
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 tel.
512-744-9399 fax.
rlinkin@dwmrlaw.com

HERTZ SCHRAM PC
Bradley J. Schram (P26337)
Matthew J. Turchyn (P76482)
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
bschram@hertzschram.com
mturchyn@hertzschram.com

*Attorney for Defendant Sanden International
(USA), Inc.*

SIMPSON THACHER & BARTLETT LLP

April 8, 2016                    By:    */s/ Matthew J. Reilly* (w/consent)
                                        Matthew J. Reilly
                                        Abram J. Ellis
                                        David T. Shogren
                                        SIMPSON THACHER & BARTLETT LLP
                                        900 G Street, N.W.
                                        Washington, D.C. 20001
                                        Tel.: (202) 636-5500
                                        Fax: (202) 636-5502
                                        matt.reilly@stblaw.com
                                        aellis@stblaw.com
                                        dshogren@stblaw.com

                                        George S. Wang
                                        Shannon K. McGovern
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue

23

New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Stanley Electric Co.,
Ltd., Stanley Electric U.S. Co., Inc., and II
Stanley Co., Inc.*

MORGAN LEWIS & BOCKIUS LLP

April 8, 2016                    By:   */s/ J. Clayton Everett, Jr.* (w/consent)
                                       J. Clayton Everett, Jr.
                                       MORGAN LEWIS & BOCKIUS LLP
                                       1111 Pennsylvania Avenue, NW
                                       Washington, DC  20004
                                       Telephone:  (202) 739-3000
                                       Facsimile:  (202) 739-3001
                                       jeverett@morganlewis.com

                                       *Counsel for Defendants Sumitomo Riko
                                       Company Limited and DTR Industries, Inc.*

                                       SIDLEY AUSTIN LLP

April 8, 2016                    By:   */s/ David C. Giardina* (w/consent)
                                       David C. Giardina
                                       Courtney A. Hoffmann
                                       SIDLEY AUSTIN LLP
                                       One S. Dearborn St.
                                       Chicago, IL 60603
                                       Tel.: (312) 853-7000
                                       Fax: (312) 853-7036
                                       dgiardina@sidley.com
                                       choffmann@sidley.com

                                       Bradley J. Schram (MI Bar # P26337)
                                       HERTZ SCHRAM PC
                                       1760 S. Telegraph Rd., Suite 300
                                       Bloomfield Hills, MI 48302
                                       Tel.: (248) 335-5000
                                       Fax: (248) 335-3346
                                       bschram@hertzschram.com

                                       *Counsel for Defendants Toyo Tire & Rubber Co.,*

24

*Ltd., Toyo Tire North America Manufacturing
Inc., Toyo Tire North America OE Sales LLC,
and Toyo Automotive Parts (USA), Inc.*

BAKER BOTTS L.L.P.

April 8, 2016                By:    */s/ Randall J. Turk* (w/consent)
                                   Randall J. Turk
                                   John Taladay
                                   Mark Miller
                                   Heather Souder Choi
                                   Sterling A. Marchand
                                   BAKER BOTTS L.L.P.
                                   1299 Pennsylvania Avenue., NW
                                   Washington, D.C. 20004-2400
                                   Phone: 202.639.7700
                                   Fax: 202.639.7890
                                   randy.turk@bakerbotts.com
                                   john.taladay@bakerbotts.com
                                   mark.miller@bakerbotts.com
                                   heather.choi@bakerbotts.com

                                   *Counsel for Defendants Toyoda Gosei Co., Ltd.,
                                   Toyoda Gosei North America Corp., and TG
                                   Missouri Corp.*

                                   BUTZEL LONG

April 8, 2016                By:    */s/ Sheldon H. Klein* (w/consent)
                                   Sheldon H. Klein (P41062)
                                   David F. DuMouchel (P25658)
                                   BUTZEL LONG
                                   150 West Jefferson, Suite 100
                                   Detroit, MI 48226
                                   Tel.: (313) 225-7000
                                   Fax: (313) 225-7080
                                   sklein@butzel.com
                                   dumouchd@butzel.com

                                   W. Todd Miller
                                   BAKER & MILLER PLLC
                                   2401 Pennsylvania Ave., NW, Suite 300
                                   Washington, DC 20037
                                   Tel.: (202) 663-7820
                                   Fax: (202) 663-7849
                                   TMiller@bakerandmiller.com

25

*Attorneys for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

LATHAM & WATKINS LLP

April 8, 2016                    By:    /s/ *Marguerite M. Sullivan* (w/consent)_____
Marguerite M. Sullivan
Allyson M. Maltas
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

/s/ *Howard B. Iwrey* (w/consent)_____
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Weastec, Inc. in* Ignition Coils (1400) *actions*

26

**REDACTED**

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, I caused the foregoing **DEFENDANTS' MOTION TO LIFT THE PROVISIONAL SEALING OF PART OF THE 30(B)(1) DEPOSITION OF THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE**, and supporting memorandum of law, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven F. Cherry*

Steven F. Cherry
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Attorney for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*