# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO: All Dealership Actions All End Payor Actions | |

## DEFENDANTS' MOTION TO LIFT THE PROVISIONAL SEALING OF A PORTION OF THE RULE 30(B)(1) DEPOSITION OF GEORGE R. NISBET, THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE

## INDEX OF EXHIBITS

EXHIBIT 1   Excerpted Unsealed Deposition Transcript of George Nisbet, Jr. (March 3, 2016) (Filed Under Seal)

EXHIBIT 2   Transcript of Telephonic Hearing Before General Master Gene J. Esshaki (March 3, 2016)

EXHIBIT 3   Sealed Deposition Transcript of George Nisbet, Jr. (March 3, 2016) (Filed Under Seal)

EXHIBIT 4   Affidavit of George R. Nisbet, Jr. from *Jarrell v. Thornhill* (April 27, 2004)

EXHIBIT 5   Memorandum Opinion and Judgment Order from *Jarrell v. Thornhill* (November 9, 2006)

EXHIBIT 6   Deposition Transcript of George Nisbet, Jr. from *Barker v. Thornhill* (May 15, 2003)

EXHIBIT 7   [Proposed] Order Lifting the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet, the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore