# EXHIBIT 7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO: All Dealership Actions All End Payor Actions | |

**[PROPOSED] ORDER LIFTING THE PROVISIONAL SEALING OF
A PORTION OF THE RULE 30(B)(1) DEPOSITION OF GEORGE R. NISBET,
THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE**

Upon consideration of Defendants' Motion To Lift the Provisional Sealing of a Portion Of the Rule 30(b)(1) Deposition of George R. Nisbet the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore, any response thereto, and the entire record herein, Defendants' Motion is GRANTED. The provisional seal that the Special Master placed on a portion of Mr. Nisbet's 30(b)(1) deposition testimony during the course of the deposition on March 3, 2016 is hereby lifted.

SO ORDERED.

Dated: _____, 2016          _____
                                                              Special Master Gene J. Esshaki

1