# EXHIBIT A

## IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Name, Address and Phone Number:
Carlene Cross
3179 SE 53rd Court
Trenton, FL 32693
352-222-5605

Subclass:
IN RE: Radiator

a) Date of Purchase: January 2015
b) Part Purchased: Radiator
c) State of Purchase: Florida
d) Cost: $100.00

*Carlene Cross* (signature)
Carlene Cross