# EXHIBIT B
## IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Name, Address, and Phone Number:
Albert Graham, Jr.
4013 NW 12th Terrace
Gainesville, FL 32609
352-792-5257


Subclass:
IN RE: Alternator, Radiator, Starter, and Switch


a) Date of Purchase: March 2014
b) Part Purchased: Alternator
c) State of Purchase: Florida
d) Cost: $120.00

a) Date of Purchase: November 2014
b) Part Purchased: Radiator
c) State of Purchase: Florida
d) Cost: $100.00

a) Date of Purchase: June 2015
b) Part Purchased: Starter
c) State of Purchase: Florida
d) Cost: $129.00

a) Date of Purchase: April 2016
b) Part Purchased: Switch
c) State of Purchase: Florida
d) Cost: $30.00


_____
Albert Graham Jr.