# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS |  |
| THIS DOCUMENT RELATES TO: ALL CASES |  |

## NOTICE OF APPEARANCE

Pursuant to Eastern District of Michigan Local Rule 83.25 and the Court's July 3, 2014, Electronic Case Management Protocol Order (MDL ECF No. 753), please enter the appearance of Jetta C. Sandin, of the law firm of Porter, Wright, Morris, & Arthur, LLP, as co-counsel for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

By: /s/ Jetta C. Sandin
Jetta C. Sandin (D.C. Bar. No. 1024593)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
1900 K Street NW, Suite 1110
Washington, DC 20006
Telephone: (202) 778-3000
Facsimile: (202) 778-3063
jsandin@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

By:   /s/ Jetta C. Sandin
Jetta C. Sandin (D.C. Bar. No. 1024593)
PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
1900 K Street NW, Suite 1110
Washington, DC 20006
Telephone: (202) 778-3000
Facsimile: (202) 778-3063
jsandin@porterwright.com

*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*