**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: HEATER CONTROL PANELS CASES** | 2:12-cv-00400-MOB-MKM<br>2:12-cv-00402-MOB-MKM<br>2:12-cv-00403-MOB-MKM |
| **THIS RELATES TO: ALL HCP CASES** | |

## NOTICE OF APPEARANCE BY MARIENNA H. MURCH

PLEASE TAKE NOTICE, that pursuant to the March 22, 2016, Electronic Case Management Protocol Order (No. 2:12-md-02311-MOB-MKM, ECF Doc. No. 1262), that Marienna H. Murch of the law firm Covington & Burling LLP hereby enters her appearance as counsel on behalf of Defendants Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.[1] in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure, including, among others, possible challenges to jurisdiction and service of process.

---

[1] Alps Automotive, Inc. no longer exists by virtue of Alps Automotive, Inc.'s merger into Alps Electric (North America, Inc.), effective as of April 1, 2010.

Dated:  April 14, 2016

Respectfully submitted,

Covington & Burling  LLP

By:  /s/ Marienna H. Murch
    Marienna H. Murch
    One Front Street, 35th Floor
    San Francisco, CA  94102
    Tel:  (415) 591-7016
    Fax: (415) 955-6516
    Email: mmurch@cov.com

*Attorney for Defendants*
*Alps Electric Co., Ltd., Alps Electric (North America), Inc., and Alps Automotive, Inc.*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 14, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE BY MARIENNA H. MURCH to be filed and served electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

           By: /s/ Marienna H. Murch
              Marienna H. Murch
              One Front Street, 35th Floor
              San Francisco, CA  94102
              Tel:  (415) 591-7016
              Fax: (415) 955-6516
              Email: mmurch@cov.com

              *Attorney for Defendants*
              *Alps Electric Co., Ltd., Alps Electric (North*
              *America), Inc., and Alps Automotive, Inc.*