UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| ALL PARTS | Case No.: 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

**NON-PARTY KIA MOTORS MANUFACTURING GEORGIA, INC.'S NOTICE OF JOINDER IN THE SMALLER SUBPOENAED ENTITIES' OPPOSITION TO THE PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS AND CERTAIN SERVING PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS (ECF NO. 1223)**

Non-Party Kia Motors Manufacturing Georgia, Inc. ("KMMG") hereby joins the Smaller Subpoenaed Entities in Opposition to the Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers and Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers (ECF No. 1223). Non-Party KMMG is a Smaller SSE and objects to the Parties' Motions to Compel for reasons virtually identical to those set forth in the Smaller Subpoenaed Entities' Opposition Brief.

[*signature on following page*]

Dated:  April 18, 2016						Respectfully submitted,

  /s/ Meredith Jones Kingsley					
Meredith Jones Kingsley
Peter Kontio
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: 404.881.7000 (direct)
Fax: 404.253.7777 (fax)
meredith.kingsley@alston.com
peter.kontio@alston.com

*Attorneys for Kia Motors Manufacturing Georgia, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2016, I caused a true and correct copy of the foregoing NON-PARTY KIA MOTORS MANUFACTURING GEORGIA, INC.'S NOTICE OF JOINDER IN THE SMALLER SUBPOENAED ENTITIES' OPPOSITION TO THE PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS AND CERTAIN SERVING PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS (ECF NO. 1223) to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Meredith Jones Kingsley
Meredith Jones Kingsley

*Attorney for Kia Motors Manufacturing Georgia, Inc.*