# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| ALL PARTS | Case No.: 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES | |

**NON-PARTY HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC's NOTICE OF JOINDER IN THE SMALLER SUBPOENAED ENTITIES' OPPOSITION TO THE PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS AND CERTAIN SERVING PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS (ECF NO. 1223)**

Non-Party Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby joins the Smaller Subpoenaed Entities in Opposition to the Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers and Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers (ECF No. 1223). Non-Party HMMA is a Smaller SSE and objects to the Parties' Motions to Compel for reasons virtually identical to those set forth in the Smaller Subpoenaed Entities' Opposition Brief.

[*signature on following page*]

Dated:  April 18, 2016                      Respectfully submitted,

     /s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Peter Kontio
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: 404.881.7000 (direct)
Fax: 404.253.7777 (fax)
meredith.kingsley@alston.com
peter.kontio@alston.com

*Attorneys for Hyundai Motor Manufacturing*
   *Alabama, LLC ("HMMA")*

**CERTIFICATE OF SERVICE**

    I certify that on April 18, 2016, I caused a true and correct copy of the foregoing NON-PARTY HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC's NOTICE OF JOINDER IN SMALLER SUBPOENAED ENTITIES OPPOSITION TO THE PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS AND CERTAIN SERVING PARTIES' MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS (ECF NO. 1223) to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                              /s/ Meredith Jones Kingsley
                                                              Meredith Jones Kingsley

                                                              *Attorney for Hyundai Motor Manufacturing*
                                                                     *Alabama, LLC ("HMMA")*