# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| ALL PARTS ) ) ) | |
| This document relates to: ) ) | **NOTICE OF CHANGE OF CONTACT INFORMATION** |
| ALL END PAYOR CASES ) ) | |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, the contact information for Sylvie K. Kern, formerly of the KAG Law Group, has changed to:

Law Offices of Sylvie Kulkin Kern
2532 Lake Street
San Francisco, CA 94121
Tel: (415) 221-5763
kernantitrustglobal@gmail.com

Dated: April 21, 2016

By:   /s/ *Sylvie K. Kern*
Sylvie K. Kern

Law Offices of Sylvie Kulkin Kern
2532 Lake Street
San Francisco, CA 94121
Tel: (415) 221-5763
kernantitrustglobal@gmail.com

*Counsel for Plaintiff John Hollingsworth*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel registered with CM/ECF in the above-captioned matter.

/s/ *Sylvie K. Kern*

Sylvie K. Kern
Law Offices of Sylvie Kulkin Kern
2532 Lake Street
San Francisco, CA 94121
Tel: (415) 221-5763
kernantitrustglobal@gmail.com