# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Civil No. 2:12-md-2311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| **In Re: IGNITION COILS CASES** | Civil No. 2:13-cv-01400-MOB-MKM<br>Civil No. 2:13-cv-01402-MOB-MKM<br>Civil No. 2:13-cv-01403-MOB-MKM |
| **THIS RELATES TO:**<br>**AUTOMOBILE DEALER CASES**<br>**END-PAYOR CASES** | |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant Toyo Denso Co., Ltd. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

1

Dated: April 22, 2016                           DYKEMA GOSSETT PLLC

By: /s/ Howard B. Iwrey
Howard B. Iwrey (P39635)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(248) 203-0763 - facsimile
*email*: hiwrey@dykema.com

*Attorneys for Defendant Toyo Denso Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, I electronically filed my Appearance on behalf of Toyo Denso Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DYKEMA GOSSETT PLLC

By: /s/ Howard B. Iwrey
　　Howard B. Iwrey (P39635)
　　39577 Woodward Avenue, Suite 300
　　Bloomfield Hills, Michigan 48304
　　(248) 203-0526
　　(248) 203-0763 - facsimile
　　*email*: hiwrey@dykema.com

　　*Attorneys for Defendant Toyo Denso Co., Ltd.*

4810-4924-0880.1
ID\IWREY, HOWARD - 112424\000001