# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
| | : | Honorable Marianne O. Battani |
| In Re: All Automotive Parts Cases | : | |
| THIS DOCUMENT RELATES TO: | : | |
| All Dealership Actions | : | |

## INDEX OF EXHIBITS

**Exhibit 1**  Page 229 of Unsealed Transcript (Highly Confidential)

**Exhibit 2**  Vehicle Purchase Contract (Highly Confidential)

**Exhibit 3**  DMS Data Excerpt (Highly Confidential)

**Exhibit 4**  Page 163 of Unsealed Transcript (Highly Confidential)

**Exhibit 5**  Page 222-223 of Unsealed Transcript (Highly Confidential)