# EXHIBIT 1

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**