# EXHIBIT 2

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**