# EXHIBIT 3

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**