# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ———————————————— | : | Master File No.  12-md-02311 |
| In Re: AUTOMOTIVE PARTS | : | Honorable Marianne O. Battani |
| ANTITRUST LITIGATION | : | |
| ———————————————— | : | |
| | : | |
| In Re: | : | |
| RADIATORS CASES | : | |
| ———————————————— | : | |
| | : | |
| THIS RELATES TO: | : | 2:15-cv-01007-MOB-MKM |
| | : | 2:15-cv-14097-MOB-MKM |
| TRUCK AND EQUIPMENT DEALER CASES | : | |
| ———————————————— | : | |

## NOTICE OF APPEARANCE OF STEVEN A. REISS

PLEASE TAKE NOTICE that Steven A. Reiss, of the firm Weil, Gotshal & Manges

LLP, has this day entered an appearance as counsel of record for Calsonic Kansei Corporation

and CalsonicKansei North America, Inc., in the above-captioned matter.


Dated: April 29, 2016                                Respectfully submitted,

By: /s/ Steven A. Reiss _____

Steven A. Reiss
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com

***Attorney for Calsonic Kansei Corporation and
CalsonicKansei North America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: April 29, 2016          By: /s/ Steven A. Reiss _____
                               Steven A. Reiss
                               Weil, Gotshal & Manges LLP
                               767 Fifth Avenue
                               New York, New York 10153-0119
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007
                               steven.reiss@weil.com

                               *Attorney for Calsonic Kansei Corporation and*
                               *CalsonicKansei North America, Inc.*

WEIL 95699402V.1