# INDEX OF EXHIBITS

1. Exhibit 1 – Updated Settlement Notice ("Class Notice").

2. Exhibit 2 -  Subpoena to Objectors' Counsel, Attorney David Dishman

3. Exhibit 3 -  Objection to Proposed Class Action Settlement

4. Exhibit 4 -  *Pro Se* Objection to Propsed Class Action Settlement

5. Exhibit 5 -  Subpoena to Objector William Thompson

6. Exhibit 6 -  Subpoena to Objector Benjamin Feury

7. Exhibit 7 -  Subpoena to Objector Margaret Marasco

8. Exhibit 8 -  Subpoena to Objector Sean Odeweyer

9. Exhibit 9 -   Subpoena to Objector Sylvia Thompson

10. Exhibit 10 - Order Precluding Deposition of Objectors