# EXHIBIT "10"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHANNON SCHULTE, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>FIFTH THIRD BANK, )<br><br>Defendant. ) | Case No. 09-cv-6655<br><br>Judge Robert M. Dow, Jr. |

## PROTECTIVE ORDER PRECLUDING DEPOSITIONS AND PRODUCTION OF SUBPOENAED DOCUMENTS BY SETTLEMENT CLASS MEMBERS LAURA KANNAPEL, MICHELLE KEYES, AMANDA RATLIFF, and VERDEL RATLIFF

Having considered the motion of Objecting Class Members Laura Kannapel, Michelle Keyes, Amanda Ratliff, and Verdel Ratliff ("the Objectors"), along with the briefs in support of and in opposition to the motion, as well as the oral arguments of counsel, the Court grants the motion at least temporarily for the reasons stated on the record at the March 10, 2011 hearing on the motion. The Court therefore orders that the Objectors shall not be required at this time to provide deposition testimony or to produce documents in response to the subpoenas served upon them by Plaintiffs' counsel (see Exhibits B through E, attached to the motion). Should the Court determine at a late date that the depositions should go forward and/or that the document requests should be answered, the Court will issue an order to that effect.

Dated: March 14, 2011

Robert M. Dow, Jr.
United States District Judge