UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File 12-md-02311<br>Honorable, Marianne O. Battani |
| IN RE: WIRE HARNESS. . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS.. . . . . . . . . | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS. . . . . . . . . . . . . . . . . . . . . | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS. . . . . . . . . . . . . . | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Case No.2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS. . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS. . . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS. . . . . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS. . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS. . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS. . . . . . . . . . . . . . | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS. . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS. . . . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS. . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS. . . . . . . . . . . . . . . | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES. . . . . . . | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES. . . . . . . . . | Case No. 2:13-cv-02603-MOB-MKM |

THIS DOCUMENT RELATES TO:
ALL END-PAYOR ACTIONS

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Objectors, Carlene Cross and Albert Graham, Jr., by and through undersigned counsel,

hereby give Notice of their withdrawal of their objections (Doc 1287).

                    Respectfully submitted,

                   /s/   N. Albert Bacharach, Jr.
                  N. Albert Bacharach, Jr.
                  Florida Bar Number: 209783
                  N. ALBERT BACHARACH, JR., P.A.
                  Attorney for  Objectors Carlene Cross and
                  Albert Graham, Jr.
                  4128 NW 13th Street
                  Gainesville, Florida  32609-1807
                  Phone: 378-9859 FAX: (352) 338-1858
                  N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2016, a PDF of the foregoing was filed with the Clerk of the Court and that all parties will be noticed and served by the Courts CM/ECF system.

                  /s/ N. Albert Bacharach, Jr.
                  N. Albert Bacharach,.