**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE: IGNITION COILS CASES | 2:13-cv-01400-MOB-MKM |
| THIS RELATES TO:<br>DEALERSHIP ACTIONS AND<br>END-PAYOR ACTIONS | 2:13-cv-01402-MOB-MKM<br>2:13-cv-01403-MOB-MKM |

### NOTICE OF APPEARANCE OF MARGUERITE M. SULLIVAN

PLEASE TAKE NOTICE that Marguerite M. Sullivan , of the law firm Latham & Watkins LLP, hereby enters her appearance as counsel on behalf of Toyo Denso Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 2, 2016

Respectfully submitted,

By */s/ Marguerite M. Sullivan*
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200
Fax: 202-637-2201
marguerite.sullivan@lw.com

*Attorney for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

            */s/ Marguerite M. Sullivan*
            Marguerite M. Sullivan
            LATHAM & WATKINS LLP
            555 Eleventh Street NW, Suite 1000
            Washington, DC 20004
            Tel.: 202-637-2200
            Fax: 202-637-2201
            marguerite.sullivan@lw.com

            *Attorney for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*