# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE: IGNITION COILS CASES | 2:13-cv-01400-MOB-MKM |
| THIS RELATES TO:<br>DEALERSHIP ACTIONS AND<br>END-PAYOR ACTIONS | 2:13-cv-01402-MOB-MKM<br>2:13-cv-01403-MOB-MKM |

## NOTICE OF APPEARANCE OF ALLYSON M. MALTAS

PLEASE TAKE NOTICE that Allyson M. Maltas, of the law firm Latham & Watkins LLP, hereby enters her appearance as counsel on behalf of Toyo Denso Co., Ltd. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: May 2, 2016                    Respectfully submitted,

By */s/ Allyson M. Maltas*
Allyson M. Maltas
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: 202-637-2200
Fax: 202-637-2201
allyson.maltas@lw.com

*Attorney for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Allyson M. Maltas*
      Allyson M. Maltas
      LATHAM & WATKINS LLP
      555 Eleventh Street NW, Suite 1000
      Washington, DC 20004
      Tel.: 202-637-2200
      Fax: 202-637-2201
      allyson.maltas@lw.com

      *Attorney for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*