**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) ) ) | |
| In re: ALL ACTIONS ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS RELATES TO: ) ) ALL AUTOMOBILE DEALER ACTIONS ) ) ) | **ERRATA NOTICE** |

The Automobile Dealer Plaintiffs, through Interim Co-Lead Class Counsel and Interim Liaison Counsel, hereby give notice that the last line on page 9 of the unredacted brief relating to Dealership Plaintiffs' Opposition to Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet, the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore Only, which was filed under seal, erroneously states that: "But here, Thornhill and the class representatives are claiming lost profits." The sentence should read as follows: "But here, Thornhill and the class representatives are claiming damages from an overcharge." The error is corrected in the attached documents as Exhibit A (Sealed).

DATED: May 4, 2016                               Respectfully submitted,

  /s/  *Alexander E. Blum*
Gerard V. Mantese
(Michigan Bar No. P34424)
Alexander E. Blum
(Michigan Bar No. P74070)
Mantese Honigman P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
ablum@manteselaw.com

| | |
|---|---|
| Don Barrett | Jonathan W. Cuneo |
| David McMullan | Joel Davidow |
| Barrett Law Group, P.A. | Daniel Cohen |
| P.O. Box 927 | Victoria Romanenko |
| 404 Court Square | Cuneo Gilbert & LaDuca, LLP |
| Lexington, MS 39095 | 507 C Street, N.E. |
| Telephone: (662) 834-2488 | Washington, DC 20002 |
| dbarrett@barrettlawgroup.com | Telephone: (202) 789-3960 |
| dmcmullan@barrettlawgroup.com | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| Shawn M. Raiter | danielc@cuneolaw.com |
| Larson • King, LLP | vicky@cuneolaw.com |
| 2800 Wells Fargo Place | |
| 30 East Seventh Street | Michael J. Flannery |
| St. Paul, MN 55101 | Cuneo Gilbert & LaDuca, LLP |
| Telephone: (651) 312-6500 | 7733 Forsyth Blvd., Ste. 1675 |
| sraiter@larsonking.com | St. Louis, MO 63105 |
| | Telephone: (314) 226-1015 |
| Phillip Duncan | mflannery@cuneolaw.com |
| Richard Quintus | |
| Duncan Firm, P.A. | Thomas P. Thrash |
| 900 S. Shackleford, Suite 725 | Thrash Law Firm, P.A. |
| Little Rock, AR 72211 | 1101 Garland Street |
| Telephone: (501) 228-7600 | Little Rock, AR 72201 |
| phillip@duncanfirm.com | Telephone: (501) 374-1058 |
| richard@duncanfirm.com | tomthrash@sbcglobal.net |

Dewitt Lovelace
Valerie Nettles
Lovelace & Associates, P.A.
Suite 200
12870 US Hwy 98 West
Miramar Beach, FL 32550
Telephone: (850) 837-6020
dml@lovelacelaw.com
alex@lovelacelaw.com

Charles Barrett
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, TN 37219-2498
Phone: (615) 244-1713
Fax: (615) 726-0573
cbarrett@nealharwell.com

Gregory Johnson
G. Johnson Law, PLLC
6688 145th Street West,
Apple Valley, MN 55124
Telephone: (952) 930-2485
greg@gjohnsonlegal.com

*Attorneys for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

Respectfully submitted,

 /s/ *Alexander E. Blum*
Alexander E. Blum
(Michigan Bar No. P74070)

# Exhibit A

# HIGHLY CONFIDENTIAL
# FILED UNDER SEAL