# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : 12-MD-02311<br>: Honorable Marianne O. Battani<br>: Special Master Gene J. Esshaki<br>: |
| **In Re: All Auto Parts Cases** | : 2:12-MD-02311-MOB-MKM<br>: |
| **THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES** | : |

## INDEX OF EXHIBITS

**Exhibit 1**   Excerpts of the Transcript of March 24, 2016 Hearing on the Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers before Special Master Gene J. Esshaki.

**Exhibit 2**   April 1, 2016 email from counsel of the Parties, Ronnie Spiegel, to counsel for the SSEs, Scott M. Abeles, including the Parties' Proposed Order on Rule 30(b)(6) Depositions. The Parties' Proposed Order on the Production of Documents to the Department of Justice, which was attached to the email, has been omitted.

**Exhibit 3**   April 6, 2016 email from counsel for SSEs, Scott M. Abeles, to counsel for the Parties, Ronnie Spiegel, including SSEs' counter proposal for the Proposed Order on Rule 30(b)(6) Depositions. The SSEs' counter proposal for the Production of Documents to the Department of Justice and redlines comparing the SSEs' counter-proposals to the Parties' proposals, which were attached to the email, have been omitted.

**Exhibit 4**   April 11, 2016 email from counsel for the Parties, Cameron Mae Bonk, to counsel for SSEs, Scott M. Abeles, including the Parties' revised Proposed Order on Rule 30(b)(6) Depositions. The redline comparing the Parties' revised Proposed Order to

|  |  |
|---|---|
| | the Parties' original proposal, which was attached to the email, has been omitted. |
| **Exhibit 5** | April 15, 2016 email of the submission by the SSEs to the Special Master, including the SSEs' submitted Proposed Order on Rule 30(b)(6) Depositions. The SSEs' submitted Proposed Order on the Document Production to Department of Justice, which was attached to the email, has been omitted. |
| **Exhibit 6** | April 15, 2016 email of the submission by the Parties to the Special Master, including the Parties' submitted Proposed Order on Rule 30(b)(6) Depositions. The Parties' submitted Proposed Order on the Document Production to Department of Justice, and redlines, which were attached to the email, have been omitted. |
| **Exhibit 7** | April 15, 2016 email from counsel for SSE Hino Motors Manufacturing, Tom Wienner, to the Special Master. |
| **Exhibit 8** | April 18, 2016 email from counsel for the Parties, Ronnie Spiegel, to the Special Master. The attachments to the email have been omitted. |