# EXHIBIT 7

-----Original Message-----
From: Tom Wienner [mailto:twienner@wiennergould.com]
Sent: Friday, April 15, 2016 6:16 PM
To: Gene J. Esshaki
Cc: swilliams@cpmlegal.com; mseltzer@susmangodfrey.com; adam.hemlock@weil.com; Vicky@cuneolaw.com; jonc@cuneolaw.com; WShotzbarger@duanemorris.com; Timothy.Fraser@myfloridalegal.com; Abeles, Scott M.; Kass, Colin; Munkittrick, David A.; steven.reiss@weil.com; ronnie@hbsslaw.com; rkruger@jaffelaw.com; daniel.savrin@morganlewis.com; nathaniel.bruhn@morganlewis.com; Robert J. Tucker; Tim.Fitzgibbon@nelsonmullins.com
Subject: In re Auto Parts

Dear Special Master Esshaki,

I represent Hino Motors Manufacturing USA, Inc.  Hino is one of the entities -- Smaller SSEs, Domestic Distributor SSEs, and Non-Core SSEs -- which you directed to be carved out from the order on 30(b)(6) depositions.  As to those entities, you ruled that the subpoenas were to be held in abeyance.

While we join in the SSEs' proposed order which you received earlier this afternoon, I write separately to highlight our concern that the Parties have not included a carve-out for our entities as you specifically ordered at the March 24 hearing.  ("(C)arve out or hold in abeyance the small entities, the distributors, and the non-core. . . (m)ake sure that's in the order, please, that they are carved out."  Hrg. Tr. at 46.

Given the number of issues raised by the proposed orders, we want to ensure that your ruling is carried forward in the final form of order that you enter.  Thank you very much for your consideration of this matter.

Tom Wienner

Sent from my iPad

***********************************************************************************************
****************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
***********************************************************************************************
****************************************************