UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
       ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

# AGENDA FOR MAY 11, 2016 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.     REPORT OF MASTER**

**II.    ELECTRONIC FILING PROTOCOL**

**III.   ALL ACTIONS IN MDL 2311**

Status of Settlements (*See also* Status Report, § I).

**IV.   MULTIPLE CASES**

    **WIRE HARNESS (2:14-cv-00100);**
    **BEARINGS (2:12-cv-00500); and**
    **ANTI-VIBRATION RUBBER PARTS (2:13-cv-0800)**

Class Certification Schedules

V.   **BEARINGS (2:12-cv-00500)**

Discovery Plan (*See* Position Statements at Doc Nos. 205, 206, 208, and 209).

VI.   **DATE FOR NEXT STATUS CONFERENCE**

A.   The next Status Conference is scheduled for September 14, 2016, at 10:00 a.m.

B.   Scheduling of subsequent Status Conference.

VII.   **OTHER MATTERS**

Any party interested in any part should appear.

VIII.   **MOTION HEARINGS**

A.   **MULTIPLE CASES**

1.   Defendants' Motion for Entry of Scheduling Orders filed January 27, 2016.  *(*Filed in the following cases:  Instrument Panel Clusters 2:12-cv-00200 (Doc Nos. 168, 174, 175 and 177); Fuel Senders 2:12-cv-00300 (Doc Nos. 130, 138, 139 and 140); and Heater Control Panels 2:12-cv-00400 (Doc. Nos. 135, 141, 142, and 143)).

2.   Auto Dealer Plaintiffs' and End Payors' Motions for Preliminary Approval of Settlement with Mitsubishi Electric Settlements filed April 15, 2016 (Filed in the following cases: Wire Harnesses 2:12-cv-00102 (Doc. No. 458), 2:12-cv-00103 (Doc. No. 451); Alternators 2:13-cv-00702 (Doc. No. 84), 2:13-cv-00703 (Doc. No. 78); Starters 2:13-cv-1102 (Doc. No. 76), 2:13-cv-01103 (Doc. No. 96); Ignition Coils 2:12-cv-001402 (Doc. No. 86), 2:13-v-01403 (Doc. No. 81); HID Ballasts 2:13-cv-1702 (Doc. No. 162), 2:13-cv-

01703 (Doc. No. 145); EPSA 2:13-cv-1902 (Doc. No. 131), 2:13-cv-01903 (Doc. No. 145); Fuel Injection Systems 2:13-cv-02202 (Doc. No. 176), 2:13-cv-02203 (Doc. No. 204); Valve Timing Control Devices 2:13-cv-2502 (Doc. No. 142), 2:13-cv-02503 (Doc. No. 137) (fully briefed and unopposed, awaiting decision from the Court)).

B.  **WIRE HARNESS (2:14-cv-00107)**

Motion by DENSO for Judgment on the Pleadings as to Truck & Equipment Dealers filed March 25, 2016 (Doc. Nos. 33, 38, and 41).

C.  **BEARINGS 2 (2:15-cv-12068)**

1. Defendants Nachi Europe GmbH and Nachi Technology, Inc.'s Motion to Dismiss filed December 1, 2015 (Doc Nos. 52, 78, 79, 88 and 89 in 15-12068).

2. Defendants Schaeffler Technologies GmbH & Co. KG and FAG Kugelfischer GmbH's Motion to Dismiss for Lack of Personal Jurisdiction filed December 22, 2015 (Doc Nos. 75, 82, 83, 97 and 98 in 15-12068).

3. Defendants Koyo France SA and Koyo Deutschland GmbH's Motion to Dismiss for Lack of Personal Jurisdiction filed on December 22, 2015 (Doc Nos. 72, 84, 85, 93 and 101 in 15-12068).

IX.    **MOTIONS TO BE HEARD BY MASTER**

1. Direct Purchaser Plaintiffs' Motion for Protective Order Forbidding Defendants' Discovery from Absent Members of the Putative Direct Purchasers Class (Doc No. 210 in 12-cv-00500).

2. Truck and Equipment Dealer Plaintiffs' Motion to Compel DENSO Corporation and DENSO International America, Inc. to Produce a 30(B)(6) Deponent on the Topic of Non-Body Electronic Control Units (Doc No. 31 in 14-cv-00107 ).

3. Motion to Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) deposition of George R. Nisbet, the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore (Doc No. 1285 in 12-MD-02311).


Date: <u>May 5, 2016</u>             <u>/s/ Marianne O. Battani</u>
                                                         MARIANNE O. BATTANI
                                                         UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

                                                       s/Kim Grimes
                                                       Acting in the absence of Kay Doaks
                                                       Case Manager to Judge Battani

10437161.10