**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO: All Dealership Actions All End Payor Actions | |

**REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO  LIFT THE  PROVISIONAL SEALING OF A
PORTION OF THE RULE 30(b)(1) DEPOSITION OF GEORGE R. NISBET,
THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE**

**REDACTED**

## <u>CONTROLLING OR MOST APPROPRIATE AUTHORITIES</u>

Fed. R. Civ. P. 26

Fed. R. Civ. P. 30

*Conti v. Am. Axle & Mfg., Inc.*, 326 F. App'x 900 (6th Cir. 2009)

*Resolution Trust Corp. v. Dabney*, 73 F.3d 262 (10th Cir. 1995)

**REDACTED**

## <u>TABLE OF CONTENTS</u>

CONTROLLING OR MOST APPROPRIATE AUTHORITIES ..................................................... i

TABLE OF AUTHORITIES ....................................................................................................... iii

ARGUMENT ................................................................................................................................1

I.     AUTO DEALERS' ARGUMENT ABOUT THE SPECIAL MASTER'S
      PRIOR ORDER IS WRONG...........................................................................................1

II.    AUTO DEALERS' COUNSEL'S INSTRUCTIONS NOT TO ANSWER
      DEPOSITION QUESTIONS WERE ENTIRELY IMPROPER .........................................3

III.   THE PROVISIONALLY SEALED TESTIMONY IS HIGHLY RELEVANT ................5

CONCLUSION.............................................................................................................................7

# TABLE OF AUTHORITIES

Page(s)

## CASES

*Conti v. Am. Axle & Mfg., Inc.*, 326 F. App'x 900 (6th Cir. 2009) ..................................................5

*In re Am. Med. Sys., Inc.*, 75 F.3d 1069 (6th Cir. 1996) .................................................................7

*In re Class 8 Transmission Indirect Purchaser Antitrust Litig.*, Civ. No.
  11-00009-SLR, 2015 WL 6181748 (D. Del. Oct. 21, 2015) ............................................6

*Mellon v. Cooper-Jarrett, Inc.*, 424 F.2d 499 (6th Cir. 1970) .......................................................4

*Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340 (1978)..........................................................5

*Resolution Trust Corp. v. Dabney*, 73 F.3d 262 (10th Cir. 1995) ...............................................3, 4

*Serrano v. Cintas Corp.*, 699 F.3d 884 (6th Cir. 2012) ................................................................4

## STATUTES, RULES, AND REGULATIONS

Fed. R. Civ. P. 26(b)(1)..................................................................................................................4

Fed. R. Civ. P. 26(c) ...................................................................................................................3, 4, 5

Fed. R. Civ. P. 30(b)(1).............................................................................................................1, 2

Fed. R. Civ. P. 30(b)(6).............................................................................................................1, 2

Fed. R. Civ. P. 30(c)(2)...............................................................................................................3

Fed. R. Civ. P. 30(d)(3)...........................................................................................................3, 4, 5

Fed. R. Evid. 401 .........................................................................................................................4

Fed. R. Evid. 403 .........................................................................................................................4

REDACTED

# ARGUMENT

The provisional seal on a portion of the testimony of Mr. Nisbet, co-owner of Auto Dealer Plaintiff Thornhill Superstore, Inc. should be lifted.  The Court cannot allow Auto Dealers to block Defendants from discovering facts that are relevant to whether Thornhill was injured, the measure of Thornhill's damages, whether Thornhill is a typical and adequate class representative, and whether the putative class Thornhill seeks to represent can prove liability using common evidence by instructing a witness not to answer questions on the basis of "relevance" during a deposition.

Auto Dealers' Opposition fails to set forth any sound basis to prevent Defendants from discovering this relevant testimony under the broad standards for discovery in the Federal Rules. Auto Dealers argue that the Special Master's December 29, 2015 Order prohibits any questions based on a witness's prior testimony, if that testimony was taken in a class action.  But the December 29 Order on Defendants' Rule 30(b)(6) notice does not set the scope for Rule 30(b)(1) depositions and, in any event, that order expressly recognized the relevance of questions concerning Auto Dealers' pricing, sales, and recordkeeping practices.  Further, it was improper for Auto Dealers' counsel to instruct Mr. Nisbet not to answer questions based on "relevance," especially where the testimony elicited is directly relevant to the issues in this MDL.

