# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

ALL PARTS

THIS DOCUMENT RELATES TO:
ALL CASES

## NOTICE OF APPEARANCE

Pursuant to Eastern District of Michigan Local Rule 83.25, the Court's July 3, 2014, Electronic Case Management Protocol Order (MDL ECF No. 753) and **Rule 2.1(c) of the MDL Judicial Panel's Rules and Procedures**, please enter the appearance of George W. Cochran, of the Law Office of George W. Cochran, as counsel for Class Members-Objectors Olen York, Amy York and Nancy York in the above-captioned matters. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

By: *s/ George W. Cochran*
George W. Cochran (Ohio Bar No. 0031691)
Law Office of George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: (330) 607-2187
Facsimile: (330) 230-6136
Email: lawchrist@gmail.com

*Attorney for Class Members/Objectors Olen York, Amy York and Nancy York*

**CERT<u>IF</u>ICATE OF SERVICE**

  I hereby certify that on May 6, 2016, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

        By: <u>s/ George W. Cochran</u>
          George W.Cochran (Ohio Bar No.0031691)
          Law Office of George W. Cochran
          1385 Russell Drive
          Streetsboro, Ohio 44241
          Telephone:  (330) 607-2187
          Facsimile:  (330) 230-6136
          Email:  lawchrist@gmail.com

          *Attorney for Class Members/Objectors Olen York, Amy York and Nancy York*