# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

Case No.: 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO:  ALL CASES

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that Richard J. Valladares of the law firm Greenberg Traurig, LLP, enters his appearance as counsel for Non-Party Kia Motors Manufacturing Georgia, Inc. (KMMG) for the sole purpose of the subpoena served upon it in connection with this MDL action.  This entry of appearance is without waiver of any rights or defenses of KMMG.

/s/ Richard J. Valladares
Richard J. Valladares
Georgia Bar No. 61066

*Attorney for Non-Party*
*Kia Motors Manufacturing Georgia, Inc.*

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia  30305
Telephone:  678.553.2100
Facsimile:  678.553.2212

ATL 21201562v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I caused a copy of the foregoing Notice of Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the parties.

/s/ Richard J. Valladares
Richard J. Valladares