# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## NOTICE OF FILING

On April 11, 2016, class members/objectors Olen York, Amy York, and Nancy York (the "York Objectors") mailed their pro se joint objections by registered mail to the office and address listed in the notice (with email copies to class counsel). The clerk for the Eastern District of Michigan received the objections on April 14, 2016. On May 6, 2016, attorney George W. Cochran entered his appearance as counsel to the York Objectors. (Doc. No. 1334). As of the date of this Notice, the clerk's office has not docketed the York Objectors' joint objections through the CM/ECF system accessible by PACER. In order to ensure the Court has ample time to review the York objections before the fairness hearing on May 11, 2016, a copy is attached hereto as Exhibit A. Proof of mailing is provided in Exhibit B, and proof of delivery is provided in Exhibit C.

By: *s/ George W. Cochran*
George W. Cochran (Ohio Bar No. 0031691)
Law Office of George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: (330) 607-2187
Facsimile: (330) 230-6136
Email: lawchrist@gmail.com
*Attorney for Olen York, Amy York, and Nancy York*

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

      By:    *s/ George W. Cochran*
            George W. Cochran (Ohio Bar No.0031691)
            Law Office of George W. Cochran
            1385 Russell Drive
            Streetsboro, Ohio 44241
            Telephone: (330) 607-2187
            Facsimile: (330) 230-6136
            Email: lawchrist@gmail.com

*Attorney for Olen York, Amy York, and Nancy York*