# INDEX TO EXHIBITS

| EXHIBIT | DESCRIPTION |
|:---:|:---:|
| A | Index to Exhibits |
| B | York joint objections |
| C | Proof of mailing |
| D | Delivery confirmation |