UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS | : | Master File No. 12-md-02311 |
| ANTITRUST LITIGATION | : | Honorable Marianne O. Battani |

| | | |
|---|---|---|
| IN RE: WIRE HARNESS | : | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS | : | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS | : | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS | : | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS | : | Case No. 2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS | : | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS | : | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS | : | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | : | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS | : | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS | : | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS | : | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS | : | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS | : | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS | : | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS | : | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | : | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES: | | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES | : | Case No. 2:13-cv-02603-MOB-MKM |
| | : | |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO | : | |
| ALL END - PAYOR ACTIONS | : | |

1

## JOINT OBJECTION TO PROPOSED CLASS ACTION SETTLEMENTS AND REQUEST FOR ATTORNEYS' FEES

Class Members Olen York (Claimant No. 9A791897D5), Amy York (Claimant No. F0619D2B2C), and Nancy York (Claimant No. 2D7FB72438) ("Objectors") join in objecting to the adequacy, fairness and reasonableness of the proposed class action settlements (specifically Autoliv, Inc.) and request for attorneys' fees based upon the factual and legal grounds set forth below. Objectors qualify to participate in one or more of the class settlements because they purchased the following qualified vehicles from automobile dealerships in the state of West Virginia during the class period that they believe contain eligible automobile parts:[1]

- *2003 Toyota Corolla* (Vin No. JTDBR32E230012891) -- purchased by Olen York in August 2002 from Mike Ferrell Toyota in Chapmanville, WV;

- *2009 Ford Escape XLT* 2.5L (Vin No. 1FMCU03739KA59048) -- purchased by Amy York on May 23, 2009 from River Cities Ford in Lavalette, WV; and

- *2010 Ford Focus SE* 2.0L (Vin No. 1FAHP3FN9AW117065) -- purchased by Olen York, Jr. (deceased) and Nancy York on September 12, 2009 from Stephens Auto in Danville, WV.

Objectors made the following efforts to identify eligible parts in their vehicles: reviewed class notice, settlement website, Autoliv settlement and Second Amended Complaint; called class settlement hotline; wrote to settlement administrator; reviewed manufacturer recalls; requested dealership assistance; ran VIN reports; and conducted internet research. Although Objectors have not pinpointed all eligible parts at time of filing this joint objection, they have good faith grounds to believe they qualify for class membership.[2] For a variety of reasons (set forth below), Objectors' difficulty in verifying their class membership is cause alone to reject the proposed settlements.

---

[1] Supporting documentation is attached as Exhibit A.
[2] The current data suggest at least one vehicle contains Autoliv's occupant safety system. Objectors reserve the right to amend or supplement their objections after obtaining additional evidence of their class membership.

# ARGUMENT

**I. ANY SETTLEMENT THAT MAKES IT VIRTUALLY IMPOSSIBLE TO VERIFY CLASS MEMBERSHIP IS FUNDAMENTALLY UNFAIR BECAUSE THE CLASS DEFINITION IS IMPRACTICAL, THE CLASS NOTICE IS DECEPTIVE, AND INDIVIDUAL ISSUES ARE CERTAIN TO PREDOMINATE—GUARANTEEING A HOPELESSLY UNMANAGEABLE CLASS.**

In what can only be called a farce, the parties to a dozen well-publicized auto parts settlements are waving $225 million in cash awards at millions of car owners across the country—knowing full well that precious few will ever see a dime because *there is no reasonable or efficient way to establish class membership*.[3] As demonstrated below, the repercussions from this major defect have fatally infected each settlement. Short of judicial intervention, these "consumer" actions will suffer the same fate as so many have before them: *a miniscule claims rate*.[4] Accordingly, this Court's final approval should be stayed pending publication on the settlement website of a reasonable means for class members to determine which of the covered auto parts are installed in their qualified vehicle.

## A. Absent a Reliable and Efficient Method for Linking Covered Parts to Qualified Vehicles, the Class Definition Offers a Form of Clarity Without Any Substance.

First and foremost is the longstanding principle that "[t]he class definition must be sufficiently definite so that it is *administratively feasible* for the court to determine whether a particular individual is a member of the proposed class." *Young v. Nationwide Mut. Ins. Co.*, 693 F.3d 532, 537-538 (6th Cir. 2012) (citing 5 James W. Moore et al., Moore's Federal Practice § 23.21[1] (Matthew Bender 3d ed. 1997); see also *John v. Nat'l Sec. Fire & Cas. Co.*, 501 F.3d

---

[3] Unless otherwise indicated, all bold and italicized words are supplied by Objectors.
[4] Among six class settlements recently analyzed, five delivered miniscule funds to the class: .000006%, .33%, 1.5%, 9.66%, and 12%. "Do Class Actions Benefit Class Members? An Empirical Analysis of Class Actions" (Mayer Brown 2014) at 2.

443, 445 (5th Cir. 2007). A precise definition allows the Court to determine who would be entitled to relief, who would be bound by a judgment, and who is entitled to notice of the action. "For a class to be sufficiently defined, the court must be able to resolve the question of whether class members are included or excluded from the class by reference to objective criteria." Moore's Federal Practice § 23.21[3]. This standard assumes, however, that interested individuals can actually *apply* the objective criteria to determine whether they are members of the affected class. See, e.g. *Young v. Nationwide Mut. Ins. Co.*, 693 F.3d at 537 (class membership determined by property location, governmental boundaries, local tax payable & local tax charged); *Kinder v. Nw. Bank*, 278 F.R.D. 176, 183 (W.D.Mich.2011) (class membership shown by using defendant's ATM at specified location during relevant period for a fee). When an ordinary person cannot make use of the "objective criteria" after exercising reasonable diligence, the parties must provide an efficient mechanism to aid in the process. See, e.g. *Young v. Nationwide Mut. Ins. Co.*, 693 F.3d 532, 540 (6th Cir. 2012) ("Plaintiffs further support administrative feasibility through expert evidence that Defendants' policy records are in a form compatible with geocoding software"); *Tchoboian v. Parking Concepts*, 2009 U.S. Dist. LEXIS 62122, *13-14 (C.D. Cal. July 16, 2009) (class members could *self-identify* since they "were either provided a receipt or they were not").

No such assistance is offered in the present settlements. Instead, the parties tease millions of car owners with a provocative announcement about multi-million dollar settlements without giving them any reasonable way to cash in. According to the long-form notice:

> Generally, you are included if, at any time between 1998 and 2015, *depending upon the component part*, you: (1) bought or leased a new motor vehicle in the U.S. (not for resale), or (2) indirectly paid for a motor vehicle replacement part (not for resale). Indirectly means you bought the vehicle replacement part from someone other than the manufacturer of the part.

The list of covered OEM parts reads like a "Who's Who" in auto mechanics: air flow meters, alternators, ATF warmers, automotive wire harness systems, electronic throttle bodies, fuel injection systems, fuel senders, heater control panels, high intensity discharge ballasts, ignition coils, instrument panel clusters, inverters, motor generators, occupant safety restraint systems, radiators, starters, steering angle sensors, switches and valve timing control devices. To make matters worse, neither the class notice nor the settlement website provides any reasonable means for ordinary consumers to "connect the dots" between covered parts and qualified cars. Instead, the parties simply repeat the obvious:

> Generally, you may be included in one or more Settlements if, at any time from 1998 to 2015, you: (1) bought or leased a new motor vehicle in the U.S. (not for resale), or (2) paid to replace one or more of the new motor vehicle parts listed in Question 5 above (not for resale). New motor vehicles include, but are not limited to, automobiles, cars, light trucks, pickup trucks, crossovers, vans, mini-vans, and sport utility vehicles.

For further assistance, readers are encouraged to visit the settlement website, to read any complaint, to review any settlement agreement, or to call the settlement hotline. However, none of these resources provides any meaningful help in connecting the dots between covered parts and qualified vehicles. In fact, there are no records ***whatsoever*** to determine class membership. One can only conclude that the parties have no internal data to identify class member status. Neither does the Settlement Administrator have any reliable and administratively feasible method for verifying and processing claims.

### B. The Class Members' Inability to Link Covered Parts with Qualified Vehicles Also Renders the Class Notice Inadequate for Purposes of Satisfying Due Process.

This fatal defect also has constitutional implications. It is unfair to subject people to a binding judicial proceeding in which their rights or interests are at stake without enabling them to determine their class status. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306

(1950). "The class definition must be clear in its applicability so that it will be clear later on whose rights are merged into the judgment, that is, who gets the benefit of any relief and who gets the burden of any loss." *Xavier v. Philip Morris USA Inc.*, 787 F. Supp. 2d 1075, 1089 (N.D. Cal. 2011). An adequate class notice enables potential class members to identify themselves for purposes of opting out of the class. *Carrera v. Bayer Corp.*, 727 F.3d 300, 307 (3d Cir. 2013). It should gain the readers' attention, show its connection to their lives, and ***prompt them to action***. Managing Class Action Litigation: A Pocket Guide for Judges, at 18-19 (Federal Judicial Center, 2005). The Notice provided to Objectors is not the best notice practicable because the Class is not clearly defined so that the public can read it, determine class membership, and decide whether or not to participate in the settlement. The deficiencies of the Notice harm both absent class members that want to participate in the Settlements, and those that would rather request exclusion and file individual actions.

### C. As a Result of the Parties' Failure to Link Covered Parts with Qualified Vehicles, Individual Issues On Defendants' Liability Are Bound to Predominate—Making the Classes Hopelessly Unmanageable.

