| English | Customer Service | USPS Mobile | Register / Sign In |



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** RE116765790US

**On Time**
**Expected Delivery Day:** Thursday, April 14, 2016

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Registered Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 14, 2016 , 10:13 am | Delivered | DETROIT, MI 48232 |

Your item was delivered at 10:13 am on April 14, 2016 in DETROIT, MI 48232.

| | | |
|---|---|---|
| April 14, 2016 , 8:40 am | Arrived at Unit | DETROIT, MI 48216 |
| April 14, 2016 , 1:39 am | Departed USPS Facility | DETROIT, MI 48233 |
| April 13, 2016 , 1:31 pm | Arrived at USPS Destination Facility | DETROIT, MI 48233 |
| April 12, 2016 , 5:05 am | Departed USPS Facility | CHARLESTON, WV 25350 |
| April 11, 2016 , 10:05 pm | Arrived at USPS Origin Facility | CHARLESTON, WV 25350 |
| April 11, 2016 , 5:04 pm | Departed Post Office | ONA, WV 25545 |
| April 11, 2016 , 10:59 am | Acceptance | ONA, WV 25545 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number