# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311 <br> : Honorable Marianne O. Battani <br> : |
| In Re: ALL PARTS | |
| THIS RELATES TO: All Cases | : <br> : <br> : |

## NOTICE OF APPEARANCE OF EMILY J. BLACKBURN

TO:    THE CLERK OF THE COURT

PLEASE enter the appearance of Emily J. Blackburn, of the law firm of Arnold & Porter LLP, as counsel on behalf of Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the above-captioned matters.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: May 9, 2016            Respectfully submitted,

ARNOLD & PORTER LLP

By:   /s/ Emily J. Blackburn
Emily J. Blackburn*
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-6630
(202) 942-5999 - facsimile
*email*: Emily.Blackburn@aporter.com

*Attorney for Defendants Koito Manufacturing Co. Ltd. and North American Lighting, Inc.*

*\*Admitted only in New York; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar.*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 9, 2016, I caused the foregoing Notice of Appearance of Emily J. Blackburn to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: May 9, 2016       By: /s/ Emily J. Blackburn
                Emily J. Blackburn