UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: | |
| ALL WIRE HARNESS CASES | 2:12-cv-00100-MOB-MKM |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on May 13, 2016, at 1:00 p.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

Doc #1257; #12-MD-02311; Motion of Non-Party Delphi Automotive Systems, LLC for Protective Order and Reimbursement of Costs for Production; and
Doc #1277; #12-MD-02311; Certain Defendants' Opposition to Delphi's Motion for Protective Order and Cross-Motion to Compel.

Date: May 9, 2016          /s/ Gene J. Esshaki_____
                           GENE J. ESSHAKI, MASTER

4840-8838-8401, v. 1