## Index of Exhibits

**Exhibit A:** Objections of Carlene Cross and Albert Graham, Jr., filed by N. Albert Bacharach.

**Exhibit B:** Subpoenas served on Mr. Bacharach and the Cross Objectors.

**Exhibit C:** Motion to Quash, filed in the United States District Court for the Northern District of Florida.

**Exhibit D:** Order denying Mr. Bacharach's Motion to Quash, United States District Court for the Northern District of Florida.

**Exhibit E:** Amended Subpoena and Notice of Deposition of N. Albert Bacharach.

**Exhibit F:** April 30, 2016 email from William Reiss.

**Exhibit G:** May 1, 2016 email from N. Albert Bacharach.

**Exhibit H:** Notice of Withdrawal of the Cross Objectors' Objections in the Auto Parts Action.

**Exhibit I:** May 2, 2016 email from Paul S. Rothstein, with attachment

**Exhibit J:** May 2, 2016 email from William Reiss, with attachment.

**Exhibit K:** May 3, 2016 email from Paul S. Rothstein.

**Exhibit L:** May 3, 2016 email from Paul S. Rothstein.

**Exhibit M:** May 4, 2016 email from William Reiss.

**Exhibit N:** May 6, 2016 email from Paul S. Rothstein.

**Exhibit O**: Notice of Withdrawal of Previous Withdrawal of Objections, filed by N. Albert Bacharach.

**Exhibit P:** Amended Notice of Withdrawal of Previous Withdrawal of Objections filed by N. Albert Bacharach.