UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Hon. Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In re:  EXHAUST SYSTEM CASES | |
| THIS RELATES TO: ALL EXHAUST SYSTEMS CASES | 2:16-cv-11082-MOB-MKM 2:16-cv-11087-MOB-MKM |

## **APPEARANCE**

Please enter the appearance of Larry J. Saylor of the law firm Miller, Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Meritor, Inc.

                                  MILLER, CANFIELD, PADDOCK
                                      & STONE, PLC

                                  s/ Larry J. Saylor
                                  Larry J. Saylor (P28165)
                                  A. Michael Palizzi  (P47262)
                                  Attorneys Meritor, Inc.
                                  150 West Jefferson Avenue, Ste. 2500
                                  Detroit, MI 48226
                                  Telephone:  (313) 963-6420
Dated:  May 11, 2016           saylor@millercanfield.com

**PROOF OF SERVICE**

I hereby certify that on May 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        s/ Larry J. Saylor
        Larry J. Saylor (P28165)
        MILLER, CANFIELD, PADDOCK
          & STONE
        Attorneys for Meritor, Inc.
        150 West Jefferson Avenue, Ste. 2500
        Detroit, MI 48226

26720337.1\110425-00537