UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                Plaintiff(s),

v.                                      Case No. 2:12–md–02311–MOB–MKM
                                            Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  June 23, 2016 at 02:00 PM

**ADDITIONAL INFORMATION:**   Regarding Objections (Doc. #1314, 1315, 1316, 1317, 1318, 1319, 1320, 1321, 1327, 1328, 1329) to Order (Doc. #1294)

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K. Doaks
                                                          Case Manager

Dated:  May 12, 2016