# INDEX TO EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | May 9, 2016 correspondence to Ford Motor Company |
| B | May 12, 2016 email correspondence from Ford Motor Company |