# GEORGE W. COCHRAN
## Attorney at Law

Cochran Professional Building                                                        Telephone: 330.626.5600
1385 Russell Drive                                                            Facsimile:  330.230.6136
Streetsboro, Ohio 44241        *[transmitted by email to sleivick@kasowitz.com]*     Email:  lawchrist@gmail.com

Sarah G. Leivick                                                               May 9, 2016
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*Re:*    In Re: Automotive Parts Antitrust Litigation
           E.D. Mich. Case No. No. 12-md-02311

Greetings:

This office was recently retained by Olen York, Amy York and Nancy York to assist with their objection to the fairness of the above-captioned proposed settlements with a dozen auto parts suppliers who allegedly conspired to fix prices in sales to auto manufacturers such as Ford Motor Company. The Ford vehicles involved are as follows:

- *2009 Ford Escape XLT* 2.5L (Vin No.  1FMCU03739KA59048) -- purchased by Amy York on May 23, 2009 from River Cities Ford in Lavalette, WV; and

- *2010 Ford Focus SE* 2.0L **(**Vin No. 1FAHP3FN9AW117065) -- purchased by Olen York, Jr. (deceased) and Nancy York on September 12, 2009 from Stephens Auto in Danville, WV.

Because the parties did not publish a master list that links parts to vehicles, it is impossible to determine which of the automobile parts covered by the settlements were installed in the foregoing vehicles. We have tried every source we could think of—ranging from the settlement website, the settlement agreements, the class complaints, the local dealer, and even the settlement administrator—to no avail.

As expected, class counsel is challenging my clients' standing to object based on their inability to verify membership in any of the proposed classes. We now turn to the manufacturer as our last hope. As Ford's counsel, I trust you have fielded numerous other inquiries for the same reason. If you (or the appropriate department) could please provide some direction on how to solve this mystery, we would greatly appreciate it. Please call the undersigned at 330-607-2187 with any information you may have on this subject. Thanks in advance for your prompt attention to this important matter. The fairness hearing is Wednesday, May 11th.

Sincerely,

*George W. Cochran*
Attorney-at-Law