Gmail - auto parts class settlement                                                                                    5/13/16, 11:25 AM

 **Gmail**                                              George Cochran <lawchrist@gmail.com>

## auto parts class settlement
4 messages

**George Cochran** <lawchrist@gmail.com>                          Mon, May 9, 2016 at 8:56 AM
To: Sarah Gibbs Leivick <sleivick@kasowitz.com>
Bcc: Olen York <oly3@olenyork.com>

Ford's office of general counsel referred my inquiry to you. Please see attached correspondence. Thanks for your prompt attention to this important matter.

*George W. Cochran, Esq.*

1385 Russell Drive
Streetsboro, Ohio 44241
Tel:  330.607.2187
Fax:  330.230.6136

NOTICE:  This message is intended only for the addressee and may contain information that is privileged, confidential and/or work product.  If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment.  If you have received this message in error, please call the sender immediately and delete all copies of the message and any attachments.  Neither the transmission of this message or the attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

 **leivick.0509016.docx**
119K

**Sarah G. Leivick** <SLeivick@kasowitz.com>                          Thu, May 12, 2016 at 1:16 PM
To: George Cochran <lawchrist@gmail.com>

Mr. Cochran:

I write in response to your letter to Ford Motor Company concerning the auto parts class action settlements.  Unfortunately, Ford is not able to provide the information you have requested.  Trying to identify the parts subject to the settlement agreement that were installed in the vehicles purchased by your clients would be unduly burdensome, and Ford has similarly objected to producing such information in response to a subpoena served on Ford and other OEMs in the auto parts MDL.

Regards,

Sarah

**From:** George Cochran [mailto:lawchrist@gmail.com]
**Sent:** Monday, May 9, 2016 8:56 AM
**To:** Sarah G. Leivick <SLeivick@kasowitz.com>
**Subject:** auto parts class settlement

[Quoted text hidden]

Sarah G. Leivick, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1765
Fax. (212) 835-5065
SLeivick@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

**George Cochran** <lawchrist@gmail.com>                    Thu, May 12, 2016 at 3:52 PM
To: "Sarah G. Leivick" <SLeivick@kasowitz.com>
Bcc: Olen York <oly3@olenyork.com>

Thanks for your quick response. At yesterday's fairness hearing in the End-Payor settlements, class counsel represented that the parties will soon come out with a way to match parts and vehicles. Do you know anything about that?

*George W. Cochran, Esq.*

1385 Russell Drive
Streetsboro, Ohio 44241
Tel:  330.607.2187
Fax:  330.230.6136

NOTICE:  This message is intended only for the addressee and may contain information that is privileged, confidential and/or work product.  If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment.  If you have received this message in error, please call the sender immediately and delete all copies of the message and any attachments.  Neither the transmission of this message or the attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

[Quoted text hidden]

---

**Sarah G. Leivick** <SLeivick@kasowitz.com>                Fri, May 13, 2016 at 11:17 AM
To: George Cochran <lawchrist@gmail.com>

Mr. Cochran:

No, we do not know anything about the parties' proposed methodology for matching parts and vehicles.

Regards,

Sarah


**From:** George Cochran [mailto:lawchrist@gmail.com]
**Sent:** Thursday, May 12, 2016 3:53 PM
**To:** Sarah G. Leivick <SLeivick@kasowitz.com>
**Subject:** Re: auto parts class settlement

[Quoted text hidden]