UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation | Master File No. 12-md-02311 |
| In re: All Parts Cases | Honorable Marianne O. Battani |
| This document relates to: Truck and Equipment Dealer Cases | |

INDEX OF EXHIBITS TO TRUCK AND EQUIPMENT DEALER PLAINTIFFS' OPPOSITION TO NON-PARTY DAIMLER TRUCK ENTITIES' OBJECTIONS TO, AND MOTION TO MODIFY, SPECIAL MASTER'S APRIL 20, 2016 ORDER

| Exhibit | Description |
|---|---|
| 1 | Email from Dominic Surprenant to Andrew Sperl dated October 19, 2015 |
| 2 | Declaration of Jess Reaser in Support of Truck and Equipment Dealer Plaintiffs' Opposition to Daimler Truck Entities' Objections to Special Master's April 20, 2016 Order |