**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **IN RE ALL AUTO PARTS CASES** | 2:12-MD-02311-MOB-MKM |
| **THIS DOCUMENT RELATES TO:**<br>**ALL AUTO PARTS CASES** | |

## INDEX OF EXHIBITS

**Exhibit A**  3-24-2016 Transcript of Proceedings re Motions to Compel

**Exhibit B**  3-24-2016 Email from Adam Hemlock to Colin Kass

**Exhibit C**  4-1-2016 Email from Ronnie Spiegel to Scott Abeles with Proposed Order

**Exhibit D**  4-6-2016 Email from Scott Abeles to Ronnie Spiegal with Redlined Proposed Order

**Exhibit E**  4-15-2016 Emails from Parties' to Special Master Esshaki with Clean and Redlined Orders

**Exhibit F**  11-24-2015 Letter from Parties to the Specified Subpoenaed Entities

**Exhibit G**  12-18-2015 Letter from the Specified Subpoenaed Entities to the Parties

**Exhibit H**  August 2013 Truckinginfo.com article: *Medium-Duty Update: Winners, Losers and Overall Steady Growth*