# Exhibit B

**From:** Hemlock, Adam [mailto:adam.hemlock@weil.com]
**Sent:** Thursday, March 24, 2016 10:43 PM
**To:** Kass, Colin
**Cc:** Steven.Cherry@wilmerhale.com; Patrick.Carome@wilmerhale.com; Reiss, Steven; Trager, Lara; hiwrey@dykema.com; klein@butzel.com; Steve Williams; Ronnie Spiegel; Jon Cuneo; Vicky@cuneolaw.com; WShotzbarger@duanemorris.com
**Subject:** OEM Subpoena - 30(b)(6) topics

Dear Colin:

I hope you had a safe trip home.  As instructed by the court, below please find the 30(b)(6) topics subject to today's order by Special Master Esshaki:

1. Transactional purchase data for the parts at issue
2. Procurement process and supplier selection and price adjustments for the parts at issue, and documents related thereto
3. Vehicle cost data
4. Vehicle pricing process, including process for setting and adjusting pricing, and documents related thereto
5. Transactional sales data for sales of vehicles:
   a. From OEMs to ADPs and TEDPs
   b. From OEMs to Distributors
   c. From Distributors to ADPs and TEDPs;
   d. From ADPs and TEDPs to EPPs
   e. From OEMs to EPPs (*e.g.*, fleet buyers)
   f. From Distributors to EPPs

References above to documents and data include information on format, where maintained, time period, current and legacy systems, and costs and burden of production.

Please share this email with the other OEM counsel.  Plaintiffs' counsel, please circulate among your group.  We will do same with defendants.

Thanks and have a nice evening.



**Adam C. Hemlock**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
adam.hemlock@weil.com
+1 212 310 8281 Direct
+1 347 268 6858 Mobile
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.