**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| | : | |
| IN RE AUTOMOTIVE PARTS | : | Master File No. 2:12-md-02311 |
| ANTITRUST LITIGATION | : | Judge Marianne O. Battani |
| | : | Special Master Gene J. Esshaki |
| | : | |
| ALL PARTS | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS | : | |
| | : | |

**END-PAYOR PLAINTIFFS' NOTICE OF FILING UNDER SEAL
THE PARTIES' RESPONSE TO OBJECTIONS TO THE SPECIAL MASTER'S ORDER
REGARDING THE PARTIES' MOTION TO COMPEL DISCOVERY FROM
NON-PARTY OEMS AND ORDERING NON-PARTY RULE 30(B)(6) DEPOSITIONS**

End-Payor Plaintiffs, pursuant to the Stipulation and Protective Order Governing the

Production and Exchange of Confidential Information ("Protective Oder") (ECF No. 200), hereby

provide notice of filing under seal the Parties'[1] Response to Objections to the Special Master's

Order Regarding the Parties' Motion to Compel Discovery From Non-Party OEMs and Ordering

Non-Party Rule 30(b)(6) Depositions ("Response"). Paragraph 7 of the Protective Order provides

that "this Order shall serve as a stipulated order for purposes of Civil Local Rule 5.3(b)" and

requires all materials containing "Confidential Information or Highly Confidential Information"

(as defined in the Protective Order) to be filed under seal, in accordance with the procedures

---

[1] The Parties as referred to in this notice include End-Payor Plaintiffs ("EPPs"), Automobile Dealer Plaintiffs ("ADPs"), Truck and Equipment Dealer Plaintiffs ("TEDPs"), The State of Indiana, and the State of Florida (collectively "Plaintiffs"), and Defendants in all actions in this MDL. Not all Defendants join with respect to all OEMs.

1

contained in the Protective Order. No means other than sealing will preserve the confidentiality

of the confidential information contained in the Response.

Date: May 16, 2016                                  Respectfully submitted,

*/s/ Steven N. Williams*
Steven N. Williams
Demetrius Lambrinos
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100

2

Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed*
*End-Payor Plaintiff Classes*

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed*
*End-Payor Plaintiff Classes*