**UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS** | ) | Civil No. 2:12-md-2311-MOB |
| **ANTITRUST LITIGATION** | ) | Honorable Marianne O. Battani |
| | ) | |
| | ) | |
| **In Re:  ALL PARTS** | ) | 2:13-cv-02702-MOB |
| | ) | 2:13-cv-02703-MOB |
| | ) | [Air Conditioning System Cases] |
| **THIS RELATES TO:  ALL CASES** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**OF ANITA G. FOX**

TO:   THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE enter the appearance of Anita G. Fox of the law firm of Fraser Trebilcock Davis & Dunlap, P.C., as local counsel on behalf of Defendants Showa Denko K.K. and Showa Aluminum Corporation of America in the above-captioned matter.  The appearance shall not be deemed to be waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated:  May 17, 2016       By:     __/s/ Anita G. Fox_____
                                                   Anita G. Fox
                                                   Attorneys for Defendants Showa Denko K.K.
                                                   and Showa Aluminum Corporation of America
                                                   124 W. Allegan Street, Suite 1000
                                                   Lansing, Michigan  489033
                                                   (517) 377-0837
                                                   Email:  afox@fraserlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2016 I electronically filed my Appearance on behalf of Showa Denko K.K. and Showa Aluminum Corporation of America with the Clerk of the Court using the ECF system which will send notification of such filing to all of the ECF participants in this action.

                                                /s/ Anita G. Fox
                                                Anita G. Fox
                                                124 W. Allegan Street, Suite 1000
                                                Lansing, Michigan  489033
                                                (517) 377-0837
                                                Email:  afox@fraserlawfirm.com