# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311  Honorable Marianne O. Battani |
| In Re: ALL CASES | |
| THIS RELATES TO:  All Dealership Actions  All End Payor Actions | |

### ORDER LIFTING THE PROVISIONAL SEALING OF A PORTION OF THE RULE 30(b)(1) DEPOSITION OF GEORGE R. NISBET, <u>THE CO-OWNER OF AUTO DEALER PLAINTIFF THORNHILL SUPERSTORE</u>

Upon consideration of Defendants' Motion To Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet the Co-Owner of Auto Dealer Plaintiff Thornhill Superstore (12-md-02311, ECF No. 1286), Auto Dealers' Opposition (12-md-02311, ECF No. 1300), Defendants' Reply in Support of the Motion (12-md-02311, ECF No. 1333), and the entire record herein, Defendants' Motion is GRANTED. The provisional seal that the Special Master placed on a portion of Mr. Nisbet's 30(b)(1) deposition testimony during the course of the deposition on March 3, 2016 is hereby lifted.

Pursuant to the Court's August 29, 2014 Order, the Special Master's rulings as set forth herein, are appealable to Judge Marianne O. Battani within 21 days of this Order. If appealed, oppositions are due 14 days after the appeal is served, with replies due 10 days thereafter.

SO ORDERED.

Dated: May 18, 2016

/s/ Gene J. Esshaki
Special Master Gene J. Esshaki

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 18, 2016.

s/ Kay Doaks
Case Manager