# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MDL No.: 12-md-02311<br><br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| **In re: BEARINGS** | |
| **THIS RELATES TO:**<br><br>**State of Florida, Office of the Attorney General, Department of Legal Affairs,**<br><br>     Plaintiff,<br><br>v.<br><br>**NSK Ltd., NSK Americas, Inc., NTN Corporation, NTN USA Corporation, JTEKT Corporation, Koyo Corporation of U.S.A. SKF USA, Inc., JTEKT North America Corporation d/b/a Koyo Corporation of U.S.A. and Schaeffler Group USA Inc.**<br><br>     Defendants. | Case No. 2:13-cv-00505-MOB-MKM<br>Case No: 2:14-cv-12095-MOB-MKM |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of David A. Ettinger of the law firm of Honigman Miller Schwartz & Cohn LLP as counsel on behalf of Defendants NSK Ltd. and NSK Americas, Inc. in the above-captioned matter.

21710869.2

Dated: May 19, 2016

                            HONIGMAN MILLER SCHWARTZ & COHN LLP

By:   s/ David A. Ettinger
      Honigman Miller Schwartz and Cohn LLP
      2290 First National Building
      660 Woodward Ave.
      Detroit, MI 48226
      Phone: (313) 465-7368
      dettinger@honigman.com
      P26537

*Attorney for Defendants NSK Ltd. and NSK Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By:   s/ David A. Ettinger
      Honigman Miller Schwartz and Cohn LLP
      2290 First National Building
      660 Woodward Ave.
      Detroit, MI 48226
      Phone: (313) 465-7368
      dettinger@honigman.com
      P26537

21710869.2