UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | : : : : : : : : : : : | 2:12-md-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>All Auto Parts Cases | | |

**NOTICE OF WITHDRAWAL OF AUTOMOBILE DEALER PLAINTIFFS MARTENS CARS OF WASHINGTON,
INC., BONNEVILLE AND SON, INC., LANDERS OF HAZELWOOD,
LLC D/B/A LANDERS TOYOTA OF HAZELWOOD, DALE MARTENS NISSAN SUBARU, INC., HUDSON CHARLESTON ACQUISITION,
LLC D/B/A HUDSON NISSAN, HUDSON GASTONIA ACQUISITION, LLC D/B/A GASTONIA NISSAN, CANNON CHEVROLET – OLDSMOBILE – CADILLAC –
NISSAN, INC.,
DESERT EUROPEAN MOTORCARS, LTD.,
SCOTLAND CAR YARD ENTERPRISES D/B/A SAN RAFAEL MITSUBISHI, AND
HC ACQUISITION, LLC D/B/A TOYOTA OF BRISTOL AS NAMED
PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES**

Automobile Dealer Plaintiffs Martens Cars of Washington, Inc., Bonneville and Son, Inc., Landers of Hazelwood LLC d/b/a/ Landers Toyota of Hazelwood, Dale Martens Nissan Subaru, Inc., Hudson Charleston Acquisition, LLC d/b/a Hudson Nissan, Hudson Gastonia Acquisition, LLC d/b/a/ Gastonia Nissan, Cannon Chevrolet – Oldsmobile – Cadillac – Nissan, Inc., Desert European Motorcars, Ltd., Scotland Car Yard Enterprises d/b/a San Rafael Mitsubishi, and HC Acquisition, LLC d/b/a Toyota of Bristol ("Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Withdrawal:

1. The above-named Plaintiffs no longer seek to serve as named plaintiffs or class representatives.

2. This withdrawal is without prejudice to the above-named Plaintiffs' rights as putative class members.

3. This withdrawal in no way affects the rights of Dealership Plaintiffs or the rights of the class.

Dated:  May 20, 2016                        Respectfully submitted,

  */s/* Jonathan W. Cuneo
    Jonathan W. Cuneo
    Joel Davidow
    Daniel Cohen
    Victoria Romanenko
    **Cuneo Gilbert & LaDuca, LLP**
    507 C Street, N.E.
    Washington, DC 20002
    Telephone: (202) 789-3960
    jonc@cuneolaw.com
    joel@cuneolaw.com
    danielc@cuneolaw.com
    vicky@cuneolaw.com

    Don Barrett
    David McMullan
    **BARRETT LAW GROUP, P.A.**
    P.O. Box 927
    404 Court Square
    Lexington, MS 39095
    Telephone:  (662) 834-2488
    Facsimile:   (662)834-2628
    dbarrett@barrettlawgroup.com
    dmcmullan@barrettlawgroup.com

    Shawn M. Raiter
    **LARSON · KING, LLP**
    2800 Wells Fargo Place
    30 East Seventh Street
    St. Paul, MN 55101
    Telephone:  (651) 312-6500
    Facsimile:   (651) 312-6618
    sraiter@larsonking.com

    *Interim Co-Lead Class Counsel for Dealership Plaintiffs*

    Brian Herrington
    **Herrington Law, PA**
    PO Box 3260

Ridgeland, MS 39158
601.208.0013
brian@herringtonlawpa.com

*Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
 and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I filed this document via CM/ECF, which will provide notice to all counsel of record.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com