# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| In Re: All Cases | : : | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: All Actions | : : : : | |

**AFFIDAVIT OF DAVEY JUNG**
**ON BEHALF OF HINO MOTORS MANUFACTURING U.S.A., INC.**

STATE OF MICHIGAN )
                            ) §
COUNTY OF OAKLAND )

Davey Jung, after first being duly sworn, deposes and says:

1. I am a Senior Vice President of Hino Motors Manufacturing U.S.A., Inc. ("HMM"). My areas of responsibility include Purchasing, Sales, Research & Development, and Corporate Strategy Development.

2. HMM is engaged in several lines of business, one of which is that it is an original equipment manufacturer ("OEM") in the United States medium-duty

truck market. I understand that HMM has been served with a subpoena in this litigation in its capacity as an OEM.

3.  HMM has been an OEM in the United States vehicle market since 2003. Specifically, since 2003 HMM has assembled a small number of Class 4 – 7 trucks as set forth in the table below:

| Year | Number of Trucks Assembled by HMM for U.S. Vehicle Market |
|---|---|
| 2003 | 1,881 |
| 2004 | 2,343 |
| 2005 | 3,856 |
| 2006 | 6,137 |
| 2007 | 5,144 |
| 2008 | 4,886 |
| 2009 | 3,149 |
| 2010 | 3,656 |
| 2011 | 4,838 |
| 2012 | 6,244 |
| 2013 | 6,575 |
| 2014 | 8,526 |
| 2015 | 10,673 |
| TOTAL | 67,908 |

4.  In each year, HMM has purchased approximately 50% to 60% of the parts it has used in assembling those trucks in kits acquired from Japan. (HMM has sourced the remaining 40% to 50% of the parts in the NAFTA territory, predominantly the United States and Canada.) Accordingly, HMM does not possess upstream purchasing information of the kind sought by the subject subpoena for the majority of the parts it has purchased.

2

5. HMM's sole customer for the trucks it has assembled for sale in the United States is a separate entity called Hino Motors Sales U.S.A., Inc. HMM does not possess any downstream sales information of the kind sought by the subject subpoena.

Further Affiant Sayeth Not.

Davey Jung

Subscribed and sworn to before me,
this __12__ day of __February__, 2016.

_____
Notary Public

MATTHEW B. KULICK
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF CLINTON
MY COMMISSION EXPIRES JULY 24, 2022
ACTING IN THE COUNTY OF OAKLAND