# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | ) ) ) ) |  |
| **IN RE:  ALL AUTO PARTS CASES** | ) ) ) ) | **Master File No. 12-md-02311** **Honorable Marianne O. Battani** **Special Master Gene J. Esshaki** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | ) ) ) ) | **2:12-MD-02311-MOB-MKM** |

## NON-PARTY KIA MOTORS MANUFACTURING GEORGIA, INC.'S NOTICE OF FILING UNDER SEAL ITS SEPARATELY FILED REPLY TO THE PARTIES' RESPONSE TO THE TO SPECIAL MASTER'S APRIL 20, 2016 ORDER REGARDING 30(b)(6) DEPOSITIONS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani Special Master Gene J. Esshaki |
| In Re:  All Auto Parts Cases | ) ) | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | ) ) ) | |

**NON-PARTY KIA MOTORS MANUFACTURING GEORGIA, INC.'S NOTICE OF FILING UNDER SEAL ITS SEPARATELY FILED REPLY TO THE PARTIES' RESPONSE TO THE TO SPECIAL MASTER'S APRIL 20, 2016 ORDER REGARDING 30(b)(6) DEPOSITIONS**

Non-Party Kia Motors Manufacturing Georgia, Inc. (KMMG), pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information (the Protective Order) [Dkt. No. 200], hereby provides notice of filing under seal its Separately Filed Reply to the Parties' Response to Objections to Special Master's April 20, 2016 Order Regarding 30(b)(6) Depositions (the Reply), including the exhibit attached thereto.  The Reply cites to information contained in a declaration from a KMMG employee that includes KMMG's confidential and proprietary business information.  Paragraph 19 of the Protective Order provides that "this Order shall serve as a stipulated order for purposes of Civil Local Rule 5.3(b)" and requires all materials containing "Confidential Information or Highly Confidential Information" (as defined in the Protective Order) to be filed under seal, in accordance with the procedures contained in the Protective Order.  No means other than sealing will preserve the confidentiality of the confidential information contained in the Reply.

2

This the 23rd day of May, 2016.


/s/ Meredith Jones Kingsley
Meredith Jones Kingsley
  Georgia Bar No. 793726
Peter Kontio
  Georgia Bar No. 428050
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404.881.7000
Fax:  404.881.7777
E-mail:  meredith.kingsley@alston.com
          peter@kontio@alston.com

/s/ Elliot H. Scherker
Ernest L. Greer, Esq.
  Georgia Bar No. 309180
Richard J. Valladares
  Georgia Bar No. 61066
GREENBERG TRAURIG, LLP
Terminus 200 Building
3333 Piedmont Road NE, 25th Floor
Atlanta, Georgia 30305
Tel:  678.553.2100
Fax:  678.553.2212
E-mail:     greere@gtlaw.com
            valladaresr@gtlaw.com

Elliot H. Scherker
  Florida Bar No. 202304
Jay A. Yagoda
  Florida Bar No. 84811
GREENBERG TRAURIG, P.A.
Wells Fargo Center, Suite 4400
333 Southeast 2nd Avenue
Miami, Florida 33131
Tel:  305.579.0500
Fax:  305.579.0717
E-mail:     scherkere@gtlaw.com
            yagodaj@gtlaw.com

*Attorneys for Kia Motors Manufacturing Georgia, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/s/ Elliot H. Scherker
Elliot H. Scherker