**Index of Exhibits**

**Exhibit A.** Excerpt of Tr. of March 16, 2012 Initial Status Conference

**Exhibit B.** Excerpts of Tr. of May 11, 2016 Fairness Hearing

**Exhibit C.** Second Amended Order Granting Final Approval, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal. April 3, 2013)

**Exhibit D.** Report and Recommendation of Special Master Re Objectors' Motions, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal. Dec. 5, 2012)