# Exhibit A

Case 2:12-md-02311-SFC-RSW ECF No. 1384-2, PageID.24934, Filed 05/25/16, Page 2 of 4
Case 2:12-md-02311-MOB-MKM Doc # 68 Filed 03/26/12 Pg 1 of 116 Pg ID 755
Initial Status Conference • March 16, 2012
1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION
                          -  -  -
 3

 4
      IN RE:   AUTOMOTIVE WIRE HARNESS
 5    SYSTEMS ANTITRUST              Case No. 12-md-02311

 6           MDL NO. 2311           Hon. Marianne O. Battani

 7
      _____/
 8

 9              INITIAL STATUS CONFERENCE

10        BEFORE THE HONORABLE MARIANNE O. BATTANI
                United States District Judge
11        Theodore Levin United States Courthouse
              231 West Lafayette Boulevard
12                  Detroit, Michigan
               Friday, March 16, 2012
13

14    APPEARANCES:

15    For the              DOUGLAS ABRAHAMS
      Direct Purchaser     KOHN, SWIFT & GRAF, P.C.
16    Plaintiffs:          One South Broad Street, Suite 2100
                           Philadelphia, PA  19107
17                         (215) 238-1700

18                         W. JOSEPH BRUCKNER
                           LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
19                         100 Washington Avenue S., Suite 2200
                           Minneapolis, MN  55401
20                         (612) 339-6900

21                         WILLIAM G. CALDES
                           SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
22                         1818 Market Street, Suite 2500
                           Philadelphia, PA  19103
23                         (215) 496-0300

24
          To obtain a copy of this official transcript, contact:
25            Robert L. Smith, Official Court Reporter
           (313) 964-3303 • rob_smith@mied.uscourts.gov
```

Case 2:12-md-02311-SFC-RSW ECF No. 1384-2, PageID.24935, Filed 05/25/16, Page 3 of 4
Case 2:12-md-02311-MOB-MKM Doc # 68 Filed 03/26/12 Pg 15 of 126 Pg ID 769
Initial Status Conference • March 16, 2012

15

```
 1  At this point I don't even know that I'm going to use her,
 2  but she is assigned to this case.
 3           Of course, sitting in front of me is
 4  Bernadette Thebolt, and I think most of you have if not
 5  already talked to her know that she is my case manager, and
 6  will be the court clerk in charge of this case so that when
 7  we work out the filings and the pleadings, et cetera, Bernie
 8  will keep track of that.
 9           Then my court reporter, Rob Smith, will be taking
10  down what is taking place here today.  I don't anticipate
11  that we will order a transcript, but I will get some notes
12  off of his notes, so that's what we are doing.
13           And then I have my two law clerks, in front is
14  Eric Westenberg and to my far right is Molly Roehrig, and
15  they will be working with me on this matter.
16           The first issue is the oath of admission.  I'm
17  sorry, I know a lot of you got excited about this because you
18  didn't have certificates of good standing, et cetera.  You
19  only need to be admitted if you are going to argue a motion
20  today.  You only need to be admitted, in fact, if you are
21  coming here to argue a motion.  We do not have pro hoc vice
22  in this district so you have to, as you most likely know
23  already, become members and then you will be welcome to come
24  here and argue any case.
25           All right.  For those of you, I have the
```

Case 2:12-md-02311-SFC-RSW ECF No. 1384-2, PageID.24936, Filed 05/25/16, Page 4 of 4
Case 2:12-md-02311-MOB-MKM Doc # 68 Filed 03/26/12 Pg 116 of 116 Pg ID 820
Initial Status Conference • March 16, 2012

116

*CERTIFICATION*

I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION Case No. 12-mdl-2311, on Friday, March 16, 2012.

*s/Robert L. Smith*
Robert L. Smith, CSR 5098
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: 03/26/2012

Detroit, Michigan