UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| In re:  EXHAUST SYSTEM CASES | |
| THIS RELATES TO: ALL EXHAUST SYSTEMS CASES | 2:16-cv-11087-MOB-MKM |

## **APPEARANCE**

Please enter the appearance of Robert E. Murkowski of the law firm Miller, Canfield, Paddock and Stone, PLC, as attorney of record for Defendant Meritor, Inc.

                                                MILLER, CANFIELD, PADDOCK
                                                              & STONE, PLC

                                                s/ Robert E. Murkowski
                                                Robert E. Murkowski  (P73381)
                                                Larry J. Saylor (P28165)
                                                A. Michael Palizzi  (P47262)
                                                Attorneys Meritor, Inc.
                                                150 West Jefferson Avenue, Ste. 2500
                                                Detroit, MI 48226
                                                Telephone:  (313) 963-6420
Dated:  May 26, 2016                    murkowski@millercanfield.com

**PROOF OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        s/Robert E. Murkowski
        Robert E. Murkowski  (P73381)
        MILLER, CANFIELD, PADDOCK
          & STONE
        Attorneys for Meritor, Inc.
        150 West Jefferson Avenue, Ste. 2500
        Detroit, MI 48226

26826912.1\110425-00537