## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 : Hon. Marianne O. Battani |
| ALL PARTS | : : : : : : : |
| THIS DOCUMENT RELATES TO: ALL AUTOMOBILE DEALER ACTIONS | : : : : |

**AUTOMOBILE DEALER PLAINTIFFS' MOTION AND BRIEF TO SEAL FROM
PUBLIC VIEW TRANSCRIPT OF MAY 11, 2016 HEARING ON DEFENDANTS'
MOTION TO LIFT THE PROVISIONAL SEALING OF A PORTION OF
THE RULE 30(B)(1) DEPOSITION OF GEORGE R. NISBET**

Pursuant to Federal Rule of Civil Procedure 26(c), the Automobile Dealer Plaintiffs hereby move the Court for an Order sealing from public view the transcript of the May 11, 2016 hearing on Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(B)(1) Deposition of George R. Nisbet, and in support state the following:

1.     On May 11, 2016 the Master held a hearing on Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(B)(1) Deposition of George R. Nisbet.

2.     During the course of the hearing, the parties discussed matters that have been designated as Highly Confidential by Dealership Plaintiffs, pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information entered in 2:12-md-02311-MOB-MKM [Doc. #200], which authorizes and requires filings containing Highly Confidential Information to be filed under seal in any case within 12-md-02311.

3.      Therefore it is appropriate to designate the hearing transcript as highly confidential prior to the placement of the transcript on the publicly available docket for this case.

4.      Pursuant to LR 7.1(a) counsel for Dealership Plaintiffs state that they have contacted counsel for Defendants regarding the relief requested in this Motion and that Dealership Plaintiffs have been unable to obtain concurrence in the relief sought.  The Dealership Plaintiffs do not request a hearing for this motion.

WHEREFORE the Dealership Plaintiffs respectfully request that the Master grant their Motion and issue an Order sealing from public view the transcript of the May 11, 2016 hearing on Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(B)(1) Deposition of George R. Nisbet.

Dated: May 27, 2015

By: /s/ Alexander E. Blum
Gerard V. Mantese (P34424)
Alexander E. Blum (P74070)
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200
Facsimile: (248) 457-9201
gmantese@manteselaw.com
ablum@manteselaw.com

*Interim Liaison Counsel for the Automobile Dealer Plaintiffs*

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834.2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs*

## CERTIFICATE OF SERVICE

I, Alexander E. Blum, hereby certify that I caused a true and correct copy of the above papers to be served via e-mail upon all registered counsel of record via the Court's CM/ECF system on May 27, 2016.

/s/Alexander E. Blum
Alexander E. Blum
Mantese Honigman, P.C.