UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

### NOTICE OF WITHDRAWAL OF ATTORNEY BRANDON W. HALTER

PLEASE TAKE NOTICE of the withdrawal of Brandon W. Halter of Gibson, Dunn & Crutcher LLP as counsel for defendants and interested parties Mitsuba Corporation and American Mitsuba Corporation. His appearance should be withdrawn from the following cases:

**On Behalf of Mitsuba Corporation as defendant**
2:13-cv-01103-MOB-MKM
2:13-cv-01200-MOB-MKM
2:13-cv-01203-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation as defendants**

2:12-md-02311-MOB-MKM

2:13-cv-00900-MOB-MKM

2:13-cv-00901-MOB-MKM

2:13-cv-00902-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-01102-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02200-MOB-MKM

2:13-cv-02201-MOB-MKM

2:13-cv-02202-MOB-MKM

2:13-cv-02203-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02301-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02303-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

2:13-cv-02802-MOB-MKM

2:14-cv-10674-MOB-MKM

2:15-cv-13423-MOB-MKM

**On Behalf of American Mitsuba Corporation as defendant**

2:15-cv-14096-MOB-MKM

2:15-cv-14097-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation as interested parties**

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM

2:13-cv-00104-MOB-MKM

2:13-cv-00105-MOB-MKM

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:13-cv-00205-MOB-MKM

2:12-cv-00300-MOB-MKM

2:12-cv-00301-MOB-MKM

2:12-cv-00302-MOB-MKM

3

2:12-cv-00303-MOB-MKM

2:12-cv-00400-MOB-MKM

2:12-cv-00401-MOB-MKM

2:12-cv-00402-MOB-MKM

2:12-cv-00403-MOB-MKM

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-00505-MOB-MKM

2:14-cv-00507-MOB-MKM

2:12-cv-00600-MOB-MKM

2:12-cv-00601-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

2:13-cv-00800-MOB-MKM

2:13-cv-00801-MOB-MKM

2:13-cv-00802-MOB-MKM

2:13-cv-00803-MOB-MKM

2:13-cv-01001-MOB-MKM

2:13-cv-01201-MOB-MKM

2:13-cv-01400-MOB-MKM

2:13-cv-01401-MOB-MKM

2:13-cv-01402-MOB-MKM

2:13-cv-01403-MOB-MKM

2:13-cv-01500-MOB-MKM

2:13-cv-01502-MOB-MKM

2:13-cv-01503-MOB-MKM

2:13-cv-01600-MOB-MKM

2:13-cv-01602-MOB-MKM

2:13-cv-01603-MOB-MKM

2:13-cv-01700-MOB-MKM

2:13-cv-01702-MOB-MKM

2:13-cv-01703-MOB-MKM

2:13-cv-01800-MOB-MKM

2:13-cv-01802-MOB-MKM

2:13-cv-01803-MOB-MKM

2:13-cv-02000-MOB-MKM

2:13-cv-02002-MOB-MKM

2:13-cv-02003-MOB-MKM

2:13-cv-02400-MOB-MKM

2:13-cv-02402-MOB-MKM

2:13-cv-02403-MOB-MKM

2:13-cv-02500-MOB-MKM

2:13-cv-02502-MOB-MKM

2:13-cv-02503-MOB-MKM

2:13-cv-02600-MOB-MKM

2:13-cv-02602-MOB-MKM

2:13-cv-02603-MOB-MKM

2:13-cv-02700-MOB-MKM

2:13-cv-02701-MOB-MKM

2:13-cv-02702-MOB-MKM

2:13-cv-02703-MOB-MKM

2:14-cv-02900-MOB-MKM

        2:14-cv-02902-MOB-MKM

        2:14-cv-02903-MOB-MKM

        2:15-cv-03000-MOB-MKM

        2:15-cv-03001-MOB-MKM

        2:15-cv-03002-MOB-MKM

        2:15-cv-03003-MOB-MKM

        2:15-cv-03100-MOB-MKM

        2:15-cv-03101-MOB-MKM

        2:15-cv-03200-MOB-MKM

        2:15-cv-03202-MOB-MKM

        2:15-cv-03203-MOB-MKM

        2:15-cv-03300-MOB-MKM

        2:15-cv-03303-MOB-MKM

        2:16-cv-03400-MOB-MKM

        2:16-cv-03403-MOB-MKM

        2:16-cv-03500-MOB-MKM

        2:16-cv-03503-MOB-MKM

     Other attorneys of the same firm have appeared as counsel on behalf of the above listed defendants and interested parties and their representation continues.

Dated: May 31, 2016                    Respectfully submitted,

                                            /s/ Brandon W. Halter
                                       Brandon W. Halter
                                       **GIBSON, DUNN & CRUTCHER LLP**
                                       555 Mission Street, Suite 3000
                                       San Francisco, CA 94105
                                       Telephone: (415) 393-8230

Facsimile: (415) 393-8471
bhalter@gibsondunn.com
SBN: 289687

*Counsel for Defendants and Interested Parties Mitsuba Corporation and American Mitsuba Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I caused to be electronically filed the foregoing Notice of Entry of Attorney Withdrawal with the Clerk of the Court via CM/ECF which will send notification of such filing to all filing users indicated on the Electronic Notice List through the court's electronic filing system.

        /s/ Brandon W. Halter
Brandon W. Halter
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8230
Facsimile: (415) 393-8471
bhalter@gibsondunn.com
SBN 289687