# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
|  | : | Honorable Marianne O. Battani |
|  | : |  |
| In Re: All Auto Parts Cases | : | 2:12-md-02311-MOB-MKM |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
| All Auto Parts Cases |  |  |

**NOTICE OF WITHDRAWAL OF AUTOMOBILE DEALER PLAINTIFFS
CHARLES DAHER'S COMMONWEALTH MOTORS, INC., D/B/A COMMONWEALTH
CHEVROLET, COMMONWEALTH KIA, COMMONWEALTH HONDA; AND
COMMONWEALTH NISSAN, INC., D/B/A COMMONWEALTH NISSAN AS NAMED
PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES**

Automobile Dealer Plaintiffs Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda, and Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan ("Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Withdrawal:

1.      The above-named Plaintiffs no longer seek to serve as named plaintiffs or class representatives.

2.      This withdrawal is without prejudice to the above-named Plaintiffs' rights as putative class members.

3.      This withdrawal in no way affects the rights of Dealership Plaintiffs or the rights of the class.

Dated:  June 1, 2016                    Respectfully submitted,

 _/s/_ Jonathan W. Cuneo
    Jonathan W. Cuneo
    Joel Davidow
    Daniel Cohen
    Victoria Romanenko
    **Cuneo Gilbert & LaDuca, LLP**
    507 C Street, N.E.
    Washington, DC 20002
    Telephone: (202) 789-3960
    jonc@cuneolaw.com
    joel@cuneolaw.com
    danielc@cuneolaw.com
    vicky@cuneolaw.com

    Don Barrett
    David McMullan
    **BARRETT LAW GROUP, P.A.**
    P.O. Box 927
    404 Court Square
    Lexington, MS 39095
    Telephone:  (662) 834-2488
    Facsimile:  (662)834-2628
    dbarrett@barrettlawgroup.com
    dmcmullan@barrettlawgroup.com

    Shawn M. Raiter
    **LARSON · KING, LLP**
    2800 Wells Fargo Place
    30 East Seventh Street
    St. Paul, MN 55101
    Telephone:  (651) 312-6500
    Facsimile:  (651) 312-6618
    sraiter@larsonking.com

    *Interim Co-Lead Class Counsel for Dealership*
    *Plaintiffs*

    Brian Herrington
    **Herrington Law, PA**
    PO Box 3260
    Ridgeland, MS 39158
    601.208.0013
    brian@herringtonlawpa.com

*Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
   and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership
Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I filed this document via CM/ECF, which will provide notice to all counsel of record.

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com