UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS | ) | |
| ANTITRUST LITIGATION | ) | |
| | ) | 12-md-02311 |
| ALL PARTS | ) | Honorable Marianne O. Battani |
| | ) | |
| THIS RELATES TO: ALL CASES | ) | |

## APPEARANCE

**PLEASE TAKE NOTICE** that Gary M. Yarborough, Jr. of Yarborough Law Firm, PLLC herby enters an appearance on behalf of all Automobile Dealer Plaintiffs in the above-entitled action.

Respectfully submitted on this the 2nd day of June, 2016.

/s/Gary M. Yarborough, Jr.
Gary M. Yarborough, Jr.
(Mississippi Bar No. 102310)
Yarborough Law Firm, PLLC
845-B Highway 90
Bay St. Louis, MS 39520
T. (228) 467-5771
E. **ylf.garyyarborough@att.net**

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 2, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                */s/Gary M. Yarborough, Jr.*
                Gary M. Yarborough, Jr.
                (Mississippi Bar No. 102310)
                Yarborough Law Firm, PLLC
                845-B Highway 90
                Bay St. Louis, MS 39520
                T. (228) 467-5771
                E. **ylf.garyyarborough@att.net**