# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS
ANTITRUST LITIGATION

ALL PARTS

Case No.:  12-md-02311-MOB-MKM
Honorable Marianne O. Battani

THIS RELATES TO:  ALL CASES

## NOTICE OF APPEARANCE

Notice is hereby given that Elliot H. Scherker of the law firm Greenberg Traurig, LLP, enters his appearance as counsel for Non-Party Kia Motors Manufacturing Georgia, Inc. (KMMG) for the purpose of the subpoena served upon it in connection with the above-captioned MDL action.[1]  This entry of appearance is without waiver of any rights or defenses of KMMG.

---

[1] Mr. Scherker previously appeared in this action on KMMG's behalf on a limited basis, pursuant to this Court's MDL procedures.  [Dkt. No. 1336].   Since that time, Mr. Scherker has been admitted, and is now sworn in, to practice before the Court for all purposes.

ATL 21270275v1

Dated:  June 2, 2016

/s/ Elliot H. Scherker
Elliot H. Scherker
Florida Bar No. 202304

**GREENBERG TRAURIG, LLP**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida  33131
Telephone:  305.579.0500
Facsimile:  305.579.0717

*Attorney for Non-Party*
*Kia Motors Manufacturing Georgia, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I caused a copy of the foregoing Notice of Appearance to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the parties.

/s/ Elliot H. Scherker
Elliot H. Scherker

ATL 21270275v1