# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311-MOB-MKM <br><br> Honorable Marianne O. Battani <br> Honorable Mona K. Majzoub |
| IN RE: ALL PARTS <br> THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Jeremy Calsyn of the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel on behalf of Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated: June 2, 2016

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Jeremy Calsyn
Jeremy Calsyn
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 467737
Email: jcalsyn@cgsh.com

*Counsel for Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2016

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Jeremy Calsyn
Jeremy Calsyn
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 467737
Email: jcalsyn@cgsh.com

*Counsel for Valeo Japan Co., Ltd., Valeo Inc., Valeo Electrical Systems, Inc., and Valeo Climate Control Corp.*