# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani |
| In re: ALL PARTS | ) ) ) ) |  |
| THIS RELATES TO: ALL PARTS | ) ) ) ) ) |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Molly K. McGinley of K&L Gates, LLP, hereby enters her appearance for and on behalf of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  June 3, 2016            /s/ Molly K. McGinley
                                Molly K. McGinley
                                K&L GATES LLP
                                70 W. Madison, Suite 3100
                                Chicago, IL 60602
                                312-807-4419
                                molly.mcginley@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the Appearance of Molly K. McGinley with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

      /s/ Molly K. McGinley
Molly K. McGinley
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4419
molly.mcginley@klgates.com