# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>Dealership Actions | |

## ORDER
## REGARDING SEALING FROM PUBLIC VIEW OF
## HIGHLY CONFIDENTIAL TRANSCRIPT
_____

Upon consideration of Dealership Plaintiffs' ("Dealership Plaintiffs") motion to seal from public view the transcript of the May 11, 2016 hearing on Defendants' Motion to Lift the Provisional Sealing of a Portion of the Rule 30(b)(1) Deposition of George R. Nisbet, due to its containing information Dealership Plaintiffs have designated as Highly Confidential, pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information entered in 2:12-md-02311-MOB-MKM [Doc. #200], which authorizes and requires filings containing Highly Confidential Information

to be filed under seal in any case within 12-md-02311 and the Master finding good cause having been shown, it is hereby:

ORDERED that the Dealership Plaintiffs' motion to seal the record from public view is GRANTED. The transcript will be treated as Highly Confidential pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information entered in 2:12-md-02311-MOB-MKM [Doc. #200].

IT IS SO ORDERED

Dated: June 3, 2016                                /s/ Gene J. Esshaki
                                                   Special Master Gene J. Esshaki