UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In Re:  All Cases<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Case No. 2:12-md-02311 (MOB) (MKM)<br>Hon. Marianne O. Battani |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT and ALL PARTIES OF RECORD:

The Court, the Clerk and the parties are hereby notified that the law firm of Nussbaum Law Group, P.C. and Linda P. Nussbaum, counsel for Direct Purchaser Class Plaintiffs, have changed their mailing address and telephone numbers for service and all other communications to the following:

>Linda P. Nussbaum
>NUSSBAUM LAW GROUP, P.C.
>1211 Avenue of the Americas
>40th Floor
>New York, NY 10036-8718
>Main number:  (917) 438-9102

Email addresses and cell phone numbers remain unchanged.

Dated:  June 4, 2016

>*/s/ Linda P. Nussbaum*
>Linda P. Nussbaum
>NUSSBAUM LAW GROUP, P.C.
>1211 Avenue of the Americas
>40th Floor
>New York, NY 10036-8718
>Telephone:  (917) 438-9102
>Email:  lnussbaum@nussbaumpc.com
>
>*Attorneys for Direct Purchaser Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2016, the foregoing Notice of Change of Address was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the email addresses all counsel of record.

>　 */s/ Linda P. Nussbaum*
> Linda P. Nussbaum
> NUSSBAUM LAW GROUP, P.C.
> 1211 Avenue of the Americas
> 40th Floor
> New York, NY 10036-9102
> Telephone:  (917) 438-9102
> Email:  lnussbaum@nussbaumpc.com
>
> *Attorneys for Direct Purchaser Class Plaintiffs*