UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE No. 12-md-02311<br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub<br><br>2:12-cv-00500-MOB-MKM |
| **In Re: BEARINGS CASES** | |
| THIS RELATES TO: ALL ACTIONS | |

## MOTION TO WITHDRAW STACY FRAZIER AS COUNSEL

Schaeffler Group USA Inc., Schaeffler Technologies GMBH & Co. KG, and FAG Kugelfischer GMBH (together, the "Schaeffler Defendants") respectfully request that the Court enter an order allowing STACY FRAZIER, an attorney at WilmerHale, to withdraw as its counsel in the following actions and states as follows:

Master File No. 12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:12-cv-00505-MOB-MKM

2:15-cv-12068-MOB-MKM

1. Ms. Frazier is leaving Wilmer Cutler Pickering Hale and Dorr LLP on June 17, 2016, and will no longer be able to represent the Schaeffler Defendants.

2. Ms. Frazier is one of several attorneys for the Schaeffler Defendants and other attorneys at Wilmer Cutler Pickering Hale and Dorr LLP will remain responsible for representing the Schaeffler Defendants.

3. Withdrawal of Ms. Frazier as attorney of record will not cause undue delay and will not have a material adverse effect on the Schaeffler Defendants' interests.

WHEREFORE, the Schaeffler Defendants respectfully request leave to allow Stacy Frazier to withdraw as counsel in this matter.

Dated: June 16, 2016                                Respectfully submitted,


                                                    WILMER CUTLER PICKERING HALE
                                                    AND DORR LLP

                                                    By:___/s/ Mark Ford___
                                                    Mark Ford
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    60 State Street
                                                    Boston, MA 02109
                                                    Telephone: (617) 526-6000
                                                    Fax: (617) 526-5000
                                                    mark.ford@wilmerhale.com

                                                    *Counsel for Defendants Schaeffler Group USA Inc., Schaeffler Technologies GMBH & Co. KG, and FAG Kugelfischer GMBH*

**CERTIFICATE OF SERVICE**

      I, MARK FORD, an attorney, hereby certify that on June 16, 2016, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW STACY FRAZIER AS COUNSEL**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ Mark Ford
Mark Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
mark.ford@wilmerhale.com

*Counsel for Defendants Schaeffler Group USA Inc., Schaeffler Technologies GMBH & Co. KG, and FAG Kugelfischer GMBH*