UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the Appearance of Kyle M. Noonan of the law firm Shearman & Sterling LLP, as counsel on behalf of JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc., in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: June 15, 2016

Respectfully Submitted,

By: */s/ Kyle M. Noonan*
Kyle M. Noonan
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8031
Fax: (202) 661-7341
Email: kyle.noonan@shearman.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

| | |
|---|---|
| DATED: June 15, 2016 | By:  /s/ Kyle M. Noonan  <br>Kyle M. Noonan<br>SHEARMAN & STERLING LLP<br>401 9th Street, NW, Suite 800<br>Washington, DC 20004<br>Phone: (202) 508-8031<br>Fax: (202) 661-7341<br>Email: kyle.noonan@shearman.com<br><br>*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., and JTEKT Automotive North America, Inc.* |