# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## NOTICE OF APPEARANCE OF CHRISTOPHER V. LE

PLEASE TAKE NOTICE that Christopher V. Le of Straus & Boies, LLP hereby enters his appearance on behalf of End-Payor Plaintiffs in the above captioned case, in accordance with the March 22, 2016, Electronic Case Management Protocol Order (MDL Dkt. No. 1262).

Dated: June 20, 2016

By: /s/ Christopher V. Le
Christopher V. Le
**STRAUS & BOIES, LLP**
4041 University Drive, Suite 500
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704
Email: CLe@straus-boies.com

*Attorney for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Christopher V. Le, hereby certify that on June 20, 2016, I caused a true and correct copy of the **NOTICE OF APPEARANCE OF CHRISTOPHER V. LE**, to be served upon all registered counsel of record via the Court's CM/ECF system.

Dated: June 20, 2016                      By: /s/ Christopher V. Le
Christopher V. Le
**STRAUS & BOIES, LLP**
4041 University Drive, Suite 500
Fairfax, VA 22030
Tel: 703-764-8700
Fax: 703-764-8704
Email: CLe@straus-boies.com

*Attorney for End-Payor Plaintiffs*