**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: All Parts

THIS DOCUMENT RELATES TO:

All Cases

Master File No. 12-md-02311

Hon. Marianne O. Battani

## ORDER WITHDRAWING THE APPEARANCE OF ZACHARY A. MADONIA

IT IS HEREBY ORDERED that Zachary A. Madonia of Sidley Austin LLP shall be withdrawn as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. in the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

**IT IS SO ORDERED.**

Date:  June 23, 2016              s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   United States District Judge