# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN Re: Automotive Parts ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: AIR CONDITIONING SYSTEM CASES | : : : | |
| THIS RELATES TO: AUTO DEALER AND END PAYOR ACTIONS | : : : : | 2:13-cv-02702-MOB-MKM 2:13-cv-02703-MOB-MKM |

## NOTICE OF APPEARANCE OF MILLICENT LUNDBURG

PLEASE TAKE NOTICE that Millicent Meroney Lundburg, of the firm DuBois, Bryant & Campbell, LLP, has this day entered an appearance as counsel of record for Sanden International (USA), Inc. in the above-captioned matter.

Dated: July 6, 2016.

       Respectfully submitted,

       DUBOIS, BRYANT & CAMPBELL, LLP
       303 Colorado Street, Ste. 2300
       Austin, Texas 78701
       512-457-8000 *tel.*
       512-457-8008 *fax.*

       By: */s/ Millicent M. Lundburg*
            Millicent M. Lundburg
            mlundburg@dbcllp.com

       *Attorneys for Defendant Sanden International (USA), Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    /s/ Millicent M. Lundburg
Millicent M. Lundburg
DUBOIS, BRYANT & CAMPBELL, LLP
303 Colorado Street, Ste. 2300
Austin, Texas 78701
512-457-8000 *tel.*
512-457-8008 *fax.*
mlundburg@dbcllp.com

*Attorneys for Defendant Sanden International (USA), Inc.*