# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN Re:  Automotive Parts ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re:  AIR CONDITIONING SYSTEM CASES | : : : | |
| THIS RELATES TO:  AUTO DEALER AND END PAYOR ACTIONS | : : : | 2:13-cv-02702-MOB-MKM 2:13-cv-02703-MOB-MKM |

## NOTICE OF APPEARANCE OF J. DAVID ROWE

    PLEASE TAKE NOTICE that J. David Rowe, of the firm DuBois, Bryant & Campbell, LLP, has this day entered an appearance as counsel of record for Sanden International (USA), Inc. in the above-captioned matter.

    Dated:  July 6, 2016.

    Respectfully submitted,

    DUBOIS, BRYANT & CAMPBELL, LLP
    303 Colorado Street, Ste. 2300
    Austin, Texas 78701
    512-457-8000 *tel.*
    512-457-8008 *fax.*

    By:  */s/ J. David Rowe*
        J. David Rowe
        drowe@dbcllp.com

    *Attorneys for Defendant Sanden International (USA), Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    /s/ J. David Rowe
J. David Rowe
DUBOIS, BRYANT & CAMPBELL, LLP
303 Colorado Street, Ste. 2300
Austin, Texas 78701
512-457-8000 *tel.*
512-457-8008 *fax.*
drowe@dbcllp.com

*Attorneys for Defendant Sanden International (USA), Inc.*