UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| In Re: AIR CONDITIONING SYSTEM CASES | : |
| THIS RELATES TOS: AUTO DEALER AND END PAYOR ACTIONS | : 2:13-cv-02702-MOB-MKM<br>: 2:13-cv-02703-MOB-MKM |

STATEMENT OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Sanden International (USA), Inc. ("SII")** makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☒         No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: **Sanden Holdings Corporation**
    Relationship with Named Party: **SII is a wholly-owned subsidiary of Sanden Holdings Corporation**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐         No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

*Statement of Disclosure of Corporate Affiliations and Financial Interest*       Page 1
*of Sanden International (USA), Inc.*
2339849.1

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date: July 6, 2016.

J. David Rowe
drowe@dbcllp.com
Texas State Bar No. 00794564
Millicent M. Lundburg
mlundburg@dbcllp.com
Texas State Bar No. 24042737
DUBOIS, BRYANT & CAMPBELL, LLP
303 Colorado Street, Ste. 2300
Austin, Texas 78701
512-457-8000 *tel.*
512-457-8008 *fax.*

Robert E. Linkin
rlinkin@dwmrlaw.com
DUGGINS WREN MANN & ROMERO, LLP
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 tel.
512-744-9399 fax.

*Attorneys for Sanden International (USA), Inc.*