# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In Re: Automotive Parts ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: AIR CONDITIONING SYSTEMS CASES | : : : : | |
| THIS RELATES TO: AUTO DEALER AND END PAYOR ACTIONS | : : : : | 2:13-cv-02702-MOB-MKM 2:13-cv-02703-MOB-MKM |

### NOTICE OF APPEARANCE OF ROBERT E. LINKIN

PLEASE TAKE NOTICE that Robert E. Linkin, of the firm Duggins Wren Mann & Romero, LLP, has this day entered an appearance as counsel of record for Sanden International (USA), Inc. in the above-captioned matter.

Dated: July 7, 2016.

Respectfully submitted,

DUGGINS WREN MANN & ROMERO, LLP

By: /s/ Robert E. Linkin
Robert E. Linkin
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 *tel.*
512-744-9399 *fax.*
rlinkin@dwmrlaw.com

*Attorney for Defendant Sanden International (USA), Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    /s/ Robert E. Linkin
Robert E. Linkin
Duggins Wren Mann & Romero, LLP
600 Congress Avenue, Ste. 1900
P. O. Box 1149
Austin, Texas 78767-1149
512-744-9300 *tel.*
512-744-9399 *fax.*
rlinkin@dwmrlaw.com

*Attorney for Defendant Sanden International (USA), Inc.*