# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | 2:12-md-02311-MOB-MKM<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE: ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) | |

## NOTICE OF APPEARANCE OF ELLEN L. MAXWELL-HOFFMAN

   PLEASE TAKE NOTICE that Ellen L. Maxwell-Hoffman of Bowles Rice LLP hereby enters her appearance on behalf of NGK Spark Plug Co., Ltd. and NGK Spark Plugs (U.S.A.), Inc. in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 7, 2016                              BOWLES RICE LLP

                                 By:   */s/ Ellen L. Maxwell-Hoffman*
                                       Ellen L. Maxwell-Hoffman
                                       BOWLES RICE LLP
                                       600 Quarrier Street
                                       Charleston, WV  25301
                                       Telephone:   (304) 347-1186
                                       Facsimile:    (304) 343-3058
                                       emaxwell@bowlesrice.com

8212877.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, I electronically filed the foregoing Notice of Appearance of Ellen L. Maxwell-Hoffman with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

By: */s/ Ellen L. Maxwell-Hoffman*
Ellen L. Maxwell-Hoffman
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 347-1186
Facsimile:   (304) 343-3058
emaxwell@bowlesrice.com

8212877.1