# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | 12-md-02311 |
| | : | Honorable Marianne O. Battani |
| ALL PARTS | : | |
| THIS RELATES TO: ALL CASES | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathan J. Fink of Fink + Associates Law has this day entered his appearance as counsel for Direct Purchaser Plaintiffs, in the above-entitled matter.

Dated: July 12, 2016

/s/ Nathan J. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Ste. 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com

*Interim Liaison Counsel for Direct Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 12, 2016, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                        FINK + ASSOCIATES LAW

                                        By: /s/ Nathan J. Fink
                                        David H. Fink (P28235)
                                        Darryl Bressack (P67820)
                                        Nathan J. Fink (P75185)
                                        38500 Woodward Ave, Suite 350
                                        Bloomfield Hills, MI  48304
                                        (248) 971-2500
                                        dfink@finkandassociateslaw.com
                                        dbressack@finkandassociateslaw.com
                                        nfink@finkandassociateslaw.com