# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS**<br>**ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |

**ALL PARTS**

**THIS RELATES TO:  ALL CASES**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty

Beliveau & Pachios, LLP hereby enters his appearance as counsel for Saratoga Lane, LLC,

Direct Purchaser Plaintiff, in the above-captioned matter.

Dated: July 12, 2016

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Saratoga Lane, LLC

10727333.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Randall B. Weill
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Saratoga Lane, LLC