# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

_____

ALL PARTS

_____

THIS RELATES TO:  ALL CASES

_____

12-md-02311
Honorable Marianne O. Battani

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty

Beliveau & Pachios, LLP hereby enters his appearance as counsel for Direct Purchaser Plaintiff

Irving Levine Automotive Distributors, Inc. in the above-captioned matter.

Dated: July 12, 2016

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Direct Purchaser Plaintiff
Irving Levine Automotive Distributors, Inc.

10730222.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

<u>/s/ Gregory P. Hansel</u>
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Direct Purchaser Plaintiff
Irvine Levine Automotive Distributors, Inc.

10730222.1