**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael S. Smith of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Direct Purchaser Plaintiff Irving Levine Automotive Distributors, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: July 12, 2016 | /s/ Michael S. Smith<br>Preti Flaherty Beliveau & Pachios, LLP<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>Tel. 207-791-3000<br>Fax 207-791-3111<br>msmith@preti.com<br><br>One of the attorneys for Direct Purchaser Plaintiff Irving Levine Automotive Distributors, Inc. |

10730389.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Direct Purchaser Plaintiff Irvine Levine Automotive Distributors, Inc.