# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF PARTIAL WITHDRAWAL OF MEREDITH JONES KINGSLEY

PLEASE take notice of the withdrawal of Meredith Jones Kingsley of the law firm Alston & Bird LLP as counsel for non-party Kia Motors Manufacturing Georgia, Inc. (KMMG) in connection with the subpoena served on that entity in the above-referenced MDL action.

This withdrawal is limited to representation of KMMG by Meredith Jones Kingsley, who continues to represent Hyundai America Technical Center, Inc. and Hyundai Motor Manufacturing Alabama, LLC in connection with the subpoenas served on those entities in the above-referenced MDL action.

Dated: July 12, 2016

Respectfully submitted,

/ s/ Meredith Jones Kingsley
Meredith Jones Kingsley
Ga. Bar No. 793726
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  404-881-7000
Fax:  404-881-7777
E-mail:  meredith.kingsley@alston.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016, I caused the foregoing **Notice of Partial Withdrawal of Meredith Jones Kingsley** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

    / s/ Meredith Jones Kingsley
    Meredith Jones Kingsley
    Ga. Bar No. 793726
    ALSTON & BIRD LLP
    1201 West Peachtree Street
    Atlanta, GA 30309-3424
    Tel: 404-881-7000
    Fax: 404-881-7777
    E-mail: meredith.kingsley@alston.com