UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on July 26, 2016, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

Doc #1185, Settling Order Re Production of Certain Categories of Data and Documents Previously Produced to the DOJ

Date: July 14, 2016    /s/ Gene J. Esshaki_____
  GENE J. ESSHAKI, MASTER

4828-3594-6036, V. 1