# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## ORDER GRANTING ATTORNEY WITHDRAWAL

Notice has been filed regarding the withdrawal of Brandon W. Halter of Gibson, Dunn & Crutcher LLP as counsel for defendants and interested parties Mitsuba Corporation and American Mitsuba Corporation. Other attorneys of the same firm have appeared as local counsel on behalf of these defendants and interested parties and their representation continues.

IT IS ORDERED that

Mr. Halter shall be removed as attorney of record in the following cases:

**On Behalf of Mitsuba Corporation as defendant**

2:13-cv-01103-MOB-MKM

2:13-cv-01200-MOB-MKM

2:13-cv-01203-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation as defendants**

2:12-md-02311-MOB-MKM

2:13-cv-00900-MOB-MKM

2:13-cv-00901-MOB-MKM

2:13-cv-00902-MOB-MKM

2:13-cv-00903-MOB-MKM

2:13-cv-01000-MOB-MKM

2:13-cv-01002-MOB-MKM

2:13-cv-01003-MOB-MKM

2:13-cv-01100-MOB-MKM

2:13-cv-01101-MOB-MKM

2:13-cv-01102-MOB-MKM

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:13-cv-02100-MOB-MKM

2:13-cv-02102-MOB-MKM

2:13-cv-02103-MOB-MKM

2:13-cv-02200-MOB-MKM

2:13-cv-02201-MOB-MKM

2:13-cv-02202-MOB-MKM

2:13-cv-02203-MOB-MKM

2:13-cv-02300-MOB-MKM

2:13-cv-02301-MOB-MKM

2:13-cv-02302-MOB-MKM

2:13-cv-02303-MOB-MKM

2:13-cv-02800-MOB-MKM

2:13-cv-02801-MOB-MKM

2:13-cv-02802-MOB-MKM

2:14-cv-10674-MOB-MKM

2:15-cv-13423-MOB-MKM

**On Behalf of American Mitsuba Corporation as defendant**

2:15-cv-14096-MOB-MKM

2:15-cv-14097-MOB-MKM

**On Behalf of Mitsuba Corporation and American Mitsuba Corporation as interested parties**

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM

2:13-cv-00104-MOB-MKM

2:13-cv-00105-MOB-MKM

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:13-cv-00205-MOB-MKM

2:12-cv-00300-MOB-MKM

2:12-cv-00301-MOB-MKM

2:12-cv-00302-MOB-MKM

2:12-cv-00303-MOB-MKM

2:12-cv-00400-MOB-MKM

2:12-cv-00401-MOB-MKM

2:12-cv-00402-MOB-MKM

2:12-cv-00403-MOB-MKM

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-00505-MOB-MKM

2:14-cv-00507-MOB-MKM

2:12-cv-00600-MOB-MKM

2:12-cv-00601-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

2:13-cv-00800-MOB-MKM

2:13-cv-00801-MOB-MKM

2:13-cv-00802-MOB-MKM

2:13-cv-00803-MOB-MKM

2:13-cv-01001-MOB-MKM

2:13-cv-01201-MOB-MKM

2:13-cv-01400-MOB-MKM

2:13-cv-01401-MOB-MKM

2:13-cv-01402-MOB-MKM

2:13-cv-01403-MOB-MKM

2:13-cv-01500-MOB-MKM

2:13-cv-01502-MOB-MKM

2:13-cv-01503-MOB-MKM

2:13-cv-01600-MOB-MKM

2:13-cv-01602-MOB-MKM

2:13-cv-01603-MOB-MKM

2:13-cv-01700-MOB-MKM

2:13-cv-01702-MOB-MKM

2:13-cv-01703-MOB-MKM

2:13-cv-01800-MOB-MKM

2:13-cv-01802-MOB-MKM

2:13-cv-01803-MOB-MKM

2:13-cv-02000-MOB-MKM

2:13-cv-02002-MOB-MKM

2:13-cv-02003-MOB-MKM

2:13-cv-02400-MOB-MKM

2:13-cv-02402-MOB-MKM

2:13-cv-02403-MOB-MKM

2:13-cv-02500-MOB-MKM

2:13-cv-02502-MOB-MKM

2:13-cv-02503-MOB-MKM

2:13-cv-02600-MOB-MKM

2:13-cv-02602-MOB-MKM

2:13-cv-02603-MOB-MKM

2:13-cv-02700-MOB-MKM

2:13-cv-02701-MOB-MKM

2:13-cv-02702-MOB-MKM

2:13-cv-02703-MOB-MKM

2:14-cv-02900-MOB-MKM

2:14-cv-02902-MOB-MKM

2:14-cv-02903-MOB-MKM

2:15-cv-03000-MOB-MKM

2:15-cv-03001-MOB-MKM

2:15-cv-03002-MOB-MKM

2:15-cv-03003-MOB-MKM

2:15-cv-03100-MOB-MKM

2:15-cv-03101-MOB-MKM

2:15-cv-03200-MOB-MKM

2:15-cv-03202-MOB-MKM

2:15-cv-03203-MOB-MKM

2:15-cv-03300-MOB-MKM

2:15-cv-03303-MOB-MKM

2:16-cv-03400-MOB-MKM

2:16-cv-03403-MOB-MKM

2:16-cv-03500-MOB-MKM

2:16-cv-03503-MOB-MKM

Date: July 18, 2016
s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge