# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF HOWARD B. IWREY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Howard B. Iwrey of the law firm Dykema Gossett PLLC, as counsel on behalf of Defendant Kayaba Industry Co., Ltd. in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                                  DYKEMA GOSSETT PLLC

                                                                By:  /s/ Howard B. Iwrey
                                                                Howard B. Iwrey (P39625)
                                                                39577 Woodward Avenue, Ste. 300
                                                                Bloomfield Hills, Michigan 48304
                                                                248.203.0700 – Telephone
                                                                248.203.0763 – Facsimile
                                                                hiwrey@dykema.com

                                                                *Attorneys for Kayaba Industry Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant Kayaba Industry Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016

DYKEMA GOSSETT PLLC

By: /s/ Howard B. Iwrey
    Howard B. Iwrey (P39625)
    39577 Woodward Avenue, Ste. 300
    Bloomfield Hills, Michigan 48304
    248.203.0700 – Telephone
    248.203.0763 – Facsimile
    hiwrey@dykema.com

*Attorneys for Kayaba Industry Co., Ltd.*