# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF BRADLEY R. LOVE

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Bradley R. Love of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Kayaba Industry Co., Ltd. (now known as KYB Corporation) ("KYB") in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                         BARNES & THORNBURG LLP

                                              By:  /s/ Bradley R. Love
                                                  Bradley R. Love
                                                  Indiana Bar # 31180-49
                                                  BARNES & THORNBURG LLP
                                                  11 South Meridian Street
                                                  Indianapolis, Indiana  46204-3535
                                                  Tel: 317-236-1313
                                                  Fax: 317-231-7433
                                                  bradley.love@btlaw.com

                                                  Attorney for Defendant
                                                  KYB Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant KYB Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016                                   BARNES & THORNBURG LLP

                                                                      By:  /s/ Bradley R. Love
                                                                            Bradley R. Love
                                                                            Indiana Bar # 31180-49
                                                                            BARNES & THORNBURG LLP
                                                                            11 South Meridian Street
                                                                            Indianapolis, Indiana  46204-3535
                                                                             Tel:  317-236-1313
                                                                             Fax: 317-231-7433
                                                                             bradley.love@btlaw.com

                                                                             Attorney for Defendant
                                                                             KYB Corporation