# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF BRIAN R. WEIR-HARDEN

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Brian R. Weir-Harden of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendants Kayaba Industry Co., Ltd. (now known as KYB Corporation) and KYB Americas Corporation (the "KYB Defendants") in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                    BARNES & THORNBURG LLP

By: /s/ Brian R. Weir-Harden
Brian R. Weir-Harden
Indiana Bar # 27651-49
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Tel:  317-236-1313
Fax: 317-231-7433
brian.weir-harden@btlaw.com

Attorney for Defendants
KYB Corporation and
KYB Americas Corporation

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of KYB Corporation and KYB Americas Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016                                   BARNES & THORNBURG LLP

                                                         By:  /s/ Brian R. Weir-Harden
                                                            Brian R. Weir-Harden
                                                            Indiana Bar # 27651-49
                                                            BARNES & THORNBURG, LLP
                                                            11 South Meridian Street
                                                            Indianapolis, Indiana  46204-3535
                                                            Tel:  317-236-1313
                                                            Fax: 317-231-7433
                                                            brian.weir-harden@btlaw.com

                                                            Attorney for Defendants
                                                            KYB Corporation and
                                                            KYB Americas Corporation