UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF J. ALEXANDER BARNSTEAD

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of J. Alexander Barnstead of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Kayaba Industry Co., Ltd. (now known as KYB Corporation) ("KYB") in the above-captioned matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                                    BARNES & THORNBURG LLP

                                          By:  /s/ J. Alexander Barnstead
                                              J. Alexander Barnstead
                                              Indiana Bar # 31218-49
                                              BARNES & THORNBURG LLP
                                              11 South Meridian Street
                                              Indianapolis, Indiana  46204-3535
                                              Tel: 317-236-1313
                                              Fax: 317-231-7433
                                              alex.barnstead@btlaw.com

                                              Attorney for Defendant
                                              KYB Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant KYB Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016                                  BARNES & THORNBURG LLP

                                            By:  /s/ J. Alexander Barnstead
                                            J. Alexander Barnstead
                                            Indiana Bar # 31218-49
                                            BARNES & THORNBURG LLP
                                            11 South Meridian Street
                                            Indianapolis, Indiana  46204-3535
                                            Tel:  317-236-1313
                                            Fax: 317-231-7433
                                            alex.barnstead@btlaw.com

                                            Attorney for Defendant
                                            KYB Corporation