# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: SHOCK ABSORBER CASES** | Case No. 2:15-03300-MOB-MKM |
| **THIS RELATES TO:**<br><br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS** | Case No. 2:16-cv-11256<br>Case No. 2:15-cv-03303 |

## APPEARANCE OF KENDALL MILLARD

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Kendall Millard of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Kayaba Industry Co., Ltd. (now known as KYB Corporation) ("KYB") in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  July 18, 2016                          BARNES & THORNBURG LLP

                                               By:  /s/ Kendall Millard
                                                    Kendall Millard
                                                    Indiana Bar # 25430-49
                                                    BARNES & THORNBURG, LLP
                                                    11 South Meridian Street
                                                    Indianapolis, Indiana  46204-3535
                                                    Tel: 317-236-1313
                                                    Fax: 317-231-7433
                                                    kmillard@btlaw.com

                                                    Attorney for Defendant
                                                    KYB Corporation

## CERTIFICATE OF SERVICE

     I hereby certify that on July 18, 2016, I electronically filed my Appearance on behalf of Defendant KYB Corporation with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated:  July 18, 2016                                       BARNES & THORNBURG LLP

                                                                  By:  /s/ Kendall Millard
                                                                      Kendall Millard
                                                                      Indiana Bar # 25430-49
                                                                      BARNES & THORNBURG, LLP
                                                                      11 South Meridian Street
                                                                      Indianapolis, Indiana  46204-3535
                                                                      Tel:  317-236-1313
                                                                      Fax: 317-231-7433
                                                                      kmillard@btlaw.com

                                                                      Attorney for Defendant
                                                                      KYB Corporation