# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) Master File No. 12-md-02311 <br> ) <br> ) Honorable Marianne O. Battani |
| IN RE: WIRE HARNESSES | ) Case No. 12-cv-00103 |
| IN RE: INSTRUMENT PANEL CLUSTERS | ) Case No. 12-cv-00203 |
| IN RE: FUEL SENDERS | ) Case No. 12-cv-00303 |
| IN RE: HEATER CONTROL PANELS | ) Case No. 12-cv-00403 |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS | ) Case No. 12-cv-00603 |
| IN RE: ALTERNATORS | ) Case No. 13-cv-00703 |
| IN RE: RADIATORS | ) Case No. 13-cv-01003 |
| IN RE: STARTERS | ) Case No. 13-cv-01103 |
| IN RE: SWITCHES | ) Case No. 13-cv-01303 |
| IN RE: IGNITION COILS | ) Case No. 13-cv-01403 |
| IN RE: MOTOR GENERATORS | ) Case No. 13-cv-01503 |
| IN RE: STEERING ANGLE SENSORS | ) Case No. 13-cv-01603 |
| IN RE: HID BALLASTS | ) Case No. 13-cv-01703 |
| IN RE: INVERTERS | ) Case No. 13-cv-01803 |
| IN RE: AIR FLOW METERS | ) Case No. 13-cv-02003 |
| IN RE: FUEL INJECTION SYSTEMS | ) Case No. 13-cv-02203 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | ) Case No. 13-cv-02403 |
| IN RE: VALVE TIMING CONTROL DEVICES | ) Case No. 13-cv-02503 |

|  |  |
|---|---|
| IN RE: ELECTRONIC THROTTLE BODIES ) ) ) | Case No. 13-cv-02603 |

THIS DOCUMENT RELATES TO ALL END – PAYOR ACTIONS :

**NOTICE OF APPEAL BY CLASS MEMBERS/OBJECTORS BY OBJECTOR THOMAS SARRIS AND BENJAMIN FEURY**

## NOTICE OF APPEAL

Notice is hereby given that Class Members/Objectors Thomas Sarris and Benjamin Feury appeal to the United States Court of Appeals for the Sixth Circuit from the (1) Opinion And Order Granting Final Approval Of Class Action Settlement; and (2) Order Granting In Part End-Payor Plaintiffs' Motion For An Award Of Attorneys' Fees, Reimbursement Of Expenses, And Establishment Of A Fund For Future Litigation Expenses, entered in the End-Payor actions to this multi-district litigation on June 20, 2016, Master File No. 12-md-02311 which encompasses and was filed in identical form and substance in the following cases:

> Case No. 2:12-cv-00103 at Doc. Nos. 497 and 498, Case No. 2:12-cv-00203 at Doc. Nos. 184 and 185, Case No. 2:12-cv-00303 at Doc. Nos. 156 and 157, Case Nos. 2:12-cv-00403 at Doc. Nos. 190 and 191, Case No. 2:12-cv-00603 at Doc. Nos. 148 and 149, Case No. 2:13-cv-00703 at Doc. Nos. 102 and 103, Case No. 2:13-cv-1003 at Doc. Nos. 149 and 150, Case No. 2:13-cv-1103 at Doc. Nos. 120 and 121, Case No. 2:13-cv-1303 at Doc. Nos. 97 and

98, Case Nos. 2:13-cv-1403 at Doc. Nos. 109 and 110, Case No. 2:13-cv-1503 at Doc. Nos. 104 and 105, Case No. 2:13-cv-1603 at Doc. Nos. 109 and 110, Case No. 2:13-cv-1703 at Doc. Nos. 168 and 169 , Case No. 2:13-cv-1803 at Doc. Nos. 97 and 98, Case No. 2:13-cv-2003 at Doc. Nos. 61 and 62, Case No. 2:13-cv-2203 at Doc. Nos. 226 and 227, Case No. 2:12-cv-2403 at Doc. Nos. 70 and 72, Case No. 2:13-cv-2503 at Doc. Nos. 159 and 161, and Case No. 2:13-cv-2603 at Doc. Nos. 226 and 227), and all orders and opinions that merge therein.

The Objectors also hereby appeal from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, orders that sealed records without "specific findings and conclusions 'which justify nondisclosure to the public" and any order or judgment naming or identifying the Appellant-Objectors or their objections, including any entered or signed subsequent to this notice of appeal.

Respectfully Submitted on July 19, 2016,

LINDERMAN LAW PLLC

/s/ Marla A. Linderman
Marla A. Linderman (P55759)
9524 Portage Trail
White Lake, MI 48386
(810) 220-0600
lindermanlaw@sbcglobal.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

<pre>
                         /s/ Marla A. Linderman
                         Marla A. Linderman (P55759)
                         9524 Portage Trail
                         White Lake, MI 48386
                         (810) 220-0600
                         lindermanlaw@sbcglobal.net
                         Attorneys for Plaintiff
</pre>