UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                Plaintiff(s),

v.                                                                                  Case No. 2:12–md–02311–MOB–MKM
                                                                                    Hon. Marianne O. Battani

Furukawa Electric Company,
Limited, et al.,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on July 19, 2016.


                DAVID J. WEAVER, CLERK OF COURT


                By: s/ Leanne Hosking
                    Deputy Clerk

Dated:   July 19, 2016