## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: RADIATORS** | 2:13-cv-01000-MOB-MKM |
| **THIS RELATES TO:**<br>**Rush Truck Centers of Alabama, Inc., et al.,**<br><br>                    **Plaintiffs,**<br><br>v.<br><br>**Calsonic Kansei Corp., et al.,**<br><br>                    **Defendants.** | 2:15-cv-14097-MOB-MKM |

### NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Caeli A. Higney of Gibson, Dunn &

Crutcher LLP hereby enters her appearance as counsel for Defendant American

Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: July 20, 2016                              Respectfully submitted,

                                  */s/ Caeli A. Higney*
Caeli A. Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8248
Facsimile: (415) 374-8471
CHigney@gibsondunn.com
SBN 219301
*Counsel for Defendant American Mitsuba Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

    */s/ George A. Nicoud III*
George A. Nicoud III
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8308
Facsimile: (415) 374-8473
TNicoud@gibsondunn.com
SBN 106111