# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br><br> Honorable Marianne O. Battani |
| **In Re: FUEL INJECTION SYSTEMS** | 2:13-cv-02200-MOB-MKM |
| **Irving Levine Automotive Distributors, Inc., individually and on behalf of all others similarly situated** <br>                          **Plaintiff,** <br> **v.** <br> **Aisan Industry Co., Ltd., Franklin Precision Industry, Inc., Aisan Corporation of America, Hyundam Industrial Co., Ltd., Hitachi Automotive Systems, Ltd., Hitachi Automotive Systems Americas, Inc., Denso Corporation, Denso International America, Inc., Denso International Korea Corporation, Keihin Corporation, Keihin North America, Inc., Maruyasu Industries Co., Ltd., Mikuni Corporation, Mikuni American Corporation, Mitsuba Corporation, American Mitsuba Corporation, Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Automotive America, Inc., Robert Bosch GmbH, and Robert Bosch LLC** <br>                          **Defendants.** | Civil Action No. 2:15-cv-13423 |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Caeli A. Higney of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation.  Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: July 20, 2016                    Respectfully submitted,


                                    ___/s/ Caeli A. Higney_____
                                    Caeli A. Higney
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    555 Mission Street, Suite 3000
                                    San Francisco, CA 94105
                                    Telephone: (415) 393-8248
                                    Facsimile: (415) 374-8471
                                    CHigney@gibsondunn.com
                                    SBN 219301

                                    *Counsel for Defendants Mitsuba*
                                    *Corporation and American Mitsuba*
                                    *Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2016, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all CM/ECF registrants by operation of the Court's electronic filing systems.

       /s/ Caeli A. Higney

Caeli A. Higney
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8230
Facsimile: (415) 374-8471
CHigney@gibsondunn.com
SBN 268644