UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

ALL PARTS )

THIS RELATES TO: ALL CASES )

MOTION TO WITHDRAW JOHN V. BIERNACKI AS COUNSEL FOR DEFENDANT YAZAKI CORPORATION

Defendant Yazaki Corporation requests an order of this Court granting leave for John V. Biernacki of Jones Day to withdraw as counsel for defendant Yazaki Corporation in the following actions:

Master File No. 12-md-02311

Wire Harness – Lead Case; 2:12-cv-00100

Wire Harness – Direct Purchaser Actions; 2:12-cv-00101

Wire Harness – End-Payor Actions; 2:12-cv-00103

ACAP, LLC. v. Yazaki Corporation and Yazaki North America, Inc.; 2:12-cv-10567

Lacava v. Delphi Automotive, LLP, et al.; 2:11-cv-14399

No prejudice will result from the withdrawal as Jones Day continues to represent Yazaki Corporation in these actions.

Dated: July 21, 2016

                                                Respectfully submitted,

                                                /s/ John V. Biernacki
                                                John V. Biernacki
                                                Jones Day
                                                901 Lakeside Ave
                                                Cleveland, Ohio 44114
                                                Telephone: (216) 586-7747
                                                Facsimile: (216) 579-0212
                                                jvbiernacki@jonesday.com

                                                *Counsel for Defendant Yazaki Corporation*

**CERTIFICATE OF SERVICE**

     I certify that on July 21, 2016, I electronically filed the foregoing Motion to Withdraw John V. Biernacki as Counsel for Defendant Yazaki Corporation with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

                                      /s/ John V. Biernacki
                                      John V. Biernacki
                                      Jones Day
                                      901 Lakeside Ave
                                      Cleveland, Ohio 44114
                                      Telephone: (216) 586-7747
                                      Facsimile: (216) 579-0212
                                      jvbiernacki@jonesday.com