UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AUTOMOTIVE PARTS ANTITRUST LITIGATION

        Plaintiff(s),                           Case No. 12-MDL-2311

v.                                            Judge Marianne O. Battani

                                                  Magistrate Judge

        Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __1437__, filed __July 21, 2016__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Transcript relates to case number 15-12068. Transcript will be refiled on case number 15-12068.

If you need further clarification or assistance, please contact __Kay Doaks__ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 22, 2016

s/Kay Doaks
Deputy Clerk