# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## ORDER GRANTING PARTIAL WITHDRAWAL OF MEREDITH JONES KINGSLEY

IT IS HEREBY ORDERED that Meredith Jones Kingsley of the law firm Alston & Bird LLP be withdrawn as counsel of record for non-party Kia Motors Manufacturing Georgia, Inc. (KMMG) in this case.

Date:  July 26, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge