**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

In re: ALL PARTS

THIS RELATES TO:

ALL PARTS

12-md-02311
Honorable Marianne O. Battani

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Courtney Torres of K&L Gates, LLP, hereby enters her appearance for and on behalf of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: July 26, 2016

/s/ Courtney Torres

Courtney Torres
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4432
courtney.torres@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2016, I electronically filed the Appearance of Courtney Torres with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record via the Court's ECF system.

/s/ Courtney Torres

Courtney Torres
K&L GATES LLP
70 W. Madison, Suite 3100
Chicago, IL 60602
312-807-4432
courtney.torres@klgates.com