UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>           ANTITRUST LITIGATION<br><br>THIS RELATES TO:<br>      ALL END-PAYOR CASES | Case No.  12-md-02311<br>Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frances S. Lewis of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor plaintiffs in the above-captioned matters.

Dated: August 4, 2016

                                                 Respectfully submitted,

                                               */s/ Frances S. Lewis*
                                               Frances S. Lewis
                                               SUSMAN GODFREY L.L.P.
                                               1901 Avenue of the Stars, Suite 950
                                               Los Angeles, California 90067-6029
                                               Telephone: (310) 789-3100
                                               flewis@susmangodfrey.com

                                               Attorney for End-Payor Plaintiffs

## CERTIFICATE OF SERVICE

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on August 4, 2016.

                Respectfully submitted,

                */s/ Frances S. Lewis*
                Frances S. Lewis
                SUSMAN GODFREY L.L.P.