UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

## APPEARANCE

Please enter the appearance of Angela A. Smedley of Winston & Strawn LLP as counsel for Defendants NTN Corporation and NTN USA Corporation.

Dated:  August 10, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Angela A. Smedley*
   Angela A. Smedley
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, NY 10166
   Telephone:  (212) 294-5348
   asmedley@winston.com

   *Attorney for Defendants NTN*
   *Corporation and NTN USA Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                                      */s/ Angela A. Smedley*
                                                      Angela A. Smedley
                                                      WINSTON & STRAWN LLP
                                                      200 Park Avenue
                                                      New York, NY 10166
                                                      Telephone:  (212) 294-5348
                                                      asmedley@winston.com