# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS<br>         ANTITRUST LITIGATION | Case No.  12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br>     ALL END-PAYOR CASES | |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Notice of Withdrawals of Attorney Frances S. Lewis filed on the 3rd day of August, 2016, it is hereby

ORDERED that Frances S. Lewis is allowed to withdraw from the representation of All End-Payor Cases listed below:

| | |
|---|---|
| In Re: Automotive Parts Antitrust Litigation | 12-md-02311 |
| In Re: Wire Harness | 2:12-cv-00100 |
| In Re: End-Payor Actions | 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: End-Payor Actions | 2:12-cv-00203 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: End-Payor Actions | 2:12-cv-00303 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: End-Payor Actions | 2:12-cv-00403 |
| In Re: Bearings | 2:12-cv-00500 |
| In Re: End-Payor Actions | 2:12-cv-00503 |
| In Re: Occupant Safety Systems | 2:12-cv-00600 |
| In Re: End-Payor Actions | 2:12-cv-00603 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: End-Payor Actions | 2:13-cv-00703 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00800 |
| In Re: End-Payor Actions | 2:13-cv-00803 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: End-Payor Actions | 2:13-cv-00903 |

| | |
|---|---|
| In Re: Radiators | 2:13-cv-01000 |
| In Re: End-Payor Actions | 2:13-cv-01003 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: End-Payor Actions | 2:13-cv-01103 |
| In Re: Automotive Lamps | 2:13-cv-01200 |
| In Re: End-Payor Actions | 2:13-cv-01203 |
| In Re: Switches | 2:13-cv-01300 |
| In Re: End-Payor Actions | 2:13-cv-01303 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: End-Payor Actions | 2:13-cv-01403 |
| In Re: Motor Generator | 2:13-cv-01500 |
| In Re: End-Payor Actions | 2:13-cv-01503 |
| In Re: Steering Angle Sensors | 2:13-cv-01600 |
| In Re: End-Payor Actions | 2:13-cv-01603 |
| In Re: Hid Ballasts | 2:13-cv-01700 |
| In Re: End-Payor Actions | 2:13-cv-01703 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: End-Payor Actions | 2:13-cv-01803 |
| In Re: Electronic Powered Steering Assemblies | 2:13-cv-01900 |
| In Re: End-Payor Actions | 2:13-cv-01903 |
| In Re: Air Flow Meters | 2:13-cv-02000 |
| In Re: End-Payor Actions | 2:13-cv-02003 |
| In Re: Fan Motors | 2:13-cv-02100 |
| In Re: End-Payor Actions | 2:13-cv-02103 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: End-Payor Actions | 2:13-cv-02203 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: End-Payor Actions | 2:13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | 2:13-cv-02400 |
| In Re: End-Payor Actions | 2:13-cv-02403 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: End-Payor Actions | 2:13-cv-02503 |
| In Re: Electronic Throttle Bodies | 2:13-cv-02600 |
| In Re: End-Payor Actions | 2:13-cv-02603 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: End-Payor Actions | 2:13-cv-02703 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: End-Payor Actions | 2:13-cv-02803 |
| In Re: Constant Velocity Joint Boot Products | 2:14-cv-02900 |
| In Re: End-Payor Actions | 2:14-cv-02903 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: End-Payor Actions | 2:15-cv-03003 |
| In Re: Hoses | 2:15-cv-03200 |
| In Re: End-Payor Actions | 2:15-cv-03203 |
| In Re: Shock Absorbers | 2:15-cv-03300 |
| In Re: End-Payor Actions | 2:15-cv-03303 |

| | |
|---|---|
| In Re: Body Sealing Products | 2:16-cv-03400 |
| In Re: End-Payor Actions | 2:16-cv-03403 |
| In Re: Interior Trim Products | 2:16-cv-03500 |
| In Re: End-Payor Actions | 2:16-cv-03503 |

IT IS SO ORDERED.

Date:  August 10, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 10, 2016.

s/ Kay Doaks

Case Manager

3