UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** _____ | HON. MARIANNE O. BATTANI |

**AGENDA FOR SEPTEMBER 14, 2016 STATUS CONFERENCE**

The Court intends to discuss the following list of agenda items at the status conference:

**I. REPORT OF MASTER**

**II. ALL ACTIONS IN MDL 2311**

    A.    Status of Settlements (*See also* Status Report, § I).

    B.    Attorney Fees (Further discussion allowed)

    C.    Compliance with Shane Group, Inc. v. Blue Cross Blue Shield of Michigan, 2016 WL 3163073 (6th Cir. June 7, 2016)

### III.  MULTIPLE CASES

    A.    End-Payor Plaintiffs' Motion for Authorization to Disseminate Notice

    B.    End-Payor Plaintiffs' Motion for Approval of Plan of Allocation

    C.    Report on OEM Discovery

    D.    Automobile Dealership Plaintiffs' Proposal on Facilitative Mediation

### IV.  DATE FOR NEXT STATUS CONFERENCE

    A.    The next two Status Conferences are scheduled for **November 16, 2016, at 10:00 am** and **January 25, 2017, at 10:00 a.m.**

    B.    Scheduling of subsequent Status Conference

### V.  OTHER MATTERS

Any party interested in any part should appear.

### VI.  MOTION HEARINGS

    **A.  MULTIPLE CASES**

        1.    Defendants' Objection to, and Motion to Modify, the Special Master's April 19, 2016 Order (See Doc. Nos. 465, 466, 467, 468, 469, 483, 485, 490, 491, 492 in 12-cv-102; and 466, 467, 468, 469, 470, 494, 495, and 496 in 12-cv-103)

        2.    Bearings and Anti-Vibrational Rubber Parts Defendants' Objection to the Special Master's Order Denying the Production of ADPs' General Ledger DMS Data  **(Set date for oral argument)**

      3.      Truck and Equipment Dealer Plaintiffs' Motion for Preliminary Approval of Settlements

### B. SPARK PLUGS (2:15-cv-03000)

Direct Purchaser Plaintiffs' Motion for Leave to File an Amended Complaint filed April 19, 2016 (See Doc Nos. 18, 19, 20, 22, 28 29, 30 and 31 in 15-11774

### C. OXYGEN SENSORS (2:15-cv-03100)

Direct Purchaser Plaintiffs' Motion for Leave to (1) Withdraw Their Consolidated Amended Class Action Complaint and (2) File Amended Complaints in the Two Underlying Actions filed April 19, 2016 (See Doc. Nos. 19, 20, 21, 23, 31, 32, 33 and 34 in 15-cv-11831; Doc Nos. 16, 17, 18, 20, 26, 27, 28 and 29 in 15-cv-12918

### D. FUEL INJECTION SYSTEMS (2:13-cv-02200)

Keihin Corporation's Motion to Dismiss the Automobile Dealers' Consolidated Amended Class Action Complaint (motion filed June 13, 2016) (See Doc. Nos. 185, 186 (Motion), 192 (Opposition), 195 (Reply) in 2:13-cv-2202) (Argument on service of process issues only.)

Date: August 30, 2016              **/s/ Marianne O. Battani**
                                                    MARIANNE O. BATTANI
                                                    UNITED STATES DISTRICT JUDGE

10896386.4

## CERTIFICATE OF SERVICE

     I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

                                                                s/KaMyra Doaks

                                                                Case Manager

10896386.4