# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that the undersigned attorney, William D. Meyer, of the law firm Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"), withdraws as counsel for non-party Porsche Cars North America, Inc. On February 18, 2016, Mr. Meyer filed a Notice of Limited Appearance in connection with the subpoena served upon Porsche Cars North America, Inc. in the above-referenced MDL action. As of September 14, 2016, Mr. Meyer will no longer be affiliated with Kilpatrick Townsend. Audra A. Dial of Kilpatrick Townsend will continue to represent non-party Porsche Cars North America, Inc. in the MDL action.

This 12th day of September, 2016.

/s/ William D. Meyer
William D. Meyer
Georgia Bar No. 950008
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
404.815.6500 (Office)
404.815.6555 (Fax)
bmeyer@kilpatricktownsend.com

***Counsel for Non-Party Porsche Cars North America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I caused the foregoing **Notice of Withdrawal of Appearance** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

          */s/ William D. Meyer*
          William D. Meyer
          Georgia Bar No. 950008
          Kilpatrick Townsend & Stockton LLP
          1100 Peachtree Street, Suite 2800
          Atlanta, Georgia 30309
          404.815.6500 (Office)
          404.815.6555 (Fax)
          bmeyer@kilpatricktownsend.com