**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) ) ) | |
| THIS RELATES TO: ALL CASES | ) ) ) ) | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Stefan Meisner of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: September 13, 2016

**MCDERMOTT WILL & EMERY LLP**

_____*/s/ Stefan Meisner*
Stefan Meisner
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8344
Fax: (202) 756-8087
smeisner@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing

documents using the Court's electronic filing system, which will notify all counsel of record

authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

     */s/ Stefan Meisner*
Stefan Meisner
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8344
Fax: (202) 756-8087
smeisner@mwe.com