## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## **APPEARANCE**

PLEASE ENTER the appearance of William J. Vigen as attorney of record in the above captioned Class Case on behalf of Defendants Takata Corporation and TK Holdings Inc. in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 1448).

Dated: September 13, 2016

                                              Respectfully submitted,

                                              Williams & Connolly LLP

                                              */s/* William J. Vigen
                                              William J. Vigen
                                              725 Twelfth Street, N.W.
                                              Washington, DC 20005
                                              Telephone: 202-434-5000
                                              Fax: 202-434-5029
                                              wvigen@wc.com

                                              *Attorney for Takata Corporation and*
                                              *TK Holdings Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                                   */s/* William J. Vigen
                                                   William J. Vigen
                                                   725 Twelfth Street, N.W.
                                                   Washington, DC 20005
                                                   Telephone: 202-434-5000
                                                   Fax: 202-434-5029
                                                   wvigen@wc.com

                                                   *Attorney for Takata Corporation and*
                                                   *TK Holdings Inc.*