UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

In Re: THIS DOCUMENT RELATES TO:

ALL PARTS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the Washington, DC office of Cuneo Gilbert & LaDuca, LLP has relocated. Attorneys associated with this office are Jonathan W. Cuneo, Joel Davidow, Victoria Romanenko, and Yifei Li, representing Automobile Dealership Plaintiffs. The new address is as follows:

Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016

Please update your records accordingly.

Dated: September 15, 2016

Respectfully submitted,

 /s/ Jonathan W. Cuneo
Jonathan W. Cuneo

Joel Davidow
Victoria Romanenko
Yifei Li
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

*Counsel for Dealership Plaintiffs*
