UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) 12-md-02311 <br> ) Honorable Marianne O. Battani <br> ) Magistrate Judge Mona K. Majzoub <br> ) |
| In Re: EXHAUST SYSTEM CASES | ) <br> ) <br> ) |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) 2:16-cv-11082-MOB-MKM <br> ) 2:16-cv-11087- MOB-MKM <br> ) <br> ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Cindy Dunlap Hinkle of the law firm of Buchanan Ingersoll & Rooney PC, as attorney of record for Defendant Meritor, Inc.

Dated:  September 16, 2016

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  */s/ Cindy Dunlap Hinkle*
Cindy Dunlap Hinkle (I.D. No. 86318)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-392-1682
412-562-1041

cindy.hinkle@bipc.com

*Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2016, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                  BUCHANAN INGERSOLL & ROONEY PC

By:    */s/ Cindy Dunlap Hinkle*
         Cindy Dunlap Hinkle (I.D. No. 86318)
         One Oxford Centre
         301 Grant Street, 20th Floor
         Pittsburgh, PA  15219-1410
         412-392-1682
         412-562-1041
         cindy.hinkle@bipc.com

*Attorneys for Defendant Meritor, Inc.*