**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In Re:  EXHAUST SYSTEM CASES | ) ) ) | |
| THIS RELATES TO:  ALL EXHAUST SYSTEM CASES | ) ) ) ) | 2:16-cv-11082-MOB-MKM 2:16-cv-11087- MOB-MKM |

**NOTICE OF APPEARANCE**

Please enter the appearance of Gretchen L. Jankowski of the law firm of Buchanan Ingersoll & Rooney PC, as attorney of record for Defendant Meritor, Inc.

Dated:  September 16, 2016

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  */s/ Gretchen L. Jankowski*
Gretchen L. Jankowski (I.D. No. 74540)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-562-1417
412-562-1041

gretchen.jankowski@bipc.com

*Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

        BUCHANAN INGERSOLL & ROONEY PC

By:   */s/ Gretchen L. Jankowski*
        Gretchen L. Jankowski (I.D. No. 74540)
        One Oxford Centre
        301 Grant Street, 20th Floor
        Pittsburgh, PA  15219-1410
        412-562-1417
        412-562-1041
        gretchen.jankowski@bipc.com

*Attorneys for Defendant Meritor, Inc.*