## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) 12-md-02311 <br> ) Honorable Marianne O. Battani <br> ) Magistrate Judge Mona K. Majzoub <br> ) |
| In Re: EXHAUST SYSTEM CASES | ) <br> ) <br> ) |
| THIS RELATES TO:  ALL EXHAUST SYSTEM CASES | ) 2:16-cv-11082-MOB-MKM <br> ) 2:16-cv-11087- MOB-MKM <br> ) <br> ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Wendelynne J. Newton of the law firm of Buchanan Ingersoll & Rooney PC, as attorney of record for Defendant Meritor, Inc.


Dated:  September 16, 2016            Respectfully submitted,

                                                              BUCHANAN INGERSOLL & ROONEY PC

                                                              By:     */s/ Wendelynne J. Newton*
                                                                     Wendelynne J. Newton (I.D. No. 35163)

                                                                     One Oxford Centre
                                                                     301 Grant Street, 20th Floor
                                                                     Pittsburgh, PA  15219-1410
                                                                     412-562-8932
                                                                     412-562-1041

                                                                   wendelynne.newton@bipc.com

                                                                   *Attorneys for Defendant Meritor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                    BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Wendelynne J. Newton*
Wendelynne J. Newton (I.D. No. 35163)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-562-8932
412-562-1041
wendelynne.newton@bipc.com

*Attorneys for Defendant Meritor, Inc.*