UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master Case No. 2:12-md-2311<br>Honorable Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| In Re: POWER WINDOW SWITCHES | Case No. 2:16-cv-3900-MOB-MKM |
| THIS RELATES TO:<br><br>AUTOMOBILE DEALERSHIP ACTIONS AND END-PAYOR ACTIONS | Case No. 2:16-cv-03902-MOB-MKM<br>Case No. 2:16-cv-03903-MOB-MKM |

### APPEARANCE OF CODY D. ROCKEY

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Cody D. Rockey of the law firm Dykema Gossett PLLC, as counsel on behalf of Toyo Denso Co., Ltd and Weastec, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  September 21, 2016

DYKEMA GOSSETT PLLC

By:  /s/ Cody D. Rockey
Cody D. Rockey (P78653)
2723 S. State St., Suite 400
Ann Arbor, Michigan 48104-6188
(734) 214-7660– Telephone
(855) 256-1358– Facsimile
crockey@dykema.com

*Attorneys for Toyo Denso Co., Ltd. and Weastec, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed my Appearance on behalf of Toyo Denso Co., Ltd and Weastec, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DYKEMA GOSSETT PLLC

By:  /s/ Cody D. Rockey
Cody D. Rockey (P78653)
2723 S. State St., Suite 400
Ann Arbor, Michigan 48104-6188
(734) 214-7660– Telephone
(855) 256-1358– Facsimile
crockey@dykema.com

*Attorneys for Toyo Denso Co., Ltd. and Weastec, Inc.*