UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF RACHEL J. ADCOX

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Rachel J. Adcox of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statute, or the Federal Rules of Civil Procedure.

Dated: October 3, 2016

By: /s/ Rachel J. Adcox
Rachel J. Adcox
AXINN VELTROP & HARKRIDER LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 912-4700
Fax: (202) 912-4701
radcox@axinn.com

*Attorneys for Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 3, 2016                            AXINN VELTROP & HARKRIDER LLP

                                                          By: /s/  Rachel J. Adcox