# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MICHIGAN

**In Re: AUTOMOTIVE PARTS**  
**ANTITRUST LITIGATION**

12-md-02311  
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## APPEARANCE OF JOHN M. TANSKI

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of John M. Tanski of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statute, or the Federal Rules of Civil Procedure.

Dated: October 3, 2016

By: /s/ John M. Tanski  
John M. Tanski  
AXINN VELTROP & HARKRIDER LLP  
90 State House Square  
Hartford, CT 06103  
Telephone: (860) 275-8100  
Fax: (860) 275-8101  
jtanski@axinn.com

*Attorneys for Nishikawa Rubber Co.,*  
*Nishikawa of America, Inc. and Nishikawa*  
*Cooper LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 3, 2016              AXINN VELTROP & HARKRIDER LLP

                                    By: /s/  John M. Tanski