UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

12-md-02311
Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

## APPEARANCE OF NICHOLAS E.O. GAGLIO

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Nicholas E.O. Gaglio of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Defendants Nishikawa Rubber Company, Nishikawa of America, Inc., and Nishikawa Cooper LLC in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statute, or the Federal Rules of Civil Procedure.

Dated: October 5, 2016

By: /s/ Nicholas E.O. Gaglio
Nicholas E.O. Gaglio
AXINN VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201
ngaglio@axinn.com

*Attorneys for Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2016, I electronically filed my Appearance on behalf of Defendants Nishikawa Rubber Co., Nishikawa of America, Inc. and Nishikawa Cooper LLC with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants,

Dated: October 5, 2016                        AXINN VELTROP & HARKRIDER LLP

                                                   By: /s/  Nicholas E.O. Gaglio