Nos. 16-2025; 16-2085; 16-2086

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION (No. 16-2025). | ) ) ) | **FILED** Sep 30, 2016 DEBORAH S. HUNT, Clerk |
| In re: WIRE HARNESSES (No. 16-2085). | ) ) |  |
| In re: OCCUPANT SAFETY SYSTEMS (No. 16-2086). | ) ) ) |  |
| END-PAYOR PLAINTIFFS, | ) ) |  |
| Plaintiffs-Appellees, | ) ) |  |
| OLEN YORK; AMY YORK; NANCY YORK, | ) ) |  |
| Objectors-Appellants, | ) ) | O R D E R |
| v. | ) ) |  |
| NIPPON SEIKI COMPANY, LTD, et al., | ) ) |  |
| Defendants-Appellees. | ) ) |  |

In this multidistrict antitrust litigation, the York Objectors appeal the June 20, 2016 order approving a class action settlement and the June 20, 2016 order granting an award of attorney fees to the plaintiffs. They filed three notices of appeal. A notice of appeal was filed in the Master Docket, No. 12-md-2311, and is pending as No. 16-2025. Another notice of appeal was filed in the End-Payor Automotive Wire Harness Systems docket, No. 12-cv-0103, and is pending as No. 16-2085. A third notice of appeal was filed in the End-Payor Occupant Safety Systems docket, No. 12-cv-0603, and is pending as No. 16-2086.

Case 2:12-md-02311-SFC-RSW  ECF No. 1472-2, PageID.25970 Filed 10/10/16  Page 2 of 2
Case: 16-2025  Document: 53-1  Filed: 09/30/2016  Page: 2

Nos. 16-2025; 16-2085; 16-2086
-2-

The June 20 orders apply to nineteen individual cases, including No. 12-cv-0103 and No. 12-cv-0603. The June 20 orders were entered in all nineteen cases, but they were not entered on the Master Docket. The notice of appeal filed on the Master Docket purports to appeal the June 20 orders entered in each of the nineteen cases, including No. 12-cv-0103 and No. 12-cv-0603. The York Objectors did not file a notice of appeal in seventeen of the cases to which the June 20 orders apply.

The York Objectors are directed to show cause within fourteen days of the entry of this order why No. 16-2025 should not be dismissed for lack of jurisdiction, why No. 16-2085 should not be limited to an appeal from the June 20 orders entered in No. 12-cv-0103, and why No. 16-2086 should not be limited to an appeal from the June 20 orders entered in No. 12-cv-0603. The appellees may reply to the York Objectors' responses within ten days after they are filed.

        ENTERED PURSUANT TO RULE 45(a)
        RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk