UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | 2:12-cv-00500-MOB-MKM |
| THIS RELATES TO: ALL BEARINGS CASES | 2:12-cv-00501-MOB-MKM 2:12-cv-00502-MOB-MKM 2:12-cv-00503-MOB-MKM 2:14-cv-00507-MOB-MKM |

## NOTICE OF APPEARANCE OF KRISTIN BENESKI

To the Clerk of the Court and all Counsel of Record:

Please enter the appearance of Kristin Beneski of the law firm Lane Powell PC on behalf of Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED: October 12, 2016

LANE POWELL PC

By  s/Kristin Beneski
Kristin Beneski
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
beneskik@lanepowell.com
WA Bar No. 45478

709760.0002/6786112.1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2016, I caused to be electronically filed a copy of the foregoing NOTICE OF APPEARANCE OF KRISTIN BENESKI with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                s/Kristin Beneski
                                Kristin Beneski
                                Lane Powell PC
                                1420 Fifth Avenue, Suite 4200
                                P.O. Box 91302
                                Seattle, WA  98111-9402
                                Telephone:  206.223.7000
                                beneski@lanepowell.com
                                WA Bar No. 45478