UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: SHOCK ABSORBER CASES | |
| THIS RELATES TO: | |
| V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*,<br><br>            Defendants | Case No. 2:16-cv-13616<br>Case No. 2-15-cv-03301 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC in the above-captioned matter.

Dated: October 17, 2016

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC

11096223.1

CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2016 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

      /s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC

11096223.1