UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |

| | | |
|---|---|---|
| IN RE: WIRE HARNESS | : | Case No. 2:12-cv-00103-MOB-MKM |
| IN RE: INSTRUMENT PANEL CLUSTERS | : | Case No. 2:12-cv-00203-MOB-MKM |
| IN RE: FUEL SENDERS | : | Case No. 2:12-cv-00303-MOB-MKM |
| IN RE: HEATER CONTROL PANELS | : | Case No. 2:12-cv-00403-MOB-MKM |
| IN RE: OCCUPANT SAFETY RESTRAINT SYSTEMS | : | Case No. 2:12-cv-00603-MOB-MKM |
| IN RE: ALTERNATORS | : | Case No. 2:13-cv-00703-MOB-MKM |
| IN RE: RADIATORS | : | Case No. 2:13-cv-01003-MOB-MKM |
| IN RE: STARTERS | : | Case No. 2:13-cv-01103-MOB-MKM |
| IN RE: SWITCHES | : | Case No. 2:13-cv-01303-MOB-MKM |
| IN RE: IGNITION COILS | : | Case No. 2:13-cv-01403-MOB-MKM |
| IN RE: MOTOR GENERATORS | : | Case No. 2:13-cv-01503-MOB-MKM |
| IN RE: STEERING ANGLE SENSORS | : | Case No. 2:13-cv-01603-MOB-MKM |
| IN RE: HID BALLASTS | : | Case No. 2:13-cv-01703-MOB-MKM |
| IN RE: INVERTERS | : | Case No. 2:13-cv-01803-MOB-MKM |
| IN RE: AIR FLOW METERS | : | Case No. 2:13-cv-02003-MOB-MKM |
| IN RE: FUEL INJECTION SYSTEMS | : | Case No. 2:13-cv-02203-MOB-MKM |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | : | Case No. 2:13-cv-02403-MOB-MKM |
| IN RE: VALVE TIMING CONTROL DEVICES | : | Case No. 2:13-cv-02503-MOB-MKM |
| IN RE: ELECTRONIC THROTTLE BODIES | : : | Case No. 2:13-cv-02603-MOB-MKM |

| | |
|---|---|
| THIS DOCUMENT RELATES TO ALL END - PAYOR ACTIONS | : : |

**NOTICE OF VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE OF YORK OBJECTOR'S MOTION: (1) TO AMEND THE COURT'S JULY 3, 2014 ELECTRONIC CASE MANAGEMENT PROTOCOL ORDER AND (2) TO ENTER ITS JUNE 20, 2016 ORDERS GRANTING FINAL APPROVAL OF EPP CLASS ACTION SETTLEMENTS AND PARTIALLY AWARDING EPP ATTORNEYS' FEES INTO MASTER FILE NO. 12-MD-02311.**

Objectors/Appellants Olen York, Amy York and Nancy York ("York Objectors") hereby serve notice of their voluntary withdrawal, without prejudice, of the motion filed on October 10, 2016 to amend the Court's July 3, 2014 electronic case management protocol order and to enter the Court's June 20, 2016 Orders granting final approval of EPP class action settlements and partially awarding EPP attorneys' fees into Master File No. 12-md-02311. (DE 1472)

Dated: October 17, 2016

By: /s/ George W. Cochran
Law Office of George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: (330) 607-2187
Facsimile: (330) 230-6136
Email: lawchrist@gmail.com
*Attorney for Olen York, Amy York, and Nancy York*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, I filed a copy of the foregoing notice with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

By: *s/ George W. Cochran*
George W. Cochran (Ohio Bar No.0031691)
Law Office of George W. Cochran
1385 Russell Drive
Streetsboro, Ohio 44241
Telephone: (330) 607-2187
Facsimile: (330) 230-6136
Email: lawchrist@gmail.com
*Attorney for Olen York, Amy York, and Nancy York*