UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS           12-md-02311
ANTITRUST LITIGATION           Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

### STATEMENT OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Nishikawa Rubber Company makes the following disclosure.

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

**No**

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

**n/a**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

**Yes**

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Public Corporation / Affiliate Name: Cooper-Standard Holdings, Inc.
Nature of Financial Interest: Indirect minority owner of Nishikawa Cooper, of which Nishikawa Rubber Company is an indirect majority owner.

Dated: October 18, 2016           DYKEMA GOSSETT PLLC
          By: /s/ Howard B. Iwrey
          Howard B. Iwrey (P39635)
          Attorneys for Nishikawa Rubber Co.,
          Nishikawa of America,
          Inc. and Nishikawa Cooper LLC

39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(855) 232-1791- facsimile
*email*: hiwrey@dykema.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically filed the Statement of Disclosure of Corporate Affiliations and Financial Interest of Nishikawa Rubber Company with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

October 18, 2016                                        By: /s/ Howard B. Iwrey