UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS            12-md-02311
ANTITRUST LITIGATION               Honorable Marianne O. Battani

**ALL PARTS**

**THIS RELATES TO: ALL CASES**

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Nishikawa of America, Inc., makes the following disclosure.

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

**Yes**

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation / Affiliate Name: Nishikawa Rubber Company, Ltd.
Relationship with Named Party: Parent Company of Nishikawa of America, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

**Yes**

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Public Corporation / Affiliate Name: Cooper-Standard Holdings, Inc.
Nature of Financial Interest: Indirect minority owner of Nishikawa Cooper, of which Nishikawa of America, Inc., is a direct majority owner.

Dated: October 18, 2016              DYKEMA GOSSETT PLLC
                                     By: /s/ Howard B. Iwrey
                                     Howard B. Iwrey (P39635)
                                     Attorneys for Nishikawa Rubber Co.,
                                     Nishikawa of America,

Inc. and Nishikawa Cooper LLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
(855) 232-1791- facsimile
*email*: hiwrey@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically filed the Statement of Disclosure of Corporate Affiliations and Financial Interest of Nishikawa of America, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

October 18, 2016                                                           By: /s/ Howard B. Iwrey