## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311 |
| ALL PARTS | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL DEALERSHIP ACTIONS | Magistrate Mona K. Majzoub |

## NOTICE OF APPEARANCE OF MARCUS NEIL BOZEMAN

PLEASE TAKE NOTICE that Marcus Neil Bozeman of Thrash Law Firm, P.A., hereby enters his appearance on behalf of all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: October 19, 2016         Respectfully submitted,

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, Arkansas  72201
Telephone: (501) 374-1058
bozemanmarcus@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF-registered counsel.

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman