# EXHIBIT A
# DECLARATION OF SHELDON H. KLEIN IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND IN PARTICULAR FCA US LLC

## FILED UNDER SEAL