# EXHIBIT B
# DECLARATION OF GEORGE A. NICOUD III IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURER GENERAL MOTORS

# FILED UNDER SEAL