**EXHIBIT D**
**DECLARATION OF ABRAM J. ELLIS IN SUPPORT OF THE PARTIES' RENEWED JOINT MOTION TO COMPEL DISCOVERY FROM NONPARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND IN PARTICULAR NISSAN NORTH AMERICA**


**FILED UNDER SEAL**