# EXHIBIT E
# DECLARATION OF DEMETRIUS X. LAMBRINOS IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND PARTICULARLY SUBARU OF AMERICA, INC.

# FILED UNDER SEAL