**EXHIBIT F**
**DECLARATION OF ANGELA A. SMEDLEY IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND PARTICULARLY SUBARU OF INDIANA AUTOMOTIVE, INC.**

**FILED UNDER SEAL**