**EXHIBIT G**
**DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND IN PARTICULAR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA AND TOYOTA MOTOR SALES, USA, INC. (TOYOTA) FILED**

**UNDER SEAL**