# EXHIBIT A

| Part | Alleged Class Period (EPPs and ADPs) |
|---|---|
| Air Conditioning Systems | 5/1/1999-until alleged conduct ceased |
| Alternators | 1/1/2000- until alleged conduct ceased |
| Anti-Vibration Rubber Parts (AVRP) | 3/1/1996- until alleged conduct ceased |
| ATF Warmers | 11/1/2002- until alleged conduct ceased |
| Automotive Hoses | 5/1/2003- until alleged conduct ceased |
| Bearings | 1/1/2000- until alleged conduct ceased |
| Body Sealings | 1/1/2000- until alleged conduct ceased |
| Brake Hoses | 2/1/2004 - until alleged conduct ceased |
| Ceramic Substrates | 7/1/1999 - until alleged conduct ceased |
| Constant Velocity Joint Boot | 1/1/2006- until alleged conduct ceased |
| Electric Power Steering Assemblies (EPSA) | 1/1/2005- until alleged conduct ceased |
| Exhaust Systems | 1/1/2002 - unitl alleged conduct ceased |
| Fan Motors | 1/1/2000- until alleged conduct ceased |
| Fuel Injection Systems/Air Flow Meters/Electronic Throttle Bodies | 1/1/2000- until alleged conduct ceased |
| Fuel Senders | 1/1/2001-until alleged conduct ceased |
| HID Ballasts | 7/1/1998- until alleged conduct ceased |
| Heater Control Panels | 1/1/2000-until alleged conduct ceased |
| Ignition Coils | 1/1/2000- until alleged conduct ceased |
| Instrument Panel Clusters | 1/1/2001- until alleged conduct ceased |
| Interior Trim Parts | 6/1/2004 - until at least 9/2012 |
| Inverters | 1/1/2000- until alleged conduct ceased |
| Lamps | 6/1/1997 - until alleged conduct ceased |
| Motor Generators | 1/1/2000- until alleged conduct ceased |
| Occupant Safety Systems (OSS) | 1/1/2003- until alleged conduct ceased |
| Power Window Motors | 1/1/2000- until alleged conduct ceased |
| Power Window Switches | 1/1/2003 - until alleged conduct ceased |
| Radiators | 2/1/2001- until alleged conduct ceased |
| Shock Absorbers | 1/1/1995 - until alleged conduct ceased |
| Spark Plugs | 1/1/2000- until alleged conduct ceased |
| Starters | 1/1/2000- until alleged conduct ceased |
| Steel Tubes | 12/1/2003 - until alleged conduct ceased |
| Steering Angle Sensors | 9/1/2003- until alleged conduct ceased |
| Switches | 9/1/2003- until alleged conduct ceased |
| Valve Timing Control Devices | 1/1/2000- until alleged conduct ceased |
| Windshield Washers | 1/1/2000- until alleged conduct ceased |
| Windshield Wipers | 1/1/2000- until alleged conduct ceased |
| Wire Harnesses | 1/1/1999- until alleged conduct ceased |

| Alleged Class Periods (TEDPs) |
| --- |
| |
| 6/1/2000 to present |
| |
| |
| |
| 1/1/2004 - to present |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| same |
| |
| 1/1/2000 to present |
| |
| |
| 6/1/2000 to present |
| |
| |
| |
| |
| |
| n/a |