# EXHIBIT C

- AB SKF
- Aisan Corporation of America
- Aisan Industry Co., Ltd.
- Aisin Automotive Casting, LLC
- Aisin Seiki Co., Ltd.
- Alps Automotive Inc.
- Alps Electric (North America), Inc.
- Alps Electric Co., Ltd.
- American Furukawa, Inc.
- American Mitsuba Corporation
- American Showa, Inc.
- ASMO Co. Ltd.
- ASMO Greenville of North Carolina, Inc.
- ASMO Manufacturing, Inc.
- ASMO North America, LLC
- Asti Corporation
- Autoliv ASP, Inc.
- Autoliv B.V. & Co. KG
- Autoliv, Inc.
- Bosal Industries-Georgia, Inc.
- Bosal International N.V.
- Bosch Electrical Drives Co., Ltd. f/k/a Korea Automotive Motor Corporation
- Bridgestone APM Company
- Bridgestone Corporation
- Calsonic Kansei Corporation
- Calsonic Kansei North America, Inc.
- Chiyoda Manufacturing Corporation
- Chiyoda USA Corporation
- Continental Automotive Electronics LLC
- Continental Automotive Korea Ltd.
- Continental Automotive Systems, Inc.
- Corning Incorporated
- Corning International K.K.
- Curtis-Maruyasu America, Inc.
- Delphi Automotive LLP
- Delphi Powertrain Systems Korea Ltd.
- Denso Automotive Deutschland GMBH
- DENSO Corp.
- DENSO International America Inc.
- DENSO International Korea Corporation
- DENSO Korea Automotive Corporation
- DENSO Products & Services Americas, Inc.
- Diamond Electric Mfg. Co., Ltd.
- Diamond Electric Mfg. Corporation
- DTR Industries, Inc.
- Eberspächer Exhaust Technology GmbH & Co. KG
- Eberspächer North America Inc.
- Faurecia Emissions Control Technologies, USA, LLC
- Faurecia SA
- Franklin Precision Industry, Inc.
- Fujikura Automotive America, LLC
- Fujikura Ltd.
- Furukawa Electric Co., Ltd.
- G.S. Electech, Inc.
- G.S. Wiring Systems, Inc.
- G.S.W. Manufacturing Inc.
- Green Tokai Co., Ltd.
- GS Electech, Inc.
- Hitachi Automotive Systems America, Inc.
- Hitachi Automotive Systems, Ltd.
- Hitachi, Ltd.
- Hyundam Industrial Co., Ltd.
- Ichikoh Industries, Ltd.
- II Stanley Co.
- INOAC Corporation
- INOAC Group North America, LLC
- INOAC USA Inc.
- JTEKT Automotive North America, Inc.
- JTEKT Corporation
- K & S Wiring Systems, Inc.
- Kayaba Industry Co. Ltd., d/b/a KYB Corporation
- Keihin Corporation
- Keihin North America, Inc.
- Koito Manufacturing Co., Ltd.
- Koyo Corporation of U.S.A.
- KYB Americas Corporation
- Kyungshin-Lear Sales And Engineering LLC
- Lear Corp.
- Leoni Wiring Systems, Inc.
- Leonische Holding, Inc.
- MAHLE Behr GmbH & Co. KG
- MAHLE Behr USA Inc.
- Maruyasu Industries Co., Ltd.
- Meritor, Inc. f/k/a ArvinMeritor, Inc.
- Mikuni American Corporation
- Mikuni Corporation
- Mitsuba Corporation
- Mitsubishi Electric Automotive America, Inc.
- Mitsubishi Electric Corporation
- Mitsubishi Electric US Holdings, Inc.
- Mitsubishi Heavy Industries America, Inc.
- Mitsubishi Heavy Industries Climate Control, Inc.
- Mitsubishi Heavy Industries, Ltd.
- N.S. International, Ltd.
- Nachi America Inc.
- Nachi-Fujikoshi Corp.

- New Sabina Industries
- NGK Automotive Ceramics USA, Inc.
- NGK Insulators Ltd.
- NGK Spark Plugs (USA) Inc.
- NGK Spark Plugs Co. Ltd.
- Nippon Seiki Co., Ltd.
- Nishikawa Cooper LLC
- Nishikawa of America, Inc.
- Nishikawa Rubber Company
- North American Lighting, Inc.
- NSK Americas, Inc.
- NSK Ltd.
- NSK Steering Systems America, Inc.
- NSK Steering Systems Co., Ltd.
- NTK Technologies, Inc.
- NTN Corporation
- NTN USA Corporation
- Omron Automotive Electronics Co., Ltd.
- Panasonic Corporation
- Panasonic Corporation of North America
- Robert Bosch GmbH
- Robert Bosch LLC
- Sanden Automotive Climate Systems Corporation
- Sanden Automotive Components Corporation
- Sanden International (U.S.A.) Inc.
- Schaeffler AG
- Schaeffler Group USA Inc.
- Showa Aluminum Corporation of America
- Showa Corporation
- Showa Denko K.K.
- SKF USA, Inc.
- Stanley Electric Co., Ltd.
- Stanley Electric U.S. Co., Inc.
- Sumitomo Electric Industries, Inc.
- Sumitomo Electric Industries, Ltd.
- Sumitomo Electric Wintec America, Inc.
- Sumitomo Electric Wiring Systems, Inc.
- Sumitomo Riko Company Limited (formerly Tokai Rubber Industries, Ltd.)
- Sumitomo Wiring Systems (U.S.A.) Inc.
- Sumitomo Wiring Systems, Ltd.
- T.RAD Co., Ltd.
- T.RAD North America, Inc.
- Takata Corp.
- Tenneco Automotive Operating Co., Inc.
- Tenneco GmbH
- Tenneco Inc.
- TG Fluid Systems USA Corporation
- TG Kentucky, LLC
- TG Missouri Corp.
- TK Holdings, Inc.
- Tokai Kogyo Co., Ltd.
- Tokai Rika Co., Ltd.
- Tokai Rubber Industries, Ltd.
- Toyo Automotive Parts (USA), Inc.
- Toyo Denso Co. Ltd.
- Toyo Tire & Rubber Co., Ltd.
- Toyo Tire North America Manufacturing, Inc.
- Toyo Tire North America OE Sales LLC
- Toyoda Gosei Co., Ltd.
- Toyoda Gosei North America Corp.
- TRAD Co., Ltd.
- TRAM Inc. d/b/a Tokai Rika U.S.A. Inc.
- TRW Automotive Holdings Corp.
- TRW Deutschland Holding GmbH
- Valeo Climate Control Corp.
- Valeo Electrical Systems, Inc.
- Valeo Inc.
- Valeo Japan Co., Ltd.
- Valeo S.A.
- Weastec, Inc.
- Yamada Manufacturing Co., Ltd.
- Yamada North America, Inc.
- Yamashita Rubber Co., Ltd.
- Yazaki Corporation
- Yazaki North America Inc.
- YUSA Corporation