UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| All Cases | : : | |
| THIS DOCUMENT RELATES TO: | : : : | |
| All Actions | : : | |

**PLAINTIFFS' NOTICE REGARDING CERTAIN PARTIES' MOTION TO COMPEL REQUEST NO. 31**

On January 19, 2016, in addition to the main Joint Motion to Compel filed against the OEMs (Case No. 2:12-md-02311, ECF No. 1185) ("Main Motion"), Plaintiffs filed an additional Motion to Compel (Case No. 2:12-md-02311, ECF Nos. 1187 and 1188). That motion sought production of documents subject to Request No. 31 in the Serving Parties' subpoena, which requested communications between OEMs and vehicle parts suppliers, including Defendants, regarding the conspiracy, and documents provided to the OEMs by vehicle parts suppliers, including Defendants, concerning the conspiracy. That motion was fully briefed (Case No. 2:12-md-02311, ECF 1216; Case No. 2:12-md-02311, ECF 1227, pages 35-37) (Case No. 2:12-md-02311, ECF 1254) and prepared to be argued.

At the conclusion of the mediation held on March 24, 2016, the Master ordered depositions on the requests sought in the Main Motion, filed by all parties. The Master also reasoned that given that oral argument and production were being held in abeyance as to the requests subject to the Main Motion, it was best to also hold off oral argument on the Plaintiffs' Motion on Request No. 31 until the other arguments were ready to be heard, so that all oral arguments could be heard at the same time.

1

Now that oral argument will be ripe as to the all of other requests on December 9, 2016, the argument on Request 31 is ready to be heard as well. The Parties are prepared to argue it on December 9.  All briefing is attached hereto, as Exhibits 1-5, with Exhibits to said filings available upon request.

Dated:  November 7, 2016            Respectfully submitted,

*/s/* Jonathan W. Cuneo

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:   (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500

Facsimile:  (651) 312-6618
sraiter@larsonking.com

***Interim Co-Lead Class Counsel for Auto Dealer
Plaintiffs***

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
   and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200
gmantese@manteselaw.com

***Interim Liaison Counsel for Auto Dealer Plaintiffs***

/s/ William Shotzbarger (with consent)
Wayne A. Mack (PA Bar #46654)
J. Manly Parks (PA Bar #74647)
Andrew R. Sperl (PA Bar #311467)
William Shotzbarger (PA Bar #320490)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1000
Fax: (215) 979-1020
wamack@duanemorris.com
jmparks@duanemorris.com
arsperl@duanemorris.com
wshotzbarger@duanemorris.com

***Interim Class Counsel for Truck and Equipment
Dealer Plaintiffs***

/s/ E. Powell Miller
E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
epm@millerlawpc.com
dpa@millerlawpc.com

***Interim Liaison Counsel for the Proposed End-***

*Payor Plaintiff Classes*

Steven N. Williams
Elizabeth Tran
Demetrius X. Lambrinos
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
etran@cpmlegal.com
dlambrinos@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler Langham
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com

DM1\7340151.1

clangham@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed
End-Payor Plaintiff Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

_/s/_ Jonathan W. Cuneo
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com