**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Auto Parts Cases | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

## INDEX OF EXHIBITS

**Exhibit 1**  Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers (Highly Confidential)

**Exhibit 2**  Defendants' Opposition To Certain Serving Parties' Motion To Compel Discovery From Non-Party Original Equipment Manufacturers

**Exhibit 3**  Pages 35-37 of The Specified Subpoenaed Entities' Joint Opposition To The Parties' Motions To Compel (Highly Confidential)

**Exhibit 4**  Certain Serving Parties' Reply In Support Of Motion To Compel Discovery From Non-Party Original Equipment Manufacturers