UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
|---|---|
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### NOTICE OF APPEARANCE OF BRADLEY M. BAGLIEN

PLEASE TAKE NOTICE that BRADLEY M. BAGLIEN of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of Schaeffler Group USA, Inc., **only** in the above-entitled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: /s/ Bradley M. Baglien
Bradley M. Baglien
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6420
Fax: (617) 526-5000
bradley.baglien@wilmerhale.com

Dated: November 8, 2016

## PROOF OF SERVICE

I, BRADLEY M. BAGLIEN, an attorney, hereby certify that on November 8, 2016, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF BRADLEY M. BAGLIEN**, to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail or first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ *Bradley M. Baglien*
Bradley M. Baglien
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6420
Fax: (617) 526-5000
bradley.baglien@wilmerhale.com

*Attorney for Defendant Schaeffler Group USA Inc.*