# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| Joint Motion to Compel and Plaintiffs' Motion to Compel and<br>The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers | Dkt #s1185, 1187 and 1188<br><br><br><br>Dkt #1495 |
| In Re: Truck and Equipment Dealer Actions | 2:14-cv-00507; Dkt #16 |
| In Re: Wire Harness | 2:12-cv-00101; Dkt #323 |
| In Re: Instrument Panel Clusters | 2:12-cv-00201; Dkt #159 |
| In Re: Fuel Senders | 2:12-cv-00301; Dkt #99 |
| In Re: Heater Control Panels | 2:12-cv-00401; Dkt #113 |
| In Re: Alternators | 2:13-cv-00701; Dkt #32 |
| In Re: Windshield Wipers Systems | 2:13-cv-00901; Dkt #79 |
| In Re: Starters | 2:13-cv-01101; Dkt #69 |
| In Re: Ignition Coils | 2:13-cv-01401; Dkt #51 |
| In Re: Fuel Injection Systems | 2:13-cv-02201; Dkt #36 |
| In Re: Power Window Motors | 2:13-cv-02301; Dkt #27 |
| In Re: Air Conditioning Systems | 2:13-cv-02701; Dkt #84 |
| In Re: Windshield Washer Systems | 2:13-cv-02801; Dkt #76 |
| In Re: Spark Plugs | 2:15-cv-03001; Dkt #39 |
| In Re: Oxygen Sensors | 2:15-cv-03101; Dkt #51 |
| This Document Relates to:<br>Direct Purchaser Actions | |

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that a mediation shall be conducted before Gene J. Esshaki, Master, on November 15, 2016, at 9:30 a.m. at the United States

District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan with regard to the following:

1. Special Master's Order Regarding Motion to Compel Documents from Rush Truck Plaintiffs (2:14-cv-00507-MOB-MKM, ECF No. 16) dated July 26, 2016; and

2. Joint Motion to Compel (12-md-02311, ECF No. 1185); Plaintiffs' Motion to Compel (12-md-02311, ECF Nos. 1187 and 1188); The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers (12-md-02311, ECF No. 1495) and Denso Defendants' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers as filed in the following cases:

| | |
|---|---|
| In Re: Wire Harness | 2:12-cv-00101; Dkt #323 |
| In Re: Instrument Panel Clusters | 2:12-cv-00201; Dkt #159 |
| In Re: Fuel Senders | 2:12-cv-00301; Dkt #99 |
| In Re: Heater Control Panels | 2:12-cv-00401; Dkt #113 |
| In Re: Alternators | 2:13-cv-00701; Dkt #32 |
| In Re: Windshield Wipers Systems | 2:13-cv-00901; Dkt #79 |
| In Re: Starters | 2:13-cv-01101; Dkt #69 |
| In Re: Ignition Coils | 2:13-cv-01401; Dkt #51 |
| In Re: Fuel Injection Systems | 2:13-cv-02201; Dkt #36 |
| In Re: Power Window Motors | 2:13-cv-02301; Dkt #27 |
| In Re: Air Conditioning Systems | 2:13-cv-02701; Dkt #84 |
| In Re: Windshield Washer Systems | 2:13-cv-02801; Dkt #76 |
| In Re: Spark Plugs | 2:15-cv-03001; Dkt #39 |
| In Re: Oxygen Sensors | 2:15-cv-03101; Dkt #51 |

Date:  November 9, 2016          /s/ Gene J. Esshaki_____
                                 GENE J. ESSHAKI, MASTER


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 9, 2016.

                                 s/ Kay Doaks
                                 Case Manager