UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|   |   |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: EXHAUST SYSTEMS |  |
| THIS RELATES TO:<br>ALL EXHAUST SYSTEM CASES | 2:16-cv-11082<br>2:16-cv-11087 |

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, BOSAL INDUSTRIES-GEORGIA, INC. makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐          No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐          No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: _____
Nature of Financial Interest: _____

Dated:  November 11, 2016              VARNUM LLP

                                       By:  /s/ Gary J. Mouw
                                            Gary J. Mouw (P69236)
                                            333 Bridge Street NW
                                            Grand Rapids, MI 49504
                                            Telephone: (616) 336-6424
                                            Facsimile: (616) 336-7000
                                            *gjmouw@varnumlaw.com*

                                            *Counsel for Bosal Industries-Georgia, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2016 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

                                       */s/ Gary J. Mouw*
                                       Varnum LLP
                                       Gary J. Mouw (P69236)
                                       333 Bridge Street NW
                                       Grand Rapids, MI 49504
                                       Telephone: (616) 336-6424
                                       *gjmouw@varnumlaw.com*

11148307_1.docx