UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**<u>NOTICE OF WITHDRAWAL FROM RENEWED MOTION</u>**

JTEKT Corporation and JTEKT Automotive North America, Inc. (together, the "JTEKT Defendants") respectfully give notice that they withdraw from The Parties' Notice of Motion and Renewed Motion to Compel Discovery From Certain Non-Party Original Equipment Manufacturers And Their Affiliated Entities.  This renewed motion was filed November 7, 2016 in the above-referenced action in redacted form at ECF No. 1495 and a sealed version of the same was filed at ECF No. 1500.

The JTEKT Defendants withdraw from the renewed motion because their signature block was erroneously included on the motion by the filing parties.

Dated:  November 11, 2016

Respectfully Submitted,

By: */s/ Heather L. Kafele*
Heather L. Kafele
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8097
Fax: (202) 508-8100
Email: heather.kafele@shearman.com

2

*Counsel for Defendants JTEKT Corporation
and JTEKT Automotive North America, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the forgoing NOTICE OF WITHDRAWAL FROM RENEWED MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: November 11, 2016                                    By:  */s/ Heather L. Kafele*
                                                                             Heather L. Kafele
                                                                             SHEARMAN & STERLING LLP
                                                                             401 9th Street, NW, Suite 800
                                                                             Washington, DC 20004
                                                                             Phone: (202) 508-8097
                                                                              Fax: (202) 508-8100
                                                                             Email: heather.kafele@shearman.com

                                                                             *Counsel for Defendants JTEKT Corporation and JTEKT Automotive North America, Inc.*