UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| All Cases | |
| THIS DOCUMENT RELATES TO: | |
| Dealership Actions | |

**DEALERSHIP PLAINTIFFS' CONCURRENCE WITH
RENEWED MOTION TO COMPEL**

Automobile Dealer Plaintiffs concur generally in the result sought in the Renewed Motion to Compel filed by the other Serving Parties, namely to compel production of the types of documents and data described in the Renewed Motion to compel, save for 1) requests seeking information related to payments between dealerships and OEMs, aside from vehicle invoice price, such as incentives or allowances; and 2) requests seeking information regarding vehicle sales to consumers.[1]

Dealership Plaintiffs also continue to seek a meaningful sample of letters to dealerships from each OEM announcing invoice prices and MSRPs for new models and model years.

---

[1] Dealership Plaintiffs do not concur in all arguments and statements made in the Renewed Motion or declarations attached to it, or the extent to which all documents and data are requested.

1

Dated:  November 11, 2016                           Respectfully submitted,


                                                         /s/ Jonathan W. Cuneo

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:   (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:   (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese

2

(Michigan Bar No. P34424)
**Mantese Honigman
 and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2016 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                                  _/s/_ Jonathan W. Cuneo
                                                  Jonathan W. Cuneo
                                                  Joel Davidow
                                                  Daniel Cohen
                                                  Victoria Romanenko
                                                  Evelyn Li
                                                  **Cuneo Gilbert & LaDuca, LLP**
                                                  507 C Street, N.E.
                                                  Washington, DC 20002
                                                  Telephone: (202) 789-3960
                                                  jonc@cuneolaw.com
                                                  joel@cuneolaw.com
                                                  danielc@cuneolaw.com
                                                  vicky@cuneolaw.com
                                                  evelyn@cuneolaw.com