# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| Joint Motion to Compel and Plaintiffs' Motion to Compel and | Dkt #s1185, 1187 and 1188 |
| The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers | Dkt #1495 |
| In Re: Truck and Equipment Dealer Actions | 2:14-cv-00507; Dkt #16 |
| In Re: Wire Harness | 2:12-cv-00101; Dkt #323 |
| In Re: Instrument Panel Clusters | 2:12-cv-00201; Dkt #159 |
| In Re: Fuel Senders | 2:12-cv-00301; Dkt #99 |
| In Re: Heater Control Panels | 2:12-cv-00401; Dkt #113 |
| In Re: Alternators | 2:13-cv-00701; Dkt #32 |
| In Re: Windshield Wipers Systems | 2:13-cv-00901; Dkt #79 |
| In Re: Starters | 2:13-cv-01101; Dkt #69 |
| In Re: Ignition Coils | 2:13-cv-01401; Dkt #51 |
| In Re: Fuel Injection Systems | 2:13-cv-02201; Dkt #36 |
| In Re: Power Window Motors | 2:13-cv-02301; Dkt #27 |
| In Re: Air Conditioning Systems | 2:13-cv-02701; Dkt #84 |
| In Re: Windshield Washer Systems | 2:13-cv-02801; Dkt #76 |
| In Re: Spark Plugs | 2:15-cv-03001; Dkt #39 |
| In Re: Oxygen Sensors | 2:15-cv-03101; Dkt #51 |
| This Document Relates to:<br>Direct Purchaser Actions | |

## AMENDED NOTICE OF MEDIATION (TIME CHANGE)

PLEASE TAKE NOTICE that a mediation shall be conducted before Gene J. Esshaki, Master, on November 15, 2016, at 9:00 a.m. at the United States

District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan with regard to the following:

1. Special Master's Order Regarding Motion to Compel Documents from Rush Truck Plaintiffs (2:14-cv-00507-MOB-MKM, ECF No. 16) dated July 26, 2016; and

2. Joint Motion to Compel (12-md-02311, ECF No. 1185); Plaintiffs' Motion to Compel (12-md-02311, ECF Nos. 1187 and 1188); The Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers (12-md-02311, ECF No. 1495) and Denso Defendants' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers as filed in the following cases:

| | |
|---|---|
| In Re: Wire Harness | 2:12-cv-00101; Dkt #323 |
| In Re: Instrument Panel Clusters | 2:12-cv-00201; Dkt #159 |
| In Re: Fuel Senders | 2:12-cv-00301; Dkt #99 |
| In Re: Heater Control Panels | 2:12-cv-00401; Dkt #113 |
| In Re: Alternators | 2:13-cv-00701; Dkt #32 |
| In Re: Windshield Wipers Systems | 2:13-cv-00901; Dkt #79 |
| In Re: Starters | 2:13-cv-01101; Dkt #69 |
| In Re: Ignition Coils | 2:13-cv-01401; Dkt #51 |
| In Re: Fuel Injection Systems | 2:13-cv-02201; Dkt #36 |
| In Re: Power Window Motors | 2:13-cv-02301; Dkt #27 |
| In Re: Air Conditioning Systems | 2:13-cv-02701; Dkt #84 |
| In Re: Windshield Washer Systems | 2:13-cv-02801; Dkt #76 |
| In Re: Spark Plugs | 2:15-cv-03001; Dkt #39 |
| In Re: Oxygen Sensors | 2:15-cv-03101; Dkt #51 |

Date:  November 14, 2016         /s/ Gene J. Esshaki
                                 GENE J. ESSHAKI, MASTER

4851-5036-6012, V.  1