## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-MD-02311 |
| | : Honorable Marianne O. Battani |
| | : Special Master Gene J. Esshaki |
| | : |
| | : C.A. NO. 2:12-MD-02311-MOB-MKM |
| In Re: All Auto Parts Cases | : |
| | : |
| | : |
| | : |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | : |
| | : |
| | : |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Neal Walters, Esq. from the law firm of Ballard Spahr LLP as counsel for non-party, Subaru of America, Inc.

Dated: November 14, 2016

_/s/ Neal Walters_

Neal Walters
waltersn@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1163
Telephone: 856.761.3400

*Attorneys for (non-party) Subaru of America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within Notice of Appearance of Neal Walters has been served upon all counsel of record via electronic filing.

Dated: November 14, 2016

 */s/ Neal Walters*
Neal Walters
waltersn@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: 856.761.3400

*Attorneys for (non-party) Subaru of America, Inc.*