**EXHIBIT A**

**DECLARATION OF ANTHONY J. ANSCOMBE, ESQ. IN SUPPORT OF NISSAN NORTH AMERICA, INC.'S OPPOSITION TO THE PARTIES' RENEWED MOTION TO COMPEL**

**FILED UNDER SEAL**