# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani<br>Special Master Gene J. Esshaki |
| In Re: All Auto Parts Cases ) ) ) | 2:12-MD-02311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES ) ) ) | |

### ORDER GRANTING NON-PARTY TOYOTA'S MOTION TO FILE UNDER SEAL ITS RESPONSE TO THE PARTIES' RENEWED MOTION TO COMPEL AND EXHIBITS

Before the Court is Non-Party Toyota's Motion to File Under Seal its Response to the Parties' Renewed Motion to Compel and Exhibits.

Due to the highly confidential and competitively sensitive nature of the information contained in Non-Party Toyota's Motion to File Under Seal its Response to the Parties' Renewed Motion to Compel and Exhibits, the Motion to File Under Seal is hereby GRANTED.

The Clerk's office is directed to file the aforementioned Response to the Parties' Renewed Motion to Compel and Exhibits under seal.

IT IS SO ORDERED.

_____
MARIANNE O. BATTANI
United States District Judge

17059333v1