# EXHIBIT C

# KEKER & VAN NEST LLP

633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
kvn.com

Justina Sessions
(415) 676-2293
jsessions@kvn.com

April 6, 2016

Ronnie Spiegel
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave Suite 3300
Seattle, WA 98101

Re:   *In re Automotive Parts Antitrust Litigation*, 2L12-md-02311

Dear Counsel:

As part of Honda's rolling document production in response to the subpoenas served on various Honda-related entities in the above-referenced MDL, you will receive an email from Jacqueline Hartman attaching a volume titled MDLHONDA003. This volume contains documents bearing Bates numbers MDLHONDA00000714 - MDLHONDA00000718. These documents include materials produced by Honda to the U.S. Department of Justice in connection with various parts investigations.

Honda has designated all materials in MDLHONDA003 as HIGHLY CONFIDENTIAL-OUTSIDE ATTORNEYS ONLY under the Protective Order in the MDL. The materials in MDLHONDA002 are proprietary and extremely competitively sensitive, and Honda would be irreparably harmed by any disclosure to anyone other than outside counsel in this matter, including but not limited to Honda's competitors and/or suppliers.

The files are encrypted. The password is in the cover email accompanying this letter. As Honda's liaisons to the serving parties, I trust that you will ensure that this production is distributed among the serving parties as necessary.

Very truly yours,

KEKER & VAN NEST LLP

Justina Sessions

JS:slb

1048116.01