# EXHIBIT M

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF MICHIGAN

3                      SOUTHERN DIVISION

4

5      In Re:  AUTOMOTIVE     :     2:12-md-02311

6      PARTS ANTITRUST        :

7      LITIGATION             :

8      ----------------------:

9      ALL PARTS CASES        :

10                            :

11     ----------------------:

12     THIS RELATES TO:       :

13     ALL ACTIONS:           :

14     ----------------------:

15         HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16                 ~~~~~~~~~~~~~~~~~~~~~

17                 30(b)(6) deposition of

18                     MARK WILLOUGHBY

19              November 3, 2016 - 8:59 a.m.

20            Vorys Sater Seymour & Pease LLP

                  52 East Gay Street

21                   Columbus, Ohio

22                 ~~~~~~~~~~~~~~~~~~~~~

23              VERITEXT LEGAL SOLUTIONS

                 MID-ATLANTIC REGION

24          1801 Market Street - Suite 1800

                Philadelphia, PA  19103

25

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 19

1      Q.      With whom did you speak internally
2  at Honda?
3      A.      Jeff Smith and Jim Roby.
4      Q.      Can you spell it.
5      A.      R-O-B-Y.  And Mark Ehrlich,
6  E-H-R-L-I-C-H.
7      Q.      Anyone else?
8      A.      No.
9      Q.      What is Jeff Smith's role?
10      A.      He's in our North American
11  Purchasing planning area.
12      Q.      Why don't we back up for a second.
13          Can you tell me the organizational
14  structure for the procurement division?
15          MR. PURCELL:  I'll object to the
16  form.  You can answer.
17      Q.      Give me an idea of how you are
18  structured.  You just mentioned that Jeff Smith
19  is in purchasing planning, and that made me
20  think that there must be segmented roles within
21  the procurement division, and so I was going to
22  ask you to describe that for me.
23      A.      Could you clarify when you say
24  North American?  You said procurement.  I just
25  want to clarify your question.

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 20

1     Q.    Okay.  I'm trying to ask about your
2  role as the North American Procurement division
3  manager, okay?  Yes?
4     A.    Yes.
5     Q.    You have to answer out loud.
6     A.    Sorry.
7     Q.    So within that division that you
8  manage, how is it organized?
9     A.    Within the North American
10 Procurement division that I manage, we have a
11 group called North American Automotive
12 Purchasing.  They do procurement, they do the
13 actual sourcing.
14         There is also a group called North
15 American Planning, there is a group called
16 North American Cost Control and North American
17 Indirect Purchasing.
18         So those are the departments under
19 me.
20    Q.    The planning department generally,
21 can you describe their role?
22    A.    Yes.  I would like to clarify, Jeff
23 Smith is not in that structure I just said
24 under planning.
25    Q.    Okay.

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 21

1        A.     There is a planning group within

2   North American Automotive Procurement or

3   Purchasing, that's where Jeff works.

4        Q.     So Jeff works in the purchasing

5   department, but he does planning for the

6   purchasing department?

7        A.     Yeah.  Everyone in that structure

8   works in the purchasing area.  Jeff works in

9   the North American Automotive Purchasing

10  department, and he does planning for that

11  department.

12       Q.     Okay.  I appreciate that

13  clarification.

14             So let's go back and continue

15  describing for me the different functions that

16  the planning department has within the

17  purchasing division.

18       A.     To clarify, do you mean Jeff's area

19  or do you mean the purchasing planning

20  department?

21       Q.     So maybe I took bad notes, but I

22  thought you told me that within the procurement

23  division, there were four departments?

24       A.     Yes.

25       Q.     And they were purchasing, planning,

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 22

1   cost control and North American Indirect

2   Purchasing; did I get that right?

3        A.    Yeah.  The four -- could you say

4   those four one more time.

5        Q.    Sure.  I wrote down purchasing,

6   planning, cost control and North American

7   Indirect Purchasing.

8        A.    We call the purchasing one North

9   American Automotive Purchasing.

10       Q.    Okay.

11       A.    And if you would like a description

12  of what those departments do?

13       Q.    Yes, please.

14       A.    North American Automotive

15  Purchasing is the group that sources parts,

16  works with the suppliers on pricing, gets

17  annual cost reduction, that type of function.

