# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: | |
| ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Emre N. Ilter of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: November 29, 2016

*/s/ Emre N. Ilter*
Emre N. Ilter
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
eilter@mwe.com

*Counsel for NGK Automotive Ceramics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I electronically filed the foregoing Notice of Appearance using the Court's electronic filing system, which will provide notification of this filing to all counsel of record authorized to receive such filings.

*/s/ Emre N. Ilter*
Emre N. Ilter