UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Honorable Marianne O. Battani

Re:  Dkt #1185

Joint Motion to Compel

This Document Relates to:
All Actions

### NOTICE OF MEDIATION

PLEASE TAKE NOTICE that a mediation shall be conducted before Gene J. Esshaki, Master, on December 8, 2016, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan with regard to the Joint Motion to Compel (12-md-02311, ECF No. 1185).

The following shall be the order for Mediation:

1. General Motors
2. FCA
3. Honda
4. Subaru Indiana
5. Nissan
6. Toyota

Date:  November 30, 2016        /s/ Gene J. Esshaki
                                                    GENE J. ESSHAKI, MASTER

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 30, 2016.

                                                    s/ Kay Doaks
                                                    Case Manager