IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James C. Thomas of O'Reilly Rancilio, P.C. hereby enters an appearance on behalf of Defendants NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: December 1, 2016

**O'REILLY RANCILIO, P.C.**

/s/ James C. Thomas
James C. Thomas P23801
Local Counsel to Defendants,
NGK Insulators, Ltd. and
NGK Automotive Ceramics,
USA, Inc.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
586-726-1000
jthomas@orlaw.com

*Attorneys for NGK Insulators, Ltd.*
*And NGK Automotive Ceramics, USA, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2016, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                 /s/ James C. Thomas  
                                         James C. Thomas P23801