**EXHIBIT A**
**REPLY DECLARATION OF SHELDON H. KLEIN IN SUPPORT OF THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND IN PARTICULAR FCA US LLC**

**FILED UNDER SEAL**