# EXHIBIT B
# SUPPLEMENTAL DECLARATION OF SHELDON H. KLEIN IN SUPPORT OF THE PARTIES' REPLY TO NON-PARTY ORIGINAL EQUIPMENT MANUFACTURER GENERAL MOTORS' OPPOSITION TO THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY

## FILED UNDER SEAL