**EXHIBIT C**
**DECLARATION OF LARA E. VEBLEN TRAGER IN SUPPORT OF THE PARTIES'**
**JOINT REPLY TO CERTAIN NON-PARTIES' OPPOSITIONS TO THE PARTIES'**
**RENEWED MOTION TO COMPEL DISCOVERY, AND IN PARTICULAR**
**AMERICAN HONDA MOTOR COMPANY, INC., HONDA NORTH AMERICA, INC., HONDA OF AMERICA MANUFACTURING, INC., HONDA PRECISION PARTS OF GEORGIA, LLC, HONDA MANUFACTURING OF INDIANA, LLC, HONDA OF SOUTH CAROLINA MANUFACTURING, INC., HONDA R&D AMERICAS, INC., HONDA RESEARCH INSTITUTE USA, INC., AND HONDA TRANSMISSION MANUFACTURING OF AMERICA, INC. (HONDA)**

**FILED UNDER SEAL**