# EXHIBIT D
# DECLARATION OF ABRAM J. ELLIS IN SUPPORT OF THE PARTIES' JOINT REPLY TO CERTAIN NON-PARTIES' OPPOSITIONS TO THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY FROM NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS, AND IN PARTICULAR NISSAN NORTH AMERICA

# FILED UNDER SEAL