**EXHIBIT E
DECLARATION OF ANGELA A. SMEDLEY IN SUPPORT OF THE PARTIES' JOINT REPLY TO CERTAIN NON-PARTIES' OPPOSITIONS TO THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY, AND PARTICULARLY SUBARU OF INDIANA AUTOMOTIVE, INC.**

**FILED UNDER SEAL**