**EXHIBIT F**
**DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF THE PARTIES'**
**JOINT REPLY TO CERTAIN NON-PARTIES' OPPOSITIONS TO THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY**

**FILED UNDER SEAL**