**EXHIBIT G**
**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF THE PARTIES' JOINT REPLY TO CERTAIN NON-PARTIES' OPPOSITIONS TO THE PARTIES' RENEWED MOTION TO COMPEL DISCOVERY**

**FILED UNDER SEAL**