## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 <br> Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

### <u>APPEARANCE</u>

Please enter the appearance of Dan K. Webb of Winston & Strawn LLP as counsel for

Defendants Corning Incorporated and Corning International Kabushiki Kaisha.


Dated:  December 5, 2016                    Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Dan K. Webb*
       Dan K. Webb
       WINSTON & STRAWN LLP
       35 West Wacker Drive
       Chicago, Illinois 60601
       Telephone: 312-558-5856
       dwebb@winston.com


*Attorney for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Dan K. Webb
Dan K. Webb
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5856
dwebb@winston.com