# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE

Please enter the appearance of Jeffrey J. Amato of Winston & Strawn LLP as counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha.

Dated: December 5, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Jeffrey J. Amato*
    Jeffrey J. Amato
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-4685
    jamato@winston.com

*Attorney for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Jeffrey J. Amato*
                                        Jeffrey J. Amato
                                        WINSTON & STRAWN LLP
                                        200 Park Avenue
                                        New York, NY  10166-4193
                                        Telephone: (212) 294-4685
                                        jamato@winston.com