## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| **In RE  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** |  |
| **THIS RELATES TO:  ALL CASES** |  |

## APPEARANCE

Please enter the appearance of William C. O'Neil of Winston & Strawn LLP as counsel

for Defendants Corning Incorporated and Corning International Kabushiki Kaisha.

Dated:  December 5, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ William C. O'Neil*
    William C. O'Neil
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, Illinois 60601
    Telephone: 312-558-5308
    woneil@winston.com

*Attorney for Defendants Corning*
*Incorporated and Corning International*
*Kabushiki Kaisha*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ William C. O'Neil
William C. O'Neil
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5308
woneil@winston.com