# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

## APPEARANCE

Please enter the appearance of Gretchen Vetter Scavo of Winston & Strawn LLP as counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha.

Dated: December 5, 2016

                                        WINSTON & STRAWN LLP

                                        By: */s/ Gretchen Vetter Scavo*
                                               Gretchen Vetter Scavo
                                               WINSTON & STRAWN LLP
                                               100 North Tryon Street
                                               Charlotte, NC 28202
                                               Telephone: (704) 350-7785
                                               gscavo@winston.com

                                               *Attorney for Defendants Corning*
                                               *Incorporated and Corning International*
                                               *Kabushiki Kaisha*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 5, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                */s/ Gretchen Vetter Scavo*
                Gretchen Vetter Scavo
                WINSTON & STRAWN LLP
                100 North Tryon Street
                Charlotte, NC 28202
                Telephone:  (704) 350-7785
                gscavo@winston.com