**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311 Honorable Marianne O. Battani |

In Re: THIS DOCUMENT RELATES TO:

| | |
|---|---|
| INSTRUMENT PANEL CLUSTERS | Case No. 12-cv-00202-MOB-MKM |
| HEATER CONTROL PANELS | Case No. 12-cv-00402-MOB-MKM |
| BEARINGS | Case No. 12-cv-00502-MOB-MKM |
| OCCUPANT SAFETY SYSTEMS | Case No. 12-cv-00602-MOB-MKM |
| ALTERNATORS | Case No. 13-cv-00702-MOB-MKM |
| ANTI-VIBRATIONAL RUBBER PARTS | Case No. 13-cv-00802-MOB-MKM |
| WINDSHIELD WIPERS | Case No. 13-cv-00902-MOB-MKM |
| RADIATORS | Case No. 13-cv-01002-MOB-MKM |
| STARTERS | Case No. 13-cv-01102-MOB-MKM |
| AUTOMOTIVE LAMPS | Case No. 13-cv-01202-MOB-MKM |
| SWITCHES | Case No. 13-cv-01302-MOB-MKM |
| IGNITION COILS | Case No. 13-cv-01402-MOB-MKM |
| HID BALLASTS | Case No. 13-cv-01702-MOB-MKM |
| ELECTRONIC POWERED STEERING ASSEMBLIES | Case No. 13-cv-01902-MOB-MKM |
| FAN MOTORS | Case No. 13-cv-02102-MOB-MKM |
| FUEL INJECTION SYSTEMS | Case No. 13-cv-02202-MOB-MKM |
| POWER WINDOW MOTORS | Case No. 13-cv-02302-MOB-MKM |
| AUTOMATIC TRANSMISSION FLUID WARMERS | Case No. 13-cv-02402-MOB-MKM |
| VALVE TIMING CONTROL DEVICES | Case No. 13-cv-02502-MOB-MKM |
| AIR CONDITIONING SYSTEMS | Case No. 13-cv-02702-MOB-MKM |
| WINDSHIELD WASHER SYSTEMS | Case No. 13-cv-02802-MOB-MKM |
| CONSTANT VELOCITY JOINT | Case No. 14-cv-02902-MOB-MKM |
| BOOT PRODUCTS | Case No. 15-cv-03002-MOB-MKM |
| SPARK PLUGS | Case No. 15-cv-03202-MOB-MKM |
| AUTOMOTIVE HOSES | Case No. 16-cv-03302-MOB-MKM |
| SHOCK ABSORBERS | Case No. 16-cv-03502-MOB-MKM |
| INTERIOR TRIM PRODUCTS | Case No. 16-cv-03602-MOB-MKM |
| BRAKE HOSES | Case No. 16-cv-03702-MOB-MKM |
| EXHAUST SYSTEMS | 2:12-md-02311-MOB-MKM |

THIS RELATES TO:

All Dealership Actions

### STIPULATION AND ORDER REGARDING THE WITHDRAWAL OF CERTAIN DEALERSHIP PLAINTIFFS

WHEREFORE, Dealership Plaintiffs having reached a stipulation with the undersigned Defendants regarding the dismissal of certain Dealership Plaintiffs in the Auto Parts cases, the parties, through their undersigned counsel, hereby agree and stipulate that:

1.      Dealership Plaintiffs Martens Cars of Washington, Inc., Bonneville and Son, Inc., Landers of Hazelwood, LLC d/b/a Landers Toyota of Hazelwood, Dale Martens Nissan Subaru, Inc., Hudson Charleston Acquisition, LLC d/b/a Hudson Nissan, Hudson Gastonia Acquisition, LLC d/b/a Gastonia Nissan, Cannon Chevrolet-Oldsmobile-Cadillac-Nissan, Inc., Desert European Motorcars, Ltd., Scotland Car Yard Enterprises d/b/a San Rafael Mitsubishi, HC Acquisition, LLC d/b/a Toyota of Bristol, Charles Daher's Commonwealth Motors, Inc., d/b/a Commonwealth Chevrolet, Commonwealth Kia, Commonwealth Honda, and Commonwealth Nissan, Inc., d/b/a Commonwealth Nissan are hereby withdrawn as named plaintiffs and proposed class representatives from all cases in these MDL proceedings to which they are currently parties, with each party to bear its own costs.

