IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

**NOTICE OF ATTORNEY APPEARANCE**

Please enter the appearance of E. Paul Cauley, Jr. of the law firm of Sedgwick LLP as co-counsel for Defendant Nissan North America, Inc.

Respectfully Submitted,

/s/ *E. Paul Cauley, Jr.*
E. PAUL CAULEY, JR.
State Bar No. 04018900

**SEDGWICK LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004
paul.cauley@sedgwicklaw.com

**ATTORNEY FOR DEFENDANT
NISSAN NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2016, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                  /s/ *E. Paul Cauley, Jr.*
                                  E. PAUL CAULEY, JR.