UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                          Plaintiff(s),

v.                                                Case No. 2:12–md–02311–MOB–MKM
                                                Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                          Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:   January 25, 2017 at 10:00 AM

**ADDITIONAL INFORMATION:**   AGENDA DUE 1/4/17

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K. Doaks
                                                          Case Manager

Dated:   December 12, 2016