UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | 2:12-MD-002311-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions | |

**NON-PARTY TOYOTA'S MOTION TO STRIKE
FILINGS OF NON-PARTY TOYOTA'S MOTION FILED UNDER
INCORRECT CASE NUMBER 12-md-02311 FILED AS COURT DOCKET 1567**

Pursuant to Local Rule 7.1 and for the reasons set forth in the accompanying Brief, non-parties Toyota Motor Sales USA, Inc. ("TMS") and Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA") (collectively "Toyota") submit this Motion to Strike due to its inadvertent filing of Docket 1567 under the incorrect Case No. 12-md-02311.  For clarification of the Court's records, Toyota requests that the Court strike the filing of Court Docket No. 1567.

### BRIEF IN SUPPORT OF NON-PARTY TOYOTA'S MOTION TO STRIKE FILINGS OF NON-PARTY TOYOTA'S MOTION FILED UNDER INCORRECT CASE NUMBER  12-md-02311 FILED AS COURT DOCKET 1567

Pursuant to Local Rule 7.1, non-parties Toyota Motor Sales USA, Inc. ("TMS") and Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA") (collectively "Toyota") submit this Motion to Strike due to its inadvertent filing of Docket 1567 under the incorrect Case No.  12-md-02311.   For clarification of the Court's records, Toyota requests that the Court strike the filing of Court Docket No. 1567.  Toyota has filed the motion at issue under the correct Case No., 12-CV-00101, as Docket No. 358.

For the reasons stated herein, this Court should grant Toyota's Motion to Strike Filings of Non-Party Toyota's Motion Filed Under Incorrect Case Number 12-md-02311 Filed As Court Docket 1567.

Respectfully Submitted,

By:      /s/ Michael Schaper
Michael Schaper
David B. Noland
**DEBEVOISE & PLIMPTON LLP**
919 Third Ave
New York, NY 10022
Tel: 212-909-6000
mschaper@debevoise.com

Thomas P. Branigan (P41774)
**BOWMAN & BROOKE LLP**
41000 Woodward Avenue,
Ste. 200 East
Bloomfield Hills, MI  48304
Tel: 248-205-3300
tom.branigan@bowmanandbrooke.com
Attorneys for Toyota Motor Sales USA, Inc.
and Toyota Motor Engineering &
Manufacturing North America, Inc.

## CERTIFICATE OF SERVICE

I certify that on **December 15, 2016,** I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to attorney

                              Respectfully Submitted,

By:   /s/ Michael Schaper
       Michael Schaper
       David B. Noland
       **DEBEVOISE & PLIMPTON LLP**
       919 Third Ave
       New York, NY 10022
       Tel: 212-909-6000
       mschaper@debevoise.com

       Thomas P. Branigan (P41774)
       **BOWMAN & BROOKE LLP**
       41000 Woodward Avenue,
       Ste. 200 East
       Bloomfield Hills, MI  48304
       Tel: 248-205-3300
       tom.branigan@bowmanandbrooke.com
       Attorneys for Toyota Motor Sales USA, Inc.
       and Toyota Motor Engineering &
       Manufacturing North America, Inc.