**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311 Honorable Marianne O. Battani |
| ALL CASES | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| THIS DOCUMENT RELATES TO: End-Payor Actions | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective January 1, 2017, the firm name, address and other contact information for the undersigned counsel for Plaintiff Melissa Barron will change.

All pleadings, notices, correspondence and other document should be addressed as follows:

> Terry Gross
> Adam C. Belsky
> GROSS & BELSKY P.C.
> 201 Spear Street, Suite 1100
> San Francisco, CA 94105
> Telephone: 415-544-0200
> Facsimile: 415-544-0201
> Email: Terry@grossbelsky.com
> Email: Adam@grossbelsky.com

Please change your records accordingly.

Dated: December 29, 2016

Respectfully submitted,

Terry Gross
Adam C. Belsky
GROSS & BELSKY LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

By:  /s/ Terry Gross
        Terry Gross

Attorneys for Melissa Barron

## **PROOF OF SERVICE**

I, Mary B. Parker, hereby affirm and declare that on December 29, 2016, I caused a true and correct copy of the Notice of Change of Firm Name and Address to be served via the Court's ECF system.

Dated: December 29, 2016               /s/ Mary B. Parker
                                                                Mary B. Parker