UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In Re: ALL CASES

THIS RELATES TO:

ALL DEALERSHIP ACTIONS
ALL END PAYOR ACTIONS

Case No. 12-md-02311

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel hereby gives notice of change of address, effective November 21, 2016, for the law firm of Neal & Harwell, PLC and respectfully requests that all future pleadings, correspondence, and other notices to that firm and its attorneys be addressed as follows:

Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

Telephone, facsimile and e-mail contact information will remain the same.

Respectfully submitted,

*Charles Barrett*
Elizabeth Tipping
Charles Barrett
Megan N. Deardorff
William J. Harbison II
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713

cbarrett@nealharwell.com
etipping@nealharwell.com
mdeardorff@nealharwell.com
jharbison@nealharwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that that a true and complete copy of the foregoing was served on all counsel via the Court's ECF filing system on January 4, 2017.

*/s/ Charles Barrett*
Charles Barrett