# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF WITHDRAWAL OF ATTORNEY KENNETH MERBER

PLEASE TAKE NOTICE of the withdrawal of Kenneth Merber of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO International America, Inc. (collectively "DENSO entities"). His appearance should be withdrawn from the following cases:

    12-md-02311-MOB-MKM

    12-cv-00100-MOB-MKM

    12-cv-00101-MOB-MKM

    12-cv-00102-MOB-MKM

    12-cv-00103-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

                                        WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: January 04, 2017        By:   */s/ Kenneth Merber*
                                                 Kenneth Merber

        WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kenneth.merber@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 04, 2017, I caused the foregoing Notice of Withdrawal of Attorney Kenneth Merber to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Kenneth Merber*
Kenneth Merber
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kenneth.merber@wilmerhale.com