UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Sara J. Payne, is no longer associated with Gustafson Gluek PLLC and hereby withdraws as counsel of record for all End-Payor cases. Plaintiffs' counsel requests that Ms. Payne be removed from the case docket. All other counsel of record for the End-Payor Plaintiffs will remain the same.

Dated: January 5, 2017                Respectfully submitted,

/s/ Daniel E. Gustafson
Daniel E. Gustafson
**Gustafson Gluek PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com

*Attorney for End-Payor Plaintiffs*

1

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF filing on January 5, 2017.

Respectfully submitted,

<u>/s/ Daniel E. Gustafson</u>
Daniel E. Gustafson
**Gustafson Gluek PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com