# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective January 1, 2017 Arnold & Porter LLP has consummated its merger with Kaye Scholer LLP. The resulting firm is known as Arnold & Porter Kaye Scholer LLP. The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the e-mail domain for all attorneys has changed to @apks.com. E-mails sent to the previous @aporter.com email domain will be automatically forwarded for one year.

**On Behalf of Koito Manufacturing Co., Ltd. as defendant:**

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

**On Behalf of North American Lighting, Inc. as defendant:**

- 12-md-02311
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

Dated: January 5, 2017              Respectfully submitted,

                                ARNOLD & PORTER KAYE SCHOLER LLP

                          By: /s/ Emily Blackburn
                                Franklin Liss, Esq.
                                Matthew Tabas, Esq.
                                Emily Blackburn, Esq.
                                ARNOLD & PORTER KAYE SCHOLER LLP
                                601 Massachusetts Ave. NW
                                Washington, DC 20001
                                (202) 942-5000
                                (202) 942-5999 - facsimile
                                frank.liss@apks.com
                                matthew.tabas@apks.com
                                emily.blackburn@apks.com

                                Howard B. Iwrey (P39635)
                                Brian M. Moore (P58584)
                                DYKEMA GOSSETT PLLC
                                39577 Woodward Ave., Suite 300
                                Bloomfield Hills, MI 48304
                                Tel: (248) 203-0700
                                Fax: (248) 203-0763
                                hiwrey@dykema.com
                                bmoore@dykema.com

                                *Attorneys for Defendants Koito Manufacturing Co., Ltd., and North American Lighting, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: January 5, 2017                                  By:  /s/ Riley Berg
                                                                                  Riley Berg