# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Arnold & Porter LLP has changed its name to Arnold & Porter Kaye Scholer LLP. The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the email domain for all attorneys has changed to @apks.com. Emails sent to the previous @aporter.com email domain will be automatically forwarded for one year.

**On Behalf of Fujikura Automotive America LLC and Fujikura Ltd. as defendants:**

- 12-md-02311
- 2:12-cv-00100
- 2:12-cv-00101
- 2:12-cv-00102
- 2:12-cv-00103
- 2:13-cv-00104
- 2:14-cv-00107

Dated: January 5, 2017          Respectfully submitted,

                                 ARNOLD & PORTER KAYE SCHOLER LLP

                                 By: /s/ Michael A. Rubin
                                       James L. Cooper
                                       Michael A. Rubin
                                       Katherine Clemons
                                       ARNOLD & PORTER KAYE SCHOLER LLP
                                       601 Massachusetts Ave. NW
                                       Washington, DC 20001
                                       (202) 942-5000
                                       (202) 942-5999 - facsimile
                                       James.Cooper@apks.com
                                       Michael.Rubin@apks.com
                                       Katherine.Clemons@apks.com

                                       Joanne Geha Swanson (P33594)
                                       Fred Herrmann (P49519)
                                       Matthew L. Powell (P69186)
                                       KERR, RUSSELL AND WEBER, PLC
                                       500 Woodward Avenue, Suite 2500
                                       Detroit, MI 48226
                                       (313) 961-0200
                                       (313) 961-0388 (facsimile)
                                       jswanson@kerr-russell.com
                                       fherrmann@kerr-russell.com
                                       mpowell@kerr-russell.com

                                       *Attorneys for Defendants Fujikura Automotive*
                                       *America LLC and Fujikura Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.


Dated: January 5, 2017　　　　　　　　　　By:　/s/ Riley C. Berg  
　　　　　　　　　　　　　　　　　　　　　　　Riley C. Berg