# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Arnold & Porter LLP has changed its name to Arnold & Porter Kaye Scholer LLP. The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the email domain for all attorneys has changed to @apks.com. Emails sent to the previous @aporter.com email domain will be automatically forwarded for one year.

**On Behalf of Yamashita Rubber Co., Ltd. and YUSA Corporation as defendants:**

- 12-md-02311
- 2:13-cv-00800
- 2:13-cv-00801
- 2:13-cv-00802
- 2:13-cv-00803

Dated:  January 5, 2017

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/  Michael A. Rubin
James L. Cooper
Michael A. Rubin
Adam M. Pergament
Matthew J. Oster
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5866
Facsimile: (202) 942-5999
james.cooper@apks.com
michael.rubin@apks.com
adam.pergament@apks.com
matthew.oster@apks.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Yamashita Rubber Co., Ltd. and YUSA Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2017, I caused the foregoing Notice of Firm Name Change to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: January 5, 2017                      By:  /s/ Riley C. Berg
                                                                         Riley C. Berg