**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In Re:  EXHAUST SYSTEM CASES | ) ) ) | 2:16-cv-03702 2:16-cv-03703 |
| THIS RELATES TO:  ALL EXHAUST SYSTEM CASES | ) ) ) ) | 2:16-cv-11082-MOB-MKM 2:16-cv-11087- MOB-MKM |

<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that Cindy Dunlap Hinkle of the law firm of Buchanan

Ingersoll & Rooney PC, hereby withdraws as counsel of record for Defendant Meritor, Inc. in all

Exhaust System cases.

Dated:  January 6, 2017                    Respectfully submitted,

                                           BUCHANAN INGERSOLL & ROONEY PC

                                           By:      */s/ Cindy Dunlap Hinkle*
                                                    Cindy Dunlap Hinkle (I.D. No. 86318)

                                                    One Oxford Centre
                                                    301 Grant Street, 20th Floor
                                                    Pittsburgh, PA  15219-1410
                                                    412-392-1682
                                                    412-562-1041

                                                    cindy.hinkle@bipc.com

                                                    *Attorneys for Defendant Meritor, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 6, 2017, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

By:     <u>*/s/ Cindy Dunlap Hinkle*</u>
          Cindy Dunlap Hinkle (I.D. No. 86318)
          One Oxford Centre
          301 Grant Street, 20th Floor
          Pittsburgh, PA  15219-1410
          412-392-1682
          412-562-1041
          cindy.hinkle@bipc.com

          *Attorneys for Defendant Meritor, Inc.*