**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) | 12-md-02311 Honorable Marianne O. Battani Magistrate Judge Mona K. Majzoub |
| In Re: EXHAUST SYSTEM CASES | ) ) ) | 2:16-cv-03702 2:16-cv-03703 |
| THIS RELATES TO: ALL EXHAUST SYSTEM CASES | ) ) ) | 2:16-cv-11082-MOB-MKM 2:16-cv-11087- MOB-MKM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Gretchen L. Jankowski of the law firm of Buchanan Ingersoll & Rooney PC, hereby withdraws as counsel of record for Defendant Meritor, Inc. in all Exhaust System cases.

Dated: January 6, 2017

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Gretchen L. Jankowski*
Gretchen L. Jankowski (I.D. No. 74540)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
412-562-1417
412-562-1041

gretchen.jankowski@bipc.com

*Attorneys for Defendant Meritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the forgoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

By:   */s/ Gretchen L. Jankowski*
Gretchen L. Jankowski (I.D. No. 74540)

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
412-562-1417
412-562-1041

gretchen.jankowski@bipc.com

*Attorneys for Defendant Meritor, Inc.*