UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

**AMENDED AGENDA FOR JANUARY 25, 2017 STATUS CONFERENCE**

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF MASTER**

**II.   ALL ACTIONS IN MDL 2311**

    A.   Settlements
        1.   Status  (*See also* Status Report, § I).
        2.   Discussion Regarding Court-Ordered Facilitation
        3.   Parties' Proposals for Facilitator
        4.   Stay of Discovery

    B.   Status of Sealing Orders/Compliance with *Shane.*

    C.   Hearing Dates for Objections, if Necessary

1

    1. Objections to Special Master's Order Compelling Production of Documents by OEMs (due date for filing Jan. 18)

    2. Delphi's Objection to Special Master's Order Granting Defendants' Motion to Compel Delphi's Compliance with Subpoena and Denying Delphi's Motion to Quash Gruber Deposition filed November 1, 2016 (Doc. Nos. 388, 389, and 390 in 100)

    3. Truck and Equipment Dealer Plaintiffs' Objection to the Special Master's Order Granting in Part Defendants' Motion to Compel Filed December 9, 2016 (Doc. No. 46 in 14-507)

### III. WIRE HARNESSES

    A. Hearing Date for DENSO Defendants' Motion for Summary Judgment on All Claims filed on November 14, 2016. (Doc. Nos. 330, 331, and 332 in 101.)

    B. Hearing Date for Furukawa Defendants' Amended Motion for Summary Judgment filed November 30, 2016. (Doc. Nos. 347, 348, 349, 350, 351, 352, 353, and 354 in 101.)

### IV. DATE FOR NEXT STATUS CONFERENCE

    A. The next two Status Conferences are scheduled for March 22, 2017, at 10:00 am and June 7, 2017, at 10:00 a.m.

    B. Scheduling of Subsequent Status Conference.

### V. OTHER MATTERS

Any party interested in any part should appear.

## VI.  MOTION HEARINGS

In the event that oral argument cannot be completed before 5:00 p.m. on all of the motions filed in the Body Sealing Products and Exhaust Systems component parts, the Court has reserved January 26, 2017, for argument on remaining motions, to begin at 10:00 a.m.

### A.  WIRE HARNESS

Direct Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with G.S. Electech and Tokai Rika Defendants and Request to Utilize Part of the Settlement Funds to Pay for Litigation Expenses filed December 15, 2016 (Doc. No. 360 in 12-101).

### B.  BODY SEALING PRODUCTS (2:16-cv-3400)

1. Defendants Green Tokai Co., Ltd.'s Motion to Dismiss (Doc. No. 27 in 16-3402; Doc. No. 39 in 16-3403)
2. Nishikawa Defendants' Motion to Dismiss (Doc. No. 30 in 16-3402; Doc. No. 42 in 16-3403)

### C.  EXHAUST SYSTEMS (2:16-cv-03700)

1. Meritor's Motion to Dismiss (Doc. No. 7 in 16-3702; Doc. No. 11 in 16-3703)
2. Tenneco GmbH's Motion to Dismiss (Doc. No. 14 in 16-3702; Doc. No. 17 in 16-3703)
3. Faurecia Emissions USA's Motion to Dismiss (Doc. No. 18 in 16-3702; Doc. No. 21 in 16-3703)
4. Faurecia SA's Motion to Dismiss (Doc. No. 20 in 16-3702; Doc. No. 23 in 16-3703)

5. Bosal Industries' 12(b)(6) Motion to Dismiss (Doc. No. 22 in 16-3702; Doc. No. 25 in 16-3703)

6. Plaintiffs' Motion to Amend Complaint (Doc. No. 41 in 16-3702; Doc. No. 41 in 16-3703)

Date: January 10, 2017    **/s/ Marianne O. Battani**
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/KaMyra Doaks

Case Manager

11327927.1