UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-MD-02311 |
| **ALL PARTS** | Honorable Marianne O. Battani |
| **THIS RELATES TO: ALL CASES** | Magistrate Mona K. Majzoub |

## NOTICE OF APPEARANCE OF KENTON PAUL KNOP

PLEASE TAKE NOTICE that Kenton Paul Knop hereby enters his appearance on behalf of all Automobile Dealer Plaintiffs in the above-captioned case in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated: January 17, 2017           Respectfully submitted,

/s/ Kenton Paul Knop
N81W29155 Parkview Lane
Hartland, Wisconsin  53029
Telephone: (262) 757-3020
kentonknop@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF-registered counsel.

/s/ Kenton Paul Knop
Kenton Paul Knop