UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| IN RE: BEARINGS CASES | 2:12-cv-00500-MOB-MKM |

## AMENDED AGENDA FOR JANUARY 24, 2017

| | | | |
|---|---|---|---|
| I | 9:30 – 10:30 a.m. | Hearing disputes on Nachi Defendants' Motion for a Protective Order (Doc #243 and 244) | Court reporter required |
| I | 10:30 a.m. - 11:30 a.m. | Hearing disputes Certain Serving Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers. (Case No. 2:12-md-02311, ECF Nos. 1187 and 1188). | Court reporter required |

Date:   January 18, 2017

s/Gene J. Esshaki
GENE J. ESSHAKI
Special Master

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 18, 2017.

s/ Kay Doaks
Case Manager