# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation | Civil No. 2:12-md-02311-MOB<br>Honorable Marianne O. Battani |
| In re: Bearings | 2:14-cv-13356<br>2:14-cv-00507<br>2:12-cv-00500 |
| This Relates To: Truck and Equipment Dealer Cases | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Rush Truck Centers of Arizona, Inc.; Rush Truck Centers of California, Inc.; Rush Truck Centers of Colorado, Inc.; Rush Truck Centers of Florida, Inc.; Rush Truck Centers of Georgia, Inc.; Rush Truck Centers of Idaho, Inc.; Rush Truck Centers of Illinois, Inc.; Rush Truck Centers of Indiana, Inc.; Rush Truck Centers of Kansas, Inc.; Rush Truck Centers of Missouri, Inc.; Rush Truck Centers of North Carolina, Inc.; Rush Truck Centers of Ohio, Inc.; Rush Truck Centers of Oklahoma, Inc.; Rush Truck Centers of Oregon, Inc.; Rush Truck Centers of Tennessee, Inc.; Rush Truck Centers of Texas, LP; Rush Truck Centers of Utah, Inc.; and Rush Truck Centers of Virginia, Inc. (Truck and Equipment Dealer Plaintiffs).

Date: January 18, 2017

/s/ Erica Fruiterman
Erica Fruiterman
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA  19103
Phone: 215-979-1815
Fax: 215-979-1020
efruiterman@duanemorris.com

*Counsel for Truck and Equipment Dealer Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Entry of Appearance on all counsel of record by ECF.

Date: January 18, 2017

/s/ Erica Fruiterman