Case No. 16-2081

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: WIRE HARNESSES

------------------------------------

END-PAYOR PLAINTIFFS

    Plaintiffs - Appellees

BENJAMIN FEURY; THOMAS SARRIS

    Objectors - Appellants

v.

NIPPON SEIKI COMPANY, LTD.; et al.

    Defendants - Appellees

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                             **ENTERED PURSUANT TO RULE 45(a),**
                             **RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: January 19, 2017

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 19, 2017

Ms. Marla Linderman
Linderman Julien
116 E. Washington Street
Suite 150
Ann Arbor, MI 48104-0000

Re: Case No. 16-2081, *End-Payor Plaintiffs, et al v. Nippon Seiki Company, Ltd., et al*
Originating Case No. : 2:12-cv-00103 : 2:12-md-02311

Dear Ms. Linderman,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Robin Baker
                              Case Manager
                              Direct Dial No. 513-564-7027

cc: Mr. Peter M. Falkenstein
    Ms. Michelle Karen Fischer
    Mr. Brian K. Grube
    Mr. Howard B. Iwrey
    Ms. Meredith Jones Kingsley
    Mr. Peter Kontio
    Ms. Tiffany Danielle Lipscomb-Jackson
    Mr. John Michael Majoras
    Mr. Andrew S. Marovitz
    Mr. William Reiss
    Mr. Michael Adam Rubin
    Ms. Hollis L. Salzman
    Mr. William Parker Sanders
    Ms. Marguerite Sullivan
    Ms. Joanne G. Swanson
    Mr. David J. Weaver
    Mr. Steven N. Williams

Enclosure

No mandate to issue