## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

### APPEARANCE OF FLOYD G. SHORT

PLEASE TAKE NOTICE that Floyd G. Short of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case.

Dated: January 20, 2017

Respectfully submitted,

*/s/ Floyd G. Short*
Floyd G. Short
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## CERTIFICATE OF SERVICE

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on January 20, 2017.

Respectfully submitted,

*/s/ Floyd G. Short*
Floyd G. Short
SUSMAN GODFREY L.L.P.