UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>ALL PARTS<br><br>THIS RELATES TO:<br><br>ALL CASES | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jill S. Casselman of Robins Kaplan LLP hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case, in accordance with the August 8, 2016 Electronic Case Management Protocol Order, 12-md-02311, ECF No. 1448.

Dated: January 20, 2017

By: */s/ Jill S. Casselman*
Jill S. Casselman
**ROBINS KAPLAN LLP**
2049 Century Park East
Suite 3400
Los Angeles, California 90067
Tel: 310.552.0130
Fax: 310.229.5800
Email: JCasselman@RobinsKaplan.com

*Attorney for End-Payor Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, the foregoing Notice of Appearance was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: January 20, 2017          **ROBINS KAPLAN LLP**

                                 By:    */s/ Jill S. Casselman*