# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |

**ALL PARTS**

THIS RELATES TO:  ALL CASES

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Jerry A. Anderson, Sr., Laura L. Larue, and Christopher A. Lee, Direct Purchaser Plaintiffs, in the above-captioned matter.

Dated: January 23, 2017

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Jerry A. Anderson, Sr., Laura L. Larue, and Christopher A. Lee, Direct Purchaser Plaintiffs

11396048.1

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Jerry A. Anderson, Sr., Laura L. Larue, and Christopher A. Lee, Direct Purchaser Plaintiffs

11396048.1