# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randall B. Weill of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Jerry A. Anderson, Sr., Laura L. Larue, and Christopher A. Lee, Direct Purchaser Plaintiffs, in the above-captioned matter.

Dated: January 23, 2017        /s/ Randall B. Weill
                               Preti Flaherty Beliveau & Pachios, LLP
                               One City Center, PO Box 9546
                               Portland, ME 04112
                               Tel. 207-791-3000
                               Fax 207-791-3111
                               rweill@preti.com

                               One of the attorneys for Jerry A. Anderson, Sr.,
                               Laura L. Larue, and Christopher A. Lee, Direct
                               Purchaser Plaintiffs

11396118.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

<u>/s/ Randall B. Weill</u>
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
rweill@preti.com

One of the attorneys for Jerry A. Anderson, Sr., Laura L. Larue, and Christopher A. Lee, Direct Purchaser Plaintiffs