# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation | Master File No. 12-md-02311 |
| In re: All Parts | Honorable Marianne O. Battani |
| This document relates to:<br>All Cases | |

**INDEX OF EXHIBITS TO TRUCK AND EQUIPMENT DEALER PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO NON-PARTY HONDA'S OBJECTIONS TO SPECIAL MASTER'S DECEMBER 29, 2016 ORDER REGARDING MOTION TO COMPEL AGAINST HONDA**

| Exhibit | Description |
|---|---|
| A | Letter from William Shotzbarger to Justina Sessions dated November 4, 2016 |
| B | Emails between Justina Sessions and William Shotzbarger dated November 16-18, 2016 |
| C | hondanews.com Material for 2015 Honda Pioneer 500 Side-By-Side Vehicle |