# EXHIBIT C



# 2015 Honda Pioneer 500

2015 Honda Pioneer 500.

**5738 × 3835**          27.6 MB **(/login?referrer=%2Fchannels%2Fpowersports-side-by-side%2Fphotos%2F2015-honda-pioneer-500-60%3Fpage%3D5)**

**1200 × 802**          1.6 MB **(/login?referrer=%2Fchannels%2Fpowersports-side-by-side%2Fphotos%2F2015-honda-pioneer-500-60%3Fpage%3D5)**

Share          Add