# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 |
| ALL PARTS | Judge Marianne O. Battani<br>Magistrate Mona K. Majzoub |
| THIS RELATES TO:<br><br>Direct Purchaser Actions<br>Auto Dealership Actions<br>End-Payor Actions<br>Truck and Equipment Dealership Actions | |

## CLASS PLAINTIFFS' JOINT STATEMENT
## REGARDING APPOINTMENT OF A SETTLEMENT FACILITATOR

Direct Purchaser Plaintiffs, End Payor Plaintiffs, Auto Dealer Plaintiffs and Truck and Equipment Dealer Plaintiffs (collectively, "Class Plaintiffs") respectfully submit this joint statement to the Court regarding the appointment of a Settlement Facilitator as instructed by the Court at the January 25, 2017 Status Conference.

Class Plaintiffs propose that the Court appoint one of the following JAMS mediators as the Settlement Facilitator in this MDL:

| **Settlement Facilitator** | **Link to biography** |
|---|---|
| Former Chief Judge Gerald E. Rosen | https://www.jamsadr.com/rosen/ |
| Former Judge Dan Weinstein | https://www.jamsadr.com/weinstein/ |

Class Plaintiffs suggest that the Court-appointed Settlement Facilitator serve as the overall coordinator of the settlement process in this litigation. The Settlement Facilitator would also be available to act as a mediator in the situations described below. Class Plaintiffs propose that all parties to this litigation be required to report to the Settlement Facilitator on the status of their settlement negotiations within twenty days of the Settlement Facilitator's appointment and periodically thereafter on a schedule to be set by the Settlement Facilitator, and that the Settlement Facilitator be empowered to establish appropriate procedures to facilitate the settlement of this litigation.

If the parties to a bilateral settlement negotiation agree that it is progressing in a satisfactory manner without a mediator, or they subsequently agree to utilize the services of a mediator, Class Plaintiffs propose that those parties be permitted to continue to negotiate unless and until one party reports to the Settlement Facilitator that the assistance of the Settlement Facilitator would be helpful. The Settlement Facilitator will then determine whether to appoint a mediator, which may include himself.

If the parties to a particular matter have agreed on a mediator or do so within twenty days of the entry of the Court's order appointing a Settlement Facilitator, Class Plaintiffs propose that those parties be permitted to continue to mediate with their selected mediator. If one party to the mediation reports to the Settlement Facilitator that the mediation has not progressed in a satisfactory manner, the Settlement Facilitator shall determine whether another mediator should be appointed or whether other procedures should be adopted to facilitate settlement.

If the parties in a particular case report to the Settlement Facilitator that they are neither engaged in bilateral negotiations or have failed to select a mediator within twenty days of the

appointment of the Settlement Facilitator, the Settlement Facilitator shall appoint a mediator, which may include himself.

Class Plaintiffs believe it would be helpful to appoint a Settlement Facilitator who can both supervise the settlement process as well as personally participate as a mediator.

Date: February 1, 2017                     Respectfully submitted,

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com

**INTERIM LIAISON COUNSEL FOR THE DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

| | |
|---|---|
| Joseph C. Kohn | Gregory P. Hansel |
| William E. Hoese | Randall B. Weill |
| Douglas A. Abrahams | Michael S. Smith |
| KOHN, SWIFT & GRAF, P.C. | PRETI, FLAHERTY, BELIVEAU |
| One South Broad Street, Suite 2100 | & PACHIOS LLP |
| Philadelphia, PA 19107 | One City Center |
| (215) 238-1700 | P.O. Box 9546 |
| jkohn@kohnswift.com | Portland, ME 04112-9546 |
| whoese@kohnswift.com | (207) 791-3000 |
| dabrahams@kohnswift.com | ghansel@preti.com |
| | rweill@preti.com |
| | msmith@preti.com |

| | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON<br>& MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br>mmoskovitz@fklmlaw.com | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com |

**INTERIM LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND PROPOSED CLASS**

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**INTERIM LIAISON COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

Don Barrett  
David McMullan  
BARRETT LAW GROUP, P.A.  
P.O. Box 927  
404 Court Square  
Lexington, MS 39095  
(662) 834-2488  
dbarrett@barrettlawgroup.com  
dmcmullan@barrettlawgroup.com  

Jonathan W. Cuneo  
Victoria Romanenko  
CUNEO GILBERT & LADUCA, LLP  
507 C Street, N.E.  
Washington, DC 20002  
(202) 789-3960  
jonc@cuneolaw.com  
Vicky@cuneolaw.com  

Shawn M. Raiter  
Paul A. Sand  
Larson • King, LLP  
2800 Wells Fargo Place  
30 East Seventh Street  
St. Paul, MN 55101  
(651) 312-6500  
sraiter@larsonking.com  
psand@larsonking.com  

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

E. Powell Miller (P39487)  
THE MILLER LAW FIRM, P.C.  
950 W. University Dr., Suite 300  
Rochester, MI 48307  
(248) 841-2200  
epm@millerlawpc.com  

**INTERIM LIAISON COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

Hollis Salzman  
Bernard Persky  
William V. Reiss  
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  
601 Lexington Avenue, Suite 3400  
New York, NY 10022  
Telephone: (212) 980-7400  
Facsimile: (212) 980-7499  
hsalzman@rkmc.com  
bpersky@rkmc.com  
wvreiss@rkmc.com  

Marc M. Seltzer  
Steven G. Sklaver  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars, Suite 950  
Los Angeles, CA 90067-6029  
(310) 789-3100  
mseltzer@susmangodfrey.com  
ssklaver@susmangodfrey.com

| | |
|---|---|
| Terrell W. Oxford<br>Chanler Langham<br>Omar Ochoa<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>(713) 651-9366<br>toxford@susmangodfrey.com<br>clangham@susmangodfrey.com<br>oochoa@susmangodfrey.com | Steven N. Williams<br>Adam J. Zapala<br>Elizabeth Tran<br>COTCHETT, PITRE & MCCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>swilliams@cpmlegal.com<br>azapala@cpmlegal.com<br>etran@cpmlegal.com |

**INTERIM LEAD COUNSEL FOR END-PAYOR PLAINTIFFS AND PROPOSED CLASS**

J. Manly Parks
William Shotzbarger
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1000
jmparks@duanemorris.com
wshotzbarger@duanemorris.com

**INTERIM LEAD COUNSEL FOR TRUCK AND EQUIPMENT DEALER PLAINTIFFS AND PROPOSED CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017 I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

                                          */s/ Nathan J. Fink*
                                          David H. Fink (P28235)
                                          Darryl Bressack (P67820)
                                          Nathan J. Fink (P75185)
                                          FINK + ASSOCIATES LAW
                                          38500 Woodward Ave; Suite 350
                                          Bloomfield Hills, MI 48304
                                          (248) 971-2500