## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| THIS RELATES TO: | : : : | |
| Direct Purchaser Actions Automobile Dealership Actions End Payor Actions Truck and Equipment Dealership Actions | : : : : : | |

## DEFENDANTS' MOTION TO FILE AND
## MAINTAIN INFORMATION UNDER SEAL

Pursuant to the Sixth Circuit's decision in *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299 (6th Cir. 2016), and the Court's subsequent instructions at the September 14, 2016 status conference, the undersigned Defendants respectfully request that the Court maintain under seal Section I of Defendants' Statement Regarding Appointment of Mediation Facilitator, which contains Defendants' positions with respect to specific Mediation Facilitator candidates.  Defendants submit the attached memorandum in support of this motion.  Pursuant to Local Rule 7.1(a), Defendants sent an email to counsel for Plaintiffs today asking if they agreed with the relief sought in this motion; Plaintiffs did not concur in the relief sought.

Respectfully submitted,

Dated: February 1, 2017

*/s/ Barry A. Pupkin (w/consent)*
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US)
LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd.,
Aisan Corporation of America,
Franklin Precision Industry, Inc., and
Hyundam Industrial Co., Ltd.*

*/s/ George A. Nicoud III (w/consent)*
George A. Nicoud III
Joshua D. Dick
[Angela Y. Poon]
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Fax: (415) 393-8306
tnicoud@gibsondunn.com

*Counsel for Defendant Alpha Technology
Corporation*

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kajetan Rozga
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
**SCHIFF HARDIN LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1504
Facsimile: (734) 222-1501
fjuckniess@schiffhardin.com

*Attorneys for Defendants Bridgestone Corporation and Bridgestone APM Company*

*/s/ Steven A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR, RUSSELL AND WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei Corporation and Calsonic Kansei North America, Inc.*

3

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
Dan K. Webb
William C. O'Neil
Jeffrey J. Amato
Gretchen Vetter Scavo
Angela A. Smedley
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dwebb@winston.com
woneil@winston.com
jamato@winston.com
gscavo@winston.com
asmedley@winston.com

Steven C. Sunshine
Paul M. Eckles
Tiffany R. Rohrbaugh
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-9139
steve.sunshine@skadden.com
paul.eckles@skadden.com
tiffany.rider@skadden.com

Robert S. Harrison
James J. Hunter
**ROBERT HARRISON &
ASSOCIATES, PLC**
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 283-1600
Facsimile: (248) 283-1609
rsh@harrisonplc.com
jhunter@harrisonplc.com

*Counsel for Corning Incorporated and
Corning International Kabushiki
Kaisha*

*/s/ Steven F. Cherry (w/consent)*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation,
DENSO International America, Inc., DENSO
International Korea Corporation, DENSO
Korea Automotive Corporation, DENSO
Products & Services Americas, ASMO Co.,
Ltd., ASMO North America, LLC, ASMO
Greenville of North Carolina, Inc., ASMO
Manufacturing, Inc., and ASMO North
Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International
America, Inc.*

*/s/ Jeremy J. Calsyn (w/consent)*
Jeremy J. Calsyn
Tara L. Tavernia
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
ttavernia@cgsh.com

Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

*Counsel for Faurecia SA and Faurecia
Emissions Control Technologies, USA,
LLC*

*/s/Larry S. Gangnes (w/consent)*
Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric
Co., Ltd. and American Furukawa, Inc.*

*/s/ Bradley Love (w/consent)*
Kendall Millard
Bradley Love
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
Tel: 317-231-7461
Fax: 317-231-7433
Kendall.Millard@btlaw.com
Bradley.Love@btlaw.com

Valerie Mullican (# P74045)
**BARNES & THORNBURG, LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, Michigan 49503
Tel: 616-742-3930
Fax: 616-742-3999
Valerie.Mullican@btlaw.com

*Counsel for Defendants Green Tokai
Co., Ltd, KYB Corporation, f/k/a
Kayaba Industry Co., Ltd., and KYB
Americas Corporation.*

*/s/ Howard B. Iwrey*
Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

Roxann E. Henry
**MORRISON & FOERSTER, LLP**
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, DC  20006
Tel: 202-887-1595
Fax: 202-785-7602
rhenry@mofo.com

