UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| All Cases : : | |
| THIS DOCUMENT RELATES TO: : : Dealership Actions : : | |

**DEALERSHIP PLAINTIFFS' CONCURRENCE IN RESULT**

Automobile Dealer Plaintiffs concur in the result sought in The Parties' Response to Certain OEMs' Objections to Special Master's Order on Renewed Motion to Compel Discovery. Case No. 2:12-md-02311-MOB-MKM (Doc # 1625) Filed 01/30/17.

Dated:  February 3, 2017                     Respectfully submitted,

*/s/* Jonathan W. Cuneo

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**Cuneo Gilbert & LaDuca, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett

1

David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone:  (662) 834-2488
Facsimile:   (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone:  (651) 312-6500
Facsimile:   (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

Gerard V. Mantese
(Michigan Bar No. P34424)
**Mantese Honigman
  and Williamson, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 607-9200
gmantese@manteselaw.com

*Interim Liaison Counsel for Dealership Plaintiffs*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on February 3, 2017 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                _/s/_ Jonathan W. Cuneo
                Jonathan W. Cuneo
                Joel Davidow
                Daniel Cohen
                Victoria Romanenko
                Evelyn Li
                **Cuneo Gilbert & LaDuca, LLP**
                507 C Street, N.E.
                Washington, DC 20002
                Telephone: (202) 789-3960
                jonc@cuneolaw.com
                joel@cuneolaw.com
                danielc@cuneolaw.com
                vicky@cuneolaw.com
                evelyn@cuneolaw.com