# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Cases | : : : : : : | |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | : : : : : | |

## STATEMENT CONCERNING EARNHARDT OBJECTION

We have been advised that this dealership will agree to modify the attached objection if the parties agree that any information from its system, about its customers, sales, operations or profits will be treated as "CONFIDENTIAL" pursuant to the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information entered in Master File No. 12-MD-02311 and dated July 10, 2012 and the other protective orders in the action.

              /s/ Shawn M. Raiter
              Shawn M. Raiter
              **LARSON · KING, LLP**
              2800 Wells Fargo Place
              30 East Seventh Street
              St. Paul, MN 55101
              Telephone:  (651) 312-6500
              Facsimile:   (651) 312-6618
              sraiter@larsonking.com

**Mary LaRue Walker**
General Counsel
7300 W. Orchid Lane
Chandler, Arizona 85226

(480) 783-4620 • Fax (480) 783-4625

January 16, 2017

By email to sraiter@larsonking.com

Mr. Shawn Raiter
Larson King, LLP
30 East Seventh Street
Suite 2800
St. Paul, MN 55101

Re: **Earnhardt Avondale, Inc. d/b/a Earnhardt Honda re Objection**

Dear Mr. Raiter:

I am a lawyer and work as general counsel for the Earnhardt dealerships, including Earnhardt Avondale, Inc. d/b/a Earnhardt Honda.

I am writing on behalf of my client to object to the production of information regarding the vehicles it sold, the price of those vehicles, and the gross or net profit it garnered from those sales in connection with the civil class action against suppliers of auto parts found to have engaged in bid rigging and price fixing. The objection is based, at least in part, to the inability of the records of Honda North America to accurately determine my client's net or gross profit on any given transaction.

Please feel free to contact me with any questions.

Very truly yours,

*[signature]*

Mary LaRue Walker

MLW/mlc
C, by U.S.P.S.: Shawn Raiter