UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.: 12-MD-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-02311-MOB-MKM |
| THIS RELATES TO: ALL CASES | |

**NON-PARTY SUBARU OF INDIANA, AUTOMOTIVE, INC.'S MOTION TO STRIKE FILING OF DOCUMENT 1644 UNDER INCORRECT NON-PARTY NAME**

Pursuant to Local Rule 7.1, Non-Party Subaru of Indiana Automotive, Inc. ("SIA), submits this Motion to Strike due to inadvertently filing Document No. 1644 under the incorrect party name. For clarification of the Court's records, SIA requests the Court strike the filing of Court Docket No. 1644. SIA has filed the motion at issue under the correct party name, as Docket No. 1646.

For the reasons stated herein, this Court should grant Subaru of Indiana Automotive, Inc.'s Motion to Strike filing of Document Number 1644.

Respectfully submitted,

/s/ Kimberly C. Metzger
Kimberly C. Metzger
Thomas E. Mixdorf
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Kimberly.Metzger@icemiller.com
Thomas.Mixdorf@icemiller.com
Telephone:  (317) 236-5832
Facsimile:  (317) 592-4708
*Attorneys for Subaru of Indiana Automotive, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2017, I caused a copy of the foregoing *Non-Party Subaru Of Indiana, Automotive, Inc.'s Motion to Strike Filing of Document 1644 Under Wrong Non-Party Name,* to be electronically filed via the Court's ECF system, which will serve notification of such filing to all counsel of record for the Parties.

/s/ Kimberly C. Metzger
Kimberly C. Metzger