# EXHIBIT 2

Case 2:12-md-02311-SFC-RSW ECF No. 1650-2, PageID.30662 Filed 02/08/17 Page 2 of 5
Case 2:12-md-02311-MOB-MKM Doc # 1270 Filed 03/25/16 Pg 1 of 52 Pg ID 22159
Motion Hearing before the Special Master • March 24, 2016

1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3                              -  -  -

 4   IN RE: AUTOMOTIVE PARTS              Case No. 12-2311
     ANTITRUST LITIGATION
 5                                        Hon. Marianne O. Battani
     _____       _____
 6

 7   ALL PARTS

 8   _____

 9
     THIS RELATES TO:
10
     ALL AUTO PARTS CASES
11   _____/

12

13             MOTION TO COMPEL DISCOVERY FROM
             NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS
14

15          BEFORE SPECIAL MASTER GENE ESSHAKI
            Theodore Levin United States Courthouse
16               231 West Lafayette Boulevard
                      Detroit, Michigan
17               Thursday, March 24, 2016

18

19

20

21

22

23

24      To obtain a copy of this official transcript, contact:
                Robert L. Smith, Official Court Reporter
25          (313) 964-3303 • rob_smith@mied.uscourts.gov
```

Case 2:12-md-02311-SFC-RSW ECF No. 1650-2, PageID.30663, Filed 02/08/17, Page 3 of 5
Case 2:12-md-02311-MOB-MKM Doc # 1270 Filed 05/25/16 Pg 50 of 52 Pg ID 22208
Motion Hearing before the Special Master • March 24, 2016

50

```
 1   14 hours and that was with the concept they would address the
 2   five areas that they needed to cover and they believed they
 3   could cover those five areas in that amount of time.  So if
 4   you want to give them a little bit extra, but to give them
 5   12 hours to cover each one of those areas I think is
 6   excessive.
 7                SPECIAL MASTER:  Mr. Williams, your thoughts?
 8                MR. WILLIAMS:  Your Honor, I think on behalf of all
 9   the moving parties we would agree to 14 hours for all of the
10   topics we are talking about today, and if there is any
11   instance where we think there might be a need for more when
12   we talk --
13                SPECIAL MASTER:  So if there's three witnesses you
14   are dividing the 14 hours among the three?
15                MR. WILLIAMS:  We will divide the 14 hours and if
16   for any reason that's not sufficient then we will try to work
17   it out and bring it to you if we cannot.
18                SPECIAL MASTER:  Counsel, is that acceptable?
19                MR. KASS:  That is, Your Honor.
20                SPECIAL MASTER:  We will revise the order that way.
21   Anything else?  It has been a long -- oops.  Mr. Martini is
22   calling me.
23                MR. FENSKE:  Me too, Your Honor.  Dan Fenske from
24   Mitsubishi Electric.  Just one housekeeping matter.
25                I understand Your Honor is not entertaining
```

Case 2:12-md-02311-SFC-RSW ECF No. 1650-2, PageID.30664, Filed 02/08/17, Page 4 of 5
Case 2:12-md-02311-MOB-MKM   Doc # 1270-1 Filed 05/25/16   Pg 51 of 52   Pg ID 22209

Motion Hearing before the Special Master • March 24, 2016

51

```
 1   argument on the settlement privilege issue.  I just wanted to
 2   understand, was your Your Honor planning to issue some sort
 3   of ruling on that separately or --
 4           SPECIAL MASTER:  No.  What is going to happen is
 5   the reason I declined to address that is because it has been
 6   my experience that ruling on it could have a cascading effect
 7   on future negotiations.  It is my hope that when the moving
 8   parties find out what is available in the system of the OEMs
 9   that negotiations will begin in a professional manner, and my
10   hope is that the negotiations will go beyond not just the
11   data that is available but let's start talking about the
12   settlement privilege issue, let's start talking about the
13   attorney-client privilege issue.  I'm not going to rule on it
14   today because I want to encourage negotiations that are going
15   to occur in approximately 60 days or 75 days to be full and
16   robust, and that's why I'm deferring it.  I specifically am
17   not ruling on it.  I'm not ruling on the motion to compel.
18           MR. FENSKE:  Understood.  Thank you, Your Honor.
19           SPECIAL MASTER:  Are we done?  I want to thank you
20   all, it has been a long day, but you have been very
21   professional and I appreciate the way you have dealt with me.
22   Thank you.
23           (Proceedings concluded at 4:42 p.m.)
24                           -  -  -
25
```

Case 2:12-md-02311-SFC-RSW ECF No. 1650-2, PageID.30665, Filed 02/08/17 Page 5 of 5
Case 2:12-md-02311-MOB-MKM Doc # 1270 Filed 03/25/16 Pg 52 of 52 Pg ID 22210
Motion Hearing before the Special Master • March 24, 2016

52

```
 1                        CERTIFICATION

 2

 3           I, Robert L. Smith, Official Court Reporter of

 4  the United States District Court, Eastern District of

 5  Michigan, appointed pursuant to the provisions of Title 28,

 6  United States Code, Section 753, do hereby certify that the

 7  foregoing pages comprise a full, true and correct transcript

 8  taken in the matter of Automotive Parts Antitrust Litigation,

 9  Case No. 12-2311, on Thursday, March 24, 2016.

10

11

12                         s/Robert L. Smith
                          Robert L. Smith, RPR, CSR 5098
13                        Federal Official Court Reporter
                          United States District Court
14                        Eastern District of Michigan

15

16

17  Date:   03/25/2016

18  Detroit, Michigan
```