UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Eric J. Pelton of the law firm of Kienbaum Opperwall Hardy & Pelton, P.L.C., as counsel on behalf of non-party Ford Motor Company in the above-captioned matter.

Dated: February 8, 2017

Respectfully submitted,

/s/ Eric J. Pelton
Eric J. Pelton
KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.
280 N. Old Woodward Ave.
Birmingham, MI 48009
(248) 645-0000
epelton@kohp.com

*Attorney for Non-Party Ford Motor Company*

## CERTIFICATE OF SERVICE

I, Eric J. Pelton, hereby certify that on the 8th day of February, 2017, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: February 8, 2017

/s/ Eric J. Pelton
Eric J. Pelton
KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.
280 N. Old Woodward Ave.
Birmingham, MI 48009
(248) 645-0000
epelton@kohp.com

*Attorney for Non-Party Ford Motor Company*