## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Hector Torres of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel on behalf of non-party Ford Motor Company in the above-captioned matter.

Dated: February 8, 2017

                                                  Respectfully submitted,

/s/ Hector Torres
Hector Torres
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
htorres@kasowitz.com

*Attorney for Non-Party Ford Motor Company*

## **CERTIFICATE OF SERVICE**

I, Hector Torres, hereby certify that on the 8th day of February, 2017, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: February 8, 2017

/s/ Hector Torres
Hector Torres
KASOWITZ, BENSON, TORRES
　& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
htorres@kasowitz.com

*Attorney for Non-Party Ford Motor Company*