# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Sarah Gibbs Leivick of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel on behalf of non-party Ford Motor Company in the above-captioned matter.

Dated: February 8, 2017

                                              Respectfully submitted,

                                              /s/ Sarah Gibbs Leivick
                                              Sarah Gibbs Leivick
                                              KASOWITZ, BENSON, TORRES
                                                   & FRIEDMAN LLP
                                              1633 Broadway
                                              New York, NY 10019
                                              (212) 506-1700
                                              sleivick@kasowitz.com

                                              *Attorney for Non-Party Ford Motor Company*

## CERTIFICATE OF SERVICE

I, Sarah Gibbs Leivick, hereby certify that on the 8th day of February, 2017, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Panel's ECF system, which sends electronic notice to all counsel of record.

Dated: February 8, 2017

/s/ Sarah Gibbs Leivick
Sarah Gibbs Leivick
KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sleivick@kasowitz.com

*Attorney for Non-Party Ford Motor Company*