**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| IN RE: AIR CONDITIONING SYSTEMS | 2:13-cv-02700-MOB-MKM |
| THIS RELATES TO:  DIRECT PURCHASER ACTIONS | 2:13-cv-02701-MOB-MKM |

**ORDER**

The appearance of Catherine R. Reilly, of the law firm Cozen O'Connor as counsel for Plaintiff SLTNTRST LLC in the above-captioned matters is hereby withdrawn.

IT IS SO ORDERED.

Date:  February 13, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

1