# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Motion to Withdraw as Counsel filed by Christopher C. Yook on August 16, 2016, it is hereby

ORDERED that Christopher C. Yook is allowed to withdraw from the representation of G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. in the following cases:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM

IT IS SO ORDERED.

THE LAW OFFICE OF ATTORNEY CHRISTOPHER C. YOOK IS DIRECTED TO DOCKET A DISCONTINUE OF NEF's AND REMOVE ATTORNEY YOOK FROM ALL CASES LISTED IN THE ORDER. (Discontinue of NEF's event is located under Other Filings/Other documents).

Date:  February 13, 2017                    <u>s/Marianne O. Battani</u>
                                                                                             MARIANNE O. BATTANI
                                                                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 13,  2017.

                                                                                                                     <u>s/ Kay Doaks</u>
                                                                                                                     Case Manager