UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                     Master File No. 12-md-02311

                                          Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-2311
_____/

ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

#1547   The Parties Motion to File the Parties Joint Reply to Certain Non-Parties Oppositions to the Parties Renewed Motion to Compel Discovery Under Seal Pursuant to E.D. Mic. LR 5.3 filed 12/2/16

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTIONS TO :**

**Gene Esshaki
Abbot Nicholson, P.C.
300 River Place, Suite 3000
Detroit, MI 48207-4225**

Date:  February 13, 2017                s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 13, 2017.

                                        s/ Kay Doaks
                                        Case Manager