UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| In Re: All Cases | |
| THIS DOCUMENTS RELATES TO: | |
| All Actions | |

**THE PARTIES' RESPONSE TO NON-PARTY HONDA'S OBJECTIONS TO SPECIAL MASTER'S ORDER REGARDING HONDA DISCOVERY DATED JANUARY 19, 2017 (ECF NO. 1607)**

**[FILED UNDER SEAL] – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel in this matter.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
epm@millerlawpc.com