**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.: 12-MD-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | 2:12-MD-02311-MOB-MKM |
| THIS RELATES TO: ALL CASES | |

**ORDER GRANTING NON-PARTY SUBARU OF INDIANA, AUTOMOTIVE, INC.'S
MOTION TO STRIKE FILING OF DOCUMENT NO.1644
UNDER INCORRECT NON-PARTY NAME**

This matter having come before the Court on Non-Party Subaru of Indiana Automotive, Inc.'s Motion to Strike Filing of Document No. 1644 Under Incorrect Party Name, and the Court being duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Document No. 1644 filed under the wrong party name is hereby stricken.

Date:   February 14, 2017         s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on February 14,  2017.

                                  s/ Kay Doaks
                                  Case Manager