UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re:  ALL AUTO PARTS CASES | |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

**DECLARATION OF JUSTINA SESSIONS IN SUPPORT OF REPLY RE OBJECTIONS TO SPECIAL MASTER'S ORDER REGARDING HONDA DISCOVERY**

Daniel Purcell
Justina Sessions
Ian Kanig
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
dpurcell@kvn.com
jsessions@kvn.com
ikanig@kvn.com

## DECLARATION OF JUSTINA K. SESSIONS

I Justina K. Sessions declare under penalty of perjury as follows.

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Honda with respect to the subpoenas and motions to compel served in the above-referenced action. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could do so competently under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Barron Umemoto, taken November 10, 2016.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States.

Dated:  February 21, 2017

By: /s/ Justina K. Sessions_____
     JUSTINA K. SESSIONS

1148016