# EXHIBIT A

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1
2
3                UNITED STATES DISTRICT COURT
4                EASTERN DISTRICT OF MICHIGAN
5                     SOUTHERN DIVISION
6
7    _____
                              )
8    IN RE AUTOMOTIVE PARTS   )   2:12-md-02311
     ANTITRUST LITIGATION     )
9                             )
     _____)
10                            )
     ALL PARTS CASES          )
11   _____)
                              )
12   THIS DOCUMENT RELATES TO:)
     ALL ACTIONS              )
13   _____)
14
15       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
16
17             30(b)(6) Deposition of Honda
18                    BARRON UMEMOTO
19                  Torrance, California
20              Thursday, November 10, 2016
21
22
23                 Veritext Legal Solutions
                     Mid-Atlantic Region
24              1250 Eye Street NW - Suite 350
                    Washington, D.C.  20005
25

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 27

1    A.   Of the finalized proposed MSRP and it has the
2    invoice on it.
3    Q.   And you said those are in a locked file?
4    A.   Yeah.  We have a locked firewall cabinet.
5    Q.   Where is that physically?
6    A.   On -- by my desk basically, close by.
7    Q.   You're in Torrance, right?
8    A.   Torrance, yes, at American Honda.
9    Q.   Who has access to that?
10   A.   The administrator in our department has a key,
11   Reiko, one of the pricing people have the key, and one
12   of the cross brands people have the key.
13   Q.   When you're calculating the MSRP price, are you
14   looking at cost data for the vehicle?
15   A.   We look at the cost data because that basically
16   calculates the profit based on where our MSRP is set.
17   Q.   Do you know where that cost data is maintained
18   or where it comes from?
19   A.   It comes from the factory accounting so that
20   breakdown, that's the ...
21   Q.   And is that the only source of, the Excel
22   spreadsheet breakdown, is that the only source of cost
23   data that you're considering?
24   A.   That's the primary.  It summarizes.  We do
25   receive cost charts.  They're called Yamacatas or

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 28

1   waterfall charts that may show the restart of a
2   timeframe to the end timeframe where the cost is.
3       Q.   Where are those maintained?
4       A.   Once we receive them from the factory, we
5   maintain it in our shared drive.
6       Q.   How many of those would you say you have?
7            MR. PURCELL:  Object to the form.
8            THE WITNESS:  For every model that goes through
9   an evaluation there's a cost chart.
10  BY MS. CASSELMAN:
11      Q.   And does that go back to 2004, presumably?
12      A.   I would think.  I would have to check.
13      Q.   So of all the sources of data that you're
14  keeping in your shared drive that we're talking about,
15  do you have a sense of how large it is, like, what is
16  the volume of data?
17      A.   Every year we set pricing so every model gets
18  its own packet.  Every time there's a model launch from
19  the creation to the launch, there's these checkpoints
20  that happen, and so every checkpoint, it's a big -- a
21  file for that model.
22           So FMCs happen every five or six years, so
23  within that timeframe there's three or four checkpoints.
24  I don't know the math, but it's quite a bit of files.
25      Q.   So I'm not a computer person, but I'm thinking

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 69

1    Q.    Sure.
2    A.    And then we would go ahead and simulate, and
3    then come up with the profit picture for them.
4    Q.    Okay.  So do they actually give you -- does the
5    breakdown spreadsheet, does that come to you from
6    planning or do you get that from the factory?
7    A.    That comes from the factory to the pricing area.
8    Q.    Okay.  So you work pretty closely with the
9    product planners, I get that.
10   A.    Right.
11   Q.    So in terms of physical data and information
12   that they're providing you with, is it mostly just the
13   trim mix and MSRP proposal when that takes the form of
14   PowerPoints?
15   A.    Yes.
16   Q.    Okay.  And you've told me that from the factory
17   you get the breakdown.  Do you get any other data or
18   documents from the factory?
19   A.    Well, for MSRP setting, no, we just need the
20   breakdown.  If we're talking about the various stages,
21   then it's those cost charts and the breakdown.
22   Q.    Okay.  So let me make sure, where do the cost
23   charts go in the shared drive?
24   A.    The pricing folders.
25   Q.    Okay.  What kind of information is in the cost

Case 2:12-md-02311-SFC-RSW ECF No. 1676-2, PageID.31356 Filed 02/21/17 Page 6 of 14
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 70

