LAW OFFICES
# COTCHETT, PITRE & MCCARTHY, LLP

LOS ANGELES

SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577
www.cpmlegal.com

NEW YORK

February 21, 2017

**BY EFILING AND HAND DELIVERY**

The Honorable Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 277
Detroit, MI 28226

Re:   *In re Automotive Parts Antitrust Litigation*
      Master File No. 12-md-02311 in the United States District Court
      Eastern District of Michigan, Southern Division;

Dear Judge Battani:

On February 14, 2017, Requesting Parties (excluding the Auto Dealer Plaintiffs) submitted a letter to Your Honor relating to the Special Master's Order Regarding Motion to Compel Against Honda ("Order") [Doc #1577]. The letter is Doc. # 1671. In the February 14, 2017 letter, we advised the Court that a handful of Honda dealers had raised objections to a portion of the Special Master's Order and that a response to those objections would be submitted on or before February 21, 2017. Since that time, the Special Master has directed the Requesting Parties, including the Auto Dealer Plaintiffs, to meet and confer to see if a resolution may be reached and the parties are doing so.

End Payor Plaintiffs and Defendants reserve all rights and objections while we are engaged in this process. If the Requesting Parties are unable to reach a resolution, the Special Master has directed that the issue be presented to him for resolution as an initial matter.

Respectfully submitted,

Steven N. Williams

Cc:   Special Master Esshaki
      All counsel of record via ECF