**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: All Auto Parts Cases** | 2:12-MD-02311-MOB-MKM |
| **THIS DOCUMENT RELATES TO:**<br>**ALL AUTO PARTS CASES** | |

## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | December 9, 2016 Hearing Transcript, page 9 |
| **Exhibit 2** | Serving Parties' Request No. 31 |
| **Exhibit 3** | October 11, 2016 Email to General Motors |