UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

**MOTION TO STRIKE FILING OF DOCUMENT 1679 UNDER
INCORRECT ATTORNEY NAME**

Pursuant to Local Rule 7.1, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. submits this Motion to Strike due to inadvertently filing Document No. 1679 under the incorrect attorney name. For clarification of the Court's records, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. requests that the Court strike the filing of Court Docket No. 1679.

For the reasons stated herein, this Court should grant Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.'s Motion to Strike filing of Document Number 1679.

Dated: February 23, 2017                    Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com
*Attorney for Defendants Sumitomo Riko
Company Limited and DTR Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, I caused a true and correct copy of the foregoing MOTION TO STRIKE FILING OF DOCUMENT 1679 UNDER INCORRECT ATTORNEY NAME to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 23, 2017

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*