UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM 2:13-cv-00802-MOB-MKM 2:13-cv-00803-MOB-MKM |
| THIS RELATES TO: DEALERSHIP ACTIONS END-PAYOR ACTIONS | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Sumitomo Riko Company Limited and DTR Industries, Inc., by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Zarema A. Jaramillo as counsel in the following actions:

Master File No. 12-md-02311

Anti-Vibrational Rubber Parts Case Nos.:

    2:13-cv-00800-MOB-MKM

    2:13-cv-00802-MOB-MKM

    2:13-cv-00803-MOB-MKM

This motion is precipitated by Zarema A. Jaramillo's departure from the law firm of Morgan, Lewis & Bockius LLP.  Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. respectfully request that the Court enter an order granting the motion to withdraw the appearance

of Zarema A. Jaramillo as counsel for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc. in the referenced actions.

Dated: February 23, 2017          Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, I caused a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 23, 2017

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr. (D.C. Bar No. 469652)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:   (202) 739-3001
clay.everett@morganlewis.com
*Attorney for Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.*