**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stefan M. Meisner of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Insulators, Ltd. in the above-captioned cases.

DATED: February 24, 2017

**MCDERMOTT WILL & EMERY LLP**

　/s/ Stefan M. Meisner
Stefan M. Meisner
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
smeisner@mwe.com

*Attorney for NGK Insulators, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                        **MCDERMOTT WILL & EMERY LLP**

                                        */s/ Stefan M. Meisner*
                                        Stefan M. Meisner
                                        500 N. Capitol St., NW
                                        Washington, D.C. 20001
                                        Telephone: (202) 756-8000
                                        Fax: (202) 756-8087
                                        smeisner@mwe.com

                                        *Attorneys for NGK Insulators, Ltd.*