**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel G. Powers of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Insulators, Ltd. in the above-captioned cases.

DATED: February 24, 2017

**MCDERMOTT WILL & EMERY LLP**

  */s/ Daniel G. Powers*
Daniel G. Powers
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
dgpowers@mwe.com

*Attorney for NGK Insulators, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

*/s/ Daniel G. Powers*
Daniel G. Powers
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
dgpowers@mwe.com

*Attorney for NGK Insulators, Ltd.*