**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) Master File No. 12-md-02311 ) Honorable Marianne O. Battani ) |
| ALL PARTS | ) ) ) ) ) ) |
| THIS RELATES TO: ALL CASES | ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lisa A. Peterson of McDermott Will & Emery LLP

hereby enters an appearance on behalf of Defendant NGK Insulators, Ltd. in the above-captioned

cases.

DATED: February 24, 2017

**MCDERMOTT WILL & EMERY LLP**

_   /s/ Lisa A. Peterson_
Lisa A. Peterson
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
lpeterson@mwe.com

_Attorney for NGK Insulators, Ltd._

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

 /s/ Lisa A. Peterson
Lisa A. Peterson
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
lpeterson@mwe.com

*Attorney for NGK Insulators, Ltd.*