# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS CASES | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS<br>END-PAYOR ACTIONS | |

## ORDER GRANTING MOTION TO STRIKE FILING OF DOCUMENT 1679 UNDER INCORRECT ATTORNEY NAME

This matter having come before the Court on Defendants Sumitomo Riko Company Limited and DTR Industries, Inc.'s Motion to Strike Filing of Document No. 1679 Under Incorrect Attorney Name, and the Court being duly advised, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Document No. 1679 filed under the wrong attorney name is hereby stricken.

Date: February 27, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge