**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** <br><br> **ALL PARTS** <br><br> **THIS RELATES TO: ALL CASES** | 12-MD-02311 <br> Honorable Marianne O. Battani |

**NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION**

TO ALL INTERESTED PARTIES:

    Please take notice that as of March 6, 2017, Heather L. Kafele, counsel for JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a/ Koyo Corporation of U.S.A., Inc., in the above-captioned matter, has relocated from Shearman & Sterling LLP to Winston & Strawn LLP.

| Prior Law Firm | Current Law Firm |
|---|---|
| SHEARMAN & STERLING LLP <br> 401 9th Street, NW, Suite 800 <br> Washington, DC 20004 <br> Phone: 202-508-8097 <br> hkafele@shearman.com | WINSTON & STRAWN LLP <br> 1700 K Street, NW <br> Washington, DC 20006 <br> Phone: 202-282-5274 <br> hkafele@winston.com |

    This change affects the following attorneys:

    Heather L. Kafele

All other Shearman & Sterling LLP attorneys who have entered appearances representing JTEKT Corporation and JTEKT North America Corporation in this matter will continue in their representation of JTEKT Corporation and JTEKT North America Corporation.

RESPECTFULLY SUBMITTED

Date: March 6, 2017            By:    */s/ Heather L. Kafele*
Heather L. Kafele
1700 K Street, NW
Washington, DC 20006
Phone: (202) 282-5274
hkafele@winston.com

*Attorneys for JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed this NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

        By:    */s/ Heather L. Kafele*
                  Heather L. Kafele
                  1700 K Street, NW
                  Washington, DC 20006
                  Phone: (202) 282-5274
                  hkafele@winston.com

                  *Attorneys for JTEKT Corporation and*
                  *JTEKT North America Corporation,*
                  *formerly d/b/a Koyo Corporation of U.S.A.*