IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br><br>In re: All Cases | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| This document relates to:<br>All Auto Parts Cases | |

**TRUCK AND EQUIPMENT DEALER PLAINTIFFS'**
**NOTICE OF JOINDER IN CERTAIN SERVING PARTIES' OPPOSITION TO**
**OBJECTION REGARDING SPECIAL MASTER'S ORDER ON REQUEST NO. 31 IN**
**THE SERVING PARTIES' SUBPOENA**

PLEASE TAKE NOTICE that Truck and Equipment Dealer Plaintiffs ("TEDPs") join in Certain Serving Parties' Opposition to Objection Regarding the Special Master's Order on Request No. 31 in the Serving Parties' Subpoena, ECF No. 1680, Case No. 2:12-md-2311, filed by the Auto Dealer Plaintiffs ("ADPs' Opposition").  For the reasons stated in the ADPs' Opposition, TEDPs have a right to discover certain communications and settlement agreements between Defendants and the original equipment manufacturers ("OEMs") of which the Special Master has already ordered production.  *See* Order of Special Master Granting in Part and Denying in Part Certain Serving Parties' Motion to Compel Production in Response to Request No. 31 in the Serving Parties' OEM Subpoena, ECF No. 1622, Case No. 12-md-2311.  Thus, TEDPs respectfully request that the Court affirm the Special Master's Order requiring production of certain communications and settlement agreements between Defendants and the OEMs.

                         Respectfully submitted,

Dated: March 8, 2017

                         /s/ J. Manly Parks
Wayne A. Mack
J. Manly Parks
William Shotzbarger
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA  19103
Telephone: (215) 979-1342
Fax: (215) 689-3682
wamack@duanemorris.com
jmparks@duanemorris.com
wshotzbarger@duanemorris.com

*Counsel for Truck and Equipment Dealer Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

      I certify that I served the foregoing Truck and Equipment Dealer Plaintiffs' Notice of Joinder in Certain Serving Parties' Opposition to Objection Regarding the Special Master's Order on Request No. 31 in the Serving Parties' Subpoena on all counsel of record by ECF.

Dated: March 8, 2017                         /s/ J. Manly Parks