# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE BEARINGS CASES | |
| DALC GEAR & BEARING SUPPLY CORP., MCGUIRE BEARING COMPANY, AND SHERMAN BEARINGS INC., individually and on behalf of all other similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>KOYO FRANCE SA, KOYO DEUTSCHLAND GMBH, NACHI TECHNOLOGY, INC., NACHI EUROPE GMBH, NSK EUROPE LTD., SCHAEFFLER TECHNOLOGIES GMBH & CO. KG, FAG KUGELFISCHER GMBH, AB SKF, SKF GMBH, SKF USA INC., NTN WALZLAGER (EUROPA) GMBH, AND NTN SNR ROULEMENTS SA,<br><br>          Defendants. | Case No. 15-cv-12068-MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela A. Markert of Cera LLP shall appear as Counsel of record on behalf of Plaintiffs DALC Gear & Bearing Supply Corp., McGuire Bearing Company, and Sherman Bearings, Inc. in the above-captioned matter.

Dated: March 8, 2017

Respectfully submitted,

CERA LLP

By: /s/ Pamela A. Markert
Pamela A. Markert
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
pmarkert@cerallp.com

*Counsel for Plaintiffs DALC Gear & Bearing Supply Corp., McGuire Bearing Company, and Sherman Bearings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Pamela A. Markert
Pamela A. Markert