**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE BEARINGS CASES | |
| THIS RELATES TO:<br>ALL BEARINGS CASES | B:12-cv-00500-MOB-MKM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Pamela A. Markert of Cera LLP hereby enters her appearance on behalf of Plaintiff McGuire Bearing Company in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 8, 2017                Respectfully submitted,

                                    CERA LLP

                                    By: /s/ Pamela A. Markert
                                    Pamela A. Markert
                                    595 Market Street, Suite 2300
                                    San Francisco, California 94105
                                    Telephone: (415) 777-2230
                                    pmarkert@cerallp.com

                                    *Counsel for Plaintiff McGuire Bearing Company,*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all ECF-registered counsel.

                                               /s/ Pamela A. Markert
                                               Pamela A. Markert