# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE BEARINGS CASES | |
| THIS RELATES TO:<br>DIRECT PURCHASER CASES | B:12-cv-00501-MOB-MKM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela A. Markert of Cera LLP hereby enters her appearance on behalf of Plaintiff McGuire Bearing Company in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: March 8, 2017

Respectfully submitted,

CERA LLP

By: /s/ Pamela A. Markert
Pamela A. Markert
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
pmarkert@cerallp.com

*Counsel for Plaintiff McGuire Bearing Company,*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all ECF-registered counsel.

                                              /s/ Pamela A. Markert
                                              Pamela A. Markert