## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File NO. 12-md-02311  Honorable Marianne O. Battani |
| In re: All Parts | : : : | |
| THIS DOCUMENT RELATES TO:  All Actions | : : : : : : : : : | |

## INDEX OF EXHIBITS

**Exhibit 1**        Proposed Order

**Exhibit 2**        September 14, 2016 Hearing Transcript, page 41