# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** : | Master File No. 12-md-02311 |
| : | Honorable Marianne O. Battani |
| **In Re:** : | |
| **ALL CASES** : | |
| **THIS DOCUMENT RELATES TO:** : | |
| **ALL ACTIONS** : | |

**[PROPOSED] ORDER GRANTING DEALERSHIP PLAINTIFFS'**
**MOTION TO SEAL**

This matter having come before the Court upon the Automobile Dealership and Truck and Equipment Dealership Plaintiffs' Motion to Seal and Maintain under Seal Discovery-Related Filings and the Court having considered the request, the motion is therefore GRANTED.

IT IS HEREBY ORDERED that discovery-related filings that have been made or will be made in the above-captioned actions will not be subject to the Stipulated Order Regarding Sealed Filings entered by the Court on February 27, 2017. Discovery-related filings may be made and maintained under seal pursuant to any applicable protective order.

**SO ORDERED.**

Dated: _____

Hon. Marianne O. Battani