# EXHIBIT 2

Case 2:12-md-02311-SFC-RSW ECF No. 1709-3, PageID.31674 Filed 03/10/17 Page 2 of 3
Status Conference - September 14, 2016

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
                              _   _   _

IN RE:  AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST

                      MDL NO. 2311
_____/


                       STATUS CONFERENCE

         BEFORE THE HONORABLE MARIANNE O. BATTANI
                  United States District Judge
           Theodore Levin United States Courthouse
                 231 West Lafayette Boulevard
                       Detroit, Michigan
                Wednesday, September 14, 2016


APPEARANCES:

Direct Purchaser Plaintiffs:

WILLIAM G. CALDES
**SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300


DAVID H. FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI  48304
(248) 971-2500


NATHAN FINK
**FINK & ASSOCIATES LAW**
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI  48304
(248) 971-2500
```

Case 2:12-md-02311-SFC-RSW   ECF No. 1709-3, PageID.31675   Filed 03/10/17   Page 3 of 3
Status Conference - September 14, 2016

41

```
 1              At the time that was a legitimate sensitive issue.
 2   We did not seek the permission or an agreement or an order to
 3   file it because it was considered confidential.  At this
 4   point in time we are prepared to sit down, as my colleague
 5   with the end payors, Mr. Seltzer, indicated, and try to
 6   remove as many of those designations as is possible.  I think
 7   a lot of them are stale; they go back five years.
 8              THE COURT:  Yes.
 9              MR. KANNER:  So that's just -- I'm not going to go
10   into it further.  I'm happy to answer any questions but --
11              THE COURT:  I agree.  When I looked at it and I
12   read it, I thought this was very different from what we were
13   doing, but I think it is something we have to take note of
14   and take care of from this point forward just because we
15   don't want to have any stumbling blocks with something as
16   simple as sealing.
17              MR. KANNER:  It is the only prudent approach to
18   take.  And the last thing I would say is in our actions, as
19   Mr. Hansel pointed out, we haven't had any objectors, it is a
20   different type of a class, their way of objecting is to opt
21   out, and there is -- the record with respect to final
22   approval and preliminary approval has been detailed, unlike
23   what we see was the case in Shane.
24              Those are my comments, and I'm happy to answer any
25   questions, but I think we are on the same page.
```