UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-02311
13-00803
12-00501
15-12068
_____/

ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

| | | |
|---|---|---|
| **13-00803** | Doc. 186 | Plaintiffs' Motion to File Portions of Their Motion to Compel Under Seal filed 3/3/17 |
| **13-00803** | Doc. 187<br>Doc. 188 | Plaintiffs' Sealed Motion to Compel filed 3/3/17<br>Plaintiffs' Motion to Compel filed 3/3/17 |
| **12-02311** | Doc. 1709 | Dealership Plaintiffs' Motion to Seal filed 3/10/17 |
| **12-00501** | Doc. 210 | Direct Purchaser Plaintiffs' EMERGENCY Motion for Protective Order filed 3/10/17 |
| **15-12068** | Doc. 143 | Direct Purchaser Plaintiffs' EMERGENCY Motion for Protective Order filed 3/10/17 |

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTIONS TO :**

**Gene Esshaki**
**Abbot Nicholson, P.C.**
**300 River Place, Suite 3000**
**Detroit, MI 48207-4225**

Date:   March 13, 2017  
                                                                  s/Marianne O. Battani  
                                                                  MARIANNE O. BATTANI  
                                                                  United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 13, 2017.

                                                                  s/ Kay Doaks  
                                                                  Case Manager