# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness | 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | 2:12-cv-00203 |
| In Re: Fuel Senders | 2:12-cv-00303 |
| In Re: Heater Control Panels | 2:12-cv-00403 |
| In Re: Bearings | 2:12-cv-00503 |
| In Re: Alternators | 2:13-cv-00703 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00803 |
| In Re: Windshield Wiper Systems | 2:13-cv-00903 |
| In Re: Radiators | 2:13-cv-01003 |
| In Re: Starters | 2:13-cv-01103 |
| In Re: Ignition Coils | 2:13-cv-01403 |
| In Re: Motor Generator | 2:13-cv-01503 |
| In Re: HID Ballasts | 2:13-cv-01703 |
| In Re: Inverters | 2:13-cv-01803 |
| In Re: Elec. Powered Steering Assemblies | 2:13-cv-01903 |
| In Re: Fan Motors | 2:13-cv-02103 |
| In Re: Fuel Injection Systems | 2:13-cv-02203 |
| In Re: Power Window Motors | 2:13-cv-02303 |
| In Re: Auto. Transmission Fluid Warmers | 2:13-cv-02403 |
| In Re: Valve Timing Control Devices | 2:13-cv-02503 |
| In Re: Electronic Throttle Bodies | 2:13-cv-02603 |
| In Re: Air Conditioning Systems | 2:13-cv-02703 |
| In Re: Windshield Washer Systems | 2:13-cv-02803 |
| In Re: Spark Plugs | 2:15-cv-03003 |
| In Re: Automotive Hoses | 2:15-cv-03203 |
| In Re: Ceramic Substrates | 2:16-cv-03803 |
| In Re: Power Window Switches | 2:16-cv-03903 |

THIS DOCUMENT RELATES TO:
End Payor

## DECLARATION OF SEAN KENNETH HULL IN SUPPORT OF OBJECTION

Comes now SEAN KENNETH HULL and states the following under oath and under penalty of perjury in support of his objection:

"My name is Sean Kenneth Hull. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge."

"My current address is 7890 Witney Place, Lone Tree, Colorado 80124. My current phone number is (303) 519-8711."

"On or about February 20, 2006, I purchased a new 2006 Infiniti G35 from a dealership in Pleasanton, California. I purchased the vehicle while I was residing in the State of California. My address at the time was 3537 Gulfstream St., Pleasanton, California 94588. The vehicle was not purchased for resale."

"On March 14, 2017, I confirmed at the following website that the 2006 Infiniti G35 that I purchased is an eligible vehicle included in the settlements in the *In re Automotive Parts Litigation*: http://www.autopartsclass.com/. The settlement website indicated my vehicle is included in the *In re: Radiators, In re: Fan Motors, In re: Power Window Motors, In re: Windshield Wiper Systems, and In re: Windshield Washer Systems* cases.

"I reviewed the class notice that breaks down the Auto Parts Round 2 Settlements by case and settling defendant. It indicates the *In re: Radiators, In re: Fan Motors, In re Power Window Motors, In re: Windshield Wiper Systems,* and *In re: Windshield Washer Systems* cases were settled in the DENSO Settlement Agreement. I am objecting to the DENSO Settlement Agreement involving the radiator, fan motor, power window motor, windshield wiper system, and windshield washer system."

"Based on the foregoing, I am a person who, from January 1, 1998, through July 14, 2016, purchased or leased a new Vehicle

1

in the United States not for resale that included one or more Radiators as a component part, which were manufactured or sold by a Defendant, any current or former subsidiary of a Defendant, or any co-conspirator of a Defendant."

"I am also a person who, from January 1, 1998, through July 14, 2016, purchased or leased a new Vehicle in the United States not for resale that included one or more Fan Motors as a component part, which were manufactured or sold by a Defendant, any current or former subsidiary of a Defendant, or any co-conspirator of a Defendant."

"I am also a person who, from January 1, 1998, through July 14, 2016, purchased or leased a new Vehicle in the United States not for resale that included one or more Power Window Motors as a component part, which were manufactured or sold by a Defendant, any current or former subsidiary of a Defendant, or any co-conspirator of a Defendant."

"I am also a person who, from January 1, 1998, through July 14, 2016, purchased or leased a new Vehicle in the United States not for resale that included one or more Windshield Wiper Systems as a component part, which were manufactured or sold by a Defendant, any current or former subsidiary of a Defendant, or any co-conspirator of a Defendant."

"I am also a person who, from January 1, 1998, through July 14, 2016, purchased or leased a new Vehicle in the United States not for resale that included one or more Windshield Washer Systems as a component part, which were manufactured or sold by a Defendant, any current or former subsidiary of a Defendant, or any co-conspirator of a Defendant."

"On March 14, 2017, I filed a claim on the settlement website (claim number B06CBBCD3D), a true and correct copy of which is attached hereto as Exhibit "A." After searching my records, I was unable to find purchase documents of the 2006 Infiniti G35. In November, 2006, I traded the vehicle in to a different dealership

located in Concord, California. It is not my practice to keep records from car purchases for that extended period of time (i.e., more than ten years). I intend to make efforts to secure the records documenting my purchase, including contacting the dealership where I purchased the 2006 Infiniti G35. As soon as I am able to obtain the purchase documentation, I will supplement my claim and objection with the material."

Dated this the 16th day of March, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sean Kenneth Hull

# EXHIBIT A

# In Re: Automotive Parts Antitrust Litigation Website
## www.AutoPartsClass.com

**THANK YOU AND PRINT**

Thank you for submitting your Auto Parts Class Claim Form. The details of your submission are below.

**PLEASE PRINT** and save a copy of this page for your records. All information will be kept private. It will not be disclosed to anyone other than the Court, the Settlement Administrator, and the Parties in this case, and will be used only for purposes of administering these Settlements. Updates to your contact information can be made by writing to the Settlement Administrator at the address below. You may submit any documentation supporting your claim to the address below. When submitting documentation by mail, you must reference your claim number. For further information, please bookmark this website or write to:

Auto Parts Settlements
c/o GCG
P.O. Box 10163
Dublin, OH 43017-3163

---

**CLAIMANT CONTACT INFORMATION**

| | |
|---:|:---|
| Claim Number : | B06CBBCD3D |
| Claimant Name : | SEAN HULL |
| Mailing Address : | 7890 WITNEY PLACE<br>CO<br>7890 WITNEY PLACE<br>LONE TREE<br>CO<br>80124 |
| Phone Number : | (303) 519-8711 |
| Email : | sxhull@gmail.com |

**PURCHASE/LEASE CLAIMS SECTION**

| | |
|---:|:---|
| Are you making a claim for the purchase or lease of a new vehicle? | Yes |
| For how many vehicles are you making a claim? | 1 |

**Vehicle(s) Claimed:**

| Vehicle Year | Vehicle Make | Vehicle Model | VIN (Vehicle Identification Number) | State of Residence or Principal Place of Business at Time of Purchase | Date of Purchase or Lease | Purchase or Lease? |
|---|---|---|---|---|---|---|
| 2006 | INFINITI | G35 | | CA | 2/20/2006 | Purchase |

**REPLACEMENT PART CLAIMS SECTION**

| | |
|---|---|
| Are you making a claim for the purchase of an eligible vehicle replacement part? | No |
| For how many replacement parts are you making a claim? | 0 |

**Replacement Part(s) Claimed:**

**UPLOADED DOCUMENTS**

| File Name | Date Uploaded |
|---|---|