UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re:  ALL AUTO PARTS CASES | |
| THIS DOCUMENT RELATES TO:<br>ALL AUTO PARTS CASES | |

# NON-PARTY HONDA COUNSEL'S NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

Daniel Purcell
Justina Sessions
Ian Kanig
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
dpurcell@keker.com
jsessions@keker.com
ikanig@keker.com

Ronald C. Wernette, Jr.
THE WERNETTE LAW FIRM, PLLC
1877 Orchard Lake Rd, Suite 102
Sylvan Lake, MI 48320
Telephone:  248 977 3142
Facsimile:  248 977 3380
ron.wernette@wernettelawfirm.com

Dated:  March 20,, 2017

1

1142952

**TO THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE**, effective January 1, 2017, the name of the law firm Keker & Van Nest LLP, attorneys for Non-Party Honda, was <u>changed</u> from Keker & Van Nest LLP to:

**Keker, Van Nest & Peters LLP.**

**IN ADDITION, PLEASE TAKE NOTICE**, effective immediately, the email addresses of Daniel Purcell, Justina Sessions and Ian Kanig, attorneys for Non-Party Honda, will be changed from:

| | | |
|---|---|---|
| dpurcell@kvn.com | TO: | dpurcell@keker.com |
| jsessions@kvn.com | TO: | jsessions@keker.com |
| ikanig@kvn.com | TO: | ikanig@keker.com |

2

1142952

Dated:  March 20, 2017

Respectfully submitted,

THE WERNETTE LAW FIRM, PLLC

 /s/ Ronald C. Wernette, Jr.
RONALD C. WERNETTE, JR.
1877 Orchard Lake Road, Suite 102
Sylvan Lake, MI  48320
Telephone: 248 977 3142
Facsimile: 248 977 3380
ron.wernette@wernettelawfirm.com

Attorneys for Non-Party HONDA

KEKER & VAN NEST LLP

s/ Daniel Purcell
DANIEL PURCELL
JUSTINA SESSIONS
IAN A. KANIG
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
dpurcell@keker.com
jsessions@keker.com
iankanig@keker.com

Attorneys for Non-Party HONDA

1142952

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I caused a true and correct copy of **NON-PARTY HONDA COUNSEL'S NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE** to be filed and served electronically via the CM/ECF system. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

THE WERNETTE LAW FIRM, PLLC

By: /s/ Ronald C. Wernette, Jr.
RONALD C. WERNETTE, JR.
1877 Orchard Lake Road, Suite 102
Sylvan Lake MI  48320
Telephone: 248-977-3142
Facsimile: 248-977-3380
ron.wernette@wernettelawfirm.com

Dated: March 20, 2017                Attorneys for Non-Party Honda

1142952