UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**  **ALL PARTS**  **THIS RELATES TO: ALL CASES** | 12-MD-02311  Honorable Marianne O. Battani |

### NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION

TO ALL INTERESTED PARTIES:

Please take notice that as of March 30, 2017, Keith Palfin, counsel for JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a/ Koyo Corporation of U.S.A., Inc., in the above-captioned matter, has relocated from Shearman & Sterling LLP to Winston & Strawn LLP.

| Prior Law Firm | Current Law Firm |
|---|---|
| SHEARMAN & STERLING LLP  401 9th Street, NW, Suite 800  Washington, DC 20004  Phone: 202-508-8179  keith.palfin@shearman.com | WINSTON & STRAWN LLP  1700 K Street, NW  Washington, DC 20006  Phone: 202-282-5000  kpalfin@winston.com |

This change affects the following attorneys:

Keith Palfin

All other Shearman & Sterling LLP attorneys who have entered appearances representing JTEKT Corporation and JTEKT North America Corporation in this matter will continue in their representation of JTEKT Corporation and JTEKT North America Corporation.

RESPECTFULLY SUBMITTED

Date: March 30, 2017         By:    */s/ Keith Palfin*
Keith Palfin
1700 K Street, NW
Washington, DC 20006
Phone: (202) 282-5000
kpalfin@winston.com

*Attorneys for JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2017, I electronically filed this NOTICE OF CHANGE OF LAW FIRM OF ATTORNEY FOR DEFENDANTS JTEKT CORPORATION AND JTEKT NORTH AMERICA CORPORATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

    By:   */s/ Keith Palfin*
            Keith Palfin
            1700 K Street, NW
            Washington, DC 20006
            Phone: (202) 282-5000
            kpalfin@winston.com

            *Attorneys for JTEKT Corporation and*
            *JTEKT North America Corporation,*
            *formerly d/b/a Koyo Corporation of U.S.A.*