# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: ALL CASES | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>All Actions | |
| IN RE ANTI VIBRATIONAL RUBBER PARTS | |
| THIS DOCUMENT RELATES TO:<br>All Auto Dealer Actions and<br>All End-Payor Actions | Case No. 2:13-cv-000802<br>Case No. 2:13-cv-000803 |

## SECOND AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on Monday, May 8, 2017, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan on the following matters:

Certain Parties Statement Regarding Objections by Honda Dealerships Regarding Honda's Production of DMS Data (case # 12-md-02311; ECF No. 1709) and

Bridgestone Defendants' Motion for a Protective Order Barring the Deposition of Shingo Kubota (case #13-cv-000802; ECF No. 219 and case #13-cv-000803; ECF No. 196).

Date:  April 3, 2017                         /s/ Gene J. Esshaki
                                             GENE J. ESSHAKI, MASTER