UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : : : : : : : : : : : : | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Parts | | |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | | |

**RESPONSE REGARDING PROPOSED PUBLIC DISCLOSURE OF HONDA DEALERS' SENSITIVE COMMERCIAL DATA**

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit 1** | Excerpts from Transcript of December 9, 2016 Hearing (Highly Confidential) |
| **Exhibit 2** | Master's Email from February 13, 2017 |
| **Exhibit 3** | Dealership Counsel email of February 17, 2017 |
| **Exhibit 4** | EPP Email from February 17, 2017 |
| **Exhibit 5** | ADP Email of February 18, 2017 |
| **Exhibit 6** | Master Email of February 20, 2017 |
| **Exhibit 7** | Dealership Counsel Email of March 2, 2017 (Highly Confidential) |
| **Exhibit 8** | Master Email of March 2, 2017 |
| **Exhibit 9** | End-Payor Email of March 2, 2017 |
| **Exhibit 10** | Waikem Declaration (Highly Confidential) |