# EXHIBIT 2

# Vicky Romanenko

| | |
|---|---|
| **From:** | Steve Williams <SWilliams@cpmlegal.com> |
| **Sent:** | Monday, February 13, 2017 1:38 PM |
| **To:** | Esshaki, Gene J. |
| **Cc:** | Vicky Romanenko; Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie |
| **Subject:** | Re: Honda Objection |

Your Honor

Serving parties are reviewing the materials provided by Ms. Romanenko and will provide our response.

Sent from my iPhone

On Feb 13, 2017, at 12:28 PM, Esshaki, Gene J. <gjesshaki@abbottnicholson.com> wrote:

> Can the parties work out a stipulated order to address the concerns of these third party dealers as suggested by Ms. Romanenko?
>
>
> **Gene J. Esshaki**
>
> <image006.png>    <image007.jpg>    <image008.png>
>
> <image009.jpg>    <image010.jpg>
>
> Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C.
> 300 River Place, Suite 3000
> Detroit, MI 48207-4225
> TEL:  313.566.2500
> FAX:  313.566.2502
> www.abbottnicholson.com
>
> INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS ATTORNEY-CLIENT COMMUNICATIONS AND IS PRIVILEGED AND CONFIDENTIAL.  **THE PRIVILEGE MAY BE LOST IF YOU FORWARD OR DISCLOSE IT TO THIRD PARTIES.**  PLEASE EXERCISE DUE CARE.  IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS).  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY.  WHEN IN DOUBT, PLEASE CONTACT ME.
>
> We are not authorized to enter into any binding agreement on behalf of any of our clients.  If this communication contains any settlement proposal, it is for discussion purposes only and does not constitute an offer on behalf of us or any of our clients, and cannot create a contract or legally binding agreement.  Any settlement of any matter requires the signature of an authorized representative of our client (other than Abbott Nicholson, P.C.) on final definitive documents which have been approved in accordance with our client's procedures.

**From:** Vicky Romanenko [mailto:Vicky@cuneolaw.com]
**Sent:** Monday, February 13, 2017 12:33 PM
**To:** Esshaki, Gene J.
**Cc:** 'Jackie Taylor'; 'Emily Luthy'; 'Millicent Lundburg'; 'rlinkin@dwmrlaw.com'; 'Ian A. Kanig'; 'Hemlock, Adam'; 'Ronnie Spiegel'; 'Demetrius Lambrinos'; 'Steve Williams'; 'AEllis@stblaw.com'; 'Patrick.Carome@wilmerhale.com'; 'Steven Cherry'; 'klein@butzel.com'; 'Asmedley@winston.com'; 'Novison, Heather'; 'Trey Nicoud'; 'JAmato@winston.com'; 'WShotzbarger@duanemorris.com'; 'heather.choi@bakerbotts.com'; 'Sloane Kuney Rosenthal'; Evelyn Li; 'Jill S. Casselman'; 'Bonk, Cameron'; 'Bradley Love'; 'Elliot.Weingarten@stblaw.com'; 'Justina K. Sessions'; 'Trager, Lara'; Ciolino Dawn L.; 'Daniel Purcell'; Raiter, Shawn; Burks, Laurie
**Subject:** RE: Honda Objection

Dear Special Master Esshaki,

Re-attached to this email are the automobile dealership objections from third-party dealerships, to the production by Honda of Honda dealers' DMS data. We believe that these dealerships' concerns should be taken into account.

We believe that these dealers' data, if produced, should be ordered to be treated as Highly Confidential under the protective order, filed under seal, not provided to anyone outside the litigation, not used outside the litigation, and not shown to any other dealerships.

---

**From:** Burks, Laurie [mailto:lburks@larsonking.com]
**Sent:** Monday, January 30, 2017 1:11 PM
**To:** 'gjesshaki@abbottnicholson.com'
**Cc:** 'Jackie Taylor'; 'Emily Luthy'; 'Millicent Lundburg'; 'rlinkin@dwmrlaw.com'; 'Ian A. Kanig'; 'Hemlock, Adam'; 'Ronnie Spiegel'; 'Demetrius Lambrinos'; 'Steve Williams'; 'AEllis@stblaw.com'; 'Patrick.Carome@wilmerhale.com'; 'Steven Cherry'; 'klein@butzel.com'; 'Asmedley@winston.com'; 'Novison, Heather'; 'Trey Nicoud'; 'JAmato@winston.com'; 'WShotzbarger@duanemorris.com'; 'heather.choi@bakerbotts.com'; 'Sloane Kuney Rosenthal'; Evelyn Li; Vicky Romanenko; 'Jill S. Casselman'; 'Bonk, Cameron'; 'Bradley Love'; 'Elliot.Weingarten@stblaw.com'; 'Justina K. Sessions'; 'Trager, Lara'; 'Ciolino Dawn L.'; 'Daniel Purcell'; Raiter, Shawn
**Subject:** Honda Objection

Dear Special Master Esshaki:

Enclosed you will find communication we received from the Waikem Honda dealer. We will file this via ECF in the MDL master file.

Best regards,

Shawn


<image011.png>
**SHAWN M. RAITER**            <image012.png><image013.png><image014.png>

**Larson • King, LLP**
30 East Seventh
Street • Suite 2800                                      <image015.png>

St. Paul, MN 55101
Direct: 651-312-6518
Fax: 651-789-4818
**LARSONKING.COM**

<image011.png>

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: sraiter@larsonking.com

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.