# EXHIBIT 6

# Vicky Romanenko

| | |
|---|---|
| **From:** | Esshaki, Gene J. <gjesshaki@abbottnicholson.com> |
| **Sent:** | Monday, February 20, 2017 2:45 PM |
| **To:** | Steve Williams |
| **Cc:** | Vicky Romanenko; Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com); William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com); E. Powell Miller |
| **Subject:** | RE: Honda Objection |

Having now had an opportunity to review the email chain from start to finish, I think the best way to proceed is for ADPs' counsel to prepare a proposed draft Confidentiality/ Protection Order to be submitted for review and approval by EPPs and Defendants prior to any meet and confer. This will result in a draft working paper from which the conference can be meaningful.

**Gene J. Esshaki**






Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C.
300 River Place, Suite 3000
Detroit, MI 48207-4225
TEL:  313.566.2500
FAX:  313.566.2502
www.abbottnicholson.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS ATTORNEY-CLIENT COMMUNICATIONS AND IS PRIVILEGED AND CONFIDENTIAL.  **THE PRIVILEGE MAY BE LOST IF YOU FORWARD OR DISCLOSE IT TO THIRD PARTIES.**  PLEASE EXERCISE DUE CARE.  IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS).  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY.  WHEN IN DOUBT, PLEASE CONTACT ME.

We are not authorized to enter into any binding agreement on behalf of any of our clients.  If this