# EXHIBIT 7

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS ONLY**