# EXHIBIT 8

# Vicky Romanenko

| | |
|---|---|
| **From:** | Esshaki, Gene J. <gjesshaki@abbottnicholson.com> |
| **Sent:** | Thursday, March 02, 2017 2:58 PM |
| **To:** | Vicky Romanenko; Steve Williams |
| **Cc:** | Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com); William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com); E. Powell Miller |
| **Subject:** | RE: Honda Objection |

You are correct. Everything needs to be filed no later than 3-20.


**Gene J. Esshaki**

 

 

Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C.

300 River Place, Suite 3000

Detroit, MI 48207-4225

TEL:  313.566.2500

FAX:  313.566.2502

www.abbottnicholson.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS ATTORNEY-CLIENT COMMUNICATIONS AND IS PRIVILEGED AND CONFIDENTIAL.  **THE PRIVILEGE MAY BE LOST IF YOU FORWARD OR DISCLOSE IT TO THIRD PARTIES.**  PLEASE EXERCISE DUE CARE.  IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS).  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY.  WHEN IN DOUBT, PLEASE CONTACT ME.

We are not authorized to enter into any binding agreement on behalf of any of our clients.  If this communication contains any settlement proposal, it is for discussion purposes only and does not constitute an offer on behalf of us or any of our clients, and cannot create a contract or legally binding agreement.  Any settlement of any matter requires the signature of an authorized representative of our client (other than Abbott Nicholson, P.C.) on final definitive documents which have been approved in

1

accordance with our client's procedures.

---

**From:** Vicky Romanenko [mailto:Vicky@cuneolaw.com]
**Sent:** Thursday, March 02, 2017 2:52 PM
**To:** Esshaki, Gene J.; Steve Williams
**Cc:** Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com); William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com); E. Powell Miller
**Subject:** RE: Honda Objection

This is acceptable to us, Your Honor, with one small modification. The local rules provide for a reply, to be filed by the moving party, so we would request an expedited reply to EPPs' response.

**From:** Esshaki, Gene J. [mailto:gjesshaki@abbottnicholson.com]
**Sent:** Thursday, March 02, 2017 2:50 PM
**To:** Steve Williams; Vicky Romanenko
**Cc:** Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com); William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com); E. Powell Miller
**Subject:** RE: Honda Objection

I request that Ms. Romanenko file a brief Motion and that Defendants file an expedited Response so the matter can be scheduled for our March Hearing Docket and thus avoid coming to Detroit for a second time just to argue this Motion. Please confirm this is acceptable.

**Gene J. Esshaki**

 

 

Abbott, Nicholson, Quilter, Esshaki & Youngblood, P.C.
300 River Place, Suite 3000
Detroit, MI 48207-4225
TEL: 313.566.2500
FAX: 313.566.2502