# EXHIBIT 9

**Vicky Romanenko**

| | |
|---|---|
| **From:** | Steve Williams <SWilliams@cpmlegal.com> |
| **Sent:** | Thursday, March 02, 2017 3:02 PM |
| **To:** | Esshaki, Gene J.; Vicky Romanenko |
| **Cc:** | Jackie Taylor; Emily Luthy; Millicent Lundburg; rlinkin@dwmrlaw.com; Ian A. Kanig; Hemlock, Adam; Ronnie Spiegel; Demetrius Lambrinos; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry; klein@butzel.com; Asmedley@winston.com; Novison, Heather; Trey Nicoud; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal; Evelyn Li; Jill S. Casselman; Bonk, Cameron; Bradley Love; Elliot.Weingarten@stblaw.com; Justina K. Sessions; Trager, Lara; Ciolino Dawn L.; Daniel Purcell; Raiter, Shawn; Burks, Laurie; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com); William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com); E. Powell Miller |
| **Subject:** | RE: Honda Objection |

Your Honor

I again request a teleconference on this so that we can discuss whose interest are at stake and how this should be handled.  This is simply not working by email.

**From:** Esshaki, Gene J. [mailto:gjesshaki@abbottnicholson.com]
**Sent:** Thursday, March 02, 2017 11:50 AM
**To:** Steve Williams <SWilliams@cpmlegal.com>; Vicky Romanenko <Vicky@cuneolaw.com>
**Cc:** Jackie Taylor <jtaylor@dbcllp.com>; Emily Luthy <Eluthy@dbcllp.com>; Millicent Lundburg <mlundburg@dbcllp.com>; rlinkin@dwmrlaw.com; Ian A. Kanig <IKanig@kvn.com>; Hemlock, Adam <adam.hemlock@weil.com>; Ronnie Spiegel <ronnie@hbsslaw.com>; Demetrius Lambrinos <DLambrinos@cpmlegal.com>; AEllis@stblaw.com; Patrick.Carome@wilmerhale.com; Steven Cherry <Steven.Cherry@wilmerhale.com>; klein@butzel.com; Asmedley@winston.com; Novison, Heather <Heather.Novison@weil.com>; Trey Nicoud <TNicoud@gibsondunn.com>; JAmato@winston.com; WShotzbarger@duanemorris.com; heather.choi@bakerbotts.com; Sloane Kuney Rosenthal <SRosenthal@gibsondunn.com>; Evelyn Li <evelyn@cuneolaw.com>; Jill S. Casselman <JCasselman@RobinsKaplan.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Bradley Love <Bradley.Love@btlaw.com>; Elliot.Weingarten@stblaw.com; Justina K. Sessions <JSessions@kvn.com>; Trager, Lara <Lara.Trager@weil.com>; Ciolino Dawn L. <dlciolino@abbottnicholson.com>; Daniel Purcell <DPurcell@KVN.com>; Raiter, Shawn <sraiter@larsonking.com>; Burks, Laurie <lburks@larsonking.com>; David C. Brownstein (dbrownstein@fbj-law.com) (dbrownstein@fbj-law.com) <dbrownstein@fbj-law.com>; William S. Farmer (wfarmer@fbj-law.com) (wfarmer@fbj-law.com) <wfarmer@fbj-law.com>; E. Powell Miller <epm@millerlawpc.com>
**Subject:** RE: Honda Objection

I request that Ms. Romanenko file a brief Motion and that Defendants file an expedited Response so the matter can be scheduled for our March Hearing Docket and thus avoid coming to Detroit for a second time just to argue this Motion.  Please confirm this is acceptable.

**Gene J. Esshaki**