UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIV.

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness | 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | 2:12-cv-00203 |
| In Re: Fuel Senders | 2:12-cv-00303 |
| In Re: Heater Control Panels | 2:12-cv-00403 |
| In Re: Bearings | 2:12-cv-00503 |
| In Re: Alternators | 2:13-cv-00703 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00803 |
| In Re: Windshield Wiper Systems | 2:13-cv-00903 |
| In Re: Radiators | 2:13-cv-01003 |
| In Re: Starters | 2:13-cv-01103 |
| In Re: Ignition Coils | 2:13-cv-01403 |
| In Re: Motor Generator | 2:13-cv-01503 |
| In Re: HID Ballasts | 2:13-cv-01703 |
| In Re: Inverters | 2:13-cv-01803 |
| In Re: Elec. Powered Steering Assemblies | 2:13-cv-01903 |
| In Re: Fan Motors | 2:13-cv-02103 |
| In Re: Fuel Injection Systems | 2:13-cv-02203 |
| In Re: Power Window Motors | 2:13-cv-02303 |
| In Re: Auto. Transmission Fluid Warmers | 2:13-cv-02403 |
| In Re: Valve Timing Control Devices | 2:13-cv-02503 |
| In Re: Electronic Throttle Bodies | 2:13-cv-02603 |
| In Re: Air Conditioning Systems | 2:13-cv-02703 |
| In Re: Windshield Washer Systems | 2:13-cv-02803 |
| In Re: Spark Plugs | 2:15-cv-03003 |
| In Re: Automotive Hoses | 2:15-cv-03203 |
| In Re: Ceramic Substrates | 2:16-cv-03803 |
| In Re: Power Window Switches | 2:16-cv-03903 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

**OBJECTOR MARK RAY AND SEAN HULL'S MOTION FOR LEAVE TO FILE REPLY AND SUPPORTING BRIEF**

Class members and objectors Mark Ray and Sean Hull respectfully move, based on good cause, for leave of Court to file, out of time, their Reply to class counsels' Omnibus Response to Objections. Objectors rely on the reasons set forth in the attached supporting brief.

Dated: April 18, 2017

Respectfully submitted,

/s/ *Christopher A. Bandas*
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)
*Attorney for Objectors Mark Ray and Sean Hull*

1

**Brief in Support of Motion for Leave to File Reply**

Class counsel filed their Omnibus Response to Objections to Round 2 Settlements on April 5, 2017 in Case No. 2:13-cv-01803-MOB, ECF Doc. 134. Because the Response was not filed in Master File No. 12-md-02311, counsel for Objectors Ray and Hull was unaware of the Response until after the deadline for filing a reply. Of note, the class notice refers to "[t]his litigation . . . as In re Automotive Parts Antitrust Litigation, MDL No. 2311."

Because the Omnibus Response misunderstands and distorts several of Objectors Ray and Hull's arguments, and because it submits distracting *ad hominem* attacks on their counsel, there is good cause for this Court to grant leave to file an out-of-time Reply to the Omnibus Response. Objectors Ray and Hull respectfully request, based on good cause and to assist the Court in ruling on these issues, that they be granted leave to file the Reply attached hereto as Exhibit 1.

Counsel for Objectors attempted to make reasonable efforts to ascertain whether the motion is opposed, but as of the filing of this motion, was unable to conduct a conference. Counsel was unaware of the Omnibus Response until the last hour, and thus was not able to send correspondence to opposing counsel until the date of filing. As of the filing of the motion, he has received no response from counsel.

Dated:   April 18, 2017    Respectfully submitted,

/s/ *Christopher A. Bandas*
Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
(361) 698–5200 (tel)
(361) 698-5222 (fax)
*Attorney for Objectors Mark Ray and Sean Hull*

## Certificate of Service

The undersigned certifies that today he filed the foregoing motion, brief, and exhibit on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: April 18, 2017    /s/ *Christopher A. Bandas*
Christopher A. Bandas