UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100<br>2:12-cv-00101 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200<br>2:12-cv-00201 |
| In Re: Fuel Senders | 2:12-cv-00300<br>2:12-cv-00301 |
| In Re: Heater Control Panels | 2:12-cv-00400<br>2:12-cv-00401 |
| In Re: Alternators | 2:13-cv-00700<br>2:13-cv-00701 |
| In Re: Windshield Wipers | 2:13-cv-00900<br>2:13-cv-00901 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100<br>2:13-cv-01101 |
| In Re: Ignition Coils | 2:13-cv-01400<br>2:13-cv-01401 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | 2:13-cv-02200<br>2:13-cv-02201 |
| In Re: Power Window Motors | 2:13-cv-02300<br>2:13-cv-02301 |
| In Re: Automatic Fluid Transmission Warmers | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | 2:13-cv-02700<br>2:13-cv-02701 |
| In Re: Windshield Washer Systems | 2:13-cv-02800<br>2:13-cv-02801 |
| In Re: Spark Plugs | 2:15-cv-03000<br>2:15-cv-03001 |
| In Re: Oxygen Sensors | 2:15-cv-03100<br>2:15-cv-03101 |

## NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN LOWNDS

PLEASE TAKE NOTICE of the withdrawal of Kevin Lownds of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO North America, LLC, and ASMO North Carolina, Inc. (collectively "DENSO entities"). His appearance should be withdrawn from the following cases:

    12-md-02311-MOB-MKM

    12-cv-00100-MOB-MKM

    12-cv-00101-MOB-MKM

    12-cv-00200-MOB-MKM

    12-cv-00201-MOB-MKM

    12-cv-00300-MOB-MKM

    12-cv-00301-MOB-MKM

    12-cv-00400-MOB-MKM

    12-cv-00400-MOB-MKM

    12-cv-00401-MOB-MKM

    13-cv-00700-MOB-MKM

    13-cv-00701-MOB-MKM

    13-cv-00900-MOB-MKM

    13-cv-00901-MOB-MKM

    13-cv-01000-MOB-MKM

13-cv-01100-MOB-MKM

13-cv-01101-MOB-MKM

13-cv-01400-MOB-MKM

13-cv-01401-MOB-MKM

13-cv-01500-MOB-MKM

13-cv-01700-MOB-MKM

13-cv-01800-MOB-MKM

13-cv-02200-MOB-MKM

13-cv-02201-MOB-MKM

13-cv-02300-MOB-MKM

13-cv-02301-MOB-MKM

13-cv-02400-MOB-MKM

13-cv-02500-MOB-MKM

13-cv-02700-MOB-MKM

13-cv-02701-MOB-MKM

13-cv-02800-MOB-MKM

13-cv-02801-MOB-MKM

15-cv-03000-MOB-MKM

15-cv-03001-MOB-MKM

15-cv-03100-MOB-MKM

15-cv-03101-MOB-MKM

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|---|
| Dated: April 19, 2017 | By: | */s/ Kevin Lownds* <br> Kevin Lownds <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, NW <br> Washington, D.C. 20006 <br> Tel.: (202) 663-6000 <br> Fax: (202) 663-6363 <br> kevin.lownds@wilmerhale.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2017, I caused the foregoing Notice of Withdrawal of Attorney Kevin Lownds to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                 */s/ Kevin Lownds*
                                                                Kevin Lownds
                                                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                                               1875 Pennsylvania Avenue, NW
                                                               Washington, D.C. 20006
                                                               Tel.: (202) 663-6000
                                                               Fax: (202) 663-6363
                                                               kevin.lownds@wilmerhale.com