UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                        Plaintiff(s),

v.                                        Case No. 2:12–md–02311–MOB–MKM
                                               Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                        Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  June 7, 2017 at 02:00 PM

**ADDITIONAL INFORMATION:**   General Motors' Objection filed 1/12/17 to Special Master's Orders and Certain Defendants' Objection filed 1/12/17 to the Special Master's Order

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/K. Doaks
                                                               Case Manager

Dated:  April 19, 2017