UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                           Plaintiff(s),

v.                                     Case No. 2:12−md−02311−MOB−MKM
                                                   Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                           Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING: May 16, 2017 at 10:30 AM

**ADDITIONAL INFORMATION:** Regarding Certain Non−Party Original Equipment Manufacturers' Objection (Doc. #1656) filed February 8, 2017; Objection of Interested Non−Party Ford Motor Company (Doc. #1655)filed February 8, 2017; Defendants' Objections (Doc. #1650)filed February 8, 2017 and Non−Party Daimler Entities' Objections (Doc. #1649)filed February 8, 2017. THIS FORM IS A COMPUTER GENERATED FORM, THEREFORE, THE CASE CAPTION IS PULLED FROM THE COURT DOCKET SHEET. THE CASE TITLE REMAINS IN RE: ANTITRUST LITIGATION

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K. Doaks
                                                                 Case Manager

Dated: April 25, 2017