UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                Plaintiff(s),

v.                                        Case No. 2:12−md−02311−MOB−MKM
                                             Hon. Marianne O. Battani

Delphi Automotive LLP, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  May 16, 2017 at 02:00 PM

**ADDITIONAL INFORMATION:**   Miscellaneous Hearing regarding Toyota's Objections filed January 18, 2017 (Doc. #1603); Non−Party Honda's Objections filed January 12, 2017 (Doc. #1598) and Non−Party HOnda's Objections filed February 2, 2017 (Doc. #1637) set for 5/16/2017 02:00 PM before District Judge Marianne O. Battani THIS FORM IS A COMPUTER GENERATED FORM, THEREFORE, THE CASE CAPTION IS PULLED FROMTHE COURT DOCKET SHEET. THE CASE TITLE REMAINS IN RE: ANTITRUST LITIGATION

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                    By: s/K. Doaks
                                                                        Case Manager

Dated:  April 27, 2017