# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : Master File No. 12-md-02311 : Honorable Marianne O. Battani |
| In Re: All Parts | : : : : : : : |
| THIS DOCUMENT RELATES TO: All Actions | : : : : : |

## SUR-REPLY REGARDING PROPOSED PUBLIC DISCLOSURE OF HONDA DEALERS' SENSITIVE COMMERCIAL DATA

## **INDEX OF EXHIBITS**

**Exhibit 1**  Correspondence from December 2016 Regarding the Drafting of the Sealing Order

**Exhibit 2**  Turner Objection

**Exhibit 3**  Excerpts from Transcript of December 9, 2016 Hearing (Highly Confidential)