# EXHIBIT 1

**Vicky Romanenko**

**Subject:** FW: Sealing Stipulation

**From:** Jon Cuneo
**Sent:** Thursday, December 29, 2016 9:32 PM
**To:** Vicky Romanenko
**Subject:** Fwd: Sealing Stipulation

Sent from my iPhone

Begin forwarded message:

> **From:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>
> **Date:** December 29, 2016 at 6:27:10 PM CST
> **To:** "'Steven A. Kanner'" <skanner@fklmlaw.com>, Jon Cuneo <JonC@cuneolaw.com>
> **Cc:** S Williams <swilliams@cpmlegal.com>, "Salzman, Hollis" <HSalzman@RobinsKaplan.com>
> **Subject: RE: Sealing Stipulation**
>
> Thanks.  I look forward to speaking with you.
>
> Marc Seltzer
> (310) 789-3102
> Cell (310) 292-4077
>
> **From:** Steven A. Kanner [mailto:skanner@fklmlaw.com]
> **Sent:** Thursday, December 29, 2016 4:19 PM
> **To:** Marc Seltzer; Jon Cuneo
> **Cc:** S Williams; Salzman, Hollis
> **Subject:** RE: Sealing Stipulation
>
> Marc,
>
> I am out of the country now and will be in the office on Tuesday.  My schedule is open for a call after 11:00 am central.
>
> Steve
>
> **From:** Marc Seltzer [mailto:MSeltzer@SusmanGodfrey.com]
> **Sent:** Thursday, December 29, 2016 5:17 PM

**To:** Steven A. Kanner <skanner@fklmlaw.com>; Jon Cuneo <JonC@cuneolaw.com>
**Cc:** S Williams <swilliams@cpmlegal.com>; Salzman, Hollis <HSalzman@RobinsKaplan.com>
**Subject:** Sealing Stipulation

I've been working on stipulation with Steve Cherry regarding the sealing of documents pursuant to the direction of the Court. I'd like to have a call with both of you to discuss a common position on this subject. Are you available tomorrow or Tuesday morning to discuss this? Thanks and happy new year to both of you.

**Marc Seltzer
(310) 789-3102
Cell (310) 292-4077**