# EXHIBIT 2

 

January 20, 2017

Mr. Shawn Raiter
Larson King, LLP
30 East Seventh Street, Suite 2800
St. Paul, Minnesota 55101

RE: Auto Parts Supplier Class Action Lawsuit
    Disclosures by Honda North America, Inc.

Dear Sir:

I am an independent businessman and Dealer Principal within the Automobile Division of American Honda Motor Co., Inc. ("Honda"). I am not a lawyer, and thus will not present any legal arguments in this communication.

I am in receipt of notice from Honda of a court requirement that records be produced identifying sales of automobiles by its dealers and the profit realized by its dealers on such sales.

I object to any public disclosure of this information or its production in any manner other than under seal for use solely in connection with the controversies before the Court. This information is confidential, private business data, the public disclosure of which by Honda or the parties to the controversy could have a significant negative impact on the businesses of independent Honda dealers in North America. Although Honda has access to this information, the information is the property of the independent Honda dealers and should not be made public to the potential detriment of the dealer-owners of the data.

Damage to the universe of North American Honda dealers is likely regardless of whether or not the data of one or more objecting dealers is withheld from public disclosure. Therefore, my objection applies to the totality of the disclosure by Honda, not just my dealership's data produced on an anonymous basis.

Yours very truly,

John T. Turner

cc: Ms. Victoria Romanerko
    Cuneo Gilbert & LaDuca