# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: <br> END-PAYOR ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin F. O'Shea of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of End-Payor Plaintiffs in the above captioned matter.

Dated: May 5, 2017               Respectfully submitted,

By: /s/ *Kevin F. O'Shea*
Kevin F. O'Shea (P40586)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
kfo@millerlawpc.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>END-PAYOR ACTIONS | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: /s/ *Kevin F. O'Shea*
Kevin F. O'Shea (P40586)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
kfo@millerlawpc.com