# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of JAMES L. KRESTA of the law firm of JAFFE RAITT HEUER & WEISS, P.C. as counsel on behalf of Defendant KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC, in the above-captioned cause of action.

Respectfully submitted,

JAFFE RAITT HEUER & WEISS, P.C.

By:  /s/ James L. Kresta
James L. Kresta (P81224)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
jkresta@jaffelaw.com
*Attorneys for Kyungshin-Lear Sales and Engineering LLC*

Dated: May 10, 2017

CERTIFICATE OF SERVICE

I CERTIFY that on May 10, 2017, the foregoing document was filed with the Clerk of the Court via the ECF system, which will send notice of the filing to all counsel of record in the above-captioned matter.

/s/James L. Kresta
James L. Kresta