# EXHIBIT 1

**Transcript of Oral Argument on DENSO's Motion for
Summary Judgment Containing Names of Unindicted Employees**

| ECF No./Exhibit No. | Location of Confidential Information |
|---|---|
| 2:12-md-02311, ECF No. 1731 | Portions of 26:7 |
| | Portions of 27:13 |
| | Portions of 34:7-8 |
| | Portions of 34:19 |
| | Portions of 69:24 |
| | Portions of 71:3 |
| | Portions of 72:16 |
| | Portions of 74:21 |
| | Portions of 76:7 |
| | Portions of 77:1 |
| | Portions of 79:17 |
| | Portions of 79:18 |
| | Portions of 80:6 |
| | Portions of 80:7 |
| | Portions of 81:20 |
| | Portions of 82:5 |
| | Portions of 82:15 |
| | Portions of 84:15 |

**Transcript of Oral Argument on DENSO's Motion for Summary Judgment Containing Confidential and/or Sensitive Business Information**

| ECF. No./Exhibit No. | Location of Confidential Information |
|---|---|
| 2:12-md-02311, ECF No. 1731 | Portions of 10:14 |
| | Portions of 10:22 |
| | Portions of 10:24 |
| | Portions of 11:1 |
| | Portions of 11:10 |
| | Portions of 11:19 |
| | Portions of 12:1 -12:4 |
| | Portions of 14:13-17 |
| | Portions of 17:9 |
| | Portions of 17:15 |
| | Portions of 17:21-22 |
| | Portions of 18:21-25 |
| | Portions of 19:3-9 |
| | Portions of 19:13-17 |
| | Portions of 19:20-25 |
| | Portions of 20:2-10 |
| | Portions of 20:13-16 |
| | Portions of 20:20-22 |
| | Portions of 20:24 |
| | Portions of 22:11-12 |
| | Portions of 24:3-4 |
| | Portions of 24:14 |
| | Portions of 24:18 |
| | 24:21-25:4 |
| | Portions of 25:19 |
| | Portions of 26:10-27:4 |
| | Portions of 27:7-8 |
| | Portions of 27:11-15 |
| | Portions of 27:24-28:3 |
| | Portions of 29:3 |
| | Portions of 29:5-6 |
| | Portions of 29:8-10 |
| | Portions of 30:6-7 |
| | 30:14-19 |
| | Portions of 30:21 |
| | Portions of 31:14 |
| | 31:15-22 |
| | Portions of 31:23 |
| | 32:7-10 |
| | 32:22-33:4 |
| | Portions of 33:11 |

|  | |
|---|---|
| | Portions of 34:2 |
| | Portions of 34:7 |
| | Portions of 34:9 |
| | Portions of 34:11-17 |
| | Portions of 34:22 |
| | 35:1-20 |
| | Portions of 37:3-4 |
| | Portions of 37:9 |
| | Portions of 37:22 |
| | Portions of 37:25 |
| | Portions of 38:6-10 |
| | Portions of 39:1-7 |
| | Portions of 41:19 |
| | Portions of 42:11-12 |
| | Portions of 42:15 |
| | Portions of 47:9-10 |
| | Portions of 60:18 |
| | Portions of 63:25 |
| | Portions of 64:14 |
| | Portions of 64:17 |
| | Portions of 65:2 |
| | Portions of 71:7-8 |
| | Portions of 72:6 |
| | Portions of 72:10 |
| | Portions of 74:23-25 |
| | Portions of 75:2-3 |
| | Portions of 75:5-7 |
| | Portions of 75:9 |
| | Portions of 75:12-13 |
| | Portions of 76:5 |
| | Portions of 76:11-19 |
| | Portions of 77:16 |
| | Portions of 77:19 |
| | Portions of 77:23-25 |
| | 78:1 |
| | Portions of 78:7-15 |
| | Portions of 78:20-79:6 |
| | Portions of 79:8-79:13 |
| | Portions of 79:21-80:3 |
| | Portions of 80:6 |
| | Portions of 80:10 |
| | Portions of 80:12 |
| | Portions of 80:17-19 |
| | Portions of 81:17 |
| | Portions of 81:23-24 |
| | Portions of 82:9-11 |

|  | Portions of 82:17-21 |
|--|--|
|  | Portions of 82:23 |
|  | 83:6-10 |
|  | Portions of 83:11 |
|  | Portions of 83:13-14 |
|  | Portions of 83:18-19 |
|  | Portions of 84:2-3 |
|  | Portions of 84:17-21 |
|  | 84:23 |
|  | 85:1-4 |
|  | Portions of 86:5-8 |
|  | Portions of 89:20 |
|  | Portions of 89:22 |
|  | Portions of 89:24-25 |
|  | Portions of 90:5-9 |
|  | Portions of 90:11-16 |
|  | Portions of 92:10-11 |
|  | Portions of 92:14-15 |
|  | Portions of 93:16 |
|  | Portions of 93:18 |
|  | Portions of 93:23 |
|  | Portions of 94:3-5 |
|  | Portions of 94:23-24 |
|  | Portions of 96:13-14 |
|  | Portions of 97:10 |
|  | Portions of 99:25 |