# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITGATION** | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:  ALL CASES** | |

## NOTICE OF ATTORNEY APPEARANCE

I, Jeffrey D. Perconte, hereby enter my appearance as co-counsel for Defendant Nissan North America, Inc.

Respectfully Submitted,

/s/ *Jeffrey D. Perconte*
Jeffrey D. Perconte
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone:  (312) 569-1361
Fax:  (312) 569-3000
jeff.perconte@dbr.com

**ATTORNEY FOR DEFENDANT
NISSAN NORTH AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2017, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

              /s/ *Jeffrey D. Perconte*
              Jeffrey D. Perconte