UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| In Re: ELECTRONIC POWERED STEERING ASSEMBLIES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2:12-cv-00500-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-00507-MOB-MKM<br>2:15-cv-12068-MOB-MKM<br>2:15-cv-13932-MOB-MKM<br>2:15-cv-13945-MOB-MKM |

## MOTION TO WITHDRAW TEALE TOWEILL AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Jeremy Calsyn, an attorney at Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which firm represents Defendants NSK Ltd., NSK Americas, Inc., NSK Corporation, NSK Europe Ltd., NSK Steering Systems America, Inc., and NSK Steering Systems Co., Ltd. respectfully requests that the Court enter an order allowing Teale Toweill to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:14-cv-00507-MOB-MKM

2:15-cv-12068-MOB-MKM

2:15-cv-13932-MOB-MKM

2:15-cv-13945-MOB-MKM

As of May 12, 2017, Ms. Toweill is no longer an attorney at Cleary.  Other counsel of record at Cleary will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above actions by virtue of her withdrawal.

Dated: May 15, 2017

    /s/ Jeremy Calsyn
Jeremy Calsyn (DC Bar #467737)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 974-1522
Facsimile:  (202) 974-1999
jcalsyn@cgsh.com

*Attorney for Defendants NSK Ltd., NSK Americas, Inc., NSK Corporation, NSK Europe Ltd., NSK Steering Systems America, Inc., and NSK Steering Systems Co., Ltd.*

## CERTIFICATE OF SERVICE

I, Clay P. McKeon, senior docket clerk in the Washington office of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 15, 2017, a copy of the foregoing **MOTION TO WITHDRAW TEALE TOWEILL AS COUNSEL** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel registered to receive ECF notifications.

DATED: May 15, 2017

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Clay P. McKeon