**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br><br>BEARINGS CASES<br><br>ELECTRIC POWERED STEERING ASSEMBLIES CASES<br><br>STATE ATTORNEY GENERAL CASES<br><br>THIS RELATES TO: ALL ACTIONS | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:13-cv-01900-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:15-cv-12068-MOB-MKM |

## MOTION TO WITHDRAW AS COUNSEL

Kyle M. Noonan, an attorney at Shearman & Sterling LLP who will soon leave that law firm, respectfully requests that the Court enter an order allowing him to withdraw as counsel for Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:14-cv-12095-MOB-MKM

2:15-cv-12068-MOB-MKM

Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named action as a result of this withdrawal.

    Respectfully Submitted,

    */s/ Kyle M. Noonan*
    Kyle M. Noonan
    Shearman & Sterling LLP
    401 9th Street, NW, Suite 800
    Washington, DC 20004-2128
    Phone: (202) 508-8000
    Fax: (202) 508-8100
    Email: kyle.noonan@shearman.com

    *Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*

Dated: May 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2017, I electronically filed a Motion to Withdraw as Counsel for Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

/s/ Kyle M. Noonan
Kyle M. Noonan
Shearman & Sterling LLP
401 9th Street, NW, Suite 800
Washington, DC 20004-2128
Phone: (202) 508-8000
Fax: (202) 508-8100
Email: kyle.noonan@shearman.com

*Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*

Dated: May 16, 2017