**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br><br>BEARINGS CASES<br><br>ELECTRIC POWERED STEERING ASSEMBLIES CASES<br><br>STATE ATTORNEY GENERAL CASES | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:13-cv-01900-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:15-cv-12068-MOB-MKM |
| THIS RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW KYLE NOONAN AS COUNSEL**

WHEREAS, Kyle M. Noonan, an attorney at Shearman & Sterling LLP, who represents Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., is leaving the law firm of Shearman & Sterling LLP;

WHEREAS, Mr. Noonan therefore requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-01900-MOB-MKM

2:13-cv-01902-MOB-MKM

2:13-cv-01903-MOB-MKM

2:14-cv-12095-MOB-MKM

2:15-cv-12068-MOB-MKM

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Mr. Noonan's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Mr. Noonan be permitted to withdraw as counsel for the above-named Defendants in the above actions.


Date: _____                    _____
                                          MARIANNE O. BATTANI
                                          United States District Judge