UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| In Re:  ALL PARTS | |
| THIS RELATES TO:  ALL CASES | |

NOTICE OF APPEARANCE

Please enter the Appearance of Angela A. Smedley of Winston & Strawn LLP as counsel for Panasonic Corporation and Panasonic Corporation of North America.

           Respectfully submitted,

           **WINSTON & STRAWN LLP**

           By: /s/ *Angela A. Smedley*
               Angela A. Smedley
               200 Park Avenue
               New York, NY  10166-4193
               Telephone: (212) 294-5348
               asmedley@winston.com

Dated:  May 17, 2017           *Attorney for Panasonic Corporation and Panasonic Corporation of North America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing by electronic mail to all counsel of record.

                                       By: /s/ *Angela A. Smedley*
                                           Angela A. Smedley
                                           WINSTON & STRAWN LLP
                                           200 Park Avenue
                                           New York, NY 10166-4193
                                           Telephone: (212) 294-5348
                                           asmedley@winston.com