**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
HON. MARIANNE O. BATTANI

_____

In Re: All Auto Parts Cases

12-02311

_____

THIS DOCUMENT RELATES TO:

All Auto Parts Cases
_____/

**ORDER DENYING NONPARTY HONDA'S OBJECTIONS TO SPECIAL MASTER'S
ORDER REGARDING HONDA DISCOVERY DATED JANUARY 19, 2017**

Before the Court is Nonparty Honda's Objections to Special Master's Order Regarding Honda Discovery Dated January 19, 2017 (Doc. No. 1637). For the reasons stated on the record at a hearing held May 16, 2017, the Objections are **DENIED**.

**IT IS SO ORDERED.**

Date:   May 19, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 19, 2017.

s/ Kay Doaks  
Case Manager
