UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) | Master File No. 12-md-02311<br>Honorable Marianne O. Battani<br>Magistrate Judge Mona K. Majzoub |
| ALL PARTS ) ) ) | |
| THIS RELATES TO:<br>ALL CASES ) ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Matthew T. Anderson, of the law firm Varnum LLP, hereby enters an appearance on behalf of Bosal Industries-Georgia, Inc. in the above-captioned case.

Dated:  May 19, 2017

Respectfully submitted,

VARNUM LLP

By:    /s/ Matthew T. Anderson
        Matthew T. Anderson
        333 Bridge Street NW
        Grand Rapids, MI 49504
        Telephone: (616) 336-6424
        Facsimile: (616) 336-7000
        mtanderson@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2017, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*s/ Matthew T. Anderson\*
Matthew T. Anderson
Varnum LLP
333 Bridge Street NW
Grand Rapids, MI 49504
Telephone: (616) 336-6424
Facsimile: (616) 336-7000
mtanderson@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

11830252