UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. MARIANNE O. BATTANI |

### AGENDA FOR JUNE 7, 2017 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

I. **REPORT OF SPECIAL MASTER**

II. **ALL ACTIONS IN MDL 2311**

    A. Settlement
        1. Status of Settlements (*See also* Status Report, § I).
        2. Direct Purchaser Cases: Provision of Customer Address Lists of Non-Settling Defendants for Purpose of Class Notice Only
        3. Parties' Update on Progress Before Settlement Master

    B. Status of Scheduling Orders

    C. Discovery
        1. Status of DOJ Discovery Stay
        2. Status of OEM Discovery

### III. BEARINGS

A. Direct Purchaser Cases: Plaintiffs' Motion for Class Certification and Appointment of Class Counsel – Status of Briefing

B. Set Hearing Date: BEARINGS/RADIATORS: Radiators Defendants' Motion for Leave to File Notice of Joinder to Bearings Defendants' Memorandum of Law in Opposition to Truck and Equipment Dealer Plaintiffs' Objection to, and Motion to Reverse in Part and Modify, the Special Master's Order Regarding Motion to Compel Documents from Rush Truck Plaintiffs, filed May 12, 2017 (Doc. Nos. 46, 48, 49 and 63 in 507, and Doc. No. 6 in 1007)

### IV. ELECTRONIC POWERED STEERING ASSEMBLIES

A. Set Hearing Date: EPSA Defendants' Joint Motion to Dismiss Direct Purchaser Plaintiffs' Class Action Complaint (Doc. No. 19 in 13-1901)

B. Set Hearing Date: Showa Defendants' Motion to Dismiss Direct Purchaser Action (Doc. No. 20 in 13-1901)

### V. DATE FOR NEXT STATUS CONFERENCE

A. The next two Status Conferences are scheduled for September 13, 2017 at 10:00 a.m. and December 6, 2017 at 10:00 a.m.

B. Scheduling of Subsequent Status Conference.

## VI. OTHER MATTERS

Any party interested in any part should appear.

## VII. MOTION HEARINGS

    A.    Wire Harnesses (100)

            1.    Furukawa Defendants' Second Amended Motion for Summary Judgment filed February 22, 2107.  (Doc Nos. 421, 422, 423, 424, 425, 426, 427, 428, 460 and 461 in 101.)

    B.    Multiple Parts

            1.    General Motors' Objection to Special Master's Orders Compelling Production of Certain Confidential Commercial, Trade Secret Pricing Documents (Doc. No. 1600 in 12-2311)
*Hearing set for 2:00, but may begin earlier

            2.    Certain Defendants Objection to Special master's December 29, 2016 Order Regarding the Production of Certain Vehicle Pricing Information from Certain Nonparty Original Equipment Manufacturers and their Affiliated Entities (Doc. No. 1599 in 12-2311)
*Hearing set for 2:30, but will immediately follow argument on General Motors' Objection


Date: May 23, 2017                /s/ Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

s/KaMyra Doaks

Case Manager
