**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br><br>Air Conditioning Systems; Direct Purchaser, End Payor, and Dealership Plaintiff Actions | |

## NOTICE OF APPEARANCE OF WILLIAM L. MONTS III

PLEASE TAKE NOTICE that the undersigned attorney, William L. Monts III, of the firm Hogan Lovells US LLP, enters his appearance in the above-captioned matters as counsel for Defendants Mitsubishi Heavy Industries, Ltd.; Mitsubishi Heavy Industries America, Inc.; and Mitsubishi Heavy Industries Climate Control, Inc.

Dated: June 5, 2017

Respectfully submitted,

By: /s/ William L. Monts III
D.C. Bar No. 428856
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-mail: william.monts@hoganlovells.com

*Counsel for Mitsubishi Heavy Industries, Ltd;*
*Mitsubishi Heavy Industries America, Inc.;* and
*Mitsubishi Heavy Industries Climate Control, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I electronically filed my appearance on behalf of Mitsubishi Heavy Industries, Ltd.; Mitsubishi Heavy Industries America, Inc.; and Mitsubishi Heavy Industries Climate Control, Inc. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  June 5, 2017

Respectfully submitted,

By: /s/ William L. Monts III
D.C. Bar No. 428856
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-mail: william.monts@hoganlovells.com

*Counsel for Mitsubishi Heavy Industries, Ltd;*
*Mitsubishi Heavy Industries America, Inc.;* and
*Mitsubishi Heavy Industries Climate Control, Inc.*