**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**ORDER GRANTING WITHDRAWAL OF ATTORNEY**
**KENNETH MERBER**

Notice has been filed regarding the withdrawal of Kenneth Merber of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation and DENSO International America, Inc.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Merber shall be removed as attorney of record in the following cases:

12-md-02311-MOB-MKM

12-cv-00100-MOB-MKM

12-cv-00101-MOB-MKM

12-cv-00102-MOB-MKM

12-cv-00103-MOB-MKM

Date:  June 7, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge