# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO:**<br>**ALL CASES** | |

## APPEARANCE OF CAROLINE DYE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Caroline Dye of the law firm Baker Botts L.L.P., as counsel on behalf of Toyoda Gosei Co. Ltd., Toyoda Gosei North America, and TG Missouri Corp. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: June 13, 2017

Respectfully submitted,

By: /s/ Caroline Dye
Caroline Dye
**Baker Botts L.L.P.**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

1

Phone: 202.639.1305
Fax: 202.639.1172
caroline.dye@bakerbotts.com

*Counsel for Defendants
Toyoda Gosei Co., Ltd., Toyoda Gosei
North America Corp., and TG
Missouri Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, a copy of the foregoing was filed with the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Caroline Dye
Caroline Dye
**Baker Botts L.L.P.**
