UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: VALVE TIMING CONTROL DEVICES | |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | 2: 13-cv-02500-MOB<br>2: 13-cv-02502-MOB-MKM<br>2: 13-cv-02503-MOB-MKM |

## MOTION TO WITHDRAW BRADLEY JUSTUS AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Jeremy Calsyn, an attorney at Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which firm represents Defendants Aisin Automotive Casting, LLC and Aisin Seiki Co., Ltd., respectfully requests that the Court enter an order allowing Bradley Justus to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2: 13-cv-02500-MOB

2: 13-cv-02502-MOB-MKM

2: 13-cv-02503-MOB-MKM

As of June 23, 2017, Mr. Justus will no longer be an attorney at Cleary. Other counsel of record at Cleary will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above actions by virtue of his withdrawal.

Dated: June 22, 2017

/s Jeremy Calsyn
Jeremy Calsyn (DC Bar #467737)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1522
Facsimile: (202) 974-1999
*jcalsyn@cgsh.com*

*Attorney for Defendants Aisin Automotive Casting, LLC and Aisin Seiki Co., Ltd*

## CERTIFICATE OF SERVICE

I, Clay P. McKeon, senior docket clerk in the Washington office of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 22, 2017, a copy of the foregoing **MOTION TO WITHDRAW BRADLEY JUSTUS AS COUNSEL** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel registered to receive ECF notifications.

DATED: June 22, 2017

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Clay P. McKeon