# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311<br>Honorable Marianne O. Battani<br>Special Master Gene J. Esshaki |
| In Re: All Auto Parts Cases | |
| THIS RELATES TO:<br><br>ALL AUTO PARTS CASES | |

**ORDER GRANTING SERVING PARTIES' MOTION TO FILE CERTAIN DEFENDANTS' REPLY IN SUPPORT OF THEIR OBJECTION TO THE SPECIAL MASTER'S DECEMBER 29, 2016 ORDER REGARDING THE PRODUCTION OF CERTAIN VEHICLE PRICING INFORMATION FROM CERTAIN NON-PARTY ORIGINAL EQUIPMENT MANUFACTURERS AND THEIR AFFILIATED ENTITIES <u>UNDER SEAL PURSUANT TO LOCAL RULE 5.3</u>**

The aforementioned motion came before the Court, seeking to file under seal certain materials having been designed by non-party General Motors as highly confidential pursuant to the protective orders in effect in this MDL.

Good cause having been shown, the motion is granted and the Clerk's office is directed to file the aforementioned Reply under seal.

Date: July 10, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge