# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-MD-02311 |
| **ALL PARTS** | Honorable Marianne O. Battani |
| **THIS RELATES TO: ALL CASES** | Magistrate Mona K. Majzoub |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office address, phone number, and e-mail address of Kenton Paul Knop have changed. The new office address, phone number, and e-mail address are as follows:

> 3215 Golf Rd., Ste. 181
> Delafield, WI 53018
> Telephone: (262) 912-0677
> E-mail: kpknoplaw@outlook.com

Dated: July 11, 2017

Respectfully submitted,

/s/ Kenton Paul Knop
Kenton Paul Knop (WI Bar No. 1095353)
3215 Golf Rd., Ste. 181
Delafield, WI 53018
Telephone: (262) 912-0677
kpknoplaw@outlook.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF-registered counsel.

/s/ Kenton Paul Knop
Kenton Paul Knop