**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-MD-02311<br>: Honorable Marianne O. Battani<br>: |
| In Re:  All Auto Parts Cases | : <br>: |
| THIS DOCUMENT RELATES TO: ALL AUTO PARTS CASES | : |

# ORDER WITHDRAWING APPEARANCE OF COUNSEL

The appearance of Joseph R. Ashby of the law firm Quinn Emanuel Urquhart & Sullivan, LLP as counsel for non-parties Hyundai Motor America and Hyundai AutoEver America, LLC, in connection with the subpoena served on those entities in the above-caption matters is hereby withdrawn.

IT IS SO ORDERED.

Date:  July 18, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

1