UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 12-md-2311<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL JORGENSON** |

**PLEASE TAKE NOTICE** that Michael Jorgenson is no longer employed by the Office of the California Attorney General and withdraws as attorney of record for the State of California in this case.

        Respectfully submitted,

        By: /s/ Michael Jorgenson
           Michael Jorgenson
           Deputy Attorney General
           California Department of Justice

Dated: July 26, 2017