UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : | 2:12-md-02311-MOB-MKM |
| ALL PARTS CASES : : : | Honorable Marianne O. Battani |
| THIS RELATES TO: ALL CASES : : : | |

### NOTICE OF APPEARANCE OF ZACARY D. TROTTER ON BEHALF OF YAZAKI NORTH AMERICA, INC. AND YAZAKI CORPORATION

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Zachary D. Trotter, of the law firm Jones Day, as counsel on behalf of Yazaki North America, Inc. and Yazaki Corporation in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: July 31, 2017                                    JONES DAY

By: */s/ Zachary D. Trotter*
Zachary D. Trotter (Ohio Bar. No. 0089318)
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, OH 44114
216-586-7567
216-579-0212 (facsimile)
*Email*: ztrotter@JonesDay.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2017, I electronically filed my Appearance on behalf of Yazaki North America, Inc. and Yazaki Corporation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 31, 2017                                        JONES DAY

                                                                          By: */s/ Zachary D. Trotter*
                                                           Zachary D. Trotter (Ohio Bar. No. 0089318)
                                                           JONES DAY
                                                           North Point, 901 Lakeside Ave.
                                                           Cleveland, OH 44114
                                                           216-586-7567
                                                           216-579-0212 (facsimile)
                                                           *Email*: ztrotter@JonesDay.com