# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | 12-md-02311 <br> Honorable Marianne O. Battani |
| ALL PARTS | ) ) ) ) ) | |
| THIS RELATES TO:  ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF SETH BASTIANELLI

PLEASE TAKE NOTICE that Seth Bastianelli of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC, and ASMO Greenville of North Carolina, Inc. **only** in the above-entitled matter.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  August 7, 2017                                         WILMER CUTLER PICKERING
                                                                                    HALE AND DORR LLP

                                                                By:    /s/ Seth Bastianelli
                                                                         Seth Bastianelli
                                                                         **WILMER CUTLER PICKERING**
                                                                             **HALE AND DORR LLP**
                                                                         1875 Pennsylvania Avenue, NW
                                                                         Washington, DC  20006
                                                                         Telephone:    (202) 663-6000
                                                                         Facsimile:     (202) 663-6610
                                                                         seth.bastianelli@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2017, I caused the foregoing Notice of Appearance of Seth Bastianelli to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

                By:    /s/ Seth Bastianelli
                            Seth Bastianelli
                            WILMER CUTLER PICKERING
                                HALE AND DORR LLP
                            1875 Pennsylvania Avenue, NW
                            Washington, DC  20006
                            Telephone:    (202) 663-6000
                            Facsimile:     (202) 663-6610
                            seth.bastianelli@wilmerhale.com