# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## ORDER GRANTING ATTORNEY WITHDRAWAL
## OF PAUL A. SAND IN ALL ACTIONS

A motion has been filed regarding the withdrawal of Paul A. Sand as counsel on behalf of Automobile Dealership Plaintiffs. Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

IT IS ORDERED that Mr. Sand shall be removed as an attorney of record in the following cases:

Master File No. 12-md-02311

Wire Harness Cases
  2:12-cv-00100-MOB-MKM
  2:12-cv-00102-MOB-MKM

Instrument Panel Clusters
  2:13-cv-00200-MOB-MKM
  2:13-cv-00201-MOB-MKM
  2:13-cv-00202-MOB-MKM
  2:13-cv-00203-MOB-MKM

Fuel Senders
  2:12-cv-00300-MOB-MKM
  2:12-cv-00302-MOB-MKM

Heater Control Panels
    2:12-cv-00400-MOB-MKM
    2:12-cv-00401-MOB-MKM
    2:12-cv-00402-MOB-MKM

Bearings
    2:12-cv-00500-MOB-MKM
    2:12-cv-00501-MOB-MKM
    2:12-cv-00502-MOB-MKM
    2:12-cv-00503-MOB-MKM

Occupant Safety Systems
    2:13-cv-00600-MOB-MKM
    2:13-cv-00601-MOB-MKM
    2:13-cv-00602-MOB-MKM
    2:13-cv-00603-MOB-MKM

Alternators
    2:13-cv-00700-MOB-MKM
    2:13-cv-00702-MOB-MKM

Anti-Vibration Rubber Parts
    2:13-cv-00800-MOB-MKM
    2:13-cv-00802-MOB-MKM

Windshield Wipers Systems
    2:13-cv-00900-MOB-MKM
    2:13-cv-00902-MOB-MKM

Radiators
    2:13-cv-01000-MOB-MKM
    2:13-cv-01002-MOB-MKM

Starters
    2:13-cv-01100-MOB-MKM
    2:13-cv-01102-MOB-MKM

Switches
    2:13-cv-01300-MOB-MKM
    2:13-cv-01302-MOB-MKM

Ignition Coils
    2:13-cv-01400-MOB-MKM
    2:13-cv-01402-MOB-MKM

HID Ballasts
    2:13-cv-01700-MOB-MKM
    2:13-cv-01702-MOB-MKM

Inverters
    2:13-cv-01800-MOB-MKM
    2:13-cv-01802-MOB-MKM

Electronic Powered Steering Assemblies
    2:13-cv-01900-MOB-MKM
    2:13-cv-01902-MOB-MKM

Air Flow Meters
    2:13-cv-02000-MOB-MKM
    2:13-cv-02002-MOB-MKM

Fan Motors
    2:13-cv-02100-MOB-MKM
    2:13-cv-02102-MOB-MKM

Fuel Injection Systems
    2:13-cv-02200-MOB-MKM
    2:13-cv-02202-MOB-MKM

Power Window Motors
    2:13-cv-02300-MOB-MKM
    2:13-cv-02302-MOB-MKM

ATF Warmers
    2:13-cv-02400-MOB-MKM
    2:13-cv-02402-MOB-MKM

Valve Timing Control Devices
    2:13-cv-02500-MOB-MKM
    2:13-cv-02502-MOB-MKM

Electronic Throttle Bodies
    2:13-cv-02600-MOB-MKM
    2:13-cv-02602-MOB-MKM

Air Conditioning Systems
    2:13-cv-02700-MOB-MKM
    2:13-cv-02702-MOB-MKM

Windshield Washer Systems
    2:13-cv-02800-MOB-MKM
    2:13-cv-02802-MOB-MKM

Spark Plugs
    2:15-cv-03000-MOB-MKM
    2:15-cv-03002-MOB-MKM

**THE LAW OFFICE OF LARSON KING IS DIRECTED TO DOCKET A DISCONTINUE OF NEF'S AND REMOVE ATTORNEY SAND FROM ALL CASES LISTED IN THE ORDER.  (Discontinue of NEF's event is located under Other Filings/Other documents).**

Date:  August 10, 2017                                  s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge