UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: HID BALLASTS | |
| THIS RELATES TO: | |
| DAT-A-SYST, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DENSO CORPORATION, *et al*,<br><br>　　　　　Defendants | Case No. 2:17-cv-12331<br>Case No. 2-13-cv-01701 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff DAT-A-SYST, LLC in the above-captioned matter.

Dated: August 16, 2017　　　　　/s/ Gregory P. Hansel
　　　　　　　　　　　　　　　　　Preti Flaherty Beliveau & Pachios, LLP
　　　　　　　　　　　　　　　　　One City Center, PO Box 9546
　　　　　　　　　　　　　　　　　Portland, ME 04112
　　　　　　　　　　　　　　　　　Tel. 207-791-3000
　　　　　　　　　　　　　　　　　Fax 207-791-3111
　　　　　　　　　　　　　　　　　ghansel@preti.com

　　　　　　　　　　　　　　　　　One of the attorneys for Plaintiff DAT-A-SYST, LLC

12165638.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Plaintiff DAT-A-SYST, LLC

12165638.1