# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

## NOTICE OF SEPTEMBER 13, 2017 STATUS CONFERENCE AND REQUEST FOR AGENDA ITEMS

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., September 13, 2017,** in Room 272.  All Interim Liaison Counsel and at least one representative from each of the Interim Lead Counsel groups must be present, as well as counsel for the State of Florida and State of Indiana.  Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference.  In addition, Counsel must specify which motions, if any, they would like to argue following the status conference.  Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., August 23, 2017**.  The Court will finalize the Agenda and file it electronically by August 30, 2017.

Date:   August 17, 2017

s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 17, 2017.

s/ Kay Doaks
Case Manager