# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO: ALL DIRECT PURCHASER, DEALERSHIP AND END-PAYOR ACTIONS | 2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM |

## NOTICE OF APPEARANCE OF ERIN GLAVICH

TO:   THE CLERK OF THE COURT

Please enter the appearance of Erin Glavich of the law firm of Baker & Miller PLLC, as counsel on behalf of Defendants Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: August 22, 2017

Respectfully submitted,

BAKER & MILLER PLLC

/s/ Erin Glavich
Erin Glavich
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
eglavich@bakerandmiller.com

*Counsel for Defendants Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I, Erin Glavich, an attorney, hereby certify that on August 22, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF ERIN GLAVICH to be filed and served electronically via the ECF system.

Respectfully submitted,

BAKER & MILLER PLLC

/s/ Erin Glavich
Erin Glavich
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
eglavich@bakerandmiller.com

*Counsel for Defendants Tokai Rika Co., Ltd. and TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc.*