UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

_____

**PLEASE TAKE NOTICE** that Anik Banerjee, Deputy Attorney General, Office of the Attorney General, State of California, enters his appearance as counsel of record for the State of California in the above-captioned matter.

Dated: August 30, 2017         Respectfully submitted

                                s/ Anik Banerjee_____
                                Anik Banerjee
                                Deputy Attorney General
                                Office of the Attorney General
                                California Department of Justice
                                300 South Spring Street, Suite 1702
                                Los Angeles, CA 90013
                                Tel: (213) 897-2610
                                Fax: (213) 897-2801
                                Email: anik.banerjee@doj.ca.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2017, I caused the foregoing Notice of Appearance of Anik Banerjee to be electronically filed with the Clerk of the Court using the CM/ECF system, which will end notification of such filings to all counsel of record.

By:  s/ Anik Banerjee_____
Anik Banerjee
Deputy Attorney General
Office of the Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 897-2610
Fax: (213) 897-2801
Email: anik.banerjee@doj.ca.gov