## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) ) ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: *ALTERNATORS* CASES ) ) ) ) ) ) ) ) | **Jury Trial Demanded** |
| THIS RELATES TO: ) ) GROUP 1 AUTOMOTIVE, INC. AS ) ASSIGNEE ON BEHALF OF GROUP 1 ) AUTOMOTIVE WHOLLY-OWNED ) SUBSIDIARY DEALERSHIPS, ) ASBURY AUTOMOTIVE GROUP, INC. ) AS ASSIGNEE ON BEHALF OF ) ASBURY AUTOMOTIVE WHOLLY- ) OWNED SUBSIDIARY DEALERSHIPS, ) VAN TUYL GROUP, LLC AS ASSIGNEE ) ON BEHALF OF ASSIGNOR ) DEALERSHIPS, AND MAJOR ) AUTOMOTIVE COMPANIES, INC. ) AS ASSIGNEE ON BEHALF OF ) MAJOR AUTOMOTIVE WHOLLY-OWNED ) SUBSIDIARY DEALERSHIPS, ) BRONX FORD, INC., AND ) CITY WORLD MOTORS, LLC, ) ) Plaintiffs. ) ) v. ) ) DENSO CORP., ) DENSO INTERNATIONAL ) AMERICA, INC., ) MITSUBISHI ELECTRIC CORPORATION, ) | Case No. 2:17-cv-11995 |

1

| | |
|---|---|
| MITSUBISHI ELECTRIC US HOLDINGS, INC., | ) ) |
| MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., | ) ) |
| MITSUBA CORPORATION, | ) |
| AMERICAN MITSUBA CORPORATION, | ) |
| ROBERT BOSCH GMBH, AND | ) |
| ROBERT BOSCH LLC, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE OF ANDREW G. PATE

PLEASE TAKE NOTICE that Andrew G. Pate of Nix, Patterson & Roach, LLP hereby enters his appearance on behalf of Plaintiffs in the above-titled matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

DATED: September 1, 2017                         Respectfully submitted,

*/s/ Andrew G. Pate*_____
Andrew G. Pate
Texas Bar No. 24079111
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email:  dpate@nixlaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

                                          */s/ Andrew G. Pate*
                                          Andrew G. Pate