**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION**

12-md-02311
Honorable Marianne O. Battani

————————————————

**ALL PARTS**

————————————————

**THIS RELATES TO:  ALL CASES**

————————————————/

## AUGUST 26, 2017, ELECTRONIC CASE MANAGEMENT PROTOCOL ORDER

On August 29, 2012, the Court entered its Electronic Case Management Protocol Order, with an effective date of September 10, 2012, to simplify the electronic case filing ("ECF") system in Automotive Parts Antitrust Litigation.  Since then, the Court has amended the ECF procedures several times to assign numbers to newly added parts and putative classes.  Because several new parts have been included in 12-2311 since the last amended order, the Court amends the protocol as follows:

1.  The "Master Case," 12-md-02311, includes all cases involving automotive parts antitrust actions that are transferred to the Court by the Judicial Panel on Multidistrict Litigation ("JPML") or otherwise consolidated or coordinated with other matters before the Court under the Master Case, 12-md-02311.

2.  The Master Case includes "Lead Cases" relating to specific parts.   The Lead Cases are designated by a five digit number: the first three digits are associated with the particular part; the last two digits–00–reflect that the case is the lead case.

3.  The Lead Cases include "Class Cases" for each particular putative class of

plaintiffs and also include "Miscellaneous Cases" that do not fall within any putative class.  The inclusion of Class Cases and Miscellaneous Cases in each specific part may only reflect a place holding function and will be populated if and when an individual case falling into the designation is filed.

    4.  The Class Cases include the following:

        Direct Purchaser Action, designated with the last two digits–01;

        Dealership Action, designated with the last two digits–02;

        End-Payor Action, designated with the last two digits–03;

        Public Entities, designated with the last two digits–06;

        Trucks and Equipment Dealer Actions, designated with the last two digits–07.

    5.  The Miscellaneous Cases include the following:

        OEM plaintiffs, for example, Ford Motor Company, designated with the last two digits–04;

        State Attorneys General plaintiffs, such as the State of Florida and State of Indiana, designated with the last two digits–05;

    6.  Within each Class Case or Miscellaneous Case, there will be individual member cases referred to as  "Individual Cases."  These are the originally filed individual complaints that will retain the originally assigned case numbers.  Accordingly, the cases will be organized as follows:

| MASTER DOCKET ("MASTER CASE") | In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION 12-md-02311 | |
|---|---|---|
| **LEAD CASE** | **WIRE HARNESS** | 2:12-cv-00100 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00101 |
| Class Case | Dealership Actions | 2:12-cv-00102 |
| Class Case | End-Payor Actions | 2:12-cv-00103 |
| Miscellaneous Case | OEMs | 2:13-cv-00104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00105 |
| Class Case | Public Entities | 2:14-cv-00106 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00107 |
| Miscellaneous Case | Assignees | 2:17-cv-00108 |
| **LEAD CASE** | **INSTRUMENT PANEL CLUSTERS** | 2:12-cv-00200 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00201 |
| Class Case | Dealership Actions | 2:12-cv-00202 |
| Class Case | End-Payor Actions | 2:12-cv-00203 |
| Miscellaneous Case | OEMs | 2:12-cv-00204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00205 |
| Class Case | Public Entities | 2:14-cv-00206 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00207 |
| **LEAD CASE** | **FUEL SENDERS** | 2:12-cv-00300 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00301 |

| Class Case | Dealership Actions | 2:12-cv-00302 |
|---|---|---|
| Class Case | End-Payor Actions | 2:12-cv-00303 |
| Miscellaneous Case | OEMs | 2:13-cv-00304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00305 |
| Class Case | Public Entities | 2:14-cv-00306 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00307 |
| Miscellaneous Case | Assignees | 2:17-cv-00308 |
| **LEAD CASE** | **HEATER CONTROL PANELS** | 2:12-cv-00400 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00401 |
| Class Case | Dealership Actions | 2:12-cv-00402 |
| Class Case | End-Payor Actions | 2:12-cv-00403 |
| Miscellaneous Case | OEMs | 2:13-cv-00404 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00405 |
| Class Case | Public Entities | 2:14-cv-00406 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00407 |
| Miscellaneous Case | Assignees | 2:17-cv-00408 |
| **LEAD CASE** | **BEARINGS** | 2:12-cv-00500 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00501 |
| Class Case | Dealership Actions | 2:12-cv-00502 |
| Class Case | End-Payor Actions | 2:12-cv-00503 |
| Miscellaneous Case | OEMs | 2:13-cv-00504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00505 |
| Class Case | Public Entities | 2:14-cv-00506 |

