# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL PARTS** | |

## APPEARANCE OF NICHOLAS E.O. GAGLIO

TO: THE CLERK OF THE COURT

    PLEASE enter the appearance of Nicholas E.O. Gaglio of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: September 6, 2017         By: /s/ Nicholas E.O. Gaglio
                                 Nicholas E.O. Gaglio
                                 AXINN, VELTROP & HARKRIDER LLP
                                 114 West 47th Street
                                 New York, New York 10036
                                 (Tel.) 212-728-2200
                                 (Fax) 212-728-2201
                                 ngaglio@axinn.com

                                 *Attorneys for Friedrich Boysen GmbH & Co. KG*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017                AXINN, VELTROP & HARKRIDER LLP

By: /s/ Nicholas E.O. Gaglio