## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL PARTS** | |

## APPEARANCE OF JOHN M. TANSKI

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of John M. Tanski of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: September 6, 2017

By: /s/ John M. Tanski
John M. Tanski
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(Tel.) 860-275-8100
(Fax) 860-275-8101
jtanski@axinn.com

*Attorneys for Friedrich Boysen GmbH & Co. KG*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017                    AXINN, VELTROP & HARKRIDER LLP

                                            By: /s/ John M. Tanski