UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF BRANDON BOXBAUM

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Brandon Boxbaum of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

2

Dated: September 6, 2017          By: /s/ Brandon Boxbaum
                                  Brandon Boxbaum
                                  AXINN, VELTROP & HARKRIDER LLP
                                  950 F Street N.W.
                                  Washington, D.C. 20004
                                  (Tel.) 202-912-4700
                                  (Fax) 202-912-4701
                                  radcox@axinn.com

                                  *Attorneys for Friedrich Boysen GmbH & Co. KG*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017                    AXINN, VELTROP & HARKRIDER LLP

By: /s/ Brandon Boxbaum