# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL PARTS** | |

## APPEARANCE OF RACHEL J. ADCOX

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Rachel J. Adcox of the law firm Axinn, Veltrop & Harkrider LLP, as counsel on behalf of Friedrich Boysen GmbH & Co. KG in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

2

Dated: September 6, 2017               By: /s/ Rachel J. Adcox
                                       Rachel J. Adcox
                                       AXINN, VELTROP & HARKRIDER LLP
                                       950 F Street N.W.
                                       Washington, D.C. 20004
                                       (Tel.) 202-912-4700
                                       (Fax) 202-912-4701
                                       radcox@axinn.com

                                       *Attorneys for Friedrich Boysen GmbH & Co. KG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed my Appearance on behalf of Defendants Friedrich Boysen GmbH & Co. KG with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: September 6, 2017             AXINN, VELTROP & HARKRIDER LLP

                                     By: /s/ Rachel J. Adcox