# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| _____ | ) ) | |
| In Re: | ) ) | |
| *ALTERNATORS* CASES | ) ) ) ) | **Jury Trial Demanded** |
| _____ | ) ) | |
| THIS RELATES TO: | ) ) | Case No. 2:17-cv-11995 |
| GROUP 1 AUTOMOTIVE, INC. AS ASSIGNEE ON BEHALF OF GROUP 1 AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, ASBURY AUTOMOTIVE GROUP, INC. AS ASSIGNEE ON BEHALF OF ASBURY AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, VAN TUYL GROUP, LLC AS ASSIGNEE ON BEHALF OF ASSIGNOR DEALERSHIPS, AND MAJOR AUTOMOTIVE COMPANIES, INC. AS ASSIGNEE ON BEHALF OF MAJOR AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, BRONX FORD, INC., AND CITY WORLD MOTORS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) ) | |
| DENSO CORP., DENSO INTERNATIONAL AMERICA, INC., MITSUBISHI ELECTRIC CORPORATION, | ) ) ) ) | |

MITSUBISHI ELECTRIC US )
HOLDINGS, INC., )
MITSUBISHI ELECTRIC )
AUTOMOTIVE AMERICA, INC., )
MITSUBA CORPORATION, )
AMERICAN MITSUBA CORPORATION, )
ROBERT BOSCH GMBH, AND )
ROBERT BOSCH LLC, )
)
       Defendants. )


## NOTICE OF APPEARANCE OF JEFFREY J. ANGELOVICH

PLEASE TAKE NOTICE that Jeffrey J. Angelovich of Nix, Patterson & Roach, LLP

hereby enters his appearance on behalf of Plaintiffs in the above-titled matter.  The appearance

shall not be deemed to be a waiver of any rights or defenses that may be available under common

law, statutes or the Federal Rules of Civil Procedure.


DATED:  September 15, 2017          Respectfully submitted,

                    */s/ Jeffrey J. Angelovich*
                    Jeffrey J. Angelovich
                    Texas Bar No. 00786988
                    **NIX, PATTERSON & ROACH, LLP**
                    3600 N. Capital of Texas Hwy.
                    Bldg. B, Suite 350
                    Austin, TX  78746
                    Telephone: (512) 328-5333
                    Facsimile: (512) 328-5335
                    Email:  jangelovich@nixlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/ Jeffrey J. Angelovich
Jeffrey J. Angelovich