Case No. 17-1966

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: BEARINGS

-----------------------------------------------------------

END-PAYOR PLAINTIFFS

       Plaintiffs - Appellees

OLEN YORK; AMY YORK; NANCY YORK

       Objectors - Appellants

v.

NSK LTD.;
SCHAEFFLER GROUP USA, INC.;
NSK AMERICAS, INC.

       Defendants - Appellees


    Appellants having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellants has failed to satisfy the following obligation(s):

    The Form of Appearance was not filed by September 5, 2017.

    The Disclosure of Corporate Affiliations and Financial Interest was not filed by September 5, 2017.

    The Civil Appeal Statement of Parties and Issues was not filed by September 5, 2017.

    The Transcript Purchase Order was not filed by September 5, 2017.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  September 15, 2017

_____

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 15, 2017

Mr. George Willard Cochran Jr.
Law Office
1385 Russell Drive
Streetsboro, OH 44241

Re: Case No. 17-1966, *End-Payor Plaintiffs v. NSK Ltd., et al*
Originating Case No. : 2:12-cv-00503 : 2:12-md-02311

Dear Mr. Cochran,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc:  David A. Ettinger
Mark A. Ford
Mr. William Reiss
Ms. Hollis L. Salzman
Mr. Marc M. Seltzer
Mr. David J. Weaver
Mr. Steven N. Williams

Enclosure

No mandate to issue