# EXHIBIT H
# FILED UNDER SEAL
# HIGHLY CONFIDENTIAL
# OUTSIDE ATTORNEYS ONLY