UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANDERS AUTO GROUP NO. 1, INC., ET AL.,     12-cv-2311

    Plaintiffs.     Honorable Marianne O. Battani

vs.

DENSO CORPORATION, ET AL.,

    Defendants.
_____/

## 0RDER STRIKING DOCUMENTS NO. 1816 AND 1817

Upon review of the docket, the Court has determined that the Plaintiffs Consolidated Amended Class Action Complaint for Damages and Injunctive Relief was incorrectly filed in case number 12-cv-2311.

**IT IS HEREBY ORDERED that documents number 1816 and 1817 are STRICKEN from case number 12-cv-2311 and the Plaintiff is directed to file the Consolidated Amended Complaints in 16-cv-3802, the correct case number.**

Date:   September 25, 2017               s/Marianne O. Battani
                                                                          MARIANNE O. BATTANI
                                                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 25, 2017.

                                                                          s/ Kay Doaks
                                                                          Case Manager