UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-2311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : | **ORDER GRANTING WITHDRAWAL OF ATTORNEY** |

_____

     Notice has been filed regarding the withdrawal of Michael Jorgenson, Deputy Attorney General for the State of California.

     **IT IS HEREBY ORDERED** that Mr. Jorgenson shall be removed as counsel of record in the above-captioned matter.

Date:  September 29, 2017　　　　　　　　　　　　s/Marianne O. Battani
　　　　　　　　　　　　　　　　　　　　　　　　MARIANNE O. BATTANI
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge