# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 <br> Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO <br><br> ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Demetrius X. Lambrinos, formerly of Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Suite 200, Burlingame, CA 94010, is no longer associated with Cotchett, Pitre & McCarthy, LLP, and hereby withdraws as counsel of record for all End-Payor cases. Plaintiff's counsel requests that Mr. Lambrinos be removed from the case docket. All other counsel of record for the End-Payor Plaintiffs will remain the same.

Dated: September 29, 2017

/s/ Demetrius X. Lambrinos
Demetrius X. Lambrinos
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
dlambrinos@cpmlegal.com