# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: BODY SEALING PRODUCTS** | Case No. 2:12-md-2311-MOB-MKM |
| **THIS RELATES TO:**<br><br>**ALL CASES** | |

## APPEARANCE OF J. ALEXANDER BARNSTEAD

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of J. Alexander Barnstead of the law firm Barnes & Thornburg LLP as counsel on behalf of Defendant Green Tokai Co., Ltd. ("GTC") in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated:  October 12, 2017                                BARNES & THORNBURG LLP

By:  */s/ J. Alexander Barnstead*
J. Alexander Barnstead
Indiana Bar # 31218-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Tel:  317-236-1313
Fax: 317-231-7433
alex.barnstead@btlaw.com

Attorney for Defendant
Green Tokai Co., Ltd.

## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2017, I electronically filed my Appearance on behalf of Defendant Green Tokai Co., Ltd. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: October 12, 2017

BARNES & THORNBURG LLP

By: /s/ *J. Alexander Barnstead*
J. Alexander Barnstead
Indiana Bar # 31218-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Tel:  317-236-1313
Fax: 317-231-7433
alex.barnstead@btlaw.com

Attorney for Defendant
Green Tokai Co., Ltd.

DMS 10999964v1