# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Civil No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## APPEARANCE OF AMY B. MANNING

TO:  THE CLERK OF THE COURT

PLEASE enter the appearance of Amy B. Manning of the law firm McGuireWoods LLP, as counsel on behalf of Defendant Meritor, Inc.  The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

                                                McGUIREWOODS LLP

                                      By: /s/  Amy B. Manning
                                            Amy B. Manning (6209407)
                                            77 West Wacker Drive, Ste. 4100
                                            Chicago, Illinois 60601-1818
                                            Telephone: (312) 750-8904
                                            Fax: (312) 558-4386
                                            E-mail:amanning@mcguirewoods.com

                                            *Attorney for Defendant Meritor, Inc.*

Dated:  October 12, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, I electronically filed my Appearance on behalf of Defendant Meritor, Inc. with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

McGUIREWOODS LLP

By: /s/  Amy B. Manning
    Amy B. Manning (6209407)
    77 West Wacker Drive, Ste. 4100
    Chicago, Illinois 60601-1818
    Telephone: (312) 750-8904
    Fax: (312) 558-4386
    E-mail:amanning@mcguirewoods.com

*Attorney for Defendant Meritor, Inc.*

94985427_1