UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 2:12-md-02311<br>: Honorable Marianne O. Battani |
| ALL CASES | : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : |

**END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF [PROPOSED] ORDER MODIFYING DISCOVERY STAY**

End-Payor Plaintiffs respectfully request that the Court enter the [Proposed] Order Modifying Discovery Stay, which further modifies the stay of discovery in *In re Automotive Parts Antitrust Litigation* ("*Auto Parts*"). All parties and the U.S. Department of Justice have agreed on the language set forth in the [Proposed] Order Modifying Discovery Stay. Pursuant to Local Rule 7.1(a), before filing this motion, End-Payor Plaintiffs ascertained that no party opposed this motion and obtained concurrence for the relief sought.

Date: October 19, 2017

Respectfully submitted,

*/s/ Steven N. Williams*
Steven N. Williams
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

1

swilliams@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler Langham
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Class*

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307

epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Counsel for the Proposed End-Payor Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2017 I caused the foregoing END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF [PROPOSED] ORDER MODIFYING DISCOVERY STAY to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven N. Williams*
Steven N. Williams
