**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: VALVE TIMING CONTROL DEVICES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2: 13-cv-02500-MOB<br>2: 13-cv-02502-MOB-MKM<br>2: 13-cv-02503-MOB-MKM |

**ORDER GRANTING MOTION TO WITHDRAW BRADLEY JUSTUS AS COUNSEL**

WHEREAS, Bradley Justus, an attorney formerly of Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which firm represents Defendants Aisin Automotive Casting, LLC and Aisin Seiki Co., Ltd., left Cleary on June 23, 2017;

WHEREAS Cleary therefore requests that the Court enter an order allowing Mr. Justus to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2: 13-cv-02500-MOB

2: 13-cv-02502-MOB-MKM

2: 13-cv-02503-MOB-MKM

2

WHEREAS, other counsel of record at Cleary will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Mr. Justus' withdrawal;

IT IS HEREBY ORDERED that Mr. Justus be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Date: October 25, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 25, 2017.

s/ Kay Doaks
Case Manager