**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

**NOTICE OF APPEARANCE OF JACK E. PACE III FOR DEFENDANTS FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.**

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of Jack E. Pace III of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.  The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: October 30, 2017              Respectfully submitted,

                                     WHITE & CASE LLP

                                      By: */s/ Jack E. Pace III*
                                     Jack E. Pace III
                                     White & Case LLP
                                     1221 Avenue of the Americas
                                     New York, NY 10022
                                     Tel: (212) 819-8200
                                     Fax: (212) 354-8113
                                     jpace@whitecase.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 30, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of Jack E. Pace III for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

      Respectfully submitted,

      By: */s/ Jack E. Pace III*
Jack E. Pace III
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com