IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Hon. Marianne O. Battani |

**NOTICE OF APPEARANCE OF PRIYA SRINIVASAN FOR DEFENDANTS**
**FURUKAWA ELECTRIC CO., LTD. AND AMERICAN FURUKAWA, INC.**

To the Clerk of the Court and Each Party in Interest:

Please enter the appearance of Priya Srinivasan of the law firm of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, telephone: (212) 819-8200, facsimile: (212) 354-8113 on behalf of Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc. The appearance shall not be deemed to be a waiver of any rights of defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated: November 1, 2017

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Priya Srinivasan*
Priya Srinivasan
White & Case LLP
1221 Avenue of the Americas
New York, NY 10022
Tel: (212) 819-8200
Fax: (212) 354-8113
priya.srinivasan@whitecase.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 1, 2017, I caused a true and correct copy of the foregoing Notice of Appearance of Priya Srinivasan for Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. to be filed and served electronically via the ECF system.

      Respectfully submitted,

      By: */s/ Priya Srinivasan*
      **Priya Srinivasan (*pro hac vice*)**
      White & Case LLP
      1221 Avenue of the Americas
      New York, NY 10022
      Tel: (212) 819-8200
      Fax: (212) 354-8113
      priya.srinivasan@whitecase.com