UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.  12-md-02311 Honorable Marianne O. Battani |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Omar Ochoa, formerly of Susman Godfrey L.L.P., is no longer associated with Susman Godfrey L.L.P. and hereby withdraws as counsel of record for all End-Payor cases.  Plaintiff's counsel requests that Mr. Ochoa be removed from the case docket.  All other counsel of record for the End-Payor Plaintiffs will remain the same.

Dated: November 9, 2017
/s/ E. Lindsay Calkins
E. Lindsay Calkins
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
lcalkins@susmangodfrey.com

## CERTIFICATE OF SERVICE

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on November 9, 2017.

>    */s/ E. Lindsay Calkins*
>    E. Lindsay Calkins