# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: CERAMIC SUBSTRATES | |
| THIS RELATES TO:<br><br>DEALERSHIP ACTIONS | 2:16-cv-03802-MOB-MKM |

## MOTION TO WITHDRAW GRETCHEN V. SCAVO AS COUNSEL

**PLEASE TAKE NOTICE** that the undersigned, William C. O'Neil, an attorney at Winston & Strawn LLP, which firm represents Defendants CORNING INCORPORATED and CORNING INTERNATIONAL KABUSHIKI KAISHA in the above-captioned case, respectfully requests that the Court enter an order allowing Gretchen V. Scavo to withdraw as counsel in this case: Master File No. 12-md-02311; Case No. 2:16-cv-3802. All other counsel of record for the above-named Defendants will remain the same.

Respectfully submitted,

Dated: November 27, 2017

*/s/ William C. O'Neil*
William C. O'Neil
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
F: (312) 558-5700
woneil@winston.com

*Counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to each attorney of record herein by electronic means.

*/s/ William C. O'Neil*
William C. O'Neil
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
F: (312) 558-5700
woneil@winston.com

*Counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*