UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| ALL PARTS | : : : | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | : : : : : | |

## MOTION FOR WITHDRAWAL OF COUNSEL

End-Payor Plaintiffs, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Steven N. Williams, Esq., as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases. This Motion is precipitated by Mr. Williams' departure from the law firm of Cotchett, Pitre & McCarthy, LLP. The End-Payor Plaintiffs will continue to be represented by other counsel of record, including counsel at Cotchett, Pitre & McCarthy, LLP, and no delay in the progress of this action will result from Mr. Williams' withdrawal.

WHEREFORE, End-Payor Plaintiffs respectfully request that the Court enter an order withdrawing the appearance of Steven N. Williams, Esq. as counsel for the End-Payor Plaintiffs in all actions, including all lead and class cases.

Dated:  January 2, 2018

Respectfully submitted,

*/s/ Adam J. Zapala*
Adam J. Zapala
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*Interim Co-Lead Class Counsel for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2018, I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

*/s/ Adam J. Zapala*
Adam J. Zapala
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*Interim Co-Lead Class Counsel for End-Payor Plaintiffs*

1