**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL CASES | |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

**ORDER GRANTING CERTAIN**
***WIRE HARNESS* DEFENDANTS' MOTION TO SEAL**

The Court FINDS that the following portions of the Transcript of Oral Argument on DENSO's Motion for Summary Judgment, 2:12-md-02311, ECF No. 1731, should remain under seal because they contain the names and/or personal identifying information of non-party individuals who were not indicted by the Department of Justice:

| | |
|---|---|
| Portions of 26:7 | Portions of 77:1 |
| Portions of 27:13 | Portions of 79:17 |
| Portions of 34:7-8 | Portions of 79:18 |
| Portions of 34:19 | Portions of 80:6 |
| Portions of 69:24 | Portions of 80:7 |
| Portions of 71:3 | Portions of 81:20 |
| Portions of 72:16 | Portions of 82:5 |
| Portions of 74:21 | Portions of 82:15 |
| Portions of 76:7 | Portions of 84:15 |

The Court FINDS that the following portions of the Transcript of Oral Argument on DENSO's Motion for Summary Judgment, 2:12-md-02311, ECF No. 1731, should remain under seal because they contain highly confidential and sensitive business information:

| | |
|---|---|
| Portions of 10:14 | Portions of 60:18 |
| Portions of 10:22 | Portions of 63:25 |
| Portions of 10:24 | Portions of 64:14 |
| Portions of 11:1 | Portions of 64:17 |
| Portions of 11:10 | Portions of 65:2 |
| Portions of 11:19 | Portions of 71:7-8 |
| Portions of 12:1-12:4 | Portions of 72:6 |
| Portions of 14:13-17 | Portions of 72:10 |
| Portions of 17:9 | Portions of 74:23-25 |
| Portions of 17:15 | Portions of 75:2-3 |
| Portions of 17:21-22 | Portions of 75:5-7 |
| Portions of 18:21-25 | Portions of 75:9 |
| Portions of 19:3-9 | Portions of 75:12-13 |
| Portions of 19:13-17 | Portions of 76:5 |
| Portions of 19:20-25 | Portions of 76:11-19 |
| Portions of 20:2-10 | Portions of 77:16 |
| Portions of 20:13-16 | Portions of 77:19 |
| Portions of 20:20-22 | Portions of 77:23-25 |
| Portions of 20:24 | 78:1 |
| Portions of 22:11-12 | Portions of 78:7-15 |
| Portions of 24:3-4 | Portions of 78:20-79:6 |
| Portions of 24:14 | Portions of 79:8-79:13 |
| Portions of 24:18 | Portions of 79:21-80:3 |
| 24:21-25:4 | Portions of 80:6 |
| Portions of 25:19 | Portions of 80:10 |
| Portions of 26:10-27:4 | Portions of 80:12 |
| Portions of 27:7-8 | Portions of 80:17-19 |
| Portions of 27:11-15 | Portions of 81:17 |
| Portions of 27:24-28:3 | Portions of 81:23-24 |
| Portions of 29:3 | Portions of 82:9-11 |
| Portions of 29:5-6 | Portions of 82:17-21 |
| Portions of 29:8-10 | Portions of 82:23 |
| Portions of 30:6-7 | 83:6-10 |
| 30:14-19 | Portions of 83:11 |
| Portions of 30:21 | Portions of 83:13-14 |
| Portions of 31:14 | Portions of 83:18-19 |
| 31:15-22 | Portions of 84:2-3 |
| Portions of 31:23 | Portions of 84:17-21 |
| 32:7-10 | 84:23 |
| 32:22-33:4 | 85:1-4 |
| Portions of 33:11 | Portions of 86:5-8 |
| Portions of 34:2 | Portions of 89:20 |
| Portions of 34:7 | Portions of 89:22 |
| Portions of 34:9 | Portions of 89:24-25 |
| Portions of 34:11-17 | Portions of 90:5-9 |
| Portions of 34:22 | Portions of 90:11-16 |

| | |
|---|---|
| 35:1-20<br>Portions of 37:3-4<br>Portions of 37:9<br>Portions of 37:22<br>Portions of 37:25<br>Portions of 38:6-10<br>Portions of 39:1-7<br>Portions of 41:19<br>Portions of 42:11-12<br>Portions of 42:15<br>Portions of 47:9-10 | Portions of 92:10-11<br>Portions of 92:14-15<br>Portions of 93:16<br>Portions of 93:18<br>Portions of 93:23<br>Portions of 94:3-5<br>Portions of 94:23-24<br>Portions of 96:13-14<br>Portions of 97:10<br>Portions of 99:25 |

It is hereby ORDERED that the foregoing document shall be maintained under seal, in part, as indicated herein.

IT IS FURTHER ORDERED THAT THE MOVING PARTY OF THE ORIGINALLY FILED DOCUMENT IS HEREBY DIRECTED TO FILE REVISED REDACTED DOCUMENTS PURSUANT TO THE TERMS OF THIS ORDER.

**IT IS SO ORDERED.**

Date: January 24, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge