# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| IN RE: AUTOMOTIVE STEEL TUBES | |
| THIS RELATES TO:<br><br>END-PAYOR ACTION | Case No. 2:16-cv-04000 |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 3, ¶(e)), attorney Eileen M. Cole of White & Case LLP, a member of the bar of this Court, hereby enters her appearance as counsel for Defendant Curtis-Maruyasu America, Inc. in the Master Case for *In Re: Automotive Parts Antitrust Litigation*, 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes*, 2:16-cv-04000. Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below. The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:   January 30, 2018

By:  */s/ Eileen M. Cole*
Eileen M. Cole

**WHITE & CASE**LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile:  (202) 639-9355
Email: ecole@whitecase.com

*Counsel for Defendant Curtis-Maruyasu America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ Eileen M. Cole
Eileen M. Cole
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
ecole@whitecase.com