**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                MASTER FILE NO. 12-md-02311

                                                    HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

### NOTICE OF FEBRUARY 28, 2018 STATUS
### CONFERENCE AND REQUEST FOR AGENDA ITEMS

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for

**10:00 a.m., February 28, 2018,** in Room 272.  All Interim Liaison Counsel and at least

one representative from each of the Interim Lead Counsel groups must be present, as

well as counsel for other Plaintiffs having actions falling within this MDL.  Each

Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be

incorporated into an Agenda for this status conference.  In addition, Counsel must

specify which motions, if any, they would like to argue following the status conference.

Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra

Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., February 5, 2018**.  The Court

will finalize the Agenda and file it electronically by February 9, 2018.

Date: January 31, 2018                          s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 31, 2018.

s/ Kay Doaks
Case Manager