UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Automotive Parts Antitrust Litigation

| | |
|---|---|
| ALL PARTS | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br><br>ALL CASES | |

**MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

Defendants Robert Bosch GmbH and Robert Bosch LLC, by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Matthew Robert Boucher as counsel in the following actions:

- Master File No. 12-md-02311

- Windshield Wipers Case Nos. 2:13-cv-900

    o 2:13-cv-00902

    o 2:13-cv-00903

- Starters Case Nos. 2:13-cv-01100

    o 2:13-cv-01102

    o 2:13-cv-01103

- Fuel Injection Systems Case Nos. 2:13-cv-02200

    o 2:13-cv-02202

    o 2:13-cv-02203

- Power Window Motors Case Nos. 2:13-cv-2300

    o   2:13-cv-002301

- Spark Plugs Case Nos. 2:15-cv-03000

    o   2:15-cv-03002

    o   2:15-cv-03003

- Oxygen Sensors Case Nos. 2:15-cv-03100

- 2:15-cv-11829

This motion is precipitated by Matthew Robert Boucher's departure from the law firm of Allen & Overy LLP. Defendants Robert Bosch GmbH and Robert Bosch LLC will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Defendants Robert Bosch GmbH and Robert Bosch LLC respectfully request that the Court enter an order granting the motion to withdraw the appearance of Matthew Robert Boucher as counsel for Defendants Robert Bosch GmbH and Robert Bosch LLC in the cases referenced above.


Date: February 12, 2018                         Respectfully submitted,


                                                /s/ John Roberti            _
                                                John Roberti
                                                **ALLEN & OVERY LLP**
                                                1101 New York Avenue NW
                                                Washington, DC 20005
                                                Telephone: (202) 683-3878
                                                John.Roberti@AllenOvery.com

                                                *Attorneys for Defendants Robert Bosch GmbH and Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, I caused a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Date: February 12, 2018               Respectfully submitted,

/s/ John Roberti
John Roberti
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 683-3878
John.Roberti@AllenOvery.com

*Attorneys for Defendants Robert Bosch GmbH and Robert Bosch LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Automotive Parts Antitrust Litigation

| ALL PARTS | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |

THIS RELATES TO:

ALL CASES

**[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

Upon consideration of Defendant's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Matthew Robert Boucher is withdrawn as counsel of record for Defendants Robert Bosch GmbH and Robert Bosch LLC.

The Clerk of Court is directed to remove Matthew Robert Boucher from the record and from the Court's ECF system for this case.

Date: _____                    _____
                                            Hon. Marianne O. Battani
                                            United States District Judge