UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: CERAMIC SUBSTRATES | |
| THIS RELATES TO: | |
| AIRFLOW CATALYST SYSTEMS, INC., and NETT TECHNOLOGIES INC., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NGK INSULATORS LTD., *et al*,<br><br>　　　　Defendants | Case No. 2:17-cv-13785<br>Case No. 2-13-cv-03801 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Smith of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs AIRFLOW CATALYST SYSTEMS, INC. and NETT TECHNOLOGIES INC. in the above-captioned matter.

Dated: February 13, 2018

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Plaintiffs Airflow Catalyst Systems, Inc.and Nett Technologies Inc.

12757967.1

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Plaintiffs Airflow Catalyst Systems, Inc. and Nett Technologies Inc.

12757967.1