# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No.  12-md-02311 Hon. Marianne O. Battani |

## ORDER GRANTING REQUEST TO WITHDRAW APPEARANCE

This matter comes before the Court upon request of Susman Godfrey L.L.P. to withdraw Omar Ochoa as counsel for End-Payor Plaintiffs.

IT IS THEREFORE ORDERED that the Court grants withdrawal of Omar Ochoa.

IT IS SO ORDERED.

Date:  February 16, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge