# EXHIBIT C

# If You Bought or Leased a New Vehicle, or Bought Certain Replacement Parts for a Vehicle Since 1995

*You Could Get Money From Settlements Totaling Approximately $1.02 Billion*

Fifty-five defendant groups and their affiliates have agreed to Settlements resolving claims that they fixed the price of certain vehicle components. This may have caused individuals and businesses to pay more for certain new vehicles and replacement parts. These Settling Defendants deny any claims of wrongdoing.

### Am I included?

You may be included if, from 1995 to 2018, you: (1) bought or leased a qualifying new vehicle in the U.S. (not for resale) or (2) bought a qualifying vehicle replacement part (not for resale) from someone other than the manufacturer of the part. In general, qualifying vehicles include four-wheeled passenger automobiles, cars, light trucks, pickup trucks, crossovers, vans, mini-vans, and sport utility vehicles. Visit the website or call for a full list of Settling Defendants and applicable time periods and to determine whether you are included.

### What do the Settlements provide?

The Settlements, totaling $417,623,040, are being presented to the Court for approval. The Court previously approved settlements totaling $604,069,618. The Settlement Funds (minus expenses, attorney fees, and other costs) will be used to pay consumers and businesses in 30 states and the District of Columbia. The Settlements also include non-monetary relief, including cooperation, and agreements by certain Settling Defendants not to engage in certain conduct for a period of 24 months.

The 30 states are: Arizona, Arkansas, California, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

### How can I get a payment?

You must submit a Claim Form online or by mail. There is no deadline yet to submit a claim. If you already filed a claim, you do not need to submit another claim for the same vehicle or part. You can get a Claim Form at the website or by calling the toll-free number below. At this time, it is unknown how much each Class member who submits a valid claim will receive. Payments will be based on the proposed Plan of Allocation (available at the website).

### What are my rights?

Even if you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue, you must exclude yourself by **July 13, 2018**. If you do not exclude yourself, you may object to one or more of the Settlements applicable to the Settlement Class in which you remain by **July 13, 2018**. Visit the website for important information.

The Court will hold a hearing on **August 1, 2018** to consider whether to approve the Settlements. Settlement Class Counsel may also request reimbursement of costs and expenses as well as attorneys' fees of up to 25% of the Settlement Funds (minus costs and expenses). You or your own lawyer may appear and speak at the hearing at your own expense.

---

**For More Info or to File a Claim: 1-877-940-5043    www.AutoPartsClass.com**