# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>End-Payor Actions | |

## NOTICE OF WITHDRAWAL (FROM MASTER DOCKET ONLY) OF END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR AUTHORIZATION TO DISSEMINATE MARCH 2018 NOTICE TO THE <u>END-PAYOR PLAINTIFFS SETTLEMENT CLASSES</u>

End-Payor Plaintiffs ("EPPs") respectfully move the Court to withdraw (from the Master Docket only) their unopposed Motion for Authorization to Disseminate March 2018 Notice to the End-Payor Plaintiffs Settlement Classes. This is Document No. 1860, which was filed in the Master Docket (12-MD-2311) in error on February 23, 2018.

EPPs do ***not*** move to withdraw the versions of this Motion that were filed in the separate case dockets on February 23, 2018. This Notice of Withdrawal pertains only to Document 1860, which was filed in error on the Master Docket (12-MD-2311).

Dated: February 26, 2018

Respectfully submitted,

SUSMAN GODFREY LLP
*/s/ Marc M. Seltzer*
Marc M. Seltzer
Steven G. Sklaver
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com

*5628254v1/013283*

ssklaver@susmangodfrey.com

Steven M. Shepard
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Telephone: (212) 729-2010
Facsimile: (212) 336‑8340
sshepard@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 651-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd Short
1201 3rd Ave
Seattle, WA 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com

Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
azapala@cmplegal.com
ecastillo@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
Noelle Feigenbaum
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
wreiss@robinskaplan.com
nfeigenbaum@robinskaplan.com

          E. Powell Miller
          Devon P. Allard
          THE MILLER LAW FIRM, P.C.
          950 W. University Dr., Ste. 300
          Rochester, Michigan 48307
          Telephone: (248) 841-2200
          Facsimile: (248) 652-2852
          epm@millerlawpc.com
          dpa@millerlawpc.com
          ***Counsel for End-Payor Plaintiffs***

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2018, I caused a true and correct copy of the foregoing document to be filed and served electronically via the ECF system.

Dated: February 26, 2018          Respectfully submitted,

                 */s/ Marc M. Seltzer*
                 Marc M. Seltzer