# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| _____ ) | |
| IN RE:  AUTOMOTIVE PARTS ) | Master File No. 12-md-02311 |
| ANTITRUST LITIGATION ) | Hon. Marianne O. Battani |
| _____ ) | |
| In Re: SHOCK ABSORBERS CASES ) | |
| _____ ) | |
| THIS RELATES TO: ) | |
| ) | Case No. 2:16-cv-13616 |
| V.I.P., INC. and PERFORMANCE INTERNET ) | Case No. 2:15-cv-03301 |
| PARTS, LLC, on behalf of themselves and all ) | |
| others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| KAYABA INDUSTRY CO. LTD., d/b/a KYB ) | |
| CORPORATION, *et al*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Solomon B. Cera of Cera LLP hereby enters his

appearance as counsel for Plaintiffs V.I.P., Inc. and Performance Internet Parts, LLC in the

above-captioned matter.


 Dated: March 9, 2018                    Respectfully submitted,

                                         CERA LLP

                                         By: /s/Solomon B. Cera
                                         Solomon B. Cera
                                         595 Market Street, Suite 2300
                                         San Francisco, California 94105
                                         Telephone: (415) 777-2230
                                         Facsimile: (415) 777-5189
                                         scera@cerallp.com

                                         *One of the Attorneys for Plaintiffs V.I.P., Inc. and*
                                         *Performance Parts, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Solomon B. Cera
Solomon B. Cera