# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311 |
| In re: Bearings | Honorable Marianne O. Battani |
| This Document Relates To: | Magistrate Mona K. Majzoub |
| All Bearings Cases | 2:12-cv-00500 |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of MoginRubin LLP has changed its address, effective immediately. As of this date, all pleadings, notices, correspondence and other documents should be addressed as follows:

> Daniel J. Mogin
> MOGINRUBIN LLP
> One America Plaza
> 600 W. Broadway, Suite 3300
> San Diego, CA 92101

Please update your records accordingly.

Dated:  March 15, 2018             Respectfully submitted,

> */s/ Daniel J. Mogin*
> Daniel J. Mogin
> MOGINRUBIN LLP
> One America Plaza
> 600 W. Broadway, Suite 3300
> San Diego, CA 92101
> Telephone: (619) 687-6611
> Facsimile: (619) 687-6610
> Email: dmogin@moginrubin.com
>
> *Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 15, 2018, I caused the foregoing **NOTICE OF CHANGE OF ADDRESS** to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all interested parties registered for electronic filing.

/s/ *Daniel J. Mogin*
Daniel J. Mogin