**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: AUTOMOTIVE STEEL TUBES | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS RELATES TO:<br>END-PAYOR ACTION | Case No. 2:16-cv-04000 |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 2, ¶e)), attorney Patrick F. Linehan of Steptoe & Johnson LLP, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant Sanoh Industrial Co. Ltd. in the Master Case for *In Re: Automotive Parts Antitrust Litigation,* 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes,* 2:16-cv-04000. Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below. The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

                                           Respectfully submitted,

Dated:  March 30, 2018              By: */s/ Patrick F. Linehan*
                                           D.C. Bar No. 472183
                                           Patrick F. Linehan
                                           STEPTOE & JOHNSON LLP
                                           1330 Connecticut Avenue, NW
                                           Washington, DC 20036
                                           Telephone:  (202) 429-6272
                                           Facsimile:   (202) 429-3902
                                           Email: plinehan@steptoe.com

                                           *Counsel for Defendant Sanoh Industrial Co. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                          */s/ Patrick F. Linehan*
                                          D.C. Bar No. 472183
                                          Patrick F. Linehan
                                          STEPTOE & JOHNSON LLP
                                          1330 Connecticut Avenue, NW
                                          Washington, DC 20036
                                          Telephone:  (202) 429-6272
                                          Facsimile:   (202) 429-3902
                                          Email: plinehan@steptoe.com