**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: AUTOMOTIVE PARTS ANTITRUST
LITIGATION

IN RE: AUTOMOTIVE STEEL TUBES

Master File No. 12-md-02311
Hon. Marianne O. Battani

THIS RELATES TO:
END-PAYOR ACTION

Case No. 2:16-cv-04000

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic

Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order

Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 2, ¶e)), attorney Rachel B. Peck

of Steptoe & Johnson LLP, a member of the bar of this Court, hereby enters her appearance as

counsel for Defendant Sanoh Industrial Co. Ltd. in the Master Case for *In Re: Automotive Parts*

*Antitrust Litigation,* 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes,* 2:16-

cv-04000.  Appearing counsel requests that all papers in these actions be served upon the

undersigned at the address below.  The appearance shall not be deemed a waiver of any rights,

privileges, defenses, or immunities that may be available under common law, statutory or

constitutional authority, or the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: March 30, 2018

By: */s/ Rachel B. Peck*
D.C. Bar No. 998673
Rachel B. Peck
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-6272
Facsimile: (202) 429-3902
Email: rpeck@steptoe.com

*Counsel for Defendant Sanoh Industrial Co. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I caused to be electronically filed the foregoing Notice

of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be

sent by email to all parties by operation of the Court's electronic filing systems.


*/s/ Rachel B. Peck*
D.C. Bar No. 998673
Rachel B. Peck
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-6272
Facsimile:   (202) 429-3902
Email: rpeck@steptoe.com