**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In Re: INSTRUMENT PANEL CLUSTERS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:12-cv-00200<br>2:12-cv-00202 |
| **In Re: HEATER CONTROL PANELS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:12-cv-00400<br>2:12-cv-00402 |
| **In Re: BEARINGS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:12-cv-00500<br>2:12-cv-00502 |
| **In Re: OCCUPANT SAFETY SYSTEMS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:12-cv-00600<br>2:12-cv-00602 |
| **In Re: ANTI-VIBRATIONAL RUBBER PARTS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:12-cv-00800<br>2:12-cv-00802 |
| **In Re: AUTOMOTIVE LAMPS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:13-cv-01200<br>2:13-cv-01202 |
| **In Re: STEERING ANGLE SENSORS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:13-cv-01600<br>2:13-cv-01602 |
| **In Re: HID BALLASTS**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:13-cv-01700<br>2:13-cv-01702 |
| **In Re: VALVE TIMING CONTROL DEVICES**<br>　　**Lead Case**<br>　　**Dealership Actions** | 2:13-cv-02500<br>2:13-cv-02502 |
| **In Re: ELECTRONIC THROTTLE BODIES**<br>　　**Lead Case** | 2:13-cv-02600 |

| | |
|---|---|
| **Dealership Actions** | 2:13-cv-02602 |
| **In Re: AIR CONDITIONING SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02700<br>2:13-cv-02702 |
| **In Re: WINDSHIELD WASHER SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:13-cv-02800<br>2:13-cv-02802 |
| **In Re: CONSTANT VELOCITY JOINT BOOT**<br>**PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:14-cv-02900<br>2:14-cv-02902 |
| **In Re: SPARK PLUGS**<br>**Lead Case**<br>**Dealership Actions** | 2:15-cv-03000<br>2:15-cv-03002 |
| **In Re: OXYGEN SENSORS**<br>**Lead Case** | 2:15-cv-03100 |
| **In Re: HOSES**<br>**Lead Case**<br>**Dealership Actions** | 2:15-cv-03200<br>2:15-cv-03202 |
| **In Re: SHOCK ABSORBERS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03300<br>2:16-cv-03302 |
| **In Re: BODY SEALING PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03400<br>2:16-cv-03402 |
| **In Re: INTERIOR TRIM PRODUCTS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03500<br>2:16-cv-03502 |
| **In Re: AUTOMOTIVE BRAKE HOSES**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03600<br>2:16-cv-03602 |
| **In Re: EXHAUST SYSTEMS**<br>**Lead Case**<br>**Dealership Actions** | 2:16-cv-03700<br>2:16-cv-03702 |

| | |
|---|---|
| **In Re: CERAMIC SUBSTRATES**<br>     **Lead Case**<br>     **Dealership Actions** | 2:16-cv-03800<br>2:16-cv-03802 |
| **In Re: POWER WINDOW SWITCHES**<br>     **Lead Case**<br>     **Dealership Actions** | 2:16-cv-03900<br>2:16-cv-03902 |
| **In Re: AUTOMOTIVE STEEL TUBES**<br>     **Lead Case**<br>     **Dealership Actions** | 2:16-cv-04000<br>2:16-cv-04002 |
| **In Re: ACCESS MECHANISMS**<br>     **Lead Case**<br>     **Dealership Actions** | 2:16-cv-04100<br>2:16-cv-04102 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kenton Paul Knop hereby withdraws as counsel of record for all Dealership cases. Plaintiff's counsel requests that Kenton Paul Knop be removed from the case docket. All other counsel of record for the Dealership Plaintiffs will remain the same.

Dated: March 30, 2018          Respectfully submitted,

                               /s/ Kenton Paul Knop
                               Kenton Paul Knop (WI Bar No. 1095353)
                               3215 Golf Rd., Ste. 181
                               Delafield, WI 53018
                               Telephone: (262) 912-0677
                               kpknoplaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF-registered counsel.

/s/ Kenton Paul Knop
Kenton Paul Knop