UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: AUTOMOTIVE EXHAUST SYSTEMS | |
| THIS RELATES TO: | |
| MANNY'S AUTO SUPPLY, INC. and IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSAL NEDERLAND, B.V., *et al*,<br><br>    Defendants | Case No. 2:16-cv-13968<br>Case No. 2-16-cv-03701 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael S. Smith of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc. in the above-captioned matter.

Dated: April 12, 2018        /s/ Michael S. Smith
                             Preti Flaherty Beliveau & Pachios, LLP
                             One City Center, PO Box 9546
                             Portland, ME 04112
                             Tel. 207-791-3000
                             Fax 207-791-3111
                             msmith@preti.com

                             One of the attorneys for Plaintiffs Manny's Auto Supply, Inc.
                             and Irving Levine Automotive Distributors, Inc.

12940658.1

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Michael S. Smith
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
msmith@preti.com

One of the attorneys for Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc.