**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In Re:  Switches**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:13-cv-01300<br>2:13-cv-01302<br>2:13-cv-01303 |
| **In Re:  Steering Angle Sensors**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:13-cv-01600<br>2:13-cv-01602<br>2:13-cv-01603 |
| **In Re:  HID Ballasts**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:13-cv-01700<br>2:13-cv-01702<br>2:13-cv-01703 |

**MOTION TO WITHDRAW MOLLIE C. RICHARDSON AS COUNSEL**

PLEASE TAKE NOTICE that the undersigned, Mollie C. Richardson, an attorney at Winston & Strawn LLP ("Winston"), which firm represents Panasonic Corp. and Panasonic Corp. of North America (the "Panasonic Defendants"), respectfully requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01600-MOB-MKM

2:13-cv-01602-MOB-MKM

2:13-cv-01603-MOB-MKM

2:13-cv-01700-MOB-MKM

2:13-cv-01702-MOB-MKM

2:13-cv-01703-MOB-MKM

Other counsel of record at Winston will continue to appear as counsel on behalf of the

Panasonic Defendants, and there will be no delay in the progress of the above actions by virtue of

my withdrawal.

Dated:  April 13, 2018                                       Respectfully submitted,

                                                            /s/ *Mollie C. Richardson*
                                                            Mollie C. Richardson
                                                            Winston & Strawn LLP
                                                            200 Park Avenue
                                                            New York, NY 10166
                                                            212-294-4740
                                                            Email: mrichardson@winston.com

                                                            *Counsel for Defendants Panasonic Corp.*
                                                            *and Panasonic Corp. of North America*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I caused a true and correct copy of the foregoing

MOTION TO WITHDRAW MOLLIE C. RICHARDSON AS COUNSEL to be filed

electronically through the CM/ECF system which will send notification of such filing to all counsel

of record.

Dated:  April 13, 2018                              WINSTON & STRAWN LLP

                                                   By: *Mollie C. Richardson*