**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| IN RE: AUTOMOTIVE STEEL TUBES | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| THIS RELATES TO:<br>END-PAYOR ACTION | Case No. 2:16-cv-04000 |

**NOTICE OF ENTRY OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 2, ¶e)), attorney Rudiger L. Breitenecker of Breitenecker & Associates, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant Sanoh America, Inc. in the Master Case for *In Re: Automotive Parts Antitrust Litigation,* 12-md-02311, and in the Lead Case for *In Re: Automotive Steel Tubes,* 2:16-cv-04000.  Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below.  The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

Dated: April 23, 2018                      By: */s/ Rudiger L. Breitenecker*

                                        Rudiger L. Breitenecker
                                        BREITENECKER & ASSOCIATES
                                        45 Rockefeller Plaza, 20th Floor
                                        New York, NY 10111
                                        Telephone:  (212) 332-7592
                                        Facsimile:   (212) 202-5482
                                        Email: rudi@balaw.us

                                        *Counsel for Defendant Sanoh America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

*/s/ Rudiger L. Breitenecker*

Rudiger L. Breitenecker
BREITENECKER & ASSOCIATES
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Telephone:  (212) 332-7592
Facsimile:   (212) 202-5482
Email: rudi@balaw.us