IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL ACTIONS | |

**MARUYASU INDUSTRIES CO., LTD.'S NOTICE OF
WITHDRAWAL FROM AND CORRECTIONS TO CERTAIN DISCOVERY BRIEFS**

Maruyasu Industries Co., Ltd. ("Maruyasu") respectfully gives notice that it is withdrawing from, and correcting the signature blocks to, the following papers filed in the above-referenced action on Docket No. 12-md-2311:

- Parties' Motion for Leave to File A Memorandum of up to 36 Pages in Support of Their Motion to Compel Discovery from Non-Party Original Equipment Manufacturers, filed January 19, 2016, at ECF No. 1184;

- The Parties' Motion to Compel Discovery from Non-Party Original Equipment Manufacturers, filed January 19, 2016, at ECF No. 1185;

- Defendants' Reply in Support of the Parties' Motion to Compel Discovery From Non-Party Original Equipment Manufacturers, filed March 11, 2016, at ECF No. 1246;

- Defendants' Motion for Leave to File A Reply Brief of up to 23 Pages in Support of Their Motion to Compel Discovery from Non-Party Original Equipment Manufacturers, filed March 11, 2016, at ECF No. 1249;

- The Parties' Motion to File Declarations Under Seal Pursuant to E.D. Mich. LR 5.3, filed November 7, 2016, at ECF No. 1494;

- The Parties' Notice of Motion and Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers and Their Affiliated Entities, filed November 7, 2016, in redacted form at ECF No. 1495 and under seal at ECF No. 1500;

- Parties' Joint Motion for Leave to Exceed Page Limit for Parties' Joint Reply to Certain Non-Parties' Oppositions to the Parties' Renewed Motion to Compel Discovery, filed December 2, 2016 at ECF No. 1546;

- The Parties' Motion to File the Parties' Joint Reply to Certain Non-Parties' Oppositions to the Parties' Renewed Motion to Compel Discovery Under Seal Pursuant to E.D. Mich. LR 5.3, filed December 2, 2016 at ECF No. 1547;

- The Parties' Joint Reply to Certain Non-Parties' Oppositions to the Parties' Renewed Motion to Compel Discovery, filed December 2, 2016 in redacted form at ECF No. 1548 and under seal at ECF No. 1549; and

- The Parties' Response to Toyota's Objections to and Motion to Modify the Special Master's Order Regarding the Parties' Renewed Motion to Compel Discovery from Certain Non-Party Original Equipment Manufacturers and Their Affiliated Entities, filed January 31, 2017 at ECF No. 1631.

As a result of voluntary dismissals and a lack of service, Maruyasu was not a party to any action in this MDL at the time the above-listed papers were filed. The signature blocks to these papers erroneously included the name of Maruyasu's counsel, along with an incorrect mailing address. Maruyasu did not consent to the inclusion of its signature block on these filings.

Maruyasu reserves all rights regarding Original Equipment Manufacturer discovery for the parts at issue in the actions to which Maruyasu has been named as a Defendant.

                                  Respectfully submitted,

                                  **WHITE & CASE** LLP

Dated:   April 25, 2018         By:   */s/ Christopher M. Curran*
                                            Christopher M. Curran

                                  Christopher M. Curran
                                  Email: ccurran@whitecase.com

        Eileen M. Cole
        Email: ecole@whitecase.com
        Samuel J. Sharp
        Email: samuel.sharp@whitecase.com
        **WHITE & CASE** LLP
        701 Thirteenth Street, NW
        Washington, DC 20005
        Telephone:  (202) 626-3600
        Facsimile:   (202) 639-9355

        *Counsel for Maruyasu Industries Co., Ltd.*