# Exhibit D

**Ronnie Spiegel**

| | |
|---|---|
| **From:** | heather.choi@bakerbotts.com |
| **Sent:** | Thursday, April 26, 2018 2:01 PM |
| **To:** | rgore@RobinsKaplan.com; JAmato@winston.com |
| **Cc:** | WReiss@RobinsKaplan.com; Ronnie Spiegel; fshort@SusmanGodfrey.com; evelyn@cuneolaw.com; Vicky@cuneolaw.com; TMilder@RobinsKaplan.com |
| **Subject:** | RE: A/P - Toyota Production |

Robert,

The Toyoda Gosei Defendants do not join the letter.

Thank you,
Heather

**Heather Souder Choi**
Partner

Baker Botts L.L.P.
heather.choi@bakerbotts.com
T +1.202.639.7859
F +1.202.508.9305
M +1.404.944.9680

1299 Pennsylvania Avenue NW
Washington, D.C. 20004-2400
USA




**From:** Gore, Robert M. <rgore@RobinsKaplan.com>
**Sent:** Wednesday, April 25, 2018 7:50 PM
**To:** Choi, Heather <heather.choi@bakerbotts.com>; Amato, Jeffrey J. <JAmato@winston.com>
**Cc:** Reiss, William V. <WReiss@RobinsKaplan.com>; Ronnie Spiegel <ronnie@hbsslaw.com>; Floyd G. Short <fshort@SusmanGodfrey.com>; Evelyn Li (evelyn@cuneolaw.com) <evelyn@cuneolaw.com>; Vicky@cuneolaw.com; Milder, Tai S. <TMilder@RobinsKaplan.com>
**Subject:** A/P - Toyota Production

Defense Counsel,

Please find the attached draft letter to Toyota's counsel.  Please note that the letter is subject to additional comments from ADPs.  Please disseminate to anyone you believe may want to comet.  If you have any comments and/or would like to join the letter, please let us know by the close of business tomorrow.

Thanks,

Robert M. Gore

1

Associate

**ROBINSKAPLAN**LLP

Robins Kaplan LLP | 399 Park Avenue | Suite 3600 | New York, NY  10022-4690
p 212 980 7434 | f  212 980 7499 | RGore@RobinsKaplan.com | www.RobinsKaplan.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

---

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.