# Exhibit F

**Ronnie Spiegel**

| | |
|---|---|
| **From:** | heather.choi@bakerbotts.com |
| **Sent:** | Monday, April 23, 2018 1:15 PM |
| **To:** | Ronnie Spiegel; OEM_subpoenas@lists.susmangodfrey.com; WReiss@RobinsKaplan.com; tmilder@RobinsKaplan.com |
| **Subject:** | RE: A/P - Dial In for 4/23 |

Will,

As stated during the Serving Parties call on April 20, 2018, the Toyoda Gosei Defendants (1) do not join in any request for discovery from Toyota or FCA (based on current estimates from these OEMs) at the present time because the cost sharing agreement among the Serving Parties remains unresolved, (2) do not object to any other Serving Party requesting discovery from Toyota and/or FCA, but (3) will not share in the costs associated with that discovery unless and until a cost sharing agreement among the Serving Parties is reached and the Toyoda Gosei Defendants join in the discovery requests or otherwise seek access to the discovery.

We will join the call at 4:30 p.m. eastern this afternoon.

Regards,
Heather


**Heather Souder Choi**
Partner

Baker Botts L.L.P.
heather.choi@bakerbotts.com
T +1.202.639.7859
F +1.202.508.9305
M +1.404.944.9680

1299 Pennsylvania Avenue NW
Washington, D.C. 20004-2400
USA




**From:** owner-oem_subpoenas@lists.susmangodfrey.com <owner-oem_subpoenas@lists.susmangodfrey.com> **On Behalf Of** Ronnie Spiegel
**Sent:** Monday, April 23, 2018 1:33 PM
**To:** OEM_subpoenas@lists.susmangodfrey.com; Reiss, William V. <WReiss@RobinsKaplan.com>; tmilder@RobinsKaplan.com
**Subject:** RE: A/P - Dial In for 4/23

Hi All,

1

Please note that the call today will now be at 1:30 Pacific/4:30 Eastern per Defendants' request.  Please use the same dial-in as below.
Best regards,
Ronnie


Ronnie Spiegel | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9343

---

**From:** Ronnie Spiegel
**Sent:** Friday, April 20, 2018 8:35 PM
**To:** OEM_subpoenas@lists.susmangodfrey.com; Reiss, William V. <WReiss@RobinsKaplan.com>; 'tmilder@RobinsKaplan.com' <tmilder@RobinsKaplan.com>
**Subject:** A/P - Dial In for 4/23

Counsel,

Here is the dial in for our call on Monday, 4/23, at 4:00 pm Eastern/1:00 pm Pacific re cost-sharing:

Dial-In Number:  1-877-260-4544 Code: 659058.

Best regards,
Ronnie


Ronnie Spiegel | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 8th Ave. Ste. #3300 - Seattle, WA 98101
Direct: (206) 268-9343
ronnie@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2016 Elite Trial Lawyer List** by *The National Law Journal*

 

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the OEM_SUBPOENAS list, click here

Confidentiality Notice:

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.