# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 |
| In Re: All Cases | : : : | Honorable Marianne O. Battani |
| THIS DOCUMENTS RELATES TO: | : : | |
| END-PAYOR ACTIONS DEALERSHIP ACTIONS TRUCK AND EQUIPMENT DEALER ACTIONS | : : : : | |

**[PROPOSED] SPECIAL MASTER'S ORDER GRANTING PLAINTIFFS' MOTION TO SET AN EXPEDITED BRIEFING AND HEARING SCHEDULE ON INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER DIRECTING DEFENDANTS TO PAY HALF OF THE PARTIES' COSTS RELATING TO OEM DISCOVERY**

The Master having considered Plaintiffs' Motion to Set an Expedited Briefing and Hearing Schedule on Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery, and having determined that the relief sought will serve the best interests of justice, Plaintiffs' Motion is hereby:

**GRANTED.**

Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery will be briefed and heard on the following schedule:

- Defendants will file any opposition to Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery 7 days from the filing date of that Motion.
- Plaintiffs will file any reply 3 days from the date Defendants file their opposition.
- The hearing on Plaintiffs' Motion will take place the week following the filing of the Reply.

Any appeals of the Master's Order on the above-described Motion will be briefed on the following schedule:

- Any Motions to Modify will be due 7 days from the filing of the Order on Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery.
- Oppositions to Motions to Modify will be due 7 days from the date Motions to Modify are filed.
- Replies will be due 3 days from the date Oppositions are filed.

DATED: _____

                                                    GENE J. ESSHAKI, SPECIAL MASTER