**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re:  All Cases | |
| THIS DOCUMENTS RELATES TO: END-PAYOR ACTIONS DEALERSHIP ACTIONS TRUCK AND EQUIPMENT DEALER ACTIONS | |

**NOTICE OF FILING UNDER SEAL**

Pursuant to the Stipulation and Order Regarding Sealed Filings, Master Docket No. 2:12-cv-02311, ECF No. 1690, Automobile Dealer Plaintiffs, End-Payor Plaintiffs, and Truck and Equipment Dealer Plaintiffs ("Plaintiffs") hereby give notice that **Exhibits A, B, and E** to Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants' to Pay Half of the Parties' Costs Relating to OEM Discovery will be filed under seal because these documents contain information designated "Confidential" or "Highly Confidential" under the  governing protective orders in these cases. *See, e.g.,* Stipulation and Protective Order Governing the Production and Exchange of Confidential Information, *Occupant Safety Systems*, No. 2:12-cv-00300, ECF No. 77.  Plaintiffs take no position on the appropriateness of the sealing of these documents.

Date: May 1, 2018                                    Respectfully submitted,


                                                     */s/ Hollis Salzman*
                                                     Hollis Salzman
                                                     Bernard Persky
                                                     William V. Reiss
                                                     Noelle Feigenbaum
                                                     **ROBINS KAPLAN LLP**
                                                     399 Park Avenue, Suite 3600
                                                     New York, NY 10022
                                                     Telephone: (212) 980-7400
                                                     Facsimile: (212) 980-7499
                                                     HSalzman@RobinsKaplan.com
                                                     BPersky@RobinsKaplan.com
                                                     WReiss@RobinsKaplan.com
                                                     NFeigenbaum@RobinsKaplan.com


                                                     Adam J. Zapala
                                                     Elizabeth T. Castillo
                                                     **COTCHETT, PITRE & McCARTHY, LLP**
                                                     San Francisco Airport Office Center
                                                     840 Malcolm Road, Suite 200
                                                     Burlingame, CA 94010
                                                     Telephone: (650) 697-6000
                                                     Facsimile: (650) 697-0577
                                                     azapala@cpmlegal.com
                                                     ecastillo@cpmlegal.com


                                                     Marc M. Seltzer
                                                     Steven G. Sklaver
                                                     **SUSMAN GODFREY L.L.P.**
                                                     1900 Avenue of the Stars, Suite 1400
                                                     Los Angeles, CA 90067-6029
                                                     Telephone: (310) 789-3100
                                                     Facsimile: (310) 789-3150
                                                     mseltzer@susmangodfrey.com
                                                     ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed
End-Payor Plaintiffs Classes*


*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Devon P. Allard (P71712)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed
End-Payor Plaintiffs Classes*

/s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square,
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON · KING, LLP**
30 East Seventh Street
Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

/s/ *J. Manly Parks*
Wayne A. Mack (PA Bar #46654)
J. Manly Parks (PA Bar #74647)
Sean P. McConnell (PA Bar #307740)
Andrew R. Sperl (PA Bar #311467)
Erica Lee Fruiterman (PA Bar #317289)
William Shotzbarger (PA Bar #320490)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1000
Fax: (215) 979-1020
wamack@duanemorris.com
jmparks@duanemorris.com
spmcconnell@duanemorris.com
arsperl@duanemorris.com
efruiterman@duanemorris.com
wshotzbarger@duanemorris.com

*Counsel for Truck and Equipment Dealer Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ E. Powell Miller
E. Powell Miller