UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311

Hon. Marianne O. Battani

THIS DOCUMENT RELATES TO:

12-2311
_____/

ORDER OF REFERENCE

The Court **REFERS** the matters set forth below to the Master for resolution as set forth in the Court's Order Appointing the Master:

1) Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery filed May 1, 2018 (Doc. # 1884)

2) Plaintiffs' Motion to Set an Expedited Briefing and Hearing Schedule on Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery filed May 1, 2018 (Doc. #1886)

**PLEASE MAIL OR HAND DELIVER A COURTESY COPY OF ALL DOCUMENTS FILED RELATING TO THE ABOVE MOTION TO :**

**Gene Esshaki
Abbot Nicholson, P.C.
300 River Place, Suite 3000
Detroit, MI 48207-4225**

Date:  May 2, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 2, 2018.

s/ Kay Doaks
Case Manager
