## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Letter from William Reiss to Michael Schaper, sent May 3, 2018 |
| **EXHIBIT B** | Email from Ronnie Spiegel to Angela Smedley, sent November 27, 2017 |
| **EXHIBIT C** | Email on behalf of Ronnie Spiegel to OEM subpoenas listserv, sent July 20, 2017 |
| **EXHIBIT D** | Email on behalf of Ronnie Spiegel to OEM subpoenas listserv, sent July 26, 2017 |
| **EXHIBIT E** | Email on behalf of Ronnie Spiegel to OEM subpoenas listserv, sent August 3, 2017 |