# Exhibit B

**Archived:** Friday, May 4, 2018 3:30:49 PM
**From:** Ronnie Spiegel
**Sent:** Monday, November 27, 2017 3:50:23 PM
**To:** Smedley, Angela A.
**Cc:** Floyd G. Short; Lucas Issacharoff
**Subject:** OEM Discovery
**Sensitivity:** Normal

Hi Angela,

I hope you are doing well and you had a nice Thanksgiving.

EPPs are hoping to start moving forward on OEM discovery productions. I am hoping that you can help connect us to the defense counsel that remain and be the point person for the defendant group (as Weil did). To start, we would like to resume our weekly calls. We are happy to keep the Friday 9 am Pacific time, as before. It seemed to work for most. Also, we would like to set up the OEM-specific groups again to work through execution of each order. Can you please advise on who should be included in the listserv for defendants, as well as who the point people are for the OEM teams? Perhaps we can aim to resume calls starting next Friday?

Also, Floyd Short and Lucas Issacharoff will be working on OEM discovery going forward for EPPs. They are both cc'd here. Please continue to cc them along with me going forward.

Kind regards,
Ronnie

**Ronnie Spiegel** | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 Eighth Ave Suite 3300 - Seattle, WA 98101
Direct: (206) 268-9343
ronnie@hbsslaw.com | www.hbsslaw.com | HBSS Blog

Named to **2016 Elite Trial Lawyer List** by *The National Law Journal*