# Exhibit C

**Archived:** Friday, May 4, 2018 3:31:55 PM
**From:** owner-oem_subpoenas@lists.susmangodfrey.com
**Sent:** Thursday, July 20, 2017 7:19:55 PM
**To:** OEM_subpoenas@lists.susmangodfrey.com
**Subject:** Canceled - No Weekly Call Tomorrow
**Sensitivity:** Normal

Counsel,
We will not have our weekly call tomorrow.  There was low attendance, and not much to discuss last week.  We can evaluate week-by-week going forward.
Kind regards,
Ronnie

**Ronnie Spiegel** | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 Eighth Ave Suite 3300 - Seattle, WA 98101
Direct: (206) 268-9343
ronnie@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2016 Elite Trial Lawyer List** by *The National Law Journal*



This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the OEM_SUBPOENAS list, click here