# Exhibit D

**Archived:** Friday, May 4, 2018 3:32:49 PM
**From:** owner-oem_subpoenas@lists.susmangodfrey.com
**Sent:** Wednesday, July 26, 2017 7:40:25 PM
**To:** OEM_Subpoenas@lists.susmangodfrey.com
**Subject:** No call tomorrow
**Sensitivity:** Normal

---

Please note, will not have our weekly call tomorrow.
Best,
Ronnie

-----------------------------------------
This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the OEM_SUBPOENAS list: click the following link:
http://lists.susmangodfrey.com/scripts/wa-SUSMANGODFREY.exe?SUBED1=OEM_SUBPOENAS&A=1