# Exhibit E

**Archived:** Friday, May 4, 2018 3:33:50 PM
**From:** owner-oem_subpoenas@lists.susmangodfrey.com
**Sent:** Thursday, August 3, 2017 7:06:29 PM
**To:** OEM_subpoenas@lists.susmangodfrey.com
**Subject:** No more weekly calls until further notice
**Sensitivity:** Normal

Counsel,
For now, it seems best to cancel our weekly calls re OEM discovery.  There will be no call tomorrow, and we will be back in touch if there is an appropriate time to resume.
Kind regards,
Ronnie


**Ronnie Spiegel** | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 Eighth Ave Suite 3300 - Seattle, WA 98101
Direct: (206) 268-9343
ronnie@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2016 Elite Trial Lawyer List** by *The National Law Journal*



This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the OEM_SUBPOENAS list, click here