**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: SHOCK ABSORBERS | |
| THIS DOCUMENT RELATES TO: End-Payor Actions | 2:15-cv-03300-MOB-MKM 2:15-cv-03303-MOB-MKM |

## APPEARANCE OF JENNA G. FARLEIGH

PLEASE TAKE NOTICE that Jenna G. Farleigh of Susman Godfrey L.L.P. hereby enters an appearance on behalf of all End-Payor Plaintiffs in the above-captioned Master Case and Class Cases in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 350).

Dated:  May 8, 2018         Respectfully submitted,

                                        By */s/  Jenna G. Farleigh*
                                        Jenna G. Farleigh
                                        SUSMAN GODFREY L.L.P.
                                        1201 Third Avenue, Suite 3800
                                        Seattle, Washington 98101
                                        Telephone:  (206) 516-3880
                                        Facsimile:  (206) 516-3883
                                        jfarleigh@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                    */s/ Jenna G. Farleigh*
                                    Jenna G. Farleigh