**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## AGENDA FOR JUNE 6, 2018 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.   REPORT OF SPECIAL MASTER**

**II.  ALL ACTIONS IN MDL 2311**

    **A. Settlement**

        1. Status of Settlements (*See also* Status Report, § I and EPP Status of Settlements)

        2. Parties' Update on Progress Before the Settlement Master

    **B. Status of Scheduling Orders**

### C. Hearing Date to be Scheduled

STEEL TUBES (2:16-CV-04003)

Sanoh America, Inc., Sanoh Industrial Co., Ltd. Motion to Dismiss End-Payors' Second Consolidated Amended Class Action Complaint (See Doc No. 48 in 4003)

### D. Motion Decided on the Briefs

AVRP (2:13-cv-00801; 2:16-cv-14057)

Defendants' Motion To Certify For Interlocutory Appeal (Doc. No. 55 in 13-cv-00801)

## II. DATE FOR NEXT STATUS CONFERENCE

**A. Next Status Conference:** September 26, 2018 at 10:00 a.m.

**B. Scheduling of Subsequent Status Conferences**

## III. OTHER MATTERS

Any party interested in any part should appear.

## IV. MOTION HEARINGS

### A. FUEL INJECTION SYSTEMS (2:13-cv-2203)

Maruyasu's Motion to Dismiss End-Payors' Second Consolidated Amended Class Action Complaint (and Request for Judicial Notice) (See Doc. Nos. 307, 309, 312, 318 in 2203)

### B. EXHAUST SYSTEMS (2:16-cv-3701)

Bosal Nederland B.V.'s Motion to Dismiss (Doc. No. 14 in 16-3701)

### C. STEEL TUBES (2:16-CV-04003)

1. Maruyasu's Motion to Dismiss End-Payors' Second Consolidated Amended Class Action Complaint (and Request for Judicial Notice) (See Doc. Nos. 33, 37, 41, 51 in 4003)

2. Curtis-Maruyasu's Motion to Dismiss End-Payors' Second Consolidated Amended Class Action Complaint (and Request for Judicial Notice)  (See Doc Nos. 32, 36, 40, 51 in 4003).

Date: May 10, 2018                                       /s/ Marianne O. Battani
                                                                       MARIANNE O. BATTANI
                                                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

/s/ KaMyra Doaks

Case Manager