# EXHIBIT A

## Tubach, Michael

| | |
|---|---|
| **From:** | Reiss, William V. <WReiss@RobinsKaplan.com> |
| **Sent:** | Wednesday, May 2, 2018 1:07 PM |
| **To:** | Tubach, Michael |
| **Cc:** | 'vicky@cuneolaw.com'; Evelyn Li (evelyn@cuneolaw.com); Ronnie Spiegel; Floyd G. Short (fshort@SusmanGodfrey.com) |
| **Subject:** | RE: Auto Parts - Motion re OEM Cost-Sharing |

Correct.

**From:** Tubach, Michael <mtubach@omm.com>
**Sent:** Wednesday, May 2, 2018 4:05 PM
**To:** Reiss, William V. <WReiss@RobinsKaplan.com>
**Subject:** Auto Parts - Motion re OEM Cost-Sharing

Will,

I am memorializing our conversation earlier today, in which you confirmed that the Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery, filed yesterday, is directed only at the defendants specifically listed in footnote 2 of the motion and proposed order. I appreciate your clarifying this ambiguity. I will let other defense counsel know.

Best regards,

Michael

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.
If you are not the intended recipient, do not read, distribute, or reproduce this transmission.
If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.
Robins Kaplan LLP
http://www.robinskaplan.com

_____