# EXHIBIT C

| | |
|---|---|
| **Subject:** | Auto Parts - Weely Call 6/23 |

**From:** owner-oem_subpoenas@lists.susmangodfrey.com [mailto:owner-oem_subpoenas@lists.susmangodfrey.com] **On Behalf Of** Ronnie Spiegel
**Sent:** Thursday, June 22, 2017 12:36 PM
**To:** OEM_subpoenas@lists.susmangodfrey.com
**Cc:** Elizabeth Ehrenfeld (eehrenfeld@SusmanGodfrey.com) <eehrenfeld@SusmanGodfrey.com>
**Subject:** Auto Parts - Weely Call 6/23

Counsel,

Here is the number for our weekly call, to resume tomorrow at 9 am Pacific:
1-855-749-4750
926 060 134

This will be the recurring number to use as our calls continue. If you have not responded yet, and have modifications or no longer wish to be on this listserv, please notify Elizabeth Ehrenfeld (ehrenfeld@susmangodfrey.com).

Here is a quick agenda:
1) Status of OEM discovery;
2) Point people for each OEM;
3) Plan to move forward;
4) Cost-sharing; and
5) Other/Housekeeping

Best,
Ronnie

Ronnie Spiegel | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 Eighth Ave Suite 3300 - Seattle, WA 98101
Direct: (206) 268-9343
ronnie@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2016 Elite Trial Lawyer List** by *The National Law Journal*

 

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the OEM_SUBPOENAS list, click here