# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File Case No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| **IN RE: ALL CASES** | |
| **THIS RELATES TO:**<br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS**<br>**TRUCK AND EQUIPMENT DEALER ACTIONS** | |

## NOTICE OF FILING UNDER SEAL

On May 15, 2018, Defendants filed their Memorandum in Opposition to Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery ("Memorandum in Opposition"). Defendants hereby provide notice that the Memorandum in Opposition, and Exhibits F and G thereto, are filed under seal pursuant to the Stipulation and Order Regarding Sealed Filings, Master Docket No. 2:12-cv-02311, ECF No. 1690. Defendants believe this document contains information designated "Confidential" or "Highly Confidential" under the protective orders in these cases but take no position as to whether sealing is required under the applicable law.

2

DATED:    May 15, 2018

By:                                              /s/ *Angela A. Smedley*
Jeffrey L. Kessler
Eva W. Cole
Jeffrey J. Amato
Angela A. Smedley
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-4685 (Telephone)
(212) 294-4700 (Facsimile)
jkessler@winston.com
ewcole@winston.com
jamato@winston.com
asmedley@winston.com

Brandon W. Duke
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (Telephone)
(713) 651-2700 (Facsimile)
bduke@winston.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2018, I caused the foregoing *Notice of Filing Under Seal* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

DATED:   May 15, 2018    /s/ *Angela A. Smedley*
Angela A. Smedley
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-5348 (Telephone)
(212) 294-4700 (Facsimile)
asmedley@winston.com