# Exhibit A

# EXHIBIT A

|  | Toyoda Gosei | KYB | Maruyasu | Mikuni | Mitsubishi Heavy | Panasonic | Bosal | Sanoh | Showa | Green Tokai |
|---|---|---|---|---|---|---|---|---|---|---|
| Joined ECF Master Docket (2:12-cv-02311) | ✓ 05/04/15 | ✓ 01/19/16 | ✓ 09/22/15 | ✓ 03/09/15 | ✓ 06/03/14 | ✓ 10/24/13 | ✓ 11/11/16 | ✓ 03/30/18 | ✓ 09/25/14 | ✓ 01/23/17 |
| Joined Parties' Email Listserv. See Decl., Ex. | ✓ 08/13/15 H. Choi<br><br>08/13/2015 M. Miller<br><br>06/27/2017 C. Dye | ✓ 02/02/16 B. Love<br><br>08/11/2016 A. Barnstead |  | ✓ 08/13/15 A. Baker<br><br>08/13/2015 M. Sibarium<br><br>08/13/2015 J. Dulani |  | ✓ 08/13/15 J. Amato*<br><br>10/07/2015 A. Smedley*<br><br>08/13/2015 E. Cate*<br><br>11/19/2015 G. Griffith*<br><br>11/19/2015 A. Kushner* |  |  |  | ✓ 02/02/16 B. Love |
| Listed on Subpoena See ECF No. 1186 (Ex. A, at Attachment C) | ✓ |  | ✓ | ✓ | ✓ | ✓ |  |  | ✓ |  |
| Signed Parties' Joint Motion to Compel (ECF No. 1185) | ✓ |  | ✓ | ✓ | ✓ |  |  |  | ✓ |  |

| | Toyoda Gosei | KYB | Maruyasu | Mikuni | Mitsubishi Heavy | Panasonic | Bosal | Sanoh | Showa | Green Tokai |
|---|---|---|---|---|---|---|---|---|---|---|
| Signed Defendants Reply ISO Parties' Joint Motion to Compel (ECF No. 1246) | ✓ | | ✓ | ✓ | ✓ | | | | ✓ | |
| Signed Parties' Joint Renewed Motion to Compel (ECF No. 1495) | ✓ | | ✓ | ✓ | ✓ | | | | | |
| Signed Parties' Joint Reply ISO Parties' Renewed Motion to Compel (ECF No. 1548) | ✓ | | ✓ | ✓ | ✓ | | | | | |
| Signed Parties' Joint Response to Toyota's Objections to Special Master's Order on Renewed Motion to Compel (ECF No. 1631) | ✓ | | ✓ | ✓ | ✓ | | | | | |
| Participated in OEM Rule 30(b)(6) Depositions | ✓ | ✓ | | | | | | | | ✓ |
| Participated in or in Receipt of Information about Drafting Final Orders for Six Lead OEMs | ✓ | ✓ | | ✓ | | ✓ A. Smedley* | | | | ✓ |

*In addition to Panasonic, Winston & Strawn LLP also represent settled Defendant NTN. Jeff Amato and Angela Smedley did not always identify the Defendant on whose behalf they appeared or participated in joint communications.

- 2 -