# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| In Re: All Cases | Honorable Marianne O. Battani |
| | Special Master Gene J. Esshaki |
| THIS DOCUMENT RELATES TO: | |
| END-PAYOR ACTIONS  DEALERSHIP ACTIONS  TRUCK AND EQUIPMENT DEALER ACTIONS | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Special Master, on Tuesday, June 5, 2018, at 2:30 P.M., at the United States District Court, Theodore Levin U.S. Courthouse (Courtroom #737 – Judge Borman's Courtroom), Detroit, Michigan on the following matters:

> Indirect Purchaser Plaintiffs' Motion for an Order Directing Defendants to Pay Half of the Parties' Costs Relating to OEM Discovery (Case No. 12-md-02311)

Date:  May 25, 2018

/s/ Gene J. Esshaki
GENE J. ESSHAKI, SPECIAL MASTER

4828-9763-3894, v. 1