**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In re Instrument Panel Clusters**<br>    **Lead Case**<br>    **Direct Purchaser Actions**<br>    **Dealership Actions**<br>    **End-Payor Actions**<br>    **State Attorney Generals** | 2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202<br>2:12-cv-00203<br>2:13-cv-00205 |

### MOTION TO WITHDRAW JENNIFER M. STEWART AS COUNSEL

PLEASE TAKE NOTICE that the undersigned, Jennifer M. Stewart, an attorney at Winston & Strawn LLP ("Winston"), which firm represents Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc. (the "Nippon Seiki Defendants"), respectfully requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:13-cv-00205-MOB-MKM

Other counsel of record at Winston will continue to appear as counsel on behalf of the Nippon Seiki Defendants, and there will be no delay in the progress of the above actions by virtue of my withdrawal.

Dated:  May 30, 2018

Respectfully submitted,

/s/ *Jennifer M. Stewart*
Jennifer M. Stewart
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-4743
jstewart@winston.com

*Counsel for Defendants Nippon Seiki Co. Ltd., N.S. International, Ltd., New Sabina Industries, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2018, I caused a true and correct copy of the foregoing MOTION TO WITHDRAW JENNIFER M. STEWART AS COUNSEL to be filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  May 30, 2018                    WINSTON & STRAWN LLP

                                          By:  ./s/*Jennifer M. Stewart*
                                                  Jennifer M. Stewart