**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In re Instrument Panel Clusters**<br>    Lead Case<br>    Direct Purchaser Actions<br>    Dealership Actions<br>    End-Payor Actions<br>    State Attorney Generals | 2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202<br>2:12-cv-00203<br>2:13-cv-00205 |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW**
**JENNIFER M. STEWART AS COUNSEL**

WHEREAS, Jennifer M. Stewart, an attorney at Winston & Strawn LLP, which firm represents Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc. (the "Nippon Seiki Defendants"), requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:13-cv-00205-MOB-MKM

WHEREAS, other counsel of record at Winston & Strawn LLP will continue to appear as counsel on behalf of the Nippon Seiki Defendants;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Ms. Stewart's withdrawal.

**IT IS HEREBY ORDERED THAT** Ms. Stewart will be permitted to withdraw as counsel for the above-named Defendants in the above-captioned actions.

Dated: _____  _____
MARIANNE O. BATTANI
United States District Judge