# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311<br>Honorable Marianne O. Battani |
| ALL CASES | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**ORDER FURTHER MODIFYING DISCOVERY STAY**

WHEREAS, on October 25, 2017, the Court entered an Order Modifying Discovery Stay relating to the Department of Justice ("DOJ")'s Motion to Intervene and for Temporary and Limited Stay of Certain Discovery *In Re: Automotive Parts Antitrust Litigation*, MDL No. 2311 ("MDL") (*see* Order Modifying Discovery Stay (Doc. No. 1830) ("Modified Discovery Stay Order"));

WHEREAS, the Court's Modified Discovery Stay Order directs that all Defendants named in certain cases that have entered a guilty plea in connection with the products at issue in those cases (or for which there has been an announcement of such a plea agreement by the DOJ), to the extent they have not already done so, produce to each separate group of class plaintiffs (each, a

12847450.2

"Plaintiff Group") that has asserted a pending, non-settled, and not otherwise stayed, claim against that Defendant in the MDL, all documents, including any English translations, previously produced to the DOJ related to all products for which that Plaintiff Group has asserted a pending, non-settled, and not otherwise stayed claim against that Defendant.

NOW, THEREFORE, the Court Orders as follows:

1. <u>Paragraph 3 of the Modified Discovery Stay Order</u> shall be amended to include the following additional cases: *Alternators* (Direct Purchaser Plaintiffs ("DPP") Action) (Case No. 2:13-cv-00701); *Radiators* (DPP Action) (Case No. 2:13-cv-01001); *Starters* (DPP Action) (Case No. 2:13-cv-001101); *Anti-Vibration Rubber Products* (DPP Action) (Case No. 2:13-cv-00801); *Ignition Coils* (DPP Action) (Case No. 2:13-cv-01401); *Power Window Motors* (DPP Action) (Case No. 2:13-cv-02301); *Switches* (DPP Action) (Case Nos. 2:13-cv-01301 and 2:17-cv-12338); and *Valve Timing Control Devices* (DPP Action) (Case Nos. 2:13-cv-02501 and 2:17-cv-13158) (collectively, the "Additional Cases").

2. <u>All Defendants named in the Additional Cases</u> that have entered a guilty plea in connection with the products at issue in those cases (or for which there has been an announcement of such a plea agreement by the DOJ), to the extent they have not already done so, <u>within ninety (90) days</u> of entry of this Order, shall <u>produce to each separate group of class plaintiffs</u> (each, a "Plaintiff Group") that has asserted a pending, non-settled, and not otherwise stayed, claim against that Defendant in the MDL, <u>all documents</u>, including any English translations, previously produced to the DOJ related to all products for which that Plaintiff Group has asserted a pending, non-settled, and not otherwise stayed claim against that Defendant.

3. All provisions of the Modified Discovery Stay Order otherwise remain in effect.

**IT IS SO ORDERED.**

Date:   May 31, 2018                           s/Marianne O. Battani
                                               MARIANNE O. BATTANI
                                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 31, 2018.

                                               s/ Kay Doaks
                                               Case Manager