UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File 12-md-2311<br>Honorable Marianne O. Battani |
| In Re: EXHAUST SYSTEMS | 2:16-cv-03700 |
| THIS RELATES TO:<br><br>ALL EXHAUST SYSTEMS CASES | 2:16-cv-03701<br>2:16-cv-03702<br>2:16-cv-03703 |

### NOTICE OF APPEARANCE OF MEGAN L. HAVSTAD

TO:   THE CLERK OF THE COURT

PLEASE enter the appearance of Megan L. Havstad, of the law firm of O'Melveny & Myers LLP, as counsel on behalf of Eberspächer Exhaust Technology GmbH & Co. KG and Eberspächer North America Inc. in the above-captioned cases, in accordance with the Electronic Case Management Protocol Order (MDL Docket No. 1804). This appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

Dated:  June 5, 2018            Respectfully submitted,

By: /s/ Megan L. Havstad
Megan L. Havstad
O'Melveny & Myers LLP
Two Embarcadero Center, Suite 2800
San Francisco, CA  94111
415-984-8700
415-984-8701 (facsimile)
mhavstad@omm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF-registered counsel.

                /s/ Megan L. Havstad
                Megan L. Havstad