# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| IN RE: AUTOMOTIVE STEEL TUBES | |
| THIS RELATES TO:<br><br>END-PAYOR ACTION | Case Nos.  2:13-cv-02200<br>2:13-cv-02203<br>2:16-cv-04000<br>2:16-cv-04003 |

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804) and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 3, ¶(e)), attorney Samuel J. Sharp of White & Case LLP, a member of the bar of this Court, hereby enters his appearance as counsel for Defendant Maruyasu Industries Co., Ltd. in the Master Case for *In Re: Automotive Parts Antitrust Litigation*, 12-md-02311, the Lead Case for *In Re: Fuel Injection Systems*, 2:13-cv-02200, the End-Payor Action for *In Re: Fuel Injection Systems*, 2:13-cv-02203, the Lead Case for *In Re: Automotive Steel Tubes*, 2:16-cv-04000, and the End-Payor Action for *In Re: Automotive Steel Tubes*, 2:16-cv-04003.  Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below.  The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under

2

common law, statutory or constitutional authority, or the Federal Rules of Civil Procedure.

                                                  Respectfully submitted,

Dated: June 6, 2018         By: */s/ Samuel J. Sharp*
                                                  Samuel J. Sharp
                                                  **WHITE & CASE** LLP
                                                  701 Thirteenth Street, NW
                                                  Washington, DC 20005
                                                  Telephone: (202) 626-3600
                                                  Facsimile: (202) 639-9355
                                                  Email: samuel.sharp@whitecase.com

                                                  *Counsel for Defendant Maruyasu Industries Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

/s/ *Samuel J. Sharp*
Samuel J. Sharp
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
samuel.sharp@whitecase.com