# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 |
| | Honorable Marianne O. Battani |
| **ALL PARTS** | |
| THIS RELATES TO: | |
| ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David B. Rochelson of Robins Kaplan LLP, hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case.

Dated: July 18, 2018     By:    */s/ David B. Rochelson*
David B. Rochelson
**ROBINS KAPLAN LLP**
399 Park Avenue
Suite 3600
New York, NY 10022
Tel: 212-980-7400
Fax: 212-980-7499
Email: drochelson@RobinsKaplan.com

*Attorney for End-Payor Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, the foregoing Notice of Appearance was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: July 18, 2018  **ROBINS KAPLAN LLP**

By:  */s/ David B. Rochelson*