# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| **In re: ELECTRONIC POWERED STEERING ASSEMBLIES** | Case No. 2:13-cv-01903-MOB<br>Case No. 2:13-cv-01902-MOB<br>Case No. 2:13-cv-01901-MOB<br>Case No. 2:13-cv-01900-MOB |
| **THIS RELATES TO:**<br><br>**ALL ACTIONS** | |

## NOTICE OF ATTORNEY APPEARANCE

Kindly enter the appearance of William T. McEnroe as attorney of record for defendants Showa Corporation ("Showa") and American Showa, Inc. ("ASI") in the above-captioned actions. Showa and ASI are appearing specially in the above-captioned actions and do not intend to waive any defenses including, without limitation, the lack of personal jurisdiction.

                                                Respectfully submitted,

Dated: July 23, 2018                        **MORGAN, LEWIS & BOCKIUS LLP**

                                                /s/ William T. McEnroe
William T. McEnroe (PA Bar No. 308821)
1701 Market Street
Philadelphia, PA 19103
215.963.5000 (Tel.)
215.963.5001 (Fax)
william.mcenroe@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 23, 2018, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF upon all counsel of record.

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ William T. McEnroe
William T. McEnroe (PA Bar No. 308821)
1701 Market Street
Philadelphia, PA 19103
215.963.5000 (Tel.)
215.963.5001 (Fax)
william.mcenroe@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc.*