**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: | |
| BEARINGS CASES | 2:12-cv-00500<br>2:12-cv-00501<br>2:12-cv-12932<br>2:15-cv-12068 |
| ALTERNATORS CASES | 2:13-cv-00700<br>2:13-cv-00701<br>2:15-cv-11828 |
| IGNITION COILS CASES | 2:13-cv-01400<br>2:13-cv-01401<br>2:15-cv-11830 |
| FUEL INJECTION SYSTEMS CASES | 2:13-cv-02200<br>2:13-cv-02201<br>2:15-cv-11827 |
| POWER WINDOW MOTORS CASES | 2:13-cv-02300<br>2:13-cv-02301<br>2:15-cv-11829 |
| VALVE TIMING CONTROL DEVICES CASES | 2:17-cv-13158 |
| SPARK PLUGS CASES | 2:16-cv-13506 |
| OXYGEN SENSORS CASES | 2:15-cv-03100<br>2:15-cv-03101<br>2:15-cv-11831 |
| SHOCK ABSORBERS CASES | 2:15-cv-03301<br>2:16-cv-13616 |
| THIS RELATES TO: ALL ACTIONS | |

## MOTION TO WITHDRAW AS COUNSEL

David A. Young respectfully requests that the Court enter an Order allowing him to withdraw as counsel for all Direct Purchaser Plaintiffs, including All European Auto Supply, Inc., McGuire Bearing Company, KMB/CT, Inc., Thrifty Auto Supply, Irving Levine Automotive Distributors, Inc., V.I.P., Inc., and Performance Internet Parts, LLC, in the following actions:

| Case Number | Case Name |
| --- | --- |
| 2:12-md-02311 | Master Case |
| 2:12-cv-00500 | Bearings – Lead Case |
| 2:12-cv-00501 | Bearings – Direct Purchaser Actions |
| 2:12-cv-12932 | *McGuire Bearing Co. v. JTEKT Corp.* |
| 2:15-cv-12068 | *DALC Gear & Bearing Supply Corp. v. Koyo France SA* |
| 2:13-cv-00700 | Alternators – Lead Case |
| 2:13-cv-00701 | Alternators – Direct Purchaser Actions |
| 2:15-cv-11828 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-01400 | Ignition Coils – Lead Case |
| 2:13-cv-01401 | Ignition Coils – Direct Purchaser Actions |
| 2:15-cv-11830 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-02200 | Fuel Injection Systems – Lead Case |
| 2:13-cv-02201 | Fuel Injection Systems – Direct Purchaser Actions |
| 2:15-cv-11827 | *All European Auto Supply, Inc. v. Aisin Industry Co., Ltd.* |
| 2:13-cv-02300 | Power Window Motors – Lead Case |
| 2:13-cv-02301 | Power Window Motors – Direct Purchaser Actions |
| 2:15-cv-11829 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:17-cv-13158 | *All European Auto Supply, Inc. v. Aisin Seiki Co., Ltd.* |
| 2:16-cv-13506 | *KMB/CT, Inc. v. Denso Corp.* |
| 2:15-cv-03100 | Oxygen Sensors – Lead Case |
| 2:15-cv-03101 | Oxygen Sensors – Direct Purchaser Actions |
| 2:15-cv-11831 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:15-cv-03301 | Shock Absorbers – Direct Purchaser Actions |
| 2:16-cv-13616 | *V.I.P., Inc. v. Kayaba Industry Co., Ltd.* |

After July 27, 2018, David A. Young will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC. Other counsel of record will continue to appear as counsel on behalf of Direct Purchaser Plaintiffs. David A. Young's withdrawal will not affect any deadlines or cause any delay in this matter.

2

Dated:  July 26, 2018    /s/ David A. Young
David A. Young
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: dyoung@cohenmilstein.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

                                           */s/ David A. Young*
                                           David A. Young
                                           Cohen Milstein Sellers & Toll PLLC
                                           1100 New York Ave. NW, Suite 500
                                           Washington, DC 20005
                                           Phone: (202) 408-4600
                                           Fax: (202) 408-4699
                                           Email: dyoung@cohenmilstein.com