# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In re: | |
| BEARINGS CASES | 2:12-cv-00500<br>2:12-cv-00501<br>2:12-cv-12932<br>2:15-cv-12068 |
| ALTERNATORS CASES | 2:13-cv-00700<br>2:13-cv-00701<br>2:15-cv-11828 |
| IGNITION COILS CASES | 2:13-cv-01400<br>2:13-cv-01401<br>2:15-cv-11830 |
| FUEL INJECTION SYSTEMS CASES | 2:13-cv-02200<br>2:13-cv-02201<br>2:15-cv-11827 |
| POWER WINDOW MOTORS CASES | 2:13-cv-02300<br>2:13-cv-02301<br>2:15-cv-11829 |
| VALVE TIMING CONTROL DEVICES CASES | 2:17-cv-13158 |
| SPARK PLUGS CASES | 2:16-cv-13506 |
| OXYGEN SENSORS CASES | 2:15-cv-03100<br>2:15-cv-03101<br>2:15-cv-11831 |
| SHOCK ABSORBERS CASES | 2:15-cv-03301<br>2:16-cv-13616 |
| THIS RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER GRANTING MOTION
## TO WITHDRAW DAVID A. YOUNG AS COUNSEL

WHEREAS, David A. Young will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC after July 27, 2018;

WHEREAS, Mr. Young therefore requests that the Court enter an order allowing him to withdraw as counsel for Direct Purchasers Plaintiffs, including All European Auto Supply, Inc., McGuire Bearing Company, KMB/CT, Inc., Thrifty Auto Supply, Irving Levine Automotive Distributors, Inc., V.I.P., Inc., and Performance Internet Parts, LLC, in the following actions:

| Case Number | Case Name |
|---|---|
| 2:12-md-02311 | Master Case |
| 2:12-cv-00500 | Bearings – Lead Case |
| 2:12-cv-00501 | Bearings – Direct Purchaser Actions |
| 2:12-cv-12932 | *McGuire Bearing Co. v. JTEKT Corp.* |
| 2:15-cv-12068 | *DALC Gear & Bearing Supply Corp. v. Koyo France SA* |
| 2:13-cv-00700 | Alternators – Lead Case |
| 2:13-cv-00701 | Alternators – Direct Purchaser Actions |
| 2:15-cv-11828 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-01400 | Ignition Coils – Lead Case |
| 2:13-cv-01401 | Ignition Coils – Direct Purchaser Actions |
| 2:15-cv-11830 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:13-cv-02200 | Fuel Injection Systems – Lead Case |
| 2:13-cv-02201 | Fuel Injection Systems – Direct Purchaser Actions |
| 2:15-cv-11827 | *All European Auto Supply, Inc. v. Aisin Industry Co., Ltd.* |
| 2:13-cv-02300 | Power Window Motors – Lead Case |
| 2:13-cv-02301 | Power Window Motors – Direct Purchaser Actions |
| 2:15-cv-11829 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:17-cv-13158 | *All European Auto Supply, Inc. v. Aisin Seiki Co., Ltd.* |
| 2:16-cv-13506 | *KMB/CT, Inc. v. Denso Corp.* |
| 2:15-cv-03100 | Oxygen Sensors – Lead Case |
| 2:15-cv-03101 | Oxygen Sensors – Direct Purchaser Actions |
| 2:15-cv-11831 | *All European Auto Supply, Inc. v. Denso Corp.* |
| 2:15-cv-03301 | Shock Absorbers – Direct Purchaser Actions |
| 2:16-cv-13616 | *V.I.P., Inc. v. Kayaba Industry Co., Ltd.* |

WHEREAS, other counsel of record will continue to appear as counsel on behalf of Direct Purchaser Plaintiffs;

2

WHEREAS, Mr. Young's withdrawal will not affect any deadlines or cause any delay in this matter;

IT IS HEREBY ORDERED that Mr. Young be permitted to withdraw as counsel for Direct Purchaser Plaintiffs in the above actions. The Clerk is directed to remove Mr. Young from the CM/ECF service list for these actions.

Dated: _____

                                                 Honorable Marianne O. Battani
                                                 United States District Judge