## INDEX OF EXHIBITS

Exhibit 1         March 2018 Round 3 Class Notice

Exhibit 2         Bosch Settlement Agreement

Exhibit 3         NGK Spark Plugs Settlement Agreement