UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: Occupant Safety Systems**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:12-cv-00600<br>2:12-cv-00602<br>2:12-cv-00603 |
| **In Re: Automotive Hoses**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:15-cv-03200<br>2:15-cv-03202<br>2:15-cv-03203 |
| **In Re: Automotive Brake Hoses**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:16-cv-03600<br>2:16-cv-03602<br>2:16-cv-03603 |

**ORDER GRANTING MOTION TO WITHDRAW**
**RANDALL J. TURK AS COUNSEL**

TO: THE CLERK OF THE COURT

WHEREAS, Randall J. Turk, an attorney at Baker Botts LLP ("Baker Botts"), which represents Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp., (the "Toyoda Gosei Defendants"), respectfully requests that the Court enter an order allowing him to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600-MOB-MKM

2:12-cv-00602-MOB-MKM

2:12-cv-00603-MOB-MKM

2:15-cv-03200-MOB-MKM

2:15-cv-03202-MOB-MKM

2:15-cv-03203-MOB-MKM

2:16-cv-03600-MOB-MKM

2:16-cv-03602-MOB-MKM

2:16-cv-03603-MOB-MKM

WHEREAS, all other counsel of record for the Toyoda Gosei Defendants remain unchanged.

**IT IS HEREBY ORDERED THAT** Mr. Turk will be permitted to withdraw as counsel for the above-named Defendants in the above-captioned actions.

Date:  August 10, 2018                    s/Marianne O. Battani
                                          MARIANNE O. BATTANI
                                          United States District Judge