# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: ALL PARTS CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

THIS RELATES TO: ALL CASES

## ORDER GRANTING ATTORNEY WITHDRAWAL
## OF KRISTA M. HOSMER IN ALL ACTIONS

A motion has been filed regarding the withdrawal of Krista M. Hosmer as counsel in the following actions:

Master File No. 12-md-02311;

Wire Harness Cases on behalf of Automobile Dealership Plaintiffs;

Air Conditioning Systems Cases on behalf of Automobile Dealership Plaintiffs;

Air Flow Meters Cases on behalf of Automobile Dealership Plaintiffs;

Alternators Cases on behalf of Automobile Dealership Plaintiffs;

Anti-Vibration Rubber Parts Cases on behalf of Automobile Dealership Plaintiffs;

ATF Warmers Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Constant Velocity Joint Boot Products Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Hoses/Oxygen Sensor Cases on behalf of Automobile Dealership Plaintiffs;

Automotive Lamps Cases on behalf of Automobile Dealership Plaintiffs;

Bearings Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Powered Steering Assemblies Cases on behalf of Automobile Dealership Plaintiffs;

Electronic Throttle Bodies Cases on behalf of Automobile Dealership Plaintiffs;

Fan Motors Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Injection Systems Cases on behalf of Automobile Dealership Plaintiffs;

Fuel Senders Cases on behalf of Automobile Dealership Plaintiffs;

Heater Control Panel Cases on behalf of Automobile Dealership Plaintiffs;

HID Ballasts Cases on behalf of Automobile Dealership Plaintiffs;

Ignition Coils Cases on behalf of Automobile Dealership Plaintiffs;

Instrument Panel Clusters Cases on behalf of Automobile Dealership Plaintiffs;

Inverters Cases on behalf of Automobile Dealership Plaintiffs;

Motor Generator Cases on behalf of Automobile Dealership Plaintiffs;

Occupant Safety Systems Cases on behalf of Automobile Dealership Plaintiffs;

Power Window Motors Cases on behalf of Automobile Dealership Plaintiffs;

Radiators Cases on behalf of Automobile Dealership Plaintiffs;

Spark Plug Cases Cases on behalf of Automobile Dealership Plaintiffs;

Starters Cases on behalf of Automobile Dealership Plaintiffs;

Steering Angle Sensors Cases on behalf of Automobile Dealership Plaintiffs;

Switches Cases on behalf of Automobile Dealership Plaintiffs;

Valve Timing Control Cases on behalf of Automobile Dealership Plaintiffs;

Windshield Washer Cases on behalf of Automobile Dealership Plaintiffs; and

Windshield Wiper Cases on behalf of Automobile Dealership Plaintiffs.

Other attorneys have appeared as counsel for these Plaintiffs and their representation continues.

IT IS ORDERED that Mrs. Hosmer shall be removed as an attorney of record in the following cases. **THE OFFICE OF ATTORNEY HOSMER IS DIRECTED TO REMOVE ATTORNEY HOSMER (EVENT IN CM/ECF OTHER DOCUMENTS MENU; DISCONTINUE NEF'S) FROM EACH CASE LISTED BELOW**:

*Master File*
12-md-02311

*Wire Harness Cases*
2:12-cv-00100
2:12-cv-00102
2:13-cv-00104
2:12-cv-12526

*Air Conditioning Cases*
2:13-cv-02700
2:13-cv-02702
2:14-cv-10796

*Air Flow Cases*
2:13-cv-02000
2:13-cv-02002
2:14-cv-10588

*Alternators Cases*
2:13-cv-00700
2:13-cv-00702
2:13-cv-11596

*Anti-Vibration Rubber Parts Cases*
2:13-cv-00800
2:13-cv-00802
2:13-cv-11593
2:14-cv-12549

*ATF Warmers Cases*
2:13-cv-02400
2:13-cv-02402
2:14-cv-10593

*Automotive Constant Velocity Joint Boot Products Cases*
2:14-cv-02900
2:14-cv-02902
2:14-cv-14719
2:15-cv-10011

*Automotive Hoses/Oygen Sensors Cases*
4:15-cv-13451
2:15-cv-03100

*Automotive Lamps Cases*
2:13-cv-01200
2:13-cv-01202
2:13-cv-12964

*Bearings Cases*
2:12-cv-00500
2:12-cv-00502-
2:12-cv-12614
2:13-cv-14948

*Electronic Powered Steering Assemblies (EPSA) Cases*
2:13-cv-01900
2:13-cv-01902
2:14-cv-10596
2:14-cv-12551

*Electronic Throttle Cases*
2:13-cv-02600
2:13-cv-02602
2:14-cv-10594

*Fan Motors Cases*
2:13-cv-02100
2:13-cv-02102
2:14-cv-10773
2:14-cv-12553

*Fuel Injection Systems Cases*
2:13-cv-02200
2:13-cv-02202
2:14-cv-10598

2:15-cv-10012

***Fuel Senders Cases***
2:12-cv-00300
2:12-cv-00302
2:12-cv-11156
2:13-cv-13556
2:13-cv-13564

***Heater Control Panels Cases***
2:12-cv-00400
2:12-cv-00402
2:12-cv-11161
2:13-cv-11784
2:13-cv-11639

***HID Cases***
2:13-cv-01700
2:13-cv-01702
2:14-cv-10600
2:14-cv-12554

***Ignition Coils Cases***
2:13-cv-01400
2:13-cv-01402
2:13-cv-14202

***Instrument Panel Clusters Cases***
2:12-cv-00200
2:12-cv-00202
2:13-cv-00205
2:12-cv-11156
2:13-cv-10161
2:13-cv-12063
2:13-cv-11262

***Inverters Cases***
2:13-cv-01800
2:13-cv-01802
2:14-cv-14721
2:15-cv-10013

***Motor Generator Cases***
2:13-cv-01500

5

2:13-cv-01502
2:14-cv-12309
2:14-cv-12556

***Occupant Safety Systems Cases***
2:12-cv-00600
2:12-cv-00602
2:12-cv-12795
2:12-cv-14887
2:13-cv-12921
2:13-cv-14454

***Power Window Motors Cases***
2:13-cv-02300
2:13-cv-02302
2:14-cv-10599
2:14-cv-12558

***Radiators Cases***
2:13-cv-01000
2:13-cv-01002
2:13-cv-11590
2:14-cv-12559

***Spark Plugs Cases***
2:15-cv-03000
2:15-cv-13465

***Starters Cases***
2:13-cv-01100
2:13-cv-01102
2:13-cv-11603

***Steering Angle Sensors Cases***
2:13-cv-01600
2:13-cv-01602
2:14-cv-10597
2:14-cv-12560

***Switches Cases***
2:13-cv-01300
2:13-cv-01302
2:14-cv-10884
2:14-cv-12552

***Valve Timing Control Cases***

6

    2:13-cv-02500
    2:13-cv-02502
    2:14-cv-10777
    2:15-cv-10014
    ***Windshield Washer Cases***
    2:13-cv-02800
    2:13-cv-02802
    2:14-cv-10776
    2:14-cv-12555

    ***Windshield Wiper Cases***
    2:13-cv-00900
    2:13-cv-00902
    2:13-cv-11595
    2:15-cv-10015

Date: August 10, 2018                    <u>s/Marianne O. Battani</u>
                                            MARIANNE O. BATTANI
                                            United States District Judge