# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS G.S. ELECTECH, INC., G.S. WIRING SYSTEMS, INC., AND G.S.W. MANUFACTURING, INC.

Pursuant to Eastern District of Michigan Local Rule 83.25, Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (collectively, "GSE Defendants") respectfully move the Court for an order granting leave to John C. Monica, Jr. to withdraw as counsel for the GSE Defendants in the following actions:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM

No prejudice will result from the withdrawal of Mr. Monica as the law firm of Porter, Wright, Morris, & Arthur, LLP ("Porter Wright") continues to represent the GSE Defendants in the above-listed actions.

DATED: August 17, 2018             Respectfully submitted,

                      By:  */s/ John C. Monica, Jr.*
                            John C. Monica, Jr.
                            PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
                            2020 K Street NW, Suite 600
                            Washington, DC 20006
                            Telephone: (202) 778-3000
                            Facsimile: (202) 778-3063
                            jmonica@porterwright.com

                            *Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I filed a copy of the foregoing with the Clerk of Courts using the Court's CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties to the actions.

>By: /s/ John C. Monica, Jr.
>John C. Monica, Jr.
>PORTER, WRIGHT, MORRIS, & ARTHUR, LLP
>2020 K Street NW, Suite 600
>Washington, DC 20006
>Telephone: (202) 778-3000
>Facsimile: (202) 778-3063
>jmonica@porterwright.com
>
>*Attorney for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*