# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## [PROPOSED] ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Upon consideration of the Motion to Withdraw as Counsel filed by John C. Monica, Jr. on August 17, 2018, it is hereby

ORDERED that John C. Monica, Jr. is allowed to withdraw from the representation of G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. in the following cases:

- 12-md-02311
- 2:12-cv-00100-MOB-MKM

IT IS SO ORDERED.

Date: _____

_____
Hon. Marianne O. Battani
United States District Judge