**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE of the following change of mailing address for attorney Ruthanne Gordon of Berger Montague PC, counsel for Plaintiffs, ACAP, LLC and VITEC, LLC in various member cases of the above-captioned matter:

**Former Address**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

**New Address**
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

The telephone numbers and e-mail addresses on file with the Court remain unchanged. The undersigned continues to represent Plaintiffs in the above-referenced matter.

Dated: August 23, 2018

BERGER MONTAGUE PC

*/s/ Ruthanne Gordon*
Ruthanne Gordon
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: rgordon@bm.net