**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE of the following change of mailing address for attorney David

A. Langer of Berger Montague PC, counsel for Plaintiffs, ACAP, LLC and VITEC, LLC in

various member cases of the above-captioned matter:

**Former Address**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

**New Address**
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

The telephone numbers and e-mail addresses on file with the Court remain unchanged.  The

undersigned continues to represent Plaintiffs in the above-referenced matter.

Dated: August 23, 2018

BERGER MONTAGUE PC


*/s/ David A. Langer*
David A. Langer
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel: (215) 875-3000
Email: dlanger@bm.net