# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: **AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No.: 12-md-02311<br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| In Re: ALL CASES | 2:12-md-02311 |
| **THIS DOCUMENT RELATES TO:**<br>**DEALERSHIP ACTIONS**<br>**END-PAYOR ACTIONS**<br>**TRUCK AND EQUIPMENT DEALER ACTIONS** | |

### ORDER GRANTING NON-PARTY TOYOTA'S MOTION TO MAINTAIN UNDER SEAL CERTAIN PORTIONS OF THE PARTIES' MOTIONS PURSUANT TO L.R. 5.3

Before the Court is Non-Party Toyota's Motion to Maintain Under Seal Certain Portions of the Plaintiffs' and the Defendants' Motions (together, "the Parties' Motions") (Toyota's Motion to Seal).

The Court has considered Toyota's Motion to Seal, the Response to the Motion, Toyota's Reply and it is otherwise fully advised about the matter. Due to the highly confidential and competitively sensitive nature of the information subject to Non-Party Toyota's Motion to Maintain Under Seal Certain Portions of the Parties' Motions, Toyota's Motion to Seal is hereby GRANTED and IT IS ORDERED AS FOLLOWS:

1

2

The Clerk's office is directed to maintain under seal Exhibit B to the Declaration by William V. Reiss, Doc. 1885 and Exhibit A to the Defendants' Motion, Doc. 1893.

Date:  August 23, 2018                                   s/Marianne O. Battani
                                                              MARIANNE O. BATTANI
                                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 23, 2018.

                                                                             s/ Kay Doaks
                                                                             Case Manager