**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | HON. MARIANNE O. BATTANI |

_____

## AGENDA FOR SEPTEMBER 26, 2018 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.      REPORT OF SPECIAL MASTER**

**II.     ALL ACTIONS IN MDL 2311**

A.      Direct Purchaser Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

B.      End-Payor Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I and EPP Status of Settlements).

C.      Auto Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

D.      Truck and Equipment Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

13357707.1

E.      Status of Scheduling Orders

## II.      DATE FOR NEXT STATUS CONFERENCE

A.      Next Status Conference:  February 6, 2019 at 10:00 a.m.

B.      Scheduling of Subsequent Status Conferences.

## III.      OTHER MATTERS

Any party interested in any part should appear.

## IV.      MOTION HEARINGS

MULTIPLE CASES (2:12-cv-02311)

1.      Round 3 Settling Defendants Motion to Deny GEICO Exclusion Request
as Invalid and Ineffective and to Enforce Litigation Stays (See Doc Nos.
609 in 103; 260 in 203; 266 in 403; 284 in 503; 237 in 803; 191 in 903;
227 in 1003; 205 in 1103; 107 in 1203; 192 in 1403; 241 in 1703; 230 in
1903; 113 in 2103; 352 in 2203; 139 in 2303; 137 in 2403; 194 in 2703;
128 in 2803; 65 in 2903; 104 in 3003; 93 in 3303; 73 in 3403; 29 in 3503;
31 in 3603; 128 in 3703; 101 in 3803; 84 in 4003; 23 in 4103; 31 in 17-cv-
11637).

2.      GEICO's Motion to Intervene and Stay Final Fairness Determination (See
Doc Nos. 611, 612 in 103; 262, 263 in 203; 267, 268 in 403; 286, 287 in
503; 239, 241 in 803; 192, 193 in 903; 228, 229 in 1003; 206, 207 in 1103;
108, 109 in 1203; 194, 195 in 1403; 243, 244 in 1703; 231, 232 in 1903;
114, 115 in 2103; 353, 354 in 2203; 140, 141 in 2303; 139, 140 in 2403;
196, 197 in 2703; 129, 130 in 2803; 106, 107 in 3003; 96, 97 in 3303; 75,

13357707.1

76 in 3403; 31, 32 in 2503; 32, 33 in 3603; 130, 131 in 3703; 103, 104 in 3803; 85, 86 in 4003; 25, 26 in 4103; 32, 33 in 17-cv-11637)**.**

3.    Truck and Equipment Dealer Plaintiffs' Motion for Final Approval of Proposed Settlements with MITSUBA, T.RAD, Bosch, and HIAMS Defendants in Alternators, Truck and Equipment Dealer Plaintiffs' Motion for Final Approval of Proposed Settlements with MITSUBA, T.RAD, Bosch, and HIAMS Defendants in Radiators, Truck and Equipment Dealer Plaintiffs' Motion for Final Approval of Proposed Settlements with MITSUBA, T.RAD, Bosch, and HIAMS Defendants in Starters. *Final Approval hearing set for 1:00 pm.*

4.    Truck and Equipment Dealer Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses

5.    Automobile Dealership Plaintiffs' Motion for Final Approval of Settlements and Application For Interim Expenses, Attorneys Fees, and Service Awards (See Doc Nos. 557, 562, 563 in 102; 244, 250, 251 in 402; 253, 258, 259 in 502; 246, 253, 254 in 802; 146, 152, 153 in 902; 163, 171, 172 in 1002; 136, 143, 144 in 1102; 80, 82, 83 in 1202; 144, 150, 151 in 1402; 202, 208, 209 in 1902; 90, 94, 95 in 2102; 251, 262, 263 in 2202; 112, 119, 120 in 2302; 202, 206, 207 in 2502; 113, 117, 118 in 2802; 51, 53, 54 in 2902; 61, 66, 67 in 3002; 42, 65, 66 in 3302; 54, 57, 58 in 3402; 20, 23, 24 in 3502; 34, 37, 38 in 3602; 108, 113, 114 in 3702; 48, 52, 53 in 3802; 1,2 in 43029, 12, 13 in 13005).  *Final Approval hearing set for 2:00 pm.*

6.    Direct Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with Tokai Rika and Toyoda Gosei Defendants and Proposed Plan for Distribution of Settlement Funds in Occupant Safety Systems (See Doc. Nos. 163 in 601 and 16 in 16-10002.  Motion for Final Approval of Proposed Settlement with Valeo Defendants in Air Conditioning

3

13357707.1

Systems (See Doc. No. 116 in 2701.) *Fairness hearing set for 3:30 p.m.*

7.    Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses, and Incentive Awards for the Class Representatives.  (See Doc. Nos. 164 in 601 and 17 in 16-10002; Doc. No. 117 in 2701.)

Date: September 7, 2018      s/Marianne O. Battani

                                       MARIANNE O. BATTANI

                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

                                       /s/ KaMyra Doaks

                                       Case Manager

13357707.1