# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 11, 2018

Ms. Rachel Susan Brass
Gibson Dunn
555 Mission Street
Suitre 3000
San Francisco, CA 94105-0921

Steven F. Cherry
Wilmer Hale
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. Michael R. Dezsi
Law Office
615 Griswold Street
Suite 1410
Detroit, MI 48226

Mr. David P. Donovan
Wilmer Hale
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. David H. Fink
Fink and Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink & Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. George A. Nicoud III
Gibson Dunn
555 Mission Street
Suitre 3000
San Francisco, CA 94105-0921

      Re:  Case No. 18-1776, *All European Auto Supply, Inc., et al v. DENSO Corp., et al*
            Originating Case No. : 2:12-md-02311 : 2:13-cv-02301 : 2:15-cv-11829

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                            Sincerely yours,

                            s/Bryant L. Crutcher
                            Case Manager
                            Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1776

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 11, 2018
DEBORAH S. HUNT, Clerk

ALL EUROPEAN AUTO SUPPLY, INC.,

    Plaintiff-Appellant,

and

END-PAYOR PLAINTIFFS, et al,

    Plaintiffs,

v.

DENSO CORPORATION; DENSO INTERNATIONAL AMERICA INC.; DENSO INTERNATIONAL KOREA CORPORATION; ASMO NORTH AMERICA, LLC; ASMO NORTH CAROLINA, INC.; MITSUBA CORPORATION; AMERICA MITSUBA CORPORATION,

    Defendants-Appellees,

and

ROBERT BOSCH GMBH, et al,

    Defendants.

## ORDER FOR LIMITED REMAND

In accordance with the confidential settlement agreement reached between the parties following mediation negotiations under Rule 33 of the Sixth Circuit Rules, the parties jointly move, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, to remand this case to the United States District Court for the Eastern District of Michigan for the purpose of having the district court preliminarily approve the Mitsuba settlement and provisionally certify the settlement class.

Upon consideration of the motion, and further considering the District Court's Order of August 30, 2018,

**IT IS ORDERED** that the motion shall be, and it hereby is GRANTED. The appeal is remanded to the District Court for further proceedings. The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of the appeal.

ENTERED PURSUANT TO RULE 33
OF THE SIXTH CIRCUIT RULES

_____
Deborah S. Hunt, Clerk