UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: All Cases | |
| THIS DOCUMENTS RELATES TO:<br>All Actions | |

## **NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that, effective September 17, 2018, the Seattle office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292; Facsimile: (206) 623-0594.

Dated: September 17, 2018

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
   Steve W. Berman
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

                                          */s/ Steve W. Berman*
                                           STEVE W. BERMAN