# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION

In re:  ALL PARTS CASES

THIS RELATES TO: ALL CASES

Master File No. 12-md-02311
Honorable Marianne O. Battani

## MOTION TO WITHDRAW AS COUNSEL

Automobile Dealership Plaintiffs move the Court for leave to withdraw the appearance of Alexander E. Blum as counsel in all actions. This motion is precipitated by Mr. Blum's departure from the law firm Mantese Honigman, P.C. Automobile Dealership Plaintiffs will continue to be represented by other counsel of record and no delay in the progress of this action will result from Mr. Blum's withdrawal.

WHEREFORE, Automobile Dealership Plaintiffs request that the Court enter an order granting the motion to withdraw the appearance of Mr. Blum as counsel.

DATED: September 19, 2018

Respectfully submitted,

**MANTESE HONIGMAN, P.C.**

/s/ *Gerard V. Mantese*
Gerard V. Mantese (Michigan Bar No. P34424)
Mantese Honigman, P.C
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

      /s/*Sherri Sikorski*
      Sherri Sikorski
      Mantese Honigman, P.C.
      1361 E. Big Beaver Rd.
      Troy, MI 48083
      (248) 457-9200
      Ssikorski@manteselaw.com