# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: CERAMIC SUBSTRATES | |
| THIS RELATES TO:<br><br>AIRFLOW CATALYST SYSTEMS, INC., and NETT TECHNOLOGIES INC., on behalf themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NGK INSULATORS LTD., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-13785<br>Case No. 2-13-cv-3801 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Solomon B. Cera of Cera LLP hereby enters his appearance as counsel for Plaintiffs Airflow Catalyst Systems, Inc. and Nett Technologies Inc. in the above-captioned matter.

Dated: October 3, 2018

Respectfully submitted,

CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
595 Market Street, Suite 1350
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com

*One of the Attorneys for Plaintiffs Airflow Catalyst Systems, Inc. and Nett Technologies Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Solomon B. Cera
Solomon B. Cera