# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311 HON. MARIANNE O. BATTANI |
| IN RE: ALL PARTS | |
| This Document Relates To: ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Spector of the law firm Spector Roseman & Kodroff, P.C. hereby enters his appearance as counsel for Plaintiff, Saratoga Lane, LLC in the above-captioned matter.

DATED: November 6, 2018

/s/ *Jeffrey L. Spector*
Jeffrey L. Spector
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:   215-496-0300
Fax:   215-496-6611
Email: jspector@srkattorneys.com

One of the attorneys for Direct Purchaser Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ *Jeffrey L. Spector*
Jeffrey L. Spector
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:     215-496-0300
Fax:    215-496-6611
Email:  jspector@srkattorneys.com

One of the attorneys for Direct Purchaser Plaintiffs