UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| In Re Bearings | 2:12-cv-00500<br>2:12-cv-00501<br>2:15-cv-12068 |
| THIS RELATES TO:<br>DIRECT PUCHASER ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address (suite number only) for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

**Cera LLP**
**595 Market Street**
**Suite 1350**
**San Francisco, CA 94105**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: November 6, 2018                Respectfully submitted,
                                       CERA LLP

                                       By: /s/Solomon B. Cera
                                       Solomon B. Cera
                                       Thomas C. Bright
                                       595 Market Street, Suite 1350
                                       San Francisco, California 94105
                                       Telephone: (415) 777-2230
                                       Facsimile: (415) 777-5189
                                       scera@cerallp.com
                                       tbright@cerallp.com

                                       Attorneys for Plaintiffs McGuire Bearing
                                       Company and Sherman Bearings Inc.

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

/s/Solomon B. Cera
Solomon B. Cera