# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In Re: SHOCK ABSORBERS CASES | |
| THIS RELATES TO: | |
| V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-13616<br>Case No. 2:15-cv-03301 |
| Plaintiffs, | |
| v. | |
| KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address (suite number only) for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

> **Cera LLP**
> **595 Market Street**
> **Suite 1350**
> **San Francisco, CA 94105**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

1

Dated: November 6, 2018

Respectfully submitted,

CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
Pamela A. Markert
595 Market Street, Suite 1350
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com
tbright@cerallp.com
pmarkert@cerallp.com

One of the Attorneys for Plaintiff Performance Internet Parts, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

                                        /s/Solomon B. Cera
                                        Solomon B. Cera