# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| IN RE: CERAMIC SUBSTRATES | |
| THIS RELATES TO:<br><br>AIRFLOW CATALYST SYSTEMS, INC., and NETT TECHNOLOGIES INC., on behalf themselves and all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NGK INSULATORS LTD., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-13785 |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address (suite number only) for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

> **Cera LLP**
> **595 Market Street**
> **Suite 1350**
> **San Francisco, CA 94105**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: November 6, 2018

Respectfully submitted,

CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
595 Market Street, Suite 1350
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com
tbright@cerallp.com

One of the Attorneys for Plaintiffs Airflow Catalyst Systems, Inc. and Nett Technologies Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Solomon B. Cera
Solomon B. Cera