# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| In re: | ) ) ) |
| BEARINGS CASES | ) 2:12-cv-00500 ) 2:12-cv-00501 ) 2:12-cv-12932 ) 2:15-cv-12068 ) |
| IGNITION COILS CASES | ) 2:13-cv-01400 ) 2:13-cv-01401 ) 2:15-cv-11830 ) |
| POWER WINDOW MOTORS CASES | ) 2:13-cv-02300 ) 2:13-cv-02301 ) 2:15-cv-11829 ) |
| VALVE TIMING CONTROL DEVICES CASES | ) 2:17-cv-13158 ) ) |

## APPEARANCE OF COUNSEL

Please enter my appearance as an attorney for and on behalf of all Direct Purchaser Plaintiffs in the above-captioned cases.

Dated: November 14, 2018      */s/ Robert A. Braun*
　　　　　　　　　　　　　　　Robert A. Braun
　　　　　　　　　　　　　　　Cohen Milstein Sellers & Toll PLLC
　　　　　　　　　　　　　　　1100 New York Ave. NW, Suite 500
　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　Phone: (202) 408-4600
　　　　　　　　　　　　　　　Email: rbraun@cohenmilstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

*/s/ Robert A. Braun*
Robert. A Braun