## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| In Re:  Switches<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:13-cv-01300<br>2:13-cv-01302<br>2:13-cv-01303 |
| In Re:  Steering Angle Sensors<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:13-cv-01600<br>2:13-cv-01602<br>2:13-cv-01603 |
| In Re:  HID Ballasts<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:13-cv-01700<br>2:13-cv-01702<br>2:13-cv-01703 |

## ORDER GRANTING MOTION TO WITHDRAW MOLLIE C. RICHARDSON AS COUNSEL

WHEREAS, Mollie C. Richardson, an attorney at Winston & Strawn LLP ("Winston"), which firm represents Panasonic Corp. and Panasonic Corp. of North America (the "Panasonic Defendants"), requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:13-cv-01300-MOB-MKM

2:13-cv-01302-MOB-MKM

2:13-cv-01303-MOB-MKM

2:13-cv-01600-MOB-MKM

2:13-cv-01602-MOB-MKM

    2:13-cv-01603-MOB-MKM

    2:13-cv-01700-MOB-MKM

    2:13-cv-01702-MOB-MKM

    2:13-cv-01703-MOB-MKM

WHEREAS, other counsel of record at Winston will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Ms. Richardson's withdrawal;

**IT IS HEREBY ORDERED THAT** Ms. Richardson will be permitted to withdraw as counsel for the above-named Defendants in the above actions. **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order.**

Date:   December 3, 2018                            s/Marianne O. Battani
                                                                        MARIANNE O. BATTANI
                                                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

                                                                      s/ Kay Doaks
                                                                       Case Manager