UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 12-MD-02311<br>Honorable Marianne O. Battani |
| **In re Instrument Panel Clusters**<br>    Lead Case<br>    Direct Purchaser Actions<br>    Dealership Actions<br>    End-Payor Actions<br>    State Attorney Generals | 2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202<br>2:12-cv-00203<br>2:13-cv-00205 |

**ORDER GRANTING MOTION TO WITHDRAW**
**JENNIFER M. STEWART AS COUNSEL**

WHEREAS, Jennifer M. Stewart, an attorney at Winston & Strawn LLP, which firm represents Nippon Seiki Co., Ltd., N.S. International, Ltd., and New Sabina Industries, Inc. (the "Nippon Seiki Defendants"), requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00200-MOB-MKM

2:12-cv-00201-MOB-MKM

2:12-cv-00202-MOB-MKM

2:12-cv-00203-MOB-MKM

2:13-cv-00205-MOB-MKM

WHEREAS, other counsel of record at Winston & Strawn LLP will continue to appear as counsel on behalf of the Nippon Seiki Defendants;

WHEREAS, there will be no delay in the progress of the above actions by virtue of Ms. Stewart's withdrawal.

**IT IS HEREBY ORDERED THAT** Ms. Stewart will be permitted to withdraw as counsel for the above-named Defendants in the above-captioned actions. **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order**

Date:   December 3, 2018            s/Marianne O. Battani
                                    MARIANNE O. BATTANI
                                    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

                                    s/ Kay Doaks
                                    Case Manager