# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Ifeoma Adams, et al. v. Diamond Electric Mfg. Co. Ltd., et al. (Ignition Coils) | 2:13-cv-14173 |
| Ifeoma Adams, et al. v. Hitachi Automotive Systems, Ltd., et al. (Air Flow Meters) | 2:13-cv-14198 |
| Ifeoma Adams, et al. v. Hitachi Automotive Systems, Ltd., et al. (Fuel Injection Systems) | 2:13-cv-14206 |
| Ifeoma Adams, et al. v. Hitachi Automotive Systems, Ltd., et al. (Valve Control Timing Devices) | 2:13-cv-14226 |
| Ifeoma Adams, et al. v. Valeo S.A., et al. (Air Conditioning Systems) | 2:13-cv-14289 |
| Ifeoma Adams, et al. v. DENSO Corporation, et al. (Windshield Washer Systems) | 2:13-cv-14550 |
| Jerry McDaniel, et al. v. DENSO Corporation, et al. (Air Conditioning Systems) | 2:13-cv-14655 |
| Jerry McDaniel, et al. v. DENSO Corporation, et al. (Air Flow Meters) | 2:13-cv-14657 |
| Jerry McDaniel, et al. v. DENSO Corporation, et al. (Fuel Injection Systems) | 2:13-cv-14658 |
| Jerry McDaniel, et al. v. DENSO Corporation, et al. (Heating Control Panel) | 2:13-cv-14659 |
| Jerry McDaniel, et al. v. DENSO Corporation, et al. (Ignition Coils) | 2:13-cv-14660 |

## ORDER GRANTING
## WITHDRAWAL OF ATTORNEY KURT G. KASTORF

Notice has been filed regarding the withdrawal of Kurt G. Kastorf of Wilmer Cutler

Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO

International America, Inc., ASMO Co., Ltd., ASMO Manufacturing, Inc., and ASMO North America, LLC. Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Kastorf shall be removed as attorney of record in the following cases, **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed:**

    2:13-cv-14173-MOB-MKM

    2:13-cv-14198-MOB-MKM

    2:13-cv-14206-MOB-MKM

    2:13-cv-14226-MOB-MKM

    2:13-cv-14289-MOB-MKM

    2:13-cv-14550-MOB-MKM

    2:13-cv-14655-MOB-MKM

    2:13-cv-14657-MOB-MKM

    2:13-cv-14658-MOB-MKM

    2:13-cv-14659-MOB-MKM

    2:13-cv-14660-MOB-MKM

Date:   December 3, 2018                         s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 3, 2018.

s/ Kay Doaks<br>
Case Manager