**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

----------------------------------- x
                                                      :

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Hon. Marianne O. Battani |
| Automotive Parts Antitrust Litigation | 2:12-md-02311-MOB |
| Automotive Lamps | 2:13-cv-01200-MOB |
| Automotive Lamps - Dealership Actions | 2:13-cv-01202-MOB |
| Automotive Lamps - End-Payor Actions | 2:13-cv-01203-MOB |
| Ignition Coils | 2:13-cv-01400-MOB |
| Ignition Coils - Dealership Actions | 2:13-cv-01402-MOB |
| Ignition Coils - End-Payor Actions | 2:13-cv-01403-MOB |
| HID Ballasts | 2:13-cv-01700-MOB |
| HIB Ballasts - Dealership Actions | 2:13-cv-01702-MOB |
| HID Ballasts - End-Payor Actions | 2:13-cv-01703-MOB |
| Barron et al v. Koito Manufacturing Co., Ltd. et al | 2:13-cv-12483-MOB |
| Martens Cars of Washington, Inc. et al v. Koito Manufacturing Co., Ltd. et al | 2:13-cv-12964-MOB |
| Adams et al v. Diamond Electric Mfg. Co., Ltd. et al | 2:13-cv-14173-MOB |
| Martens Cars of Washington, Inc. et al v. Diamond Electric Mfg. Co., Ltd. et al | 2:13-cv-14202-MOB |
| McDaniel et al v. Denso Corporation et al | 2:13-cv-14660-MOB |

----------------------------------- x
                                                      :

THIS DOCUMENT RELATES TO:

                                                      :

All Cases

----------------------------------- x

## **ORDER GRANTING WITHDRAWAL OF DAVID T. SHOGREN**

      WHEREAS, David T. Shogren, an attorney at Simpson Thacher & Bartlett LLP, which represents Diamond Electric Mfg. Corporation, Diamond Electric Mfg. Co., Ltd. (collectively

"Diamond"), Stanley Electric Co. Ltd., II Stanley Co., Inc., and Stanley Electric U.S. Co., Inc. (collectively "Stanley"), respectfully requests that the Court enter an order allowing him to withdraw as counsel in the following cases.  **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed on the order.**

| | | |
|---|---|---|
| 2:12-md-02311-MOB | 2:13-cv-01402-MOB | 2:13-cv-12964-MOB |
| 2:13-cv-01200-MOB | 2:13-cv-01403-MOB | 2:13-cv-14173-MOB |
| 2:13-cv-01202-MOB | 2:13-cv-01700-MOB | 2:13-cv-14202-MOB |
| 2:13-cv-01203-MOB | 2:13-cv-01702-MOB | 2:13-cv-14660-MOB |
| 2:13-cv-01400-MOB | 2:13-cv-01703-MOB | |
| | 2:13-cv-12483-MOB | |

WHEREAS, all other counsel of record for the Diamond and Stanley defendants remain unchanged.

Date:   December 4, 2018                              s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 4, 2018.

                                                     s/ Kay Doaks
                                                     Case Manager