# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-MOB-MKM<br><br>Honorable Marianne O. Battani<br>Honorable Mona K. Majzoub |
| IN RE AIR CONDITIONING SYSTEMS<br><br>IN RE ACCESS MECHANISMS | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 2:13-cv-02700-MOB-MKM<br>2:13-cv-02701-MOB-MKM<br>2:13-cv-02702-MOB-MKM<br>2:13-cv-02703-MOB-MKM<br>2:13-cv-14289-MOB-MKM<br>2:13-cv-14655-MOB-MKM<br>2:13-cv-15126-MOB-MKM<br>2:14-cv-10796-MOB-MKM<br>2:16-cv-04100-MOB-MKM<br>2:16-cv-04103-MOB-MKM |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that effective December 3, 2018, the address of the Washington Office of Cleary Gottlieb Steen & Hamilton LLP is as follows:

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037

Email addresses, phone numbers, and facsimile number remain the same. Accordingly, Brian Byrne, who has appeared on the court's docket, has updated relevant contact information in the court's CM/ECF system.

Respectfully submitted,

Dated: December 7, 2018

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Brian Byrne
Brian Byrne
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Phone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney Bar No. DC 449881
Email: bbyrne@cgsh.com

*Counsel for the Valeo Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the CMC/ECF system which will send notification of such filing to all counsel of record.


Dated:  December 7, 2018  

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Brian Byrne*  
Brian Byrne  
2112 Pennsylvania Avenue, NW  
Suite 1000  
Washington, DC 20037  
Phone:  (202) 974-1500  
Facsimile:  (202) 974-1999  
Attorney Bar No. DC 449881  
Email:  bbyrne@cgsh.com

*Counsel for the Valeo Defendants*