**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

## <u>NOTICE OF CANCELLATION OF FEBRUARY 6, 2019 STATUS CONFERENCE</u>

The Court has been advised by the Administrative Office that the federal judiciary will not be funded after January 31, 2019, before the scheduled February 6, 2019 status conference. The Court is cognizant of the need for Counsel to arrange for and travel to the Eastern District to attend the status conference. Given the uncertainty created by the government shutdown, the number of attorneys involved, and the difficulties created by a last minute decision on whether to proceed with the scheduled conference, the Court finds that the interests of justice are better served through cancellation of the February 6, 2019 Status Conference. The Court has reviewed the proposed agenda for the status conference as well as the status report submitted by the parties and finds that the status conference need not be rescheduled. Counsel is reminded that the next scheduled status conference will take place June 5, 2019.

Counsel that intended to appear and argue the Motion for Judgment on the Pleadings by Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation (ECF No. 73 in 13-1401) should confer and submit to the Court proposed hearing dates. In addition, Counsel involved in Agenda Item III. A., "Bearings Cases–Direct Purchaser Actions, Case No. 12-00501–Status and Next Steps," should

confer and propose to the Court dates for a telephonic conference. AVRP Defendants'

Motion to Certify for Interlocutory Appeal (ECF Nos. 13-00801, 16-14057) will be

decided on the briefs.

**IT IS SO ORDERED**.

Date:   January 24, 2019                            s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 24, 2019.

                                                    s/ Kay Doaks
                                                    Case Manager