UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| IN RE: ALL PARTS | |
| This Document Relates To: ALL CASES | |

### NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that effective January 4, 2019, the address of Spector Roseman & Kodroff, P.C. has changed to:

SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA   19103

Our email addresses, telephone number, and facsimile number remain the same. Please update your records accordingly.

Dated:   January 28, 2019          **BY:**   /s/ *William G. Caldes*
                                             Eugene A. Spector
                                             William G. Caldes
                                             Jeffrey L. Spector
                                             **SPECTOR ROSEMAN & KODROFF, P.C.**
                                             2001 Market Street, Suite 3420
                                             Philadelphia, PA 19103
                                             Tel:   (215) 496-0300
                                             Fax:   (215) 496-6611
                                             espector@srkattorneys.com
                                             bcaldes@srkattorneys.com
                                             jspector@srkattorneys.com

                                             *One of the attorneys for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2019, a true and correct copy of the foregoing Notice of Change of Address was filed with the Clerk of the Court and served upon Counsel of Record *via* ECF.

                                              /s/ *William G. Caldes*
                                                    William G. Caldes