UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In Re: ALL PARTS<br><br>THIS RELATES TO:<br>All Actions | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that Fink + Associates Law has changed its name to Fink Bressack. The firm's location, telephone number, and fax number remain the same. As a result of the firm name change, the email domain for all attorneys has changed to @finkbressack.com.

DATED: February 1, 2019                              Respectfully submitted,

                                                                  /s/David H. Fink
                                                                 David H. Fink (P28235)
                                                                 Darryl Bressack (P67820)
                                                                 Nathan J. Fink (P75185)
                                                                 FINK BRESSACK
                                                                 38500 Woodward Ave; Suite 350
                                                                 Bloomfield Hills, MI 48304
                                                                 (248) 971-2500

                                                                 *Interim Liaison Counsel for the Direct*
                                                                 *Purchaser Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing paper with the Clerk of the court using the ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

/s/ Nathan J. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
