# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ALL CASES | 2:13-cv-00104-MOB-MKM<br>2:13-cv-13055-MOB-MKM<br>2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM |

## MOTION TO WITHDRAW CHRISTINA BRENHA AS COUNSEL

**PLEASE TAKE NOTICE** that the undersigned, Christina Brenha, an attorney at Arnold & Porter Kaye Scholer LLP, which firm represents Defendants Fujikura Automotive America LLC and Fujikura Ltd. in the above-captioned case, respectfully requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 12-md-02311

2:13-cv-00104-MOB-MKM

2:13-cv-13055-MOB-MKM

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

Ms. Brenha is departing from Arnold & Porter Kaye Scholer LLP.  All other counsel of record for the above-named Defendants will remain the same.

Dated: February 22, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP


　　　　　　　　　　　　　　　　　　　By:  /s/ Christina Brenha
　　　　　　　　　　　　　　　　　　　　　Christina Brenha
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER
　　　　　　　　　　　　　　　　　　　　　　 KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 942-5216
　　　　　　　　　　　　　　　　　　　　　(202) 942-5999 - facsimile
　　　　　　　　　　　　　　　　　　　　　*email*:  christina.brenha@arnoldporter.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2019, I electronically filed the foregoing document through the CM/ECF system, which will send notification to each attorney of record herein by electronic means.

Dated: February 22, 2019            By: /s/ Christina Brenha
                                                                 Christina Brenha