# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00102<br>W:12-cv-10687<br>2:12-cv-10687 |

## MOTION TO WITHDRAW CARMEN G. MCLEAN AS COUNSEL FOR DEFENDANT YAZAKI NORTH AMERICA, INC.

PLEASE TAKE NOTICE of the withdrawal of Carmen G. McLean of Jones Day as counsel of record for defendant Yazaki North America, Inc., due to her departure from Jones Day on April 11, 2019. Her appearance should be withdrawn from the following cases:

- Master File No. 2:12-md-02311
- 2:12-cv-00102
- W:12-cv-10687
- 2:12-cv-10687

This notice is not intended to affect the appearances of any other attorneys from Jones Day already on record as counsel on behalf of Yazaki North America, Inc. No prejudice will result from the withdrawal of Ms. McLean, as Jones Day continues to represent Yazaki North America, Inc. in the pending actions consolidated under *In re Automotive Parts Antitrust Litigation*, master file No. 12-md-02311.

Dated: April 3, 2019

Respectfully submitted,

*/s/Carmen G. McLean*
Carmen G. McLean
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
cgmclean@jonesday.com

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Tel. (614) 469-3939
Fax (614) 461-4198
tdlipscombjackson@jonesday.com

Michelle K. Fischer
Zachary D. Trotter
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
ztrotter@jonesday.com

John M. Majoras
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendant Yazaki North America, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on April 3, 2019, I electronically filed the foregoing Motion to Withdraw Carmen G. McLean as Counsel for Defendant Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson

*Counsel for Defendant Yazaki North America, Inc.*