**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| In re: All Parts | Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

**NOTICE OF WITHDRAWAL OF ATTORNEY COURTNEY A. HOFFMANN**

PLEASE TAKE NOTICE of the withdrawal of Courtney A. Hoffmann of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. Her appearance should be withdrawn from the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

April 3, 2019                                            <u>*/s/ Courtney A. Hoffmann*</u>

                                                    Courtney A. Hoffmann
                                                    Sidley Austin LLP
                                                    One S. Dearborn St.
                                                    Chicago, IL 60603
                                                    Telephone: (312) 853-7000
                                                    Facsimile: (312) 853-7036
                                                    Email: choffmann@sidley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, I filed this Notice of Withdrawal of Attorney Courtney A. Hoffmann with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

April 3, 2019                           */s/ David A. Geiger*

                                            Sidley Austin LLP
                                            One S. Dearborn St.
                                            Chicago, IL 60603
                                            Telephone: (312) 853-7000
                                            Facsimile: (312) 853-7036
                                            Email: dgeiger@sidley.com