# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : |
|  | : Master File No. 12-md-02311 |
| In re: All Parts | : |
|  | : Hon. Marianne O. Battani |
|  | : |
| THIS DOCUMENT RELATES TO: | : |
|  | : |
| All Cases | : |

## [PROPOSED] ORDER WITHDRAWING THE APPEARANCE OF COURTNEY A. HOFFMANN

IT IS HEREBY ORDERED that Courtney A. Hoffmann of Sidley Austin LLP shall be withdrawn as counsel for defendants Toyo Tire & Rubber Co., Ltd., Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. in the following cases:

12-md-02311-MOB-MKM

13-cv-00802-MOB-MKM

13-cv-00803-MOB-MKM

14-cv-02900-MOB-MKM

14-cv-02902-MOB-MKM

14-cv-02903-MOB-MKM

14-cv-14719-MOB-MKM

14-cv-11721-MOB-MKM

**IT IS SO ORDERED.**

Date: _____, 2019

_____
MARIANNE O. BATTANI
United States District Judge