# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO:<br><br>ALL CASES | 2:12-md-02311-MOB-MKM |

## MOTION TO WITHDRAW AS COUNSEL

Elizabeth A. Cate, an attorney at Winston & Strawn, LLP who will soon depart that firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel for NTN Corporation and NTN USA Corporation in the above-captioned matter. Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named action as a result of this withdrawal.

Respectfully submitted,

Dated: May 10, 2019

/s/ Elizabeth A. Cate
Elizabeth A. Cate
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 294-4724
Fax: (212) 294-4700
ecate@winston.com

*Counsel for NTN Corporation and NTN USA Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification to each attorney of record herein by electronic means.

/s/ Elizabeth A. Cate
Elizabeth A. Cate
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 294-4724
Fax: (212) 294-4700
ecate@winston.com

*Counsel for NTN Corporation and NTN USA Corporation*