**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** | HON. MARIANNE O. BATTANI |
| **ALL ACTIONS** | |

## AGENDA FOR JUNE 5, 2019 STATUS CONFERENCE

The Court intends to discuss the following list of agenda items at the status conference:

**I.     REPORT OF SPECIAL MASTER**

**II.    ALL ACTIONS IN MDL 2311**

(*See also* Status Report, § I)

A.     Direct Purchaser Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

B.     End-Payor Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I and EPP Status of Settlements)

C.     Auto Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

13764626.1

D.  Truck and Equipment Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I)

E.  Status of Scheduling Orders

## III.  BEARINGS

A.  Bearings Cases – Direct Purchaser Actions, Case No. 12-00501 – Status and Next Steps

## IV.  DATE FOR NEXT STATUS CONFERENCE

A.  Next Status Conference

B.  Scheduling of Subsequent Status Conferences

## V.  OTHER MATTERS

Any party interested in any part should appear.

## VI.  MOTION HEARINGS

End-Payor Plaintiffs' Unopposed Motion for Authorization to Disseminate May 2019 Notice to the End-Payor Plaintiffs Settlement Class

Date: May 21, 2019          /s/ Marianne O. Battani
                            MARIANNE O. BATTANI
                            UNITED STATES DISTRICT JUDGE

13764626.1