**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br><br>BEARINGS CASES<br><br>ELECTRIC POWERED STEERING ASSEMBLIES CASES<br><br>STATE ATTORNEY GENERAL CASES<br><br>THIS RELATES TO: ALL ACTIONS | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:13-cv-01900-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:14-cv-13356-MOB-MKM<br>2:15-cv-12068-MOB-MKM |

### MOTION TO WITHDRAW AS COUNSEL

Alisa Mastro, an attorney at Shearman & Sterling LLP who will soon leave that law firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel for Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

2:13-cv-01900-MOB-MKM

    2:13-cv-01902-MOB-MKM

    2:13-cv-01903-MOB-MKM

    2:14-cv-12095-MOB-MKM

    2:14-cv-13356-MOB-MKM

    2:15-cv-12068-MOB-MKM

Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named action as a result of this withdrawal.

                                              Respectfully Submitted,

                                              */s/ Alisa Mastro*
                                              Alisa Mastro
                                              Shearman & Sterling LLP
                                              401 9th Street, NW, Suite 800
                                              Washington, DC 20004-2128
                                              Phone: (202) 508-8000
                                              Fax: (202) 508-8100
                                              Email: alisa.mastro@shearman.com

                                              *Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*

Dated:  May 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed a Motion to Withdraw as Counsel for Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

/s/ Alisa Mastro
Alisa Mastro
Shearman & Sterling LLP
401 9th Street, NW, Suite 800
Washington, DC 20004-2128
Phone: (202) 508-8000
Fax: (202) 508-8100
Email: alisa.mastro@shearman.com

*Attorney for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc.*

Dated: May 23, 2019