# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Honorable Marianne O. Battani |
| In Re:<br><br>BEARINGS CASES<br><br>ELECTRIC POWERED STEERING ASSEMBLIES CASES<br><br>STATE ATTORNEY GENERAL CASES<br><br>THIS RELATES TO: ALL ACTIONS | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:13-cv-01900-MOB-MKM<br>2:13-cv-01902-MOB-MKM<br>2:13-cv-01903-MOB-MKM<br>2:14-cv-12095-MOB-MKM<br>2:14-cv-13356-MOB-MKM<br>2:15-cv-12068-MOB-MKM |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ALISA MASTRO AS COUNSEL

WHEREAS, Alisa Mastro, an attorney at Shearman & Sterling LLP, who represents Defendants JTEKT Corporation, JTEKT Automotive North America Corporation, and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., Inc., is leaving the law firm of Shearman & Sterling LLP;

WHEREAS, Ms. Mastro therefore requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00500-MOB-MKM

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

        2:12-cv-00503-MOB-MKM

        2:13-cv-01900-MOB-MKM

        2:13-cv-01902-MOB-MKM

        2:13-cv-01903-MOB-MKM

        2:14-cv-12095-MOB-MKM

        2:14-cv-13356-MOB-MKM

        2:15-cv-12068-MOB-MKM

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Ms. Mastro's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Ms. Mastro be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Date: _____

                                                  MARIANNE O. BATTANI
                                                  United States District Judge