**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
| | : | |
| | : | Honorable Marianne O. Battani |
| | : | |
| Automotive Parts Antitrust Litigation | : | 2:12-md-02311-MOB |
| | : | |
| Wire Harness – Lead Case | : | 2:12-cv-00100-MOB |
| Wire Harness – Direct Purchaser Actions | : | 2:12-cv-00101-MOB |
| Wire Harness – Dealership Actions | : | 2:12-cv-00102-MOB |
| Wire Harness – End-Payor Actions | : | 2:12-cv-00103-MOB |
| Wire Harness – Heavy Equipment Trucks | : | 2:14-cv-00107-MOB |
| | : | |
| Alternators – Lead Case | : | 2:13-cv-00700-MOB |
| Alternators – Direct Purchaser Actions | : | 2:13-cv-00701-MOB |
| Alternators – Dealership Actions | : | 2:13-cv-00702-MOB |
| Alternators – End-Payor Actions | : | 2:13-cv-00703-MOB |
| Alternators – Heavy Equipment Trucks | : | 2:15-cv-00707-MOB |
| Rush Truck Centers of Alabama, Inc. et al v. Mitsubishi Electric Corporation et al | : | 2:15-cv-14096-MOB |
| | : | |
| Starters – Lead Case | : | 2:13-cv-01100-MOB |
| Starters – Direct Purchaser Actions | : | 2:13-cv-01101-MOB |
| Starters – Dealership Actions | : | 2:13-cv-01102-MOB |
| Starters – End-Payor Actions | : | 2:13-cv-01103-MOB |
| Starters – Heavy Equipment Trucks | : | 2:13-cv-01107-MOB |
| | : | |
| Ignition Coils – Lead Case | : | 2:13-cv-01400-MOB |
| Ignition Coils – Direct Purchaser Actions | : | 2:13-cv-01401-MOB |
| Ignition Coils – Dealership Actions | : | 2:13-cv-01402-MOB |
| Ignition Coils – End-Payor Actions | : | 2:13-cv-01403-MOB |
| | : | |
| HID Ballasts – Lead Case | : | 2:13-cv-01700-MOB |
| HID Ballasts – Dealership Actions | : | 2:13-cv-01702-MOB |
| HID Ballasts – End-Payor Actions | : | 2:13-cv-01703-MOB |
| | : | |
| Electronic Powered Steering Assemblies – Lead Case | : | 2:13-cv-01900-MOB |
| Electronic Powered Steering Assemblies – Dealership Actions | : | 2:13-cv-01902-MOB |
| Electronic Powered Steering Assemblies – End-Payor Actions | : | 2:13-cv-01903-MOB |
| | : | |

| | |
|---|---|
| Fuel Injection Systems – Lead Case | : 2:13-cv-02200-MOB |
| Fuel Injection Systems – Direct Purchaser Actions | : 2:13-cv-02201-MOB : |
| Fuel Injection Systems – Dealership Actions | : 2:13-cv-02202-MOB |
| Fuel Injection Systems – End-Payor Actions | : 2:13-cv-02203-MOB : |
| Valve Timing Control Devices – Lead Case | : 2:13-cv-02500-MOB |
| Valve Timing Control Devices – Dealership Actions | : 2:13-cv-02502-MOB : |
| Valve Timing Control Devices – End-Payor Actions | : 2:13-cv-02503-MOB : |
| | : |
| THIS DOCUMENT RELATES TO: | : : |
| All Cases | : : |

## MOTION TO WITHDRAW AS COUNSEL

GABRIEL A. FUENTES, counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Automotive America, Inc., (collectively "the Mitsubishi Electric Defendants"), from the law firm of JENNER & BLOCK LLP, respectfully requests that the Court enter an order allowing Mr. Fuentes to withdraw as counsel for the Mitsubishi Electric Defendants in the above-captioned matter, as he is withdrawing from Jenner & Block as of May 31, 2019. The Mitsubishi Electric Defendants will continue to be represented by Jenner & Block in this matter.

Gabriel A. Fuentes' appearance should be withdrawn from the following cases:

| | | |
|---|---|---|
| 2:12-md-02311-MOB | 2:13-cv-01100-MOB | 2:13-cv-01900-MOB |
| 2:12-cv-00100-MOB | 2:13-cv-01101-MOB | 2:13-cv-01902-MOB |
| 2:12-cv-00101-MOB | 2:13-cv-01102-MOB | 2:13-cv-01903-MOB |
| 2:12-cv-00102-MOB | 2:13-cv-01103-MOB | 2:13-cv-02200-MOB |
| 2:12-cv-00103-MOB | 2:13-cv-01107-MOB | 2:13-cv-02201-MOB |
| 2:14-cv-00107-MOB | 2:13-cv-01400-MOB | 2:13-cv-02202-MOB |
| 2:13-cv-00700-MOB | 2:13-cv-01401-MOB | 2:13-cv-02203-MOB |
| 2:13-cv-00701-MOB | 2:13-cv-01402-MOB | 2:13-cv-02500-MOB |
| 2:13-cv-00702-MOB | 2:13-cv-01403-MOB | 2:13-cv-02502-MOB |

2

| | | |
|---|---|---|
| 2:13-cv-00703-MOB | 2:13-cv-01700-MOB | 2:13-cv-02503-MOB |
| 2:15-cv-00707-MOB | 2:13-cv-01702-MOB | |
| 2:15-cv-14096-MOB | 2:13-cv-01703-MOB | |

Dated:  May 23, 2019                                       Respectfully Submitted,

JENNER & BLOCK LLP

*/s/ Gabriel A. Fuentes*

Gabriel A. Fuentes
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
gfuentes@jenner.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

## **CERTIFICATE OF SERVICE**

I, Gabriel A. Fuentes, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  May 23, 2019    */s/ Gabriel A. Fuentes*
        Gabriel A. Fuentes