**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| IN RE: ALL PARTS CASES | |
| THIS RELATED TO: ALL CASES | |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN**

Pursuant to Local Rule 83.25, Elizabeth A. Fegan hereby moves this Court for leave to withdraw as counsel for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah (collectively "Plaintiffs"), and in support thereof states as follows:

1. Plaintiffs retained the law firm Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") as their legal representation in this case.

2. On October 20, 2011, Steve W. Berman, managing Partner of Hagens Berman, filed an Appearance as counsel on behalf of Plaintiffs.

3. On June 15, 2012, Elizabeth A. Fegan filed an Appearance as counsel on behalf of Plaintiffs. (Dkt. 134.)

4. On August 8, 2012, Plaintiffs Jude A. Anheluk and Lucha Bott filed notices of voluntary dismissal of their claims. (Dkts. 275 and 276.) Plaintiffs Jude A. Anheluk and Lucha Bott no longer require legal representation and in the event they do require legal representation, Steve W. Berman of Hagens Berman has appeared in this case on their behalf.

5. Elizabeth A. Fegan's last day of employment with Hagens Berman was May 30, 2019.

6. Plaintiffs will continue to have legal representation by attorney Steve W. Berman of Hagens Berman and no delay in the progress of this action will result from Ms. Fagen's withdrawal

Accordingly, Elizabeth A. Fegan respectfully requests that the Court terminate her appearance on behalf of Plaintiffs, Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah, and for such further relief this Court deems just and proper.

Dated:  May 31, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO, LLP

By: */s/Elizabeth A. Fegan*
      Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL  60611
Telephone:  (708) 628-4949
Facsimile:  (708) 628-4950
beth@hbsslaw.com

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com

*Attorneys for Plaintiffs Lucha Bott, Jane M. Taylor, Jude A. Anheluk, and Meetesh Shah*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan