## **INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | June 2019 Notice Program |
| Exhibit B | June 2019 Long-Form Notice |
| Exhibit C | June 2019 Short-Form Notice |
| Exhibit D | June 2019 Claim Form |