# EXHIBIT C

Updated Legal Notice

# Vehicle Owners/Lessees Could Get Money from Settlements Involving Auto Parts

*You Could Get $100 or More*

*Claims Deadline Set for November 26, 2019*

There are new Settlements (totaling $165,794,000) with manufacturers that resolve claims they fixed the price of certain vehicle components.  This may have caused individuals and businesses to pay more for certain new vehicles and replacement parts.  The Settling Defendants deny any claims of wrongdoing.

### Am I included?

You may be included if, from 1990 to 2019, you: (1) bought or leased a qualifying new vehicle in the U.S. (not for resale) or (2) bought a qualifying vehicle replacement part (not for resale) from someone other than the manufacturer of the part. In general, qualifying vehicles include new four-wheeled passenger automobiles, vans, sports utility vehicles, and crossover or pickup trucks.  Visit the website below or call for more information.

### What do the Settlements provide?

This is the fourth group of Settlements for this case.  The combined total Settlement Fund is $1,202,686,658.  The Settlement Funds (minus expenses, attorney fees, incentive awards, and other costs) will be used to pay consumers and businesses who bought/leased certain new vehicles or bought certain replacement parts while living in 30 states and the District of Columbia.  The Settlements also include cooperation and agreements by certain Settling Defendants not to engage in certain conduct for a period of 24 months.

The 30 states are: Arizona, Arkansas, California, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

### How can I get a payment?

You must submit a Claim Form online or by mail by **November 26, 2019**.  If you already filed a claim, you do not need to submit another claim for the same vehicle or part.  You should file an additional claim if you have new vehicles or parts to report.  Payments will be based on the number of valid claims filed as well as on the number/type of eligible cars/replacement part(s) you purchased.  All valid and timely claimants will receive a minimum $100 payment (depending on the availability of funds).

### What are my rights?

Even if you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue, you must exclude yourself by **October 15, 2019**.  If you do not exclude yourself, you may object to one or more of the Settlements by **October 15, 2019**.

The Court will hold a hearing on **November 5, 2019** to consider whether to approve the Settlements.  Settlement Class Counsel may also request incentive awards for named plaintiffs, reimbursement of costs and expenses as well as attorneys' fees not to exceed 25% of the Settlement Funds (minus costs, expenses, and incentive awards).  You or your own lawyer may appear and speak at the hearing at your own expense.

For More Info or to File a Claim:     1-877-940-5043     www.AutoPartsClass.com