SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

LUCAS ISSACHAROFF
DIRECT DIAL (212) 729-2018

E-MAIL LISSACHAROFF@SUSMANGODFREY.COM

June 4, 2019

Hon. Marianne O. Battani
United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd, Courtroom 250
Detroit, MI 48226

Re:     *In re Auto Parts Antitrust Litigation*, No. 2:12-md-02311; *In re: Occupant Safety Systems*, No. 2:12-cv-00603; *In re: Switches*, No. 2:13-cv-01303; *In re: Air Conditioning Systems*, No. 2:13-cv-02703; *In re: Automotive Constant Velocity Joint Boot Products*, No. 2:14-cv-2903; *In re: Automotive Hoses*, No. 2:15-cv-03203; *In re: Body Sealing Products*, No. 2:16-cv-03403; *In re: Interior Trim Products*, No. 2:16-cv-03503; *In re: Automotive Brake Hoses*, No. 2:16-cv-03603* – Corrections to Round 4 Notice Motion

Dear Judge Battani:

Based on comments received from Defendants that were not incorporated into the Round 4 Notice documents filed Monday, June 3, 2019, End-Payor Plaintiffs intend to submit corrected filings, following the June 5, 2019 Status Conference, with the following changes and any others that the Court identifies:

(1) The Panasonic Defendants should be defined to include both Panasonic Corporation and Panasonic Corporation of North America;

(2) The Panasonic class period end date should be March 11, 2019;

(3) The Toyoda Gosei Defendants should be defined to include TG Missouri Corp.;

(4) The Brake Hose class period start date should be February 1, 2004; and

(5) The Switches docket number should be listed as 2:13-cv-01303.

June 4, 2019
Page 2

Respectfully,

Lucas Issacharoff

  cc:    Counsel of Record