UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00102<br>2:12-cv-00104<br>2:12-cv-10687<br>2:13-cv-00105<br>2:14-cv-00106<br>2:14-cv-00107<br>2:14-cv-10795<br>2:14-cv-14451<br>2:15-cv-12309<br>2:17-cv-00104<br>2:17-cv-14138 |

**MOTION TO WITHDRAW STEPHEN J. SQUERI AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION
AND YAZAKI NORTH AMERICA, INC.**

PLEASE TAKE NOTICE of the withdrawal of Stephen J. Squeri of Jones Day as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to his retirement from Jones Day. His appearance should be withdrawn from the following cases:

<u>For Yazaki North America, Inc.:</u>

Master File No. 2:12-md-02311

2:12-cv-00100

2:12-cv-00102

2:12-cv-00104

2:12-cv-10687

2:14-cv-00106

2:14-cv-00107

2:14-cv-10795

2:14-cv-14451

2:15-cv-12309

2:17-cv-00104

2:17-cv-14138

<u>For Yazaki Corporation:</u>

2:12-cv-00104

2:13-cv-00105

2:14-cv-00106

2:14-cv-00107

2:14-cv-14451

2:17-cv-00104

2:17-cv-14138

This notice is not intended to affect the appearances of any other attorneys from Jones Day already on record as counsel on behalf of Yazaki Corporation and Yazaki North America, Inc. No prejudice will result from the withdrawal of Mr. Squeri, as Jones Day continues to represent Yazaki Corporation and Yazaki North America, Inc. in these actions.

Dated:  June 24, 2019

Respectfully submitted,

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Tel. (614) 469-3939
Fax (614) 461-4198
tdlipscombjackson@jonesday.com

Michelle K. Fischer
Zachary D. Trotter
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com
ztrotter@jonesday.com

John M. Majoras
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2019, I electronically filed the foregoing Motion to Withdraw Stephen J. Squeri as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*