## INDEX OF EXHIBITS

| | |
|:---:|:---:|
| **EXHIBIT A** | **June 2019 Notice Program** |
| **EXHIBIT B** | **Long Form Notice** |
| **EXHIBIT C** | **Short Form Notice** |
| **EXHIBIT D** | **Auto Parts Class Claim Form** |