# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br><br>ALL CASES | 2:13-cv-00104-MOB-MKM<br>2:13-cv-13055-MOB-MKM<br>2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM |

## ORDER GRANTING MOTION TO WITHDRAW
## <u>CHRISTINA BRENHA AS COUNSEL</u>

Upon consideration of the motion to withdraw the appearance of Christina Brenha as counsel for Defendants Fujikura Automotive America LLC and Defendant Fujikura Ltd. in the following actions:

Master File No. 12-md-02311

2:13-cv-00104-MOB-MKM

2:13-cv-13055-MOB-MKM

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

ORDERED that the motion is GRANTED.

Date:  July 12, 2019

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge