# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Case No. 2:12-md-2311<br>Honorable Marianne O. Battani |
| **In Re: BODY SEALING PRODUCTS CASES** | Case No. 2:16-cv-03400-MOB-MKM |
| **THIS RELATES TO:**<br><br>**END-PAYOR ACTION** | Case No. 2:16-cv-03403 |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Scott R. Murphy, attorney with Barnes & Thornburg LLP, hereby files his Appearance on behalf of Defendant Green Tokai Co., Ltd. ("GTC") and substitutes his Appearance for that of Valerie Mullican in the above-captioned matter, as she is no longer with the law firm Barnes & Thornburg LLP. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Scott R. Murphy respectfully requests that copies of all documents filed in the above-captioned case be given to and served upon the following:

Scott R. Murphy (P68015)
Barnes & Thornburg LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
Phone:  (616) 742-3930
Facsimile:  (616) 742-3999
E-Mail:  smurphy@btlaw.com

Counsel authorizes serve by email to the following email address: smurphy@btlaw.com.

BARNES & THORNBURG LLP

| /s/ Scott R. Murphy | /s/ Valerie B. Mullican |
|---|---|
| Scott R. Murphy | Valerie B. Mullican |
| Dated:  August 8, 2018 | Dated:  August 8, 2018 |

## ORDER

**IT IS HEREBY ORDERED** that Scott R. Murphy, attorney with Barnes & Thornburg LLP, is substituted as counsel for Defendant Green Tokai Co., Ltd. in the place of Valerie B. Mullican.

Date:  July 12, 2019

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge