# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>ALL PARTS<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | No. 12-md-02311<br>Hon. Marianne O. Battani |

## ORDER

MARIANNE O. BATTANI, United States District Judge:

Plaintiff's motion for an order directing the withdrawal of Lucas Issacharoff as Interim Counsel for the End-Payor Plaintiff Classes and for Lucas Issacharoff to be removed from this action's CM/ECF service list for this matter, is GRANTED.

Dated: July 12, 2019
       New York, New York

                                            SO ORDERED:

                                            s/Marianne O. Battani

                                            Marianne O. Battani
                                            United States District Judge