## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In re Automotive Parts Antitrust Litigation** | Case No. 12-md-2311<br><br>Hon. Marianne O. Battani |
| **ALL PARTS** | |
| **THIS RELATES TO: ALL CASES** | |

### MOTION TO WITHDRAW AS COUNSEL

Erin C. Burns, one of the attorneys for Plaintiff Gary T. Brock from the law firm of NastLaw LLC, respectfully requests that the Court enter an order allowing her to withdraw as counsel for Plaintiff Gary T. Brock in the above captioned matter. Ms. Burns is no longer with the firm of NastLaw LLC. Other counsel of record from NastLaw LLC will continue to appear as counsel on behalf of Gary T. Brock, and there will be no delay in the progress of the case as a result of this withdrawal.

Dated: July 15, 2019

                                                      Respectfully Submitted,

                                                      /s/ Erin C. Burns
                                                      Erin C. Burns
                                                      NastLaw LLC
                                                      1101 Market Street
                                                      Suite 2801
                                                      Philadelphia, Pennsylvania 19107
                                                      215-923-9300
                                                      215-923-9302 (facsimile)
                                                      eburns@nastlaw.com

                                                      *Counsel for Plaintiff Gary T. Brock*