**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF OCTOBER 3, 2019 STATUS**
**CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for **10:00 a.m., October 3, 2018,** in Room 250.  All Interim Liaison Counsel and at least one representative from each of the Interim Lead Counsel groups must be present, as well as counsel for other Plaintiffs having actions falling within this MDL.  Each Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be incorporated into an Agenda for this status conference.  In addition, Counsel must specify which motions, if any, they would like to argue following the status conference.  Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., September 5, 2019**.  The Court will finalize the Agenda and file it electronically by September 26, 2019.

                                                    s/Marianne O. Battani_____
                                                    MARIANNE O. BATTANI
                                                    UNITED STATES DISTRICT JUDGE

DATE: August 27, 2019