**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** | HON. MARIANNE O. BATTANI |

<u>**AGENDA FOR OCTOBER 3, 2019 STATUS CONFERENCE**</u>

The Court intends to discuss the following list of agenda items at the status conference:

**I.     REPORT OF SPECIAL MASTER**

**II.    ALL ACTIONS IN MDL 2311**

(*See also* Status Report, § I).

A.     Direct Purchaser Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

B.     End-Payor Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I and EPP Status of Settlements).

C.     Auto Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

14684259.6

D.      Truck and Equipment Dealer Plaintiffs' Status of Settlement and Mediation Update (*See also* Status Report, § I).

E.      Status of Scheduling Orders

## III.    DATE FOR NEXT STATUS CONFERENCE

A.      Next Status Conference: February 2020 at 10:00 a.m.

B.      Scheduling of Subsequent Status Conferences.

## IV.    OTHER MATTERS

Any party interested in any part should appear.

## VI.    MOTION HEARINGS

**A.      OCCUPANT SAFETY SYSTEMS (2:12-cv-00600)**

**1.      Truck and Equipment Dealer Plaintiffs' Motion for Final Approval of Settlement with Trustee of the Reorganized TK Holdings Trust to** be filed by September 26, 2019 (Case Nos. 15-cv-12050 and 15-cv-00607).

**B.      ALTERNATORS (2:13-cv-00700)**

**1**.      Direct Purchaser Plaintiff's Motion for Final Approval of Proposed Settlements with the Mitsubishi Electric, HIAMs and Denso Defendants and Proposed Plan for Distribution of Settlement Funds filed July 26, 2019 (Doc. Nos. 92 in 701, 37 in 15-11828 and 43 in 15-13634).

2.      Direct Purchaser Plaintiff's Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses, and an Incentive Payment to the Class

14684259.6

Representatives filed July 26, 2019 (Doc. Nos. 93 in 701, 38 in 15-11828 and 44 in 15-13634).

**C.      RADIATORS (2:13-cv-01000)**

1.      Direct Purchaser Plaintiff's Motion for Final Approval of Proposed Settlements with the Mitsuba, Denso, Calsonic, and T.Rad Defendants and Proposed Plan for Distribution of Settlement Funds filed July 26, 2019 (Doc. Nos. 58 in 1001 and 30 in 17-13147).

2.      Direct Purchaser Plaintiff's Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses, and an Incentive Payment to the Class Representative filed July 26, 2019 (Doc. Nos. 59 in 1001 and 31 in 17-13147).

**D.      STARTERS (2:13-cv-01100)**

1.      Direct Purchaser Plaintiff's Motion for Final Approval of Proposed Settlements with the Mitsubishi Electric, HIAMs, Mitsuba, and Denso Defendants filed July 26, 2019 (Doc. Nos. 119 in 1101 and 39 in 14-10674).

2.      Direct Purchaser Plaintiff's Motion for an Award of Attorneys' Fees and Litigation Costs and Expenses filed July 26, 2019 (Doc. Nos. 120 in 1101 and 40 in 14-10674).

**E.      FUEL INJECTION SYSTEMS (2:13-cv-02200)**

1.      Direct Purchaser Plaintiff's Motion for Final Approval of Proposed Settlements with the Mitsubishi Electric, HIAMs, Mitsuba, and Denso Defendants filed July 26, 2019 (Doc. Nos. 108 in 2201, 38 in 15-11827 and 56 in 15-13423).

2.      Direct Purchaser Plaintiff's Motion for an Award of Attorneys' Fees, Litigation Costs and Expenses filed July 26, 2019 (Doc. Nos. 109 in 2201, 39 in 15-11827 and 57 in 15-13423).

14684259.6

**F.      ANTI VIBRATION RUBBER PARTS (2:13-cv-803)**

1.      **Defendants' Motion** to Enforce Final Judgments filed June 4, 2019 (Doc. Nos. 265, 266, 267).


Date: September 25, 2019          /s/ Marianne O. Battani
                                 MARIANNE O. BATTANI
                                 UNITED STATES DISTRICT JUDGE

4

14684259.6

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>/s/ KaMyra Doaks</u>

Case Manager

14684259.6