**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Louise-Astrid Aberg of McDermott Will & Emery LLP hereby enters an appearance on behalf of Defendant NGK Automotive Ceramics USA, Inc. in the above-captioned cases.

DATED: September 25, 2019

**MCDERMOTT WILL & EMERY LLP**

 */s/ Louise-Astrid Aberg*
Louise-Astrid Aberg
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8828
Fax: (202) 591-2918
laberg@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**MCDERMOTT WILL & EMERY LLP**

*/s/ Louise-Astrid Aberg*
Louise-Astrid Aberg
500 N. Capitol St., NW
Washington, D.C. 20001
Telephone: (202) 756-8828
Fax: (202) 591-2918
laberg@mwe.com

*Attorneys for NGK Automotive Ceramics USA, Inc.*