| Ex. | INDEX OF EXHIBITS TO DECLARATION OF STACY M. DOMINGUEZ IN SUPPORT OF OBJECTION OF 113 CLASS MEMBERS TO REVISED PLAN OF ALLOCATION CONTAINED IN END-PAYOR PLAINTIFFS' MOTION FOR AUTHORIZATION TO DISSEMINATE JUNE 2019 NOTICE TO THE END-PAYOR PLAINTIFF SETTLEMENT CLASSES |
|---|---|
| | Description |
| A. | Claimant Identification Numbers for the 113 Class Members Objecting to the Revised Plan of Allocation |
| B. | Notice of Intent to Appear at Dec. 10, 2019 Fairness Hearing |
| C. | Sample Data Points For Use In Estimating Annual U.S. Vehicle Sales |
| D. | Mot. For Prelim. Approval Of Class Action Settlement, Recommended Plan Of Allocation, Class Certification And Appointment Of Class Representatives And Class Counsel, *Downes v. Wisconsin Energy Corp. Retirement Account Plan*, No. 09-C-0637-LA (E.D. Wis. Nov. 22, 2011), ECF No. 132. |