# EXHIBIT A

## Claimant Identification Numbers

| CLAIMANT ID |
|---|
| 10025961 |
| 10022711 |
| 10025976 |
| 10025989 |
| 10022832 |
| 10022824 |
| 10022822 |
| 10022818 |
| 10022798 |
| 10022797 |
| 10022792 |
| 10022789 |
| 10022783 |
| 10022771 |
| 10022764 |
| 10022759 |
| 10022746 |
| 10022741 |
| 10022735 |
| 10022705 |
| 10022698 |
| 10022648 |
| 10022636 |
| 10022632 |
| 10022605 |
| 10022600 |
| 10022590 |
| 10022558 |
| 10022525 |
| 10022504 |
| 10022497 |
| 10022484 |
| 10022451 |
| 10022422 |
| 10022415 |
| 10022408 |
| 10022369 |
| 10022306 |

| |
|---|
| 10022297 |
| 10022519 |
| 10021525 |
| 10021518 |
| 10021506 |
| 10021496 |
| 10021450 |
| 10021447 |
| 10021441 |
| 10021422 |
| 10021403 |
| 10021397 |
| 10021511 |
| 10018643 |
| 10018636 |
| 10018632 |
| 10018620 |
| 10018612 |
| 10018605 |
| 10018596 |
| 10018589 |
| 10018586 |
| 10018547 |
| 10018537 |
| 10018514 |
| 10018499 |
| 10018473 |
| 10018451 |
| 10018438 |
| 10018423 |
| 10018417 |
| 10018412 |
| 10018411 |
| 10018338 |
| 10018395 |
| 10018383 |
| 10018378 |
| 10018371 |
| 10018361 |
| 10018349 |
| 10018278 |

| |
|---|
| 10018270 |
| 10018265 |
| 10018168 |
| 10018162 |
| 10018130 |
| 10018125 |
| 10021437 |
| 10021409 |
| 10021389 |
| 10021360 |
| 10021321 |
| 10021247 |
| 10021449 |
| 10021131 |
| 10021121 |
| 10021108 |
| 10021075 |
| 10021068 |
| 10021049 |
| 10018628 |
| 10018507 |
| 10020797 |
| 10020792 |
| 10021491 |
| 10020466 |
| 10021498 |
| 10020412 |
| 10020407 |
| 10019260 |
| 10021485 |
| 10021481 |
| 10019192 |
| 10019062 |
| 10019038 |