# EXHIBIT B

Pursuant to the Round 4 Settlement Notice, Objectors hereby submit notice that counsel for the Objectors will appear at the Fairness Hearing currently scheduled for December 10, 2019.