# EXHIBIT C



Enter search term, e.g. social media

Prices & Access | Statistics | Reports | Expert Tools | Infographics | Services | Global Survey NEW | Logi

Transportation & Logistics › Vehicles & Road Traffic › Vehicle sales in the United States 1978-2018

# Light vehicle retail sales in the United States from 1978 to 2018 (in 1,000 units)

© Statista 2019

About this statistic

Show source

DOWNLOAD SETTINGS SHARE

PNG PDF XLS PPT

DESCRIPTION SOURCE MORE INFORMATION

This statistic represents light vehicle retail sales in t United States from 1978 through 2018. In 2018, approximately 17.2 million such vehicles were sold customers in the United States, up from 15.5 millio units in 2013.

OTHER STATISTICS ON THE TOPIC

→ Auto Dealers in the U.S.

Retail price of gasoline in the United States 1990-2018

U.S. car sales 1951-2018

Automobile manufacturers - market share in the United States 2018

Licensed drivers in the U.S. - total number by state 2017

**Statista Accounts:** Access All Statistics. Starting from **$588 / Year**

Basic Account
Get to know the platform

Premium Account
Your perfect start with Statista

Corporate Account
Full access

We use cookies to personalize contents and ads, offer social media features, and analyze access to our website. In your browser settings you can configure or disable this, respectively, and can delete any already placed cookies. For details, please see your browser's Help section (by pressing F1). Please see our **privacy statement** for details about how we use data.

OK

✅ Detailed **references**

$49 / Month *    Purchase now

\* All products require an annual contract.
  Prices do not include sales tax.

Leading companies trust Statista:    **PayPal**    Google    **Adobe**    **P&G**    SAMSUNG    T··

**Related Studies:** Available to Download in PDF or PPTX Format

All Information
in one
Presentation

**Automotive industry in the
U.S.**

## Automotive industry in the U.S.

93 page/s    English    PPTX    Detailed references

Everything On "Automotive industry in the U.S." in One Document:
Edited and Divided into Handy Chapters. Including Detailed
References.

Go to dossier

*I think of Statista as Google for researchers. Statista
provides you with the information you search for
right away.*

**Dr. Horst Stipp**
EVP, Research & Innovation, Advertising
Research Foundation

## Statistics on "Automotive industry in the U.S."

| Key figures for the industry | The most important statistics |
| --- | --- |
| Key state industry figures | Passenger cars - sales in selected countries worldwide 2005-2017 |
| Production | Vehicle sales in the United States 1978-2018 |
| Sales | United States vehicle sales December 2018 |

We use cookies to personalize contents and ads, offer social media features, and analyze access to our website. In your browser settings
you can configure or disable this, respectively, and can delete any already placed cookies. For details, please see your browser's Help
section (by pressing F1). Please see our **privacy statement** for details about how we use data.

OK



| Customers |
| --- |
| Aftermarket |

## Discover Statista

| Find statistics, forecasts and studies | Statista Search |
| --- | --- |

Need help with using Statista for your research? Tutorials and first steps

---

**Further Content:** Statistics, Studies, and Topic Pages

### Statistics

Vehicle sales by quarter in the United States 2013-2018

Vehicle sales in the United States 2018

China: leading commercial vehicle manufacturers in 2018, by number of vehicles sold

Monthly motor vehicle sales by manufacturer in Japan 2016

Regional distribution of passenger car sales in China 2010

Italy: number of Lancia cars

### Topics

Auto Dealers in the U.S.

Car Drivers

U.S. Car Manufacturers

### Studies

Bentley: a British luxury car brand

Automotive industry in Sweden

Automotive industry in Finland

Automotive industry in Poland

Automotive retail industry in Germany

Automotive retail industry in France

Newspaper Media Drive Vehicle Sales 2017

## Do you have any questions about our business solutions?

We provide you with detailed information about our Corporate Account.

Contact us now

We use cookies to personalize contents and ads, offer social media features, and analyze access to our website. In your browser settings you can configure or disable this, respectively, and can delete any already placed cookies. For details, please see your browser's Help section (by pressing F1). Please see our privacy statement for details about how we use data.

OK

Transportation & Logistics › Vehicles & Road Traffic › Vehicle sales in the United States 20...

# U.S. vehicle unit retail sales in the United States in 2018 (in 1,000 units)



© Statista 2019 🏳

**Sources:** Ward's; BEA

About this statistic

**DESCRIPTION**    **SOURCE**    **MORE INFORMATION**

by I. Wagner,
last edited Feb 14, 2019

This statistic represents the number of motor vehicles sold in the United States in 2018. In that year, a little over 17.7 million cars, light trucks and heavy trucks were sold to customers in the United States.

**Sources**
Ward's; BEA

Show further sources information

Show publisher information

Show publisher information

**Release date**
2019

**Region**
United States

**Survey time period**
2018

**Supplementary notes**
Monthly values have been added up.
The figures have been rounded.

## Statista Accounts: Access All Statistics.
Starting from **$588 / Year**

### Basic Account

Get to know the platform

You only have access to basic statistics.

Register for free

### Premium Account

Your perfect start with Statista

✓ **Instant access** to 1m statistics

✓ **Download** in XLS, PDF & PNG format

✓ Detailed **references**

$49 / Month *

Purchase now

### Corporate Account

Full access

Corporate solution including all features.

Send request

\* All products require an annual contract.
Prices do not include sales tax.

Leading companies trust Statista:

PayPal    Google    Adobe

P&G    SAMSUNG    T···

> *Statista has been my savior on several occasions. The site is easy to maneuver and the data is in a format that can go right into a report or presentation.*



**Marlene Greenfield**
Vice President, Hearst Magazines

## Do you have any questions about our business solutions?

We provide you with detailed information about our Corporate Account.

**Contact us now**

Home

About Statista

Career

Contact

Help & FAQ

Report Bug

Our Media Partners

Privacy

Imprint