UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Marianne O. Battani |

_____

| | |
|---|---|
| IN RE:  HEATER CONTROL PANELS | Case No. 2:12-cv-00403 |
| IN RE:  OCCUPANT SAFETY SYSTEMS | Case No. 2:12-cv-00603 |
| IN RE:  SWITCHES | Case No. 2:13-cv-01303 |
| IN RE:  IGNITION COILS | Case No. 2:13-cv-01403 |
| IN RE:  STEERING ANGLE SENSORS | Case No. 2:13-cv-01603 |
| IN RE:  ELECTRIC POWERED STEERING ASSEMBLIES | Case No. 2:13-cv-01903 |
| IN RE:  FUEL INJECTION SYSTEMS | Case No. 2:13-cv-02203 |
| IN RE:  VALVE TIMING CONTROL DEVICES | Case No. 2:13-cv-02503 |
| IN RE:  AIR CONDITIONING SYSTEMS | Case No. 2:13-cv-02703 |
| IN RE:  AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | Case No. 2:14-cv-02903 |
| IN RE:  AUTOMOTIVE HOSES | Case No. 2:15-cv-03203 |
| IN RE:  SHOCK ABSORBERS | Case No. 2:15-cv-03303 |
| IN RE:  BODY SEALING PRODUCTS | Case No. 2:16-cv-03403<br>2:16-cv-10456 |
| IN RE:  INTERIOR TRIM PRODUCTS | Case No. 2:16-cv-03503 |
| IN RE:  AUTOMOTIVE BRAKE HOSES | Case No. 2:16-cv-03603 |
| IN RE:  EXHAUST SYSTEMS | Case No. 2:16-cv-03703 |
| IN RE:  CERAMIC SUBSTRATES | Case No. 2:16-cv-03803<br>2:16-cv-11804 |
| IN RE:  POWER WINDOW SWITCHES | Case No. 2:16-cv-03903 |
| IN RE:  AUTOMOTIVE STEEL TUBES | Case No. 2:16-cv-04003<br>2:16-cv-12949 |
| IN RE:  SIDE-DOOR LATCHES | Case No. 2:16-cv-04303<br>2:17-cv-11637 |

_____

THIS DOCUMENT RELATES TO:
End-Payor Actions
_____

**APPENDIX OF EXHIBITS IN SUPPORT OF OBJECTION OF
113 CLASS MEMBERS TO REVISED PLAN OF ALLOCATION CONTAINED IN
END-PAYOR PLAINTIFFS' MOTION FOR AUTHORIZATION TO DISSEMINATE
JUNE 2019 NOTICE TO THE END-PAYOR PLAINTIFF SETTLEMENT CLASSES**

Crowell & Moring LLP respectfully submits this Appendix of Exhibits on behalf of 113 class members ("Objectors") in support of their Objection to the Revised Plan of Allocation Contained in End-Payor Plaintiffs' Motion for Authorization to Disseminate June 2019 Notice to the End-Payor Plaintiff Settlement Classes. Objectors will provide to the Court courtesy hard copies of all documents contained in this Appendix. In addition, courtesy copies of these same documents have been filed in the main docket for this proceeding, *In re Automotive Parts Antitrust Litigation*, No. 12-md-02311.

| Ex. | Description | Date |
|---|---|---|
| 1. | Declaration of Shannon R. Wheatman, Ph.D. On Adequacy Of Notice And Notice Plan, ECF No. 290-3, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00403 (E.D. Mich. 2019) | 07/30/19 |
| 2. | End-Payor Plaintiffs' Amended Motion and Memorandum in Support of Motion For Approval Of Plan Of Allocation Of Settlement Proceeds, ECF No. 1463, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-md-02311 (E.D. Mich. 2016) | 09/21/16 |
| 3. | End-Payor Plaintiffs' Motion and Memorandum in Support of Motion For Orders Granting Final Approval Of The Round 2 Settlements And Approving The Plan Of Allocation In Connection With The Round 2 Settlements, ECF No. 558, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00103 (E.D. Mich. 2017) | 02/09/17 |

| Ex. | Description | Date |
|---|---|---|
| 4. | End-Payor Plaintiffs' Motion and Memorandum in Support of Motion For Orders Granting Final Approval Of The Round 3 Settlements And Approving The Plan Of Allocation In Connection With The Round 3 Settlements, ECF No. 93, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:15-cv-03003 (E.D. Mich. 2018) | 06/14/18 |
| 5. | End-Payor Plaintiffs' Amended Unopposed Motion and Memorandum of Law in Support of Motion For Authorization To Disseminate June 2019 Notice To The End-Payor Plaintiff Settlement Classes, ECF No. 2005, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-md-02311 (E.D. Mich. 2019) | 06/25/19 |
| 6. | Fairness Hearing Transcript, ECF No. 1937, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-md-02311 (E.D. Mich. 2018) | 08/10/18 |
| 7. | End-Payor Plaintiffs' Omnibus Response To Objections To Round 2 Settlements, ECF No. 570, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00103 (E.D. Mich. 2017) | 04/05/17 |
| 8. | End-Payor Plaintiffs' Second Amended Unopposed Motion and Memorandum in Support of Motion For Authorization To Disseminate July 2019 Notice To The End-Payor Plaintiff Settlement Classes, ECF No. 290, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00403 (E.D. Mich. 2019) | 07/30/19 |

| Ex. | Description | Date |
|---|---|---|
| 9. | Notice of Claim, Exhibit B to Declaration of Shannon R. Wheatman, Ph.D. On Adequacy Of Notice And Notice Plan, ECF No. 290-6, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00403 (E.D. Mich. 2019) | 07/30/19 |
| 10. | Order Granting End-Payor Plaintiffs' Amended Motion For Approval Of Plan Of Allocation Of Settlement Proceeds, ECF No. 1473, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-md-02311 (E.D. Mich. 2016) | 10/11/16 |
| 11. | Order Approving End-Payor Plaintiffs' Plan Of Allocation Of The Settlements, ECF No. 577, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00103 (E.D. Mich. 2017) | 07/10/17 |
| 12. | Order Granting Final Approval To The Round 3 Settlements, ECF No. 628, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:12-cv-00103 (E.D. Mich.) | 11/08/18 |
| 13. | Initial Notice, Round 1, http://www.autopartsclass.com/courtdocs.php | 9/2015 |
| 14. | Motion and Memorandum in Support of Motion For Authorization To Disseminate Notice To The End-Payor Plaintiffs Settlement Classes, ECF No. 134, *In Re: Automotive Parts Antitrust Litig.*, Case No. 2:13-cv-02203 (E.D. Mich. 2015) | 09/03/15 |
| 15. | Am. Sept. 2016 Notice, Round 2, http://www.autopartsclass.com/courtdocs.php | 9/2016 |

| Ex. | Description | Date |
|---|---|---|
| 16. | March 2018 Notice, Round 3, http://www.autopartsclass.com/courtdocs.php | 3/2018 |

November 19, 2019

Respectfully submitted,

By: */s/ John S. Gibson*
John S. Gibson
Daniel A. Sasse
Shane Wagman Romero
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email: jgibson@crowell.com
      dsasse@crowell.com
      sromero@crowell.com

Emma Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116
Email: eburton@crowell.com
      arives@crowell.com

*Attorneys for 113 Class Member Objectors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2019, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

Dated: November 19, 2019          By: */s/ John S. Gibson*
                                  John S. Gibson