# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br>ALL END-PAYOR ACTIONS | |

## NOTICE OF WITHDRAWAL OF OBJECTION
## BY KEVIN L. PRINS

The Objection to Proposed Plan of Allocation by Kevin L. Prins, dated November 18, 2019 (Docket No. 2026), is hereby withdrawn.

Dated: December 3, 2019

Respectfully Submitted,

*/s/ Kevin L. Prins*
Kevin L. Prins
6544 Egypt Ridge Road NE
Rockford, MI 49341
(310) 467-7725
kevin.prins@ryan.com