**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | Case No. 12-cv-00100-MOB-MKM<br>Case No. 12-cv-00101-MOB-MKM<br>Case No. 17-cv-00104-MOB-MKM<br>Case No. 17-cv-14138-MOB-MKM |

**ORDER ALLOWING WITHDRAWAL OF ATTORNEY ZACHARY D. TROTTER AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC. AND DIRECTING OFFICE OF ZACHARY TROTTER TO REMOVE ATTORNEY FROM ALL CASES**

Upon consideration of the Notice of Withdrawal of Zachary D. Trotter as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on November 20, 2019, it is hereby ORDERED that Mr. Trotter's appearance should be withdrawn from the following cases.  **Attorney's office is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed below:**

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100

2:12-cv-00101

2:17-cv-00104

2:17-cv-14138

For Yazaki Corporation:

Master File No. 2:12-md-02311

2:12-cv-00100

      2:12-cv-00101

      2:17-cv-00104

      2:17-cv-14138


      IT IS SO ORDERED.


Date:  December 10, 2019                <u>s/Marianne O. Battani</u>
                                                   MARIANNE O. BATTANI
                                                   United States District Judge