**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                    MASTER FILE NO. 12-md-02311

                                                        HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF MARCH 18, 2020 STATUS**
**CONFERENCE AND REQUEST FOR AGENDA ITEMS**

A status conference for all Lead cases in MDL No. 12-02311 is scheduled for

**10:00 a.m., March 18, 2020,** in Room 250.   All Interim Liaison Counsel and at least

one representative from each of the Interim Lead Counsel groups must be present, as

well as counsel for other Plaintiffs having actions falling within this MDL.   Each

Defendant should be represented.

Counsel should confer and submit to the Court discussion items to be

incorporated into an Agenda for this status conference.   In addition, Counsel must

specify which motions, if any, they would like to argue following the status conference.

Counsel must submit proposed Agenda items via email to Case Manager, Ka Myra

Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., January 21, 2020**.   The

Court will finalize the Agenda and file it electronically by March 5, 2020.

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATE: January 7, 2020