# EXHIBIT 1



# LibertyGuard Auto Policy

Please read your policy and each endorsement carefully.

## To serve you best...

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

**THIS POLICY IS NONASSESSABLE**                    Liberty Mutual Insurance Group

AUTO 3075 R1 Ed. 12-89



**LIBERTYGUARD AUTO POLICY**

**QUICK REFERENCE**

DECLARATIONS PAGE

Your Name and Address

Your Auto or Trailer

Policy Period

Coverages and Amounts of Insurance

Beginning
On Page

Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**PART A - LIABILITY COVERAGE**

Insuring Agreement · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 2

Supplementary Payments · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 2

Exclusions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 2

Limit of Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Out of State Coverage · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 3

Financial Responsibility · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 3

Other Insurance · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 3

**PART B - MEDICAL PAYMENTS COVERAGE**

Insuring Agreement   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 3

Exclusions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 3

Limit of Liability · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 4

Other Insurance · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 4

**PART C - UNINSURED MOTORISTS COVERAGE**

Insuring Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Exclusions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 5

Limit of Liability · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 5

Other Insurance · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 5

Arbitration   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 5

**PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**

Insuring Agreement · · · · · · · · · · · · · · · · · · · · · ·.· · · · · · · · · · 6

Transportation Expenses · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 6

Exclusions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 6

Limit of Liability · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Payment of Loss · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

No Benefit to Bailee · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Other Sources of Recovery · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Appraisal · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

**PART E - DUTIES AFTER AN ACCIDENT OR LOSS**

General Duties · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Additional Duties for Uninsured Motorists

Coverage · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

Additional Duties for Coverage for Damage to

Your Auto · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 8

**PART F - GENERAL PROVISIONS**

Bankruptcy · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9

Changes · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9

Fraud · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9

Legal Action Against Us · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9

Our Right To Recover Payment  · · · · · · · · · · · · · · · · · · · · · · · · 9

Policy Period And Territory · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9

Termination · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 10

Transfer Of Your Interest In This Policy · · · · · · · · · · · · · · · · · · 10

Two Or More Auto Policies  · · · · · · · · · · · · · · · · · · · · · · · · · · · 11

**\*MUTUAL POLICY CONDITIONS** · · · · · · · · · · · · · · · · · · · · · · · 11

\*These conditions apply only if Liberty Mutual Fire Insurance Company is  shown in the Declarations as the insurer.



## AUTO POLICY

### AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

### DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

  **1.** The "named insured" shown in the Declarations; and

  **2.** The spouse if a resident of the same household.

**B.** "We," "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:

  **1.** Under a written agreement to that person; and

  **2.** For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks or boldfaced when used.

**D.** "Bodily injury" means bodily harm, sickness or disease, including death that results.

**E.** "Business" includes trade, profession or occupation.

**F.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

**G.** "Occupying" means in, upon, getting in, on, out or off.

**H.** "Property damage" means physical injury to, destruction of or loss of use of tangible property.

**I.** "Trailer" means a vehicle designed to be pulled by a:

  **1.** Private passenger auto; or

  **2.** Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

**J.** "Your covered auto" means:

  **1.** Any vehicle shown in the Declarations.

  **2.** Any of the following types of vehicles on the date you become the owner:

    a. a private passenger auto; or

    b. a pickup or van that:

      (1) has a Gross Vehicle Weight of less than 10,000 lbs.; and

      (2) is not used for the delivery or transportation of goods and materials unless such use is:

        (a) incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

        (b) for farming or ranching.

This provision (J.2.) applies only if:

a. you acquire the vehicle during the policy period;

b. you ask us to insure it within 30 days after you become the owner; and

c. with respect to a pickup or van, no other insurance policy provides coverage for that vehicle.

If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto.

If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.

**3.** Any "trailer" you own.

**4.** Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

  a. breakdown;    d. loss; or

  b. repair;    e. destruction.

  c. servicing;

This provision (J.4.) does not apply to Coverage for Damage to Your Auto.



## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

**A.** We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured." We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

**B.** "Insured" as used in this Part means:

   **1.** You or any "family member" for the ownership, maintenance or use of any auto or "trailer."

   **2.** Any person using "your covered auto."

   **3.** For "your covered auto," any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

   **4.** For any auto or "trailer," other than "your covered auto," any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer."

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured:"

   **1.** Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

   **2.** Premiums on appeal bonds and bonds to release attachments in any suit we defend.

   **3.** Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

   **4.** Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

   **5.** Other reasonable expenses incurred at our request.

### EXCLUSIONS

**A.** We do not provide Liability Coverage for any person:

   **1.** Who intentionally causes "bodily injury" or "property damage."

   **2.** For "property damage" to property owned or being transported by that person.

   **3.** For "property damage" to property:

   a. rented to;

   b. used by; or

   c. in the care of;

   that person.

   This exclusion (A.3.) does not apply to "property damage" to a residence or private garage.

   **4.** For "bodily injury" to an employee of that person during the course of employment. This exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

   **5.** For that person's liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion (A.5.) does not apply to a share-the-expense car pool.

   **6.** While employed or otherwise engaged in the "business" of:

   **a.** selling;   **d.** storing; or
   **b.** repairing;   **e.** parking;
   **c.** servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. you;

   b. any "family member;" or

   c. any partner, agent or employee of you or any "family member."

   **7.** Maintaining or using any vehicle while that person is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6. This exclusion (A.7.) does not apply to the maintenance or use of a:

   a. private passenger auto;

   b. pickup or van that you own; or



c. "trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that person is entitled to do so.

9. For "bodily injury" or "property damage" for which that person:

   a. is an insured under a nuclear energy liability policy; or

   b. would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. American Nuclear Insurers;

   b. Mutual Atomic Energy Liability Underwriters; or

   c. Nuclear Insurance Association of Canada.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any motorized vehicle having fewer than four wheels.

2. Any vehicle, other than "your covered auto," which is:

   a. owned by you; or

   b. furnished or available for your regular use.

3. Any vehicle, other than "your covered auto," which is:

   a. owned by any "family member;" or

   b. furnished or available for the regular use of any "family member."

However, this exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

   a. owned by a "family member;" or

   b. furnished or available for the regular use of a "family member."

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. "Insureds;"

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

**B.** We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damage liability. However, this provision (B.) will not change our total limit of liability.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## PART B - MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury:"

1. Caused by accident; and

2. Sustained by an "insured."

We will pay only those expenses incurred within 3 years from the date of the accident.

**B.** "Insured" as used in this Part means:

1. You or any "family member:"

   a. while "occupying;" or

   b. as a pedestrian when struck by;

a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while "occupying" "your covered auto."

**EXCLUSIONS**

We do not provide Medical Payments Coverage



for any person for "bodily injury:"

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2. Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while "occupying" any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury."

5. Sustained while "occupying," or when struck by, any vehicle (other than "your covered auto") which is:
   a. owned by you; or
   b. furnished or available for your regular use.

6. Sustained while "occupying," or when struck by, any vehicle (other than "your covered auto") which is:
   a. owned by any "family member;" or
   b. furnished or available for the regular use of any "family member."

   However, this exclusion (6.) does not apply to you.

7. Sustained while "occupying" a vehicle without a reasonable belief that that person is entitled to do so.

8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured." This exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. private passenger auto;
   b. pickup or van that you own; or
   c. "trailer" used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:

a. discharge of a nuclear weapon (even if accidental);

b. war (declared or undeclared);

c. civil war;

d. insurrection; or

e. rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. nuclear reaction;
    b. radiation; or
    c. radioactive contamination.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. "Insureds;"

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

B. Any amounts otherwise payable for expenses under this coverage shall be reduced by any amounts paid or payable for the same expenses under Part A or Part C.

