UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ─────────────────────── ALL PARTS ─────────────────────── THIS RELATES TO: ALL CASES BEARINGS BRAKE HOSES | Master File No. 12-md-02311 Honorable Marianne O. Battani 2:12-md-02311-MOB-MKM 2:12-cv-00500-MOB-MKM 2:12-cv-00501-MOB-MKM 2:12-cv-00502-MOB-MKM 2:12-cv-00503-MOB-MKM 2:14-cv-00507-MOB-MKM 2:14-cv-12095-MOB-MKM 2:14-cv-13356-MOB-MKM 2:15-cv-12068-MOB-MKM 2:16-cv-03602-MOB-MKM 2:16-cv-03603-MOB-MKM 2:16-cv-14245-MOB-MKM |

## ORDER GRANTING MOTION
## TO WITHDRAW ELIZABETH A. CATE AS COUNSEL

WHEREAS, Elizabeth A. Cate, an attorney at Winston & Strawn LLP, which represents Defendants NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH, Hitachi Metals, Ltd., Hitachi Metals America, Ltd., and Hitachi Cable America, Inc., has left the law firm of Winston & Strawn LLP;

WHEREAS, Ms. Cate requested that the Court enter an order allowing her to withdraw as counsel in the following actions:

- 2:12-md-02311-MOB-MKM (Automotive Parts Antitrust Litigation)
- 2:12-cv-00500-MOB-MKM (Bearings – Lead Case)
- 2:12-cv-00501-MOB-MKM (Bearings – Direct Purchaser Action)
- 2:12-cv-00502-MOB-MKM (Bearings – Automotive Dealership Action)

- 2:12-cv-00503-MOB-MKM (Bearings – End-Payor Action)
- 2:14-cv-00507-MOB-MKM (Bearings – Trucks & Equipment Dealership Action)
- 2:14-cv-12095-MOB-MKM (Bearings – State Attorneys General Action)
- 2:14-cv-13356-MOB-MKM (Bearings – *Rush Truck Ctrs. of Ariz., Inc. v. JTEKT Corp*.)
- 2:15-cv-12068-MOB-MKM (Bearings – *DALC Gear & Bearing Supply Corp. v. Koyo France SA*)
- 2:16-cv-03602-MOB-MKM (Brake Hoses – Automotive Dealership Action)
- 2:16-cv-03603-MOB-MKM (Brake Hoses – End-Payor Action)
- 2:16-cv-14245-MOB-MKM (Brake Hoses – *Emerald Capital Advisors Corp. v. Hitachi Metals, Ltd.*)

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Ms. Cate's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Ms. Cate be permitted to withdraw as counsel for the above-named Defendants in the above actions.


Date:  February 5, 2020

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge