UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

                    Plaintiff(s),

v.                                        Case No. 2:12–md–02311–MOB–MKM
                                             Hon. Marianne O. Battani

Eberspacher Exhaust Technology GMBH & Co. KG, et al.,

                    Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 29, 2020 at 10:00 AM

**ADDITIONAL INFORMATION:**   STATUS CONFERENCE SCHEDULED FOR MARCH 18, 2020 ADJOURNED TO APRIL 29, 2020

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/K. Doaks
                                                               Case Manager

Dated:   February 18, 2020