# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: RADIATORS | 2:13-cv-01000-MOB-MKM<br>2:13-cv-01002-MOB-MKM<br>2:13-cv-01003-MOB-MKM |
| In Re: AUTOMATIC TRANSMISSION FLUID WARMERS | 2:13-cv-02403-MOB-MKM |
| In Re: AIR CONDITIONING SYSTEMS | 2:13-cv-02703-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR WITHDRAWAL OF COUNSEL STEVEN A. REISS

Defendants Calsonic Kansei Corporation and CalsonicKansei North America, Incorporated ("Calsonic Defendants"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Steven A. Reiss as counsel in the following actions:

1. 2:12-md-02311-MOB-MKM
2. 2:13-cv-01000-MOB-MKM
3. 2:13-cv-01002-MOB-MKM
4. 2:13-cv-01003-MOB-MKM
5. 2:13-cv-02403-MOB-MKM
6. 2:13-cv-02703-MOB-MKM

This motion is precipitated by Steven A. Reiss's retirement and departure from the law

firm of Weil, Gotshal & Manges LLP. Calsonic Defendants will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Calsonic Defendants respectfully request that the Court enter an order granting the motion to withdraw the appearance of Steven A. Reiss as counsel of record.

Respectfully submitted,

February 18, 2020

*/s/ Adam C. Hemlock*
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com

Michael A. Cox
**THE MIKE COX LAW FIRM, PLLC**
17430 Laurel Park Drive North, Suite 120 E
Livonia, MI 48152
Telephone: (734) 591-4002
mc@mikecoxlaw.com

Fred Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Calsonic Kansei Corporation and CalsonicKansei North America, Incorporated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2020, I caused the Motion for Withdrawal of Counsel Steven A. Reiss and Proposed Order to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       */s/ Adam C. Hemlock*
                                       Adam C. Hemlock
                                       **WEIL, GOTSHAL & MANGES LLP**
                                       767 Fifth Avenue
                                       New York, NY 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       adam.hemlock@weil.com

                                       *Calsonic Kansei Corporation and CalsonicKansei*
                                       *North America, Incorporated*