**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311

HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

**NOTICE OF APRIL 29, 2020 STATUS**
**CONFERENCE AND REQUEST FOR AGENDA ITEMS**

The status conference for all Lead cases in MDL No. 12-02311, originally scheduled for March 18, 2020, in Room 250, has been adjourned to **April 29, 2020, at 10:00 a.m.** All Interim Liaison Counsel and at least one representative from each of the Interim Lead Counsel groups must be present, as well as counsel for other Plaintiffs having actions falling within this MDL. Each Defendant should be represented.

Because Counsel already conferred and submitted a proposed agenda for the March 18, 2020 status conference, the Court requests that Counsel submit any additional items to be included in the April 29, 2020 status conference via email to Case Manager, Ka Myra Doaks, at efile_battani@mied.uscourts.gov, by **5:00 p.m., April 17, 2020**. The Court will finalize the Agenda and file it electronically by April 23, 2020.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: March 12, 2020