**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION : : : | No. 12-md-02311 Hon. Marianne O. Battani |
| THIS DOCUMENT RELATES TO: All End-Payor Actions : : | |

**NOTICE OF INTENT OF END-PAYOR PLAINTIFFS' TO SEEK AN**
**EXTENSION OF THE CLAIMS DEADLINE**

Co-Lead Class Counsel for the End-Payor Plaintiffs ("EPPs") hereby notify the Court that the Claims Administrator for the Settlement Classes, Epiq Class Action & Claims Solutions, Inc., experienced a cyber attack on February 29, 2020. *See* Exhibit A, Declaration of Brian A. Pinkerton ¶ 2.[1] This attack has resulted in an inability of individuals visiting the Settlement Class Website, www.autopartsclass.com, to file claims. *Id.* ¶¶ 2-4. Epiq is working on the problem but is unable to state with certainty when the online claims filing capabilities will resume. *Id.* ¶ 4.

Co-Lead Class Counsel intend to seek an extension of the claims filing deadline—currently March 16, 2020—of at least one month from the date online claims-filing capabilities resume. Co-Lead Class Counsel will file that motion with the Court as soon as online claims-filing capabilities resume. Epiq will also endeavor to notify all those who tried to submit a new claim, update a claim, or provide any other information to the Claims Administrator during or just before the outage period of the need to provide that information again through a notice on the Website and other available means and will post notice of any claims-filing extension on the Website. Working with Kinsella, Co-Lead Class Counsel and Epiq also intend to advertise any claims-filing extension granted by the Court online and via other media outlets.

Date: March 13, 2020                                  Respectfully submitted,

---

[1] The Declaration of Brian A. Pinkerton is attached as Exhibit A.

*/s/ Hollis Salzman*
Hollis Salzman
William V. Reiss
Noelle Feigenbaum
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
WReiss@RobinsKaplan.com
NFeigenbaum@RobinsKaplan.com

*/s/ Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com


*Marc M. Seltzer*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Floyd Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100

Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com
clangham@susmangodfrey.com

*Interim Co-Lead Counsel for the
Proposed End-Payor Plaintiff Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>*/s/ Marc M. Seltzer*
>Marc M. Seltzer
>**SUSMAN GODFREY L.L.P.**