**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : No. 12-md-02311<br>: Hon. Marianne O. Battani<br>: |
| THIS DOCUMENT RELATES TO:<br>All End-Payor Actions | :<br>: |

### ORDER REGARDING END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF THE CLAIMS-FILING DEADLINE

The above litigation duly came on for consideration before the Court on the End-Payor Plaintiffs' ("EPPs") Unopposed Motion for an Extension of the Claims-Filing Deadline.

The Court has reviewed the memorandum submitted by EPPs in support of their motion. The Court has considered the motion on the papers.

Based on the entire record of these proceedings and in consideration of all of the submissions and filings made with respect to EPPs' application, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

The Court **GRANTS** the requested extension of the claims-filing deadline until June 18, 2020. Co-Lead Class Counsel shall make arrangements to ensure that notice of the extension is posted on the Settlement Class Website, www.autopartsclass.com.

**IT IS SO ORDERED**.

Date: March 24, 2020

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge