UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Honorable Marianne O. Battani |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## MOTION TO WITHDRAW AS COUNSEL

Elizabeth R. Odette, an attorney at Lockridge Grindal Nauen P.L.L.P. who will soon depart that firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel on behalf of the Direct Purchaser Class and Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company in the above-captioned matter.

Dated: April 1, 2020

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Elizabeth R. Odette
Elizabeth R. Odette
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: erodette@locklaw.com

Attorney for Direct Purchaser Class, and Plaintiffs Cesar-Scott, Inc., Paesano Connecting Systems, Inc., Technical Aids to Independence, Inc. and Timberline Manufacturing Company

548068.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: April 1, 2020                      s/Elizabeth R. Odette
                                            Elizabeth R. Odette