# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |
| IN RE:<br><br>WIRE HARNESS CASES<br><br>BEARINGS CASES | 2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM<br>2:13-cv-00104-MOB-MKM<br>2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM |
| THIS RELATES TO: ALL ACTIONS | |

## (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW ELIZABETH R. ODETTE AS COUNSEL AND DIRECTING THE OFFICE OF ELIZABETH R. ODETTE TO REMOVE COUNSEL FROM ALL LISTS

WHEREAS, Elizabeth R. Odette an attorney at Lockridge Grindal Nauen P.L.L.P., who represents Direct Purchaser Plaintiffs is leaving the firm of Lockridge Grindal Nauen P.L.L.P.;

WHEREAS, Ms. Odette therefore requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM

2:13-cv-00104-MOB-MKM

2:12-cv-00500-MOB-MKM

548089.1

        2:12-cv-00501-MOB-MKM

        2:12-cv-00502-MOB-MKM

        2:12-cv-00503-MOB-MKM

WHEREAS, other counsel of record will continue to appear on behalf of the above named Direct Purchaser Plaintiffs in those actions;

WHEREAS, Ms. Odette's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Ms. Odette be permitted to withdraw as counsel for the above named Direct Purchaser Plaintiffs in the above actions.

IT IS FURTHER ORDERED that the office of Elizabeth R. Odette is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed in the order.

Date: _____ 2020

                                        MARIANNE O. BATTANI
                                        United States District Judge