# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENTS RELATES TO:<br><br>TO ALL DIRECT PURCHASER ACTIONS | |

## MOTION TO WITHDRAW AS COUNSEL

RUTHANNE GORDON, of the firm Berger Montague PC, will no longer serve as counsel in this matter, and respectfully requests to be withdrawn as counsel of record for Plaintiffs ACAP, L.L.C., VITEC, L.L.C., Tiffin Motor Homes, Inc., and Findlay Industries, Inc. and the Direct Purchase Class ("Plaintiffs"), in the above captioned matter.

Plaintiffs will continue to be represented by Berger Montague PC, among other counsel, and there will be no delay in the progress of the above captioned matter. The Clerk of this Court is hereby respectfully requested to withdraw and remove Ruthanne Gordon from ECF/service in the following cases:

- *In re: Automotive Parts Antitrust Litigation*   Master File No. 12-md-02311
- *In re: Instrument Panel Cluster*   2:12-cv-00201
- *In re: Fuel Senders*   2:12-cv-00301
- *In re: Heater Control Panels*   2:12-cv-00401
- *In re: Bearings*   2:12-cv-00501
- *In re: Occupant Safety Systems*   2:12-cv-00601
- *In re: Windshield Wipers Systems*   2:13-cv-00901
- *In re: Windshield Washer Systems*   2:13-cv-02801

A proposed form of Order is filed concurrently with this Motion.

Dated: April 2, 2020   Respectfully submitted,

*/s/ David A. Langer*
BERGER & MONTAGUE, P.C.
David A. Langer, Esq. (*admitted pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dlanger@bm.net

*Attorneys for Individuals Plaintiffs ACAP, L.L.C., VITEC, L.L.C., Tiffin Motor Homes, Inc., and Findlay Industries, Inc.*

Kal9513438