# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: ANTI-VIBRATIONAL RUBBER PARTS | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00801-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER WITHDRAWING STEVEN A. REISS AS COUNSEL

WHEREAS the Court has reviewed the Motion To Withdraw Steven A. Reiss as Counsel by Defendants Bridgestone Corporation and Bridgestone APM Company ("Bridgestone Defendants"), the Court hereby grants the motion of Bridgestone Defendants in the following actions:

1. 2:12-md-02311-MOB-MKM
2. 2:13-cv-00800-MOB-MKM
3. 2:13-cv-00801-MOB-MKM
4. 2:13-cv-00802-MOB-MKM
5. 2:13-cv-00803-MOB-MKM

**IT IS SO ORDERED.**

Date: April 8, 2020

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge