**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |
| IN RE:<br><br>WIRE HARNESS CASES<br><br>BEARINGS CASES | 2:12-cv-00100-MOB-MKM<br>2:12-cv-00101-MOB-MKM<br>2:12-cv-00102-MOB-MKM<br>2:12-cv-00103-MOB-MKM<br>2:13-cv-00104-MOB-MKM<br>2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM |
| THIS RELATES TO: ALL ACTIONS | |

**ORDER GRANTING MOTION TO WITHDRAW
ELIZABETH R. ODETTE AS COUNSEL AND DIRECTING THE OFFICE OF
ELIZABETH R. ODETTE TO REMOVE COUNSEL FROM ALL LISTS**

WHEREAS, Elizabeth R. Odette an attorney at Lockridge Grindal Nauen P.L.L.P., who represents Direct Purchaser Plaintiffs is leaving the firm of Lockridge Grindal Nauen P.L.L.P.;

WHEREAS, Ms. Odette therefore requests that the Court enter an order allowing her to withdraw as counsel in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00100-MOB-MKM

2:12-cv-00101-MOB-MKM

2:12-cv-00102-MOB-MKM

2:12-cv-00103-MOB-MKM

2:13-cv-00104-MOB-MKM

2:12-cv-00500-MOB-MKM

548089.1

2:12-cv-00501-MOB-MKM

2:12-cv-00502-MOB-MKM

2:12-cv-00503-MOB-MKM

WHEREAS, other counsel of record will continue to appear on behalf of the above named Direct Purchaser Plaintiffs in those actions;

WHEREAS, Ms. Odette's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Ms. Odette be permitted to withdraw as counsel for the above named Direct Purchaser Plaintiffs in the above actions.

IT IS FURTHER ORDERED that the office of Elizabeth R. Odette is directed to remove the above listed attorney (event in CM/ECF other documents menu; discontinue NEF's) from each case listed in the order.

Date:  April 10, 2020                               s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    United States District Judge