**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311<br>: Honorable Marianne O. Battani |
| In Re: ANTI-VIBRATIONAL RUBBER PARTS | : 2:13-cv-00800-MOB-MKM<br>: 2:13-cv-00801-MOB-MKM<br>: 2:13-cv-00802-MOB-MKM<br>: 2:13-cv-00803-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR WITHDRAWAL OF LARA E. V. TRAGER AS COUNSEL

Defendants Bridgestone Corporation and Bridgestone APM Company ("Bridgestone Defendants"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Lara E. V. Trager as counsel in the following actions:

1. 2:12-md-02311-MOB-MKM
2. 2:13-cv-00800-MOB-MKM
3. 2:13-cv-00801-MOB-MKM
4. 2:13-cv-00802-MOB-MKM
5. 2:13-cv-00803-MOB-MKM

This motion is precipitated by Lara E. V. Trager's departure from the law firm of Weil, Gotshal & Manges LLP. Bridgestone Defendants will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Bridgestone Defendants respectfully request that the Court enter an order granting the motion to withdraw the appearance of Lara E. V. Trager as counsel of record.

Respectfully submitted,

April 17, 2020  /s/ Adam C. Hemlock
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com

Frederick R. Juckniess
**JUCKNIESS LAW FIRM PLC**
302 E. Liberty Street, Ste. 203
Ann Arbor, MI  48104
Telephone: (734) 707-1515
Rick@Juckniesslaw.com

*Counsel for Bridgestone Corporation and Bridgestone APM Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2020, I caused the Motion for Withdrawal of Lara E. V. Trager as Counsel and Proposed Order to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Adam C. Hemlock*
                                        Adam C. Hemlock
                                        **WEIL, GOTSHAL & MANGES LLP**
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        adam.hemlock@weil.com

                                        *Counsel for Bridgestone Corp. and Bridgestone APM Company*