**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |

## ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

The following attorneys have filed Motion to Withdraw as Counsel:

| | |
|---|---|
| Lara Trager | Ruthanne Gordon |
| Steven Reiss | Robert McCabe |
| Emre Ilter | Eric Burns |
| Jon Weingart | Stephen Squeri |
| Elizabeth Fagan | Gabriel Fuentes |
| Jetta Sandin | Carmen McLean |
| Bernard Persky | |

IT IS HEREBY ORDERED that the Motions to Withdraw as Counsel are hereby GRANTED.

Date: June 3, 2020

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge