UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                                            MDL No. 2311

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Michigan.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Sean F. Cox, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

Karen K. Caldwell
Chair