## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL END-PAYOR ACTIONS

Master File No. 12-md-02311

Hon. Sean F. Cox
Mag. Judge R. Steven Whalen

### APPEARANCE

PLEASE TAKE NOTICE that Laura S. Faussié and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. hereby appear in this action on behalf of Intervening Party Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated:     June 18, 2020     By:   */s/ Laura S. Faussié*
Laura S. Faussié (P48933)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone:  (313) 237-7300 / Fax:  (313) 961-1651
lfaussie@fraserlawfirm.com
Attorneys for Intervening Party Financial
Recovery Services, LLC, d/b/a Financial Recovery
Strategies

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO: | |
| ALL END-PAYOR ACTIONS | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 18, 2020, I electronically filed copies of the following documents: (1) Appearance of Laura S. Faussié; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated:     June 18, 2020       By:   */s/ Laura S. Faussié*
Laura S. Faussié (P48933)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone:  (313) 237-7300 / Fax:  (313) 961-1651
lfaussie@fraserlawfirm.com
Attorneys for Intervening Party Financial
Recovery Services, LLC, d/b/a Financial Recovery
Strategies