# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## APPEARANCE

PLEASE TAKE NOTICE that Michael P. Donnelly and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. hereby appear in this action on behalf of Intervening Party Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated: June 18, 2020      By:  */s/ Michael P. Donnelly*
Michael P. Donnelly (P45221)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone: (313) 237-7300 / Fax: (313) 961-1651
mdonnelly@fraserlawfirm.com
Attorneys for Intervening Party Financial Recovery Services, LLC, d/b/a Financial Recovery Strategies

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## CERTIFICATE OF SERVICE

I certify that on June 18, 2020, I electronically filed copies of the following documents: (1) Appearance of Michael P. Donnelly; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

Respectfully submitted,

FRASER TREBILCOCK
DAVIS & DUNLAP, P.C.

Dated:   June 18, 2020    By:  /s/ Michael P. Donnelly
Michael P. Donnelly (P45221)
One Woodward Ave., Suite 1550
Detroit, Michigan 48226
Telephone: (313) 237-7300 / Fax: (313) 961-1651
mdonnelly@fraserlawfirm.com
Attorneys for Intervening Party Financial Recovery Services, LLC, d/b/a Financial Recovery Strategies