# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## INDEX OF EXHIBITS TO
## FINANCIAL RECOVERY SERVICES, LLC'S MOTION TO INTERVENE

Exhibit 1:   Declaration of Jeffrey N. Leibell, dated June 18, 2020

      Exhibit A:   Letter Brief from Financial Recovery Strategies ("FRS") to Hon. Marianne O. Battani, submitted December 13, 2019

      Exhibit B:   Reply Letter Brief from FRS to Hon. Marianne O. Battani, submitted January 30, 2020

      Exhibit C:   Email from Robin Niemiec to Adam J. Zapala, Marc M. Seltzer, and Hollis Salzman, dated November 14, 2018

      Exhibit D:   Email from Robin Niemiec to William V. Reiss, attaching FRS research memorandum, dated January 14, 2019

      Exhibit E:   Email from Jeffrey N. Leibell to Marc M. Seltzer and William V. Reiss, attaching a draft letter brief from FRS to Hon. Marianne O. Battani, dated October 24, 2019

| | | |
|---|---|---|
| | Exhibit F: | Email from Chanler A. Langham to Jeffrey N. Leibell, attaching letter from Adam J. Zapala, Hollis Salzman, and Marc M. Seltzer to Jeffrey N. Leibell, dated November 2, 2019 |
| | Exhibit G: | Email from Chanler A. Langham to Jeffrey N. Leibell, Adam Zapala, Hollis Salzman, Marc Seltzer, and Richard A. Wojtczak, attaching proposed stipulation, dated November 26, 2019 |
| | Exhibit H: | Email from Jeffrey N. Leibell to Chanler Langham, attaching letter from Jeffrey N. Leibell to GCG, Settlement Administrator, dated March 10, 2020 |
| | Exhibit I: | Email from Angela Rivera to Claims Administrator, dated June 18, 2020 |
| Exhibit 2: | Declaration of Randi E. Alarcon, dated June 18, 2020 | |
| Exhibit 3: | *GEICO Corp. v. Autoliv, Inc.*, 345 F. Supp. 3d 799 (E.D. Mich. 2018) | |
| Exhibit 4: | *Mich. State AFL-CIO v. Miller*, 103 F.3d 1240 (6th Cir. 1997) | |
| Exhibit 5: | *Maricco v. Meco Corp.*, 316 F. Supp. 2d 524 (E.D. Mich. 2004) | |