# Exhibit C

# Jeffrey N. Leibell

| | |
|---|---|
| **From:** | Robin Niemiec |
| **Sent:** | Wednesday, November 14, 2018 3:10 PM |
| **To:** | Adam J. Zapala (azapala@cpmlegal.com); Marc M. Seltzer (mseltzer@SusmanGodfrey.com); Hollis Salzman (HSalzman@RobinsKaplan.com) |
| **Cc:** | Jeffrey N. Leibell |
| **Subject:** | Auto Parts Indirect Class Action - Insurer Class Members |

Dear Counsel:

FRS has been retained by, among other automotive parts purchasers, AIG, WR Berkley, MAPFRE Insurance and Utica National Insurance Group to file and manage their claims to participate in the recoveries provided by the End Purchaser Settlements of the *Automotive Parts Antitrust Litigation*. We have already filed "placeholder" claims for each of those insurers and are working with them now to collect the data necessary to supplement those claim forms. However, and as we're sure you can imagine given the volume of eligible new and leased automobiles that they insured and that were deemed a total loss from 1995 through 2018, as well as the eligible parts that they purchased for their insureds during that 23-year period, the task of collecting that data is substantial and time consuming. In an effort to address now any data collection issues that may exist so that the process is more efficient, both for our clients and for the claims administrator, we would like to have a meeting or conference call with one or more of you, as you prefer, to discuss our approach. We are available Tuesday, November 27 between 11 and 2 EST and Wednesday, November 28 between 9 and 2 EST.  Please let us know if any of those dates/times are convenient, or, if not, please provide alternative dates/times.

We look forward to hearing from you.

Thank you,
Robin

**Robin Niemiec**
Executive Vice President Operations
561.231.5332 | rniemiec@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*
*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*
*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*