# Exhibit I

## Jeffrey N. Leibell

| | |
|---|---|
| **From:** | Angela Rivera |
| **Sent:** | Thursday, June 18, 2020 12:18 PM |
| **To:** | Jeffrey N. Leibell |
| **Cc:** | Robin Niemiec; Sandy Peters |
| **Subject:** | FW: FRS - Auto Parts Indirect Claims |
| **Attachments:** | FRS Letter to GCG (2020-03-09).pdf; CSAA Insurance Group - ATF - AP Indirect.pdf |

Jeff:

Here is the email to the CA.

Angela

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**

---


**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*

*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

---

**From:** Angela Rivera
**Sent:** Thursday, June 18, 2020 12:12 PM
**To:** Pinkerton, Brian <brian.Pinkerton@epiqglobal.com>
**Cc:** info@AutoPartsClass.com
**Subject:** FRS - Auto Parts Indirect Claims

Dear Claims Administrator:

For the reasons described in the attached March 9, 2020 letter, **PLEASE TAKE NOTICE** that FRS is hereby supplementing (a) the proof of claim it filed for Selective Insurance Group [Claim Number not yet provided to FRS] and (b) the claim that CSAA filed on its own (Claim Number to be Provided). As with the insurers identified in the attached letter, should the Court rule in FRS's favor concerning the issue described therein, FRS intends to supplement CSAA's and Selective' s proof of claim. Please add this email and the attached letter to the claim files for Selective and CSAA.

Thank you.

**Angela Rivera**
Project Manager

561.231.5339 | arivera@frsco.com | **LinkedIn**

---



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | [www.FRSCO.com](http://www.FRSCO.com)

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.