# Exhibit 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## DECLARATION OF RANDI E. ALARCON

I, Randi E. Alarcon, declare and state as follows:

1. I am the Research Analyst at Financial Recovery Services, LLC d/b/a Financial Recovery Strategies ("FRS"), and I am a duly admitted attorney in the State of New York. In that capacity, and in addition to my primary research responsibilities concerning class and other representative action case filings and other public records research, my responsibilities include assisting FRS's Legal Department with legal matters.

2. I submit this declaration in support of FRS's Motion to Intervene. This declaration is based on my personal knowledge of the relevant communications.

3. On December 20, 2019, I contacted the Chambers of the Honorable Marianne O. Battani by telephone to inquire regarding the status of FRS's letter

brief dated December 13, 2019.  At that time, Judge Battani's clerk, Molly Roehrig, advised that FRS may need to intervene to perfect the submission of its motion and obtain the relief it sought.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June 2020, in Bayport, New York.

*Randi E. Alarcon*

3