**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) | Master File No. 12-md-02311 Honorable Sean F. Cox Magistrate Judge R. Steven Whalen |
| ALL PARTS ) ) ) | |
| THIS RELATES TO: ALL CASES ) ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Ronald G. DeWaard, of the law firm VARNUM LLP, hereby enters an appearance on behalf of Bosal Industries-Georgia, Inc. in the above-captioned case.

Dated: June 18, 2020

Respectfully submitted,

VARNUM LLP

By: */s/ Ronald G. DeWaard*
 Ronald G. DeWaard
 333 Bridge Street NW
 P.O. Box 352
 Grand Rapids, MI 49501-0352
 Telephone: (616) 336-6000
 Facsimile: (616) 336-7000
 rgdewaard@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

    */s/ Ronald G. DeWaard*
Ronald G. DeWaard
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000
Facsimile: (616) 336-7000
rgdewaard@varnumlaw.com

*Counsel for Bosal Industries-Georgia, Inc.*