# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 25, 2020

Ms. Rachel Susan Brass
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Steven F. Cherry
Wilmer, Cutler, Pickering, Hale and Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. David P. Donovan
Wilmer, Cutler, Pickering, Hale and Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink & Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. George A. Nicoud III
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Re: Case No. 18-1776, *All European Auto Supply, Inc., et al v. DENSO Corp., et al*
Originating Case No. : 2:12-md-02311 : 2:13-cv-02301 : 2:15-cv-11829

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1776

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION
-------------------------------------------------------------

Upon sua sponte consideration,

The parties are directed to file a status report with the court within sixty days of this order and every sixty days thereafter setting forth the status of the proceedings on remand. The first status report is due 08/26/2020.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: June 25, 2020