**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br><br> THIS DOCUMENT RELATES TO: <br><br> ALL END-PAYOR ACTIONS | Master File No. 12-md-02311 <br><br> Hon. Sean F. Cox <br> Mag. Judge R. Steven Whalen |

**ADDENDUM TO**
**FINANCIAL RECOVERY SERVICES, LLC'S MOTION TO INTERVENE**

Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies ("FRS"), by its undersigned attorneys, hereby submits additional information in support of its Motion to Intervene, ECF No. 2060.  As FRS explained in its motion and supporting declaration, various automobile insurers (the "Insurers") retained FRS to file and manage their claims in the End Payor Settlements of the above-captioned multi-district litigation.  *See* ECF No. 2060-2 (Leibell Decl.) ¶ 3. Subsequent to the filing of FRS's motion to intervene, one of the Insurers assigned to FRS its claims in this litigation and all interests relating to those claims.  *See* Supp. Decl. of Jeffrey N. Leibell ¶ 4 (June 25, 2020) (attached as **Exhibit 1**); Assignment of Claims Agreement (attached as **Exhibit A**).

Dated:  June 25, 2020                                   Respectfully submitted,

  /s/ *Laura S. Faussié*
Jonathan T. Walton, Jr. (P32969)
Michael P. Donnelly (P45221)
Laura S. Faussié (P48933)
FRASER TREBILCOCK
 DAVIS & DUNLAP, P.C.
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
jwalton@fraserlawfirm.com
mdonnelly@fraserlawfirm.com
lfaussie@fraserlawfirm.com

Aaron M. Panner
Matthew R. Huppert
Daniel S. Severson
Christine A. Bonomo
 KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
mhuppert@kellogghansen.com
dseverson@kellogghansen.com
cbonomo@kellogghansen.com

*Counsel for Financial Recovery Services, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                                              /s/ *Laura S. Faussié*
                                              Laura S. Faussié