## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## INDEX OF EXHIBITS TO ADDENDUM TO
## FINANCIAL RECOVERY SERVICES, LLC'S MOTION TO INTERVENE

Exhibit 1:   Supplemental Declaration of Jeffrey N. Leibell, dated June 25, 2020

        Exhibit A:   Assignment of Claims Agreement, dated June 24, 2020