# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| | 2:12-cv-00101 |
| | 2:12-cv-00102 |
| | 2:12-cv-00103 |
| | 2:14-cv-00106 |
| | 2:14-cv-00107 |
| | 2:14-cv-14451 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| | 2:12-cv-00201 |
| | 2:12-cv-00202 |
| | 2:12-cv-00203 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| | 2:12-cv-00301 |
| | 2:12-cv-00302 |
| | 2:12-cv-00303 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| | 2:12-cv-00401 |
| | 2:12-cv-00402 |
| | 2:12-cv-00403 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| | 2:13-cv-00902 |
| | 2:13-cv-00903 |
| In Re: Radiators | 2:13-cv-01000 |
| | 2:13-cv-01002 |
| | 2:13-cv-01003 |
| In Re: Starters | 2:13-cv-01400 |
| | 2:13-cv-01401 |
| | 2:13-cv-01402 |
| In Re: Motor Generators | 2:13-cv-01500 |
| | 2:13-cv-01502 |
| | 2:13-cv-01503 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| | 2:13-cv-01702 |
| | 2:13-cv-01703 |
| In Re: Inverters | 2:13-cv-01800 |
| | 2:13-cv-01802 |

| | |
|---|---|
| | 2:13-cv-01803 |
| In Re: Air Flow Meters | 2:13-cv-02000 |
| | 2:13-cv-02002 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| | 2:13-cv-02202 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| | 2:13-cv-02302 |
| | 2:13-cv-02303 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| | 2:13-cv-02502 |
| | 2:13-cv-02503 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| | 2:13-cv-02701 |
| | 2:13-cv-02702 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| | 2:13-cv-02801 |
| | 2:13-cv-02802 |
| | 2:13-cv-02803 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| | 2:15-cv-03001 |
| In Re: Oxygen Sensors | 2:15-cv-03100 |
| | 2:15-cv-03101 |

## **MOTION TO WITHDRAW STEVEN M. ZAROWNY AS COUNSEL**

PLEASE TAKE NOTICE that the undersigned, Steven F. Cherry, an attorney at Wilmer Cutler Pickering Hale and Dorr LLP, which firm represents Defendant DENSO International America, Inc., respectfully requests that the Court enter an order allowing Steven M. Zarowny to withdraw as counsel in the following actions:

12-md-02311-SFC-RSW

12-cv-00100-SFC-RSW

12-cv-00101-SFC-RSW

12-cv-00102-SFC-RSW

12-cv-00103-SFC-RSW

14-cv-00106-SFC-RSW

14-cv-00107-SFC-RSW

14-cv-14451-MOB-MKM

12-cv-00200-SFC-RSW

12-cv-00201-SFC-RSW

12-cv-00202-SFC-RSW

12-cv-00203-SFC-RSW

12-cv-00300-SFC-RSW

12-cv-00301-SFC-RSW

12-cv-00303-SFC-RSW

12-cv-00400-SFC-RSW

12-cv-00401-SFC-RSW

12-cv-00403-SFC-RSW

13-cv-00900-SFC-RSW

13-cv-00902-SFC-RSW

13-cv-00903-SFC-RSW

13-cv-01000-SFC-RSW

13-cv-01002-SFC-RSW

13-cv-01003-SFC-RSW

13-cv-01400-SFC-RSW

13-cv-01401-SFC-RSW

13-cv-01402-SFC-RSW

13-cv-01500-SFC-RSW

13-cv-01502-SFC-RSW

13-cv-01503-SFC-RSW

13-cv-01700-SFC-RSW

13-cv-01702-SFC-RSW

13-cv-01703-SFC-RSW

13-cv-01800-SFC-RSW

13-cv-01802-SFC-RSW

13-cv-01803-SFC-RSW

13-cv-02000-SFC-RSW

13-cv-02002-SFC-RSW

13-cv-02200-SFC-RSW

13-cv-02202-SFC-RSW

13-cv-02300-SFC-RSW

13-cv-02302-SFC-RSW

13-cv-02500-SFC-RSW

13-cv-02502-SFC-RSW

13-cv-02503-SFC-RSW

13-cv-02700-SFC-RSW

13-cv-02701-SFC-RSW

13-cv-02702-SFC-RSW

13-cv-02800-SFC-RSW

13-cv-02801-SFC-RSW

13-cv-02802-SFC-RSW

13-cv-02803-SFC-RSW

15-cv-03000-SFC-RSW

15-cv-03001-SFC-RSW

15-cv-03100-SFC-RSW

15-cv-03101-SFC-RSW

As of July 1, 2020, Mr. Zarowny will be retired from DENSO International America, Inc. Other counsel of record will continue to appear as counsel on behalf of DENSO International America, Inc., and there will be no delay in the progress of the above actions by virtue of his withdrawal.

Dated: July 1, 2020    By: /s/ *Steven F. Cherry*
WILMER CUTLER PICKERING HALE AND DORR LLP

Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Defendant DENSO International America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I caused the foregoing Motion to Withdraw Steven M. Zarowny as Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ *Steven F. Cherry*
WILMER CUTLER PICKERING HALE AND
DORR LLP

Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Defendant DENSO International America, Inc.*