# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 09, 2020

Ms. Rachel Susan Brass
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Steven F. Cherry
Wilmer, Cutler, Pickering, Hale and Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. David P. Donovan
Wilmer, Cutler, Pickering, Hale and Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink & Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. George A. Nicoud III
Gibson Dunn
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Re: Case No. 18-1776, *All European Auto Supply, Inc., et al v. DENSO Corp., et al*
Originating Case No. : 2:12-md-02311 : 2:13-cv-02301 : 2:15-cv-11829

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 18-1776

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION
-----------------------------------------------------------
In re: POWER WINDOW MOTORS
-----------------------------------------------------------
THIS DOCUMENT RELATES TO:
ALL DIRECT PURCHASER ACTIONS
-----------------------------------------------------------

ALL EUROPEAN AUTO SUPPLY, INC.
      Plaintiff – Appellant

and

END-PAYOR PLAINTIFFS, et al
      Plaintiffs

v.

DENSO CORPORATION; DENSO INTERNATIONAL AMERICA INC.; DENSO INTERNATIONAL KOREA CORPORATION; ASMO NORTH AMERICA, LLC; ASMO NORTH CAROLINA, INC.; MITSUBA CORPORATION; AMERICA MITSUBA CORPORATION
      Defendants - Appellees

and

ROBERT BOSCH GMBH, et al
      Defendants.

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 09, 2020