**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Sean F. Cox |
| IN RE: CERAMIC SUBSTRATES | |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | 2:16-cv-03801-SFC-RSW 2:17-cv-13785-SFC-RSW |

**NOTICE OF APPEARANCE OF DANYLL W. FOIX**

To the Clerk of Court:

Please enter the appearance of Danyll W. Foix of the law firm of Baker & Hostetler LLP as counsel on behalf of Defendants NGK Insulators Ltd. and NGK Automotive Ceramics USA, Inc. in the above-captioned actions.

Dated: July 14, 2020

Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Danyll W. Foix*
John R. Fornaciari
Danyll W. Foix
Sally Qin
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20026
Tel:   (202) 861-1500
Fax:   (202) 861-1783
Email: dfoix@bakerlaw.com

*Counsel for Defendants NGK Insulators Ltd. and NGK Automotive Ceramics USA, Inc.*

CERTIFICATE OF SERVICE

I certify that on July 14, 2020, I caused to be filed electronically the foregoing Notice of Appearance of Danyll W. Foix with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

Dated: July 14, 2020                              /s/ Danyll W. Foix

*Counsel for Defendants NGK Insulators Ltd. and NGK Automotive Ceramics USA, Inc.*