# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) )  | No. 2:12-md-02311-SFC-RSW <br> Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS ) ) ) ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK AND ALL COUNSEL OF RECORD:

Kindly note that the address for Patrick E. Cafferty of Cafferty Clobes Meriwether & Sprengel LLP has changed to 150 S. Wacker, Suite 3000, Chicago, Illinois 60606.

Dated: July 24, 2020

Respectfully submitted,

*/s/ Patrick E. Cafferty*
Patrick E. Cafferty
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
pcafferty@caffertyclobes.com
Mich. Bar No. P35613

*Counsel for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                    */s/ Patrick E. Cafferty*
                                                    Patrick E. Cafferty