UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                           )
In Re: AUTOMOTIVE PARTS        )   Case No. 12-md-02311
ANITRUST LITIGATION               )   Hon. Marianne O. Battani
_____)
                                           )
In Re: AIR CONDITIONING         )   Case No. 2:13-cv-02700-MOB-MKM
SYSTEMS CASES                        )
_____)
                                           )
THIS RELATES TO:                        )   Case No. 2:13-cv-2702-MOB-MKM
DEALERSHIP ACTIONS              )
_____)

## NOTICE OF CHANGE OF FIRM NAME

TO:   THE COURT

   ALL COUNSEL AND PARTIES OF RECORD

Please take notice that, effective September 1, 2020, the Seabolt Law Firm merged with the law firm of Hickey Hauck Bishoff & Jeffers PLLC to form Hickey Hauck Bishoff Jeffers & Seabolt PLLC ('HHBJS'). As such, the following attorneys of record are now associated with HHBJS:

   Scott T. Seabolt (P55890)      sseabolt@hhbjs.com

The email address for each attorney has also changed, as provided above. The firm's phone number is now 313-964-8600. At the present time, the mailing address for these attorneys has not changed.

                              Respectfully submitted,

                              Hickey Hauch Bishoff Jeffers
                              & Seabolt, PLLC

                              By:/s/ Scott T. Seabolt
                                  Scott T. Seabolt (P55890)
                              Powers Court Building
                              17199 N. Laurel Park Dr., Suite 215
                              Livonia, Michigan 48152
                              (313) 964-8600
                              sseabolt@hhbjs.com