# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox |
| THIS RELATES TO: | Case Nos.<br>2:13-cv-02200;<br>2:13-cv-02202;<br>2:13-cv-02203;<br>2:13-cv-02500;<br>2:13-cv-02502;<br>2:13-cv-02503 |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Richard B. Brosnick, State Bar No. 2829919, of the law firm Akerman, LLP, is substituted as counsel of record for Defendants Mikuni Corporation and Mikuni American Corporation in place and instead of William M. Sullivan, Michael L. Sibarium, Jr., Michael A. Warley, and Jeetander T. Dulani of the law firm Pillsbury Winthrop Shaw Pittman LLP, and Adya S. Baker, formerly of the law firm Pillsbury Winthrop Shaw Pittman LLP.

Contact information for new counsel is as follows:

    Firm Name:    Akerman LLP
    Address:      520 Madison Avenue, Floor 20, New York, NY 10022
    Telephone:   (212) 880-3800
    E-mail:       richard.brosnick@akerman.com

A facsimile or other electronic signature shall be deemed acceptable for the filing of this Stipulation.

Dated:  July 27, 2020

| | |
|---|---|
| */s/ Richard B. Brosnick* | */s/ Michael L. Sibarium, Jr.* |
| Richard B. Brosnick | William M. Sullivan |
| AKERMAN LLP | Michael L. Sibarium, Jr. |
| 520 Madison Avenue, 20th Floor | Michael A. Warley |
| New York, New York  10022 | Jeetander T. Dulani |
| (212) 880-3800 | Adya S. Baker, formerly of the law firm of |
| Fax:  (212) 905-6432 | Pillsbury Withrop Shaw Pittman LLP |
| richard.brosnick@akerman.com | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 1200 Seventeenth Street, N.W. |
| *Incoming Attorneys for Mikuni Corporation and Mikuni American Corporation* | Washington, D.C. 20036 |
| | (202) 663-8000 |
| | Fax:  (202) 663-8007 |
| | michael.sibarium@pillsburylaw.com |
| | *Outgoing Attorneys for Mikuni Corporation and Mikuni American Corporation* |
| *Consenting Party, Mikuni Corporation* | *Consenting Party, Mikuni American Corporation* |
| [signature] | [signature] |
| Hideki Takahashi | Masashi Seike |

The substitution of attorney is hereby approved and SO ORDERED

Dated:  September 8, 2020                               s/Sean F. Cox
                                                                        Sean F. Cox
                                                                        U. S. District Judge