# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## **APPEARANCE**

PLEASE TAKE NOTICE that Aaron M. Panner and the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. hereby appear in this action on behalf of Intervening Party Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies.  *See* Mot. to Intervene, *In re Automotive Parts Antitrust Litig.*, No. 12-md-02311 (June 18, 2020), ECF No. 2060.

        Respectfully submitted,

        KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.

Dated: September 16, 2020    By:  */s/ Aaron M. Panner*

        Aaron M. Panner (D.C. Bar # 453608)
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
        (202) 326-7921 – apanner@kellogghansen.com

        *Attorneys for Financial Recovery Services, LLC,*
        *d/b/a Financial Recovery Strategies*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## CERTIFICATE OF SERVICE

I certify that on September 16, 2020, I electronically filed copies of: (1) Appearance of Aaron M. Panner; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

                                            Respectfully submitted,

                                            KELLOGG, HANSEN, TODD,
                                            FIGEL & FREDERICK, P.L.L.C.

Dated: September 16, 2020    By:   */s/ Aaron M. Panner*

                                            Aaron M. Panner (D.C. Bar # 453608)
                                            1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7921 – apanner@kellogghansen.com

                                            *Attorneys for Financial Recovery Services, LLC,*
                                            *d/b/a Financial Recovery Strategies*