# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : :  Master File No. 12-md-02311 |
| | : |
| This Document Relates to: | :  Hon. Sean F. Cox |
| | : |
| ALL DEALERSHIP ACTIONS | : |

## ORDER REGARDING AUTO DEALERS' MOTION FOR AN EXTENSION OF THE ROUND FOUR CLAIM-FILING DEADLINE

The above litigation duly came for consideration before the Court on the Auto Dealership Plaintiffs' ("Auto Dealers") Motion for an Extension of the Round Four Claim-Filing Deadline. The Court has reviewed the memorandum submitted by the Auto Dealers in support of their motion. The Court has considered the motion on the papers.

Based on the entire record of these proceedings and in consideration of all submissions and filings made with respect to Auto Dealers' motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

The Court **GRANTS** the requested extension for claims filed up to June 12, 2020.

**IT IS SO ORDERED**.

Dated: September 28, 2020          s/Sean F. Cox
                                   Sean F. Cox
                                   U. S. District Judge