UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: AUTOMOTIVE LAMPS<br>HID BALLASTS | |
| THIS RELATES TO:<br><br>All Automotive Lamps Cases<br>All HID Ballasts Cases | 2:13-cv-01200-MOB-MKM<br>2:13-cv-01202-MOB-MKM<br>2:13-cv-01203-MOB-MKM<br>2:13-cv-01700-MOB-MKM<br>2:13-cv-01702-MOB-MKM<br>2:13-cv-01703-MOB-MKM |

**ORDER GRANTING MOTION TO WITHDRAW**
**EMILY J. BLACKBURN AS COUNSEL**

Upon consideration of the motion to withdraw the appearance of Emily J. Blackburn as counsel for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc. in the following actions:

- 12-md-02311
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01203
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01703

ORDERED that the motion is GRANTED.

Dated: November 4, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge