UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

**INDEX OF EXHIBITS TO
FINANCIAL RECOVERY SERVICES, LLC'S OPPOSITION TO
<u>END-PAYOR PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD</u>**

Exhibit 1:   *Duha v. Agrium, Inc.*, 448 F.3d 867 (6th Cir. 2006)

Exhibit 2:   *Ace Hardware Corp. v. Owosso Ace Hardware*, 2008 WL 11399565 (E.D. Mich. July 15, 2008)