UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) Master File No. 2:12-md-02311-SFC-RSW <br> ) Hon. Sean F. Cox |
| ALL PARTS | ) |
| This document relates to: | ) |
| ALL ACTIONS | ) |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

PLEASE TAKE NOTICE that, effective immediately, the contact information for The Law Offices of Sylvie Kulkin Kern (formerly the KAG Law Group), has changed to:

Law Offices of Sylvie Kulkin Kern
3935 E. Graf Street
Bozeman, MT 59715
Tel: (415) 310-6098
E:mail: kernantitrustglobal@gmail.com

Contact information in the Court's ECF system has been updated.

Dated: November 19, 2020

By:  /s/ *Sylvie K. Kern*
Sylvie K. Kern

Law Offices of Sylvie Kulkin Kern
3935 E. Graf Street
Bozeman, MT 59715
Tel: (415) 310-6098
kernantitrustglobal@gmail.com

C*ounsel for Plaintiff John Hollingsworth*

## CERTIFICATE OF SERVICE

I certify that on November 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel registered with CM/ECF in the above-captioned matter.

/s/ *Sylvie K. Kern*

Sylvie K. Kern
Law Offices of Sylvie Kulkin Kern
3935 E. Graf Street
Bozeman, MT 59715
Tel: (415) 310-6098
kernantitrustglobal@gmail.com

C*ounsel for Plaintiff John Hollingsworth*