UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) Master File No. 2:12-md-02311-SFC-RSW ) Hon. Sean F. Cox ) ) |
| ALL PARTS | ) ) ) |
| This document relates to: | ) ) |
| ALL ACTIONS | ) ) ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Zelle LLP's San Francisco office has moved.  The new address is:

Zelle LLP
555 12th Street, Suite 1230
Oakland, CA 94607

All telephone numbers, the fax number, and all email addresses remain the same.

| | |
|---|---|
| Dated: November 24, 2020 | */s/ Christopher T. Micheletti* <br> Christopher T. Micheletti <br> **ZELLE LLP** <br> 555 12th Street, Suite 1230 <br> Oakland, CA 94607 <br> Telephone:    (415) 693-0700 <br> Facsimile:    (415) 693-0770 <br> cmicheletti@zelle.com <br><br> ***Counsel for End-Payor Plaintiffs*** |

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti
