UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## FINANCIAL RECOVERY SERVICES, LLC'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies ("FRS"), proposed intervenor in the End-Payor Actions in the above-captioned multi-district litigation, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Financial Recovery Services, LLC's Motion to Intervene (ECF No. 2101) entered in the above-captioned multi-district litigation on November 17, 2020.

Dated:  December 16, 2020

Respectfully submitted,

 /s/ *Laura S. Faussié*
Jonathan T. Walton, Jr. (P32969)
Michael P. Donnelly (P45221)
Laura S. Faussié (P48933)
FRASER TREBILCOCK
 DAVIS & DUNLAP, P.C.
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
jwalton@fraserlawfirm.com
mdonnelly@fraserlawfirm.com
lfaussie@fraserlawfirm.com

Aaron M. Panner
Matthew R. Huppert
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
mhuppert@kellogghansen.com

*Counsel for Financial Recovery Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                                        /s/ *Laura S. Faussié*
                                        Laura S. Faussié