UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lucha Bott, et al.,

            Plaintiff(s),

v.                                            Case No. 2:12–md–02311–SFC–RSW
                                              Hon. Sean F. Cox

Furukawa Electric Company,
Limited, et al.,

            Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on December 16, 2020.

                                                  DAVID J. WEAVER, CLERK OF COURT

                                                  By: <u>s/ L. Granger</u>
                                                        Deputy Clerk

Dated:   December 16, 2020