UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | No. 12-md-02311<br>Hon. Sean F. Cox |

---

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESSES | CASE NO. 2:12-CV-00102 |
| IN RE: INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00202 |
| IN RE: FUEL SENDERS | CASE NO. 2:12-CV-00302 |
| IN RE: HEATER CONTROL PANELS | CASE NO. 2:12-CV-00402 |
| IN RE: BEARINGS | CASE NO. 2:12-CV-00502 |
| IN RE: OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00602 |
| IN RE: ALTERNATORS | CASE NO. 2:13-CV-00702 |
| IN RE: ANTI-VIBRATION RUBBER PARTS | CASE NO. 2:13-CV-00802 |
| IN RE: WINDSHIELD WIPERS | CASE NO. 2:13-CV-00902 |
| IN RE: RADIATORS | CASE NO. 2:13-CV-01002 |
| IN RE: STARTERS | CASE NO. 2:13-CV-01102 |
| IN RE: AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01202 |
| IN RE: SWITCHES | CASE NO. 2:13-CV-01302 |
| IN RE: IGNITION COILS | CASE NO. 2:13-CV-01402 |
| IN RE: MOTOR GENERATORS | CASE NO. 2:13-CV-01502 |
| IN RE: STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01602 |
| IN RE: HID BALLASTS | CASE NO. 2:13-CV-01702 |
| IN RE: INVERTERS | CASE NO. 2:13-CV-01802 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01902 |
| IN RE: AIR FLOW METERS | CASE NO. 2:13-CV-02002 |
| IN RE: FAN MOTORS | CASE NO. 2:13-CV-02102 |
| IN RE: FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02202 |
| IN RE: POWER WINDOW MOTORS | CASE NO. 2:13-CV-02302 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02402 |
| IN RE: VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02502 |
| IN RE: ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02602 |
| IN RE: AIR CONDITIONING SYSTEMS | CASE NO. 2:13-CV-02702 |
| IN RE: WINDSHIELD WASHERS | CASE NO. 2:13-CV-02802 |
| IN RE: CONSTANT VELOCITY JOINT BOOTS | CASE NO. 2:14-CV-02902 |
| IN RE: SPARK PLUGS | CASE NO. 2:15-CV-03002 |
| IN RE: AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03202 |
| IN RE: SHOCK ABSORBERS | CASE NO. 2:16-CV-03302 |
| IN RE: BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03402 |

-2-

| | |
|---|---|
| IN RE: INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03502 |
| IN RE: BRAKE HOSES | CASE NO. 2:16-CV-03602 |
| IN RE: EXHAUST SYSTEMS | CASE NO. 2:16-CV-03702 |
| IN RE: CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03802 |
| IN RE: POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03902 |
| IN RE: AUTOMOTIVE STEEL TUBES | CASE NO. 2:16-CV-04002 |
| IN RE: ACCESS MECHANISMS | CASE NO. 2:16-CV-04102 |
| IN RE: MINIMODULES | CASE NO. 2:17-CV-04302 |
| IN RE: SIDE DOOR LATCHES | CASE NO. 2:17-CV-13005 |

_____

THIS DOCUMENT RELATES TO:
Automobile Dealership Actions
_____

### **NOTICE TO WITHDRAW JOHN S. GIBSON AS COUNSEL**

PLEASE TAKE NOTICE that John S. Gibson, formerly of Crowell & Moring LLP ("Crowell"), counsel for Dealership Members, moves the Court for leave to withdraw the appearance of John S. Gibson as counsel and to remove my name from the ECF service lists in the following cases:

- 12-md-02311
- 2:12-cv-00102
- 2:12-cv-00202
- 2:12-cv-00302
- 2:12-cv-00402
- 2:12-cv-00502
- 2:12-cv-00602
- 2:13-cv-00702
- 2:13-cv-00802
- 2:13-cv-00902
- 2:13-cv-01002
- 2:13-cv-01102
- 2:13-cv-01202
- 2:13-cv-01302
- 2:13-cv-01402
- 2:13-cv-01502
- 2:13-cv-01602
- 2:13-cv-01702
- 2:13-cv-01802
- 2:13-cv-01902
- 2:13-cv-02002

-3-

- 2:13-cv-02102
- 2:13-cv-02202
- 2:13-cv-02302
- 2:13-cv-02402
- 2:13-cv-02502
- 2:13-cv-02602
- 2:13-cv-02702
- 2:13-cv-02802
- 2:14-cv-02902
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-04102
- 2:17-cv-04302
- 2:17-cv-13005

All other counsel of record at Crowell remain the same. A proposed form of Order is filed concurrently with this Motion.

WHEREFORE, I respectfully request that the Court grant the motion to withdraw my appearance as counsel.

January 14, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John S. Gibson*
John S. Gibson
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
(310) 595-3000
john.gibson@us.dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which will send electronic notification of such filings to all registered counsel of record.

Respectfully submitted,

**DLA PIPER LLP (US)**


By: */s/ John S. Gibson*
John S. Gibson
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
(310) 595-3000
john.gibson@us.dlapiper.com

-4-