UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

---

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESSES | CASE NO. 2:12-CV-00102 |
| IN RE: INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00202 |
| IN RE: FUEL SENDERS | CASE NO. 2:12-CV-00302 |
| IN RE: HEATER CONTROL PANELS | CASE NO. 2:12-CV-00402 |
| IN RE: BEARINGS | CASE NO. 2:12-CV-00502 |
| IN RE: OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00602 |
| IN RE: ALTERNATORS | CASE NO. 2:13-CV-00702 |
| IN RE: ANTI-VIBRATION RUBBER PARTS | CASE NO. 2:13-CV-00802 |
| IN RE: WINDSHIELD WIPERS | CASE NO. 2:13-CV-00902 |
| IN RE: RADIATORS | CASE NO. 2:13-CV-01002 |
| IN RE: STARTERS | CASE NO. 2:13-CV-01102 |
| IN RE: AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01202 |
| IN RE: SWITCHES | CASE NO. 2:13-CV-01302 |
| IN RE: IGNITION COILS | CASE NO. 2:13-CV-01402 |
| IN RE: MOTOR GENERATORS | CASE NO. 2:13-CV-01502 |
| IN RE: STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01602 |
| IN RE: HID BALLASTS | CASE NO. 2:13-CV-01702 |
| IN RE: INVERTERS | CASE NO. 2:13-CV-01802 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01902 |
| IN RE: AIR FLOW METERS | CASE NO. 2:13-CV-02002 |
| IN RE: FAN MOTORS | CASE NO. 2:13-CV-02102 |
| IN RE: FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02202 |
| IN RE: POWER WINDOW MOTORS | CASE NO. 2:13-CV-02302 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02402 |
| IN RE: VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02502 |
| IN RE: ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02602 |
| IN RE: AIR CONDITIONING SYSTEMS | CASE NO. 2:13-CV-02702 |
| IN RE: WINDSHIELD WASHERS | CASE NO. 2:13-CV-02802 |
| IN RE: CONSTANT VELOCITY JOINT BOOTS | CASE NO. 2:14-CV-02902 |
| IN RE: SPARK PLUGS | CASE NO. 2:15-CV-03002 |
| IN RE: AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03202 |
| IN RE: SHOCK ABSORBERS | CASE NO. 2:16-CV-03302 |
| IN RE: BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03402 |

-2-

| | |
|---|---|
| IN RE: INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03502 |
| IN RE: BRAKE HOSES | CASE NO. 2:16-CV-03602 |
| IN RE: EXHAUST SYSTEMS | CASE NO. 2:16-CV-03702 |
| IN RE: CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03802 |
| IN RE: POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03902 |
| IN RE: AUTOMOTIVE STEEL TUBES | CASE NO. 2:16-CV-04002 |
| IN RE: ACCESS MECHANISMS | CASE NO. 2:16-CV-04102 |
| IN RE: MINIMODULES | CASE NO. 2:17-CV-04302 |
| IN RE: SIDE DOOR LATCHES | CASE NO. 2:17-CV-13005 |

THIS DOCUMENT RELATES TO:
Automobile Dealership Actions

**<u>ORDER GRANTING MOTION TO WITHDRAW JOHN S. GIBSON AS COUNSEL</u>**

Upon consideration of the motion to withdraw the appearance of John S. Gibson as counsel for Dealership Members and allowing him to withdraw as counsel and to remove his name from the ECF service lists in the following actions:

- 12-md-02311
- 2:12-cv-00102
- 2:12-cv-00202
- 2:12-cv-00302
- 2:12-cv-00402
- 2:12-cv-00502
- 2:12-cv-00602
- 2:13-cv-00702
- 2:13-cv-00802
- 2:13-cv-00902
- 2:13-cv-01002
- 2:13-cv-01102
- 2:13-cv-01202
- 2:13-cv-01302
- 2:13-cv-01402
- 2:13-cv-01502
- 2:13-cv-01602
- 2:13-cv-01702
- 2:13-cv-01802
- 2:13-cv-01902
- 2:13-cv-02002
- 2:13-cv-02102
- 2:13-cv-02202

-3-

- 2:13-cv-02302
- 2:13-cv-02402
- 2:13-cv-02502
- 2:13-cv-02602
- 2:13-cv-02702
- 2:13-cv-02802
- 2:14-cv-02902
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-04102
- 2:17-cv-04302
- 2:17-cv-13005

ORDERED that the motion is GRANTED.

Dated: January 15, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge