MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

12-md-02311

Case No. 2:13-CV-02201-SFC-RSW

In Re: FUEL INJECTION SYSTEMS CASES

Judge Sean F. Cox

THIS RELATES TO: DIRECT PURCHASER ACTION

Magistrate Judge R. Steven Whalen

/

AMENDED
STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Keihin Corporation now known as Hitachi Astemo, Ltd.__
[Name of Party]

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑ No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Honda Motor Co., Ltd. ("HM"), Hitachi Ltd. ("HL")

   Relationship with Named Party: HM owns 33.4% of Hitachi Astemo, Ltd. and HL owns 66.6% of Hitachi Astemo, Ltd.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐ No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____

   Nature of Financial Interest: _____

Date: January 15, 2021

/s/ Maureen T. Taylor
Signature

P63547
Bar No.

401 S. Old Woodward Avenue, Suite 400
Street Address

Birmingham, MI 48009
City, State, Zip Code

(248) 971-1800
Telephone Number

taylor@bwst-law.com
Primary Email Address