# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## INDEX OF EXHIBITS TO
## FINANCIAL RECOVERY SERVICES, LLC'S EMERGENCY MOTION
## TO COMPEL ACCEPTANCE AND PROCESSING OF VEHICLE DATA

Exhibit 1:   Declaration of Jeffrey N. Leibell, dated February 17, 2021

     Exhibit A:   Email from Jeremy Bailey to Angela Rivera, dated January 12, 2021

     Exhibit B:   Email from Jeremy Bailey to Angela Rivera, Sandy Peters, dated January 6, 2021

     Exhibit C:   Email from info@AutoPartsClass.com to Angela Rivera, Brian Pinkerton, dated February 10, 2021

     Exhibit D:   Email from info@AutoPartsClass.com to Angela Rivera, dated June 19, 2020

     Exhibit E:   Illinois State CRT Antitrust Settlement Notice

| | | |
|---|---|---|
| | Exhibit F: | Illinois State CRT Antitrust Settlement Claim Form |
| Exhibit 2: | Declaration of Matthew R. Huppert, dated February 17, 2021 | |
| | Exhibit G: | Email from Chanler Langham to Matthew R. Huppert *et al.*, dated January 11, 2021 |
| | Exhibit H: | Letter from Aaron M. Panner to William Reiss, Marc M. Seltzer, Adam J. Zapala, dated January 28, 2021 |
| | Exhibit I: | Email from Matthew R. Huppert to William Reiss, Marc M. Seltzer, Adam J. Zapala, Aaron M. Panner, Daniel S. Severson, Seth A. Hochman, dated February 12, 2021 |
| Exhibit 3: | *In re Dry Max Pampers Litig.*, 724 F.3d 713 (6th Cir. 2013) | |
| Exhibit 4: | *Hazard Coal Corp. v. Ky W. Va. Gas Co.*, 311 F.3d 733 (6th Cir. 2002) | |
| Exhibit 5: | *Van v. Zahorik*, 597 N.W.2d 15 (Mich. 1999) | |