# EXHIBIT A

**From:** Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>
**Sent:** Tuesday, January 12, 2021 4:04 PM
**To:** Angela Rivera <arivera@frsco.com>; info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** RE: FRS Data Submission - Auto Parts Indirect

****This Email Originated Outside of FRS. Use Caution When Clicking Links or Opening Attachments.****
Hello Angela,

I am able to confirm that we have downloaded the files from the link below.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Tuesday, January 12, 2021 2:37 PM
**To:** info@AutoPartsClass.com; Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FW: FRS Data Submission - Auto Parts Indirect

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jeremy:

I wanted to be sure you received the email below from 12/22/20, I received multiple notifications about the data from my 1/7/21 email being accessed but none about the group below.

Just wanted to confirm.

Thanks,

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**


**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.

**From:** Angela Rivera
**Sent:** Tuesday, December 22, 2020 2:50 PM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FRS Data Submission - Auto Parts Indirect

Dear Claims Administrator:

Below please find a link that contains the data submission for the 7 FRS clients also listed below.

Data for CA 12.22.20
https://fileshare.frsco.com/fl/MchjPccQVf
Accessible until Feb 28, 2021
Password: Zkaa9Quo

- DPNY Hospitality – Claim No. 10048260;
- Go Staff, Inc. – Claim No. 10181873;
- LA School of Gymnastics – Claim No. 10131452;
- Maintenx International Service Management Group, Inc. – Claim No. 10014185;
- Mountain View Child Care – Claim No. 10182069;
- Orora Packing Solutions – Claim No. 10068163; and
- PK Enterprises – Claim No. Not Yet Provided   ***Please provide the claim number for this client***

Please confirm receipt of this data and do not hesitate to contact me if you have any questions and/or if any additional information is needed.

Thank you in advance for your help.

Happy Holidays!


**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.