# EXHIBIT B

**From:** Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>
**Sent:** Wednesday, January 6, 2021 11:24 AM
**To:** Angela Rivera <arivera@frsco.com>; info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>; Sandy Peters <speters@frsco.com>
**Subject:** RE: FRS Data Submission - Auto Parts Indirect

****This Email Originated Outside of FRS. Use Caution When Clicking Links or Opening Attachments.****
Hello Angelica,

While the claims may have been submitted timely, any data submitted after the claims deadline will be considered untimely. We will be sending deficiency notices for this project. However, the project is simply not at that point yet.

Let me know if you have any additional questions.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Wednesday, January 6, 2021 10:21 AM
**To:** info@AutoPartsClass.com; Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>
**Cc:** Autoparts <autoparts@frsco.net>; Sandy Peters <speters@frsco.com>
**Subject:** FW: FRS Data Submission - Auto Parts Indirect
**Importance:** High

Hi Jeremy:

Following up on the email below.

Thanks,


**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**

  **Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*
*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

**From:** Angela Rivera
**Sent:** Monday, January 4, 2021 1:42 PM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>; Sandy Peters <speters@frsco.com>
**Subject:** RE: FRS Data Submission - Auto Parts Indirect

Hi Jeremy:

I'm a bit confused here as this is data for claims that were submitted timely and we have not received deficiency letters for any of the claims we filed.

Are deficiency letters not being sent out for this case?

Thanks,

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*
*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*
*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

**From:** info@AutoPartsClass.com <info@AutoPartsClass.com>
**Sent:** Monday, January 4, 2021 1:11 PM
**To:** Angela Rivera <arivera@frsco.com>; info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** RE: FRS Data Submission - Auto Parts Indirect

Hello Angela,

Please be aware that we are no longer accepting new data for the settlements. We will file the records submitted, but please be aware that any new data will be considered untimely.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**

www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Monday, January 4, 2021 7:38 AM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FRS Data Submission - Auto Parts Indirect
**Importance:** High

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Claims Administrator:

Below please find a link that contains the data submission for the 14 FRS clients also listed below.

Data Sent to CA 1.4.21
https://fileshare.frsco.com/fl/xjdJGTHM3L
Accessible until Feb 28, 2021
Password: 7JhBF4Sc

- BASF Corporation – Claim No. 10122334;
- Bashas, Inc. – Claim No. 10007417;
- Brookdale Senior Living – Claim No. 10048171;
- Capatain Ds, LLC – Claim No. 10070642;
- DPNY Hospitality – Claim No. 10048260;
- Go Staff, Inc. – Claim No. 10181873;
- LA School of Gymnastics – Claim No. 10131452;
- Maintenx International Service Management Group, Inc. – Claim No. 10014185;
- Mountain View Child Care – Claim No. 10182069;
- Orora Packing Solutions – Claim No. 10068163; and
- PK Enterprises – Claim No. Not Yet Provided   ***Please provide the claim number for this client***

Please confirm receipt of this data and do not hesitate to contact me if you have any questions and/or if any additional information is needed.

Thank you in advance for your help.

Angela


**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*

*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*