# EXHIBIT C

**From:** info@AutoPartsClass.com <info@AutoPartsClass.com>
**Sent:** Wednesday, February 10, 2021 11:58 AM
**To:** Angela Rivera <arivera@frsco.com>; info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>; Pinkerton, Brian <brian.Pinkerton@epiqglobal.com>
**Subject:** RE: Auto Parts Indirect - FRS Data Submission

Hello Angela,

We confirm receipt of your late claim submissions. However, as you know, the claims deadline expired on June 18, 2020. For claimants who identified no vehicles or only one placeholder vehicle before the claims deadline expired, and have identified vehicles for the first time after the claims deadline expired, the submission of such claims are late and will not be allowed. Claimants who have previously submitted vehicle data and have some deficiency in the information or documentation that was submitted for those claims, may submit additional information to correct the deficiency. However, claimants who merely registered their name with no vehicle information, and did not identify the requisite vehicle information by the June 18, 2020 claims deadline have not timely submitted a valid claim, and late-filed claims will not be accepted.

Best Regards,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com
Direct: (713)586-6584
**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Tuesday, February 9, 2021 8:23 AM
**To:** info@AutoPartsClass.com
**Cc:** Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>; Autoparts <autoparts@frsco.net>
**Subject:** Auto Parts Indirect - FRS Data Submission

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the phish alert button or forward to phishing@epiqglobal.com.

Dear Claims Administrator:

Attached please find Auto Parts Indirect data for the two FRS clients listed below.

- Melrose Wakefield – Claim No. 10122386; and
- Raytheon Co. – Claim No. 10070668

Please confirm receipt of same.

**Angela Rivera**
Project Manager

1

561.231.5339 | arivera@frsco.com | **LinkedIn**

---



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | [www.FRSCO.com](http://www.FRSCO.com)

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*

*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*