# EXHIBIT D

**From:** info@AutoPartsClass.com <info@AutoPartsClass.com>
**Sent:** Friday, June 19, 2020 1:31 PM
**To:** Angela Rivera <arivera@frsco.com>; info@AutoPartsClass.com
**Subject:** RE: Auto Parts Indirect - Late Claims

Hello Angela,

It will be up to the parties to determine whether to accept late claims. They will be marked as late, and will be treated in accordance with the Court's direction based on recommendations from the Parties.

Let me know if you have any questions.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
1201 Third Avenue, Suite 500
Seattle, Washington 98101
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Friday, June 19, 2020 11:23 AM
**To:** info@AutoPartsClass.com
**Subject:** Auto Parts Indirect - Late Claims
**Importance:** High

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jeremy:

Are late claims (subject to approval of course) being accepted for Auto Parts Indirect?

Thank you.

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*

*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*