# EXHIBIT F

Case Name Administrator
P.O. Box 404041
Louisville, KY 40233-4041

**ICR**



**Must Be Postmarked
No Later Than
July 12, 2018**

# ILLINOIS STATE CRT ANTITRUST SETTLEMENT CLAIM FORM

**CLAIMANT INFORMATION**

First Name | M.I. | Last Name

Primary Address

Primary Address Continued

City | State | Zip Code

Foreign Province | Foreign Postal Code | Foreign Country Name/Abbreviation

Complete this Claim Form to receive payment from settlements totaling more than $36 million. Illinois consumers (individuals and businesses) that purchased televisions or monitors containing CRTs from a retailer or someone other than the manufacturer of the component CRT are eligible to receive a payment from the settlement funds. A CRT is a piece of technology used as displays (screens) in televisions and computer monitors. Before LCD, Plasma and LED display technologies became popular, CRTs were the main technology used for displays in these devices.

You must answer the two Eligibility Questions and list the number of CRT televisions and/or monitors you purchased to submit a claim. **Each eligible product must contain a CRT**. The amount you could expect to receive per product is $20 for each CRT television and $60 for each CRT monitor.

**Your recovery could be a smaller amount than the maximum because there is a limited amount of money in the Settlement Fund. The amount paid per product and the number of claims allowed per consumer will depend on the number of claims submitted on or before the deadline, which is July 12, 2018.** Any claims filed after July 12, 2018 will be considered for payment only if settlement funds remain after all valid claims filed by that date have been paid in full.



FOR CLAIMS PROCESSING ONLY | OB | CB | ○ DOC  ○ LC  ○ REV | ○ RED  ○ A  ○ B

1

**Section 1: Eligibility Questions**

1. Did you or your business buy one or more CRT televisions or CRT monitors in Illinois for your own use and not for resale between March 1, 1995 and November 25, 2007?:

   ○ Yes   ○ No

2. At the time of this (these) purchase(s), did you reside in Illinois, or for businesses, were you incorporated in or were your headquarters in Illinois?

   ○ Yes   ○ No

**Section 2: Purchase Information**

If you answered "Yes" to both Eligibility Questions, you are eligible to file a claim by completing the form below.

Enter the total number of CRT televisions and/or CRT monitors you or your business purchased **between March 1, 1995 and November 25, 2007,** for your own use while residing in the state of Illinois. **Please enter the total number of products purchased, <u>not the amount paid for the products</u>.**

**Total number of CRT televisions:**
(max recovery $20 per TV)         [   ],[   ]

**Total number of CRT monitors:**
(max recovery $60 per monitor)    [   ],[   ]

*Incomplete or inaccurate claim forms submitted as placeholders to be completed later will not be valid. Proof of purchase is not required to submit a claim but may be required later to verify eligibility..*

**Section 3: Personal Information**

[          ]  [ ]  [               ]
First Name    M.I.  Last Name

[                              ]
Entity Name (if filing on behalf of a business)

[                              ]
Person to Contact If There Are Questions Regarding This Claim

Specify one of the following: ○ Individual   ○ Business

[                              ]
Current Address (individual) or Headquarters Location (business)

[                   ]           [    ]  [     ]
City                            State   Zip Code

[                              ]
Email Address (optional)

[   ] — [   ] — [    ]
Area code   Telephone number (daytime)

**Individual:** Provide the last 4 digits of your Social Security Number:  X X — X X — [    ]

**Business:** Provide your Federal Taxpayer Identification Number:  [  ] — [       ]



2

**Section 4: Acknowledgment and Verification**

I (We) understand that this Claim Form and all communications with the Illinois State Attorney General's Office may become public records under state law and that public records are subject to disclosure (except private personal information) in response to requests. **Personal information of individuals (address, phone number, email address and Social Security number) is confidential and will not be publicly disclosed.**

I (We) declare that the above information, including quantity of CRT products purchased is correct, and:

**For individuals -** I (we) purchased these CRT products for my (our) own use and not for resale and that at the time of the purchase(s) of all CRT televisions and/or CRT monitors claimed in this form, I (we) resided in Illinois;

**For businesses-** (i) I am duly authorized by this business to make this verification; (ii) this business purchased its CRT products for its own use and not for resale, and, (iii) at the time of the purchase(s) of all CRT televisions and/or CRT monitors claimed in this form, check one or both of the options below, as applicable:

___ its headquarters was located in Illinois; or

___ it was incorporated in Illinois.

*For individuals, the name of the person signing this acknowledgement and verification must match the name listed in Section 3 (Personal Information). For businesses, the individual verifying the information must be a duly authorized officer of the business.* **Verification provided by anyone else will be treated as an unverified claim and invalidated**.

**I (We) declare, under the penalty of perjury under the laws of the State of Illinois, that the information provided in this Claim Form is true and correct.**

_____          _____
Signature                                          Dated

_____          _____
Print Name                                         Title (if you are filing out this form for a business)



3

<u>Reminder</u>

1. Complete all four parts of this Claim Form.
2. Sign the Claim Form.
3. Submit your Claim Form online or by mail postmarked no later than July 12, 2018, to:

   www.illinoiscrtsettlement.com    or    CRT ILLINOIS CLAIMS
   P.O. Box 404041
   Louisville, KY 40233-4041

4. Keep a copy of the completed Claim Form for your records.
5. Retain your proof-of-purchase documentation until your claim is closed. You will be notified if you are required to provide this documentation during the claim-verification process.

