# EXHIBIT I

| | |
|---|---|
| **From:** | Huppert, Matthew R. |
| **To:** | "wreiss@robinskaplan.com"; "mseltzer@susmangodfrey.com"; "azapala@cpmlegal.com" |
| **Cc:** | Panner, Aaron M.; Severson, Daniel S.; Hochman, Seth A. |
| **Subject:** | RE: Correspondence - In re Automotive Parts Antitrust Litigation |
| **Date:** | Friday, February 12, 2021 1:57:22 PM |

Counsel,

We have received no response to our letter of January 28 regarding the processing and acceptance of claims submitted in the End Payor Actions by FRS. If you do not confirm by 5 pm ET on Wednesday, February 17 that Insurers' supplemental vehicle data will be processed when submitted and considered timely, then FRS will seek relief from the court on that issue.

Sincerely,

Matt

---

**From:** Hochman, Seth A. <shochman@kellogghansen.com>
**Sent:** Thursday, January 28, 2021 1:59 PM
**To:** 'wreiss@robinskaplan.com' <wreiss@robinskaplan.com>; 'mseltzer@susmangodfrey.com' <mseltzer@susmangodfrey.com>; 'azapala@cpmlegal.com' <azapala@cpmlegal.com>
**Cc:** Panner, Aaron M. <apanner@kellogghansen.com>; Huppert, Matthew R. <mhuppert@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>
**Subject:** Correspondence - In re Automotive Parts Antitrust Litigation

Counsel:

Please see the attached correspondence from Aaron Panner.

**Seth A. Hochman | Legal Administrative Assistant**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7742

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.