# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : MASTER FILE CASE NO. 12-md-02311 |
| THIS RELATES TO: | : HON. SEAN F. COX |
| | : MAG. JUDGE R. STEVEN WHALEN |
| ALL END-PAYOR ACTIONS | |

## END-PAYOR PLAINTIFFS' OPPOSITION TO FINANCIAL RECOVERY SERVICES, LLC'S REQUEST TO HEAR ITS MOTION TO COMPEL ACCEPTANCE AND PROCESSING OF VEHICLE DATA ON AN EMERGENCY BASIS

End-Payor Plaintiffs' ("EPPs") respectfully request that the Court deny non-party Financial Recovery Services, LLC's ("FRS") request to hear its motion to compel acceptance and processing of vehicle data (ECF No. 2114) on an expedited basis. In addition to the fact that FRS is not a party to these proceedings, having already been denied intervenor status in this litigation, and therefore has no right to file any motions at all, FRS cites no Local Rule or legal authority supporting its request to compel EPPs to respond to its motion on an expedited basis. To the contrary, Local Rule 7.1(e)(2) sets forth the briefing schedule for any non-dispositive motion. That rule states that the party opposing the motion has "14 days after service of the motion" to file a response. LR 7.1(e)(2)(B). "If filed, a reply brief supporting a nondispositive motion must be filed within 7 days after service of the response." LR 7.1(e)(2)(C). FRS unilaterally seeks to impose an expedited schedule that would leave EPPs with only a week to respond to its motion while allowing FRS to file a reply.

FRS has provided no legitimate cause or excuse to justify its request for briefing on an expedited basis. The pendency of the appeal from this Court's order denying FRS's motion for leave to intervene provides no basis to shorten EPPs time to respond to the motion. Indeed, it is an additional reason to deny this request as this Court lacks jurisdiction to hear the underlying motion because the issues raised it in are related to, or encompassed by, FRS's appeal to the Sixth Circuit. The Sixth Circuit denied FRS's motion to hold the appeal in abeyance on February 9, 2020. The briefing schedule on that appeal was set by order of the Sixth Circuit on February 9, 2020.

EPPs respectfully request that this Court deny FRS's request for an expedited briefing and hearing schedule on its motion.

February 18, 2021          By:     */s/ William Reiss*
                                   William V. Reiss
                                   **ROBINS KAPLAN LLP**
                                   399 Park Avenue, Suite 3600
                                   New York, NY 10022
                                   Telephone: (212) 980-7400
                                   Facsimile: (212) 980-7499
                                   WReiss@RobinsKaplan.com


                                   */s/ Adam J. Zapala*
                                   Adam J. Zapala
                                   Elizabeth T. Castillo
                                   **COTCHETT, PITRE & McCARTHY, LLP**
                                   San Francisco Airport Office Center
                                   840 Malcolm Road, Suite 200
                                   Burlingame, CA 94010
                                   Telephone: (650) 697-6000
                                   Facsimile: (650) 697-0577
                                   azpala@cpmlegal.com
                                   ecastillo@cpmlegal.com

/s/ Jenna G. Farleigh
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Classes*