# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>ALL PARTS<br><br>THIS RELATES TO:<br><br>ALL CASES | Master File No. 12-md-02311<br><br>Honorable Sean F. Cox<br><br>2:12-md-02311-SFC-RSW<br>2:12-cv-00500-SFC-RSW<br>2:12-cv-00501-SFC-RSW<br>2:12-cv-00502-SFC-RSW<br>2:12-cv-00503-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:15-cv-12068-SFC-RSW |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, Jeffrey J. Amato, an attorney at Winston & Strawn LLP ("Winston"), respectfully requests that the Court enter an order allowing James F. Lerner, an attorney who has departed from Winston, to withdraw as counsel for NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH in the above-captioned matters. Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named actions as a result of this withdrawal.

Dated: February 19, 2021

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ Jeffrey J. Amato
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue

New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
JAmato@winston.com

*Attorney for Defendants NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2021, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                          */s/ Jeffrey J. Amato*
                                                          Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
JAmato@winston.com

*Attorney for Defendants NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH*