UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>———————————————<br><br>ALL PARTS<br>———————————————<br><br>THIS RELATES TO:<br><br>ALL CASES | Master File No. 12-md-02311<br><br>Honorable Sean F. Cox<br><br>2:12-md-02311-SFC-RSW<br>2:12-cv-00500-SFC-RSW<br>2:12-cv-00501-SFC-RSW<br>2:12-cv-00502-SFC-RSW<br>2:12-cv-00503-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:15-cv-12068-SFC-RSW |

**ORDER GRANTING MOTION
TO WITHDRAW JAMES F. LERNER AS COUNSEL**

WHEREAS, James F. Lerner, an attorney at Winston & Strawn LLP, which represents Defendants NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, and NTN Wälzlager (Europa) GmbH, has departed from the law firm of Winston & Strawn LLP;

WHEREAS, Mr. Lerner requested that the Court enter an order allowing him to withdraw as counsel in the following actions:

- 2:12-md-02311-SFC-RSW (Automotive Parts Antitrust Litigation)
- 2:12-cv-00500-SFC-RSW (Bearings – Lead Case)
- 2:12-cv-00501-SFC-RSW (Bearings – Direct Purchaser Action)
- 2:12-cv-00502-SFC-RSW (Bearings – Automobile Dealership Action)
- 2:12-cv-00503-SFC-RSW (Bearings –End-Payor Action)
- 2:14-cv-12095-SFC-RSW (Bearings – State Attorneys General Action)
- 2:15-cv-12068-SFC-RSW (Bearings – *DALC Gear & Bearing Supply Corp. v. Koyo France SA*)

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Mr. Lerner's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Mr. Lerner be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Dated: February 25, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge