# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | MASTER FILE CASE NO. 12-md-02311 |
| THIS RELATES TO: ALL END-PAYOR ACTIONS | : : | HON. SEAN F. COX MAG. JUDGE R. STEVEN WHALEN |

**END-PAYOR PLAINTIFFS'**
***EX PARTE* MINOTION FOR EXTENSION OF PAGES**

Pursuant to Local Rule 7.1(d)(3), End-Payor Plaintiffs, through their undersigned counsel, respectfully request that the Court grant them leave to file a Memorandum of Law in opposition to Financial Recovery Services, LLC's Motion to Compel Acceptance and Processing of Vehicle Data (ECF No. 2114) of no more than 27 pages, excluding signatures.

In support of their ex parte motion, End-Payor Plaintiffs state that the opposition addresses several issues of law and fact necessitating additional pages, including: (i) a summary of FRS' submissions; (ii) a summary of the procedural history relating to this specific issue; and (iii) a summary of this Court's prior orders.

WHEREFORE, End-Payor Plaintiffs respectfully request that the Court grant them leave to file their Opposition to Financial Recovery Services, LLC's Motion to Compel Acceptance And Processing of Vehicle Data of no more than 27 pages, excluding signatures.

Dated: March 3, 2021

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ Jenna G. Farleigh*
Terrell W. Oxford
Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, Texas 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Floyd G. Short
Jenna G. Farleigh
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Steven M. Shepard
1301 Avenue of the Americas, Floor 32
New York, New York 10019
Telephone: (212) 729-2010
sshepard@susmangodfrey.com

Frank C. Damrell, Jr.
Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
fdamrell@cpmlegal.com
azapala@cmplegal.com
ecastillo@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
hsalzman@rkmc.com
bpersky@rkmc.com
wreiss@rkmc.com

*Interim Co-Lead Class Counsel for End-Payor Plaintiffs*

E. Powell Miller (P39487)
Devon P. Allard (P71712)
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, Michigan 48307

2

Telephone: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com

***Interim Liaison Counsel for End-Payor Plaintiffs***

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Yifei (Evelyn) Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, D.C. 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Shawn M. Raiter
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

***Interim Co-Lead Class Counsel for Auto-Dealer Plaintiffs***

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)

                              MANTESE HONIGMAN ROSSMAN
                              AND WILLIAMSON, P.C.
                              1361 E. Big Beaver Road
                              Troy, Michigan 48083
                              Telephone: (248) 457-9200
                              gmantese@manteselaw.com
                              dhansma@manteselaw.com
                              bfrey@manteselaw.com
                              jlushnat@manteselaw.com

*Interim Liaison Counsel for Auto Dealer Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                */s/ Jenna G. Farleigh*
                                                Jenna G. Farleigh
                                                **SUSMAN GODFREY L.L.P.**