# EXHIBIT A

| | |
|---|---|
| **From:** | Chanler Langham |
| **To:** | Panner, Aaron M. |
| **Cc:** | Huppert, Matthew R. |
| **Subject:** | RE: One more thing |
| **Date:** | Monday, June 15, 2020 1:04:48 PM |

Aaron,

It was a pleasure speaking with you today.  As promised, here are responses from EPP Co-Lead Counsel:

1. EPPs are opposed to FRS's proposed motion to intervene.

2. EPPs object to the filing of "place holder" claims.

3. EPPs are not aware of any particular liaison counsel that defendants have appointed. Steve Cherry of Wilmer Hale has served as counsel for one or more defendants. He may be able to provide additional guidance. steven.cherry@wilmerhale.com – Tel: 202.663.6321

Regards,

- Chanler

CHANLER A. LANGHAM
PARTNER | SUSMAN GODFREY LLP
713-653-7839 (OFFICE)
713-377-2320 (MOBILE)
CLICK HERE FOR BIO

THIS MESSAGE MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU'RE NOT THE INTENDED RECIPIENT, PLEASE DELETE THIS MESSAGE.

**From:** Panner, Aaron M. <apanner@kellogghansen.com>
**Sent:** Monday, June 15, 2020 1:56 PM
**To:** Chanler Langham <clangham@SusmanGodfrey.com>
**Cc:** Huppert, Matthew R. <mhuppert@kellogghansen.com>
**Subject:** One more thing

Chanler, I meant to ask – do the defendants have a liaison counsel that I could contact for their position on the intervention motion?  Although our issue does not implicate them, we need to tell the court their position on our motion.

Appreciated,

Aaron

===========================================
Aaron M. Panner
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street, N.W.
Suite 400
Washington, DC 20036
(202) 326-7921
NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.