# EXHIBIT B

**From:** Stephen Madrit <stephen.madrit@cvuinc.com>
**Sent:** Sunday, January 3, 2021 11:35 AM
**To:** Bobby Lesser <rlesser@frsco.com>
**Subject:** [EXTERNAL] $1.27B Auto Parts Indirect Settlement - Late Claim Submissions

**Time Sensitive:**

*Late claims* are still being accepted in the **Automobile/Automotive Parts Class Action Settlement.**

**\*\*If you/your organization purchased and/or leased new** *Automobiles and/or Automotive Parts* **on or after January 1, 1990**, you may be entitled to participate in the approximate *$1.27 Billion* recovered in indirect purchaser class action settlements.

Act now to submit an Automobile/Auto Parts claim (late claims are subject to final court approval).

Attached is information about the *Automobile/Automobile Parts* and several other **Settlement Recovery Opportunities** that we are **monitoring currently** for your reference.

I have attached summaries of the cases and an authorization to have **FRS** manage your claim(s) in the settlement(s).

Please contact me if there are any questions about your claims. Otherwise, we can submit your organization's Claim(s) as soon as we receive the signed Authorization back from you (individual settlement Claims Authorization Agreements available upon request).

Best regards,

**Stephen Madrit**

O: 201.853.1235 | F: 914.612.9149 | smadrit@frsco.com | **LinkedIn**

*If you do not wish to receive any more emails, please reply to this email with the word "unsubscribe" in the subject line.*



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.