# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : MASTER FILE CASE NO.<br>: 12-md-02311<br>: |
| THIS RELATES TO:<br><br>ALL END-PAYOR ACTIONS | :<br>: HON. SEAN F. COX<br>: MAG. JUDGE R. STEVEN<br>  WHALEN |

## NOTICE OF ERRATA TO END-PAYOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO FINANCIAL RECOVERY SERVICES, LLC'S IMPROPER MOTION TO COMPEL ACCEPTANCE AND PROCESSING OF VEHICLE DATA AND END-PAYOR PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE EXCESS PAGES

Class Counsel for End-Payor Plaintiffs write to correct the signature block in End-Payor Plaintiffs' Memorandum in Opposition to Financial Recovery Services, LLC's Improper Motion to Compel Acceptance and Processing of Vehicle Data and End-Payor Plaintiffs' *Ex Parte* Motion for Leave to File Excess Pages, ECF Nos. 2119 and 2120 (March 4, 2021). The correct signature block should include only the counsel for End-Payor Plaintiffs as follows:

*/s/ William Reiss*
William V. Reiss

**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
WReiss@RobinsKaplan.com


*/s/ Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azpala@cpmlegal.com
ecastillo@cpmlegal.com


*/s/ Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (214) 754-1900
Facsimile: (214)754-1933

toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Co-Lead Class Counsel for End-Payor Plaintiffs*


Date: March 5, 2021

               By:  */s/ William Reiss*
                    William V. Reiss
                    **ROBINS KAPLAN LLP**
                    399 Park Avenue, Suite 3600
                    New York, NY 10022
                    Telephone: (212) 980-7400
                    Facsimile: (212) 980-7499
                    WReiss@RobinsKaplan.com


                    */s/ Adam J. Zapala*
                    Adam J. Zapala
                    Elizabeth T. Castillo
                    **COTCHETT, PITRE & McCARTHY, LLP**
                    San Francisco Airport Office Center
                    840 Malcolm Road, Suite 200
                    Burlingame, CA 94010

Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azpala@cpmlegal.com
ecastillo@cpmlegal.com


*/s/ Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Co-Lead Class Counsel for End-Payor Plaintiffs*