# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL END-PAYOR ACTIONS | Master File No. 12-md-02311 <br><br> Hon. Sean F. Cox <br> Mag. Judge R. Steven Whalen |

## FINANCIAL RECOVERY SERVICES, LLC'S
## *EX PARTE* MOTION FOR EXTENSION OF PAGES

Financial Recovery Services, LLC ("FRS"), through its undersigned counsel, brings this *ex parte* motion pursuant to L.R. 7.1(d)(3) to request leave to file a reply brief of no more than 9 pages, excluding signatures, in support of its Motion to Compel Acceptance and Processing of Vehicle Data ("Motion").

In support of this motion, FRS states that this extension of the Local Rules' page limit is necessary for FRS to respond fully to the issues raised in the Response by counsel for End-Payor Plaintiffs ("Class Counsel") to FRS's Motion. Specifically, additional pages are necessary to: (i) address and refute misleading factual representations raised by Class Counsel; (ii) set forth an accurate factual history of the claims submission process, which has been mischaracterized by Class Counsel; and (iii) accurately summarize this Court's prior orders, and the

pertinent procedural and administrative posture of this action, to ensure that this Court has a full and fair picture of this case's landscape.

FRS believes that addressing these matters is necessary to facilitate a just decision on the Motion.  As Class Counsel were permitted to file a Response to the Motion exceeding the page limits set forth in the Local Rules by this Court's order dated March 4, 2021 [ECF 2121, PageID.38524], FRS requests the same accommodation be extended to it in replying to that Response.

WHEREFORE, FRS respectfully requests that this Court grant it leave, on an *ex parte* basis, to file its Reply in Support of its Motion to Compel Acceptance and Processing of Vehicle Data of no more than 9 pages, excluding signatures.

Dated:  March 9, 2021              Respectfully submitted,

                                               /s/ *Laura S. Faussié*
Jonathan T. Walton, Jr. (P32969)
Michael P. Donnelly (P45221)
Laura S. Faussié (P48933)
FRASER TREBILCOCK
 DAVIS & DUNLAP, P.C.
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
jwalton@fraserlawfirm.com
mdonnelly@fraserlawfirm.com
lfaussie@fraserlawfirm.com

Aaron M. Panner
Matthew R. Huppert
Daniel S. Severson
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
mhuppert@kellogghansen.com
dseverson@kellogghansen.com

*Counsel for Financial Recovery Services, LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                                         /s/ *Laura S. Faussié*
                                         Laura S. Faussié