# EXHIBIT A

| | |
|---|---|
| **From:** | info@AutoPartsClass.com |
| **Sent:** | Friday, June 26, 2020 9:21 AM |
| **To:** | Hernandez, Angelica; info@AutoPartsClass.com |
| **Cc:** | Pinkerton, Brian; Sasse, Daniel; Arbabi, Deborah; Burton, Emma; Sun, Charlene |
| **Subject:** | RE: ▮▮▮▮▮ (Claimant ID 10021066) - Amended Claim Submission |

[External Email]

Hello Angelica,

This email serves as confirmation that we've received your claim submission. However, please be aware that while the addendum will be considered untimely, because it is submitted after the 6/18/2020 deadline. We will notify you once it is clear as to the determination of untimely submissions and whether they will be allowed for consideration in the Settlements.

Please let us know if you have any questions.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
1201 Third Avenue, Suite 500
Seattle, Washington 98101
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Hernandez, Angelica <AHernandez@crowell.com>
**Sent:** Thursday, June 25, 2020 5:25 PM
**To:** info@AutoPartsClass.com
**Cc:** Pinkerton, Brian <brian.Pinkerton@epiqglobal.com>; Sasse, Daniel <DSasse@crowell.com>; Arbabi, Deborah <DArbabi@crowell.com>; Burton, Emma <EBurton@crowell.com>; Sun, Charlene <CSun@crowell.com>
**Subject:** ▮▮▮▮▮ (Claimant ID 10021066) - Amended Claim Submission

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Claims Administrator,

Attached please find the Amended Claim Form and Claim Form Addendum for our client, ▮▮▮▮▮ (Claimant ID 10021066).

We ask that you please confirm receipt of this amended claim submission.

Thank you,

1

Angelica

_____

**Angelica Hernandez**
Paralegal
ahernandez@crowell.com
Direct: 949.798.1348 | Main: 949.263.8400

**Crowell & Moring LLP** | www.crowell.com
3 Park Plaza, 20th Floor
Irvine, CA 92614