# EXHIBIT B

| | | |
|---|---|---|
| **From:** | Burton, Emma | |
| **Sent:** | Wednesday, February 24, 2021 3:28 PM | |
| **To:** | Chanler A. Langham | |
| **Cc:** | Sasse, Daniel | |
| **Subject:** | Auto Parts End-Payor | |

Hi Chanler -

We hope this email finds you and your team doing well. We would like to schedule a short call, ideally this week, to touch base on the issues raised in FRS' recent motion in End-Payor. We have 25 clients who filed claims prior to the June 18, 2020, claim filing deadline and amendments shortly after the deadline to provide vehicle details (as listed below). Unlike FRS, we moved quickly to file these amendments, and all were filed within 10 weeks of the June 18th deadline. We don't want to create a fuss here, but we would like a chance to touch base in time to decide whether we need to get something on file.

We will work around your availability, so please let us know what works best for your schedule.

We look forward to connecting.

Thanks,
Emma

| Claimant Name | Original Submission Date | Amended Submission Date |
|---|---|---|
| [redacted] | 11/11/2019 | 6/25/2020 |
| [redacted] | 11/6/2019 | 6/30/2020 |
| [redacted] | 11/11/2019 | 6/30/2020 |
| [redacted] | 11/11/2019 | 6/30/2020 |
| [redacted] | 11/12/2019 | 6/30/2020 |
| [redacted] | 11/12/2019 | 6/30/2020 |
| [redacted] | 3/18/2020 | 6/30/2020 |
| [redacted] | 5/1/2020 | 6/30/2020 |
| [redacted] | 5/1/2020 | 6/30/2020 |
| [redacted] | 5/4/2020 | 6/30/2020 |
| [redacted] | 11/7/2019 | 7/1/2020 |
| [redacted] | 11/10/2019 | 7/1/2020 |
| [redacted] | 11/11/2019 | 7/1/2020 |
| [redacted] | 5/1/2020 | 7/1/2020 |
| [redacted] | 5/4/2020 | 7/1/2020 |
| [redacted] | 5/13/2020 | 7/1/2020 |
| [redacted] | 11/12/2019 | 7/13/2020 |
| [redacted] | 11/12/2019 | 7/14/2020 |
| [redacted] | 11/12/2019 | 7/14/2020 |

1

| | | |
|---|---|---|
| ███████████████ | 11/12/2019 | 7/14/2020 |
| ███ | 11/12/2019 | 7/17/2020 |
| ███ | 2/7/2020 | 7/17/2020 |
| █████ | 3/27/2020 | 8/7/2020 |
| ████ | 6/8/2020 | 8/28/2020 |
| ██████ | 6/17/2020 | 8/28/2020 |