UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br>ALL END-PAYOR ACTIONS | : : : : : : : : | |

**APPENDIX OF EXHIBITS IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF ACCEPTANCE OF POST-DEADLINE CLAIM SUBMISSIONS**

Crowell & Moring LLP respectfully submits this Appendix of Exhibits on behalf of 25 members of the Auto Parts End-Payor class ("Claimants") in support of their "Reply Memorandum in Support of Acceptance of Post-Deadline Claim Submissions."

| Ex. | Description | Date |
|---|---|---|
| 1.A | Recent Cases Approving Late Claims | - |

-2-

| Ex. | Description | Date |
|---|---|---|
| 1. | Motion and Memorandum in Support for Order to Approve Distribution of Settlement Funds to Class Members and Payment of Notice Fees for the Direct Purchaser Settlement Classes, ECF No. 2086, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 05/09/16 |
| 2. | Order Granting Motion for Order to Approve Distribution, ECF No. 2095, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2016) | 05/16/16 |
| 3. | Indirect Purchaser Plaintiff Class Motion for an Order Approving Claims, Authorizing Distribution of Net Settlement Funds, ECF No. 2172, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2017) | 07/10/17 |
| 4. | Court's Distribution Order, ECF No. 2184, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio 2017) | 10/30/17 |
| 5. | Exhibit 1 to Declaration of David Garcia, ECF No. 566-1, *In re Wire Harness Cases*, No. 12-00101, (E.D. Mich. 2018) | 10/22/18 |
| 6. | Order Authorizing Distribution of the Settlement Fund, ECF No. 570, *In re Wire Harness Cases*, No. 12-00101, (E.D. Mich. 2018) | 11/07/18 |

| Ex. | Description | Date |
|---|---|---|
| 7. | Declaration of Guy J. Thompson, ECF No. 144, *In re Occupant Safety Sys. Cases*, No. 12-0601 (E.D. Mich. 2017) | 02/14/17 |
| 8. | Order Authorizing Distribution of the Settlement Fund, ECF No. 145, *In re Occupant Safety Sys. Cases*, No. 12-0601 (E.D. Mich. 2017) | 04/18/17 |
| 9. | Exhibit 1 to Declaration in Support of Motion to Distribute, ECF No. 607-1, *In re Refrigerant Compressors Antitrust Litig.*, No. 09-2042 (E.D. Mich. 2017) | 03/08/17 |
| 10. | Order Granting Direct Purchaser Plaintiffs' Motion to Authorize Distribution of Settlement Funds, ECF No. 610, *In re Refrigerant Compressors Antitrust Litig.*, No. 09-2042 (E.D. Mich. 2017) | 03/10/17 |
| 11. | Order Granting Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlements[, etc.,], ECF No. 2681, *In re Lithium-Ion Batteries Antitrust Litig.*, No. 13-02420 (N.D. Cal. 2020) | 12/10/20 |
| 12. | Exhibit A to Motion for Final Approval of Settlements, ECF No. 163-1, *In Occupant Safety Sys. Cases*, No. 12-0601 (E.D. Mich. 2018) | 06/18/18 |
| 13. | Exhibit A to Motion for Final Approval of Proposed Settlements, ECF No. 563-1, *In re Wire Harness Cases*, No. 12-00101 (E.D. Mich. 2018) | 09/17/18 |
| 14. | Exhibit A to Declaration of Jennifer M. Keough Regarding Notice and Claims Administration in Support of Motion for Final Approval of the Class Action Settlements, ECF No. 488-3, *In re Refrigerant Compressors Antitrust Litig.*, No. 09-02042 (E.D. Mich. 2014) | 05/14/14 |

