# EXHIBIT 5

# EXHIBIT 1

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | **CASE NO. 12-MD-02311**<br>**HON. MARIANNE O. BATTANI** |
| In Re: WIRE HARNESS CASES | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | **2:12-cv-00101-MOB-MKM** |

## <u>DECLARATION OF DAVID GARCIA</u>

I, David Garcia, hereby declare as follows:

1.      I am the Client Services Director employed by Epiq Class Action & Claims Solutions ("Epiq") in Beaverton, Oregon.  I am familiar with the actions taken by Epiq with respect to the settlements reached in this case between the Direct Purchaser Plaintiffs and the Chiyoda, Fujikura, Lear, LEONI, G.S. Electech, Sumitomo, Tokai Rika, and Yazaki Defendants and the corresponding Claim Forms submitted and the processing of the Claim Forms.  This declaration is based upon my personal knowledge and information provided to me by Plaintiff's counsel, and associates and staff under my supervision, and is accurate and truthful to the best of my knowledge.

2.      Epiq is a full-service data processing company and has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort matters, SEC and FTC disgorgement actions, and other major litigation.  Our associates include technology experts, attorneys, paralegals, MBAs, and CPAs.  Epiq has administered more than 1,000 settlements in some of the largest and most complex cases ever settled.

3.      Epiq is a firm with more than 20 years of experience in data processing, claims processing, and settlement administration.  Epiq's class action case administration services include

coordination of all notice requirements, design of direct-mail notice, receipt and processing of opt-outs and objections by potential class members, coordination with the United States Postal Service, claims database management, claim adjudication, fund management, and distribution services. Epiq works with the settling parties, the Court, and the settlement class members in a neutral facilitation role, taking the negotiated terms of a settlement and implementing settlement administration services.

4.      In its capacity as Settlement Administrator, Epiq was retained to receive, review, and process the Claim Forms that were submitted, to handle Claimant communications and inquiries, audit claims when necessary, and to otherwise assist Settlement Class Counsel in the administration process.

**Summary of Claim Forms Received**

5.      The deadline for submitting a Claim Form was September 15, 2017. To date, Epiq has received 964 Claim Forms, with claims totaling $60,557,581,895.82. (The last Claim Form was received on July 23, 2018.) Attached hereto as Exhibit A is the Claimants Listing ("Claimants Listing"), which lists and categorizes the claims filed.[1] Of the 874 individual, non-duplicative[2] Claim Forms filed, 819 were postmarked on or before the September 15, 2017 submission deadline and 55 were postmarked after September 15, 2017. Epiq recommends that the 55 late-filed Claim Forms be considered timely because they did not materially delay the ultimate processing of the Claim Forms submitted on or before September 15, 2017.

**The Deficiency and Audit Processes**

6.      After our initial review of the claim submissions, Epiq sent letters to 813 Claimants advising them that their claims appeared to be deficient, and of the nature of their claim's

---

[1] Due to the sensitive nature of Claimants' information, claims are identified by their assigned Claim Numbers only.
[2] There were 90 duplicate claim submissions.

deficiency. These Claimants were given thirty (30) days to cure their respective deficiencies. A sample of each type of deficiency letter is attached as Exhibit B.

7. Each Claimant that failed to cure its deficiency, or that withdrew its claim, was mailed a denial letter advising it that Settlement Class Counsel would recommend to the Court that its claim be disallowed in its entirety. Samples of the denial letters for those who failed to cure the deficiency are attached hereto as Exhibit C. A sample of the denial letter for those who withdrew their claim is attached hereto as Exhibit D. None of the recipients of these letters have contested Epiq's determination.

8. Epiq audited all remaining Claim Forms. The audit included a review of each Claim Form along with any sworn statements or affidavits supporting the Claimed Purchases and any supporting documents, such as spreadsheets, copies of invoices, and/or billing summary reports that were included with the Claim Form.

9. In April of 2018, Epiq sent audit letters to 61 Claimants. The audit letters requested additional information from Claimants about their claimed purchases. A sample of the audit letter is attached hereto as Exhibit E. Of the audited Claimants, 44 Claimants provided responses that cured their respective claim issues, in whole or in part. Each of these Claimants was informed of Epiq's determination regarding their claim, and none of them have contested Epiq's determination. Samples of Epiq's partial and total approval determination letters are attached as Exhibit F. A total of 17 Claimants failed to submit information qualifying their claims, and were sent denial letters informing them that their claim would be recommended for disallowance in its entirety. None of these Claimants have contested Epiq's determination. A sample of Epiq's denial letter is included in Exhibit C.

## Claims Processing Results

3

10. Epiq completed its claim-audit process in August 2018. As used herein, "Claimed Purchases" refers to the total of all purchases listed on a Claim Form. "Recommended Disallowed Purchases" refers to Claimed Purchases that Epiq recommends be disallowed for one or more of the following reasons: (1) the Claimant failed to provide required information or documentation in support of the purchases; (2) the purchases were made from non-defendants; (3) the purchases were of non-eligible products; (4) the Claimant withdrew its claim; and (5) the purchases were duplicative. "Recommended Allowed Purchases" is the total amount of Claimed Purchases that Epiq recommends for payment.

11. Epiq recommends issuing payments to 142 Claimants who filed valid, or partially valid, claims. The Recommended Allowed Purchases for these 142 claims total $42,434,573,561.18. Below is a summary of the 142 claims recommended for payment:

| | Total Claims | Claimed Purchases | Recommended Disallowed Purchases | Recommended Allowed Purchases |
|---|---|---|---|---|
| **Postmarked On or Before September 15, 2017** | 121 | $29,945,551,127.07 | $19,258,625.39 | $29,926,292,501.68 |
| **Postmarked After September 15, 2017** | 21 | $12,509,174,113.60 | $893,054.10 | $12,508,281,059.50 |
| **Totals** | 142 | $42,454,725,240.67 | $20,151,679.49 | $42,434,573,561.18 |

The Claimed, Allowed and Disallowed Purchases, along with the reasons for disallowance, are set forth for each of these claims in the Recommended Payable Claims section of Exhibit A.[3]

---

[3] Six of these 142 claims are recommended for partial approval

12.     Epiq recommends the disallowance of 822 Claim Forms in their entirety.  The Claimed Purchases and Recommended Disallowed Purchases for these claims, along with the reason for the recommended disallowance, are set forth for each of these claims in the Recommended Non-Payable Claims section of Exhibit A.  A summary of the 822 Claim Forms being recommended for disallowance in their entirety is as follows:

|  | Total Claims | Claimed Purchases | Recommended Disallowed Purchases |
|---|---|---|---|
| **Postmarked On or Before September 15, 2017** | 788 | $8,031,567,875.91 | $8,031,567,875.91 |
| **Postmarked After September 15, 2017** | 34 | $10,071,288,779.24 | $10,071,288,779.24 |
| **Totals** | 822 | $18,102,856,655.15 | $18,102,856,655.15 |

## Payments for Settlement and Claims Administration Services

13.     Epiq began performing Settlement and Claims Administration services in this case in 2014.  Epiq has received payments totaling $599,456.05 for its services rendered and costs incurred through August 31, 2018, relating to notice, taxes, and settlement and claims administration.  Since that date, Epiq has continued to work with Settlement Class Counsel, to correspond with Claimants, and has prepared this declaration and attachments.  Epiq will continue to submit invoices to Settlement Class Counsel for services provided in the future on a periodic basis until the Settlement Administration is concluded.

## Proposed Process for Distributing the Net Settlement Fund

14.     Epiq will continue to process any correspondence or information submitted by Claimants with respect to their already-filed claims.  Should there be adjustments to Claim Forms

prior to the final distribution of the Net Settlement Fund, we will update our records with the new information. We will then report the updated totals to Settlement Class Counsel.

15. If the Court grants the motion to distribute the Net Settlement Fund, Epiq will: (1) calculate the *pro rata* distribution amount for each claim by calculating each payable claim's percentage of the total allowed purchases and applying that percentage to the total dollar value of the Net Settlement Fund available for distribution in accordance with the Court's Order; (2) prepare and mail distribution checks to Claimants with payable claims ("Authorized Claimants") by prepaid first-class mail; (3) issue replacement checks upon request by Authorized Claimants; and (4) respond to inquiries from Authorized Claimants about claim and check calculations.

16. To encourage Authorized Claimants to cash their distribution checks promptly and to avoid or reduce future expenses relating to uncashed checks, all distribution checks will bear the notation: "void if not negotiated within ninety (90) days of date of issue."

17. In an effort to have as many Authorized Claimants as possible cash their checks, Epiq will perform follow-up with those Authorized Claimants whose checks are initially un-cashed after the ninety (90) day period has elapsed, either because the checks are returned as undeliverable or because the Authorized Claimant did not cash the check.

18. For Authorized Claimants whose checks are returned as undeliverable, Epiq will attempt to locate new addresses by running the undeliverable addresses through online databases and/or by calling or otherwise contacting those Authorized Claimants. If a new address is located, Epiq will update the database accordingly and re-issue the distribution check to the Authorized Claimant at the new address.

19. In the event an Authorized Claimant loses or damages their check or otherwise requires a new check, Epiq will issue replacements upon receiving written instructions from the

Authorized Claimant, provided that the Authorized Claimant returns the first check where appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 9th day of October, 2018 in Lake Elsinore, CA.

