# EXHIBIT 7

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311** |
| | **HON. MARIANNE O. BATTANI** |
| **In Re: OCCUPANT SAFETY SYSTEMS CASES** | |
| **THIS RELATES TO:** | |
| **ALL DIRECT PURCHASER ACTIONS** | **2:12-cv-00601-MOB-MKM** |

### DECLARATION OF GUY J. THOMPSON

I, Guy J. Thompson, hereby declare as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions ("Epiq") in Beaverton, Oregon. I am familiar with the actions taken by Epiq with respect to the settlements reached in this case between the Direct Purchaser Plaintiffs and the Autoliv and TRW Defendants and the corresponding Claim Forms filed and the processing of the Claim Forms. This declaration is based upon my personal knowledge and information provided to me by Plaintiff's counsel, and associates and staff under my supervision, and is accurate and truthful to the best of my knowledge.

2.      Epiq is a full-service data processing company and has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort matters, SEC and FTC disgorgement actions, and other major litigation. Our associates include technology experts, attorneys, paralegals, MBAs, and CPAs. Epiq has administered more than 1,000 settlements in some of the largest and most complex cases ever settled.

3.      Epiq is a firm with more than 20 years of experience in data processing, claims processing, and settlement administration. Epiq's class action case administration services

include coordination of all notice requirements, design of direct-mail notice, receipt and processing of opt-outs and objections by potential class members, coordination with the United States Postal Service, claims database management, claim adjudication, fund management, and distribution services. Epiq works with the settling parties, the Court, and the settlement class members in a neutral facilitation role, taking the negotiated terms of a settlement and implementing settlement administration services.

4.    In its capacity as Settlement Administrator, Epiq was retained to receive, review, and process the Claim Forms that were filed, to handle Claimant communications and inquiries, audit claims when necessary, and to otherwise assist Settlement Class Counsel in the administration process.

### Summary of Claim Forms Received

5.    The deadline for submitting a Claim Form was August 10, 2015. To date, Epiq has received 540 Claim Forms, with claims totaling $39,693,879,772.00. (The last Claim Form was received on January 15, 2016.) Attached hereto as Exhibit A is the Claimants Listing ("Claimants Listing"), which lists and categorizes the claims filed.[1] Of the 455 individual, non-duplicative[2] Claim Forms filed, 389 were postmarked on or before the August 10, 2015 submission deadline and 66 were postmarked after August 10, 2015.[3] Epiq recommends that the 66 late-filed Claim Forms be considered timely because they did not materially delay the ultimate processing of the Claim Forms submitted on or before August 10, 2015.

---

[1] Due to the sensitive nature of Claimants' information, claims are identified by their assigned Claim Numbers only.

[2] There were 85 duplicate claim submissions.

[3] The last Claim Form was received by Epiq on January 15, 2016.

2

## The Deficiency and Audit Processes

6.      After our initial review of the claim submissions, on September 14, 2015, Epiq sent letters to 395 Claimants advising them that their claims appeared to be deficient, and of the nature of their claim's deficiency.  These Claimants were given thirty (30) days to cure their respective deficiencies.  On October 2, 2015, Epiq mailed an additional 38 deficiency letters.  A sample of the deficiency letter is attached as Exhibit B.

7.      Each Claimant that failed to cure its deficiency, or that withdrew its claim, was mailed a denial letter advising it that Settlement Class Counsel would recommend to the Court that its claim be disallowed in its entirety.  A sample of the denial letter for those who failed to cure the deficiency is attached hereto as Exhibit C.  A sample of the denial letter for those who withdrew their claim is attached hereto as Exhibit D.  None of the recipients of these letters have contested Epiq's determination.

8.      Epiq audited all remaining Claim Forms.  The audit included a review of each Claim Form along with any sworn statements or affidavits supporting the Claimed Purchases and any supporting documents, such as spreadsheets, copies of invoices, and/or billing summary reports that were included with the Claim Form, along with information provided to Epiq by Settlement Class Counsel.

