# EXHIBIT 8

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: OCCUPANT SAFETY SYSTEMS CASES | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00601-MOB-MKM |

### ORDER AUTHORIZING
### DISTRIBUTION OF THE SETTLEMENT FUND

AND NOW, this 18th day of April, 2017, upon consideration of the Direct Purchaser

Plaintiffs' Motion for an Order Authorizing Distribution of the Settlement Fund, the Brief in

Support thereof, and the entire record in this matter, it is hereby ORDERED as follows:

1.      Approval is hereby given for the 58 claims (including two claims submitted after

August 10, 2015), with Allowed Purchases in the aggregate amount of $35,013,124,176.48, to

participate in the distribution of the Settlement Fund, as set forth in the Brief in Support of Direct

Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of the Settlement Fund

(hereinafter "the Brief"), and as set forth in the Declaration of Guy J. Thompson regarding

claims administration ("Thompson Declaration").

2.      Any claims submitted after January 15, 2016, are hereby rejected as untimely and

are barred from participating in any distribution of the Settlement Fund.

3.      The 491 claims with Disallowed Purchases in the total amount of

$4,680,755,595.52 are hereby barred from participation in the distribution of the Settlement Fund

to the extent of such disallowed purchases, as set forth in the Thompson Declaration.

4.      Settlement Class Counsel are hereby authorized to retain a reserve of $2,000,000.00 from the Settlement Fund for payment of taxes due on interest earned by the Settlement Fund and tax return preparation costs; payment as a result of any unforeseen issues involving previously submitted claims; possible payment of additional late claims; and payment for additional services and costs related to settlement and claims administration.

5.      Payments to Epiq Class Action & Claims Solutions totaling $179,404.24 for settlement and claims administration services and costs through December 31, 2016, are hereby approved.

6.      Distribution of the balance of the Settlement Fund referenced in paragraph 7 of the Brief is authorized to the 58 claimants whose claims were approved in paragraph 1 above, pro rata to the extent of their Allowed Purchases.

7.      The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

8.      The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the Settlement and the Settlement Fund are approved.


**IT IS SO ORDERED.**


Date:  April 18, 2017                          <u>s/Marianne O. Battani</u>
                                          MARIANNE O. BATTANI
                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's
ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on
April 18, 2017.


s/ Kay Doaks
Case Manager