Case 2:12-md-02311-SFC-RSW   ECF No. 2125-16, PageID.38709   Filed 03/10/21   Page 1 of 3

# EXHIBIT 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors  
Antitrust Litigation

MDL No. 2:09-MD-2042

Honorable Sean F. Cox  
United States District Court

_____/

**ORDER GRANTING**  
**DIRECT PURCHASER PLAINTIFFS' MOTION TO**  
**AUTHORIZE DISTRIBUTION OF SETTLEMENT FUNDS**

Upon the application of Direct Purchaser Plaintiffs' Counsel for an Order to Authorize Distribution of Settlement Funds, and upon review of all papers submitted in support thereof, and the Court being fully apprised of the facts and circumstances hereof,

**IT IS ORDERED** that:

1. The Court approves the distribution of settlement funds in the manner proposed by Direct Purchaser Plaintiffs' ("DP Plaintiffs") Counsel in the Motion to Authorize Distribution of Settlement Funds, and in accordance with the calculations identified in the Declaration of Lori Castaneda and Exhibit A thereto.

2. Counsel for the DP Plaintiffs, along with the Garden City Group, shall distribute the settlement funds in the manner proposed by DP Plaintiffs' Counsel in the Motion to Authorize Distribution of Settlement Funds, and in accordance with the calculations identified in the Declaration of Lori Castaneda and Exhibit A thereto.

3. After the settlement funds are distributed, DP Plaintiffs' Counsel shall file a notice with the Court so advising.

5.      In the event that notice has not been filed by April 30, 2017, then Counsel for the DP Plaintiffs shall appear before the Court on **May 16, 2017 at 2:30 p.m.**

IT IS SO ORDERED.

          S/Sean F. Cox
          Sean F. Cox
          United States District Judge

Dated: March 10, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2017, by electronic and/or ordinary mail.

          S/Jennifer McCoy
          Case Manager