# EXHIBIT 18

| | |
|---|---|
| **LITE DePALMA GREENBERG, LLC**<br>Joseph J. DePalma<br>Steven J. Greenfogel<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br><br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* | **FOX ROTHSCHILD LLP**<br>Karen A. Confoy<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311<br>Telephone: (609) 896-3600<br><br>*Interim Co-Liaison Counsel for Direct Purchaser Plaintiffs* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DUCTILE IRON PIPE FITTINGS ("DIPF") DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 12-711 (AET)(LHG) |

### ▇▇▇▇▇▇ ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF MCWANE NET SETTLEMENT FUNDS

The above matter came before the Court on Direct Purchaser Plaintiffs' ("DPPs") Motion for Distribution of McWane Net Settlement Funds and its accompanying supporting materials, including the January 17, 2019 Supplemental Declaration of Eric Kierkegaard Regarding Final Claim Determination & Distribution (the "Kierkegaard Declaration"). The Court having considered the moving papers and the Kierkegaard Declaration, and the complete record in this matter, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. DPPs' Motion for Distribution of McWane Net Settlement Funds is

Granted.

2. The Court hereby accepts and approves the administrative recommendations by Garden City Group, LLC ("GCG"),[1] concerning the acceptance and rejection of claims submitted by putative members of each Settlement Class, as detailed in the Kierkegaard Declaration.

3. The Court hereby accepts and approves GCG's determinations and calculations and authorizes GCG's distribution of the Net Settlement Fund to Settlement Class Members in accordance with the Plan of Allocation approved by the Court in its Order Approving Settlement Agreement McWane, Inc. and its divisions Clow Water Systems Co., Tyler Pipe Company, and Tyler Union ("McWane Final Approval Order") (ECF No. 489).

**IT IS SO ORDERED.**

DATED: 2/25/2019

Honorable Anne E. Thompson, U.S.D.J.

---

[1] According to the Kierkegaard Declaration, Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018. Garden City Group, LLC is the claims administrator appointed by the Court in its Order Granting Preliminary Approval of Settlement between Direct Purchaser Plaintiffs and McWane ("McWane Preliminary Approval Order") (ECF No. 473). GCG in this Order refers to both Epiq Class Action and Class Solutions, Inc. and Garden City Group, LLC.

2