# EXHIBIT 32

Case 2:12-md-02311-SFC-RSW ECF No. 2125-38, PageID.38076 Filed 03/10/21 Page 2 of 2
Case 1:13-md-02476-DLC Document 570-9 Filed 10/31/16 Page 1 of 1
Case 1:13-md-02476-DLC Document 568-1 Filed 10/27/16 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE CREDIT DEFAULT SWAPS ANTITRUST
LITIGATION

This Document Relates To: All Actions

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/16

13 MD 2476 (DLC)

[PROPOSED] ORDER APPROVING LATE FILED CLAIMS

This matter came before the Court pursuant to Plaintiffs' October 27, 2016 Motion for Approval of Late Filed Claims. *See* Dkt. No 567. The Court has considered all papers filed and proceedings held in connection with the above-captioned Action, and is fully informed of these matters. For good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Late Claims and Challenges submitted to the Garden City Group on or before October 27, 2016 are hereby approved for inclusion in the settlement;

2. Late Claims and Challenges submitted after October 27, 2016 are hereby excluded from the settlement.

IT IS SO ORDERED.

DATED: New York, New York
October 31, 2016

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE