# EXHIBIT 42

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FASTENERS ANTITRUST LITIGATION | ) MDL No. 1912 ) ) Civ. No. 2:08-md-01912-RBS ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

ORDER AUTHORIZING DISTRIBUTION
OF THE SETTLEMENT FUND

AND NOW, this 17th day of November, 2014, upon consideration of the Motion for an Order Authorizing Distribution of the Settlement Fund, the Memorandum in Support thereof, and the entire record in this matter, it is hereby ORDERED as follows:

1. Approval is hereby given for the 277 claims (including 22 claims filed after December 15, 2013), with Allowed Purchases in the aggregate amount of $1,254,718,395.10, to participate in the distribution of the Settlement Fund, as set forth in the Memorandum in Support of Motion for an Order Authorizing Distribution of the Settlement Fund (hereinafter "the Memorandum"), and as set forth in the Affidavit of Edward J. Sincavage, CPA, of the certified public accounting firm, Heffler, Radetich & Saitta L.L.P.

2. Any claims submitted after August 7, 2014, are hereby rejected as untimely filed and barred from participating in any distribution of the Settlement Fund.

3. The claims with Disallowed Purchases in the total amount of $223,309,585.19 are hereby barred from participation in the distribution of the Settlement Fund to the extent of such disallowed purchases, as set forth in the Sincavage Affidavit.

4. Payment in the total amount of $88,771.97 from the Settlement Fund to Heffler, Radetich & Saitta L.L.P., in full payment for its services for administration of claims, is hereby authorized.

5. Class Counsel are hereby authorized to retain a reserve of $25,000 from the Settlement Fund for payment of taxes due on interest earned by the Settlement Fund and tax return preparation costs; payment as a result of any unforeseen issues involving already filed claims; possible payment of additional late claims; and payment of further claims administration and bank fees and costs. After all distribution matters have been completed, Class Counsel shall apply to the Court for approval of the disposition of the remainder of this reserve and any additional interest credited to the Fund.

6. After deducting the payments authorized in the above paragraphs, distribution of the balance of the Settlement Fund referenced in paragraph 7 of the Memorandum, is authorized to the 277 claimants whose claims were approved in paragraph 1 above, pro rata to the extent of their allowed purchases.

7. The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

8. The actions of Class Counsel and Heffler, Radetich & Saitta, L.L.P. in connection with the administration of the Settlement and the Settlement Fund are approved.

BY THE COURT:

R. Barclay Surrick
United States District Judge