**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

**INDEX OF EXHIBITS TO**
**FINANCIAL RECOVERY SERVICES, LLC'S REPLY IN SUPPORT OF**
**MOTION TO COMPEL ACCEPTANCE AND PROCESSING OF**
**<u>VEHICLE DATA</u>**

Exhibit 1:   Declaration of Jeffrey N. Leibell, dated March 10, 2021

            Exhibit J:   Letter from Matthew R. Huppert to William Reiss, Marc M. Seltzer, Adam J. Zapala, dated January 19, 2021

Exhibit 2:   Declaration of Robin M. Niemiec, dated March 9, 2021