UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | CASE NO. 12-MD-02311<br>HON. SEAN F. COX |
| **In re: Wire Harness** | 2:12-cv-0100<br>2:12-cv-0101<br>2:12-cv-0102<br>2:12-cv-0103<br>2:12-cv-0107<br>2:14-cv-14451 |
| **In re: Alternators** | 2:13-cv-00700<br>2:13-cv-00702<br>2:13-cv-00703<br>2:13-cv-10800<br>2:13-cv-11596 |
| **In re: Starters** | 2:13-cv-01100<br>2:13-cv-01101<br>2:13-cv-01103<br>2:13-cv-01400<br>2:13-cv-01402<br>2:13-cv-01403<br>2:13-cv-10674<br>2:13-cv-11603<br>2:13-cv-10674<br>2:13-cv-10804 |
| **In re: HID Ballasts** | 2:13-cv-01700<br>2:13-cv-01702<br>2:13-cv-01703 |
| **In re: EPSA** | 2:13-cv-01900<br>2:13-cv-01902<br>2:13-cv-01903 |
| **In re: Fuel Injection Systems** | 2:13-cv-02200 |

{03476414}

|                                       | 2:13-cv-02202 |
|---------------------------------------|---------------|
| **In re: End Payor**                  | 2:13-cv-02203 |
| **In re: Valve Timing Control Devices** | 2:13-cv-02500 |
|                                       | 2:13-cv-02502 |
|                                       | 2:13-cv-02503 |

_____/

# MOTION TO WITHDRAW GARY K. AUGUST AS COUNSEL

Gary K. August has retired from Zausmer, P.C., and the request is respectfully made that the Court enter an order withdrawing him as counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc., in the following cases:

| CASE RE: | CASE NUMBER |
|---|---|
| Master Docket No. | 12-md-02311 |
| Wire Harness Rush Truck | 2:14-cv-14451 |
| Fuel Injection Systems Dealership | 2:13-cv-02202 |
| End Payor | 2:13-cv-02203 |
| Lead Fuel Injection | 2:13-cv-02200 |
| Wire Harness End Payor | 2:12-cv-00103 |
| Wire Harness Dealership | 2:12-cv-00102 |
| Lead Wire Harness | 2:12-cv-00100 |
| Wire Harness Director Purchaser | 2:12-cv-00101 |
| Valve Timing Control Devices | 2:13-cv-02503 |
| Lead Valve Timing Control Devices | 2:13-cv-02500 |
| Valve Timing Control Dealership | 2:13-cv-02502 |
| Lead HID | 2:13-cv-01700 |

{03476414}                                       2

| | |
|---|---|
| Lead EPSA | 2:13-cv-01900 |
| Dealership HID | 2:13-cv-01702 |
| EP HID | 2:13-cv-01703 |
| EP EPSA | 2:13-cv-01903 |
| Tiffin Motorhome Starters | 2:13-cv-01101 |
| | 2:14-cv-10674 |
| Dealership EPSA | 2:13-cv-01902 |
| Ignition Coils Lead | 2:13-cv-01400 |
| Ignition Coils AD Class | 2:13-cv-01402 |
| Ignition Coils EP Class | 2:13-cv-01403 |
| Ignition Coils EP | 2:13-cv-14173 |
| Ignition Coils AD | 2:13-cv-14202 |
| Starters Lead | 2:13-cv-01100 |
| Alternators Lead | 2:13-cv-00700 |
| Starters EP | 2:13-cv-01103 |
| | 2:13-cv-10804 |
| Starters AD | 2:13-cv-01102 |
| | 2:13-cv-11603 |
| Alternators EP | 2:13-cv-00703 |
| | 2:13-cv-10800 |
| Alternators AD | 2:13-cv-00702 |
| | 2:13-cv-11596 |

Other counsel of record will continue to appear on behalf of Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. in the above-referenced actions, and this withdrawal will not result in any delay in the progress of these actions.

{03476414}                                         3

A proposed form of Order is filed concurrently with this Motion.

                              Respectfully submitted,

                              */s/ Matthew G. McNaughton*
                              Matthew G. McNaughton
                              ZAUSMER, P.C.
                              32255 Northwestern Highway
                              Suite 225
                              Farmington Hills, MI 48334
                              (248) 851-4111
                              mmcnaughton@zausmer.com
                              *Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

Dated: March 23, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I filed the foregoing paper and this Certificate of Service to be electronically filed with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system, which will presumptively forward notification of this filing electronically to the attorneys of record.

/s/ Matthew G. McNaughton
Matthew G. McNaughton
*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*