UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | CASE NO. 12-MD-02311<br>HON. SEAN F. COX |
| **In re: Wire Harness** | 2:12-cv-0100<br>2:12-cv-0101<br>2:12-cv-0102<br>2:12-cv-0103<br>2:12-cv-0107<br>2:14-cv-14451 |
| **In re: Alternators** | 2:13-cv-00700<br>2:13-cv-00702<br>2:13-cv-00703<br>2:13-cv-10800<br>2:13-cv-11596 |
| **In re: Starters** | 2:13-cv-01100<br>2:13-cv-01101<br>2:13-cv-01103<br>2:13-cv-01400<br>2:13-cv-01402<br>2:13-cv-01403<br>2:13-cv-10674<br>2:13-cv-11603<br>2:13-cv-10674<br>2:13-cv-10804 |
| **In re: HID Ballasts** | 2:13-cv-01700<br>2:13-cv-01702<br>2:13-cv-01703 |
| **In re: EPSA** | 2:13-cv-01900<br>2:13-cv-01902<br>2:13-cv-01903 |
| **In re: Fuel Injection Systems** | 2:13-cv-02200 |

{03483711}

|                                   | 2:13-cv-02202 |
|-----------------------------------|---------------|
| In re: End Payor                  | 2:13-cv-02203 |
| In re: Valve Timing Control Devices | 2:13-cv-02500 |
|                                   | 2:13-cv-02502 |
|                                   | 2:13-cv-02503 |

_____/

# ORDER GRANTING WITHDRAWAL OF
# GARY K. AUGUST

IT IS HEREBY ORDERED that Gary K. August, formerly of Zausmer, P.C., shall be removed as an attorney of record for Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc. in the following cases:

| CASE RE: | CASE NUMBER |
|---|---|
| Master Docket No. | 12-md-02311 |
| Wire Harness Rush Truck | 2:14-cv-14451 |
| Fuel Injection Systems Dealership | 2:13-cv-02202 |
| End Payor | 2:13-cv-02203 |
| Lead Fuel Injection | 2:13-cv-02200 |
| Wire Harness End Payor | 2:12-cv-00103 |
| Wire Harness Dealership | 2:12-cv-00102 |
| Lead Wire Harness | 2:12-cv-00100 |
| Wire Harness Director Purchaser | 2:12-cv-00101 |
| Valve Timing Control Devices | 2:13-cv-02503 |
| Lead Valve Timing Control Devices | 2:13-cv-02500 |
| Valve Timing Control Dealership | 2:13-cv-02502 |

{03483711}                                    2

| | |
|---|---|
| Lead HID | 2:13-cv-01700 |
| Lead EPSA | 2:13-cv-01900 |
| Dealership HID | 2:13-cv-01702 |
| EP HID | 2:13-cv-01703 |
| EP EPSA | 2:13-cv-01903 |
| Tiffin Motorhome Starters | 2:13-cv-01101 |
| | 2:14-cv-10674 |
| Dealership EPSA | 2:13-cv-01902 |
| Ignition Coils Lead | 2:13-cv-01400 |
| Ignition Coils AD Class | 2:13-cv-01402 |
| Ignition Coils EP Class | 2:13-cv-01403 |
| Ignition Coils EP | 2:13-cv-14173 |
| Ignition Coils AD | 2:13-cv-14202 |
| Starters Lead | 2:13-cv-01100 |
| Alternators Lead | 2:13-cv-00700 |
| Starters EP | 2:13-cv-01103 |
| | 2:13-cv-10804 |
| Starters AD | 2:13-cv-01102 |
| | 2:13-cv-11603 |
| Alternators EP | 2:13-cv-00703 |
| | 2:13-cv-10800 |
| Alternators AD | 2:13-cv-00702 |
| | 2:13-cv-11596 |

**IT IS SO ORDERED.**

Dated: March 26, 2021               s/Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge