# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311 HON. SEAN F. COX** |
| **In Re: VALVE TIMING CONTROL DEVICES** | 2:13-cv-02501-SFC-RSW<br>2:17-cv-13158-SFC-RSW<br>2:19-cv-10980-SFC-RSW |
| **In Re: IGNITION COILS** | 2:13-cv-01401-SFC-RSW<br>2:15-cv-11830-SFC-RSW |
| **THIS RELATES TO: ALL DIRECT PURCHASER ACTIONS** | |

_____/

## MOTION TO WITHDRAW MATTHEW G. MCNAUGHTON AS COUNSEL

Matthew G. McNaughton, of the law firm Zausmer, P.C., respectfully requests that the Court enter an order withdrawing him as counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. in the following cases:

| CASE RE: | CASE NUMBER |
|---|---|
| Valve Timing Control Devices | 2:13-cv-02501-SFC-RSW |
| | 2:17-cv-13158-SFC-RSW |
| | 2:19-cv-10980-SFC-RSW |
| Ignition Coils | 2:13-cv-01401-SFC-RSW |
| | 2:15-cv-11830-SFC-RSW |

{03483767}

Other counsel of record will continue to appear on behalf of Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc. in the above-referenced actions, and this withdrawal will not result in any delay in the progress of these actions.

A proposed form of Order is filed concurrently with this Motion.

                                            Respectfully submitted,

                                            */s/ Matthew G. McNaughton*
Matthew G. McNaughton
ZAUSMER, P.C.
32255 Northwestern Highway
Suite 225
Farmington Hills, MI 48334
(248) 851-4111
mmcnaughton@zausmer.com
*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

Dated: April 15, 2021

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, I electronically filed the Motion to Withdraw Matthew G. McNaughton as Counsel with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

                                                      */s/ Matthew G. McNaughton*

{03483767}