UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL RELATED ACTIONS |  |

**ORDER GRANTING MOTION TO WITHDRAW DAVID WAWRO AS COUNSEL**

Upon consideration of the motion to withdraw the appearance of David Wawro, now deceased, formerly of Torys LLP, as counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc., and to remove his name from the ECF service lists in the following actions:

- 12-md-02311
- 2:12-cv-00102
- 2:12-cv-00202
- 2:12-cv-00302
- 2:12-cv-00402
- 2:12-cv-00502
- 2:12-cv-00602
- 2:13-cv-00702
- 2:13-cv-00802
- 2:13-cv-00902
- 2:13-cv-01002
- 2:13-cv-01102
- 2:13-cv-01202

- 2:13-cv-01402
- 2:13-cv-01502
- 2:13-cv-01602
- 2:13-cv-01702
- 2:13-cv-01802
- 2:13-cv-01902
- 2:13-cv-02002
- 2:13-cv-02102
- 2:13-cv-02202
- 2:13-cv-02302
- 2:13-cv-02402
- 2:13-cv-02502
- 2:13-cv-02602
- 2:13-cv-02702
- 2:13-cv-02802
- 2:14-cv-02902
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-04102
- 2:17-cv-04302
- 2:17-cv-13005

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: April 19, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge