# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. SEAN F. COX |
| In Re:<br>VALVE TIMING CONTROL DEVICES | 2:13-cv-02501-SFC-RSW<br>2:17-cv-13158-SFC-RSW<br>2:19-cv-10980-SFC-RSW |
| In Re: IGNITION COILS | 2:13-cv-01401-SFC-RSW<br>2:15-cv-11830-SFC-RSW |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | |

## ORDER GRANTING WITHDRAWAL OF MATTHEW G. MCNAUGHTON

IT IS HEREBY ORDERED that Matthew G. McNaughton of Zausmer, P.C. shall be removed as an attorney of record for Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US Holdings, Inc.; and Mitsubishi Electric Automotive America, Inc. in the following cases:

| CASE RE: | CASE NUMBER |
|---|---|
| Valve Timing Control Devices | 2:13-cv-02501-SFC-RSW |
| | 2:17-cv-13158-SFC-RSW |
| | 2:19-cv-10980-SFC-RSW |
| Ignition Coils | 2:13-cv-01401-SFC-RSW |
| | 2:15-cv-11830-SFC-RSW |

{03177013}

**IT IS SO ORDERED.**

Dated: April 29, 2021          s/Sean F. Cox
                                               Sean F. Cox
                                               U. S. District Judge