# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## INDEX OF EXHIBITS TO
## FINANCIAL RECOVERY SERVICES, LLC'S
## MOTION FOR RECONSIDERATION OF
## THE COURT'S APRIL 28 OPINION AND ORDER

Exhibit 1:   Declaration of Robin M. Niemiec, dated May 5, 2021

    Exhibit A:   Claimant Information and Exemplars of Epiq Email Responses

    Exhibit B:   Email Exchange between Robin M. Niemiec and Epiq, dated February 25, 2021

Exhibit 2:   Declaration of Daniel W. Shoag, Ph.D., dated May 7, 2021

    Exhibit C:   Daniel W. Shoag, Ph.D. Curriculum Vitae

Exhibit 3:   *Moulton v. U.S. Steel Corp.*, 581 F.3d 344 (6th Cir. 2009)

Exhibit 4:   *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797 (1985)