# EXHIBIT A

## LATE DATA SUBMITTED FOR NON-INSURER CLIENTS' TIMELY FILED PROOFS OF CLAIM

| Claim Number | Eligible Vehicle Claimed | Date Data Submitted | Epiq's Response |
|---|---|---|---|
| 10181908 | 139 | 03/29/21 | Response 1 |
| 10048275 | 16 | 03/29/21 | Response 1 |
| 10072075 | 313 | 04/26/21 | Response 1 |
| 10001806 | 28 | 02/23/21 | Response 1 |
| 10122334 | 5,004 | 01/04/21 | Response 2 |
| 10007417 | 133 | 01/04/21 | Response 2 |
| 10048171 | 343 | 01/04/21 | Response 2 |
| 10070642 | 209 | 01/04/21 | Response 2 |
| 10048252 | 173 | 01/04/21 | Response 2 |
| 10048260 | 9 | 12/22/20 | Response 3 |
| N/A | 5,941 | 02/23/21 | Response 1 |
| 10181873 | 21 | 12/22/20 | Response 3 |
| 10182140 | 49 | 01/04/21 | Response 2 |
| 10064129 | 48 | 04/30/21 | Response 1 |
| 10068180 | 25 | 01/04/21 | Response 2 |
| 10068166 | 213 | 04/06/21 | Response 1 |
| 10178417 | 5,249 | 01/04/21 | Response 2 |
| 10064122 | 1449 | 04/09/21 | Response 1 |
| 10048337 | 15 | 04/16/21 | Response 1 |
| 10122362 | 217 | 01/04/21 | Response 2 |
| 10014101 | 181 | 04/09/21 | Response 1 |
| 10181728 | 34 | 04/06/21 | Response 1 |
| 10014108 | 56 | 05/03/21 | Not Received Yet |
| 10014110 | 221 | 01/04/21 | Response 2 |
| 10131452 | 1 | 12/22/20 | Response 3 |
| 10122381 | 35 | 04/14/21 | Response 1 |
| 10064140 | 43 | 03/25/21 | Response 1 |
| 10048214 | 270 | 01/04/21 | Response 2 |
| 10122383 | 5 | 04/08/21 | Response 1 |
| 10064127 | 36 | 01/04/21 | Response 2 |
| 10014185 | 36 | 12/22/20 | Response 3 |
| 10122386 | 3 | 02/09/21 | Response 1 |
| 10181732 | 28 | 04/26/21 | Response 1 |
| 1022645 | 49 | 04/16/21 | Response 1 |
| 10182069 | 1 | 12/22/20 | Response 3 |

| \ | LATE DATA SUBMITTED FOR NON-INSURER CLIENTS' TIMELY FILED PROOFS OF CLAIM | | |
|---|---|---|---|
| Claim Number | Eligible Vehicle Claimed | Date Data Submitted | Epiq's Response |
| 10122397 | 84 | 03/29/21 | Response 1 |
| 10014193 | 105 | 04/06/21 | Response 1 |
| 10014265 | 10,567 | 04/14/21 | Response 1 |
| 10068163 | 4 | 12/22/20 | Response 3 |
| 10181922 | 14 | 04/08/21 | Response 1 |
| 10050409 | 59 | 03/25/21 | Response 1 |
| 10068182 | 2 | 04/30/21 | Response 1 |
| 10001801 | 297 | 04/30/21 | Response 1 |
| N/A | 1 | 12/22/20 | Response 3 |
| 100481817 | 177 | 01/04/21 | Response 2 |
| 10014199 | 175 | 04/06/21 | Response 1 |
| 10070668 | 1,114 | 02/09/21 | Response 1 |
| 10050509 | 2 | 03/25/21 | Response 1 |
| 10122615 | 4 | 04/07/21 | Response 1 |
| 10068175 | 265 | 04/16/21 | Response 1 |
| 10070652 | 94 | 04/08/21 | Response 1 |
| N/A | 62 | 01/04/21 | Response 2 |
| 10068173 | 53 | 04/12/21 | Response 1 |
| 10071398 | 13 | 04/14/21 | Response 1 |
| 10122636 | 7 | 03/29/21 | Response 1 |
| 10182134 | 3 | 04/09/21 | Response 1 |
| 10071274 | 3 | 04/09/21 | Response 1 |
| 10070731 | <u>123</u> | 04/06/21 | Response 1 |
| | <u>33,821</u> | | |

# RESPONSE 1

| | |
|---|---|
| **From:** | info@AutoPartsClass.com |
| **Sent:** | Monday, March 29, 2021 11:07 AM |
| **To:** | Angela Rivera; info@AutoPartsClass.com |
| **Cc:** | Autoparts |
| **Subject:** | RE: FRS Data Submission |

Hello Angela,

We confirm receipt of your late claim submissions. However, as you know, the claims deadline expired on June 18, 2020. For claimants who identified no vehicles or only one placeholder vehicle before the claims deadline expired, and have identified vehicles for the first time after the claims deadline expired, the submission of such claims are late and will not be allowed. Claimants who have previously submitted vehicle data and have some deficiency in the information or documentation that was submitted for those claims, may submit additional information to correct the deficiency. However, claimants who merely registered their name with no vehicle information, and did not identify the requisite vehicle information by the June 18, 2020 claims deadline have not timely submitted a valid claim, and late-filed claims will not be accepted.

