# EXHIBIT B

**From:** info@autopartsclass.com
**Date:** February 26, 2021 at 10:28:28 AM EST
**To:** ROBIN NIEMIEC <robinn480@aol.com>, info@autopartsclass.com
**Subject: RE: My Claim**

Hello,

I can correct the dates on vehicles already in our system, but the deadline to add additional vehicles was in June 2020.

Best regards,

**Rebecca Davidson**
Epiq | Project Specialist
Email: Rebecca.Davidson@epiqglobal.com
(971) 339-4265

**From:** ROBIN NIEMIEC <robinn480@aol.com>
**Sent:** Thursday, February 25, 2021 6:29 AM
**To:** info@AutoPartsClass.com
**Subject:** Re: My Claim

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the phish alert button or forward to phishing@epiqglobal.com.

Thank you for getting back to me, much appreciated. I think I must have had messy handwriting, the MDXs should have been the years 2012 and 2017, not 2011 and 2012. My two Honda's were a 1995 Honda Civic and a 2002 Honda CR-V. Am I able to add those to my claim?

Thank you.
Robin

Sent from my iPhone

> On Feb 24, 2021, at 5:04 PM, info@autopartsclass.com wrote:
>
> Hello,
>
> Your claim number is 75351. Thank you for contacting us with your new address. I have updated our records. I see a 2012 Acura MDX and a 2011 Acura MDX in your claim, but I have no record of the two Hondas.
>
> Best regards,

**Rebecca Davidson**
Epiq | Project Specialist
Email: Rebecca.Davidson@epiqglobal.com
(971) 339-4265

---

**From:** robinn480@aol.com <robinn480@aol.com>
**Sent:** Wednesday, February 24, 2021 11:49 AM
**To:** info@AutoPartsClass.com
**Subject:** My Claim

Hi:

I filed a claim quite some time ago and I can't seem to find the print out of what I filed and did not file.  I have a couple of questions/issues.  First, I moved...and I don't know if you have my new or old address.  Second, I can't remember what I filed for and didn't file for...I think that I may have left one of my cars off the list but can't remember.

My information is as follows:

Name:  Robin Niemiec
Email:  robinn480@aol.com
Previous Address (and what I think I used when I filed claim:  133 Via Condado Way, Palm Beach Gardens, FL 33418
Current Address (as of August, 2020):  15174 80th Dr N, Palm Beach Gardens, FL 33418

I know that on the car list is (at least one)  an Acura MDX.  I had a second Acura and two Hondas and I am not sure if I filed for one, two or all of them.

Thank you,
Robin