# EXHIBIT C

# PROFESSOR DANIEL SHOAG

Case Western Reserve University  Phone: 617-595-6325
11119 Bellflower Rd  https://weatherhead.case.edu/faculty/daniel-shoag
Cleveland, OH 44106  dxs788@case.edu

**Employment**

Case Western Reserve University
- Associate Professor (with tenure), 2018-
- Visiting Associate Professor, 2017-2018

Harvard University
- Adjunct Professor (Summer), 2019-
- Associate Professor, 2017-2018
- Assistant Professor 2011-2017

Federal Reserve Bank of Boston
- Visiting Scholar, 2013-2017

Tel Aviv University
- Visiting Professor, 2013, 2015, 2018

**Education**

Ph.D., Economics, Harvard University, 2006-2011
M.A., Economics, Harvard University, 2008
B.A., Economics, Harvard University (*magna cum laude, phi beta kappa),* 2006

**Professional Activities**

*Seminar Presentations:* University of Chicago Booth, Columbia Business School, MIT, Arizona State University, Cleveland State University, Dartmouth, Harvard Kennedy School, Harvard, University of Michigan Economics Department, University of Michigan Ford School of Public Policy, Brown, Cornell, NY Federal Reserve, Boston Federal Reserve, Philadelphia Federal Reserve, Cleveland Federal Reserve, Boston University, NBER Summer Institute (4x), NBER Monetary Working Group, NBER Conference on State and Local Pensions, Tel Aviv University, Ben Gurion University, Hebrew University, Haifa University, Bar Ilan University, Warwick University, IZA, ASSA, University of California at Berkeley Goldman School of Business, University of Maryland, Princeton University Conference on Uncertainty, Duke ERID conference, IDC Herzliya, Stanford Center for Policy and Inequality, North American Regional Science Council Annual Meeting, Econometric Society World Congress, AEI, Brookings Institute, EEOC DataNet, BEA, Ohio State University, National Tax Association, Cato Institute, SOLE, Becker-Friedman Institute, Yale Law School

Conferences Organized

*HumTech 2014:*
190 Participants, 107 Submissions, 48 Contributed Talks, 32 Invited Talks, co-edited Elsevier Proceedings: 45 manuscripts (http://www.sciencedirect.com/science/journal/18777058/78)

*HumTech 2015:*
218 Participants, 127 Submissions, 60 Contributed Talks, 21 Invited Talks, co-edited Elsevier   Proceedings: 57 manuscripts (http://www.sciencedirect.com/science/journal/18777058/107)

**Select Grants, Awards, and Visiting Appointments**

Brookings Conference on Municipal Finance 2017, Best Paper
University of Chicago Municipal Finance Research Grant
Harvard University Asia Center Faculty Research Grant
Harvard Kennedy School – Women and Public Policy Program Research Grant
University of Haifa – Affiliated Professor
Upjohn Institute Early Career Research Award
Russell Sage Foundation Future of Work Program Grant 2014, 2015
Russell Sage Foundation Behavioral Economics Grant
Stanford Center for Policy and Inequality New Scholar
New England University Transportation Consortium Grant Recipient 2013-2017
David Rockefeller Center for Latin American Studies Faculty Grant
NAIOP Real Estate Research Grant
Harvard Real Estate Academic Initiative Grant
Laura and John Arnold Foundation Research Grants
Forbes 30 under 30: Law and Policy
John J. Adler Memorial Fund for Veterans Affairs Award

**Published Research**

"Banning the Box: The Labor Market Consequences of Bans on Criminal Record Screening in Employment Applications" (with Stan Veuger) *Forthcoming at the Journal of Law and Economics*  Select Press Coverage: US News and World Report, National Review, Chicago Policy Review

"No More Credit Score: Employer Credit Check Bans and Signal Substitution" (with Joshua Balance and Robert Clifford),  *Labour Economics* 63 (2020): 101769
Select Press Coverage: The Economist, Washington Post, NPR

Upskilling: Do Employers Demand Greater Skill When Workers are Plentiful" (with Alicia Sasser-Modestino and Joshua Balance) *Review of Economics and Statistics* (2019): 1-46. Select Press Coverage: Business Insider, The Weekly Standard, Politico

