# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br>ALL END-PAYOR ACTIONS | : : : : : : : : : : : | INDEX OF EXHIBITS IN SUPPORT OF END-PAYOR PLAINTIFFS' MOTION TO STRIKE FINANCIAL RECOVERY SERVICES, LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28 OPINION AND ORDER |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | FRS opening brief to the Sixth Circuit Court of Appeals filed on April 21, 2001 |
| B | 3 Newberg on Class Actions § 9:37 |
| C | *Taylor v. KeyCorp*, 680 F.3d 609 (6th Cir. 2012) |
| D | *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56 (1982) |

Dated:  May 15, 2021		Respectfully submitted,


		/s/ William Reiss
		William V. Reiss
		**ROBINS KAPLAN LLP**
		399 Park Avenue, Suite 3600
		New York, NY 10022
		Telephone: (212) 980-7400
		Facsimile: (212) 980-7499
		WReiss@RobinsKaplan.com

		/s/ Adam J. Zapala
		Adam J. Zapala
		Elizabeth T. Castillo
		**COTCHETT, PITRE & McCARTHY, LLP**
		San Francisco Airport Office Center
		840 Malcolm Road, Suite 200
		Burlingame, CA 94010
		Telephone: (650) 697-6000
		Facsimile: (650) 697-0577
		azpala@cpmlegal.com
		ecastillo@cpmlegal.com

		/s/ Jenna G. Farleigh
		Marc M. Seltzer
		Steven G. Sklaver
		**SUSMAN GODFREY L.L.P**.
		1900 Avenue of the Stars, Suite 1400
		Los Angeles, CA 90067-6029
		Telephone: (310) 789-3100
		Facsimile: (310) 789-3150
		mseltzer@susmangodfrey.com
		ssklaver@susmangodfrey.com

		Terrell W. Oxford
		Chanler A. Langham
		**SUSMAN GODFREY L.L.P.**
		1000 Louisiana, Suite 5100

Houston, TX 77002
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Co-Lead Class Counsel for End-Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Jenna G. Farleigh*
Jenna G. Farleigh
**SUSMAN GODFREY L.L.P.**

4