# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## INDEX OF EXHIBITS TO
## FINANCIAL RECOVERY SERVICES, LLC'S
## OPPOSITION TO END-PAYOR PLAINTIFFS' MOTION TO STRIKE

Exhibit 1:   Declaration of Jeffrey N. Leibell, dated May 18, 2021

Exhibit 2:   *Fox v. Mich. State Police Dep't*, 173 F. App'x 372 (6th Cir. 2006)

Exhibit 3:   *Adelson v. Ocwen Fin.*, 2017 WL 2930991 (E.D. Mich. July 10, 2017)