UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311<br><br>Sean F. Cox<br>United States District Court Judge |

## OPINION AND ORDER

In this multidistrict litigation, the Court denied the motion to intervene filed by Financial Recovery Services, LLC ("FRS") on November 17, 2020. (ECF No. 2101.) FRS timely appealed to the Sixth Circuit, where the case has not yet been argued. (ECF No. 2105.) Then, FRS filed an "Emergency Motion to Compel Acceptance and Processing of Vehicle Data" with this Court on February 17, 2021. (ECF No. 2114.) The Court construed that motion as a motion for reconsideration, under Local Rule 7.1(h), and denied it on April 28, 2021. (ECF No. 2134.) Now, FRS asks this Court to reconsider its April 28 opinion while the end-payor plaintiffs have moved to strike. (ECF Nos. 2137, 2138.)

The Court agrees with end-payor plaintiffs that this is an improper motion. The Court already considered—and rejected—a motion to reconsider from FRS. There is no need to have briefing or otherwise continue to entertain a motion that "merely present[s] the same issues ruled upon by the Court." *See* E.D. Mich. LR 7.3(h)(3).

End-payor plaintiffs' motion to strike is hereby **GRANTED** and FRS' motion for

reconsideration is hereby **DENIED**.

      **IT IS SO ORDERED**.

Dated: May 19, 2021　　　　　　　　　　　　s/Sean F. Cox  
　　　　　　　　　　　　　　　　　　　　　Sean F. Cox  
　　　　　　　　　　　　　　　　　　　　　U. S. District Judge