# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Hon. Sean F. Cox |
| In re: FUEL INJECTION SYSTEMS | |
| THIS RELATES TO:<br>DIRECT PURCHASER ACTIONS | 2:13-cv-02201-SFC-RSW |

## MOTION TO WITHDRAW ATTORNEY

The undersigned, Richard B. Brosnick, an attorney at Akerman LLP, respectfully requests that the Court enter an order allowing James M. Burns, an attorney who has departed from Akerman LLP, to withdraw as counsel for Defendants Mikuni Corporation and Mikuni American Corporation, in the following cases:

| CASE RE: | CASE NUMBER |
|---|---|
| In re: FUEL INJECTION SYSTEMS | 12-md-02311 |
| DIRECT PURCHASER ACTIONS | 2:13-cv-02201 |

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the Mikuni Defendants.

A proposed form of Order is filed concurrently with this Motion.

Dated: May 25, 2021 */s/ Richard Brosnick*
Richard Brosnick (Bar ID:  2829919)
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel:  (212) 880-3834
Fax: (212) 880-8965
richard.brosnick@akerman.com

*Attorneys for Defendants Mikuni Corporation and Mikuni American Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, I caused the foregoing Motion to Withdraw of Attorney, be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all counsel of record.

/s/ Richard Brosnick
Richard Brosnick (Bar ID:  2829919)