**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 07, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

            Re:  Case No. 20-1599, *In re: Anti-Vib Rub Pts-End Payor Act*
                   Originating Case No. : 2:13-cv-00803 : 2:12-md-02311

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Patricia J. Elder, Senior Case Manager
                                              for Anthony Milton, Case Manager

cc:  Mr. John Clayton Everett Jr.
      Mr. David H. Fink
      Mr. Nathan Joshua Fink
       Adam C. Hemlock
      Mr. Robert N. Hochman
      Mr. Frederick R. Juckniess
      Mr. Larry J. Saylor
      Ms. Joanne G. Swanson
      Mr. Zachary D. Tripp
      Mr. Matthew J. Turchyn
      Mr. David Yolkut

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1599

_____

Filed: June 07, 2021

In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

-------------------------------
In re: ANTI-VIBRATIONAL RUBBER PARTS CASES

-------------------------------
This Relates To: End-Payor Actions

-------------------------------
DIRECT PURCHASER PLAINTIFFS

    Interested Party - Appellee

v.

YAMASHITA RUBBER COMPANY, LTD.; YUSA CORPORATION; TOKAI RUBBER INDUSTRIES, LTD.; DTR INDUSTRIES, INC.; BRIDGESTONE CORPORATION; BRIDGESTONE APM COMPANY; TOYO TIRE & RUBBER COMPANY, LTD.; TOYO TIRE NORTH AMERICA OE SALES, LLC; TOYO AUTOMOTIVE PARTS (USA), INC.

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 05/14/2021 the mandate for this case hereby issues today.

COSTS: None