# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation<br>In Re: Instrument Panel Clusters | 2:12-md-02311<br>2:12-cv-00200<br>2:12-cv-00201 |

## ORDER GRANTING
## WITHDRAWAL OF ATTORNEY SETH BASTIANELLI

Notice has been filed regarding the withdrawal of Seth Bastianelli of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, ASMO Co. Ltd, ASMO Greenville of North Carolina, Inc., and ASMO North America, LLC.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Bastianelli shall be removed as attorney of record in the following cases:

    2:12-md-02311-SFC-RSW

    2:12-cv-00200-SFC-RSW

    2:12-cv-00201-SFC-RSW

Dated: July 6, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge