UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In re: ANTI-VIBRATIONAL RUBBER PARTS | |
| THIS RELATES TO:<br><br>End-Payor Actions<br>Dealership Actions | 2:13-cv-00800-MOB-MKM<br>2:13-cv-00802-MOB-MKM<br>2:13-cv-00803-MOB-MKM |

## ORDER GRANTING MOTION TO WITHDRAW
## MATTHEW J. OSTER AS COUNSEL

Upon consideration of the motion to withdraw the appearance of Matthew J. Oster as counsel for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation in the following actions:

- 12-md-02311
- 2:13-cv-00800-MOB-MKM
- 2:13-cv-00802-MOB-MKM
- 2:13-cv-00803-MOB-MKM

ORDERED that the motion is GRANTED.

Dated: August 16, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge