# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGTION | Master File No. 12-md-02311 |
|---|---|
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## MOTION TO WITHDRAW MATTHEW R. HUPPERT AS COUNSEL

The undersigned, Laura S. Faussié, an attorney at Fraser Trebilcock Davis & Dunlap, P.C., respectfully requests that the Court enter an order allowing her co-counsel, Matthew R. Huppert, an attorney who will be departing from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C, to withdraw as counsel for Proposed Intervenor Financial Recovery Services, LLC d/b/a/ Financial Recovery Strategies ("FRS") in the following cases:

| Case | Case Number |
|---|---|
| In re: Automotive Parts Antitrust Litigation | 12-md-02311 |
| In re: Heater Control Panels | 12-cv-00403 |

This motion is not intended to affect the appearances of any other attorney of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C or Fraser Trebilcock Davis & Dunlap, P.C. already on record as counsel on behalf of FRS.

Dated:  August 16, 2021

Respectfully submitted,

/s/ *Laura S. Faussié*
Jonathan T. Walton, Jr. (P32969)
Laura S. Faussié (P48933)
FRASER TREBILCOCK
 DAVIS & DUNLAP, P.C.
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
jwalton@fraserlawfirm.com
lfaussie@fraserlawfirm.com

Aaron M. Panner
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com

*Counsel for Financial Recovery Services, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGTION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox<br>Mag. Judge R. Steven Whalen |

## CERTIFICATE OF SERVICE

I certify that on August 16, 2021, I electronically filed copies of:

(1) Motion to Withdraw Matthew R. Huppert as Counsel; and (2) this Certificate of Service; using the ECF system, which sent notice of filing in this matter.

Dated:  August 16, 2021         Respectfully submitted,

/s/ *Laura S. Faussié*
Laura S. Faussié (P48933)
FRASER TREBILCOCK
 DAVIS & DUNLAP, P.C.
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(313) 237-7300
lfaussie@fraserlawfirm.com

*Counsel for Financial Recovery Services, LLC*