# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : |

## [PROPOSED] ORDER GRANTING END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION CAPITAL'S MOTION TO ENFORCE SETTLEMENT AGREEMENTS

WHEREAS, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("class counsel"), filed an unopposed motion for an extension of time to respond to Element Fleet Corporation, Wells, Inc., Donlen LLC, and Automotive Rentals, Inc.'s Motion to Enforce Settlement Agreements. ECF No. 2149. The Court has now reviewed the Motion, which is not opposed by movant, and is otherwise fully advised on the premises of the request for an extension.

NOW, THEREFORE, THE COURT ORDERS as follows.

End-Payor Plaintiffs may file their Response and Opposition to the Motion to Enforce Settlement Agreements (ECF No. 2149) on or before October 13, 2021.

2

IT IS SO ORDERED.

BY THE COURT:

Dated: _____, 2021

/s/_____
Hon. Sean Cox
United States District Judge

2