# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In Re: BEARINGS CASES<br><br><br><br>THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | CASE NO. 2:12-md-02311<br>HON. SEAN F. COX<br><br>2:12-cv-00501-SFC-RSW<br>2:15-cv-12068-SFC-RSW<br>2:15-cv-13932-SFC-RSW<br>2:15-cv-13945-SFC-RSW<br><br>NOTICE OF FIRM NAME CHANGE |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Joseph Saveri Law Firm, Inc., has changed its name to Joseph Saveri Law Firm, LLP, effective April 13, 2021. The contact information for Joseph R. Saveri counsel for Plaintiffs in the above-captioned action, is now:

>Joseph R. Saveri
>**JOSEPH SAVERI LAW FIRM, LLP**
>601 California Street, Suite 1000
>San Francisco, CA 94108
>Phone: (415) 500-6800
>jsaveri@saverilawfirm.com

Dated:  September 27, 2021

By:     */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (Cal. Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com