# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : 12-md-02311<br>: Honorable Sean F. Cox<br>: |
| In Re: ALL PARTS | |
| THIS RELATES TO:<br><br>All Actions | :<br>:<br>:<br>:<br>: |

## MOTION TO WITHDRAW KATHERINE E. CLEMONS AS COUNSEL

Katherine E. Clemons of the law firm Arnold & Porter Kaye Scholer LLP, who will soon depart that firm, respectfully requests that the Court enter an order allowing her to withdraw as counsel for Fujikura Ltd. and Fujikura Automotive America LLC in the following cases:

- 12-md-02311
- 2:12-cv-00100
- 2:12-cv-00102
- 2:12-cv-00103
- 2:12-cv-00104
- 2:12-cv-00105
- 2:12-cv-00106
- 2:12-cv-00107

Other counsel of record will continue to appear on behalf of the aforementioned Defendants in the above-referenced actions, and this withdrawal will not result in any delay in the progress of those actions.

A proposed form of Order is filed concurrently with this Motion.

US 170496618v2

Dated: October 3, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Katherine E. Clemons
Katherine E. Clemons
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-6004
(202) 942-5999 - facsimile
*email*: Katherine.clemons@arnoldporter.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2021, I caused the foregoing Motion to Withdraw to be served upon counsel of record in the captioned matter by filing said document via ECF in accordance with Corrected Electronic Case Management Protocol Order.

Dated: October 3, 2021                  By: /s/ Katherine E. Clemons
                                                                      Katherine E. Clemons