# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|   |   |   |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : | |

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR FURTHER BRIEFING ON PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENTS

WHEREAS, on September 15, 2021, the attorneys representing Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. filed a Motion to Enforce Settlement Agreements (Dkt. No. 2149);

WHEREAS, on September 27, 2021, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("class counsel"), filed an unopposed motion to extend the deadline to file their objection to the Motion to Enforce Settlement Agreements until October 13, 2021 (Dkt. No. 2150);

WHEREAS, the Court granted EPPs an extension of time to file a response to the Motion to Enforce Settlement Agreements on September 29, 2021 (Dkt. 2152);

WHEREAS, pursuant to that Order, EPPs' response to the Motion to Enforce Settlement Agreements is currently due on October 13, 2021;

WHEREAS, counsel for EPPs and for Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc have continued to confer about potential resolution of the dispute;

WHEREAS, more time is needed to complete those discussions.

IT IS THEREFORE STIPULATED AND AGREED by counsel for Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. and by class counsel that:

1. EPPs' Response to the Motion to Enforce Settlement Agreements shall be extended three weeks until November 3, 2021.

2. Any Reply to the Motion to Enforce Settlement Agreements shall be due on November 17, 2021.

**IT IS SO ORDERED.**

Dated:  October 13, 2021                                s/Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge

**STIPULATED AND AGREED.**

| | |
|---|---|
| BALCH & BINGHAM LLP | SUSMAN GODFREY L.L.P. |
| */s/ L. Conrad Anderson IV* | */s/ Jenna G. Farleigh* |
| Gregory C. Cook | Marc M. Seltzer |
| L. Conrad Anderson IV | Steven G. Sklaver |
| 1901 6th Avenue North | 1900 Avenue of the Stars, Suite 1400 |
| Suite 1500 | Los Angeles, California 90067 |
| Birmingham, AL 35203 | Telephone: (310) 789-3100 |
| Telephone: (205) 251-8100 | mseltzer@susmangodfrey.com |
| gcook@balch.com | ssklaver@susmangodfrey.com |
| canderson@balch.com | |

Terrell W. Oxford
Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, Texas 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Tyler P. Bishop
BALCH & BINGHAM LLP
30 Ivan Allen, Jr. Blvd., NW
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3521
tbishop@balch.com

Floyd G. Short
Jenna G. Farleigh
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Attorneys for Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Automotive Rentals, Inc.*

Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200

Burlingame, California 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

William V. Reiss
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
wreiss@ robinskaplan.com

***Attorneys for End-Payor Plaintiffs***