UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |
| IN RE: SONNY BECK, et al.<br>v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445<br>(Terminated 3/11/2019) |

### JAFFE, RAITT, HEUER & WEISS, P.C.'S
### MOTION TO WITHDRAW ITS APPEARANCE AS COUNSEL
### FOR KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC

Jaffe, Raitt, Heuer & Weiss, Professional Corporation ("Jaffe") respectfully requests that the Court enter an order withdrawing the appearance of Jeffrey G. Heuer, Peter Falkenstein and James Kresta as counsel in the following actions:

2:11-cv-15445-MOB-MKM (terminated 3/11/2019)

2:12-cv-00100-SFC-RSW

2:12-cv-00103-SFC-RSW

2:12-md-02311-SFC-RSW

This Motion is brought because our client, Kyungshin-Lear Sales and Engineering, LLC has resolved all the claims against it and is no longer a party to the cases.

WHEREFORE, Jaffe respectfully requests that the Court enter the order

4835-4441-4207.v2

attached as ***Exhibit A*** granting Jaffe's Motion to withdraw the appearances of Jeffrey G. Heuer, Peter Falkenstein and James Kresta as counsel of record for Kyungshin-Lear Sales and Engineering, LLC in the matters listed and remove it from the service list.

                                  Respectfully submitted,

                                  Jaffe, Raitt, Heuer, & Weiss, P.C.

                                  *Jeffrey G. Heuer*
                                  JEFFREY G. HEUER (P14925)
                                  *Attorneys for Kyungshin-Lear Sales and Engineering LLC*
                                  27777 Franklin Road, Suite 2500
                                  Southfield, Michigan 48034
                                  (248) 351-3000

Dated: October 19, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |
| IN RE: SONNY BECK, et al.<br>v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445<br>(Terminated 3/11/2019) |

### BRIEF IN SUPPORT OF JAFFE, RAITT, HEUER & WEISS, P.C.'S MOTION TO WITHDRAW ITS APPEARANCE AS COUNSEL FOR KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC

Jaffe, Raitt, Heuer & Weiss, P.C. respectfully submits this brief in support of its Motion to Withdraw its appearance of Jeffrey G. Heuer, Peter Falkenstein and James Kresta as Counsel for Kyungshin-Lear Sales and Engineering, LLC, and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

3

4835-4441-4207.v2

                        Respectfully submitted,

                        Jaffe, Raitt, Heuer, & Weiss, P.C.

                        *Jeffrey G. Heuer*
                        JEFFREY G. HEUER (P14925)
                        *Attorneys for Kyungshin-Lear Sales and Engineering LLC*
                        27777 Franklin Road, Suite 2500
                        Southfield, Michigan 48034
                        (248) 351-3000

Dated: October 20, 2021

4835-4441-4207.v2