UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |
| IN RE: SONNY BECK, et al.<br>v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445<br>(Terminated 3/11/2019) |

**ORDER GRANTING JAFFE, RAITT, HEUER & WEISS, P.C.'S MOTION TO WITHDRAW ITS APPEARANCE AS COUNSEL FOR KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC**

This matter having come before the Court on Jaffe, Raitt, Heuer & Weiss P.C.'s ("Jaffe") Motion to Withdraw its appearance as Counsel for Kyungshin-Lear Sales and Engineering, LLC, the Court, having reviewed Jaffe's Motion and determining that all interested persons were given notice, it appearing that Jaffe is entitled to the relief requested, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Jaffe's Motion is **GRANTED** and Jaffe's appearance, including Jeffrey G. Heuer, Peter Falkenstein and James Kresta is withdrawn in the matters listed below as counsel for Kyungshin-Lear Sales and Engineering, LLC.

4886-8163-6608.v1
4886-8163-6608.v1

2:11-cv-15445-MOB-MKM

2:12-cv-00100-SFC-RSW

2:12-cv-00103-SFC-RSW

2:12-md-02311-SFC-RSW

**IT IS FURTHER ORDERED** that Jeffrey G. Heuer, Peter Falkenstein and James Kresta will be removed from the service list in this matter.

Dated: October 22, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Prepared By:
JAFFE, RAITT, HEUER & WEISS, P.C.
Jeffrey G. Heuer (P14925)
27777 Franklin Road, Ste. 2500
Southfield, Michigan 48034
(248) 351-3000