UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION
_____

MASTER FILE NO. 12-md-02311
Hon. Sean F. Cox

THIS DOCUMENT RELATES TO:
All Cases
_____/

## NOTICE TO APPEAR FOR VIDEO PROCEEDING*

You are notified to appear for a Zoom video proceeding before the undersigned on **November 18, 2021 at 3:30 p.m.**  The Court will be the host.

### TYPE OF PROCEEDING: STATUS CONFERENCE

**\*The parties shall provide the Court with an updated status report no later than 11/12/2021**

**Instructions for joining the video proceeding will be emailed to the attorneys of record.** The following is a reminder of your responsibilities and the policy concerning virtual court proceedings.

Technical Responsibilities:
- The court will not provide technical assistance for testing or troubleshooting.  Additionally, the court will not provide time during the proceeding to troubleshoot issues.
- Participants should take time prior to the call to become familiar with Zoom.  Make sure your device is working properly.
- Directions, tutorials, and technical support to test your device and network prior to the proceeding can be found at Zoom.us

- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality call.  (Note: mobile data users may incur cellular carrier charges which are the responsibility of the participant.)

<u>This Court's Policy</u>:
- The call may be an in-court proceeding and will be considered the same as the courtroom.  A court reporter will be present.   Appropriate attire is required.
- There is no dress code for conferences that are not in-court proceedings.  No court reporter will be present.
- Appropriate conduct is required always.
- Participants must use a private and quiet room that will be free of interruptions (outdoor, car or public places are not permitted).  Also, video meetings need good, consistent lighting: avoid rooms with bright windows and/or back-lighting.
- Participants must place their mobile devices on a solid surface with the camera at eye level.  Do not hand hold devices and do not lay phones or tablets flat on a desk or tabletop.
- Desktops, laptops, tablets are preferred over cellular phones.
- The court has the right to terminate the proceeding if the video experience is not acceptable.
- The judge has power over the proceeding and participants as if they were present in chambers or a physical courtroom.

<u>Connecting to the Virtual Court Room at the time of the proceeding</u>:
- An invitation will be sent to your email of record.  Click "Join Zoom Meeting" and enter Meeting ID.
- <u>Windows Desktop PCs and Laptops</u>:  Go to the Zoom web site (zoom.us).  Click on "Join Zoom Meeting" and enter Meeting ID.
- <u>Apple and Android Tablets or Phones</u>:  Install the Zoom App from the Apple or Android Store prior to the call.  Launch the Zoom app at time of the call and join using Meeting ID.

3

                                        <u>s/Sean F. Cox</u>
                                        Sean F. Cox
                                        United States District Judge

Dated: October 28, 2021