# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : | |

## FURTHER STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR FURTHER BRIEFING ON PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENTS

WHEREAS, on September 15, 2021, the attorneys representing Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. filed a Motion to Enforce Settlement Agreements (Dkt. No. 2149);

WHEREAS, on September 27, 2021, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("class counsel"), filed an unopposed motion to extend the deadline to file their objection to the Motion to Enforce Settlement Agreements until October 13, 2021 (Dkt. No. 2150);

WHEREAS, prior to the October 13, 2021 response date, the interested entities jointly submitted a stipulation to the Court informing the Court that they were "confer[ring] about potential resolution of that dispute" and seeking a further

1

extension of the briefing schedule until November 3, 2021 for the opposition and until November 17, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on October 13, 2021 (Dkt. 2154);

WHEREAS, pursuant to that Order, EPPs' response to the Motion to Enforce Settlement Agreements is currently due on November 3, 2021;

WHEREAS, the interested entities have made headway on a potential resolution to the dispute but more time is needed to complete those discussions.

IT IS THEREFORE STIPULATED AND AGREED by counsel for Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. and by class counsel that:

1. EPPs' Response to the Motion to Enforce Settlement Agreements shall be extended three more weeks until November 24, 2021.
2. Any Reply to the Motion to Enforce Settlement Agreements shall be due on December 8, 2021.

**IT IS SO ORDERED.**

Dated: November 2, 2021         s/Sean F. Cox
                                Sean F. Cox
                                U. S. District Judge

**STIPULATED AND AGREED.**

| BALCH & BINGHAM LLP | SUSMAN GODFREY L.L.P. |
|---|---|
| */s/ L. Conrad Anderson IV* | */s/ Jenna G. Farleigh* |
| Gregory C. Cook | Marc M. Seltzer |
| L. Conrad Anderson IV | Steven G. Sklaver |
| 1901 6th Avenue North | 1900 Avenue of the Stars, Suite 1400 |
| Suite 1500 | Los Angeles, California 90067 |
| Birmingham, AL 35203 | Telephone: (310) 789-3100 |
| Telephone: (205) 251-8100 | mseltzer@susmangodfrey.com |
| gcook@balch.com | ssklaver@susmangodfrey.com |
| canderson@balch.com | |
| | Terrell W. Oxford |
| Tyler P. Bishop | Chanler A. Langham |
| BALCH & BINGHAM LLP | SUSMAN GODFREY LLP |
| 30 Ivan Allen, Jr. Blvd., NW | 1000 Louisiana Street, 5100 |
| Suite 700 | Houston, Texas 77002 |
| Atlanta, Georgia 30308 | Telephone: (713) 651-9366 |
| Telephone: (404) 962-3521 | toxford@susmangodfrey.com |
| tbishop@balch.com | clangham@susmangodfrey.com |
| | Floyd G. Short |
| | Jenna G. Farleigh |
| ***Attorneys for Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Automotive Rentals, Inc.*** | SUSMAN GODFREY LLP |
| | 1201 Third Avenue, Suite 3800 |
| | Seattle, Washington 98101 |
| | Telephone: (206) 516-3880 |
| | fshort@susmangodfrey.com |
| | jfarleigh@susmangodfrey.com |
| | |
| | Adam J. Zapala |
| | Elizabeth Castillo |
| | COTCHETT, PITRE & McCARTHY, LLP |
| | San Francisco Airport Office Center |

3

840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

William V. Reiss
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
wreiss@ robinskaplan.com

***Attorneys for End-Payor Plaintiffs***