# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 Honorable Sean F. Cox Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100 2:12-cv-00103 |
| IN RE:  SONNY BECK, et al. v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445 (Terminated 3/11/2019) |

## WILLIAM PARKER SANDERS'S
## MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL
## FOR KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC

William Parker Sanders of Smith, Gambrell & Russell, LLP, respectfully requests that the Court enter an order withdrawing his July 23, 2014, appearance as counsel in the following actions:

2:11-cv-15445-MOB-MKM (terminated 3/11/2019)

2:12-cv-00100-SFC-RSW

2:12-cv-00103-SFC-RSW

2:12-md-02311-SFC-RSW

This Motion is brought because our client, Kyungshin-Lear Sales and Engineering, LLC, has resolved all the claims against it and is no longer a party to

the cases.

WHEREFORE, William Parker Sanders respectfully requests that the Court enter the order attached as ***Exhibit A*** granting the Motion to Withdraw his appearance as counsel of record for Kyungshin-Lear Sales and Engineering, LLC, in the matters listed and remove him from the service list.

                                        Respectfully submitted,

                                        SMITH, GAMBRELL & RUSSELL, LLP

                                        *Wm. Parker Sanders*
                                        WM. PARKER SANDERS (GA 626020)
                                        *Attorney for Kyungshin-Lear Sales and Engineering LLC*
                                        1105 W. Peachtree Street, NE, Suite 1000
                                        Atlanta, Georgia 30309
                                        404.815.3684 / psanders@sgrlaw.com

Dated: November 17, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |
| IN RE: SONNY BECK, et al. v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445<br>(Terminated 3/11/2019) |

### BRIEF IN SUPPORT OF WILLIAM PARKER SANDERS' MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC

William Parker Sanders respectfully submits this brief in support of his Motion to Withdraw his July 23, 2014, appearance as Counsel for Kyungshin-Lear Sales and Engineering, LLC, and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

        Respectfully submitted,

        SMITH, GAMBRELL & RUSSELL, LLP

        *Wm. Parker Sanders*
        WM. PARKER SANDERS (GA 626020)
        *Attorney for Kyungshin-Lear Sales and Engineering LLC*
        1105 W. Peachtree Street, NE, Suite 1000
        Atlanta, Georgia 30309
        404.815.3684 / psanders@sgrlaw.com

Dated: November 17, 2021