UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION

Case No. 12-md-02311

Judge Sean F. Cox

_____/

**NOTICE OF CORRECTION**

Docket entry number  2164 , filed  11/20/2021 , has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [✓] Other: The docket entry is a duplicate of ECF No. 2163, Transcript of Motion for Attorney Fees.

If you need further clarification or assistance, please contact  Darlene May  at  (313) 234-2605 .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: November 21, 2021

s/John Purdy
Deputy Clerk