UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : | |

**FURTHER STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR FURTHER BRIEFING ON PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENTS**

WHEREAS, on September 15, 2021, the attorneys representing Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. filed a Motion to Enforce Settlement Agreements (Dkt. No. 2149);

WHEREAS, on September 27, 2021, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("class counsel"), filed an unopposed motion to extend the deadline to file their objection to the Motion to Enforce Settlement Agreements until October 13, 2021 (Dkt. No. 2150);

WHEREAS, prior to the October 13, 2021 response date, the interested entities jointly submitted a stipulation to the Court informing the Court that they were "confer[ring] about potential resolution of that dispute" and seeking a further

1

extension of the briefing schedule until November 3, 2021 for the opposition and until November 17, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on October 13, 2021 (Dkt. 2154);

WHEREAS, prior to the November 3, 2021 deadline for the opposition, the interested entities once again jointly submitted a stipulation to the Court informing the Court that they were making "headway on a potential resolution to the dispute but more time is needed to complete those discussions" and sought a further extension of the briefing schedule until November 24, 2021 for the opposition and until December 8, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on November 2, 2021 (Dkt. 2160);

WHEREAS, pursuant to that Order, EPPs' response to the Motion to Enforce Settlement Agreements is currently due on November 24, 2021;

WHEREAS, the interested entities have mostly resolved this dispute and are negotiating a few minor details but need one final two-week extension given the Thanksgiving holiday.

IT IS THEREFORE STIPULATED AND AGREED by counsel for Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. and by class counsel that:

1. EPPs' Response to the Motion to Enforce Settlement Agreements shall be extended only final time two more weeks until December 8, 2021.

2. Any Reply to the Motion to Enforce Settlement Agreements shall be due on December 22, 2021.

**IT IS SO ORDERED.**

/s/ _____
Honorable Sean F. Cox

**STIPULATED AND AGREED.**

BALCH & BINGHAM LLP

/s/ *L. Conrad Anderson IV*
Gregory C. Cook
L. Conrad Anderson IV
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
gcook@balch.com
canderson@balch.com

Tyler P. Bishop
BALCH & BINGHAM LLP
30 Ivan Allen, Jr. Blvd., NW
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3521
tbishop@balch.com

SUSMAN GODFREY L.L.P.

/s/ *Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, Texas 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short

| | |
|---|---|
| ***Attorneys for Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Automotive Rentals, Inc.*** | Jenna G. Farleigh<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>fshort@susmangodfrey.com<br>jfarleigh@susmangodfrey.com<br><br>Adam J. Zapala<br>Elizabeth Castillo<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone: (650) 697-6000<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br><br>William V. Reiss<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022<br>Telephone: (212) 980-7400<br>wreiss@ robinskaplan.com<br><br>***Attorneys for End-Payor Plaintiffs*** |