```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3   IN RE: AUTOMOTIVE PARTS       )
     ANTITRUST LITIGATION,         )     Master File No.
 4   BEARINGS                      )     12-MD-02311
                                   )
 5   _____/

 6                         STATUS CONFERENCE
                 BEFORE THE HONORABLE SEAN F. COX
 7                 UNITED STATES DISTRICT JUDGE
             HEARING CONDUCTED VIA VIDEO CONFERENCE
 8               ALL PARTIES APPEARING REMOTELY
                   THURSDAY, NOVEMBER 18, 2021
 9

10   APPEARANCES:

11   FOR THE CO-LEAD END-PAYOR:

12                      CHANLER ASHTON LANGHAM, ESQ.
                        Susan Godfrey, LLP
13                      1000 Louisiana, Suite 5100
                        Houston, Texas 77002
14                      (713) 653-7839

15   FOR THE DIRECT PURCHASER:

16                      EUGENE SPECTOR, ESQ.
                        Spector Roseman & Kodroff, PC
17                      2001 Market Street
                        Suite 3420
18                      Philadelphia, Pennsylvania 19103
                        (215) 496-0300
19

20   FOR THE AUTO DEALERS:

21                      SHAWN RAITER, ESQ.
                        Larson King, LLP
22                      30 East 7th Street
                        Suite 2800
23                      St. Paul, Minnesota 55101
                        (651) 312-6500

24

25
```

```
 1  APPEARANCES (Continued):

 2  FOR THE TRUCK AND EQUIPMENT DEALERS:

 3              WILLIAM SHOTZBARGER, ESQ.
                Duane Morris, LLP
 4              30 S. 17th Street
                Philadelphia, Pennsylvania 19103
 5              (215) 979-1997

 6  FOR FINANCIAL RECOVERY SERVICES, LLC

 7              AARON M. PANNER, ESQ.
                Kellogg, Hansen, Todd, Figel &
 8              Frederick, P.L.L.C.
                1615 M Street NW
 9              Suite 400
                Washington, D.C. 20036
10              (202) 326-7921

11  FOR THE DIRECT PURCHASERS, THE MOVING PARTY:

12              DAVID H. FINK, ESQ. and
                NATHAN FINK, ESQ.
13              Fink, Bressack PLLC
                38500 Woodward Avenue
14              Suite 350
                Bloomfield Hills, Michigan 48304
15              (248) 971-2500

16  FOR THE DEFENDANT:

17              HOWARD B. IWREY, ESQ.
                Dykema Gossett
18              39577 Woodward Avenue
                Suite 300
19              Bloomfield Hills, Michigan 48034
                (248) 203-0526
20

21

22
    REPORTED BY:    Darlene K. May, CSR, RPR, CRR, RMR
23                  231 W. Lafayette Boulevard
                    Detroit, Michigan 48226
24                  (313) 234-2605

25
```

```
 1                    TABLE OF CONTENTS
 2   PROCEEDINGS:                                    PAGE:
 3     Appearances                                       3
 4     Hearing                                           3
 5     Court Reporter's Certificates                     5
 6
 7
 8   EXHIBITS:
 9        (None offered)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:19-cv-02133-SFC-RSW ECF No. 207, PageID.2964 Filed 11/24/21 Page 4 of 7
Case 2:12-md-02311-SFC-RSW ECF No. 1967, PageID.36149 Filed 11/24/21 Page 4 of 7

4

```
 1                  Thursday, November 18, 2021
 2                  3:45 p.m.
 3                       --  ---  --
 4          THE CLERK OF THE COURT:  The United States District
 5  Court is in session.  The Honorable Sean F. Cox presiding.
 6          The court calls case number 12-02311, In Re Automotive
 7  Parts Antitrust Litigation.
 8          THE COURT:  Now, I know we have quite a number of
 9  attorneys here on behalf of plaintiff and defendants.  But it's
10  my understanding that certain individuals are here
11  representing, I guess, all the plaintiffs.  And who are you?
12  Can you give us your appearances, please?
13          MR. LANGHAM:  Yes, Your Honor.  This is Chanler
14  Langham for the impaired Co-lead End-Payor Purchaser
15  Plaintiffs.
16          THE COURT:  Okay.  Good afternoon.
17          MR. SPECTOR:  Good afternoon, Your Honor.  Eugene
18  Spector on behalf of the Direct Purchaser Plaintiffs.
19          THE COURT:  Anybody else on behalf of plaintiffs?
20          MR. RAITER:  Yes, Your Honor.  This is Shawn Raiter on
21  behalf of the auto dealers.
22          THE COURT:  All right.
23          MR. SHOTZBARGER:  Good afternoon, William Shotzbarger
24  on behalf of the truck and equipment dealer plaintiffs.
25          THE COURT:  Okay.
```

5

```
1              MR. PANNER:  Your Honor, this is Aaron Panner on
2    behalf of FRS that represents a number of absent class members.
3              THE COURT:  All right.  I guess that covers the
4    individuals representing the plaintiff parties.  What about the
5    defense, defendants?
6              (No response.)
7              THE COURT:  Anybody?
8              (No response.)
9              THE COURT:  So Mr. Fink, what attorneys are going to
10   speak on behalf of the defendants here?
11             MR. DAVID FINK:  Your Honor, I don't know.  I think
12   we'd ask Mr. Iwrey to volunteer that answer.
13             MR. IWREY:  I am unaware.  Usually, it's Steve Cherry.
14   I don't think the defendants have much additional to discuss
15   with the Court at this conference.
16             THE COURT:  Okay.  Very good.  Of course, this Court
17   called this status conference.  Thank you everyone for joining
18   us here this afternoon and thank you very much for the
19   excellent status report on active cases that was prepared for
20   me.  I really appreciate it.  It was very thorough.  Very easy
21   to follow.
22             So I wanted to bring everyone here together and let
23   you know that -- as you do know, this litigation has been going
24   on for ten years.  It is going to end and I am not going to be
25   accepting anymore cases.  All right?  So everyone's got notice.
```

```
 1   I'm not accepting anymore cases.  I'm just going to finish up
 2   what we have.
 3            All right.  So everyone's been notified.
 4            All right.  Have a good afternoon.
 5       (At 3:48 p.m., matter concluded.)
 6                           -   -   -
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2


 3         I, Darlene K. May, Official Court Reporter for the

 4   United States District Court, Eastern District of Michigan, do

 5   hereby certify that the foregoing is a true and correct

 6   transcript, to the best of my ability, from the record of

 7   proceedings in the above-entitled matter.  I further certify

 8   that the transcript fees and format comply with those

 9   prescribed by the Court and the Judicial Conference of the

10   United States.

11


12   November 24, 2021            /s/ Darlene K. May
     Date                         Darlene K. May, CSR, RPR, CRR, RMR
13                                Federal Official Court Reporter
                                  Michigan License No. 6479
14


15


16


17


18


19


20


21


22


23


24


25
```