UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS<br>ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |
| IN RE: SONNY BECK, et al.<br>v. DELPHI AUTOMOTIVE, LLP | 2:11-cv-15445<br>(Terminated 3/11/2019) |

**ORDER GRANTING WILLIAM PARKER SANDERS'S
MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR
KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC**

This matter having come before the Court on William Parker Sanders's Motion to Withdraw his appearance as Counsel for Kyungshin-Lear Sales and Engineering, LLC, the Court, having reviewed Mr. Sanders's Motion and determining that all interested persons were given notice, it appearing that Mr. Sanders is entitled to the relief requested, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Mr. Sanders's Motion is **GRANTED** and his appearance is withdrawn in the matters listed below as counsel for Kyungshin-Lear Sales and Engineering, LLC.

   2:11-cv-15445-MOB-MKM

   2:12-cv-00100-SFC-RSW

2:12-cv-00103-SFC-RSW

2:12-md-02311-SFC-RSW

**IT IS FURTHER ORDERED** that William Parker Sanders will be removed from the service list in this matter.

Dated: December 6, 2021  　　　　　　　　s/Sean F. Cox
　　　　　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　U. S. District Judge

Prepared By:
WM. PARKER SANDERS (GA 626020)
1105 W. Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
404.815.3684 / psanders@sgrlaw.com
*Attorney for Kyungshin-Lear Sales and Engineering LLC*