UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : | |

**FURTHER STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR FURTHER BRIEFING ON PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENTS**

WHEREAS, on September 15, 2021, the attorneys representing Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. filed a Motion to Enforce Settlement Agreements (Dkt. No. 2149);

WHEREAS, on September 27, 2021, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("class counsel"), filed an unopposed motion to extend the deadline to file their objection to the Motion to Enforce Settlement Agreements until October 13, 2021 (Dkt. No. 2150);

WHEREAS, prior to the October 13, 2021 response date, the interested entities jointly submitted a stipulation to the Court informing the Court that they were "confer[ring] about potential resolution of that dispute" and seeking a further

1

extension of the briefing schedule until November 3, 2021 for the opposition and until November 17, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on October 13, 2021 (Dkt. 2154);

WHEREAS, prior to the November 3, 2021 deadline for the opposition, the interested entities once again jointly submitted a stipulation to the Court informing the Court that they were making "headway on a potential resolution to the dispute but more time is needed to complete those discussions" and sought a further extension of the briefing schedule until November 24, 2021 for the opposition and until December 8, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on November 2, 2021 (Dkt. 2160);

WHEREAS, prior to the November 24, 2021 deadline for the opposition, the interested entities once again jointly submitted a stipulation to the Court informing the Court that they "have mostly resolved the dispute and are negotiating a few minor details but need one final two-week extension given the Thanksgiving holiday" and sought a further extension of the briefing schedule until December 8, 2021 for the opposition and until December 22, 2021 for the reply;

WHEREAS, the Court granted that stipulation and proposed briefing schedule on November 24, 2021 (Dkt. 2166);

WHEREAS, pursuant to that Order, EPPs' response to the Motion to Enforce Settlement Agreements is currently due on December 8, 2021;

WHEREAS, the interested entities have made significant progress and have a working stipulation to resolve this dispute, there remain a few outstanding details that have cropped up relating to the data and complicated claims in this matter such that the interested entities need one more two-week extension to resolve these issues and this dispute in its entirety.

IT IS THEREFORE STIPULATED AND AGREED by counsel for Element Fleet Corporation; Wheels, Inc.; Donlen LLC, and Automotive Rentals, Inc. and by class counsel that:

1. EPPs' Response to the Motion to Enforce Settlement Agreements shall be extended two more weeks until December 22, 2021.

2. Any Reply to the Motion to Enforce Settlement Agreements shall be due on January 5, 2022.

**IT IS SO ORDERED.**

Dated: December 9, 2021        s/Sean F. Cox
                               Sean F. Cox
                               U. S. District Judge

**STIPULATED AND AGREED.**

BALCH & BINGHAM LLP

*/s/ L. Conrad Anderson IV*
Gregory C. Cook
L. Conrad Anderson IV
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
gcook@balch.com
canderson@balch.com

Tyler P. Bishop
BALCH & BINGHAM LLP
30 Ivan Allen, Jr. Blvd., NW
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3521
tbishop@balch.com


*Attorneys for Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Automotive Rentals, Inc.*

SUSMAN GODFREY L.L.P.

*/s/ Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, Texas 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna G. Farleigh
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010

Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

William V. Reiss
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022
Telephone: (212) 980-7400
wreiss@robinskaplan.com

***Attorneys for End-Payor Plaintiffs***
