# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 Honorable Sean F. Cox Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00100 2:12-cv-00103 |

## ANDREW S. MAROVITZ'S MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR LEAR CORPORATION

Andrew S. Marovitz of Mayer Brown LLP, respectfully requests that the Court enter an order withdrawing his appearances as counsel in the following actions:

2:12-cv-00100-SFC-RSW (Sept. 11, 2012 appearance)
2:12-cv-00103-SFC-RSW (Sept. 11, 2012 appearance)
2:12-md-02311-SFC-RSW (March 6, 2012 appearance)

This Motion is brought because our client, Lear Corporation, has resolved all the claims against it and is no longer a party to the cases.

WHEREFORE, Andrew S. Marovitz respectfully requests that the Court enter the order attached as *Exhibit A* granting the Motion to Withdraw his appearance as counsel of record for Lear Corporation in the matters listed and remove him from the service list.

Respectfully submitted,

MAYER BROWN LLP

/s/ Andrew S. Marovitz
ANDREW S. MAROVITZ
*Attorney for Lear Corporation*
71 South Wacker Drive
Chicago, Illinois  60606
312.701.7116
amarovitz@mayerbrown.com

Dated:  December 15, 2021

745182244.3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00100<br>2:12-cv-00103 |

**BRIEF IN SUPPORT OF ANDREW S. MAROVITZ'S MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR LEAR CORPORATION**

Andrew S. Marovitz respectfully submits this brief in support of his Motion to Withdraw his appearances as Counsel for Lear Corporation, and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

> Respectfully submitted,
>
> MAYER BROWN LLP
>
> /s/ Andrew S. Marovitz
> ANDREW S. MAROVITZ
> *Attorney for Lear Corporation*
> 71 S. Wacker Drive
> Chicago, Illinois  60606
> 312.701.7116
> amarovitz@mayerbrown.com

Dated:  December 15, 2021

745182244.3

## CERTIFICATE OF SERVICE

      I, Andrew S. Marovitz, an attorney, hereby certify that on December 15, 2021, I caused a true and correct copy of the foregoing **Andrew S. Marovitz's Motion To Withdraw His Appearance as Counsel for Lear Corporation** and **Brief in Support** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:  December 15, 2021
                                  MAYER BROWN LLP

                                  By: /s/ Andrew S. Marovitz
                                      Andrew S. Marovitz
                                      Attorney for Defendant Lear Corporation
                                      71 South Wacker Drive
                                      Chicago, Illinois  60606
                                      312.701.7116
                                      amarovitz@mayerbrown.com