# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re: All Parts | Master File No. 12-md-02311 |
| | Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

## NOTICE OF WITHDRAWAL OF ATTORNEY DAVID C. GIARDINA

PLEASE TAKE NOTICE of the withdrawal of David C. Giardina of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. In addition to the above-referenced Master File, his appearance should be withdrawn from the following cases:

2:13-cv-00800-SFC-RSW

2:14-cv-02900-SFC-RSW

December 22, 2021

*/s/ David C. Giardina*
David C. Giardina
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: dgiardina@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I filed this Notice of Withdrawal of Attorney David C. Giardina with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

December 22, 2021

/s/ *David C. Giardina*
David C. Giardina
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: amurad@sidley.com