UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Cases** | MASTER FILE NO. 12-md-02311<br><br>Hon. Sean F. Cox |

### ELAINE A. RYAN AND MANFRED P. MUECKE'S MOTION TO WITHDRAW AS COUNSEL

Elaine A. Ryan and Manfred P. Muecke respectfully request that the Court enter an order withdrawing their appearances as counsel in the above matter. In addition to the above-referenced Master File, Mr. Muecke's appearance should also be withdrawn as counsel for Plaintiffs in the following cases:

2:12-cv-00103-SFC-RSW
2:12-cv-00203-SFC-RSW
2:12-cv-00303-SFC-RSW
2:12-cv-00403-SFC-RSW
2:12-cv-00503-SFC-RSW
2:12-cv-00603-SFC-RSW

2:13-cv-00703-SFC-RSW
2:13-cv-00903-SFC-RSW
2:13-cv-01103-SFC-RSW
2:13-cv-01203-SFC-RSW
2:13-cv-01503-SFC-RSW
2:13-cv-01703-SFC-RSW
2:13-cv-01803-SFC-RSW
2:13-cv-02203-SFC-RSW
2:13-cv-02303-SFC-RSW
2:13-cv-02403-SFC-RSW
2:13-cv-02703-SFC-RSW

      2:14-cv-02903-SFC-RSW

      2:15-cv-02503-SFC-RSW
      2:15-cv-02503-SFC-RSW
      2:15-cv-03003-SFC-RSW

    This Motion is brought because as of January 1, 2022, neither will be employed by Bonnett Fairbourn Friedman and Balint P.C.

    WHEREFORE, Elaine A. Ryan and Manfred P. Muecke respectfully request that the Court enter the Order attached as Exhibit A granting the Motion to Withdraw their appearances as counsel of record in the matters listed above and remove them from the service list.

Dated:  December 28, 2021.        Respectfully Submitted,

        /s/*Elaine A. Ryan*
        Elaine A. Ryan
        BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
        2325 E. Camelback Rd., Ste. 300
        Phoenix, Arizona 86016
        Telephone: (602) 274-1100
        eryan@bffb.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311 |
| **THIS DOCUMENT RELATES TO:** | Hon. Sean F. Cox |
| **All Cases** | |

# BRIEF IN SUPPORT OF ELAINE A. RYAN AND MANFRED P. MUECKE'S MOTION TO WITHDRAW AS COUNSEL

Elaine A. Ryan and Manfred P. Muecke respectfully submit this brief in support of their Motion to Withdraw their appearances as counsel, and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

Dated: December 28, 2021.　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/*Elaine A. Ryan*
　　　　　　　　　　　　　　　　　　Elaine A. Ryan
　　　　　　　　　　　　　　　　　　BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
　　　　　　　　　　　　　　　　　　2325 E. Camelback Rd., Ste. 300
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 86016
　　　　　　　　　　　　　　　　　　Telephone: (602) 274-1100
　　　　　　　　　　　　　　　　　　eryan@bffb.com

## CERTIFICATE OF SERVICE

I, Elaine A. Ryan, hereby certify that a copy of the foregoing was filed on December 28, 2021. Notice of this filing will be sent to all parties of record using the Court's electronic case filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated:  December 28, 2021

/s/*Elaine A. Ryan*
Elaine A. Ryan
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 86016
Telephone: (602) 274-1100
eryan@bffb.com