UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Cases** | MASTER FILE NO. 12-md-02311<br><br>Hon. Sean F. Cox |

### ORDER GRANTING ELAINE A. RYAN AND MANFRED P. MUECKE'S MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court on Elaine A. Ryan's and Manfred P. Muecke's Motion to Withdraw their appearance as counsel for Plaintiffs, the Court having reviewed the Motion and determining that all interested persons were given notice, it appears that Ms. Ryan and Mr. Muecke are entitled to the relief requested, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Ms. Ryan's and Mr. Muecke's Motion is **GRANTED** and their appearance is withdrawn in the above matter. In addition, Mr. Muecke's appearance is withdrawn in the matters listed below as counsel for Plaintiffs:

2:12-cv-00103-SFC-RSW
2:12-cv-00203-SFC-RSW
2:12-cv-00303-SFC-RSW
2:12-cv-00403-SFC-RSW
2:12-cv-00503-SFC-RSW
2:12-cv-00603-SFC-RSW

2:13-cv-00703-SFC-RSW
2:13-cv-00903-SFC-RSW
2:13-cv-01103-SFC-RSW
2:13-cv-01203-SFC-RSW

2:13-cv-01503-SFC-RSW
2:13-cv-01703-SFC-RSW
2:13-cv-01803-SFC-RSW
2:13-cv-02203-SFC-RSW
2:13-cv-02303-SFC-RSW
2:13-cv-02403-SFC-RSW
2:13-cv-02703-SFC-RSW

2:14-cv-02903-SFC-RSW

2:15-cv-02503-SFC-RSW
2:15-cv-02503-SFC-RSW
2:15-cv-03003-SFC-RSW

**IT IS FURTHER ORDERED** that Ms. Ryan and Mr. Muecke will be removed from the service list in this matter.

Dated: _____.

_____
Sean F. Cox
U.S. District Judge