# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 Honorable Sean F. Cox Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00101 2:12-cv-00102 |

## BRITT M. MILLER'S MOTION TO WITHDRAW HER APPEARANCE AS COUNSEL FOR LEAR CORPORATION

Britt M. Miller of Mayer Brown LLP, respectfully requests that the Court enter an order withdrawing her appearances as counsel in the following actions:

2:12-cv-00101-SFC-RSW (Sept. 11, 2012 appearance)
2:12-cv-00102-SFC-RSW (Sept. 11, 2012 appearance)
2:12-md-02311-SFC-RSW (March 6, 2012 appearance)

This Motion is brought because our client, Lear Corporation, has resolved all the claims against it and is no longer a party to the cases.

WHEREFORE, Britt M. Miller respectfully requests that the Court enter the order attached as *Exhibit A* granting the Motion to Withdraw her appearance as counsel of record for Lear Corporation in the matters listed and remove her from the service list.

Respectfully submitted,

MAYER BROWN LLP

/s/ Britt M. Miller
BRITT M. MILLER
*Attorney for Lear Corporation*
71 South Wacker Drive
Chicago, Illinois 60606
312.701.8663
bmiller@mayerbrown.com

Dated: January 5, 2022

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 Honorable Sean F. Cox Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00101 2:12-cv-00102 |

## BRIEF IN SUPPORT OF BRITT M. MILLER'S MOTION TO WITHDRAW HER APPEARANCE AS COUNSEL FOR LEAR CORPORATION

Britt M. Miller respectfully submits this brief in support of her Motion to Withdraw her appearances as Counsel for Lear Corporation, and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

Respectfully submitted,

MAYER BROWN LLP

/s/ Britt M. Miller
BRITT M. MILLER
*Attorney for Lear Corporation*
71 S. Wacker Drive
Chicago, Illinois 60606
312.701.8663
bmiller@mayerbrown.com

Dated: January 5, 2022

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on January 5, 2022, I caused a true and correct copy of the foregoing **Britt M. Miller's Motion To Withdraw Her Appearance as Counsel for Lear Corporation** and **Brief in Support** to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Dated:  January 5, 2022                      MAYER BROWN LLP

                                                 By: /s/ Britt M. Miller
                                                      Britt M. Miller
                                                      Attorney for Defendant Lear Corporation
                                                      71 South Wacker Drive
                                                      Chicago, Illinois  60606
                                                      312.701.8663
                                                      bmiller@mayerbrown.com