IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Sean F. Cox |
| IN RE: AUTOMOTIVE STEEL TUBES<br>IN RE: FUEL INJECTION SYSTEMS | Case Nos. 2:13-cv-02200<br>2:13-cv-02201<br>2:16-cv-04000 |

### MOTION FOR WITHDRAWAL OF EILEEN M. COLE AS COUNSEL

Defendants Maruyasu Industries Co., Ltd. ("Maruyasu") and Curtis-Maruyasu America, Inc. ("CMA"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Eileen M. Cole as counsel in the following actions:

- 2:12-md-02311
- 2:13-cv-02200
- 2:13-cv-02201
- 2:16-cv-04000

This motion is precipitated by Ms. Cole's departure from White & Case LLP. Maruyasu and CMA will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Maruyasu and CMA respectfully request that the Court enter an order granting the motion to withdraw the appearance of Eileen M. Cole as counsel of record.

Respectfully submitted,

Dated: January 7, 2022

By: */s/ Christopher M. Curran*
Christopher M. Curran
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Email: ccurran@whitecase.com

*Counsel for Maruyasu Industries Co., Ltd. and Curtis-Maruyasu America, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2022, I caused to be electronically filed the foregoing Motion for Withdrawal of Eileen M. Cole as Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

                                                 */s/ Christopher M. Curran*
                                                 Christopher M. Curran
                                                 White & Case LLP
                                                 701 Thirteenth Street, NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 626-3600
                                                 Email: ccurran@whitecase.com