**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

**THOMAS J TALLERICO'S MOTION TO WITHDRAW**
**HIS APPEARANCE AS COUNSEL**
**FOR T. RAD CO., LTD. AND T. RAD NORTH AMERICA, INC.**

Thomas J. Tallerico of Bodman PLC, respectfully requests that the Court enter an order withdrawing his appearances as counsel in the following actions:

2:12-md-02311-SFC-RSW (August 1, 2013 appearance)

This Motion is brought because our clients, T. Rad Co., Lt and T. Rad North America, Inc., have resolved all the claims against them and they are no longer parties to the cases.

WHEREFORE, Thomas J. Tallerico respectfully requests that the Court enter the order attached as **Exhibit A** granting the Motion to Withdraw his appearance as counsel of record for T. Rad Co., Ltd. And T. Rad North America, Inc., in the matters listed and remove him from the service list.

        Respectfully submitted,

        BODMAN PLC

        By: /s/ Thomas J. Tallerico
            Thomas J. Tallerico (P23662)
        201 W. Big Beaver Road
        Suite 500
        Troy, MI  48084
        248-743-6000
        ttallerico@bodmanlaw.com

January 7, 2022

2

Bodman_18237198_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

**BRIEF IN SUPPORT OF
THOMAS J. TALLERICO'S MOTION TO WITHDRAW
HIS APPEARANCE AS COUNSEL FOR
T. RAD CO., LTD. AND T. RAD NORTH AMERICA, INC.**

Thomas J. Tallerico respectfully submits this brief in support of his Motion to Withdraw his appearances as Counsel for T. Rad Co., Ltd. and T. Rad North America, Inc., and in support, relies upon the facts in the accompanying Motion and as presented to the Court.

Respectfully submitted,

BODMAN PLC

By: /s/ Thomas J. Tallerico
Thomas J. Tallerico (P23662)
201 W. Big Beaver Road
Suite 500
Troy, MI  48084
248-743-6000
ttallerico@bodmanlaw.com

January 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311 Honorable Sean F. Cox Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO: All Cases | |

**CERTIFICATE OF SERVICE**

I, Thomas J. Tallerico, an attorney, hereby certify that on January 7, 2022, I caused a true and correct copy of the foregoing papers to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

Respectfully submitted,

BODMAN PLC

By: /s/ Thomas J. Tallerico
    Thomas J. Tallerico (P23662)
201 W. Big Beaver Road
Suite 500
Troy, MI  48084
248-743-6000
ttallerico@bodmanlaw.com

Bodman_18237198_1

**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

**ORDER GRANTING THOMAS J. TALLERICO'S MOTION TO WITHDRAW
HIS APPEARANCE AS COUNSEL FOR
T. RAD CO., LTD. AND T. RAD NORTH AMERICA, INC.**

This matter having come before the Court on Thomas J. Tallerico's Motion to Withdraw his Appearance as Counsel for T. Rad Co., Ltd. and T. Rad North America, Inc., the Court, having reviewed Mr. Tallerico's Motion and determining that all interested persons were given notice, it appearing that Mr. Tallerico is entitled to the relief requested, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Mr. Tallerico's Motion is GRANTED and his appearance is withdrawn in the matter listed below as counsel for T. Rad Co., Ltd. and T. Rad North America, Inc.

2:12-md-02311-SFC-RSW (August 1, 2013 appearance)

IT IS FURTHER ORDERED that Thomas J. Tallerico will be removed from the service list in this matter.

                                                                             _____
                                                                             Sean F. Cox, U. S. District Judge

Dated:_____