# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00101<br>2:12-cv-00102 |

## ORDER GRANTING ANDREW S. MAROVITZ'S MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR LEAR CORPORATION

This matter having come before the Court on Andrew S. Marovitz's Motion to Withdraw his appearance as Counsel for Lear Corporation, the Court, having reviewed Mr. Marovitz's Motion and determining that all interested persons were given notice, it appearing that Mr. Marovitz is entitled to the relief requested, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Mr. Marovitz's Motion is **GRANTED** and his appearance is withdrawn in the matters listed below as counsel for Lear Corporation:

 2:12-cv-00101-SFC-RSW
 2:12-cv-00102-SFC-RSW
 2:12-md-02311-SFC-RSW

**IT IS FURTHER ORDERED** that Andrew S. Marovitz will be removed from the service list in this matter.

Dated: January 10, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge