**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |

| | |
|---|---|
| IN RE: WIRE HARNESS | 2:12-cv-00101<br>2:12-cv-00102 |

**ORDER GRANTING BRITT M. MILLER'S MOTION TO WITHDRAW**
**HER APPEARANCE AS COUNSEL FOR LEAR CORPORATION**

This matter having come before the Court on Britt M. Miller's Motion to Withdraw her appearances as Counsel for Lear Corporation, the Court, having reviewed Ms. Miller's Motion and determining that all interested persons were given notice, it appearing that Ms. Miller is entitled to the relief requested, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Ms. Miller's Motion is **GRANTED** and her appearances are withdrawn in the matters listed below as counsel for Lear Corporation:

> 2:12-cv-00101-SFC-RSW
> 2:12-cv-00102-SFC-RSW
> 2:12-md-02311-SFC-RSW

**IT IS FURTHER ORDERED** that Britt M. Miller will be removed from the service list in this matter.

Dated: January 10, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge