# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-MD-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

## ORDER GRANTING THOMAS J. TALLERICO'S MOTION TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR T. RAD CO., LTD. AND T. RAD NORTH AMERICA, INC.

This matter is before the Court on Thomas J. Tallerico's Motion to Withdraw his Appearance as Counsel for T. Rad Co., Ltd. and T. Rad North America, Inc. The Court, having reviewed Mr. Tallerico's Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Mr. Tallerico's Motion is GRANTED and his appearance is withdrawn in the matter listed below as counsel for T. Rad Co., Ltd. and T. Rad North America, Inc.

2:13-cv-1002-SFC-RSW (September 22, 2014 appearance)

IT IS FURTHER ORDERED that Thomas J. Tallerico will be removed from the service list in this matter.

Dated: January 10, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Bodman_18237198_1