# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Sean F. Cox |
| IN RE: AUTOMOTIVE STEEL TUBES<br>IN RE: FUEL INJECTION SYSTEMS | Case Nos. 2:13-cv-02200<br>2:13-cv-02201<br>2:16-cv-04000 |

## ORDER GRANTING
## MOTION TO WITHDRAW EILEEN M. COLE AS COUNSEL

This matter is before the Court upon Defendant Maruyasu Industries Co., Ltd. and Curtis-Maruyasu America, Inc.'s Motion to Withdraw as Eileen M. Cole as Counsel.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS SO ORDERED.

Dated: January 13, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge