UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |

**NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN GALLAGHER**

PLEASE TAKE NOTICE of the withdrawal of Kevin Gallagher of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC and ASMO Greenville of North Carolina, Inc. (collectively "DENSO entities").

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

Dated: January 18, 2022

By: WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Kevin Gallagher*
Kevin Gallagher
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kevin.gallagher@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I caused the foregoing Notice of Withdrawal of Attorney Kevin Gallagher to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kevin Gallagher*
Kevin Gallagher
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kevin.gallagher@wilmerhale.com