# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |

## ORDER GRANTING
## WITHDRAWAL OF ATTORNEY KEVIN GALLAGHER

Notice has been filed regarding the withdrawal of Kevin Gallagher of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Corporation, DENSO International America, Inc., DENSO Korea Automotive Corporation, DENSO International Korea Corporation, ASMO Co., Ltd., ASMO North America, LLC and ASMO Greenville of North Carolina, Inc. (collectively "DENSO entities"). Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Gallagher shall be removed as attorney of record in the above-captioned case.

Dated: January 24, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge