UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Case No.: 12-MD-02311
Hon. Sean F. Cox

ALL PARTS

THIS RELATES TO: ALL CASES

## MOTION FOR WITHDRAWAL OF COUNSEL

Cheryl A. Bush ("Withdrawing Counsel") respectfully requests this Court enter an Order granting her permission to withdraw her appearance as counsel for non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc., effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel entered an appearance in this case on February 16, 2016, on behalf of non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc.

2. All matters relating to the subpoena served on non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc. have been resolved.

WHEREFORE, Withdrawing Counsel respectfully requests that this Court grant her permission to withdraw her appearance as counsel for non-parties FCA US LLC and Fiat Chrysler Finance North America, Inc.

|  |  |
|---|---|
|  | Respectfully submitted,  |
|  | BUSH SEYFERTH PLLC  |
|  | Counsel for FCA US LLC and  |
|  | Fiat Chrysler Finance North America, Inc.  |
| Dated: February 4, 2022 | By: /s/ Cheryl A. Bush  |
|  | Cheryl A. Bush (P37031)  |
|  | Susan M. McKeever (P73533)  |
|  | BUSH SEYFERTH PLLC  |
|  | 100 W. Big Beaver Rd., Suite 400  |
|  | Troy, MI 48084  |
|  | (248) 822-7800  |
|  | bush@bsplaw.com  |
|  | mckeever@bsplaw.com  |