**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Sean F. Cox |
| IN RE: FUEL INJECTION SYSTEMS | |
| THIS RELATES TO:<br><br>DIRECT PURCHASER ACTIONS | Case Nos. 2:13-cv-02200<br>2:13-cv-02201 |

**NOTICE OF ENTRY OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's September 1, 2017 Electronic Case Management Protocol Order, 12-md-02311 (ECF No. 1804), and February 17, 2012 Order Setting Initial Status Conference, 12-md-02311 (ECF No. 1 at 3, ¶(e)), attorney Claire L. Leonard of White & Case LLP, a member of the bar of this Court, hereby enters her appearance as counsel for Defendant Maruyasu Industries Co., Ltd. in the Master Case for *In Re: Automotive Parts Antitrust Litigation*, 12-md-02311, the Lead Case for *In re: Fuel Injection Systems*, No. 2:13-cv-02200, and the Direct Purchaser Action for *In re: Fuel Injection Systems*, No. 2:13-cv-02201.  Appearing counsel requests that all papers in these actions be served upon the undersigned at the address below.  The appearance shall not be deemed a waiver of any rights, privileges, defenses, or immunities that may be available under common law, statutory or constitutional authority, or the

Federal Rules of Civil Procedure.

                                              Respectfully submitted,

Dated:   February 15, 2022             By:   */s/ Claire L. Leonard*

                                              Claire L. Leonard
                                              **WHITE & CASE** LLP
                                              701 Thirteenth Street, NW
                                              Washington, DC 20005
                                              Telephone:  (202) 626-3666
                                              Facsimile:   (202) 639-9355
                                              Email: claire.leonard@whitecase.com

                                              *Counsel for Maruyasu Industries Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

*/s/ Claire L. Leonard*

Claire L. Leonard
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3666
Email: claire.leonard@whitecase.com