UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION

ALL PARTS

This document relates to ALL CASES

Case No. 2:12-MD-02311 (SFC)

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that as of March 1, 2022, the address for John Roberti, counsel for defendants Robert Bosch GmbH, Robert Bosch LLC, and Bosch Electrical Drives Co. Ltd. has changed to:

John Roberti
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851 2073
(202) 851-2081
JRoberti@cohengresser.com

and he respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served thereto.

Dated: Washington, DC
February 28, 2022

Respectfully submitted,

COHEN & GRESSER LLP

By: /s/ John Roberti
John Roberti
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851 2073
(202) 851-2081
JRoberti@cohengresser.com

*Attorneys for Defendants Robert Bosch GmbH, Robert Bosch LLC, and Bosch Electrical Drives Co. Ltd.*