# INDEX OF EXHIBITS TO ENTERPRISE FLEET MANAGEMENT, INC.'S MOTION TO ENFORCE END PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

| Exhibit | Description |
| --- | --- |
| A. | Declaration of Emma K. Burton in Support of Motion to Enforce Settlements and Strike Contradictory and Improper Stipulation dated March 17, 2022 |
| 1. | Email from Chanler Langham dated November 9, 2019 |
| 2. | Email from Chanler Langham dated October 13, 2021 |
| B. | Declaration of Ryan C. Koenig in Support of Motion to Enforce Settlements and Strike Contradictory and Improper Stipulation dated March 16, 2022 |
| 1. | Enterprise Fleet Management Master Equity Lease Agreement (redacted) |
| C. | *In re Automotive Parts Antitrust Litigation*, 997 F.3d 677 (6th Cir. 2021) |
| D. | *Stromberg v. Qualcomm Incorporated*, 14 F.4th 1059 (9th Cir. 2021) |
| E. | *In re Optical Disk Drive Antitrust Litigation*, No. 3:10-md-2143 RS, 2016 WL 467444 (N.D. Cal. 2016) |