# EXHIBIT 2

| | |
|---|---|
| **From:** | Chanler Langham <clangham@SusmanGodfrey.com> |
| **Sent:** | Wednesday, October 13, 2021 1:11 PM |
| **To:** | Burton, Emma; Sasse, Daniel |
| **Cc:** | Jenna Farleigh; William V. Reiss (WReiss@RobinsKaplan.com); Elizabeth Castillo |
| **Subject:** | RE: Automotive Parts Antitrust Litigation - Stipulation and Order re Briefing |

External Email

Emma,

It is our understanding that all parties have agreed that discussions will be fruitful. Currently, you have received our proposal and we have received yours. We plan to proceed with discussions expeditiously and will keep you informed of additional discussions and/or proposed written agreements.

Regards,
- Chanler

**From:** Burton, Emma <EBurton@crowell.com>
**Sent:** Wednesday, October 13, 2021 9:27 AM
**To:** Chanler Langham <clangham@SusmanGodfrey.com>; Sasse, Daniel <DSasse@crowell.com>
**Cc:** Jenna Farleigh <JFarleigh@susmangodfrey.com>; William V. Reiss (WReiss@RobinsKaplan.com) <wreiss@robinskaplan.com>; Elizabeth Castillo <ecastillo@cpmlegal.com>
**Subject:** RE: Automotive Parts Antitrust Litigation - Stipulation and Order re Briefing

EXTERNAL Email
Thanks, Chanler.  We appreciate the courtesy copy.

Before we notify EFM of the extension, and particularly in light of efforts on their end to respond quickly yesterday, it would be helpful to know where things stand in terms of reaching resolution with all parties.


Thanks again,
Emma
202.624.2974


**From:** Chanler Langham <clangham@SusmanGodfrey.com>
**Sent:** Wednesday, October 13, 2021 9:51 AM
**To:** Sasse, Daniel <DSasse@crowell.com>; Burton, Emma <EBurton@crowell.com>
**Cc:** Jenna Farleigh <JFarleigh@susmangodfrey.com>; William V. Reiss (WReiss@RobinsKaplan.com) <wreiss@robinskaplan.com>; Elizabeth Castillo <ecastillo@cpmlegal.com>
**Subject:** Automotive Parts Antitrust Litigation - Stipulation and Order re Briefing

1

External Email

Daniel and Emma,

Attached is a courtesy copy of the order extending the briefing schedule.

Regards,

- Chanler

---

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Wednesday, October 13, 2021 8:14 AM
**To:** Jenna Farleigh <JFarleigh@susmangodfrey.com>; Tammie DeNio <tdenio@SusmanGodfrey.com>; Floyd G. Short <fshort@SusmanGodfrey.com>; Chanler Langham <clangham@SusmanGodfrey.com>; Kymberli Speedy <KSpeedy@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Giovanna Eby <GEby@susmangodfrey.com>; Terry Oxford <TOXFORD@SusmanGodfrey.com>
**Subject:** New document: Automotive Parts Antitrust Litigation (Doc# 2154, E.D. Mich. 2:12-md-02311-SFC-RSW)

EXTERNAL Email

## Automotive Parts Antitrust Litigation

**Docket entry number: 2154**

STIPULATION AND ORDER Regarding Briefing Schedule as to [2149] MOTION to Enforce Settlement Agreements (Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Automotive Rentals, Inc.'s Motion to Enforce Settlement Agreements) (Response due by 11/3/2021, Reply due by 11/17/2021) Signed by District Judge Sean F. Cox. (JMcC) (Entered: 10/13/2021)

*Date entered: 2021-10-13*

[VIEW CASE]
https://app.pacerpro.com/cases/21094

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com