# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

| | |
|---|---|
| IN RE : HEATER CONTROL PANELS | Case No. 2:12-cv-00403 |
| IN RE : OCCUPANT SAFETY SYSTEMS | Case No. 2:12-cv-00603 |
| IN RE : SWITCHES | Case No. 2:13-cv-01303 |
| IN RE : IGNITION COILS | Case No. 2:13-cv-01403 |
| IN RE : STEERING ANGLE SENSORS | Case No. 2:13-cv-01603 |
| IN RE : ELECTRIC POWERED STEERING ASSEMBLIES | Case No. 2:13-cv-01903 |
| IN RE : FUEL INJECTION SYSTEMS | Case No. 2:13-cv-02203 |
| IN RE : VALVE TIMING CONTROL DEVICES | Case No. 2:13-cv-02503 |
| IN RE : AIR CONDITIONING SYSTEMS | Case No. 2:13-cv-02703 |
| IN RE : AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | Case No. 2:14-cv-02903 |
| IN RE : AUTOMOTIVE HOSES | Case No. 2:15-cv-03203 |
| IN RE : SHOCK ABSORBERS | Case No. 2:15-cv-03303 |
| IN RE : BODY SEALING PRODUCTS | Case No. 2:16-cv-03403<br>2:16-cv-10456 |
| IN RE : INTERIOR TRIM PRODUCTS | Case No. 2:16-cv-03503 |
| IN RE : AUTOMOTIVE BRAKE HOSES | Case No. 2:16-cv-03603 |
| IN RE : EXHAUST SYSTEMS | Case No. 2:16-cv-03703 |
| IN RE : CERAMIC SUBSTRATES | Case No. 2:16-cv-03803<br>2:16-cv-11804 |
| IN RE : POWER WINDOW SWITCHES | Case No. 2:16-cv-03903 |
| IN RE : AUTOMOTIVE STEEL TUBES | Case No. 2:16-cv-04003<br>2:16-cv-12949 |
| IN RE : SIDE-DOOR LATCHES | Case No. 2:16-cv-04303<br>2:17-cv-11637 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

## DECLARATION OF RYAN C. KOENIG IN SUPPORT OF MOTION TO ENFORCE END PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

I, Ryan C. Koenig, declare as follows.

1. I, Ryan C. Koenig, am employed as National Service Department Vendor Operations Manager at Enterprise Fleet Management, Inc. ("EFM"). In that role, I am fully familiar with the claim filed on EFM's behalf in the class action litigation known as *In re: Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.) ("Auto Parts Matter") by EFM's authorized representative Crowell & Moring LLP. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. I make this declaration in support of EFM's Motion to Enforce End Payor Settlements and Strike Contradictory and Improper Stipulation that was reached with Class Action Capital, Inc. ("CAC") and certain other fleet management companies ("FMCs").

3. EFM is an FMC and filed its initial claim in this matter on November 12, 2019. The claim was supplemented on March 16, 2020, to include additional vehicles that had become eligible under subsequent settlements.

4. EFM's claimed vehicles were purchased new, not for resale, through dealerships in the United States.

5. The vast majority of EFM's lease agreements are open-ended Terminal Rental Adjustment Clause ("TRAC") leases. A true and correct copy of EFM's standard lease agreement is attached here at **Exhibit 1**.

6. EFM's standard lease includes terms consistent with EFM's ownership of its vehicles and its customers' rights to possession and use only:

- "Lessor is the sole legal owner of each Vehicle." Ex. 1, ¶ 1.

- "This Agreement is a lease only and Lessee will have no right, title or interest in or to the Vehicles except for the use of the Vehicles as described in this Agreement." Ex. 1, ¶ 1.

- "This Agreement shall be treated as a true lease for federal and applicable state income tax purposes with Lessor having all benefits of ownership of the Vehicles." Ex. 1, ¶ 1.

- "Each Vehicle will be titled and licensed in the name designated by Lessor." Ex. 1, ¶ 6.

7. EFM held title to each of its claimed vehicles for the entirety of its period of ownership, including during any lease of those vehicles to EFM customers.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March, 2022, in Missouri.

By: *Ryan Koenig*

Ryan C. Koenig
National Service Department Vendor Operations Manager
Enterprise Fleet Management, Inc.

-3-