# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** <br><br> ──────────────────────── <br><br> **ALL PARTS** <br> ──────────────────────── <br><br> **THIS RELATES TO:** <br><br> **ALL CASES** | Master File No. 12-md-02311 <br><br> Honorable Sean F. Cox <br><br> 2:12-md-02311-SFC-RSW <br> 2:12-cv-00500-SFC-RSW <br> 2:12-cv-00504-SFC-RSW <br> 2:14-cv-12095-SFC-RSW <br> 2:14-cv-13356-SFC-RSW <br> 2:19-cv-13302-SFC-RSW <br> 2:12-cv-00200-SFC-RSW <br> 2:13-cv-00205-SFC-RSW <br> 2:12-cv-00100-SFC-RSW <br> 2:13-cv-00105-SFC-RSW |

## MOTION TO WITHDRAW AS COUNSEL

Jeffrey L. Kessler, an attorney at Winston & Strawn, LLP, respectfully requests that the Court enter an order allowing Molly M. Donovan, who has left Winston & Strawn LLP, to withdraw as counsel for Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., NTN Corporation, NTN USA Corporation in the above-captioned matters. Other counsel of record will continue to appear as counsel on behalf of the above-named Defendants, and there will be no delay in the progress of the above-named actions as a result of this withdrawal.

Dated: March 18, 2022

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH, Panasonic Corp. and Panasonic Corp. of North America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., NTN Corporation, NTN USA Corporation, NTN-SNR Roulements SA, NTN Wälzlager (Europa) GmbH, Panasonic Corp. and Panasonic Corp. of North America*