UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Case No.: 12-MD-02311
Hon. Sean F. Cox

ALL PARTS

THIS RELATES TO: ALL CASES

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Currently before the Court is a Motion for Withdrawal of Counsel filed by Cheryl A. Bush. Having considered the motion, and for the reasons stated within it, the Court finds good cause to permit the requested withdrawal.

The motion is GRANTED.

Cheryl A. Bush will be removed from the service list in this matter.

SO ORDERED.

Dated: March 21, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge