# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00300<br>2:12-cv-00301<br>2:17-cv-14138 |

## MOTION TO WITHDRAW ZACHARY TROTTER AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.

PLEASE TAKE NOTICE of the withdrawal of Zachary Trotter of Jones Day as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to his departure from Jones Day. His appearance should be withdrawn from the following cases:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300
2:12-cv-00301
2:17-cv-14138

No prejudice will result from the withdrawal of Mr. Trotter, as final judgment has been entered in these actions.

Dated:  March 25, 2022                              Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Tel. (614) 469-3939
Fax (614) 461-4198
tdlipscombjackson@jonesday.com

Michelle K. Fischer
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel. (216) 586-3939
Fax (216) 579-0212
mfischer@jonesday.com

John M. Majoras
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*

</div>

## CERTIFICATE OF SERVICE

I certify that on March 25, 2022, I electronically filed the foregoing Motion to Withdraw Zachary Trotter as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ *Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*