## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:12-cv-00102<br>2:12-cv-00103<br>2:14-cv-00106<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00202<br>2:12-cv-00203<br>2:12-cv-00300<br>2:12-cv-00301<br>2:12-cv-00302<br>2:12-cv-00303<br>2:17-cv-14138 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF TIFFANY D. LIPSCOMB-JACKSON AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.

PLEASE TAKE NOTICE of the withdrawal of Tiffany D. Lipscomb-Jackson of Jones Day as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to the entry of final judgment. Her appearance should be withdrawn from the following cases:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00102
2:12-cv-00103
2:12-cv-00200
2:12-cv-00201

2:12-cv-00202
2:12-cv-00203
2:12-cv-00300
2:12-cv-00301
2:12-cv-00302
2:12-cv-00303
2:17-cv-14138

For Yazaki Corporation:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00102
2:12-cv-00103
2:14-cv-00106
2:12-cv-00200
2:12-cv-00201
2:12-cv-00202
2:12-cv-00203
2:12-cv-00300
2:12-cv-00301
2:12-cv-00302
2:12-cv-00303
2:17-cv-14138

No prejudice will result from the withdrawal of Ms. Lipscomb-Jackson, as final judgment

has been entered in these actions.

Dated:  March 25, 2022                    Respectfully submitted,

                                          /s/ Tiffany D. Lipscomb-Jackson
                                          Tiffany D. Lipscomb-Jackson
                                          JONES DAY
                                          325 John H. McConnell Boulevard, Suite 600
                                          Columbus, OH 43215-2673
                                          Tel. (614) 469-3939
                                          Fax (614) 461-4198
                                          tdlipscombjackson@jonesday.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 25, 2022, I electronically filed the foregoing Notice of Withdrawal of Tiffany D. Lipscomb-Jackson as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

*/s/ Tiffany D. Lipscomb-Jackson*
Tiffany D. Lipscomb-Jackson