UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>_____<br><br>ALL PARTS<br>_____<br><br>THIS RELATES TO:<br><br>ALL CASES | Master File No. 12-md-02311<br><br>Honorable Sean F. Cox<br><br>2:12-md-02311-SFC-RSW<br>2:12-cv-00500-SFC-RSW<br>2:12-cv-00504-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:14-cv-13356-SFC-RSW<br>2:19-cv-13302-SFC-RSW<br>2:12-cv-00200-SFC-RSW<br>2:13-cv-00205-SFC-RSW<br>2:12-cv-00100-SFC-RSW<br>2:13-cv-00105-SFC-RSW |

## ORDER GRANTING MOTION
## TO WITHDRAW MOLLY M. DONOVAN AS COUNSEL

WHEREAS, Molly M. Donovan, an attorney at Winston & Strawn LLP, which represents Defendants Nippon Seiki Co., Ltd., N.S. International, Ltd., New Sabina Industries, Inc., NTN Corporation, NTN USA Corporation, has left the law firm of Winston & Strawn LLP;

WHEREAS, Jeffrey L. Kessler requested that the Court enter an order allowing Ms. Donovan to withdraw as counsel in the following actions:

- 2:12-md-02311-SFC-RSW (Automotive Parts Antitrust Litigation)
- 2:12-cv-00500-SFC-RSW (Bearings – Lead Case)
- 2:12-cv-00504-SFC-RSW (Bearings – OEMs Action)
- 2:14-cv-12095-SFC-RSW (Bearings – State Attorneys General Action)
- 2:14-cv-13356-SFC-RSW (Bearings – *Rush Truck Ctrs. of Ariz., Inc. v. JTEKT Corp.*)

- 2:19-cv-13302-SFC-RSW (Bearings – *Mitsubishi Motors North America, Inc. v. JTEKT Corp.*)
- 2:12-cv-00200-SFC-RSW (Instrument Panel Clusters – Lead Case)
- 2:13-cv-00205-SFC-RSW (Instrument Panel Clusters – State Attorneys General Action)
- 2:12-cv-00100-SFC-RSW (Wire Harness – Lead Case)
- 2:13-cv-00105-SFC-RSW (Wire Harness – State Attorneys General Action)

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in those actions;

WHEREAS, Ms. Donovan's withdrawal will not cause any delay in the progress of those actions;

IT IS HEREBY ORDERED that Ms. Donovan be permitted to withdraw as counsel for the above-named Defendants in the above actions.

Dated: March 28, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge