# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING MOTION TO WITHDRAW
## TIFFANY D. LIPSCOMB-JACKSON AS COUNSEL

Upon consideration of the Motion to Withdraw Tiffany D. Lipscomb-Jackson of Jones Day as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on March 25, 2022, it is hereby

ORDERED that Tiffany D. Lipscomb-Jackson is allowed to withdraw from the representation of Yazaki Corporation and/or Yazaki North America, Inc. in all cases listed below:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00102
2:12-cv-00103
2:12-cv-00200
2:12-cv-00201
2:12-cv-00202
2:12-cv-00203
2:12-cv-00300
2:12-cv-00301
2:12-cv-00302
2:12-cv-00303

2:17-cv-14138

<u>For Yazaki Corporation:</u>

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00102
2:12-cv-00103
2:14-cv-00106
2:12-cv-00200
2:12-cv-00201
2:12-cv-00202
2:12-cv-00203
2:12-cv-00300
2:12-cv-00301
2:12-cv-00302
2:12-cv-00303
2:17-cv-14138

WHEREAS, there will be no delay in the progress of the above actions by this withdrawal;

IT IS SO ORDERED.

Dated: March 28, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge