**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**ORDER GRANTING MOTION TO WITHDRAW**
**ZACHARY TROTTER AS COUNSEL**

Upon consideration of the Motion to Withdraw Zachary Trotter of Jones Day as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on March 25, 2022, it is hereby

ORDERED that Zachary Trotter is allowed to withdraw from the representation of Yazaki Corporation and Yazaki North America, Inc. in all cases listed below:

Master File No. 2:12-md-02311

2:12-cv-00100

2:12-cv-00101

2:12-cv-00200

2:12-cv-00201

2:12-cv-00300

2:12-cv-00301

2:17-cv-14138

WHEREAS, there will be no delay in the progress of the above actions by this

withdrawal;

IT IS SO ORDERED.

Dated: March 28, 2022                              <u>s/Sean F. Cox</u>
                                                                    Sean F. Cox
                                                                    U. S. District Judge