# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00300<br>2:12-cv-00400 |

## MOTION TO WITHDRAW APPEARANCE OF MICHELLE K. FISCHER AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.

Michelle K. Fischer of Jones Day hereby moves to withdraw as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to the entry of final judgment. Her appearance should be withdrawn from the following cases:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300
2:12-cv-00400

For Yazaki Corporation:

Master File No. 2:12-md-02311

      2:12-cv-00100
      2:12-cv-00101
      2:12-cv-00200
      2:12-cv-00201
      2:12-cv-00300

No prejudice will result from the withdrawal of Ms. Fischer, as final judgment has been entered in these actions.

Dated: March 28, 2022             Respectfully submitted,

                                           */s/ Michelle K. Fischer*
                                           Michelle K. Fischer
                                             JONES DAY
                                             North Point
                                             901 Lakeside Avenue
                                             Cleveland, OH 44114
                                             Tel. (216) 586-3939
                                             Fax (216) 579-0212
                                             mfischer@jonesday.com

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, I electronically filed the foregoing Motion to Withdraw Michelle K. Fischer as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ *Michelle K. Fischer*
Michelle K. Fischer