UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00300 |

**MOTION TO WITHDRAW APPEARANCE OF JOHN M. MAJORAS AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.**

John M. Majoras of Jones Day hereby moves to withdraw as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to the entry of final judgment. His appearance should be withdrawn from the following cases:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

For Yazaki Corporation:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

No prejudice will result from the withdrawal of Mr. Majoras, as final judgment has been entered as to Yazaki Corporation and Yazaki North America, Inc., in each listed action.

Dated:  March 28, 2022                                    Respectfully submitted,

/s/ John M. Majoras
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
jmmajoras@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I electronically filed the foregoing Motion to Withdraw of John M. Majoras as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

                                                                         */s/ John M. Majoras*
                                                                          John M. Majoras