# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | 2:12-cv-00100<br>2:12-cv-00101<br>2:12-cv-00200<br>2:12-cv-00201<br>2:12-cv-00300 |

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL R. SHUMAKER AS COUNSEL FOR DEFENDANTS YAZAKI CORPORATION AND YAZAKI NORTH AMERICA, INC.

Michael R. Shumaker of Jones Day hereby moves to withdraw as counsel for defendants Yazaki Corporation and Yazaki North America, Inc., due to the entry of final judgment. His appearance should be withdrawn from the following cases:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

No prejudice will result from the withdrawal of Mr. Shumaker, as final judgment has been entered as to Yazaki Corporation and Yazaki North America, Inc., in each listed action.

Dated:  March 28, 2022    Respectfully submitted,

*/s/ Michael R. Shumaker*
Michael R. Shumaker
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel. (202) 879-3939
Fax (202) 626-1700
mrshumaker@jonesday.com

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, I electronically filed the foregoing Motion to Withdraw Michael R. Shumaker as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

<i>/s/ Michael R. Shumaker</i><br>
Michael R. Shumaker