UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : | |

**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE OF PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION**

WHEREAS, on March 17, 2022, the attorneys representing Enterprise Fleet Management, Inc. ("Movant") filed a Motion to Enforce Settlement Agreements and Strike Contradictory and Improper Stipulation ("Motion") (Dkt. No. 2192);

WHEREAS, Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan, EPPs' response to the Motion is presently due on March 31, 2022 and Movant's reply is presently due on April 7, 2022; and

WHEREAS, on March 30, 2022, End-Payor Plaintiffs ("EPPs"), by and through their Court-appointed counsel ("Settlement Class Counsel"), conferred with counsel for Movant regarding a modest extension of the briefing schedule on the Motion.

1

IT IS THEREFORE STIPULATED AND AGREED by counsel for Movant and Settlement Class Counsel that the briefing schedule is extended such that:

1. EPPs' Response to the Motion shall be due on or before April 25, 2022; and

2. Movant's Reply in support of the Motion shall be due on or before May 9, 2022.

**IT IS SO ORDERED.**

Dated: March 31, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**STIPULATED AND AGREED.**

Crowell & Moring LLP

*/s/ Lawrence J. Lines III*
Lawrence J. Lines III
Crowell & Moring LLP
3454 Shakespeare Dr.
Troy, MI 48084
Telephone: (949) 798-1389
Facsimile: (949) 263-8414
Email: jlines@crowell.com

Deborah E. Arbabi
Daniel A. Sasse
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
darbabi@crowell.com
dsasse@crowell.com

Emma K. Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
eburton@crowell.com
arives@crowell.com

***Attorneys for Enterprise Fleet Management, Inc.***

SUSMAN GODFREY L.L.P.

*/s/ Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, Texas 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna G. Farleigh
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200

Burlingame, California 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

William V. Reiss
ROBINS KAPLAN LLP
900 Third Ave., Suite 1900
New York, New York 10022
Telephone: (212) 980-7400
wreiss@robinskaplan.com

***Settlement Class Counsel***