# **EXHIBIT D**

CLAIMANT ID:10022297

Auto Parts Settlements
P.O. Box 10163
Dublin, OH 43017-3163
Toll-Free: 1-877-940-5043



# AUTO PARTS CLASS CLAIM FORM

**TO SUBMIT A CLAIM FOR PAYMENT:**

1.) Complete all information below.

2.) You **must** provide your name and contact information.

3.) All information is subject to verification for accuracy by the Settlement Administrator.

4.) You **must** confirm that the information you provide is true and correct by signing the Claim Form. Unsigned Claim Forms will be denied.

5.) Submit the completed Claim Form to the Settlement Administrator listed below. You may go to **www.AutoPartsClass.com** to submit your claim online, or you may transmit the Claim Form to:

Auto Parts Settlements
P.O. Box 10163
Dublin, OH 43017-3163

6.) If your contact information changes, please contact the Settlement Administrator at the address above to update your contact information.

**No documentation is required at this time, but please hold on to any documents that you have. The Settlement Administrator will contact you if additional information is needed.**

QUESTIONS? VISIT WWW.AUTOPARTSCLASS.COM OR CALL TOLL-FREE 1-877-940-5043

**CLAIMANT ID:10022297**



**SECTION I: CLAIMANT CONTACT INFORMATION**

Name:

Address:

City:                                                                                           State:        Zip:

Telephone Number: (    )    -

Email Address:

Are you filing a claim for a business?    ☐ Yes    ☐ No

**SECTION II: PURCHASE/LEASE CLAIMS SECTION**

Are you making a claim for the purchase or lease of a new vehicle?    ☐ Yes    ☐ No

How many vehicles are you claiming?

For each vehicle for which you are making a claim, please complete a row in the table below and provide all of the requested information (attach additional sheets if needed). **You can submit a claim even if you do not know your VIN.**

| Vehicle Year | Vehicle Make | Vehicle Model | VIN (Vehicle Identification Number) | State of Residence or Principal Place of Business at Time of Purchase or Lease | Estimated Date of Purchase or Lease | Purchase or Lease? |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | **SEE CLAIM FORM ADDENDUMS** |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**To determine if your vehicle is included in the Settlements, please visit www.AutoPartsClass.com or contact the toll-free number below.** Please note that additional vehicles may be identified at a later date.

If you need additional space to record more entries, you may attach additional sheets. Please be sure to include all of the information requested in the table above on any additional sheets that you attach.

QUESTIONS? VISIT WWW.AUTOPARTSCLASS.COM OR CALL TOLL-FREE 1-877-940-5043

To view GCG's Privacy Notice, please visit http://www.gcginc.com/pages/privacy-policy.php

**SECTION III: REPLACEMENT PART CLAIMS SECTION**

Are you making a claim for the purchase of an eligible vehicle replacement part?  ☐ Yes  ☐ No

How many replacement parts are you claiming?

☐☐☐☐☐

For each replacement part for which you are making a claim, please complete a row in the table below and provide all of the requested information (attach additional sheets if needed):

| Replacement Part Purchased (See List on Website) | Manufacturer of Replacement Part | State of Residence or Principal Place of Business at Time of Purchase | Estimated Date of Purchase |
|---|---|---|---|
| | | | |
| | | | |
| *SEE CLAIM FORM PARTS ADDENDUMS* | | | |
| | | | |
| | | | |

**For a list of the vehicle parts included in the Settlements, please consult the Notice or visit www.AutoPartsClass.com.**

If you need additional space to record more entries, you may attach additional sheets. Please be sure to include all of the information requested in the table above on any additional sheets that you attach.

I confirm the information provided above is true and correct.

SIGNED:_____[signature]_____    DATE:_____

CLAIMANT ID: 10022297

## AUTHORIZATION AND REPRESENTATION AGREEMENT

Enterprise Fleet Management, Inc. hereby informs the Claims Administrator that Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, CA, is authorized to represent the undersigned in handling its claims as a member of the Settlement Class in *In re Automotive Parts Antitrust Litig.*, Case No. 12-2311 (E.D. Mich.). Crowell & Moring LLP is hereby authorized to file proof of claim forms, obtain and distribute settlement funds, receive information, review any and all past claim filings, inquire regarding claim status and receive information relating to the processing of settlement payments to which the undersigned may be legally entitled. We have received legal notice detailing this settlement and we are aware of our rights and options. We are not represented by any other filing service or intermediary in this matter. Crowell & Moring LLP has assured us that it will make every reasonable effort to supply the Claims Administrator with any documentation required to support the claim.

**Enterprise Fleet Management, Inc.**

314-274-5103
TELEPHONE #

*[signature]*
AUTHORIZED SIGNATURE

Mary Jo Welch
AUTHORIZED REPRESENTATIVE
(print or type)

Assistant Vice President
TITLE

8-28-17
DATE

Deborah Arbabi (949) 798-1318
NAME AND PHONE NUMBER OF INDIVIDUAL RESPONSIBLE
FOR PROVIDING INFORMATION AND DOCUMENTATION REQUIRED
TO SUPPORT THIS CLAIM