UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ANTI-VIBRATIONAL RUBBER PARTS | |
| THIS RELATES TO:<br><br>End-Payor Actions<br>Dealership Actions | 2:12-cv-00800-MOB-MKM<br>2:12-cv-00802-MOB-MKM<br>2:12-cv-00803-MOB-MKM |

## MOTION FOR WITHDRAWAL OF ADAM PERGAMENT AS COUNSEL

Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation ("Yamashita Defendants"), by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Adam M. Pergament, Esq. as counsel in the following actions:

1. 2:12-md-02311-MOB-MKM

2. 2:13-cv-00800-MOB-MKM

3. 2:13-cv-00802-MOB-MKM

4. 2:13-cv-00803-MOB-MKM

This motion is precipitated by Mr. Pergament's departure from the law firm of Arnold & Porter Kaye Scholer LLP.  Yamashita Defendants will continue to be represented in the referenced actions by other counsel of record.

WHEREFORE, Yamashita Defendants respectfully request that the Court enter an order granting the motion to withdraw the appearance of Adam Pergament as counsel of record.

Dated:  May 4, 2022                                   Respectfully Submitted,


   */s/ Adam Pergament*
James L. Cooper
Michael A. Rubin
Adam Pergament
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
james.cooper@arnoldporter.com
michael.rubin@arnoldpoerter.com
adam.pergament@arnoldporter.com

2

## CERTIFICATE OF SERVICE

On this 4th day of May 2022, counsel for the Yamashita Defendants caused a copy of the foregoing Motion for Withdrawal of Adam Pergament as Counsel to be served on all ECF participants via the Court's ECF system.

                                       */s/ Adam Pergament*
                                       Adam Pergament
                                       **ARNOLD & PORTER KAYE SCHOLER LLP**
                                       601 Massachusetts Ave., NW
                                       Washington, DC 20001
                                       Telephone: (202) 942-5000
                                       adam.pergament@arnoldporter.com

                                       *Attorney for Yamashita Rubber Co., Ltd. and YUSA Corporation*