# INDEX OF EXHIBITS TO ENTERPRISE FLEET MANAGEMENT, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE END-PAYOR SETTLEMENT AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

| Exhibit | Description |
|---|---|
| A. | Declaration of Emma K. Burton in Support of Enterprise Fleet Management, Inc's Reply Memorandum in Support of Motion to Enforce End-Payor Settlements and Strike Contradictory and Improper Stipulation dated May 9, 2022 |
| 1. | Auto Dealer Settlement Proof of Claim form |
| 2. | Correspondence from Auto Dealer Settlement Claim Administrator to Deborah Arbabi of Crowell & Moring dated May 28, 2017 |