# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

_____

| | |
|---|---|
| IN RE : WIRE HARNESS | CASE NO. 2:12-CV-00103 |
| IN RE : INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00203 |
| IN RE : FUEL SENDERS | CASE NO. 2:12-CV-00303 |
| IN RE : HEATER CONTROL PANELS | CASE NO. 2:12-CV-00403 |
| IN RE : BEARINGS | CASE NO. 2:12-CV-00503 |
| IN RE : OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00603 |
| IN RE : ALTERNATORS | CASE NO. 2:13-CV-00703 |
| IN RE : ANTI-VIBRATIONAL RUBBER PARTS | CASE NO. 2:13-CV-00803 |
| IN RE : WINDSHIELD WIPERS | CASE NO. 2:13-CV-00903 |
| IN RE : RADIATORS | CASE NO. 2:13-CV-01003 |
| IN RE : STARTERS | CASE NO. 2:13-CV-01103 |
| IN RE : AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01203 |
| IN RE : SWITCHES | CASE NO. 2:13-CV-01303 |
| IN RE : IGNITION COILS | CASE NO. 2:13-CV-01403 |
| IN RE : MOTOR GENERATOR | CASE NO. 2:13-CV-01503 |
| IN RE : STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01603 |
| IN RE : HID BALLASTS | CASE NO. 2:13-CV-01703 |
| IN RE : INVERTERS | CASE NO. 2:13-CV-01803 |
| IN RE : ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01903 |
| IN RE : AIR FLOW METERS | CASE NO. 2:13-CV-02003 |
| IN RE : FAN MOTORS | CASE NO. 2:13-CV-02103 |
| IN RE : FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02203 |
| IN RE : POWER WINDOW MOTORS | CASE NO. 2:13-CV-02303 |
| IN RE : AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02403 |

| | |
|---|---|
| IN RE : VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02503 |
| IN RE : ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02603 |
| IN RE : AIR CONDITIONING SYSTEM | CASE NO. 2:13-CV-02703 |
| IN RE : WINDSHIELD WASHER | CASE NO. 2:13-CV-02803 |
| IN RE : AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | CASE NO. 2:14-CV-02903 |
| IN RE : SPARK PLUGS | CASE NO. 2:15-CV-03003 |
| IN RE : AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03203 |
| IN RE : SHOCK ABSORBERS | CASE NO. 2:15-CV-03303 |
| IN RE : BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03403 |
| IN RE : INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03503 |
| IN RE : BRAKE HOSES | CASE NO. 2:16-CV-03603 |
| IN RE : EXHAUST SYSTEMS | CASE NO. 2:16-CV-03703 |
| IN RE : CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03803 |
| IN RE : POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03903 |
| IN RE : AUTOMOTIVE STEEL TUBE | CASE NO. 2:16-CV-04003 |
| IN RE : ACCESS MECHANISMS ACTIONS | CASE NO. 2:16-CV-04103 |
| IN RE : DOOR LATCHES | CASE NO. 2:17-CV-04303 |

_____

THIS DOCUMENT RELATES TO:
End-Payor Actions

_____

### DECLARATION OF EMMA K. BURTON IN SUPPORT OF ENTERPRISE FLEET MANAGEMENT, INC'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE END-PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

I, Emma K. Burton, declare as follows.

1. I am a partner at the law firm of Crowell & Moring LLP and represent Enterprise Fleet Management, Inc. ("EFM") in its claim to the End Payor settlements in the class action litigation known as *In re: Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.) ("Auto Parts Matter"). Through my representation of EFM, I

2

have personal knowledge of information relating to the company's claim in this matter. All of the statements in this declaration are based upon that information and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of EFM's Reply to End-Payor Plaintiffs' Opposition to Enterprise Fleet Management, Inc.'s Motion to Enforce the End-Payor Settlements and Strike Stipulation reached with Class Action Capital, Inc. ("CAC") and certain other fleet management companies ("FMCs").

3. End-Payor Plaintiffs ("EPPs") incorrectly maintain that FMCs like EFM "could recover for claims in the Auto Dealer cases," referring to the Automobile Dealership settlements. PageID.39880.

4. The Automobile Dealer settlements define Dealer class members as "a franchised entity or person authorized to engage in the business of selling and/or leasing Vehicles at retail in the United States." *See, e.g.,* Panasonic Corporation Settlement Agreement, 13-cv-02702 PageID.4494. "Authorization" in this context is by an automobile manufacturer, or OEM. Valid claimants to the Dealer settlements must show both a Dealership State License/Registration Number, as well as a Dealer ID Number issued by an OEM. *See* Auto Dealer Settlement Proof of Claim form attached hereto as Exhibit 1.

5. Attached hereto as Exhibit 2 is correspondence to my Crowell & Moring colleague Deborah Arbabi dated March 28, 2017, from the Auto Dealer Settlement Claim Administrator providing that "In order to be eligible to participate in the

3

Settlements that are the subject of this administration, a Claimant must, among other things, be an Automobile Dealership which purchases New Vehicles and/or Parts **for resale**." (emphasis added). This correspondence further provides:

> Our research indicates that Enterprise Holdings, Inc. offers a portfolio of services, including car rental, car sharing vanpooling, used car sales, truck rental, online ride matching, and **affiliated fleet management**. As such, Enterprise Holdings, Inc. **does not meet the definition of an Automobile Dealership and is, therefore, not included in the Class**. (emphasis added).

6. Accordingly, neither Enterprise Holdings, Inc., nor EFM, have claims pending to the Auto Dealer settlements, nor has either entity recovered any funds from the Auto Dealer settlements.

7. The average duration of EFM's standard TRAC lease is at least thirty-six (36) months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2022, in Washington, D.C.

By: /s/ *Emma K. Burton*

Emma K. Burton
Crowell & Moring LLP