# EXHIBIT 1

Auto Dealer Settlement Administrator
P.O. Box 43501
Providence, RI 02940-3501

## AZ4

«Barcode»

Postal Service: Please do not mark barcode

Claim#: AZ4-«Claim8»-«CkDig»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

*UNITED STATES DISTRICT COURT FOR*
*THE EASTERN DISTRICT OF MICHIGAN*

*In re Automotive Parts Antitrust Litigation*

*No. 12-md-02311*

**Must Be Postmarked**
**No Later Than**
**April 17, 2020**

# Proof of Claim

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address

Primary Address Continued

City                                                                    State        Zip Code

Foreign Province                    Foreign Postal Code         Foreign Country Name/Abbreviation

Your automobile dealership can make a claim for money benefits if it purchased new vehicles and/or certain parts for resale containing: Access Mechanisms, Air Conditioning Systems, ATF Warmers, Automotive Hoses, Automotive Lamps, Automotive Steel Tubes, Bearings, Body Sealing Products, Brake Hoses, Ceramic Substrates, Constant Velocity Joint Boots, Electronic Power Steering Assemblies, Exhaust Systems, Fuel Injection Systems, Heater Control Panels, HID Ballasts, Ignition Coils, Instrument Panel Clusters, Interior Trim Products, Occupant Safety Restraint Systems, Power Window Switches, Radiators, Shock Absorbers, Side Door Latches, Spark Plugs, Steering Angles Sensors, Switches, and Valve Timing Control Devices manufactured by one or more of the Settling Defendants and/or their predecessors, subsidiaries and affiliates or those alleged to be their co-conspirators in the District of Columbia or one or more of the following states: Arizona, Arkansas, California, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin. These purchases must have been made between January 1, 1990 and August 12, 2019.  **If your dealership filed a valid Proof of Claim in the first, second, or third round of dealership settlements in this litigation, you may rely on that Proof of Claim and do nothing further to participate in the current settlements.**

**You may submit a claim online at www.AutoDealerSettlement.com** or you may print and mail this form. Claims must be postmarked or submitted online by April 17, 2020.

Are you submitting a claim on behalf of a dealership group or an individual dealership?
◯ Dealership Group          ◯ Individual dealership



FOR CLAIMS
PROCESSING
ONLY

OB       CB       ◯ DOC       ◯ RED
                   ◯ LC        ◯ A
                   ◯ REV       ◯ B

1

Dealership/Group Name (This is who payment will be made to):

D/B/A for Dealership:

State License/Registration Number for Dealership:

Primary Address

Continuation of Primary Address

City                                                                State          Zip Code

Email Address for primary contact

Area code          Telephone number

◯ Fill in the circle if you previously submitted a claim in 2015/2016 and are submitting supplemental information

## VEHICLE PURCHASES

If you filed a claim in a previous Round of Settlements, please list your claim ID(s) below.

Round 1 Claim ID:

Round 2 Claim ID:

Round 3 Claim ID:

Please provide the following information for new vehicles your dealership purchased in the states listed above from January 1, 1995 to November 15, 2017. You may either provide information by dealership location or aggregated for your dealership group by state.

◯ I am submitting information individually for each dealership

◯ I am submitting information for all dealerships aggregated by state

**Number of Vehicles Purchased**

The amount a dealership may be entitled to under these Settlements will depend on the number, make, and model of vehicles purchased during the relevant period.

**To show how many vehicles your dealership(s) purchased, please submit the year-end OEM financial statements for each OEM from which you purchased new vehicles for each year in the states listed above from 1990 to 2019, AND provide the following information.** You may print and attach more pages for any given year



## Year of Purchase - 1990

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1991

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1992

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 1993

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1994

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 1995

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need to claim additional purchases for this year.



# Year of Purchase - 1996

Dealership/Group Name:                                                                          State Vehicles Purchased

Make                                                          OEM Dealer ID Number

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

Model (not sub-model)                                          Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1997

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1998

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 1999

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2000

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2001

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase – 2002

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2003

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2004

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need to claim additional purchases for this year.



## Year of Purchase - 2005

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2006

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase – 2007

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need to claim additional purchases for this year.



# Year of Purchase - 2008

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase – 2009

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2010

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



23

## Year of Purchase - 2011

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



24

## Year of Purchase - 2012

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2013

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2014

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2015

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2016

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2017

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



## Year of Purchase - 2018

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

Model (not sub-model)                                              Number Purchased

You may attach copies of this page if you need
to claim additional purchases for this year.



