# EXHIBIT 2

**In re Automotive Parts Antitrust Litigation**
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

March 28, 2017

Ms. Deborah E. Arbabi
Crowell & Moring
3 Park Plaza
20th Floor
Irvine, CA, 92614

        Re:  Enterprise Holdings, Inc.
             Claim ID: AUTO1-70001042-4
             In re Automotive Parts Antitrust Litigaiton
             MDL No. 12-md-012311 (E.D. Mich.)

Dear Ms. Arbabi:

This letter addresses the above-referenced claim wherein you represent the interests of Enterprise Holdings, Inc.

In order to be eligible to participate in the Settlements that are the subject of this administration, a Claimant must, among other things, be an Automobile Dealership which purchases New Vehicles and/or Parts for resale.

Our research indicates that Enterprise Holdings, Inc. offers a portfolio of services, including car rental, car sharing vanpooling, used car sales, truck rental, online ride matching, and affiliated fleet management. As such, Enterprise Holdings, Inc. does not meet the definition of an Automobile Dealership and is, therefore, not included in the Class. Accordingly, the above-referenced claim cannot be honored.

If you have any questions or additional information for our consideration, please email our office at info@autodealersettlement.com by March 31, 2017.

Sincerely,

Claim Administrator