UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311-SFC-RSW |
| | Hon. Sean F. Cox |
| ALL PARTS | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT the New York City office address of the law firm Robins Kaplan LLP has changed. The new address is as follow:

ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY  10019
Tel: (212) 980-7400
Fax: (212) 980-7499

All telephone numbers and email addresses remain the same.

Dated: May 16, 2022

Respectfully Submitted

*/s/ William V. Reiss*
William V. Reiss
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
WReiss@RobinsKaplan.com

*Attorney for End-Payor Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2022, a copy of the foregoing was filed electronically using the Court's ECF System, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

                                        */s/ William V. Reiss*
                                        William V. Reiss