# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | ) ) ) | Civil Case No. 12-md-02311 |
| MDL No. 2311 | ) | Hon. Sean F. Cox |

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL R. TURCO AS COUNSEL FOR LEONI AG, LEONI WIRE INC., LEONI WIRING SYSTEMS INC. AND LEONISCHE HOLDING INC.

Michael R. Turco of Brooks Wilkins Sharkey & Turco PLLC moves to withdraw as counsel for Defendants Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc. (collectively, Leoni) because his work for Leoni has been completed.

Dated:  May 24, 2022        Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO PLLC

By:   */s/ Michael R. Turco*
      Michael R. Turco (P48705)
      401 S. Old Woodward, Suite 400
      Birmingham, MI  48009
      (248) 971-1800
      Fax: (248) 971-1801
      turco@bwst-law.com
      Attorneys for Defendants Leoni AG,
      Leoni Wire Inc., Leoni Wiring Systems Inc.
      and Leonische Holding Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

      *Michael R. Turco*
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI  48009
(248) 971-1800
Fax: (248) 971-1801
turco@bwst-law.com
Attorneys for Defendants Leoni AG,
Leoni Wire Inc., Leoni Wiring Systems Inc.
and Leonische Holding Inc.