# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311 |
| | : | |
| | : | Honorable Sean F. Cox |
| | : | Mag. Judge R. Steven Whalen |
| | : | |
| Automotive Parts Antitrust Litigation | : | 2:12-md-02311-SFC-RSW |
| | : | |
| Wire Harness – Lead Case | : | 2:12-cv-00100-SFC-RSW |
| Wire Harness – Direct Purchaser Actions | : | 2:12-cv-00101-SFC-RSW |
| Wire Harness – Dealership Actions | : | 2:12-cv-00102-SFC-RSW |
| Wire Harness – End-Payor Actions | : | 2:12-cv-00103-SFC-RSW |
| Wire Harness – Heavy Equipment Trucks | : | 2:14-cv-00107-SFC-RSW |
| | : | |
| Alternators – Lead Case | : | 2:13-cv-00700-SFC-RSW |
| Alternators – Direct Purchaser Actions | : | 2:13-cv-00701-SFC-MKM |
| Alternators – Dealership Actions | : | 2:13-cv-00702-SFC-RSW |
| Alternators – End-Payor Actions | : | 2:13-cv-00703-SFC-RSW |
| Alternators – Heavy Equipment Trucks | : | 2:15-cv-00707-SFC-RSW |
| Rush Truck Centers of Alabama, Inc. et al v. Mitsubishi Electric Corporation et al | : | 2:15-cv-14096-SFC-RSW |
| | : | |
| Starters – Lead Case | : | 2:13-cv-01100-SFC-RSW |
| Starters – Direct Purchaser Actions | : | 2:13-cv-01101-SFC-RSW |
| Starters – Dealership Actions | : | 2:13-cv-01102-SFC-RSW |
| Starters – End-Payor Actions | : | 2:13-cv-01103-SFC-RSW |
| Starters – Heavy Equipment Trucks | : | 2:13-cv-01107-SFC-RSW |
| | : | |
| Ignition Coils – Lead Case | : | 2:13-cv-01400-SFC-RSW |
| Ignition Coils – Direct Purchaser Actions | : | 2:13-cv-01401-SFC-RSW |
| Ignition Coils – Dealership Actions | : | 2:13-cv-01402-SFC-RSW |
| Ignition Coils – End-Payor Actions | : | 2:13-cv-01403-SFC-RSW |
| | : | |
| HID Ballasts – Lead Case | : | 2:13-cv-01700-SFC-RSW |
| HID Ballasts – Dealership Actions | : | 2:13-cv-01702-SFC-RSW |
| HID Ballasts – End-Payor Actions | : | 2:13-cv-01703-SFC |
| | : | |
| Electronic Powered Steering Assemblies – Lead Case | : | 2:13-cv-01900-SFC-RSW |
| Electronic Powered Steering Assemblies – Dealership Actions | : | 2:13-cv-01902-SFC-RSW |
| Electronic Powered Steering Assemblies – End-Payor Actions | : | 2:13-cv-01903-SFC-RSW |

| | | |
|---|---|---|
| Fuel Injection Systems – Lead Case | : | 2:13-cv-02200-SFC-RSW |
| Fuel Injection Systems – Direct Purchaser Actions | : : | 2:13-cv-02201-SFC-RSW |
| Fuel Injection Systems – Dealership Actions | : | 2:13-cv-02202-SFC-RSW |
| Fuel Injection Systems – End-Payor Actions | : : | 2:13-cv-02203-SFC-RSW |
| Valve Timing Control Devices – Lead Case | : | 2:13-cv-02500-SFC-RSW |
| Valve Timing Control Devices – Dealership Actions | : : | 2:13-cv-02502-SFC-RSW |
| Valve Timing Control Devices – End-Payor Actions | : : | 2:13-cv-02503-SFC-RSW |
| | : : | |
| THIS DOCUMENT RELATES TO: | : : | |
| All Cases | : | |

## MOTION OF TERRENCE J. TRUAX, CHARLES B. SKLARSKY, AND MICHAEL T. BRODY TO WITHDRAW THEIR APPEARANCES AS COUNSEL FOR THE MITSUBISHI ELECTRIC DEFENDANTS

Terrence J. Truax, Charles B. Sklarsky, and Michael T. Brody of Jenner & Block LLP, respectfully request that the Court enter an order withdrawing their appearances as counsel in the following actions:

| | |
|---|---|
| 2:12-MD-02311-SFC-RSW | 2:13-cv-01400-SFC-RSW |
| 2:12-cv-00100-SFC-RSW | 2:13-cv-01401-SFC-RSW |
| 2:12-cv-00101-SFC-RSW | 2:13-cv-01402-SFC-RSW |
| 2:12-cv-00102-SFC-RSW | 2:13-cv-01403-SFC-RSW |
| 2:12-cv-00103-SFC-RSW | 2:13-cv-01700-SFC-RSW |
| 2:14-cv-00107-SFC-RSW | 2:13-cv-01702-SFC-RSW |
| 2:13-cv-00700-SFC-RSW | 2:13-cv-01703-SFC |
| 2:13-cv-00701-SFC-MKM | 2:13-cv-01900-SFC-RSW |
| 2:13-cv-00702-SFC-RSW | 2:13-cv-01902-SFC-RSW |
| 2:13-cv-00703-SFC-RSW | 2:13-cv-01903-SFC-RSW |
| 2:15-cv-00707-SFC-RSW | 2:13-cv-02200-SFC-RSW |
| 2:15-cv-14096-SFC-RSW | 2:13-cv-02201-SFC-RSW |
| 2:13-cv-01100-SFC-RSW | 2:13-cv-02202-SFC-RSW |
| 2:13-cv-01101-SFC-RSW | 2:13-cv-02203-SFC-RSW |
| 2:13-cv-01102-SFC-RSW | 2:13-cv-02500-SFC-RSW |
| 2:13-cv-01103-SFC-RSW | 2:13-cv-02502-SFC-RSW |
| 2:13-cv-01107-SFC-RSW | 2:13-cv-02503-SFC-RSW |

This Motion is brought because our clients, Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc. and Mitsubishi Electric Automotive America, Inc. (collectively "the Mitsubishi Electric Defendants"), have resolved all of the claims against them and they no longer are parties in any of the above-listed cases.

WHEREFORE, Terrence J. Truax, Charles B. Sklarsky, and Michael T. Brody respectfully request that the Court enter an order granting the Motion to Withdraw their appearances as counsel of record for the Mitsubishi Electric Defendants in the matters listed and remove them from the service list.

Dated:  May 24, 2022

Respectfully Submitted,

JENNER & BLOCK LLP

*/s/ Terrence J. Truax*

Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

## CERTIFICATE OF SERVICE

      I, Terrence J. Truax, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 24, 2022

*/s/ Terrence J. Truax*
Terrence J. Truax