# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File 12-md-02311 Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING MOTION TO WITHDRAW
## MICHELLE K. FISCHER AS COUNSEL

Upon consideration of the Motion to Withdraw Michelle K. Fischer of Jones Day as

Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on March 28,

2022, it is hereby

ORDERED that Michelle K. Fischer is allowed to withdraw from the representation of

Yazaki Corporation and/or Yazaki North America, Inc. in all cases listed below:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300
2:12-cv-00400

For Yazaki Corporation:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200

2:12-cv-00201
2:12-cv-00300

IT IS SO ORDERED.

Dated:  June 3, 2022                                 s/Sean F. Cox
                                                              Sean F. Cox
                                                              U. S. District Judge