# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 03, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

     Re: Case No. 20-2260, *In re: Auto Parts Antitrust Litig*
       Originating Case No. : 2:12-md-02311

Dear Ms. Essix:

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Patricia J. Elder, Senior Case Manager
               for C. Anthony Milton, Case Manager

cc: Mr. Chanler A. Langham
   Mr. Aaron Martin Panner
   Mr. Marc M. Seltzer

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-2260

_____

Filed: June 03, 2022

In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION

-------------------------------

This Relates To: End-Payor Actions

-------------------------------

END-PAYOR PLAINTIFFS

       Plaintiff - Appellee

v.

FINANCIAL RECOVERY SERVICES, LLC

       Intervenor - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 05/12/2022 the mandate for this case hereby issues today.

COSTS: None