# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In re: All Parts<br><br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox |

## NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN M. FEE

PLEASE TAKE NOTICE of the withdrawal of Kevin M. Fee of Sidley Austin LLP as counsel for defendants Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. In addition to the above-referenced Master File, his appearance should be withdrawn from the following cases:

    2:13-cv-00800-SFC-RSW

    2:14-cv-02900-SFC-RSW

June 5, 2022

*/s/ Kevin M. Fee*

Kevin M. Fee
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: kfee@sidley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2022, I filed this Notice of Withdrawal of Attorney Kevin M. Fee with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

June 5, 2022

/s/ *Kevin M. Fee*
Kevin M. Fee
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: kfee@sidley.com