UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311 Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

**ORDER GRANTING MOTION TO WITHDRAW
JOHN M. MAJORAS AS COUNSEL**

Upon consideration of the Motion to Withdraw John M. Majoras of Jones Day as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on March 28, 2022, it is hereby

ORDERED that John M. Majoras is allowed to withdraw from the representation of Yazaki Corporation and/or Yazaki North America, Inc. in all cases listed below:

For Yazaki North America, Inc.:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

For Yazaki Corporation:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

      WHEREAS, there will be no delay in the progress of the above actions by this withdrawal;

IT IS SO ORDERED.

Dated: June 13, 2022                                      <u>s/Sean F. Cox</u>
                                                                                Sean F. Cox
                                                                                U. S. District Judge