# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311<br>Honorable Sean F. Cox |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

# ORDER GRANTING MOTION TO WITHDRAW
# MICHAEL R. SHUMAKER AS COUNSEL

Upon consideration of the Motion to Withdraw Michael R. Shumaker of Jones Day as Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc., filed on March 28, 2022, it is hereby

ORDERED that Michael R. Shumaker is allowed to withdraw from the representation of Yazaki Corporation and Yazaki North America, Inc. in all cases listed below:

Master File No. 2:12-md-02311

2:12-cv-00100
2:12-cv-00101
2:12-cv-00200
2:12-cv-00201
2:12-cv-00300

WHEREAS, there will be no delay in the progress of the above actions by this withdrawal;

IT IS SO ORDERED.

Dated: June 13, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge