# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Sean F. Cox |
| **In Re: Occupant Safety Systems**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:12-cv-00600<br>2:12-cv-00602<br>2:12-cv-00603 |
| **In Re: Automotive Hoses**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:15-cv-03200<br>2:15-cv-03202<br>2:15-cv-03203 |
| **In Re: Automotive Brake Hoses**<br>    Lead Case<br>    Dealership Actions<br>    End-Payor Actions | <br>2:16-cv-03600<br>2:16-cv-03602<br>2:16-cv-03603 |

## MOTION TO WITHDRAW CAROLINE L. JONES AS COUNSEL

PLEASE TAKE NOTICE that I, Caroline L. Jones, will no longer be affiliated with the law firm Baker Botts L.L.P., which represents Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp., (the "Toyoda Gosei Defendants"), effective June 17, 2022. I respectfully request the Clerk of this Court to remove me from the docket as counsel of record in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600

2:12-cv-00602

2:12-cv-00603

2:15-cv-03200

2:15-cv-03202

      2:15-cv-03203

      2:16-cv-03600

      2:16-cv-03602

      2:16-cv-03603

I also respectfully request that my name be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for the Toyoda Gosei Defendants remain unchanged.

Dated:  June 16, 2022

Respectfully submitted,

By:  /s/ Caroline L. Jones
Caroline L. Jones
**Baker Botts L.L.P.**
700 K Street, NW
Washington, D.C. 20001
Phone:  202.639.1305
Fax:  202.639.1172
caroline.jones@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2022, a copy of the foregoing MOTION TO WITHDRAW CAROLINE L. JONES AS COUNSEL was filed electronically with the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: June 16, 2022                By: /s/ Caroline L. Jones