UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| | 2:12-cv-00101 |
| | 2:14-cv-00107 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| | 2:12-cv-00201 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generators | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Air Flow Meters | 2:13-cv-02000 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| | 2:13-cv-02302 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| | 2:13-cv-02503 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Oxygen Sensors | 2:15-cv-03100 |

## NOTICE OF WITHDRAWAL OF ATTORNEY BRIAN C. SMITH

PLEASE TAKE NOTICE of the withdrawal of Brian C. Smith of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea

Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO North America, LLC, and ASMO North Carolina, Inc. (collectively "DENSO entities"). His appearance should be withdrawn from the following cases:

    2:12-md-02311-SFC-RSW

    2:12-cv-00100-SFC-RSW

    2:12-cv-00101-SFC-RSW

    2:14-cv-00107-SFC-RSW

    2:12-cv-00200-SFC-RSW

    2:12-cv-00201-SFC-RSW

    2:12-cv-00300-SFC-RSW

    2:12-cv-00400-SFC-RSW

    2:13-cv-00700-SFC-RSW

    2:13-cv-00900-SFC-RSW

    2:13-cv-01000-SFC-RSW

    2:13-cv-01100-SFC-RSW

    2:13-cv-01400-SFC-RSW

    2:13-cv-01500-SFC-RSW

    2:13-cv-01700-SFC-RSW

    2:13-cv-01800-SFC-RSW

    2:13-cv-02000-SFC-RSW

    2:13-cv-02200-SFC-RSW

    2:13-cv-02300-SFC-RSW

    2:13-cv-02302-SFC-RSW

    2:13-cv-02500-SFC-RSW

      2:13-cv-02503-SFC-RSW

      2:13-cv-02700-SFC-RSW

      2:13-cv-02800-SFC-RSW

      2:15-cv-03000-SFC-RSW

      2:15-cv-03100-SFC-RSW

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

                                          WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: June 21, 2022        By:   */s/ Brian C. Smith*
                                                Brian C. Smith
                                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                                1875 Pennsylvania Avenue, NW
                                                Washington, D.C. 20006
                                                Tel.: (202) 663-6000
                                                Fax: (202) 663-6363
                                                brian.smith@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2022, I caused the foregoing Notice of Withdrawal of Attorney Brian C. Smith to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brian C. Smith
Brian C. Smith
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
brian.smith@wilmerhale.com