# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION | Civil Case No. 12-md-02311 |
| MDL No. 2311 | Hon. Sean F. Cox |

## ORDER REGARDING MOTION TO WITHDRAW APPEARANCE OF MICHAEL R. TURCO AS COUNSEL FOR LEONI AG, LEONI WIRE INC., LEONI WIRING SYSTEMS INC. AND LEONISCHE HOLDING INC.

This matter is before the Court on Motion to Withdraw Appearance of Michael R. Turco as Counsel for Defendants Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc., and this Court states as follows:

IT IS HEREBY ORDERED:

The Motion to Withdraw Appearance of Michael R. Turco as Counsel for Defendants Leoni AG, Leoni Wire Inc., Leoni Wiring Systems Inc. and Leonische Holding Inc. is hereby GRANTED with immediate effect.

Dated: June 30, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge