**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Sean F. Cox |
| **In Re: Occupant Safety Systems**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:12-cv-00600<br>2:12-cv-00602<br>2:12-cv-00603 |
| **In Re: Automotive Hoses**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:15-cv-03200<br>2:15-cv-03202<br>2:15-cv-03203 |
| **In Re: Automotive Brake Hoses**<br>     **Lead Case**<br>     **Dealership Actions**<br>     **End-Payor Actions** | 2:16-cv-03600<br>2:16-cv-03602<br>2:16-cv-03603 |

## MOTION TO REMOVE MARK A. MILLER AS COUNSEL

PLEASE TAKE NOTICE that Mark A. Miller is no longer affiliated with the law firm Baker Botts L.L.P., which represents Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp., (the "Toyoda Gosei Defendants"). The undersigned counsel for the Toyoda Gosei Defendants therefore respectfully requests the Clerk of this Court to remove Mark A. Miller from the docket as counsel of record in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600

2:12-cv-00602

2:12-cv-00603

2:15-cv-03200

2:15-cv-03202

2:15-cv-03203

2:16-cv-03600

2:16-cv-03602

2:16-cv-03603

The undersigned counsel also respectfully requests that Mark A. Miller's name be removed from all applicable service lists, including Notices of Electronic Filing.  All other counsel of record for the Toyoda Gosei Defendants remain unchanged.


Dated:  July 11, 2022                              Respectfully submitted,

                                                   By:  /s/ Sterling A. Marchand
                                                   Sterling A. Marchand
                                                   **Baker Botts L.L.P.**
                                                   700 K Street, NW
                                                   Washington, D.C. 20001
                                                   Phone: 202.639.1113
                                                   Fax: 202.508.9813
                                                   sterling.marchand@bakerbotts.com

                                                   *Counsel for Defendants Toyoda Gosei Co., Ltd.,*
                                                   *Toyoda Gosei North America Corp., TG Missouri*
                                                   *Corp., TG Kentucky, LLC, and TG Fluid Systems*
                                                   *USA Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, a copy of the foregoing MOTION TO REMOVE
MARK A. MILLER AS COUNSEL was filed electronically with the Court using the CM/ECF
system which will send notification of such filing to all attorneys of record.

Dated:  July 11, 2022                    By:  /s/ Sterling A. Marchand