# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Sean F. Cox |
| **In Re: Occupant Safety Systems**<br>    **Lead Case**<br>    **Dealership Actions**<br>    **End-Payor Actions** | 2:12-cv-00600<br>2:12-cv-00602<br>2:12-cv-00603 |
| **In Re: Automotive Hoses**<br>    **Lead Case**<br>    **Dealership Actions**<br>    **End-Payor Actions** | 2:15-cv-03200<br>2:15-cv-03202<br>2:15-cv-03203 |
| **In Re: Automotive Brake Hoses**<br>    **Lead Case**<br>    **Dealership Actions**<br>    **End-Payor Actions** | 2:16-cv-03600<br>2:16-cv-03602<br>2:16-cv-03603 |

## [PROPOSED] ORDER GRANTING MOTION TO REMOVE MARK A. MILLER AS COUNSEL

Upon consideration of the Motion to Remove Mark A. Miller as Counsel for Toyoda Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC, and TG Fluid Systems USA Corp., filed July 11, 2022, it is hereby

ORDERED that Mark A. Miller is removed from representation of the above Defendants in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600

2:12-cv-00602

2:12-cv-00603

2:15-cv-03200

    2:15-cv-03202

    2:15-cv-03203

    2:16-cv-03600

    2:16-cv-03602

    2:16-cv-03603

    WHEREAS there will be no delay in the progress of the above actions by this removal;

IT IS SO ORDERED.


Dated:                                                                            <u>/s/ Sean F. Cox</u>
                                                                                    Sean F. Cox
                                                                                    U.S. District Judge