UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : Master File No. 12-md-02311 |
| | : |
| | : Honorable Sean F. Cox |
| Automotive Parts Antitrust Litigation | : |
| | : 2:12-md-02311-SFC-RSW |
| | : |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| All Cases | : |

**ORDER GRANTING MOTION OF TERRENCE J. TRUAX, CHARLES B. SKLARSKY, AND MICHAEL T. BRODY TO WITHDRAW THEIR APPEARANCES <u>AS COUNSEL FOR THE MITSUBISHI ELECTRIC DEFENDANTS</u>**

Upon consideration of Defendants' Motion to Withdraw As Counsel, it is HEREBY ORDERED that Terrence J. Truax, Charles B. Sklarsky, and Michael T. Brody are withdrawn as counsel of record for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Automotive America, Inc., (collectively "the Mitsubishi Electric Defendants").

The Clerk of Court is directed to remove Terrence J. Truax, Charles B. Sklarsky, and Michael T. Brody from the record and from the Court's ECF system as counsel for the Mitsubishi Electric Defendants in the following cases:

| | |
|---|---|
| 2:12-MD-02311-SFC-RSW | 2:15-cv-00707-SFC-RSW |
| 2:12-cv-00100-SFC-RSW | 2:15-cv-14096-SFC-RSW |
| 2:12-cv-00101-SFC-RSW | 2:13-cv-01100-SFC-RSW |
| 2:12-cv-00102-SFC-RSW | 2:13-cv-01101-SFC-RSW |
| 2:12-cv-00103-SFC-RSW | 2:13-cv-01102-SFC-RSW |
| 2:14-cv-00107-SFC-RSW | 2:13-cv-01103-SFC-RSW |
| 2:13-cv-00700-SFC-RSW | 2:13-cv-01107-SFC-RSW |
| 2:13-cv-00701-SFC-MKW | 2:13-cv-01400-SFC-RSW |
| 2:13-cv-00702-SFC-RSW | 2:13-cv-01401-SFC-RSW |
| 2:13-cv-00703-SFC-RSW | 2:13-cv-01402-SFC-RSW |

2:13-cv-01403-SFC-RSW
2:13-cv-01700-SFC-RSW
2:13-cv-01702-SFC-RSW
2:13-cv-01703-SFC
2:13-cv-01900-SFC-RSW
2:13-cv-01902-SFC-RSW
2:13-cv-01903-SFC-RSW

2:13-cv-02200-SFC-RSW
2:13-cv-02201-SFC-RSW
2:13-cv-02202-SFC-RSW
2:13-cv-02203-SFC-RSW
2:13-cv-02500-SFC-RSW
2:13-cv-02502-SFC-RSW
2:13-cv-02503-SFC-RSW

Dated: July 11, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge