AND UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| **In Re: WIRE HARNESS CASES** | 2:12-cv-00100-SFC-RSW<br>2:12-cv-00101-SFC-RSW<br>2:12-cv-00102-SFC-RSW<br>2:12-cv-00103-SFC-RSW<br>2:12-cv-00106-SFC-RSW<br>2:14-cv-00107-SFC-RSW<br>2:14-cv-14451-SFC-MKM |
| **In Re: BEARINGS** | 2:12-cv-00500-SFC-RSW<br>2:12-cv-00501-SFC-RSW<br>2:12-cv-00502-SFC-RSW<br>2:12-cv-00503-SFC-RSW<br>2:12-cv-12263-SFC-RSW<br>2:12-cv-12932-SFC-RSW<br>2:13-cv-00505-SFC-RSW<br>2:14-cv-00507-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:14-cv-13356-SFC-RSW<br>2:15-cv-12068-SFC-RSW |
| **THIS RELATES TO:**<br>**ALL CASES** | / |

## MOTION TO WITHDRAW APPEARANCE OF LARRY S. GANGNES

Defendants Furukawa Electric Co., Ltd. and American Furukawa, Inc. ("Furukawa"), and Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. ("Nachi") by and through their undersigned counsel, hereby move the Court for an order withdrawing the appearance of Larry S. Gangnes as Counsel for Furukawa and Nachi in all actions, including all lead and class cases.

709315.0013/9051732.1

Furukawa and Nachi will continue to be represented by other counsel at Lane Powell PC, and no delay in the progress of this action will result from Mr. Gangnes' withdrawal.

WHEREFORE, Furukawa and Nachi respectfully request that the Court enter an order withdrawing the appearance of Larry S. Gangnes as Counsel for Furukawa and Nachi in all actions, including all lead and class cases.

DATED:  August 2, 2022

LANE POWELL PC

By  *s/Larry S. Gangnes*
   Larry S. Gangnes
   LANE POWELL PC
   U.S. Bank Centre
   1420 Fifth Avenue, Suite 4200
   PO Box 91302
   Seattle, WA  98111-9402
   Telephone:  206.223.7000
   gangnesl@lanepowell.com

   Kenneth R. Davis II
   Masayuki Yamaguchi
   Hans N. Huggler
   MODA Tower
   601 SW Second Avenue, Suite 2100
   Portland, OR  97204-3158
   Telephone:  503.778.2100
   davisk@lanepowell.com
   yamaguchim@lanepowell.com
   hugglern@lanepowell.com

Attorneys for Defendants Furukawa Electric Co., Ltd., American Furukawa, Inc., Nachi-Fujikoshi Corp. and Nachi America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I caused to be electronically filed a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF LARRY S. GANGNES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                *s/Larry S. Gangnes*
                                                Larry S. Gangnes

709315.0013/9051732.1