## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

In re: All Parts

Master File No. 12-md-02311

Hon. Sean F. Cox

THIS DOCUMENT RELATES TO:

All Cases

### ORDER GRANTING WITHDRAWAL OF ATTORNEY KEVIN M. FEE

This matter having come before the Court on the Notice of Withdrawal of Attorney

Kevin M. Fee (ECF No. 2214) as counsel for defendants Toyo Tire & Rubber Co., Ltd. (now

known as Toyo Tire Corporation), Toyo Tire North America Manufacturing Inc., Toyo Tire

North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc., the Court having

reviewed the notice and determined that all interested persons were given notice, and the Court

being fully advised in the premises,

**IT IS HEREBY ORDERED** that Mr. Fee's appearance is withdrawn as counsel for

Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America

Manufacturing Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts

(USA), Inc. in the above matter

IT IS FURTHER ORDERED that Mr. Fee will be removed from the service list in this

matter.

Dated: August 4, 2022                    s/Sean F. Cox
                                         Sean F. Cox
                                         U. S. District Judge