**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In re: All Parts<br><br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No. 12-md-02311<br><br><br>Hon. Sean F. Cox |

## MOTION OF WITHDRAWAL OF ATTORNEY MOLLY K. MCGINLEY

PLEASE TAKE NOTICE that Molly K. McGinley is no longer affiliated with the law firm K&L Gates LLP, which represents Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation. I respectfully request that the Clerk of this Court remove me from the docket in the action 12-md-02311.

44793256.1

                            Respectfully submitted,

                            HONIGMAN LLP

                            By: *s/ Molly K. McGinley*
                            Molly K. McGinley
                            155 N. Wacker Drive
                            Suite 3100
                            Chicago, IL 60606-1734
                            312.429.6032

Dated: August 9, 2022

44793256.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed the above paper with the Clerk of the Court using the ECF system, which provides notice to all parties and counsel of record.

                                        Respectfully submitted,

                                        HONIGMAN LLP

                                        By: *s/ Molly K. McGinley*___
                                        Molly K. McGinley
                                        155 N. Wacker Drive
                                        Suite 3100
                                        Chicago, IL 60606-1734
                                        312.429.6032

Dated: August 9, 2022

44793256.1