# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In re: All Parts<br><br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

## MOLLY K. MCGINLEY

This matter is before the Court on the Motion to Withdraw Appearance of Molly K. McGinley as Counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation and this Court states as follows:

IT IS HEREBY ORDERED:

The Motion to Withdraw Appearance of Molly K. McGinley for Defendants Chiyoda Manufacturing Corporation and  Chiyoda USA Corporation and in all actions, including all lead and class cases, is hereby GRANTED with immediate effect.

DATED: _____

44830348.1

2

_____
Sean F. Cox
U.S. District Judge

2

44830348.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed the above paper with the Clerk of the Court using the ECF system, which provides notice to all parties and counsel of record.

                                        Respectfully submitted,

                                        HONIGMAN LLP

                                        By: *s/ Molly K. McGinley*___
                                        Molly K. McGinley
                                        155 N. Wacker Drive
                                        Suite 3100
                                        Chicago, IL 60606-1734
                                        312.429.6032

Dated: August 9, 2022

44830348.1