**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311 <br> Honorable Sean F. Cox |
| **In Re: Occupant Safety Systems** <br>     **Lead Case** <br>     **Dealership Actions** <br>     **End-Payor Actions** | 2:12-cv-00600 <br> 2:12-cv-00602 <br> 2:12-cv-00603 |
| **In Re: Automotive Hoses** <br>     **Lead Case** <br>     **Dealership Actions** <br>     **End-Payor Actions** | 2:15-cv-03200 <br> 2:15-cv-03202 <br> 2:15-cv-03203 |
| **In Re: Automotive Brake Hoses** <br>     **Lead Case** <br>     **Dealership Actions** <br>     **End-Payor Actions** | 2:16-cv-03600 <br> 2:16-cv-03602 <br> 2:16-cv-03603 |

**ORDER GRANTING MOTION TO WITHDRAW**
**CAROLINE L. JONES AS COUNSEL**

Upon consideration of the Motion to Withdraw Caroline L. Jones as Counsel for Toyoda

Gosei Co., Ltd., Toyoda Gosei North America Corp., TG Missouri Corp., TG Kentucky, LLC,

and TG Fluid Systems USA Corp., filed June 16, 2022, it is hereby

ORDERED that Caroline L. Jones is allowed to withdraw from representation of the

above Defendants in the following actions:

Master File No. 2:12-md-02311

2:12-cv-00600

2:12-cv-00602

2:12-cv-00603

2:15-cv-03200

2:15-cv-03202

2:15-cv-03203

2:16-cv-03600

2:16-cv-03602

2:16-cv-03603

WHEREAS there will be no delay in the progress of the above actions by this withdrawal;

IT IS SO ORDERED.

Dated: August 10, 2022                     s/Sean F. Cox
                                            Sean F. Cox
                                            U. S. District Judge