# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311 Hon. Sean F. Cox |

_____

| | |
|---|---|
| IN RE : WIRE HARNESS | CASE NO. 2:12-CV-00103 |
| IN RE : INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00203 |
| IN RE : FUEL SENDERS | CASE NO. 2:12-CV-00303 |
| IN RE : HEATER CONTROL PANELS | CASE NO. 2:12-CV-00403 |
| IN RE : BEARINGS | CASE NO. 2:12-CV-00503 |
| IN RE : OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00603 |
| IN RE : ALTERNATORS | CASE NO. 2:13-CV-00703 |
| IN RE : ANTI-VIBRATIONAL RUBBER PARTS | CASE NO. 2:13-CV-00803 |
| IN RE : WINDSHIELD WIPERS | CASE NO. 2:13-CV-00903 |
| IN RE : RADIATORS | CASE NO. 2:13-CV-01003 |
| IN RE : STARTERS | CASE NO. 2:13-CV-01103 |
| IN RE : AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01203 |
| IN RE : SWITCHES | CASE NO. 2:13-CV-01303 |
| IN RE : IGNITION COILS | CASE NO. 2:13-CV-01403 |
| IN RE : MOTOR GENERATOR | CASE NO. 2:13-CV-01503 |
| IN RE : STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01603 |
| IN RE : HID BALLASTS | CASE NO. 2:13-CV-01703 |
| IN RE : INVERTERS | CASE NO. 2:13-CV-01803 |
| IN RE : ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01903 |
| IN RE : AIR FLOW METERS | CASE NO. 2:13-CV-02003 |
| IN RE : FAN MOTORS | CASE NO. 2:13-CV-02103 |
| IN RE : FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02203 |
| IN RE : POWER WINDOW MOTORS | CASE NO. 2:13-CV-02303 |
| IN RE : AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02403 |

| | |
|---|---|
| IN RE : VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02503 |
| IN RE : ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02603 |
| IN RE : AIR CONDITIONING SYSTEM | CASE NO. 2:13-CV-02703 |
| IN RE : WINDSHIELD WASHER | CASE NO. 2:13-CV-02803 |
| IN RE : AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | CASE NO. 2:14-CV-02903 |
| IN RE : SPARK PLUGS | CASE NO. 2:15-CV-03003 |
| IN RE : AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03203 |
| IN RE : SHOCK ABSORBERS | CASE NO. 2:15-CV-03303 |
| IN RE : BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03403 |
| IN RE : INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03503 |
| IN RE : BRAKE HOSES | CASE NO. 2:16-CV-03603 |
| IN RE : EXHAUST SYSTEMS | CASE NO. 2:16-CV-03703 |
| IN RE : CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03803 |
| IN RE : POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03903 |
| IN RE : AUTOMOTIVE STEEL TUBE | CASE NO. 2:16-CV-04003 |
| IN RE : ACCESS MECHANISMS ACTIONS | CASE NO. 2:16-CV-04103 |
| IN RE : DOOR LATCHES | CASE NO. 2:17-CV-04303 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

## SUR-REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE END-PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

As articulated in its Motion to Enforce End-Payor Settlements, ECF No. 2192, Enterprise Fleet Management ("EFM") remains steadfast in its position that it is entitled to full payment on its valid, timely claims to the end-payor settlements. Nevertheless, and particularly following discussions at the September 15, 2022, hearing regarding paths forward, EFM respectfully proposes that the Court, pursuant its discretion under Fed. R. Civ. P 53(a)(1)(C), appoint and refer the parties' dispute to a Special Master.  EFM believes that such a referral would aid in the resolution of the current dispute between the parties and would agree to be responsible equally for any associated costs.

Should the Court agree to appoint a Special Master, EFM would be willing to prepare a proposed referral order at the Court's request, provide a list of potential independent Special Master candidates, and otherwise work in good faith with End Payor Plaintiffs to facilitate the appointment process.[1]

In the alternative of appointment and referral to a Special Master, EFM respectfully proposes an in-chambers call to discuss appropriate ADR options, particularly given that the parties have heretofore not undertaken any formal ADR efforts.

EFM remains committed to resolving this dispute expediently to allow the processing of settlement claims to move forward.

---

[1] Prior to filing this Sur-Reply, EFM contacted EPPs to register its intent to propose referral of the parties' dispute to a Special Master; EPPs declined to join the request.

September 16, 2022                    Respectfully submitted,

 

By: */s/ Lawrence J. Lines III*
Lawrence J. Lines III
Crowell & Moring LLP
3454 Shakespeare Dr.
Troy, MI 48084
Telephone: (949) 798-1389
Email: jlines@crowell.com

Deborah E. Arbabi                    Emma K. Burton
Daniel A. Sasse                      Ann L. Rives
Crowell & Moring LLP                 Crowell & Moring LLP
3 Park Plaza, 20th Floor             1001 Pennsylvania Avenue, NW
Irvine, CA 92614-8505                Washington, DC 20004
Telephone: (949) 263-8400            Telephone: (202) 624-2500
Email: darbabi@crowell.com           Email: eburton@crowell.com
      dsasse@crowell.com                 arives@crowell.com

*Counsel for Enterprise Fleet Management, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

Dated:  September 16, 2022                              By: */s/ Lawrence J. Lines III*
                                                                                              Lawrence J. Lines III