# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

---

| | |
|---|---|
| IN RE : WIRE HARNESS | CASE NO. 2:12-CV-00103 |
| IN RE : INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00203 |
| IN RE : FUEL SENDERS | CASE NO. 2:12-CV-00303 |
| IN RE : HEATER CONTROL PANELS | CASE NO. 2:12-CV-00403 |
| IN RE : BEARINGS | CASE NO. 2:12-CV-00503 |
| IN RE : OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00603 |
| IN RE : ALTERNATORS | CASE NO. 2:13-CV-00703 |
| IN RE : ANTI-VIBRATIONAL RUBBER PARTS | CASE NO. 2:13-CV-00803 |
| IN RE : WINDSHIELD WIPERS | CASE NO. 2:13-CV-00903 |
| IN RE : RADIATORS | CASE NO. 2:13-CV-01003 |
| IN RE : STARTERS | CASE NO. 2:13-CV-01103 |
| IN RE : AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01203 |
| IN RE : SWITCHES | CASE NO. 2:13-CV-01303 |
| IN RE : IGNITION COILS | CASE NO. 2:13-CV-01403 |
| IN RE : MOTOR GENERATOR | CASE NO. 2:13-CV-01503 |
| IN RE : STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01603 |
| IN RE : HID BALLASTS | CASE NO. 2:13-CV-01703 |
| IN RE : INVERTERS | CASE NO. 2:13-CV-01803 |
| IN RE : ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01903 |
| IN RE : AIR FLOW METERS | CASE NO. 2:13-CV-02003 |
| IN RE : FAN MOTORS | CASE NO. 2:13-CV-02103 |
| IN RE : FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02203 |
| IN RE : POWER WINDOW MOTORS | CASE NO. 2:13-CV-02303 |
| IN RE : AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02403 |

| IN RE : VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02503 |
|---|---|
| IN RE : ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02603 |
| IN RE : AIR CONDITIONING SYSTEM | CASE NO. 2:13-CV-02703 |
| IN RE : WINDSHIELD WASHER | CASE NO. 2:13-CV-02803 |
| IN RE : AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | CASE NO. 2:14-CV-02903 |
| IN RE : SPARK PLUGS | CASE NO. 2:15-CV-03003 |
| IN RE : AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03203 |
| IN RE : SHOCK ABSORBERS | CASE NO. 2:15-CV-03303 |
| IN RE : BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03403 |
| IN RE : INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03503 |
| IN RE : BRAKE HOSES | CASE NO. 2:16-CV-03603 |
| IN RE : EXHAUST SYSTEMS | CASE NO. 2:16-CV-03703 |
| IN RE : CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03803 |
| IN RE : POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03903 |
| IN RE : AUTOMOTIVE STEEL TUBE | CASE NO. 2:16-CV-04003 |
| IN RE : ACCESS MECHANISMS ACTIONS | CASE NO. 2:16-CV-04103 |
| IN RE : DOOR LATCHES | CASE NO. 2:17-CV-04303 |

_____

THIS DOCUMENT RELATES TO:
End-Payor Actions
_____

### REPLY TO END-PAYOR PLAINTIFFS' OPPOSITION TO SUR-REPLY MEMORANDUM AND REQUEST FOR SPECIAL MASTER

Contrary to Settlement Class Counsel's misleading and grossly exaggerated assertion in its Opposition (ECF No. 2232), counsel for Enterprise Fleet Management ("EFM") has claims on file on behalf of EFM customer lessees for exactly 3,964 of the same vehicles claimed by EFM. Declaration of Emma K. Burton attached as Exhibit A ¶4. In an effort to resolve this dispute in October of last year, EFM offered to

1

Settlement Class Counsel to forgo *any recovery* for vehicles for which a valid, competing claim was timely filed by a qualifying lessee to the same vehicle, which would include all 3,964 of these vehicles.  *Id.* ¶5.  In other words, under the proposal that EFM made to Settlement Class Counsel over 10 months ago, there would be no duplicate recovery based on the same vehicle.  Settlement Class Counsel continues to reject EFM's proposal.


September 19, 2022                          Respectfully submitted,


                                           By: /s/ *Lawrence J. Lines III*
                                           Lawrence J. Lines III
                                           Crowell & Moring LLP
                                           3454 Shakespeare Dr.
                                           Troy, MI 48084
                                           Telephone: (949) 798-1389
                                           Email: jlines@crowell.com

Deborah E. Arbabi                          Emma K. Burton
Daniel A. Sasse                            Ann L. Rives
Crowell & Moring LLP                       Crowell & Moring LLP
3 Park Plaza, 20th Floor                   1001 Pennsylvania Avenue, NW
Irvine, CA 92614-8505                      Washington, DC 20004
Telephone: (949) 263-8400                  Telephone: (202) 624-2500
Email: darbabi@crowell.com                 Email: eburton@crowell.com
        dsasse@crowell.com                        arives@crowell.com


                                           *Counsel for Enterprise Fleet Management, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2022, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

Dated:  September 19, 2022

By: */s/ Lawrence J. Lines III*
Lawrence J. Lines III