# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In re: All Parts<br><br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox |

## ORDER GRANTING MOTION TO WITHDRAW MOLLY K. MCGINLEY

This matter is before the Court on the Motion to Withdraw Appearance of Molly K. McGinley as Counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation and this Court states as follows:

IT IS HEREBY ORDERED:

The Motion to Withdraw Appearance of Molly K. McGinley for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation and in all actions, including all lead and class cases, is hereby GRANTED with immediate effect.

Dated: September 21, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

44830348.1