UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

Master File No. 12-md-02311
Hon. Sean F. Cox

THIS DOCUMENT RELATES TO: END-PAYOR ACTIONS

IN RE : WIRE HARNESS CASE NO. 2:12-CV-00103
IN RE : INSTRUMENT PANEL CLUSTERS CASE NO. 2:12-CV-00203
IN RE : FUEL SENDERS CASE NO. 2:12-CV-00303
IN RE : HEATER CONTROL PANELS CASE NO. 2:12-CV-00403
IN RE : BEARINGS CASE NO. 2:12-CV-00503
IN RE : OCCUPANT SAFETY SYSTEMS CASE NO. 2:12-CV-00603
IN RE : ALTERNATORS CASE NO. 2:13-CV-00703
IN RE : ANTI-VIBRATIONAL RUBBER PARTS CASE NO. 2:13-CV-00803
IN RE : WINDSHIELD WIPERS CASE NO. 2:13-CV-00903
IN RE : RADIATORS CASE NO. 2:13-CV-01003
IN RE : STARTERS CASE NO. 2:13-CV-01103
IN RE : AUTOMOTIVE LAMPS CASE NO. 2:13-CV-01203
IN RE : SWITCHES CASE NO. 2:13-CV-01303
IN RE : IGNITION COILS CASE NO. 2:13-CV-01403
IN RE : MOTOR GENERATOR CASE NO. 2:13-CV-01503
IN RE : STEERING ANGLE SENSORS CASE NO. 2:13-CV-01603
IN RE : HID BALLASTS CASE NO. 2:13-CV-01703
IN RE : INVERTERS CASE NO. 2:13-CV-01803
IN RE : ELECTRONIC POWERED CASE NO. 2:13-CV-01903
STEERING ASSEMBLIES
IN RE : AIR FLOW METERS CASE NO. 2:13-CV-02003
IN RE : FAN MOTORS CASE NO. 2:13-CV-02103
IN RE : FUEL INJECTION SYSTEMS CASE NO. 2:13-CV-02203
IN RE : POWER WINDOW MOTORS CASE NO. 2:13-CV-02303

IN RE : AUTOMATIC TRANSMISSION CASE NO. 2:13-CV-02403
FLUID WARMERS
IN RE : VALVE TIMING CONTROL DEVICES CASE NO. 2:13-CV-02503
IN RE : ELECTRONIC THROTTLE BODIES CASE NO. 2:13-CV-02603
IN RE : AIR CONDITIONING SYSTEM CASE NO. 2:13-CV-02703
IN RE : WINDSHIELD WASHER CASE NO. 2:13-CV-02803
IN RE : AUTOMOTIVE CONSTANT CASE NO. 2:14-CV-02903
VELOCITY JOINT BOOT PRODUCTS
IN RE : SPARK PLUGS CASE NO. 2:15-CV-03003
IN RE : AUTOMOTIVE HOSES CASE NO. 2:15-CV-03203
IN RE : SHOCK ABSORBERS CASE NO. 2:15-CV-03303
IN RE : BODY SEALING PRODUCTS CASE NO. 2:16-CV-03403
IN RE : INTERIOR TRIM PRODUCTS CASE NO. 2:16-CV-03503
IN RE : BRAKE HOSES CASE NO. 2:16-CV-03603
IN RE : EXHAUST SYSTEMS CASE NO. 2:16-CV-03703
IN RE : CERAMIC SUBSTRATES CASE NO. 2:16-CV-03803
IN RE : POWER WINDOW SWITCHES CASE NO. 2:16-CV-03903
IN RE : AUTOMOTIVE STEEL TUBE CASE NO. 2:16-CV-04003
IN RE : ACCESS MECHANISMS ACTIONS CASE NO. 2:16-CV-04103
IN RE : DOOR LATCHES CASE NO. 2:17-CV-04303

---

## NOTICE TO APPEAR

You are hereby notified to appear in-person before the Honorable Sean F. Cox, in Room 817, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, on **TUESDAY, OCTOBER 11, 2022 AT 2:00 P.M.** for the following proceeding(s):

**STATUS CONFERENCE RE: MOTION TO ENFORCE END PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION (ECF NO 2192)**

Dated: September 26, 2022          s/J. McCoy
                                   Case Manager