UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-MD-02311<br>Honorable Marianne O. Battani |
| In Re Bearings | 2:12-cv-00500<br>2:12-cv-00501<br>2:15-cv-12068 |
| THIS RELATES TO:<br>DIRECT PUCHASER ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

**Cera LLP**
**201 California Street, Suite 1240**
**San Francisco, CA 94111**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: October 14, 2022

Respectfully submitted,
CERA LLP

By: /s/Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@cerallp.com
tbright@cerallp.com

Attorneys for Plaintiffs McGuire Bearing
Company and Sherman Bearings Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF- registered counsel.

/s/Solomon B. Cera
Solomon B. Cera