UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| In Re: SHOCK ABSORBERS CASES | |
| THIS RELATES TO: | |
| V.I.P., INC. and PERFORMANCE INTERNET PARTS, LLC, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-13616<br>Case No. 2:15-cv-03301 |
| Plaintiffs, | |
| v. | |
| KAYABA INDUSTRY CO. LTD., d/b/a KYB CORPORATION, *et al*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

**Cera LLP**
**201 California Street, Suite 1240**
**San Francisco, CA 94111**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

1

|  |  |
|---|---|
| Dated: October 14, 2022 | Respectfully submitted,<br><br>CERA LLP<br><br>By: /s/Solomon B. Cera<br>Solomon B. Cera<br>Thomas C. Bright<br>Pamela A. Markert<br>201 California Street, Suite 1240<br>San Francisco, California 94111<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>scera@cerallp.com<br>tbright@cerallp.com<br>pmarkert@cerallp.com<br><br>*Attorneys for Plaintiffs V.I.P., Inc. and Performance Parts, LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/Solomon B. Cera  
Solomon B. Cera