# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File NO. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: CERAMIC SUBSTRATES | |
| THIS RELATES TO:<br><br>AIRFLOW CATALYST SYSTEMS, INC., and NETT TECHNOLOGIES INC., on behalf themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>NGK INSULATORS LTD., et al.,<br><br>        Defendants | 2:17-cv-13785-MOB-MKM |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Cera LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the San Francisco office of Cera LLP is as follows:

> **Cera LLP**
> **201 California Street, Suite 1240**
> **San Francisco, CA 94111**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

1

DATED:  October 14, 2022          Respectfully submitted,

/s/Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
CERA LLP
201 California Street, Suite 1240
San Francisco, California 94111
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@cerallp.com
Email: tbright@cerallp.com

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

  I hereby certify that on October 14, 2022 I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

              CERA LLP

              By: /s/ Solomon B. Cera
              Solomon B. Cera
              Thomas C. Bright
              CERA LLP
              201 California Street, Suite 1240
              San Francisco, California 94111
              Telephone: (415) 777-2230
              Facsimile: (415) 777-5189
              Email: scera@cerallp.com
              Email: tbright@cerallp.com