# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

| | |
|---|---|
| IN RE : WIRE HARNESS | CASE NO. 2:12-CV-00103 |
| IN RE : INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00203 |
| IN RE : FUEL SENDERS | CASE NO. 2:12-CV-00303 |
| IN RE : HEATER CONTROL PANELS | CASE NO. 2:12-CV-00403 |
| IN RE : BEARINGS | CASE NO. 2:12-CV-00503 |
| IN RE : OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00603 |
| IN RE : ALTERNATORS | CASE NO. 2:13-CV-00703 |
| IN RE : ANTI-VIBRATIONAL RUBBER PARTS | CASE NO. 2:13-CV-00803 |
| IN RE : WINDSHIELD WIPERS | CASE NO. 2:13-CV-00903 |
| IN RE : RADIATORS | CASE NO. 2:13-CV-01003 |
| IN RE : STARTERS | CASE NO. 2:13-CV-01103 |
| IN RE : AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01203 |
| IN RE : SWITCHES | CASE NO. 2:13-CV-01303 |
| IN RE : IGNITION COILS | CASE NO. 2:13-CV-01403 |
| IN RE : MOTOR GENERATOR | CASE NO. 2:13-CV-01503 |
| IN RE : STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01603 |
| IN RE : HID BALLASTS | CASE NO. 2:13-CV-01703 |
| IN RE : INVERTERS | CASE NO. 2:13-CV-01803 |
| IN RE : ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01903 |
| IN RE : AIR FLOW METERS | CASE NO. 2:13-CV-02003 |
| IN RE : FAN MOTORS | CASE NO. 2:13-CV-02103 |
| IN RE : FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02203 |
| IN RE : POWER WINDOW MOTORS | CASE NO. 2:13-CV-02303 |
| IN RE : AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02403 |

| | |
|---|---|
| IN RE : VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02503 |
| IN RE : ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02603 |
| IN RE : AIR CONDITIONING SYSTEM | CASE NO. 2:13-CV-02703 |
| IN RE : WINDSHIELD WASHER | CASE NO. 2:13-CV-02803 |
| IN RE : AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | CASE NO. 2:14-CV-02903 |
| IN RE : SPARK PLUGS | CASE NO. 2:15-CV-03003 |
| IN RE : AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03203 |
| IN RE : SHOCK ABSORBERS | CASE NO. 2:15-CV-03303 |
| IN RE : BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03403 |
| IN RE : INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03503 |
| IN RE : BRAKE HOSES | CASE NO. 2:16-CV-03603 |
| IN RE : EXHAUST SYSTEMS | CASE NO. 2:16-CV-03703 |
| IN RE : CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03803 |
| IN RE : POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03903 |
| IN RE : AUTOMOTIVE STEEL TUBE | CASE NO. 2:16-CV-04003 |
| IN RE : ACCESS MECHANISMS ACTIONS | CASE NO. 2:16-CV-04103 |
| IN RE : DOOR LATCHES | CASE NO. 2:17-CV-04303 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

## NOTICE OF APPEARANCE OF EMMA K. BURTON

To the Clerk of the Court:

Please enter the appearance of Emma K. Burton of the law firm of Crowell & Moring LLP as counsel on behalf of Enterprise Fleet Management, Inc. in In Re: Automotive Parts Antitrust Litigation, Case No. 12-md-02311.

October 25, 2022                                     Respectfully submitted,

By: /s/ *Emma K. Burton*
Emma K. Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Email: eburton@crowell.com
           arives@crowell.com

Deborah E. Arbabi                                    Lawrence J. Lines III
Daniel A. Sasse                                      Crowell & Moring LLP
Crowell & Moring LLP                                 3454 Shakespeare Dr.
3 Park Plaza, 20th Floor                             Troy, MI 48084
Irvine, CA 92614-8505                                Telephone: (949) 798-1389
Telephone: (949) 263-8400                            Email: jlines@crowell.com
Email: darbabi@crowell.com
           dsasse@crowell.com

*Counsel for Enterprise Fleet Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: October 25, 2022 | By: */s/ Emma K. Burton*<br>Emma K. Burton |