**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS RELATES TO: | ) ) ) ) | |
| In Re: Alternators | ) | 2:13-cv-00700 |
| In Re: Starters | ) | 2:13-cv-01100 |
| In Re: Ignition Coils | ) | 2:13-cv-01400 |
| In Re: Motor Generators | ) | 2:13-cv-01500 |
| In Re: Inverters | ) | 2:13-cv-01800 |
| In Re: Air Flow Meters | ) | 2:13-cv-02000 |
| In Re: Fuel Injection Systems | ) | 2:13-cv-02200 |
| In Re: Valve Timing Control Devices | ) | 2:13-cv-02500 |
| In Re: Electronic Throttle Bodies | ) | 2:13-cv-02600 |
| In Re: Shock Absorbers | ) ) | 2:15-cv-03301 |

### MOTION TO WITHDRAW APPEARANCE OF LINDSEY R. VAALA

Lindsey R. Vaala respectfully requests that the Court enter an Order allowing her to withdraw her appearance as counsel for Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. in the above-captioned cases. The reason for this withdrawal is that Ms. Vaala is leaving the firm of Vinson & Elkins LLP to become a United States Magistrate Judge in the United States District Court for the Eastern District of Virginia. Other counsel from Vinson & Elkins LLP will continue to represent Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. in the above-captioned cases.

| | |
|---|---|
| Dated: November 10, 2022 | VINSON & ELKINS LLP |
| | By: */s/ Lindsey R. Vaala* |
| | Lindsey R. Vaala |
| | 2200 Pennsylvania Ave. N.W. |
| | Suite 500 West |
| | Washington, D.C. 20037 |
| | Telephone: (202) 639-6523 |
| | Fax: (202) 879-8853 |
| | Email: lvaala@velaw.com |

*Attorney for Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: */s/ Lindsey R. Vaala*
Lindsey R. Vaala