# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS RELATES TO: | ) ) ) | |
| In Re: Alternators | ) | 2:13-cv-00700 |
| In Re: Starters | ) | 2:13-cv-01100 |
| In Re: Ignition Coils | ) | 2:13-cv-01400 |
| In Re: Motor Generators | ) | 2:13-cv-01500 |
| In Re: Inverters | ) | 2:13-cv-01800 |
| In Re: Air Flow Meters | ) | 2:13-cv-02000 |
| In Re: Fuel Injection Systems | ) | 2:13-cv-02200 |
| In Re: Valve Timing Control Devices | ) | 2:13-cv-02500 |
| In Re: Electronic Throttle Bodies | ) | 2:13-cv-02600 |
| In Re: Shock Absorbers | ) ) | 2:15-cv-03301 |

## **ORDER**

This matter is before the Court on the Motion to Withdraw Appearance of Lindsey R. Vaala as counsel for Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. in the above-captioned cases, and this Court states as follows:

IT IS HEREBY ORDERED:

The Motion to Withdraw Appearance of Lindsey R. Vaala as counsel for Defendants Hitachi, Ltd., Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. in the above-captioned cases is hereby GRANTED with immediate effect.

Dated: November 14, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge