IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br><br>In re: All Cases | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| This document relates to:<br>All Truck and Equipment Dealer Cases | |

**TRUCK AND EQUIPMENT DEALER PLAINTIFFS'
NOTICE OF PAYMENT OF ALL CLAIMS**

PLEASE TAKE NOTICE that all settlement funds in the Truck and Equipment Dealer Plaintiffs' ("TEDPs") cases in this Multidistrict Litigation have been released to the Court-appointed settlement administrator, RG/2 Claims Administration LLC ("RG/2"). Further, RG/2 has paid and/or responded to all of the claims. The TEDPs' cases in this MDL are as follows:

- *In re: Wire Harnesses* (Case Nos. 2:14-cv-00107-SFC-RSW; 2:14-cv-14451-SFC-MKM);

- *In re: Bearings* (Case Nos. 2:14-cv-00507-SFC-RSW; 2:14-cv-13356-SFC-RSW);

- *In re: Occupant Safety Systems* (Case Nos. 2:15-cv-00607-SFC-MKM; 2:15-cv-12050-SFC-RSW);

- *In re: Starters* (Case Nos. 2:13-cv-01107-SFC-RSW; 2:15-cv-14096-SFC-RSW);

- *In re: Alternators* (Case Nos. 2:15-cv-00707-SFC-RSW; 2:15-cv-14096-SFC-RSW); and

- *In re: Radiators* (Case Nos. 2:15-cv-01007-MOB-MKM; 2:15-cv-14097-SFC-MKM).

Dated: February 6, 2023

Respectfully submitted,

/s/ J. Manly Parks
Wayne A. Mack (PA #46654)
J. Manly Parks (PA #74647)
William Shotzbarger (PA #320490)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA  19103
Telephone: (215) 979-1000
Fax: (215) 979-1020
wamack@duanemorris.com
jmparks@duanemorris.com
wshotzbarger@duanemorris.com

*Counsel for Truck and Equipment Dealer Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Truck and Equipment Dealer Plaintiffs' Notice of Payment of All Claims on all counsel of record by ECF.

Dated:     February 6, 2023                         */s/ J. Manly Parks*
                                                                  J. Manly Parks