# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311 Hon. Sean F. Cox |

| | |
|---|---|
| IN RE : WIRE HARNESS | CASE NO. 2:12-CV-00103 |
| IN RE : INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00203 |
| IN RE : FUEL SENDERS | CASE NO. 2:12-CV-00303 |
| IN RE : HEATER CONTROL PANELS | CASE NO. 2:12-CV-00403 |
| IN RE : BEARINGS | CASE NO. 2:12-CV-00503 |
| IN RE : OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00603 |
| IN RE : ALTERNATORS | CASE NO. 2:13-CV-00703 |
| IN RE : ANTI-VIBRATIONAL RUBBER PARTS | CASE NO. 2:13-CV-00803 |
| IN RE : WINDSHIELD WIPERS | CASE NO. 2:13-CV-00903 |
| IN RE : RADIATORS | CASE NO. 2:13-CV-01003 |
| IN RE : STARTERS | CASE NO. 2:13-CV-01103 |
| IN RE : AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01203 |
| IN RE : SWITCHES | CASE NO. 2:13-CV-01303 |
| IN RE : IGNITION COILS | CASE NO. 2:13-CV-01403 |
| IN RE : MOTOR GENERATOR | CASE NO. 2:13-CV-01503 |
| IN RE : STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01603 |
| IN RE : HID BALLASTS | CASE NO. 2:13-CV-01703 |
| IN RE : INVERTERS | CASE NO. 2:13-CV-01803 |
| IN RE : ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01903 |
| IN RE : AIR FLOW METERS | CASE NO. 2:13-CV-02003 |
| IN RE : FAN MOTORS | CASE NO. 2:13-CV-02103 |
| IN RE : FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02203 |
| IN RE : POWER WINDOW MOTORS | CASE NO. 2:13-CV-02303 |
| IN RE : AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02403 |

2

| | |
|---|---|
| IN RE :  VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02503 |
| IN RE :  ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02603 |
| IN RE :  AIR CONDITIONING SYSTEM | CASE NO. 2:13-CV-02703 |
| IN RE :  WINDSHIELD WASHER | CASE NO. 2:13-CV-02803 |
| IN RE :  AUTOMOTIVE CONSTANT VELOCITY JOINT BOOT PRODUCTS | CASE NO. 2:14-CV-02903 |
| IN RE :  SPARK PLUGS | CASE NO. 2:15-CV-03003 |
| IN RE :  AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03203 |
| IN RE :  SHOCK ABSORBERS | CASE NO. 2:15-CV-03303 |
| IN RE :  BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03403 |
| IN RE :  INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03503 |
| IN RE :  BRAKE HOSES | CASE NO. 2:16-CV-03603 |
| IN RE :  EXHAUST SYSTEMS | CASE NO. 2:16-CV-03703 |
| IN RE :  CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03803 |
| IN RE :  POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03903 |
| IN RE :  AUTOMOTIVE STEEL TUBE | CASE NO. 2:16-CV-04003 |
| IN RE :  ACCESS MECHANISMS ACTIONS | CASE NO. 2:16-CV-04103 |
| IN RE :  DOOR LATCHES | CASE NO. 2:17-CV-04303 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

---

### ENTERPRISE FLEET MANAGEMENT, INC'S NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE END-PAYOR SETTLEMENTS AND STRIKE CONTRADICTORY AND IMPROPER STIPULATION

In accordance with the Stipulation and Order Regarding End-Payor Plaintiff Settlements approved and docketed by the Court today (ECF No. 2244), Enterprise Fleet Management, Inc. ("EFM") hereby withdraws its Motion to Enforce End-Payor

2

Settlements and Strike Contradictory and Improper Stipulation (ECF No. 2192) with prejudice.

| | |
|---|---|
| May 4, 2023 | Respectfully submitted, |
| | By: /s/ *Lawrence J. Lines III* |
| | Lawrence J. Lines III |
| | Crowell & Moring LLP |
| | 3454 Shakespeare Dr. |
| | Troy, MI 48084 |
| | Telephone: (949) 798-1389 |
| | Facsimile: (949) 263-8414 |
| | Email: jlines@crowell.com |
| Deborah E. Arbabi | Emma K. Burton |
| Daniel A. Sasse | Ann L. Rives |
| Crowell & Moring LLP | Crowell & Moring LLP |
| 3 Park Plaza, 20th Floor | 1001 Pennsylvania Avenue, NW |
| Irvine, CA 92614-8505 | Washington, DC 20004 |
| Telephone: (949) 263-8400 | Telephone: (202) 624-2500 |
| Facsimile: (949) 263-8414 | Facsimile: (202) 628-5116 |
| Email: darbabi@crowell.com | Email: eburton@crowell.com |
| dsasse@crowell.com | arives@crowell.com |

*Counsel for Enterprise Fleet Management, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a copy of the foregoing was filed electronically using the Court's ECF system, which will send notification to each attorney of record by electronic means. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated:  May 4, 2023 | By: */s/ Lawrence J. Lines III*  <br>Lawrence J. Lines III |