

196 Corte Balboa
Greenbrae, CA  94904
May 30, 2023

12-2311

U.S. District Judge Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 252
Detroit, MI  48226

FILED
JUN 0 7 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

Dear Judge Battani,

I am writing to draw your attention to the Class Action lawsuit Auto Parts Class.  I filled out the form to enter the class in December 2019.  I called and confirmed with a person named Heather that my application was received and it was complete.

Nearly four years passed before I heard anything until about a week ago.  I received an email from the class action administrator saying that my claim is "deficient" and that I have until June 8, 2023 to "correct the deficiencies."  I cannot even understand the so-called deficiencies so I called the number given in the email.  No one picked up the phone on repeated tries.

I then sent a response to the email saying I need help figuring out what "deficiencies" they are talking about.  The email accused me of entering the class with a "used car." I had provided the make, model and year of the car along with the VIN number FOUR YEARS AGO when this class action suit started. I purchased the car at Marin Subaru in San Rafael, CA.  I do not have a used car.

Today I received an email saying that the email they sent me had the wrong Control Number and thus the incorrect information.  The email also said it sent a correction on May 22, 2023.  I have never received a correction email from the administrator.  The administrator has had almost four years to request information from claimants. I received nothing in those four years.  Now they want me, and probably thousands of other claimants, to provide documentation in one week's time.

This is an appalling cluster mess by the administrator, and I am appealing to you to look into the errors and the total disregard for the claimants.

Sincerely,

*Ellen Goldman*

Ellen Goldman
Greenbrae, CA





Ellen B Goldman
196 Corte Balboa
Greenbrae, CA 94904-1108

U.S. District Judge Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 252
Detroit, MI 48226

48226-271399

USPS TRACKING #
9516 4150 5633 3150 6492 40

U.S. POSTAGE PAID
FCM LETTER
SAN RAFAEL, CA
94901
MAY 30, 23
AMOUNT
$2.65
R2305K140727-2