196 Corte Balboa
Greenbrae, CA  94904
June 14, 2023

FILED
JUN 27 2023
CLERK'S OFFICE
DETROIT

Case: 12-02311

U.S. District Judge Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 252
Detroit, MI  48226

Dear Judge Battani,

Thank you very much for your prompt attention to the issues in my letter of May 30, 2023 regarding the handling of issues I experienced with my claim in the Auto Parts Class Action.

I heard from William Reiss at Robins Kaplan regarding the misinformation and lack of response from the class action administrators. He confirmed the administrator sent me incorrect information, did not send me an email on May 22, 2023 as they claimed they did, and in fact, did not respond to my subsequent emails asking for corrected information.

Mr. Reiss forwarded my information and documents to the administrator.  He requested I notify you that he had addressed my concerns.

Thank you again for your diligent and prompt attention to my inquiry.

Sincerely,

*Ellen Goldman*

Ellen Goldman
Greenbrae, CA



SAN FRANCISCO CA 940

15 JUN 2023 PM 2 L

The Goldmans
196 Corte Balboa
Greenbrae, CA 94904-1108



U.S. District Judge Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 252
Detroit, MI 48226

48226-277402