**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Hon. Sean F.Cox |
| In re: ALL PARTS | |
| This Document Relates to: ALL AUTOMOBILE DEALERSHIP ACTIONS | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JONATHAN W. CUNEO**

In the March 23, 2012 Order Appointing Interim Co-Lead and Liaison Counsel for the Automotive Dealer Actions (ECF No. 64), Judge Battani appointed Jonathan W. Cuneo of Cuneo Gilbert & LaDuca, LLP as interim Co-Lead Counsel for the Automobile Dealer Actions and proposed class of dealer indirect purchasers. Mr. Cuneo passed away on July 26, 2023 at his home on Martha's Vineyard.

With sadness, the Automobile Dealership Plaintiffs request that the Court withdraw the appearance of Jonathan W. Cuneo as Co-Lead Counsel in the Automobile Dealer Actions and proposed class of dealer indirect purchasers. The undersigned counsel respectfully requests that the Court remove him as counsel for the following auto parts cases in which he appeared:

| | | | |
|---|---|---|---|
| 2:12-md-02311 | 2:12-cv-00400 | 2:13-cv-00702 | 2:13-cv-01200 |
| 2:12-cv-00100 | 2:12-cv-00402 | 2:13-cv-00800 | 2:13-cv-01202 |
| 2:12-cv-00102 | 2:12-cv-00500 | 2:13-cv-00802 | 2:13-cv-01300 |
| 2:12-cv-00103 | 2:12-cv-00502 | 2:13-cv-00900 | 2:13-cv-01302 |
| 2:12-cv-00200 | 2:12-cv-00600 | 2:13-cv-00902 | 2:13-cv-01400 |
| 2:12-cv-00202 | 2:12-cv-00602 | 2:13-cv-01000 | 2:13-cv-01402 |
| 2:12-cv-00300 | 2:12-cv-10687 | 2:13-cv-01100 | 2:13-cv-01500 |
| 2:12-cv-00302 | 2:13-cv-00700 | 2:13-cv-01102 | 2:13-cv-01502 |

| | | | |
|---|---|---|---|
| 2:13-cv-01600 | 2:13-cv-02200 | 2:13-cv-02702 | 2:16-cv-03502 |
| 2:13-cv-01602 | 2:13-cv-02202 | 2:13-cv-02703 | 2:16-cv-03602 |
| 2:13-cv-01700 | 2:13-cv-02300 | 2:13-cv-02800 | 2:16-cv-03702 |
| 2:13-cv-01702 | 2:13-cv-02302 | 2:13-cv-02802 | 2:16-cv-03802 |
| 2:13-cv-01800 | 2:13-cv-02400 | 2:14-cv-02900 | 2:16-cv-03902 |
| 2:13-cv-01802 | 2:13-cv-02402 | 2:14-cv-02902 | 2:16-cv-04002 |
| 2:13-cv-01900 | 2:13-cv-02500 | 2:15-cv-03000 | 2:16-cv-11257 |
| 2:13-cv-01902 | 2:13-cv-02502 | 2:15-cv-03002 | 2:16-cv-11260 |
| 2:13-cv-02002 | 2:13-cv-02600 | 2:15-cv-03202 | 2:16-cv-12046 |
| 2:13-cv-02100 | 2:13-cv-02602 | 2:16-cv-03302 | 2:16-cv-12194 |
| 2:13-cv-02102 | 2:13-cv-02700 | 2:16-cv-03402 | 2:16-cv-12849 |

Please be advised Jennifer E. Kelly and other counsel of record at the law firm of Cuneo Gilbert & LaDuca, LLP, along with remaining Co-Lead and Liaison Counsel for the Automobile Dealership Plaintiffs, will continue to represent Automobile Dealership Plaintiffs and to perform the leadership duties set forth in the Order Appointing Interim Co-Lead and Liaison Counsel for the Automotive Dealer Actions (ECF No. 64). No delay will result in the progress of these actions.

Dated: August 14, 2023            Respectfully submitted,

/s/ *Gerard V. Mantese*
Gerard V. Mantese
(Michigan Bar No. P34424)
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

**Interim Liaison Counsel for Dealership Plaintiffs**

Shawn M. Raiter
**LARSON KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

Jennifer E. Kelly
**CUNEO, GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jkelly@cuneolaw.com

Don Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662)834-2628
donbarrettpa@gmail.com

**Interim Co-Lead Class Counsel for Dealership Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/ *Sherri Sikorski*
Sherri Sikorski, Legal Assistant
Mantese Honigman, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
ssikorski@manteselaw.com