# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |
| **THIS RELATES TO:**<br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Michael W. Jorgenson, Supervising Deputy Attorney General, Office of the California Attorney General, State of California, enters his reappearance as counsel of record for the State of California in the above-captioned matter.

Dated: August 31, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Michael W. Jorgenson*
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
California Department of Justice
CA State Bar No. 201145
  455 Golden Gate Avenue, 11th Floor
  San Francisco, CA  94105
  Telephone:  (415) 510-3882
  E-mail:  Michael.Jorgenson@doj.ca.gov

SF2011203620

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I caused the foregoing **Notice of Appearance of Michael W. Jorgenson** to be electronically filed through the CM/ECF system, which will send notification of such filings to all counsel of record.

By: /s/ Michael W. Jorgenson
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
455 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Tel: (415) 510-3882
Michael.Jorgenson@doj.ca.gov