# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |
| **THIS RELATES TO:**<br>All Actions | |

### NOTICE OF WITHDRAWAL OF ATTORNEY ANIK BANERJEE

**PLEASE TAKE NOTICE** that Anik Banerjee of the Office of the California Attorney General, hereby withdraws as counsel of record for the State of California in this case.

    Respectfully submitted,

    ROB BONTA
    Attorney General of California

    */s/ Anik Banerjee*
    PAULA BLIZZARD
    Senior Assistant Attorney General
    NATALIE S. MANZO
    Supervising Deputy Attorney General
    ANIK BANERJEE
    Deputy Attorney General
    CA STATE BAR NO. 236960
      Deputy Attorney General
      300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
      Telephone:  (213) 269-6058
      E-mail:  Anik.Banerjee@doj.ca.gov

SF2011203620