# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |

**THIS RELATES TO:**
All Actions

## ORDER WITHDRAWING APPEARANCE OF COUNSEL

The appearance of Anik Banerjee, Deputy Attorney General, Office of the Attorney General, State of California, as counsel for the State of California in the above-caption matter is hereby withdrawn.

IT IS SO ORDERED.


Date: September 11, 2023

s/Sean F. Cox
SEAN F. COX
United States District Judge