# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 |
| | Hon. Sean F. Cox |
| In re: All Parts | |
| THIS DOCUMENT RELATES TO: | Case No. 2:14-cv-2900-SFC-RSW |
| | Case No. 2:14-cv-2902-SFC-RSW |
| All Cases | |

## NOTICE OF APPEARANCE OF DANIEL C. CRAIG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Daniel C. Craig of Sidley Austin LLP, a member of the bar of this Court, hereby enters his appearance as counsel for Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America Manufacturing, Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. in the Master Case for *In re: Automotive Parts Antitrust Litigation*, No. 12-md-02311, the Lead Case for *In re: Automotive Constant Velocity Joint Boot Products*, No. 2:14-cv-2900, and the Dealership Actions for *In re: Automotive Constant Velocity Joint Boot Products*, No. 2:14-cv-2902. The appearance shall not be deemed a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

September 18, 2023

*/s/ Daniel C. Craig*
Daniel C. Craig
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dcraig@sidley.com

## CERTIFICATE OF SERVICE

      I, Daniel C. Craig, certify that I served the foregoing Notice of Appearance of Daniel C. Craig to all counsel of record by filing the same through the CM/ECF system on September 18, 2023.

<u>/s/ Daniel C. Craig</u>