# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION )<br><br>In re: All Parts<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox |

## NOTICE OF WITHDRAWAL OF ATTORNEY ANGELO J. SUOZZI

PLEASE TAKE NOTICE of the withdrawal of Angelo J. Suozzi of Sidley Austin LLP as counsel for Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America Manufacturing, Inc., Toyo Tire North America OE Sales LLC, and Toyo Automotive Parts (USA), Inc. In addition to the above-referenced Master File, his appearance should be withdrawn from the following actions:

- 2:14-cv-2900-SFC-RSW
- 2:14-cv-2902-SFC-RSW
- 2:13-cv-802-SFC-RSW
- 2:13-cv-803-SFC-RSW

September 18, 2023

*/s/ Angelo J. Suozzi*
Angelo J. Suozzi
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
asuozzi@sidley.com

**CERTIFICATE OF SERVICE**

      I, Angelo J. Suozzi, certify that I served the foregoing Notice of Withdrawal of Attorney Angelo J. Suozzi to all counsel of record by filing the same through the CM/ECF system on September 18, 2023.

*/s/ Angelo J. Suozzi*