UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> In re: All Parts <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases | Master File No. 12-md-02311 <br><br> Hon. Sean F. Cox |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF ATTORNEY VICTORIA SIMS

Victoria Sims (formerly Victoria Romanenko), of Cuneo Gilbert & LaDuca, LLP, respectfully requests that she be withdrawn as counsel for Automobile Dealership Plaintiffs, as Ms. Sims is departing Cuneo Gilbert & LaDuca, LLP on March 1, 2024. In addition to the above-referenced Master File, her appearance should be withdrawn from the following actions:

- 2:12-md-02311
- 2:12-cv-00100
- 2:12-cv-00102
- 2:12-cv-00103
- 2:12-cv-00200
- 2:12-cv-00202
- 2:12-cv-00300
- 2:12-cv-00302
- 2:12-cv-00400
- 2:12-cv-00402
- 2:12-cv-00500
- 2:12-cv-00502
- 2:12-cv-00600
- 2:12-cv-00602
- 2:12-cv-10687
- 2:13-cv-00700
- 2:13-cv-00702
- 2:13-cv-00800
- 2:13-cv-00802
- 2:13-cv-00900
- 2:13-cv-00902
- 2:13-cv-01000
- 2:13-cv-01100
- 2:13-cv-01102
- 2:13-cv-01200
- 2:13-cv-01202
- 2:13-cv-01300
- 2:13-cv-01302
- 2:13-cv-01400
- 2:13-cv-01402
- 2:13-cv-01500
- 2:13-cv-01502
- 2:13-cv-01600
- 2:13-cv-01602
- 2:13-cv-01700
- 2:13-cv-01702
- 2:13-cv-01800
- 2:13-cv-01802
- 2:13-cv-01900
- 2:13-cv-01902
- 2:13-cv-02002
- 2:13-cv-02100
- 2:13-cv-02102
- 2:13-cv-02200
- 2:13-cv-02202
- 2:13-cv-02300
- 2:13-cv-02302
- 2:13-cv-02400
- 2:13-cv-02402
- 2:13-cv-02500
- 2:13-cv-02502
- 2:13-cv-02600
- 2:13-cv-02602
- 2:13-cv-02700
- 2:13-cv-02702
- 2:13-cv-02703
- 2:13-cv-02800
- 2:13-cv-02802
- 2:14-cv-02900
- 2:14-cv-02902
- 2:15-cv-03000
- 2:15-cv-03002
- 2:15-cv-03202
- 2:16-cv-03302
- 2:16-cv-03402
- 2:16-cv-03502
- 2:16-cv-03602
- 2:16-cv-03702
- 2:16-cv-03802
- 2:16-cv-03902
- 2:16-cv-04002
- 2:16-cv-11257
- 2:16-cv-11260
- 2:16-cv-12046
- 2:16-cv-12194
- 2:16-cv-12849

Automobile Dealership Plaintiffs will continue to be represented by Attorney Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP (appearance forthcoming) and other Co-Lead and

Liaison counsel.

February 29, 2024                    */s/ Victoria Sims*
                                     Victoria Sims
                                     Cuneo Gilbert & LaDuca, LLP
                                     4725 Wisconsin Avenue NW, Suite 200
                                     Washington, DC 20016
                                     Tel.: (202) 789-3960
                                     vicky@cuneolaw.com

## CERTIFICATE OF SERVICE

      I, Victoria Sims, certify that I served the foregoing Motion for Withdrawal of Appearance of Attorney Victoria Sims to all counsel of record by filing the same through the CM/ECF system on February 29, 2024.

<u>*/s/ Victoria Sims*</u>