IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Actions | 2:12-md-02311-SFC-RSW |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE CLERK OF THE COURT AND ALL PARTIES,

**PLEASE TAKE NOTICE** that the firm address for the Florida office of Miller Shah LLP and for Jayne A. Goldstein, counsel of record for plaintiffs in the above-captioned action, has changed to the following:

> Jayne A. Goldstein
> MILLER SHAH LLP
> 2103 N. Commerce Parkway
> Ft. Lauderdale, Florida 33326
> Telephone: (954) 515-0123
> Facsimile: (866) 300-7367
> E-mail: jagoldstein@millershah.com

All telephone and facsimile numbers and email addresses remain the same.

Dated: July 22, 2024

/s/ *Jayne A. Goldstein*
Jayne A. Goldstein
MILLER SHAH LLP
2103 N. Commerce Parkway
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
E-mail: jagoldstein@millershah.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein
