UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | |
| In re: All Parts | Master File No. 12-md-02311 |
| | Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO: | |
| All Cases | |

**NOTICE OF WITHDRAWAL OF ATTORNEY RACHEL B. PECK**

PLEASE TAKE NOTICE of the withdrawal of Rachel B. Peck of Steptoe LLP as counsel for Sanoh Industrial Co. Ltd. and Sanoh America, Inc. In addition to the above-referenced Master File, her appearance should be withdrawn from the following actions:

- 2:16-cv-04000-SFC-RSW
- 2:16-cv-04002-SFC-RSW
- 2:16-cv-04003-SFC-RSW

Other counsel from Steptoe LLP will continue to represent Sanoh Industrial Co. Ltd. and Sanoh America, Inc. in the above-captioned cases.

December 30, 2024

*/s/ Rachel B. Peck*
Rachel B. Peck
Steptoe LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902
rpeck@steptoe.com

**CERTIFICATE OF SERVICE**

    I, Rachel Peck, certify that I served the foregoing Notice of Withdrawal of Attorney Rachel Peck to all counsel of record by filing the same through the CM/ECF system on December 30, 2024.

                                               */s/ Rachel B. Peck*