**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |

| | |
|---|---|
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| In Re: Wire Harness – Direct Purchaser | 2:12-cv-00101 |
| In Re: Wire Harness – Heavy Equipment Trucks | 2:14-cv-00107 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Instrument Panel Clusters - Direct Purchaser | 2:12-cv-00201 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Bearings | 2:12-cv-00500 |
| In Re: Occupant Safety Systems | 2:12-cv-00600 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00800 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generator | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Air Flow Meters | 2:13-cv-02000 |
| In Re: Air Flow Meters - End Payor | 2:13-cv-02003 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Power Window Motors – Direct Purchaser | 2:13-cv-02301 |
| In Re: Power Window Motors – Dealership | 2:13-cv-02302 |
| In Re: Automatic Transmission Fluid Warmer | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Valve Timing Control Devices | 2:13-cv-02503 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Oxygen Sensors | 2:15-cv-03100 |

_____

_____

## **NOTICE OF WITHDRAWAL OF ATTORNEY STEVEN F. CHERRY**

PLEASE TAKE NOTICE of the withdrawal of Steven F. Cherry of Wilmer Cutler

Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland

GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea

Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas,

ASMO Co., Ltd., ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO

North America, LLC, and ASMO North Carolina, Inc. (collectively "DENSO entities").  His

appearance should be withdrawn from the following cases:

> 2:12-md-02311
>
> 2:12-cv-00100
>
> 2:12-cv-00101
>
> 2:14-cv-00107
>
> 2:12-cv-00200
>
> 2:12-cv-00201
>
> 2:12-cv-00300
>
> 2:12-cv-00400
>
> 2:12-cv-00500
>
> 2:12-cv-00600
>
> 2:13-cv-00700
>
> 2:13-cv-00800
>
> 2:13-cv-00900
>
> 2:13-cv-01000

2:13-cv-01100

2:13-cv-01400

2:13-cv-01500

2:13-cv-01700

2:13-cv-01800

2:13-cv-02000

2:13-cv-02003

2:13-cv-02200

2:13-cv-02300

2:13-cv-02301

2:13-cv-02302

2:13-cv-02400

2:13-cv-02500

2:13-cv-02503

2:13-cv-02700

2:13-cv-02800

2:15-cv-03000

2:15-cv-03100

This notice is not intended to affect the appearances of any other attorneys of the same firm already on record as counsel on behalf of the DENSO entities.

Dated: December 31, 2024                    */s/ Steven F. Cherry*
                                            Steven F. Cherry
                                            WILMER CUTLER PICKERING HALE
                                            AND DORR LLP
                                            2100 Pennsylvania Avenue, NW
                                            Washington, D.C. 20006

Tel.: (202) 663-6321
*Steven.cherry@wilmerhale.com*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, I caused the foregoing Notice of Withdrawal of Attorney Steven F. Cherry to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven F. Cherry
Steven F. Cherry
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6321
Steven.cherry@wilmerhale.com