UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION <br><br> In re: All Parts <br><br> THIS DOCUMENT RELATES TO: <br><br> All Cases | Master File No. 12-md-02311 <br><br> Hon. Sean F. Cox |

**ORDER GRANTING WITHDRAWAL OF**
**ATTORNEY RACHEL B. PECK**

Good cause having been shown, the court GRANTS withdrawal of Rachel B. Peck of Steptoe LLP as counsel for Sanoh Industrial Co. Ltd. and Sanoh America, Inc. In addition to the above- referenced Master File, her appearance should be withdrawn from the following actions:

- 2:16-cv-04000-SFC-RSW
- 2:16-cv-04002-SFC-RSW
- 2:16-cv-04003-SFC-RSW

Dated: January 3, 2025

s/Sean F. Cox
Sean F. Cox
U. S. District Judge