UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION ) ) ) In re: All Parts ) ) ) | Master File No. 12-md-02311 Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO: ) ) All Cases ) ) ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY SHELDON H. KLEIN

***PLEASE TAKE NOTICE*** of the withdrawal of Sheldon H. Klein of Butzel Long as counsel for Tokai Rika Company, Ltd. f/k/a Tokai Rika U.S.A., Incorporated and TRAM, Incorporated d/b/a Tokai Rika U.S.A., Incorporated for the reason that these cases have been resolved as to Tokai Rika Company, Ltd. f/k/a Tokai Rika U.S.A., Incorporated and TRAM, Incorporated d/b/a Tokai Rika U.S.A., Incorporated. In addition to the above-referenced Master File, his appearance should be withdrawn from the following actions:

- 2:12-cv-00100 (wire harness)

- 2:12-cv-00400 (heater control panels)

- 2:13-cv-01300 (switches)

Respectfully submitted,

BUTZEL LONG, a professional corporation

By: */s/ Sheldon H. Klein*
    Sheldon H. Klein (P41062)
    201 W. Big Beaver Road, Suite 1200
    Troy MI  48084
    248.258.1616
    klein@butzel.com

Dated:    January 14, 2025

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served on all counsel of record by filing the same through the CM/ECF system on January 14, 2025.

    */s/ Sheldon H. Klein*
    Sheldon H. Klein (P41062)