UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Parts Antitrust Litigation | 2:12-md-02311 |
| In Re: Wire Harnesses | 2:12-cv-00100 |
| In Re: Wire Harness – Direct Purchaser | 2:12-cv-00101 |
| In Re: Wire Harness – Heavy Equipment Trucks | 2:14-cv-00107 |
| In Re: Instrument Panel Clusters | 2:12-cv-00200 |
| In Re: Instrument Panel Clusters - Direct Purchaser | 2:12-cv-00201 |
| In Re: Fuel Senders | 2:12-cv-00300 |
| In Re: Heater Control Panels | 2:12-cv-00400 |
| In Re: Bearings | 2:12-cv-00500 |
| In Re: Occupant Safety Systems | 2:12-cv-00600 |
| In Re: Alternators | 2:13-cv-00700 |
| In Re: Anti-Vibrational Rubber Parts | 2:13-cv-00800 |
| In Re: Windshield Wipers | 2:13-cv-00900 |
| In Re: Radiators | 2:13-cv-01000 |
| In Re: Starters | 2:13-cv-01100 |
| In Re: Ignition Coils | 2:13-cv-01400 |
| In Re: Motor Generator | 2:13-cv-01500 |
| In Re: HID Ballasts | 2:13-cv-01700 |
| In Re: Inverters | 2:13-cv-01800 |
| In Re: Air Flow Meters | 2:13-cv-02000 |
| In Re: Air Flow Meters - End Payor | 2:13-cv-02003 |
| In Re: Fuel Injection Systems | 2:13-cv-02200 |
| In Re: Power Window Motors | 2:13-cv-02300 |
| In Re: Power Window Motors – Direct Purchaser | 2:13-cv-02301 |
| In Re: Power Window Motors – Dealership | 2:13-cv-02302 |
| In Re: Automatic Transmission Fluid Warmer | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | 2:13-cv-02500 |
| In Re: Valve Timing Control Devices | 2:13-cv-02503 |
| In Re: Air Conditioning Systems | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | 2:13-cv-02800 |
| In Re: Spark Plugs | 2:15-cv-03000 |
| In Re: Oxygen Sensors | 2:15-cv-03100 |

# ORDER GRANTING
## WITHDRAWAL OF ATTORNEY STEVEN F. CHERRY

Notice has been filed regarding the withdrawal of Steven F. Cherry of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for defendants DENSO Automotive Deutschland GmbH, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Products & Services Americas, ASMO Co. Ltd, ASMO Greenville of North Carolina, Inc., ASMO Manufacturing, Inc., ASMO North America, LLC, and ASMO North Carolina, Inc.  Other attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

IT IS ORDERED that

Mr. Cherry shall be removed as attorney of record in the following cases:

  2:12-md-02311

  2:12-cv-00100

  2:12-cv-00101

  2:14-cv-00107

  2:12-cv-00200

  2:12-cv-00201

  2:12-cv-00300

  2:12-cv-00400

  2:12-cv-00500

  2:12-cv-00600

  2:13-cv-00700

2:13-cv-00800

2:13-cv-00900

2:13-cv-01000

2:13-cv-01100

2:13-cv-01400

2:13-cv-01500

2:13-cv-01700

2:13-cv-01800

2:13-cv-02000

2:13-cv-02003

2:13-cv-02200

2:13-cv-02300

2:13-cv-02301

2:13-cv-02302

2:13-cv-02400

2:13-cv-02500

2:13-cv-02503

2:13-cv-02700

2:13-cv-02800

2:15-cv-03000

2:15-cv-03100

Dated: January 14, 2025                                                  s/Sean F. Cox_____
                                                                         Sean F. Cox
                                                                         U. S. District Judge