IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION, | ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL END-PAYOR ACTIONS | ) ) |

Master File No. 12-md-02311

**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON PENDING MOTION FOR *PRO RATA* DISTRIBUTION TO AUTHORIZED CLAIMANTS**

WHEREAS, on December 27, 2024, End Payor Plaintiffs (EPPs), by their Settlement Class Counsel, filed a Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2256) (the "Motion");

WHEREAS, under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan, responses to the Motion are presently due on January 10, 2025, and EPPs' reply is presently due on January 17, 2025;

WHEREAS, on January 10, 2025, Balch & Bingham LLP, as counsel for certain class members, conferred with EPPs' Settlement Class Counsel regarding an extension of time to respond to the Motion while the parties meet and confer;

WHEREAS, on January 7, 2025, Settlement Class Counsel agreed to an extension.

1

2

IT IS THEREFORE STIPULATED AND AGREED by Balch & Bingham LLP, as counsel for certain class members, and Settlement Class Counsel that:

1. Balch & Bingham LLP's Response to the Motion, if any, shall be due on or before January 24, 2025; and

2. EPPs' Reply in Support of the Motion, if any, shall be due on or before February 13, 2025.

**IT IS SO ORDERED.**

Dated: January 14, 2025                                s/Sean F. Cox
                                                                                                       Sean F. Cox
                                                                                                       U. S. District Judge

*/s/ William V. Reiss*
William V. Reiss
**ROBINS KAPLAN LLP**
900 Third Ave, Suite 1900
New York, NY 10022
Telephone: (212) 980-7400
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Chanler Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Jenna G. Farleigh
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3826
jfarleigh@susmangodfrey.com

Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*Settlement Class Counsel for the End-Payor Plaintiff Classes*

3

    */s/ L. Conrad Anderson IV*
L. Conrad Anderson IV
**BALCH & BINGHAM LLP**
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 226-3415
Facsimile: (205) 488-5729
canderson@balch.com

*Counsel for Automotive Rentals, Inc., Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Class Action Capital, LLC*