UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In re: All Parts | Master File No. 12-md-02311<br><br>Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY SHELDON H. KLEIN

Good cause having been shown, the Court GRANTS the withdrawal of Sheldon H. Klein of Butzel Long as counsel for Tokai Rika Company, Ltd. f/k/a Tokai Rika U.S.A., Incorporated and TRAM, Incorporated d/b/a Tokai Rika U.S.A., Incorporated. In addition to the above-referenced Master File, his appearance should be withdrawn from the following actions:

- 2:12-cv-00100 (wire harness)
- 2:12-cv-00400 (heater control panels)
- 2:13-cv-01300 (switches)

Dated: January 16, 2025

s/Sean F. Cox
Sean F. Cox
U. S. District Judge