UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : | |

**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE OF PENDING MOTION FOR *PRO RATA* DISTRIBUTION TO AUTHORIZED CLAIMANTS**

WHEREAS, on December 27, 2024, End Payor Plaintiffs (EPPs), by their Settlement Class Counsel, filed a Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2256) (the "Motion");

WHEREAS, Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan, a response to the Motion is presently due on January 10, 2025, and Movant's reply is presently due on January 17, 2025;

WHEREAS, on January 7, 2025, Crowell & Moring as counsel for certain class members conferred with EPPs' Settlement Class Counsel regarding an extension of their time to respond to the Motion while the parties meet and confer; and

1

WHEREAS, on January 7, 2025, Settlement Class Counsel agreed to an initial extension in order to confer further regarding the longer extension requested.

IT IS THEREFORE STIPULATED AND AGREED by counsel for certain class members Crowell & Moring and Settlement Class Counsel that:

1. Crowell & Moring's Response to the Motion, if any, shall be due on or before January 24, 2025; and

2. EPPs' Reply in support of the Motion shall be due on or before February 13, 2025.

**IT IS SO ORDERED.**

Dated: January 17, 2025

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**STIPULATED AND AGREED**.

| CROWELL & MORING LLP | ROBINS KAPLAN LLP |
|---|---|
| */s/ Lawrence J. Lines III* | */s/ William V. Reiss* |
| Lawrence J. Lines III | William V. Reiss |
| Crowell & Moring LLP | ROBINS KAPLAN LLP |
| 3454 Shakespeare Dr. | 900 Third Ave., Suite 1900 |
| Troy, MI 48084 | New York, NY 10022 |
| Telephone: (949) 798-1389 | Telephone: (212) 980-7400 |
| Facsimile: (949) 263-8414 | wreiss@robinskaplan.com |
| jlines@crowell.com | |
| | Marc Seltzer |
| Deborah E. Arbabi | Steven G. Sklaver |
| Daniel A. Sasse | SUSMAN GODFREY LLP |
| Crowell & Moring LLP | 1900 Avenue of the Stars, Suite 1400 |
| 3 Park Plaza, 20th Floor | Los Angeles, CA 90067 |
| Irvine, CA 92614-8505 | Telephone: (310) 789-3100 |
| Telephone: (949) 263-8400 | mseltzer@susmangodfrey.com |
| Facsimile: (949) 263-8414 | ssklaver@susmangodfrey.com |
| darbabi@crowell.com | |
| dsasse@crowell.com | Chanler A. Langham |
| | SUSMAN GODFREY LLP |
| Emma K. Burton | 1000 Louisiana Street, 5100 |
| Ann L. Rives | Houston, TX 77002 |
| Crowell & Moring LLP | Telephone: (713) 651-9366 |
| 1001 Pennsylvania Ave., NW | clangham@susmangodfrey.com |
| Washington, DC 20004 | |
| Telephone: (202) 624-2500 | Jenna G. Farleigh |
| Facsimile: (202) 628-5116 | SUSMAN GODFREY LLP |
| eburton@crowell.com | 401 Union Street, Suite 3000 |
| arives@crowell.com | Seattle, WA 98101 |
| | Telephone: (206) 505-3826 |
| ***Attorneys for Certain Class Members*** | fshort@susmangodfrey.com |
| | jfarleigh@susmangodfrey.com |
| | |
| | Adam J. Zapala |
| | Elizabeth Castillo |
| | COTCHETT, PITRE & McCARTHY, LLP |
| | 840 Malcolm Road, Suite 200 |

Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

***Settlement Class Counsel***

4