## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| IN RE AUTOMOTIVE PARTS | : | Master File No. 12-md-02311 |
| ANTITRUST LITIGATION | : | Honorable Sean F. Cox |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ALL END-PAYOR ACTIONS | : | |
| | : | |
| | : | |

## STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE OF PENDING MOTION FOR *PRO RATA* DISTRIBUTION TO AUTHORIZED CLAIMANTS

WHEREAS, on December 27, 2024, End Payor Plaintiffs (EPPs), by their Settlement Class Counsel, filed a Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2256) (the "Motion");

WHEREAS, on January 7, 2025, Crowell & Moring as counsel for certain class members conferred with EPPs' Settlement Class Counsel regarding an extension of their time to respond to the Motion while the parties meet and confer;

WHEREAS, on January 7, 2025, Settlement Class Counsel agreed to an initial extension in order to confer further regarding the longer extension requested;

WHEREAS, the Court granted Settlement Class Counsel and counsel for certain class members Crowell & Moring an extension of time to file a response and reply to the Motion on January 17, 2025 (Dkt. 2264);

WHEREAS, pursuant to that Order, Crowell & Moring's response to the Motion, if any, is currently due on or before January 24, 2025; and EPPs' Reply in support of the Motion, if any, is currently due on or before February 13, 2025;

WHEREAS, Crowell & Moring and Settlement Class Counsel have continued to confer regarding a potential resolution;

WHEREAS, more time is needed to complete those discussions.

IT IS THEREFORE STIPULATED AND AGREED by counsel for certain class members Crowell & Moring and Settlement Class Counsel that:

1.   Crowell & Moring's Response to the Motion, if any, shall be due on or before February 7, 2025; and

2.   EPPs' Reply in support of the Motion shall be due on or before February 28, 2025.

**IT IS SO ORDERED.**


Dated: January 28, 2025                              s/Sean F. Cox
                                                     Sean F. Cox
                                                     U. S. District Judge

**STIPULATED AND AGREED**.

CROWELL & MORING LLP

*/s/ Lawrence J. Lines III*
Lawrence J. Lines III
Crowell & Moring LLP
3454 Shakespeare Dr.
Troy, MI 48084
Telephone: (949) 798-1389
Facsimile: (949) 263-8414
jlines@crowell.com

Deborah E. Arbabi
Daniel A. Sasse
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
darbabi@crowell.com
dsasse@crowell.com

Emma K. Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
eburton@crowell.com
arives@crowell.com

***Attorneys for Certain Class Members***

ROBINS KAPLAN LLP

*/s/ William V. Reiss*
William V. Reiss
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
wreiss@robinskaplan.com

Marc Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Chanler A. Langham
SUSMAN GODFREY LLP
1000 Louisiana Street, 5100
Houston, TX 77002
Telephone: (713) 651-9366
clangham@susmangodfrey.com

Jenna G. Farleigh
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3826
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

Adam J. Zapala
Elizabeth Castillo
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200

Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

***Settlement Class Counsel***