# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS |  |

## STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE OF PENDING MOTION FOR *PRO RATA* DISTRIBUTION TO AUTHORIZED CLAIMANTS

WHEREAS, on December 27, 2024, End Payor Plaintiffs ("EPPs"), by their Settlement Class Counsel, filed a Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2256) (the "Motion");

WHEREAS, on January 10, 2025, Balch & Bingham LLP, as counsel for certain class members, conferred with EPPs' Settlement Class Counsel regarding an extension of their time to respond to the Motion while the parties meet and confer;

WHEREAS, on January 10, 2025, Settlement Class Counsel agreed to an initial extension in order to confer further regarding a longer extension requested;

WHEREAS, on January 14, 2024, the Court granted Balch & Bingham LLP

1

and Settlement Class Counsel an extension of time to file a response and reply to the Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2262);

WHEREAS, pursuant to that Order, Balch & Bingham's response to the Motion, if any, is currently due on or before January 24, 2025; and EPPs' Reply in support of the Motion, if any is currently due on or before February 13, 2025;

WHEREAS, Balch & Bingham and Settlement Class Counsel have continued to confer regarding a potential resolution;

WHEREAS, more time is needed to complete those discussions.

IT IS THEREFORE STIPULATED AND AGREED by counsel for certain class members Balch & Bingham LLP and Settlement Class Counsel that:

1. Balch & Bingham's Response to the Motion, if any, shall be due on or before February 7, 2025; and

2. EPPs' Reply in support of the Motion shall be due on or before February 28, 2025.

**IT IS SO ORDERED.**

Dated: January 28, 2025                             s/Sean F. Cox
                                                     Sean F. Cox
                                                     U. S. District Judge

**STIPULATED AND AGREED.**

| | |
|---|---|
| Balch & Bingham LLP | **SUSMAN GODFREY L.L.P.** |
| | |
| */s/ L. Conrad Anderson IV* | */s/ Jenna G. Farleigh* |
| L. Conrad Anderson IV | Marc M. Seltzer |
| **BALCH &** | Steven G. Sklaver |
| **BINGHAM LLP** | 1900 Avenue of the Stars, Suite 1400 |
| 1901 Sixth Avenue North, | Los Angeles, California 90067 |
| Suite 1500 | Telephone: (310) 789-3100 |
| Birmingham, AL 35203 | mseltzer@susmangodfrey.com |
| Telephone: 205-226-3415 | ssklaver@susmangodfrey.com |
| canderson@balch.com | |
| | Chanler A. Langham |
| *Counsel for Automotive Rentals, Inc, Element Fleet Corporation, Wheels, Inc., Donlen LLC, and Class Action Capital LLC* | **SUSMAN GODFREY LLP** |
| | 1000 Louisiana Street, 5100 |
| | Houston, Texas 77002 |
| | Telephone: (713) 651-9366 |
| | clangham@susmangodfrey.com |
| | |
| | Jenna G. Farleigh |
| | **SUSMAN GODFREY LLP** |
| | 401 Union Street, Suite 3000 |
| | Seattle, Washington 98101 |
| | Telephone: (206) 505-3826 |
| | jfarleigh@susmangodfrey.com |
| | |
| | Adam J. Zapala |
| | Elizabeth Castillo |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| | San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |

Burlingame, California 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

William V. Reiss
**ROBINS KAPLAN LLP**
900 Third Ave., Suite 1900
New York, New York 10022
Telephone: (212) 980-7400
wreiss@robinskaplan.com

***Settlement Class Counsel for the End-Payor Plaintiff Classes***