# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : : : : : : | |

## NOTICE OF SUBMISSION OF AMENDED PROPOSED ORDER IN ASSOCIATION WITH THE *PRO RATA* DISTRIBUTION MOTION TO AUTHORIZED CLAIMANTS

On December 27, 2024, End Payor Plaintiffs ("EPPs"), by their Settlement Class Counsel, filed a Motion for Pro Rata Distribution to Authorized Claimants (Dkt. No. 2256) (the "Motion");

In connection with the Motion, EPPs submitted a proposed Order. Earlier today, EPPs submitted to the portal an Amended Proposed Order associated with the Motion. A redline comparing the previously submitted proposed order with the Amended Proposed Order is attached as **Exhibit A.**

1

Dated: February 8, 2025    By: /s/ *Jenna Farleigh*

Jenna G. Farleigh
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3826
jfarleigh@susmangodfrey.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 651-6666
clangham@susmangodfrey.com

*Settlement Class Counsel for the End-Payor Plaintiff Settlement Classes*

Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

2

William V. Reiss
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
wreiss@robinskaplan.com

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
dpa@@millerlawpc.com

*Liaison Counsel for the End-Payor Plaintiff*
*Settlement Class*
***Plaintiff Classes***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>     */s/ Jenna Farleigh*
>     Jenna G. Farleigh
>     **SUSMAN GODFREY L.L.P.**