MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Automotive Parts Antitrust Litigation

        Plaintiff(s),

v.

        Defendant(s).
_____/

Case No. 2:12-md-02311

Judge  Sean F. Cox

Magistrate Judge

**NOTICE OF CORRECTION**

Docket entry number __2268__, filed ____3/5/2025____, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Emily Vradenburg__ at __(313) 234-2653__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: March 5, 2025

s/Emily Vradenburg
Deputy Clerk