# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION**<br><br>In re: All Parts | Master File No. 2:12-md-02311-SFC-RSW<br><br>Hon. Sean F. Cox |
| **THIS DOCUMENT RELATES TO:**<br><br>All Cases | **ORDER GRANTING WITHDRAWAL OF ATTORNEY JOHN C KAKINUKI** |

Notice has been filed regarding the withdrawal of John C Kakinuki as counsel for the Automobile Dealership Plaintiffs. Other attorneys have appeared as counsel for the Automobile Dealership Plaintiffs and their representation continues.

IT IS ORDERED that:

John C Kakinuki shall be removed as attorney of record for the Automobile Dealership Plaintiffs.

Dated: May 13, 2025

s/Sean F. Cox
Sean F. Cox
United States District Judge