UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | Master File 12-md-02311 Honorable F. Kay Behm |
| ALL PARTS | |
| THIS RELATES TO: ALL CASES | |

## ORDER GRANTING WITHDRAWAL OF KATHRYN R. EISENSTEIN

Notice has been filed regarding the withdrawal of Kathryn R. Eisenstein of Mantese Honigman, P.C. as counsel for Automobile Dealership Plaintiffs, due to the entry of final judgment.

IT IS ORDERED that: Kathryn R. Eisenstein shall be removed as an attorney of record in the following cases and discontinued from receiving e-filing notices:

| **Bearings**<br>2:12-cv-12614<br>2:12-cv-00500<br>2:12-cv-00502 | **Electronic Braking Systems**<br>2:21-cv-12000<br>2:21-cv-04400<br>2:21-cv-04402 | **Fuel Senders**<br>2:12-cv-11156<br>2:12-cv-00300<br>2:12-cv-00302 |
|---|---|---|
| **Heater Control Panels**<br>2:12-cv-11161<br>2:12-cv-00400<br>2:12-cv-00402 | **Hydraulic Braking Systems**<br>2:21-cv-12002<br>2:21-cv-04500<br>2:21-cv-04502 | **Instrument Panel Clusters**<br>2:12-cv-11156<br>2:12-cv-00200<br>2:12-cv-00202 |
| **Occupant Safety Systems**<br>2:12-cv-12795<br>2:12-cv-00600<br>2:12-cv-00602 | **Wire Harness**<br>2:12-md-02311<br>2:12-cv-00100<br>2:12-cv-00102<br>2:12-cv-12526 | |

**SO ORDERED.**

Date: August 7, 2025                                <u>s/F. Kay Behm</u>
                                                                                        F. Kay Behm
                                                                                        United States District Judge