# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br>Hon. F. Kay Behm |
| IN RE: WIRE HARNESS SYSTEMS | Case No. 2:12-cv-00103 |
| IN RE: INSTRUMENT PANEL CLUSTERS | Case No. 2:12-cv-00203 |
| IN RE: FUEL SENDERS | Case No. 2:12-cv-00303 |
| IN RE: HEATER CONTROL PANELS | Case No. 2:12-cv-00403 |
| IN RE: BEARINGS | Case No. 2:12-cv-00503 |
| IN RE: OCCUPANT SAFETY SYSTEMS | Case No. 2:12-cv-00603 |
| IN RE: ALTERNATORS | Case No. 2:13-cv-00703 |
| IN RE: ANTI-VIBRATIONAL RUBBER PARTS | Case No. 2:13-cv-00803 |
| IN RE: WINDSHIELD WIPER SYSTEMS | Case No. 2:13-cv-00903 |
| IN RE: RADIATORS | Case No. 2:13-cv-01003 |
| IN RE: STARTERS | Case No. 2:13-cv-01103 |
| IN RE: AUTOMOTIVE LAMPS | Case No. 2:13-cv-01203 |
| IN RE: SWITCHES | Case No. 2:13-cv-01303 |
| IN RE: IGNITION COILS | Case No. 2:13-cv-01403 |
| IN RE: MOTOR GENERATORS | Case No. 2:13-cv-01503 |
| IN RE: STEERING ANGLE SENSORS | Case No. 2:13-cv-01603 |
| IN RE: HID BALLASTS | Case No. 2:13-cv-01703 |
| IN RE: INVERTERS | Case No. 2:13-cv-01803 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | Case No. 2:13-cv-01903 |
| IN RE: AIR FLOW METERS | Case No. 2:13-cv-02003 |
| IN RE: FAN MOTORS | Case No. 2:13-cv-02103 |
| IN RE: FUEL INJECTION SYSTEMS | Case No. 2:13-cv-02203 |
| IN RE: POWER WINDOW MOTORS | Case No. 2:13-cv-02303 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | Case No. 2:13-cv-02403 |
| IN RE: VALVE TIMING CONTROL DEVICES | Case No. 2:13-cv-02503 |
| IN RE: ELECTRONIC THROTTLE BODIES | Case No. 2:13-cv-02603 |
| IN RE: AIR CONDITIONING SYSTEMS | Case No. 2:13-cv-02703 |

| IN RE: WINDSHIELD WASHER SYSTEMS | Case No. 2:13-cv-02803 |
| IN RE: CONSTANT VELOCITY JOINT BOOT PRODUCTS | Case No. 2:14-cv-02903 |
| IN RE: SPARK PLUGS | Case No. 2:15-cv-03003 |
| IN RE: AUTOMOTIVE HOSES | Case No. 2:15-cv-03203 |
| IN RE: SHOCK ABSORBERS | Case No. 2:15-cv-03303 |
| IN RE: BODY SEALING PRODUCTS | Case No. 2:16-cv-03403 |
| IN RE: INTERIOR TRIM PRODUCTS | Case No. 2:16-cv-03503 |
| IN RE: AUTOMOTIVE BRAKE HOSES | Case No. 2:16-cv-03603 |
| IN RE: EXHAUST SYSTEMS | Case No. 2:16-cv-03703 |
| IN RE: CERAMIC SUBSTRATES | Case No. 2:16-cv-03803 |
| IN RE: POWER WINDOW SWITCHES | Case No. 2:16-cv-03903 |
| IN RE: AUTOMOTIVE STEEL TUBES | Case No. 2:16-cv-04003 |
| IN RE: ACCESS MECHANISMS | Case No. 2:16-cv-04103 |
| IN RE: SIDE DOOR LATCHES | Case No. 2:17-cv-04303 |
| IN RE: ELECTRONIC BRAKING SYSTEMS | Case No. 2:21-cv-04403 |
| IN RE: HYDRAULIC BRAKING SYSTEMS | Case No. 2:21-cv-04503 |

THIS DOCUMENT RELATES TO:
End-Payor Actions

## END-PAYOR PLAINTIFFS' NOTICE OF FORTHCOMING *PRO RATA* DISTRIBUTION TO AUTHORIZED CLAIMANTS

End-Payor Plaintiffs ("EPPs"), by their Settlement Class Counsel,[1] respectfully notify the Court of the forthcoming *pro rata* distribution of Net Settlement Funds to Authorized Claimants based on the claims administration determinations of the Court-appointed Settlement Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq"), described in the Declaration of Peter T. Sperry ("Sperry Decl.") attached hereto.

Epiq will be making at this time the initial *pro rata* payments from the Net Settlement Funds to Authorized Claimants, subject to the Court-authorized reserve, of the balance remaining in the Net Settlement Funds.[2]

The Court previously approved distribution of $100 minimum payments to all Authorized Claimants.[3] The Court subsequently approved the *pro rata* distribution

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning set forth in End-Payor Plaintiffs' Motion for *Pro Rata* Distribution to Authorized Claimants. *See, e.g.*, No. 2:12-cv-00103 (Dec. 27, 2024), ECF No. 664.

[2] This *pro rata* distribution will exclude the reserve of 15% of the Net Settlement Funds, which the Court authorized the Settlement Administrator to create to be used for: (1) the payment of administrative expenses; (2) the resolution of any matters that might arise in connection with the distribution of the proceeds of the remaining Net Settlement Funds; and (3) Settlement Class Counsel's application for attorneys' fees and reimbursement of costs and expenses. *See, e.g.*, Amended Order Approving End-Payor Plaintiffs' Motion for *Pro Rata* Distribution to Authorized Claimants at 5, Master File No. 2:12-md-02311 (Mar. 18, 2025), ECF No. 2270 ("*Pro Rata* Distribution Order"). It is anticipated that Epiq will make a second *pro rata* distribution from any residual amount of the Net Settlement Funds within fifteen months of issuing the initial checks in the first *pro rata* distribution, if economically feasible. *Id.* at 9.

[3] *See, e.g.*, Order Overruling Financial Recovery Services' Objections and

---

of the Net Settlement Funds to Authorized Claimants and the methods used to calculate the claim amounts for Authorized Claimants.[4] Epiq has advised Settlement Class Counsel that the deadline to object to or seek Court review of a specific determination of a claim pursuant to paragraph 3.b of the *Pro Rata* Distribution Order has now expired without objection from any Authorized Claimants.[5]

Accordingly, Epiq will promptly cause the *pro rata* distribution to Authorized Claimants.

Dated: September 19, 2025          Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ William V. Reiss*
William V. Reiss
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019

---

Approving End-Payor Plaintiffs' Motion for Distribution of $100 Minimum Payments to Authorized Claimants, Case No. 2:12-cv-00103 (Oct. 21, 2024), ECF No. 663.

[4] *See, e.g.*, *Pro Rata* Distribution Order at 4-5.

[5] *Id.* at 6-7.

Telephone: (212) 980-7400
Facsimile: (212) 980-7499
WReiss@RobinsKaplan.com

*/s/ Marc M. Seltzer*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Chanler Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
clangham@susmangodfrey.com

Jenna G. Farleigh
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3826
jfarleigh@susmangodfrey.com

*Settlement Class Counsel for the End-Payor
Plaintiff Classes*

*/s/ E. Powell Miller*
E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307

3

epm@millerlawpc.com
dpa@millerlawpc.com

*Liaison Counsel for the End-Payor Plaintiff*
*Classes*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2025 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elizabeth T. Castillo*
Elizabeth T. Castillo