UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable F. Kay Behm |

| | |
|---|---|
| Wire Harness - Lead Case | 2:12-cv-00100-FKB-RSW |
| Wire Harness - Direct Purchaser Actions | 2:12-cv-00101-FKB-RSW |
| Instrument Panel Clusters - Lead Case | 2:12-cv-00200-FKB-RSW |
| Instrument Panel Clusters - Direct Purchaser Actions | 2:12-cv-00201-FKB-RSW |
| Fuel Senders - Lead Case | 2:12-cv-00300-FKB-RSW |
| Heater Control Panels - Lead Case | 2:12-cv-00400-FKB-RSW |
| Bearings - Lead Case | 2:12-cv-00500-FKB-RSW |
| Bearings - Direct Purchaser Actions | 2:12-cv-00501-FKB-RSW |
| Bearings - Dealership Actions | 2:12-cv-00502-FKB-RSW |
| Bearings - Attorney General Actions | 2:12-cv-00505-FKB-RSW |
| Occupant Safety Systems - Lead Case | 2:12-cv-00600-FKB-RSW |
| Occupant Safety Systems - Direct Purchaser Actions | 2:12-cv-00601-FKB-RSW |
| Occupant Safety Systems - Dealership Actions | 2:12-cv-00602-FKB-RSW |
| Wire Harness - State Attorney Generals et al v. Nippon Seiki Co., Ltd et al | 2:13-cv-00105-FKB-RSW |
| Instrument Panel Clusters - States Attorney General | 2:13-cv-00205-FKB-RSW |
| Alternators - Lead Case | 2:13-cv-00700-FKB-RSW |
| Alternators - Heavy Equipment Trucks | 2:13-cv-00707-FKB-RSW |
| Anti-Vibrational Rubber Parts - Lead Case | 2:13-cv-00800-FKB-RSW |
| Windshield Wipers - Lead Case | 2:13-cv-00900-FKB-RSW |
| Radiators - Lead Case | 2:13-cv-01000-FKB-RSW |
| Starters - Lead Case | 2:13-cv-01100-FKB-RSW |
| Starters - Heavy Equipment Trucks | 2:13-cv-01107-FKB-RSW |
| Automotive Lamps - Lead Case | 2:13-cv-01200-FKB-RSW |
| Automotive Lamps - Direct Purchaser Actions | 2:13-cv-01201-FKB-RSW |
| Switches - Lead Case | 2:13-cv-01300-FKB-RSW |
| Switches - Dealership Actions | 2:13-cv-01302-FKB-RSW |
| Ignition Coils - Lead Case | 2:13-cv-01400-FKB-RSW |
| Motor Generator - Lead Case | 2:13-cv-01500-FKB-RSW |
| Steering Angle Sensors - Lead Case | 2:13-cv-01600-FKB-RSW |
| HID Ballasts - Lead Case | 2:13-cv-01700-FKB-RSW |
| Inverters - Lead Case | 2:13-cv-01800-FKB-RSW |
| Electronic Powered Steering Assemblies - Lead | 2:13-cv-01900-FKB-RSW |