## I.      AUTO DEALERS' ARGUMENT ABOUT THE SPECIAL MASTER'S PRIOR ORDER IS WRONG

The Special Master's December 29 Order does not (and was not intended to) block inquiry on relevant topics in a Rule 30(b)(1) deposition, including on topics that he specifically approved for Rule 30(b)(6) depositions, simply because the questions pertain to the witness's prior testimony in a class action.  *See* Opp. at 1–5.  The December 29 Order established only that Auto Dealers did not have to designate and prepare witnesses to testify about certain specific matters under Rule 30(b)(6).  That ruling did not become the "law of the case" to *preclude* questions in a

1

Rule 30(b)(1) deposition. But even if the December 29 Order had any relevance here, the subjects about which Mr. Nisbet was examined were clearly within the scope of other topics in the Rule 30(b)(6) notice that the Special Master approved.

The Special Master explicitly affirmed in his December 29 Order that Auto Dealers were required to designate witnesses to testify about sales, pricing, and recordkeeping practices. Although Auto Dealers clearly do not like Mr. Nisbet's testimony on those subjects (especially after he was confronted with the testimony he gave in prior proceedings), they do not argue that the testimony in the sealed portion of the deposition transcript did not deal with Thornhill's sales, pricing, and recordkeeping practice during the alleged class period. The mere fact that the prior testimony with which he was confronted was taken in a class action does not render it inadmissible (which is not, as discussed below, the standard for deposition discovery in any event) or improper. The December 29 Order cannot reasonably be read to allow examination about sales, pricing, and recordkeeping practices *unless* it involved statements made in the record of a prior lawsuit. Auto Dealers fail to respond to this argument at all, likely because they have nothing to say.

Auto Dealers instead argue that Defendants asked these questions for some improper motive. If, they argue, Defendants really were interested in Thornhill's pricing practices, Defendants "  Opp. at 11. But Defendants did not call the Special Master to to do anything. Rather, they called the Special Master to ask that Auto Dealer counsel be directed to discontinue his improper obstruction of the deposition. Auto Dealers' counsel

Defs. Mot., Ex. 1, Unsealed Tr. at 241.

2

REDACTED

Likewise, Auto Dealers' claim that Defendants made 

Opp. at 13–14, is belied by the transcript itself, which shows that the

reference to Thornhill's recordkeeping practices as a

Defs. Mot., Ex. 3, Sealed Tr. at 65:11–68:6.

*Id.* at 68:25–70:4.  The examination, in

fact, proceeded amicably after the Special Master directed that it continue under seal, with few

objections thereafter.

Defendants' investigation of Thornhill's claims revealed that the dealership engaged in

extensive litigation for nearly half of the alleged class period.  Defendants went to the Circuit

Court of Kanawha County, pulled the docket, discovered that Mr. Nisbet made statements in a

sworn affidavit and in a deposition that undermine Thornhill's claims in this MDL, and confronted

him with these past statements during his deposition.  That is neither a "fishing expedition" nor

"muck-raking."  *See* Opp. at 4, 14.  Failing to ask appropriate questions about known prior

testimony concerning key issues might well be malpractice.  Certainly, it is not precluded by the

December 29 Order.

## II.     AUTO DEALERS' COUNSEL'S INSTRUCTIONS NOT TO ANSWER
##         DEPOSITION QUESTIONS WERE ENTIRELY IMPROPER

Counsel's instruction to Mr. Nisbet not to answer questions based upon "relevance" was

inappropriate and there is no legal basis to bar use of Mr. Nisbet's testimony.  Depositions are

viewed as such a crucial discovery tool that the Federal Rules provide that testimony should be

taken subject to any objection, *see* Fed. R. Civ. P. 30(c)(2), absent a showing that the testimony so

"unreasonably annoys, embarrasses, or oppresses" that a protective order should issue under Rule

26(c) or 30(d)(3).  Instructing a deponent not to answer a question on relevance grounds is

commonly viewed as sanctionable, *see, e.g., Resolution Trust Corp. v. Dabney*, 73 F.3d 262, 266

3

**REDACTED**

(10th Cir. 1995), and barring deposition testimony on the basis of "relevance" alone may be reversible error, *see, e.g.*, *Serrano v. Cintas Corp.*, 699 F.3d 884, 901–02 (6th Cir. 2012).