Because the proposed Settlements demand individualized procedures to determine class membership, the class will become unmanageable. "If class members are impossible to identify without ***extensive and individualized fact-finding*** or 'mini-trials,' then a class action is inappropriate." *Marcus v. BMW of North America, LLC*, 687 F.3d 583, 593 (3rd Cir. 2012). When "the only way to distinguish between the two sets of individuals is to engage in individualized fact-finding," the class definition is inherently unsatisfactory. *Romberio v. Unumprovident Corp.*, 385 F.Appx. 423, 431 (6th Cir. 2009).

Thus, the Sixth Circuit has expressly rejected class definitions in which "the only way to distinguish between the two sets of individuals [one of which is in the class and the other not] is

to engage in individualized fact-finding." *Romberio v. Unumprovident Corp.*, 385 F.Appx. 423, 431 (6th Cir. 2009). At best, the absence of a reliable source for linking covered parts to qualified vehicles will force class members to establish their claims through individual hearings; at worst, it will act as a strong deterrent to filing a claim. This same procedural defect will cause incurable manageability issues that invite fraudulent claims. "It is unfair to absent class members if there is a significant likelihood their recovery will be diluted by fraudulent or inaccurate claims." *Carrera v. Bayer Corp.*, 727 F.3d 300, 310 (3rd Cir. 2013). All things considered, the parties' failure to provide class members any meaningful way to connect covered parts with qualified vehicles is sufficient cause alone to deny their motions.

## II. IT IS ALSO UNREASONABLE TO COMMIT UNCLAIMED FUNDS TO UNNAMED CY PRES RECIPIENTS INSTEAD OF INCREASING THE CLASS' RECOVERY.

Apart from this fundamental defect in the claims process, the proposed settlements unduly divert unclaimed funds to unnamed *cy pres* recipients instead of enhancing the class awards. Even surplus distributions to ***disclosed*** charities "have been controversial in the courts of appeals." *Powell v. Ga.-Pac. Corp.*, 119 F.3d 703, 706 (8th Cir. 1997); *Ira Holtzman, C.P.A. v. Turza*, 728 F.3d 682, 689-90 (7th Cir. 2013); *In re Baby Prods. Antitrust Litig.*, 708 F.3d 163, 172-73 (3d Cir. 2013); *In re Lupron*, 677 F.3d at 29-33; *Nachshin*, 663 F.3d at 1038-40; *Klier v. Elf Atochem N. Am., Inc.*, 658 F.3d 468, 473-82 (5th Cir. 2011); *In re Katrina Canal Breaches Litig.*, 628 F.3d 185, 196 (5th Cir. 2010); *Masters v. Wilhelmina Model Agency, Inc.*, 473 F.3d 423, 434-36 (2d Cir. 2007); *Wilson v. Sw. Airlines, Inc.*, 880 F.2d 807, 816 (5th Cir. 1989). In general, the diversion of unclaimed funds to a non-party runs counter to the litigation's stated purpose. Accordingly, the American Law Institute recommends the following procedure:

> (a) If individual class members can be identified through reasonable effort, and the distributions are sufficiently large to make individual distributions economically

viable, settlement proceeds should be distributed *directly* to individual class members.

(b) If the settlement involves individual distributions to class members and funds remain after distributions (because some class members could not be identified or chose not to participate), the settlement should presumptively provide for further distributions to participating class members *unless* the amounts involved are too small to make individual distributions economically viable or other specific reasons exist that would make such further distributions impossible or unfair.

(c) If the court finds that individual distributions are not viable based upon the criteria set forth in subsections (a) and (b), the settlement may utilize a cy pres approach. The court, when feasible, should require the parties to *identify* a recipient whose interests *reasonably approximate* those being pursued by the class. If, and only if, no recipient whose interest reasonably approximate those being pursued by the class can be identified after thorough investigation and analysis, a court may approve a recipient that does not reasonably approximate the interests being pursued by the class.

Principles of the Law of Aggregate Litigation, § 3.07 (2010). When a district court concludes that a *cy pres* distribution is appropriate after applying the foregoing rigorous standards, such a distribution must be "for the next best use . . . for indirect class benefit," and "for uses consistent with the nature of the underlying action and with the judicial function." *In re Katrina*, 628 F.3d at 196 (quotations omitted); accord *Klier*, 658 F.3d at 474; *Nachshin*, 663 F.3d at 1040; *Holtzman*, 728 F.3d at 689-90; ALI § 307(c) ("a recipient whose interests reasonably approximate those being pursued by the class"). As stated in *Airline Tickets II*, 307 F.3d at 682: "The unclaimed funds should be distributed for a purpose as near as possible to the legitimate objectives underlying the lawsuit, the interests of class members, and the interests of those similarly situated."

Despite the obvious need to adopt these precautionary measures, the auto parts Notice is conspicuously silent about the safeguards for earmarking surplus cash. Neither are potential charities named so class members can evaluate their relevance to the suit. Given the real potential for millions of class dollars to remain unclaimed due to a burdensome claims procedure, the lack of attention to this important topic is chilling. The whole subject is summarized in a sentence:

"It's possible that any money remaining after claims are paid will be distributed to charities, governmental entities, or other beneficiaries approved by the Court." On this independent ground, the parties' motions for final approval should be denied with instructions: (1) to incorporate a clear procedure for implementing the ALI's safeguards; and (2) to identify several charities whose interests reasonably approximate those of the class.

## III. THE UNREASONABLENESS OF CLASS COUNSEL'S FEE REQUEST IS DEMONSTRATED BY APPLYING THE SIXTH CIRCUIT'S FACTORS TO THE CIRCUMSTANCES PRESENTED.

The fallout of the fundamental defect in the claims process even spills over to class counsel's fee petition. In *Van Horn v. Nationwide Prop. & Cas. Ins. Co.*, 436 F. App'x 496 (6th Cir. 2011), the Sixth Circuit upheld a district court's decision to reduce class counsel's requested fees from $5.9 million to $3.2 million in a settlement of a class action involving auto-insurance benefits. In affirming the decision, the court pointed out the district court "did not believe that the class members received an especially good benefit [because] Class Counsel chose to pursue a relatively insignificant claim" as opposed to "other potential claims, . . . and *[they] agreed to a settlement mechanism which yielded a low claims rate*[.]" *Id.* at 500. In the interest of securing lucrative fees, class counsel has allowed a defective claims mechanism to infect every settlement. As a result, Objectors believe that class participation in the settlement pool will fall under 1%. Placing self-interest over the class' interest is a straight line to a lower award. See, e.g. *Greenberg v. Procter & Gamble Co. (In re Dry Max Pampers Litig.)*, 724 F.3d 713, 719 (6th Cir. 2013); *Vasalle v. Midland Funding LLC*, 708 F.3d 747, 755 (6th Cir. 2013). This is sufficient cause alone to deny class counsel's petition.

Irrespective of class participation, class counsel's motion falls far short of demonstrating why they deserve 30% of a mega-fund settlement made possible by governmental prosecution.

*See Bowling v. Pfizer, Inc.*, 132 F.3d 1147, 1152 (6th Cir. 1998) ("The district court should pay particularly close attention to counsel's fee requests, because this money comes from the beneficiaries, not from the defendants."). The complexity of the issues is a significant factor to be considered in making a fee award. In the present case, class counsel freely admits piggy backing off the government's intensive efforts to uncover an unlawful price-fixing conspiracy among the defendants. Where a government body has obtained a guilty plea, criminal conviction, or civil judgment against a defendant, class counsel in a "piggyback" class action arising out of the same set of facts face a reduced risk of loss and a reduced risk or burden of discovery and trial. A reasonable attorney fee in such cases may be the value that class counsel adds to the settlement that would have been available to the class but for the counsel's work. See, e.g., *Swedish Hospital Corp. v. Shalala*, 1 F.3d 1261, 1272 (D.C. Cir. 1993)." Managing Class Action Litigation: A Pocket Guide for Judges, at 24 (Federal Judicial Center, 2005).

In the present case, it is uncontroverted that the Department of Justice ("DOJ") engaged in significant pre-complaint investigation efforts, prosecuted defendants for their antitrust violations, and secured convictions. Indeed, the DOJ began investigating criminal price-fixing and bid-rigging conspiracies years before class counsel even filed suit. In September 2011, the DOJ secured its first criminal convictions against Furukawa Electric Co. Ltd. for its role in a criminal price-fixing and bid-rigging conspiracy involving the sale of parts to automobile manufacturers. As applied to Autoliv, Inc., Plaintiffs' Second Amended Complaint avers as follows:

> 5.     The U.S. Department of Justice's ("DOJ") Antitrust Division is currently conducting a broad criminal investigation into illegal price-fixing and bid-rigging in the automotive parts industry. As part of its criminal investigation, the DOJ is seeking information about unlawful anticompetitive conduct in the market for a number of different but related automotive parts, and the Federal Bureau of Investigation ("FBI") has participated in raids, pursuant to search warrants, carried out in the offices of a number of major competitors in the automotive parts industry. The automotive parts investigation is the largest criminal investigation the Antitrust

Division has ever pursued, both in terms of its scope and its impact on American consumers and businesses. The ongoing cartel investigation of price-fixing and bid-rigging in the automotive parts industry has yielded more than $2.4 billion in criminal fines to date.