18       Q.    Okay.  And what about the planning

19  department?

20       A.    The planning division works -- it's

21  a very broad group.  It works on supplier

22  diversity, it works on overall North American

23  Purchasing planning, it has a systems group

24  that works on new systems that Honda would like

25  to put in place, not part-wise, but like

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 23

1    computer systems, and we also have an

2    administration that handles our budgets, like

3    the expense budget in planning.

4         Q.    And what about the cost control

5    department?

6         A.    The cost control department's main

7    function is to plan the schedule of the new

8    models and to roll up what we call the unit

9    costs, the model costs.

10        Q.    What do you mean by model costs,

11   can you say a little bit more about that?

12        A.    We have a -- there is a series of

13   parts that goes into each model.  Those parts

14   all need to be added up so we can see what a

15   unit cost is.

16        Q.    And that's what the cost control

17   people do?

18        A.    Yes.  They set the schedule of

19   activities for new model and also they are the

20   leader of the new model to set direction, and

21   then they roll up the total cost and report

22   that.

23        Q.    Within the cost control

24   department's work in setting costs or working

25   out the cost for the new model, do they do this

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 24

1    in advance, by setting target prices that they

2    want to hit in obtaining the auto parts, or do

3    they do it on the back end, after all the parts

4    are known and they add them all up together to

5    tell the people what the car is going to cost?

6        A.    The new model cost group looks at

7    it from a unit perspective.  They don't set

8    targets part by part.

9        Q.    And what do you mean by unit?

10       A.    The model cost, the total cost of a

11   model.  So they will look at the model.

12       Q.    The whole car?

13       A.    The whole car.

14       Q.    So if we are talking about, I don't

15   know -- when is the next Accord coming out, for

16   example, can you tell me, or is that a secret?

17       A.    18.

18       Q.    So there is going to be a new

19   Accord in 18, or the 2018 model, and the cost

20   control folks, their job is to add up all of

21   the component costs and tell Honda, this is how

22   much it is going to cost us to build the 18

23   Accord?

24       A.    That's a simplification, but, yes.

25   One of their outputs is to do what we call a

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 25

1    unit cost or the 18 model Accord total cost

2    based on part-by-part detail of all the parts

3    that go in that car.

4         Q.    So this part-by-part detail that

5    they do an analysis on and add up the cost, my

6    next question is, do they do this only at the

7    end, when all of those part costs are known, or

8    do they try to do something in advance and let

9    the purchasing guys know these are targets that

10   we want you to hit in order to for us to reach

11   an overall cost for the car?

12        A.    Could you ask that just a little

13   different way?

14        Q.    Sure.  I have no idea how OEMs

15   work, but I could imagine there is some cost

16   department, and they work several years in

17   advance on the new models, and then they call

18   the parts purchasing guys, and the cost guys

19   tell the purchasing guy, okay, we are going to

20   roll out the new Accord for model year 2018,

21   and you can't spend more than $20,000 to put

22   this whole car together.

23             Do your cost guys do something like

24   that, I would imagine?

25        A.    Our cost group would work with the

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 26

1    design and sales team to establish the target

2    costs overall for the model, what we call unit,

3    that set that target, and that cost would be

4    shown to the individual, or to the North

5    American Automotive Purchasing group, as the

6    model is getting kicked off.

7                So their function is to share that

8    target cost for the model with the team.

9            Q.    The target cost that you just

10   described for me, how granular does that get?

11   Does that go all the way down to this ball

12   bearing can't be more than five cents or is

13   it -- or are they grouped by components?

14           A.    They look at it from a model

15   viewpoint.  It's not granular.

16           Q.    A car is a unit, in your speak,

17   right?

18           A.    Yes.

19           Q.    So they look at the whole unit and

20   they say, giving my example from before, this

21   unit has to cost 20,000 or less?

22           A.    Yeah.  They will set the unit cost

23   at 20,000.  Now, to clarify, they are not the

24   group that sets that independently, that's set

25   across the Honda SEDB team, which is sales,

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 27

1    plants, purchasing and design.

2        Q.    So again, I'm imagining how this

3    might work, so let me lay this out for you and

4    you tell me where I get it wrong.