2.      All parties reserve their rights as to the effect, if any, that the absence of these Dealership Plaintiffs will have on the prosecution or defense of this litigation by the parties.

3.      This withdrawal is without prejudice to the above-named Plaintiffs' rights as putative class members.

242

**IT IS SO ORDERED**.

Date: December 7, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**STIPULATED TO BY:**

September 16, 2016

WEIL, GOTSHAL & MANGES LLP

*/s/ Steven A. Reiss* (w/consent)

Steven A. Reiss

Adam C. Hemlock

Lara E. Veblen Trager

Kaj Rozga

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue

New York, NY 10153

Telephone: (212) 310-8000

Facsimile: (212) 310-8007

steven.reiss@weil.com

adam.hemlock@weil.com

lara.trager@weil.com

243

kajetan.rozga@weil.com


Frederick R. Juckniess

SCHIFF HARDIN LLP

350 South Main Street, Suite 210

Ann Arbor, MI 48104

Telephone: (734) 222-1504

Facsimile: (734) 222-1501

fjuckniess@schiffhardin.com


*Attorneys for Defendants Bridgestone*

*Corporation and Bridgestone APM*

*Company*


SIDLEY AUSTIN LLP


*/s/ David C. Giardina* (with consent)

David C. Giardina

Courtney A. Hoffmann

SIDLEY AUSTIN LLP

One S. Dearborn Street

Chicago, IL 60603

Telephone: (312) 853-7000

244

Facsimile: (312) 853-7036

dgiardina@sidley.com

choffmann@sidley.com


Bradley J. Schram

HERTZ SCHRAM PC

1760 S. Telegraph Road, Suite 300

Bloomfield Hills, MI 48302

Telephone: (248) 335-5000

Facsimile: (248) 335-3346

bschram@hertzschram.com


*Attorneys for Defendants Toyo Tire &*

*Rubber Co., Ltd., Toyo Automotive Parts*

*(USA), Inc., Toyo Tire North America OE*

*Sales LLC, and Toyo Tire North America*

*Manufacturing Inc.*


PORTER WRIGHT MORRIS & ARTHUR
LLP


*/s/ Donald M. Barnes* (w/consent)

Donald M. Barnes

245

Jay L. Levine

Molly S. Crabtree

Christopher C. Yook

PORTER WRIGHT MORRIS & ARTHUR

LLP

1900 K Street, NW, Suite 1110

Washington, DC 20006

Telephone: (202) 778-3000

Facsimile: (202) 778-3063

dbarnes@porterwright.com

jlevine@porterwright.com

mcrabtree@porterwright.com

cyook@porterwright.com


*Attorneys for Defendants G.S. Electech,*

*Inc.,*

*G.S.W. Manufacturing, Inc., G.S. Wiring*

*Systems, Inc., Yamada Manufacturing Co.,*

*Ltd. and Yamada North America, Inc.*


BUTZEL LONG


*/s/ David F. DuMouchel* (w/consent)

David F. DuMouchel

Sheldon H. Klein

BUTZEL LONG

150 West Jefferson, Suite 100

Detroit, MI 48226

Telephone: (313) 225-7000

Facsimile: (313) 225-7080

dumouched@butzel.com

klein@butzel.com


W. Todd Miller

BAKER & MILLER PLLC

2401 Pennsylvania Avenue, NW

Suite 300

Washington, DC 20037

Telephone: (202) 663-7820

Facsimile: (202) 663-7849

TMiller@bakerandmiller.com


*Attorneys for Defendants TRAM, Inc. and*

*Tokai Rika Co., Ltd.*


K&L GATES LLP

*/s/ Michael E. Martinez* (w/consent)

Michael Martinez

Steven Kowal

Lauren Norris

K&L GATES LLP

70 W. Madison St., Suite 3100

Chicago, IL 60602

Phone: 312-807-4404

Fax: 312-827-8116

michael.martinez@klgates.com

steven.kowal@klgates.com

lauren.norris@klgates.com


William R. Jansen (P36688)

Michael G. Brady (P57331)

Amanda M. Fielder (P70180)

WARNER NORCROSS & JUDD LLP

2000 Town Center, Suite 2700

Southfield, MI 48075-1318

248-784-5000

wjansen@wnj.com

mbrady@wnj.com

248

afielder@wnj.com

*Attorneys for Defendants Chiyoda*

*Manufacturing Corporation, Chiyoda USA*

*Corporation*

CALFEE, HALTER & GRISWOLD LLP

*/s/ John J. Eklund* (w/ consent)