*Counsel for Inoac Group North America, LLC,
and Inoac USA Inc.*

6

*/s/ Heather L. Kafele (w/consent)*
Heather L. Kafele
Keith R. Palfin
Kyle M. Noonan
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004
Phone: (202) 508-8000
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com
kyle.noonan@shearman.com

Edward T. Decker
Arjun Chandran
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Fax: (212) 848-7179
edward.decker@shearman.com
arjun.chandran@shearman.com

Brian M. Akkashian
**PAESANO AKKASHIAN & APKARIAN P.C.**
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301
Phone: (248) 792-6886
Fax: (248) 792-6885
bakkashian@paalawfirm.com

*Counsel for Defendants JTEKT Corporation and JTEKT North America Corporation*

*/s/ Bruce A. Baird (w/consent)*
Bruce A. Baird
Sarah L. Wilson
Michael A. Fanelli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

*/s/ Maureen T. Taylor (w/consent)*
Maureen T. Taylor
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com

*Counsel for Defendants Keihin Corporation and Keihin North America, Inc*

*/s/ Franklin R. Liss (w/consent)*
Franklin R. Liss
Matthew Tabas
Emily J. Blackburn
**ARNOLD & PORTER KAYE
SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
frank.liss@apks.com
matthew.tabas@apks.com
emily.blackburn@apks.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito
Manufacturing Co., Ltd. and North
American Lighting, Inc.*

*/s/ William M. Sullivan Jr. (w/consent)*
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
Adya S. Baker
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com

*Counsel for Defendants Mikuni Corporation
and Mikuni America Corporation*

*/s/ George A. Nicoud III (w/consent)*
George A. Nicoud III (SBN 160111)
Rachel S. Brass (SBN 319301)
Austin Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER
LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com
rbrass@gibsondunn.com
aschwing@gibsondunn.com

*Counsel for Defendants American
Mitsuba Corporation and Mitsuba
Corporation*

*/s/ Terrence J. Truax (w/consent)*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
**ZAUSMER, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com

*Counsel for Defendants Mitsubishi Electric
Corporation, Mitsubishi Electric US Holdings,
Inc., and Mitsubishi Electric Automotive
America, Inc.*

9

*/s/ William L. Monts (w/consent)*
William L. Monts III
Benjamin F. Holt
Meghan E.F. Rissmiller
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
(202) 637-5600
willam.monts@hoganlovells.com
benjamin.holt@hoganlovells.com
meghan.rissmiller@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Laurel Park Drive
Suite 215
Livonia, Michigan  48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries, Ltd;Mitsubishi Heavy Industries America, Inc.; and Mitsubishi Heavy Industries Climate Control, Inc.*

*/s/Kenneth R. Davis II (w/consent)*
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
Hans N. Huggler
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com
hugglerh@lanepowell.com

Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

/s/ Howard B. Iwrey (w/consent)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

/s/ Rachel J. Adcox (w/consent)
Rachel J. Adcox
**AXINN VELTROP &
HARKRIDER LLP**
950 F Street NW
Washington, DC 20004
Tel: 202-912-4700
Fax: 202-912-4701
radcox@axinn.com

John M. Tanski
**AXINN VELTROP &
HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Tel: 860-275-8100
Fax: 860-275-8101
jtanski@axinn.com

Nicholas E.O. Gaglio
**AXINN, VELTROP &
HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
ngaglio@axinn.com

*Attorneys for Defendants Nishikawa
Rubber Company, Nishikawa of
America, Inc. and Nishikawa Cooper
LLC*

/s/ Jeremy Calsyn (w/consent)
Jeremy Calsyn (DC Bar #467737)
Steven J. Kaiser (DC Bar #454251)
Teale Toweill (DC Bar #996061)
Carl Lawrence Malm (DC Bar #1104489)
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
jcalsyn@cgsh.com
skaiser@cgsh.com
ttoweill@cgsh.com
lmalm@cgsh.com

*Counsel for Defendants NSK Ltd. and NSK
Americas, Inc.*

*/s/ A. Paul Victor (w/consent)*
A. Paul Victor
Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

Fred K. Herrmann (P49519)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fkh@krwlaw.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700 (f)
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

*/s/ John Roberti (w/consent)*
John Roberti
Matthew R. Boucher
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
**WARNER NORCROSS & JUDD
LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and
Robert Bosch GmbH*