1    charts?
2        A.   So if it's going from one stage to the next, the
3    starting point, they would have any changes to cost
4    regarding I guess you can say team control activities.
5    And then from there, there's another pillar that shows
6    with the new conditions such as exchange rates, such as
7    raw material or expense ratios, where their end point
8    is.
9             And then from there, we would flip using the
10   breakdown, make a profit yamataka, which you could say
11   is the reverse of the cost.  The cost goes up, the
12   profit goes down.  If the cost goes down, the profit
13   will show higher.
14       Q.   Okay.  And are those both the profit yamataka
15   and the cost charts, are those actually Excel documents?
16       A.   The cost charts are just usually a PowerPoint.
17       Q.   Okay.
18       A.   Yeah.  We don't get anything else but the
19   PowerPoint.  The breakdown is an Excel document.  The
20   profit yamataka may be a document we create in Excel and
21   then copy/paste it into a PowerPoint.
22       Q.   Understood.
23            MS. CASSELMAN:  Off the record.
24
25

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 75

1  Q. So now I just want to ask you a couple questions
2  about document names that we've heard before, and I'm
3  going to ask you about how they sync up to the things
4  we've been talking about.
5  A. Okay.
6  Q. What are CSS reports?
7  A. I don't know.
8  Q. Okay. Not one of the things we've been talking
9  about.
10      And what about manufacturing quarterly cost
11 quotes?
12 A. I'm not a hundred percent sure of that.
13 Q. Okay. And what about cost by ship data?
14 A. Cost by ship is part of the documents that come
15 with -- that come from the factory.
16 Q. Okay. So would that be possibly another way of
17 talking about the cost breakdown that we've been
18 discussing?
19 A. Yeah.
20      MS. CASSELMAN: Okay. Thank you. I think
21 that's all the questions I have. Thank you for your
22 time. I'm going to pass to my colleague.
23      MR. ROWE: I have just a couple of random
24 follow-up questions.
25      THE WITNESS: Okay.

Page 100

1  next, we would have to have an approval from our
2  evaluators, and of course, at final pricing when we set
3  MSRP it's the evaluators executives who give the final
4  approval.
5      Q.  So I believe you said that you receive cost
6  information from manufacturing side?
7      A.  Yes.
8      Q.  Did that cost information include material
9  costs?
10     A.  It's total costs, so cost to make the car from
11 outsource and in-house, plus the condition costs which
12 are updated based on the budget -- the quarterly budget
13 numbers.
14     Q.  When you say "outsource costs," do you mean part
15 costs?
16     A.  Part cost, yes.  Outside of where the -- yeah,
17 the in-house cost, so the cost inside the factory that
18 makes it plus all of the various costs that come from
19 the outside, they call it outsource costs.
20     Q.  And when you receive that cost information, what
21 I'm trying to figure out is what we understood from the
22 previous testimony from Honda, the cost of parts, let's
23 use the phrase "price," the price that's being
24 negotiated for vehicle cars fluctuates.
25          So I'm trying to figure out, when you receive

Page 101

1   the cost from the factory, is that the final contract
2   price for those cars or is it a changing price that
3   you're receiving?
4           MS. TRAGER:  Objection.
5           THE WITNESS:  In the early stages the car isn't
6   built yet, so it's based on design.  And there's some
7   cost assumptions that once it gets to the various stage,
8   those are the costs they are assuming for the car, and
9   we use those costs and calculate the profit.
10          As it gets later in the stage, the costs should
11  become more accurate, because at a certain timeframe we
12  cannot add any features, we can't make changes, so but
13  the cost is basically the cost of the vehicle.
14  BY MS. LI:
15     Q.   That would be the final price that's agreed upon
16  with the parts suppliers?
17          MS. TRAGER:  Objection.
18          MR. PURCELL:  Objection to form, beyond the
19  scope.
20          THE WITNESS:  That, I don't know.
21  BY MS. LI:
22     Q.   Okay.  So previously you gave us names of the
23  product planners and you gave us models that each
24  planner is responsible for.
25          Is it accurate to say each product planner is

Page 103

1         FURTHER EXAMINATION
2    BY MS. TRAGER:
3         Q.   Thank you, Mr. Umemoto.
4              You just mentioned that when profits are
5    calculated a certain incentive spend is assumed; is that
6    right?
7         A.   Correct.
8         Q.   What data or documents would reflect this and
9    how it's determined, the incentive spend?
10        A.   So -- sorry.  We would receive information from
11   our finance department, and again, it goes historically,
12   they'll look at, I think, it's a 12-month run.  I'm not
13   a hundred percent sure, but they forecast a certain
14   amount for the next 12 months, and that's the amount
15   that we use.
16        Q.   Okay.  Thank you.
17             With respect to the documents that are reviewed
18   or created by your department, would they in any way
19   enable someone to track which particular component parts
20   of the vehicle ended up in which particular cars in the
21   U.S.?
22        A.   From our documents?  I don't believe so.
23        Q.   Are there any other documents at Honda that
24   you're aware of that would allow such tracking to be
25   done?