4

| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00507 |
|---|---|---|
| Miscellaneous Case | Asignees | 2:17-cv-00508 |
| **LEAD CASE** | **OCCUPANT SAFETY SYSTEMS** | 2:12-cv-00600 |
| Class Case | Direct Purchaser Actions | 2:12-cv-00601 |
| Class Case | Dealership Actions | 2:12-cv-00602 |
| Class Case | End-Payor Actions | 2:12-cv-00603 |
| Miscellaneous Case | OEMs | 2:13-cv-00604 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00605 |
| Class Case | Public Entities | 2:14-cv-00606 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00607 |
| **LEAD CASE** | **ALTERNATORS** | 2:13-cv-00700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00701 |
| Class Case | Dealership Actions | 2:13-cv-00702 |
| Class Case | End-Payor Actions | 2:13-cv-00703 |
| Miscellaneous Case | OEMs | 2:13-cv-00704 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00705 |
| Class Case | Public Entities | 2:14-cv-00706 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00707 |
| Miscellaneous Case | Asignees | 2:17-cv-00708 |
| **LEAD CASE** | **ANTI-VIBRATIONAL RUBBER PARTS** | 2:13-cv-00800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00801 |
| Class Case | Dealership Actions | 2:13-cv-00802 |
| Class Case | End-Payor Actions | 2:13-cv-00803 |

5

| Miscellaneous Case | OEMs | 2:13-cv-00804 |
|---|---|---|
| Miscellaneous Case | States Attorneys General | 2:13-cv-00805 |
| Class Case | Public Entities | 2:14-cv-00806 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00807 |
| Miscellaneous Case | Assignees | 2:17-cv-00808 |
| **LEAD CASE** | **WINDSHIELD WIPERS** | 2:13-cv-00900 |
| Class Case | Direct Purchaser Actions | 2:13-cv-00901 |
| Class Case | Dealership Actions | 2:13-cv-00902 |
| Class Case | End-Payor Actions | 2:13-cv-00903 |
| Miscellaneous Case | OEMs | 2:13-cv-00904 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-00905 |
| Class Case | Public Entities | 2:14-cv-00906 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-00907 |
| Miscellaneous Case | Assignees | 2:17-cv-00908 |
| **LEAD CASE** | **RADIATORS** | 2:13-cv-01000 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01001 |
| Class Case | Dealership Actions | 2:13-cv-01002 |
| Class Case | End-Payor Actions | 2:13-cv-01003 |
| Miscellaneous Case | OEMs | 2:13-cv-01004 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01005 |
| Class Case | Public Entities | 2:14-cv-01006 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01007 |
| Miscellaneous Case | Assignees | 2:17-cv-01008 |

| LEAD CASE | STARTERS | 2:13-cv-01100 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:13-cv-01101 |
| Class Case | Dealership Actions | 2:13-cv-01102 |
| Class Case | End-Payor Actions | 2:13-cv-01103 |
| Miscellaneous Case | OEMs | 2:13-cv-01104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01105 |
| Class Case | Public Entities | 2:14-cv-01106 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01107 |
| Miscellaneous Case | Assignees | 2:17-cv-01108 |
| **LEAD CASE** | **AUTOMOTIVE LAMPS** | 2:13-cv-01200 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01201 |
| Class Case | Dealership Actions | 2:13-cv-01202 |
| Class Case | End-Payor Actions | 2:13-cv-01203 |
| Miscellaneous Case | OEMs | 2:13-cv-01204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01205 |
| Class Case | Public Entities | 2:14-cv-01206 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01207 |
| **LEAD CASE** | **SWITCHES** | 2:13-cv-01300 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01301 |
| Class Case | Dealership Actions | 2:13-cv-01302 |
| Class Case | End-Payor Actions | 2:13-cv-01303 |
| Miscellaneous Case | OEMs | 2:13-cv-01304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01305 |