C. No payment will be made unless the injured person or that person's legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under Part A or Part C.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C - UNINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury:"

1. Sustained by an "insured;" and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle."

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this Part means:

1. You or any "family member."

2. Any other person "occupying" "your covered auto."

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.



**C.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

  **1.** To which no bodily injury liability bond or policy applies at the time of the accident.

  **2.** To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

  **3.** Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

    a. you or any "family member;"

    b. a vehicle which you or any "family member" are "occupying;" or

    c. "your covered auto."

  **4.** To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company;

    a. denies coverage; or

    b. is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

  **1.** Owned by or furnished or available for the regular use of you or any "family member."

  **2.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

  **3.** Owned by any governmental unit or agency.

  **4.** Operated on rails or crawler treads.

  **5.** Designed mainly for use off public roads while not on public roads.

  **6.** While located for use as a residence or premises.

## EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

  **1.** While "occupying," or when struck by, any motor vehicle owned by you or any "family member" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

  **2.** If that person or the legal representative settles the "bodily injury" claim without our consent.

  **3.** While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This exclusion (A.3.) does

not apply to a share-the-expense car pool.

  **4.** Using a vehicle without a reasonable belief that that person is entitled to do so.

**B.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

  **1.** Workers' compensation law; or

  **2.** Disability benefits law.

**C.** We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

  **1.** "Insureds;"

  **2.** Claims made;

  **3.** Vehicles or premiums shown in the Declarations; or

  **4.** Vehicles involved in the accident.

**B.** Any amounts otherwise payable for damages under this coverage shall be reduced by all sums:

  **1.** Paid because of the "bodily injury" by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Part A; and

  **2.** Paid or payable because of the "bodily injury" under any of the following or similar law:

    a. workers' compensation law; or

    b. disability benefits law.

**C.** Any payment under this coverage will reduce any amount that person is entitled to recover for the same damages under Part A.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

**A.** If we and an "insured" do not agree:

  **1.** Whether that person is legally entitled to recover damages under this Part; or

  **2.** As to the amount of damages;

either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will



select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

   **1.** Pay the expenses it incurs; and

   **2.** Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

   **1.** Whether the "insured" is legally entitled to recover damages; and

   **2.** The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

---

## PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

**A.** We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto," including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss to "your covered auto" caused by:

   **1.** Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

   **2.** "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

   If there is a loss to a "non-owned auto," we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

**B.** "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

   Loss caused by the following is considered other than "collision:"

   **1.** Missiles or falling objects;

   **2.** Fire;

   **3.** Theft or larcency;

   **4.** Explosion or earthquake;

   **5.** Windstorm;

   **6.** Hail, water or flood

   **7.** Malicious mischief or vandalism;

   **8.** Riot or Civil Commotion;

   **9.** Contact with bird or animal; or

   **10.** Breakage of glass

   If breakage of glass is caused by a "collision," you may elect to have it considered a loss caused by "collision."

**C.** "Non-owned auto" means:

   **1.** Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any any "family member" while in the custody of or being operated by you or any "family member;" or

   **2.** Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

    a. breakdown;

    b. repair;

    c. servicing;

    d. loss; or

    e. destruction.

### TRANSPORTATION EXPENSES

In addition we will pay, without application of a deductible, up to $15 per day, to a maximum of $450, for:

   **1.** Transportation expenses incurred by you in the event of the total theft of "your covered auto." This applies only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

   **2.** Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto." This applies only if the Declarations indicate that Other Than Collision Coverage is provided for any "your covered auto."

We will pay only expenses incurred during the period:

   **1.** Beginning 48 hours after the theft; and

   **2.** Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

### EXCLUSIONS

We will not pay for:

   **1.** Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This exclusion (1.) does not apply to a share-the-expense car pool.



2. Damage due and confined to:

   a. wear and tear;

   b. freezing;

   c. mechanical or electrical breakdown or failure; or

   d. road damage to tires.

   This exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto."

3. Loss due to or as a consequence of:

   a. radioactive contamination;

   b. discharge of any nuclear weapon (even if accidental);

   c. war (declared or undeclared);

   d. civil war;

   e. insurrection; or

   f. rebellion or revolution.

4. Loss to:

   a. any electronic equipment designed for the reproduction of sound, including, but not limited to:

      (1) radios and stereos;

      (2) tape decks; or

      (3) compact disc players;

   b. any other electronic equipment that receives or transmits audio, visual or data signals, including, but not limited to:

      (1) citizens band radios;

      (2) telephones;

      (3) two-way mobile radios;

      (4) scanning monitor receivers;

      (5) television monitor receivers;

      (6) video cassette recorders;

      (7) audio cassette recorders; or

      (8) personal computers;

   c. tapes, records, discs, or other media used with equipment described in a. or b.; or

   d. any other accessories used with equipment described in a. or b.

   This exclusion (4.) does not apply to:

   a. equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in "your covered auto" or any "non-owned auto;" or

   b. any other electronic equipment that is:

      (1) necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

      (2) an integral part of the same unit housing any sound reproducing equipment described in a. and permanently installed in the opening of the dash or console of "your covered auto" or any "non-owned auto" normally used by the manufacturer for installation of a radio.

5. Loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities because you or any "family member:"

   a. engaged in illegal activities; or

   b. failed to comply with Environmental Protection Agency or Department of Transportation standards.

   This exclusion (5.) does not apply to the interests of Loss Payees in "your covered auto."

6. Loss to a camper body or "trailer" you own which is not shown in the Declarations. This exclusion (6.) does not apply to a camper body or "trailer" you:

   a. acquire during the policy period; and

   b. ask us to insure within 30 days after you become the owner.

7. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

8. Loss to:

   a. awnings or cabanas; or

   b. equipment designed to create additional living facilities.

9. Loss to equipment designed or used for the detection or location of radar.

10. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

    a. special carpeting and insulation, furniture or bars;

    b. facilities for cooking and sleeping;

    c. height-extending roofs; or

    d. custom murals, paintings or other decals or graphics.



11. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

   a. selling;      d. storing; or
   b. repairing;   e. parking;
   c. servicing;

   vehicles designed for use on public highways. This includes road testing and delivery.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in any "business" not described in exclusion 11. This exclusion (12.) does not apply to the maintenance or use by you or any "family member" of a "non-owned auto" which is a private passenger auto or "trailer."

### LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:

1. Actual cash value of the stolen or damaged property; or

2. Amount necessary to repair or replace the property.

   However, the most we will pay for loss to any "non-owned auto" which is a "trailer" is $500.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of loss.

### PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or

2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

### NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

### OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto;"

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

### APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

### PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   a. to physical exams by physicians we select. We will pay for these exams.

   b. to examination under oath and subscribe the same.

4. Authorize us to obtain:

   a. medical reports; and

   b. other pertinent records.

5. Submit a proof of loss when required by us.



**C.** A person seeking Uninsured Motorists Coverage must also:

   **1.** Promptly notify the police if a hit-and-run driver is involved.

   **2.** Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Coverage for Damage to Your Auto must also:

   **1.** Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

   **2.** Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

   **3.** Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

**A.** This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

   **1.** The number, type or use classification of insured vehicles;

   **2.** Operators using insured vehicles;

   **3.** The place of principal garaging of insured vehicles;

   **4.** Coverage, deductible or limits.

If a change resulting from A. or B. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**C.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

   **1.** A subsequent edition of your policy; or

   **2.** An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct  in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

   **1.** We agree in writing that the "insured" has an obligation to pay; or

   **2.** The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured."

### OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

   **1.** Whatever is necessary to enable us to exercise our rights; and

   **2.** Nothing after loss to prejudice them.

However, our rights in this paragraph (A.) do not apply under Part D, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

   **1.** Hold in trust for us the proceeds of the recovery; and

   **2.** Reimburse us to the extent of our payment.

### POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:

   **1.** During the policy period as shown in the Declarations; and



2. Within the policy territory.

B. The policy territory is:

1. The United States of America, its territories or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

## TERMINATION

A. **Cancellation.** This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. returning this policy to us; or

   b. giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. at least 10 days notice:

      (1) if cancellation is for nonpayment of premium; or

      (2) if notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. at least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. for nonpayment of premium; or

   b. if your driver's license or that of:

      (1) any driver who lives with you; or

      (2) any driver who customarily uses "your covered auto;"

      has been suspended or revoked. This must have occurred:

      (1) during the policy period; or

      (2) since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. if the policy was obtained through material misrepresentation.