| Ex. | Description | Date |
|---|---|---|
| 15. | Declaration of Kendall S. Zylstra in Support of Direct Purchaser Class's Motion for an Order Authorizing Distribution of Settlement Funds for Second Round Settlements with Hitachi Chemical and Soshin, ECF No. 2770-2, *In re Capacitors Antitrust Litig.*, No. 14-3264 (N.D. Cal. 2021) | 01/07/21 |
| 16. | Declaration of Joseph R. Saveri in Support of Direct Purchaser Class's Motion for an Order Authorizing Distribution of Settlement Funds for Second Round Settlements with Hitachi Chemical and Soshin, ECF No. 2770-1, *In re Capacitors Antitrust Litig.*, No. 14-3264 (N.D. Cal. 2021) | 01/07/21 |
| 17. | DE 493-2 Supplemental Declaration of Eric Kierkegaard Regarding Final Claim Determination & Distribution, ECF No. 493-2, *In re Ductile Iron Pipe Fittings (DIPF) Direct Purchaser Antitrust Litig.*, No. 12-0711 (D.N.J. 2019) | 01/18/19 |
| 18. | Order Granting Direct Purchaser Plaintiffs' Motion for Distribution of McWane Net Settlement Funds, ECF No. 494, *In re Ductile Iron Pipe Fittings (DIPF) Direct Purchaser Antitrust Litig.*, No. 12-0711 (D.N.J. 2019) | 02/26/19 |

| Ex. | Description | Date |
|---|---|---|
| 19. | Declaration of Shannon Casey in Support of Plaintiffs' Motion for Entry of an Order Approving an Initial Distribution of the Settlement Fund, ECF No. 1216, *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-7789 (S.D.N.Y. 2019) | 03/01/19 |
| 20. | Order Approving an Initial Distribution of the Settlement Fund, ECF No. 1230, *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-7789 (S.D.N.Y. 2019) | 03/08/19 |
| 21. | Declaration of Steven J. Straub Regarding Distribution, ECF No. 1454-3, *Kleen Prods., L.L.C. v. Int'l Paper Co.*, No. 10-5711 (N.D. Ill. 2019) | 01/25/19 |
| 22. | Order Approving: (1) Deadline for Objections to Final Determination of Qualified Claims, Allowed Claims, Allowed Purchases, and Payment Amounts to Qualified Claimants[, etc.], ECF No. 1457, *Kleen Prods., L.L.C. v. Int'l Paper Co.*, No. 10-5711 (N.D. Ill. 2019) | 02/05/19 |
| 23. | Memorandum of Law in Support of Plaintiffs' Renewed Motion to Distribute Net Settlement Funds, ECF No. 1517, *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, No. 08-0042 (E.D.N.Y. 2019) | 01/28/19 |

| Ex. | Description | Date |
|---|---|---|
| 24. | Order Overruling Objections and Granting Motion for Disbursement of Funds, ECF No. 1535, *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, No. 08-0042 (E.D.N.Y. 2019) | 04/05/19 |
| 25. | Memorandum of Law in Support of Plaintiff's Motion for an Order Approving the Distribution of the Net Settlement Fund, ECF No. 135, *Axiom Inv. Advisors, L.L.C. v. Barclays Bank PLC*, No. 15-9323 (S.D.N.Y. 2018) | 09/11/18 |
| 26. | Class Distribution Order, ECF No. 138, *Axiom Inv. Advisors, L.L.C. v. Barclays Bank PLC*, No. 15-9323 (S.D.N.Y. 2018) | 09/14/18 |
| 27. | Plaintiffs' Motion for Distribution of Settlement Funds, ECF No. 682, *In re Steel Antitrust Litig.*, No. 08-5214 (N.D. Ill. 2018) | 02/21/18 |
| 28. | Order Granting Plaintiffs' Motion for Distribution of Settlement Funds, ECF No. 686, *In re Steel Antitrust Litig.*, No. 08-5214 (N.D. Ill. 2018) | 03/12/18 |
| 29. | Direct Purchaser Plaintiffs' Distribution Motion, ECF No. 786, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016) | 12/05/16 |

| Ex. | Description | Date |
|---|---|---|
| 30. | Notification of Docket Entry – Minute Order Granting Distribution Motion, ECF No. 802, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016) | 01/10/17 |
| 31. | Memorandum in Support of Plaintiffs' Motion for Approval of Late Filed Claims, ECF No. 568, *In re Credit Default Swaps Antitrust Litig.*, No. 13-2476 (S.D.N.Y. 2016) | 10/27/16 |
| 32. | Order Approving Late Filed Claims, ECF No. 570, *In re Credit Default Swaps Antitrust Litig.*, No. 13-2476 (S.D.N.Y. 2016) | 10/31/16 |
| 33. | Indirect Purchaser Plaintiffs and Attorneys General's Joint Notice of Motion and Motion to Distribute Settlement Funds, ECF No. 2273, *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. 02-1486 (N.D. Cal. 2016) | 05/04/16 |
| 34. | Order Granting Motion to Distribute Settlement Funds, ECF No. 2283, *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. 02-1486 (N.D. Cal. 2016) | 05/19/16 |