_____
David Garcia, Director of Client Services
Epiq Class Action & Claims Solutions

Exhibit A
In re: Wire Harness Cases
Claimant Listing
October 9, 2018

**Recommended Payable Claims**

| Claim  Number | All Claimed Purchases | Allowed Purchases | Disallowed Purchases | Explanation of Disallowed Purchases |
|---|---|---|---|---|
| 2 | $ 73,021.96 | $ 73,021.96 | $ - | N/A |
| 5 | $ 20,818,926.56 | $ 20,818,926.56 | $ - | N/A |
| 9 | $ 69,523,526.21 | $ 69,523,526.21 | $ - | N/A |
| 13 | $ 31,853,151.55 | $ 31,853,151.55 | $ - | N/A |
| 14 | $ 3,577.80 | $ 3,577.80 | $ - | N/A |
| 15 | $ 1,450,018.00 | $ 1,450,018.00 | $ - | N/A |
| 16 | $ 11,712.00 | $ 11,712.00 | $ - | N/A |
| 17 | $ 1,224,263.00 | $ 1,224,263.00 | $ - | N/A |
| 18 | $ 891,411.68 | $ 891,411.68 | $ - | N/A |
| 19 | $ 216,048.08 | $ 215,348.08 | $ 700.00 | Claimed Non- WH Parts |
| 20 | $ 81,119.28 | $ 81,119.28 | $ - | N/A |
| 21 | $ 125,743.48 | $ 125,743.48 | $ - | N/A |
| 23 | $ 22,351,349.19 | $ 22,313,027.64 | $ 38,321.55 | Claimed Non- WH Parts |
| 24 | $ 16,622,945.05 | $ 16,622,945.05 | $ - | N/A |
| 25 | $ 432,682.00 | $ 432,682.00 | $ - | N/A |
| 27 | $ 6,385,629.84 | $ 155,508.77 | $ 6,230,121.07 | Claimed Non- WH Parts |
| 28 | $ 28,718.04 | $ 28,718.04 | $ - | N/A |
| 30 | $ 8,139,392.89 | $ 8,139,392.89 | $ - | N/A |
| 38 | $ 315,473.19 | $ 315,473.19 | $ - | N/A |
| 39 | $ 1,709,707.30 | $ 1,709,707.30 | $ - | N/A |
| 44 | $ 199,482,371.36 | $ 199,482,371.36 | $ - | N/A |
| 42 | $ 9,497,757,123.79 | $ 9,497,757,123.79 | $ - | N/A |
| 57 | $ 1,023.72 | $ 1,023.72 | $ - | N/A |
| 68 | $ 4,105,997,778.84 | $ 4,105,997,778.84 | $ - | N/A |
| 77 | $ 3,740.00 | $ 3,740.00 | $ - | N/A |
| 78 | $ 3,704,265.96 | $3,704,265.96 | $ - | N/A |
| 79 | $ 3,225,900.17 | $ 3,225,900.17 | $ - | N/A |
| 80 | $ 250,733,397.25 | $ 250,733,397.25 | $ - | N/A |
| 89 | $ 539,813,909.85 | $ 539,813,909.85 | $ - | N/A |
| 90 | $ 783,121.42 | $ 783,121.42 | $ - | N/A |
| 91 | $ 1,659,926.58 | $ 1,659,926.58 | $ - | N/A |
| 85 | $ 7,633,710.21 | $ 7,633,710.21 | $ - | N/A |
| 87 | $ 10,981,815.32 | $ 10,981,815.32 | $ - | N/A |
| 607 | $ 2,458,713,952.37 | $ 2,458,713,952.37 | $ - | N/A |
| 585 | $ 481,645,578.44 | $ 481,645,578.44 | $ - | N/A |
| 609 | $ 770,692,705.00 | $ 770,692,705.00 | $ - | N/A |
| 591 | $ 852,280.45 | $ 852,280.45 | $ - | N/A |
| 592 | $ 12,181,838.00 | $ 12,181,838.00 | $ - | N/A |
| 596 | $ 213,586,364.00 | $ 213,586,364.00 | $ - | N/A |
| 810 | $ 17,858.96 | $ 17,858.96 | $ - | N/A |
| 836 | $ 29,949,317.00 | $ 29,949,317.00 | $ - | N/A |
| 634 | $ 89,382,323.00 | $ 89,382,323.00 | $ - | N/A |
| 828 | $ 15,759,155.00 | $ 2,770,206.00 | $ 12,988,949.00 | Claimed Non- WH Parts |
| 829 | $ 674,557.00 | $ 674,557.00 | $ - | N/A |
| 830 | $ 3,018,444.00 | $ 3,018,444.00 | $ - | N/A |

| | | | | |
|---|---|---|---|---|
| 831 | $ 10,883,738.00 | $ 10,883,738.00 | $ - | N/A |
| 832 | $ 41,612,395.00 | $ 41,612,395.00 | $ - | N/A |
| 833 | $ 36,971,665.00 | $ 36,971,665.00 | $ - | N/A |
| 834 | $ 70,364,848.00 | $ 70,364,848.00 | $ - | N/A |
| 835 | $ 77,322,966.00 | $ 77,322,966.00 | $ - | N/A |
| 818 | $ 1,767,086.59 | $ 1,767,086.59 | $ - | N/A |
| 652 | $ 5,575,329.04 | $ 5,575,329.04 | $ - | N/A |
| 610 | $ 18,175,232.08 | $ 18,175,232.08 | $ - | N/A |
| 613 | $ 45,846,017.40 | $ 45,846,017.40 | $ - | N/A |
| 880 | $ 2,301,756.65 | $ 2,301,756.65 | $ - | N/A |
| 875 | $ 377,215.36 | $ 377,215.36 | $ - | N/A |
| 651 | $ 19,328,891.34 | $ 19,328,891.34 | $ - | N/A |
| 636 | $ 2,927,411.18 | $ 2,927,411.18 | $ - | N/A |
| 637 | $ 409,397.82 | $ 409,397.82 | $ - | N/A |
| 638 | $ 6,966,042.40 | $ 6,966,042.40 | $ - | N/A |
| 639 | $ 21,750,607.47 | $ 21,750,607.47 | $ - | N/A |
| 602 | $ 2,987,186.26 | $ 2,987,186.26 | $ - | N/A |
| 643 | $ 1,032,921.89 | $ 1,032,921.89 | $ - | N/A |
| 630 | $ 3,486,825.72 | $3,486,825.72 | $ - | N/A |
| 631 | $ 91,793,564.31 | $ 91,793,564.31 | $ - | N/A |
| 633 | $ 88,060,404.74 | $ 88,060,404.74 | $ - | N/A |
| 635 | $ 48,002,304.00 | $ 48,002,304.00 | $ - | N/A |
| 620 | $ 413,621.68 | $ 413,621.68 | $ - | N/A |
| 622 | $ 16,650,411.50 | $ 16,650,411.50 | $ - | N/A |
| 623 | $ 765,896.18 | $ 765,362.41 | $ 533.77 | Claimed Non- WH Parts |
| 624 | $ 64,624,212.78 | $64,624,212.78 | $ - | N/A |
| 625 | $ 4,902,136.00 | $ 4,902,136.00 | $ - | N/A |
| 627 | $ 325,536,040.00 | $ 325,536,040.00 | $ - | N/A |
| 628 | $ 191,147,985.64 | $ 191,147,985.64 | $ - | N/A |
| 629 | $ 14,276,429.00 | $ 14,276,429.00 | $ - | N/A |
| 597 | $ 181,832.07 | $ 181,832.07 | $ - | N/A |
| 598 | $ 22,513,089.02 | $ 22,513,089.02 | $ - | N/A |
| 600 | $ 2,117,000.00 | $ 2,117,000.00 | $ - | N/A |
| 601 | $ 266,694,244.09 | $ 266,694,244.09 | $ - | N/A |
| 603 | $ 8,387,429.00 | $ 8,387,429.00 | $ - | N/A |
| 604 | $ 1,515,538.06 | $ 1,515,538.06 | $ - | N/A |
| 584 | $ 8,002,772,821.19 | $ 8,002,772,821.19 | $ - | N/A |
| 640 | $ 505,526,542.00 | $ 505,526,542.00 | $ - | N/A |
| 656 | $ 1,854,496.44 | $ 1,854,496.44 | $ - | N/A |
| 659 | $ 35,925,919.91 | $ 35,925,919.91 | $ - | N/A |
| 676 | $ 941,000.23 | $ 941,000.23 | $ - | N/A |
| 645 | $ 111,473,855.71 | $ 111,473,855.71 | $ - | N/A |
| 646 | $ 18,494,430.00 | $ 18,494,430.00 | $ - | N/A |
| 647 | $ 4,707,430.26 | $ 4,707,430.26 | $ - | N/A |
| 648 | $ 333,993,385.86 | $ 333,993,385.86 | $ - | N/A |
| 649 | $ 74,889,464.50 | $ 74,889,464.50 | $ - | N/A |
| 653 | $ 35,615,969.63 | $ 35,615,969.63 | $ - | N/A |
| 665 | $ 1,241,641.37 | $ 1,241,641.37 | $ - | N/A |
| 641 | $ 11,720,781.97 | $ 11,720,781.97 | $ - | N/A |
| 791 | $ 12,441,357.59 | $ 12,441,357.59 | $ - | N/A |
| 796 | $ 5,345,497.98 | $ 4,452,443.88 | $ 893,054.10 | Claimed Non- WH Parts |
| 797 | $ 356,979.63 | $ 356,979.63 | $ - | N/A |