9.      On June 24, 2016, Epiq sent audit letters to 18 Claimants.  The audit letters requested additional information from Claimants about their claimed purchases.  A sample of the audit letter is attached hereto as Exhibit E.  Each of the 18 Claimants that was sent an audit letter provided responses that cured their respective claim issues, in whole or in part.  Each of these Claimants was informed of Epiq's determination regarding their claim, and none of them have contested Epiq's determination.  A sample of Epiq's determination letter is attached as Exhibit F.

## Claims Processing Results

10.     Epiq completed its claim-audit process in January 2017.  As used herein,
"Claimed Purchases" refers to the total of all purchases listed on a Claim Form.  "Recommended
Disallowed Purchases" refers to Claimed Purchases that Epiq recommends be disallowed for one
or more of the following reasons: (1) the Claimant failed to provide required information or
documentation in support of the purchases; (2) the purchases were made from non-defendants;
(3) the purchases were of non-eligible products; (4) the Claimant withdrew its claim; and (5) the
purchases were duplicative.  "Recommended Allowed Purchases" is the total amount of Claimed
Purchases that Epiq recommends for payment.

11.     Epiq recommends issuing payments to 58 Claimants who filed valid, or partially
valid, claims.  The Recommended Allowed Purchases for these 58 claims total
$35,013,124,176.48.  Below is a summary of the 58 claims recommended for payment:

| | Total Claims | Claimed Purchases | Recommended Disallowed Purchases | Recommended Allowed Purchases |
|---|---|---|---|---|
| **Postmarked On or Before August 10, 2015** | 56 | $35,890,659,775.54 | $3,890,789,879.48 | $31,999,869,896.06 |
| **Postmarked After August 10, 2015** | 2 | $3,014,030,022.70 | $775,742.28 | $3,013,254,280.42 |
| **Totals** | 58 | $38,904,689,798.24 | $3,891,565,621.76 | $35,013,124,176.48 |

The Claimed, Allowed and Disallowed Purchases, along with the reasons for disallowance, are set forth for each of these claims in the Recommended Payable Claims section of Exhibit A.[4]

12. Epiq recommends the disallowance of 482 Claim Forms in their entirety. The Claimed Purchases and Recommended Disallowed Purchases for these claims, along with the reason for the recommended disallowance, are set forth for each of these claims in the Recommended Non-Payable Claims section of Exhibit A. A summary of the 482 Claim Forms being recommended for disallowance in their entirety is as follows:

| | Total Claims | Claimed Purchases | Recommended Disallowed Purchases |
|---|---|---|---|
| **Postmarked On or Before August 10, 2015** | 249 | $73,928,101.47 | $73,928,101.47 |
| **Postmarked After August 10, 2015** | 233 | $715,261,872.29 | $715,261,872.29 |
| **Totals** | 482 | $789,189,973.76 | $789,189,973.76 |

## Payments for Settlement and Claims Administration Services

13. Epiq began performing Settlement and Claims Administration services in this case in 2014. Epiq has received payments totaling $179,404.24 for its services rendered and costs incurred through December 31, 2016, relating to notice, taxes, and settlement and claims administration. Since that date, Epiq has continued to work with Settlement Class Counsel, to correspond with Claimants, and has prepared this declaration and attachments. Epiq will continue to submit invoices to Settlement Class Counsel for services provided in the future on a periodic basis until the Settlement Administration is concluded.

## Proposed Process for Distributing the Net Settlement Fund

14. Epiq will continue to process any correspondence or information submitted by Claimants with respect to their already-filed claims. Should there be adjustments to Claim

---

[4] Nine of these 58 claims are recommended for partial approval

Forms prior to the final distribution of the Net Settlement Fund, we will update our records with the new information. We will then report the updated totals to Settlement Class Counsel.