Best Regards,

**Rebecca Davidson**
Epiq | Project Specialist
Email: Rebecca.Davidson@epiqglobal.com
(971) 339-4265

---

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Monday, March 29, 2021 7:31 AM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FRS Data Submission
**Importance:** High

Dear Claims Administrator:

Attached please find Auto Parts Indirect data for the 3 FRS clients listed below.

- Autism Society of North Carolina, Inc. – Claim No. 10048275;
- Akdhc, LLC – Claim No. 10181908; and
- Vichy Springs Resort, Inc. – Claim No. 10122636

Please confirm receipt of same.

Thank you.

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*

*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*

*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

# RESPONSE 2

| | |
|---|---|
| **From:** | info@AutoPartsClass.com |
| **Sent:** | Monday, January 4, 2021 1:11 PM |
| **To:** | Angela Rivera; info@AutoPartsClass.com |
| **Cc:** | Autoparts |
| **Subject:** | RE: FRS Data Submission - Auto Parts Indirect |

Hello Angela,

Please be aware that we are no longer accepting new data for the settlements. We will file the records submitted, but please be aware that any new data will be considered untimely.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Monday, January 4, 2021 7:38 AM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FRS Data Submission - Auto Parts Indirect
**Importance:** High

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Claims Administrator:

Below please find a link that contains the data submission for the 14 FRS clients also listed below.

Data Sent to CA 1.4.21
https://fileshare.frsco.com/fl/xjdJGTHM3L
Accessible until Feb 28, 2021
Password: 7JhBF4Sc

- BASF Corporation – Claim No. 10122334;
- Bashas, Inc. – Claim No. 10007417;
- Brookdale Senior Living – Claim No. 10048171;
- Capatain Ds, LLC – Claim No. 10070642;
- DPNY Hospitality – Claim No. 10048260;
- Go Staff, Inc. – Claim No. 10181873;
- LA School of Gymnastics – Claim No. 10131452;

1

- Maintenx International Service Management Group, Inc. – Claim No. 10014185;
- Mountain View Child Care – Claim No. 10182069;
- Orora Packing Solutions – Claim No. 10068163; and
- PK Enterprises – Claim No. Not Yet Provided  ***Please provide the claim number for this client***

Please confirm receipt of this data and do not hesitate to contact me if you have any questions and/or if any additional information is needed.

Thank you in advance for your help.

Angela


**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**

---


**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

*This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.*
*The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.*
*Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.*

# RESPONSE 3

| | |
|---|---|
| **From:** | Bailey, Jeremy <jeremy.Bailey@epiqglobal.com> |
| **Sent:** | Tuesday, January 12, 2021 4:04 PM |
| **To:** | Angela Rivera; info@AutoPartsClass.com |
| **Cc:** | Autoparts |
| **Subject:** | RE: FRS Data Submission - Auto Parts Indirect |

****This Email Originated Outside of FRS. Use Caution When Clicking Links or Opening Attachments.****
Hello Angela,

I am able to confirm that we have downloaded the files from the link below.

Thanks,

**Jeremy Bailey**
Epiq | Project Coordinator
Email: jeremy.bailey@epiqglobal.com

**People.  Partnership.  Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Angela Rivera <arivera@frsco.com>
**Sent:** Tuesday, January 12, 2021 2:37 PM
**To:** info@AutoPartsClass.com; Bailey, Jeremy <jeremy.Bailey@epiqglobal.com>
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FW: FRS Data Submission - Auto Parts Indirect

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jeremy:

I wanted to be sure you received the email below from 12/22/20, I received multiple notifications about the data from my 1/7/21 email being accessed but none about the group below.

Just wanted to confirm.

Thanks,

**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.

**From:** Angela Rivera
**Sent:** Tuesday, December 22, 2020 2:50 PM
**To:** info@AutoPartsClass.com
**Cc:** Autoparts <autoparts@frsco.net>
**Subject:** FRS Data Submission - Auto Parts Indirect

Dear Claims Administrator:

Below please find a link that contains the data submission for the 7 FRS clients also listed below.

Data for CA 12.22.20
https://fileshare.frsco.com/fl/MchjPccQVf
Accessible until Feb 28, 2021
Password: Zkaa9Quo

- DPNY Hospitality – Claim No. 10048260;
- Go Staff, Inc. – Claim No. 10181873;
- LA School of Gymnastics – Claim No. 10131452;
- Maintenx International Service Management Group, Inc. – Claim No. 10014185;
- Mountain View Child Care – Claim No. 10182069;
- Orora Packing Solutions – Claim No. 10068163; and
- PK Enterprises – Claim No. Not Yet Provided  ***Please provide the claim number for this client***

Please confirm receipt of this data and do not hesitate to contact me if you have any questions and/or if any additional information is needed.

Thank you in advance for your help.

Happy Holidays!


**Angela Rivera**
Project Manager
561.231.5339 | arivera@frsco.com | **LinkedIn**



**Financial Recovery Strategies**
80 Wesley Street, South Hackensack, NJ 07606
201.853.0300 Main | 201.853.0301 Fax | www.FRSCO.com

This email message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies and attachments of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The above communication is not intended to provide any tax advice. If you wish to obtain tax advice concerning any matter described or referred to in this email message, you should contact your tax advisor.

Financial Recovery Strategies (FRS) is a third-party class action settlement claims recovery consulting firm; we are not class counsel or a claims administrator. Class members may always file claims on their own without retaining FRS, and may contact class counsel and the claims administrator for information about a settlement and for claims filing assistance. FRS, if retained, works on an agreed-upon contingent commission basis.