"Rules versus Home Rule: Local Government Responses to Negative Revenue Shocks" (with Cody Tuttle and Stan Veuger), *National Tax Journal* (2020) 72(3): 543- 574

"Shops and the City: Evidence on Local Externalities and Local Government Policy from Big-Box Bankruptcies" (with Stan Veuger), *Review of Economics and Statistics* 100.3 (2018): 440-453.   Select Press Coverage: US News and World Report, Crain Business

"Why has Regional Income Convergence in the US Declined?" (2017, with Peter Ganong) *Journal of Urban Economics* 102: 76-90.
Select Press Coverage: Bloomberg, Freakonomics, Business Insider, NY Times, Harvard Magazine, Wall Street Journal, Washington Post, Boston Globe, National Review, The Atlantic, CNBC, NPR, Forbes, City Journal, Washington Monthly, Council of Economic Advisers

"Uncertainty and the Geography of the Great Recession" (2016, with Stan Veuger) *Journal of Monetary Economics* 84: 84-93.
Select Press Coverage:  Reuters, Business Insider, Reason, The Austin Statesman, The Hill

"[Downskilling: Changes in Employer Skill Requirements over the Business Cycle](#)" (2016, with Alicia Sasser-Modestino and Josh Balance), *Labour Economics* 41: 333-347.
 Select Press Coverage:  Bloomberg, NPR, Wall Street Journal, The Washington Post

"[Tracking Employment Shocks Using Mobile Phone Data](#)" (2015, with Jameson Toole, Yu-Ru Lin, David Lazar, Erich Muehlegger, and Marta Gonzalez), *Journal of Royal Society Interface* 12(107).
 Select Press Coverage:  Wall Street Journal, MIT Technology Review, Der Spiegel, phys.org

"[Do Political Protests Matter? Evidence from the Tea Party Movement](#)" (2013, with Andreas Madestam, David Yanagizawa-Drott, and Stan Veuger), *Quarterly Journal of Economics* 128(4):
1633-1685.
Select Press Coverage: Bloomberg, The Economist, Marginal Revolution, Governing Magazine, Washington Post, The New York Times

"[Using State Pension Shocks to Estimate Fiscal Multipliers since the Great Recession](#)" (2013), *American Economic Review Papers & Proceedings* 103(3): 121-24.
Select Press Coverage: Slate

**Book Chapters and Other Papers**

"[Research: When the Economy is Good, Employers Demand Fewer Credentials](#)" – *Harvard Business Review* (2018) No. 54. Joint with Alicia Sasser Modestino

"[Taking My Talents to South Beach (and Back)](#)" (with Stan Veuger), S*port in Society* (2019): 1-11.   Select Press Coverage: The Economist, NPR, Vox, CavsNation

"[Endogenous Amenities: Exploring the Impact of Land Use Restrictions using New Micro-Level Data](#)" (with Stan Veuger), *Journal of Regional Science 2019(5) p . 435-451*

"[Risk Factors for 30-day Hospital Readmission for Diverticular Hemorrhage](#)" (forthcoming, with Jonah Rubin, John Gaetano, Dejan Micic, and Neil Sengupta) *Journal of Clinical Gastroenterology*

"[Land Use and Fertility Rates](#)" (forthcoming, with Lauren Russell) in Amnon Lehavi (ed.) *One Hundred Years of Zoning and the Future of Cities*, Springer.

"[The Economics of Prisoner Re-Entry](#)" (forthcoming, with Stan Veuger) in Elizabeth English and Gerard Robinson (ed.) *Education for Liberation: The Politics of Promise and Reform Inside and Beyond America's Prison*. Rowan and Littlefield Press.

"[Asset Management in Public DB and Non-DB Pension Plans](#)" (2016, with James Farrell), *Journal of Pension Economics and Finance* 15(4): 379-406.

"[Commuting Times and Land Use Regulations](#)" (2015, with Erich Muehlegger), *Procedia Engineering* 107: 488-492.