# Year of Purchase - 2019

Dealership/Group Name:

State Vehicles Purchased

Make

OEM Dealer ID Number

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

Model (not sub-model)

Number Purchased

You may attach copies of this page if you need to claim additional purchases for this year.



**You must provide copies of all year-end OEM statements or similar documents showing the number of vehicles purchased or your claim will be invalid.**

## NUMBER OF PARTS PURCHASED

The amount a dealership may be entitled to under these Settlements for replacement parts will depend on the number of parts or vehicles purchased during the relevant period.

You may show how many relevant parts your dealership(s) purchased from 1996 to 2017 by using the number of vehicles purchased as a substitute for providing the actual invoices for your purchase of those parts.

    &#9675;  I choose to use the number of vehicles purchased to document the number of parts purchased

Alternatively, you may show how many relevant parts your dealership(s) purchased from 1996 to 2017 by submitting the actual invoices for your purchase of those parts.

    &#9675;  I choose to submit parts invoices to document the number of parts purchased

**If you choose to submit parts invoices, you must provide copies of all invoices or documents showing the number of relevant parts purchased or your claim will be invalid. Your OEM statements will remain confidential. You may redact or remove financial information other than the number of vehicles purchased.**

The Court issued an Order, signed on August 21, 2017, that allows multi-state dealerships to supplement claim information for the Automotive Parts Antitrust Litigation - Dealership Action Settlement. The full text of the Order is available on our website.

<u>**Covered States:**</u> Arizona, Arkansas, California, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin, and the District of Columbia

<u>**Non-Covered States:**</u> Alabama, Alaska, Colorado, Connecticut, Delaware, Georgia, Idaho, Indiana, Kentucky, Louisiana, Maryland, New Jersey, Ohio, Oklahoma, Pennsylvania, Rhode Island, Texas, Virginia, Washington, Wyoming, and Puerto Rico

**1. Dealership groups headquartered in a Covered State.**

A Dealership group ("Group") that has its headquarters located in a Covered State may supplement its claim to add vehicles and parts acquired or sold in a Non-Covered State if: the Group maintained a centralized headquarters that provided direct financing for vehicles and parts, maintained the liability for non-payment to an OEM, controlled many aspects of the dealership operations, and was liable for the losses of dealerships located in Non-Covered States.

If your Group would like to supplement its claim to add vehicles and parts for dealerships located in one or more Non-Covered States, you must provide: (1) the location of the Group Headquarters, (2) the name, location, and dealer numbers of Dealerships located in the Non-Covered States, (3) information about how the Group acquired, financed, purchased, and sold the new vehicles and parts covered by these Settlements, (4) the number of additional new vehicles and parts being claimed for each Dealership in a Non-Covered State, and (5) the backup documentation for the new vehicles and parts being claimed for each Dealership in a Non-Covered State. If the above applies to your claim, you must provide the requested information with your claims submission.

**2. Dealership groups headquartered in a Non-Covered State.**

A Dealership group ("Group") that has its headquarters located in a Non-Covered State may supplement its claim to add vehicles and parts acquired or sold in a Covered State if: the Group did not maintain a centralized headquarters that provided direct financing for vehicles and parts, did not maintain the liability for non-payment to an OEM, did not control many aspects of the dealership operations, and was not liable for the losses of dealerships located in Covered States. If your Group would like to supplement its claim to add vehicles and parts for dealerships located in one or more Covered States, you must provide: (1) the location of the Group Headquarters, (2) the name, location, and dealer numbers of Dealerships located in the Covered States, (3) information about how the Group acquired, financed, purchased, and sold the new vehicles and parts covered by these Settlements, (4) the number of additional new vehicles and parts being claimed for each Dealership in a Covered State, and (5) the backup documentation for the new vehicles and parts being claimed for each Dealership in a Covered State. If the above applies to your claim, you must provide the requested information with your claims submission.



I certify that the information I have included on this Proof of Claim is correct to the best of my knowledge and that I have the authority to submit a claim for the Dealership Group or Dealership.

Signature: _____ Dated (mm/dd/yyyy): _____

Your Title or Position with the Dealership/Group: _____

Contact First Name:

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Contact Last Name:

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Contact Phone:

| | | | — | | | | — | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Contact Email:

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**You must submit your Proof of Claim either electronically on the Settlement Website at <u>www.AutoDealerSettlement.com</u> by April 17, 2020, or by First-Class Mail postmarked by the deadline of April 17, 2020 to:**

Auto Dealer Settlement Administrator
P.O. Box 43501
Providence, RI 02940-3501