| Case | |
|---|---|
| Electronic Powered Steering Assemblies – Dealership Actions | 2:13-cv-01902-FKB-RSW |
| Air Flow Meters - Lead Case | 2:13-cv-02000-FKB-RSW |
| Air Flow Meters - End-Payor Actions | 2:13-cv-02003-FKB-RSW |
| Fan Motors - Lead Case | 2:13-cv-02100-FKB-RSW |
| Fuel Injection Systems - Lead Case | 2:13-cv-02200-FKB-RSW |
| Power Window Motors - Lead Case | 2:13-cv-02300-FKB-RSW |
| Power Window Motors - Direct Purchaser Actions | 2:13-cv-02301-FKB-RSW |
| Power Window Motors - Dealership Actions | 2:13-cv-02302-FKB-RSW |
| Automatic Transmission Fluid Warmers - Lead Case | 2:13-cv-02400-FKB-RSW |
| Valve Timing Control Devices - Lead Case | 2:13-cv-02500-FKB-RSW |
| Valve Timing Control Devices - End-Payor Actions | 2:13-cv-02503-FKB-RSW |
| Electronic Throttle Bodies - Lead Case | 2:13-cv-02600-FKB-RSW |
| Air Conditioning Systems - Lead Case | 2:13-cv-02700-FKB-RSW |
| Windshield Washer Systems - Lead Case | 2:13-cv-02800-FKB-RSW |
| Bearings - Heavy Equipment Trucks | 2:14-cv-00507-FKB-RSW |
| Automotive Constant Velocity Joint Boot Products - Lead Case | 2:14-cv-02900-FKB-RSW |
| Spark Plugs - Lead Case | 2:15-cv-03000-FKB-RSW |
| Oxygen Sensors - Lead Case | 2:15-cv-03100-FKB-RSW |
| Automotive Hoses - Lead Case | 2:15-cv-03200-FKB-RSW |
| Shock Absorbers - Lead Case | 2:15-cv-03300-FKB-RSW |
| Shock Absorbers - End-Payor Actions | 2:15-cv-03303-FKB-RSW |
| Body Sealing Products - Lead Case | 2:16-cv-03400-FKB-RSW |
| Interior Trim Products - Lead Case | 2:16-cv-03500-FKB-RSW |

**ORDER GRANTING WITHDRAWAL OF CURRENT AND FORMER GIBSON, DUNN & CRUTCHER LLP ATTORNEYS RACHEL S. BRASS, CAELI A. HIGNEY, ELI M. LAZARUS, STUART MCPHAIL, GEORGE A. NICOUD III, AUSTIN V. SCHWING, AND LESLIE A. WULFF**

Notice has been filed regarding the withdrawal of current and former Gibson, Dunn & Crutcher LLP attorneys Rachel S. Brass, Caeli A. Higney, Eli M. Lazarus, Stuart McPhail, George A. Nicoud, Austin V. Schwing, and Leslie A. Wulff as counsel for MITSUBA CORPORATION and AMERICAN MITSUBA CORPORATION in certain actions, noting that no prejudice will result from the withdrawals as all of the specified actions are fully resolved with respect to MITSUBA CORPORATION and AMERICAN MITSUBA CORPORATION.

**IT IS ORDERED** that Rachel S. Brass, Caeli A. Higney, Eli M. Lazarus, Stuart McPhail, George A. Nicoud III, Austin V. Schwing, and Leslie A. Wulff shall be removed as attorneys of record for MITSUBA CORPORATION and AMERICAN MITSUBA CORPORATION in the following cases and discontinued from receiving electronic notifications for the same:

| Case Number | Case Name |
|---|---|
| 2:12-md-02311-FKB-RSW | Automotive Parts Antitrust Litigation |
| 2:12-cv-00100-FKB-RSW | Wire Harness - Lead Case |
| 2:12-cv-00101-FKB-RSW | Wire Harness - Direct Purchaser Actions |
| 2:12-cv-00200-FKB-RSW | Instrument Panel Clusters - Lead Case |
| 2:12-cv-00201-FKB-RSW | Instrument Panel Clusters - Direct Purchaser Actions |
| 2:12-cv-00300-FKB-RSW | Fuel Senders - Lead Case |
| 2:12-cv-00400-FKB-RSW | Heater Control Panels - Lead Case |
| 2:12-cv-00500-FKB-RSW | Bearings - Lead Case |
| 2:12-cv-00501-FKB-RSW | Bearings - Direct Purchaser Actions |
| 2:12-cv-00502-FKB-RSW | Bearings - Dealership Actions |
| 2:12-cv-00505-FKB-RSW | Bearings - Attorney General Actions |
| 2:12-cv-00600-FKB-RSW | Occupant Safety Systems - Lead Case |
| 2:12-cv-00601-FKB-RSW | Occupant Safety Systems - Direct Purchaser Actions |