In order to bar Defendants from discovering information in a deposition—as Auto Dealers seek to do here by requesting that this deposition testimony remain sealed—Auto Dealers would have to show that the questions about Mr. Nisbet's prior testimony and a court's order concerning Thornhill's pricing, sales and recordkeeping practices so "unreasonably annoys, embarrasses, or oppresses" Mr. Nisbet that a protective order should issue under Rule 26(c) or 30(d)(3). Auto Dealers have failed to offer any such grounds to limit this testimony from Mr. Nisbet and fail even to mention the relevant Federal Rules of Civil Procedure that govern discovery.[1]

Instead, Auto Dealers devote much of their brief to arguing the entirely irrelevant question of whether Mr. Nisbet's deposition testimony would be *admissible at trial* under the Federal Rules of Evidence. Opp. at 1, 12–15. Putting aside that this testimony will be both relevant *and* admissible at any trial, Fed. R. Evid. 401 and 403 have nothing to do with the scope of what Defendants can discover through depositions, including whether they can examine a witness about his own prior testimony and a court order in prior litigation in which he was involved.[2] As Fed. R. Civ. P. 26(b)(1) itself plainly states, "[i]nformation within this scope of discovery need not be admissible in evidence to be discoverable." *See also Mellon v. Cooper-Jarrett, Inc.*, 424 F.2d 499, 500-01 (6th Cir. 1970) ("The scope of examination permitted under Rule 26(b) is broader than that permitted at trial.") Relevance for purposes of discovery "must be construed broadly to

---

[1] Auto Dealers' "waiver" argument concerning questions asked about the *Barker* litigation, Opp. at 15–16, is frivolous. Auto Dealers bear the burden of demonstrating why these questions should be prohibited.

[2] Nor does the Special Master's authority extend to issues of admissibility under the Federal Rules of Evidence. *See* Order Appointing a Master (2:12-cv-02311, ECF No. 792) (granting Special Master authority to resolve "discovery disputes . . . guided by the Federal Rules of Civil Procedure").

encompass any matter that bears on, or that reasonably could lead to other matters that could bear

on, any issue that is or may be in the case," so that each party can "obtain the fullest possible

knowledge of the issues and facts before trial." *Conti v. Am. Axle & Mfg., Inc.*, 326 F. App'x 900,

904, 907 (6th Cir. 2009) (citing *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 351 (1978)).

The issue here is not whether Mr. Nisbet's testimony will be admissible at trial, but whether Auto

Dealers can prevent Defendants from *discovering* this information at all. This question is not

governed by the Federal Rules of Evidence, but by Rules 26(c) and 30(d)(3) of the Federal Rules

of Civil Procedure, and this discovery is clearly permitted under those Rules.

## III. THE PROVISIONALLY SEALED TESTIMONY IS HIGHLY RELEVANT

Even assuming that "relevance" were a proper objection to questions at a deposition, there

was no good faith basis to assert that objection here, much less to instruct the witness not to

respond. The testimony Defendants elicited from Mr. Nisbet in the portion of the transcript at

issue is directly relevant to the merits of Thornhill's claims, Thornhill's alleged damages

(including pass-on), whether Thornhill is a typical and adequate class representative, and whether

the putative auto dealer class can prove impact using common evidence.

It is simply remarkable for Auto Dealers to argue that Mr. Nisbet's testimony is not

discoverable because Defendants are required to look instead at " ████████████████████

████████████████████████████████████████████████ Opp. at 6. Setting

aside the fact that the DMS data that the Auto Dealers have produced is riddled with errors,[3] the

notion that Defendants are *prohibited* from using prior testimony of a witness to establish that the

data is *wrong* is absurd.