6.       Defendant Autoliv, Inc. has agreed to plead guilty and pay a $14.5 million fine for its unlawful conduct in conspiring with others to suppress and eliminate competition in the automotive parts industry by agreeing to rig bids for, and to fix, stabilize and maintain the prices of, Occupant Safety Restraint Systems sold to certain automobile manufacturers in the United States and elsewhere at various times from at least as early as March 2006 and continuing until at least February 2011. The combination and conspiracy engaged in by Defendant Autoliv, Inc. and its co-conspirators was in unreasonable restraint of interstate and foreign trade and commerce in violation of the Sherman Antitrust Act, 15 U.S.C. §1.

Even Plaintiffs' motion for final approval concedes that "[m]any of the Settling Defendants pleaded guilty to the very conduct alleged by EPPs in their complaints." Motion, at 12. Moreover, they intend to continue riding the DOJ's coattails in order to corral the remaining Defendants. Autoliv's agreement to cooperate is typical:

> On or before July 15, 2014, Counsel for Autoliv shall provide Settlement Class Counsel with the identity of all current and former employees of Autoliv who: (1) were interviewed and/or prosecuted by the United States Department of Justice ("DOJ"), the Japanese Fair Trade Commission, the European Commission, or any other government entity (collectively, referred to as "Government Entities") in connection with alleged violations with respect to Occupant Safety Restraint Systems; (2) appeared before the grand jury in the DOJ's investigation into alleged violations with respect to Occupant Safety Restraint Systems; and/or (3) were disclosed to a Government Entity as having knowledge or information relating to investigations into alleged violations with respect to Occupant Safety Restraint Systems.

See, Autoliv Settlement Agreement, para. 30. Because the DOJ's investigations and convictions paved the way for Plaintiffs' success, the risk and complexity of class counsel's enhancement was minimal. *In re First Databank Antitrust Litigation*, 209 F. Supp. 2d 96, 98 (D.D.C. 2002). Consequently, a proper fee award will reflect ***class counsel's contribution*** to the settlement's value. *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 53-54 (2d Cir. 2000) (4% fee awarded, in part because counsel benefitted from work done by federal authorities); *see*

11

*also Quantum Health Resources, Inc.*, 962 F. Supp. 1254, 1259 (C.D. Cal. 1997) (court reduced "benchmark" percentage to 10% due to government's involvement); *In re First Databank Antitrust Litigation*, 209 F. Supp. 2d 96, 98 (D.D.C. 2002) (reducing fee award due to Federal Trade Commission's work reducing risk and complexity to counsel). Because the DOJ's legwork significantly reduced class counsel's risk in bringing these actions while increasing their chance of success, class counsel's fee award should be adjusted accordingly.

Class counsel's desire to reap 30% of the $225 million settlement pool would be patently unreasonable even without the foregoing mitigating factors. Such a request also violates the longstanding principle that fee awards in mega-fund settlements should be drastically lowered to account for economies of scale. The process begins by selecting the appropriate method for calculating fees under the circumstances presented: lodestar versus percentage-of-the-fund. District courts have discretion "to select the more appropriate method for calculating attorney's fees in light of the unique characteristics of class actions in general, and of the unique circumstances of the actual cases before them." *Rawlings v. Prudential-Bache Props., Inc.*, 9 F.3d 513, 516 (6th Cir. 1993). In common fund cases, the award of attorney's fees need only "be reasonable under the circumstances." *Id.* However, a district court generally must explain its "reasons for adopting a particular methodology and the factors considered in arriving at the fee." *Moulton v. U.S. Steel Corp.*, 581 F.3d 344, 352 (6th Cir. 2009) (internal quotation marks omitted).

Upon determining the lodestar, a district court also has discretion to decide whether an upward or downward adjustment is warranted in order to reach a reasonable fee award. *Geier*, 372 F.3d at 792. In considering any adjustment, the Supreme Court has cited with approval twelve factors listed in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974):

(1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) he amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the " undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar case.

*Hensley v. Eckerhart*, 461 U.S. 424, 430 n.3, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). Although class counsel's fee petition boasts a "negative" lodestar of .9407, Objectors believe that unnecessary duplication of effort and unreasonably high hourly rates (not to mention unjustified pretrial activities) have inflated class counsel's real contribution. See, *Granzeier v. Middleton*, 173 F.3d 568, 577 (6th Cir. 1999).

Plaintiffs' preference for the percentage approach offers little relief. In such case, the court must utilize those factors articulated by the Sixth Circuit for evaluating the fee request. See *Ramey v. Cincinnati Enquirer, Inc.*, 508 F.2d. 1188, 1196 (6th Cir. 1974). Objectors respectfully submit that the biggest variable affecting the size of the fee is the ***size of the settlement***. "To avoid routine windfalls where the recovered fund runs into the multi-millions, courts typically decrease the percentage of the fee as the size of the fund increases." *Precision Associates, Inc. v. Panalpina World Transp. (Holding) Ltd.*, 08-CV-42 JG VVP, 2013 WL 4525323, at *16 (E.D.N.Y. Aug. 27, 2013) (internal quotation marks and citation omitted).

One study found that the percentage awarded for federal class action settlements in 2006 and 2007 "tended to drift lower at a fairly slow pace until a settlement size of $100 million was reached, at which point the fee percentages plunged well below 20 percent, and by the time $500 million was reached, they plunged well below 15 percent, with most awards at that level under even 10 percent," though that last category covered only eleven settlements. Brian T. Fitzpatrick, An Empirical Study of Class Action Settlements and Their Fee Awards, 7 J. Empirical L. Stud.

811, 838 (2010).  Another study, by Theodore Eisenberg and Geoffrey P. Miller, also showed decreasing percentages as the size of the fund increased.  See Theodore Eisenberg and Geoffrey P. Miller, Attorney Fees and Expenses in Class Action Settlements: 1993-2008, 7 J. Empirical L. Stud. 248, 265 (2010).  The present case boasts a $225 million settlement pool.  Thus, *it surpasses the threshold for awarding a 20% fee* as a matter of course.  When one also considers the unique mitigating factors discussed above, class counsel would be hard pressed to justify a percentage fee award greater than that threshold.  Objectors hereby adopt and incorporate all subsequent objections to the proposed settlements and request for attorney's fees filed by other class members.

## CONCLUSION

For all of the foregoing reasons, Objectors respectfully request an Order:

1. Denying the parties' joint motion for final approval of the proposed settlements;

2. Reducing class counsel's requested fee award to 20% of the settlement pool;

3. Requiring the parties to provide a reliable and efficient source for linking covered parts with qualified vehicles on the settlement website within 60 days of the Order;

4. Requiring the parties (a) to incorporate a clear procedure for implementing the ALI's safeguards regarding *cy pres* distributions; and (b) to identify several charities whose interests reasonably approximate those of the class; and

5. Requiring the parties to serve an amended Notice of Proposed Class Settlements that incorporates their agreed modifications within 90 days of the Order.


Respectfully Submitted,

| | | |
|---|---|---|
| *Olen York* | *Amy York* | *Nancy York* |
| Olen York, Esq. | Amy York | Nancy York |
| 15 Riverview Court | 15 Riverview Court | 9 Gable Drive |
| Milton, W.Va. 25541 | Milton, W.Va. 25541 | Milton, WV 25541 |
| 304.633.1178 | 304.633.1178 | 304.743.5949 |

*Class Members/Joint Objectors*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by registered mail to the following on April 11, 2016, with instructions to file it electronically via CM/ECF, thereby serving by the same means on all counsel of record:

| Court | Notice Administrator |
|---|---|
| U.S. District Court for the Eastern District of Michigan<br>Clerk's Office<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 | Auto Parts Settlements Objections<br>P.O. Box 10163<br>Dublin, OH 43017-3163 |

_____
Olen York, Esq.

15



**MOTORBOAT/VEHICLE REGISTRATION**
**STATE OF WEST VIRGINIA**

| EXPIRATION DATE | | | |
|---|---|---|---|
| MONTH | DAY | YEAR | CLASS |
| 06 | 01 | 17 | A2  W |

RENEWED

The accompanying boat or plate number
assigned to the addressee is to be used
for the boat/vehicle described on this card.