5            The design guys say, we want the

6    greatest car that the world has ever seen, and

7    it's going to go a gazillion miles an hour, and

8    the tires will never wear out, and your guys

9    say, well, it's going to cost you, and then the

10   marketing guys say, we can't sell an Accord for

11   a million dollars, we are in the mid-budget

12   family range, and then they duke it out, have

13   discussions, and then the final cost is set,

14   and your cost control department is involved in

15   these discussions; is that roughly how it

16   works?

17       A.    Yes.

18       Q.    All right.  Going back to the list

19   of your departments, you also mentioned the

20   North American Indirect Purchasing department.

21   Can you tell me what they do?

22       A.    The North American Indirect

23   Purchasing buys non-OEM part, or original

24   equipment manufacturing parts, so they will buy

25   equipment for Honda plants, for example, or oil

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 28

1    for Honda plants, you know, things that aren't

2    directly parts on the car.

3         Q.    So they would be like buying the

4    robots that put the cars together?

5         A.    Yes.  Or gloves to put -- for the

6    associates on the line.  Anything that's not a

7    direct part on the unit is what they buy.

8         Q.    So we don't have to talk about them

9    anymore today, do we.

10            All right.  I want to go back and

11   try to get an understanding now about the

12   documents that might be created within the

13   cost -- what you call the cost control

14   department.

15            So tell me about their electronic

16   document system, do they have email, do they

17   have some sort of internal communication system

18   that's not email, is there a shared file server

19   where they save documents electronically, is

20   there a giant file cabinet with tons of paper,

21   just describe for me what documents they have

22   and how they keep them?

23        A.    In the cost control?

24        Q.    In the cost control, yes.

25        A.    They do have some shared drives

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 29

1    that show project schedules.  It's a way we

2    pull our group together so we are moving

3    together.

4              And are you most interested in cost

5    documents?

6         Q.    Well, for the moment.  We will talk

7    about purchasing in a minute, but I want to

8    just stay on costs for the time being.  So if

9    you can, narrow your answers to cost, but if

10   there is bleed-over, you know, the whole

11   division keeps documents the same, then just

12   tell me that.

13        A.    So the main cost system that our

14   cost control department has is a system called

15   CSS, it's a cost simulation system.

16        Q.    This is electronic?

17        A.    It's electronic.

18        Q.    Do you know what kind of platform,

19   like a Lotus platform?

20        A.    It's a mainframe database.  That's

21   one of their main cost systems is CSS.  The

22   other is CMS, which is cost management system.

23        Q.    So let's talk about just the CSS

24   for the moment.  I believe you told me that's a

25   mainframe database?

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 30

1        A.     Uh-huh.

2        Q.     Yes?

3        A.     Yes, yes.  Sorry.

4        Q.     How far back does the data go

5    that's in that database?

6        A.     Our record retention is for ten

7    years.

8        Q.     Does that mean it's kept -- let me

9    ask a better question.  Does that mean that you

10   would expect at any given time, say today,

11   there would be ten years worth of live data in

12   the CSS that could be accessed?

13        A.     Some of the data is already pulled

14   off the mainframe and archived in files.

15        Q.     Do you have a time period that

16   there is active or live data in the CSS

17   mainframe database?

18        A.     I'm not sure of the exact time.

19   Sometimes, as our files get full, we will pull

20   one off and archive it, so I don't know the

21   detail.

22        Q.     When Honda archives data from the

23   CSS mainframe database, how is that archived,

24   do you use backup tapes or backup disks, or how

25   does it work?

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 31

1      A.      We use backup disks.

2      Q.      Do you know how far back the

3  archived data exists on the backup disks for

4  the CSS mainframe database?

5      A.      Our record retention is ten years.

6  There may be some that are existing longer than

7  that.

8      Q.      For CSS, do you know if you have

9  data that goes back more than ten years?

10      A.      I'm confident we can go back ten

11  years.  I don't know how much further back we

12  could go.

13      Q.      And how would you check that?

14      A.      We would -- for me, I would go to

15  that group and ask them how much they have and

16  what is the status of the disk, and they do

17  have a book that has the list in it, so we

18  could check what they have.

19      Q.      There is a physical book that has

20  copies of the disks?