John J. Eklund (OH 0010895)

Maura L. Hughes (OH 0061929)

Ronald M. McMillan (OH 0072437)

Alexander B. Reich (OH 0084869)

CALFEE, HALTER & GRISWOLD LLP

The Calfee Building

1405 East Sixth Street

Cleveland, OH 44114-1607

(216) 622-8200 (Phone)

(216) 241-0816 (Fax)

jeklund@calfee.com

mhughes@calfee.com

rmcmillan@calfee.com

areich@calfee.com

249

Maureen T. Taylor

Herbert C. Donovan

BROOKS, WILKINS, SHARKEY &

TURCO PLLC

401 South Old Woodward, Suite 400

Birmingham, MI 48009

(248) 971-1800 (Phone)

(248) 971-1801 (Fax)

taylor@bwst-law.com

donovan@bwst-law.com


*Attorneys for Defendant Continental*

*Automotive Electronics, LLC, Continental*

*Automotive Korea Ltd., Continental*

*Automotive Systems, Inc.*


COVINGTON & BURLING LLP


*/s/Anita F. Stork* (w/ consent)

Anita F. Stork

Gretchen Hoff Varner

Cortlin H. Lannin

2410

Marienna H. Murch

COVINGTON & BURLING LLP

One Front Street, 35th Floor

San Francisco, CA 94111

Telephone: (415) 591-6000

Fax: (415) 955-6550

astork@cov.com

ghoffvarner@cov.com

clannin@cov.com

mmurch@cov.com


Ashley E. Bass

Michael J. Fanelli

COVINGTON & BURLING LLP

One CityCenter

850 Tenth Street, NW

Washington, DC 20001-4956

Telephone: (202) 662-6000

Fax: (202) 662-5383

abass@cov.com

mfanelli@cov.com


Herbert C. Donovan (P51939)

2411

Maureen T. Taylor (P63547)

BROOKS WILKINS SHARKEY &

TURCO PLLC

401 Old South Woodward, Suite 400

Birmingham, MI 48009

Telephone: (248) 971-1721

Fax: (248) 971-1801

taylor@bwst-law.com

donovan@bwst-law.com

*Attorneys for Defendants Alps Electric Co.,*

*Ltd., Alps Electric (North America), Inc.,*

*and Alps Automotive, Inc.*

WILLIAMS & CONNOLLY LLP

*/s/ David M. Zinn* (w/ consent)

David M. Zinn

John E. Schmidtlein

Samuel Bryant Davidoff

WILLIAMS & CONNOLLY LLP

725 Twelfth Street, N.W.

Washington, DC 20005

2412

202-434-5000

Fax: 202-434-5029

dzinn@wc.com

jschmidtlein@wc.com

sdavidoff@wc.com


Robert J. Wierenga (P59785)

Suzanne L. Wahl (P71364)

SCHIFF HARDIN LLP

340 S. Main Street, Suite 210

Ann Arbor, MI 48104

734-222-1500

Fax: 734-222-1501

rwierenga@schiffhardin.com

swahl@schiffhardin.com


*Counsel for Defendants Takata Corporation*

*and TK Holdings Inc.*


BAKER BOTTS L.L.P.


/s/ Randall J. Turk (w/ consent)

Randall J. Turk


2413

John Taladay

Mark Miller

Heather Souder Choi

Sterling A. Marchand

BAKER BOTTS L.L.P.

1299 Pennsylvania Ave., NW

Washington, D.C. 20004-2400

Phone: 202.639.7700

Fax: 202.639.7890


Counsel for Defendants Toyoda Gosei Co.,

Ltd., Toyoda Gosei North America Corp.,

TG Missouri Corp., TG Kentucky, LLC and

TG Fluid Systems USA Corporation


WINSTON & STRAWN LLP


/s/ A. Paul Victor (w/consent)

A. Paul Victor (*pro hac vice*)

Jeffrey L. Kessler (*pro hac vice*)

Molly M. Donovan (*pro hac vice*)

Jeffrey J. Amato (*pro hac vice*)

Elizabeth A. Cate (*pro hac vice*)