*/s/ Mark A. Ford (w/consent)*
Mark A. Ford
mark.ford@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:(617) 526-6423
Facsimile:(617) 526-5000

Stacy Frazier
stacy.frazier@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone:(202) 663-6000
Facsimile:(202) 663-6363

Neil J. Juliar
**CONLIN, MCKENNEY &
PHILBRICK, P.C.**
350 S. Main St. Suite 400
Ann Arbor, MI 48103
Juliar@cmplaw.com

*Attorneys for Defendant Schaeffler Group USA
Inc.*

/s/ J. Clayton Everett, Jr. (w/consent)
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc*

/s/ Debra H. Dermody (w/consent)
Debra H. Dermody
Michelle A. Mantine
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3302/4268
Fax: (412) 288-3063
ddermody@reedsmith.com
mmantine@reedsmith.com

/s/ Howard B. Iwrey (w/consent)
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Attorneys for Defendant SKF USA Inc.*

/s/ Sheldon H. Klein (w/consent)
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

/s/ Marguerite M. Sullivan (w/consent)
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

Howard B. Iwrey (P39635)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
crockey@dykema.com

*Counsel for Toyo Denso Co., Ltd. and Weastec, Inc.*

14

*/s/ David C. Giardina (w/consent)*
David C. Giardina
Kevin M. Fee
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
kfee@sidley.com

Bradley J. Schram
MI Bar # P26337
**HERTZ SCHRAM PC**
1760 S. Telegraph Road
Suite 3000
Bloomfield Hills, MI  48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Toyo Tire & Rubber Co.,*
*Ltd., Toyo Tire North America*
*Manufacturing, Inc., Toyo Automotive*
*Parts (USA), Inc., and Toyo Tire North*
*America OE Sales LLC*

*/s/ Molly S. Crabtree (w/consent)*
Molly S. Crabtree (Ohio Bar No. 0073823)
**PORTER WRIGHT MORRIS & ARTHUR**
**LLP**
41 S High St. Suites 2800-3200
Columbus, OH 43215
Telephone: 614-227-2015
Facsimile: 614-227-2100
Email: mcrabtree@porterwright.com

*Attorney for Yamada Manufacturing Co., Ltd.*
*and Yamada North America, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS | : | Master File No. 12-md-02311 |
| ANTITRUST LITIGATION | : | Honorable Marianne O. Battani |
|  | : |  |
|  | : |  |
| THIS RELATES TO: | : |  |
|  | : |  |
| Direct Purchaser Actions | : |  |
| Automobile Dealership Actions | : |  |
| End Payor Actions | : |  |
| Truck and Equipment Dealership Actions | : |  |
|  | : |  |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION**
**FOR LEAVE TO FILE AND MAINTAIN INFORMATION UNDER SEAL**

<u>**STATEMENT OF THE ISSUES PRESENTED**</u>

Should the Court keep sealed from public view Defendants' positions with respect to certain Mediation Facilitator candidates where there is no public interest in the identities of candidates Defendants have proposed or Defendants' position on candidates that Plaintiffs have proposed, and disclosure of this information could prejudice Defendants in upcoming mediation sessions?

**ANSWER:** Yes.

## <u>STATEMENT OF CONTROLLING OR MOST APPROPRIATE AUTHORITIES</u>

*Goodyear Tire & Rubber Co. v. Chiles Power Supply, Inc.*, 332 F.3d 976, 980 (6th Cir. 2003)

Defendants respectfully request that the Court maintain under seal Section I of Defendants' Position Statement Regarding Appointment of Mediation Facilitator, which contains Defendants' positions with respect to specific Mediation Facilitator candidates. This Court has discretion to seal its records "when interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983).

Here, there is no reason that Defendants' positions with respect to potential Mediation Facilitators should be a matter of public record. The mediation process ordered by the Court at the January 25, 2017 status conference will not include non-party members of the public. Indeed, the entire process of engaging in mediation and negotiating potential settlements will remain confidential, consistent with the Sixth Circuit's protection of the "strong public interest in favor of secrecy of matters discussed by parties during settlement negotiations." *Goodyear Tire & Rubber Co. v. Chiles Power Supply, Inc.*, 332 F.3d 976, 980 (6th Cir. 2003); *see also* Local Rule 16.3(d) ("Communications in ADR proceedings are confidential"). Because discussions with the Mediation Facilitator will happen consistent with established principles of confidentiality, the public also has no interest in the positions parties took with respect to the identity of that Mediation Facilitator. By contrast, disclosure of Defendants' positions with respect to the identity of the Mediation Facilitator could prejudice Defendants in mediation who were on public record supporting or opposing that Mediation Facilitator.