Case 2:12-md-02311-SFC-RSW   ECF No. 1676-2, PageID.31361   Filed 02/21/17   Page 11 of 14
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 104

1      A.    Maybe purchasing.

2      Q.    Okay.

3      A.    Yeah.

4      Q.    Do any of the data or documents that the pricing

5    team considers in setting MSRP include information on

6    the prices or cost to Honda of individual component

7    parts of a vehicle?

8      A.    Not parts.  I think I mentioned before like a

9    feature, and I'm using the eight-way power seat.  As a

10   whole, if it brings value then we probably should -- we

11   probably could apply MSRP to it.

12     Q.    So there's a distinction there between feature

13   and component part, like component like a bearing or --

14     A.    Yeah.  No, we don't --

15     Q.    It's more aggregated than that, is what you're

16   saying?

17     A.    Yeah.  The feature, not individual parts within

18   the feature.

19     Q.    Right.  And what information is available

20   regarding an individual parts effect, if any, on the

21   MSRP of the vehicle that that component is incorporated

22   into?

23           MS. LI:  Objection, form.

24           THE WITNESS:  I don't -- we don't see it on that

25   level.

Case 2:12-md-02311-SFC-RSW  ECF No. 1676-2, PageID.31362  Filed 02/21/17  Page 12 of 14
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 105

1  BY MS. TRAGER:
2      Q.  You mean you don't think there's such an effect
3  or something else?
4          MR. PURCELL:  Objection, form.
5          THE WITNESS:  When we receive the information,
6  if the cost of a feature is $500 that's the amount that
7  we have to use to determine whether we can charge for it
8  or if --
9  BY MS. TRAGER:
10     Q.  So when I say "component part" here, I'm
11 actually not talking about features.  I'm talking about,
12 for example, an individual bearing inside a car.
13     A.  No, then we don't.  We don't -- well, can you
14 repeat your question?
15     Q.  So what information is available regarding an
16 individual part, like a bearing, its effect on the MSRP,
17 if any?
18     A.  There is none.
19         MS. LI:  Form.
20 BY MS. TRAGER:
21     Q.  Thank you.
22         Just to clarify, there's no data or documents or
23 there's no effect?
24     A.  From our point of view, there's no -- we don't
25 receive data for a specific -- those specific parts and

Page 106

1   there's no document that we see regarding that.
2       Q.  So would it be fair to say that there's unlikely
3   to be such an effect?
4           MR. PURCELL:  Object to the form, beyond the
5   scope.
6           MS. LI:  Form.
7           MS. CASSELMAN:  Join.
8           THE WITNESS:  I would say no, there's no effect.
9           MS. TRAGER:  Thank you.  That's all I have.
10          MS. LI:  I have a few follow up based on your
11  questions and answers.
12
13                  FURTHER EXAMINATION
14  BY MS. LI:
15      Q.  So I believe counsel was asking you about the
16  effect of -- or documents that classify the individual
17  parts on the MSRP setting, and you said you don't
18  receive cost information on the individual parts, when
19  you set the MSRP.
20          Do you receive aggregated data on the cost of
21  auto parts when you set MSRP?
22          MR. PURCELL:  Objection, form, asked and
23  answered.
24          MS. TRAGER:  Objection, asked and answered.
25          MR. OAKES:  Object to form.

Case 2:12-md-02311-SFC-RSW   ECF No. 1676-2, PageID.31364   Filed 02/21/17   Page 14 of 14
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 108

1   chart?
2           MR. PURCELL:  Asked and answered.
3           THE WITNESS:  We seat total outsourced costs and
4   we seat total in-house costs.
5   BY MS. LI:
6       Q.  Do you take into consideration of that number
7   when you set an MSRP?
8           MR. PURCELL:  Also asked and answered.
9           THE WITNESS:  If the costs increase over the
10  various stages, again, then -- and if the market can
11  bear an MSRP increase, in order to meet our target, that
12  would be considered, or, again, we may have to cut
13  features on the vehicle to bring the costs down.
14  BY MS. LI:
15      Q.  I believe you said that the initial MSRP was set
16  by the design and the product planner?
17      A.  No.  The product planning -- sales -- we
18  represent what's called S-Side, sales side, so MSRP
19  setting is the image from our side.  Design side, they
20  have an image of how the vehicle, what it will look
21  like, the type of engine performance.
22      Q.  Do they receive cost information when they set
23  up the initial MSRP?
24          MR. PURCELL:  Object to the form, asked and
25  answered.