| Class Case | Public Entities | 2:14-cv-01306 |
|---|---|---|
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01307 |
| **LEAD CASE** | **IGNITION COILS** | 2:13-cv-01400 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01401 |
| Class Case | Dealership Actions | 2:13-cv-01402 |
| Class Case | End-Payor Actions | 2:13-cv-01403 |
| Miscellaneous Case | OEMs | 2:13-cv-01404 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01405 |
| Class Case | Public Entities | 2:14-cv-01406 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01407 |
| **LEAD CASE** | **MOTOR GENERATOR** | 2:13-cv-01500 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01501 |
| Class Case | Dealership Actions | 2:13-cv-01502 |
| Class Case | End-Payor Actions | 2:13-cv-01503 |
| Miscellaneous Case | OEMs | 2:13-cv-01504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01505 |
| Class Case | Public Entities | 2:14-cv-01506 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01507 |
| Miscellaneous Case | Assignees | 2:17-cv-01508 |
| **LEAD CASE** | **STEERING ANGLE SENSORS** | 2:13-cv-01600 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01601 |
| Class Case | Dealership Actions | 2:13-cv-01602 |
| Class Case | End-Payor Actions | 2:13-cv-01603 |

8

Case 2:12-md-02311-SFC-RSW   ECF No. 1804, PageID.33301   Filed 09/01/17   Page 9 of 22

| Miscellaneous Case | OEMs | 2:13-cv-01604 |
|---|---|---|
| Miscellaneous Case | States Attorneys General | 2:13-cv-01605 |
| Class Case | Public Entities | 2:14-cv-01606 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01607 |
| **LEAD CASE** | **HID BALLASTS** | 2:13-cv-01700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01701 |
| Class Case | Dealership Actions | 2:13-cv-01702 |
| Class Case | End-Payor Actions | 2:13-cv-01703 |
| Miscellaneous Case | OEMs | 2:13-cv-01704 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01705 |
| Class Case | Public Entities | 2:14-cv-01706 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01707 |
| Miscellaneous Case | Assignees | 2:17-cv-1708 |
| **LEAD CASE** | **INVERTERS** | 2:13-cv-01800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-01801 |
| Class Case | Dealership Actions | 2:13-cv-01802 |
| Class Case | End-Payor Actions | 2:13-cv-01803 |
| Miscellaneous Case | OEMs | 2:13-cv-01804 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01805 |
| Class Case | Public Entities | 2:14-cv-01806 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01807 |
| **LEAD CASE** | **ELECTRONIC POWERED STEERING ASSEMBLIES** | 2:13-cv-01900 |

9

| Class Case | Direct Purchaser Actions | 2:13-cv-01901 |
| Class Case | Dealership Actions | 2:13-cv-01902 |
| Class Case | End-Payor Actions | 2:13-cv-01903 |
| Miscellaneous Case | OEMs | 2:13-cv-01904 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-01905 |
| Class Case | Public Entities | 2:14-cv-01906 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-01907 |
| Miscellaneous Case | Assignees | 2:17-cv-01908 |
| **LEAD CASE** | **AIR FLOW METERS** | 2:13-cv-02000 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02001 |
| Class Case | Dealership Actions | 2:13-cv-02002 |
| Class Case | End-Payor Actions | 2:13-cv-02003 |
| Miscellaneous Case | OEMs | 2:13-cv-02004 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02005 |
| Class Case | Public Entities | 2:14-cv-02006 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02007 |
| **LEAD CASE** | **FAN MOTORS** | 2:13-cv-02100 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02101 |
| Class Case | Dealership Actions | 2:13-cv-02102 |
| Class Case | End-Payor Actions | 2:13-cv-02103 |
| Miscellaneous Case | OEMs | 2:13-cv-02104 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02105 |
| Class Case | Public Entities | 2:14-cv-02106 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02107 |