B. **Nonrenewal.** If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. If the policy period

is other than 1 year, we will have the right not to renew or continue it only at each anniversary of its original effective date.

C. **Automatic Termination.** If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto," any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. **Other Termination Provisions.**

1. If the law in effect in your state at the time this policy is issued, renewed or continued:

   a. requires a longer notice period;

   b. requires a special form of or procedure for giving notice; or

   c. modifies any of the stated termination reasons;

   we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice shall become the end of the policy period.

## TRANSFER OF YOUR INTEREST IN THIS POLICY

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with



respect to the representative's legal responsibility to maintain or use "your covered auto."

**B.** Coverage will only be provided until the end of the policy period.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

**\*MUTUAL POLICY CONDITIONS**

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company.  The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class IV-Automobile.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

\*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**PRESIDENT**

**SECRETARY**

Includes Copyrighted material of Insurance Services Office, Inc.,
with its permission
Copyright, Insurance Services Office, Inc., 1988



## AMENDMENT OF POLICY PROVISIONS - CALIFORNIA

AS 1133 05 16

### SCHEDULE

| Waiver of Collision Deductible | |
|---|---|
| Description of<br>Your Covered Auto | Premium |
| The waiver applies when a "W" follows the deductible amount shown in the declarations under Loss Caused by Collision.  The Premium charge will be included in the Part D.  Annual Premium. | |

**I.   PART A - LIABILITY COVERAGE**

Part **A**. is amended as follows:

**A.**   The following exclusion is added:

We do not provide Liability Coverage for any person for "bodily injury" to you or any "family member" whenever the ultimate benefits of that indemnification accrue directly or indirectly to you or any "family member".

Exclusion A.3. is amended as follows:

This exclusion (**A.3.**) does not apply to "property damage" to a residence, private garage, or a child passenger restraint system contained in "your covered auto."

**B.**   The Other Insurance provision is replaced by the following:

**OTHER INSURANCE**

If there is other applicable liability insurance:

**1.**   Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance. However, any insurance we provide for a vehicle you do not own will be primary insurance if the vehicle is insured under a policy affording coverage to a named insured engaged in the "business" of:

| | | | |
|---|---|---|---|
| **a.** | Selling; | **e.** | Testing; |
| **b.** | Repairing; | **f.** | Road testing; |
| **c.** | Servicing; | **g.** | Parking; or |
| **d.** | Delivering; | **h.** | Storing; |

motor vehicles. This applies only if an "insured":

**a.**   is operating the vehicle; and

**b.**   is neither the person engaged in such "business" nor that person's employee or agent.

**2.**   Any insurance we provide for a vehicle you own shall be excess to that of;

**a.**   A person engaged in the "business" of:

| | | | |
|---|---|---|---|
| **(1)** | Selling; | **(5)** | Testing; |
| **(2)** | Repairing; | **(6)** | Road testing; |
| **(3)** | Servicing; | **(7)** | Parking; or |
| **(4)** | Delivering; | **(8)** | Storing; |

motor vehicles, if the accident occurs while the vehicle is being operated by that person or that person's employee or agent; or

**b.**   An owner, tenant or lessee of premises on which loss arising out of the loading or unloading of the vehicle occurs.

**3.**   If there is other applicable liability insurance available any insurance we provide shall be excess over any other applicable liability insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible liability insurance.

**II.   PART B - MEDICAL PAYMENTS COVERAGE**

Paragraph **C.** of the Limit of Liability provision of Part **B.** is replaced by the following:

**C.**   No payment will be made unless the injured person or that person's legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under Part A.

**III.   PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**

The following provision is added to Part **D**.:

**WAIVER OF COLLISION DEDUCTIBLE**

When there is a loss to "your covered auto" insured for Collision Coverage under this policy, we will pay the full Collision deductible if:

Endorsements



1. The loss involves an "uninsured motor vehicle", as the term is defined in items 1. and 4. of the "uninsured motor Vehicle definition in the Uninsured Motorists Coverage endorsement;

2. You are legally entitled to recover the full amount of the loss from the owner or operator of the "uninsured motor vehicle"; and

3. A specific premium charge in the Schedule or in the Declarations indicates that the Waiver of Collision Deductible provision applies to that vehicle.

Subject to the above, if you are legally entitled to recover only a percentage of the loss, we will pay that percentage of your deductible. However, if the amount of the loss is less than your deductible, we will pay the percentage of the loss you are legally entitled to recover.

In no event will we pay more than the amount of the loss.

The Arbitration and Duties After An Accident Or Loss provisions in the Uninsured Motorists Coverage endorsement apply to the Waiver of Collision Deductible provision.

IV. **PART F - GENERAL PROVISIONS**

Part F is amended as follows:

A. The Our Right to Recover Payment provision is amended as follows:

**OUR RIGHT TO RECOVER PAYMENT**

Paragraph A. of this provision does not apply to Part B.

B. The Termination provision is amended as follows:

**TERMINATION**

1. Paragraph **A.** Cancellation is replaced by the following:

This Policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this Policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days' notice if cancellation is for nonpayment of premium; or

   b. At least 20 days' notice in all other cases.

3. We will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      (1) Any driver who lives with you; or

      (2) Any driver who customarily uses your "covered auto";

   has been suspended or revoked. This must have occurred:

      (1) During the policy period; or

      (2) 60 days prior to the most recent renewal or effective date of the policy and we had no notice of such suspension or revocation.

   However, with respect to a suspended driver's license, such cancellation will not become effective if the suspension is removed prior to the time that the cancellation of the policy is to become effective; or

   c. For material misrepresentation or fraud by you with respect to any material fact in obtaining changing, renewing this policy or with submitting any claim; or

   d. For substantial increase in hazard insured against.

2. Paragraph **B.** Nonrenewal is replaced by the following:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail notice to the named insured shown in the Declarations at the address shown in this Policy. Notice will be mailed at least 30 days before the end of the policy period. Subject to this notice requirement, we will



have the right not to renew or continue this Policy at each anniversary of its original effective date.

**3.** Section **3.** of Paragraph D. Other Termination Provision is replaced by the following:

**Other Termination Provisions**

If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed pro rata. However, making or offering to make the refund is not a condition of cancellation.

**C.** The following provision is added.

If the Mexico Coverage endorsement is attached to this policy, the following warning applies:

**WARNING**

Unless you have automobile insurance written by a Mexican insurance company, you may spend many hours or days in jail, if you have an accident in Mexico. Insurance coverage should be secured from a company licensed under the law of Mexico to write insurance in order to avoid complications and some other penalties possible under the laws of Mexico, including the possible impoundment of your automobile.



**AUTOMOBILE AMENDATORY ENDORSEMENT**                                         AS 2259 05 16

**I. DEFINITIONS**

The **Definitions** section is revised as follows:

**A.** The definition of "Your Covered Auto" is replaced with the following:

"Your Covered Auto" means:

**1.** Any vehicle shown in the Declarations.

**2.** A "newly acquired auto".

**3.** Any "trailer" you own.

**4.** Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** Loss; or

**e.** Destruction.

This provision **(4.)** does not apply to Coverage For Damage to Your Auto.