| Ex. | Description | Date |
|---|---|---|
| 35. | Class Plaintiffs' Motion to Complete the Distribution of the Dow Settlement Fund, ECF No. 3301, *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan. 2016) | 10/19/18 |
| 36. | Order Approving Motion to Complete the Distribution of the Dow Settlement Fund, ECF No. 3302, *In re Urethane Antitrust Litig.*, No. 04-1616 (D. Kan. 2018) | 11/05/18 |
| 37. | Declaration of Jennifer M. Keough Regarding Distribution of Net Settlement Fund, ECF No. 686-1, *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd.*, No. 12-3824 (E.D. Pa. 2015) | 11/20/15 |
| 38. | Order Granting Unopposed Motion for Distribution, ECF No. 687, *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd.*, No. 12-3824 (E.D. Pa. 2015) | 11/23/15 |
| 39. | Motion of Direct Purchaser Plaintiffs to Authorize Distribution of Net Settlement Fund, ECF No. 1077, *In re Aftermarket Filters Antitrust Litig.*, No. 08-4883 (N.D. Ill. 2014) | 03/11/14 |

| Ex. | Description | Date |
|---|---|---|
| 40. | Order Granting Motion of Direct Purchaser Plaintiffs to Authorize Distribution of Net Settlement Fund, ECF No. 1082, *In re Aftermarket Filters Antitrust Litig.*, No. 08-4883 (N.D. Ill. 2014) | 03/20/14 |
| 41. | Memorandum in Support of Motion for an Order Authorizing Distribution of the Settlement Fund, ECF No. 140-1, *In re Fasteners Antitrust Litig.*, No. 08-1912 (E.D. Pa. 2014) | 11/10/14 |
| 42. | Order Authorizing Distribution of the Settlement Fund, ECF No. 142, *In re Fasteners Antitrust Litig.*, No. 08-1912 (E.D. Pa. 2014) | 11/17/14 |
| 43. | Indirect-Purchaser Plaintiffs' and Settling States' Joint Notice of Motion and Motion to Appoint Fund Administrator and Distribute Settlement Fund[, etc.], ECF No. 9217, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 03-1827 (N.D. Cal. 2014) | 09/12/14 |
| 44. | Order re Indirect Purchaser Plaintiffs' and States Attorneys General's Joint Motion for Interim Reimbursement of Expenses, ECF No. 9273, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 03-1827 (N.D. Cal. 2014) | 10/20/14 |

| Ex. | Description | Date |
|---|---|---|
| 45. | Declaration of Lance P. Blair re Lufthansa Settlement Claim Administration, ECF No. 1526-4, *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-1775 (E.D.N.Y. 2012) | 07/19/11 |
| 46. | Order Authorizing the Distribution of the Air France-KLM, SAS, JAL, American, ANA, Cargolux, Qantas, and Thai Settlement Funds, ECF No. 1673, *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-1775 (E.D.N.Y. 2012) | 05/01/12 |

March 10, 2021

                                          Respectfully submitted,

                                          By: */s/ Lawrence J. Lines*
                                          Lawrence J. Lines
                                          Crowell & Moring LLP
                                          3454 Shakespeare Drive
                                          Troy, MI 48084
                                          Telephone: (313) 920-2935
                                          Email: jlines@crowell.com

Daniel A. Sasse                                   Emma K. Burton
Crowell & Moring LLP                      Ann L. Rives
3 Park Plaza, 20th Floor                 Crowell & Moring LLP
Irvine, CA 92614-8505                  1001 Pennsylvania Avenue, NW
Telephone: (949) 263-8400            Washington, DC 20004
Email: dsasse@crowell.com           Telephone: (202) 624-2500
                                          Email: eburton@crowell.com
                                                      arives@crowell.com

                                          Attorneys for Claimants