| | | | | |
|---|---|---|---|---|
| 798 | $ 151,859,282.03 | $ 151,859,282.03 | $ - | N/A |
| 799 | $ 166,788,932.00 | $ 166,788,932.00 | $ - | N/A |
| 800 | $ 6,258,711.10 | $ 6,258,711.10 | $ - | N/A |
| 775 | $ 16,853.34 | $ 16,853.34 | $ - | N/A |
| 789 | $ 23,169,222.49 | $ 23,169,222.49 | $ - | N/A |
| 801 | $ 78,256,287.52 | $ 78,256,287.52 | $ - | N/A |
| 650 | $ 2,101,271.53 | $ 2,101,271.53 | $ - | N/A |
| 861 | $ 5,550,402.77 | $ 5,550,402.77 | $ - | N/A |
| 847 | $ 2,890,445.40 | $ 2,890,445.40 | $ - | N/A |
| 848 | $ 4,484,217.81 | $ 4,484,217.81 | $ - | N/A |
| 849 | $ 35,029,303.18 | $ 35,029,303.18 | $ - | N/A |
| 850 | $ 17,006,704.46 | $ 17,006,704.46 | $ - | N/A |
| 851 | $ 7,595,932.48 | $ 7,595,932.48 | $ - | N/A |
| 852 | $ 6,830,085.33 | $ 6,830,085.33 | $ - | N/A |
| 853 | $ 4,772,221.91 | $ 4,772,221.91 | $ - | N/A |
| 854 | $ 5,165,202.30 | $ 5,165,202.30 | $ - | N/A |
| 855 | $ 4,352,696.39 | $ 4,352,696.39 | $ - | N/A |
| 856 | $ 29,217,595.18 | $ 29,217,595.18 | $ - | N/A |
| 857 | $ 35,663,507.99 | $ 35,663,507.99 | $ - | N/A |
| 858 | $ 768,257.84 | $ 768,257.84 | $ - | N/A |
| 859 | $ 70,269,338.32 | $ 70,269,338.32 | $ - | N/A |
| 860 | $ 15,545,801.69 | $ 15,545,801.69 | $ - | N/A |
| 842 | $ 4,976,594.20 | $ 4,976,594.20 | $ - | N/A |
| 845 | $ 1,896,000.00 | $ 1,896,000.00 | $ - | N/A |
| 864 | $ 11,281,058.28 | $ 11,281,058.28 | $ - | N/A |
| 866 | $ 18,792.28 | $ 18,792.28 | $ - | N/A |
| 867 | $ 8,271,443.35 | $ 8,271,443.35 | $ - | N/A |
| 893 | $ 338,991.66 | $ 338,991.66 | $ - | N/A |
| 873 | $ 14,030,184.96 | $ 14,030,184.96 | $ - | N/A |
| 899 | $ 884,500.00 | $ 884,500.00 | $ - | N/A |
| 900 | $ 5,282,739.30 | $ 5,282,739.30 | $ - | N/A |
| 907 | $ 8,054,003,646.00 | $ 8,054,003,646.00 | $ - | N/A |
| 908 | $ 2,055,096,122.00 | $ 2,055,096,122.00 | $ - | N/A |
| 909 | $ 641,477,827.00 | $ 641,477,827.00 | $ - | N/A |
| 910 | $ 50,801,183.00 | $ 50,801,183.00 | $ - | N/A |
| 912 | $ 174,035,419.25 | $ 174,035,419.25 | $ - | N/A |
| 914 | $ 38,953,004.83 | $ 38,953,004.83 | $ - | N/A |
| 915 | $ 3,810,341.00 | $ 3,810,341.00 | $ - | N/A |
| 916 | $ 951,897.79 | $ 951,897.79 | $ - | N/A |
| 918 | $ 4,938,062.29 | $ 4,938,062.29 | $ - | N/A |
| 919 | $ 380,046,615.09 | $ 380,046,615.09 | $ - | N/A |
| 922 | $ 6,377,081.29 | $ 6,377,081.29 | $ - | N/A |
| 957 | $ 273,162.63 | $ 273,162.63 | $ - | N/A |
| 948 | $ 1,207,600.16 | $ 1,207,600.16 | $ - | N/A |
| 955 | $ 766,698,580.92 | $ 766,698,580.92 | $ - | N/A |
| **Totals** | $ 42,454,725,240.67 | $ 42,434,573,561.18 | $ 20,151,679.49 | |

**Recommended Non Payable Claims**

| Claim Number | Claimed Purchases | Disallowed Purchases | Allowed Purchases | Explanation of Disallowed Purchases |
|---|---|---|---|---|
| 1 | $ 30,418.11 | $ 30,418.11 | $ - | No Response to Audit Letter |
| 3 | $ 9,681.78 | $ 9,681.78 | $ - | No Response to Audit Letter |
| 4 | $ 9,528.11 | $ 9,528.11 | $ - | No Response to Request for Additional Information |

| | | | | | |
|---|---|---|---|---|---|
| 6 | $ | 3,735.59 | $ | 3,735.59 | $ - | No Response to Request for Additional Information |
| 7 | $ | 899.00 | $ | 899.00 | $ - | Indirect Purchaser Claim |
| 8 | $ | 1,000.00 | $ | 1,000.00 | $ - | No Response to Request for Additional Information |
| 10 | $ | - | $ | - | $ - | No Response to Request for Additional Information |
| 12 | $ | 1,150.00 | $ | 1,150.00 | $ - | Indirect Purchaser Claim |
| 22 | $ | 3,800.00 | $ | 3,800.00 | $ - | Indirect Purchaser Claim |
| 26 | $ | 650.00 | $ | 650.00 | $ - | No Response to Request for Additional Information |
| 29 | $ | 1,795.00 | $ | 1,795.00 | $ - | Indirect Purchaser Claim |
| 31 | $ | 42,286.00 | $ | 42,286.00 | $ - | Indirect Purchaser Claim |
| 32 | $ | 55,000.00 | $ | 55,000.00 | $ - | Indirect Purchaser Claim |
| 33 | $ | 992.48 | $ | 992.48 | $ - | Indirect Purchaser Claim |
| 34 | $ | 1,512.00 | $ | 1,512.00 | $ - | Indirect Purchaser Claim |
| 35 | $ | 2,500.00 | $ | 2,500.00 | $ - | Indirect Purchaser Claim |
| 36 | $ | 2,200.00 | $ | 2,200.00 | $ - | Indirect Purchaser Claim |
| 37 | $ | 289.00 | $ | 289.00 | $ - | Indirect Purchaser Claim |
| 40 | $ | 296.12 | $ | 296.12 | $ - | No Response to Audit Letter |
| 41 | $ | 5,590.00 | $ | 5,590.00 | $ - | Indirect Purchaser Claim |
| 47 | $ | 18,362.00 | $ | 18,362.00 | $ - | Indirect Purchaser Claim |
| 48 | $ | 1,516.00 | $ | 1,516.00 | $ - | No Response to Audit Letter |
| 49 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 50 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 51 | $ | 1,200.00 | $ | 1,200.00 | $ - | Indirect Purchaser Claim |
| 52 | $ | 184.00 | $ | 184.00 | $ - | Indirect Purchaser Claim |
| 53 | $ | 157,680.00 | $ | 157,680.00 | $ - | Indirect Purchaser Claim |
| 54 | $ | 1,000.00 | $ | 1,000.00 | $ - | Indirect Purchaser Claim |
| 55 | $ | 12,650.00 | $ | 12,650.00 | $ - | Indirect Purchaser Claim |
| 56 | $ | 13,655.00 | $ | 13,655.00 | $ - | Indirect Purchaser Claim |
| 58 | $ | 12,650.00 | $ | 12,650.00 | $ - | Indirect Purchaser Claim |
| 59 | $ | 12,650.00 | $ | 12,650.00 | $ - | Indirect Purchaser Claim |
| 60 | $ | 12,650.00 | $ | 12,650.00 | $ - | No Response to Request for Additional Information |
| 61 | $ | 12,650.00 | $ | 12,650.00 | $ - | Indirect Purchaser Claim |
| 62 | $ | 1,210.73 | $ | 1,210.73 | $ - | Indirect Purchaser Claim |
| 63 | $ | 57.98 | $ | 57.98 | $ - | Indirect Purchaser Claim |
| 64 | $ | 50.00 | $ | 50.00 | $ - | Indirect Purchaser Claim |
| 65 | $ | 181.67 | $ | 181.67 | $ - | Indirect Purchaser Claim |
| 66 | $ | 33,690.00 | $ | 33,690.00 | $ - | Indirect Purchaser Claim |
| 67 | $ | 1,117.73 | $ | 1,117.73 | $ - | Indirect Purchaser Claim |
| 69 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 70 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 73 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 74 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 75 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 76 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 88 | $ | - | $ | - | $ - | No Response to Request for Additional Information |
| 92 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 93 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 95 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 96 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 97 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 98 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 99 | $ | - | $ | - | $ - | Indirect Purchaser Claim |
| 100 | $ | - | $ | - | $ - | Indirect Purchaser Claim |