15. If the Court grants the motion to distribute the Net Settlement Fund, Epiq will: (1) calculate the *pro rata* distribution amount for each claim by calculating each payable claim's percentage of the total allowed purchases and applying that percentage to the total dollar value of the Net Settlement Fund available for distribution, in accordance with the Court's Order; (2) prepare and mail distribution checks to Claimants with payable claims ("Authorized Claimants") by prepaid first-class mail; (3) issue replacement checks upon request by Authorized Claimants; and (4) respond to inquiries from Authorized Claimants about claim and check calculations.

16. To encourage Authorized Claimants to cash their distribution checks promptly and to avoid or reduce future expenses relating to uncashed checks, all distribution checks will bear the notation: "void if not negotiated within ninety (90) days of date of issue."

17. In an effort to have as many Authorized Claimants as possible cash their checks, Epiq will perform follow-up with those Authorized Claimants whose checks are initially un-cashed after the ninety (90) day period has elapsed, either because the checks are returned as undeliverable or because the Authorized Claimant did not cash the check.

18. For Authorized Claimants whose checks are returned as undeliverable, Epiq will attempt to locate new addresses by running the undeliverable addresses through online databases and/or by calling or otherwise contacting Authorized Claimants. If a new address is located, Epiq will update the database accordingly and re-issue the distribution check to the Authorized Claimant at the new address.

19. In the event an Authorized Claimant loses or damages their check or otherwise requires a new check, Epiq will issue replacements upon receiving written instructions from the

Authorized Claimant, provided that the Authorized Claimant returns the first check where appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 14th day of February, 2017 in Beaverton, Oregon.