"[Efficacy of Prostate-Specific Antigen Screening: Use of Regression Discontinuity in the PLCO Cancer Screening Trial](#)" (2015, with Jonathan Shoag, J. Halpern, B. Eisner, R. Lee, S. Mittal, and C.E. Barbieri), *JAMA Oncology* 1(7): 984-986.
 Select Press Coverage: Healthy Living Magazine, Reuters Health

"Cell Phones and Motor Vehicle Fatalities" (2014, with Erich Muehlegger), *Procedia Engineering* 78:173177.

"Past and Present High Risk Investments by States and Localities" (2013) in *The Global Debt Crisis: Haunting US and European Federalism*. Brookings Institution Press.   Select Press Coverage: Harvard Political Review

"Risky Choices Simulating Public Pension Funding with Realistic Shocks" (with Jim Farrell), Forthcoming in *Gathering Storm: The Risks of State Pension Underfunding* (Roger Porter and Tom Healy ed.) Cambridge University Press

**Working Papers**

"Moving to Density: Half a Century of Housing Costs and Wage Premia from Queens to King Salmon," Joint with Philip Hoxie and Stan Veuger.

"The Long-Run Impact of the 1968 Washington, DC Civil Disturbance," AEI Economics Working Paper 2020-9. Joint with Leah Brooks, Jonathan Rose, and Stan Veuger

"Health Care Spending Projections and Policy Changes: Recognizing the Limits of Existing   Forecasts" *HKS Working Paper No. RWP19-022*, June 2019

"The Long Run, Causal Impact of Place: Evidence on Income and Mobility Effects from Japanese Internment" (with Nick Carollo)
Select Press Coverage: Harvard Gazette, Newsweek, BYU Radio

"The Impact of Government Spending Shocks: Evidence on the Multiplier from State Pension Plan Returns"
-*first draft available, new draft soon.*

**Policy Briefs and Business Press**

"Which Taxes Pay for Which State and Local Employees?" (2020) Mercatus Center COVID-19 Economic Recovery Policy Brief Series, July 2. Joint with Stan Veuger.

"Time to Prepare for Voting by Mail" (2020) Mercatus Center COVID-19 Policy Brief Series, March 31. Joint with Daniel Shoag

"Removing Barriers to Accessing High Productivity Places" –*Hamilton Project Policy Proposal*  2019

"No More Credit Score" Employer Credit Check Bans and Signal Substitution" – Cato Institute Research Briefs in Economy Policy (2016) No. 54. Joint with Robert Clifford

"Why Has Regional Income Convergence in the U.S. Declined?" – Cato Institute Research Briefs in  Economy Policy (2016) No. 57. Joint with Peter Ganong

"Uncertainty and the Geography of the Great Recession" – Cato Institute Research Briefs in Economy Policy (2017) No.69. Joint with Stan Veuger

"Shops and the City Evidence on Local Externalities and Local Government Policy from Big-Box

Bankruptcies" – Cato Institute Research Briefs in Economy Policy (2017) No. 92. Joint with Stan Veuger

"No More Credit Score": The Effect of Employer Credit Check Bans on Employment" – Harvard Kennedy School Taubman Center for State and Local Government Policy Brief (2016). Joint with Robert Clifford

"Upskilling: Do Employers Demand Greater Skill When Skilled Workers are Plentiful?"– Harvard Kennedy School Taubman Center for State and Local Government Policy Brief (2015). Joint with Alicia Sasser Modestino and Josh Ballance

**Referee and Reviewer**
*Quarterly Journal of Economics, American Economic Review, Econometrica, Journal of*
*Political Economy, Review of Economics Studies, American Economic Journal: Macroeconomics,*
*American Economic Journal: Economic Policy, Journal of Public Economics, Review of Economics and*
*Statistics, Journal of Human Resources, Journal of the European Economic Association, Journal of*
*Urban Economics, Economics of Transition, National Tax Journal, Journal of Monetary Economics*

**Personal Information:** Citizenship USA. Wife: Lyndsay, Children: Jacob (age 13), Noah (10), Joshie (8), Ezra (4), Hannah (7 months)