| | |
|---|---|
| 2:12-cv-00602-FKB-RSW | Occupant Safety Systems - Dealership Actions |
| 2:13-cv-00105-FKB-RSW | Wire Harness - State Attorney Generals et al v. Nippon Seiki Co., Ltd et al |
| 2:13-cv-00205-FKB-RSW | Instrument Panel Clusters - States Attorney General |
| 2:13-cv-00700-FKB-RSW | Alternators - Lead Case |
| 2:13-cv-00707-FKB-RSW | Alternators - Heavy Equipment Trucks |
| 2:13-cv-00800-FKB-RSW | Anti-Vibrational Rubber Parts - Lead Case |
| 2:13-cv-00900-FKB-RSW | Windshield Wipers - Lead Case |
| 2:13-cv-01000-FKB-RSW | Radiators - Lead Case |
| 2:13-cv-01100-FKB-RSW | Starters - Lead Case |
| 2:13-cv-01107-FKB-RSW | Starters - Heavy Equipment Trucks |
| 2:13-cv-01200-FKB-RSW | Automotive Lamps - Lead Case |
| 2:13-cv-01201-FKB-RSW | Automotive Lamps - Direct Purchaser Actions |
| 2:13-cv-01300-FKB-RSW | Switches - Lead Case |
| 2:13-cv-01302-FKB-RSW | Switches - Dealership Actions |
| 2:13-cv-01400-FKB-RSW | Ignition Coils - Lead Case |
| 2:13-cv-01500-FKB-RSW | Motor Generator - Lead Case |
| 2:13-cv-01600-FKB-RSW | Steering Angle Sensors - Lead Case |
| 2:13-cv-01700-FKB-RSW | HID Ballasts - Lead Case |
| 2:13-cv-01800-FKB-RSW | Inverters - Lead Case |
| 2:13-cv-01900-FKB-RSW | Electronic Powered Steering Assemblies - Lead Case |
| 2:13-cv-01902-FKB-RSW | Electronic Powered Steering Assemblies - Dealership Actions |
| 2:13-cv-02000-FKB-RSW | Air Flow Meters - Lead Case |
| 2:13-cv-02003-FKB-RSW | Air Flow Meters - End-Payor Actions |
| 2:13-cv-02100-FKB-RSW | Fan Motors - Lead Case |
| 2:13-cv-02200-FKB-RSW | Fuel Injection Systems - Lead Case |
| 2:13-cv-02300-FKB-RSW | Power Window Motors - Lead Case |
| 2:13-cv-02301-FKB-RSW | Power Window Motors - Direct Purchaser Actions |
| 2:13-cv-02302-FKB-RSW | Power Window Motors - Dealership Actions |
| 2:13-cv-02400-FKB-RSW | Automatic Transmission Fluid Warmers - Lead Case |
| 2:13-cv-02500-FKB-RSW | Valve Timing Control Devices - Lead Case |
| 2:13-cv-02503-FKB-RSW | Valve Timing Control Devices - End-Payor Actions |

| | |
|---|---|
| 2:13-cv-02600-FKB-RSW | Electronic Throttle Bodies - Lead Case |
| 2:13-cv-02700-FKB-RSW | Air Conditioning Systems - Lead Case |
| 2:13-cv-02800-FKB-RSW | Windshield Washer Systems - Lead Case |
| 2:14-cv-00507-FKB-RSW | Bearings - Heavy Equipment Trucks |
| 2:14-cv-02900-FKB-RSW | Automotive Constant Velocity Joint Boot Products - Lead Case |
| 2:15-cv-03000-FKB-RSW | Spark Plugs - Lead Case |
| 2:15-cv-03100-FKB-RSW | Oxygen Sensors - Lead Case |
| 2:15-cv-03200-FKB-RSW | Automotive Hoses - Lead Case |
| 2:15-cv-03300-FKB-RSW | Shock Absorbers - Lead Case |
| 2:15-cv-03303-FKB-RSW | Shock Absorbers - End-Payor Actions |
| 2:16-cv-03400-FKB-RSW | Body Sealing Products - Lead Case |
| 2:16-cv-03500-FKB-RSW | Interior Trim Products - Lead Case |

**IT IS SO ORDERED**.

Dated:  September 23, 2025            s/F. Kay Behm
                                      F. Kay Behm
                                      United State District Judge