---

[3] *See, e.g.,* Defs. Mot. to Compel Auto Dealers to (1) Comply with the May 12 Order and (2) Discontinue Obstruction of Third-Party Discovery (2:12-cv-00102, ECF No. 335).

REDACTED



These unique practices are among the "real world" facts that other courts have held makes class certification in the auto industry impracticable. *In re Class 8 Transmission Indirect Purchaser Antitrust Litig.*, Civ. No. 11-00009-SLR, 2015 WL 6181748, at *10 & n.14 (D. Del. Oct. 21, 2015).

Thus, Mr. Nisbet clearly testified in the provisionally sealed portion of the transcript ▉ ▉ Defendants are not required to rely on Thornhill's (or any other Auto Dealer's) DMS data. They are entitled to take discovery to establish—as they are doing in deposition after deposition—that the DMS data Auto Dealers have produced are not only grossly incomplete, but *wrong*.[4] Certainly, where the

---

[4] *See*, *e.g.*, Ex. 1, Dep. of Auto Dealer Pltf. Landers McLarty Lee's Summit, Mo. L.L.C. (Feb. 17, 2016) ("Lee's Summit") at 226:10–227:21 ▉▉▉▉▉▉▉▉

**REDACTED**

Auto Dealers ███████████████████████████████████████████████████

█████████████████████████████ Defendants have the right to discover that fact.

Nothing permits Auto Dealers to conceal the truth by instructing Mr. Nisbet not to answer

questions under the guise of "relevance."

Auto Dealers also argue that Mr. Nisbet's sealed testimony will not be enough to establish

that Thornhill is not an adequate class member or that its claims are not typical,  Opp. at 8–10, but

once again they confuse discoverability of information with the factual and legal questions that

will be decided later by the Court or by juries.  Auto Dealers admit that credibility will be a factor

in determining Thornhill's adequacy as a class representative, Opp. at 9, and typicality will be part

of the "rigorous analysis" required to ensure that Thornhill's claims will be a reliable indicator of

the claims of the members of the putative class.  *See In re Am. Med. Sys., Inc.*, 75 F.3d 1069, 1078–

79 (6th Cir. 1996).  If Thornhill's sales records ███████████████████████████

██████████████████████████████, there is no reason they should be used to

represent the sale prices of other auto dealers.  Therefore, questions about Thornhill's pricing and

sales practices, including whether Thornhill falsified its sales records, are not █████████

████████ but are directly relevant to class certification.  Opp. at 8.  Auto Dealers may someday

argue to Judge Battani that Thornhill's sales practices and falsified records do not prevent it from

adequately representing a class, but that is not the standard by which the permissible range of

questions at a *deposition* is measured.  Auto Dealers have no right to block *discovery* of this

information in the first instance, regardless of their view of its ultimate sufficiency.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the provisional seal on a

portion of the transcript of Mr. Nisbet's deposition be lifted.

Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

May 5, 2016                    By:    /s/ Steven F. Cherry
                                      Steven F. Cherry
                                      David P. Donovan
                                      Patrick J. Carome
                                      Dyanne Griffith
                                      WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                      1875 Pennsylvania Avenue, NW
                                      Washington, D.C. 20006
                                      Tel.: (202) 663-6000
                                      Fax: (202) 663-6363
                                      steven.cherry@wilmerhale.com
                                      david.donovan@wilmerhale.com
                                      patrick.carome@wilmerhale.com
                                      dyanne.griffith@wilmerhale.com

                                      *Attorneys for Defendants DENSO Corporation,
                                      DENSO International America, Inc., DENSO
                                      International Korea Corporation, DENSO
                                      Korea Automotive Corporation, DENSO
                                      Products & Services Americas, ASMO Co., Ltd.,
                                      ASMO North America, LLC, ASMO Greenville
                                      of North Carolina, Inc., ASMO Manufacturing,
                                      Inc., and ASMO North Carolina Inc.*

                                      Steven M. Zarowny (P33362)
                                      General Counsel
                                      DENSO International America, Inc.
                                      24777 Denso Drive
                                      Southfield, MI 48033
                                      Tel.: (248) 372-8252
                                      Fax: (248) 213-2551
                                      steve_zarowny@denso-diam.com