**VEHICLE/BOAT**
**IDENTIFICATION NUMBER**

1FMCU03739KA59048

| MAKE | YEAR MODEL | LENGTH WEIGHT | TITLE NUMBER |
|---|---|---|---|
| FORD | 2009 | 3355 | CN47686 |
| BODY | | | 06/11/09 |
| UT | | CABE | |

6PC327

YORK, AMY C
15 RIVERVIEW CRT
MILTON                    WV 25541

SIGN ON THE BACK

---

**WEST VIRGINIA**
**REGISTRATION CARD**
**RENEWAL**

| EXPIRATION DATE | | | |
|---|---|---|---|
| MONTH | DAY | YEAR | CLASS |
| 10 | 01 | 16 | A |

0026721  08

**VEHICLE / BOAT / TRAILER**
**IDENTIFICATION NUMBER**

1FAHP3FN9AW117065

OTT249

| MAKE/BODY | MODEL/YEAR | WEIGHT/LENGTH | TITLE NUMBER/FEE |
|---|---|---|---|
| FORD | 10 | 2623 | CR58861 |
| 4D | | CABE | 09/29/09 |

THE OWNER(S) OF THE ABOVE DESCRIBED VEHICLE/BOAT/TRAILER ARE

YORK, NANCY L
9 GABLE DR
MILTON WV 25541-8506

The owner(s) signature must appear on the back of this registration card.

dmv

EXHIBIT A-1

Alliance Menu | My Transactions | Alliance Communications | Help

## Policy View

Agent ID: A056901                    Agency: C.E. Wilson Jr;LUTCF                    Producer Name: SWV05506

Policy Number: | Display Policy as of:

[ ] [ ] [ ] [ ] [ ]    [Search]    [Return to Current Policy View]    [Send Copy of Policy]    [View Customer Portfolio]    [Exit]

**Rating State:** WV
**Auto - Private Passenger Voluntary: 918388336 02/09**
Auto APC
Your Choice Package: Gold Protection
Agent of Record: Tom Baldwin (41 59198)
Review Premium Change & Savings Recommendations

**OLEN YORK**
Home:  (304) 633-1178
Policy Term: 08/09/2011 -
02/09/2012
Original Year: 2007
Number of Times Renewed: 9

**Status: ACTIVE**
Pay Plan: MONTHLY PAY
Pay Method: DIRECT MAIL
Allstate eBill: Not Enrolled
Allstate ePolicy: Not Enrolled
Premium: $1,413.18
AAP: $1,413.18
Balance: $473.66
Last Bill Amount: $239.33
Current Amount Due: $239.33
Due Date: 12/09/2011

## Policy View as of 12/01/2011

**Activity**
[Select One ▼]                    [Continue]

1   Policy View    2 ▓▓▓▓    3 ▓▓▓▓▓▓▓▓    4 ▓▓▓▓    5 ▓▓▓▓▓▓

## Contact Information                                                                ❓

Named Insured:    OLEN YORK                    Home:                    (304) 633-1178
Mailing Address:  15 RIVERVIEW COURT           Primary Residence:       Home
                  MILTON, WV 25541 - 9311      Ownership Type:          Owns

DBA:
Current Address:  Same as Mailing Address      Property Insurance:
Date Moved to Current Address:  02/2006
Geocode Current Address : NONE

## Vehicles                                [Send LPC to Lienholder]  [Send ID Cards]  ❓

| Description | VIN | Lienholder/Lessor | Garaging Zip | |
|---|---|---|---|---|
| 2003 TOYOTA COROLLA | JTDBR32E230012891 | | 25541 - 9311 | View |
| 2009 FORD TRUCKS ESCAPE | 1FMCU03739KA59048 | FORD MOTOR CREDIT COMPANY (RETAIL) P O BOX 390910 MINNEAPOLIS, MN 55439 - 0910 Type: Lienholder | 25541 - 9311 | View |

View Experience Group Rating

## Coverage                                                                          ❓

Company-Line: Auto APC          Your Choice Package: Gold Protection          Tier/Group:    5021 03          SR Tier: 0404
                                                                             Billing Group:  00

| **2003 TOYOTA COROLLA** | **2009 FORD TRUCKS ESCAPE** |
|---|---|
| Territory: 0114 | Territory: 0114 |
| Car Type: Regular Private Passenger | Car Type: Regular Private Passenger |
| Price Group Symbol: W/W | Price Group Symbol: Q/Q |
| Rated Driver: OLEN YORK | Rated Driver: AMY YORK |
| Class Code: 0001214000 | Class Code: 0001114000 |
| Driver Class: MM11LW | Driver Class: FM11LW |
| Merit Points: 0 | Merit Points: 0 |

|  | Limits/Deductibles | Premiums | Limits/Deductibles | Premiums |
|---|---|---|---|---|
| Bodily Injury | 100/300 | $211.92 | 100/300 | $174.28 |

EXHIBIT A-2

| Property Damage: | 100 | $119.95 | 100 | $97.67 |
|---|---|---|---|---|
| Uninsured Motorist: | 50/100 | $22.92 | 50/100 | $22.92 |
| Uninsured Motorist Property Damage: | 25/300 | $4.47 | 25/300 | $4.47 |
| Collision: | 500 | $242.71 | 500 | $214.74 |
| Comprehensive: | 0 | $133.54 | 0 | $135.59 |
| Roadside Help: | 50 | $5.80 | 50 | $5.80 |
| New Car Expanded Protection Coverage: | | | | $16.40 |
| | | View | View | |
| **Vehicle Premium :** | | **$741.31** | | **$671.87** |

**Special Charges**

|  |  |
|---|---|
|  | Premiums |
| West Virginia Fire And Casualty Premium Surcharge | 7.77 |

**Policy Premium :**                                                                 **$1,413.18**

## Discounts Applied ❓

| Discount | 2003 TOYOTA COROLLA | 2009 FORD TRUCKS ESCAPE |
|---|---|---|
| Multi-Car | $2.55 | $2.55 |
| Anti-Lock Brake | $63.83 | $55.60 |
| Premier Level 2 | $109.27 | $95.47 |
| Multiple Policy | $124.95 | $112.72 |
| New Car | | $25.86 |

## Surcharges Applied ❓

None

## People ❓

| Name | Type | Relation to Primary | Marital Status | Gender | Date Of Birth | |
|---|---|---|---|---|---|---|
| OLEN YORK | Driver | Same | Married and lives with Spouse | Male | 11/17/1972 | View |
| AMY YORK | Driver | Spouse | Married and lives with Spouse | Female | 06/15/1974 | View |

## Usage ❓

| | 2003 TOYOTA COROLLA | 2009 FORD TRUCKS ESCAPE |
|---|---|---|
| Annual Miles: | 8,000 | 8,000 |
| Usage Class: | Work/School | Work/School |
| Miles One Way: | 20 | 9 |
| Driver Class: | MM11LW | FM11LW |
| OLEN YORK 11/17/1972 Male Married and lives with Spouse | 100 Rated | 24 |
| AMY YORK 06/15/1974 Female Married and lives with Spouse | 24 | 100 Rated |

## Policy Details ❓

Application Date: 02/08/2007
Application Time: 17:59
Bind Date: 02/08/2007
Bind Time: 17:59
Version Number: 34

Buyout: Yes
Policy Rate Control: 992

Bind ID:A059198

Agent of Record: Tom Baldwin (41 59198) Channel of Origin: Agency
Channel of Process: Alliance Agency
Channel of Bind: Alliance Agency

Ford Motor Company HVBOM Features                                          Page 1 of 3

Reset   Close   Print

## HVBoM - Features for VIN : 1FAHP3FN9AW117065

| | | | |
|---|---|---|---|
| Model Year: | 2010 | Vehicle Line: | VL AU |
| Company Car: | N | Vehicle Body/Cab: | FORD FOCUS 4-DR SEDAN SEL |
| Ordering Country | | Vehicle Type | C - Car |
| Engine Serial Number: | 190709202616 | Engine Tag Number: | JG170AA |
| Vehicle Calibration Number: | AAU1BA0A | Production Date: | 10-AUG-2009 |
| Warranty Start Date: | 12-SEP-2009 | Warranty End Date: | |
| DSO Number: | | EUR Paint Code: | |
| Selling Dealer Code: | 02010 | Fleet Code: | |
| Transmission Serial Number: | 080992180290 | Interior Trim Code: | FS |
| Exterior Paint Code: | WS | Tu-Tone Paint Code: | |

### Feature Description Table

| Feature Code | Feature Description | |
|---|---|---|
| **AIR BAG RESTRAINT - DRIVER** | | |
| CPGAC | ADVANCD AIR BAG RESTRAINT-DRVR | ☐ |
| **AIR BAG RESTRAINT - PASS** | | |
| CPHAD | ADVANCED AIR BAG RESTRNT-PASS | ☐ |
| **AIR CURTAIN RESTRAINT - LH** | | |
| CP1AB | AIR CURTAIN RESTRAINT-LH | ☐ |
| **AIR CURTAIN RESTRAINT - RH** | | |
| CP2AB | AIR CURTAIN RESTRAINT-RH | ☐ |
| **APPEARANCE PACKAGES** | | |
| YPJAL | APPEARANCE PACKAGE | ☐ |
| **AU -A-C -SURGE** | | |
| 2XFHB | | ☐ |
| 2XF00 | AU -A-C -SURGE | ☐ |
| **AUDIO - ENTERTAINMENT - IN CAR** | | |
| ICED2 | GAP SINGLE CD/RAD/MP3 LESS RDS | ☐ |
| ICE02 | ALL GAP ICE LESS AUDIOPHILE | ☐ |
| ICE03 | ALL AUDIO UNITS EXC HIGH NAV | ☐ |
| **AUDIO - RADIO CONTROLS - COLUMN STALK** | | |
| IGEAA | LS COLUMN STALK RADIO CONTROLS | ☐ |
| **AUDIO - RADIO RECEPTION EQUIPMENT** | | |
| IBBAB | SATELLITE RADIO RECEPT-AUDIO | ☐ |
| **AXLE - FINAL DRIVE RATIO - SINGLE SPEED** | | |
| EGAFJ | 3.34 FINAL DRIVE RATIO | ☐ |
| EGA01 | ALL SINGLE SPD FINAL DR RATIOS | ☐ |
| **BODY STYLE** | | |
| BS FC | 4 DOOR SEDAN-6 LITE | ☐ |
| BS 0A | ALL 4 DOOR 6 LITE SEDANS | ☐ |
| BS 0B | ALL 4DR/WAGON | ☐ |