21      A.      Yeah.  For CSS, there is a book

22  that shows that.  I used to be the department

23  manager of that group.  At that time there was.

24  I've been out of there for a little while now,

25  so I think there still is, but it could have

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 32

1    stopped.

2          Q.    The book that you remember from

3    your time there, does it contain just a list of

4    the backup data, or is this like plastic sheets

5    with CDs or DVDs actually in the book?

6          A.    No.  It's a DVD in the book, or a

7    disk or DVD, I'm not sure which, but there is

8    an actual file for models.  I don't know how

9    far back they on go.

10         Q.    How far back they go, to retrieve

11   the archived data, you would just have to get

12   your hands on the physical book to collect the

13   DVDs?

14         A.    Yes.

15         Q.    Where is the book locations, is

16   that in your office?

17         A.    It's in our office.

18         Q.    When you all create the archives,

19   in other words, moving the data from the live

20   mainframe to one of these DVD backups, is that

21   something that the employees within the cost

22   control department do, or do they have to

23   involve IT to help them create the archival

24   system?

25         A.    I'm not 100 percent sure.  I

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 33

1    believe the associates themselves do that.

2         Q.    They have the ability to sit at

3    their desktop, stick in a DVD, and say, okay,

4    move the data to the DVD?

5         A.    Yes.

6         Q.    Do you know how much time it would

7    take to download all of the current data that

8    is live on the CSS to some sort of portable

9    media, such as a DVD?

10        A.    Not an exact time.  From a general

11   sense, CSS data in the system, it's not

12   difficult to extract.

13        Q.    Okay.  Now, talk to me about the

14   CMS, the cost management system.  Is that also

15   a mainframe database?

16        A.    Yes.  And it's used for mass

17   production parts.

18        Q.    What is a mass production part?

19        A.    It's a cost for a part that's in

20   production.  For contrast, CSS is cost

21   simulation system, it is working with new model

22   costs before a model goes into production.

23        Q.    And then the CMS is what is

24   actually in production?

25        A.    CMS is the database used from that

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 34

1    group when a part is in production.

2         Q.    Do you have the same ten-year

3    retention policy for CMS?

4         A.    Yes.

5         Q.    Do you know how much of the

6    ten-year retention policy is live on the

7    mainframe versus what's in backup?

8         A.    I don't.

9         Q.    Is CMS, does it use the same sort

10   of mainframe architecture that the CSS does, do

11   you know?

12        A.    Can you define what you mean by

13   "architecture"?

14        Q.    I can ask a better question.

15              Does it work the same way, the data

16   is also stored on a mainframe between CMS and

17   CSS?

18        A.    Yes.

19        Q.    And then the archival system that

20   you used for CMS, is it the same as the system

21   that you described for CSS, or is it different

22   in some way?

23        A.    We archive in a similar way.

24        Q.    So the archival data for CMS would

25   also be stored in DVDs?