WINSTON & STRAWN LLP

200 Park Avenue

New York, NY 10166

Telephone: (212) 294-6700

Facsimile: (212) 294-4700

pvictor@winston.com

jkessler@winston.com

mmdonovan@winston.com

jamato@winston.com

ecate@winston.com


Fred K. Herrmann (P49519)

KERR, RUSSELL AND WEBER, PLC

500 Woodward Avenue, Suite 2500

Detroit, MI 48226

Tel. (313) 961-0200

fherrmann@kerr-russell.com


*Attorneys for Defendants NTN*

*CORPORATION and NTN USA*

*CORPORATION*


REED SMITH LLP

*/s/ Debra H. Dermody* (with consent)

Debra H. Dermody

Michelle A. Mantine

REED SMITH LLP

Reed Smith Centre

225 Fifth Ave.

Pittsburgh, PA 15222-2716

412-288-3302

ddermody@reedsmith.com

mmantine@reedsmith.com

Howard B. Iwrey (P39635)

Brian M. Moore (P58584)

DYKEMA GOSSETT PLLC

39577 Woodward Avenue; Suite 300

Bloomfield Hills, MI 48304

248-203-0700

hiwrey@dykema.com

bmoore@dykema.com

*Attorneys for Defendant SKF USA Inc.*

SHEARMAN & STERLING LLP

/s/ Heather L. Kafele (w/consent)

Heather L. Kafele

Keith R. Palfin

SHEARMAN & STERLING LLP

801 Pennsylvania Avenue Suite 900

Washington, DC 20004

202-508-8097

202-508-8001 (facsimile)

heather.kafele@shearman.com

keith.palfin@shearman.com


Brian M. Akkashian

PAESANO AKKASHIAN, PC

132 N. Old Woodward Avenue

Birmingham, MI 48009

248-792-6886

bakkashian@paesanoakkashian.com


*Attorneys for Defendants JTEKT*

*Corporation and JTEKT North America,*

*Inc. (formerly d/b/a Koyo Corporation of*

*U.S.A.)*

LANE POWELL PC


/s/ Kenneth R. Davis II (w/ consent)

Craig D. Bachman

Kenneth R. Davis II

Darin M. Sands

Masayuki Yamaguchi

LANE POWELL PC

601 SW Second Avenue, Suite 2100

Portland, OR 97204-3158 Telephone:

503.778.2100

bachmanc@lanepowell.com

davisk@lanepowell.com

sandsd@lanepowell.com

yamaguchim@lanepowell.com


Larry S. Gangnes

Heidi B. Bradley

LANE POWELL PC

1420 Fifth Avenue, Suite 4200

PO Box 91302

Seattle, WA 98111-9402


2418

Telephone: 206.223.7000

gangnesl@lanepowell.com

bradleyh@lanepowell.com

Richard D. Bisio (P30246)

Ronald S. Nixon (P57117)

KEMP KLEIN

201 W. Big Beaver, Suite 600

Troy, MI 48084

Telephone: 248.528.1111

richard.bisio@kkue.com

ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi*

*Corp. and Nachi America Inc.*

MORGAN, LEWIS & BOCKIUS LLP

/s/ J. Clayton Everett, Jr. (with consent)

J. Clayton Everett, Jr.

Zarema A. Jaramillo

MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW

Washington, DC 20004

Telephone: (202) 739-3000

Facsimile: (202) 739-3001

jeverett@morganlewis.com

zarema.jaramillo@morganlewis.com

Matthew L. Fornshell

ICE MILLER LLP

250 West Street

Suite 700

Columbus, OH 43215

Telephone: (614) 462-1061

Facsimile: (614) 222-3692

Matthew.Fornshell@icemiller.com

Attorneys for Defendants Showa

Corporation, American Showa, Inc.,

WEIL, GOTSHAL & MANGES LLP

/s/ Steven A. Reiss (with consent)

Steven A. Reiss

Adam C. Hemlock

2420

Lara E. Veblen Trager

WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue

New York, New York 10153-0119

Tel.: (212) 310-8000

Fax: (212) 310-8007

steven.reiss@weil.com

adam.hemlock@weil.com

lara.trager@weil.com


Fred K. Herrmann

Matthew L. Powell

KERR, RUSSELL AND WEBER, PLC

500 Woodward Avenue, Suite 2500

Detroit, MI 48226

Tel.: (313) 961-0200

Fax: (313) 961-0388

fhermann@kerr-russell.com

mpowell@kerr-russell.com


Counsel for Calsonic Kansei Corporation

and Calsonic Kansei North America, Inc.