As there is no public interest in Defendants' positions with respect to Mediation Facilitator candidates and a clear risk of prejudice to Defendants of disclosing those positions publicly, Defendants respectfully request that the Court seal Section I of Defendants' Position Statement.

Respectfully submitted,

1

Dated: February 1, 2017

_/s/ Barry A. Pupkin (w/consent)_
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US)**
**LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

_Counsel for Aisan Industry Co., Ltd.,_
_Aisan Corporation of America,_
_Franklin Precision Industry, Inc., and_
_Hyundam Industrial Co., Ltd._

_/s/ George A. Nicoud III (w/consent)_
George A. Nicoud III
Joshua D. Dick
[Angela Y. Poon]
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Fax: (415) 393-8306
tnicoud@gibsondunn.com

_Counsel for Defendant Alpha Technology_
_Corporation_

/s/ Steven A. Reiss (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
Kajetan Rozga
**WEIL, GOTSHAL & MANGES
LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
**SCHIFF HARDIN LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1504
Facsimile: (734) 222-1501
fjuckniess@schiffhardin.com

*Attorneys for Defendants Bridgestone
Corporation and Bridgestone APM
Company*

/s/ Steven A. Reiss (w/consent)
Steven A. Reiss
Adam C. Hemlock
Lara E. Veblen Trager
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
lara.trager@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR, RUSSELL AND WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei
Corporation and Calsonic Kansei North
America, Inc.*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
Dan K. Webb
William C. O'Neil
Jeffrey J. Amato
Gretchen Vetter Scavo
Angela A. Smedley
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dwebb@winston.com
woneil@winston.com
jamato@winston.com
gscavo@winston.com
asmedley@winston.com

Steven C. Sunshine
Paul M. Eckles
Tiffany R. Rohrbaugh
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-9139
steve.sunshine@skadden.com
paul.eckles@skadden.com
tiffany.rider@skadden.com

Robert S. Harrison
James J. Hunter
**ROBERT HARRISON &
ASSOCIATES, PLC**
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 283-1600
Facsimile: (248) 283-1609
rsh@harrisonplc.com
jhunter@harrisonplc.com

*Counsel for Corning Incorporated and
Corning International Kabushiki
Kaisha*

*/s/ Steven F. Cherry (w/consent)*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation,
DENSO International America, Inc., DENSO
International Korea Corporation, DENSO
Korea Automotive Corporation, DENSO
Products & Services Americas, ASMO Co.,
Ltd., ASMO North America, LLC, ASMO
Greenville of North Carolina, Inc., ASMO
Manufacturing, Inc., and ASMO North
Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International
America, Inc.*

4

*/s/ Jeremy J. Calsyn (w/consent)*
Jeremy J. Calsyn
Tara L. Tavernia
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
ttavernia@cgsh.com

Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com

*Counsel for Faurecia SA and Faurecia*
*Emissions Control Technologies, USA,*
*LLC*

*/s/Larry S. Gangnes (w/consent)*
Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com ron.nixon@kkue.com

*Attorneys for Defendants Furukawa Electric*
*Co., Ltd. and American Furukawa, Inc.*

5

/s/ Bradley Love (w/consent)
Kendall Millard
Bradley Love
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
Tel: 317-231-7461
Fax: 317-231-7433
Kendall.Millard@btlaw.com
Bradley.Love@btlaw.com


Valerie Mullican (# P74045)
**BARNES & THORNBURG, LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, Michigan 49503
Tel: 616-742-3930
Fax: 616-742-3999
Valerie.Mullican@btlaw.com

*Counsel for Defendants Green Tokai
Co., Ltd, KYB Corporation, f/k/a
Kayaba Industry Co., Ltd., and KYB
Americas Corporation.*

/s/ Howard B. Iwrey
Howard B. Iwrey (P39635)
Cale A. Johnson (P78032)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
cjohnson@dykema.com
crockey@dykema.com