| Miscellaneous Case | Assignees | 2:17-cv-02108 |
|---|---|---|
| **LEAD CASE** | **FUEL INJECTION SYSTEMS** | 2:13-cv-02200 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02201 |
| Class Case | Dealership Actions | 2:13-cv-02202 |
| Class Case | End-Payor Actions | 2:13-cv-02203 |
| Miscellaneous Case | OEMs | 2:13-cv-02204 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02205 |
| Class Case | Public Entities | 2:14-cv-02206 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02207 |
| Miscellaneous Case | Assignees | 2:17-cv-2208 |
| **LEAD CASE** | **POWER WINDOW MOTORS** | 2:13-cv-02300 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02301 |
| Class Case | Dealership Actions | 2:13-cv-02302 |
| Class Case | End-Payor Actions | 2:13-cv-02303 |
| Miscellaneous Case | OEMs | 2:13-cv-02304 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02305 |
| Class Case | Public Entities | 2:14-cv-02306 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02307 |
| Miscellaneous Case | Assignees | 2:17-cv-02308 |
| **LEAD CASE** | **AUTOMATIC TRANSMISSION FLUID WARMERS** | 2:13-cv-02400 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02401 |
| Class Case | Dealership Actions | 2:13-cv-02402 |
| Class Case | End-Payor Actions | 2:13-cv-02403 |

| Miscellaneous Case | OEMs | 2:13-cv-02404 |
|---|---|---|
| Miscellaneous Case | States Attorneys General | 2:13-cv-02405 |
| Class Case | Public Entities | 2:14-cv-02406 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02407 |
| **LEAD CASE** | **VALVE TIMING CONTROL DEVICES** | 2:13-cv-02500 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02501 |
| Class Case | Dealership Actions | 2:13-cv-02502 |
| Class Case | End-Payor Actions | 2:13-cv-02503 |
| Miscellaneous Case | OEMs | 2:13-cv-02504 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02505 |
| Class Case | Public Entities | 2:14-cv-02506 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02507 |
| **LEAD CASE** | **ELECTRONIC THROTTLE BODIES** | 2:13-cv-02600 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02601 |
| Class Case | Dealership Actions | 2:13-cv-02602 |
| Class Case | End-Payor Actions | 2:13-cv-02603 |
| Miscellaneous Case | OEMs | 2:13-cv-02604 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02605 |
| Class Case | Public Entities | 2:14-cv-02606 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02607 |
| **LEAD CASE** | **AIR CONDITIONING SYSTEMS** | 2:13-cv-02700 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02701 |
| Class Case | Dealership Actions | 2:13-cv-02702 |

| Class Case | End-Payor Actions | 2:13-cv-02703 |
|---|---|---|
| Miscellaneous Case | OEMs | 2:13-cv-02704 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02705 |
| Class Case | Public Entities | 2:14-cv-02706 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02707 |
| Miscellaneous Case | Assignees | 2:17-cv-02708 |
| **LEAD CASE** | **WINDSHIELD WASHER SYSTEMS** | 2:13-cv-02800 |
| Class Case | Direct Purchaser Actions | 2:13-cv-02801 |
| Class Case | Dealership Actions | 2:13-cv-02802 |
| Class Case | End-Payor Actions | 2:13-cv-02803 |
| Miscellaneous Case | OEMs | 2:13-cv-02804 |
| Miscellaneous Case | States Attorneys General | 2:13-cv-02805 |
| Class Case | Public Entities | 2:14-cv-02806 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02807 |
| Miscellaneous Case | Assignees | 2:17-cv-02808 |
| **LEAD CASE** | **CONSTANT VELOCITY JOINT BOOT PRODUCTS** | 2:14-cv-02900 |
| Class Case | Direct Purchaser Actions | 2:14-cv-02901 |
| Class Case | Dealership Actions | 2:14-cv-02902 |
| Class Case | End-Payor Actions | 2:14-cv-02903 |
| Miscellaneous Case | OEMs | 2:14-cv-02904 |
| Miscellaneous Case | States Attorneys General | 2:14-cv-02905 |
| Class Case | Public Entities | 2:14-cv-02906 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-02907 |
| **LEAD CASE** | **SPARK PLUGS** | 2:15-cv-03000 |