**B.** The definition of "Newly Acquired Auto" is added as follows:

"Newly Acquired Auto":

**1.** "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

**a.** A private passenger auto; or

**b.** A pickup or van, for which no other insurance policy provides coverage, that:

**(1)** Has a Gross Vehicle Weight of less than 10,000 lbs.; and

**(2)** Is not used for the delivery or transportation of goods and materials unless such use is:

**(a)** Incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or

**(b)** For farming or ranching.

For this definition to apply to a "newly acquired auto", which is in addition to the vehicles listed in the Declarations, we must insure all other vehicles owned by you.

**2.** Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

**a.** For any coverage provided in this policy except Coverage for Damage to Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner.

However, for this coverage to apply to a "newly acquired auto" that is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 30 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

**b.** Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

**(1)** 30 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

**(2)** Five days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 5 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", a



Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 30 days after you become the owner if the Declarations indicate that Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Five days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 5 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

C. The following definitions are added:

"Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

"Personal vehicle sharing program" means a legal entity qualified to do "business" in this state and engaged in the "business" of facilitating the sharing of private passenger motor vehicles for noncommercial use by individuals within this state. Private passenger motor vehicle as it relates to "personal vehicle sharing program" means a four wheel passenger or station wagon type motor vehicle insured under an automobile liability insurance policy covering any individuals residing in your household.

II. **PART A - LIABILITY COVERAGE**

Part **A**. is amended as follows:

**Insuring Agreement**

Item **B.2**. of the Insuring Agreement is replaced by the following:

2. Any person using "your covered auto" with your express or implied permission. The actual use must be within the scope of that permission.

The following is added to Item **B**. of the Insuring Agreement:

However, for the purposes of this coverage, "insured" does not mean any person who is using "your covered auto" under a "personal vehicle sharing program."

**Exclusions**

Exclusion **A.5**. is replaced by the following:

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This includes but is not limited to any period of time while it is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion (**A.5**) does not apply to a share-the-expense car pool.

The following exclusion **B.4**. is added under paragraph **B**. of the Exclusions:

4. Any vehicle while it is:

a. Operating on a surface designed or used for racing, except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

b. Participating in a high performance driving or racing instruction course or school; or

c. Preparing for, practicing for, used in, or competing in any prearranged or organized:

(1) race activity; or

(2) speed, performance, stunt, or demolition contest or exhibition

III. **PART B - MEDICAL PAYMENTS COVERAGE**

Part **B**. is amended as follows:

**Insuring Agreement**

A. Item **A**. of the Insuring Agreement is replaced by the following:

A. We will pay "usual and customary charges" incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and

2. Sustained by an "insured."



We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B. Item **B.2.** of the Insuring Agreement is replaced by the following:

  **2.** Any other person while occupying your covered auto with your express or implied permission. The actual occupation must be within the scope of that permission.

  **3.** Any other person while occupying, as a guest, an automobile not owned by you or a family member, while being operated by you or a family member.

C. The following is added to Item **B.** of the Insuring Agreement:

  However, for the purposes of this coverage, "insured" does not mean any person who is "occupying" or using "your covered auto" under a "personal vehicle sharing program."

The following definitions are added:

  "Necessary medical" - when applied to services incurred by an insured under PART B - MEDICAL PAYMENTS COVERAGE - means services or supplies provided by a licensed hospital, licensed physician, or other licensed medical provider that, as determined by us or someone on our behalf, are:

  1. Required to identify or treat an injury caused by an accident covered by this policy;

  2. Consistent with symptoms, diagnosis, and treatment of the covered person's injury and appropriately documented in the covered person's medical records;

  3. Provided in accordance with recognized standards of care for the covered person's injury at the time the charge is incurred;

  4. Consistent with published practice guidelines and technology, and assessment standards of national organizations or multidisciplinary medical groups;

  5. Not primarily for the convenience of the covered person, or his or her physician,

hospital, or other health care provider;

  6. The most appropriate supply or level of service that can be safely provided to the covered person; and

  7. Not excessive in terms of scope, duration, or intensity of care needed to provide safe, adequate, and appropriate diagnosis and treatment.

  8. Reasonable in terms of the charge for the service or supply provided.

"Usual and customary charges" as used in this Part means:

The lowest of the following:

  1. The charge billed by the medical provider for covered treatment;

  2. The eightieth percentile charge for that covered treatment in the geozip area where the provider is located, as determined through the use of a FAIRHealth or similar database;

  3. The amount authorized by a state mandated fee schedule or by another law or regulation; or

  4. The amount authorized by a written PPN or PPO agreement to which the Medical Provider is a party.

The "insured" shall not be responsible for payment of any reduction applied by us. If a medical provider disputes an amount paid by us, we will be responsible for resolving such disputes.

**Exclusions**

Exclusion **2.** is replaced by the following:

  **2.** Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time while it is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion (**2.**) does not apply to a share-the-expense car pool.

The following exclusions are added under the Exclusions section of **Part B:**



11. Sustained while "occupying" any vehicle while it is:

   a. operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

   b. participating in a high performance driving or racing instruction course or school; or

   c. preparing for, practicing for, used in, or competing in any prearranged or organized:

      (1) race activity; or

      (2) speed, performance, stunt, or demolition contest or exhibition.

   12. Caused intentionally by or at the direction of the "insured".

The Other Insurance section is replaced by the following:

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance available any insurance we provide shall be excess over any other applicable auto medical payments insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible auto medical payments insurance.

IV. **PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**

Part **D.** is amended as follows:

A. Paragraph **A.** of the **Insuring Agreement** of **Part D** is replaced by the following:

   **INSURING AGREEMENT**

   A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, subject to **Customized Equipment Coverage,** minus any applicable deductible shown in the Declarations. If loss to more than one "your covered auto" or "non-owned auto" results from the same collision, only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

      1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

      2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

   If there is a loss to a "non-owned auto" we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. The following **Customized Equipment Coverage** provision is added under **Part D:**

   **CUSTOMIZED EQUIPMENT COVERAGE**

   A. We will pay up to $500 for theft or damage to "customized equipment" if the loss is caused by:

      1. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

      2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

   Payments shall be reduced by the applicable deductible. However, only one deductible will be applied for any one loss. If you or the owner of a "non-owned auto" keeps salvaged material, payments will also be reduced by the salvage value. In no way shall this coverage increase the limit of liability for "your covered auto" or any "non-owned auto".

   B. "Customized equipment" means any parts, equipment and accessories including devices, extensions, furnishings, fixtures, finishings, and other alterations that:

      1. are permanently installed or attached by bolts or brackets;

      2. are removable from a housing unit that is permanently installed inside the auto;

      3. are permanently bonded to the vehicle by an adhesive or welding procedure; or

      4. change the appearance or performance of the vehicle including but not limited to any additions or alterations to the chassis, engine, exterior or interior of the auto.

   This includes but is not limited to ground effects, specialty rims, performance tires, specialty paint or



dye, roll bars, running boards, spoilers, special interior or exterior lighting, roof/trunk racks, and high performance engine components. However, such parts, equipment and accessories that were installed by the automobile manufacturer or licensed auto dealer are not considered "customized equipment". This also includes any electronic equipment that is not necessary for the normal operation of the auto or the monitoring of the auto's operating system that is used solely for the reproduction of recorded material or used for transmitting or receiving audio, visual or data signals. However, such parts, equipment and accessories that were installed by the automobile manufacturer or licensed auto dealer or in a location the automobile manufacturer intended for such equipment, are not considered "customized equipment".

**C.** If you have purchased additional coverage for "customized equipment" we will pay up to the amount of coverage you have purchased in addition to the $500 limit provided by the policy. This additional coverage must be shown in the Declarations.