| | | | | | | | |
|-----|----|-----------|----|-----------|----|---|------------------------|
| 101 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 102 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 103 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 104 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 105 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 106 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 107 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 108 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 109 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 110 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 131 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 132 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 133 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 134 | $ | 305.19 | $ | 305.19 | $ | - | Indirect Purchaser Claim |
| 135 | $ | 6,266.00 | $ | 6,266.00 | $ | - | Indirect Purchaser Claim |
| 136 | $ | 5,385.00 | $ | 5,385.00 | $ | - | Indirect Purchaser Claim |
| 137 | $ | 6,125.00 | $ | 6,125.00 | $ | - | Indirect Purchaser Claim |
| 138 | $ | 541.69 | $ | 541.69 | $ | - | Indirect Purchaser Claim |
| 139 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 140 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 81 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 82 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 83 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 84 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 86 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 141 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 142 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 143 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 144 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 145 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 146 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 147 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 148 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 149 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 150 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 151 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 152 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 153 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 154 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 155 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 156 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 157 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 158 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 159 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 160 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 111 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 112 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 113 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 114 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 115 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 116 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 117 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 118 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|-----|---|---|---|---|---|---|--------------------------|
| 119 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 120 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 121 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 122 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 123 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 124 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 125 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 126 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 127 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 128 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 129 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 130 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 171 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 172 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 173 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 174 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 175 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 177 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 178 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 179 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 180 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 201 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 202 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 203 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 204 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 205 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 206 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 207 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 208 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 209 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 210 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 161 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 162 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 163 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 164 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 165 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 166 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 167 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 168 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 169 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 170 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 211 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 212 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 213 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 215 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 216 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 217 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 218 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 219 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 220 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 181 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 182 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 183 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 184 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 186 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 187 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 188 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 189 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 190 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 241 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 243 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 244 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 245 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 246 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 247 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 248 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 249 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 250 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 191 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 192 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 193 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 194 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 195 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 196 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 197 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 199 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 200 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 222 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 223 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 224 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 225 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 226 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 227 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 228 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 229 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 230 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 261 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 262 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 263 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 264 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 265 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 266 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 267 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 268 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 269 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 270 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 232 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 233 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 234 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 235 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 236 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 237 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 238 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 239 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 240 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 251 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 252 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 253 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 254 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 255 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 256 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 257 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 258 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 259 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 260 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 271 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 272 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 273 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 276 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 277 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 278 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 279 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 280 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 411 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 412 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 413 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 414 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 415 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 416 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 417 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 418 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 419 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 420 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 391 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 392 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 393 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 394 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 395 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 396 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 397 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 398 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 399 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 400 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 381 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 383 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 384 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 385 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 386 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 387 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 388 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 389 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 390 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 401 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 402 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 403 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 404 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|-----|---|---|---|---|---|---|--------------------------|
| 405 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 406 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 407 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 408 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 409 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 410 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 431 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 432 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 433 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 434 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 435 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 436 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 437 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 438 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 439 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 440 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 451 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 452 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 453 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 454 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 455 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 456 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 457 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 458 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 459 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 460 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 461 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 462 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 463 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 464 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 466 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 467 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 468 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 469 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 470 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 471 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 472 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 473 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 474 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 475 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 476 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 478 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 479 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 480 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 421 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 422 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 423 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 424 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 425 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 426 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 427 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 428 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 429 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 430 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 481 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 482 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 483 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 484 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 485 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 486 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 487 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 488 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 489 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 490 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 491 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 492 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 493 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 494 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 495 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 496 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 497 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 498 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 499 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 500 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 442 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 443 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 444 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 445 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 446 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 447 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 448 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 449 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 450 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 501 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 502 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 503 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 504 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 505 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 506 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 507 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 508 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 509 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 510 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 511 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 512 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 513 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 514 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 515 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 516 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 517 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 518 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 519 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 520 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 531 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 532 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 533 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 534 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 535 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 536 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 537 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 538 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 539 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 540 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 541 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 542 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 543 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 544 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 545 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 546 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 547 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 548 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 549 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 550 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 521 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 522 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 523 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 525 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 526 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 527 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 528 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 529 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 530 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 551 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 552 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 553 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 554 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 555 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 556 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 557 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 558 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 559 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 560 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 561 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 562 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 563 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 564 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 565 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 566 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 567 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 568 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 569 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 570 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 571 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 572 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 573 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 574 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 575 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 576 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 577 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 578 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 579 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 281 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 282 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 283 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 284 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 285 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 286 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 287 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 288 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 289 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 290 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 311 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 312 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 313 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 316 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 317 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 318 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 319 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 320 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 321 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 322 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 323 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 324 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 325 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 326 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 327 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 328 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 329 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 330 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 291 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 293 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 294 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 295 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 296 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 297 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 298 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 299 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 300 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 301 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 302 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 303 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 304 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 305 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 307 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 308 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 309 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 310 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 331 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 332 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 333 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 334 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 336 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 337 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 338 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 339 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 340 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 361 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 362 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 363 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 365 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 366 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 367 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 368 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 369 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 370 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 351 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 352 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 353 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 354 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 355 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 356 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 357 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 358 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 359 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 341 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 342 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 343 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 344 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 345 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 346 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 347 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 348 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 349 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 350 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 371 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 372 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 373 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 374 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 375 | $ | 8,002,772,821.19 | $ | 8,002,772,821.19 | $ | - | Indirect Purchaser Claim |
| 376 | $ | 18,072.18 | $ | 18,072.18 | $ | - | Indirect Purchaser Claim |
| 377 | $ | 1,360.53 | $ | 1,360.53 | $ | - | Indirect Purchaser Claim |
| 378 | $ | 1,510.00 | $ | 1,510.00 | $ | - | Indirect Purchaser Claim |
| 379 | $ | 785.00 | $ | 785.00 | $ | - | Indirect Purchaser Claim |
| 380 | $ | 100.00 | $ | 100.00 | $ | - | Indirect Purchaser Claim |
| 581 | $ | 1,000.00 | $ | 1,000.00 | $ | - | Indirect Purchaser Claim |
| 582 | $ | 693.15 | $ | 693.15 | $ | - | Indirect Purchaser Claim |
| 587 | $ | 400.00 | $ | 400.00 | $ | - | No Response to Request for Additional Information |
| 588 | $ | 2,097.00 | $ | 2,097.00 | $ | - | Indirect Purchaser Claim |
| 589 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 590 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 593 | $ | 338.57 | $ | 338.57 | $ | - | Indirect Purchaser Claim |
| 594 | $ | 12,000.00 | $ | 12,000.00 | $ | - | Indirect Purchaser Claim |
| 595 | $ | 5,260.00 | $ | 5,260.00 | $ | - | Indirect Purchaser Claim |
| 802 | $ | 5,749.00 | $ | 5,749.00 | $ | - | Indirect Purchaser Claim |
| 803 | $ | 12,000.00 | $ | 12,000.00 | $ | - | Indirect Purchaser Claim |
| 804 | $ | 8,500.00 | $ | 8,500.00 | $ | - | No Response to Request for Additional Information |
| 805 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 806 | $ | 16,000.00 | $ | 16,000.00 | $ | - | Indirect Purchaser Claim |
| 807 | $ | 20,500.00 | $ | 20,500.00 | $ | - | Indirect Purchaser Claim |
| 808 | $ | 20,500.00 | $ | 20,500.00 | $ | - | Indirect Purchaser Claim |
| 809 | $ | 16,500.00 | $ | 16,500.00 | $ | - | Indirect Purchaser Claim |
| 811 | $ | 800.00 | $ | 800.00 | $ | - | Indirect Purchaser Claim |
| 822 | $ | 2,099.00 | $ | 2,099.00 | $ | - | Indirect Purchaser Claim |
| 823 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 824 | $ | 6,360.00 | $ | 6,360.00 | $ | - | Indirect Purchaser Claim |
| 825 | $ | 297.90 | $ | 297.90 | $ | - | Indirect Purchaser Claim |
| 826 | $ | 6,685.10 | $ | 6,685.10 | $ | - | Indirect Purchaser Claim |
| 827 | $ | 12,650.00 | $ | 12,650.00 | $ | - | Indirect Purchaser Claim |
| 812 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 813 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 814 | $ | 802.86 | $ | 802.86 | $ | - | Indirect Purchaser Claim |
| 815 | $ | 1,764.40 | $ | 1,764.40 | $ | - | Indirect Purchaser Claim |
| 816 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 817 | $ | 375,027.00 | $ | 375,027.00 | $ | - | Indirect Purchaser Claim |
| 819 | $ | 742.22 | $ | 742.22 | $ | - | Indirect Purchaser Claim |
| 820 | $ | 3,413.00 | $ | 3,413.00 | $ | - | Indirect Purchaser Claim |
| 821 | $ | 4,370.00 | $ | 4,370.00 | $ | - | Indirect Purchaser Claim |
| 611 | $ | 1,432.00 | $ | 1,432.00 | $ | - | Indirect Purchaser Claim |
| 612 | $ | 12,392.11 | $ | 12,392.11 | $ | - | Indirect Purchaser Claim |
| 614 | $ | 13,527.23 | $ | 13,527.23 | $ | - | No Response to Audit Letter |
| 615 | $ | 9,602.85 | $ | 9,602.85 | $ | - | No Response to Request for Additional Information |
| 874 | $ | 2,413.00 | $ | 2,413.00 | $ | - | No Response to Request for Additional Information |
| 632 | $ | - | $ | - | $ | - | No Response to Request for Additional Information |
| 621 | $ | 1,315.00 | $ | 1,315.00 | $ | - | Indirect Purchaser Claim |
| 626 | $ | 541,630.56 | $ | 541,630.56 | $ | - | No Response to Request for Additional Information |
| 599 | $ | 11,200.00 | $ | 11,200.00 | $ | - | Indirect Purchaser Claim |
| 661 | $ | 850.00 | $ | 850.00 | $ | - | No Response to Request for Additional Information |
| 689 | $ | 4,000.00 | $ | 4,000.00 | $ | - | No Response to Request for Additional Information |
| 700 | $ | 760.00 | $ | 760.00 | $ | - | Indirect Purchaser Claim |
| 690 | $ | 13,200.00 | $ | 13,200.00 | $ | - | Indirect Purchaser Claim |
| 691 | $ | 875.00 | $ | 875.00 | $ | - | Indirect Purchaser Claim |
| 692 | $ | 64.26 | $ | 64.26 | $ | - | Indirect Purchaser Claim |
| 693 | $ | 23,500.00 | $ | 23,500.00 | $ | - | Indirect Purchaser Claim |
| 694 | $ | 8,848.00 | $ | 8,848.00 | $ | - | Indirect Purchaser Claim |
| 695 | $ | 2,413.00 | $ | 2,413.00 | $ | - | Indirect Purchaser Claim |
| 696 | $ | 225,000.00 | $ | 225,000.00 | $ | - | Indirect Purchaser Claim |
| 697 | $ | 7,000.00 | $ | 7,000.00 | $ | - | Indirect Purchaser Claim |
| 698 | $ | 1,350.00 | $ | 1,350.00 | $ | - | Indirect Purchaser Claim |
| 699 | $ | 6,625.00 | $ | 6,625.00 | $ | - | Indirect Purchaser Claim |
| 726 | $ | 1,439.38 | $ | 1,439.38 | $ | - | Indirect Purchaser Claim |
| 727 | $ | 1,233.00 | $ | 1,233.00 | $ | - | Indirect Purchaser Claim |