Guy J. Thompson, Project Manager
Epiq Class Action & Claims Solutions

**Exhibit A**
In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

**Recommended Payable Claims**

| Claim Number | Claimed Purchases | Disallowed Purchases | Allowed Purchases | Explanation of Disallowed Purchases |
|---|---|---|---|---|
| 1 | $4,830.08 | $0.00 | $4,830.08 | N/A |
| 3 | $9,494,049.16 | $0.00 | $9,494,049.16 | N/A |
| 5 | $67,688,803.69 | $0.00 | $67,688,803.69 | N/A |
| 6 | $1,535,770.00 | $324,360.00 | $1,211,410 00 | Claimed Non-OSS Parts |
| 166 | $138,404,924.79 | $0.00 | $138,404,924.79 | N/A |
| 167 | $416,177,390.01 | $0.00 | $416,177,390.01 | N/A |
| 168 | $68,116,076.08 | $0.00 | $68,116,076.08 | N/A |
| 169 | $4,424,795.81 | $0.00 | $4,424,795 81 | N/A |
| 170 | $852,673.65 | $0.00 | $852,673.65 | N/A |
| 171 | $590,782,354.70 | $9,668.87 | $590,772,685.83 | Claimed Non-OSS Parts |
| 206 | $387,228,006.00 | $0.00 | $387,228,006.00 | N/A |
| 208 | $1,831,322,963 00 | $0.00 | $1,831,322,963.00 | N/A |
| 209 | $225,797 00 | $0.00 | $225,797.00 | N/A |
| 213 | $55,042,497.72 | $0.00 | $55,042,497 72 | N/A |
| 214 | $352,104,627.00 | $12,484,937.00 | $339,619,690.00 | Claimant Withdrew Certain Parts from Claim |
| 215 | $11,567,509,381.78 | $3,865,230,703.49 | $7,702,278,678.29 | Claimant Withdrew Certain Parts from Claim |
| 217 | $71,010,904.25 | $3,028,566 93 | $67,982,337.32 | Claimed Non-OSS Parts |
| 218 | $336,987,291.00 | $0.00 | $336,987,291.00 | N/A |
| 232 | $717,807,313.36 | $0.00 | $717,807,313.36 | N/A |
| 233 | $2,276,675,245.14 | $0.00 | $2,276,675,245.14 | N/A |
| 234 | $1,558,271,578 30 | $0.00 | $1,558,271,578.30 | N/A |
| 235 | $1,891,742,498 54 | $0.00 | $1,891,742,498.54 | N/A |
| 236 | $211,516,445.24 | $0.00 | $211,516,445.24 | N/A |
| 237 | $234,599,662.50 | $0.00 | $234,599,662.50 | N/A |
| 238 | $198,693,245.16 | $0.00 | $198,693,245.16 | N/A |
| 239 | $301,817,462.18 | $0.00 | $301,817,462.18 | N/A |
| 241 | $10,888.75 | $0.00 | $10,888.75 | N/A |
| 242 | $3,538,518.80 | $0.00 | $3,538,518 80 | N/A |
| 243 | $8,274,665.71 | $0.00 | $8,274,665.71 | N/A |
| 244 | $12,310,533.88 | $0.00 | $12,310,533.88 | N/A |
| 245 | $44,422,134.28 | $0.00 | $44,422,134.28 | N/A |
| 246 | $301,540,244.52 | $392,007.84 | $301,148,236.68 | Claimant Withdrew Certain Parts from Claim |
| 248 | $40,059,694.58 | $0.00 | $40,059,694.58 | N/A |
| 251 | $2,036,070.66 | $0.00 | $2,036,070.66 | N/A |
| 252 | $12,561,632.08 | $0.00 | $12,561,632.08 | N/A |
| 253 | $6,768,944.02 | $0.00 | $6,768,944.02 | N/A |
| 255 | $245,813,116.75 | $0.00 | $245,813,116.75 | N/A |
| 256 | $240,632,547.31 | $9,278,023 01 | $231,354,524.30 | Claimed Non-OSS Parts |
| 258 | $1,842,094,365 00 | $0.00 | $1,842,094,365.00 | N/A |
| 272 | $8,456,827.54 | $41,612.34 | $8,415,215 20 | Claimed Non-OSS Parts |
| 278 | $2,029,900,946 00 | $0.00 | $2,029,900,946.00 | N/A |
| 293 | $435,200,648.00 | $0.00 | $435,200,648.00 | N/A |
| 313 | $8,762,115.68 | $0.00 | $8,762,115.68 | N/A |
| 314 | $12,605,142.50 | $0.00 | $12,605,142.50 | N/A |
| 315 | $899,230,694.33 | $0.00 | $899,230,694.33 | N/A |
| 317 | $49,545,338.61 | $0.00 | $49,545,338.61 | N/A |
| 322 | $675,936,327.35 | $0.00 | $675,936,327.35 | N/A |
| 323 | $2,338,093,695 35 | $775,742.28 | $2,337,317,953.07 | Claimed Non-OSS Parts |
| 324 | $418,364,506.84 | $0.00 | $418,364,506.84 | N/A |
| 328 | $6,151,493.31 | $0.00 | $6,151,493 31 | N/A |
| 329 | $4,021,157.56 | $0.00 | $4,021,157 56 | N/A |
| 330 | $288,602.76 | $0.00 | $288,602.76 | N/A |
| 332 | $159,620,440.58 | $0.00 | $159,620,440.58 | N/A |
| 427 | $19,168,485.35 | $0.00 | $19,168,485.35 | N/A |
| 430 | $2,522,505.95 | $0.00 | $2,522,505 95 | N/A |
| 435 | $866,167,483.98 | $0.00 | $866,167,483.98 | N/A |
| 453 | $385,023,906.00 | $0.00 | $385,023,906.00 | N/A |
| 478 | $4,535,529,538 07 | $0.00 | $4,535,529,538.07 | N/A |
| **Totals** | **$38,904,689,798.24** | **$3,891,565,621.76** | **$35,013,124,176.48** | |