                                      *Attorney for Defendant DENSO International
                                      America, Inc.*

                                      SQUIRE PATTON BOGGS (US) LLP

8

May 5, 2016                          By:   */s/ Barry A. Pupkin* (w/consent) _____
                                          Barry A. Pupkin
                                          Iain R. McPhie
                                          Jeremy W. Dutra
                                          SQUIRE PATTON BOGGS (US) LLP
                                          2550 M Street, N.W.
                                          Washington, DC 20037
                                          Tel: (202) 626-6600
                                          Fax: (202) 626-6780
                                          Barry.Pupkin@squirepb.com
                                          Iain.McPhie@squirepb.com
                                          Jeremy.Dutra@squirepb.com

                                          *Counsel for Aisan Industry Co., Ltd., Aisan
                                          Corporation of America, Franklin Precision
                                          Industry, Inc. and Hyundam Industrial Co., Ltd.*

                                          CLEARY GOTTLIEB STEEN &
                                          HAMILTON LLP

May 5, 2016                          By:   */s/ Jeremy Calsyn* (w/consent) _____
                                          Jeremy Calsyn
                                          Bradley Justus
                                          CLEARY GOTTLIEB STEEN &
                                          HAMILTON LLP
                                          2000 Pennsylvania Ave., NW
                                          Washington, DC 20006
                                          Tel.: (202) 974-1500
                                          Fax: (202) 974-1999
                                          jcalsyn@cgsh.com
                                          bjustus@cgsh.com

                                          /s/  Howard B. Iwrey (w/consent) _____
                                          Howard B. Iwrey (P39635)
                                          DYKEMA GOSSETT PLLC
                                          39577 Woodward Ave., Suite 300
                                          Bloomfield Hills, MI 48304
                                          Tel.: (248) 203-0526
                                          Fax: (248) 203-0763
                                          hiwrey@dykema.com

                                          *Counsel for Defendants Aisin Seiki Co., Ltd., and
                                          Aisin Automotive Casting, LLC in* Valve Control
                                          Timing Devices/Aisin Defendants (2500)
                                          *actions*

                                          COVINGTON & BURLING

May 5, 2016                          By:   */s/ Anita F. Stork* (w/consent) _____
                                          Anita F. Stork

Gretchen Hoff Varner
Cortlin H. Lannin
Marienna H. Murch
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone:  (415) 591-6000
Fax:  (415) 955-6550
astork@cov.com
ghoffvarner@cov.com
clannin@cov.com
mmurch@cov.com

Ashley E. Bass
Michael J. Fanelli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Fax: (202) 662-5383
abass@cov.com
mfanelli@cov.com

*Attorneys for Defendants Alps Electric Co., Ltd.;
Alps Electric (North America), Inc.; and Alps
Automotive, Inc.*

*And*

BROOKS WILKINS SHARKEY & TURCO
PLLC

*/s/ Maureen T. Taylor* (w/consent)_____
Herbert C. Donovan (P51939)
Maureen T. Taylor (P63547)
BROOKS WILKINS SHARKEY & TURCO
PLLC
401 Old South Woodward, Suite 400
Birmingham, MI  48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com
donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co., Ltd.;
Alps Electric (North America), Inc.; and Alps*

10

*Automotive, Inc.*


WEIL, GOTSHAL & MANGES LLP


May 5, 2016                    By:    */s/ Steven A. Reiss* (w/consent) _____
                                      Steven A. Reiss
                                      Adam C. Hemlock
                                      Kajetan Rozga
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153-0119
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      steven.reiss@weil.com
                                      adam.hemlock@weil.com
                                      kajetan.rozga@weil.com


                                      */s/  Frederick R. Juckniess* (w/consent)
                                      Frederick R. Juckniess
                                      SCHIFF HARDIN LLP
                                      350 South Main Street, Suite 210
                                      Ann Arbor, MI 48104
                                      (734) 222-1504
                                      fjuckniess@schiffhardin.com


                                      *Attorneys for Defendants Bridgestone*
                                      *Corporation and Bridgestone APM Company*