EXHIBIT A-3

| BS 0C | ALL SEDANS/HATCHBACKS | ☐ |
| BS 0E | ALL 2DR COUPE/4DR SEDAN-6 LITE | ☐ |
| BS 03 | ALL SEDANS | ☐ |
| BS 06 | ALL SEDANS/WAGONS/VANS | ☐ |
| BS 07 | ALL SEDANS/WAGONS | ☐ |
| BS 09 | ALL 4/5 DOOR SEDANS/WAGON | ☐ |
| BS 10 | ALL 4 DOOR SEDANS/MAV | ☐ |

**BRAKES - ANTI-LOCK**

| FEAAB | 4 WHL ANTI-LOCK BRAKES | ☐ |

**BRAKES - PARKING BRAKE GRIP**

| FAFAC | SOFTFEEL HANDBRAKE GRIP | ☐ |

**BUMPER - FRONT**

| CLFGF | FRT BMP-PLASTIC-BODY COLOR | ☐ |

**BUMPER - REAR**

| CLMAK | REAR BUMPER-PLASTIC-BODY COLOR | ☐ |

**CARGO ORGANIZER - FORD INVOICED ACCESSOR**

| FHBAA | LESS CARGO ORGANIZER-FIA | ☐ |

**CARGO TRAY - FORD INVOICED ACCESSORIES**

| FIQAA | LESS CARGO TRAY-FIA | ☐ |

**CLIMATE - AIR CONDITIONING**

| AC B | MANUAL AIR CONDITIONER | ☐ |
| AC 1 | ALL AIR CONDITIONING | ☐ |

**CLIMATE - AIR REGISTER**

| G1GAB | AIR REGISTER - BASE | ☐ |

**DRIVE**

| DR A | 2 WHL L/H FRONT DRIVE | ☐ |
| DR T | ALL 2 WHEEL LEFT HAND DRIVE | ☐ |
| DR 1 | ALL LEFT HAND DRIVE | ☐ |
| DR 2 | ALL 2 WHEEL DRIVE | ☐ |
| DR 5 | ALL FRONT WHEEL DRIVE | ☐ |

**DRIVER CONVENIENCE**

| YQLAA | LESS DRIVER CONVENIENCE PKG | ☐ |

**ENGINE**

| EN H4 | 2.0L 91 RON DURATEC HE | ☐ |
| EN 0G | ALL GAS/GASEOUS ENGINES | ☐ |
| EN 0S | ALL NON-TURBO ENGINES | ☐ |
| EN 04 | ALL 4 CYLINDER GAS ENGINES | ☐ |
| EN 09 | ALL 4 AND 5 CYLINDER ENGINES | ☐ |
| EN 1H | ALL NON 3.5L ENGINES | ☐ |
| EN 20 | ALL 2.0L GAS ENGINES | ☐ |
| EN 38 | ALL MAZDA I4-NON BZ-ENGINES | ☐ |
| EN 52 | ALL GAS NON FLEX FUEL ENGINES | ☐ |
| EN 8A | ALL ENG EXCLUDING 2.2L DIESEL | ☐ |

| | | |
|---|---|---|
| EN 8B | ALL ENG EXCL 2.2L DSL 5CYL G | ☐ |
| **ENGINE - EMISSION REQUIREMENTS** | | ☐ |
| DGAAB | 49 STATE/NON GREEN STATE REQ. | ☐ |
| **ENGINE - EVAPORATIVE EMISSIONS** | | |
| DGBAA | LESS EVAPORATIVE EMISSIONS | ☐ |
| **ENGINE - HEATER** | | |
| DEBAA | LESS IMMERSION HEATER | ☐ |
| **EXHAUST PIPE EXTENSION** | | |
| F5BAA | LESS EXHAUST PIPE EXTENSION | ☐ |
| **EXHAUST SYSTEMS** | | |
| F2AAB | DUAL EXHAUST SYSTEM | ☐ |
| **EXHAUST TIPS - FORD INVOICED ACCESSORIES** | | |
| FIEAA | LESS EXHAUST TIPS-FIA | ☐ |
| **EXTERIOR - DOOR HANDLE** | | |
| CAAAE | EXT DOOR HANDLE-SELF COLOURED | ☐ |
| **EXTERIOR PAINT - 2003/04/05/06 EXTERIOR** | | |
| PN3JD | WHITE SUEDE | ☐ |
| **FLEET** | | |
| YZKAA | RETAIL/STOCK | ☐ |
| **FRONT - FASCIA** | | |
| A3CAB | FRONT FASCIA-LEVEL 1 | ☐ |
| **FRONT FENDER GILL** | | |
| A2RAA | LESS FRT FENDER GILL | ☐ |
| **FUEL - ASSEMBLY PLANT FUEL FILL** | | |
| FF1AB | NORMAL FUEL FILL | ☐ |
| **FUEL ENGINE FUEL CAPABILITY** | | |
| GBVAF | UNLEADED FUEL CAPABILITY | ☐ |
| GBV01 | ALL NON FLEX FUEL CAPABILITY | ☐ |
| GBV02 | ALL GASOLINE FUEL CAPABILITY | ☐ |
| **FUEL TANK LOCK** | | |
| GBTAB | NON LOCKING FUEL CAP | ☐ |
| **GRILLE - FRONT** | | |
| BLDAB | CHROME GRILLE | ☐ |
| **GVWS** | | |
| AAZWJ | 3715 LB. GVW | ☐ |
| AAZ01 | 0 LB THRU 4580 LB GVW | ☐ |
| AAZ06 | 0 LB THRU 8600 LB GVW | ☐ |
| **HOOD DEFLECTOR - FORD INVOICED ACCESSORI** | | |
| FICAA | LESS HOOD DEFLECTOR-FIA | ☐ |
| **I/P INSERT** | | |
| BBQAK | I/P INSERT - BLACK | ☐ |
| **INSTRUMENTATION - DISPLAYS - COMPASS** | | |
| HJFAA | LESS COMPASS DISPLAY | ☐ |
| **INSTRUMENTATION - MESSAGE CENTER** | | |

Ford Motor Company HVBOM features

| Code | Description | |
|------|-------------|---|
| HKDAB | MESSAGE CENTER | ☐ |
| **INSTRUMENTATION - SPEEDOMETERS** | | |
| HDHAB | MPH/KPH SPEEDOMETER | ☐ |
| **INSTRUMENTATION - TYPE** | | |
| HCAAJ | HIGH SERIES ANALOG CLUSTER | ☐ |
| **INTERIOR DOOR HANDLES** | | |
| BCFAG | DOOR HANDLES-INSIDE MIC | ☐ |
| **INTERIOR FLOOR MATS - FORD INVOICED ACCE** | | |
| FIDAA | LESS FLOOR MATS-FIA | ☐ |
| **INTERIOR TRIM COLORS - ALL** | | |
| 000HB | MEDIUM STONE | ☐ |
| **LABELS - SPECIAL LANGUAGE** | | |
| AEAAE | ENGLISH LANGUAGE LABEL | ☐ |
| **LAMPS - FOG LAMPS - FORD INVOICED ACCESS** | | |
| FHAAA | LESS FOG LAMPS-FIA | ☐ |
| **LAMPS - FRONT FOG** | | |
| JBKAB | FRONT FOG LAMPS | ☐ |
| **LAMPS - HEADER LIGHTS - INTERIOR MAP** | | |
| JCFAC | HEADER MNT COURTESY/2 MAPLIGHT | ☐ |
| **LAMPS - HEADLAMPS - DESIGN** | | |
| JBBAE | HEADLAMPS - LEVEL 1 | ☐ |
| **LAMPS - HEADLAMPS - RUNNING** | | |
| JBCAA | LESS DAYTIME RUNNING LAMPS | ☐ |
| **LAMPS - INTERIOR LIGHT GROUP** | | |
| JCBAA | LESS INTERIOR LIGHT GROUP | ☐ |
| **LAMPS - LOAD COMPARTMENT LIGHT** | | |
| JCMAB | LOAD COMPARTMENT LIGHT | ☐ |
| **LAMPS - TAILLAMPS** | | |
| JDAAB | TAILLAMPS-LEVEL 1 | ☐ |
| **LOCKS - DOOR** | | |
| CBAAB | POWER DOOR LOCKS | ☐ |
| **LOCKS - DOOR ENTRY REMOTE CNTR UNIT** | | |
| CBFAB | DOOR ENTRY REMOTE CNTR UNIT | ☐ |
| **LOCKS - TWO STEP DOOR UNLOCK SYSTEM** | | |
| CBCAG | CRASH UNLOCKING SYSTEM | ☐ |
| **LUXURY & CONVENIENCE PACKAGE** | | |
| YPDZZ | NO POS SEL FROM THIS FAMILY | ☐ |
| **MARKET DERIVATIVE** | | |
| MD F | FORD DIVISION DERIVATIVE | ☐ |
| MD 1 | FORD & MERCURY MRKT DERIVATIVE | ☐ |
| **MARKETING BODY CODE** | | |
| YBCPE | MRKTG BODY CODE-P3F | ☐ |
| **MEDIA GATEWAY MODULE (MGM)** | | |
| IEVAA | LESS MEDIA GATEWAY MODULE | ☐ |
| **MIRROR EC COMPASS - FORD INVOICED ACCES** | | |