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 35

```
1        A.    Yes.
2        Q.    And those DVDs are also easily
3   accessible in your office?
4        A.    Yes.  As long as we have them, yes.
5        Q.    And then in terms of downloading
6   whatever current information is on the CMS
7   database, would it be a similar exercise as to
8   downloading the live data from the CSS that you
9   already described?
10        A.    Yeah.  When you say "similar
11   exercise," I'm not sure.  You mean in terms of
12   time or in terms of what?
13        Q.    Of how much time it would take and
14   how difficult it would be for Honda to download
15   that live data.
16        A.    CMS is similar to CSS in terms of
17   it's on the mainframe.  It's not difficult to
18   extract CMS reports.
19        Q.    Still focusing on cost control, do
20   they use any other databases besides the CSS or
21   the CMS that you already described?
22        A.    Those are the cost databases that
23   team is responsible for.
24        Q.    I believe you also mentioned that
25   they do use a shared -- one or more shared
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 36

1    drives; did I get that right?

2         A.    We have shared drives for basic

3    information.  It's on the new model side of the

4    cost.  There is -- shared drive is a way to

5    just have common information shared across

6    different groups.

7         Q.    Can you give me an example of the

8    types of common information that your group

9    would post to the shared drive so different

10   people can access it?

11        A.    Production schedules, new model

12   development schedules, items like that that are

13   standard that we need across our group.

14        Q.    The shared drives, are they

15   structured in folders that say, for example,

16   that most of us are familiar with in the

17   Microsoft operating world?

18        A.    Yes.

19        Q.    Do you have an idea about how many

20   folders or how much data is on these shared

21   drives?

22        A.    I have no idea.

23        Q.    What about the folder structure,

24   are there main folders and then subfolders?

25        A.    Yes.  It would follow what I guess

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 37

1    would be kind of a tree, kind of a model, and

2    then different things under that possibly, like

3    schedules or general information.

4         Q.    Can you give me a rough idea what

5    this file tree would look like?  Are there

6    thousands of different folders or ten or --

7         A.    I can't say the exact number, but I

8    can say it is very, very large.

9         Q.    Do you know if it would be possible

10   to generate a file tree directory of this

11   shared drive?

12        A.    I'm not sure.  I've never done

13   that, so I'm not sure.

14        Q.    The documents that are stored on

15   the shared drive, what kind of file types are

16   the documents?  Are these Word documents, Excel

17   documents, PDFs?

18        A.    Those are all good, PowerPoint,

19   Excel, Word, all those types of files --

20   generally those types of documents.

21        Q.    So Microsoft Office type documents

22   plus Adobe PDF?

23        A.    Yeah.

24        Q.    Any other some sort of unique file

25   that you would have to have a special program

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 38

1   to open?

2        A.    There could be.  I don't know of

3   any.

4        Q.    In terms of drive size, do you know

5   how large the shared drive is?

6        A.    I don't.

7        Q.    Do you know how far back the data

8   goes on the shared drive?

9        A.    I don't know exactly.  From a

10  general sense, we don't leave models out there

11  forever, so as data becomes obsolete, we will

12  pull it off of the shared drive.

13       Q.    Is the shared drive used primarily

14  for models that are in production?

15       A.    Primarily for models in the new

16  model phase.

17       Q.    So this would be more forward

18  looking?

19       A.    I don't know.

20       Q.    New models that you expect to come

21  online?

22       A.    Models that are in development, is

23  how I would phrase it.

24       Q.    This shared drive that we have been

25  discussing, does it have a particular name?

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 39

1        A.     No.  We have different types of

2    drives, and to my knowledge, we all just call

3    it shared drive.  Like there is different types

4    of shared drives.  There is one for a cost

5    group, one for a different cost group.  So they

6    call them shared drives, and they might have a

7    letter in front of it, like N drive or H drive

8    or something like that.

9        Q.     The one we are discussing, do you

10   know what the letter is for it?

11       A.     For the cost group, I'm

12   not -- sorry.  Some of us have different

13   letters for the same share drive, just the way

14   we get in.  So I think it's typically either an

15   N drive or an H drive.

16              I do want to clarify that there is

17   not so much cost on many of those share drives

18   though, since we are talking about costs.  It

19   is more general information about the model.

20       Q.     Such as -- you already told me

21   there would be, like, schedules.  What other

22   general information about the model would be in

23   this cost group shared drive?

24       A.     I guess model, schedule for when we

25   should take a certain activity, information on

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 40

1    a correspondence between a factory and us on

2    development.  It's more a general sense.  It's

3    not detail part costs on that shared drive.