2421

GIBSON, DUNN & CRUTCHER LLP


/s/ George A. Nicoud III (with consent)

George A. Nicoud III

Joel S. Sanders

Austin Schwing

Stuart C. McPhail

Leslie A. Wulff

GIBSON, DUNN & CRUTCHER LLP

555 Mission Street, Suite 3000

San Francisco, CA 94105-0921

Tel.: (415) 393-8200

Fax: (415) 393-8306

TNicoud@gibsondunn.com

JSanders@gibsondunn.com

ASchwing@gibsondunn.com

SMcphail@gibsondunn.com

LWulff@gibsondunn.com


William S. Farmer

David C. Brownstein

FARMER BROWNSTEIN JAEGER

LLP

2422

235 Montgomery Street, Suite 835

San Francisco, CA 94102

Tel.: (415) 795-2050

Fax: (415) 520-5678

wfarmer@fbj-law.com

dbrownstein@fbj-law.com

Counsel for Defendants Mitsuba

Corporation and American Mitsuba

Corporation


Counsel for Defendants Mitsuba

Corporation and American Mitsuba

Corporation


ALLEN & OVERY LLP


/s/ John Roberti (w/consent)

John Roberti

Michael Feldberg

ALLEN & OVERY LLP

1101 New York Avenue

Washington, D.C. 20005

Telephone: (202) 683-3800

2423

Facsimile: (202) 683-3999

john.roberti@allenovery.com

michael.feldberg@allenovery.com


William R. Jansen

Michael G. Brady

WARNER NORCROSS & JUDD LLP

2000 Town Center, Suite 2700

Southfield, MI 48075

Telephone: (248) 784-5000

Facsimile: (248) 784-5005

wjansen@wnj.com

mbrady@wnj.com


Counsel for Robert Bosch GmbH and

Robert Bosch LLC


SIMPSON THACHER & BARTLETT LLP


/s/ Matthew J. Reilly (with consent)

Matthew J. Reilly

Abram J. Ellis

David T. Shogren

SIMPSON THACHER & BARTLETT LLP

1155 F Street, N.W.

Washington, DC 20004

Tel.: (202) 636-5500

Fax: (202) 636-5502

matt.reilly@stblaw.com

aellis@stblaw.com

dshogren@stblaw.com


George S. Wang

Shannon K. McGovern

SIMPSON THACHER & BARTLETT LLP

425 Lexington Avenue

New York, New York 10017

Tel.: (212) 455-2000

Fax: (212) 455-2502


Counsel for Defendants Diamond Electric

Mfg. Co., Diamond Electric Mfg. Corp.,

Stanley Electric Co., Ltd., Stanley Electric

U.S. Co., Inc. and II Stanley Co., Inc.


ARNOLD & PORTER LLP

2425

/s/ *Franklin R. Liss*

Franklin R. Liss

Danielle M. Garten

Matthew Tabas

Emily J. Blackburn

ARNOLD & PORTER LLP

601 Massachusetts Avenue NW

Washington, DC 20001

Tel: (202) 942-5000

Fax: (202) 942-5999

frank.liss@aporter.com

danielle.garten@aporter.com

matthew.tabas@aporter.com

emily.blackburn@aporter.com


/s/ *Howard B. Iwrey*

Howard B. Iwrey (P39635)

Brian M. Moore (P58584)

DYKEMA GOSSETT PLLC

39577 Woodward Ave., Suite 300

Bloomfield Hills, MI 48304

Tel: (248) 203-0700

2426

Fax: (248) 203-0763

hiwrey@dykema.com

bmoore@dykema.com

*Counsel for Defendants Koito*

*Manufacturing Co., Ltd. and North*

*American Lighting, Inc.*

CLEARY GOTTLIEB STEEN &

HAMILTON LLP

/s/ Jeremy J. Calsyn (with consent)