Roxann E. Henry
**MORRISON & FOERSTER, LLP**
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, DC  20006
Tel: 202-887-1595
Fax: 202-785-7602
rhenry@mofo.com

*Counsel for Inoac Group North America, LLC,
and Inoac USA Inc.*

6

*/s/ Heather L. Kafele (w/consent)*
Heather L. Kafele
Keith R. Palfin
Kyle M. Noonan
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004
Phone: (202) 508-8000
Fax: (202) 508-8100
hkafele@shearman.com
keith.palfin@shearman.com
kyle.noonan@shearman.com


Edward T. Decker
Arjun Chandran
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Fax: (212) 848-7179
edward.decker@shearman.com
arjun.chandran@shearman.com


Brian M. Akkashian
**PAESANO AKKASHIAN &
APKARIAN P.C.**
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301
Phone: (248) 792-6886
Fax: (248) 792-6885
bakkashian@paalawfirm.com

*Counsel for Defendants JTEKT
Corporation and JTEKT North
America Corporation*

*/s/ Bruce A. Baird (w/consent)*
Bruce A. Baird
Sarah L. Wilson
Michael A. Fanelli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:  (202) 662-6000
Fax: (202) 662-6291
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com


Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street
35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com


*/s/ Maureen T. Taylor (w/consent)*
Maureen T. Taylor
**BROOKS WILKINS SHARKEY & TURCO
PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com

*Counsel for Defendants Keihin Corporation
and Keihin North America, Inc*

*/s/ Franklin R. Liss (w/consent)*
Franklin R. Liss
Matthew Tabas
Emily J. Blackburn
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
frank.liss@apks.com
matthew.tabas@apks.com
emily.blackburn@apks.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

*/s/ William M. Sullivan Jr. (w/consent)*
William M. Sullivan Jr.
Michael L. Sibarium
Jeetander T. Dulani
Adya S. Baker
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com

*Counsel for Defendants Mikuni Corporation and Mikuni America Corporation*

8

*/s/ George A. Nicoud III (w/consent)*
George A. Nicoud III (SBN 160111)
Rachel S. Brass (SBN 319301)
Austin Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com
rbrass@gibsondunn.com
aschwing@gibsondunn.com

*Counsel for Defendants American Mitsuba Corporation and Mitsuba Corporation*

*/s/ Terrence J. Truax (w/consent)*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
**ZAUSMER, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

9

*/s/ William L. Monts (w/consent)*
William L. Monts III
Benjamin F. Holt
Meghan E.F. Rissmiller
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
willam.monts@hoganlovells.com
benjamin.holt@hoganlovells.com
meghan.rissmiller@hoganlovells.com

Scott T. Seabolt
**SEABOLT LAW FIRM**
17199 N. Laurel Park Drive
Suite 215
Livonia, Michigan 48152
(248) 717-1302
sseabolt@seaboltpc.com

*Counsel for Mitsubishi Heavy Industries, Ltd;Mitsubishi Heavy Industries America, Inc.; and Mitsubishi Heavy Industries Climate Control, Inc.*

*/s/Kenneth R. Davis II (w/consent)*
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
Hans N. Huggler
**LANE POWELL PC**
MODA Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com
hugglerh@lanepowell.com

Larry S. Gangnes
Heidi B. Bradley
**LANE POWELL PC**
U.S. Bank Centre
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com
bradleyh@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
**KEMP KLEIN LAW FIRM**
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Attorneys for Defendants Nachi-Fujikoshi Corp. and Nachi America, Inc.*

10

*/s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*/s/ Rachel J. Adcox (w/consent)*
Rachel J. Adcox
**AXINN VELTROP &**
**HARKRIDER LLP**
950 F Street NW
Washington, DC 20004
Tel: 202-912-4700
Fax: 202-912-4701
radcox@axinn.com

John M. Tanski
**AXINN VELTROP &**
**HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Tel: 860-275-8100
Fax: 860-275-8101
jtanski@axinn.com

Nicholas E.O. Gaglio
**AXINN, VELTROP &**
**HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Tel: 212-728-2200
Fax: 212-728-2201
ngaglio@axinn.com