| Class Case | Direct Purchaser Actions | 2:15-cv-03001 |
|---|---|---|
| Class Case | Dealership Actions | 2:15-cv-03002 |
| Class Case | End-Payor Actions | 2:15-cv-03003 |
| Miscellaneous Case | OEMs | 2:15-cv-03004 |
| Miscellaneous Case | States Attorneys General | 2:15-cv-03005 |
| Class Case | Public Entities | 2:15-cv-03006 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-03007 |
| Miscellaneous Case | Assignees | 2:17-cv-03008 |
| **LEAD CASE** | **OXYGEN SENSORS** | 2:15-cv-03100 |
| Class Case | Direct Purchaser Actions | 2:15-cv-03101 |
| Class Case | Dealership Actions | 2:15-cv-03102 |
| Class Case | End-Payor Actions | 2:15-cv-03103 |
| Miscellaneous Case | OEMs | 2:15-cv-03104 |
| Miscellaneous Case | States Attorneys General | 2:15-cv-03105 |
| Class Case | Public Entities | 2:15-cv-03106 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-03107 |
| **LEAD CASE** | **HOSES** | 2:15-cv-03200 |
| Class Case | Direct Purchaser Actions | 2:15-cv-03201 |
| Class Case | Dealership Actions | 2:15-cv-03202 |
| Class Case | End-Payor Actions | 2:15-cv-03203 |
| Miscellaneous Case | OEMs | 2:15-cv-03204 |
| Miscellaneous Case | States Attorneys General | 2:15-cv-03205 |
| Class Case | Public Entities | 2:15-cv-03206 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-03207 |

| LEAD CASE | SHOCK ABSORBERS | 2:15-cv-03300 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:15-cv-03301 |
| Class Case | Dealership Actions | 2:15-cv-03302 |
| Class Case | End-Payor Actions | 2:15-cv-03303 |
| Miscellaneous Case | OEMs | 2:15-cv-03304 |
| Miscellaneous Case | States Attorneys General | 2:15-cv-03305 |
| Class Case | Public Entities | 2:15-cv-03306 |
| Class Case | Truck and Equipment Dealer Actions | 2:15-cv-03307 |
| LEAD CASE | BODY SEALING PRODUCTS | 2:16-cv-03400 |
| Class Case | Direct Purchaser Actions | 2:16-cv-03401 |
| Class Case | Dealership Actions | 2:16-cv-03402 |
| Class Case | End-Payor Actions | 2:16-cv-03403 |
| Miscellaneous Case | OEMs | 2:16-cv-03404 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-03405 |
| Class Case | Public Entities | 2:16-cv-03406 |
| Class Case | Truck and Equipment Dealer Actions | 2:16-cv-03407 |
| LEAD CASE | INTERIOR TRIM PRODUCTS | 2:16-cv-03500 |
| Class Case | Direct Purchaser Actions | 2:16-cv-03501 |
| Class Case | Dealership Actions | 2:16-cv-03502 |
| Class Case | End-Payor Actions | 2:16-cv-03503 |
| Miscellaneous Case | OEMs | 2:16-cv-03504 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-03505 |
| Class Case | Public Entities | 2:16-cv-03506 |
| Class Case | Truck and Equipment Dealer Actions | 2:16-cv-03507 |