**D.** The most we will pay for parts, equipment and accessories that are:

**a.** not installed by the auto manufacturer or dealer and

**b.** permanently installed in or upon the auto is the actual cash value of the vehicle not including such parts, equipment and accessories.

**C.** The **Transportation Expenses** provision of **Part D** is replaced by the following:

**TRANSPORTATION EXPENSES**

In addition, we will pay up to $15 per day to a maximum of 30 days for any temporary transportation expenses incurred by you. This applies only in the event of the total theft of your covered auto. We will pay only transportation expenses incurred during the period:

**1.** Beginning 48 hours after the theft; and

**2.** Ending when your covered auto is returned to use or we pay for its loss.

**Exclusions**

Exclusion **1.** is replaced by the following:

**1.** Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This includes but is not limited to any period of time while it is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This exclusion **(1.)** does not apply to a share-the-expense car pool.

Exclusion **4.** is replaced by the following:

**4.** We will not pay for loss to equipment that is not permanently installed in or upon "your covered auto" or any "non-owned auto". This consists of any equipment that is either designed for the reproduction of sound or receives or transmits audio, visual or data signals. This includes but is not limited to:

**a.** radios and stereos;

**b.** tape decks;

**c.** compact disc players and burners;

**d.** digital video disc (DVD) players and burners;

**e.** citizens band radios;

**f.** scanning monitor receivers;

**g.** television monitor receivers;

**h.** global positioning system (GPS) receivers and/or components;

**i.** video cassette players and recorders;

**j.** audio cassette recorders; or

**k.** personal computers, which includes laptops, desktops, and personal digital assistants (PDA) or any other handheld device.

All accessories used with the above or similar equipment are also excluded.

The following exclusions are added:

**13.** We will not pay for loss to "customized equipment" in excess of what is provided under Customized Equipment Coverage unless additional coverage has been purchased by endorsement and is shown in the Declarations.

**14.** We will not pay for loss to tapes, records, discs or other media used with any sound reproducing or other electronic equipment.



15. Loss to "your covered auto" or any "non-owned auto" while it is:

    a. operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

    b. participating in a high performance driving or racing instruction course or school; or

    c. preparing for, practicing for, used in, or competing in any prearranged or organized:

        (1) race activity; or

        (2) speed, performance, stunt, or demolition contest or exhibition.

16. Loss to "your covered auto" or any "non-owned auto" which arises out of an intentional act by you or a "family member" or at the direction of you or a "family member".

17. Loss to "your covered auto" or "non-owned auto" while being used in a "personal vehicle sharing program."

The Limit of Liability is replaced by the following:

A. At our option, our limit of liability for loss will be the lowest of:

    1. The actual cash value of the stolen or damaged property;

    2. a. The amount necessary to repair or replace the property;

       b. Determination of the cost of repair or replacement will be based upon one of the following:

           (1) the cost of repair or replacement agreed upon by you and us;

           (2) a competitive bid approved by us; or

           (3) an estimate written based upon the prevailing competitive price. You agree with us that we may include in the estimate parts furnished by the original vehicle manufacturer or parts from other sources including non-original equipment manufacturers. The prevailing competitive price means prices charged

by a majority of the repair market in the area where the vehicle is to be repaired as determined by us; or

    3. The limit of liability shown in the Declarations.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss. In this case, the actual cash value consists of the value of the vehicle not including any "customized equipment".

V. PART E - DUTIES AFTER AN ACCIDENT OR LOSS

Part E is amended as follows:

A. Paragraph B. of Part E is replaced by the following:

    B. A person seeking any coverage must:

        1. Cooperate with us in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, allowing us to inspect damage to a vehicle covered by this policy.

        2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

        3. Submit, as often as we reasonably require, within 30 days of our request:

            a. To physical and mental exams by physicians we select under terms we require. We will pay for these exams.

            b. To interviews and recorded statements without the need for us to conduct an examination under oath.

            c. To examination under oath and subscribe the same.

        4. Authorize us to obtain, within 30 days of our request:

            a. Medical reports; and

            b. Other pertinent records, including but not limited to, information contained in or transmitted by any device located in or on the motor vehicle.

        5. Submit a proof of loss when



required by us within 30 days of our request.

## VI. PART F - GENERAL PROVISIONS

Part F is amended as follows:

**A.** Items **A.** and **B.** of the Changes provision are replaced by the following:

**A.** This policy, your Declarations page and endorsements issued by us to this policy contain all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** The premium for your policy is based on information we have received from you or other sources. You agree to cooperate with us in determining if this information is correct and complete and you will notify us if it changes. If this information is incorrect, incomplete, or changes, we will adjust your premium during the policy term or take other appropriate action based upon the corrected, completed or changed information. Changes during the policy term that will result in a premium increase or decrease during the policy term include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles, including newly licensed "family member" drivers and any household members that have licenses.

3. The location where your vehicle is principally garaged.

4. Customized equipment or parts.

5. The persons who regularly operate a covered auto.

You also agree to disclose all licensed drivers residing in your household.

**B.** The following provision is added:

**DUTY TO REPORT CHANGES**

You must promptly report to us all changes, including additions and deletions, in policy information. Further, you must report to us certain changes no later than 30 days after the change occurs. These are changes to:

1. your residence address;

2. operators using insured vehicles, including newly licensed "family member" drivers and any household members that have licenses;

3. the location where your vehicle is principally garaged;

4. the persons who regularly operate a covered auto;

5. the driver's license or operator's permit status of you, a relative, or a resident of your household.

**C.** The **Fraud** provision is replaced by the following:

This policy was issued in reliance upon the information provided on your application. Any changes we make at your request to this policy after inception will be made in reliance upon information you provide. We may void this policy if you or an "insured" have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, at the time application was made, at the time changes were requested, or any time during the policy period.

We may void this policy or deny coverage for an accident or loss if you or an "insured" have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

We may void this policy or deny coverage for fraud or material misrepresentation even after the occurrence of an accident or loss. This means we will not be liable for any claims or damages which would otherwise be covered. If we make a payment, we may request that you reimburse us. If so requested, you must reimburse us for any payments we may have already made.

**D.** The following provision is added:

**STORAGE COSTS**

If you give us your consent, we may move the damaged property, at our expense, to reduce storage costs during the claims process. If you do not give us your consent, we will pay only the storage costs which would have resulted if we had moved the damaged property.



## AMENDMENT OF POLICY DEFINITIONS

**THIS ENDORSEMENT CHANGES YOUR POLICY.  IT REPLACES ALL OTHER REFERENCES TO THE SAME SECTIONS OF THE POLICY.**

The following is added to item **A.** under the policy **DEFINITIONS**:

> **3.** the partner in a civil union, registered domestic partnership or other similar union, with the "named insured" shown on the Declarations, if a resident of the same  household.

> The above, only applies if the civil union or partnership was validly entered into under the laws of any state, municipality, or territory of the United States or any  other country.

> If the spouse or partner defined above is no longer a resident in the same household during the policy period or prior to the inception of the policy, the spouse or partner will be considered "you" and "your" under this policy until the earlier of:

>> **1.** The end of 90 days following the change of residency;

>> **2.** The effective date of another policy listing the spouse or partner defined above as a named insured; or

>> **3.** The end of the policy period.

Paragraph **A.** of the **TRANSFER OF YOUR INTEREST IN THIS POLICY**  is deleted. It is replaced with the following:

**A.**  Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations becomes deceased, coverage will be provided for:

> **1.** the surviving spouse or partner in a civil union, registered domestic partnership or other similar union, if a resident of the same household at the time of death.  Coverage applies to the spouse or partner as set forth herein, as if a named insured shown in the declarations;  and

> **2.** the legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with regard to the representative's legal responsibility to maintain or use "your covered auto".