| 728 | $ | 1,400.00 | $ | 1,400.00 | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 729 | $ | 2,413.00 | $ | 2,413.00 | $ | - | Indirect Purchaser Claim |
| 730 | $ | 2,413.00 | $ | 2,413.00 | $ | - | Indirect Purchaser Claim |
| 731 | $ | 2,417.00 | $ | 2,417.00 | $ | - | Indirect Purchaser Claim |
| 732 | $ | 13,293.89 | $ | 13,293.89 | $ | - | Indirect Purchaser Claim |
| 733 | $ | 13,253.89 | $ | 13,253.89 | $ | - | Indirect Purchaser Claim |
| 734 | $ | 560.00 | $ | 560.00 | $ | - | Indirect Purchaser Claim |
| 735 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 701 | $ | 15,400.00 | $ | 15,400.00 | $ | - | Indirect Purchaser Claim |
| 702 | $ | 14,841.00 | $ | 14,841.00 | $ | - | Indirect Purchaser Claim |
| 703 | $ | 13,835.93 | $ | 13,835.93 | $ | - | Indirect Purchaser Claim |
| 704 | $ | 963.00 | $ | 963.00 | $ | - | Indirect Purchaser Claim |
| 705 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 706 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 710 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 736 | $ | 21,478.19 | $ | 21,478.19 | $ | - | Indirect Purchaser Claim |
| 737 | $ | 7,040.00 | $ | 7,040.00 | $ | - | Indirect Purchaser Claim |
| 738 | $ | 2,895.00 | $ | 2,895.00 | $ | - | Indirect Purchaser Claim |
| 739 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 740 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 741 | $ | 3,090.00 | $ | 3,090.00 | $ | - | Indirect Purchaser Claim |
| 742 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 743 | $ | 138,072.00 | $ | 138,072.00 | $ | - | Indirect Purchaser Claim |
| 744 | $ | 3,000.00 | $ | 3,000.00 | $ | - | Indirect Purchaser Claim |
| 745 | $ | 11,500.00 | $ | 11,500.00 | $ | - | Indirect Purchaser Claim |
| 756 | $ | 12,500.00 | $ | 12,500.00 | $ | - | Indirect Purchaser Claim |
| 760 | $ | 980.00 | $ | 980.00 | $ | - | Indirect Purchaser Claim |
| 761 | $ | 12,556.06 | $ | 12,556.06 | $ | - | No Response to Request for Additional Information |
| 762 | $ | 8,400.00 | $ | 8,400.00 | $ | - | Indirect Purchaser Claim |
| 763 | $ | 18.16 | $ | 18.16 | $ | - | No Response to Request for Additional Information |
| 764 | $ | 700.00 | $ | 700.00 | $ | - | Indirect Purchaser Claim |
| 765 | $ | 670.12 | $ | 670.12 | $ | - | Indirect Purchaser Claim |
| 721 | $ | 3,000.00 | $ | 3,000.00 | $ | - | Indirect Purchaser Claim |
| 722 | $ | 3,144.00 | $ | 3,144.00 | $ | - | Indirect Purchaser Claim |
| 723 | $ | 2,413.00 | $ | 2,413.00 | $ | - | Indirect Purchaser Claim |
| 725 | $ | 1,162,597.00 | $ | 1,162,597.00 | $ | - | Indirect Purchaser Claim |
| 792 | $ | 2,665.00 | $ | 2,665.00 | $ | - | No Response to Audit Letter |
| 793 | $ | 2,414.00 | $ | 2,414.00 | $ | - | No Response to Audit Letter |
| 790 | $ | 2,413.00 | $ | 2,413.00 | $ | - | No Response to Request for Additional Information |
| 766 | $ | 2,926.47 | $ | 2,926.47 | $ | - | No Response to Request for Additional Information |
| 767 | $ | 12,579.00 | $ | 12,579.00 | $ | - | Indirect Purchaser Claim |
| 768 | $ | 13,626.18 | $ | 13,626.18 | $ | - | Indirect Purchaser Claim |
| 769 | $ | 2,200.00 | $ | 2,200.00 | $ | - | Indirect Purchaser Claim |
| 770 | $ | 6,316.00 | $ | 6,316.00 | $ | - | Indirect Purchaser Claim |
| 771 | $ | 12,650.00 | $ | 12,650.00 | $ | - | Indirect Purchaser Claim |
| 772 | $ | 10,000.00 | $ | 10,000.00 | $ | - | Indirect Purchaser Claim |
| 773 | $ | 318.32 | $ | 318.32 | $ | - | Indirect Purchaser Claim |
| 774 | $ | 2,500.00 | $ | 2,500.00 | $ | - | Indirect Purchaser Claim |
| 711 | $ | 21,600.00 | $ | 21,600.00 | $ | - | Indirect Purchaser Claim |
| 712 | $ | 10,000.00 | $ | 10,000.00 | $ | - | Indirect Purchaser Claim |
| 713 | $ | 63,600.00 | $ | 63,600.00 | $ | - | Indirect Purchaser Claim |
| 714 | $ | 840.00 | $ | 840.00 | $ | - | No Response to Request for Additional Information |

| 715 | $ | 400.00 | $ | 400.00 | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 716 | $ | 30.00 | $ | 30.00 | $ | - | Indirect Purchaser Claim |
| 717 | $ | 369.73 | $ | 369.73 | $ | - | Indirect Purchaser Claim |
| 718 | $ | 2,110.00 | $ | 2,110.00 | $ | - | Indirect Purchaser Claim |
| 719 | $ | 169,441.51 | $ | 169,441.51 | $ | - | Indirect Purchaser Claim |
| 720 | $ | 554.00 | $ | 554.00 | $ | - | Indirect Purchaser Claim |
| 746 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 747 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 748 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 749 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 750 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 751 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 752 | $ | 500.00 | $ | 500.00 | $ | - | Indirect Purchaser Claim |
| 753 | $ | 834.60 | $ | 834.60 | $ | - | Indirect Purchaser Claim |
| 754 | $ | 50,626.00 | $ | 50,626.00 | $ | - | No Response to Request for Additional Information |
| 755 | $ | 2,250.00 | $ | 2,250.00 | $ | - | Indirect Purchaser Claim |
| 786 | $ | 3,900.00 | $ | 3,900.00 | $ | - | Indirect Purchaser Claim |
| 787 | $ | 1,375.00 | $ | 1,375.00 | $ | - | Indirect Purchaser Claim |
| 788 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 776 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 777 | $ | 8,500.00 | $ | 8,500.00 | $ | - | Indirect Purchaser Claim |
| 778 | $ | 16,900.00 | $ | 16,900.00 | $ | - | Indirect Purchaser Claim |
| 779 | $ | 1,200.04 | $ | 1,200.04 | $ | - | Indirect Purchaser Claim |
| 780 | $ | 1,200.00 | $ | 1,200.00 | $ | - | Indirect Purchaser Claim |
| 781 | $ | 7,650.00 | $ | 7,650.00 | $ | - | Indirect Purchaser Claim |
| 782 | $ | 114,121.64 | $ | 114,121.64 | $ | - | Indirect Purchaser Claim |
| 783 | $ | 3,374,370.00 | $ | 3,374,370.00 | $ | - | Indirect Purchaser Claim |
| 784 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 785 | $ | 9,000.00 | $ | 9,000.00 | $ | - | Indirect Purchaser Claim |
| 724 | $ | 5,320.00 | $ | 5,320.00 | $ | - | Indirect Purchaser Claim |
| 71 | $ | 12,690.00 | $ | 12,690.00 | $ | - | Indirect Purchaser Claim |
| 709 | $ | 39,125.00 | $ | 39,125.00 | $ | - | Indirect Purchaser Claim |
| 846 | $ | 700.20 | $ | 700.20 | $ | - | Indirect Purchaser Claim |
| 838 | $ | 344.14 | $ | 344.14 | $ | - | Indirect Purchaser Claim |
| 839 | $ | 460.98 | $ | 460.98 | $ | - | Indirect Purchaser Claim |
| 840 | $ | 675.00 | $ | 675.00 | $ | - | Indirect Purchaser Claim |
| 841 | $ | 1,597.50 | $ | 1,597.50 | $ | - | Indirect Purchaser Claim |
| 844 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 862 | $ | 1,465.00 | $ | 1,465.00 | $ | - | Indirect Purchaser Claim |
| 863 | $ | 125.00 | $ | 125.00 | $ | - | Indirect Purchaser Claim |
| 869 | $ | 1,030.00 | $ | 1,030.00 | $ | - | Indirect Purchaser Claim |
| 870 | $ | 737,000.00 | $ | 737,000.00 | $ | - | No Response to Request for Additional Information |
| 882 | $ | 529,000.00 | $ | 529,000.00 | $ | - | No Response to Request for Additional Information |
| 883 | $ | 14,052.92 | $ | 14,052.92 | $ | - | No Response to Request for Additional Information |
| 884 | $ | 1,500.00 | $ | 1,500.00 | $ | - | Indirect Purchaser Claim |
| 885 | $ | 107.86 | $ | 107.86 | $ | - | Indirect Purchaser Claim |
| 886 | $ | 2,110.00 | $ | 2,110.00 | $ | - | Indirect Purchaser Claim |
| 887 | $ | 38,859.50 | $ | 38,859.50 | $ | - | No Response to Request for Additional Information |
| 888 | $ | 3,760.00 | $ | 3,760.00 | $ | - | Indirect Purchaser Claim |
| 889 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 890 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 891 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |

| 892 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
|---|---|---|---|---|---|---|---|
| 895 | $ | 14,899.35 | $ | 14,899.35 | $ | - | Indirect Purchaser Claim |
| 896 | $ | 32,969.38 | $ | 32,969.38 | $ | - | Indirect Purchaser Claim |
| 898 | $ | - | $ | - | $ | - | Indirect Purchaser Claim |
| 72 | $ | 18,174,513.00 | $ | 18,174,513.00 | $ | - | No Response to Request for Additional Information |
| 904 | $ | 712.35 | $ | 712.35 | $ | - | Indirect Purchaser Claim |
| 905 | $ | 19,699.53 | $ | 19,699.53 | $ | - | No Response to Audit Letter |
| 906 | $ | - | $ | - | $ | - | No Response to Request for Additional Information |
| 911 | $ | 558,912.00 | $ | 558,912.00 | $ | - | Indirect Purchaser Claim |
| 913 | $ | 8,988,422.00 | $ | 8,988,422.00 | $ | - | Indirect Purchaser Claim |
| 920 | $ | 905,280.65 | $ | 905,280.65 | $ | - | Indirect Purchaser Claim |
| 925 | $ | 1,995,828.60 | $ | 1,995,828.60 | $ | - | No Response to Audit Letter |
| 926 | $ | 29,311,365.17 | $ | 29,311,365.17 | $ | - | No Response to Audit Letter |
| 930 | $ | 310,000.00 | $ | 310,000.00 | $ | - | No Response to Audit Letter |
| 931 | $ | 1,203,251.00 | $ | 1,203,251.00 | $ | - | No Response to Audit Letter |
| 932 | $ | 6,801,994.75 | $ | 6,801,994.75 | $ | - | No Response to Audit Letter |
| 933 | $ | 1,116.00 | $ | 1,116.00 | $ | - | No Response to Audit Letter |
| 94 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 176 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 214 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 185 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 242 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 198 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 221 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 231 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 274 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 275 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 382 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 465 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 477 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 441 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 524 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 580 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 314 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 315 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 292 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 306 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 335 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 364 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 360 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 877 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 707 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 708 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 757 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 758 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 759 | $ | 40,000.00 | $ | 40,000.00 | $ | - | Claim Withdrawn |
| 794 | $ | 362,577.37 | $ | 362,577.37 | $ | - | Claim Withdrawn |
| 865 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 868 | $ | 382,284.68 | $ | 382,284.68 | $ | - | Claim Withdrawn |
| 894 | $ | 9,995,387,314.00 | $ | 9,995,387,314.00 | $ | - | Claim Withdrawn |
| 872 | $ | - | $ | - | $ | - | Claim Withdrawn |
| 949 | $ | 26,819,297.82 | $ | 26,819,297.82 | $ | - | Claim Withdrawn |

| 45 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
|---|---|---|---|---|---|---|---|
| 945 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 583 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 939 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 942 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 897 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 586 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 940 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 943 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 608 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 941 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 944 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 881 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 837 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 616 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 617 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 618 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 619 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 642 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 878 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 876 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 901 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 644 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 605 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 606 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 879 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 654 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 655 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 657 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 658 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 660 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 662 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 663 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 664 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 682 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 683 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 684 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 686 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 687 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 953 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 670 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 679 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 954 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 666 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 668 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 669 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 671 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 673 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 675 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 677 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 680 | $ | - | $ | - | $ | - | Duplicate Claim Submission |
| 685 | $ | - | $ | - | $ | - | Duplicate Claim Submission |

| | | | | | |
|---|---|---|---|---|---|
| 667 | $ - | $ - | $ - | Duplicate Claim Submission |
| 672 | $ - | $ - | $ - | Duplicate Claim Submission |
| 674 | $ - | $ - | $ - | Duplicate Claim Submission |
| 678 | $ - | $ - | $ - | Duplicate Claim Submission |
| 681 | $ - | $ - | $ - | Duplicate Claim Submission |
| 688 | $ - | $ - | $ - | Duplicate Claim Submission |
| 952 | $ - | $ - | $ - | Duplicate Claim Submission |
| 795 | $ - | $ - | $ - | Duplicate Claim Submission |
| 871 | $ - | $ - | $ - | Duplicate Claim Submission |
| 843 | $ - | $ - | $ - | Duplicate Claim Submission |
| 921 | $ - | $ - | $ - | Duplicate Claim Submission |
| 902 | $ - | $ - | $ - | Duplicate Claim Submission |
| 903 | $ - | $ - | $ - | Duplicate Claim Submission |
| 917 | $ - | $ - | $ - | Duplicate Claim Submission |
| 958 | $ - | $ - | $ - | Duplicate Claim Submission |
| 961 | $ - | $ - | $ - | Duplicate Claim Submission |
| 43 | $ - | $ - | $ - | Duplicate Claim Submission |
| 46 | $ - | $ - | $ - | Duplicate Claim Submission |
| 928 | $ - | $ - | $ - | Duplicate Claim Submission |
| 929 | $ - | $ - | $ - | Duplicate Claim Submission |
| 923 | $ - | $ - | $ - | Duplicate Claim Submission |
| 924 | $ - | $ - | $ - | Duplicate Claim Submission |
| 927 | $ - | $ - | $ - | Duplicate Claim Submission |
| 934 | $ - | $ - | $ - | Duplicate Claim Submission |
| 935 | $ - | $ - | $ - | Duplicate Claim Submission |
| 936 | $ - | $ - | $ - | Duplicate Claim Submission |
| 937 | $ - | $ - | $ - | Duplicate Claim Submission |
| 938 | $ - | $ - | $ - | Duplicate Claim Submission |
| 946 | $ - | $ - | $ - | Duplicate Claim Submission |
| 947 | $ - | $ - | $ - | Duplicate Claim Submission |
| 951 | $ - | $ - | $ - | Duplicate Claim Submission |
| 950 | $ - | $ - | $ - | Duplicate Claim Submission |
| 956 | $ - | $ - | $ - | Duplicate Claim Submission |
| 959 | $ - | $ - | $ - | Duplicate Claim Submission |
| 960 | $ - | $ - | $ - | Duplicate Claim Submission |
| 962 | $ - | $ - | $ - | Duplicate Claim Submission |
| 963 | $ - | $ - | $ - | Duplicate Claim Submission |
| 964 | $ - | $ - | $ - | Duplicate Claim Submission |
| 11 | $ - | $ - | $ - | Claimant elected to Opt Out, Claim Void |
| **Totals** | $ 18,102,856,655.15 | $ 18,102,856,655.15 | $ - | |

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

# EXHIBIT B

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP CODE

MONTH DAY, YEAR

**Response Deadline: MONTH DAY, YEAR**
Tracking Number: TRACKING NUMBER
Claim Number: CLAIM NUMBER

**Notice of Defective Claim Form**

Dear Claimant,

We received the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action Settlement. Upon reviewing your Claim Form, we found that it is deficient for the reason(s) listed below. This letter is being sent to provide you with an opportunity to cure the deficiency(ies). Please provide the requested information, postmarked no later than the response deadline shown at the top of this letter. Please be advised that failure to cure the deficiency(ies) listed below by that date could result in the denial of your claim, in whole or in part.

DEFECT REASON

Please provide the requested information so that it is postmarked no later than the response deadline shown at the top of this letter. If you have any questions, you may contact the Settlement Administrator at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

T3441 v.03 11.14.2017

## SCHEDULE OF PURCHASES

**Please fill out ONE worksheet for EACH YEAR[1] in which you directly purchased Wire Harness Products in the United States during the Class Period (January 1, 2000, to December 13, 2016). Enter the year of the purchases in the space provided. You may make as many copies of the blank worksheet as necessary to list your purchases for each year. If you need more space to list your purchases for any year, please use an additional worksheet.**

NAME OF CLAIMANT _____   YEAR _____

| Company Purchased From [2] | Products Purchased [3] | Amount Purchased [4] |
|---|---|---|
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |

**TOTAL FOR YEAR:  ($)**_____

---

[1] For purchases during 2014 only, please separately list purchases made from January 1, 2014, through and including May 5, 2014, and purchases made from May 6, 2014, through and including December 31, 2014.