**Recommended Non-Payable Claims**

| Claim Number | Claimed Purchases | Disallowed Purchases | Allowed Purchases | Explanation of Disallowed Purchases |
|---|---|---|---|---|
| 2 | $12,554.98 | $12,554.98 | $0.00 | No Response to Request for Additional Information |
| 4 | $37,300.00 | $37,300.00 | $0.00 | No Response to Request for Additional Information |
| 7 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 8 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 9 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 10 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 11 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

Exhibit A
In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| 12 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
|----|-------|-------|-------|------------------------------------|
| 13 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 14 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 15 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 16 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 17 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 18 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 19 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 20 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 21 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 22 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 23 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 24 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 25 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 26 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 27 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 28 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 29 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 30 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 31 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 32 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 33 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 34 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 35 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 36 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 37 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 38 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 39 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 40 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 41 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 42 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 43 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 44 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 45 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 46 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 47 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 48 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 49 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 50 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 51 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 52 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 53 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 54 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 55 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 56 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 57 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 58 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 59 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 60 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 61 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 62 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 63 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 64 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 65 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 66 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 67 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 68 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 69 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 70 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 71 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 72 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 73 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 74 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 75 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 76 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 77 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 78 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 79 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 80 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 81 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 82 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| | | | | |
|---|---|---|---|---|
| 83 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 84 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 85 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 86 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 87 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 88 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 89 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 90 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 91 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 92 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 93 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 94 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 95 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 96 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 97 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 98 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 99 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 100 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 101 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 102 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 103 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 104 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 105 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 106 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 107 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 108 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 109 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 110 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 111 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 112 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 113 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 114 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 115 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 116 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 117 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 118 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 119 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 120 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 121 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 122 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 123 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 124 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 125 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 126 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 127 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 128 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 129 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 130 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 131 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 132 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 133 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 134 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 135 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 136 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 137 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 138 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 139 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 140 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 141 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 142 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 143 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 144 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 145 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 146 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 147 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 148 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 149 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 150 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 151 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 152 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 153 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

**Exhibit 1**
In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| | | | |
|---|---|---|---|
| 154 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 155 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 156 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 157 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 158 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 159 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 160 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 161 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 162 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 163 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 164 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 165 | $9,811.17 | $9,811.17 | $0.00 | No Response to Request for Additional Information |
| 172 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 173 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 174 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 175 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 176 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 177 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 178 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 179 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 180 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 181 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 182 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 183 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 184 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 185 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 186 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 187 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 188 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 189 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 190 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 191 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 192 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 193 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 194 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 195 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 196 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 197 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 198 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 199 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 200 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 201 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 202 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 203 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 204 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 205 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 207 | $68,116,076.08 | $68,116,076.08 | $0.00 | Duplicate Claim Submission |
| 210 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 211 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 212 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 216 | $0.00 | $0.00 | $0.00 | No Purchases Claimed |
| 219 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 220 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 221 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 222 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 223 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 224 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 225 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 226 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 227 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 228 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 229 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 230 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 231 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 240 | $69,758.25 | $69,758.25 | $0.00 | Claimed Non-OSS Parts |
| 247 | $182,524.90 | $182,524.90 | $0.00 | Claimant Withdrew Claim Submission |
| 249 | $269,531.63 | $269,531.63 | $0.00 | Claimant Withdrew Claim Submission |
| 250 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 254 | $0.00 | $0.00 | $0.00 | No Purchases Claimed |
| 257 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 259 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |

In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| 260 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
|---|---|---|---|---|
| 261 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 262 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 263 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 264 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 265 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 266 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 267 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 268 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 269 | $5,000.00 | $5,000.00 | $0.00 | Duplicate Claim Submission |
| 270 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 271 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 273 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 274 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 275 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 276 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 277 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 279 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 280 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 281 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 282 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 283 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 284 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 285 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 286 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 287 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 288 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 289 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 290 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 291 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 292 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 294 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 295 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 296 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 297 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 298 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 299 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 300 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 301 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 302 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 303 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 304 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 305 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 306 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 307 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 308 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 309 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 310 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 311 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 312 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 316 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 318 | $0.00 | $0.00 | $0.00 | No Purchases Claimed |
| 319 | $0.00 | $0.00 | $0.00 | No Purchases Claimed |
| 320 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 321 | $0.00 | $0.00 | $0.00 | No Purchases Claimed |
| 325 | $182,533.91 | $182,533.91 | $0.00 | Claimant Withdrew Claim Submission |
| 326 | $5,338,606.75 | $5,338,606.75 | $0.00 | Claimed Non-OSS Parts |
| 327 | $7,610.16 | $7,610.16 | $0.00 | Claimed Non-OSS Parts |
| 331 | $336,384.08 | $336,384.08 | $0.00 | Claimed Non-OSS Parts |
| 333 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 334 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 335 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 336 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 337 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 338 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 339 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 340 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 341 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 342 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 343 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 344 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| 345 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
|---|---|---|---|---|
| 346 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 347 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 348 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 349 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 350 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 351 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 352 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 353 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 354 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 355 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 356 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 357 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 358 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 359 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 360 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 361 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 362 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 363 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 364 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 365 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 366 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 367 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 368 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 369 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 370 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 371 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 372 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 373 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 374 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 375 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 376 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 377 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 378 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 379 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 380 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 381 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 382 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 383 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 384 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 385 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 386 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 387 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 388 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 389 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 390 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 391 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 392 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 393 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 394 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 395 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 396 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 397 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 398 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 399 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 400 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 401 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 402 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 403 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 404 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 405 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 406 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 407 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 408 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 409 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 410 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 411 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 412 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 413 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 414 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 415 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| 416 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
|---|---|---|---|---|
| 417 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 418 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 419 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 420 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 421 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 422 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 423 | $283,652,654.51 | $283,652,654.51 | $0.00 | Claimant Withdrew Claim Submission |
| 424 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 425 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 426 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 428 | $415,974,627.34 | $415,974,627.34 | $0.00 | Claimant Withdrew Claim Submission |
| 429 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 431 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 432 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 433 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 434 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 436 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 437 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 438 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 439 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 440 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 441 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 442 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 443 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 444 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 445 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 446 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 447 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 448 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 449 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 450 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 451 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 452 | $1,000,000.00 | $1,000,000.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 454 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 455 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 456 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 457 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 458 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 459 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 460 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 461 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 462 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 463 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 464 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 465 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 466 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 467 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 468 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 469 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 470 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 471 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 472 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 473 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 474 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 475 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 476 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 477 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 479 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 480 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 481 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 482 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 483 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 484 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 485 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 486 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 487 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 488 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 489 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 490 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 491 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |

In re: Occupant Safety Systems Cases
Claimant Listing
February 1, 2017

| | | | | |
|---|---|---|---|---|
| 492 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 493 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 494 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 495 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 496 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 497 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 498 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 499 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 500 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 501 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 502 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 503 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 504 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 505 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 506 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 507 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 508 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 509 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 510 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 511 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 512 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 513 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 514 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 515 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 516 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 517 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 518 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 519 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 520 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 521 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 522 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 523 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 524 | $0.00 | $0.00 | $0.00 | Claim Filed by Third-Party Filer for Non-Class Member |
| 525 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 526 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 527 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 528 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 529 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 530 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 531 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 532 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 533 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 534 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 535 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 536 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 537 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 538 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| 539 | $0.00 | $0.00 | $0.00 | Claimant Withdrew Claim Submission |
| 540 | $0.00 | $0.00 | $0.00 | Duplicate Claim Submission |
| **Totals** | **$789,189,973.76** | **$789,189,973.76** | **$0.00** | |