                                      WEIL, GOTSHAL & MANGES LLP


May 5, 2016                    By:    */s/ Steven A. Reiss* (w/consent) _____
                                      Steven A. Reiss
                                      Adam C. Hemlock
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153-0119
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      steven.reiss@weil.com
                                      adam.hemlock@weil.com


                                      */s/ Fred K. Herrmann* (w/consent) _____
                                      Fred K. Herrmann
                                      Joanne G. Swanson
                                      Matthew L. Powell
                                      KERR RUSSELL & WEBER PLC
                                      500 Woodward Avenue
                                      Suite 2500
                                      Detroit, MI 48226

11

**REDACTED**

Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Attorneys for Calsonic Kansei Corporation and
CalsonicKansei North America, Inc.*

*/s/ Steven A. Reiss* (w/consent)
Steven A. Reiss
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

*/s/ Michael A. Cox* (w/consent)
Michael A. Cox
THE MIKE COX LAW FIRM, PLLC
17430 Laurel Park Drive North, Suite 120 E
Livonia, MI 48152
Telephone:  (734) 591-4002
mc@mikecoxlaw.com

*Attorneys for Calsonic Kansei Corporation and
CalsonicKansei North America, Inc.*

SIMPSON THACHER & BARTLETT LLP

May 5, 2016                    By:   */s/ Matthew J. Reilly* (w/consent)
Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

George S. Wang
Shannon K. McGovern

12

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Diamond Electric Mfg.*
*Co., Ltd. and Diamond Electric Mfg. Corp.*

PORTER WRIGHT MORRIS & ARTHUR LLP

*/s/ Donald M. Barnes* (w/consent)

May 5, 2016                By:    Donald M. Barnes
                                  Molly S. Crabtree
                                  Jay L. Levine
                                  Christopher C. Yook
                                  PORTER WRIGHT MORRIS & ARTHUR LLP
                                  1900 K Street, NW, Ste. 1110
                                  Washington, DC 20006
                                  Tel.: (202) 778-3054
                                  Fax: (202) 778-3063
                                  dbarnes@porterwright.com
                                  mcrabtree@porterwright.com
                                  jlevine@porterwright.com
                                  cyook@porterwright.com

*Attorneys for Defendants G.S. Electech, Inc.,*
*G.S.W. Manufacturing, Inc., and G.S. Wiring*
*Systems, Inc.*

COVINGTON & BURLING LLP

May 5, 2016                By:    */s/ Bruce A. Baird* (with consent)
                                  Bruce A. Baird
                                  Sarah L. Wilson
                                  Michael A. Fanelli
                                  COVINGTON & BURLING LLP
                                  One CityCenter
                                  850 Tenth Street NW
                                  Washington, DC 20001
                                  Telephone:  (202) 662-6000
                                  Fax: (202) 662-6291
                                  bbaird@cov.com
                                  swilson@cov.com

13

mfanelli@cov.com

Anita F. Stork
COVINGTON & BURLING LLP
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

BROOKS WILKINS SHARKEY & TURCO
PLLC
Maureen T. Taylor
BROOKS WILKINS SHARKEY & TURCO
PLLC
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com

*Attorneys for Defendant Keihin North America, Inc.*


ARNOLD & PORTER LLP

/s/ *Franklin R. Liss* (with consent)_____

May 5, 2016          By:    Franklin R. Liss
Barbara H. Wootton
Danielle M. Garten
Matthew Tabas
ARNOLD & PORTER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5969
Fax: (202) 942-5999
frank.liss@aporter.com
barbara.wootton@aporter.com
danielle.garten@aporter.com
matt.tabas@aporter.com

/s/ *Howard B. Iwrey* (with consent)_____
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)

14

DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in* HID Ballasts (1700) *and* Lamps (1200) *actions*

PILLSBURY WINTHROP SHAW PITTMAN LLP

May 5, 2016                    By:    */s/ William M. Sullivan Jr.* (w/consent) _
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Counsel for Defendants Mikuni America Corporation and Mikuni Corp*