Ford Motor Company - NVBOM Features

Page 5 of 7

| | | |
|---|---|---|
| FHCAA | LESS EC COMPASS MIRROR-FIA | ☐ |
| **MIRROR - EXTERIOR DRIVER** | | |
| BSDAD | DRIVER POWER MIRROR | ☐ |
| BSD0P | ALL POWER EXTR DRIVER MIRRORS | ☐ |
| BSD01 | ALL MANUAL FOLD MIRRORS-DRV | ☐ |
| **MIRROR - EXTERIOR FINISH** | | |
| BSLAB | EXT MIRROR FINISH-BLACK | ☐ |
| **MIRROR - EXTERIOR PASSENGER** | | |
| BSFAD | PASS POWER CONVEX MIRROR | ☐ |
| BSF0P | ALL POWER EXTR PASS MIRRORS | ☐ |
| **MIRROR - INTERIOR REAR VIEW** | | |
| BSBAB | DAY/NIGHT INSIDE MIRROR | ☐ |
| **MOON AND TUNE PACKAGES** | | |
| YQDAA | LESS MOON AND TUNE PACKAGE | ☐ |
| **OWNER HAND BOOK PACK** | | |
| AEDAB | OWNER HAND BOOK PACK | ☐ |
| **PLANT BUILD REQUIREMENTS** | | |
| AAGAZ | WAYNE PLANT BUILD | ☐ |
| **PROGRAM CONTROL** | | |
| AD6HA | 2010 JOB #1 PROGRAM CONTROL | ☐ |
| **REAR END FASCIA** | | |
| A1LAB | REAR END FASCIA-LEVEL 1 | ☐ |
| **REMOTE STARTER - FORD INVOICED ACCESSORY** | | |
| FIVAA | LESS REMOTE STARTER-FIA | ☐ |
| **RESTRAINT DEVICE PACKAGES** | | |
| CN7AF | BLT W/D&P FRNT/1&2 ROW RSTRNT | ☐ |
| **ROOF - OPENING PANELS** | | |
| CHAAA | LESS ROOF OPENING PANELS | ☐ |
| **SEAT - DRIVER SEAT AIR BAG RESTR** | | |
| CPMAB | DRIVER SEAT AIR BAG RESTRAINT | ☐ |
| **SEAT - FRONT SEAT TYPE** | | |
| FS A | SEAT-SPORT-DRV/PASS | ☐ |
| **SEAT - PASS SEAT AIR BAG RESTR** | | |
| CPNAB | PASS SEAT AIR BAG RESTR | ☐ |
| **SEAT - TEMP CONTROLLED DRIVER** | | |
| BY1AA | LESS TEMP CONTROL DRIVER SEAT | ☐ |
| **SEAT - TEMP CONTROLLED PASSENGER** | | |
| BY2AA | LESS TEMP CONTROL PASSNGR SEAT | ☐ |
| **SEATS - DRIVER TIP/SLIDE** | | |
| BVMAA | LESS DRIVER TIPPING/SLIDE SEAT | ☐ |
| **SEATS - MRKT CB-TEMP CONTR ST-DRV/PASS** | | |
| YCLAA | LESS MK CB-TEMP CONTR ST-DR/PA | ☐ |
| **SECURITY SYSTEMS** | | |
| HNAAD | PERIMETER ANTI-THEFT | ☐ |
| **SHIFTING AIDS** | | |

| | | |
|---|---|---|
| IWAAA | LESS SHIFT INDIC LIGHT | ☐ |
| **SMOKERS PACKAGE** | | |
| J3CAA | LESS SMOKERS PACKAGE | ☐ |
| **SPECIAL BUILD REQUIREMENTS** | | |
| SBRAA | LESS SPECIAL BUILD REQUIREMENT | ☐ |
| **SPEED CONTROL** | | |
| GTDAB | SPEED CONTROL | ☐ |
| **SPOILER - REAR** | | |
| BPFAB | SINGLE WING REAR SPOILER | ☐ |
| **SPRING - COIL LEFT FRONT** | | |
| TAAQ6 | 8S43 5310 C* L/F COIL | ☐ |
| **SPRING - COIL LEFT REAR** | | |
| TAETQ | 8S43-5B669-F* L/R COIL (CAR) | ☐ |
| **SPRING - COIL RIGHT FRONT** | | |
| TACQ6 | 8S43 5310 C* R/F COIL | ☐ |
| **SPRING - COIL RIGHT REAR** | | |
| TAGTQ | 8S43-5B669-F* R/R COIL (CAR) | ☐ |
| **STAR RATING PERF LEVEL** | | |
| A5MAB | STAR RATING PERF LEVEL 1 | ☐ |
| **STEERING AIDS** | | |
| GPAAB | POWER STEERING-FIXED RATIO | ☐ |
| GPA01 | ALL POWER STEERING | ☐ |
| **STEERING WHEEL** | | |
| GTAAB | STEERING WHEEL-BASE | ☐ |
| **SUSPENSION** | | |
| DWAAF | STANDARD DUTY SUSPENSION | ☐ |
| **SUSPENSION - SHOCK ABSORBERS - REAR** | | |
| D1GAB | STANDARD DUTY REAR SHOCK ABS | ☐ |
| **SUSPENSION - STABILIZER BAR - FRONT** | | |
| DYKAB | FRONT STABLIZER BAR | ☐ |
| **SUSPENSION - STABILIZER BAR - REAR** | | |
| DZLAA | LESS REAR STABLIZER BAR | ☐ |
| **TERRITORIES - GENERIC COUNTRY GROUPINGS** | | |
| SATAB | GENERIC COUNTRY GROUP 1 | ☐ |
| **TERRITORIES - NORTH AMERICA PRINCIPLE** | | |
| WANAB | USA | ☐ |
| WAN01 | ALL U.S.A. AND CANADA | ☐ |
| WAN02 | USA,USA TERR,CAN,MEX | ☐ |
| WAN03 | ALL USA AND MEXICO | ☐ |
| **TIRE SPARE** | | |
| D3MA1 | SPARE TIRE-T125/80D15 | ☐ |
| **TIRES - 15 INCH** | | |
| D3GBB | P195/60R 15T BSW (87T) | ☐ |
| **TPO/ORDER CODES 0-300** | | |
| YZBBA | TPO/ORDER CODE 200A | ☐ |

| | | |
|---|---|---|
| **TRANSMISSION** | | |
| TR D2 | 4 SPD AUTO VANDYKE FN TRANS | ☐ |
| TR 0A | ALL AUTOMATIC TRANSMISSIONS | ☐ |
| TR 13 | ALL AUTOMATIC TRANSAXLE TRANS | ☐ |
| TR 24 | ALL 4 SPD AUTO TRANSMISSIONS | ☐ |
| **TRANSMISSION GEAR SETS** | | |
| FJGCK | 2.80/1.49/1.00/0.73 | ☐ |
| **TRANSMISSION GEARSHIFT KNOB** | | |
| CAEBH | GEARSHIFT KNOB - CHROME ACCENT | ☐ |
| **VALUE PACKAGES** | | |
| YPEAA | LESS VALUE PACKAGE | ☐ |
| **VEHICLE LINE/LEVEL** | | |
| VL AU | FOCUS (CW170) - N.A. | ☐ |
| **VERSION** | | |
| VS CE | SE VERSION - CAR | ☐ |
| **WHEEL - SPARE** | | |
| D17AH | SPARE WHEEL-MINI STEEL | ☐ |
| D1702 | ALL MINI SPARE WHEELS | ☐ |
| **WHEEL COVERS** | | |
| D5AAA | LESS WHEEL COVERS | ☐ |
| **WHEEL SIZE/STYLE - 15 INCH** | | |
| D2SCV | 6X15 MACH ALLOY W/PNTED POCKET | ☐ |
| D2S02 | 6.0 X 15 SUMMARY | ☐ |
| **WHEELBASE** | | |
| A2WAK | 103 CAR WHEELBASE | ☐ |
| **WINDOW/PANEL - RR QRTR VENT** | | |
| B2FAA | LESS REAR QUARTER VENT WINDOW | ☐ |
| **WINDOWS - FRONT SIDE** | | |
| B2CAE | PWR FRT WINDOWS ONE TOUCH DOWN | ☐ |
| **WINDOWS - REAR SIDE** | | |
| B2DAC | POWER REAR SIDE WINDOW | ☐ |

Reset   Close   Print

REQUESTOR : M-DEFLUM

HVBoM

FORD PROPRIETARY, TRANSIENT

**TOP**

ROWS RETURNED : 281
TIMESTAMP : 17-Mar-2016 2:53:14 PM
RETENTION: NONE

Reset    Close    Print

## HVBoM - Features for VIN : 1FMCU03739KA59048

| | | | |
|---|---|---|---|
| Model Year: | 2009 | Vehicle Line: | VL M7 |
| Company Car: | N | Vehicle Body/Cab: | FORD ESCAPE 4-DR XLT 4X2 |
| Ordering Country | | Vehicle Type | T - Truck |
| Engine Serial Number: | 090908214111 | Engine Tag Number: | 9G316AA |
| Vehicle Calibration Number: | 9M71A20A | Production Date: | 15-OCT-2008 |
| Warranty Start Date: | 23-MAY-2009 | Warranty End Date: | |
| DSO Number: | | EUR Paint Code: | |
| Selling Dealer Code: | 01991 | Fleet Code: | |
| Transmission Serial Number: | 088283076113 | Interior Trim Code: | 29 |
| Exterior Paint Code: | U1 | Tu-Tone Paint Code: | |