4         Q.    So you think if we were interested

5    in looking at part cost or pricing history or

6    procurement, those sorts of things, that this

7    cost group share drive would not be a

8    particularly good source of information for us?

9         A.    I think the main system that has

10   cost data from the cost group is CSS.

11        Q.    Tell me about communications within

12   the cost group.  Do they use email or some

13   other internal instant messaging system?

14        A.    It's a really broad question.  Do

15   you mean cost group and other groups, or

16   between cost group and cost group?  Could you

17   clarify.

18        Q.    About how many employees are in the

19   cost group?

20        A.    About 38.

21        Q.    So these 38 or so employees, on a

22   daily basis, they are communicating either

23   amongst themselves or with others outside the

24   cost group, yes?

25        A.    Yes.

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 41

1      Q.      And what I'm interested in is how
2   they communicate in written form.  Do they --
3   is there a normal practice to use email, or is
4   there some other mechanism that they
5   communicate in written form?
6      A.      We definitely use email in that
7   group.  Some of the associates use -- sorry,
8   I'm not so tech savvy, but the, like the
9   instant messaging that comes up on notes, and
10  of course just discussion.
11     Q.      Do you all use -- well, let me ask
12  you about the cost group.  Does the cost group
13  use a Lotus Notes platform?
14     A.      All purchasing uses Lotus Notes.
15  All Honda uses Lotus Notes.
16     Q.      Okay.
17     A.      At HNA, anyhow, Honda North
18  America.
19     Q.      So the cost group shared drive you
20  were talking about, for example, the employees
21  would access that through their Lotus Notes
22  work space on their desktop?
23     A.      No.
24     Q.      They go outside of Lotus Notes?
25     A.      Those are maintained on a

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 42

1    mainframe.

2           Q.    Okay.  And within Lotus Notes,

3    there is an instant messaging application?

4           A.    Yes.

5           Q.    Do you know if those instant

6    messages are retained?

7           A.    I really don't know.

8           Q.    Do you know who would know?

9           A.    I think someone in our IT area

10   could tell us how that works, what's backed up,

11   and if instant messages are included in that.

12          Q.    Other than email and instant

13   messaging, do you know of any other routine way

14   that the cost group employees communicate in

15   written form?

16          A.    Those would be the most typical

17   ways.

18          Q.    What is the email retention policy

19   for the cost group?

20          A.    I don't know the detail on policy

21   for email.  I know if there is holds on some

22   things, that those get held, but I think for

23   the cost group right now, I don't know of any

24   holds that they have.

25          Q.    If there is no hold in place, is

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 43

1    there some routine policy by which email gets

2    either deleted or archived after a certain

3    amount of time?

4         A.    I don't know the details of it, but

5    my understanding is that, yes, after some time

6    period, emails may get deleted.  That's my

7    understanding.  I'm not --

8         Q.    Deleted or archived, or do you

9    know?

10        A.    I'm not sure.

11        Q.    Is there a written policy that

12   would spell this out?

13        A.    There is definitely a written

14   policy if there is a document hold.  So there

15   is a document for that, and IT may have

16   something that shows what the rule is on other

17   emails, more standard emails.

18        Q.    Tell me about email and instant

19   messaging, I was asking in the context of the

20   cost group.  Would your answers be the same for

21   all of the purchasing division?

22        A.    I believe so.  We all use E-quotes

23   in instant messaging as a way to communicate

24   with each other.

25        Q.    I think you just said E-quote, did

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 44

1    I hear that right?

2           A.    I meant email.  I'm sorry.

3           Q.    What is E-quote?

4           A.    E-quote is a method we use, it is

5    an electronic quote, is what E-quote stands

6    for, and it's how we set our price with the

7    suppliers.

8           Q.    Let's put a pin in E-quote.  We

9    will come back and talk more about that later.

10          I got way off track about 45

11   minutes ago.  I had asked you who you talked to

12   prepare for the deposition, and you had

13   mentioned Jeff Smith in purchasing planning,

14   yes?

15          A.    Yes.

16          Q.    Do you remember what you and Jeff

17   talked about?

18          A.    Some basic retention guidelines.

19          Q.    Do you remember what those basic

20   retention guidelines were that you discussed

21   with Jeff?

22          A.    There was a few.  One is how long

23   do we hold some of our sourcing documents, how

24   long do we hold quotes, things like that.

25          Q.    Anything else that you discussed

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 56

1    design team, but once you get to the RFQ step,

2    how does that work?

3              Are RFQs pieces of paper that are

4    mailed out, is there an advertisement in some

5    trade magazine, how do RFQs get issued?

6         A.    There is a blanket RFQ made for

7    each model that comes up, and that will be --

8    it covers things like volume, basic production

9    schedule, what plant we'll produce the model

10   at, and that will get issued along with the