Jeremy J. Calsyn

CLEARY GOTTLIEB STEEN &

HAMILTON LLP

2000 Pennsylvania Ave, NW

Washington, DC 20006

Tel.: (202) 974-1552

Fax: (202) 974-1999

jcalsyn@cgsh.com

Howard Iwrey

DYKEMA GOSSETT PLLC

2427

39577 Woodward Ave., Suite 300

Bloomfield Hills, MI 48304

Tel.: (248) 203-0526

Fax: (248) 203-0763

hiwrey@dykema.com


Counsel for Aisin Seiki Co., Ltd. and Aisin

Automotive Casting, LLC


SQUIRE PATTON BOGGS (US) LLP


/s/ Barry A. Pupkin (with consent)

Barry A. Pupkin

Iain R. McPhie

Jeremy W. Dutra

SQUIRE PATTON BOGGS (US) LLP

2550 M Street, NW

Washington, DC 20037

Tel.: (202) 626-6600

Fax: (202) 626-6780

Barry.Pupkin@squirepb.com

Iain.McPhie@squirepb.com

Jeremy.Dutra@squirepb.com

2428

Counsel for Aisan Industry Co., Ltd.,

Hyundam Industrial Co., Ltd., Aisan

Corporation of America and Franklin

Precision Industry, Inc.


COVINGTON & BURLING LLP


/s/ Anita F. Stork (with consent)

Anita F. Stork

COVINGTON & BURLING LLP

One Front Street

San Francisco, CA 94111-5356

Tel: (415) 591-7050

Fax: (415) 955-6550

astork@cov.com


Maureen T. Taylor (P63547)

BROOKS WILKINS SHARKEY

& TURCO PLLC

401 Old South Woodward, Suite 400

Birmingham, MI 48009

Tel: (248) 971-1721

2429

Fax: (248) 971-1801

taylor@bwst-law.com


Attorneys for Defendants Keihin

Corporation and Keihin North America, Inc.


PILLSBURY WINTHROP SHAW PITTMAN LLP


/s/ William M. Sullivan Jr. (w/ consent)

William M. Sullivan Jr.

PILLSBURY WINTHROP SHAW

PITTMAN LLP

1200 Seventeenth Street, NW

Washington, DC 20036

Phone: 202 663 8175

william.sullivan@pillsburylaw.com


Attorneys for Defendants Mikuni

Corporation and Mikuni American

Corporation


O'MELVENY & MYERS LLP


2430

*/s/ Michael F. Tubach* (with consent)

Michael F. Tubach

O'MELVENY & MYERS LLP

Two Embarcadero Center, 28th Floor

San Francisco, CA 94111-3823

Telephone: (415) 984-8700

Facsimile: (415)984-8701

mtubach@omm.com

*Counsel for Defendants MAHLE Behr*
*GmbH & Co. KG and MAHLE Behr USA*
*Inc.*

HOGAN LOVELLS US LLP


*/s/ William L. Monts III* (with consent)

William L. Monts III

Benjamin F. Holt

Meghan E.F. Rissmiller

HOGAN LOVELLS US LLP

555 Thirteenth Street, N.W.

Washington, D.C. 20004-1109

P 202.637.5600

Scott T. Seabolt

Scott T. Seabolt

SEABOLT LAW FIRM

17199 N. Laurel Park Dr., Ste. 215

Livonia, Michigan 48152

248-717-1302

sseabolt@seaboltpc.com


*Counsel for Defendants Mitsubishi Heavy*

*Industries Ltd., Mitsubishi Heavy Industries*

*America, Inc. and Mitsubishi Heavy*

*Industries Climate Control, Inc.*

DUBOIS, BRYANT & CAMPBELL, LLP

*/s/ J. David Rowe* (with consent)

J. David Rowe

Millicent Lundburg

DUBOIS, BRYANT & CAMPBELL, LLP

Colorado Tower

303 Colorado Street, Suite 2300

Austin, Texas 78701

(512) 457-8000-Telephone

(512) 457-8008-Facsimile

drowe@dbcllp.com

mlundburg@dbcllp.com

2432

Robert E. Linkin

DUGGINS WREN MANN, & ROMERO, LLP

600 Congress Avenue, Ste. 1900

P.O. Box 1149

Austin, Texas 78701

(512) 744-9300-Telephone

(512) 744-9399-Facsimile

rlinkin@dwmrlaw.com


Bradley J. Schram (P26337)

Matthew J. Turchyn (P76482)