*Attorneys for Defendants Nishikawa*
*Rubber Company, Nishikawa of*
*America, Inc. and Nishikawa Cooper*
*LLC*

*/s/ Jeremy Calsyn (w/consent)*
Jeremy Calsyn (DC Bar #467737)
Steven J. Kaiser (DC Bar #454251)
Teale Toweill (DC Bar #996061)
Carl Lawrence Malm (DC Bar #1104489)
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
jcalsyn@cgsh.com
skaiser@cgsh.com
ttoweill@cgsh.com
lmalm@cgsh.com

*Counsel for Defendants NSK Ltd. and NSK*
*Americas, Inc.*

*/s/ A. Paul Victor (w/consent)*
A. Paul Victor
Jeffrey L. Kessler
Jeffrey J. Amato
Molly M. Donovan
Elizabeth A. Cate
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
pvictor@winston.com
jkessler@winston.com
mmdonovan@winston.com
jamato@winston.com
ecate@winston.com

Fred K. Herrmann (P49519)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
fkh@krwlaw.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

*/s/ Jeffrey L. Kessler (w/consent)*
Jeffrey L. Kessler
A. Paul Victor
Eva W. Cole
Jeffrey J. Amato
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700 (t)
(212) 294-4700  (f)
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com

Brandon Duke
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (t)
(713) 651-2700 (f)
bduke@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

12

*/s/ John Roberti (w/consent)*
John Roberti
Matthew R. Boucher
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
**WARNER NORCROSS & JUDD
LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch LLC and
Robert Bosch GmbH*

*/s/ Mark A. Ford (w/consent)*
Mark A. Ford
mark.ford@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:(617) 526-6423
Facsimile:(617) 526-5000

Stacy Frazier
stacy.frazier@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone:(202) 663-6000
Facsimile:(202) 663-6363

Neil J. Juliar
**CONLIN, MCKENNEY &
PHILBRICK, P.C.**
350 S. Main St. Suite 400
Ann Arbor, MI 48103
Juliar@cmplaw.com

*Attorneys for Defendant Schaeffler Group USA
Inc.*

13

*/s/ J. Clayton Everett, Jr. (w/*consent)
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc*

*/s/ Debra H. Dermody (w/consent)*
Debra H. Dermody
Michelle A. Mantine
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3302/4268
Fax: (412) 288-3063
ddermody@reedsmith.com
mmantine@reedsmith.com

*/s/ Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Attorneys for Defendant SKF USA Inc.*

*/s/ Sheldon H. Klein (w/consent)*
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

*/s/ Marguerite M. Sullivan (w/consent)*
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com
Allyson.Maltas@lw.com

Howard B. Iwrey (P39635)
Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
crockey@dykema.com

*Counsel for Toyo Denso Co., Ltd. and Weastec, Inc.*

14

*/s/ David C. Giardina (w/consent)*
David C. Giardina
Kevin M. Fee
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
kfee@sidley.com

Bradley J. Schram
MI Bar # P26337
**HERTZ SCHRAM PC**
1760 S. Telegraph Road
Suite 3000
Bloomfield Hills, MI  48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Toyo Tire & Rubber Co.,*
*Ltd., Toyo Tire North America*
*Manufacturing, Inc., Toyo Automotive*
*Parts (USA), Inc., and Toyo Tire North*
*America OE Sales LLC*

*/s/ Molly S. Crabtree (w/consent)*
Molly S. Crabtree (Ohio Bar No. 0073823)
**PORTER WRIGHT MORRIS & ARTHUR**
**LLP**
41 S High St. Suites 2800-3200
Columbus, OH 43215
Telephone: 614-227-2015
Facsimile: 614-227-2100
Email: mcrabtree@porterwright.com

*Attorney for Yamada Manufacturing Co., Ltd.*
*and Yamada North America, Inc.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS | : |
| ANTITRUST LITIGATION | : Master File No. 12-md-02311 |
|  | : Honorable Marianne O. Battani |
|  | : |
| THIS RELATES TO: | : |
|  | : |
| Direct Purchaser Actions | : |
| Automobile Dealership Actions | : |
| End Payor Actions | : |
| Truck and Equipment Dealership Actions | : |
|  | : |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I caused the foregoing Defendants' Motion to File and Maintain Information Under Seal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

*/s/ Howard. B. Iwrey*
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com