| LEAD CASE | AUTOMOTIVE BRAKE HOSES | 2:16-cv-3600 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:16-cv-3601 |
| Class Case | Dealership Actions | 2:16-cv-3602 |
| Class Case | End-Payor Actions | 2:16-cv-3603 |
| Miscellaneous Case | OEMs | 2:16-cv-3604 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-3605 |
| Class Case | Public Entities | 2:16-cv-3606 |
| Class Case | Truck and Equipment Dealers | 2:16-cv-3607 |
| LEAD CASE | EXHAUST SYSTEMS | 2:16-cv-3700 |
| Class Case | Direct Purchaser Actions | 2:16-cv-3701 |
| Class Case | Dealership Actions | 2:16-cv-3702 |
| Class Case | End-Payor Actions | 2:16-cv-3703 |
| Miscellaneous Case | OEMs | 2:16-cv-3704 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-3705 |
| Class Case | Public Entities | 2:16-cv-3706 |
| Class Case | Truck and Equipment Dealers | 2:16-cv-3707 |
| LEAD CASE | CERAMIC SUBSTRATES | 2:16-cv-3800 |
| Class Case | Direct Purchaser Actions | 2:16-cv-3801 |
| Class Case | Dealership Actions | 2:16-cv-3802 |
| Class Case | End-Payor Actions | 2:16-cv-3803 |
| Miscellaneous Case | OEMs | 2:16-cv-3804 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-3805 |
| Class Case | Public Entities | 2:16-cv-3806 |
| Class Case | Truck and Equipment Dealers | 2:16-cv-3807 |

| LEAD CASE | POWER WINDOW SWITCHES | 2:16-cv-3900 |
|---|---|---|
| Class Case | Direct Purchaser Actions | 2:16-cv-3901 |
| Class Case | Dealership Actions | 2:16-cv-3902 |
| Class Case | End-Payor Actions | 2:16-cv-3903 |
| Miscellaneous Case | OEMs | 2:16-cv-3904 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-3905 |
| Class Case | Public Entities | 2:16-cv-3906 |
| Class Case | Truck and Equipment Dealers | 2:16-cv-3907 |
| Miscellaneous Case | Asignees | 2:17-cv-3908 |
| LEAD CASE | AUTOMOTIVE STEEL TUBES | 2:16-cv-4000 |
| Class Case | Direct Purchaser Actions | 2:16-cv-4001 |
| Class Case | Dealership Actions | 2:16-cv-4002 |
| Class Case | End-Payor Actions | 2:16-cv-4003 |
| Miscellaneous Case | OEMs | 2:16-cv-4004 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-4005 |
| Class Case | Public Entities | 2:16-cv-4006 |
| Class Case | Truck and Equipment Dealers | 2:16-cv-4007 |
| LEAD CASE | ACCESS MECHANISMS | 2:16-cv-4100 |
| Class Case | Direct Purchaser Actions | 2:16-cv-4101 |
| Class Case | Dealership Actions | 2:16-cv-4102 |
| Class Case | End-Payor Actions | 2:16-cv-4103 |
| Miscellaneous Case | OEMs | 2:16-cv-4104 |
| Miscellaneous Case | States Attorneys General | 2:16-cv-4105 |
| Class Case | Public Entities | 2:16-cv-4106 |

| Class Case | Truck and Equipment Dealers | 2:16-cv-4107 |
|---|---|---|
| **LEAD CASE** | **SMALL BEARINGS** | 2:17-cv-4200 |
| Class Case | Direct Purchaser Actions | 2:17-cv-4201 |
| Class Case | Dealership Actions | 2:17-cv-4202 |
| Class Case | End-Payor Actions | 2:17-cv-4203 |
| Miscellaneous Case | OEMs | 2:17-cv-4204 |
| Miscellaneous Case | States Attorneys General | 2:17-cv-4205 |
| Class Case | Public Entities | 2:17-cv-4206 |
| Class Case | Truck and Equipment Dealers | 2:17-cv-4207 |
| **LEAD CASE** | **DOOR LATCHES** | 2:17-cv-4300 |
| Class Case | Direct Purchaser Actions | 2:17-cv-4301 |
| Class Case | Dealership Actions | 2:17-cv-4302 |
| Class Case | End-Payor Actions | 2:17-cv-4303 |
| Miscellaneous Case | OEMs | 2:17-cv-4304 |
| Miscellaneous Case | States Attorneys General | 2:17-cv-4305 |
| Class Case | Public Entities | 2:17-cv-4306 |
| Class Case | Truck and Equipment Dealers | 2:17-cv-4307 |