Section 1. only applies if the union or partnership is validly entered into under the laws of any state, municipality, or territory of the United States or any other country.

All other terms and conditions of this policy remain the same.



## MISCELLANEOUS TYPE VEHICLE ENDORSEMENT                    PP 03 23 12 89

This coverage is subject to all the provisions of the policy with respect to the "miscellaneous type vehicles" and coverages described in the Schedule or in the Declarations except as modified as follows:

### SCHEDULE

| Description and Type of Vehicle | Passenger Hazard Excluded | |
|---|---|---|
| 1. | Yes ☐ | No ☐ |
| 2. | Yes ☐ | No ☐ |
| 3. | Yes ☐ | No ☐ |

Coverage is provided where a premium and a limit of liability is shown for the coverage.

| Coverages | Limit of Liability | | Premium | | |
|---|---|---|---|---|---|
| | | | Veh. 1 | Veh. 2 | Veh. 3 |
| Liability | $ | Each Accident | $ | | |
| | $ | Each Accident | | $ | |
| | $ | Each Accident | | | $ |
| Medical Payments | $ | Each Person | $ | | |
| | $ | Each Person | | $ | |
| | $ | Each Person | | | $ |
| Uninsured Motorists | $ | Each Accident | $ | | |
| | $ | Each Accident | | $ | |
| | $ | Each Accident | | | $ |
| Collision | $ Less $ Ded. | | $ | | |
| | $ Less $ Ded. | | | $ | |
| | $ Less $ Ded. | | | | $ |
| Other Than Collision | $ Less $ Ded. | | $ | | |
| | $ Less $ Ded. | | | $ | |
| | $ Less $ Ded. | | | | $ |
| | Total Premium | | $ | | |

## I. DEFINITIONS

The Definitions Section is amended as follows:

A. For the purpose of the coverage provided by this endorsement "miscellaneous type vehicle" means:

  1. Any motor home, motorcycle or other similar type vehicle, all terrain vehicle, dune buggy or golf cart.

  2. A private passenger auto owned jointly by 2 or more:

    a. relatives, other than husband and wife; or

    b. resident individuals.

B. The definition of "your covered auto" is replaced by the following:

"Your covered auto" means:

  1. Any "miscellaneous type vehicle" shown in the Schedule or in the Declarations.

2. Any of the following types of vehicles on the date you become the owner:

  a. a private passenger auto;

  b. a pickup or van that:

    (1) has a Gross Vehicle Weight of less than 10,000 lbs.; and

    (2) is not used for the delivery or transportation of goods and materials unless such use is:

      (a) incidental to your "business" of maintaining or repairing furnishings or equipment; or

      (b) for farming or ranching.

C. any "miscellaneous type vehicle" of the same type shown in the Schedule or in the Declarations.

This provision applies only if:

  a. you acquire the vehicle during the policy period;

Copyright, Insurance Services Office, Inc., 1988



PP 03 23 12 89

**b.** you ask us to insure it within 30 days after you become the owner; and

**c.** with respect to a pickup or van, no other insurance policy provides coverage for that vehicle.

If the vehicle you acquire replaces one of the same type shown in the Schedule or in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto.

If the vehicle you acquire is in addition to any of the same type shown in the Schedule or in the Declarations, it will have the broadest coverage we now provide for any vehicle of that type shown in the Schedule or in the Declarations.

**3.** Any "trailer."

**4.** Any "miscellaneous type vehicle" or auto you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

**a.** breakdown;

**b.** repair;

**c.** servicing;

**d.** loss; or

**e.** destruction.

This provision (4.) does not apply to Coverage for Damage to Your Auto.

## II. PART A - LIABILITY COVERAGE

Part A is amended as follows:

**A.** The definition of "insured" is replaced by the following:

"Insured" means:

**1.** You or any "family member" for the ownership, maintenance or use of "your covered auto."

**2.** Any person using "your covered auto."

**3.** For "your covered auto," any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

**B.** The Exclusions Section is amended as follows:

**1.** Exclusion B.1. is replaced by the following:

We do not provide Liability Coverage for the ownership, maintenance or use of any motorized vehicle having fewer than four wheels. However, this exclusion (B.1.) does not apply to a motorized vehicle having fewer than four wheels if it is insured for Liability Coverage under this endorsement.

**2.** The following exclusion applies under Section A to any vehicle for which the Schedule or Declarations indicates that the passenger hazard is excluded:

We do not provide Liability Coverage for any person for "bodily injury" to any person while "occupying" the described "miscellaneous type vehicle."

## III. PART B - MEDICAL PAYMENTS COVERAGE

Exclusion 1. of Part B is replaced by the following:

We do not provide Medical Payments Coverage for any person for "bodily injury" sustained while "occupying" any motorized vehicle having fewer than four wheels. However, this exclusion (1.) does not apply to a motorized vehicle having fewer than four wheels if it is insured for Medical Payments Coverage under this endorsement.

## IV. PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

Part D is amended as follows:

**A.** The following is added to the definition of "non-owned auto:"

**3.** Any motor home, motorcycle or other similar type vehicle, all terrain vehicle, dune buggy or golf cart you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

**a.** breakdown;        **d.** loss; or

**b.** repair;              **e.** destruction.

**c.** servicing;



PP 03 23 12 89

**B.** With respect to the Stated Amount Coverage(s) shown as applicable to a vehicle described in the Schedule or in the Declarations, the Limit of Liability provision is replaced by the following:

**LIMIT OF LIABILITY**

Our limit of liability for loss will be the lesser of the:

**1.** Stated amount shown in the Schedule or in the Declarations;

**2.** Actual cash value of the stolen or damaged property; or

**3.** Amount necessary to repair or replace the property.

Our payment for loss will be reduced by any applicable deductible shown in the Schedule or in the Declarations.

An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of loss.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

 Copyright, Insurance Services Office, Inc., 1988



| MEXICO EXTENSION ENDORSEMENT | AS 1006 (Ed. 09 -18) |
| --- | --- |

The coverage applying to "your covered auto" under Parts A, B, C and D of this policy also applies to accidents and losses while the automobile is in the Republic of Mexico, but not more than 75 miles from the United States border. This coverage is subject to these additional provisions:

1. The insurance applies only if, at the time of accident or loss, the automobile has not been in the Republic of Mexico more than 10 consecutive days.

2. We have no obligation to defend any suit and the Supplementary Payments provisions of Part A and the Transportation Expense provision of Part D do not apply.

3. In addition to the applicable limit of liability, we will pay (a) expenses you incur for first aid to others at the time of an accident for bodily injury covered by this policy and (b) reasonable expenses, except loss of earnings, you incur at our request.

4. No settlement of any claim or suit will obligate us under this endorsement without our written consent.

5. Except for Medical Payments Coverage, this insurance shall be excess over any other collectible insurance available to you as an insured under a policy applying to the automobile or otherwise. The Medical Payments Coverage shall be excess over any other collectible automobile medical payments insurance.

6. If a loss to "your covered auto" requires repair or replacement while the automobile is in Mexico, the most we will pay is the cost of the repair or replacement at the nearest point in the United States where it can be made.

**WARNING** - If you have an automobile accident in Mexico and don't have insurance written by an insurance company licensed in Mexico, you could spend many hours or days in jail. You should arrange for coverage from a licensed Mexican company to avoid complications and some other penalties possible under the laws of Mexico, including impounding of your car. (Liberty is not licensed to write insurance in Mexico.)

(See below for explanation)

**IMPORTANT**

This endorsement extends **LIMITED COVERAGE.**

Under Mexican law automobile insurance policies written by United States companies are not recognized or considered valid for accidents or losses occurring in Mexico. United States insurance companies are not permitted, directly or through Mexican agents, to assist their policyholders, investigate, settle or defend claims or suits in Mexico.