[2] Identify the specific company or companies from which you directly purchased Wire Harness Products: (1) Chiyoda Manufacturing Corporation; (2) Denso Corporation; (3) Denso International America, Inc.; (4) Fujikura Ltd.; (5) Fujikura Automotive America LLC; (6) Furukawa Electric Co., Ltd.; (7) American Furukawa, Inc.; (8) Furukawa Wiring Systems America, Inc. f/k/a Furukawa Lear Corporation and Lear Furukawa Corporation; (9) G.S. Electech, Inc.; (10) G.S. Wiring Systems Inc.; (11) G.S.W. Manufacturing, Inc.; (12) Lear Corporation; (13) LEONI Wiring Systems, Inc.; (14) Leonische Holding Inc.; (15) Mitsubishi Electric Corporation; (16) Mitsubishi Electric US Holdings, Inc.; (17) Mitsubishi Electric Automotive America, Inc.; (18) Sumitomo Electric Industries, Ltd.; (19) Sumitomo Wiring Systems, Ltd.; (20) Sumitomo Electric Wiring Systems, Inc.; (21) K&S Wiring Systems, Inc.; (22) Sumitomo Wiring Systems (U.S.A.), Inc.; (23) Tokai Rika Co., Ltd.; (24) TRAM, Inc.; (25) Yazaki Corporation; and (26) Yazaki North America, Inc. Purchases from companies that are not listed should not be included.

[3] List the specific Wire Harness Products purchased. If providing a part code, please provide a description as well.

[4] List the dollar amount of **direct purchases** of Wire Harness Products in the United States from each of the companies listed above for the year in question. The purchase amounts must be the net amounts paid after deducting any discounts, rebates, taxes, delivery and freight charges.

**[NPP]**

**Missing Schedule of Purchases:** Your Claim Form submission does not include a Schedule of Purchases. All Claim Form submissions must provide a Schedule of Purchases with (1) the year of purchase, (2) the Defendant from which the part(s) was (were) purchased, (3) the product(s) purchased, and (4) the amount purchased. We have attached a Schedule of Purchases; please complete and return it to the Settlement Administrator with all required purchase information included. If your Schedule of Purchases will include more than 50 items, please request an electronic Schedule from info@autopartsantitrustlitigation-wh.com.

INSERT SCHEDULE OF PURCHASES HERE

**[MPI]**

**Missing Purchase Information:** The Schedule of Purchases submitted with your Claim Form does not include some or all of the required purchase information set forth on the Schedule of Purchases. All Claim Form submissions must provide a Schedule of Purchases with (1) the year of purchase, (2) the Defendant from which the part(s) was (were) purchased, (3) the product(s) purchased, and (4) the amount purchased for your claim to be reviewed further. The purchases for which you must provide additional information are included below. If your Schedule of Purchases will include more than 50 items, please request an electronic Schedule from info@autopartsantitrustlitigation-wh.com.

INSERT SCHEDULE OF PURCHASES HERE

| **Company Purchased From** | **Products Purchased** | **Amount Purchased** |
|---|---|---|

INSERT SCHEDULE OF PURCHASES HERE

**[MPR]**

**No Identification of Purchase Records:** You did not identify the records used to calculate your claimed purchases, as described in Section IV of the Claim Form. Please list below those records (e.g., invoices, purchase journals, accounts payable journals) you used to calculate your claimed purchases. If you based your claim on estimates, list and identify below those records used by you as the basis of your estimates, and explain how you calculated your estimated payments.

_____

_____

_____

_____

_____

**[MNI]**

**Missing Identity of Claimant:** You did not fully complete Section I – Identity of Claimant. You can resolve this defect by completing the section below and returning this letter to the Wire Harness Products Direct Purchaser Antitrust Litigation Settlement Administrator by the response deadline.

Indicate below your (the Claimant's) name and mailing address. Please note: Correspondence concerning your claim will be directed to you at your mailing address. You should notify the Settlement Administrator promptly if your address changes after you have submitted this form.

First Name: _____     MI: ____  Last Name: _____

Address:

City:                                          State:      ZIP Code:

Country:

Email Address:

Claimant is a (check one):
☐ Corporation          ☐ Individual          ☐ Trustee in Bankruptcy          ☐ Partnership

☐ Other (specify, and provide the name and address of the person or entity on whose behalf you are acting):

First Name:                          MI:      Last Name:

Address:

City:                                          State:      ZIP Code:

Country:

Email Address:

**[MCI]**

**Missing Contact Information:** You did not fully complete Section II – Contact Person. You can resolve this defect by completing the section below and returning this letter to the Wire Harness Products Direct Purchaser Antitrust Litigation Settlement Administrator by the response deadline.

Indicate below the person to be contacted regarding this claim and the person's telephone numbers and email address:

First Name:                          MI:      Last Name:

Area Code      Telephone No. (Day)              Area Code      Telephone No. (Evening)

Area Code      Fax Number

Email Address:

If it is different from the Claimant's address provided with the original claim submission, provide the contact person's address:

Address:

City:                                           State:      ZIP Code:

## [W-9]

**Incomplete Substitute Form W-9:** You did not fully complete Section VII – Substitute Form W-9. You can resolve this defect by completing the substitute Form W-9 below and returning this letter to the Wire Harness Products Direct Purchaser Antitrust Litigation Settlement Administrator by the response deadline.

Each Claimant must provide the information requested in the following boxes. If the correct information is not provided, a portion of any payment that the Claimant may be entitled to receive from the Settlement Funds may be withheld.

## **Request for Federal Taxpayer Identification Number and Certification**

Claimant's federal taxpayer identification number is:

Employer Identification Number (for corporations, trusts, etc.)

**OR**

Social Security Number (for individuals)

Name of taxpayer whose identification number is written above:

First Name:                        MI:   Last Name:

I certify that the above taxpayer is NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

NOTE: If you have been notified by the IRS that you are subject to backup withholding, please strike out the word "NOT" in the previous sentence.

Under penalty of perjury, I certify that the foregoing information is true and correct.

_____     Date: ☐☐ – ☐☐ – ☐☐☐☐
Signature                                               MM     DD    YYYY

_____
Print Name

Instructions regarding IRS Form W-9 are available at the Internal Revenue Service website, www.IRS.gov.

## [SIG]

**Missing Signature:** You did not sign Section VIII – Certification. You can resolve this defect by signing below and returning this letter to the Wire Harness Products Direct Purchaser Antitrust Litigation Settlement Administrator by the response deadline. If you submitted the claim on behalf of another party (for example, as trustee, executor, or pursuant to a power of attorney), you must provide proof of authority to legally act on the beneficiary's behalf. Your signature below will be treated as an execution of your previously submitted claim and your affirmation of the Certification of the Claim Form.

I, _____, declare under penalty of perjury under the laws of the United States and the State of _____ (required) that the information supplied in the submitted Claim Form by the undersigned is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

I understand that I may be asked to provide supplemental information by the Settlement Administrator before my claim will be considered complete and valid.

_____           _____

Signature                                                                                          Date

_____

Print Name

_____

Title or position (if Claimant is not an individual)

**[PND]**

**Purchases from Non-Defendants:** The Schedule of Purchases submitted with your Claim Form includes purchases from Non-Defendant companies. All Claim Form submissions must provide a Schedule of Purchases with (1) the year of purchase, (2) the Defendant from which the part(s) was (were) purchased, (3) the product(s) purchased, and (4) the amount purchased for your claim to be reviewed further. The purchases for which you must provide additional information are included below. If your Schedule of Purchases will include more than 50 items, please request an electronic Schedule from info@autopartsantitrustlitigation-wh.com.

| Company Purchased From | Products Purchased | Amount Purchased |
|---|---|---|
| INSERT SCHEDULE OF PURCHASES HERE | | |

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
PO Box 5110
Portland, OR 97208-5110

**EXHIBIT B**

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE, ZIP

MONTH DAY, YEAR
**Response Deadline: MONTH DAY, YEAR**
Tracking Number: TRACKING NUMBER

Dear Claimant,

    We have reviewed the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action settlement. To proceed with our review of your claim, we are requesting additional information about the products on the attached list, which will allow us to determine whether they are "Wire Harness Products" within the meaning of the class definition.[1]

    Please provide a description of each of these products, postmarked by the above deadline. **If you do not provide us with the additional information requested by the deadline, amounts claimed as a result of those product purchases will be recommended for disallowance.**

    If you have any questions, you may contact the Settlement Administrator at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

---

[1] "Wire Harness Products" are Wire Harnesses and the following related products: automotive electrical wiring, lead wire assemblies, cable bond, automotive wiring connectors, automotive wiring terminals, high voltage wiring, electronic control units, fuse boxes, relay boxes, junction blocks, power distributors, and speed sensor wire assemblies used in motor vehicles.

**<u>UNIDENTIFIABLE PARTS LIST</u>**

| Year | Products Purchased | Amount Purchased |
|------|--------------------|--------------------|
| YEAR | PRODUCTS PURCHASED | AMOUNT PURCHASED |

## SCHEDULE OF PURCHASES

**Please fill out ONE worksheet for EACH YEAR[1] in which you directly purchased Wire Harness Products in the United States during the Class Period (January 1, 2000, to December 13, 2016). Enter the year of the purchases in the space provided. You may make as many copies of the blank worksheet as necessary to list your purchases for each year. If you need more space to list your purchases for any year, please use an additional worksheet.**

**NAME OF CLAIMANT** _____  **YEAR** _____

| Company Purchased From[2] | Products Purchased[3] | Amount Purchased[4] |
|---|---|---|
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |
| | | ($) |

**TOTAL FOR YEAR: ($)** _____

---

[1] For purchases during 2014 only, please separately list purchases made from January 1, 2014, through and including May 5, 2014, and purchases made from May 6, 2014, through and including December 31, 2014.