**Occupant Safety Systems Direct Purchaser Antitrust Litigation**  **EXHIBIT B**
PO Box 5110
Portland, OR 97208-5110

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP CODE

September 14, 2015

**Response Deadline: October 14, 2015**
Claim Number: #########

Dear Claimant,

We received the Claim Form you submitted in connection with the *Occupant Safety Systems Direct Purchaser* class action Settlement. Upon reviewing your Claim Form, we found that it is deficient for the reason(s) listed below. This letter is being sent to provide you with an opportunity to cure the deficiency(ies). You have until **October 14, 2015 (30 days)** to provide the requested information to the Settlement Administrator. If you do not cure the deficiency(ies) listed below by that date, Settlement Class Counsel will recommend to the Court that your claim be denied in its entirety, and that you not receive any payment from the Settlement Fund.

- **Lack of Evidence of Direct Purchases**: It appears that the entities for whom you submitted Claim Forms (listed on the attached spreadsheet) did not purchase the affected products **directly** from one of the Defendants and, therefore, are not members of the Direct Purchaser settlement class certified by the Court and are not eligible to receive any of the Settlement proceeds. If you believe this is incorrect, please provide evidence (for example, an invoice) that these entities purchased the affected products **directly** from the Defendants.

- **Missing Certain Purchase Information:** In the Schedule of Purchases, you did not provide (1) the year of purchase, (2) the Defendant company purchased from, (3) the products purchased and/or (4) the amount purchased for certain transactions listed on your Claim Form. We have provided you with a copy of your original Claim Form submission. Please provide the missing information.

- **No Purchase Information:** In the Schedule of Purchases, you did not provide any information about your purchases from the Defendants. You must provide (1) the year of purchase, (2) the Defendant company purchased from, (3) the products purchased and (4) the amount purchased for your claim to be reviewed further. We have provided you with a copy of your original Claim Form submission. Please provide the missing information.

- **No Identification of Purchase Records**: You did not identify the records used to calculate your claimed purchases, as described in Section IV.

- **Incomplete Substitute Form W-9:** You did not fully complete Section VII – Substitute Form W-9. We have provided you with a copy of your original Claim Form submission. Please sign and return the enclosed Claim Form.

- **Missing Signature:** You did not sign Section VIII – Certification. We have provided you with a copy of your original Claim Form submission. Please sign and return the enclosed Claim Form.

You have until the October 14, 2015 to provide us with the requested information. If you have any questions, you may contact the Settlement Administrator at 1-877-797-6093 or by mail to the above address.

Sincerely,

Settlement Administrator
Occupant Safety Systems Direct Purchaser Antitrust Litigation

**Occupant Safety Systems Direct Purchaser Antitrust Litigation**        **EXHIBIT C**
PO Box 5110
Portland, OR 97208-5110


*835100057560*

CLAIMANT NAME
ADDRESS 1
ADDRESS 2
CITY STATE ZIP

Mail Date

Claim Number: XXX

Dear Claimant,

    You were previously contacted in writing and asked to provide us with additional information supporting the Claim Form that you submitted in the litigation listed above. We are writing this letter to confirm that we did not receive the requested information by the deadline set forth in the letter and to advise you that, accordingly, Settlement Class Counsel will recommend to the Court that the claim be denied in its entirety.

    If you have any questions, you may contact the Settlement Administrator at 1-877-797-6093 or by mail to the above address.

Sincerely,

Settlement Administrator
Occupant Safety Systems Direct Purchaser Antitrust Litigation

**Occupant Safety Systems Direct Purchaser Antitrust Litigation**   **EXHIBIT D**
PO Box 5110
Portland, OR 97208-5110


CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP CODE

MONTH DAY, YEAR

Claim Number: [DocID]


Dear Claimant,

    You were previously contacted in writing and asked to provide us with additional information supporting the Claim Form you submitted in this litigation. We are writing this letter to confirm that we have received your request to withdraw your claim. Accordingly, please be advised that Settlement Class Counsel will recommend to the Court that your claim be denied in its entirety.