GIBSON, DUNN & CRUTCHER LLP

May 5, 2016                    By:    */s/ George A. Nicoud* (w/consent)
George A. Nicoud III
Austin Schwing
Caeli A. Higney
Brandon W. Halter
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel.: (415) 393-8200
Fax: (415) 393-8306
TNicoud@gibsondunn.com
ASchwing@gibsondunn.com

15

CHigney@gibsondunn.com
BHalter@gibsondunn.com

*Counsel for Defendants Mitsuba Corporation
and American Mitsuba Corporation*

HOGAN LOVELLS US LLP

May 5, 2016                     By:     */s/ William L. Monts, III* (w/consent) _____
William L. Monts, III
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Tel.: (202) 637-5731
Fax: (202) 637-5910
william.monts@hoganlovells.com

*/s/ Scott T. Seabolt* (w/consent) _____
Scott T. Seabolt
FOLEY & LARDNER LLP
500 Woodward Avenue,
Suite 2700
Detroit, MI 48226
Tel.: (313) 234-7115
Fax: (313) 234-2800
sseabolt@foley.com

*Counsel for Defendants Mitsubishi Heavy
Industries America, Inc. and Mitsubishi Heavy
Industries Climate Control*

LANE POWELL PC

May 5, 2016                     By:     */s/ Kenneth R. Davis II* (w/consent) _____
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
MODA Tower
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: 503.778.2100
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com

Larry S. Gangnes
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
gangnesl@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: 248.528.1111
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp.
and Nachi America Inc.*

WINSTON & STRAWN LLP

May 5, 2016                    By:    */s/ Jeffrey L. Kessler* (w/consent) _____
                                     A. Paul Victor
                                     Jeffrey L. Kessler
                                     Jeffrey J. Amato
                                     Molly M. Donovan
                                     Elizabeth A. Cate
                                     WINSTON & STRAWN LLP
                                     200 Park Avenue
                                     New York, NY 10166
                                     Telephone: (212) 294-6700
                                     Facsimile: (212) 294-4700
                                     pvictor@winston.com
                                     jkessler@winston.com
                                     mmdonovan@winston.com
                                     jamato@winston.com
                                     ecate@winston.com

                                     Fred K. Herrmann (P49519)
                                     KERR, RUSSELL AND WEBER, PLC
                                     500 Woodward Avenue, Suite 2500
                                     Detroit, MI 48226
                                     Tel. (313) 961-0200

17

**REDACTED**

fherrmann@kerr-russell.com

*Attorneys for Defendants NTN Corporation and NTN USA Corporation*

WINSTON & STRAWN LLP

May 5, 2016                    By:   /s/ *Jeffrey L. Kessler* (w/consent) _____
                                      Jeffrey L. Kessler
                                      A. Paul Victor
                                      Eva W. Cole
                                      Jeffrey J. Amato
                                      WINSTON & STRAWN LLP
                                      200 Park Avenue
                                      New York, NY 10166-4193
                                      (212) 294-6700 (t)
                                      (212) 294-4700 (f)
                                      JKessler@winston.com
                                      PVictor@winston.com
                                      EWCole@winston.com
                                      JAmato@winston.com

                                      Brandon Duke
                                      WINSTON & STRAWN LLP
                                      1111 Louisiana Street, 25th Floor
                                      Houston, TX 77002
                                      (713) 651-2636 (t)
                                      (713) 651-2700 (f)
                                      BDuke@winston.com

                                      *Counsel for Panasonic Corporation and Panasonic Corporation of North America*

                                      ALLEN & OVERY LLP

May 5, 2016                    By:   /s/ *John Roberti* (w/consent) _____
                                      John Roberti
                                      Matthew R. Boucher
                                      ALLEN & OVERY LLP
                                      1101 New York Avenue NW
                                      Washington, D.C. 20005
                                      202-683-3800
                                      john.roberti@allenovery.com
                                      matthew.boucher@allenovery.com

                                      Michael S. Feldberg

18

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and Robert Bosch GmbH*

DUBOIS, BRYANT & CAMPBELL, LLP

May 5, 2016                     By:   */s/ J. David Rowe* (w/consent)_____
                                     J. David Rowe
                                     Millicent Lundburg
                                     DUBOIS, BRYANT & CAMPBELL, LLP
                                     Colorado Tower
                                     303 Colorado, Suite 2300
                                     Austin, Texas  78701
                                     (512) 457-8000
                                     (512) 457-8008 (fax)
                                     drowe@dbcllp.com
                                     mlundburg@dbcllp.com