## Feature Description Table

| Feature Code | Feature Description | |
|---|---|---|
| **AIR BAG RESTRAINT - DRIVER** | | |
| CPGAB | AIR BAG RESTRAINT-DRIVER | ☐ |
| **AIR BAG RESTRAINT - PASS** | | |
| CPHAB | AIR BAG RESTRAINT-PASS | ☐ |
| **AMENITIES PACKAGE** | | |
| YQZAA | LESS AMENITIES PACKAGE | ☐ |
| **ANTI THEFT SYSTEM - FORD INVOICED ACCESS** | | |
| FHXAA | LESS ANTI THEFT SYSTEM - FIA | ☐ |
| **AUDIO - RADIO ANTENNA** | | |
| ICDAV | SATELLITE ANTENNA (SDARS) | ☐ |
| **AUDIO - RADIO CONTROLS - AUTO VOLUME** | | |
| IGHAA | LESS RADIO CONTROL AUTO VOLUME | ☐ |
| **AUDIO - RADIO FREQUENCY** | | |
| IBMAB | NAAO RADIO FREQUENCY | ☐ |
| **AUDIO - RADIO RECEPTION EQUIPMENT** | | |
| IBBAB | SATELLITE RADIO RECEPT-AUDIO | ☐ |
| **AUDIO - RADIO SPEAKERS** | | |
| IDBAC | 4 RADIO SPEAKERS | ☐ |
| **AUDIO - RADIOS** | | |
| IBAAZ | ELETR AM/FM STRO/DISC/CLK | ☐ |
| IBA00 | ALL RADIOS | ☐ |
| IBA02 | ALL NON CASSETTE RADIOS | ☐ |
| IBA03 | ALL STEREO RADIOS | ☐ |
| IBA05 | ALL RADIOS WITH CD PLAYER | ☐ |
| IBA06 | ALL RADIOS WITHOUT NAVIGATION | ☐ |
| **AUDIO PACKAGE** | | |
| YPNAA | LESS AUDIO PACKAGE | ☐ |
| **AXLE - FINAL DRIVE RATIO - SINGLE SPEED** | | |

EXHIBIT A-4

| | | |
|---|---|---|
| EGAAG | 2.93 FINAL DRIVE RATIO | ☐ |
| EGA01 | ALL SINGLE SPD FINAL DR RATIOS | ☐ |
| **BRAKES - ANTI-LOCK** | | |
| FEAAB | 4 WHL ANTI-LOCK BRAKES | ☐ |
| **BRAKES - HEV REGENERATIVE BRAKE SYSTEM** | | |
| FAKAA | LESS HEV REGEN BRAKE SYSTEM | ☐ |
| **BUMPER - PROXIMITY SENSOR** | | |
| HLHAA | LESS PROXIMITY SENSOR | ☐ |
| **BUMPER AND FASCIA PACKAGE** | | |
| CL9AA | LESS BUMPER/FASCIA PACK | ☐ |
| **CAB STYLE** | | |
| CA WE | 5 DOOR LIGHT TRUCK | ☐ |
| **CARGO AREA COVER** | | |
| BDCAB | CARGO AREA COVER | ☐ |
| **CARGO PACKAGE** | | |
| YP4AB | CARGO PACKAGE | ☐ |
| **CARGO STOW RACK** | | |
| BDSAD | CARGO AREA MGMT SYSTEM LEVEL 1 | ☐ |
| **CARGO TRAY - FORD INVOICED ACCESSORIES** | | |
| FIQAA | LESS CARGO TRAY-FIA | ☐ |
| **CENTER PANEL - FINISH** | | |
| B57AG | CENTER PANEL-GHIN RIME | ☐ |
| **CLIMATE - AIR CONDITIONING** | | |
| AC B | MANUAL AIR CONDITIONER | ☐ |
| AC 1 | ALL AIR CONDITIONING | ☐ |
| **CLIMATE - AIR REGISTER** | | |
| G1GAB | AIR REGISTER - BASE | ☐ |
| **COLD WEATHER GROUP** | | |
| ABCAA | LESS COLD WEATHER GROUP | ☐ |
| **COMFORT PACK** | | |
| J5XAA | LESS COMFORT PACK | ☐ |
| **CONSOLE - OVERHEAD** | | |
| B5VAL | OVERHEAD CONSOLE-2 SUNGLS BINS | ☐ |
| **CONSOLE - UNIQUE CONSOLE TOP PLATE** | | |
| B5SAE | CONSOLE TOP PLATE-METALLIC | ☐ |
| **CONVENIENCE GROUP** | | |
| AAMAB | CONVENIENCE GROUP | ☐ |
| **DOOR SWITCHPACK FINISHER** | | |
| BAZAZ | DR SP FNSH-FR-GHIN RIME/RR-MIC | ☐ |
| BAZ02 | ANY MIC DR SWTCHPACK FINISHERS | ☐ |
| **DRIVE** | | |
| DR A | 2 WHL L/H FRONT DRIVE | ☐ |
| DR T | ALL 2 WHEEL LEFT HAND DRIVE | ☐ |
| DR 1 | ALL LEFT HAND DRIVE | ☐ |
| DR 2 | ALL 2 WHEEL DRIVE | ☐ |

| | | |
|---|---|---|
| DR 5 | ALL FRONT WHEEL DRIVE | ☐ |
| **DVD PACK - FORD INVOICED ACCESSORIES** | | |
| FI2AA | LESS DVD PACK-FIA | ☐ |
| **ELECTRICAL OUTLET** | | |
| J3AAA | LESS ELECTRICAL OUTLET | ☐ |
| **ENGINE** | | |
| EN S7 | 2.5L DOHC PFI 4 CYL GAS | ☐ |
| EN 0G | ALL GAS/GASEOUS ENGINES | ☐ |
| EN 04 | ALL 4 CYLINDER GAS ENGINES | ☐ |
| EN 09 | ALL 4 AND 5 CYLINDER ENGINES | ☐ |
| **ENGINE - EMISSION REQUIREMENTS** | | |
| DGABG | TIER 2 BIN 5 - MFC | ☐ |
| **ENGINE - HEATER** | | |
| DEBAA | LESS IMMERSION HEATER | ☐ |
| **ENGINE - STARTER/CLUTCH INTERLOCK** | | |
| DEHAA | LS START/CLUTCH PEDAL INTERLOC | ☐ |
| **EXCLUSIVE PACK** | | |
| AB4AA | LESS EXCLUSIVE PACK | ☐ |
| **EXTERIOR - DOOR HANDLE** | | |
| CAAAB | EXTERIOR DOOR HANDLE-BLACK | ☐ |
| **EXTERIOR APPEARANCE GROUP** | | |
| AB2AA | LESS APPEARANCE GROUP | ☐ |
| **EXTERIOR PAINT - 2003/04/05/06 EXTERIOR** | | |
| PN3KT | SPORT BLUE METALLIC | ☐ |
| **FEATURE CONTENT GROUP** | | |
| AD2AB | FEATURE CONTENT GROUP 1 | ☐ |
| **FLEET** | | |
| YZKAA | RETAIL/STOCK | ☐ |
| **FLOOR MATS - INTERIOR FRONT** | | |
| BBHAB | FRONT THROW IN CARPET FLR MATS | ☐ |
| **FLOOR MATS - INTERIOR REAR** | | |
| BBIAB | REAR THROW IN CARPET FLR MATS | ☐ |
| **FLOOR MATS LEVEL 2 - FORD INVOICED ACCES** | | |
| FHEAA | LESS FLOOR MATS LEVEL 2-FIA | ☐ |
| **FTO PACKAGE** | | |
| YQ6AA | LESS FTO PACKAGE | ☐ |
| **FUEL - ASSEMBLY PLANT FUEL FILL** | | |
| FF1AB | NORMAL FUEL FILL | ☐ |
| **FUEL ENGINE FUEL CAPABILITY** | | |
| GBVAF | UNLEADED FUEL CAPABILITY | ☐ |
| GBV01 | ALL NON FLEX FUEL CAPABILITY | ☐ |
| GBV02 | ALL GASOLINE FUEL CAPABILITY | ☐ |
| **FUEL KIT - FORD INVOICED ACCESSORIES** | | |
| FHHAA | LESS FUEL KIT | ☐ |
| **FUEL LABEL** | | |

| B1BAB | BP FUEL LABEL | ☐ |
| **FUEL TANK LOCK** | | |
| GBTAG | NON LOCKING CAPLESS FUEL FILL | ☐ |
| **FUEL TANKS** | | |
| GBAAB | SINGLE FUEL TANK | ☐ |
| **GEARCHANGE LEVER SURROUND** | | |
| HCKAE | CHROME SURROUND | ☐ |
| **GRILLE - FRONT** | | |
| BLDC7 | GRILLE-BRIGHT UPPER/BC LOWER | ☐ |
| **GVWS** | | |
| AAZBU | 4440 LB. GVW | ☐ |
| AAZ01 | 0 LB THRU 4580 LB GVW | ☐ |
| AAZ06 | 0 LB THRU 8600 LB GVW | ☐ |
| **HORNS - ELECTRICAL** | | |
| HIAAA | LESS ELECTRIC HORN | ☐ |
| **INFORMATION PACKAGE** | | |
| YQXAA | LESS INFO/TECH PACKAGE | ☐ |
| **INSTRUMENTATION - DISPLAYS - COMPASS** | | |
| HJFAB | COMPASS DISPLAY | ☐ |
| **INSTRUMENTATION - MESSAGE CENTER** | | |
| HKDAB | MESSAGE CENTER | ☐ |
| **INSTRUMENTATION - NAVIGATION CENTER** | | |
| HKCAA | LESS NAVIGATION CENTER | ☐ |
| **INSTRUMENTATION - SPEEDOMETERS** | | |
| HDHAB | MPH/KPH SPEEDOMETER | ☐ |
| **INSTRUMENTATION - TIRE INFLATION MONITOR** | | |
| HJCAB | TIRE INFLATION MONITOR | ☐ |
| **INTERIOR DOOR HANDLES** | | |
| BCFAG | DOOR HANDLES-INSIDE MIC | ☐ |
| **INTERIOR DOOR TRIM PANEL INSERT** | | |
| BCLET | DOOR TRIM PNL INSERT-ECO | ☐ |
| **INTERIOR FLOOR MATS - FORD INVOICED ACCE** | | |
| FIDAA | LESS FLOOR MATS-FIA | ☐ |
| **INTERIOR TRIM COLORS - ALL** | | |
| 000Y9 | CHARCOAL | ☐ |
| **INTERIOR TRIM PACKS** | | |
| ABBAA | LESS TRIM PACK | ☐ |
| **LABELS - SPECIAL LANGUAGE** | | |
| AEAAE | ENGLISH LANGUAGE LABEL | ☐ |
| **LAMPS - FRONT FOG** | | |
| JBKAB | FRONT FOG LAMPS | ☐ |
| **LAMPS - HEADER LIGHTS - ROOF** | | |
| JCGAB | DOME MAPLIGHT | ☐ |
| **LAMPS - HEADLAMP CONTROL** | | |
| JEDAC | AUTOMATIC HEADLAMP CONTROL OFF | ☐ |