11   drawing to the supplier by the buyer.

12             We have a drawing transition system

13   that gets matched up with a RFQ.

14        Q.    Within the North American

15   Purchasing division -- did I get that

16   right -- are there particular employees that

17   you call a buyer that work on particular types

18   of parts or with particular suppliers, or is it

19   just catch as catch can, you get whatever comes

20   up that day?

21        A.    To try to help set the structure a

22   little bit, within our North American

23   Procurement group, we have multiple teams, and

24   they are divided up.  We say, A-1, and they

25   happen to handle mostly stamping or body type

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 71

1  that decodes the coding?  So, for example, a

2  field might say -- I'm making this up -- E-20,

3  would there be another field that says if you

4  want to know what E-20 means, here's what it

5  means?

6       A.    I understand your question.  I'm

7  not sure that's right in the E-quote itself,

8  but we definitely, within Honda, have a code

9  summary that shows what all the different codes

10  mean.

11       Q.    That code summary that Honda has,

12  is that something that's easily collected and

13  could be produced?

14       A.    Yes.

15       Q.    The data that's in the E-quote

16  system, does it go all the way back to 2005?

17       A.    The data in E-quote goes back to

18  2005, if it is an approved cost.

19       Q.    The data that's in E-quote, do you

20  know if it is -- if it's something that could

21  be easily extracted, downloaded and produced?

22       A.    We can run queries out of E-quote

23  that will show what's in E-quote.

24       Q.    What about just downloading a copy

25  of the entire database, do you know if that is

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 72

1    possible?

2          A.    I don't know if it's possible or it

3    would be amazingly huge, because it would be,

4    within E-quote, it has a cost, supplier cost,

5    it also has every quote that is approved in

6    there from every model from every supplier.  So

7    I don't know what it would take to download

8    that.

9          Q.    So this is not something you have

10   investigated to determine how many manhours or

11   how long or how much it might cost to download

12   the entire database; is that right?

13         A.    I have not.  Depending -- could I

14   clarify one point?  E-quote holds all the

15   quotes and the data.  E-quote does feed another

16   system that will show the supplier and the

17   cost, that is easier to consider to think about

18   how to get.

19         Q.    What's the other system that

20   E-quote feeds?

21         A.    It feeds a system called cost

22   management system, which is part of the cost

23   group.

24         Q.    That's the CMS database that you

25   talked about?

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 77

1    been kept from your buyers -- or for your

2    buyers, how hard would it be for you to do

3    that?

4                    Do you go down the hall and look at

5    them or call record retention, say, hey, send

6    me these boxes, how does that work?

7            A.     We would call record retention and

8    say, "Please send back."  Would it be 100

9    percent there?  I don't know, but that would be

10   our starting point to find those diaries.  It

11   would be an incredible amount of data.

12           Q.     Do you have an idea how many

13   diaries or how many boxfuls of diaries there

14   might be?

15           A.     I don't have any idea how many

16   boxfuls, but in North American Procurement

17   division, for NAAP, it is about 200 associates,

18   so it is a lot of diaries, a lot of notes.

19           Q.     How are they diaries stored?  Are

20   they organized by employee function?

21                   I'm thinking, what if we just

22   wanted to see the diaries from the buyers,

23   could you call up records retention and make

24   that request, or would they just have to send

25   you all the diaries, and you would have to look

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 276

1                    REPORTER'S CERTIFICATE

2        The State of Ohio,    )

3                                      SS:

4        County of Cuyahoga.   )

5

6             I, Wendy L. Klauss, a Notary Public

7        within and for the State of Ohio, duly

8        commissioned and qualified, do hereby certify

9        that the within named witness, MARK WILLOUGHBY,

10       was by me first duly sworn to testify the

11       truth, the whole truth and nothing but the

12       truth in the cause aforesaid; that the

13       testimony then given by the above-referenced

14       witness was by me reduced to stenotypy in the

15       presence of said witness; afterwards

16       transcribed, and that the foregoing is a true

17       and correct transcription of the testimony so

18       given by the above-referenced witness.

19             I do further certify that this

20       deposition was taken at the time and place in

21       the foregoing caption specified and was

22       completed without adjournment.

23

24

25

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 277

1          I do further certify that I am not

2     a relative, counsel or attorney for either

3     party, or otherwise interested in the event of

4     this action.

5          IN WITNESS WHEREOF, I have hereunto

6     set my hand and affixed my seal of office at

7     Cleveland, Ohio, on this 7th day of

8     November, 2016.

9

10

11

12

13

14          Wendy L. Klauss, Notary Public

15          within and for the State of Ohio

16

17     My commission expires July 13, 2019.

18

19

20

21

22

23

24

25