HERTZ SCHRAM PC

1760 South Telegraph Road, Suite 300

Bloomfield Hills, MI 48302

(248) 335-5000

bschram@hertzschram.com

mturchyn@hertzschram.com


*Counsel for Defendants Sanden Automotive Components Corporation, Sanden Automotive Climate Systems, and Sanden International (USA), Inc.*

2433

FARMER BROWNSTEIN JAEGER LLP


*/s/ William S. Farmer* (with consent)

William S. Farmer

David C. Brownstein

FARMER BROWNSTEIN JAEGER LLP

235 Montgomery Street, Suite 835

San Francisco, CA 94104

Telephone: (415) 795-2050

Facsimile: (415) 520-5678

wfarmer@fbj-law.com

dbrownstein@fbj-law.com


*Counsel for Defendants Showa Denko K.K.*

*and Showa Aluminum Corporation of*

*America*


JONES DAY


*/s/ Eric P. Enson* (w/consent)

Eric P. Enson

JONES DAY

2434

555 S Flower St.

Los Angeles, CA  90071

epenson@jonesday.com


John M. Majoras

JONES DAY

51 Louisiana Avenue, NW

Washington, DC  20001-2113

jmmajoras@jonesday.com


*Counsel for NGK Spark Plugs (U.S.A.)*

*Holding, Inc., NGK Spark Plugs (USA) Inc.,*

*NGK Spark Plug Co. Ltd., and NTK*

*Technologies, Inc.*


DYKEMA GOSSETT PLLC


*/s/ Howard B. Iwrey*

Howard B. Iwrey (P39635)

Cale A. Johnson (P78032)

39577 Woodward Avenue

Bloomfield Hills, Michigan 48304

Tel: (248) 203-0526

Fax: (248) 203-0763

2435

hiwrey@dykema.com

cjohnson@dykema.com


BARNES & THORNBURG, LLP


/s/ Kendall Millard

Kendall Millard

Bradley Love

11 South Meridian Street

Indianapolis, IN 46204-3535

Tel: 317-231-7461

Fax: 317-231-7433

kmillard@btlaw.com

blove@btlaw.com


*Attorneys for Defendants KYB Corporation,*

*f/k/a Kayaba Industry Co., Ltd., and KYB*

*Americas Corporation*


O'MELVENY & MYERS LLP


/s/ Michael F. Tubach (with consent)

Michael F. Tubach

2436

O'MELVENY & MYERS LLP

Two Embarcadero Center, 28th Floor

San Francisco, CA 94111-3823

Telephone: (415) 984-8700

Facsimile: (415)984-8701

mtubach@omm.com

*Counsel for Defendants Eberspacher*

*Exhaust Technology GmbH & Co. KG and*

*Eberspacher North America Inc.*

KIRKLAND & ELLIS LLP

*James H. Mutchnik, P.C.*

KIRKLAND & ELLIS LLP

300 North LaSalle

Chicago, IL 60654

Telephone: (312) 862-2350

Facsimile: (312) 862-2350

james.mutchnik@kirkland.com

Eliot A. Adelson

KIRKLAND & ELLIS LLP

555 California Street

San Francisco, California 94104

2437

Telephone: (415) 439-1413

Facsimile: (415) 439-1313

eliot.adelson@kirkland.com


Catie Ventura

KIRKLAND & ELLIS LLP

655 Fifteenth Street,  N.W. Washington,

D.C. 20005-5793

Telephone: (202) 879-5907

Facsimile: (202) 879-5200

catie.ventura@kirkland.com


Joanne Geha Swanson (P33594)

Fred K. Herrmann (P49519)

Matthew L. Powell (P69186)

KERR, RUSSELL AND WEBER, PLC

500 Woodward Avenue, Suite 2500

Detroit, MI 48226

(313) 961-0200

(313) 961-0388 (facsimile)

jswanson@kerr-russell.com

fherrmann@kerr-russell.com

mpowell@kerr-russell.com


2438

*Attorneys for Defendants Tenneco Inc.,*

*Tenneco Automotive Operating Co., and*

*Tenneco GmbH*


VARNUM LLP


/s/ Gary J. Mouw

Gary J. Mouw

Ronald G. DeWaard

VARNUM LLP

333 Bridge Street NW

Grand Rapids, MI 49504

Telephone: (616) 336-6424

Facsimile: (616) 336-7000

gjmouw@varnumlaw.com

rgdewaard@varnumlaw.com


Counsel for *Bosal International N.V. and*

*Bosal Industries-Georgia, Inc.*


CLEARY GOTTLIEB STEEN &

HAMILTON LLP


/s/ Jeremy J. Calsyn (with consent)