7.  Papers applicable to all antitrust actions involving all automotive parts=
transferred to this Court shall be filed only in 12-md-02311.  The following caption shall
be used:

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

18

**In Re: AUTOMOTIVE PARTS**    12-md-02311
**ANTITRUST LITIGATION**    Honorable Marianne O. Battani

_____

**ALL PARTS**

_____

**THIS RELATES TO:  ALL CASES**
_____/

  8.  Papers applicable to all actions relating to a particular part shall be filed only in the appropriate Lead Case.  The following caption shall be used:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In Re: AUTOMOTIVE PARTS**    12-md-02311
**ANTITRUST LITIGATION**    Honorable Marianne O. Battani

_____

**In Re: [*NAME OF PART*] CASES**   2:1[x]-cv-0[xxxx]-MOB-MKM

_____

**THIS RELATES TO:  ALL**
**[Name of the Part] CASES**
_____/

  9.  Papers only applicable to a specific action relating to a particular

part shall be filed only in the appropriate Class Case or Miscellaneous Case within the

appropriate Lead Case.  The following caption shall be used:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In Re: AUTOMOTIVE PARTS**    12-md-02311
**ANTITRUST LITIGATION**    Honorable Marianne O. Battani

_____

19

In Re: [*NAME OF PART*] CASES

_____

THIS RELATES TO:                          2:1[x]-cv-0[xxxx]-MOB-MKM
[*NAME OF PUTATIVE CLASS
CASE* OR MISCELLANEOUS
CASE]

_____/

10.  By way of example, papers applicable to all complaints relating to Wire

Harnesses shall be filed  only in 2:12-cv-00100, the Lead Case, and not separately in

the Master Case, 12-md-02311, or in any Class Case, Miscellaneous Case, or

Individual Case.  As a further example, all papers applicable to the Dealership

Consolidated Amended Complaint relating to Wire Harnesses shall be filed only in the

Class Case, 2:12-cv-00102, and not separately in the Master Case, or 12-md-02311,

or the Lead Case, 2:12-cv-00100.

11.  Any paper that is applicable only to an Individual Case or Miscellaneous Case

must be filed separately in each applicable Individual Case **and** (b) the Class Case or

Miscellaneous Case in which such Individual Case is assigned.  The following caption

shall be used:

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re: **AUTOMOTIVE PARTS**                12-md-02311
**ANTITRUST LITIGATION**                   Honorable Marianne O. Battani

_____

In Re: [*NAME OF PART*] CASES

_____

THIS RELATES TO:                          2:1[x]-cv-0[xxxx]-MOB-MKM

[Case number of the Class or
Miscellaneous Case]

**[Name of Plaintiff(s)]**                                    [List all applicable numbers]

**v.**

**[Name of Defendant(s)]**

_____/

12.  To the extent not already accomplished, attorneys shall file appearances in:

      a.  The Master Case;
      b.  All applicable Lead Cases in which they represent client(s); and
      c.  All applicable Class Cases in which they represent client(s).
      d.  All Miscellaneous Cases in which they represent client(s).

13.  Attorneys representing client(s) in the Master Case may file appearances as an interested party in any Lead Case, Class Case, or Miscellaneous Case where they do not represent client(s).

14.  New cases that counsel believe pertain to this Automotive Parts Antitrust Litigation should be identified at the time of filing as related to 12-md-02311 on the Civil Cover  Sheet.  Further, counsel shall indicate on the Civil Cover Sheet whether counsel believes that the new case should be assigned to an existing Lead Case and/or Class Case or Miscellaneous Case or involves a new  automotive part requiring a new Lead Case, Class Case, or Miscellaneous Case.

15.  After the Court reassigns any new or existing cases within the structure of 12-md-02311, parties shall have twenty-one days to file an objection to the Court's designation.

16.  This Order is without prejudice as to the rights of any party to challenge any

revision of this protocol involving additional parts or designations.

17.  The electronic protocol shall be effective immediately.

18.  New complaints shall follow the numbering protocol in place.

**IT IS SO ORDERED**.


Date:   September 1, 2017                        s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 1, 2017.


                                                s/ Kay Doaks
                                                Case Manager