Notwithstanding the above we have included limited Mexican coverage (limited to 75 miles of the U.S. border and 10 consecutive days in Mexico) in your automobile insurance policy. This extension is made to Liberty policyholders because your U.S. coverage is broader than that extended by Mexican companies and it is possible, under certain conditions, to reimburse you for a loss on your return to the states.

If you are planning a motor trip into Mexico you should contact one of the many agents representing reliable Mexican insurance companies and purchase a short term "Special Automobile Policy for Tourists" to protect you during your stay in that country. You will find these agents in practically every American city or town near the border.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NEW VEHICLE REPLACEMENT COST COVERAGE

PERSONAL AUTO
AS 2112 10 99

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

In the event of a covered total loss to a new \*"your covered auto" shown in the Declarations for which a specific premium charge indicates that "Collision" Coverage and/or Other Than Collision Coverage applies, the "covered auto" will be replaced at the Actual Cash Value (less any applicable deductible) without adjustments for depreciation that is referenced in the Limit of Liability B. Section of **Part D** of the policy.

* A new vehicle as used in this endorsement is one that has not been previously titled under the motor vehicle laws of any state.

Replacement Cost for a total loss on a new "your covered auto" applies as  follows:

a.   total loss must occur during the first 12 months of insurance   coverage, and

b.   within the vehicle's first 15,000 miles,

whichever occurs first, we will pay, at our option, the full cost of repair or replacement, less the applicable deductible.

This does not apply to a substitute automobile, a non-owned automobile or a vehicle leased under a long-term contract of 6 months or longer.

The following conditions apply:

1.   Our liability for any loss will not be more than the cost to replace the damaged property with:

a.   a previously untitled vehicle of the year, make, model and equipment of the damaged automobile or, if unavailable

b.   a vehicle that is most similar in class and body type to the year, make, model and equipment of the damaged automobile.

2.   We will not pay for any loss before the actual repair or replacement is completed.

3.   We have the right to pay the loss in money or to repair or replace the damaged  automobile.

For purposes of this endorsement, Total Loss means a loss in which the cost to replace or repair the vehicle to its pre-loss condition plus salvage value, equals or exceeds the actual  cost value.



**NUCLEAR, BIOLOGICAL, CHEMICAL & MOLD
EXCLUSION ENDORSEMENT**                                              AS 2228 07 05

**THIS EXCLUSION APPLIES TO <u>ALL COVERAGES</u> PROVIDED BY THIS POLICY
 INCLUDING ANY AND ALL ENDORSEMENTS**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

We **do not** provide coverage for loss, damage, injury, liability, cost or expense, due to or as a
consequence of, whether controlled or uncontrolled or however caused:

    a. Nuclear exposure, reaction or explosion including resulting fire, smoke, radiation or
       contamination; and/or

    b. Biological or chemical attack or exposure to biological or chemical agents, or combination of
       such agents, including resulting contamination or pollution.

We **do not** provide coverage for loss, damage, injury, liability, cost or expense arising out of or
aggravated by, in whole or in part, "mold, fungus, wet rot, dry rot, bacteria or virus."

"Mold, fungus, wet rot, dry rot, bacteria or virus" means any type or form of fungus, rot, virus or
bacteria.  This includes mold, mildew and any mycotoxins, other microbes, spores, scents or
byproducts produced or released by mold, mildew, fungus, rot, bacteria, or virus.

                                              © 2005 Liberty Mutual Insurance Group



## SPLIT LIABILITY LIMITS

PP 03 09 04 86

### SCHEDULE

| | | |
|---|---|---|
| Bodily Injury Liability | $_____ | each person |
| | $_____ | each accident |
| Property Damage Liability | $_____ | each accident |

The first paragraph of the Limit of Liability provision in Part A is replaced by the following:

**LIMIT OF LIABILITY**

The limit of liability shown in the Schedule or in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Schedule or in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident. The limit of liability shown in the Schedule or in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. "Insureds;"

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1985



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT

**PERSONAL AUTO**
**PP 13 01 12 99**

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**I.  Definitions**

The following definition is added:

"Diminution in value" means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

**II.  Part D - Coverage For Damage To Your Auto**

The following exclusion is added:

We will not pay for:

Loss to "your covered auto" or any "non-owned auto" due to "diminution in value".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

PP 13 01 12 99                     Copyright, Insurance Services Office, Inc.,  1999                     **Page 1 of 1**

## AUTOMATIC TERMINATION ENDORSEMENT

**AS 1046** (Ed. 12-89)

The AUTOMATIC TERMINATION Provision in Part F of the policy is replaced with the following:

AUTOMATIC TERMINATION.  If you obtain other insurance on "your covered  auto," any similar insurance provided by this policy will terminate as to that auto on  the effective date of the other insurance.

## Notice of Membership in Liberty Mutual Holding Company Inc.

While this policy is in effect, the named insured first named in the Declarations is a member of  Liberty Mutual Holding Company Inc. and is entitled to vote either in person or by proxy at any and all   meetings of the members of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is  in Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

The named insured first named in the Declarations shall participate in the distribution of any  dividends declared by us for this Policy.  The amount of such Named Insured's participation is determined by  the decision of our Board of Directors in compliance with any laws that apply.

Any provisions in the policy relating to:

1.  Membership in Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance  Company; or

2.  Entitlement to dividends as a member of Liberty Mutual Insurance Company or Liberty Mutual  Fire Insurance Company

are deleted and replaced by the preceding paragraphs.

2340e



**Auto Body Repair Consumer Bill of Rights**

A CONSUMER IS ENTITLED TO:

1. SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY.  AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.

2. AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE.  THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED.  THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.

3. BE INFORMED ABOUT COVERAGE FOR TOWING SERVICES.

4. BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.

5. BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.

6. SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

COMPLAINTS WITHIN THE JURISDICTION OF THE <u>BUREAU OF AUTOMOTIVE REPAIR</u>

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:

**Toll Free (866) 799-3811**
**Bureau of Automotive Repair**
**10949 North Mather Blvd.**
**Rancho Cordova, CA 95670**

The Bureau of Automotive Repair can also accept complaints over its web site at:
<u>www.autorepair.ca.gov</u>

**COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER**

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

**(800) 927-4357 or (213) 897-8921**
**California Department of Insurance**
**Consumer Services Division**
**300 South Spring Street Los Angeles, CA  90013**

The California Department of Insurance can also accept complaints over its web site at:

**www.insurance.ca.gov**

Notices



## Notice of Privacy Policy

Liberty Mutual* values you as a customer and takes your personal privacy seriously.  When you request a rate quotation, apply for insurance, request changes to your insurance policy or submit a claim, you disclose information about yourself or members of your family.  This notice tells you how we treat the information we collect about you.

1.  **INFORMATION WE MAY COLLECT**

We collect information about you from:

- Applications or other forms you complete, and information you provide to us over the telephone;
- Your business dealings with us and other companies;
- Your employer or association for Liberty Mutual Group products;
- Consumer reporting agencies, Motor Vehicle Departments, inspection services and medical providers; and
- Visits to our Liberty Mutual website.

2.  **TYPES OF INFORMATION WE MAY DISCLOSE**

We may disclose the following about you:

- Information from your application or other forms, such as your name, date of birth, address, social security number, vehicle and driver information;
- Information about your transactions with us, our affiliates or others, such as your insurance coverages, payment history, and certain claims information; and
- Information we receive from third parties, such as your motor vehicle records and claims history.