[2] Identify the specific company or companies from which you directly purchased Wire Harness Products: (1) Chiyoda Manufacturing Corporation; (2) Denso Corporation; (3) Denso International America, Inc.; (4) Fujikura Ltd.; (5) Fujikura Automotive America LLC; (6) Furukawa Electric Co., Ltd.; (7) American Furukawa, Inc.; (8) Furukawa Wiring Systems America, Inc. f/k/a Furukawa Lear Corporation and Lear Furukawa Corporation; (9) G.S. Electech, Inc.; (10) G.S. Wiring Systems Inc.; (11) G.S.W. Manufacturing, Inc.; (12) Lear Corporation; (13) LEONI Wiring Systems, Inc.; (14) Leonische Holding Inc.; (15) Mitsubishi Electric Corporation; (16) Mitsubishi Electric US Holdings, Inc.; (17) Mitsubishi Electric Automotive America, Inc.; (18) Sumitomo Electric Industries, Ltd.; (19) Sumitomo Wiring Systems, Ltd.; (20) Sumitomo Electric Wiring Systems, Inc.; (21) K&S Wiring Systems, Inc.; (22) Sumitomo Wiring Systems (U.S.A.), Inc.; (23) Tokai Rika Co., Ltd.; (24) TRAM, Inc.; (25) Yazaki Corporation; and (26) Yazaki North America, Inc. Purchases from companies that are not listed should not be included.

[3] List the specific Wire Harness Products purchased. If providing a part code, please provide a description as well.

[4] List the dollar amount of **direct purchases** of Wire Harness Products in the United States from each of the companies listed above for the year in question. The purchase amounts must be the net amounts paid after deducting any discounts, rebates, taxes, delivery and freight charges.

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

**EXHIBIT B**

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP

MONTH DAY, YEAR
**Response Deadline: MONTH DAY, YEAR**

Dear Claimant,

We received the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action settlement. After reviewing your claim, we have found that it is deficient for the reason below. Please provide the requested information, postmarked no later than the response deadline shown at the top of this letter. Please be advised that failure to cure the deficiency listed below by that date could result in the denial of your claim, in whole or in part.

- **Lack of Evidence of Direct Purchases**: It appears that at least one of the entities for whom you submitted Claim Forms, or you if an individual, did not purchase the affected products **directly** from one of the Defendants, and therefore are not a member of the Direct Purchaser Settlement Classes certified by the Court and are not eligible to receive any of the settlement proceeds. If you believe this is incorrect, please provide evidence (for example, an invoice) for each Claimant reflecting that it purchased the affected products **directly** from the Defendants. Please inform us if any or all of the entities are not direct purchasers, and that you are withdrawing those claims.

You have until the deadline above to provide us with the requested information. If you have any questions, you may contact the Settlement Administrator at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

T3471 v.01 11.06.2017

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

**EXHIBIT C**

CLAIMANT NAME
CLAIMANT ADDRESS

CITY, STATE ZIP

MONTH DAY, YEAR

**Response Deadline:** MONTH DAY, YEAR

Tracking Number: TRACKING NUMBER

Dear Claimant,

We have completed our review of the Claim Form you submitted in connection with the Wire Harness Products Direct Purchaser class action settlement. We write to inform you that we will recommend to the Court that your claim is **disallowed in its entirety** for one of the following reasons:

- **Parts Not Eligible for Payment:** Your Claim Form included amounts for purchases of products that are not Wire Harness products within the meaning of the class definition.

- **Insufficient Proof of Purchase Information:** You did not provide sufficient information and/or documentation to support your claimed purchase amounts.

- **Purchases of Wire Harness Products outside the United States:** Your Claim Form included purchases of products that do not qualify as eligible purchases under the class definition, which is limited to purchases of Wire Harness products in the United States directly from a Defendant.

You have until the response deadline above to contest this determination. If you do so, you must submit a statement of the reason(s) why you are contesting the determination along with any documents you believe support your position.

This will be the final correspondence you receive concerning your claim unless you contest the determination. If you contest the determination, you must return your response (including any supporting documents) to the above address postmarked by the above deadline. If we do not receive your response postmarked by that date, your claim will be recommended for disallowance in its entirety.

If you have any questions about this determination, you may contact the Settlement Administrator toll-free at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

# EXHIBIT C

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP

MONTH DAY, YEAR
Tracking Number: TRACKING NUMBER

Dear Claimant,

You were previously contacted in writing and asked to provide additional information supporting the Claim Form(s) that you submitted in the litigation listed above. This letter confirms that we did not receive the requested information by the deadline set forth in the aforementioned communication and to advise you that, accordingly, Settlement Class Counsel will recommend to the Court that the claim(s) be denied in its/their entirety.

If you have any questions, you may contact the Settlement Administrator at 1-877-845-2749 or by mail at the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

# EXHIBIT D

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP

MONTH DAY, YEAR

**Response Deadline:** MONTH DAY, YEAR

Tracking Number: TRACKING NUMBER

Dear Claimant,

We are writing to confirm the withdrawal of the Claim Form you submitted in connection with settlements in the *Wire Harness Products Direct Purchaser* class action. Because you have withdrawn your claim, we will recommend to the Court that it be **disallowed in its entirety**.

If you did not intend to withdraw your claim, you have until the response deadline above to respond to this notice. If we do not receive your response postmarked by that date, your claim will be recommended for disallowance in its entirety. This will be the final correspondence you receive concerning your claim.

If you have any questions about this determination, you may contact the Settlement Administrator toll-free at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
P.O. Box 5110
Portland, OR 97208-5110

**EXHIBIT E**

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP

MONTH DAY, YEAR
**Response Deadline: MONTH DAY, YEAR**
Tracking Number: TRACKING NUMBER

Dear Claimant,

We received the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action settlement. After reviewing your claim, we have determined that additional information is required to confirm your claimed purchases, and we are therefore requesting that you provide us with either:

a)       Supporting documentation for two of the years in which you claimed purchases on your Claim Form. Acceptable documentation may include purchase journals, accounts payable journals, or similar records reflecting: the Defendant(s) from whom you purchased Wire Harness Products, the products purchased from each Defendant, and the total amounts purchased from each Defendant. Additionally, please submit either a spreadsheet or summary report listing eligible transactions for all years with claimed purchases if you did not already provide this information when you submitted your claim.

OR

b)       If you are unable to provide the requested documentation, please submit a notarized affidavit that describes the reasons why additional documentation cannot be provided, swearing under penalty of perjury that the information submitted in the original Claim Form is true to the best of your knowledge and the resources available to you.

You have until the deadline above to provide us with the requested information. If you have any questions, you may contact the Settlement Administrator at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

U4461 v.01 04.06.2018

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**            **EXHIBIT F**
Settlement Administrator
P.O. Box 5110
Portland, OR 97208-5110


CLAIMANT NAME                                              MONTH DAY, YEAR
CLAIMANT ADDRESS
CITY, STATE ZIP                              **Response Deadline:** MONTH DAY, YEAR

                                          Tracking Number: TRACKING NUMBER




Dear Claimant,

    We have completed our review of the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action settlement. Based on the information you provided with your claim, we will recommend to the Court that your claim be **allowed in its entirety**:

| **Claimed Purchases** | **Disallowed Purchases** | **Total Allowed Purchases** |
|:---:|:---:|:---:|
| **TOTAL** | **TOTAL** | **TOTAL** |

    Please note that the "Total Allowed Purchases" amount does **not** represent the amount you will receive, but it will be used to calculate your pro rata share of the Net Settlement Fund.

    This will be the final correspondence you receive concerning your claim. We hope to conclude the review process as quickly as possible so that a motion authorizing distribution of the Settlement Funds can be submitted to the Court, and approved claimants can receive their share of those funds in the near future.

    If you have any questions about your claim or award, you may contact the Settlement Administrator toll-free at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation

V1321 v.01 07.06.2018

**Wire Harness Products**
**Direct Purchaser Antitrust Litigation**
Settlement Administrator
P.O. Box 5110
Portland, OR 97208-5110

**EXHIBIT F**

CLAIMANT NAME                                                    MONTH DAY, YEAR
CLAIMANT ADDRESS                              **Response Deadline:** MONTH DAY, YEAR
CITY, STATE ZIP                                   Tracking Number: TRACKING NUMBER

Dear Claimant,

    We have completed our review of the Claim Form you submitted in connection with the *Wire Harness Products Direct Purchaser* class action settlement. Based on the information you provided with your claim, we will make the following recommendation to the Court concerning your claim:

| **Claimed Purchases** | **Disallowed Purchases** | **Total Allowed Purchases** |
|:---:|:---:|:---:|
| TOTAL | TOTAL | TOTAL |

    "Disallowed Purchases" are any Claimed Purchases that are **not** purchases of Wire Harness products within the meaning of the Settlement Class definition. The "Total Allowed Purchases" amount does **not** represent the amount you will receive, but will be used to calculate your pro rata share of the Net Settlement Fund.

    It will be recommended to the Court that certain of your Claimed Purchases not be allowed for the following reason:

•  **Parts Not Eligible for Payment:** Your Claim Form included amounts for purchases of products that are not Wire Harness Products within the meaning of the Settlement Class definition.

    You have until the response deadline above to contest this determination. If you do so, you must submit a statement of the reason(s) why you are contesting the determination along with any documents you believe support your position.

    This will be the final correspondence you receive concerning your claim, unless you contest the determination. If you contest the determination, you must return your response (including any supporting documents) to the above address, postmarked by the above deadline. If we do not receive your response postmarked by that date, your claim will be recommended for approval in the amount of Total Allowed Purchases set forth above.

    We hope to conclude the review process as quickly as possible so that a motion authorizing distribution of the Settlement Funds can be submitted to the Court, and approved claimants can receive their share of those funds in the near future.

    If you have any questions about your claim or award, you may contact the Settlement Administrator toll-free at 1-877-845-2749 or by mail to the above address.

Sincerely,

Settlement Administrator
Wire Harness Products Direct Purchaser Antitrust Litigation