    If you have any questions, you may contact the Settlement Administrator at 1-877-797-6093 or by mail to the above address.

Sincerely,

Settlement Administrator
Occupant Safety Systems Direct Purchaser Antitrust Litigation

**Occupant Safety Systems**                                  **EXHIBIT E**
**Direct Purchaser Antitrust Litigation**
PO Box 5110
Portland, OR 97208-5110


CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP CODE

June 24, 2016

**Response Deadline:** July 15, 2016
Tracking Number: ########

Dear Claimant,

We have reviewed the claim form you submitted in connection with the *Occupant Safety Systems Direct Purchaser* class action settlement. To complete our review of your claim, we are requesting additional information or documentation for your Proof of Purchases. Specifically, please provide a summary report or spreadsheet that identifies, by year, for each year in which you claimed purchases on your Claim Form: the Defendant(s) from whom you purchased Occupant Safety Systems products; the products purchased from each Defendant; and the total amounts purchased from each Defendant. Please provide a description of the all products included in your claim sufficient for us to determine whether they are "Occupant Safety System" ("OSS") products within the meaning of the class definition.[1]

Please provide us with all information requested by the above deadline. **If you do not provide us with the additional information requested by the deadline, amounts claimed as a result of those product purchases will be recommended for disallowance.**

We hope to conclude the review process as quickly as possible, so that a motion authorizing distribution of the settlement funds can be submitted to the Court, and approved claimants can receive their share of those funds in the near future.

If you have any questions about your claim, or the information requested above, you may contact the Settlement Administrator toll-free at 1-877-797-6093, or by mail to the above address.

Sincerely,

Settlement Administrator
Occupant Safety Systems Direct Purchaser Antitrust Litigation

---

[1] "Occupant Safety Systems" are seat belts, airbags, steering wheels or steering systems, safety electronic systems, and related parts and components.

**Occupant Safety Systems**
**Direct Purchaser Antitrust Litigation**
PO Box 5110
Portland, OR 97208-5110

# EXHIBIT F

CLAIMANT NAME
CLAIMANT ADDRESS
CITY, STATE ZIP CODE

November 17, 2016

**Response Deadline:** December 8, 2016
Tracking Number: ########

Dear Claimant,

We have completed our review of the claim form you submitted in connection with the *Occupant Safety Systems Direct Purchaser* class action settlement. Based on the information you provided with your claim, we will make the following recommendation to the Court concerning your claim:

| Claimed **Purchases** | Disallowed **Purchases** | Total Allowed **Purchases** |
|---|---|---|
| $xxx.xxx.xx | ($xxx.xxx.xx) | $xxx.xxx.xx |

"Disallowed Purchases" are any Claimed Purchases that are **not** purchases of "Occupant Safety Systems" ("OSS") products within the meaning of the class definition. The "Total Allowed Purchases" amount does **not** represent the amount you will receive, but will be used to calculate your *pro rata* share of the Net Settlement Fund.

It will be recommended to the Court that certain of your claimed purchases not be allowed for the following reason(s):

- **Parts Not Eligible for Payment:** Your claim form included amounts for purchases of products that are not "Occupant Safety Systems" ("OSS") products within the meaning of the class definition.

You have until the response deadline above to contest this determination. If you do so, you must submit a statement of the reason(s) why you are contesting the determination along with any documents you believe support your position.

This will be the final correspondence you receive concerning your claim, unless you contest the determination. If you contest the determination, you must return your response (including any supporting documents) to the above address, postmarked by the above deadline. If we do not receive your response postmarked by that date, your claim will be recommended for approval in the Amount of Total Allowed Purchases set forth above.

If you have any questions about your claim or award, you may contact the Settlement Administrator toll-free at 1-877-797-6093 or by mail to the above address.

Sincerely,

Settlement Administrator
Occupant Safety Systems Direct Purchaser Antitrust Litigation