                                     DUGGINS WREN MANN & ROMERO, LLP
                                     Robert E. Linkin
                                     600 Congress Avenue, Ste. 1900
                                     P. O. Box 1149
                                     Austin, Texas 78767-1149
                                     512-744-9300 tel.
                                     512-744-9399 fax.
                                     rlinkin@dwmrlaw.com

                                     HERTZ SCHRAM PC
                                     Bradley J. Schram (P26337)
                                     Matthew J. Turchyn (P76482)
                                     1760 South Telegraph Road, Suite 300
                                     Bloomfield Hills, MI 48302

19

(248) 335-5000
bschram@hertzschram.com
mturchyn@hertzschram.com

*Attorney for Defendant Sanden International (USA), Inc.*

SIMPSON THACHER & BARTLETT LLP

May 5, 2016                    By:    */s/ Matthew J. Reilly* (w/consent)
Matthew J. Reilly
Abram J. Ellis
David T. Shogren
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com
dshogren@stblaw.com

George S. Wang
Shannon K. McGovern
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., and II Stanley Co., Inc.*

MORGAN LEWIS & BOCKIUS LLP

May 5, 2016                    By:    */s/ J. Clayton Everett, Jr.* (w/consent)
J. Clayton Everett, Jr.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
jeverett@morganlewis.com

20

*Counsel for Defendants Sumitomo Riko
Company Limited and DTR Industries, Inc.*

SIDLEY AUSTIN LLP

May 5, 2016                    By:    */s/ David C. Giardina* (w/consent)_____
David C. Giardina
Courtney A. Hoffmann
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
choffmann@sidley.com

Bradley J. Schram (MI Bar # P26337)
HERTZ SCHRAM PC
1760 S. Telegraph Rd., Suite 300
Bloomfield Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Defendants Toyo Tire & Rubber Co.,
Ltd., Toyo Tire North America Manufacturing
Inc., Toyo Tire North America OE Sales LLC,
and Toyo Automotive Parts (USA), Inc.*

BAKER BOTTS L.L.P.

May 5, 2016                    By:    */s/ Randall J. Turk* (w/consent)_____
Randall J. Turk
John Taladay
Mark Miller
Heather Souder Choi
Sterling A. Marchand
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue., NW
Washington, D.C. 20004-2400
Phone: 202.639.7700
Fax: 202.639.7890
randy.turk@bakerbotts.com
john.taladay@bakerbotts.com
mark.miller@bakerbotts.com

21

heather.choi@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co., Ltd.,
Toyoda Gosei North America Corp., and TG
Missouri Corp.*

BUTZEL LONG

May 5, 2016        By:    <u>*/s/ Sheldon H. Klein* (w/consent)</u>
                                        Sheldon H. Klein (P41062)
                                        David F. DuMouchel (P25658)
                                        BUTZEL LONG
                                        150 West Jefferson, Suite 100
                                        Detroit, MI 48226
                                        Tel.: (313) 225-7000
                                        Fax: (313) 225-7080
                                        sklein@butzel.com
                                        dumouchd@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Attorneys for Defendants TRAM, Inc. and
Tokai Rika Co., Ltd.*

LATHAM & WATKINS LLP

May 5, 2016        By:    <u>/s/ *Marguerite M. Sullivan* (w/consent)</u>
Marguerite M. Sullivan
Allyson M. Maltas
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

<u>/s/ *Howard B. Iwrey* (w/consent)</u>
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC

22

**REDACTED**

39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Weastec, Inc. in* Ignition Coils
(1400) *actions*

**REDACTED**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, I caused the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO LIFT THE  PROVISIONAL SEALING OF A PORTION OF THE 30(B)(1) DEPOSITION OF GEORGE R. NISBET, THE  CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven F. Cherry

Steven F. Cherry
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Attorney for Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., and ASMO North Carolina Inc.*