**LAMPS - HEADLAMPS - RUNNING**

JBCAA     LESS DAYTIME RUNNING LAMPS   ☐

**LAMPS - INTERIOR LIGHT GROUP**

JCBAA     LESS INTERIOR LIGHT GROUP   ☐

**LAMPS - SIDE FLASHERS**

JBGAA     LESS SIDE REPEAT FLASHERS   ☐

**LICENSE PLATE BRACKET - FRONT**

CLVAB     FRT LICENSE PLATE BRKT/HOLDER   ☐

**LOCK - KEY/BRAKE/GEAR SHIFT LOCK**

FLSAC     KEY/BRK/GEAR SHFI/LOC-ELEC MEC   ☐

**LOCK - LIFTGATE/TAILGATE HANDLE - EXTERI**

CACAH     LIFT/DECKLID HNDL EXT- A-GLOSS   ☐

**LOCKS - DOOR ENTRY REMOTE CNTR UNIT**

CBFAE     ILLUMINATED DOOR ENTRY KEYPAD   ☐

**LUXURY PACK**

J5LAA     LESS LUXURY PACK   ☐

**MARKETING BODY CODE**

YBCEQ     MRKTG BODY CODE-U03   ☐

**MEDIA GATEWAY MODULE (MGM)**

IEVAA     LESS MEDIA GATEWAY MODULE   ☐

**MIRROR - EXTERIOR DRIVER**

BSDB8     DRV MANUAL FOLD, POWER ADJUST   ☐

**MIRROR - EXTERIOR FINISH**

BSLAE     EXT MIRRORS MOULDED-IN COLOR   ☐

**MIRROR - EXTERIOR PASSENGER**

BSFB8     PASS MANUAL FOLD, POWER ADJUST   ☐

**MIRROR - INTERIOR REAR VIEW**

BSBAF     ELECTROCHROMIC INSIDE MIRROR   ☐

**MOON AND TUNE PACKAGES**

YQDAA     LESS MOON AND TUNE PACKAGE   ☐

**MOULDINGS - EXTERIOR ROCKER PANEL**

BMDAH     ROCKER PANEL MLD-BODY COLOR   ☐

**M7 -B-C -HIGH-FORD**

5T2Y9   ☐

5T200     M7 -B-C -HIGH-FORD   ☐

**OWNER HAND BOOK PACK**

AEDAB     OWNER HAND BOOK PACK   ☐

**PLANT BUILD REQUIREMENTS**

AAGAJ     KANSAS CITY PLANT BUILD   ☐

**PREMIUM GROUP**

ADRAA     LESS PREMIUM GROUP   ☐

**PROGRAM CONTROL**

AD6GA     2009 JOB #1 PROGRAM CONTROL   ☐

**REMOTE STARTER - FORD INVOICED ACCESSORY**

FIVAA     LESS REMOTE STARTER-FIA   ☐

**ROOF - OPENING PANELS**

CHAAA          LESS ROOF OPENING PANELS          ☐

**ROOF RACK**

BLYAB          ROOF RACK INCLUDING CROSSBARS          ☐

BLY01          ALL ROOF RACKS          ☐

**SALES BADGE**

AB5AA          LESS SALES BADGE          ☐

**SALES FEATURE CODE-LEVEL 1**

AC1AA          LESS SALES FEATURE - LEVEL 1          ☐

**SEAT - DRIVER SEAT BACK MTD MAP POCKET**

BU6AB          DRV SEAT BACK MTD MAP POCKET          ☐

**SEAT - FRONT SEAT TYPE**

FS B           SEAT-INDIVIDUAL-L/B DRV/PASS          ☐

**SEAT - PASS SEAT BACK MTD MAP POCKET**

BU7AB          PASS SEAT BACK MTD MAP POCKET          ☐

**SEAT - TEMP CONTROLLED DRIVER**

BY1AA          LESS TEMP CONTROL DRIVER SEAT          ☐

**SEAT - TEMP CONTROLLED PASSENGER**

BY2AA          LESS TEMP CONTROL PASSNGR SEAT          ☐

**SEAT ADJUSTER - DRIVER**

BYPAC          POWER 6-WAY DRIVER SEAT ADJUST          ☐

**SEATS - LUMBAR SEAT SUPT - L/H SIDE**

BVUAA          LESS L/H SIDE LUMBAR SEAT SUPT          ☐

**SEATS - SECOND ROW SEATING**

BYBA1          2ND ROW - SPLIT BENCH 2 PASS          ☐

**SERIES**

SE EF          FORD SERIES          ☐

**SMOKERS PACKAGE**

J3CAA          LESS SMOKERS PACKAGE          ☐

**SPECIAL EQUIPMENT PACKAGES**

AALAA          LESS SPECIAL EQUIPMENT PACKAGE          ☐

**SPECIAL VALUE PACK**

ABEAA          LESS SPECIAL VALUE PACKAGES          ☐

**SPEED CONTROL**

GTDAB          SPEED CONTROL          ☐

**SPRING - COIL LEFT FRONT**

TAAQ8          9L84 5310 B L/F COIL          ☐

**SPRING - COIL RIGHT FRONT**

TACQY          9L84 5310 B R/F COIL          ☐

**SPRING - LEAF LEFT REAR**

TAJD8          9L84 5726 A L/R LEAF          ☐

**SPRING - LEAF RIGHT REAR**

TAKD8          9L84 5726 A R/R LEAF          ☐

**STAR RATING PERF LEVEL**

A5MAB          STAR RATING PERF LEVEL 1          ☐

**STEERING DAMPER**

GMBAA      LESS STEERING DAMPER      ☐

**STEERING WHEEL**

GTAAE      STEERING WHEEL-LEATHER WRAPPED      ☐

**STEERING WHEEL - REDUNDANT CONTROLS**

GTEAA      LESS REDUNDANT CTL -STEER WHL      ☐

**SUSPENSION**

DWAAF      STANDARD DUTY SUSPENSION      ☐

**TERRITORIES - GENERIC COUNTRY GROUPINGS**

SATAB      GENERIC COUNTRY GROUP 1      ☐

**TERRITORIES - NORTH AMERICA PRINCIPLE**

WANAB      USA      ☐

WAN01      ALL U.S.A. AND CANADA      ☐

WAN02      USA,USA TERR,CAN,MEX      ☐

WAN03      ALL USA AND MEXICO      ☐

**THERMOMETER-OUTSIDE TEMP**

HJEAB      OUTSIDE TEMP THERMOMETER      ☐

**TIRE SPARE**

D3MAQ      SPARE TIRE - T145/90R17      ☐

**TIRES - 16 INCH**

D3JU6      P235/70R-16T BSW A-S      ☐

**TPO/ORDER CODES 301-599**

YZCAB      TPO/ORDER CODE 305A      ☐

**TRAILER TOWING**

C1CAA      LESS TRAILER TOWING PACKAGE      ☐

**TRANSMISSION**

TR W6      6 SPD AUTO TRANS 6F MID-RANGE      ☐

TR 0A      ALL AUTOMATIC TRANSMISSIONS      ☐

TR 06      ALL 6 SPD AUTO TRANSMISSIONS      ☐

**TRANSMISSION GEARSHIFT KNOB**

CAEBW      GEARSHIFT KNOB - MIC INSERT      ☐

**UNDERBODY PROTECTION**

A1CAA      LESS UNDERBODY PROTECTION      ☐

**VERSION**

AAAAD      XLT VERSION      ☐

**VERSION - EXTERIOR - APPEARANCE PACK**

ABFAA      LESS EXT APPEARANCE PACK      ☐

**VERSION - LIVERY PACKAGE**

YQAZZ      NO POS SEL FROM THIS FAMILY      ☐

**VERSION PACKAGES**

AACAA      LESS VERSION PACKAGES      ☐

**VISOR - SUNVISORS - DRIVER**

BCAAE      SUNVISOR,SINGLE-DRV ILLUM      ☐

**VISOR - SUNVISORS - PASSENGER**

BCBAE      SUNVISOR,SINGLE-PASS ILLUM      ☐