2439

Jeremy J. Calsyn

Tara L. Tavernia

CLEARY GOTTLIEB STEEN &

HAMILTON LLP

2000 Pennsylvania Avenue, NW

Washington, DC 20006

(202) 974-1500 (Phone)

(202) 974-1999 (Facsimile)

jcalsyn@cgsh.com

ttavernia@cgsh.com


Counsel for Faurecia SA and Faurecia

Emissions Control Technologies, USA, LLC


MILLER, CANFIELD, PADDOCK &

STONE P.L.C.


/s/ Larry J. Saylor

Larry J. Saylor (P28165)

A. Michael Palizzi (P47262)

MILLER, CANFIELD, PADDOCK &

STONE P.L.C.

150 West Jefferson Avenue, Suite 2500

2440

Detroit, MI 48226

(313) 496-7986

(313) 496-8454 (facsimile)

saylor@millercanfield.com

palizzi@millercanfield.com


/s/ Gretchen L. Jankowski

Gretchen L. Jankowski (74540)

Wendelynne J. Newton (35163)

Cindy Dunlap Hinkle (86318)

BUCHANAN INGERSOLL & ROONEY

PC

One Oxford Centre, 20th Floor

301 Grant Street

Pittsburgh, PA 15219

(412) 562-8800

(412) 562-1041 (facsimile)

wendelynne.newton@bipc.com

gretchen.jankowski@bipc.com

cindy.hinkle@bipc.com


Counsel for Meritor, Inc.

2441

MORRISON & FOERSTER LLP


*/s/ Roxann E. Henry, DC Bar No. 351569*

Morrison & Foerster LLP

2000 Pennsylvania Avenue, NW

Suite 6000

Washington, DC 20006-1888

Tel: (202) 887-1595


Howard B. Iwrey, MI Bar No. P39635

Dykema Gossett PLLC

39577 Woodward Avenue

Suite 300

Bloomfield Hills, MI 48304

Tel: (248) 203-0526


*Counsel for Inoac Corporation*


LATHAM & WATKINS LLP


*/s/ Marguerite M. Sullivan*

Marguerite M. Sullivan

Allyson M. Maltas

2442

**LATHAM & WATKINS LLP**

555 Eleventh Street NW, Suite 100

Washington, D.C. 20004

Telephone: (202) 637-1027

Facsimile: (202)-637-2201

Marguerite.Sullivan@lw.com

Allyson.maltas@law.com

*Counsel for Defendants Toyo Denso Co.,*

*Ltd. and Weastec, Inc.*

/s/ Jonathan W. Cuneo

Jonathan W. Cuneo

Joel Davidow

Daniel Cohen

Victoria Romanenko

Evelyn Li

**Cuneo Gilbert & LaDuca, LLP**

507 C Street, N.E.

Washington, DC 20002

Telephone: (202) 789-3960

jonc@cuneolaw.com

joel@cuneolaw.com

2443

danielc@cuneolaw.com

vicky@cuneolaw.com

evelyn@cuneolaw.com


Don Barrett

David McMullan

**BARRETT LAW GROUP, P.A.**

P.O. Box 927

404 Court Square

Lexington, MS 39095

Telephone: (662) 834-2488

Facsimile: (662)834-2628

dbarrett@barrettlawgroup.com

dmcmullan@barrettlawgroup.com


Shawn M. Raiter

**LARSON · KING, LLP**

2800 Wells Fargo Place

30 East Seventh Street

St. Paul, MN 55101

Telephone: (651) 312-6500

Facsimile: (651) 312-6618

sraiter@larsonking.com


2444

*Interim Co-Lead Class Counsel for*

*Dealership Plaintiffs*


Gerard V. Mantese

(Michigan Bar No. P34424)

**Mantese Honigman**

**and Williamson, P.C.**

1361 E. Big Beaver Road

Troy, Michigan 48083

Telephone: (248) 607-9200

gmantese@manteselaw.com


*Interim Liaison Counsel for Dealership*

*Plaintiffs*


Brian Herrington

**Herrington Law, PA**

PO Box 3260

Ridgeland, MS 39158

601.376.9331

brian@herringtonlawpa.com


2445