3.  **TO WHOM INFORMATION MAY BE DISCLOSED**

We do not disclose personal information about you to anyone unless allowed by law.  We are allowed by law to provide information to:

- A third party that performs services for us, such as claims investigations, medical examinations, inspections, and appraisals or for roadside assistance or the repair of your vehicle if you have a claim;
- Our affiliated companies and reinsurers;
- Insurance regulators and reporting agencies;
- Consumer reporting agencies to obtain loss history information, motor vehicle reports, or credit report information where permitted by law;
- State Motor Vehicle Departments to obtain a report of any accidents or convictions or to confirm your compliance with compulsory motor vehicle liability insurance laws;
- Law enforcement agencies or other government authorities to report suspected illegal activities;
- A person or organization conducting insurance actuarial, or research studies;
- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement with banks, credit unions, and affinity partners, or providers of annuity and financial products and services offered through us to our customers; and
- As otherwise permitted by law.

4.  **HOW WE PROTECT INFORMATION**

We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information.  These safeguards comply with applicable laws.  We retain your information for as long as required by law or regulation.  The only employees or agents who have access to your information are those who must have it to provide products or services to you.  We do not sell your information to mass marketing or telemarketing companies. Any information we share with third parties, such as those organizations which perform a service for us or market our products, is subject to appropriate confidentiality protections and may be used only for the purposes intended.

*This privacy notice is provided on behalf of the following Liberty Mutual companies and affiliates that provide personal automobile, homeowners, life insurance and annuities: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Company of America, Liberty Northwest Insurance Corporation, Liberty Life Assurance Company of Boston, Liberty County Mutual Insurance Company (Texas only), Liberty Lloyds of Texas Insurance Company, LM Property and Casualty Insurance Company, Liberty Mutual Personal Insurance Company, Liberty Personal Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, LM General Insurance Company, American States Preferred Insurance Company, Consolidated Insurance Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, Wausau Business Insurance Company, Montgomery Mutual Insurance Company , North Pacific Insurance Company, Peerless Indemnity Insurance Company, Indiana Insurance Company, and The Netherlands Insurance Company.



## Choose The Payment Option That Works For You

We are committed to making billing easy and hassle free. That is why we offer a selection of billing and payment options to choose from.

### PAYMENT OPTIONS

- **Electronic Funds Transfer (EFT).** Save time and money with our convenient EFT option. Once you enroll, your insurance payment will be withdrawn directly from your checking/savings account and there are no installment charges. As a convenience, we will make every attempt to issue any refunds due to your bank account from which the payment was received. Sign up by visiting LibertyMutual.com/EFT.

- **Recurring Credit Card\*.** Save time with our recurring credit card option. Once you enroll, your insurance payment will be charged directly to your credit card. As a convenience, we will make every attempt to issue any refunds due to your credit card from which the payment was received. We accept all major credit cards including American Express, Visa, MasterCard and Discover. A charge will be applied to each installment unless paid in full.

- **Online.** Pay your bill online with eService at LibertyMutual.com/register. Click to register, or if you already have an eService account, simply login.

- **Direct Bill.** Choose a billing frequency (i.e. Monthly, Quarterly, Pay in Full , Pay in Two and Bi-Monthly) that is right for you and receive paper bills by mail. A charge will be applied to each installment unless paid in full.

  **\*This option is available for most policy types.**

### REFUNDS

In most states and in most situations, any refunds owed will automatically be refunded in the same method your last payment was received. For example, if the last payment you made was with a credit card, we will apply your refund back to your credit card. We will refund electronic check payments back to your checking account instead of mailing you a check. Electronic check payments include:

- Check payments processed online at LibertyMutual.com
- A Liberty Mutual Service Rep initiated one-time check or EFT payment

However, we will typically mail a refund check in the following situations:

- The refund amount is greater than the last single payment amount received
- Your bank rejects an electronic refund
- Your credit card company rejects an electronic refund

### FEES

- An installment charge may be applied to the outstanding account balance if there is a current installment amount due depending on the payment option chosen.  You can avoid future installment charges by enrolling in Electronic Funds Transfer (EFT) payment option or paying the Account Balance in full.

- If we receive your payment after the due date, you may be charged a late fee of up to $15.00. Late payments may affect your future premiums, your coverage or continuation of your policy.

- **A returned payment fee** may be charged for any payment not accepted by your financial institution.

If you have any questions please contact  us at 1-909-476-6756/1-800-237-4813 and a representative will be happy to assist you.

Thank you for insuring with Liberty Mutual.  We appreciate your business.



## IMPORTANT NOTICE

IF A PROBLEM ARISES CONCERNING YOUR INSURANCE, LIBERTY MUTUAL WILL MAKE EVERY EFFORT TO RESOLVE THE MATTER.  CALL YOUR LOCAL SALES OFFICE OR CONTACT US AT THE NUMBER BELOW FOR ASSISTANCE:

LIBERTY MUTUAL INSURANCE
P.O. BOX 970
MISHAWAKA, IN  46546
1-800-225-8285

WHENEVER THE COMPANY OR ITS AGENT HAS BEEN UNABLE TO RESOLVE A CONSUMER COMPLAINT AFFECTING THIS POLICY, THE BELOW LISTED STATE AGENCY MAY BE CONTACTED TO ASSIST THE COMPLAINANT IN PURSUING A RESOLUTION OF THE COMPLAINT:

CALIFORNIA DEPARTMENT OF INSURANCE
CONSUMER AFFAIRS DIVISION
300 SOUTH SPRING STREET
SOUTH TOWER
LOS ANGELES, CA  90013
1-800-927-HELP
(4357)

AUTO 3005 R3

### Liberty Mutual Fire Insurance Company
### Notice of Membership in Liberty Mutual Holding Company Inc. and
### Notice of Annual Meeting

Your policy includes a statement regarding membership rights in Liberty Mutual Holding Company Inc. Liberty Mutual Fire Insurance Company is a Wisconsin stock insurance company subsidiary of Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company.  Insurance is provided by Liberty Mutual Fire Insurance Company.  The named insured first named in the declarations is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statements, which are posted on Liberty Mutual's website at libertymutual.com, by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts, 02116, Attention: Corporate Secretary.

2344                                    Effective July 2008



**Disclosure to Liberty Mutual Policyholders Regarding Medical Payments**

In most states, including those listed below, Liberty Mutual will pay or reimburse a Medical Provider's charge for medical treatment, medical service, medication or prosthesis covered by the Medical Payments or Personal Injury Protection coverage provided by your auto policy by paying (subject to applicable policy limits) the lowest of (a) the billed charge, (b) the 80th percentile charge indicated by the FAIRHealth medical-charge database for similar services in the same geographic area, (c) the amount authorized by a state mandated fee schedule or by another applicable law or regulation, or (d) the amount authorized by a written preferred-provider network or organization agreement to which the Medical Provider is a party.  Liberty Mutual pays claims in this manner to comply with state regulations and policy language and to conserve insureds' limited PIP and MedPay benefits.

This disclosure applies to personal auto policies issued in Alabama, Alaska, Arizona,  Arkansas, California, Colorado, Connecticut, District of Columbia, Georgia, Idaho, Illinois, Indiana, Iowa,  Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri,  Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, South  Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin and Wyoming.

"Liberty Mutual" means the insurance company issuing your auto policy and includes Liberty  Mutual Insurance Company, Liberty Mutual Fire Insurance Company, The First Liberty Insurance  Corporation, Liberty Personal Insurance Company, Liberty Insurance Corporation, Liberty Lloyds of Texas  Insurance Company, LM General Insurance Company,  and LM Personal Insurance Company.

"Medical Provider" means any hospital, clinic, pharmacy, physician, physician's assistant,  chiropractor, nurse, nurse practitioner, emergency medical technician, and/or any other person or entity who  claims or claimed a right to payment for providing medical treatment, medical services, medication,  or prosthesis for an injury covered by the Medical Payments or Personal Injury Protection  coverage provided by your auto policy.

US 3182560v.1
PMKT 1170 02 15